UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACH<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION NO. 05-4182<br><br>JUDGE: STANWOOD R. DUVAL, JR. |
| PERTAINS TO:<br><br>LAWRENCE FRANK and<br>MARGIE FRANK (06-1386) | *<br>*<br>*<br>*<br>* | MAG. JUDGE: JOSEPH C.<br>WILKINSON, JR. |

**<u>RULE 41(a) JOINT STIPULATION OF DISMISSAL</u>**

NOW INTO COURT, through undersigned counsel, comes the Plaintiffs, Lawrence S. Frank and Margie S. Frank; and Defendants, State Farm Fire and Casualty Company and Bob Nowlin, who each and all do hereby stipulate and agree that this matter has been amicably resolved, and that the above referenced cause may be dismissed with prejudice, with each party hereto to bear its own costs and expenses.

Based on the foregoing, the Plaintiffs, Lawrence S. Frank and Margie S. Frank and Defendants State Farm and Bob Nowlin pray that this Court issue an Order dismissing with prejudice, Plaintiffs' claims against State Farm Fire and Casualty Company, with each party to bear its own costs.

Dated: June 27, 2008.

Respectfully Submitted,

**NICAUD, SUNSERI & FRADELLA, LLC**

*/s/ J. Douglas Sunseri*
J. Douglas Sunseri, La. S.B. #19173
Dawn Danna Marullo, La. S. B. #28011
3000 18th Street
Metairie, Louisiana  70002
P: (504) 837-1304

**Counsel for Plaintiffs:**
**Lawrence S. Frank and Margie S. Frank**

**-AND-**

**NIELSEN LAW FIRM, L.L.C.**

*/s/ Joseph J. Aguda, Jr.*
Gerald J. Nielsen, (T.A.), La. S.B. #17078
Joseph J. Aguda, Jr., La. S.B. #27762
3838 N. Causeway Blvd.  Suite 2850
Metairie, Louisiana 70002
P: (504) 837-2500; F: (504) 832-9165
E-mail: kluke@nielsenlawfirm.com

**Counsel for Defendant:**
**State Farm Fire and Casualty Company**