UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACH<br>CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION NO. 05-4182 |
| _____ | * <br> * | JUDGE: STANWOOD R. DUVAL, JR. |
| PERTAINS TO: | * <br> * | MAG. JUDGE: JOSEPH C.<br>WILKINSON, JR. |
| LAWRENCE FRANK and<br>MARGIE FRANK (06-1386) | * <br> * <br> * | |

## **ORDER**

Considering the foregoing Rule 41(a) Joint Stipulation of Dismissal,

IT IS ORDERED that the above-referenced matter against State Farm Fire and Casualty Company and Bob Nowlin is hereby dismissed, **with prejudice**, with each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this _____ day of June, 2008.

_____
**THE HONORABLE STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE**