## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO:  05-4182 "K" (2) |
| | * * | JUDGE DUVAL |
| PERTAINS TO INSURANCE: 07-1808 Plaintiffs: CHARLES J. PHILLIPS | * * * | MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing Rule 41(a) Stipulation of Voluntary Dismissal,

IT IS ORDERED that the above-entitled case is hereby dismissed with prejudice, each party to bear his or its own costs.

New Orleans, Louisiana this _____ day of _____, 2008.

_____

**UNITED STATES DISTRICT JUDGE**

DKP Library\RP2408