## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO: 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| PERTAINS TO INSURANCE: 07-1783 Plaintiffs: FRANK AND RUTH DOYLE | * * * * | MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATED ORDER OF DISMISSAL, PURSUANT TO F.R.C.P. 41(a)(1)(ii)

**IT IS STIPULATED,** by all parties to this action and subject to the approval of the Court that:

I.

All claims presented by plaintiff in their Petition filed herein, shall be dismissed with prejudice as to all parties pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

II.

Each party shall bear his, her or its own costs and attorney's fees.

| Respectfully Submitted: | Respectfully Submitted: |
|---|---|
| **A PROFESSIONAL LAW CORPORATION** | **HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.** |
| BY: _/s/ Patrick G. Kehoe, Jr._ | BY: _/s/ David K. Persons_ |
| PATRICK G. KEHOE, JR., #14419 | DAVID K. PERSONS, #2046 |
| 833 Baronne Street | One Galleria Blvd.-Suite 1400 |
| New Orleans, LA 70113 | Post Office Box 8288 |
| Telephone: (504) 588-1110 | Metairie, Louisiana 70001 |
| Facsimile: (504) 588-1954 | Telephone: (504) 836-6500 |
| Counsel for Plaintiffs, | Email: dpersons@hmhlp.com |
| **Frank and Ruth Doyle** | Counsel for Defendant, **State Farm Fire & Casualty Insurance Company** |

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 30th day of June, 2008, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties:

_/s/ David K. Persons_
**DAVID K. PERSONS**