UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | * | **CIVIL ACTION NO. 05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | |
| *severed from Abadie, 06-5164* | * | Civil Action No. 07-2577 |
| | * | |
| **VENNAY BUIE, MARYAM SERPAS** | * | SECTION "K" (2) |
| Plaintiff | * | |
| | * | **This pleading applies only to the** |
| versus | * | **claim of Maryam Serpas regarding** |
| | * | **7824 Sandy Cover Drive, New** |
| **STATE FARM FIRE and CASUALTY CO.** | * | **Orleans, La 70128** |
| Defendant | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Maryam Serpas regarding 7824 Sandy Cove Drive, New Orleans, La 70128, who wish to voluntarily dismiss her claim against Defendant(s) State Farm Insurance Company in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, plaintiff(s) respectfully request that this Court reopen this case with respect to Defendant(s) for the sole purpose of addressing this motion, thereby allowing plaintiff(s) to voluntarily dismiss the claims against these defendants in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, plaintiff(s) pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing plaintiff(s) to voluntarily dismiss their claim against these defendants in the about captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

                                                          Respectfully submitted:

BY: /s/ Joseph M. Bruno
JOSEPH M. BRUNO (#3604)
L. SCOTT JOANEN (#21431)
The Law Offices of Joseph M. Bruno, APLC
855 Baronne Street
New Orleans, La 70113
Telephone: (504) 561-6776
Facsimile: (504) 561-6775

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 30th day of June 2008.

                                                          /s/ Joseph M. Bruno
Joseph M. Bruno