# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * * * | **CIVIL ACTION NO. 05-4182** |
| *severed from Abadie, 06-5164* | * * | Civil Action No. 07-2577 |
| **VENNAY BUIE, MARYAM SERPAS**      Plaintiff | * * | **SECTION "K" (2)** |
| versus | * * * | **This pleading applies only to the claim of Maryam Serpas regarding 7824 Sandy Cover Drive, New Orleans, La 70128** |
| **STATE FARM FIRE and CASUALTY CO.**      Defendant | * * | |

*************************************************************************

## ORDER

_____Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss Without Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claim of Plaintiff Maryam Serpas regarding 7824 Sandy Cover Drive, New Orleans, La 70128 against Defendant State Farm Insurance Company, in the above captioned matter only, be dismissed without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE