UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |

PERTAINS TO:

INSURANCE CIVIL ACTION NO.; 107195
Kim P.Thomas wife of/and Kenneth O. Thomas

v.

Kenneth O. Thomas and Allstate Insurance Co.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Joint Motion to Dismiss;

IT IS ORDERED that all claims that were or may have been asserted herein by Kenneth and Kim Thomas against Allstate Insurance Company are hereby dismissed with full prejudice, with each party to bear their own court costs.

THUS DONE AND SIGNED AT ___New Orleans___, Louisiana this 30th day of ___June___, 2008.

_____
UNITED STATES DISTRICT JUDGE

3