UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACH CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| | * | JUDGE: STANWOOD R. DUVAL, JR. |
| _____ | * * | |
| PERTAINS TO: | * * | MAG. JUDGE: JOSEPH C. WILKINSON, JR. |
| LAWRENCE FRANK and MARGIE FRANK (06-1386) | * * * | |

## ORDER

Considering the foregoing Rule 41(a) Joint Stipulation of Dismissal,

IT IS ORDERED that the above-referenced matter against State Farm Fire and Casualty

Company and Bob Nowlin is hereby dismissed, **with prejudice**, with each party to bear its own

costs.

NEW ORLEANS, LOUISIANA, this 30th day of June, 2008.

_____
**THE HONORABLE STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**