# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Loretta G. Whyte**
**Clerk**

500 Poydras St., Room C-151
New Orleans, LA 70130

June 23, 2008

Mr. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA   70130

FILED  JUN 23 2008
LORETTA G. WHYTE
CLERK

APPEAL NO  08-30234

Re: KATRINA CANAL BREACHES LITIGATION      CA-05-4182 K
    c/w   05-4181, 06-1885, 06-4389, 06-5771, 06-5786, 07-206

In connection with this appeal, the following documents are transmitted and/or information furnished. Please acknowledge receipt on the enclosed copy of this letter.

___  1) Certified copy of the notice of appeal and docket entries

___  2) Certified copy of notice of a cross-appeal and docket entries.

___  3) The Court of Appeals docket fee ___ HAS  ___ HAS NOT been paid

___  4) This case is proceeding *in forma pauperis*

___  5) Order Appointing Counsel  ___ CJA-20  ___ FPD

___  6) District Judge Entering the final judgment is_____

___  7) Court Reporter assigned to the case _____

___  8) If criminal case, number and names of other defendants on appeal

___  9) This case was decided without a hearing; there will be no transcript.

___ 10) Spears hearing held; court reporter present.

In connection with this appeal, the following documents are transmitted.  Please acknowledge receipt on the enclosed copy of this letter.

_x_  1) **Certified** Electronic Copy of Record on appeal:

   ___ Volume(s) of record   ___ Volume(s) of transcripts

   ___ Volume(s) of depositions

   ___ Container(s) of exhibits ___envelope  ___ expansion folder

___  2) Supplemental record consisting of_____

___  3) SEALED DOCUMENT_____

___  4) Other _____

Very truly yours,

By  Alicia Phelps
    Deputy Clerk

Fee
Process
X  Dktd
   CtRmDep
   Doc. No.