UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

Loretta G. Whyte
Clerk

500 Poydras St., Room C-151
New Orleans, LA 70130

June 23, 2008

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
FILED  JUN 2 3 2008
**LORETTA G. WHYTE**
CLERK

Mr. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA 70130

APPEAL NO 08-30362

Re: KATRINA CANAL BREACHES LITIGATION       CA 05-4182 K
    c/w 06-4389, 06-5786, 06-6099

In connection with this appeal, the following documents are transmitted and/or information furnished. Please acknowledge receipt on the enclosed copy of this letter.

___ 1) Certified copy of the notice of appeal and docket entries

___ 2) Certified copy of notice of a cross-appeal and docket entries.

___ 3) The Court of Appeals docket fee ___ HAS ___ HAS NOT been paid

___ 4) This case is proceeding in forma pauperis

___ 5) Order Appointing Counsel ___ CJA-20 ___ FPD

___ 6) District Judge Entering the final judgment is_____

___ 7) Court Reporter assigned to the case _____

___ 8) If criminal case, number and names of other defendants on appeal

___ 9) This case was decided without a hearing; there will be no transcript.

___ 10) Spears hearing held; court reporter present.

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

___ 1) Electronic Copy of Record on appeal:

    ___ Volume(s) of record    ___ Volume(s) of transcripts

    ___ Volume(s) of depositions

    ___ Container(s) of exhibits ___envelope ___ expansion folder

_x_ 2) **Certified** Supplemental records

___ 3) SEALED DOCUMENT_____

___ 4) Other _____

Very truly yours,

By  Alicia Phelps
    Deputy Clerk

Fee_____
Process_____
Dktd_____ X
CtRmDep_____
Doc. No._____