**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

Loretta G. Whyte
Clerk

June 23, 2008

Mr. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA  70130

[Stamp:]
500 Poydras St., Room C-151
New Orleans, LA 70130
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  JUN 2 3 2008
APPEAL NO 08-30492
LORETTA G. WHYTE
CLERK
CA 05-4182 K  c/w  06-5127

Re: KATRINA CANAL BREACHES LITIGATION

In connection with this appeal, the following documents are transmitted and/or information furnished. Please acknowledge receipt on the enclosed copy of this letter.

___  1) Certified copy of the notice of appeal and docket entries

___  2) Certified copy of notice of a cross-appeal and docket entries.

___  3) The Court of Appeals docket fee ___ HAS ___ HAS NOT been paid

___  4) This case is proceeding in forma pauperis

___  5) Order Appointing Counsel  ___ CJA-20  ___ FPD

___  6) District Judge Entering the final judgment is_____

___  7) Court Reporter assigned to the case _____

___  8) If criminal case, number and names of other defendants on appeal

___  9) This case was decided without a hearing; there will be no transcript.

___  10) Spears hearing held; court reporter present.

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

 x   1) **Certified** Electronic Copy of Record on appeal:

    ___ Volume(s) of record    ___ Volume(s) of transcripts

    ___ Volume(s) of depositions

    ___ Container(s) of exhibits ___ envelope ___ expansion folder

___  2) Supplemental record consisting of_____

___  3) SEALED DOCUMENT_____

___  4) Other _____

Very truly yours,  Fee_____
___ Process_____
By  Alicia Phelps   X  Dktd_____
Deputy Clerk      ___ CtRmDep_____
                  ___ Doc. No._____