# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

Loretta G. Whyte
Clerk

U.S. DISTRICT COURT 500 Poydras St., Room C-151
EASTERN DISTRICT OF New Orleans, LA 70130

June 23, 2008

FILED  JUN 2 3 2008

Mr. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA  70130

APPEAL NO 08-30493

LORETTA G. WHYTE
CLERK

Re: KATRINA CANAL BREACHES LITIGATION    CA 05-4182 K    c/w 06-5116

In connection with this appeal, the following documents are transmitted and/or information furnished. Please acknowledge receipt on the enclosed copy of this letter.

____  1) Certified copy of the notice of appeal and docket entries

____  2) Certified copy of notice of a cross-appeal and docket entries.

____  3) The Court of Appeals docket fee ___ HAS  ___ HAS NOT been paid

____  4) This case is proceeding *in forma pauperis*

____  5) Order Appointing Counsel    ___ CJA-20    ___ FPD

____  6) District Judge Entering the final judgment is_____

____  7) Court Reporter assigned to the case _____

____  8) If criminal case, number and names of other defendants on appeal

____  9) This case was decided without a hearing; there will be no transcript.

____ 10) Spears hearing held; court reporter present.

In connection with this appeal, the following documents are transmitted.  Please acknowledge receipt on the enclosed copy of this letter.

  x   1) **Certified** Electronic Copy of Record on appeal:

        ___ Volume(s) of record    ___ Volume(s) of transcripts

        ___ Volume(s) of depositions

        ___ Container(s) of exhibits ___envelope  ___ expansion folder

____  2) Supplemental records _____

____  3) SEALED DOCUMENT_____

____  4) Other _____

Very truly yours,

By  Alicia Phelps
    Deputy Clerk

___ Fee___
___ Process___
 X  Dktd___
___ CtRmDep___
___ Doc. No.___