**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES | CIVIL ACTION |
| CONSOLIDATED LITIGATION | NO. 05-4182 "K" (2) |
| | |
| PERTAINS TO:  Insurance | JUDGE DUVAL |
|            Robert Ciuffi, *et al.* | MAG. WILKINSON |
|            Civil Action No. 06-8617 | |

## MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Robert Ciuffi and Brenda Ciuffi, and defendant, The Hanover Insurance Company, who, pursuant to a settlement agreement executed by plaintiffs, Robert Ciuffi and Brenda Ciuffi, and defendant, The Hanover Insurance Company, jointly move this Court for the entry of an Order of Dismissal, dismissing the captioned lawsuit therein, and all claims with prejudice, each party to bear their own costs.

Respectfully submitted,

/s/ Steven Rando
Steven J. Rando, La. Bar No. 23265
Law Offices of Steven J. Rando, L.L.C.
3530 Canal St.
New Orleans, Louisiana 70119
Telephone: (504) 486-7122
*Attorney for Plaintiffs*

And

Respectfully submitted,

/s/ Jason P. Franco
**LADONNA G. WILSON, T.A., La. Bar #28814**
**JASON P. FRANCO, La. Bar #30187**
**RALPH S. HUBBARD, III, La. Bar #7040**
**SETH A. SCHMEECKLE, La. Bar #27076**
**MICHAEL E. HOLOWAY, T.A. La. Bar # 1966**
**LUGENBUHL, WHEATON, PECK, RANKIN**
**& HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195
**Attorneys for The Hanover Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June 2008, a copy of this pleading has been served upon all counsel of record in this action by depositing same in the United States Mail, properly addressed, first class postage prepaid.

/s/ Jason P. Franco