UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES   CIVIL ACTION
CONSOLIDATED LITIGATION         NO. 05-4182 "K" (2)

PERTAINS TO:  Insurance          JUDGE DUVAL
              Robert Ciuffi, *et al.*   MAG. WILKINSON
              Civil Action No. 06-8617

## ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss With Prejudice filed by Robert Ciuffi and Brenda Ciuffi and defendant, The Hanover Insurance Company,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the captioned lawsuit be and is dismissed, with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**JUDGE**