## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL<br>BREACHES CONSOLIDATED LITIGATION | *<br>*<br>* | CIVIL ACTION NO. 05-4182<br>"K" (2) |
| PERTAINS TO INSURANCE: 07-1817<br>PLAINTIFFS: MICHAEL P. PALMISANO<br>AND LORRAINE S. PALMISANO | *<br>*<br>* | JUDGE DUVAL<br>MAGISTRATE WILKINSON |

## STIPULATED ORDER OF DISMISSAL, PURSUANT TO F.R.C.P. 41(a)(1)(ii)

**IT IS STIPULATED,** by all parties to this action that:

I.

All claims presented by plaintiffs in Civil Action No. 07-1817 pertaining to the property located at 2509 Veronica Drive, Chalmette, Louisiana 70043 **ONLY**, shall be dismissed with prejudice as to all parties pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

4

II.

Each party shall bear his, her or its own costs and attorney's fees.

Respectfully Submitted:

**LESTELLE & LESTELLE**

BY:<u>s/ Andrea S. Lestelle</u>
**TERRENCE J. LESTELLE, #08540**
**ANDREA S. LESTELLE, #08539**
**JEFFERY B. STRUCKHOFF, #30173**
3421 N. Causeway Blvd., Suite 602
Metairie, Louisiana 70002
Telephone: (504) 828-1224
Facsimile: (504) 828-1229
Counsel for Plaintiffs,
**Michael and Lorraine Palmisano**

Respectfully Submitted:

**HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.**

BY:<u>s/David K. Persons</u>
**DAVID K. PERSONS, #2046**
**DANIEL R. HYNES, # 07142**
One Galleria Blvd.-Suite 1400
Metairie, Louisiana 70001
Telephone: (504) 836-6500
Facsimile: (504) 836-6565
Counsel for Defendant,
**State Farm Fire & Casualty Company**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 30th day of June, 2008, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record:

<u>s/David K. Persons</u>
**DAVID K. PERSONS**