<u>EXHIBIT A</u>

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 |
| | * | SECTION "K" (2) |
| PERTAINS TO: | * | JUDGE DUVAL |
| INSURANCE  06-3509 | * | MAG. WILKINSON |
| (Lundy Enterprises) | * | |

******************************************

**<u>AFFIDAVIT RE DOCUMENTS PROVIDED PURSUANT TO STIPULATION AND PROTECTIVE ORDER REGARDING CONFIDENTIALITY OF DOCUMENTS AND MATERIALS</u>**

STATE OF _____

PARISH OF _____

_____, being first duly sworn, upon his or her oath, deposes and says:

1. I have been provided copies of, or access to, confidential documents, materials, and information that are subject to a "Stipulation and Protective Order Regarding Confidentiality of Documents and Materials" in the above-entitled and numbered cause.

2. I have read and complied with all of the provisions of the "Stipulation and Protective Order Regarding Confidentiality of Documents and Materials."

3. In formulating my opinions or in preparing for and/or assisting in the trial of the above-entitled and numbered cause, I have provided the following individuals copies of, or access to, the "Confidential" materials at the address stated:_____

1

_____

_____

_____.

    4.    The individuals listed in Paragraph 3 are the only individuals to whom I provided copies of, or access to, the "Confidential" materials.

    5.    Before providing copies of, or access to, the "Confidential" materials to the individuals listed in Paragraph 3, I required that said individuals read a copy of the "Stipulation and Protective Order Regarding Confidentiality of Documents and Materials" in this action.

    6.    The individuals listed in Paragraph 3 have executed Affidavits stating that they have complied with the terms of the "Stipulation and Protective Order Regarding Confidentiality of Documents and Materials" and have returned to me all copies of "Confidential" materials and a copy of each such Affidavit is attached hereto.

    7.    I have made no copies of the "Confidential" materials provided pursuant to the "Stipulation and Protective Order Regarding Confidentiality of Documents and Materials" other than those that have been returned to Plaintiffs' attorneys.

    8.    With this Affidavit, I have returned all copies of "Confidential" materials provided to me in the above entitled and numbered cause pursuant to the "Stipulation and Protective Order Regarding Confidentiality of Documents and Materials" and have returned all Affidavits of those individuals to whom I provided copies of, or access to, the "Confidential" materials.

    9.    After submitting this Affidavit, I will not have copies of any of the "Confidential" materials.

10. I have otherwise complied with all of the terms of the "Stipulation and Protective Order Regarding Confidentiality of Documents and Materials" covering "Confidential" materials produced in the above entitled and numbered cause.

SUBSCRIBED AND SWORN
TO BEFORE ME THIS
\_\_\_ DAY OF _____, 2008.


_____
NOTARY PUBLIC

My Commission Expires:

_____