UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 |
| | * | SECTION "K" (2) |
| PERTAINS TO: | * | JUDGE DUVAL |
| INSURANCE  06-3509 | * | MAG. WILKINSON |
| (Lundy Enterprises) | * | |

*********************************************

## ORDER

Considering the "Stipulation and Protective Order Regarding Confidentiality of Documents and Materials" submitted in this matter by all parties;

IT IS ORDERED BY THE COURT that the "Stipulation and Protective Order Regarding Confidentiality of Documents and Materials" be and the same is hereby made an order of this Court.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
THE HONORABLE JUDGE STANWOOD R. DUVAL, JR.