UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES      CIVIL ACTION
      CONSOLIDATED LITIGATION
                                                                   NO. 05-4182

PERTAINS TO: BARGE      SECTION "K"(2)
         O'DWYER, 06-6099
         <u>O'DWYER, 06-5786</u>

ORDER

      Before the Court is a Motion to Dismiss (Rec. Doc. 13411) on behalf of Defendants City of New Orleans, the Hon. C. Ray Nagin, former Superintendent of Police Edwin Compass, III, and current Superintendent of Police Warren J. Riley. Defendants seek dismissal of the claims against them in two causes of action, Civ. A. No. 06-6099 and Civ. A. No. 06-5786. However, by order of this Court dated June 13, 2008, these two cases were both stayed due to the contumacious conduct of Plaintiff's counsel (Rec. Doc. 13525). Accordingly,

      **IT IS ORDERED** that the above-stated Defendants' Motion (Rec. Doc. 13411) is **DENIED** due to the stay currently pending in this matter. The Defendants shall have leave to refile their motion after the stay is lifted. The Court reminds these Defendants that, should they seek to refile their motion, this Court expects the Defendants to address the relevant facts and issues as they specifically apply to each individual case. Merely relying on prior decisions of this Court without any application to the specific case is a disfavored practice.

      New Orleans, Louisiana, this __30th__ day of June, 2008.

                                                     **STANWOOD R. DUVAL, JR.**
                                         **UNITED STATES DISTRICT JUDGE**