UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO:<br>Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Zelia Brown regarding 5945 St. Roch Ave., New Orleans, LA 70122; Carl Jones, Joan H. Jones regarding 1411 Andry St., New Orleans, LA 70117; Leroy Logan, Joann Logan regarding 2508/10 D'Abadie St., New Orleans, LA 70119; Sinclair Neyland-Langford, Deloris Wells regarding 5400 Urquhart St., New Orleans, LA 70117; Lionel Washington, Patricia Washington regarding 1669, 1669A, 1671, & 1671A North Roman, New Orleans, LA 70116; Bruce Williams, Kenita Fleming-Williams regarding 2331/2331B Caffin Ave., New Orleans, LA 70117** |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Zelia Brown regarding 5945 St. Roch Ave., New Orleans, LA 70122; Carl Jones, Joan H. Jones regarding 1411 Andry St., New Orleans, LA 70117; Leroy Logan, Joann Logan regarding 2508/10 D'Abadie St., New Orleans, LA 70119; Sinclair Neyland-Langford, Deloris Wells regarding 5400 Urquhart St., New Orleans, LA 70117; Lionel Washington, Patricia Washington regarding 1669, 1669A, 1671, & 1671A North Roman, New Orleans, LA 70116; Bruce Williams, Kenita Fleming-Williams regarding 2331/2331B Caffin Ave., New Orleans, LA 70117, who wish to voluntarily dismiss the claims against Defendant(s) Scottsdale Insurance Company and Scottsdale Indemnity Company in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY: /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 581-1493

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 1st day of July, 2008.

/s/ Joseph M. Bruno
Joseph M. Bruno