UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION NO. |
| | * | 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | |
| *severed from Abadie, 06-5164* | * | Civil Action No. 07-2302 |
| | * | |
| ROSALYN BEARD, JAMES H BEARD JR | * | SECTION "K" (2) |
| Plaintiff(s) | * | |
| | * | This pleading applies only to the |
| versus | * | claim of James H Beard regarding |
| | * | 4675 Gabriel Dr., New |
| STATE FARM FIRE and CASUALTY CO. | * | Orleans, La 70127 |
| Defendant | * | |

**********************************************************************

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss Without Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claim of Plaintiff(s) James H Beard Jr. and Rosalyn Beard, regarding 4675 Gabriel Drive, New Orleans, La 70127 against Defendant State Farm Insurance Company, in the above captioned matter only, be dismissed without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this __1st__ day of _____July_____, 2008.

_____
UNITED STATES DISTRICT JUDGE