# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL<br>BREACHES CONSOLIDATED<br>LITIGATION | * * * * | CIVIL ACTION NO: 05-4182<br>"K" (2) |
| | * | JUDGE DUVAL |
| PERTAINS TO INSURANCE: 07-1808<br>Plaintiffs: CHARLES J. PHILLIPS | * * * | MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing Rule 41(a) Stipulation of Voluntary Dismissal,

IT IS ORDERED that the above-entitled case is hereby dismissed with prejudice, each party to bear his or its own costs.

New Orleans, Louisiana this __1st__ day of _____July_____, 2008.

_____
UNITED STATES DISTRICT JUDGE

DKP Library\RP2408