UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2) |
| THIS DOCUMENT RELATES TO:<br>Insurance<br><br>No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Melanie Bean, David Bean regarding 3409 & 3410 Jupiter Dr., Chalmette, LA 70043; Sheri Douglas regarding 3107 Daniel St., Violet, LA 70092; Clarence Landry regarding 4314/16/16 1/2 N. Robertson, New Orleans, LA 70117; Justine Simpson regarding 1338 & 1340 St. Anthony St., New Orleans, LA 70118; Laura Waguespack regarding 2101-03 St. Andrew St, New Orleans, LA 70113** |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Melanie Bean, David Bean regarding 3409 & 3410 Jupiter Dr., Chalmette, LA 70043; Sheri Douglas regarding 3107 Daniel St., Violet, LA 70092; Clarence Landry regarding 4314/16/16 1/2 N. Robertson, New Orleans, LA 70117; Justine Simpson regarding 1338 & 1340 St. Anthony St., New Orleans, LA 70118; Laura Waguespack regarding 2101-03 St. Andrew St, New Orleans, LA 70113 against Defendants Scottsdale Insurance Company and Scottsdale Indemnity Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
United States District Judge