## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO: 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| PERTAINS TO INSURANCE: 07-1783 Plaintiffs: FRANK AND RUTH DOYLE | * * * * | MAGISTRATE WILKINSON |

### ORDER

Considering the foregoing Rule 41(a) Stipulation of Voluntary Dismissal,

IT IS ORDERED that the above-entitled case is hereby dismissed with prejudice, each party to bear his, her or its own costs.

New Orleans, Louisiana this __1st__ day of __July__, 2008.

_____
UNITED STATES DISTRICT JUDGE