UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2) |
| PERTAINS TO:  Insurance<br>　　　　　　　Robert Ciuffi, *et al.*<br>　　　　　　　Civil Action No. 06-8617 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss With Prejudice filed by Robert Ciuffi and Brenda Ciuffi and defendant, The Hanover Insurance Company,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the captioned lawsuit be and is dismissed, with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this ____1st____ day of _____July_____, 2008.

_____
**JUDGE**