MINUTE ENTRY
WILKINSON, M.J.
JUNE 27, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
      CONSOLIDATED LITIGATION
                                     NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, <u>Heron</u>, 06-7327         JUDGE DUVAL
                                            MAG. WILKINSON

After various settlement conferences, the court has been advised that a settlement has been reached in the referenced <u>Heron</u> case, subject to Road Home Program approval.

During the conferences, the parties provided to the court information regarding the parties' positions relevant to the case, including causation and extent of damages claimed, payments made to date, coverage issues and claims administration, and anticipated litigation expenses. The court, considering the information submitted to it and the record in this case, finds that the amount agreed to be paid as a final settlement of the claim on the primary structure only, specifically 4,516.09, is a reasonable one and this order can be accepted by the Louisiana Road Home Program under its issued settlement protocols as prima facie evidence of the reasonableness of the portion of the total settlement attributable to structure.

**MJSTAR: 0 : 30**

**IT IS FURTHER ORDERED** that within 10 days of the date of this Order, counsel must forward a copy of this Order, together with all other materials required by this Court's Case Management Order Re: Road Home Settlement Protocol, Record Doc. No. 13598, C.A. No. 05-4182-"K"(2), to State of Louisiana Office of Community Development, DRU Subrogation Unit, P.O. Box 94095, Baton Rouge, Louisiana, 70804 for the State to issue a determination of that portion of the primary structure settlement which is a duplication of benefits of Road Home grant for remittance to the State of Louisiana.

By copy of this minute entry, Judge Duval is advised so that he may enter an appropriate conditional dismissal order.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

<u>CLERK TO NOTIFY</u>:
**HON. STANWOOD R. DUVAL, JR.**

<u>AND</u>

**DANIEL A. REES, LEGAL COUNSEL**
**OFFICE OF COMMUNITY DEVELOPMENT – DISASTER RECOVERY UNIT**
**DIVISION OF ADMINISTRATION, STATE OF LOUISIANA**
**P.O. BOX 94095**
**BATON ROUGE, LOUISIANA 70804-9095**