UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL<br>BREACHES CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION NO. 05-4182<br>"K" (2) |
| PERTAINS TO INSURANCE: 07-1817<br>PLAINTIFFS: MICHAEL P. PALMISANO<br>AND LORRAINE S. PALMISANO | * <br> * <br> * | JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Rule 41(a) Stipulation of Voluntary Dismissal,

**IT IS ORDERED** that the above-entitled and numbered case pertaining to the property located at 2509 Veronica Drive, Chalmette, Louisiana 70043 **ONLY** is hereby dismissed with prejudice, each party to bear his, her or its own costs.

New Orleans, Louisiana this __1st__ day of _____July_____, 2008.

_____
UNITED STATES DISTRICT JUDGE