UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IN RE: KATRINA CANAL BREACHES                          CIVIL ACTION
CONSOLIDATED LITIGATION
                                                       NO. 05-4182 "K"(2)


PERTAINS TO:  BARGE                                     JUDGE DUVAL
                                                       MAG. WILKINSON


<u>**ORDER ON MOTION**</u>

APPEARANCES:   None (on the briefs)

MOTION:        Motion of Lafarge North America, Inc., for Rule 37 Sanctions Against
               Plaintiffs, Record Doc. No. 13557

<u>O R D E R E D</u>:

 <u>XXX</u>  :  CONTINUED: Derek Walker, counsel for movant, and Brian Gilbert, counsel for
plaintiffs, have advised the court that they are attempting to resolve the subject discovery
issue, and therefore wish to continue the referenced motion to July 23, 2008.  Accordingly,
**IT IS ORDERED** that the referenced motion, previously set for hearing on July 2, 2008,
before the undersigned magistrate judge, is hereby continued to **JULY 23, 2008**, without oral
argument.

New Orleans, Louisiana, this ____1st____ day of July, 2008.


                                        _____
                                        JOSEPH C. WILKINSON, JR.
                                        UNITED STATES MAGISTRATE JUDGE