UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:  ALL INSURANCE | * * | JUDGE DUVAL<br>MAG. WILKINSON |

*************************************************************************

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Insurance PSLC's Motion for Entry of the Organization and Compensation of Common Benefit Plaintiffs Attorneys Case Management Order, through Katrina Canal Breaches Litigation Plaintiffs' Liaison Counsel, Joseph M. Bruno, Liaison Counsel for the Insurance PSLC, Calvin C. Fayard, Jr., and the Plaintiffs' Sub-Group Litigation Committee - Insurance, John Ellison, Jerry Joseph McKernan, Drew Ranier, and James Garner, will come for hearing before the Honorable Stanwood R. Duval, Jr., on _____,  2008, at 10 a.m., or as otherwise ordered by the Court.

1

**Respectfully Submitted,**

**APPROVED PLAINTIFFS LIAISON COUNSEL**

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
The Law Offices of Joseph M. Bruno, APLC
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 561-6776
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

**INSURANCE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**

/s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr. (La. Bar #5486)
INSURANCE PSLC LIAISON COUNSEL
Fayard & Honeycutt, APLC
519 Florida Avenue, SW
Denham Springs, LA 70726
Tel: (225) 664-4193
Fax: (225) 664-6925
Email: calvinfayard@fayardlaw.com

For

**INSURANCE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**

John N. Ellison
James M. Garner
Joseph J. McKernan
Drew A. Ranier
Calvin C. Fayard, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July, 2008, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to all CM/ECF participants and I hereby certify that I have mailed by United States Postal Service the document to all non-CM/ECF participants.

    /s/ Joseph M. Bruno
    Joseph M. Bruno