UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION NO. 05-4182 "K" (2) |
| PERTAINS TO:  ALL INSURANCE | * * | JUDGE DUVAL MAG. WILKINSON |

*************************************************************************

**MOTION AND INCORPORATED MEMORANDUM FOR EXPEDITED CONSIDERATION OF THE INSURANCE PSLC'S MOTION FOR ENTRY OF THE ORGANIZATION AND COMPENSATION OF COMMON BENEFIT PLAINTIFFS ATTORNEYS CASE MANAGEMENT ORDER**

NOW COME Katrina Canal Breaches Litigation Plaintiffs' Liaison Counsel, Joseph M. Bruno, Liaison Counsel for the Insurance PSLC, Calvin C. Fayard, Jr., and the Plaintiffs' Sub-Group Litigation Committee - Insurance, John Ellison, Jerry Joseph McKernan, Drew Ranier, and James Garner (collectively referred to as "the Insurance PSLC"), who respectfully request this Honorable Court to expedite the consideration of the Insurance PSLC's motion for entry of the proposed Case Management Order ("CMO") establishing an organizational system for the compensation of common benefit plaintiffs attorney fees and expenses.

1

Expedited consideration is appropriate. The Court has recently entered an order establishing a settlement protocol for all individual insurance cases within the umbrella, and has indicated that separate settlement protocols may be entered in the future to address a number of mass joinder cases. The Insurance PSLC, together with other counsel, have performed extensive services and incurred expenses for the common benefit of all individual plaintiff's counsel and *pro se* plaintiffs. Thousands of cases were transferred to the umbrella for management and administration. Benefits have been received by all individual plaintiff's counsel and *pro se* plaintiffs. It is appropriate, fair and reasonable that common benefit fees and expenses be assessed on all individual plaintiff's counsel and *pro se* plaintiffs under the umbrella, and more importantly, that given the recent efforts to resolve cases within the umbrella following the entry of the Louisiana Supreme Court's decision in the *Sher* case, expedited consideration is warranted. Absent entry of the proposed CMO, the Insurance PSLC, together with other counsel assisting them, will be greatly prejudiced.

WHEREFORE, the Insurance PSLC respectfully requests this Honorable Court grant their motion to expedite consideration of the proposed CMO, and establish a formal court supervised system for the allocation of common benefit fees and expenses.

                    **Respectfully Submitted,**

                    **APPROVED PLAINTIFFS LIAISON COUNSEL**

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
The Law Offices of Joseph M. Bruno, APLC
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 561-6776
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

2

**INSURANCE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**

/s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr. (La. Bar #5486)
INSURANCE PSLC LIAISON COUNSEL
Fayard & Honeycutt, APLC
519 Florida Avenue, SW
Denham Springs, LA 70726
Tel: (225) 664-4193
Fax: (225) 664-6925
Email: calvinfayard@fayardlaw.com

For

**INSURANCE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**

John N. Ellison
James M. Garner
Joseph J. McKernan
Drew A. Ranier
Calvin C. Fayard, Jr.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of July, 2008, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to all CM/ECF participants and I hereby certify that I have mailed by United States Postal Service the document to all non-CM/ECF participants.

/s/ Joseph M. Bruno
Joseph M. Bruno

3