UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 K - (2) |
| PERTAINS TO: INSURANCE 07-5205 (Chudd and Arvis Abram v. AAA Insurance , et al). | JUDGE DUVAL |
| | MAGISTRATE WILKINSON |

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes plaintiffs, who respectfully move for an Oder dismissing Safeway Insurance Company from this matter for the reason that Safeway Insurance Company was incorrectly names as a defendant in this matter.

Dated: July 2, 2008                                    Respectfully submitted,

S/Stuart Barasch
STUART BARASCH
Attorney for Plaintiffs
HURRICANE LEGAL CENTER
910 Julia Street
New Orleans, LA 70113
Tel. (504) 525-1944
Fax (504) 525-1279
Email: sblawoffice@aol.com

CERTIFICATE OF SERVICE

I hereby certify that, on July 2, 2008, the foregoing document, was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's Electronic Case Filing (ECF) system. Parties may access this filing through the Court's system.

S/Stuart Barasch
STUART BARASCH

2