UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 K - (2) |
| PERTAINS TO: INSURANCE 07-5205 (Chudd and Arvis Abram v. AAA Insurance , et al). | JUDGE DUVAL |
| | MAGISTRATE WILKINSON |

O R D E R

Considering the Motion to Dismiss filed on behalf of plaintiffs;

IT IS HEREBY ORDERED that plaintiffs' suit against Safeway Insurance Company be and the same is hereby dismissed with full prejudice.

New Orleans, Louisiana this _____ day of _____, 2008.

UNITED STATES MAGISTRATE JUDGE