LAW OFFICES OF
# SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.

TWENTY-EIGHTH FLOOR
909 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70112-1033
http://www.shergarner.com



LEOPOLD Z. SHER [1]
JAMES M. GARNER [2]
ELWOOD F. CAHILL, JR.
RICHARD P. RICHTER
STEVEN I. KLEIN [1, 6]
PETER L. HILBERT, JR.
MARIE A. MOORE [3]
DEBRA J. FISCHMAN
ROBERT P. THIBEAUX
DARNELL BLUDWORTH [2]
MARTHA Y. CURTIS [2]
NEAL J. KLING
JOSHUA S. FORCE [2, 4]
DEBORAH J. MOENCH

DOROTHY S. WATKINS LAWRENCE [2]
JOHN T. BALHOFF, II
ALVIN C. MIESTER, III
HOWARD T. BOYD, III [2]
CHRISTOPHER T. CHOCHELES
KAREN T. HOLZENTHAL
ASHLEY BERGERON JACOBSON
RYAN D. ADAMS
THOMAS J. MADIGAN, II [5]
KEVIN M. McGLONE
SHARONDA R. WILLIAMS [6, 9]
CHAD P. MORROW
ELLEN PIVACH DUNBAR
JEFFREY D. KESSLER [7]

R. SCOTT HOGAN
JONATHAN B. CERISE
ASHLEY G. COKER
AMANDA C. RUSSO
RYAN O. LUMINAIS [5]
MEGAN M. DUPUY
MATTHEW C. CLARK
MELISSA M. ROME

OF COUNSEL:
TIMOTHY B. FRANCIS
DAVID A. MARCELLO

[1] LAW CORPORATION
[2] MEMBER OF LOUISIANA AND TEXAS BARS
[3] MEMBER OF LOUISIANA AND ALABAMA BARS
[4] MEMBER OF LOUISIANA AND CALIFORNIA BARS
[5] MEMBER OF LOUISIANA AND MISSISSIPPI BARS
[6] MEMBER OF LOUISIANA AND NEW YORK BARS
[7] BOARD CERTIFIED TAX ATTORNEY LOUISIANA
BOARD OF LEGAL SPECIALIZATION

ALL OTHERS LOUISIANA BAR

kmcglone@shergarner.com
Direct Dial: (504) 299-2133
Direct Fax: (504) 299-2333

(504) 299-2100
FAX (504) 299-2300

June 27, 2008

**VIA TELEFAX 589-7633**
Honorable Joseph C. Wilkinson, Jr.
United States Magistrate Judge
United States District Court
Eastern District of Louisiana
500 Poydras St., Room B409
New Orleans, LA   70130

RE:   In re Katrina Canal Breaches Consolidated Litigation
       U.S. District Court, Eastern District of Louisiana, No. 05-4182, Sec. "K" (2)
       c/w
       Xavier University v. Travelers Prop. Cas. Co. of America, et al.
       U.S. District Court, Eastern District of Louisiana, No. 06-516, Sect. "K" (2)
       Our Reference: 17004.0002

Dear Magistrate Judge Wilkinson:

On behalf of Xavier University of Louisiana ("Xavier"), plaintiff in civil action No. 06-516, which is consolidated with the captioned matter, we request that Your Honor please issue an appropriate order deconsolidating this matter so that it may be returned to Judge Vance's court for further proceedings, including the setting of a trial date.

Xavier has made several efforts to amicably resolve its differences with defendant, Travelers Property Casualty Company of America ("Travelers"). The parties have held a formal mediation with John Perry as outside mediator and have a second round of discussions with Mr. Perry scheduled for July 14. In addition, Xavier's president, Dr. Norman Francis, has met with Travelers' general counsel on a couple of occasions to discuss settlement. In the event that the July 14 mediation is unsuccessful, Xavier wishes to proceed with having this matter set for trial.

X  Dktd
___ CtRmDep
___ Doc. No.

LAW OFFICES OF
# SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.

June 27, 2008
Page - 2 -

      We appreciate Your Honor's attention to this matter. If we can be of any further assistance, please do not hesitate to contact us.

                                     Sincerely,

                                     James M. Garner
                                   Darnell Bludworth
                                   Kevin M. McGlone

KMM/linda

cc:    Ralph Hubbard, Esq.
        Simeon Reimonenq, Esq.