UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO:<br>Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Zelia Brown regarding 5945 St. Roch Ave., New Orleans, LA 70122; Carl Jones, Joan H. Jones regarding 1411 Andry St., New Orleans, LA 70117; Leroy Logan, Joann Logan regarding 2508/10 D'Abadie St., New Orleans, LA 70119; Sinclair Neyland-Langford, Deloris Wells regarding 5400 Urquhart St., New Orleans, LA 70117; Lionel Washington, Patricia Washington regarding 1669, 1669A, 1671, & 1671A North Roman, New Orleans, LA 70116; Bruce Williams, Kenita Fleming-Williams regarding 2331/2331B Caffin Ave., New Orleans, LA 70117 |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Zelia Brown regarding 5945 St. Roch Ave., New Orleans, LA 70122; Carl Jones, Joan H. Jones regarding 1411 Andry St., New Orleans, LA 70117; Leroy Logan, Joann Logan regarding 2508/10 D'Abadie St., New Orleans, LA 70119; Sinclair Neyland-Langford, Deloris Wells regarding 5400 Urquhart St., New Orleans, LA 70117; Lionel Washington, Patricia Washington regarding 1669, 1669A, 1671, & 1671A North Roman, New Orleans, LA 70116; Bruce Williams, Kenita Fleming-Williams regarding 2331/2331B Caffin Ave., New Orleans, LA 70117 against Defendants Scottsdale Insurance Company and Scottsdale Indemnity Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights

against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this  2nd  day of _____July_____, 2007.

_____
United States District Judge