## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.:  05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE | * * | |
| FILED IN: 07-0245 "K" (2) | * * | |
| JEAN GARRETT MICHEL        Plaintiff, | * * * | |
| VERSUS | * * | |
| STATE FARM FIRE AND CASUALTY INSURANCE COMPANY AND LOUISE LANZA        Defendants. | * * * * | |

* * * * * * * * * * * * * * * * *

### MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel comes defendant, State Farm Fire & Casualty Company, who suggests to the Court that Patrick D. DeRouen, Laurie L. DeArmond, Chad J. Primeaux and Guy H. Bumpas IV of the law firm Porteous, Hainkel, and Johnson LLP are no longer counsel for defendant in this matter and they are to be succeeded in this litigation by Adrianne L. Baumgartner of the law firm Porteous, Hainkel, and Johnson LLP as trial counsel.

1

Our File No.: 895.0388

WHEREFORE, mover, State Farm Fire & Casualty Company, prays that Patrick D. DeRouen, Laurie L. DeArmond, Chad J. Primeaux and Guy H. Bumpas IV of the law firm Porteous, Hainkel, and Johnson LLP be withdrawn as counsel and be succeeded in this litigation by Adrianne L. Baumgartner of the law firm Porteous, Hainkel, and Johnson LLP as trial counsel for defendant in this matter.

    Respectfully submitted:

    PORTEOUS, HAINKEL & JOHNSON, LLP

    ____s/ Patrick D. DeRouen_____
    PATRICK D. DEROUEN, ESQUIRE (#20535)
    LAURIE L. DEARMOND, ESQUIRE (#26622)
    CHAD J. PRIMEAUX, ESQUIRE (#30024)
    GUY H. BUMPAS IV, ESQUIRE (#29546)
    704 Carondelet Street
    New Orleans, Louisiana 70130
    Telephone: (504) 581-3838
    pderouen@phjlaw.com
    ldearmond@phjlaw.com
    cprimeaux@phjlaw.com
    gbumpas@phjlaw.com

    -and-

    PORTEOUS, HAINKEL & JOHNSON, LLP

    ____s/Adrianne L. Baumgartner_____
    ADRIANNE L. BAUMGARTNER (#2861)
    408 N. Columbia Street
    Covington, Louisiana 70433
    Telephone (985) 893-4790
    abaumgartner@phjlaw.com

Our File No.: 895.0388

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of July, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                            s/ Patrick D. DeRouen
                                                            PATRICK D. DEROUEN

Our File No.: 895.0388