## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 "K" (2) JUDGE DUVAL |
| | * | MAG. WILKINSON |
| PERTAINS TO: INSURANCE | * | |
| | * | |
| FILED IN: 07-0245 "K" (2) | * | |
| | * | |
| JEAN GARRETT MICHEL | * | |
| | * | |
| VERSUS | * | |
| | * | |
| STATE FARM FIRE AND CASUALTY INSURANCE COMPANY AND LOUISE LANZA | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>PROPOSED ORDER</u>

The foregoing motion considered:

IT IS ORDERED BY THE COURT that Patrick D. DeRouen, Laurie L. DeArmond, Chad J. Primeaux and Guy H. Bumpas IV of the law firm Porteous, Hainkel, and Johnson LLP are hereby withdrawn as counsel of record for defendant, State Farm Fire & Casualty Company, and that Adrianne L. Baumgartner of the law firm Porteous, Hainkel, and Johnson LLP be enrolled as counsel of record.

Signed this _____ day of _____, 2008, in New Orleans, Louisiana.

_____
**JUDGE**

1

Our File No.: 895.0388