UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE | |
| FILED IN: 08-1653 "K" (2) | |
| GILDA AND HERBERT MORGAN<br>    Plaintiffs, | |
| VERSUS | |
| STATE FARM FIRE AND CASUALTY COMPANY<br>    Defendant. | |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel comes defendant, State Farm Fire & Casualty Company, who suggests to the Court that Patrick D. DeRouen, Laurie L. DeArmond, Chad J. Primeaux and Guy H. Bumpas IV of the law firm Porteous, Hainkel, and Johnson LLP are no longer counsel for defendant in this matter and they are to be succeeded in this litigation by Adrianne L. Baumgartner of the law firm Porteous, Hainkel, and Johnson LLP as trial counsel.

1

Our File No.: 895-1014

WHEREFORE, mover, State Farm Fire & Casualty Company, prays that Patrick D. DeRouen, Laurie L. DeArmond, Chad J. Primeaux and Guy H. Bumpas IV of the law firm Porteous, Hainkel, and Johnson LLP be withdrawn as counsel and be succeeded in this litigation by Adrianne L. Baumgartner of the law firm Porteous, Hainkel, and Johnson LLP as trial counsel for defendant in this matter.

Respectfully submitted:

PORTEOUS, HAINKEL & JOHNSON, LLP

____s/ Patrick D. DeRouen_____
PATRICK D. DEROUEN, ESQUIRE (#20535)
LAURIE L. DEARMOND, ESQUIRE (#26622)
CHAD J. PRIMEAUX, ESQUIRE (#30024)
GUY H. BUMPAS IV, ESQUIRE (#29546)
704 Carondelet Street
New Orleans, Louisiana 70130
Telephone:  (504) 581-3838
pderouen@phjlaw.com
ldearmond@phjlaw.com
cprimeaux@phjlaw.com
gbumpas@phjlaw.com

-and-

PORTEOUS, HAINKEL & JOHNSON, LLP

____s/Adrianne L. Baumgartner_____
ADRIANNE L. BAUMGARTNER (#2861)
408 N. Columbia Street
Covington, Louisiana 70433
Telephone (985) 893-4790
abaumgartner@phjlaw.com

Our File No.:  895-1014

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of July, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                _____s/ Patrick D. DeRouen_____
                                      **PATRICK D. DeROUEN**

Our File No.:  895-1014