UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.: 05-4182 "K"(2) |
| | * | |
| _____ | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE | * | |
| *Vanderbrook*, No. 05-6323 | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| | * | |
| | * | |

**DEFENDANT THE STANDARD FIRE INSURANCE COMPANY'S
RENEWED MOTION FOR ENTRY OF FRCP 54(b) FINAL JUDGMENT**

**NOW INTO COURT**, comes The Standard Fire Insurance Company ("Standard Fire"), incorrectly named as Travelers Insurance Company and St. Paul Travelers Insurance Company, moves this Court for entry of final judgment in its favor in the *Vanderbrook* case pursuant to FRCP 54(b), and in accordance with this Court's Post-*Sher* Insurance Umbrella Case Management Order (Doc. 13521) which authorizes the filing of such motion on or before July 14, 2008, in the event a defendant contends that final judgment of dismissal should be entered in a particular case because no other claims are asserted in the particular case as discussed in detail in the accompanying memorandum. Standard Fire further asserts that there is no just reason for delay.

1

WHEREFORE, Standard Fire now respectfully requests the Court enter a final judgment pursuant to FRCP Rule 54(b) finding that there is no just reason for delay and dismissing Standard Fire with prejudice from the captioned matter.

    Respectfully submitted,

    /s/ Seth A. Schmeeckle
    Ralph S. Hubbard III, T.A., La. Bar. # 7040
    Joseph P. Guichet, La. Bar #  24441
    Seth A. Schmeeckle, La. Bar # 27076
    LUGENBUHL, WHEATON, PECK,
        RANKIN & HUBBARD
    601 Poydras Street, Suite 2775
    New Orleans, LA 70130
    Telephone:     (504) 568-1990
    Facsimile:     (504) 310-9195

    Stephen E. Goldman (pro hac vice)
    Wystan M. Ackerman (pro hac vice)
    ROBINSON & COLE LLP
    280 Trumbull Street
    Hartford, Connecticut 06103-3597
    Telephone:     (860) 275-8255
    Facsimile:     (860) 275-8299
    **Attorneys for The Standard Fire Insurance Company (incorrectly named as Travelers Insurance Company and St. Paul Travelers Insurance Company)**

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 2, 2008, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

    /s/ Seth A. Schmeeckle
    Seth A. Schmeeckle

2