UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.: 05-4182 "K"(2) |
| | * | |
| _____ | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE | * | |
| *Vanderbrook*, No. 05-6323 | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| | * | |
| | * | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that Defendant The Standard Fire Insurance Company ("Standard Fire"), incorrectly named as Travelers Insurance Company and St. Paul Travelers Insurance Company, will bring its Renewed Motion for Entry of FRCP 54(b) Final Judgment for hearing before the Honorable Stanwood R. Duval, Jr. on July 23, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard.

                                                  Respectfully submitted,

                                                  /s/ Seth A. Schmeeckle_____
                                                  Ralph S. Hubbard III, T.A., La. Bar. # 7040
                                                  Joseph P. Guichet, La. Bar #  24441
                                                  Seth A. Schmeeckle, La. Bar # 27076
                                                  LUGENBUHL, WHEATON, PECK,
                                                       RANKIN & HUBBARD
                                                  601 Poydras Street, Suite 2775
                                                  New Orleans, LA 70130
                                                  Telephone:    (504) 568-1990
                                                  Facsimile:     (504) 310-9195

1

        Stephen E. Goldman (pro hac vice)
        Wystan M. Ackerman (pro hac vice)
        ROBINSON & COLE LLP
        280 Trumbull Street
        Hartford, Connecticut 06103-3597
        Telephone:    (860) 275-8255
        Facsimile:    (860) 275-8299
        **Attorneys for The Standard Fire Insurance Company (incorrectly named as Travelers Insurance Company and St. Paul Travelers Insurance Company)**

## CERTIFICATE OF SERVICE

I hereby certify that, on July 2, 2008, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

        /s/ Seth A. Schmeeckle
        Seth A. Schmeeckle