UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.: 05-4182 "K"(2) |
| | * | |
| _____ | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE | * | |
| *Vanderbrook*, No. 05-6323 | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| | * | |
| | * | |

### RENEWED MOTION FOR ENTRY OF FRCP 54(b) FINAL JUDGMENT BY THE HANOVER INSURANCE COMPANY

**NOW INTO COURT**, comes Defendant The Hanover Insurance Company, erroneously sued as Hanover Insurance Company ("Hanover"), moves this Court for entry of final judgment in its favor in the *Vanderbrook* case pursuant to FRCP 54(b), and in accordance with this Court's Post-*Sher* Insurance Umbrella Case Management Order (Doc. 13521) which authorizes the filing of such motion on or before July 14, 2008, in the event a defendant contends that final judgment of dismissal should be entered in a particular case because no other claims are asserted in the particular case as discussed in detail in the accompanying memorandum. Hanover Fire further asserts that there is no just reason for delay.

**WHEREFORE,** Hanover now respectfully requests the Court enter a final judgment pursuant to FRCP Rule 54(b) finding that there is no just reason for delay and dismissing Hanover with prejudice from the captioned matter.

1

Respectfully submitted,

/s/ Seth A. Schmeeckle
Ralph S. Hubbard III, T.A., La. Bar. # 7040
Joseph P. Guichet, La. Bar #  24441
Seth A. Schmeeckle, La. Bar # 27076
LUGENBUHL, WHEATON, PECK,
    RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:    (504) 568-1990
Facsimile:    (504) 310-9195

and

Paul E. B. Glad (pro hac vice)
Kevin P. Kamraczewski (pro hac vice)
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934

Attorneys for Defendant The Hanover Insurance Company

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 2, 2008, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Seth A. Schmeeckle
Seth A. Schmeeckle