UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.: 05-4182 "K"(2) |
| | * | |
| _____ | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO:  INSURANCE | * | |
| *Vanderbrook*, No. 05-6323 | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| | * | |
| | * | |

## <u>NOTICE OF HEARING</u>

PLEASE TAKE NOTICE that comes Defendant The Hanover Insurance Company,

erroneously sued as Hanover Insurance Company ("Hanover"), will bring its Renewed Motion

for Entry of FRCP 54(b) Final Judgment for hearing before the Honorable Stanwood R. Duval,

Jr. on July 23, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard.

Respectfully submitted,

/s/ Seth A. Schmeeckle
Ralph S. Hubbard III, T.A., La. Bar. # 7040
Joseph P. Guichet, La. Bar #  24441
Seth A. Schmeeckle, La. Bar # 27076
LUGENBUHL, WHEATON, PECK,
        RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:    (504) 568-1990
Facsimile:    (504) 310-9195

and

1

Paul E. B. Glad (pro hac vice)
Kevin P. Kamraczewski (pro hac vice)
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934

Attorneys for Defendant The Hanover Insurance
Company


## CERTIFICATE OF SERVICE

I hereby certify that, on July 2, 2008, a copy of the foregoing was filed electronically

with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all

counsel of record by operation of the Court's electronic filing system.


/s/ Seth A. Schmeeckle
Seth A. Schmeeckle