UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION: 05 - 4182 |
|     CONSOLIDATED LITIGATION | * | |
| | * | SECTION " K " (2) |
| PERTAINS TO:  08-0071, Dudenhefer | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

_____

**MOTION TO SUBSTITUTE COUNSEL OF RECORD**
_____

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Eugene L. Dudenhefer, Eugene A. Dudenhefer, Sr., Warren J. Dudenhefer, Diane D. Volpe and Roy E. Dudenhefer, and respectfully request that Chadwick W. Collings of Thornhill & Collings, L.C., Louisiana Bar Roll # 25373, be substituted as counsel of record for the Plaintiffs in the above captioned matter in place of N. Frank Elliot III, of Ranier, Gayle & Elliot, LLC.

**Respectfully submitted:**

| | |
|---|---|
| **THORNHILL & COLLINGS, L.C.** | **RANIER, GAYLE & ELLIOT, L.L.C.** |
| *s/ Chadwick W. Collings* | *s/ Frank Elliot* |
| CHADWICK W. COLLINGS   #25373 | N. Frank Elliot III            # 23054 |
| TOM W. THORNHILL           # 12776 | 1419 Ryan Street |
| 1308 Ninth Street | Lake Charles, Louisiana 70601 |
| Slidell, Louisiana 70458 | (337) 494-7171 |
| (985) 641-5010 | (337) 494-7218 (facsimile) |
| (985) 641-5011 (facsimile) | felliot@rgelaw.com |
| cwc@thornhillcollings.com | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2008, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all Counsel of Record by operation of the court's electronic filing system.

       *s/ Chadwick W. Collings*
       **CHADWICK W. COLLINGS**