### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES * | CIVIL ACTION: 05 - 4182 |
|       CONSOLIDATED LITIGATION * | |
| * | SECTION " K " (2) |
| PERTAINS TO:  07-6363, Volpe * | |
| * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

_____

### MOTION TO SUBSTITUTE COUNSEL OF RECORD
_____

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Paul Volpe and Diane Volpe, and respectfully request that Chadwick W. Collings of Thornhill & Collings, L.C., Louisiana Bar Roll # 25373, be substituted as counsel of record for the Plaintiffs in the above captioned matter in place of N. Frank Elliot III, of Ranier, Gayle & Elliot, LLC.

**Respectfully submitted:**

| THORNHILL & COLLINGS, L.C. | RANIER, GAYLE & ELLIOT, L.L.C. |
|---|---|
| *s/ Chadwick W. Collings* | *s/ Frank Elliot* |
| CHADWICK W. COLLINGS   #25373 | N. Frank Elliot III              # 23054 |
| TOM W. THORNHILL          # 12776 | 1419 Ryan Street |
| 1308 Ninth Street | Lake Charles, Louisiana 70601 |
| Slidell, Louisiana 70458 | (337) 494-7171 |
| (985) 641-5010 | (337) 494-7218 (facsimile) |
| (985) 641-5011 (facsimile) | felliot@rgelaw.com |
| cwc@thornhillcollings.com | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2008, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all Counsel of Record by operation of the court's electronic filing system.

       *s/ Chadwick W. Collings*
      **CHADWICK W. COLLINGS**