UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION: 05 - 4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **SECTION " K " (2)** |
| **PERTAINS TO:  07-6363, Volpe** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

_____

### ORDER
_____

Considering the foregoing *Motion to Substitute Counsel of Record*, it is hereby ordered that Chadwick W. Collings be, and is hereby, substituted as counsel of record for plaintiffs in place of N. Frank Elliot III.

Signed in New Orleans, Louisiana on this _____ day of July, 2008.

_____
**UNITED STATES DISTRICT JUDGE**