UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION: 05 - 4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION " K " (2) |
| PERTAINS TO: <u>07-6364, Caruso</u> | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

_____

**MOTION TO SUBSTITUTE COUNSEL OF RECORD**
_____

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Milton Caruso, and respectfully requests that Chadwick W. Collings, of Thornhill & Collings, L.C., Louisiana Bar Roll # 25373, should be substituted as counsel of record for the Plaintiff in the above captioned matter in place of N. Frank Elliot III, of Ranier, Gayle & Elliot, LLC.

**Respectfully submitted:**

| | |
|---|---|
| **THORNHILL & COLLINGS, L.C.** | **RANIER, GAYLE & ELLIOT, L.L.C.** |
| *s/ Chadwick W. Collings* | *s/ Frank Elliot* |
| **CHADWICK W. COLLINGS   #25373** | N. Frank Elliot III              # 23054 |
| **TOM W. THORNHILL       # 12776** | 1419 Ryan Street |
| **1308 Ninth Street** | Lake Charles, Louisiana 70601 |
| **Slidell, Louisiana 70458** | (337) 494-7171 |
| **(985) 641-5010** | (337) 494-7218 (facsimile) |
| **(985) 641-5011 (facsimile)** | felliot@rgelaw.com |
| **cwc@thornhillcollings.com** | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2008, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all Counsel of Record by operation of the court's electronic filing system.

*s/ Chadwick W. Collings*
**CHADWICK W. COLLINGS**