UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES    CONSOLIDATED LITIGATION | * * * | CIVIL ACTION: 05 - 4182 |
| | * | SECTION " K " (2) |
| PERTAINS TO: <u>07-6364, Caruso</u> | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

_____

**ORDER**
_____

Considering the foregoing ***Motion to Substitute Counsel of Record***, it is hereby ordered that Chadwick W. Collings be, and is hereby, substituted as counsel of record for plaintiff in place of N. Frank Elliot III.

Signed in New Orleans, Louisiana on this ____ day of July, 2008.


_____
**UNITED STATES DISTRICT JUDGE**