UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: LEVEE/MRGO<br>*Murphy Building Corp.*, No. 07-4775<br>*Rault Resources, Inc.*, No. 07-5184<br>*Rault*, No. 07-5186<br>*McCay*, No. 07-5187 | CIVIL ACTION<br><br>NO. 05-4182<br>& Consol. Cases<br><br>SECTION "K" (2)<br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

### MOTION OF DEFENDANT, BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS, FOR JUDGMENT ON THE PLEADINGS

**NOW INTO COURT,** through undersigned counsel, comes defendant, Board of Commissioners of the Port of New Orleans ("Dock Board"), who, for the reasons set forth more fully in the accompanying Memorandum in Support, hereby moves this Honorable Court pursuant to Fed.R.Civ.P. 12(c) to dismiss all claims against the Dock Board in the captioned lawsuits for failure to state a claim upon which relief can be granted.

Respectfully submitted,

DAIGLE FISSE & KESSENICH, PLC

BY: /s/ Kirk N. Aurandt
J. FREDRICK KESSENICH (7354)
JONATHAN H. SANDOZ (23928)
MICHAEL W. MCMAHON (23987)
JON A. VAN STEENIS (27122)
KIRK N. AURANDT (25336)
P. O. Box 5350
Covington, Louisiana 70434-5350
Telephone: 985/871-0800
Facsimile: 985/871-0899
Attorneys for Defendant, The Board of Commissioners of the Port of New Orleans

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the Court's ECF system, this 2nd day of July, 2008.

/s/ Kirk N. Aurandt
KIRK N. AURANDT