## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO: LEVEE/MRGO
*Murphy Building Corp.,* No. 07-4775
*Rault Resources, Inc.,* No. 07-5184
*Rault,* No. 07-5186
*McCay,* No. 07-5187

CIVIL ACTION

NO.  05-4182
& Consol. Cases

SECTION "K" (2)
JUDGE  DUVAL

MAGISTRATE WILKINSON

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Motion of Defendant, Board of

Commissioners of the Port of New Orleans, for Judgment on the Pleadings will

be heard on the 6th day of August, 2008, at 9:30 a.m., before the Honorable

Stanwood R. Duval, Jr., United States District Judge, United States District Court

for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana

70130.

- 1 -

Respectfully submitted,

DAIGLE FISSE & KESSENICH, PLC

BY:   /s/ Kirk N. Aurandt
      J. FREDRICK KESSENICH (7354)
      JONATHAN H. SANDOZ (23928)
      MICHAEL W. MCMAHON (23987)
      JON A. VAN STEENIS (27122)
      KIRK N. AURANDT (25336)
      P. O. Box 5350
      Covington, Louisiana  70434-5350
      Telephone:  985/871-0800
      Facsimile:   985/871-0899
      Attorneys for Defendant, The Board of
      Commissioners of the Port of New
      Orleans

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the Court's ECF system, this 2nd day of July, 2008.

/s/ Kirk N. Aurandt
KIRK N. AURANDT

- 2 -