UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION: 05 - 4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **SECTION " K " (2)** |
| **PERTAINS TO: <u>08-00039, Landry</u>** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

_____

**ORDER**
_____

Considering the foregoing *Motion to Substitute Counsel of Record*, it is hereby ordered that Chadwick W. Collings be, hereby, substituted as counsel of records for plaintiffs in place of N. Frank Elliot, III.

Signed in New Orleans, Louisiana on this _____ day of July, 2008.


_____
**UNITED STATES DISTRICT COURT JUDGE**