PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NIM | 700 | NIM-700-000000001 | NIM-700-000000041 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC879 | 7/3/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Development of the MRGO - Feb. 1969 - Corps doc. |
| NIM | 700 | NIM-700-000000042 | NIM-700-000000159 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC879 | 7/3/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Effects on Lake Pontchartrain, LA of Hurricane Surge Control Structures and MRGO Channel - Technical Report #2-636 - Nov. 1963 - Corps doc. |
| NIM | 700 | NIM-700-000000160 | NIM-700-000000425 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC879 | 7/3/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Cultural Resources Survey of the MRGO Dredged Material Disposal Areas, St. Bernard Parish, LA - May 1993 - Corps doc. |
| NIM | 700 | NIM-700-000000426 | NIM-700-000000682 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC879 | 7/3/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Draft Study of Operation and Maintenance of Navigation Channels - Sep. 1974 - Corps doc. |
| NIM | 700 | NIM-700-000000683 | NIM-700-000001094 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC879 | 7/3/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Composite Draft Environmental Statement for Operation and Maintenance Work on Three Navigation Projects in the Lake Borgne Vicinity, LA - Apr. 1975 - Corps doc. |
| NIM | 700 | NIM-700-000001095 | NIM-700-000001279 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC879 | 7/3/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | MRGO, LA Field Data Report - Technical Report HL-90-7 - Aug. 1990 - Corps doc. |
| NIM | 700 | NIM-700-000001280 | NIM-700-000001339 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC879 | 7/3/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Cultural Resources Report for MRGO New Lock and Connecting Channels - Dec. 1997 - Corps doc. |
| NIM | 700 | NIM-700-000001340 | NIM-700-000001408 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC879 | 7/3/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Draft Environmental Statement MRGO, LA - Feb 1973 - Corps doc. |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NIM | 700 | NIM-700-000001409 | NIM-700-000001611 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC879 | 7/3/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Cultural Resources Survey of the MRGO, Orleans and St. Bernard Parishes, LA - Aug. 1979 - Prepared by Coastal Environment, Inc. for the Corps. |
| NPA | 077 | NPA-077-000000001 | NPA-077-000000057 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Nancy Mayberry and Edwin Betbeze | KC879 | 7/3/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Photographs of the MRGO and Chalmette area levees from USACE Photographic Archive |
| NPA | 078 | NPA-078-000000001 | NPA-078-000000056 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Nancy Mayberry and Edwin Betbeze | KC879 | 7/3/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Photographs of the MRGO and Chalmette area levees from USACE Photographic Archive |