MINUTE ENTRY
WILKINSON, M.J.
JULY 1, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                          CIVIL ACTION
       CONSOLIDATED LITIGATION
                                                                NO. 05-4182 "K" (2)

PERTAINS TO:  ROAD HOME, INSURANCE                     JUDGE DUVAL
                     Louisiana State 07-5528                     MAG. WILKINSON

      A status conference was held today in open court pursuant to my previous order, Record Doc. No. 13528, to review the progress of the Road Home Program settlement approval process and related issues. Participating were Dan Rees and N. Frank Elliot III, representing the State of Louisiana; Joseph Bruno, representing the Plaintiffs' Liaison Committee; Seth Schmeeckle, Ralph Hubbard and Gary Russo, representing Standard Fire/Travelers Insurance Company and the Defendants' Liaison Committee; and David Strauss, representing State Farm Fire and Casualty Company. Excellent progress with this complicated task continues to be made, and the court commends these counsel and parties for their work.

MJSTAR:  **1 : 20**

As requested by the parties, **IT IS ORDERED** that a followup status conference will be held before me on **AUGUST 7, 2008 at 10:30 a.m.**

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**