UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES           CIVIL ACTION
CONSOLIDATED LITIGATION
                                       NO. 05-4182

PERTAINS TO:                           SECTION "K"(2)
*Murphy Building Corp.*, No. 07-4775
*Rault Resources, Inc.*, No. 07-5184
*Rault,* No. 07-5186
*McCay,* No. 07-5187

## ORDER

A Motion of Defendant, Board of Commissioners of the Port of New Orleans, for Judgment on the Pleadings (Doc. 13708) was filed on July 2, 2008.  The referenced cases in this motion are subject to the stay of motion practice (Docs. 10620 and 10723) entered by the Court with respect to all cases in which FTCA and/or AEA claims have been plead in LEVEE and MRGO tag-along cases. The proper procedure in such matters is for counsel to request leave to file a motion prior to actually filing the substantive motion.   Nonetheless, the Court has reviewed the motion and finds that it is of the type and scope that it will entertain.  Accordingly,

**IT IS ORDERED** that the Motion of Defendant, Board of Commissioners of the Port of New Orleans, for Judgment on the Pleadings (Doc. 13708) will be considered and is properly set for hearing on August 6, 2008

New Orleans, Louisiana, this ___3rd___ day of July, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE