UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| ALL BARGE | § | |
| _____ | § | |

## NOTICE OF SUPPLEMENTAL DISCLOSURE OF WEBSITE LOG

The United States is providing the attached log of publicly available internet websites from various Federal agencies in furtherance of its on-going duty to supplement its disclosures and responses pursuant to Federal Rules of Civil Procedure 26(e).

This Notice of Supplemental Disclosure of Website Log is submitted.

        GREGORY G. KATSAS
        Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY, JR.
        Assistant Director, Torts Branch

        s/ James F. McConnon, Jr.
        JAMES F. McCONNON, JR.
        Trial Attorney, Torts Branch, Civil Division
        U.S. Department of Justice
        Benjamin Franklin Station, P.O. Box 888
        Washington, D.C.  20044
        (202) 616-4400 / (202) 616-5200 (Fax)
        Attorneys for the United States

Dated: July 3, 2008

## CERTIFICATE OF SERVICE

I, James F. McConnon, Jr., hereby certify that on July 3, 2008, I served a true copy of the United States' Notice of Supplemental Disclosure of Website Log upon all parties by ECF.

    s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.