UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | ) ) ) | **CIVIL ACTION NO.: 05-CV-4182** |
| **VERSUS** | ) ) | **SECTION "K"** |
| _____ | ) | **JUDGE STANWOOD R. DUVAL, JR.** |
| PERTAINS TO: INSURANCE *Marlene Durel,* No. 06-7171 | ) ) ) | **MAG. "M2"** **MAGISTRATE JOSEPH C. WILKINSON, JR.** |

### STIPULATION OF DISMISSAL

IT IS HEREBY stipulated by plaintiff, Marlene Durel, and defendant, Lexington Insurance Company, through undersigned counsel, that the aforesaid action has been amicably resolved and that this action should be dismissed with prejudice, as against Lexington Insurance Company, each party to bear its own costs.

-1-

Respectfully submitted,


/s/ John E. W. Baay, II
ROBERT I. SIEGEL (#12063)
JOHN E.W. BAAY II, T.A. (#22928)
MICHAEL D. CANGELOSI (#30427)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
*Attorneys for Lexington Insurance Company*

And,


/s/ Ann B. Steinhardt
Ann B. Steinhardt (#12437)
3715 Delgado Drive
New Orleans, LA 70119
504-486-8246
*Attorney for Plaintiff*