UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 K - (2) |
| PERTAINS TO: INSURANCE 07-5208 (Rafael Acevedo & Dioigna Acevedov. AAA Insurance , et al). | JUDGE DUVAL |
| | MAGISTRATE WILKINSON |

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes plaintiffs, who respectfully move for an Oder dismissing WNC First Insurance Services, with full reservation of rights against all other parties.

Dated: July 7, 2008

Respectfully submitted,

S/Stuart Barasch
STUART BARASCH
Attorney for Plaintiffs
HURRICANE LEGAL CENTER
910 Julia Street
New Orleans, LA 70113
Tel. (504) 525-1944
Fax (504) 525-1279
Email: sblawoffice@aol.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on July 7, 2008, the foregoing document, was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's Electronic Case Filing (ECF) system. Parties may access this filing through the Court's system.

<u>S/Stuart Barasch</u><br>
STUART BARASCH