UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182 K - (2)

PERTAINS TO: INSURANCE                JUDGE DUVAL
07-5208 (Rafael Acevedo & Dioigna
Acevedov. AAA Insurance , et al).     MAGISTRATE WILKINSON

O R D E R

Considering the Motion to Dismiss filed on behalf of plaintiffs;

IT IS HEREBY ORDERED that plaintiffs' suit against WNC First Insurance Services

be and the same is hereby dismissed with prejudice.

New Orleans, Louisiana this _____ day of _____, 2008.

_____
UNITED STATES MAGISTRATE JUDGE