# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **No. 05-4182** |
| **PERTAINS TO:** | * | **& Consolidated Cases** |
| **LEVEE (DePass., No. 06-5127)** | * | |
| **(Bourgeois, 06-5131)** | | |
| **(Sims,  06-5116)** | * | **SECTION K** |
| | * | **JUDGE DUVAL** |
| | * | **MAGISTRATE KNOLES** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION FOR RECONSIDERATION
## OF COURT'S RULING (DOC 13613)

**NOW COME** Plaintiffs, Elizabeth H. and William Keith DePass, IV, et al, residing in, or doing business in Metairie, Jefferson Parish, Louisiana (06-5127), Leslie Sims, Jr., et al, residing in, or doing business in Lakeview and Carrollton-Hollygrove areas of Orleans Parish, Louisiana 06-5116, and Plaintiffs, Linda C. and Arnold F. Bourgeois, et al, residing in, or doing business in the Old Gentilly and Lake Terrace sections of the City of New Orleans, State of Louisiana (06-5131), to file this Motion for Reconsideration of this Court's ruling [Doc. 13613] applying the Katrina and Rita Amendment, La. Act 545 of 2006, which added Subsection H to La. R.S. 9:2800, to bar certain of plaintiffs' claims against the New Orleans Sewerage & Water Board.  The La. Supreme Court, in an opinion published May 21, 2008 in *Burmaster v. Plaquemines Parish Government*, --- So.2d ---, 2008 WL 2150729, La., 2008, held that application of the amendment to claims that had accrued, become vested, and were pending prior to

June 22, 2006, the effective date of the act, divested plaintiffs of their due process rights in violation of the Louisiana and United States Constitutions.

Respectfully submitted,

 /s/ William C. Gambel
WILLIAM C. GAMBEL, Bar # 5900
MILLING BENSON WOODWARD, LLP
909 Poydras Street, Suite 2300
New Orleans, LA 70112
Telephone: (504) 569-7210
wgambel@millinglaw.com

JOHN J. CUMMINGS, III, Bar # 4652
CUMMINGS & CUMMINGS
416 Gravier Street
New Orleans, LA 70130
Telephone: (504) 586-0000

W374043

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others depositing same in the United States mail, postage prepaid and properly addressed, this  7th  day of July, 2008.


                    /s/ William C. Gambel
                    William C. Gambel


W374043