UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (DePass., No. 06-5127) | * | |
|    (Bourgeois, 06-5131) | | |
|    (Sims, 06-5116) | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE KNOLES |

**************************************

NOTICE OF HEARING ON
MOTION FOR RECONSIDERATION
OF COURT'S RULING (DOC 13613)

PLEASE TAKE NOTICE that a hearing on Plaintiffs' Motion For Reconsideration has been scheduled and set for the  23rd  day of July, 2008, at  9:30 a.m. before the Honorable Stanford R. Duval, Jr., United States District Judge presiding.

                                  Respectfully submitted,

                                  /s/ William C. Gambel
                                WILLIAM C. GAMBEL, Bar # 5900
                                MILLING BENSON WOODWARD, LLP
                                909 Poydras Street, Suite 2300
                                New Orleans, LA 70112
                                Telephone: (504) 569-7210
                                wgambel@millinglaw.com

JOHN J. CUMMINGS, III, Bar # 4652
CUMMINGS & CUMMINGS
416 Gravier Street
New Orleans, LA 70130
Telephone: (504) 586-0000

W374047

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others depositing same in the United States mail, postage prepaid and properly addressed, this  7th  day of July, 2008.

                                      /s/ William C. Gambel  
                                      William C. Gambel

W374047