UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| PERTAINS TO:  BARGE | * * * | NO. 05-4182 and consolidated cases |
|  | * * | SECTION "K"  (2) |
| *Boutte v. Lafarge*         05-5531 | * |  |
| *Mumford v. Ingram*      05-5724 | * |  |
| *Lagarde v. Lafarge*       06-5342 | * | JUDGE |
| *Perry v. Ingram*             06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*          06-7516 | * |  |
| *Parfait Family v. USA*   07-3500 | * | MAG. |
| *Lafarge v. USA*              07-5178 | * | JOSEPH C. WILKINSON, JR. |
|  | * |  |

**MOTION FOR LEAVE TO AMEND AND/OR WITHDRAW ADMISSION DEEMED MADE DUE TO LAPSE OF DEADLINE FOR RESPONDING AND/OR FOR EXTENSION OF TIME TO RESPOND**

**NOW COMES** the Barge P.S.L.C., on behalf of named *Lagarde* Plaintiffs, named *Perry* Plaintiffs, and named *Parfait* Plaintiff Kevin MacFarland (also a client of Barge PSLC members), who respectfully move in accord with Fed. R. Civ. P. 36(b) for an Order permitting withdrawal and/or amendment of admissions deemed made by operation of law due to lapse of the deadline for responding to Requests for Admissions of the Barge Entities;

For the reasons expressed in the accompanying Memorandum,

It is so moved.

Respectfully submitted,
/s/ Brian A. Gilbert,
Brian A. Gilbert, Esq.(21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.

821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: bgilbert@briangilbertlaw.com

/s/ Lawrence D. Wiedemann,
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com,
karl@wiedemannlaw.com,
karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
  Telephone: 504-834-0646
  e-mail: pistols42@aol.com

  /s/ Richard T. Seymour
  Richard T. Seymour (D.C. Bar #28100)
  Law Office of Richard T. Seymour, P.L.L.C.
  1150 Connecticut Avenue N.W., Suite 900
  Washington, D.C.  20036-4129
  Voice: 202-862-4320
  Cell:    202-549-1454
Facsimile:  800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net,


  /s/ Lawrence A. Wilson
  Lawrence A. Wilson (N.Y.S.B.A. 2487908)
  David W. Drucker (N.Y.S.B.A. #1981562)
  Wilson, Grochow, Druker & Nolet
  Woolworth Building
  233 Broadway, 5th Floor
  New York, NY 10279-0003
  Telephone: (212) 608-4400
  Facsimile: (212) 227-5159

        e-mail: lwilson@wgdnlaw1.com,
        ddruker@wgdnlaw1.com

        /s/ Alan L. Fuchsberg
        Alan L. Fuchsberg, Esq.(N.Y.S.B.A. #1755966)
        Leslie Kelmachter, Esq.(N.Y.S.B.A. #1795723)
        The Jacob D. Fuchsberg Law Firm
        500 Fifth Avenue
        45th Floor
        New York, NY 10110-0002
        Telephone: 212-869-3500 ext. 235
        Facsimile:  212-398-1532
        e-mail: a.fuchsberg@fuchsberg.com,
        l.kelmachter@fuchsberg.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 7th day of July, 2008.


        \s\Brian A. Gilbert
        BRIAN A. GILBERT