UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
|  | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO:  BARGE | * * | SECTION "K"  (2) |
| *Boutte v. Lafarge*       05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*          06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*        06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAG. |
| *Lafarge v. USA*           07-5178 | * * | JOSEPH C. WILKINSON, JR. |

<u>HEARING NOTICE</u>

You are hereby notified that the Barge Plaintiffs' **Motion for Leave to Amend And/or Withdraw Admission Deemed Made Due to Lapse of Deadline for Responding And/or for Extension of Time to Respond** will be heard by the Hon. Mag. Joseph C. Wilkinson, Jr., United States District Courthouse, Eastern District of Louisiana, at 11:00 a.m. on July 23, 2008.

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 7th day of July, 2008.


                                              \s\Brian A. Gilbert

                                              BRIAN A. GILBERT