UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (DePass, No. 06-5127) | * | |
| (Sims, No. 06-5116) | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE KNOLES |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MOTION FOR RECONSIDERATION
OF COURT'S RULING (DOC 13716)**

**NOW COME** Plaintiffs, Elizabeth H. and William Keith DePass, IV, et al, residing in, or doing business in Metairie, Jefferson Parish, Louisiana (06-5127), and Leslie Sims, Jr., et al, residing in, or doing business in Lakeview and Carrollton-Hollygrove areas of Orleans Parish, Louisiana 06-5116, to file this Motion for Reconsideration of this Court's ruling [Doc. 13716] in two respects (i) in applying the Katrina and Rita Amendment, La. Act 545 of 2006, which added Subsection H to La. R.S. 9:2800, to bar certain of plaintiffs' claims against the East Jefferson Levee District. The La. Supreme Court, in an opinion published May 21, 2008 in *Burmaster v. Plaquemines Parish Government*, --- So.2d ---, 2008 WL 2150729, La., 2008, held that application of the amendment to claims that had accrued, become vested, and were pending prior to June 22, 2006, the effective date of the act, divested plaintiffs of their due process rights in violation of the Louisiana and United States Constitutions; and (ii) to clear up the apparent conflict between the statement on p. 1 that "EJLD seeks to

dismiss all allegations" and "the motion to dismiss will be granted", and the statement that "(a)ll other negligence claims will remain in these cases". P. 7.

                Respectfully submitted,

                /s/ William C. Gambel
                WILLIAM C. GAMBEL, Bar # 5900
                MILLING BENSON WOODWARD, LLP
                909 Poydras Street, Suite 2300
                New Orleans, LA 70112
                Telephone: (504) 569-7210
                wgambel@millinglaw.com

JOHN J. CUMMINGS, III, Bar # 4652
CUMMINGS & CUMMINGS
416 Gravier Street
New Orleans, LA 70130
Telephone: (504) 586-0000

W374054

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others depositing same in the United States mail, postage prepaid and properly addressed, this 7th day of July, 2008.

                                              /s/ William C. Gambel
                                              William C. Gambel

W374054