UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (DePass, No. 06-5127) | * | |
| (Sims, No. 06-5116) | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE KNOLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF
MOTION FOR RECONSIDERATION
OF COURT'S RULING (DOC 13716)**

**MAY IT PLEASE THE COURT:**

Plaintiffs submit this memorandum in support of their Motion for Reconsideration of this Courts Order & Reasons entered July 3, 2008 with respect to claims against them to accommodate the May 21, 2008, opinion of the La Supreme Court in *Burmaster v. Plaquemines Parish Government* and to address the apparent conflict between the statement on p. 1 that "EJLD seeks to dismiss all allegations" and "the motion to dismiss will be granted" and the statement that "(a)ll other negligence claims will remain in these cases". P. 7.

For the following reasons, the motion should be **GRANTED**.

The first ground is discussed in the Memorandum filed by these same parties and Bourgeois with respect to the Opinion [Doc. 13613] dismissing strict liability claims against SWB. The discussion there is incorporated by this reference. [Doc. 13723-2] Suffice it to say here that the La. Supreme Court May 21, 2008 opinion in *Burmaster v.*

*Plaquemines Parish Government*, --- So.2d ---, 2008 WL 2150729, La., 2008, held that application of the amendment to claims that had accrued, become vested, and were pending prior to June 22, 2006, the effective date of the act, divested plaintiffs of their due process rights in violation of the Louisiana and United States Constitutions.

Plaintiffs also seek clarification of the apparent conflict between the statement on p. 1 that "EJLD seeks to dismiss all allegationd", and "the motion to dismiss will be granted" and the statement that "(a)ll other negligence claims will remain in these cases." At P. 7.  Plaintiffs read the first statement to reference strict liability and act of assurance claim.

## CONCLUSION

For the reasons set forth above, it is respectfully requested that this Motion to Reconsider should be GRANTED and the decision modified to reflect the holding in *Burmaster*.

                                                      Respectfully submitted,

                                                     /s/ William C. Gambel_____
                                                    WILLIAM C. GAMBEL, Bar # 5900
                                                   MILLING BENSON WOODWARD, LLP
                                                   909 Poydras Street, Suite 2300
                                                   New Orleans, LA 70112
                                                   Telephone: (504) 569-7210

JOHN J. CUMMINGS, III, Bar # 4652
CUMMINGS & CUMMINGS
416 Gravier Street
New Orleans, LA 70130
Telephone: (504) 586-0000


W374058

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others depositing same in the United States mail, postage prepaid and properly addressed, this 7th day of July, 2008.

                                      /s/ William C. Gambel
                                      William C. Gambel

W374058