UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (DePass, No. 06-5127) | * | |
| (Sims, No. 06-5116) | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE KNOLES |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### NOTICE OF HEARING ON
### MOTION FOR RECONSIDERATION
### OF COURT'S RULING (DOC 13716)

PLEASE TAKE NOTICE that a hearing on Plaintiffs' Motion For Reconsideration has been scheduled and set for the  23rd  day of July, 2008, at  9:30 a.m. before the Honorable Stanford R. Duval, Jr., United States District Judge presiding.

                                                               Respectfully submitted,

                                               /s/ William C. Gambel  
                                              WILLIAM C. GAMBEL, Bar # 5900  
                                              MILLING BENSON WOODWARD, LLP  
                                              909 Poydras Street, Suite 2300  
                                              New Orleans, LA 70112  
                                              Telephone: (504) 569-7210  
                                              wgambel@millinglaw.com

JOHN J. CUMMINGS, III, Bar # 4652  
CUMMINGS & CUMMINGS  
416 Gravier Street  
New Orleans, LA 70130  
Telephone: (504) 586-0000

W374061

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others depositing same in the United States mail, postage prepaid and properly addressed, this 7th day of July, 2008.

                                        /s/ William C. Gambel  
                                        William C. Gambel

W374061