UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **No. 05-4182** |
| **PERTAINS TO:** | * | **& Consolidated Cases** |
| **LEVEE (DePass, No. 06-5127)** | * | |
| (Sims, No. 06-5116) | * | **SECTION K** |
| | * | **JUDGE DUVAL** |
| | * | **MAGISTRATE KNOLES** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

CONSIDERING Plaintiff's Motion For Reconsideration of Court's Ruling (Doc 13716),

IT IS ORDERED that Plaintiff's Motion For Reconsideration of Court's Ruling (Doc 13716) is hereby **granted**.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

W374062