UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARY BERGERON** | * | |
| | * | **NO. 07-5896** |
| | * | |
| **VERSUS** | * | **SECTION K(2)** |
| | * | |
| **AUTO CLUB FAMILY INSURANCE COMPANY** | * | **JUDGE DUVAL** |
| | * | |
| | * | **MAG. JUDGE WILKINSON** |
| | * | |

**************************************

## JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Mary Bergeron, and Defendant, Auto Club Family Insurance Company, and upon suggesting to the Court that all matters between the Plaintiff, Mary Bergeron, and Defendant, Auto Club Family Insurance Company, have been amicably resolved and settled. Plaintiff, Mary Bergeron, and Defendant, Auto Club Family Insurance Company, hereby move for an order dismissing the Petition of Plaintiff as to all claims against Defendant, Auto Club Family Insurance Company, with prejudice, with each party to bear its own costs.

Respectfully Submitted:

CHEHARDY, SHERMAN, ELLIS, MURRAY, RECILE,
GRIFFITH, STAKELUM & HAYES, LLP

_____
GEORGE B. RECILE (#11414)
One Galleria Blvd., Ste. 1100
Metairie, Louisiana 70001
Telephone: (504) 833-5600
Attorney for Plaintiff

CHOPIN, WAGAR, RICHARD & KUTCHER, LLP

_____
JASON P. FOOTE, T.A. (#25050)
THOMAS M. RICHARD (#2069)
Two Lakeway Center
3850 N. Causeway Blvd., Ste. 900
Metairie, Louisiana 70002
Telephone: (504) 830-3838
Facsimile: (504) 836-9579
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the ___7th___ day of July, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically notified. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participant.

_____
JASON P. FOOTE