## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARY BERGERON** | * | |
| | * | NO. 07-5896 |
| | * | |
| **VERSUS** | * | **SECTION K(2)** |
| | * | |
| **AUTO CLUB FAMILY INSURANCE** | * | **JUDGE DUVAL** |
| **COMPANY** | * | |
| | * | **MAG. JUDGE WILKINSON** |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Joint Motion to Dismiss With Prejudice;

**IT IS ORDERED** that the Petition of Mary Bergeron be and is hereby **DISMISSED**, as against Defendant, Auto Club Family Insurance Company, with prejudice, with each party to bear their own costs. <u>This is a full and final dismissal of plaintiff's claims.</u>

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**JUDGE**