UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO.: 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: INSURANCE | |
| FILED IN: 08-1651 "K" (2) | |
| JOHN AND JOHNNIE LOMAX<br>    Plaintiff, | |
| VERSUS | |
| STATE FARM FIRE AND CASUALTY COMPANY<br>    Defendant. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel comes defendant, State Farm Fire & Casualty Company, who suggests to the Court that Patrick D. DeRouen, Laurie L. DeArmond, Chad J. Primeaux and Guy H. Bumpas IV of the law firm Porteous, Hainkel, and Johnson LLP are no longer counsel for defendant in this matter and they are to be succeeded in this litigation by Dan R. Dorsey of the law firm Porteous, Hainkel, and Johnson LLP as trial counsel.

WHEREFORE, mover, State Farm Fire & Casualty Company, prays that Patrick D. DeRouen, Laurie L. DeArmond, Chad J. Primeaux and Guy H. Bumpas IV of the law firm

Our File No.: 895.1013

1

Porteous, Hainkel, and Johnson LLP be withdrawn as counsel and be succeeded in this litigation by Dan R. Dorsey of the law firm Porteous, Hainkel, and Johnson LLP as trial counsel for defendant in this matter.

        Respectfully submitted:

        PORTEOUS, HAINKEL & JOHNSON, LLP

        **s/ Patrick D. DeRouen**
        PATRICK D. DEROUEN, ESQUIRE (#20535)
        LAURIE L. DEARMOND, ESQUIRE (#26622)
        CHAD J. PRIMEAUX, ESQUIRE (#30024)
        GUY H. BUMPAS IV, ESQUIRE (#29546)
        704 Carondelet Street
        New Orleans, Louisiana 70130
        Telephone:  (504) 581-3838
        pderouen@phjlaw.com
        ldearmond@phjlaw.com
        cprimeaux@phjlaw.com
        gbumpas@phjlaw.com

        -and-

        DAN RICHARD DORSEY, ESQUIRE (#18188)
        408 N. Columbia Street
        P. O. Box 2086
        Covington, LA  70434-2086
        Telephone:  (985) 893-4790
        ddorsey@phjlaw.com

Our File No.: 895.1013

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of July, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                            **s/ Patrick D. DeRouen**
                                            **PATRICK D. DeROUEN**

Our File No.: 895.1013