**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN   RE:   KATRINA   CANAL | * | CIVIL ACTION |
| BREACHES   CONSOLIDATED | * | NO.:  05-4182 "K" (2) |
| LITIGATION | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| PERTAINS TO: INSURANCE | * | |
| | * | |
| FILED IN: 08-1651 "K" (2) | * | |
| | * | |
| JOHN AND JOHNNIE LOMAX | * | |
|      Plaintiff, | * | |
| | * | |
| VERSUS | * | |
| | * | |
| STATE   FARM   FIRE   AND | * | |
| CASUALTY COMPANY | * | |
|      Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

The foregoing motion considered:

IT IS ORDERED BY THE COURT that Patrick D. DeRouen, Laurie L. DeArmond, Chad J. Primeaux and Guy H. Bumpas IV of the law firm Porteous, Hainkel, and Johnson LLP are hereby withdrawn as counsel of record for defendant, State Farm Fire & Casualty Company, and that Dan R. Dorsey of the law firm Porteous, Hainkel, and Johnson LLP be enrolled as counsel of record.

1

Signed this _____ day of _____, 2008, in New Orleans, Louisiana.


_____
**JUDGE**

Our File No.: 895.1013