UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: LEVEE<br>      DEPASS, 06-5127<br>      BOURGEOIS, 06-5131<br>      SIMS, 06-5116 | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |

### ORLEANS LEVEE DISTRICT'S MOTION TO RECONSIDER
### COURT'S ORDER AND REASONS (REC. DOC. 13613)

For the reasons set forth more fully in the accompanying memorandum, the Orleans Levee District hereby respectfully moves the Court to reconsider its June 24, 2008 Order and Reasons granting in part and denying in part the motions to dismiss filed by the Sewerage and Water Board of New Orleans pursuant to Federal Rules 12(b)(6) and 12(c) (Rec. Doc. 13613), insofar as the Order states that the Orleans Levee District has garde over the flood water pump system, flood water pumping system and/or flood system.

887010v.1

**WHEREFORE**, the Orleans Levee District hereby respectfully moves the Court to reconsider its June 24, 2008 Order and Reasons granting in part and denying in part the motions to dismiss filed by the Sewerage and Water Board of New Orleans pursuant to Federal Rules 12(b)(6) and 12(c) (Rec. Doc. 13613), insofar as the Order states that the Orleans Levee District has garde over the flood water pump system, flood water pumping system and/or flood system.

Dated: July 7, 2008                          Respectfully submitted,

s/ Thomas P. Anzelmo
McCRANIE, SISTRUNK, ANZELMO,
   HARDY, MAXWELL & McDANIEL
Thomas P. Anzelmo, P.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE: (504) 831-0946
FACSIMILE: (504) 831-2492

and

LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE: (337) 237-7000
FACSIMILE: (337) 233-9450
Attorneys for the ORLEANS LEVEE DISTRICT

887010v.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of July, 2008, a copy of the above and foregoing **Orleans Levee District's Motion to Reconsider Court's Order and Reasons (Rec. Doc. 13613)** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

           s/ Thomas P. Anzelmo
           McCRANIE, SISTRUNK, ANZELMO,
              HARDY, MAXWELL & McDANIEL
           3445 N. Causeway Boulevard, Ste. 800
           Metairie, Louisiana 70002
           TELEPHONE: (504) 831-0946
           FACSIMILE: (504) 831-2492
           E-MAIL: tpa@mcsalaw.com

887010v.1