UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2) |
| PERTAINS TO: LEVEE<br>    DEPASS, 06-5127<br>    BOURGEOIS, 06-5131<br>    SIMS, 06-5116 | JUDGE DUVAL<br>MAG. WILKINSON |

### AFFIDAVIT OF STEVAN SPENCER

I have personal knowledge of the following facts and, if called and sworn to testify as a witness, would competently testify as follows:

1. I am currently employed by the Orleans Levee District, for whom I have worked since April 1993.

2. From April 1993 until January 2006, I held the position of Chief Engineer for the Orleans Levee District.

3. From January 2006 through the present, I have held the position of Director of Hurricane and Flood Protection for the Orleans Levee District.

4. The Orleans Levee District is not a "levee and drainage district." Rather, it is a "levee district."

5. The Orleans Levee District has no authorization or powers regarding drainage, flood water pump systems, or flood water pumping systems, including, but not limited to, manning any of the pumping stations.



- 1 -

887010v.1

I declare under the penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on this 7th day of July, 2008, in New Orleans, Louisiana.

_____
**STEVAN SPENCER**

SWORN TO AND SUBSCRIBED
BEFORE ME, THIS 7TH DAY
OF JULY, 2008.

Notary Public's Signature: _____

Notary Public's Printed Name:   Charles E. Sutton, Jr.

Notary Public's Bar/I.D. Number:   19400

2

887010v.1