## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO: LEVEE | JUDGE DUVAL |
|       DEPASS, 06-5127 | MAG. WILKINSON |
|       BOURGEOIS, 06-5131 | |
|       SIMS, 06-5116 | |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Orleans Levee District will bring its Motion to Reconsider Court's Order and Reasons (Rec. Doc. 13613) before the Honorable Stanwood R. Duval, Jr. in the United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana 70130 on the 23rd day of July, 2008 at 9:30 a.m.

887011v.1

Dated:  July 7, 2008

Respectfully submitted,

s/ Thomas P. Anzelmo
McCRANIE, SISTRUNK, ANZELMO,
   HARDY, MAXWELL & McDANIEL
Thomas P. Anzelmo, P.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE:  (504) 831-0946
FACSIMILE:  (504) 831-2492

and

LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:  (337) 237-7000
FACSIMILE:  (337) 233-945
Attorneys for the ORLEANS LEVEE DISTRICT

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of July, 2008, a copy of the above and foregoing **Notice of Hearing** was filed electronically with the Clerk of Court using the Court's CM/ECF system.  Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

s/ Thomas P. Anzelmo
McCRANIE, SISTRUNK, ANZELMO,
   HARDY, MAXWELL & McDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE:  (504) 831-0946
FACSIMILE:  (504) 831-2492
E-MAIL:  tpa@mcsalaw.com

887011v.1