UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.:  05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE | * * | |
| FILED IN: 08-1650 "K" (2) | * * | |
| GERALD NORMAN       Plaintiff, | * * * | |
| VERSUS | * * | |
| STATE FARM FIRE AND CASUALTY COMPANY       Defendant. | * * * * | |
| * * * * * * * * * * * * * * * * * | | |

**ORDER**

The foregoing motion considered:

IT IS ORDERED BY THE COURT that Patrick D. DeRouen, Laurie L. DeArmond, Chad J. Primeaux and Guy H. Bumpas IV of the law firm Porteous, Hainkel, and Johnson LLP are hereby withdrawn as counsel of record for defendant, State Farm Fire & Casualty Company, and that Dan R. Dorsey of the law firm Porteous, Hainkel, and Johnson LLP be enrolled as counsel of record.

1

Our File No.: 895.1015

2

Signed this \_\_\_\_\_ day of _____, 2008, in New Orleans, Louisiana.

_____
**JUDGE**

Our File No.: 895.1015