UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL | * | CIVIL ACTION NO.: 05-4182 |
| BREACHES CONSOLIDATED | * | |
| LITIGATION | * | |
| | * | |
| | * | |
| | * | |
| | * | SECTION: "K" JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |

**************************************************************************

MEMORANDUM IN OPPOSITION TO INSURANCE PSLC'S
MOTION FOR ENTRY OF THE ORGANIZATION AND COMPENSATION
OF COMMON BENEFIT PLAINTIFFS' ATTORNEYS' CASE MANAGEMENT ORDER

MAY IT PLEASE THE COURT:

Mover is the plaintiff in the following cases which are currently pending in the U. S. District Court: 06-6303; 06-5731, 06-5732 and 06-5733.  Mover has litigated her own cases without any help or assistance from the Insurance PSLC.  The Insurance PSLC has not made any law which will benefit mover.

Mover is a pro se litigant representing herself and aided by a member of her law firm. Mover elects to enter the settlement tract and resolve her case in that tract or alternatively try her cases without any help from the PSLC.

Mover therefore objects to the payment of any fees to the PSLC from her above cited cases.

          Respectfully submitted,

          *S/Darleen M. Jacobs*
          DARLEEN M. JACOBS (#7208)
          *A Professional Law Corporation*
          823 St. Louis Street
          New Orleans, Louisiana 70112
          (504) 522-0155 and (504) 522-3287

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 7th day of July, 2008 I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing and I hereby certify that I have mailed by United States Postal Service the document.

          *S/Darleen M. Jacobs*
          DARLEEN M. JACOBS