# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SEC. K, MAG. 2 |
| PERTAINS TO:  07-4538 (ALEXANDER) | |

**********************************************************************

## JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come Lonzo Hamilton, one of the Plaintiffs in the captioned lawsuit, and Auto Club Family Insurance Company ("ACFIC"), one of the Defendants in the captioned lawsuit, and upon suggesting to the court that all matters between the Plaintiff, Lonzo Hamilton, and Defendant, Auto Club Family Insurance Company, have been amicably resolved and settled.  Plaintiff, Lonzo Hamilton and Defendant, Auto Club Family Insurance Company, hereby move for an order dismissing the Complaint of Plaintiff, with prejudice.

Respectfully submitted,

**BECNEL LAW FIRM, L.L.C.**

By: _____

**KEVIN P. KLIBERT**
106 W. Seventh Street
P. O. Drawer H
Reserve, LA  70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445
***Attorneys for Lonzo Hamilton***

**CHOPIN, WAGAR, RICHARD
& KUTCHER, L.L.P.**

By: _____

**THOMAS M. RICHARD (#2069)**
Two Lakeway Center
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana  70002
Telephone:  (504) 830-3838
Facsimile: (5040 836-9543
*Attorneys for Defendant, Auto Club Family Insurance
Company and Automobile Club Inter-Insurance
Exchange*

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of July, 2008, I electronically filed the foregoing

with the Clerk of Court by using the CM/ECF system which will send a notice of electronic

filing to persons electronically noticed.  I further certify that I mailed the foregoing document

and the notice of electronic filing by first-class mail to any non-CM/ECF participant.

_____
**THOMAS M. RICHARD**