U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    JUL _ 3 2008

LORETTA G. WHYTE
CLERK

United States Court of Appeals
Fifth Circuit

**FILED**
May 9, 2008

Charles R. Fulbruge III
Clerk

# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

---

No. 06-30840

---

D.C. Docket No. 2:05-CV-4182
2:05-CV-4181

MAUREEN O'DWYER; HAROLD JOSEPH GAGNET; SALLY EGERTON RICHARDS; STEPHANIE PORTER, doing business as Interior Specialties LLC; SHEILA JORDAN JORDAN; ET AL

    Plaintiffs - Appellants

v.

UNITED STATES OF AMERICA, through its agencies & instrumentalities the United States Army Corps of Engineers and the Federal Emergency Mangaement Ageny (a/k/a Fema); KATHLEEN BLANCO, Louisiana State Govenernor, both individually & in her elected capacity; LOUISIANA STATE; RAY NAGIN, Mayor, both individually & in his elected capacity; NEW ORLEANS CITY; EDDIE COMPASS, Chief of police, both individually & in his appointed capacity; EDDIE JORDAN, District Attorney, both individually & in his appointed capacity; JIM HUEY, President of Orleans Parish Levee Board, both individually & in his official capacity; ORLEANS PARISH LEVEE BOARD; RAY NAGIN, Orleans Parish Sewerage & Water Board, both individually & in his capacity; CRIMINAL SHERIFF FOR THE PARISH OF ORLEANS; CLERK OF COURT, PARISH OF ORLEANS, CRIMINAL DISTRICT; UNIDENTIFIED PARTIES; ORLEANS PARISH SEWERAGE AND WATER BOARD; AARON BROUSSARD, individually & in his capacity as President for the Parish of Jefferson; JEFFERSON PARISH; KIMBERLY WILLIAMSON BUTLER, Clerk of Court, Orleans Parish Criminal District Court; EUSTIS ENGINEERING COMPANY INC; MODJESKI & MASTERS INC; C RAY NAGIN, Honorable Mayor, sued as Ray Nagin; EDWIN COMPASS, III, former Superintendent of Police, sued as Eddie Compass; ORLEANS LEVEE DISTRICT, Board of Commissioners, sued as Orleans Parish Levee Board; ST PAUL FIRE & MARINE INSURANCE CO; LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT; SEWERAGE AND WATER BOARD OF NEW ORLEANS; B & K CONSTRUCTION COMPANY INC; BURK KLEINPETER, INC; CSX TRANSPORTATION INC; GEOTECH, INC; PITTMAN CONSTRUCTION CO, INC; WASHINGTON GROUP INTERNATIONAL INC

    Defendants - Appellees

Appeals from the United States District Court

Fee _____
Process _____
Dktd _____
CtRmDep _____
Doc. No. _____

Eastern District of Louisiana, New Orleans.

Before DAVIS and SOUTHWICK, Circuit Judges, and CLARK, District Judge.*

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed in part and dismissed in part.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: JUL 0 1 2008

---

*District Judge of the Eastern District of Texas, sitting by designation.

A True Copy
Attest    JUL 0 1 2008
Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
Deputy

New Orleans, Louisiana