# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 1, 2008

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

    No. 06-30840  In Re: Katrina Canal
    USDC No.  2:05-CV-4182
                2:05-CV-4181

Enclosed, for the District Court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the District Court only, is a copy of the court's opinion.

Record/original papers/exhibits to be returned.

                                  Sincerely,

                                  CHARLES R. FULBRUGE III, Clerk

            By: _____
                 Misty Fontenot, Deputy Clerk
                 504-310-7716

cc: (letter only)
    Honorable Stanwood R Duval Jr
    Mr Ashton R O'Dwyer Jr
    Mr William D Aaron Jr
    Mr Thomas P Anzelmo Sr
    Mr Francis J Barry Jr
    Mr Sarang Vijay Damle
    Mr Joseph Vincent DiRosa Jr
    Mr Mat Marion Gray III
    Mr Ralph S Hubbard III
    Mr Michael C Keller
    Mr Ben Louis Mayeaux
    Ms Penya M Moses-Fields
    Mr James B Mullaly
    Mr George R Simno III
    Mr Christopher Kent Tankersley
    Ms Deborah Louise Wilson

P.S. to Judge Duval:  A copy of the opinion was sent to your office via email the day it was filed.

MDT-1