## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES ) | CIVIL ACTION NO.:    05-4182 |
| CONSOLIDATED LITIGATION ) | |
| ) | SECTION "K" |
| ) | JUDGE DUVAL |
| PERTAINS TO INSURANCE ) | |
| DILLARD UNIVERSITY, ET AL) | MAG. "M5" |
| DOCKET NO. 06-4138 ) | MAGISTRATE WILKINSON |

### MOTION TO ENROLL

NOW INTO COURT comes **MICHAEL E. HILL**, who wishes to enroll and participate as co-counsel for defendant, Lexington Insurance Company, (hereinafter referred to as "Lexington"), in the above-captioned matter; accordingly, undersigned counsel moves this Honorable Court to permit **MICHAEL E. HILL** to enroll and participate as co-counsel in the above-captioned matter.

Respectfully Submitted,

/s/Robert I. Siegel
ROBERT I. SIEGEL (#12063)
KRYSTENA L. HARPER (#27494)
MICHAEL E. HILL (#25708)
GIEGER, LABORDE & LAPEROUSE, LLC
SUITE - 4800 One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone:    (504) 561-0400
Facsimile:    (504) 561-1011
*Counsel for Lexington Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of July, 2008, I electronically filed the foregoing **MOTION TO ENROLL** with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties to this proceeding.

/s/Robert I. Siegel
ROBERT I. SIEGEL