UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES ) | CIVIL ACTION NO.:   05-4182 |
| CONSOLIDATED LITIGATION   ) | |
| ) | SECTION "K" |
| ) | JUDGE DUVAL |
| PERTAINS TO INSURANCE   ) | |
| DILLARD UNIVERSITY, ET AL) | MAG. "M5" |
| DOCKET NO. 06-4138   ) | MAGISTRATE WILKINSON |

## ORDER

Considering the foregoing Motion to Enroll,

IT IS ORDERED that the Motion be GRANTED.

**MICHAEL E. HILL** is hereby enrolled as co-counsel for defendant, Lexington Insurance Company, and is granted permission to appear and participate in the above-captioned matter.

New Orleans, Louisiana this ____ day of _____, 2008.

_____
*JUDGE*