UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION |
| | * <br> * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * <br> * | and consolidated cases |
| | * <br> * | SECTION "K"  (2) |
| *Boutte v. Lafarge*            05-5531 | * | |
| *Mumford v. Ingram*       05-5724 | * | |
| *Lagarde v. Lafarge*       06-5342 | * | JUDGE |
| *Perry v. Ingram*              06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*          06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | MAG. |
| *Lafarge v. USA*               07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

**ORDER GRANTING LEAVE TO ATTACH EXHIBITS TO RECORD DOC. 13724**

Considering the above and foregoing, leave is hereby granted Barge Plaintiffs to attach Exhibits to their Motion for Leave to Amend And/or Withdraw Admissions Deemed Made Due to Lapse of Deadline for Responding And/or for Extension of Time to Respond (Record Doc 13724).

New Orleans, Louisiana, this _____ day of July, 2008.

_____
**HON. JOSEPH C. WILKINSON, JR.**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 8TH day of July, 2008.

\s\Brian A. Gilbert
BRIAN A. GILBERT