UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | |
| **CONSOLIDATED LITIGATION** | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| **PERTAINS TO: BARGE** | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*          05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*     06-5342 | * | **JUDGE** |
| *Perry v. Ingram*             06-6299 | * | **STANWOOD R. DUVAL, JR.** |
| *Benoit v. Lafarge*          06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | **MAG.** |
| *Lafarge v. USA*               07-5178 | * | **JOSEPH C. WILKINSON, JR.** |
| | * | |

**RESPONSES TO REQUESTS FOR ADMISSIONS**
**PROPOUNDED BY THE BARGE ENTITIES**

  **NOW COME** named plaitniffs, through undersigned counsel, who reiterate subject to amendment as follows, their prior Responses to Requests for Admissions:

  (1) To amend the GENERAL RESPONSE AND RESERVATIONS in the following respect:

To delete:

*All of the responses hereto are made on behalf of all named class representative plaintiffs except where specifically indicated otherwise.*

*Plaintiffs are in the process of obtaining answers as to the named individual non-representative plaintiffs, working through their counsel, and will supplement these responses to include their responses as soon as possible.*

To substitute:

  All Responses to Requests for Admissions are made on behalf of all named plaintiffs who have responded to any extent to Barge Entities' discovery herein, all of whom have responded to these requests, and unless specifically noted, their responses are consistent in all respects with

responses previously made.

Named plaintiffs reiterate in all other respects the entirety of their original responses, and reiterate that all responses reflect the best efforts of counsel and the persons responding, in light of loss of much information during the events subject of suit, and in light of information available at relevant points in time. The plaintiffs responding reserve the right to supplement and amend any and all of the following in light of new information as discovery, class certification preparation and trial preparation progress.

(2)     To supplement specific responses as follow:

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 2**

Also denied as to Kevin McFarland.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 3**

Also denied as to Kevin McFarland.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 5**

Also denied as to Michael Lagarde, Donald Pritchett and Marenthia Lagarde.

Respectfully submitted,

/s/ Brian A. Gilbert
Brian A. Gilbert, Esq.
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
         Telephone: (504) 885-7700
         Telephone: (504) 581-6180
         Facsimile: (504) 581-4336
         e-mail: bgilbert@briangilbertlaw.com

/s/ Lawrence D. Wiedemann
Lawrence D. Wiedemann.
Karl Wiedemann
Karen Wiedemann
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113

        Telephone: (504) 581-6180
        Facsimile: (504) 581-4336
        e-mail: lawrence@wiedemannlaw.com,
            karl@wiedemannlaw.com,
karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
    Telephone: 504-834-0646
    e-mail: pistols42@aol.com

/s/ Richard T. Seymour
Richard T. Seymour
Adele Rapport
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
    Voice: 202-862-4320
    Cell:   202-549-1454
    Facsimile:  800-805-1065 and 202-828-4130
    e-mail: rick@rickseymourlaw.net,
adele@rickseymourlaw.net

/s/ Lawrence A. Wilson
Lawrence A. Wilson
David W. Drucker
Wilson, Grochow, Druker & Nolet
Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279-0003
    Telephone: (212) 608-4400
    Facsimile: (212) 227-5159
    e-mail: lwilson@wgdnlaw1.com,
ddruker@wgdnlaw1.com

/s/ Alan L. Fuchsberg
Alan L. Fuchsberg, Esq.
Leslie Kelmachter, Esq.
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
45th Floor
New York, NY 10110-0002

Telephone: 212-869-3500 ext. 235
Facsimile:  212-398-1532
e-mail: a.fuchsberg@fuchsberg.com,
            l.kelmachter@fuchsberg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record via ECF Upload, U.S. Mail, first class postage prepaid and properly addressed, and/or via facsimile and/or electronic mail, this 4 day of April, 2008.

\s\Brian A. Gilbert