UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE, Xavier, 06-516 | JUDGE DUVAL<br>MAG.WILKINSON |

### ORDER

I have received a letter dated June 27, 2008 from plaintiff's counsel.  It appears that substantial settlement efforts have been made in this case, with yet another follow-up mediation session set to occur on July 14, 2008.  Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, will be completed as to the referenced Xavier case only as follows:  No later than **July 16, 2008**, counsel must jointly submit to me for in camera review an in camera settlement report that either (a) advises the court that this matter has settled, or (b) specifically states in dollars ($), in addition to any non-monetary settlement terms that might be involved, the actual settlement proposals of the parties.  Thereafter, I will determine how this case may proceed.

New Orleans, Louisiana, this    8th    day of July, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**
**HON. SARAH S. VANCE**