UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
      CONSOLIDATED LITIGATION
                                   NO. 05-4182 "K" (2)

PERTAINS TO:                                     JUDGE DUVAL
                                                 MAG. WILKINSON

Aaron 06-4746, Connie Abadie 06-5164,
Susan Abadie 07-5112, Abram 07-5205,
Rafael Acevedo 07-5208, Rafael Acevedo 07-5199,
Aguilar 07-4852, Jerald Alexander 07-4538,
Aguda 07-4457, Robert Adams 07-4459,
Allen-Perkins 07-5204, Debra Adams 07-5206,
Anderson 07-6737, Alvin Alexander 07-5768,
Penny Alexander 07-4455, Ansardi 07-5767,
Aucoin 07-4458, Call 07-5769, Robert 07-6162,
Kiefer 06-5370, Austin 06-5383 and Allen 07-5111


**ORDER**

We have reviewed the proposed case management orders submitted by Liaison Counsel in the 22 mass joinder cases referenced above. These cases include claims asserted by approximately 10,000 named plaintiffs against dozens of insurer defendants.

The court has determined that no broad-sweeping case management order applicable to all of these cases in the same way will be entered at this time. Instead, Magistrate Judge Wilkinson will conduct a series of status conferences, grouping the cases for conference purposes as he deems appropriate, to determine how further proceedings in these matters might best be conducted. After the conferences and further

evaluation of the status of the cases, the Magistrate Judge shall make recommendations, and the court will determine whether the cases are progressing satisfactorily toward settlement or other resolution by continued mass management, or if some or all of the claims of individual plaintiffs against their particular insurers should be severed, assigned individual civil action numbers and reallotted so that trial dates and associated deadlines might be set.

New Orleans, Louisiana, this _____8th_____ day of July, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE