UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:  ALL INSURANCE | * * | JUDGE DUVAL<br>MAG. WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**CONSIDERING THE FOREGOING**, it is ORDERED that the Insurance PSLC's Motion for Expedited Hearing the Insurance PSLC's Motion for Entry the Organization and Compensation of Common Benefit Plaintiffs Attorneys Case Management Order be and hereby is **GRANTED**, and will be heard on the _____ day of July, 2008 at _____ o'clock _____ m.

**DENIED**

New Orleans, Louisiana, this __8th__ day of July, 2008.

_____
**UNITED STATES DISTRICT COURT JUDGE**

By agreement of counsel, the PSLC's Motion concerning compensation (Doc. 13688) shall be heard with oral argument on August 6, 2008 at 9:30 a.m.