UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
      CONSOLIDATED LITIGATION
                                             NO. 05-4182

PERTAINS TO: INSURANCE                       SECTION "K"(2)
      06-7171

## ORDER

Considering the Stipulation of Dismissal filed by Plaintiff Marlene Durel and Defendant Lexington Insurance Company (Rec. Doc. 13720), accordingly,

**IT IS ORDERED** that the above-captioned action be **DISMISSED WITH PREJUDICE** as against Lexington Insurance Company, with each party to bear its own costs.

New Orleans, Louisiana, this ___8th___ day of July, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE