UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION
                                      NO. 05-4182 K - (2)

PERTAINS TO: INSURANCE                JUDGE DUVAL
07-5208 (Rafael Acevedo & Dioigna
Acevedov. AAA Insurance , et al).     MAGISTRATE WILKINSON

O R D E R

Considering the Motion to Dismiss filed on behalf of plaintiffs;

IT IS HEREBY ORDERED that plaintiffs' suit against WNC First Insurance Services be and the same is hereby dismissed with prejudice. Each party shall bear its own costs.

New Orleans, Louisiana this  8th  day of     July    , 2008.

Stanwood R. Duval, Jr.
United States District Judge