UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION
                                       NO. 05-4182 K - (2)

PERTAINS TO: INSURANCE                 JUDGE DUVAL
07-5208 (Rafael Acevedo & Dioigna
Acevedov. AAA Insurance , et al).      MAGISTRATE WILKINSON

O R D E R

Considering the Motion to Dismiss filed on behalf of plaintiffs;

IT IS HEREBY ORDERED that plaintiffs' suit against Lafayette Insurance be and the

same is hereby dismissed with prejudice.

New Orleans, Louisiana this __8th__ day of _____July_____, 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge