UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>*Robinson* C.A. NO. 06-2268 | SECTION "K"(2) |

## ORDER

Having consulted with counsel,

**IT IS ORDERED** that the Motion to Dismiss Counts Two and Three of the Amended Complaint filed by United States of America (Doc. 13653) is **RESET** to **September 10, 2008 at 9:30 a.m. with oral argument.**

New Orleans, Louisiana, this   8th   day of July, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE