UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARY BERGERON | * | |
| | * | NO. 07-5896 |
| | * | |
| VERSUS | * | SECTION K(2) |
| | * | |
| AUTO CLUB FAMILY INSURANCE COMPANY | * | JUDGE DUVAL |
| | * | |
| | * | MAG. JUDGE WILKINSON |
| | * | |

**************************************

## ORDER

Considering the foregoing Joint Motion to Dismiss With Prejudice;

**IT IS ORDERED** that the Petition of Mary Bergeron be and is hereby **DISMISSED**, as against Defendant, Auto Club Family Insurance Company, with prejudice, with each party to bear their own costs. <u>This is a full and final dismissal of plaintiff's claims.</u>

New Orleans, Louisiana, this 8th day of July, 2008.

_____
JUDGE