UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br><br><br>PERTAINS TO:  ROAD HOME<br>  *Louisiana State*  C.A. No. 07-5528 | §    CIVIL ACTION<br>§    NO.   05-4182 "K"(2)<br>§    JUDGE DUVAL<br>§    MAGISTRATE WILKINSON<br>§<br>§<br>§<br>§ |

### SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rule 5.6E, Defendants Balboa Insurance Company ("Balboa") and Meritplan Insurance Company ("Meritplan") hereby file this Supplemental Corporate Disclosure Statement.

Countrywide Financial Corporation ("CFC") was the parent corporation of both Meritplan and Balboa at the time of the filing of their initial Corporate Disclosure Statement. At that time, CFC was a publicly traded corporation (NYSE: CFC).  As of July 1, 2008, CFC was acquired by, and is now a wholly-owned subsidiary of Bank of America Corporation, which is a publicly-traded corporation (NYSE: BAC).  CFC is no longer a publicly-traded entity on the New York Stock Exchange, and the last public trade occurred on June 30, 2008.  There are no other publicly-held companies that hold 10% or more of Balboa or Meritplan's stock.

763643.2

Respectfully submitted this 9th day of July, 2008.

                                        **MCGLINCHEY STAFFORD, PLLC**

                                        */s/   Gerard E. Wimberly*
GERARD E. WIMBERLY, JR. (#13584) (T.A.)
ANTHONY ROLLO ( # 01133)
DANIEL T. PLUNKETT (# 21822)
643 Magazine Street
New Orleans, LA 70130
Telephone: (504) 586-1200
Facsimile: (504) 596-0377

ATTORNEYS FOR DEFENDANTS, BALBOA INSURANCE COMPANY AND MERITPLAN INSURANCE COMPANY.

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July, 2008, I electronically filed the foregoing Supplemental Corporate Disclosure Statement by Balboa Insurance Company and Meritplan Insurance Company with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                        */s/   Gerard E. Wimberly*
                                          Gerard E. Wimberly, Jr.

763643.2