UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES           CIVIL ACTION
     CONSOLIDATED LITIGATION
                                        NO. 05-4182

PERTAINS TO: 07-4538, ALEXANDER         SECTION "K"(2)

## ORDER

Considering the parties' Joint Motion to Dismiss (Rec. Doc. 13731), accordingly

**IT IS ORDERED** that the above-captioned matter be **DISMISSED WITH PREJUDICE** as to all claims by Plaintiff Lonzo Hamilton against Auto Club Family Insurance Company, with each party to bear their own costs.

New Orleans, Louisiana, this 9th day of July, 2008

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE