UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES ) | CIVIL ACTION NO.: | 05-4182 |
| CONSOLIDATED LITIGATION ) | | |
| ) | SECTION "K" | |
| ) | JUDGE DUVAL | |
| PERTAINS TO INSURANCE ) | | |
| DILLARD UNIVERSITY, ET AL) | MAG. "M5" | |
| DOCKET NO. 06-4138 ) | MAGISTRATE WILKINSON | |

## ORDER

Considering the foregoing Motion to Enroll,

IT IS ORDERED that the Motion be GRANTED.

**MICHAEL E. HILL** is hereby enrolled as co-counsel for defendant, Lexington Insurance Company, and is granted permission to appear and participate in the above-captioned matter.

New Orleans, Louisiana this  9th  day of _____ July _____, 2008.

_____
JUDGE