UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION: 05-4182 "K" (2) |
|     Plaintiff, | * | |
| | * | |
| | * | JUDGE: STANWOOD R. DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| PERTAINS TO: INSURANCE | * | |
| *Dunn v. Encompass Ins. Co.* | * | |
| No. 06-5288 | * | |
| | * | |
| | * | |
| *************************************** | | |

# DEFENDANT'S MOTION TO DISMISS AND
# <u>FOR ENTRY OF FINAL JUDGMENT</u>

Defendant, Encompass Insurance Company ("Encompass"), respectfully moves for the entry of a final judgment in its favor in this matter for the reasons set forth more fully in the Post-*Sher* Insurance Umbrella Case Management Order, Rec. Doc. No. 13521, and the memorandum accompanying this motion.

Respectfully submitted,

*/s/ Bailey Smith*

---

Judy Y. Barrasso, #2814
Bailey H. Smith, #27906
Barrasso, Usdin, Kupperman,
    Freeman & Sarver
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone:  (504) 589-9700

Attorneys for Encompass Insurance Company

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon all counsel of record by hand delivery, facsimile transmission, Court's electronic system, and/or by U.S. Postal Service, on this 9th day of July, 2008.

*/s/ Bailey Smith*

---