MINUTE ENTRY
WILKINSON, M.J.
JULY 8, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE | JUDGE DUVAL<br>MAG. WILKINSON |

At the request of Liaison Counsel, a conference was conducted on this date. Participating via telephone were: Joseph Bruno, representing plaintiffs; Seth Schmeeckle, representing defendants, including specifically Travelers Insurance Company. The status of pending settlements was discussed, including the mechanics by which possible mortgage company interests in proposed settlements might be waived. Discussions between counsel are continuing.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR: 0 : 25