UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA* 07-5178 | * * | JOSEPH C. WILKINSON, JR. |

### ORDER GRANTING LEAVE TO ATTACH EXHIBITS TO RECORD DOC. 13724

Considering the above and foregoing, Record Doc. No. 13738, leave is hereby GRANTED Barge Plaintiffs to attach Exhibits to their Motion for Leave to Amend and/or Withdraw Admissions Deemed Made Due to Lapse of Deadline for Responding And/or for Extension of Time to Respond (Record Doc 13724).

New Orleans, Louisiana, this ___9th___ day of July, 2008.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE