## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO: LEVEE/MRGO<br>*Murphy Building Corp.,* No. 07-4775<br>*Rault Resources, Inc.,* No. 07-5184<br>*Rault,* No. 07-5186<br>*McCay,* No. 07-5187 | CIVIL ACTION<br><br>NO.  05-4182<br>& Consol. Cases<br><br>SECTION "K" (2)<br>JUDGE  DUVAL<br><br>MAGISTRATE WILKINSON |

### EX PARTE MOTION  OF DEFENDANT, BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS, FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS

**NOW INTO COURT,** through undersigned counsel, comes defendant, Board of Commissioners of the Port of New Orleans ("Dock Board"), who, for the reasons set forth more fully in the accompanying Memorandum in Support, hereby moves this Honorable Court for leave to file the accompanying Supplemental Memorandum in Support of Motion for Judgment on the Pleadings in the above-captioned actions. This motion relates to the Dock Board's previously filed Motion for Judgment on the Pleadings (Doc. 13708) in these actions. Plaintiffs' counsel has consented to the filing and granting of this motion.

Respectfully submitted,

DAIGLE FISSE & KESSENICH, PLC

BY:   /s/ Kirk N. Aurandt
       J. FREDRICK KESSENICH (7354)
       JONATHAN H. SANDOZ (23928)
       MICHAEL W. MCMAHON (23987)
       JON A. VAN STEENIS (27122)
       KIRK N. AURANDT (25336)
       P. O. Box 5350
       Covington, Louisiana  70434-5350
       Telephone:  985/871-0800
       Facsimile:   985/871-0899
       Attorneys for Defendant, The Board of
       Commissioners of the Port of New
       Orleans

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served

upon all counsel of record by the Court's ECF system, this 9th  day of July, 2008.

/s/ Kirk N. Aurandt
KIRK N. AURANDT