UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO: LEVEE/MRGO<br>*Murphy Building Corp.*, No. 07-4775<br>*Rault Resources, Inc.*, No. 07-5184<br>*Rault*, No. 07-5186<br>*McCay*, No. 07-5187 | CIVIL ACTION<br><br>NO. 05-4182<br>& Consol. Cases<br><br>SECTION "K" (2)<br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

### ORDER

Considering the foregoing ex parte motion filed on behalf of the Board of Commissioners of the Port of New Orleans,

**IT IS ORDERED** that The Board of Commissioners of the Port of New Orleans is hereby granted leave to file the accompanying Supplemental Memorandum in Support of Motion for Judgment on the Pleadings in the above-captioned actions.

New Orleans, Louisiana, this ___ day of _____, 2008.

                                            STANWOOD R. DUVAL, JR.
                                            UNITED STATES DISTRICT JUDGE

Respectfully submitted,

DAIGLE FISSE & KESSENICH, PLC

BY: /s/ Kirk N. Aurandt
J. FREDRICK KESSENICH (7354)
JONATHAN H. SANDOZ (23928)
MICHAEL W. MCMAHON (23987)
JON A. VAN STEENIS (27122)
KIRK N. AURANDT (25336)
P. O. Box 5350
Covington, Louisiana 70434-5350
Telephone: 985/871-0800
Facsimile: 985/871-0899
Attorneys for Defendant, The Board of Commissioners of the Port of New Orleans

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the Court's ECF system, this 9th day of July, 2008.

/s/ Kirk N. Aurandt
KIRK N. AURANDT

- 2 -