UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO: LEVEE/MRGO<br>*Murphy Building Corp.*, No. 07-4775<br>*Rault Resources, Inc.*, No. 07-5184<br>*Rault*, No. 07-5186<br>*McCay*, No. 07-5187 | CIVIL ACTION<br><br>NO. 05-4182<br>& Consol. Cases<br><br>SECTION "K" (2)<br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

### SUPPLEMENTAL MEMORANDUM OF DEFENDANT, BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS, IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS

**MAY IT PLEASE THE COURT:**

#### Introduction

The Board of Commissioners of the Port of New Orleans ("Dock Board") recently filed a Motion for Judgment on the Pleadings to dismiss the claims against it contained in the actions captioned above (Doc. 13708). This motion was premised, in part, upon La. R.S. §9:2800(H)'s prohibition against the assertion of strict liability claims against public bodies, such as the Dock Board, for damages arising out of Hurricane Katrina. It has come to the attention of

undersigned counsel, however, that the Louisiana Supreme Court recently declared La. R.S. §9:2800(H) unconstitutional after determining that retroactive application of that statutory section would improperly operate to divest persons of rights that had vested prior to the statutory provision's effective date. See, Burmaster v. Plaquemines Parish Government, 982 So.2d 795, 806-12 (La. 2008). Accordingly, the Dock Board informs this Honorable Court of this decision of the Louisiana Supreme Court and withdraws its prior argument regarding La. R.S. §9:2800(H). The Dock Board, however, continues to assert its alternative argument for dismissal; namely, that this Honorable Court has already determined in the Hurricane Katrina Levee Master Class Action that the Dock Board did not have garde over the levees and floodwalls at issue here, and, therefore, cannot be held liable to Plaintiffs herein as a matter of law. See, Dock Board original Memorandum in Support at p. 7-9 (Doc. 13708-2); Order and Reasons (Doc. 8389).

Respectfully submitted,

DAIGLE FISSE & KESSENICH, PLC

BY: /s/ Kirk N. Aurandt
J. FREDRICK KESSENICH (7354)
JONATHAN H. SANDOZ (23928)
MICHAEL W. MCMAHON (23987)
JON A. VAN STEENIS (27122)
KIRK N. AURANDT (25336)
P. O. Box 5350
Covington, Louisiana 70434-5350
Telephone: 985/871-0800
Facsimile: 985/871-0899
Attorneys for Defendant, The Board of Commissioners of the Port of New Orleans

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the Court's ECF system, this 9th day of July, 2008.

/s/ Kirk N. Aurandt
KIRK N. AURANDT

- 3 -