UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACH LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION K |
| PERTAINS TO CASE NO. 07-5528 | * * | Judge Stanwood Duvall |
| | * * | DIVISION 2 Mag. Joseph C. Wilkinson, Jr. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### EX PARTE MOTION TO WITHDRAW AS COUNSEL

Catherine E. Lasky, formerly of the firm Phelps Dunbar LLP, respectfully submits this ex parte motion to withdraw as counsel for Proctor Financial, Inc. in the above-captioned proceeding. Ms. Lasky respectfully submits that she is no longer associated with the firm of Phelps Dunbar LLP and as a result, is no longer representing Proctor Financial. Proctor Financial remains represented by Phelps Dunbar LLP.

For the foregoing reasons, Catherine E. Lasky respectfully requests that she be withdrawn as counsel of record for Proctor Financial, Inc. and that she be granted such other and further relief to which she may be entitled.

        Respectfully submitted,

**BY:**  /s/ Catherine E. Lasky
       **CATHERINE E. LASKY (LA Bar No. 28652)**
       **JONES, SWANSON, HUDDELL & GARRISON**
       601 Poydras Street, Suite 2655
       New Orleans, Louisiana 70130
       Telephone: (504) 523-2500
       Telecopier: (504) 523-2508

### CERTIFICATE OF SERVICE

    I hereby certify that I have on this __8th__ day of July, 2008, electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record

          /s/ Catherine E. Lasky