UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACH LITIGATION** | * * * * * | **CIVIL ACTION NO. 05-4182** |
| **PERTAINS TO CASE NO. 07-5528** | * * | **SECTION K**<br>**Judge Stanwood Duvall** |
| | * * | **DIVISION 2**<br>**Mag. Joseph C. Wilkinson, Jr.** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Ex Parte Motion to Withdraw as Counsel filed by Catherine E. Lasky;

**IT IS HEREBY ORDERED** that Catherine E. Lasky be withdraw as counsel of record for Proctor Financial, Inc. in the above-captioned proceeding.

New Orleans, Louisiana, this _____ day of July, 2008.

_____
JUDGE