UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:  BARGE | and consolidated cases<br><br>SECTION "K"  (2) |
| *Boutte v. Lafarge*         05-5531<br>*Mumford v. Ingram*    05-5724<br>*Lagarde v. Lafarge*     06-5342<br>*Perry v. Ingram*          06-6299<br>*Benoit v. Lafarge*        06-7516<br>*Parfait Family v. USA*  07-3500<br>*Lafarge v. USA*            07-5178 | <br><br>JUDGE<br>STANWOOD R. DUVAL, JR.<br><br>MAG.<br>JOSEPH C. WILKINSON, JR. |

## ORDER GRANTING LEAVE TO ATTACH L.R. 37.1E CERTIFICATE

Considering the above and foregoing, Barge Plaintiffs are hereby granted leave to attach to their Motion to Withdraw Admissions, etc. their L.R. 37.1E Certificate.

New Orleans, Louisiana, this _____ day of July, 2008.

_____
**HON JOSEPH C. WILKINSON, JR.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 9 day of July, 2008.

\s\Brian A. Gilbert