UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * * | and consolidated cases |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA* 07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

**L.R. 37.1E CERTIFICATE CONCERNING BARGE PLAINTIFFS' MOTION TO WITHDRAW ADMISSIONS, ETC.**

I hereby certify that following this Court's ruling on Lafarge North America's Motion to Compel, undersigned conferred with counsel for Lafarge North America concerning withdrawal or extension of time to provide responses as to responses to Requests for Admissions deemed admitted by passage of time.  The parties were unable to reach an agreement.

New Orleans, Louisiana, this 9th day of July, 2008.

/s/Brian A. Gilbert

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon

counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 9th day of July, 2008.

\s\Brian A. Gilbert