UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:** | | |
| **KATRINA CANAL BREACHES** § | CIVIL ACTION NO. 05-4182 "K" (2) | |
| **CONSOLIDATED LITIGATION** § | | |
| § | JUDGE DUVAL | |
| *PERTAINS TO:   INSURANCE* § | | |
| § | MAGISTRATE WILKINSON | |
| **HARRY PITTMAN       NO. 07-9069** § | | |
| § | | |
| **VERSUS** § | | |
| § | | |
| **ALLSTATE INSURANCE COMPANY** § | | |
| § | | |

### ALLSTATE'S MOTION TO COMPEL
### HARRY PITTMAN
### TO RESPOND TO ALLSTATE'S DISCOVERY

For the reasons asserted in the accompanying Memorandum in Support of Allstate Insurance Company's ("Allstate") Motion to Compel, Allstate asks the court to compel Harry Pittman to file responses to Allstate's discovery requests.

RESPECTFULLY SUBMITTED,

*/s/ Gregory J. Schwab*
**GREGORY J. SCHWAB #21075**
100 Ramey Road, Suite B
Houma, Louisiana 70360
Telephone: (985) 223-4457
Facsimile:  (985) 851-5051
E-mail: gjschwab@exceedtech.net
Attorney for Allstate

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to counsel for all parties by operation of the court's electronic filing system.

*/s/Gregory J. Schwab*
**GREGORY J. SCHWAB**