# GREGORY   J. SCHWAB
A LIMITED LIABILITY COMPANY
## ATTORNEY AT LAW
_____

100 RAMEY ROAD, SUITE B
HOUMA, LOUISIANA 70360
Telephone: (985) 223-4457
Facsimile: (985) 851-5051
EMAIL: gjschwab@exceedtech.net

May 20, 2008

*VIA: Facsimile (504) 942-5968*

Michael C. Darnell
1540 N. Broad Street
New Orleans, Louisiana   70119

    Re:    *Harry Pittman v. Allstate Insurance Company*

Dear Mr. Darnell:

    On February 7, 2008, we forwarded Interrogatories and Request for Production of Documents to plaintiffs in the above matter.  To date, we have not received responses thereto.  I have scheduled a conference on May 27, 2008 at 9:15 a.m. so that we can discuss the status of these overdue discovery responses.  I would appreciate it if you would call my office to initiate the conference.

    I look forward to hearing from you.

                Very truly yours,

                Gregory J. Schwab

/jb