UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:<br>KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>*PERTAINS TO: INSURANCE*<br><br>HARRY PITTMAN    NO. 07-9069<br><br>VERSUS<br><br>ALLSTATE INSURANCE COMPANY | CIVIL ACTION NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

## AFFIDAVIT OF GREGORY J. SCHWAB

**STATE OF LOUISIANA**

**PARRISH OF TERREBONNE**

GREGORY J. SCHWAB, being duly sworn, deposes and states as follows:

1. That I am over 18 years of age, and a resident of the State of Louisiana.

2. That I have knowledge of the facts set forth in this Affidavit, both personally and through a review of the records, made and kept in the regular course of business by those whose regular job function it is to make and keep such records, and, if called as a witness, I could testify competently to those facts.

3. That Allstate sent Interrogatories and Request for Production of Documents to Harry Pittman (Plaintiff) on February 7, 2008.

4. That Plaintiff's responses to discovery were due on March 6, 2008.

5. That in correspondence mailed on May 20, 2008, Allstate requested that Plaintiff provide Responses to Allstate's Interrogatories and Request for Production of Documents.

1

6. That as of this date, Plaintiff has not provided Responses to Allstate's Interrogatories and Request for Production of Documents.

_____
**GREGORY J. SCHWAB**


SUBSCRIBED AND SWORN to before me
this 9th day of July, 2008.

_____
Notary Public #9545
My Commission Expires *at death*