UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re:** | |
| **KATRINA CANAL BREACHES** § | **CIVIL ACTION NO. 05-4182 "K" (2)** |
| **CONSOLIDATED LITIGATION** § | |
| § | **JUDGE DUVAL** |
| *PERTAINS TO:  INSURANCE* § | |
| § | **MAGISTRATE WILKINSON** |
| **HARRY PITTMAN       NO. 07-9069** § | |
| § | |
| **VERSUS** § | |
| § | |
| **ALLSTATE INSURANCE COMPANY** § | |
| _____ § | |

**RULE 37 CERTIFICATE**

Undersigned counsel for Allstate Insurance Company certifies that, in compliance with Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.1E, he has been unable to amicably resolve the discovery dispute despite correspondence and telephone calls to plaintiff.

                          RESPECTFULLY SUBMITTED,

                          */s/   Gregory J. Schwab_____*
                          **GREGORY J. SCHWAB #21075**
                          100 Ramey Road
                          Houma, Louisiana 70360
                          Telephone: (985) 223-4457
                          Facsimile:  (985) 851-5051
                          E-mail: gjschwab@exceedtech.net
                          Attorney for Allstate