UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:** | | |
| **KATRINA CANAL BREACHES** | § | **CIVIL ACTION NO. 05-4182 "K" (2)** |
| **CONSOLIDATED LITIGATION** | § | |
| | § | **JUDGE DUVAL** |
| *PERTAINS TO:  INSURANCE* | § | |
| | § | **MAGISTRATE WILKINSON** |
| **HARRY PITTMAN        NO. 07-9069** | § | |
| | § | |
| **VERSUS** | § | |
| | § | |
| **ALLSTATE INSURANCE COMPANY** | § | |
| _____ | § | |

## ORDER ON ALLSTATE'S MOTION TO COMPEL DISCOVERY RESPONSES

UPON CONSIDERATION that plaintiff has failed to timely respond to Allstate's Interrogatories and Requests for Production of Documents; and

UPON CONSIDERATION that the trial of this matter is set for January 5, 2009, the court GRANTS the motion and ORDERS plaintiff to respond to Allstate's Discovery.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
JUDGE, UNITED STATES DISTRICT COURT

1