UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:** | § | |
| **KATRINA CANAL BREACHES** | § | **CIVIL ACTION NO. 05-4182 "K" (2)** |
| **CONSOLIDATED LITIGATION** | § | |
| | § | **JUDGE DUVAL** |
| *PERTAINS TO:  INSURANCE* | § | |
| | § | **MAGISTRATE WILKINSON** |
| **HARRY PITTMAN        NO. 07-9069** | § | |
| | § | |
| **VERSUS** | § | |
| | § | |
| **ALLSTATE INSURANCE COMPANY** | § | |
| | § | |

## NOTICE OF HEARING

Considering the Motion to Compel Discovery Responses filed by defendant, Allstate Insurance Company;

**IT IS ORDERED** that the plaintiff show cause on **the 6th day of August, 2008, at 11:00 a.m.** in Magistrate Wilkinson's Court, 500 Poydras Street, New Orleans, Louisiana 70130, why the Motion to Compel Discovery Responses should not be granted and why plaintiff should not be ordered to respond to the discovery.

New Orleans, Louisiana, this ____ day of _____, 2008.

_____
**JUDGE, UNITED STATES DISTRICT COURT**

1