343-84

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | CIVIL ACTION NO.: 05-4182 |
| | * | |
| VERSUS | * | JUDGE |
| | * | SECTION "K" |
| BOH BROTHERS CONSTRUCTION COMPANY, LLC, ET AL. | * | MAGISTRATE "2" |
| | * | CONS. KATRINA CANAL |

THIS DOCUMENT RELATES TO: 07-9481

## MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

Pursuant to Federal Rule of Civil Procedure 37, State Farm Fire and Casualty Company ("State Farm"), hereby moves this Court for an order compelling Rita Boskent Henry, to respond to the interrogatories and requests for the production of documents propounded herein by State Farm Fire and Casualty Company for reasons set forth more fully in the accompanying memorandum.

State Farm further moves for an award of reasonable expenses, including attorney's fees, incurred in bringing this motion.

1

Respectfully submitted,
BEAHM & GREEN


___/s/ Charles S. Green, Jr.___
**CHARLES S. GREEN, JR. (#21627)**
**JOHN J. FISCHESSER II (#28351)**
Attorneys for Defendant
Suite 408
145 Robert E. Lee Boulevard
New Orleans, Louisiana 70124
Telephone (504) 288-2000
Facsimile (504) 288-2099
charlie@beahm.com
johnf@beahm.com

## CERTIFICATE

I hereby certify that on the 10th day of July, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

___/s/ Charles S. Green, Jr.___
