343-84

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, ET AL.** | * | **CIVIL ACTION NO.: 05-4182** |
| | * | |
| | * | |
| | * | |
| **VERSUS** | * | **JUDGE** |
| | * | |
| | * | **SECTION "K"** |
| | * | |
| **BOH BROTHERS CONSTRUCTION** | * | **MAGISTRATE "2"** |
| **COMPANY, LLC, ET AL.** | * | **CONS. KATRINA CANAL** |
| | * | |
| | * | |

**THIS DOCUMENT RELATES TO: 07-9481**

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

## NOTICE OF HEARING

TO:   **Rita Boskent Henry**
*Through her counsel of record*
Michael C. Darnell, Esq.
Edwin R. Murray, Esq.
1540 N. Broad Street
New Orleans, Louisiana  70119

Bruce L. Feingerts, Esq.
365 Canal Street, Suite 2700
New Orleans, Louisiana  70130

PLEASE TAKE NOTICE that the Motion to Compel Answers to Interrogatories and Requests for Production of Documents filed by State Farm Fire and Casualty Company is set for hearing on the **6th** day of **August**, **2008** at 11:00 AM in Room B421, 500 Poydras Street, New Orleans, Louisiana, 70130.

Respectfully submitted,
BEAHM & GREEN

/s/ Charles S. Green, Jr.
**CHARLES S. GREEN, JR. (#21627)**
**JOHN J. FISCHESSER II (#28351)**
Attorneys for Defendant
Suite 408
145 Robert E. Lee Boulevard
New Orleans, Louisiana 70124
Telephone (504) 288-2000
Facsimile (504) 288-2099
charlie@beahm.com
johnf@beahm.com

## CERTIFICATE

I hereby certify that on the 10th day of July, 2008, I electronically filed the foregoing

with the Clerk of Court by using the CM/ECF system which will send a notice of electronic

filing to all counsel of record.

/s/ Charles S. Green, Jr.