UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSILIDATED LITIGATION | * | |
| | * | SECTION "K" MAG. 2 |
| | * | |
| PERTAINS TO: INSURANCE | * | JUDGE STANWOOD R. DUVAL |
| <u>Gaubert</u>, 07-9768 | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**MOTION FOR ENTRY OF JUDGMENT**</u>

NOW INTO COURT, through undersigned counsel, comes Defendant Louisiana Citizens Property Insurance Corporation ("LCPIC"), and respectfully moves this Court for an entry of judgment in its favor, dismissing all claims against LCPIC in the consolidated matter listed above.

Plaintiff's Petition alleges that LCPIC failed to provide flood damage coverage under the policy of homeowner's insurance issued by LCPIC. That policy specifically and unambiguously excludes coverage for flood damage. The Petition makes no other claims against LCPIC. As more fully laid out in the accompanying memorandum, pursuant to the Post-*Sher* Insurance Umbrella Case Management Order issued by the Court on June 13, 2008, LCPIC is entitled to judgment dismissing with prejudice all claims asserted against it in the above-referenced consolidated action.

**SIGNATURE LINE ON NEXT PAGE**

1

RESPECTFULLY SUBMITTED:

 /s Laurent J. Demosthenidy
Laurent J. Demosthenidy (La. Bar. #30473)
**HULSE & WANEK, APLC**
1010 Common St. Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 524-6221
Facsimile: (504) 529-4106
ljd@hulsewanek.com

**Attorney for Defendant,
Louisiana Citizens Property Insurance
Corporation**

---

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing pleading has been filed with the Clerk of Court using the CM/ECF system, which will provide electronic service to all counsel of record.

This 10th day of July, 2008.

 /s Laurent J. Demosthenidy

Laurent Demosthenidy