

# STATE OF LOUISIANA
# SECRETARY OF STATE

LEGAL SERVICES SECTION
P.O. BOX 94125, BATON ROUGE, LA 70804-9125
(225) 922-0415

11/27/07

LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION
SUITE 750-153
2561 CITIPLACE COURT
BATON ROUGE, LA 70808

RECEIVED
NOV 2 9 2007
L.J.R.P./L.I.U.P.

SUIT NO: 200709739
CIVIL DISTRICT COURT
PARISH OF ORLEANS

BRUCE GAUBERT
vs
LOUISIANA CITIZENS PROPERTY INS. CORP ET AL

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding.
Please call the attorney that filed this document if you have any questions
regarding this proceeding. If you received this document in error, please
return it to the above address with a letter of explanation.

Yours very truly,

JAY DARDENNE
Secretary of State

Served on: JAY DARDENNE           Date: 11/26/07 at 3:00 PM
Served by: J BROWN                Title: DEPUTY SHERIFF

```
=========================================================================
Received    Number        Date        Paid By           Amount
CHECK/M.O.  94400         11/14/07    CIVIL SHERIFF     25.00

EC                        $500
=========================================================================
```

## NO. 676322



EXHIBIT 1

ATTORNEY'S NAME: Barasch, Stuart 20650
AND ADDRESS: 1100 Poydras, Ste 2900
New Orleans LA 70163

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO: 2007 -- 09739   1   SECTION: 11 -- G

GAUBERT, BRUCE versus LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION, ETAL

## CITATION

TO: LOUISIANA CITIZENS PROPERTY INSURANCE CORP

THROUGH: THE SECRETARY OF STATE

SERVED ON
JAY DARDENNE

BATON ROUGE           LA

YOU HAVE BEEN SUED:

NOV 2 6 2007

SECRETARY OF STATE
COMMERCIAL DIVISION

You must either comply with the demand contained in the petition
FOR DAMAGES WITH REQUEST FOR NOTICE

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

**ADDITIONAL INFORMATION**

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you may call 529-1000 for more information.

COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA   August 28, 2007

Clerk's Office, Room 402, Civil Courts Building,
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____ Deputy Clerk

**SHERIFF'S RETURN**
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the w/i petition FOR DAMAGES WITH REQUEST FOR NOTICE | On this _____ day of _____ served a copy of the w/i petition FOR DAMAGES WITH REQUEST FOR NOTICE |
| On LOUISIANA CITIZENS PROPERTY INSURANCE CORP | On LOUISIANA CITIZENS PROPERTY INSURANCE CORP |
| THROUGH: THE SECRETARY OF STATE | THROUGH: THE SECRETARY OF STATE |
| | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____ LOUISIANA CITIZENS PROPERTY INSURANCE CORP |
| Returned same day No. _____ Deputy Sheriff of _____ Mileage: $ _____ | |
| _____ / ENTERED / _____ PAPER   RETURN _____ / _____ / _____ SERIAL NO.  DEPUTY  PARISH | being absent from the domicile at time of said service. Returned same day No. _____ Deputy Sheriff of _____ |

CIVIL DISTRICT COURT FOR THE _____ JUDICIAL DISTRICT

PARISH OF ORLEANS 2007 AUG 27 P 2: 49

STATE OF LOUISIANA

CIVIL DISTRICT COURT

2007-09739
Div G. 11

## HURRICANE LITIGATION

BRUCE GAUBERT,

  Plaintiff,

versus

LOUISIANA CITIZENS PROPERTY INSURANCE CORP.; STATE FARM FIRE AND CASUALTY INSURANCE COMPANY,

  Defendants.

DIVISION:_____

FILED:_____   DEPUTY CLERK

### PETITION FOR DAMAGES

I.

Each Petitioner is a resident of the Parish of Orleans, State of Louisiana.

II.

-1-

Defendants herein are LOUISIANA CITIZENS PROPERTY INSURANCE CORP., STATE FARM FIRE AND CASUALTY INSURANCE COMPANY, foreign insurance corporations authorized and presently doing business in the Parish of Orleans, State of Louisiana.

III.

As further alleged below, joinder of all Plaintiffs is in conformity with Louisiana Code of Civil Procedure, Article 463 in that (1) there is a community of interest between each Plaintiff; (2) each Plaintiff's claim is in the identical venue; (3) each Plaintiff's

claim employs the same form of procedure.

IV.

On August 29, 2005, at the time of Hurricane Katrina, each Plaintiff had in effect an identical policy of property insurance, including flood insurance, issued by Defendant.

V.

