UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: INSURANCE<br>    <u>Gaubert</u>, 07-9768 | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION NO. 05-4182<br><br>SECTION "K" MAG. 2<br><br>JUDGE STANWOOD R. DUVAL<br><br> MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

*********************************************

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendant Louisiana Citizens Property Insurance Corporation will bring its Motion for Entry of Final Judgment for hearing before the Honorable Stanwood R. Duval, Jr. on August 6, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard.

RESPECTFULLY SUBMITTED:

  /s Laurent J. Demosthenidy         
Laurent J. Demosthenidy (La. Bar. #30473)
**HULSE & WANEK, APLC**
1010 Common St. Suite 2800
New Orleans, Louisiana 70112
Telephone:   (504) 524-6221
Facsimile:    (504) 529-4106
ljd@hulsewanek.com

**Attorney for Defendant,
Louisiana Citizens Property Insurance Corporation**

---

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing pleading has been filed with the Clerk of Court using the CM/ECF system, which will provide electronic service to all counsel of record.

This 10th day of July, 2008.

   /s Laurent J. Demosthenidy   

Laurent Demosthenidy

1