UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION<br>* NO.: 05-4182 "K" (2)<br>* JUDGE DUVAL<br>* MAG. WILKINSON |
| PERTAINS TO: INSURANCE | * |
| FILED IN: 08-1652 "K" (2) | * |
| HORACE JOHNSON<br>  Plaintiff, | * |
| VERSUS | * |
| STATE FARM FIRE AND CASUALTY COMPANY<br>  Defendant. | * |

* * * * * * * * * * * * * * * * *

**MOTION TO SUBSTITUTE COUNSEL OF RECORD**

NOW INTO COURT, through undersigned counsel comes defendant, State Farm Fire & Casualty Company, who suggests to the Court that Patrick D. DeRouen, Laurie L. DeArmond, Chad J. Primeaux and Guy H. Bumpas IV of the law firm Porteous, Hainkel, and Johnson LLP are no longer counsel for defendant in this matter and they are to be succeeded in this litigation by Charles L. Chassaignac, IV, James Eric Johnson, Bryan H. Haydel, Jr., and Eleanor Wall of the law firm Porteous, Hainkel, and Johnson LLP as trial counsel.

1

Our File No.: 895-0846

WHEREFORE, mover, State Farm Fire & Casualty Company, prays that Patrick D. DeRouen, Laurie L. DeArmond, Chad J. Primeaux and Guy H. Bumpas IV of the law firm Porteous, Hainkel, and Johnson LLP be withdrawn as counsel and be succeeded in this litigation by Charles L. Chassaignac, IV, James Eric Johnson, Bryan H. Haydel, Jr., and Eleanor Wall of the law firm Porteous, Hainkel, and Johnson LLP as trial counsel for defendant in this matter.

Respectfully submitted:

PORTEOUS, HAINKEL & JOHNSON, LLP

    **s/ Patrick D. DeRouen**
PATRICK D. DEROUEN, (#20535)
LAURIE L. DEARMOND, (#26622)
CHAD J. PRIMEAUX, (#30024)
GUY H. BUMPAS IV, (#29546)
704 Carondelet Street
New Orleans, Louisiana 70130
Telephone:  (504) 581-3838
pderouen@phjlaw.com
ldearmond@phjlaw.com
cprimeaux@phjlaw.com
gbumpas@phjlaw.com

-and-

2

Our File No.:  895-0846

PORTEOUS, HAINKEL & JOHNSON, LLP

    s/James Eric Johnson
CHARLES L. CHASSAIGNAC IV, (#20746)
JAMES ERIC JOHNSON, (#23800)
BRYAN J. HAYDEL, JR., (#27500)
ELEANOR WALL, (#29695)
343 Third Street, Suite 202
Baton Rouge, Louisiana 70801
Telephone: (225) 383-8900
cchassaignac@phjlaw.com
ejohnson@phjlaw.com
bhaydel@phjlaw.com
ewall@phjlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of July, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

    **s/ Patrick D. DeRouen**
    **PATRICK D. DeROUEN**

3

Our File No.: 895-0846