UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION * <br> * <br> * <br> * <br> * <br> PERTAINS TO: ALL INSURANCE    * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 "K"(2) <br><br> JUDGE DUVAL <br><br> MAG. WILKINSON |

**************************************************************************
MOTION REQUESTING ORAL ARGUMENT AND POSTPONEMENT OF HEARING
**************************************************************************

**NOW INTO COURT,** come the Chehardy Representative Policyholders and the Plaintiffs' Subgroup Litigation Committee - Insurance, by their undersigned counsel, who respectfully move the Court as follows:

1.

On June 26, 2008, the Chehardy Representative Policyholders and the Plaintiffs' Subgroup Litigation Committee - Insurance, by their undersigned counsel, and the interests which they represent (hereinafter "Plaintiffs") moved for reconsideration of this Court's Post-Sher Insurance Umbrella Case Management Order dated June 13, 2008 (the "Order"). The motion and

1

accompanying memorandum of law were filed into the record as Document #13631.

2.

A request for oral argument pursuant to Local Rule 78.1E was inadvertently omitted from the motion and Plaintiffs herein hereby request the Court permit oral argument on this matter because it will aid the Court in its decision on this important matter. The Plaintiffs maintain that oral argument would be beneficial to the Court's consideration and resolution of the Motion for Reconsideration by clarifying the issues of fact and law.

3.

No opposition has been filed opposing this Motion as yet, thus no one will be prejudiced. Plaintiffs have conferred with Seth Schmeeckle and the defendants have no objection to this request to present oral argument.

4.

Plaintiffs suggest that it is appropriate to consolidate this hearing with an additional insurance hearing on a different matter which is currently scheduled for August 6, 2008 at 9:30 a.m. before Judge Duval. The PSLC - Insurance proposes that one of its out-of-town members should argue this matter and he is unavailable on July 23, 2008, but he is available on August 6, 2008. Defendants have advised of this request and have expressed no objection to this setting.

WHEREFORE, Plaintiffs, the Chehardy Representative Policyholders, respectfully request that this Court grant their request to permit oral argument on their Motion for Reconsideration of the Court's Post-Sher Insurance CMO and postpone the hearing until August 6, 2008 and enter an Order in the form attached hereto.

Respectfully Submitted:

**PLAINTIFFS' SUBGROUP LITIGATION COMMITTEE - INSURANCE**
/s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr. (La. Bar No. 5486)
LIAISON COUNSEL – INSURANCE PSLC
FAYARD AND HONEYCUTT, APLC
519 Florida Avenue, SW
Denham Springs, LA 70726
Ph: (225) 664-4193
Fax: (225) 664-6925
calvinfayard@fayardlaw.com

AND

Joseph M. Bruno (La. Bar No. 3604)
PLAINTIFFS' LIAISON COUNSEL
LAW OFFICE OF JOSEPH M. BRUNO, APLC
855 Baronne Street
New Orleans, LA 70113
Ph: (504) 561-6776
Fax: (504) 561-6775
jbruno@jbrunolaw.com

AND

John N. Ellison (Admitted *Pro Hac Vice*)
REED SMITH, LLP
1650 Market Street, Suite 2500
Philadelphia, PA 19103
Ph: (215) 851-8100
Fax: (215) 851-1420
jellison@reedsmith.com

AND

James M. Garner (La. Bar No. 19589)
SHER, GARNER, CAHILL, RICHTER, KLEIN, & HILBERT
909 Poydras Street, Suite 2800
New Orleans, LA 70112
Ph: (504) 299-2100
Fax: (504) 299-2300
jgarner@shergarner.com

AND

Joseph J. McKernan (La. Bar. No. 10027)
MCKERNAN LAW FIRM
8710 Jefferson Highway
Baton Rouge, LA 70809
Ph: (225) 926-1234
Fax: (225) 926-1202
jemckernan@mckernanlawfirm.com

AND

Drew A. Ranier (La. Bar No. 8320)
RANIER, GAYLE and ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
Ph: (337) 494-7171
Fax: (337) 494-7218
drainer@rgelaw.com

AND

ADDITIONAL ATTORNEYS FOR CHEHARDY
REPRESENTATIVE POLICYHOLDERS

Darin McMullen (Admitted *Pro Hac Vice*)
ANDERSON, KILL & OLICK, P.C.
1600 Market Street, Ste. 2500
Philadelphia, PA 19103
Ph: (215) 568-4710
Fax: (215) 568-4375
dmcmullen@andersonkill.com

AND

James P. Roy (La. Bar No. 11511)
DOMENGEAUX WRIGHT ROY & EDWARDS, LLC
556 Jefferson Street, Suite 500
P.O. Box 3668
Lafayette, LA 70502-3668
Ph: (337) 233-3033
Fax: (337) 233-2796
jimr@wrightroy.com

4

AND

Matt Schultz (Admitted *Pro Hac Vice*)
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ECHSNER AND PROCTOR, P.A.
316 South Baylen Street, Ste. 600
Pensacola, FL 32502
Ph: (850) 435-7140
Fax: (850) 436-6140
mschultz@levinlaw.com

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 10th day of July, 2008, served a copy of the foregoing pleading on counsel for all parties to this proceeding by electronic service through the CM/ECF system.

/s/   Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr.