UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES   *   CIVIL ACTION
CONSOLIDATED LITIGATION   *
                                 *   NO. 05-4182 "K" (2)
                                 *
                                 *   JUDGE DUVAL
                                 *
PERTAINS TO: ALL INSURANCE       *   MAG. WILKINSON
                                 *
                                 *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**ORDER**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Upon consideration of the Plaintiffs' request for oral argument and postponement of the hearing on their Motion for Reconsideration of the Post-Sher Case Management Order,

IT IS HEREBY ORDERED that Plaintiffs will be allowed to present oral argument on their Motion for Reconsideration of the Post-Sher Case Management Order and the hearing is hereby postponed until August 6, 2008 at _____ a.m.

New Orleans, Louisiana, this _____ day of July, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE