UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 <br> and consolidated cases <br><br> SECTION "K"  (2) |
| PERTAINS TO:  BARGE | | |
| *Boutte v. Lafarge*      05-5531 <br> *Mumford v. Ingram*   05-5724 <br> *Lagarde v. Lafarge*   06-5342 <br> *Perry v. Ingram*         06-6299 <br> *Benoit v. Lafarge*       06-7516 <br> *Parfait Family v. USA* 07-3500 <br> *Lafarge v. USA*          07-5178 | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | <br><br> JUDGE <br> STANWOOD R. DUVAL, JR. <br><br> MAG. <br> JOSEPH C. WILKINSON, JR. |

## ORDER GRANTING LEAVE TO ATTACH L.R. 37.1E CERTIFICATE

Considering the above and foregoing, Record Doc. No. 13758, Barge Plaintiffs are hereby GRANTED leave to attach to their Motion to Withdraw Admissions, etc. their L.R. 37.1E Certificate.

New Orleans, Louisiana, this __10th__ day of July, 2008.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE