MINUTE ENTRY
WILKINSON, M.J.
JULY 8, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, <u>Robert</u>, 07-6162 | JUDGE DUVAL<br>MAG. WILKINSON |

A status conference was conducted in the referenced <u>Robert</u> case on July 8, 2008. Participating via telephone were: Kristin J. Milano, representing plaintiffs; James L. Donovan, Jr., representing defendant.  Counsel reported that seven (7) of the twelve (12) named plaintiffs have settled their claims (Bankston, L. Williams, N. Williams, Lesene, K. Smith, C. Smith and Age) and that settlement conferences to attempt to settle the claims of the five (5) remaining plaintiffs (R., J. and Y. Mejia, J. Robert and D. Bercy) are set for July 24 and 25, 2008.  Accordingly, no further proceedings are scheduled in this case at this time.

**IT IS ORDERED** that no later than **August 4, 2008**, counsel must provide me for in camera review with their joint settlement report that either (a) advises the court that

MJSTAR:  **0  : 15**

this matter has been settled in its entirety as to <u>all</u> plaintiffs and may be conditionally dismissed pending consummation of settlement, <u>or</u> (b) specifically states in dollars ($), in addition to any non-monetary settlement terms that might be involved, the actual settlement proposals of the parties who have not yet settled.  Thereafter, I will determine how this case may proceed.

                                               JOSEPH C. WILKINSON, JR.
                                       UNITED STATES MAGISTRATE JUDGE

**<u>CLERK TO NOTIFY</u>:**
**HON. STANWOOD R. DUVAL, JR.**