MINUTE ENTRY
WILKINSON, M.J.
JULY 9, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
     CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, Lundy, 06-3509          JUDGE DUVAL
                                                 MAG. WILKINSON

A status conference was conducted in the referenced Lundy case on this date. Participating via telephone were Peter Sloss, representing plaintiffs; Bailey Smith and Lawrence Duplass, representing defendants.

Counsel advised the court that they are adhering to the discovery and trial preparation scheduling order previously entered in this matter on January 8, 2008 and that depositions are scheduled that should advance their settlement evaluations. Accordingly,

**IT IS ORDERED** that the settlement evaluation and proposal process provided in the "Post Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, is amended as to the referenced Lundy case only as follows: No later than **July 23, 2008**,

MJSTAR:  0 : 20

plaintiffs must submit to counsel for defendants a written settlement offer.  No later than **August 25, 2008**, counsel for defendants must provide plaintiffs with a written settlement counteroffer.  Thereafter, no later than **September 12, 2008**, counsel must jointly submit to me for in camera review an in camera settlement report that either (a) advises the court that this matter has settled, or (b) specifically states in dollars ($), in addition to any non-monetary settlement terms that might be involved, the actual settlement proposals of the parties.  Thereafter, I will determine how this case may proceed.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**