UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>06-4389<br>07-3500 | SECTION "K"(2) |

## ORDER

Before the Court are a Motion for Sanctions Against Mr. Ashton O'Dwyer (Doc. 9427), Plaintiffs' Motion for Sanctions (Doc. 9464) and Motion to Strike Plaintiffs' Motion for Sanctions (Doc. 9637). These motions were set for hearing on January 14, 2008, and were continued without date because of certain actions taken by Mr. O'Dwyer at the hearing. As the cases in which these motions were filed have been stayed,

**IT IS ORDERED** that the Motion for Sanctions Against Mr. Ashton O'Dwyer (Doc. 9427), Plaintiffs' Motion for Sanctions (Doc. 9464) and Motion to Strike Plaintiffs' Motion for Sanctions (Doc. 9637) are **DENIED** without prejudice to be re-urged without refiling by re-noticing these same motions upon the lifting of the stay and the resolution of other matters pending with respect to Mr. O'Dwyer.

New Orleans, Louisiana, this  9th  day of July, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE