UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO: LEVEE/MRGO<br>*Bourgeois,* No. 06-5131<br>*Ferdinand,* No. 06-5132<br>*Christophe,* No. 06-5134<br>*Williams,* No. 06-5137<br>*Porter,* No. 06-5140 | CIVIL ACTION<br><br>NO. 05-4182<br>& Consol. Cases<br><br>SECTION "K" (2)<br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

### EX PARTE MOTION OF DEFENDANT, BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS, FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS AND TO RESCHEDULE HEARING DATE

**NOW INTO COURT**, through undersigned counsel, comes defendant, Board of Commissioners of the Port of New Orleans ("Dock Board"), who, for the reasons set forth more fully in the accompanying Memorandum in Support, hereby moves this Honorable Court for leave to file the accompanying Supplemental Memorandum in Support of Motion for Judgment on the Pleadings in the above-captioned actions. This motion relates to the Dock Board's previously filed Motion for Judgment on the Pleadings (Doc. 13670) in these actions. The Dock Board also requests that the hearing on its Motion for

Judgment on the Pleadings (Doc. 13670) currently set for August 6, 2008, be reset for hearing on August 20, 2008, at 9:30 a.m. Plaintiffs' counsel has consented to the filing and granting of this motion.

Respectfully submitted,

DAIGLE FISSE & KESSENICH, PLC

BY: /s/ Kirk N. Aurandt
J. FREDRICK KESSENICH (7354)
JONATHAN H. SANDOZ (23928)
MICHAEL W. MCMAHON (23987)
JON A. VAN STEENIS (27122)
KIRK N. AURANDT (25336)
P. O. Box 5350
Covington, Louisiana 70434-5350
Telephone: 985/871-0800
Facsimile: 985/871-0899
Attorneys for Defendant, The Board of Commissioners of the Port of New Orleans

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the Court's ECF system, this 11th day of July, 2008.

/s/ Kirk N. Aurandt
KIRK N. AURANDT