UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: LEVEE/MRGO<br>*Bourgeois,* No. 06-5131<br>*Ferdinand,* No. 06-5132<br>*Christophe,* No. 06-5134<br>*Williams,* No. 06-5137<br>*Porter,* No. 06-5140 | CIVIL ACTION<br><br>NO. 05-4182<br>& Consol. Cases<br><br>SECTION "K" (2)<br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

**MEMORANDUM IN SUPPORT OF EX PARTE MOTION OF DEFENDANT, BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS, FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS AND TO RESCHEDULE HEARING DATE**

**MAY IT PLEASE THE COURT:**

The Board of Commissioners of the Port of New Orleans ("Dock Board") recently filed a Motion for Judgment on the Pleadings to dismiss the remaining claims against it contained in the five actions captioned above (Doc. 13670). This motion was premised, in part, upon La. R.S. §9:2800(H)'s prohibition against the assertion of strict liability claims against public bodies, such as the Dock Board, for damages arising out of Hurricane Katrina. It has come to the attention of undersigned counsel, however, that the Louisiana Supreme Court

recently declared La. R.S. §9:2800(H) unconstitutional after determining that retroactive application of that statutory section would improperly operate to divest persons of rights that had vested prior to the statutory provision's effective date. See, <u>Burmaster v. Plaquemines Parish Government</u>, 982 So.2d 795, 806-12 (La. 2008).  Accordingly, the Dock Board informs this Honorable Court of this decision of the Louisiana Supreme Court and respectfully requests that this Honorable Court grant it leave to file the attached Supplemental Memorandum in Support of Motion for Judgment on the Pleadings asserting additional grounds for granting the Dock Board's Motion for Judgment on the Pleadings.  Additionally, the Dock Board requests that the hearing date on its Motion for Judgment on the Pleadings (Doc. 13670) currently scheduled for August 6, 2008, be reset for hearing on August 20, 2008, at 9:30 a.m.  Plaintiffs' counsel has consented to the filing and granting of this motion.

Respectfully submitted,

DAIGLE FISSE & KESSENICH, PLC

BY:  /s/ Kirk N. Aurandt
J. FREDRICK KESSENICH (7354)
JONATHAN H. SANDOZ (23928)
MICHAEL W. MCMAHON (23987)
JON A. VAN STEENIS (27122)
KIRK N. AURANDT (25336)
P. O. Box 5350
Covington, Louisiana 70434-5350
Telephone: 985/871-0800
Facsimile:  985/871-0899
Attorneys for Defendant, The Board of Commissioners of the Port of New Orleans

- 3 -

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the Court's ECF system, this 11th day of July, 2008.

/s/ Kirk N. Aurandt
KIRK N. AURANDT