LAW OFFICES OF

# SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.

TWENTY-EIGHTH FLOOR
909 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70112-1033
http://www.shergarner.com

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 JUL -8  PM 4: 05

LORETTA G. WHYTE
CLERK

LEOPOLD Z. SHER [1]
JAMES M. GARNER [2]
ELWOOD F. CAHILL, JR.
RICHARD P. RICHTER
STEVEN I. KLEIN [1,8]
PETER L. HILBERT, JR.
MARIE A. MOORE [3]
DEBRA J. FISCHMAN
ROBERT P. THIBEAUX
DARNELL BLUDWORTH [2]
MARTHA Y. CURTIS [2]
NEAL J. KLING
JOSHUA S. FORCE [2,4]
DEBORAH J. MOENCH

DOROTHY S. WATKINS LAWRENCE [2]
JOHN T. BALHOFF, II
ALVIN C. MIESTER, III
HOWARD T. BOYD, III [2]
CHRISTOPHER T. CHOCHELES
KAREN T. HOLZENTHAL
ASHLEY BERGERON JACOBSON
RYAN D. ADAMS
THOMAS J. MADIGAN, II [5]
KEVIN M. McGLONE
SHARONDA R. WILLIAMS [6,9]
CHAD P. MORROW
ELLEN PIVACH DUNBAR
JEFFREY D. KESSLER [7]

R. SCOTT HOGAN
JONATHAN B. CERISE
ASHLEY G. COKER
AMANDA C. RUSSO
RYAN O. LUMINAIS [5]
MEGAN M. DUPUY
MATTHEW C. CLARK
MELISSA M. ROME

OF COUNSEL:
TIMOTHY B. FRANCIS
DAVID A. MARCELLO

[1] LAW CORPORATION
[2] MEMBER OF LOUISIANA AND TEXAS BARS
[3] MEMBER OF LOUISIANA AND ALABAMA BARS
[4] MEMBER OF LOUISIANA AND CALIFORNIA BARS
[5] MEMBER OF LOUISIANA AND MISSISSIPPI BARS
[6] MEMBER OF LOUISIANA AND GEORGIA BARS
[7] MEMBER OF LOUISIANA AND NEW YORK BARS
[8] BOARD CERTIFIED TAX ATTORNEY LOUISIANA BOARD OF LEGAL SPECIALIZATION
[9] REGISTERED TO PRACTICE BEFORE THE UNITED STATES PATENT AND TRADEMARK OFFICE

ALL OTHERS LOUISIANA BAR

jgarner@shergarner.com
Direct Dial: (504) 299-2102
Direct Fax: (504) 299-2302

jforce@shergarner.com
Direct Dial: (504) 299-2130
Direct Fax: (504) 299-2330

edunbar@shergarner.com
Direct Dial: (504) 299-2139
Direct Fax: (504) 299-2339

(504) 299-2100
FAX (504) 299-2300



July 2, 2008

**VIA HAND DELIVERY**

Magistrate Judge Joseph C. Wilkinson, Jr.
United States District Court
  for the Eastern District of Louisiana
500 Poydras Street
Room B409
New Orleans, Louisiana 70130

> Re:  *Dillard University, et al. v. Lexington Ins. Co., et al.*
>      United States District Court, Eastern District of Louisiana
>      Case No. 06-4138, Section K, Mag. 2
>      Our File No.: 20928.0001

Your Honor:

     We are counsel for Plaintiffs Dillard University, Dillard University Apartments, Ltd., and Gentilly Gardens Corporation (collectively "Dillard") in the above suit. We write in response to the Post-Sher Insurance Umbrella Case Management Order, issued by Judge Duval on June 13, 2008 (the "Order"). The Order requires, *inter alia*, that all plaintiffs within this category of cases submit a written settlement demand to the appropriate defendants by July 14, 2008. The Order sets forth

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

LAW OFFICES OF
# SHER GARNER CAHILL RICHTER
# KLEIN & HILBERT, L.L.C.

Magistrate Judge Wilkinson
July 2, 2008
Page - 2 -

a schedule under which the parties must discuss the settlement demand further, including advising you, in writing, whether the case presents a strong likelihood of settlement by September 12, 2008.

Dillard respectfully requests that it not be required to participate in this settlement process and that, instead, its suit against RSUI Indemnity Company and the other parties be deconsolidated and transferred back to Judge Lemmon. Dillard and RSUI have previously participated in a formal mediation with a recognized local mediator and have conducted a number of additional discussions regarding Dillard's claim. These efforts at settling Dillard's outstanding claims have not been successful. Neither the formal mediation nor the parties' other discussions have produced a settlement in this case or, for that matter, moved the parties any closer to settling the case. Accordingly, Dillard does not believe that engaging in the settlement process outlined by the Court's Order would be beneficial or result in a settlement of Dillard's claims.

Dillard notes that the Court's Order "specifically authorize[s] [you] to issue any transfer order, deconsolidation order, or other appropriate nondispositive order concerning these matters." Because the parties have previously attempted to settle this case and those prior attempts have been unsuccessful, Dillard asks that you exercise that authority and transfer this case to the district judge to whom this case was assigned before it was consolidated so that the parties may proceed to trial. If you have any questions or require any further information, please do not hesitate to let us know.

Very truly yours,

James M. Garner
Joshua S. Force
Ellen Pivach Dunbar

cc: Robert I. Siegel, Esq. (via e-mail)
Andrew C. Jacobson, Esq. (via e-mail)
Kirk M. Zapp, Esq. (via e-mail)
William F. Grace, Jr., Esq. (via e-mail)
Keith A. Bruett, Esq. (via e-mail)
Thomas J. Wagner, Esq./Michael H. Bagot, Jr., Esq. (via e-mail)