UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES           CIVIL ACTION
CONSOLIDATED LITIGATION
                                        NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE, Dillard, 06-4138    JUDGE DUVAL
                                            MAG.WILKINSON

### ORDER

I have received a letter dated July 2, 2008 from plaintiffs' counsel, which has been separately filed in the record of C.A. No. 06-4138. It appears that substantial settlement efforts have been made in this case, without significant progress. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Dillard case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and henceforth all future filings in C.A. No. 06-4138 on the docket of C.A. No. 06-4138, and not on the docket of C.A. No. 05-4182.

JUL 10 2008

TRANSFERRED TO

**SECT. S MAG. 1**

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it back to Section S(1), where it was previously allotted before its transfer to this consolidated litigation, for future proceedings in Section S(1).

New Orleans, Louisiana, this ___8th___ day of July, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**
**HON. MARY ANN VIAL LEMMON**