LAW OFFICES OF

# SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.

TWENTY-EIGHTH FLOOR
909 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70112-1033
http://www.shergarner.com

LEOPOLD Z. SHER [1]
JAMES M. GARNER [2]
ELWOOD F. CAHILL, JR.
RICHARD P. RICHTER
STEVEN I. KLEIN [1,8]
PETER L. HILBERT, JR.
MARIE A. MOORE [3]
DEBRA J. FISCHMAN
ROBERT P. THIBEAUX
DARNELL BLUDWORTH [2]
MARTHA Y. CURTIS [2]
NEAL J. KLING
JOSHUA S. FORCE [2,4]
DEBORAH J. MOENCH

DOROTHY S. WATKINS LAWRENCE [2]
JOHN T. BALHOFF, II
ALVIN C. MIESTER, III [2]
HOWARD T. BOYD, III [2]
CHRISTOPHER T. CHOCHELES
KAREN T. HOLZENTHAL
ASHLEY BERGERON JACOBSON
RYAN D. ADAMS
THOMAS J. MADIGAN, II [5]
KEVIN M. MCGLONE
SHARONDA R. WILLIAMS [6,9]
CHAD P. MORROW
ELLEN PIVACH DUNBAR
JEFFREY D. KESSLER [7]

R. SCOTT HOGAN
JONATHAN B. CERISE
ASHLEY G. COKER
AMANDA C. RUSSO
RYAN O. LUMINAIS [6]
MEGAN M. DUPUY
MATTHEW C. CLARK
MELISSA M. ROME

OF COUNSEL:
TIMOTHY B. FRANCIS
DAVID A. MARCELLO

[1] LAW CORPORATION
[2] MEMBER OF LOUISIANA AND TEXAS BARS
[3] MEMBER OF LOUISIANA AND ALABAMA BARS
[4] MEMBER OF LOUISIANA AND CALIFORNIA BARS
[5] MEMBER OF LOUISIANA AND MISSISSIPPI BARS
[6] MEMBER OF LOUISIANA AND GEORGIA BARS
[7] MEMBER OF LOUISIANA AND NEW YORK BARS
[8] BOARD CERTIFIED TAX ATTORNEY LOUISIANA BOARD OF LEGAL SPECIALIZATION
[9] REGISTERED TO PRACTICE BEFORE THE UNITED STATES PATENT AND TRADEMARK OFFICE

ALL OTHERS LOUISIANA BAR

jgarner@shergarner.com
Direct Dial: (504) 299-2102
Direct Fax: (504) 299-2302

mcurtis@shergarner.com
Direct Dial: (504) 299-2111
Direct Fax: (504) 299-2311

shogan@shergarner.com
Direct Dial: (504) 299-2111
Direct Fax: (504) 299-2311

(504) 299-2100
FAX (504) 299-2300

July 8, 2008

Magistrate Judge Joseph C. Wilkinson, Jr.
500 Poydras Street
Room B409
New Orleans, LA 70130

Re: *Imperial Trading Co., et al. v. Travelers Property Casualty Company of America*
C.A. 06-4262, Section R, Mag 4, c/w *In Re Katrina* No. 05-4182
Our ref: 20917.0001

Dear Judge Wilkinson:

    We write to you on behalf of Imperial Trading Co. et al. in the above captioned consolidated suit against Travelers Property Casualty Company of America. As you may be aware, Imperial's case against Travelers--for insurance proceeds resulting from Hurricane Katrina damage--was consolidated under the "Insurance" umbrella of the *In re Katrina* litigation.

    At this time, we respectfully request that Imperial's case be deconsolidated from the *In re Katrina* litigation and returned to its original section in order for it to be set for trial. We are mindful of this Court's June 13, 2008 order regarding the deconsolidation protocol for the "Insurance" umbrella. However, the parties in this case have already conducted multiple settlement meetings between each other with no success—one as recently as May 2008. We do not believe that this matter will settle and a trial date must be set in order to bring this case to a conclusion.

LAW OFFICES OF
## SHER GARNER CAHILL RICHTER
## KLEIN & HILBERT, L.L.C.

July 8, 2008
Page - 2 -

      Thus, we respectfully request that Imperial's case deconsolidated and set for trial. We await your decision in this regard.

                                           Sincerely,

                                           James M. Garner
                                           Martha Y. Curtis
                                           R. Scott Hogan

Cc:    Ralph Hubbard, Esq.
           Joseph Guichet, Esq.
           John Malloy, Esq.