UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Imperial, 06-4262 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

I have received a letter dated July 8, 2008 from plaintiffs' counsel, which has been separately filed in the record of C.A. No. 06-4262. It appears that substantial settlement efforts have been made in this case, without significant progress. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Imperial case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and henceforth all future filings in C.A. No. 06-4262 on the docket of C.A. No. 06-4262, and not on the docket of C.A. No. 05-4182.

JUL 10 2008
TRANSFERRED TO
SECT. R MAG. 4

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No _____

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it back to Section R(4), where it was previously allotted before its transfer to this consolidated litigation, for future proceedings in Section R(4).

New Orleans, Louisiana, this ___8th___ day of July, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**
**HON. SARAH S. VANCE**