

RECEIVED
JUL - 9, 2008
CHAMBERS O.
U. S. DISTRICT JUDGE
STANWOOD R. DUVAL, JR.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2008 JUL -9 AM 11:19
LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION |
| | * |
| | * NO. 05-4182 "K"(2) |
| PERTAINS TO: ROAD HOME | * |
| *Louisiana State*, C.A. No. 07-5528 | * JUDGE DUVAL |
| | * |
| | * MAGISTRATE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO FILE EXHIBIT UNDER SEAL

NOW INTO COURT comes the Murray Law Firm along with their individual counsel who have appeared in this case, all through their undersigned counsel, who respectfully move to file under seal Exhibit "2" to their post-hearing brief concerning State Farm Fire and Casualty Company and certain other insurer defendants' (collectively the "Insurers") motion to disqualify plaintiffs' private counsel. As stated more fully in the accompanying memorandum in support, which is incorporated herein by reference, counsel seek to submit certain confidential communications between counsel and their clients protected by the attorney-client privilege to this Court for *in camera* review in support of their post-hearing brief.

WHEREFORE, the movants respectfully request that the Court grant their motion and permit the filing under seal of Exhibit "2" to their post-hearing brief concerning the Insurers' motion to disqualify plaintiff's private counsel.

__ Fee_____
__ Process_____
X Dktd_____
__ CtRmDep_____
__ Doc. No._____

Respectfully submitted,

By: _____

Basile J. Uddo, 10174
Attorney at Law
3445 North Causeway Boulevard
Suite 724
Metairie, Louisiana 70002
Telephone: (504) 834-1819
Facsimile: (504) 832-7208

Attorneys for Murray Law Firm

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2008, I filed the Motion to File Exhibit Under Seal with the Clerk of Court . I further certify that I mailed the foregoing document and notice of filing by first-class mail to defense liaison counsel.

_____