UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 "K"(2) |
| PERTAINS TO: ROAD HOME | * | |
| *Louisiana State*, C.A. No. 07-5528 | * * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| | * | |

*********************************************************************

## ORDER

Considering the foregoing motion to file exhibit under seal,

**IT IS ORDERED** that the motion be and hereby is **GRANTED**. Exhibit "2" to the Murray Law Firm post-hearing brief concerning State Farm Fire and Casualty Company and Certain Other Insurer Defendants' Motion to Disqualify Plaintiffs' Private Counsel shall be filed. The Court shall review this exhibit *in camera*.

New Orleans, Louisiana, this 9th day of July, 2008.

_____
DISTRICT JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No. _____

4