UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: LEVEE/MRGO<br>NO. 07-4775<br>NO. 07-5184<br>NO. 07-5186<br>NO. 07-5187 | SECTION "K"(2) |

### ORDER

Considering the foregoing ex parte motion filed on beahlf of the Board of Comissioners of the Port of New Orleans (Rec. Doc. 13756), accordingly

**IT IS ORDERED** that the motion is **GRANTED**. The Port of New Orleans has leave to file the accompanying Supplemental Memorandum in the above-captioned actions.

New Orleans, Louisiana, this 10th of July, 2008

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE