UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACH LITIGATION | * * * * * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION K |
| PERTAINS TO CASE NO. 07-5528 | * * | Judge Stanwood Duvall |
| | * * | DIVISION 2 Mag. Joseph C. Wilkinson, Jr. |

* * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Ex Parte Motion to Withdraw as Counsel filed by Catherine E. Lasky;

**IT IS HEREBY ORDERED** that Catherine E. Lasky be withdraw as counsel of record for Proctor Financial, Inc. in the above-captioned proceeding.

New Orleans, Louisiana, this __10th__ day of July, 2008.

_____
JUDGE