UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE | * * | |
| FILED IN: 08-1652 "K" (2) | * * | |
| HORACE JOHNSON     Plaintiff, | * * * | |
| VERSUS | * * | |
| STATE FARM FIRE AND CASUALTY COMPANY     Defendant. | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>ORDER</u>**

The foregoing motion considered:

IT IS ORDERED BY THE COURT that Patrick D. DeRouen, Laurie L. DeArmond, Chad J. Primeaux and Guy H. Bumpas IV of the law firm Porteous, Hainkel, and Johnson LLP are hereby withdrawn as counsel of record for defendant, State Farm Fire & Casualty Company, and that Charles L. Chassaignac, IV, James Eric Johnson, Bryan H. Haydel, Jr., and Eleanor Wall of the law firm Porteous, Hainkel, and Johnson LLP be enrolled as counsel of record.

1

Our File No.: 895.0846

Signed this 11th day of _____July_____, 2008, in New Orleans, Louisiana.

_____
JUDGE

Our File No.: 895.0846