MINUTE ENTRY
WILKINSON, M.J.
JULY 10, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, Holbrook, 06-2617 | JUDGE DUVAL<br>MAG. WILKINSON |

A status conference was conducted in the referenced Holbrook case on this date. Participating via telephone were Connell Archey, representing plaintiffs; Kevin Barreca and William Treas, representing defendants. Settlement possibilities were discussed. Defendants have made a settlement offer, which appears reasonable under the circumstances and which plaintiffs are considering.  Accordingly, **IT IS ORDERED** that, no later than **August 4, 2008**, counsel must jointly submit to me for in camera review an in camera settlement report that either (a) advises the court that this matter has settled, or (b) specifically states in dollars ($), in addition to any non-monetary settlement terms that might be involved, the actual settlement proposals of the parties.  Thereafter, I will determine how this case may proceed.

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR:  **0 : 25**