# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO: LEVEE/MRGO<br>*Cina,* No. 07-4944 | CIVIL ACTION<br><br>NO.  05-4182<br>& Consol. Cases<br><br>SECTION "K" (2)<br>JUDGE  DUVAL<br><br>MAGISTRATE WILKINSON |

## MEMORANDUM IN SUPPORT OF EX PARTE MOTION  OF DEFENDANT, BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS, FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS

**MAY IT PLEASE THE COURT:**

The Board of Commissioners of the Port of New Orleans ("Dock Board") recently filed a Motion for Judgment on the Pleadings to dismiss the claims against it contained in the action captioned above (Doc. 13710).  This motion was premised upon La. R.S. §9:2800(H)'s prohibition against the assertion of strict liability claims against public bodies, such as the Dock Board, for damages arising out of Hurricane Katrina.  It has come to the attention of undersigned counsel, however, that the Louisiana Supreme Court recently declared La. R.S.

- 1 -

§9:2800(H) unconstitutional after determining that retroactive application of that statutory section would improperly operate to divest persons of rights that had vested prior to the statutory provision's effective date.   See, Burmaster v. Plaquemines Parish Government, 982 So.2d 795, 806-12 (La. 2008). Accordingly, the Dock Board informs this Honorable Court of this decision of the Louisiana Supreme Court and respectfully requests that this Honorable Court grant it leave to file the attached Supplemental Memorandum in Support of Motion for Judgment on the Pleadings asserting additional grounds for granting the Dock Board's Motion for Judgment on the Pleadings.   Plaintiffs' counsel has consented to the filing and granting of this motion.

Respectfully submitted,

DAIGLE FISSE & KESSENICH, PLC

BY:   /s/ Kirk N. Aurandt
      J. FREDRICK KESSENICH (7354)
      JONATHAN H. SANDOZ (23928)
      MICHAEL W. MCMAHON (23987)
      JON A. VAN STEENIS (27122)
      KIRK N. AURANDT (25336)
      P. O. Box 5350
      Covington, Louisiana 70434-5350
      Telephone: 985/871-0800
      Facsimile:   985/871-0899
      Attorneys for Defendant, The Board of
      Commissioners of the Port of New
      Orleans

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the Court's ECF system, this 11th   day of July, 2008.

/s/ Kirk N. Aurandt

KIRK N. AURANDT