**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES** | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | **NO. 05-4182 "K"(2)** |
| | |
| **PERTAINS TO: INSURANCE** | **JUDGE DUVAL** |
| | **MAG. WILKINSON** |

**PERTAINS TO: 07-1574,** *Singer*
                   **07-3404,** *Dalen*
                   **07-3455,** *Richardson*
                   **07-5788,** *Pittman*
                   **07-3443,** *Lastie*

<u>**MEMORANDUM IN SUPPORT OF PLAINTIFFS' EXPARTE MOTION FOR**
**EXTENSION OF TIME**</u>

**MAY IT PLEASE THE COURT:**

Plaintiffs submit this memorandum in support of their motion respectfully requesting an

additional thirty days from the July 14, 2008 deadline to submit to counsel for the defendants in

their particular case a written settlement offer in accordance with the Post-Sher Insurance

Umbrella Case Management Order dated June 13, 2008, Record Doc No. 13521 ("Case

Management Order"), for the following reasons.

Since the date of the Case Management Order, Plaintiffs' counsel have been working

diligently to obtain the information set forth in the Case Management Order for all of the

numerous Plaintiffs they represent that were consolidated in *In Re: Katrina Canal Breaches*

*Litigation* and submit their settlement offers.  Counsel have completed and forwarded settlement

demands for many of those Plaintiffs, but not all.  During this same time period, undersigned

counsel has continued to meet with various defense counsel in an ongoing effort to resolve many

of the cases to which this Case Management Order applies.  Many other settlement conferences

and mediations have been scheduled for the remainder of July and August, 2008.  Plaintiffs'

counsel needs additional time to prepare and submit the remaining settlement demands and,

therefore, request a 30-day extension of time.

Accordingly, Plaintiffs respectfully request that the Court grant their motion.

Respectfully Submitted,

**LESTELLE & LESTELLE, APLC**

__/s/ *Andrea S. Lestelle*_____ _____
**Terrence J. Lestelle - 8540**
**Andrea S. Lestelle - 8539**
**Jeffery B. Struckhoff** - **30173**
3421 N. Causeway Blvd., Suite 602
Metairie, LA 70002
Telephone:  504-828-1224
Facsimile:  504-828-1229

**LAW OFFICES OF ROY F. AMEDEE, JR.**
**Roy F. Amedee, Jr. - 2449**
**Brent A. Klibert - 29296**
228 St. Charles Avenue, Suite 801
New Orleans, LA 70130
Telephone:  504-592-3222
Facsimile:  504-592-8783

**ALLAN BERGER & ASSOCIATES, APLC**
**Allan Berger - 2977**
4173 Canal Street
New Orleans, LA 70119
Telephone:  504-486-9481
Facsimile:  504-483-8130

**CONNICK & CONNICK, LLC**
**William P. Connick - 14158**

2551 Metairie Road
Metairie, LA 70005
Telephone:  504-838-8777
Facsimile:  504-838-9903

**PATRICK G. KEHOE, JR., APLC**
**Patrick G. Kehoe, Jr. - 14419**
833 Baronne Street
New Orleans, LA 70113
Telephone:  504-588-1110
Facsimile:  504-588-1954

**ROBICHAUX LAW FIRM**
**J. Van Robichaux, Jr. - 11338**
71234 Hendry Ave.
Covington, LA 70433
Telephone:  985-809-0620
Facsimile:  985-892-5085

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are not CM/ECF participants on this the ___ day of July, 2008.

_/s/ *Andrea S  Lestelle*_____
   **Andrea S. Lestelle**