UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE | JUDGE DUVAL MAG. WILKINSON |

PERTAINS TO: 07-1574, *Singer*
07-3404, *Dalen*
07-3455, *Richardson*
07-5788, *Pittman*
07-3443, *Lastie*

## ORDER

Considering Plaintiffs' foregoing Exparte Motion for Extension of Time;

It is hereby ORDERED that Plaintiffs' motion is GRANTED.

New Orleans, Louisiana, this ____ day of _____, 2008.

_____
**UNITED STATES DISTRICT JUDGE**