Orleans Levee District - Production Log as of 04/18/08

| BOX# | Sources | Begdoc# | Enddoc# | DEPARTMENT / CUSTODIAN | PRODUCTION_ DATE | PRODUCTION_SET |
|------|---------|---------|---------|------------------------|-------------------|----------------|
| 02I | MRGO | OLD-MRGO-B02I-00347659 | OLD-MRGO-B02I-00348828 | ENGINEERING DEPT | 7/8/2008 | MRGO / BARGE PROD03 |
| 03I | MRGO | OLD-MRGO-B03I-00348829 | OLD-MRGO-B03I-0034996 | ENGINEERING DEPT | 7/8/2008 | MRGO / BARGE PROD03 |
| 04I | MRGO | OLD-MRGO-B04I-00349997 | OLD-MRGO-B04I-00351345 | ENGINEERING DEPT | 7/8/2008 | MRGO / BARGE PROD03 |
| 05I | MRGO | OLD-MRGO-B05I-0035146 | OLD-MRGO-B05I-00352834 | ENGINEERING DEPT | 7/2/2008 | MRGO / BARGE PROD03 |
| 06I | MRGO | OLD-MRGO-B06I-00352835 | OLD-MRGO-B06I-00353421 | ENGINEERING DEPT | 7/8/2008 | MRGO / BARGE PROD03 |
| 07I | MRGO | OLD-MRGO-B07I-00353422 | OLD-MRGO-B07I-00359637 | ENGINEERING DEPT | 7/8/2008 | MRGO / BARGE PROD03 |
| 08I | MRGO | OLD-MRGO-B08I-00359638 | OLD-MRGO-B08I-00362799 | ENGINEERING DEPT | 7/8/2008 | MRGO / BARGE PROD03 |
| 09I | MRGO | OLD-MRGO-B09I-0036800 | OLD-MRGO-B08I-00363757 | ENGINEERING DEPT | 7/8/2008 | MRGO / BARGE PROD03 |

Orleans Levee District - Production Log as of 04/18/08

| Comments |
| --- |
| IHNC DOCUMENTS |
| IHNC DOCUMENTS |
| IHNC DOCUMENTS |
| IHNC DOCUMENTS |
| IHNC DOCUMENTS |
| IHNC DOCUMENTS |
| IHNC DOCUMENTS |
| IHNC DOCUMENTS |