UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION <br> <br> <br> <br> PERTAINS TO: <br> SHAVERS-WHITTLE CONSTRUCTION, INC. <br> V. FIREMAN'S FUND INSURANCE COMPANY <br> NO. 06-CV-06968 | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br> NO. 05-4182 <br> <br> <br> SECTION "K"(2) |

**************************************************

### DEFENDANT'S MOTION FOR ENTRY OF FINAL JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes defendant, Fireman's Fund Insurance Company ("FFIC"), who, pursuant to the Court's Post-*Sher* Insurance Umbrella Case Management Order dated June 13, 2008, respectfully moves for the entry of a final judgment of dismissal in its favor in this matter because *Sher v. Lafayette Insurance Company,* No. 07-C-2411, 2008 WL 928486, at * 6-7 (La. 4/8/08) and *In Re Katrina Canal Breaches Litigation,* 495 F.3rd 191, 214 (5th Cir. 2007) dispose of all claims asserted by plaintiff in this case.

**WHEREFORE**, FFIC requests that its motion be granted and that entry of final judgment be had in this matter, dismissing plaintiff's claims with prejudice.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

*s/Kelly Cambre Bogart*

**KELLY CAMBRE BOGART (#22985)
C. MICHAEL PFISTER (#14317)
JAIME M. CAMBRE (#29116)**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, LA 70002
Tel.:   (504)  832-3700
Fax:   (504)  837-3119
kbogart@duplass.com
*ATTORNEYS FOR DEFENDANT,
FIREMAN'S FUND INSURANCE COMPANY*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of July 2008, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel by operation of the court's electronic filing system.

*S/Kelly Cambre Bogart*

KELLY CAMBRE BOGART (#22985)