**DIV. G**
**JUDGE**
**ROBERT A. PITRE, JR.** 634-933

| | |
|---|---|
| SHAVERS-WHITTLE CONSTRUCTION INC. | NUMBER:                    DIV.: |
| VERSUS | 24TH JUDICIAL DISTRICT COURT |
| | PARISH OF JEFFERSON |
| FIREMAN'S FUND INSURANCE COMPANY | STATE OF LOUISIANA |
| FILED:_____ | _____ |
| | DEPUTY CLERK |

## PETITION FOR DECLARATORY JUDGMENT, DAMAGES AND PENALTIES

**CODED**

The petition of Shavers-Whittle Construction, Inc. ("Shavers-Whittle"), a Louisiana corporation with its principle place of business in St. Tammany Parish, appearing herein through undersigned counsel, respectfully states as follows:

1.

Made defendant herein is Fireman's Fund Insurance Company ("Fireman's Fund"), a foreign insurer, authorized and doing business in the State of Louisiana.

2.

Shavers-Whittle purchased a policy of commercial inland marine insurance from Fireman's Fund through its authorized agent, Ellsworth Corporation, on April 11, 2005 and bearing policy number MXI-97853973. (Exhibit 1).

3.

The Fireman's Fund policy numbered MXI - 97853973 included, among others, the following forms, amendments, declarations and endorsements:

1.  Contractor's Equipment Declarations - 135154 Dec. 01-83;

2.  Contractor's Equipment Property Leased or Rented from Other Endorsement 140577 01 83;

3.  Contractor's Equipment Form-1351540183.

The Firemen's Fund policy numbered MXI - 97853973 and all of its forms, amendments, declarations and endorsements shall be referred to collectively hereinafter as the "Policy".

Page 1 of 9

634933

4.

Whittle paid premiums for, and the Policy provided, "Broad Form" coverage which defines the coverage as insuring "against all risks of direct physical loss of or damage to the insured property from any external cause, except as otherwise provided".

5.

The Policy provided coverage limits for loss of or damage to the insured property totaling $1,672,980.

6.

The insured property under the Policy included the following pieces of equipment and items of other property and in the following amounts (collectively the "Equipment"):

**(1) Equipment**

| | Serial Number | Amount |
|---|---|---|
| P&H Model 670 (70ton) Crawler Crane | 47346 | $ 150,000.00 |
| 2004 Volvo L45B Compact Wheel Loader | 1951615 | $ 83,500.00 |
| 66' Smooth Vibratory Roller Model-CA 150D | 73220519 | $ 85,000.00 |
| ICE Model 416L Vibro Hammer w/325 Power Unit | P83400/C51504 | $ 147,900.00 |
| Storage Container 8X20 | 290127-0 | $ 1,400.00 |
| Storage Container 8X20 | | $ 1,000.00 |
| Officer Trailor 12'x40' | K0129926820 | $ 13,377.53 |
| Officer Trailor 8'x32' | T08997626 | $ 10,760.28 |
| 4" Hydraulic Submersible Pump S4T & Diesel | | $ 12,286.00 |
| American 5299A 60Ton Crawler Crane | GS - 17220 | $ 135,000.00 |
| Kobelco SK250LC Excavator w/48"Bucket | LL08U0553 | $ 158,500.00 |
| Kobelco SK160LC w/36"Buckets | YM03-U0539 | $ 112,614.00 |
| Case 580L TLB Backhoe | JJG0305241 | $ 49,037.50 |
| John Deere 450HLGP Crawler dozer | T00420HX910774 | $ 66,032.00 |
| Arc Miller Welder-300Amp Model BB302D | LF097081 | $ 10,698.35 |
| Arc Miller Welder-170Amp Model Bluestar6000 | LC500438 | $ 2,547.54 |
| Vibratory Plate Compactor | 5107827 | <u>$ 1,534.77</u> |
| | Sub-total: | $ 1,041,187.97 |

**(2) Other Items of Property**

| | | |
|---|---|---|
| Airman Compressor Diesel 185CFM | B4-6B10726 | $ 13,160.00 |
| LAI High Output Red Pipelaser | 6775-21485 | $ 4,285.00 |
| CST/Lasermark Single beam | 1300133 | $ 1,095.00 |
| Bosch 7/8" Rotary Hammer Drill VSR11224 | 491002177 | $ 219.00 |
| Milwaukee 10 1/4" Circular Saw w/case | | $ 339.00 |
| Skil Saw HD-77 7 1/4" Worm Drive | HG430072 | $ 170.00 |
| Skil Saw HD-77 7 1/4" Worm Drive | HG430270 | $ 170.00 |
| Milwaukee Grinder 7" Heavy Duty | 99603510-82 | $ 167.00 |
| Stihl Chain Saw MS 390 | | $ 449.95 |
| Dewalt 3/8" VSR Drill DS1008 | | $ 59.00 |
| Dewalt VSR Drywall Screwdriver DW272 | | $ 99.00 |
| Utility Pump Submersible | | $ 59.67 |

