# Contractor's Equipment Declarations – 135154 DEC 01-83
Commercial Inland Marine

| | | | |
|---|---|---|---|
| Insured | SHAVERS-WHITTLE CONSTRUCTION, INC. | Policy Number | MXI-97853973 |
| Producer | ELLSWORTH CORPORATION | Effective Date | 03/30/2005 |

These Declarations are issued with and are part of coverage form 135154

## Declarations

Insurance is provided only for those coverages for which an "☒" is entered in the applicable box and when limits of liability or amounts are stated in the place provided in these declarations.

☒ Broad Form   ☐ Specified Perils Form   Coinsurance 100%   Deductible $SEE DEDUCTIBLE CLAUSE   Employees Tools Deductible $250.

Aggregate Limit Of Liability $1,672,980.

The amount of any loss of or to any item insured shall be determined as set forth in condition 6. valuation and shall be on an actual cash value basis unless replacement cost is shown below.

| Item | Description | Replacement Cost Applies | Limit Of Liability |
|---|---|---|---|
| | PER SCHEDULE ATTACHED | NO | $ 1,672,980. |

### LOSS PAYEES

| Item | Loss payee name and address for designated items above |
|---|---|
| | — |

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the Fireman's Fund Insurance Companies as named in the policy

_____   _____
Secretary                          President

135154DEC 01-83

Policy Number:   MXI-97853973          Named Insured:   SHAVERS-WHITTLE CONSTRUCTION, INC.

# CONTRACTOR'S EQUIPMENT SCHEDULE

| Item No. | Description of Item | Serial Number | Limit of Insurance |
|---|---|---|---|
| 001 | 8 X 20 Storage Container | | $ 1,000. |
| 002 | Case 580L Backhoe | JJG0305241 | $ 45,800. |
| 003 | Flashing Arrow Board | 16-0577-031-8000 | $ 5,000. |
| 004 | Nikon DRM 310 Total Station | 842673 | $ 7,500. |
| 005 | Nikon AP7 Auto Level | 333176 | $ 700. |
| 006 | CTI Forks, Model 60S | 231-0709 | $ 1,278. |
| 007 | Rammer Compactor | 149878 | $ 1,100. |
| 008 | Concrete Vibrator | 5212925 | $ 1,000. |
| 009 | Concrete Vibrator | 5212929 | $ 1,000. |
| 010 | Multi Quip Welding Machine | 5361825 | $ 2,200. |
| 011 | 1997 PPRD 6 x 10 x 16 Utility 12K Trailer | IM9HC1629VP0005282 | $ 2,600. |
| 012 | Prime Industrial Vibratory Compactor 19.5 x 23 | 5107827 | $ 1,850. |
| 013 | 1 ½ Cy Gar-bo Concrete Bucket w/side chute (440sc) Model 440R | 01176F | $ 3,000. |
| 014 | Stihl Chain Saw 24" w/accessories | 149456151 | $ 725. |
| 015 | Honda WP 3-X Centrisugar Pump | WZBF-1164176 | $ 600. |
| 016 | 8 x 20 Storage Trailer | | $ 1,500. |
| 017 | Haag Trammel Sokkia Total Station w/accessories | 20907 | $ 6,000. |
| 018 | Haag Trammel HP48x Data Collector w/cards | | $ 2,500. |
| 019 | Haag Trammel Sokkia B21 Auto Level w/accessories | 302217 | $ 1,100. |
| 020 | Komatsu PC35R-8E | 20619 | $ 39,813. |
| 021 | Marksman RL-60B Laser Level | TE1567 | $ 1,500. |
| 022 | Nikon Total Station | 842364 | $ 10,000. |
| 023 | Haag Trammel C320 Sokkia Auto Level | 325422 | $ 500. |
| 024 | Wacker PDT3A 3" Gas Pump w/20" PVC Suction & 50" Discharge Hose | 5285185 | $ 1,500. |

