UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 |
| | * | |
| | * | |
| | * | SECTION "K"(2) |
| PERTAINS TO: | * | |
| SHAVERS-WHITTLE CONSTRUCTION, INC. | * | |
| V. FIREMAN'S FUND INSURANCE COMPANY | * | |
| NO. 06-CV-06968 | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF HEARING

Defendant, Fireman's Fund Insurance Company's, Motion For Entry of Final Judgment is set for hearing in the United States District Court, Eastern District of Louisiana, on the 6th day of August, 2008 at 9:30 a.m.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

*s/Kelly Cambre Bogart*

**KELLY CAMBRE BOGART (#22985)
C. MICHAEL PFISTER (#14317)
JAIME M. CAMBRE (#29116)**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, LA 70002
Tel.:   (504) 832-3700
Fax:   (504) 837-3119
kbogart@duplass.com
*ATTORNEYS FOR DEFENDANT,
FIREMAN'S FUND INSURANCE COMPANY*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of July 2008, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel by operation of the court's electronic filing system.

*S/Kelly Cambre Bogart*

_____
KELLY CAMBRE BOGART (#22985)

2