

**Fireman's Fund**

**POLICY NUMBER**
MXI-97853973

Previous Policy Numbers
MXI-97851827

Coverage for policies other than
**WORKERS' COMPENSATION** is
provided in the following company
**FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)**

## GENERAL DECLARATIONS

Named Insured and Mailing Address

**SHAVERS-WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470**

The Named Insured is a(n) CORPORATION
Business or Operations of the Named Insured:  CONTRACTOR

The insurance provided by this policy consists of the following coverage form(s). The premium may be subject to adjustment. In return for payment of the premium and subject to all the terms of this policy, we agree with you to provide the insurance as stated in the policy.

### INLAND MARINE COVERAGES

Policy Period is from 03/30/2005 to 03/30/2006 12:01 AM, Standard Time
at Mailing address of the insured.

**PREMIUM SUMMARY:**
Estimated Annual Premium          $ 23,701.
Premium Due at Inception          $ 23,701.

☐ Terrorism Risk Insurance Act - Certified Acts Coverage - Covered  $
☒ **Terrorism Risk Insurance Act – Certified Acts Coverage -  Not Covered  $ 0**

**FORMS ATTACHED AT INCEPTION**

140559 12 86R,  140866 02 86R,  386360 01 03,  145913 01 03,  386399 01 05,  145922 01 05, 145923 01 05,  CM0126 09 04,  CM0001 09 04,  IL0003 07 02,  385903 06 95,  135154 01 83R,  135154DEC 01 83,  140577 01 83R,  IL0017 11 98S,  IL0277 07 02,  IL1201 11 85, MINIMUM EARNED PREMIUM ENDORSEMENT,  THEFT ENDORSEMENT, DEDUCTIBLE CLAUSE,  CRANE EXCLUSION ENDORSEMENT,  CONTRACTOR'S EQUIPMENT SCHEDULE

Countersignature of Authorized Agent:

Producer:    **ELLSWORTH CORPORATION**         Date 4-11-05
             P O BOX 8210                      NEW ORLEANS, LA  NKD
             METAIRIE, LA 70011

CERTIFIED COPY

*[signature]* July 17, 2008

DATE                                    GD-1



**Fireman's Fund**

| POLICY NUMBER | Previous Policy Numbers | Coverage for policies other than |
|---|---|---|
| MXI-97853973 | MXI-97851827 | WORKERS' COMPENSATION is provided in the following company FIREMAN'S FUND INSURANCE COMPANY NOVATO, CA 94998 A STOCK INSURANCE CO. (01) |

## GENERAL DECLARATIONS

**Named Insured and Mailing Address**

SHAVERS-WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470

The Named Insured is a(n) CORPORATION
Business or Operations of the Named Insured:  CONTRACTOR

The insurance provided by this policy consists of the following coverage form(s). The premium may be subject to adjustment. In return for payment of the premium and subject to all the terms of this policy, we agree with you to provide the insurance as stated in the policy.

### INLAND MARINE COVERAGES

Policy Period is from 03/30/2005 to 03/30/2006 12:01 AM, Standard Time
  at Mailing address of the insured.

**PREMIUM SUMMARY:**
Estimated Annual Premium       $ 23,701.
Premium Due at Inception       $ 23,701.

☐ Terrorism Risk Insurance Act - Certified Acts Coverage - Covered  $
☒ **Terrorism Risk Insurance Act – Certified Acts Coverage -  Not Covered  $ 0**

## FORMS ATTACHED AT INCEPTION

140559 12 86R,  140866 02 86R,  386360 01 03,  145913 01 03,  386399 01 05,  145922 01 05,
145923 01 05,  CM0126 09 04,  CM0001 09 04,  IL0003 07 02,  385903 06 95,  135154 01
83R,  135154DEC 01 83,  140577 01 83R,  IL0017 11 98S,  IL0277 07 02,  IL1201 11 85,
MINIMUM EARNED PREMIUM ENDORSEMENT,  THEFT ENDORSEMENT,
DEDUCTIBLE CLAUSE,  CRANE EXCLUSION ENDORSEMENT,  CONTRACTOR'S
EQUIPMENT SCHEDULE

Countersignature of Authorized Agent:_____

| Producer: | | |
|---|---|---|
| | ELLSWORTH CORPORATION | Date 4-11-05 |
| | P O BOX 8210 | NEW ORLEANS, LA  NKD |
| | METAIRIE, LA 70011 | |

GD-1



**Fireman's Fund**

**POLICY NUMBER**
MXI-97853973

Previous Policy Numbers
MXI-97851827

Coverage for policies other than
WORKERS' COMPENSATION is
provided in the following company
FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)

## GENERAL DECLARATIONS

**Named Insured and Mailing Address**

SHAVERS-WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470

The Named Insured is a(n) CORPORATION
Business or Operations of the Named Insured:  CONTRACTOR    *15%  9431*

The insurance provided by this policy consists of the following coverage form(s). The premium may be
subject to adjustment. In return for payment of the premium and subject to all the terms of this policy, we
agree with you to provide the insurance as stated in the policy.

### INLAND MARINE COVERAGES

*3100    311L*
*3110    311W*
*3150*

Policy Period is from 03/30/2005 to 03/30/2006 12:01 AM, Standard Time
at Mailing address of the insured.

**PREMIUM SUMMARY:**
Estimated Annual Premium         $ 23,701.
Premium Due at Inception         $ 23,701.

*ask for current schedule to quote 3/06 R/N*

☐ Terrorism Risk Insurance Act - Certified Acts Coverage - Covered  $
☒ **Terrorism Risk Insurance Act – Certified Acts Coverage - Not Covered  $ 0**

**FORMS ATTACHED AT INCEPTION**

140559 12 86R, 140866 02 86R, 386360 01 03, 145913 01 03, 386399 01 05, 145922 01 05,
145923 01 05, CM0126 09 04, CM0001 09 04, IL0003 07 02, 385903 06 95, 135154 01
83R, 135154DEC 01 83, 140577 01 83R, IL0017 11 98S, IL0277 07 02, IL1201 11 85,
MINIMUM EARNED PREMIUM ENDORSEMENT,  THEFT ENDORSEMENT,
DEDUCTIBLE CLAUSE,  CRANE EXCLUSION ENDORSEMENT,  CONTRACTOR'S
EQUIPMENT SCHEDULE

Countersignature of Authorized Agent:

Producer:  **ELLSWORTH CORPORATION**
P O BOX 8210
METAIRIE, LA 70011

Date <u>4-11-05</u>
NEW ORLEANS, LA  NKD

GD-1



**Fireman's Fund**

POLICY NUMBER    MXI-97853973

Named Insured
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

Sequential Endorsement Number  **038**

## CHANGE ENDORSEMENT
**Effective 3/7/06, 12:01 A.M.,**
**Standard Time at the Address of the insured**

This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force and effect.  Premium adjustments are shown.

**PREMIUM SUMMARY:**            **ADDITIONAL PREMIUM DUE NOW: $4. ( p/r $ 68.)**

---

The following  item is added and made a part of this policy:

    Sokkia Set600 Total Station w/Accessories s# 141835        $ 5630.

Countersignature of Authorized Agent:_____
        Producer:    **ELLSWORTH CORPORATION**            Date   3/27/06        lml
               **P O BOX 8210**
               **METAIRIE, LA 70011**

        **ENDORSEMENT  038**



**Fireman's Fund**

POLICY NUMBER     MXI-97853973

Named Insured
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

Sequential Endorsement Number  037

## CHANGE ENDORSEMENT
Effective 2/14/06, 12:01 A.M.,
Standard Time at the Address of the insured

This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force and effect.  Premium adjustments are shown.

PREMIUM SUMMARY:          RETURN PREMIUM DUE NOW: $ 874.