On August 29, 2005 Hurricane Katrina caused substantial damage to each Plaintiff's real property, including but not limited to roof damage and damage to the interior, including its contents. This damage rendered the real property uninhabitable for an extended period of time. This damage was caused by wind, wind driven rain, storm surge, overflowing of canals and breaches of levees, as alleged below.

VI.

Flood waters from nearby levee breaches damaged each Plaintiff's real property. These levee beaches were man-made flooding and not natural flooding. Defendant's policy of insurance provided coverage for non-natural flooding from a man-made levee breach.

VII.

As a result of the aforesaid events Defendant was required to pay each Plaintiff

-2-

his/her policy limit for damage to structure, other structures, contents, debris removal and loss of use/ALE (additional living expenses). Defendant was required to make these payments based upon the total destruction of the property and, pursuant to LSA R.S. 22:695, the Valued Policy Statute, Defendant was obligated to make the aforesaid limit payments. Instead, Defendant made only partial payment based upon wind and wind driven rain alone.

VIII.

Based upon the aforesaid conduct of Defendant, each Plaintiff has the following causes of action against Defendant:

    (a)    failure to tender timely and sufficient payment under LSA R.S. 22:658 and LSA R.S. 22:1220;

    (b)    breach of duty under LSA R.S. 22:658 and LSA R.S. 22:1220;

    (c)    breach of insurance contract;

    (d)    other causes of action that will be determined at trial.

IX.

The aforesaid actions of Defendant were "arbitrary and capricious".

X.

Each Plaintiff requests trial by jury.

XI.

Each Plaintiff is entitled to the following elements of damages:

    (1)    Payment of policy limits for structure;

    (2)    Payment of policy limits for other structure;

    (3)    Payment of policy limits for contents;

    (4)    Payment of policy limits for debris removal;

    (5)    Payment of policy limits for additional living expenses/loss of use;

    (6)    Double damages pursuant to LSA R.S. 22:1220;

    (7)    Penalties pursuant to LSA R.S. 22:658;

    (8)    Attorney fees;

(9) Court costs; and

(10) Any relief which this Court deems fair and equitable.

**WHEREFORE**, Petitioner prays for trial by jury, that Defendant be duly cited to appear and answer this Petition for Damages, and, after legal delays and due proceedings had, there be judgment herein in favor of each Petitioner and against Defendant in a reasonable amount to be determined by this Honorable Court for the damages sustained by each Petitioner, together with special damages, penalties, court costs, attorney fees, together with legal interest from date of judicial demand and for
all general and equitable relief.

Respectfully submitted,

*[signature]*

STUART T. BARASCH (20650)
HURRICANE LEGAL CENTER
1100 Poydras Street
Suite 2900
New Orleans, LA 70163
Telephone: (504) 525-1944

PLEASE SERVE:

LOUISIANA CITIZENS PROPERTY INSURANCE CORP.
STATE FARM FIRE AND CASUALTY INSURANCE COMPANY
through their agent for service of process:
Secretary of State
State of Louisiana
Baton Rouge, LA

*A TRUE COPY [stamp]
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA*

-4-

CIVIL DISTRICT COURT FOR THE _____ FILED JUDICIAL DISTRICT

PARISH OF ORLEANS 06 27 P 2: 49

STATE OF LOUISIANA CIVIL
DISTRICT COURT

2007-09739
9-11

# HURRICANE LITIGATION

BRUCE GAUBERT,

Plaintiff,

versus

LOUISIANA CITIZENS PROPERTY INSURANCE CORP.; STATE FARM FIRE AND CASUALTY INSURANCE COMPANY,

Defendants.

DIVISION:_____

FILED:_____    DEPUTY CLERK

### REQUEST FOR NOTICE

CLERK OF COURT

PARISH OF ORLEANS

Pursuant to Article 1572 of the Louisiana Code of Civil Procedure, we hereby

-1-

request written notice of the date set for trial of the above numbered and entitled cause, or of the date set for trial of any pleadings or motions therein, at least ten (10) days before any trial date.

We also request notice of the signing of any final judgment, the rendition of any interlocutory order of judgment, or of any order of judgment refusing to grant a new trial, in said cause as provided by Articles 1913 and 1914 of the Louisiana Code of Civil Procedure.

Respectfully submitted,

*/s/ Stuart Barasch*
STUART T. BARASCH (20650)
HURRICANE LEGAL CENTER
1100 Poydras Street
Suite 2900
New Orleans, LA 70163
Telephone: (504) 525-1944

PLEASE SERVE:

LOUISIANA CITIZENS PROPERTY INSURANCE CORP.
STATE FARM FIRE AND CASUALTY INSURANCE COMPANY
through their agent for service of process:
Secretary of State
State of Louisiana
Baton Rouge, LA

A TRUE COPY
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA.

-2-