Page 2 of 9

634933

| Item | Model/Serial | Price |
|---|---|---|
| Bosch Hammer Drill SDS Plus | PA6GF35 | $ 179.00 |
| Makita ½" Drill | 373596 | $ 165.99 |
| Skil ½" Drill VS6355 | | $ 99.00 |
| 10 Gallon Watercooler | | $ 19.94 |
| Bostitch Framing nailer | | $ 295.00 |
| Dewalt 4 3/4" Heavy Duty Deep Cut Band Saw | 038388-200503 | $ 309.55 |
| Bosch Jigsaw Kit | R187000230 | $ 151.63 |
| Porter Cable Sawzall | | $ 119.00 |
| Dewalt Impact Wrench | 96129 | $ 179.00 |
| Allen Truss Screed | | $ 800.00 |
| Honda Engine for Screed | | $ 500.00 |
| Wacker Concrete Vibratory w/accessories | WAKM3000115 | $ 1,508.98 |
| Honda 3" Centrifugal pump | | $ 495.00 |
| 2" Submersible Trash Pump-Elec. | MULST2040T | $ 269.00 |
| Tsurumi 2" Submersible Trash Pump-Elec | T-6085448 | $ 295.00 |
| Honda 3" Trash Pump | WZBF1144505 | $ 615.00 |
| Craftsman wetdry Vac 12 gal w/attachments | | $ 69.88 |
| Ridgid Speed Handle Drill | | $ 159.00 |
| Rammer Compactor Gas Model XN65or | 1498785 | $ 1,050.00 |
| Dewalt 4 ½" Grinder DEWDW402 | | $ 89.00 |
| Cut Off Saw Hand Held Gas 14" | 8351074 | $ 845.46 |
| Cuf Off Saw Hand Held Gas 14" | | $ 845.46 |
| Black Decker Firestorm 18V Drill Driver FSD182 | FSD182 | $ 70.00 |
| Hiliti Nail Gun | 36427 | $ 299.00 |
| Portable Light Stand Halogen | | $ 34.97 |
| Murray Lawnmower 20" 3 ½" HP | | $ 100.00 |
| | Sub-total: | $ 29,836.48 |
| | **Total:** | **$1,071,024.45** |

7.

On August 29, 2005 the Equipment was located in Jefferson Parish, Louisiana. The Equipment was on location in connection with the performance of a contract between Shavers-Whittle and the Parish of Jefferson for the construction of improvements at Dakin Street, Jefferson Parish (the "Dakin St. Location"), located at the Jefferson Parish/Orleans Parish line near Airline Highway.

8.

The Dakin Street Location is near the 17th Street Canal.

9.

On August 29, 2005 Hurricane Katrina made landfall in Louisiana and followed a north/northeast path that took its western eye-wall approximately 20 nautical miles east of New Orleans.

634933

10.

On August 29, 2005 the 17th Street Canal levee failed, allowing water to spread throughout Orleans Parish and Jefferson Parish, including the area of the Dakin St. Location.

11.

The failure of the 17th St. Canal levee allowed water to submerge the Equipment, resulting in the loss of or damage to the Equipment.

12.

The loss of or damage to the Equipment was in the following non-exclusive amounts:

| Equipment | Amount |
|---|---|
| P&H Model 670 (70ton) Crawler Crane | $ 15,981.36 |
| 2004 Volvo L45B Compact Wheel Loader | $ 83,500.00 |
| 66' Smooth Vibratory Roller Model-CA 150D | $ 85,000.00 |
| ICE Model 416L Vibro Hammer w/325 Power Unit | $ 31,058.18 |
| Storage Container 8X20 | $ 1,400.00 |
| Storage Container 8X20 | $ 1,000.00 |
| Officer Trailor 12'x40' | $ 13,377.53 |
| Officer Trailor 8'x32' | $ 10,760.28 |
| 4" Hydraulic Submersible Pump S4T & Diesel | $ 5,637.00 |
| American 5299A 60Ton Crawler Crane | $ 1,311.20 |
| Kobelco SK250LC Excavator w/48"Bucket | $ 158,500.00 |
| Kobelco SK160LC w/36"Buckets | $ 112,614.00 |
| Case 580L TLB Backhoe | $ 49,037.50 |
| John Deere 450HLGP Crawler dozer | $ 66,032.00 |
| Arc Miller Welder-300Amp Model BB302D | $ 10,698.35 |
| Arc Miller Welder-170Amp Model Bluestar6000 | $ 2,547.54 |
| Vibratory Plate Compactor | $ 1,534.77 |
| Airman Compressor Diesel 185CFM | $ 13,160.00 |
| LAI High Output Red Pipelaser | $ 152.18 |
| CST/Lasermark Single beam | $ 1,095.00 |
| Bosch 7/8" Rotary Hammer Drill VSR11224 | $ 219.00 |
| Milwaukee 10 1/4" Circular Saw w/case | $ 339.00 |
| Skil Saw HD-77 7 1/4" Worm Drive | $ 170.00 |
| Skil Saw HD-77 7 1/4" Worm Drive | $ 170.00 |
| Milwaukee Grinder 7" Heavy Duty | $ 167.00 |
| Stihl Chain Saw MS 390 | $ 449.95 |
| Dewalt 3/8" VSR Drill DS1008 | $ 59.00 |
| Dewalt VSR Drywall Screwdriver DW272 | $ 99.00 |
| Utility Pump Submersible | $ 59.67 |
| Bosch Hammer Drill SDS Plus | $ 179.00 |
| Makita ½" Drill | $ 165.99 |
| Skil ½" Drill VS6355 | $ 99.00 |
| 10 Gallon Watercooler | $ 19.94 |
| Bostitch Framing nailer | $ 295.00 |
| Dewalt 4 3/4" Heavy Duty Deep Cut Band Saw | $ 309.55 |
| Bosch Jigsaw Kit | $ 151.63 |
| Porter Cable Sawzall | $ 119.00 |
| Dewalt Impact Wrench | $ 179.00 |
| Allen Truss Screed | $ 800.00 |

634933

| | | |
|---|---|---:|
| Honda Engine for Screed | $ | 500.00 |
| Wacker Concrete Vibratory w/accessories | $ | 1,058.98 |
| Honda 3" Centrifugal pump | $ | 495.00 |
| 2" Submersible Trash Pump-Elec. | $ | 269.00 |
| Tsurumi 2" Submersible Trash Pump-Elec | $ | 295.00 |
| Honda 3" Trash Pump | $ | 615.00 |
| Wacker Plate Compactor | $ | 314.77 |
| Craftsman wetdry Vac 12 gal w/attachments | $ | 69.88 |
| Ridgid Speed Handle Drill | $ | 159.00 |
| Rammer Compactor Gas Model XN65or | $ | 1,050.00 |
| Dewalt 4 ½" Grinder DEWDW402 | $ | 89.00 |
| Cut Off Saw Hand Held Gas 14" | $ | 845.46 |
| Cuf Off Saw Hand Held Gas 14" | $ | 845.46 |
| Black Decker Firestorm 18V Drill Driver FSD182 | $ | 70.00 |
| Hiliti Nail Gun | $ | 299.00 |
| Portable Light Stand Halogen | $ | 34.97 |
| Murray Lawnmower 20" 3 ½" HP | $ | 100.00 |
| Total: | | $675,468.14 |

13.

The loss of or damage to the Equipment was caused by a number of factors, including, but not limited to, storm surge, wind driven water, and the failure of the 17th Street Canal levee.

14.

After Hurricane Katrina, Shavers-Whittle was unable to access the Dakin St. Location and evaluate the Equipment until September 12, 2005. At that time the loss of or damage to the Equipment was determined.

15.

After determining the loss of or damage to the Equipment, Shavers-Whittle provided the equipment-loss/damage information to Fireman's Fund and made demand for coverage under the Policy.

16.

By letter dated November 19, 2005 and directed to Shavers-Whittle, Fireman's Fund neither denied nor confirmed coverage, but merely recited Section 4f of the Policy related to excluded perils. (Exhibit 2).

17.

By letter dated April 28, 2006 and directed to Shavers-Whittle, Fireman's Fund denied coverage for the loss of or damage to the Equipment, again reciting Section 4f of the Policy and

'634933

stating "the flood damage to the equipment does not fall within the covered causes of loss of your policy and we are unable to provide coverage for your claim." (Exhibit 3).

18.

Petitioner alleges that the cause of the loss of or damage to the Equipment was the "storm surge" from Hurricane Katrina, meaning the horizontal and rotational wind forces on the surface of the ocean that pushed water in front of the approaching hurricane. The "storm surge" was wind driven water. Without the "storm surge" or wind driven water, the Equipment would not have been lost or damaged by being submerged in water. "Storm surge" or wind driven water is a covered peril or risk under the Policy and is not excluded. Therefore, Fireman's Fund is liable for the loss of or damage to the Equipment.