| | | | |
|---|---|---|---|
| 025 | Wacker Pump with 20' Suction Hose, 150' Discharge Hose | 5230143 | $ 700. |
| 026 | Toyo DL2-A 110V Sub Pump | 6124882 | $ 2,500. |
| 027 | 1974 American 5299A-60 Ton Crawler Crane | GS-17220 | $ 135,000. |
| 028 | 20" Steel Storage Container | 290127-0 | $ 1,550. |
| 029 | Topcon Laser RLH3C w/case, tripod and aluminum rod | SNWY1953/SNXT0255 | $ 950. |
| 030 | Two (2) Fuel Tanks w/ pan & pump | | $ 3,210. |
| 031 | Case 850 Crawler Dozer | JJG0296559 | $ 88,000. |
| 032 | Model 11-23 Vibratory hammer, w/ power unit S# P80226 | V70222 | $ 98,200. |
| 033 | 2002 Baker Utility Trailer, 7 x 20 | 4JBER202721000042 | $ 3,150. |
| 034 | Kobelco Excavator w/ 48" Bucket | LL08U0553 | $ 147,000. |
| 035 | Kubota Tractor, Mdl # M8200DT, w/ 7' rotary mower | 53804 | $ 26,700. |
| 036 | Laser Topcon RL-83C | YS4379 | $ 895. |
| 037 | Kubota Tractor, Mdl M5700SD2F w. accessories | 53388 | $ 32,700. |
| 038 | 2002 John Deere 450 HP LGP Dozer | 910774 | $ 71,000. |
| 039 | Lee Tractor, 850 HWT LGP Dozer | JJG0296621 | $ 87,700. |
| 040 | Miller Blue Star 6000 Welding Machine/Generator | LC 50224 | $ 2,700. |
| 041 | Miller Blue Star 6000 Welding Machine/Generator | LC 500438 | $ 2,700. |
| 042 | Kobelco Excavator SK160 LC | YM03V0539 | $ 120,000. |
| 043 | 1975 Linkbelt Model LS 418A Crawler Crane | 4EV443 | $ 275,000. |
| 044 | 2004 Cargo Trailer #2, 7x16x6 ½  ID 4D6EB16274C006213 | XP7162 | $ 3,800. |
| 045 | Contents in Mobile Office – Cold Storage Rd. & L&A Rd. | | $ 3,000. |
| 046 | Contents in Mobile Office – Cold Storage Rd & L&A Rd. | | $ 3,000. |
| 047 | Stabcat Sheetpile Threader | SC-046 | $ 5,000. |
| 048 | Case 850 Crawler Dozer | JJG02965590 | $ 88,000. |
| 049 | 2 Stihl Chainsaws w/accessories | 252669517/261046837 | $ 4,525. |
| 050 | Cargo Trailer #1 | 4D6EB162110002416 | $ 1,500. |
| 051 | CST Trailer mark Single Beam | 1300133 | $ 1,500. |
| 052 | 8' x 20' Con X Office Trailer w/Contents | | $ 1,000. |
| 053 | 1 ½ yd. Concrete bucket make: Garbro Model: 442G | SHOP002761 | $ 3,800. |

| | | | |
|---|---|---|---|
| 054 | Sngl 10 – 10 x 44 long Office Trailer/contents | 765820372100 | $ 6,981. |
| 055 | Sngl 10 – 10 x 44 long Office Trailer/contents | K0129926867 | $ 14,071. |
| 056 | Model TE2-80HA TSURUM13" pump w/hose assembly | 516495 | $ 500. |
| 057 | # 25 Power Unit Vibro Hammer | P35872 | $ 11,500. |
| 058 | Power Roller Screed w/Accessories | RTF0704004 | $ 4,000. |
| 059 | Modem 010-0123 Speeder Spreader Stock # MI0383 | 8728 | $ 620. |
| 060 | Ice – Model I-19 Pilen Driving Hammer complete w/26" lead guides (kit) | 30501A | $ 43,500. |
| 061 | Hosse HT 16022 Disc Harrow Stock # MH1436 | $ 210031399 | $ 1,290. |
| 062 | Model I-19 Hammer Leads – 26" x 32' top lead sect. | N701243 | $ 5,031. |
| 063 | Model I-19 Hammer Leads – 26" x 4' stab lead sect. | N701298 | $ 1,216. |
| 064 | Model I-19 Hammer Leads – 26" x 8' lead sect. QTY – 3 | N701244 | $ 4,731. |
| 065 | Model I-19 Hammer Leads – 26" x 16' lead sect. QTY – 4 | N701241 | $ 11,320. |
| 066 | Hyundi 140LC-7 Hydraulic Excavator | | $ 112,000. |
| 067 | Forklift | 25286 | $ 58,400. |
| 068 | Sokkia Total Station SET5F | D22881 | $ 9,000. |
| 069 | Miscellaneous, unscheduled equipment subject to a maximum of $2,500 any one item | | $ 34,274. |

# Contractor's Equipment Form - 135154 01 83
Commercial Inland Marine Coverage Form

1. **Property Insured**

   This policy insures Contractors' Equipment and machinery, including spare and repair parts and accessories as specified in the Declarations the property of the Insured or the property of others held by the Insured and for which the Insured is liable.