---

The following  changes are applicable to this policy:

1.  The following  items are deleted:

| | | |
|---|---|---|
| 1 ½ Cy gar-bo Concrete Bucket w/side Chute (440sc)  Mdl 440R | s# 01176F | $ 3,000. |
| Contents in Mobile Office, Cold Storage Rd. | | $ 3,000. |
| Case 850 Crawler Dozer | s# JJG0965590 | $ 88,000. |
| Arc Miller Welder 300 Amp   Mdl BB304D | s# LF097071 | $ 10,700. |
| 1979 1hp Mdl670 70 ton Crawler Crane | s# 47346 | $ 150,000. |
| One case Wheel Loader Mdl 621D | s# JEE013875 | $ 125,000. |
| Takeuchi Mdl TL140 track Loader | s# 21402954 | $ 44,207. |
| Kabelco Hydraulic Excavator | s# YM03U1159 | $ 126,841. |

2.  The following items are added:

| | | |
|---|---|---|
| Two (2) Trailers  s# K080027647 / 0332525 | $3,000. each |
| Two (2) Trailers  s# SM121559/ ELD05646 | $3,000. each |

Countersignature of Authorized Agent:_____
                          Producer:    **ELLSWORTH CORPORATION**          Date  _3/24/06_     _LML_
                                   P O BOX 8210
                                   METAIRIE, LA 70011

ENDORSEMENT 037

Page 1



**Fireman's Fund**

POLICY NUMBER    MXI-97853973

Named Insured
**SHAVERS-WHITTLE CONSTRUCTION, INC.**                    Sequential Endorsement Number  **036**

### CHANGE ENDORSEMENT
**Effective 10/31/05, 12:01 A.M.,**
**Standard Time at the Address of the insured**

**This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force and effect.  Premium adjustments are shown.**

**PREMIUM SUMMARY:**                **ADDITIONAL PREMIUM DUE NOW:  $109. ( p/r $ 264.)**

---

The following  item is added and made a part of this policy:

    2006 Jag Travel Trailer s# EZTS32266S095389        $ 22,020.

Countersignature of Authorized Agent:_____
                          Producer:    **ELLSWORTH CORPORATION**          Date _3/24/06____   lml
                                       **P O BOX 8210**
                                       **METAIRIE, LA 70011**

        **ENDORSEMENT 036**

                                                                      Page 1



**Fireman's Fund**

POLICY NUMBER    MXI-97853973

Named Insured
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

Sequential Endorsement Number  035

### CHANGE ENDORSEMENT
Effective 1/25/06, 12:01 A.M.,
Standard Time at the Address of the insured

This is an Endorsement only. Other than changes shown, all other pre-existing coverage remains in full force and effect. Premium adjustments are shown.

PREMIUM SUMMARY:              ADDITIONAL PREMIUM DUE NOW: $ 616. ( p/r $ 3,517.)

---

The following  equipment is added and made a part of this policy:

1989 P& H Omega 50 Ton Rough Terrain Crane   s# 55652      $ 207,000.

Loss Payee:  B& G Crane Service, LLC. , 725 Central Ave., Jefferson, LA 70121

Paragraph 4.d, "the weight of a load exceeding the registered lifting capacity…. ", Under exclusions of The Contractor's Equipment form 135154 is deleted but, only as respects the above described item.

Countersignature of Authorized Agent:_____
                              Producer:    **ELLSWORTH CORPORATION**          Date  2/2/06      lml
                                           **P O BOX 8210**
                                           **METAIRIE, LA 70011**

          **ENDORSEMENT 035**

Page 1



**Fireman's Fund**

POLICY NUMBER    MXI-97853973

Named Insured
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

Sequential Endorsement Number  **034**

**CHANGE ENDORSEMENT**
**Effective 1/24/06, 12:01 A.M.,**
**Standard Time at the Address of the insured**

**This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force and effect.  Premium adjustments are shown.**

**PREMIUM SUMMARY:**          **ADDITIONAL PREMIUM DUE NOW: $ 195. ( p/r $ 1,098.)**

---

The following  equipment is added and made a part of this policy:

**Lee Tractor   Case 750K Dozer    s# CAL003214      $ 91,483.**

Countersignature of Authorized Agent:_____

Producer:    **ELLSWORTH CORPORATION**                     Date   2/2/06      LML
             **P O BOX 8210**
             **METAIRIE, LA 70011**

**ENDORSEMENT 034**

Page  1



**Fireman's Fund**

POLICY NUMBER   MXI-97853973

Named Insured
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

Sequential Endorsement Number  033

## CHANGE ENDORSEMENT
**Effective 1/16/06, 12:01 A.M.,**
**Standard Time at the Address of the insured**

This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force and effect.  Premium adjustments are shown.

PREMIUM SUMMARY:          **ADDITIONAL PREMIUM DUE NOW: $ 387. ( p/r $ 1,936.)**

The following  equipment is added and made a part of this policy:

Kobelco SK250LC       s# LL09U1139       $ 161,346.

Countersignature of Authorized Agent:_____
                        Producer:   **ELLSWORTH CORPORATION**            Date   2/2/06        lml
                                    **P O BOX 8210**
                                    **METAIRIE, LA 70011**

            **ENDORSEMENT 033**

                                                                Page  1



**Fireman's Fund**

POLICY NUMBER   MXI-97853973

Named Insured
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

Sequential Endorsement Number **032**

## CHANGE ENDORSEMENT
**Effective 1/3/06, 12:01 A.M.,**
**Standard Time at the Address of the insured**

This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force and effect.  Premium adjustments are shown.

**PREMIUM SUMMARY:**                    **ADDITIONAL PREMIUM DUE NOW:  $35. ( p/r $ 150.)**

The following  item is added and made a part of this policy:

6" Trash Pump Mutiquip     s# 62tdd-9753          $ 12,500.

Countersignature of Authorized Agent:_____
                        Producer:   **ELLSWORTH CORPORATION**              Date  _2/2/06_      LML.
                                  **P O BOX 8210**
                                  **METAIRIE, LA 70011**

            **ENDORSEMENT 032**

                                                                    Page 1



**Fireman's Fund**

POLICY NUMBER    MXI-97853973

Named Insured
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

Sequential Endorsement Number  031

## CHANGE ENDORSEMENT
**Effective 12/28/2005, 12:01 A.M.,**
**Standard Time at the Address of the insured**

This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force and effect.  Premium adjustments are shown.

PREMIUM SUMMARY:                ADDITIONAL PREMIUM DUE NOW: $ 964. P/R $ 3,825.

---

THE FOLLOWING ITEM IS ADDED AND MADE A PART OF THIS POLICY:

**AMERICAN MODEL 5300 70 TON CRAWLER CRANE W/160' BOOM, s/n 8309A03194**
**20' BUTTSECTION, s/n 0506072**
**20' TIP SECTION, s/n 0213075**
**40' EXTENSION, s/n 0213009**
**40' EXTENSION, s/n 0213123**
**40' EXTENSION, s/n 0213018**
**55 TON 3 SHEAVE HOOK BLOCK, s/n 0512179**
**HEADACHE BALL, s/n 051279**                $ 225,000.

Countersignature of Authorized Agent:_____
                    Producer:   **ELLSWORTH CORPORATION**          Date   01/23/2006  kw
                                **P O BOX 8210**
                                **METAIRIE, LA 70011**

ENDORSEMENT NO. 031

Page 1



**Fireman's Fund**

POLICY NUMBER   MXI-97853973

Named Insured
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

Sequential Endorsement Number  **030**

## CHANGE ENDORSEMENT
**Effective 12/23/2005, 12:01 A.M.,**
**Standard Time at the Address of the insured**

This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force and effect.  Premium adjustments are shown.

PREMIUM SUMMARY:              ADDITIONAL PREMIUM DUE NOW: $ 699. P/R $ 2,629.

---

THE FOLLOWING ITEMS ARE ADDED AND MADE A PART OF THIS POLICY:

ONE ICE VIBRATORY DRIVER/HAMMER MODEL 44-50, s/n V85847 COMPLETE INCLUDING:

ONE 50-TON ELASTOMERIC SUPPRESSOR

ONE 150' HYDRAULIC HOSE BUNDLE

ONE ICE UNIVERSAL CLAMP MODEL 140C, s/n C09160

ONE ICE HYDRAULIC POWER UNIT MODEL 575E, s/n P74499          $ 219,055.

LOSS PAYEE:         CITICAPITAL COMMERCIAL CORPORATION
                    P O BOX 168847
                    IRVING, TX 75016-8647

Countersignature of Authorized Agent:_____
                    Producer:   ELLSWORTH CORPORATION          Date  _01/23/2006  kw_
                                P O BOX 8210
                                METAIRIE, LA 70011

                    ENDORSEMENT NO. 030

Page 1



**Fireman's Fund**

POLICY NUMBER    MXI-97853973

Named Insured
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

Sequential Endorsement Number  **029**

## CHANGE ENDORSEMENT
**Effective 12/12/2005, 12:01 A.M.,
Standard Time at the Address of the insured**

This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force and effect.  Premium adjustments are shown.

PREMIUM SUMMARY:           ADDITIONAL PREMIUM DUE NOW: $ 55. P/R $ 186.

---

THE FOLLOWING ITEM IS ADDED AND MADE A PART OF THIS POLICY:

SPOTTER W/FRONT KNUCKLE ASSY, s/n 10101            $ 15,530.