19.

In the alternative, Petitioner alleges that the cause of the loss of or damage to the Equipment was the failure of the 17th Street Canal levee. Without the failure of the 17th Street Canal levee, the Equipment would not have been lost or damaged by being submerged in water. The failure of the 17th Street Canal levee is a covered peril or risk under the Policy and is not excluded. Therefore, Fireman's Fund is liable for the loss of or damage to the Equipment.

20.

In the alternative, petitioner alleges that the water which submerged the Equipment resulted from the failure of a man-made or artificial edifice (i.e. the 17th Street Canal levee). Petitioner alleges that the definition of "flood" under the Policy includes only floods from natural causes. Petitioner alleges that the definition of "flood" under the Policy does not include the circumstances in the subject case where the loss of or damage to the Equipment was caused by the failure of an artificial edifice (i.e. the 17th Street Canal levee). Therefore, Section 4f of the Policy does not exclude the loss of or damage to the Equipment.

21.

In the alternative, the term "flood" as used in the Policy is ambiguous and must be interpreted to include coverage for the loss of or damage to the Equipment under the

circumstances of this case.    Therefore, the Policy does not exclude the loss of or damage to the Equipment.

22.

In the alternative, Petitioner alleges that the causes set forth in paragraphs 18, 19 and 20 acted concurrently to cause the loss of or damage to the Equipment. One or more of these causes are covered perils or risks under the policy and are not excluded. Therefore, Fireman's Fund is liable for the loss of or damage to the Equipment.

23.

Petitioner alleges that the Policy was not intended to, and did not, exclude the covered perils or risks set forth in paragraphs 18, 19 and 20 above. Therefore, Fireman's Fund provides coverage under the Policy for the loss of or damage to the Equipment.

24.

Petitioner alleges that the action of Fireman's Fund in denying coverage under the Policy for the loss of or damage to the Equipment is, has been, and continues to be arbitrary and capricious and, therefore, Fireman's Fund is in bad faith. Consequently, in addition to the amount of the covered losses, Fireman's Fund is liable for penalties under La. R.S. 22:1220 and La. R.S. 22:658.

25.

Petitioner alleges that Fireman's Fund has misinterpreted the Policy in connection with the denial of coverage for the loss of or damage to the Equipment. Under Louisiana law, Fireman's Fund is liable for misinterpreting its own policy and, therefore is in legal bad faith.

26.

Petitioner alleges that at the time of the loss of or damage to the Equipment, the Equipment was either debt-free or nearly debt-free. As a result of Fireman's Fund's bad faith refusal to acknowledge coverage and pay for the loss of or damage to the Equipment, petitioner has been required to purchase new equipment with borrowed funds. Therefore, petitioner lost all of the equity in the Equipment as a direct result of Fireman's Fund's bad faith refusal to pay

'634933

27.

Petitioner alleges that the fact that the Equipment was either debt-free or nearly debt-free, provided petitioner with a significant competitive advantage when bidding jobs. As a result of Fireman's Fund's bad faith refusal to acknowledge coverage and pay for the loss of or damage to the Equipment, petitioner has lost a competitive advantage and will lose jobs in the future as a result, all for which Firemen's Fund is liable.

28.

Petitioner alleges that the damages herein exceed the amount required for trial by jury.

WHEREFORE, petitioner, Shavers-Whittle Construction, Inc., prays that a copy of this petition be served on the defendant, Fireman's Fund Insurance Company, and that it be required to appear and answer, according to law, and that after due proceedings had that there be judgment herein in favor of petitioner, Shavers-Whittle Construction, Inc., and against the defendant, Fireman's Fund Insurance Company, declaring that the Fireman's Fund Insurance Company policy numbered MXI - 97853973 provides coverage for the loss of or damage to the equipment in the subject case, awarding unto petitioner all damages reasonable under the premises, plus legal interest from the date of judicial demand until paid, penalties under La. R.S. 22:1220 and La. R.S. 22:658, and all costs of these proceedings.

Petitioner further prays for all such other relief as law, equity and the nature of the case may permit.

Respectfully Submitted,

JONES FUSSELL, L.L.P.

By:_____
WILLIAM J. CRAIN (#17534)
P.O. Box 1810
Covington, LA 70434
(985) 892-4801

* SEE SERVICE INSTRUCTIONS ON NEXT PAGE

634933

**PLEASE SERVE:**

Fireman's Fund Insurance Company
through its agent for service:

Louisiana Secretary of State
8549 United Plaza Blvd.
Baton Rouge, LA 70809

Ck 27615   25.00
Ck 27616   27.20

634933