2. **Property Excluded**

   This policy does not insure:

   a. any property while leased, loaned or rented to others, or while in the possession of others under an agreement of sale;

   b. property while waterborne (except during ferry operations);

   c. aircraft; watercraft (including motors, equipment and accessories); automobiles, motor trucks, trailers, semi-trailers, motorcycles, motor scooters, or any other vehicles designed primarily for highway use;

   d. plans, blueprints, specifications, designs, records or any similar property.

3. **Perils Insured**

   (Broad Form or Specified Perils Form, as specified in the Declarations)

   a. Broad Form

   This policy insures against all risks of direct physical loss of or damage to the insured property from any external cause, except as otherwise provided.

   b. Specified Perils Form

   This policy insures against Loss caused by:

   (1) Fire, lightning, smoke;

   (2) Explosion, excepting Loss to steam boilers, of the insured property caused by or resulting from explosion, rupture, or bursting of such boilers;

   (3) Aircraft or objects falling therefrom;

   (4) Cyclone, tornado, windstorm, hail;

   (5) Strike, riot and civil commotion;

   (6) Vandalism or malicious mischief;

   (7) Collision, derailment, upset or overturning of land conveyances on which the insured property is being transported.

   (8) Theft.

4. **Perils Excluded**

   This supplement policy does not insure against loss caused by or resulting from:

   under **Broad Form** or **Specified Perils Form,**

   a. wear and tear, inherent vice, gradual deterioration, latent defects, insects, vermin, dampness or dryness of atmosphere, rust, corrosion, freezing, or other extremes of temperature, mechanical or electrical breakdown or failure, unless Loss by a peril not otherwise excluded ensues and then the Company shall be liable only for such ensuing Loss;

   b. delay, loss of market, loss of use, or interruption of business;

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

President

    c. infidelity, dishonesty, or any other criminal act of the Insured or any person or persons in the employ of the Insured whether or not such act or acts occurred during the regular hours of employment or service, or others to whom the insured property may be entrusted (carriers for hire excepted);

    d. the weight of a load exceeding the applicable load rating of the equipment according to the load rating chart published by the manufacturer of the equipment;

    e. Unexplained loss, mysterious disappearance, or shortage disclosed upon taking inventory;

    f. flood, meaning a general and temporary condition of partial or complete inundation of normally dry land areas from: (1) the overflow of inland or tidal waters; (2) the rapid accumulation of runoff of surface waters from any source; or, (3) mudslides which are caused or precipitated by accumulation of water on or under the ground, unless fire or explosion ensues, and then only for the Loss caused by, or resulting from, such fire or explosion, provided the perils of fire or explosion are not excluded elsewhere in this policy. This exclusion shall not apply to insured property in due course of transit.

5. **Limit of Liability**

   The Company's limit of liability for any one Loss shall not exceed:

   a. as respects each item in the schedule in the declarations of this policy the Limit of Liability specified in that schedule applicable to that item;

   b. in the aggregate for all schedule items, the Limit of Liability specified in the Declarations.

6. **Valuation**

   The following provisions shall apply to each item insured as specified in the Declarations;

   a. Actual Cash Value

   The Company shall not be liable beyond the actual cash value of the property insured at the time any Loss occurs. The Loss shall be ascertained or estimated according to such actual cash value with proper deduction for depreciation, however caused, and shall in no event exceed what it would then cost to repair or replace the same with material of like kind and quality at the place of and immediately preceding the time of such Loss.

   b. Replacement Cost

   The Company shall not be liable beyond the retail replacement cost of the property insured at the time any Loss occurs. The Loss shall be ascertained or estimated on the basis of the retail replacement cost of the insured property or property similar in function to that insured, at the place of and immediately preceding the time of such Loss.

7. **Deductible**

   All claims for Loss arising out of one occurrence shall be adjusted as one claim and the amount specified in the Declarations shall be deducted.