Countersignature of Authorized Agent:_____

Producer:    **ELLSWORTH CORPORATION
P O BOX 8210
METAIRIE, LA 70011**

Date   01/23/2006  kw

ENDORSEMENT NO. 029

Page 1



**Fireman's Fund**

POLICY NUMBER     MXI-97853973

Named Insured
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

Sequential Endorsement Number  **028**

## CHANGE ENDORSEMENT
**Effective 12/10/2005, 12:01 A.M.,**
*Standard Time at the Address of the insured*

This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force and effect.  Premium adjustments are shown.

PREMIUM SUMMARY:                RETURN PREMIUM DUE NOW: $ 1,386. P/R $ 4,606.

---

**THE FOLLOWING ITEMS ARE DELETED OFF THIS POLICY:**

| | |
|---|---|
| **2002 KOBELCO EXCAVATOR, s/n LL08U0553** | $ 147,000. |
| **CASE 580 L BACKHOE, s/n JJG0305241** | $ 45,800. |
| **JOHN DEERE 450HLGP CRAWLER DOZER, s/n T045HX910774** | $ 71,000. |
| **KOBELCO SK160LC EXCAVATOR YM03-V0539** | $ 120,000. |

Countersignature of Authorized Agent:_____
               Producer:   **ELLSWORTH CORPORATION**          Date  _01/23/2006  kw_
                           **P O BOX 8210**
                           **METAIRIE, LA 70011**

       **ENDORSEMENT NO. 028**



**Fireman's Fund**

POLICY NUMBER     MXI-97853973

Named Insured                                          Sequential Endorsement Number  026
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

## CHANGE ENDORSEMENT
**Effective 11/22/2005, 12:01 A.M.,
Standard Time at the Address of the insured**

This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force and effect.  Premium adjustments are shown.

**PREMIUM SUMMARY:**              **ADDITIONAL PREMIUM DUE NOW:  $ 13. P/R $ 36.**

THE FOLLOWING ITEM IS ADDED AND MADE A PART OF THIS POLICY:

OFFICE CONTENTS IN OFFICE TRAILER, s/n SMI-21559          $ 3,000.

Countersignature of Authorized Agent:_____
                    Producer:    **ELLSWORTH CORPORATION**              Date  01/23/2006  kw
                                 **P O BOX 8210**
                                 **METAIRIE, LA 70011**

ENDORSEMENT NO. 026

Page  1



## Fireman's Fund

POLICY NUMBER     MXI-97853973

Named Insured
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

Sequential Endorsement Number  **025**

## CHANGE ENDORSEMENT
**Effective 11/08/2005, 12:01 A.M.,**
**Standard Time at the Address of the insured**

This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force and effect.  Premium adjustments are shown.

**PREMIUM SUMMARY:**            **ADDITIONAL PREMIUM DUE NOW:  -0-**

---

**THE FOLLOWING LOSS PAYEE IS ADDED WITH RESPECTS TO THE 2006 JOHN DEERE 450 J CRAWLER DOZER:**

**DEERE CREDIT, INC.**
**ATTN: JAMIE HANNAM**
**22408 NETWORK PLACE**
**CHICAGO, IL 60673-1224**

Countersignature of Authorized Agent:_____

Producer:   **ELLSWORTH CORPORATION**            Date _01/23/2006 kw_
              **P O BOX 8210**
              **METAIRIE, LA 70011**

**ENDORSEMENT NO. 025**                                              Page 1



**Fireman's Fund**

POLICY NUMBER   MXI-97853973

Named Insured                                    Sequential Endorsement Number  024
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

## CHANGE ENDORSEMENT
**Effective 11/01/2005, 12:01 A.M.,**
**Standard Time at the Address of the insured**

This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force and effect.  Premium adjustments are shown.

**PREMIUM SUMMARY:**                    **RETURN PREMIUM DUE NOW:  $ 416. P/R $ 1,020.**

---

THE FOLLOWING ITEM IS DELETED OFF THIS POLICY:

LEE TRACTOR, CASE 750K DOZER, s/n CAL003214                    $ 85,000.

Countersignature of Authorized Agent:_____
                    Producer:   **ELLSWORTH CORPORATION**          Date  _01/23/2006  kw_
                                **P O BOX 8210**
                                **METAIRIE, LA 70011**

            ENDORSEMENT NO. 024

Page 1



**Fireman's Fund**

POLICY NUMBER    MXI-97853973

Named Insured                                            Sequential Endorsement Number  023
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

## CHANGE ENDORSEMENT
Effective 11/01/2005, 12:01 A.M.,
Standard Time at the Address of the insured

This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force and effect.  Premium adjustments are shown.

PREMIUM SUMMARY:              ADDITIONAL PREMIUM DUE NOW:  $ 621. p/r $ 1,522.

---

THE FOLLOWING ITEM IS ADDED AND MADE A PART OF THIS POLICY:

KOBELCO SK160 EXCAVATOR, s/n 4M03-U1159                $ 126,841.

Countersignature of Authorized Agent:_____
                    Producer:   ELLSWORTH CORPORATION          Date  01/23/2006  kw
                                P O BOX 8210
                                METAIRIE, LA 70011

        ENDORSEMENT NO. 023

                                                                        Page 1



**Fireman's Fund**

POLICY NUMBER    MXI-97853973

Named Insured                                    Sequential Endorsement Number  022
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

## CHANGE ENDORSEMENT
**Effective 10/31/2005, 12:01 A.M.,**
**Standard Time at the Address of the insured**

This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force and effect.  Premium adjustments are shown.

PREMIUM SUMMARY:              ADDITIONAL PREMIUM DUE NOW: $ 130. P/R $ 316.

---

THE FOLLOWING ITEM IS ADDED AND MADE A PART OF THIS POLICY:

2006 SUNLINE TRAILER CAMPER, s/n 1LCS2SN226D285427              $ 26,310.

Countersignature of Authorized Agent:_____
              Producer:    ELLSWORTH CORPORATION           Date _01/23/2006_kw_____
                           P O BOX 8210
                           METAIRIE, LA 70011

ENDORSEMENT NO. 022

Page  1



**Fireman's Fund**

POLICY NUMBER    MXI-97853973

Named Insured                                          Sequential Endorsement Number  021
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

## CHANGE ENDORSEMENT
Effective 10/27/2005, 12:01 A.M.,
Standard Time at the Address of the insured

This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force
and effect.  Premium adjustments are shown.

PREMIUM SUMMARY:                  ADDITIONAL PREMIUM DUE NOW: $ 378. p/r $ 896.

---

**THE FOLLOWING ITEM IS ADDED AND MADE A PART OF THIS POLICY:**

450 J CRAWLER DOZER, s/n T0450TX118757                     $ 74,699.

Countersignature of Authorized Agent:_____
                          Producer:   ELLSWORTH CORPORATION          Date  01/23/2005  kw
                                      P O BOX 8210
                                      METAIRIE, LA 70011

ENDORSEMENT NO. 021

Page  1



**Fireman's Fund**

POLICY NUMBER     MXI-97853973

Named Insured                                    Sequential Endorsement Number  **020**
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

## CHANGE ENDORSEMENT
**Effective 10/19/2005, 12:01 A.M.,**
**Standard Time at the Address of the insured**

This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force
and effect.  Premium adjustments are shown.

**PREMIUM SUMMARY:**                 **ADDITIONAL PREMIUM DUE NOW: $ 453. P/R $ 1,020.**

THE FOLLOWING ITEM IS ADDED AND MADE A PART OF THIS POLICY:

**CASE 750K DOZER, s/n CAL003214**              **$ 85,000.**

Countersignature of Authorized Agent:_____
                    Producer:   **ELLSWORTH CORPORATION**                    Date _01/23/2006  kw_____
                                **P O BOX 8210**
                                **METAIRIE, LA 70011**

                    **ENDORSEMENT NO. 020**

                                                            Page 1



**Fireman's Fund**

POLICY NUMBER    MXI-97853973

Named Insured
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

Sequential Endorsement Number  **019**

## CHANGE ENDORSEMENT
Effective 10/06/2005, 12:01 A.M.,
Standard Time at the Address of the insured

This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force and effect.  Premium adjustments are shown.

PREMIUM SUMMARY:            ADDITIONAL PREMIUM DUE NOW: $ 151. p/r $ 316.

THE FOLLOWING ITEM IS ADDED AND MADE A PART OF THIS POLICY:

2006 SUNLINE TRAILER CAMPER, s/n 1LC2S2N246D285428              $ 26,310.

Countersignature of Authorized Agent:_____
                     Producer:    **ELLSWORTH CORPORATION**              Date  _01/23/2006  kw_____
                                  **P O BOX 8210**
                                  **METAIRIE, LA 70011**

ENDORSEMENT NO. 019

Page  1



**Fireman's Fund**

POLICY NUMBER   MXI-97853973

Named Insured
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

Sequential Endorsement Number **018**

## CHANGE ENDORSEMENT
**Effective 12/05/2005, 12:01 A.M.,**
**Standard Time at the Address of the insured**

This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force and effect.  Premium adjustments are shown.