8. **Coinsurance**

   Except as otherwise provided, only one of the following provisions shall apply depending upon the **Valuation** basis specified above:

   a. Actual Cash Value

   The Company shall be liable in the event of Loss for no greater proportion thereof than the amount hereby insured bears to an amount equal to the percentage specified in the Declarations applied to the actual cash value of the property insured hereunder at the time such Loss shall happen. If this policy insures two or more items, this condition shall apply to each item separately.

   b. Replacement Cost

   The Company shall be liable in the event of Loss for no greater proportion thereof than the amount hereby insured bears to an amount equal to the percentage specified in the Declarations applied to the actual retail replacement cost of the property insured hereunder at the time such Loss shall happen. If this policy insures two or more items, this condition shall apply to each item separately.

9. **Extensions of Coverage**

   a. Additionally Purchased Property

   This policy is extended to cover equipment which has been purchased after the effective date and during the term of this policy provided: 1. the Insured shall report such purchases to the Company within forty-five (45) days from the date of purchase; and, 2. the Insured shall pay premium on such purchases from the date purchases computed pro-rata based on the current policy rate.

   It is agreed that this policy shall cease to cover any such additional item(s) not reported to the Company within the forty-five (45) day period.

   The Company shall not be liable under the provisions of this clause for more than the replacement cost value of such property if this coverage is written solely on a replacement cost basis, or for the actual cash value of such property if coverage is written on an actual cash value basis or on a combination of actual cash value and replacement cost.

   In no event will the Company pay for more than 25% of the Limit of Liability specified in the Declarations or $250,000, whichever is the lesser. The Coinsurance clause does not apply to this extension of coverage.

   b. Debris Removal

   In the event of Loss insured by this policy, coverage shall extend to include expenses incurred in the removal of debris of the damaged property insured hereunder. The liability of the Company as respects such expenses shall not exceed the difference between the amount of Loss otherwise covered by this policy, and the applicable Limit of Liability, plus the lesser of (1) 10% of the applicable Limit of Liability of the items involved, or (2) $100,000.

   In no event shall this policy cover against expenses occasioned by the enforcement of any state or municipal law or ordinance unless such liability is specifically assumed elsewhere in this policy.

   c. Partial Loss, Waiver of Depreciation

   If, under the Valuation Basis specified above, Actual Cash Value is stipulated, no deduction for depreciation shall be taken on the adjustment of any partial Loss that does not exceed 20% of the actual cash value of the scheduled item involved. If two or more items are involved in the same occurrence, this condition shall apply to each item separately.

   d. Employee's Tools

   This policy is extended to cover tools and work clothing of employees for which the Insured may be liable while such tools and work clothing are located at job sites or while in transit to or from job sites in vehicles of the Insured. The Company shall not be liable for more than $5,000 in any one Loss, involving property of a number of employees, nor for more than $500 with respect to property of any one employee. Each such Loss shall be adjusted separately and from the amount of each such adjusted Loss the deductible amount specified in the Declarations shall be deducted. The Coinsurance clause does not apply to this extension of coverage.

   e. Expendable Supplies

   This policy is extended to cover fuel, oil, grease and similar expendable supplies usual to the Insured's operations. The Company shall not be liable for more than $1,000 in any one Loss, unless such items are specifically covered in the schedule attached to this policy. The Coinsurance clause does not apply to this Extension of coverage.

10. **Recovery - Salvage**

    In the event of any recovery and/or salvage resulting from a Loss covered hereunder, such recovery and/or salvage shall be paid first to the Company up to the full amount of the covered Loss, and thereafter to the Insured.

11. **Reinstatement of Loss Amount**

    The amount of insurance and the applicable Limit of Liability shall not be reduced by the payment of any claim. In the event of payment of claim for total Loss of an item or items specifically scheduled hereon, the unearned premium will be refunded to the Insured or applied to the premium due on item(s) replacing those on which the claim was paid.

12. **Assignment**

    Assignment of interest under this policy shall not

bind the Company until its consent is endorsed hereon. If, however, the Insured shall die, or shall be adjudged bankrupt or insolvent and written notice is given to the Company within sixty (60) days after the date of such death or adjudication, this policy shall cover the Insured's legal representatives as insured; provided that notice of cancellation addressed to the Insured named in this policy and mailed to the address shown in this policy shall be sufficient notice to effect cancellation of this policy.

13. **Definition of Loss**

Wherever the term Loss shall appear in this policy it shall include damage caused by or resulting from physical loss, disaster or casualty to insured property from any external cause.