PREMIUM SUMMARY:          ADDITIONAL PREMIUM DUE NOW:  $ 17. p/r $ 53.

---

THE FOLLOWING ITEM IS ADDED AND MADE A PART OF THIS POLICY:

BLADE TARKE ATTACHMENT FOR 750 DOZER, s/n R40482A&B          $ 4,430.

Countersignature of Authorized Agent:_____

Producer:   **ELLSWORTH CORPORATION**          Date _01/03/2005_kw_____
          P O BOX 8210
          METAIRIE, LA 70011

ENDORSEMENT NO. 018

Page  1



**Fireman's Fund**

POLICY NUMBER    MXI-97853973

Named Insured                                                    Sequential Endorsement Number **017**
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

## CHANGE ENDORSEMENT
Effective 11/10/05, 12:01 A.M.,
Standard Time at the Address of the insured

This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force
and effect.  Premium adjustments are shown.

PREMIUM SUMMARY:              ADDITIONAL PREMIUM DUE NOW: $ 17. ( p/r $ 43.)

The following  equipment is added and made a part of this policy:

Miller  Blue Star Welding         s# LF217822        $ 2,750.

Topcon RL-H3C Laser w/ sensor   s# 2L4393/2J1970    $ 865.

Countersignature of Authorized Agent:_____
                    Producer:    **ELLSWORTH CORPORATION**         Date   11/22/05   lml
                              **P O BOX 8210**
                              **METAIRIE, LA 70011**

              **ENDORSEMENT 017**

                                                                            Page  1



**Fireman's Fund**

POLICY NUMBER    MXI-97853973

Named Insured
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

Sequential Endorsement Number **016**

## CHANGE ENDORSEMENT
Effective 09/29/2005, 12:01 A.M.,
Standard Time at the Address of the insured

This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force
and effect.  Premium adjustments are shown.

PREMIUM SUMMARY:                ADDITIONAL PREMIUM DUE NOW: $ 265. P/R $ 530.

---

THE FOLLOWING ITEM IS ADDED AND MADE A PART OF THIS POLICY:

ONE NEW TAKEUCHI MODEL TL140 TRACK LOADER-81 H.P. ISUZU DIESEL ENGINE-TILT UP
R.O.P.S/F.O.P.S. CANOPY-TOP AND REAR WINDOWS-AUTOMATIC FUEL BLEEN SYSTEM-
ELECTRONIC ENGINE MONITORING SYSTEM WITH ENGINE SHUTDOWN-HYDRAULIC SELF
LEVELING LOADER- 2 SPEED TRAVEL-18" RUBBER TRACKS-BACK UP ALARM-HORN-
ADJUSTABLE PILOT OPERATED CONTROLS-LIGHTS-SIX WAY ADJUSTABLE SUSPENSION
SEAT-5852 LB TIPPING LOAD-9590LB OPERATING WEIGHT-ONE AND TWO WAY AUXILIARY
HYDRAULICS-UNIVERSAL QUICK ATTACH MOUNTING BRACKET-SWING OUT RADIATOR-
VANDAL PROTECTION-HYDROSTATIC DRIVE DIRECT COUPLED WITH PLANETARY FINAL
DRIVES, , s/n 21402954

78" SCRAP GRAPPLE BUCKET                $ 3,548.

TOTAL - $ 44,207.

Countersignature of Authorized Agent: _____
                     Producer:    **ELLSWORTH CORPORATION**        Date  10/19/2005  kw
                                   **P O BOX 8210**
                                   **METAIRIE, LA 70011**

ENDORSEMENT NO. 016

Page 1



**Fireman's Fund**

POLICY NUMBER    MXI-97853973

Named Insured
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

Sequential Endorsement Number  **015**

## CHANGE ENDORSEMENT
**Effective 09/28/2005, 12:01 A.M.,**
**Standard Time at the Address of the insured**

This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force and effect.  Premium adjustments are shown.

PREMIUM SUMMARY:                RETURN PREMIUM DUE NOW:  $ 1,363. P/R $ 2,720.

THE FOLLOWING ITEM IS DELETED OFF THIS POLICY :

1997 RT015-02 GALION FA150#2 CHERRY PICKER, s/n 10908                $ 160,000.

LOSS PAYEE:   B & G CRANE SERVICE, L.L.C.
              725 CENTRAL AVE.
              JEFFERSON, LA 70121

Countersignature of Authorized Agent:_____
                 Producer:    ELLSWORTH CORPORATION          Date   10/19/2005  kw
                              P O BOX 8210
                              METAIRIE, LA 70011

       ENDORSEMENT NO. 015

                                                                    Page 1



**Fireman's Fund**

POLICY NUMBER    MXI-97853973

Named Insured
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

Sequential Endorsement Number  014

## CHANGE ENDORSEMENT
**Effective 09/20/2005, 12:01 A.M.,
Standard Time at the Address of the insured**

This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force and effect.  Premium adjustments are shown.

PREMIUM SUMMARY:              ADDITIONAL PREMIUM DUE NOW: $ 2,360. P/R $ 4,512.

---

THE FOLOWING ITEMS ARE ADDED AND MADE A PART OF THIS POLICY:

ONE CASE WHEEL LOADER MODEL 612D, s/n JEE0138411 WITH
RF-GPL25 GRAPPLE                                  $ 127,000.

ONE CASE WHEEL LOADER MODEL 612D, s/n JEE0138756 WITH
RF-GPL25 GRAPPLE                                  $ 125,000.

ONE CASE WHEEL LOADER MODEL 612D, s/n JEE0138662 WITH
RF-GPL25 GRAPPLE                                  $ 124,000.

LOSS PAYEE:          **CITICAPITAL COMMERCIAL CORPORATION
                      P O BOX 168647
                      IRVING, TX 75016-8647**

Countersignature of Authorized Agent:_____
                    Producer:   **ELLSWORTH CORPORATION**        Date  10/19/2005  kw
                                 **P O BOX 8210**
                                 **METAIRIE, LA 70011**

ENDORSEMENT NO. 014

Page 1



**Fireman's Fund**

POLICY NUMBER    MXI-97853973

Named Insured
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

Sequential Endorsement Number **013**

## CHANGE ENDORSEMENT
**Effective 09/15/2005, 12:01 A.M.,**
**Standard Time at the Address of the insured**

This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force and effect.  Premium adjustments are shown.

PREMIUM SUMMARY:              ADDITIONAL PREMIUM DUE NOW: $ 825. P/R $ 1,536.

THE FOLLOWING ITEM IS ADDED AND MADE A PART OF THIS POLICY:

LEE TRACTOR, CASE 62i D WHEEL LOADER, s/n JEE0138545        $ 128,000.

Countersignature of Authorized Agent:_____
                    Producer:    **ELLSWORTH CORPORATION**          Date  10/19/2005  kw
                                 **P O BOX 8210**
                                 **METAIRIE, LA 70011**

          ENDORSEMENT NO. 013

                                                                Page  1



**Fireman's Fund**

POLICY NUMBER    MXI-97853973

Named Insured
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

Sequential Endorsement Number  **012**

**CHANGE ENDORSEMENT**
**Effective 08/31/2005, 12:01 A.M.,**
**Standard Time at the Address of the insured**

This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force and effect.  Premium adjustments are shown.

**PREMIUM SUMMARY:**           **ADDITIONAL PREMIUM DUE NOW: $ 21. P/R $ 36.**

---

**THE TOTAL LIMIT FOR MISCELLANEOUS UNSCHEDULED TOOLS IS INCREASED TO A NEW TOTAL OF $ 37,294.**

Countersignature of Authorized Agent: _____
                 Producer:    **ELLSWORTH CORPORATION**          Date   10/19/2005  kw
                              **P O BOX 8210**
                              **METAIRIE, LA 70011**

          ENDORSEMENT NO. 012

                                                                    Page 1



**Fireman's Fund**

POLICY NUMBER    MXI-97853973

Named Insured
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

Sequential Endorsement Number **011**

## CHANGE ENDORSEMENT
**Effective 08/26/2005, 12:01 A.M.,
Standard Time at the Address of the insured**

This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force and effect.  Premium adjustments are shown.

PREMIUM SUMMARY:             ADDITIONAL PREMIUM DUE NOW: $ 1,510. P/R $ 2,550.