# Contractors' Equipment Property Leased or Rented from Other Endorsement
# 140577 01 83

Policy Amendment Commercial Inland Marine

| | | | | |
|---|---|---|---|---|
| Insured | SHAVERS-WHITTLE CONSTRUCTION, INC. | Policy Number | MXI-97853973 | |
| Producer | ELLSWORTH CORPORATION | Effective Date | 03/30/2005 | |

**Schedule**

| | | | | Premium Base |
|---|---|---|---|---|
| Limit of Liability | | Rate $2.50 | Per $100 of | ☒ Expenditures<br>☐ Values |
| $250,000. | Per Item | | | |
| | | Deposit Premium | $1,250. | |
| $500,000. | Per Occurrence | Minimum Premium | $1,250. | |
| Deductible | $See Deductible Clause | ☒ Reports | Date Report Due | ANNUAL |
| | | Flat Charge | $ | |

(If no entry appears above, information required to complete this Endorsement will be shown in the Declarations as applicable to this Endorsement.)

In consideration of the deposit premium shown in the Declarations, the Contractors' Equipment Form attached to this policy is extended to cover Contractors' Equipment leased or rented from others as specified below:

1. **Limit of Liability**

   The Company's liability under this endorsement shall not exceed the Limits of Liability shown in the Declarations as applicable to the Endorsement.

2. **Deductible**

   All claims for Loss arising out of one occurrence shall be adjusted as one claim and the amount specified in the Declarations as applicable to the Endorsement shall be deducted.

3. **Reports** (If indicated above)

   The Insured agrees to keep an accurate record of the expenditures for leasing or renting equipment during the term of the Policy and to report to this

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

_____
President

140577 1-83R                                                                 Page 1 of 2

Company, or its authorized agent, on or before the thirtieth (30th) day subsequent to the anniversary or termination date of this policy the full amount thereof during the preceding twelve months, or such time as is within the policy period.

The insured agrees that any authorized representative of the Company shall be permitted to examine the Insured's books, records and such policies of insurance as relate to the Insured's business at all reasonable times during the life of this policy and for twelve (12) months after expiration or termination of this policy. Such examination(s) shall not waive nor in any manner affect any of the terms, conditions or limitations of the policy. The furnishing of any statement of expenditures by the Insured or payment of premium and its acceptance by this Company, shall not constitute a waiver of this Company's rights to such examinations or rights to any additional premium which may have been earned.

4. **Premium**

   Deposit premium specified in the Declarations as applicable to this Endorsement is included in the premium stated in the General Declarations of this policy and is due and payable as of the inception date of this policy.

   Earned premium shall be computed at the rate specified applied against the premium base shown in the Declarations. Earned premium thus determined shall be applied against the deposit premium. In the event such earned premium is in excess of the deposit premium, an additional premium equal to the difference shall be due and payable to the Company as of the date of such report. In the event that earned premium is less than the deposit premium but more than the minimum premium, a return premium equal to the difference shall be returned to the Insured by the Company.

5. **Minimum Premium**

   The total annual earned premium for this Endorsement shall in no event be less than the minimum premium shown in the Declarations.

6. **Cessation of Expenditures for Leasing or Rental of Contractors' Equipment**

   If, for any reason, expenditures for the lease or rental of equipment shall cease, but such equipment remains the responsibility of the Insured, the Insured shall continue to report such expenditures as would have been incurred, had there been no such cessation.

7. **Privilege to Adjust with Owner**

   In the event of Loss to property of others held by the Insured for which claim is made upon the Company, the right to adjust such Loss with the owner or owners of the property is reserved to the Company and the receipt of such owner or owners in satisfaction thereof shall be in full satisfaction of any claim of the Insured for which such payment has been made. If legal proceedings be taken to enforce a claim against the Insured, as respects any such loss or damage, the Company reserves the right, at its option without expense to the Insured, to conduct and control the defense on behalf of and in the name of the Insured. No action of the Company in such regard shall increase the liability of the Company under this policy, nor increase the limits of liability specified in the policy.

8. **Cancellation**

   In the event this policy is cancelled by the insured or by the Company, the Insured agrees to furnish the Company with an accurate statement showing the total amount of all incurred expenses covered by this endorsement, between the date of attachment and up to and including the date of cancellation, and further agrees to pay a premium on this amount at the rate stated in this endorsement.

9. **Paragraph 8**

   **Coinsurance** in the Contractors' Equipment Form attached to this policy does not apply as respects this coverage.

10. **Premium Base**

    Wherever the word expenditures is used in this form, it is amended to read **values** when the Values option is shown in the Declarations.