---

THE FOLLOWING ITEM IS ADDED AND MADE A PART OF THIS POLICY:

1979 1PH MODEL 670 70 TON CRAWLER CRANE W/100' BOOM, s/n 47346        $ 150,000.

LOSS PAYEE:        B & G CRANE SERVICES, LLC.
                   725 CENTRAL AVENUE
                   JEFFERSON, LA 70121

Countersignature of Authorized Agent:_____
               Producer:    ELLSWORTH CORPORATION         Date  10/19/2005  kw
                            P O BOX 8210
                            METAIRIE, LA 70011

ENDORSEMENT NO. 011

Page 1



**Fireman's Fund**

POLICY NUMBER    MXI-97853973

Named Insured
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

Sequential Endorsement Number  **010**

## CHANGE ENDORSEMENT
**Effective 08/24/2005, 12:01 A.M.,**
**Standard Time at the Address of the insured**

This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force and effect.  Premium adjustments are shown.

PREMIUM SUMMARY:            ADDITIONAL PREMIUM DUE NOW: $ 916. p/r $ 1,535.

---

**THE FOLLOWING ITEM IS ADDED AND MADE A PART OF THIS POLICY:**

HYUNDAI  210LC-7 HYDRAULIC EXCAVATOR, s/n 13400         $ 127,900.

LOSS PAYEE:   THE CIT GROUP, EQUIPMENT FINANCING, INC.
              ITS SUCCESSORS AND ASSIGNS
              1540 W. FOUNTAINHEAD PARKWAY
              TEMPE, AZ 85285-7243

Countersignature of Authorized Agent:_____
                    Producer:   ELLSWORTH CORPORATION            Date   10/19/2005  kw
                                P O BOX 8210
                                METAIRIE, LA 70011

ENDORSEMENT NO. 010



**Fireman's Fund**

POLICY NUMBER    MXI-97853973

Named Insured                                                    Sequential Endorsement Number  009
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

## CHANGE ENDORSEMENT
**Effective 08/19/2005, 12:01 A.M.,**
**Standard Time at the Address of the insured**

This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force and effect.  Premium adjustments are shown.

PREMIUM SUMMARY:              ADDITIONAL PREMIUM DUE NOW: $ 1,662. P/R $ 2,720.

THE FOLLOWING ITEM AND LOSS PAYEE IS ADDED AND MADE A PART OF THIS POLICY:

1997 RT015-02 GALION FA150#2 CHERRY PICKER, s/n 10908           $ 160,000.

LOSS PAYEE:          B & G CRANE SERVICE, L.L.C.
                     725 CENTRAL AVE.
                     JEFFERSON, LA 70121

Countersignature of Authorized Agent:_____
                     Producer:    ELLSWORTH CORPORATION          Date  08/20/2005  kw
                                  P O BOX 8210
                                  METAIRIE, LA 70011

     ENDORSEMENT NO. 009

                                                                                    Page 1



**Fireman's Fund**

POLICY NUMBER    MXI-97853973

Named Insured
**SHAVERS-WHITTLE CONSTRUCTION, INC.**                    Sequential Endorsement Number  **008**

## CHANGE ENDORSEMENT
Effective 08/15/2005, 12:01 A.M.,
Standard Time at the Address of the insured

This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force and effect.  Premium adjustments are shown.

PREMIUM SUMMARY:                    ADDITIONAL PREMIUM DUE NOW: $ 560. P/R $ 900.

THE FOLLOWING ITEMS AND LOSS PAYEE IS ADDED AND MADE A PART OF THIS POLICY:

ONE VULCAN AIR HAMMER MODEL 06, s/n F16405 W/HEAD SHEAVE & AIR FITTING
ONE TIMBER CAP, s/n 1V334 W/STRIKER PLATE
ONE 25' TOP 8 X 20 SWINGING LEAD, s/n L20588H
ONE 20' MID 8 X 20 SWINGING LEAD, s/n L20663H
ONE 25' MID 8 X 20 SWINGING LEAD, s/n L20667H
ONE 20' MID 8 X 20 SWINGING LEAD, s/n L20554H
ONE 10' STABBER 8 X 20 SWINGING LEAD, s/n L20656H

TOTAL VALUE $ 75,000.

LOSS PAYEE:          THE CITICAPITAL COMMERICAL CORPORATION
                     ITS SUCCESSORS AND ASSIGNS

Countersignature of Authorized Agent:_____
                     Producer:    ELLSWORTH CORPORATION           Date  08/20/2005  kw
                                  P O BOX 8210
                                  METAIRIE, LA 70011

ENDORSEMENT NO. 008

Page 1



**Fireman's Fund**

POLICY NUMBER    MXI-97853973

Named Insured
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

Sequential Endorsement Number   **007**

## CHANGE ENDORSEMENT
**Effective 08/09/2005, 12:01 A.M.,
Standard Time at the Address of the insured**

This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force and effect.  Premium adjustments are shown.

PREMIUM SUMMARY:          ADDITIONAL PREMIUM DUE NOW: $ 46. P/R $ 72.

---

THE FOLLOWING ARE ADDED AND MADE A PART OF THIS POLICY:

OFFICE EQUIPMENT CONTAINED IN EACH OF THE FOLLOWING DESCRIBED TRAILERS;

   8 X 32 OFFICE TRAILER, s/n K080027647          $ 3,000.

   8 X 32 OFFICE TRAILER, s/n 0332525          $ 3,000.

Countersignature of Authorized Agent:
                    Producer:   **ELLSWORTH CORPORATION**          Date   08/20/2005  kw
                              **P O BOX 8210**
                              **METAIRIE, LA 70011**

        ENDORSEMENT NO. 007

                                                                        Page  1



**Fireman's Fund**

POLICY NUMBER    MXI-97853973

Named Insured                                          Sequential Endorsement Number  006
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

## CHANGE ENDORSEMENT
Effective 7/7/05, 12:01 A.M.,
Standard Time at the Address of the insured

This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force
and effect.  Premium adjustments are shown.

PREMIUM SUMMARY:              **ADDITIONAL PREMIUM DUE NOW:  $ 1,080. ( P/R $ 1,445.)**

The following item is added and made a part of this policy:

    1997 Gallion Crane w/ 60 foot boom mdl 150F  s# 10854    $ 85,000.

    Additional Insured/ Loss Payee:  Scott Equipment Company
                                     10176 Airline Hwy
                                     St. Rose, LA 70087

Countersignature of Authorized Agent:_____
                        Producer:    **ELLSWORTH CORPORATION**        Date  7/7/05
                                     **P O BOX 8210**
                                     **METAIRIE, LA 70011**

        **ENDORSEMENT 006**

                                                                            Page 1



**Fireman's Fund**

POLICY NUMBER    MXI-97853973

Named Insured
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

Sequential Endorsement Number  **005**

## CHANGE ENDORSEMENT
**Effective 4-20-05, 12:01 A.M.,**
**Standard Time at the Address of the insured**

This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force and effect.  Premium adjustments are shown.

**PREMIUM SUMMARY:**          **ADDITIONAL PREMIUM DUE NOW: $ 57. (P/R $ 60.)**

**THE FOLLOWING EQUIPMENT IS ADDED AND MADE A PART OF THIS POLICY:**

**LEICA PIPE LASER WITH 6700 BEAM ALIGNER, S# 6775-21485**          **$ 5,000.**

Countersignature of Authorized Agent:_____

          Producer:    **ELLSWORTH CORPORATION**          Date   5-14-05
                       **P O BOX 8210**
                       **METAIRIE, LA 70011**

          **ENDORSEMENT 005**

                                                                      Page 1



**Fireman's Fund**

POLICY NUMBER    MXI-97853973

Named Insured                                           Sequential Endorsement Number  004
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

**CHANGE ENDORSEMENT**
Effective 3/30/05, 12:01 A.M.,
Standard Time at the Address of the insured

This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force
and effect.  Premium adjustments are shown.

PREMIUM SUMMARY:                    RETURN PREMIUM DUE NOW: $ 2,435.

The following  equipment is deleted off this policy:

| | | |
|---|---|---|
| Sngl 10 – 10X 44 Long Office Trailer/ Contents | s# 76520372100 | $ 6,981. |
| Sngl 10 – 10X 44 Long Office Trailer/ Contents | s# K0129926867 | $ 14,071. |
| # 25 Power Unit Vibro Hammer | s# P35872 | $ 11,500. |
| Hyundi 140 LC –7 Hydraulic Excavator | s# 25286 | $ 112,000. |
| Forklift | | $ 58,400. |

Countersignature of Authorized Agent:_____
                        Producer:   **ELLSWORTH CORPORATION**          Date   4/19/05        LML
                                    **P O BOX 8210**
                                    **METAIRIE, LA 70011**

**ENDORSEMENT  004**

Page 1



**Fireman's Fund**

POLICY NUMBER    MXI-97853973

Named Insured                                          Sequential Endorsement Number  003
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

## CHANGE ENDORSEMENT
**Effective 3/30/05, 12:01 A.M.,**
**Standard Time at the Address of the insured**

**This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force and effect.  Premium adjustments are shown.**

**PREMIUM SUMMARY:**              **RETURN PREMIUM DUE NOW: $ 277.**

---

**The Contractor's Equipment Schedule currently on this policy is deleted in its entirety and replaced with new one attached.**

Countersignature of Authorized Agent:_____
                    Producer:   **ELLSWORTH CORPORATION**          Date  4/19/05    LML
                                **P O BOX 8210**
                                **METAIRIE, LA 70011**

                **ENDORSEMENT  003**

                                                                        Page 1

Policy Number:   **MXI-97853973**          Named Insured:   **SHAVERS-WHITTLE CONSTRUCTION, INC.**

## Contractor's Equipment Schedule

| Item No. | Description of Item | Serial Number | Limit of Insurance |
|---|---|---|---|
| 001 | Case 580L backhoe | JJG0305241 | $ 45,800. |
| 002 | Flashing Arrow Board | 16-0577-03118000 | $ 5,000. |
| 003 | Nikon DRM 310 Total Station | 842673 | $ 7,500. |
| 004 | 1997 PPRD 6X 10 X 16 Utility 12K Trailer | 1M9HC1629V005282 | $ 2,600. |
| 005 | 1 ½ Cy Gar-bo Concrete Bucket w/ side chute ( 440sc) | Mdl 440R-S #01176F | $ 3,000. |
| 006 | Haag Trammel Sokkia Total Station w/ accessories | 20907 | $ 6,000. |
| 007 | Komatsu PC35R-8E | 20619 | $ 39,813. |
| 008 | Nikon Total Station | 842364 | $ 10,000. |
| 009 | 1974 American 5299A-60 Ton Crawler Crane | GS- 17220 | $ 135,000. |
| 010 | Two (2) Fuel Tanks w/ pan & pump | | $ 3,210. |
| 011 | Case 850 Crawler Dozer | JJG0296559 | $ 88,000. |
| 012 | Mdl 11-23 Vibratory Hammer, w/ power unit S# P80226 | V70222 | $ 98,200. |
| 013 | 2002 Baker Utility Trailer 7X 20 | 4JBER202721000042 | $ 3,150. |
| 014 | Kobelco Excavator w/ 48" bucket | LL08U0553 | $ 147,000. |
| 015 | Kubota Tractor Mdl M800DT w/ Rotary Mower | 53804 | $ 26,700. |
| 016 | Kubota Tractor Mdl  M5700SD2F w/ accessories | 53388 | $ 32,700. |
| 017 | 2002 John Deere 450 HP LGP Dozer | 910774 | $ 71,000. |
| 018 | Lee Tractor 850 HWT Dozer | JJG0296621 | $ 87,700. |
| 019 | Miller Blue Star 6000 Welding Machine/ Generator | LC50224 | $ 2,700. |
| 020 | Miller Blue Star 6000 Welding Machine/ Generator | LC 500438 | $ 2,700. |
| 021 | Kobelco Excavator SK 160 LC | YM03V0539 | $ 120,000. |
| 022 | 1975 Link belt mdl LS 418A Crawler Crane | 4EV443 | $ 275,000. |
| 023 | 2004 Cargo Trailer #2 7X16X6 ½ ID 4D6EB16274C006213 | Xp7162 | $ 3,800. |
| 024 | Contents in Mobile office- Cold Storage Road & L&A Road | | $ 3,000. |

| 025 | Contents in Mobile office- Cold Storage Road & L&A Road | | $ 3,000. |
|---|---|---|---|
| 026 | Stabcat Sheetpile Threader | SC-046 | $ 5,000. |
| 027 | Case 850 Crawler Dozer | JJG02965590 | $ 88,000. |
| 028 | 2 Stihl Chainsaws w/ accessories | 252669517/261046837 | $ 4,525. |
| 029 | 1 ½ yd Concrete bucket make: Garbo mdl 442G | SHOP002761 | $ 3,800. |
| 030 | Sngl 10- 10 X 44 Long office Trailer/ Contents | 765820372100 | $ 6,981. |
| 031 | Sngl 10- 10 X 44 Long office Trailer/ Contents | K0129926867 | $ 14,071. |
| 032 | $ #25 Power Unit Vibro hammer | P35872 | $ 11,500. |
| 033 | Power Roller Screed w/ Accessories | RTF0704004 | $ 4,000. |
| 034 | Ice- Mdl 1-19 Pilen Driving Hammer Complete w/ 26" lead guides( kit) | 30501A | $ 43,500. |
| 035 | Mdl I-19 Hammer Leads 26X 32 top Lead Sect. | N701243 | $ 5,031. |
| 036 | Mdl I-19 Hammer Leads 26X 8 Lead Sect QTY –3 | N701244 | $ 4,731. |
| 037 | Mdl I-19 Hammer Leads 26X16 Lead Sect QTY –4 | N701241 | $ 11,320. |
| 038 | Hyundi 140LC-7 Hydraulic Excavator | | $ 112,000. |
| 039 | Forklift | 25286 | $ 58,400. |
| 040 | Sokkia total Station SET 5F | D22881 | $ 9,000. |
| 041 | Arc Miller Welder 300 Amp, Mdl BB304D | LF097081 | $ 10,700. |
| 042 | Miscellaneous, Unscheduled tools and Equipment subject to a maximum limit of $ 2,500. any 1 item | | $ 34,274. |



**Fireman's Fund**

POLICY NUMBER    MXI-97853973

Named Insured
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

Sequential Endorsement Number  **002**

## CHANGE ENDORSEMENT
**Effective 4-6-05, 12:01 A.M.,**
**Standard Time at the Address of the insured**

This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force and effect.  Premium adjustments are shown.

PREMIUM SUMMARY:            **ADDITIONAL PREMIUM DUE NOW: $ 98. (p/r $ 100.)**

THE FOLLOWING EQUIPMENT IS ADDED:

2004 CERDA, MODEL C4M82OKE, TRENCH SHIELD,
SERIAL # C040465        RMS# 472554                        $ 8,300.

Countersignature of Authorized Agent:_____
                    Producer:   **ELLSWORTH CORPORATION**         Date  _4-11-05_____
                            **P O BOX 8210**
                            **METAIRIE, LA 70011**

**ENDORSEMENT 002**

Page 1

# Policy Changes - IL 12 01 11 85

**This Endorsement Changes the Policy.  Please Read it Carefully.**

Policy Change Number :    001

| Policy Number | Policy Changes Effective | Company |
|---|---|---|
| MXI-97853973 | 3-30-05 | Fireman's Fund Insurance Company |

| Named Insured | Authorized Representative |
|---|---|
| SHAVERS-WHITTLE CONSTRUCTION, INC. | |

**Coverage Parts Affected**

FORM 135154 01 83, CONTRACTOR'S EQUIPMENT COVERAGE

**Changes**

SECTION 2.B. UNDER PROPERTY EXCLUDED, IS DELETED.  THE LIMIT OF LIABILITY UNDER THIS EXTENSION OF COVERAGE IS $ 250,000.  THE DEDUCTIBLE AMOUNT FOR EQUIPMENT WHILE WATERBORNE SHALL BE $ 5,000. EXCEPT FOR CRANES THE DEDUCTIBLE AMOUNT SHALL BE 10 % OF THE VALUE OF THE CRANE SUBJECT TO A MINIMUM DEDUCTIBLE OF $ 5,000.

SECTION 4.D., UNDER PERILS EXCLUDED, IS DELETED IN ITS ENTIRETY.

Authorized Representative Signature

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the Fireman's Fund Insurance Companies as named in the policy

Secretary

President

IL1201 11-85
Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

Policy Number:   MXI-97853973          Named Insured:   SHAVERS-WHITTLE CONSTRUCTION, INC.

# MINIMUM EARNED PREMIUM ENDORSEMENT

THE MINIMUM EARNED PREMIUM AS RESPECTS EACH RENTED AND LEASED CRANE, INCLUDING CHERRY PICKER, SHALL BE $ 250., REGARDLESS OF RENTAL TERM.

Policy Number:    MXI-97853973          Named Insured:    SHAVERS-WHITTLE CONSTRUCTION, INC.

## CRANE EXCLUSION ENDORSEMENT

The following is added to Section 2, Property Excluded, on Contractors' Equipment Form,1351540183:

2-e.  Cranes, either owned by the Insured or Leased or Rented by the Insured from others, unless prior written approval is granted by the Company and such crane is specifically added to the schedule of equipment at a rate and deductible to be determined by the Company.  Coverage for cranes is specifically excluded under the Contractors Equipment Property Leased or Rented from other Endorsement form 1405770183 and from Contractors Equipment Form 1351540183 under Section 9., Extensions of Coverage, Item A, Additionally Purchased Property.

Policy Number:   MXI-97853973         Named Insured:   SHAVERS-WHITTLE CONSTRUCTION, INC.

## THEFT ENDORSEMENT

THE FOLLOWING IS ADDED TO PERILS EXCLUDED ON CONTRACTORS EQUIPMENT FORM 1351540183, WITH RESPECT TO:

  __X__  MISCELLANEOUS TOOLS              __X__  EMPLOYEE'S TOOLS

4. PERILS EXCLUDED

    g.  THEFT, WHILE THE TOOLS & EQUIPMENT ARE NOT IN USE, UNLESS AT THE TIME OF THEFT:

        (1)  THE PROPERTY WAS IN A LOCKED BOX, A LOCKED BUILDING OR ROOM, AND

        (2)  THERE ARE VISIBLE SIGNS THAT THE THEFT WAS A RESULT OF FORCED ENTRY.

    h.  THEFTS FROM ANY UNATTENDED VEHICLE UNLESS AT THE TIME OF THEFT ITS WINDOWS, DOORS AND COMPARTMENTS WERE CLOSED AND LOCKED AND THERE ARE VISIBLE SIGNS THAT THE THEFT WAS THE RESULT OF FORCED ENTRY.

        BUT THIS EXCLUSION DOES NOT APPLY TO PROPERTY ENTRUSTED TO OTHERS WHO ARE CARRIERS FOR HIRE.

Policy Number:    MXI-97853973          Named Insured:    SHAVERS-WHITTLE CONSTRUCTION, INC.

# DEDUCTIBLE CLAUSE

On form 135154 DEC 01 83, Contractors Equipment Declarations and on form 140577 01 83, Contractors Equipment Property Leased or Rented from Other Endorsement shall read as follows:

Deductible:   A.    $ 1,000., except:

B.    $ 500. on miscellaneous, unscheduled equipment

C.    On cranes while the boom is in operation or being prepared for operation the deductible is the greatest of:

1.    10% of the limit of insurance for that item;
2.    $5,000.; or
3.    the Deductible shown in A.

# Contractor's Equipment Declarations – 135154 DEC 01-83
Commercial Inland Marine

| Insured | SHAVERS-WHITTLE CONSTRUCTION, INC. | Policy Number | MXI-97853973 |
|---------|-----------------------|---------------|--------------|
| Producer | ELLSWORTH CORPORATION | Effective Date | 03/30/2005 |

These Declarations are issued with and are part of coverage form 135154

## Declarations

Insurance is provided only for those coverages for which an "⊠" is entered in the applicable box and when limits of liability or amounts are stated in the place provided in these declarations.

⊠ Broad Form   ☐ Specified Perils Form   Coinsurance 100%   Deductible $SEE DEDUCTIBLE CLAUSE   Employees Tools Deductible $250.

Aggregate Limit Of Liability $1,672,980.

The amount of any loss of or to any item insured shall be determined as set forth in condition 6. valuation and shall be on an actual cash value basis unless replacement cost is shown below.

| Item | Description | Replacement Cost Applies | Limit Of Liability |
|------|-------------|--------------------------|--------------------|
| | PER SCHEDULE ATTACHED | NO | $ 1,672,980. |

### LOSS PAYEES

| Item | Loss payee name and address for designated items above |
|------|--------------------------------------------------------|

**This Form must be attached to Change Endorsement when issued after the policy is written.**
One of the Fireman's Fund Insurance Companies as named in the policy

_____
Secretary

_____
President

135154DEC 01-83

# Contractors' Equipment Property Leased or Rented from Other Endorsement 140577 01 83

Policy Amendment Commercial Inland Marine

| | | | |
|---|---|---|---|
| Insured | SHAVERS-WHITTLE CONSTRUCTION, INC. | Policy Number | MXI-97853973 |
| Producer | ELLSWORTH CORPORATION | Effective Date | 03/30/2005 |

## Schedule

| | | | | |
|---|---|---|---|---|
| | | | | Premium Base |
| Limit of Liability $250,000. | Per Item | Rate $2.50 | Per $100 of | ☒ Expenditures ☐ Values |
| | | Deposit Premium | $1,250. | |
| $500,000. | Per Occurrence | Minimum Premium | $1,250. | |
| Deductible | $See Deductible Clause | ☒ Reports | Date Report Due | ANNUAL |
| | | Flat Charge | $ | |

(If no entry appears above, information required to complete this Endorsement will be shown in the Declarations as applicable to this Endorsement.)

In consideration of the deposit premium shown in the Declarations, the Contractors' Equipment Form attached to this policy is extended to cover Contractors' Equipment leased or rented from others as specified below:

1. **Limit of Liability**

   The Company's liability under this endorsement shall not exceed the Limits of Liability shown in the Declarations as applicable to the Endorsement.

2. **Deductible**

   All claims for Loss arising out of one occurrence shall be adjusted as one claim and the amount specified in the Declarations as applicable to the Endorsement shall be deducted.

3. **Reports** (If indicated above)

   The Insured agrees to keep an accurate record of the expenditures for leasing or renting equipment during the term of the Policy and to report to this

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

President

140577 1-83R

Page 1 of 2

Company, or its authorized agent, on or before the thirtieth (30th) day subsequent to the anniversary or termination date of this policy the full amount thereof during the preceding twelve months, or such time as is within the policy period.

The insured agrees that any authorized representative of the Company shall be permitted to examine the Insured's books, records and such policies of insurance as relate to the Insured's business at all reasonable times during the life of this policy and for twelve (12) months after expiration or termination of this policy. Such examination(s) shall not waive nor in any manner affect any of the terms, conditions or limitations of the policy. The furnishing of any statement of expenditures by the Insured or payment of premium and its acceptance by this Company, shall not constitute a waiver of this Company's rights to such examinations or rights to any additional premium which may have been earned.

4.  **Premium**

Deposit premium specified in the Declarations as applicable to this Endorsement is included in the premium stated in the General Declarations of this policy and is due and payable as of the inception date of this policy.

Earned premium shall be computed at the rate specified applied against the premium base shown in the Declarations. Earned premium thus determined shall be applied against the deposit premium. In the event such earned premium is in excess of the deposit premium, an additional premium equal to the difference shall be due and payable to the Company as of the date of such report. In the event that earned premium is less than the deposit premium but more than the minimum premium, a return premium equal to the difference shall be returned to the Insured by the Company.

5.  **Minimum Premium**

The total annual earned premium for this Endorsement shall in no event be less than the minimum premium shown in the Declarations.

6.  **Cessation of Expenditures for Leasing or Rental of Contractors' Equipment**

If, for any reason, expenditures for the lease or rental of equipment shall cease, but such equipment remains the responsibility of the Insured, the Insured shall continue to report such expenditures as would have been incurred, had there been no such cessation.

7.  **Privilege to Adjust with Owner**

In the event of Loss to property of others held by the Insured for which claim is made upon the Company, the right to adjust such Loss with the owner or owners of the property is reserved to the Company and the receipt of such owner or owners in satisfaction thereof shall be in full satisfaction of any claim of the Insured for which such payment has been made. If legal proceedings be taken to enforce a claim against the Insured, as respects any such loss or damage, the Company reserves the right, at its option without expense to the Insured, to conduct and control the defense on behalf of and in the name of the Insured. No action of the Company in such regard shall increase the liability of the Company under this policy, nor increase the limits of liability specified in the policy.

8.  **Cancellation**

In the event this policy is cancelled by the insured or by the Company, the Insured agrees to furnish the Company with an accurate statement showing the total amount of all incurred expenses covered by this endorsement, between the date of attachment and up to and including the date of cancellation, and further agrees to pay a premium on this amount at the rate stated in this endorsement.

9.  **Paragraph 8**

**Coinsurance** in the Contractors' Equipment Form attached to this
policy does not apply as respects this coverage.

10. **Premium Base**

Wherever the word expenditures is used in this form, it is amended to read values when the Values option is shown in the Declarations.

140577 1-83R

# Contractor's Equipment Form - 135154 01 83

Commercial Inland Marine Coverage Form

1. **Property Insured**

    This policy insures Contractors' Equipment and machinery, including spare and repair parts and accessories as specified in the Declarations the property of the Insured or the property of others held by the Insured and for which the Insured is liable.

2. **Property Excluded**

    This policy does not insure:

    a.  any property while leased, loaned or rented to others, or while in the possession of others under an agreement of sale;

    b.  property while waterborne (except during ferry operations);

    c.  aircraft; watercraft (including motors, equipment and accessories); automobiles, motor trucks, trailers, semi-trailers, motorcycles, motor scooters, or any other vehicles designed primarily for highway use;

    d.  plans, blueprints, specifications, designs, records or any similar property.

3. **Perils Insured**

    (Broad Form or Specified Perils Form, as specified in the Declarations)

    a.  **Broad Form**

        This policy insures against all risks of direct physical loss of or damage to the insured property from any external cause, except as otherwise provided.

    b.  **Specified Perils Form**

This policy insures against Loss caused by:

(1) Fire, lightning, smoke;

(2) Explosion, excepting Loss to steam boilers, of the insured property caused by or resulting from explosion, rupture, or bursting of such boilers;

(3) Aircraft or objects falling therefrom;

(4) Cyclone, tornado, windstorm, hail;

(5) Strike, riot and civil commotion;

(6) Vandalism or malicious mischief;

(7) Collision, derailment, upset or overturning of land conveyances on which the insured property is being transported.

(8) Theft.

4. **Perils Excluded**

    This supplement policy does not insure against loss caused by or resulting from:

    under **Broad Form** or **Specified Perils Form**,

    a.  wear and tear, inherent vice, gradual deterioration, latent defects, insects, vermin, dampness or dryness of atmosphere, rust, corrosion, freezing, or other extremes of temperature, mechanical or electrical breakdown or failure, unless Loss by a peril not otherwise excluded ensues and then the Company shall be liable only for such ensuing Loss;

    b.  delay, loss of market, loss of use, or interruption of business;

*This Form must be attached to Change Endorsement when issued after the policy is written.*
*One of the **Fireman's Fund Insurance Companies** as named in the policy*

President

135154 1-83R

c. infidelity, dishonesty, or any other criminal act of the Insured or any person or persons in the employ of the Insured whether or not such act or acts occurred during the regular hours of employment or service, or others to whom the insured property may be entrusted (carriers for hire excepted);

d. the weight of a load exceeding the applicable load rating of the equipment according to the load rating chart published by the manufacturer of the equipment;

e. Unexplained loss, mysterious disappearance, or shortage disclosed upon taking inventory;

f. flood, meaning a general and temporary condition of partial or complete inundation of normally dry land areas from: (1) the overflow of inland or tidal waters; (2) the rapid accumulation of runoff of surface waters from any source; or, (3) mudslides which are caused or precipitated by accumulation of water on or under the ground, unless fire or explosion ensues, and then only for the Loss caused by, or resulting from, such fire or explosion, provided the perils of fire or explosion are not excluded elsewhere in this policy. This exclusion shall not apply to insured property in due course of transit.

5. **Limit of Liability**

The Company's limit of liability for any one Loss shall not exceed:

a. as respects each item in the schedule in the declarations of this policy the Limit of Liability specified in that schedule applicable to that item;

b. in the aggregate for all schedule items, the Limit of Liability specified in the Declarations.

6. **Valuation**

The following provisions shall apply to each item insured as specified in the Declarations;

a. Actual Cash Value

The Company shall not be liable beyond the actual cash value of the property insured at the time any Loss occurs. The Loss shall be ascertained or estimated according to such actual cash value with proper deduction for depreciation, however caused, and shall in no event exceed what it would then cost to repair or replace the same with material of like kind and

quality at the place of and immediately preceding the time of such Loss.

b. Replacement Cost

The Company shall not be liable beyond the retail replacement cost of the property insured at the time any Loss occurs. The Loss shall be ascertained or estimated on the basis of the retail replacement cost of the insured property or property similar in function to that insured, at the place of and immediately preceding the time of such Loss.

7. **Deductible**

All claims for Loss arising out of one occurrence shall be adjusted as one claim and the amount specified in the Declarations shall be deducted.

8. **Coinsurance**

Except as otherwise provided, only one of the following provisions shall apply depending upon the **Valuation** basis specified above:

a. Actual Cash Value

The Company shall be liable in the event of Loss for no greater proportion thereof than the amount hereby insured bears to an amount equal to the percentage specified in the Declarations applied to the actual cash value of the property insured hereunder at the time such Loss shall happen. If this policy insures two or more items, this condition shall apply to each item separately.

b. Replacement Cost

The Company shall be liable in the event of Loss for no greater proportion thereof than the amount hereby insured bears to an amount equal to the percentage specified in the Declarations applied to the actual retail replacement cost of the property insured hereunder at the time such Loss shall happen. If this policy insures two or more items, this condition shall apply to each item separately.

135154 1-83R

9. **Extensions of Coverage**

  a.   Additionally Purchased Property

    This policy is extended to cover equipment which has been purchased after the effective date and during the term of this policy provided: 1. the Insured shall report such purchases to the Company within forty-five (45) days from the date of purchase; and, 2. the Insured shall pay premium on such purchases from the date purchases computed pro-rata based on the current policy rate.

    It is agreed that this policy shall cease to cover any such additional item(s) not reported to the Company within the forty-five (45) day period.

    The Company shall not be liable under the provisions of this clause for more than the replacement cost value of such property if this coverage is written solely on a replacement cost basis, or for the actual cash value of such property if coverage is written on an actual cash value basis or on a combination of actual cash value and replacement cost.

    In no event will the Company pay for more than 25% of the Limit of Liability specified in the Declarations or $250,000, whichever is the lesser. The Coinsurance clause does not apply to this extension of coverage.

  b.   Debris Removal

    In the event of Loss insured by this policy, coverage shall extend to include expenses incurred in the removal of debris of the damaged property insured hereunder. The liability of the Company as respects such expenses shall not exceed the difference between the amount of Loss otherwise covered by this policy, and the applicable Limit of Liability, plus the lesser of (1) 10% of the applicable Limit of Liability of the items involved, or (2) $100,000.

    In no event shall this policy cover against expenses occasioned by the enforcement of any state or municipal law or ordinance unless such liability is specifically assumed elsewhere in this policy.

  c.   Partial Loss, Waiver of Depreciation

    If, under the Valuation Basis specified above,

Actual Cash Value is stipulated, no deduction for depreciation shall be taken on the adjustment of any partial Loss that does not exceed 20% of the actual cash value of the scheduled item involved. If two or more items are involved in the same occurrence, this condition shall apply to each item separately.

  d.   Employee's Tools

    This policy is extended to cover tools and work clothing of employees for which the Insured may be liable while such tools and work clothing are located at job sites or while in transit to or from job sites in vehicles of the Insured. The Company shall not be liable for more than $5,000 in any one Loss, involving property of a number of employees, nor for more than $500 with respect to property of any one employee. Each such Loss shall be adjusted separately and from the amount of each such adjusted Loss the deductible amount specified in the Declarations shall be deducted. The Coinsurance clause does not apply to this extension of coverage.

  e.   Expendable Supplies

    This policy is extended to cover fuel, oil, grease and similar expendable supplies usual to the Insured's operations. The Company shall not be liable for more than $1,000 in any one Loss, unless such items are specifically covered in the schedule attached to this policy. The Coinsurance clause does not apply to this Extension of coverage.

10. **Recovery - Salvage**

    In the event of any recovery and/or salvage resulting from a Loss covered hereunder, such recovery and/or salvage shall be paid first to the Company up to the full amount of the covered Loss, and thereafter to the Insured.

11. **Reinstatement of Loss Amount**

    The amount of insurance and the applicable Limit of Liability shall not be reduced by the payment of any claim. In the event of payment of claim for total Loss of an item or items specifically scheduled hereon, the unearned premium will be refunded to the Insured or applied to the premium due on item(s) replacing those on which the claim was paid.

12. **Assignment**

    Assignment of interest under this policy shall not

135154 1-83R

bind the Company until its consent is endorsed hereon. If, however, the Insured shall die, or shall be adjudged bankrupt or insolvent and written notice is given to the Company within sixty (60) days after the date of such death or adjudication, this policy shall cover the Insured's legal representatives as insured; provided that notice of cancellation addressed to the Insured named in this policy and mailed to the address shown in this policy shall be sufficient notice

to effect cancellation of this policy.

13. **Definition of Loss**

Wherever the term Loss shall appear in this policy it shall include damage caused by or resulting from physical loss, disaster or casualty to insured property from any external cause.

135154 1-83R