Policy Number:   MXI-97853973        Named Insured:   SHAVERS-WHITTLE CONSTRUCTION, INC.

# CONTRACTOR'S EQUIPMENT SCHEDULE

| Item No. | Description of Item | Serial Number | Limit of Insurance |
|---|---|---|---|
| 001 | 8 X 20 Storage Container | | $ 1,000. |
| 002 | Case 580L Backhoe | JJG0305241 | $ 45,800. |
| 003 | Flashing Arrow Board | 16-0577-031-8000 | $ 5,000. |
| 004 | Nikon DRM 310 Total Station | 842673 | $ 7,500. |
| 005 | Nikon AP7 Auto Level | 333176 | $ 700. |
| 006 | CTI Forks, Model 60S | 231-0709 | $ 1,278. |
| 007 | Rammer Compactor | 149878 | $ 1,100. |
| 008 | Concrete Vibrator | 5212925 | $ 1,000. |
| 009 | Concrete Vibrator | 5212929 | $ 1,000. |
| 010 | Multi Quip Welding Machine | 5361825 | $ 2,200. |
| 011 | 1997 PPRD 6 x 10 x 16 Utility 12K Trailer | IM9HC1629VP0005282 | $ 2,600. |
| 012 | Prime Industrial Vibratory Compactor 19.5 x 23 | 5107827 | $ 1,850. |
| 013 | 1 ½ Cy Gar-bo Concrete Bucket w/side chute (440sc) Model 440R | 01176F | $ 3,000. |
| 014 | Stihl Chain Saw 24" w/accessories | 149456151 | $ 725. |
| 015 | Honda WP 3-X Centrisugar Pump | WZBF-I164176 | $ 600. |
| 016 | 8 x 20 Storage Trailer | | $ 1,500. |
| 017 | Haag Trammel Sokkia Total Station w/accessories | 20907 | $ 6,000. |
| 018 | Haag Trammel HP48x Data Collector w/cards | | $ 2,500. |
| 019 | Haag Trammel Sokkia B21 Auto Level w/accessories | 302217 | $ 1,100. |
| 020 | Komatsu PC35R-8E | 20619 | $ 39,813. |
| 021 | Marksman RL-60B Laser Level | TE1567 | $ 1,500. |
| 022 | Nikon Total Station | 842364 | $ 10,000. |
| 023 | Haag Trammel C320 Sokkia Auto Level | 325422 | $ 500. |
| 024 | Wacker PDT3A 3" Gas Pump w/20" PVC Suction & 50" Discharge Hose | 5285185 | $ 1,500. |

| 025 | Wacker Pump with 20' Suction Hose, 150' Discharge Hose | 5230143 | $ 700. |
|---|---|---|---|
| 026 | Toyo DL2-A 110V Sub Pump | 6124882 | $ 2,500. |
| 027 | 1974 American 5299A-60 Ton Crawler Crane | GS-17220 | $ 135,000. |
| 028 | 20" Steel Storage Container | 290127-0 | $ 1,550. |
| 029 | Topcon Laser RLH3C w/case, tripod and aluminum rod | SNWY1953/SNXT0255 | $ 950. |
| 030 | Two (2) Fuel Tanks w/ pan & pump | | $ 3,210. |
| 031 | Case 850 Crawler Dozer | JJG0296559 | $ 88,000. |
| 032 | Model 11-23 Vibratory hammer, w/ power unit S# P80226 | V70222 | $ 98,200. |
| 033 | 2002 Baker Utility Trailer, 7 x 20 | 4JBER202721000042 | $ 3,150. |
| 034 | Kobelco Excavator w/ 48" Bucket | LL08U0553 | $ 147,000. |
| 035 | Kubota Tractor, Mdl # M8200DT, w/ 7' rotary mower | 53804 | $ 26,700. |
| 036 | Laser Topcon RL-83C | YS4379 | $ 895. |
| 037 | Kubota Tractor, Mdl M5700SD2F w. accessories | 53388 | $ 32,700. |
| 038 | 2002 John Deere 450 HP LGP Dozer | 910774 | $ 71,000. |
| 039 | Lee Tractor, 850 HWT LGP Dozer | JJG0296621 | $ 87,700. |
| 040 | Miller Blue Star 6000 Welding Machine/Generator | LC 50224 | $ 2,700. |
| 041 | Miller Blue Star 6000 Welding Machine/Generator | LC 500438 | $ 2,700. |
| 042 | Kobelco Excavator SK160 LC | YM03V0539 | $ 120,000. |
| 043 | 1975 Linkbelt Model LS 418A Crawler Crane | 4EV443 | $ 275,000. |
| 044 | 2004 Cargo Trailer #2, 7x16x6 ½  ID 4D6EB16274C006213 | XP7162 | $ 3,800. |
| 045 | Contents in Mobile Office – Cold Storage Rd. & L&A Rd. | | $ 3,000. |
| 046 | Contents in Mobile Office – Cold Storage Rd & L&A Rd. | | $ 3,000. |
| 047 | Stabcat Sheetpile Threader | SC-046 | $ 5,000. |
| 048 | Case 850 Crawler Dozer | JJG02965590 | $ 88,000. |
| 049 | 2 Stihl Chainsaws w/accessories | 252669517/261046837 | $ 4,525. |
| 050 | Cargo Trailer #1 | 4D6EB162110002416 | $ 1,500. |
| 051 | CST Trailer mark Single Beam | 1300133 | $ 1,500. |
| 052 | 8' x 20' Con X Office Trailer w/Contents | | $ 1,000. |
| 053 | 1 ½ yd. Concrete bucket make: Garbro Model: 442G | SHOP002761 | $ 3,800. |

| 054 | Sngl 10 – 10 x 44 long Office Trailer/contents | 765820372100 | $ 6,981. |
|-----|------------------------------------------------|--------------|----------|
| 055 | Sngl 10 – 10 x 44 long Office Trailer/contents | K0129926867 | $ 14,071. |
| 056 | Model TE2-80HA TSURUM13" pump w/hose assembly | 516495 | $ 500. |
| 057 | # 25 Power Unit Vibro Hammer | P35872 | $ 11,500. |
| 058 | Power Roller Screed w/Accessories | RTF0704004 | $ 4,000. |
| 059 | Modem 010-0123 Speeder Spreader Stock # MI0383 | 8728 | $ 620. |
| 060 | Ice – Model I-19 Pilen Driving Hammer complete w/26" lead guides (kit) | 30501A | $ 43,500. |
| 061 | Hosse HT 16022 Disc Harrow Stock # MH1436 | $ 210031399 | $ 1,290. |
| 062 | Model I-19 Hammer Leads – 26" x 32' top lead sect. | N701243 | $ 5,031. |
| 063 | Model I-19 Hammer Leads – 26" x 4' stab lead sect. | N701298 | $ 1,216. |
| 064 | Model I-19 Hammer Leads – 26" x 8' lead sect. QTY – 3 | N701244 | $ 4,731. |
| 065 | Model I-19 Hammer Leads – 26" x 16' lead sect. QTY – 4 | N701241 | $ 11,320. |
| 066 | Hyundi 140LC-7 Hydraulic Excavator | | $ 112,000. |
| 067 | Forklift | 25286 | $ 58,400. |
| 068 | Sokkia Total Station SET5F | D22881 | $ 9,000. |
| 069 | Miscellaneous, unscheduled equipment subject to a maximum of $2,500 any one item | | $ 34,274. |

## IMPORTANT NOTICE REGARDING TERRORISM COVERAGE – 386360  01 03

| | | | |
|---|---|---|---|
| Insured | SHAVERS-WHITTLE CONSTRUCTION, INC. | Policy Number | MXI-97853973 |
| Producer | ELLSWORTH CORPORATION | Effective Date | 03/30/2005 |

You are hereby notified that under the Terrorism Risk Insurance Act of 2002 (The Act), you have a right to purchase insurance coverage for losses arising out of acts of terrorism, as defined in Section 102(1) of The Act: The term "act of terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States - to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property; or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of an air carrier or vessel or the premises of a United States mission; and to have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

You should know that the insurance coverage you have the right to purchase for losses caused by acts of terrorism, as defined in The Act, is partially reimbursed by the United States under a formula established by The Act. Under this formula, the United States pays 90% of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The premium charged for this coverage does not include any charges for the portion of the loss covered by the Federal government under The Act.

Our records indicate that you previously rejected coverage for losses arising out of acts of terrorism, as defined by The Act, when we provided you a quote for insurance. Accordingly, your policy does not currently provide this coverage. However, The Act requires that we again make an offer at this time. If you wish to change your decision and purchase terrorism coverage, you must contact your agent or broker representing the Fireman's Fund Insurance Companies and request coverage so we can provide you with a new quote. If you do not do so, it will be presumed that you have rejected this offer of terrorism coverage.

Please note that any coverage mandated by applicable Standard Fire Policy laws or Workers Compensation laws in your state will not be affected by your rejection of terrorism coverage.

This offer of coverage for losses due to terrorist acts, as defined by The Act, if accepted, will be subject to the limit(s), terms and conditions of any policy or endorsement subsequently issued.

If you have any questions about this or any other insurance matter, please contact your agent or broker representing the Fireman's Fund Insurance Companies.

One of the Fireman's Fund Insurance Companies as named in the declaration page of your policy.

386360 01 03

**Certified Acts of Terrorism Exclusion – 145913 01 03**
Policy Amendment(s) Commercial Property Coverage

This endorsement modifies insurance provided under the following:

Commercial Crime Coverage Part(s)
Commercial Inland Marine Coverage Part(s)
Commercial Property Coverage Part(s)
Farm Coverage Part(s)
Standard Property Policy
American Business Coverage Policy – Section I

I.   **Certified Acts of Terrorism Exclusion**

We will not pay for loss, damage, or any liability caused directly or indirectly by a "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

II.   **Coverage for Certain Fire Losses**

A.   If the location of your Covered Property or Property Insured is within a jurisdiction that has a Standard Fire Policy law that does not exempt Commercial Inland Marine, item II.B. (below) further modifies insurance under the following coverage parts:

Commercial Inland Marine Coverage Part(s)
Commercial Property Coverage Part(s)
Farm Coverage Part(s)
Standard Property Policy
American Business Coverage Policy – Section I

B.   If a "certified act of terrorism" results in fire, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property or Property Insured. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements which apply to those forms, or to the Legal Liability Coverage Form, or the Leasehold Interest Coverage Form, or the Net Leasehold Coverage Form.

C.   If the location of your Covered Property or Property Insured is within a jurisdiction that has a Standard Fire Policy law that exempts Commercial Inland Marine, item II.B. (above) does not apply to coverage provided under the Commercial Inland Marine Coverage Part.

III.   **Application of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part, Coverage Section, or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
This Form must be attached to Change Endorsement when issued after the policy is written.
One of the Fireman's Fund Insurance Companies as named in the policy

145913 01 03                                                              Page 1 of 2

## IV. Definitions

The following definition is added with respect to the provisions of this endorsement:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The criteria contained in that Act for a "certified act of terrorism" include the following:

A.   The act resulted in aggregate losses in excess of $5 million; and

B.   The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

V.   This endorsement is otherwise subject to all terms, conditions, provisions and stipulations of the policy to which it is attached.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
This Form must be attached to Change Endorsement when issued after the policy is written.
One of the Fireman's Fund Insurance Companies as named in the policy

145913 01 03

Page   2   of   2



## Notice to Policyholders - 386399 01 05

| Named Insured | SHAVERS-WHITTLE | Policy Number | MXI-97853973 |
| | CONSTRUCTION, INC. | | |

### POTENTIAL RESTRICTIONS OF TERRORISM COVERAGE

This Notice has been prepared in conjunction with the **POTENTIAL** implementation of changes related to coverage of terrorism under your policy.

The Terrorism Risk Insurance Act of 2002 established a program (Terrorism Risk Insurance Program) within the Department of the Treasury, under which the federal government shares, with the insurance industry, the risk of loss from future terrorist attacks. That Program will terminate at the end of December 31, 2005 unless extended by the federal government. Your policy will become effective (or will be renewed) while the federal Program is still in effect, but prior to a decision by the federal government on extension of the federal Program. If the federal Program terminates, or is extended with certain changes, during the term of your policy, then the treatment of terrorism under your policy will change. This Notice is being provided to you for the purpose of summarizing potential impact on your coverage. The summary is a brief synopsis of significant exclusionary provisions and limitations.

This Notice does **not** form a part of your insurance contract. The Notice is designed to alert you to coverage restrictions and to other provisions in certain terrorism endorsement(s) in this policy. If there is any conflict between this Notice and the policy (including its endorsements), the provisions of the policy (including its endorsements) apply.

Carefully read your policy, including the endorsements attached to your policy.

### YOUR POLICY AT START OF NEW POLICY TERM:

The terrorism endorsements in this policy make a distinction between "certified acts of terrorism" (which is more fully defined in the endorsement, but involves acts of terrorism that are committed by or on behalf of a foreign interest and generate aggregate losses in excess of $5 million) and "other acts of terrorism". Both types of terrorism are excluded from coverage but the exclusions are subject to different terms and conditions. The exclusion of "certified acts of terrorism" relates to criteria in the federal Terrorism Risk Insurance Act of 2002. The exclusion of coverage for "other acts of terrorism" (terrorist acts other than certified acts) applies only if the event involves biological or chemical materials under certain circumstances. With respect to "certified acts of terrorism" and "other acts of terrorism", policy exclusions (for example, the nuclear hazard and war exclusions) and other policy provisions continue to apply.

The terrorism exclusion may not currently restrict fire coverage under the following:

    Commercial Inland Marine Coverage Part(S)
    Commercial Property Coverage Part(S)
    Farm Coverage Part(S)
    Standard Property Policy
    American Business Coverage Policy - Section I

If the location of your Covered Property or Property Insured is within a jurisdiction that has a Standard Fire Policy law and the Covered Property or Property Insured is not exempt from such law, the direct loss or damage attributable to fire following an act of terrorism, if otherwise covered, remain covered.

## POTENTIAL CHANGE DURING THE TERM OF YOUR POLICY:

**Endorsement 145923 is attached to your policy. Its provisions will become applicable to your policy only if certain events (one or more of them) occur. Those events include the following:**

- If the federal Terrorism Risk Insurance Program (TRIP) terminates with respect to the type of insurance provided under this policy. (TRIP is scheduled to terminate at the end of December 31, 2005 unless extended by the federal government.); or

- If TRIP is extended with changes that redefine terrorism, and we are not required to make such revised coverage available to you; or

- If TRIP is extended with changes that make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other events or occurrences under this policy, and we are not required to make such revised coverage available to you; or

- If TRIP is extended with changes that increase insurers' statutory percentage deductible under TRIP for terrorism losses, or decrease the federal government's statutory percentage share in potential terrorism losses, and we are not required to make terrorism coverage available to you. Our deductible in 2004 is 10% of the total of our previous year's direct earned premiums. In 2005, that figure is 15%. The government's share is 90% of the terrorism losses paid by us above the deductible.

**Endorsement 145923 treats terrorism as follows:**

- Coverage for loss or damage arising out of a terrorism incident is excluded only if:

  - The total of all insured damage to all types of property (including business interruption losses sustained by owners or occupants of damaged property), from the incident, exceeds $25 million. The $25 million property damage threshold is based on losses sustained by all persons and entities who are affected by an incident of terrorism, and who are insured for the damage, or who would be insured but for a terrorism exclusion; or

    *(To determine whether the threshold for property damage ($25 million) is exceeded, multiple incidents of terrorism which occur within a seventy-two hour period and appear to be linked together or have a related purpose or common leadership behind them shall be considered to be one incident of terrorism.)*

  - The terrorism event involves nuclear materials or results in nuclear reaction or radiation or radioactive contamination; or

  - The terrorism event involves the release of radioactive material, and it appears that one purpose of the terrorism was to release such material; or

  - The terrorism event is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

  - The terrorism event involves the release of pathogenic or poisonous biological or chemical materials, and it appears that one purpose of the terrorism was to release such materials.

- The Exception Covering Certain Fire Losses applies only in certain states, and those states are indicated in the Schedule of the terrorism endorsement. If the Exception applies, then the Schedule indicates the affected types of insurance in affected states. When the Exception applies, the exclusion of terrorism does not apply to direct loss or damage by fire to Covered Property or Property Insured, with respect to affected types of insurance in affected states.

**See the definition of terrorism for purposes of the terrorism exclusion.**

# Conditional Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism (Relating to Disposition of Federal Terrorism Risk Insurance Act of 2002) - 145922 01 05

This endorsement changes the policy. Please read it carefully.

This endorsement modifies insurance provided under the following:

Commercial Crime Coverage Part(s)
Commercial Inland Marine Coverage Part(s)
Commercial Property Coverage Part(s)
Farm Coverage Part(s)
Standard Property Policy
American Business Coverage Policy - Section I

## Schedule

The Exception Covering Certain Fire Losses (Paragraph D) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part, Coverage Section or Policy:

| State(s) | Coverage Form, Coverage Part, Coverage Section or Policy |
|---|---|
| Arizona, California, Connecticut, Georgia, Hawaii, Idaho, Illinois, Iowa, Maine, Massachusetts, Missouri, New Jersey, New York, North Carolina, North Dakota, Oregon, Pennsylvania, Rhode Island, Virginia, Washington, West Virginia, Wisconsin | Standard Property Policy; Commercial Property Coverage; American Business Coverage Policy - Section I; Farm Property -Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form; Farm Property - Farm Personal Property Coverage Form; Farm Property - Barns, Outbuildings And Other Farm Structures Coverage Form |
| California, Maine, Missouri, Oregon, Pennsylvania, Rhode Island, Wisconsin | Commercial Inland Marine Coverage; Mobile Agriculture Machinery and Equipment Coverage Form; Livestock Coverage Form |

(If no entry appears above, information required to complete this Endorsement will be shown in the Declarations as applicable to this Endorsement.)

A. Applicability of the Provisions of this Endorsement

1. The provisions of this endorsement will become applicable commencing on the date when any one or more of the following first occurs:

a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act of 2002, has terminated with respect to the type of insurance provided under this Coverage Form, Coverage Part, Coverage Section or Policy; or

This Form must be attached to Change Endorsement when issued after the policy is written.

One of the Fireman's Fund Insurance Companies as named in the policy

_____
Secretary

_____
President

b. A renewal, extension or continuation of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:

(1) Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or

(2) Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or

(3) Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

The Program is scheduled to terminate at the end of December 31, 2005 unless renewed, extended or otherwise continued by the federal government.

2. If the provisions of this endorsement become applicable, such provisions:

a. Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to loss or damage, or your liability for loss or damage, from an incident(s) of terrorism (however defined) that occurs on or after the date when the provisions of this endorsement become applicable; and

b. Remain applicable unless we notify you of changes in these provisions, in response to federal law.

3. If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism",

will continue in effect unless we notify you of changes to that endorsement in response to federal law.

B. The following definition is added and applies under this endorsement wherever the term terrorism is in bold face.

**Terrorism** means activities against persons, organizations or property of any nature:

1. That involve the following or preparation for the following:

   a. Use or threat of force or violence; or

   b. Commission or threat of a dangerous act; or

   c. Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

2. When one or both of the following applies:

   a. The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

   b. It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

C. The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for loss or damage, or your liability for loss or damage, caused directly or indirectly by **terrorism**, including action in hindering or defending against an actual or expected incident of **terrorism**. Such loss or damage, or your liability for loss or damage, is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. **But this exclusion applies only when one or more of the following are attributed to an incident of terrorism:**

1. The **terrorism** is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the **terrorism** was to release such material; or

3. The **terrorism** is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the **terrorism** was to release such materials.

D. Exception Covering Certain Fire Losses

The following exception to the Exclusion Of Terrorism applies only if indicated and as indicated in the Schedule of this endorsement.

If **terrorism** results in fire, we will pay for the loss or damage, or your liability for loss or damage, caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected property. Such coverage for fire applies only to direct loss or damage by fire to Covered Property or Property Insured. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements that apply to those coverage forms, or to the Legal Liability Coverage Form, or the Leasehold Interest Coverage Form, or the Net Leasehold Coverage Form.

E. Application of Other Exclusions

1. When the Exclusion Of Terrorism applies in accordance with the terms of C.1. or C.2., such exclusion applies without regard to the Nuclear Hazard Exclusion in this Coverage Form, Coverage Part, Coverage Section or Policy.

2. The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss or damage, or your liability for loss or damage, which would otherwise be excluded under this Coverage Form, Coverage Part, Coverage Section or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

F. This endorsement is otherwise subject to all terms, conditions, provisions, and stipulations of the policy to which it is attached.

# Conditional Exclusion of Terrorism (Relating to Disposition of Federal Terrorism Risk Insurance Act of 2002) - 145923 01 05

This endorsement changes the policy. Please read it carefully.

This endorsement modifies insurance provided under the following:

Commercial Crime Coverage Part(s)
Commercial Inland Marine Coverage Part(s)
Commercial Property Coverage Part(s)
Farm Coverage Part(s)
Standard Property Policy
American Business Coverage Policy - Section I

Schedule

The Exception Covering Certain Fire Losses (Paragraph D) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part, Coverage Section or Policy:

| State(s) | Coverage Form, Coverage Part, Coverage Section or Policy |
|---|---|
| Arizona, California, Connecticut, Georgia, Hawaii, Idaho, Illinois, Iowa, Maine, Massachusetts, Missouri, New Jersey, New York, North Carolina, North Dakota, Oregon, Pennsylvania, Rhode Island, Virginia, Washington, West Virginia, Wisconsin | Standard Property Policy; Commercial Property Coverage; American Business Coverage Policy - Section I; Farm Property -Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form; Farm Property - Farm Personal Property Coverage Form; Farm Property - Barns, Outbuildings And Other Farm Structures Coverage Form |
| California, Maine, Missouri, Oregon, Pennsylvania, Rhode Island, Wisconsin | Commercial Inland Marine Coverage; Mobile Agriculture Machinery and Equipment Coverage Form; Livestock Coverage Form |

(If no entry appears above, information required to complete this Endorsement will be shown in the Declarations as applicable to this Endorsement.)

A. Applicability of the Provisions of this Endorsement

 1. The provisions of this endorsement will become applicable commencing on the date when any one or more of the following first occurs:

a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act of 2002, has terminated with respect to the type of insurance provided under this Coverage Form, Coverage Part, Coverage Section or Policy; or

This Form must be attached to Change Endorsement when issued after the policy is written.

One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

145923 1-05
Includes copyrighted material of Insurance Services Office, Inc., with its permission

Page 1 of 3

b.  A renewal, extension or continuation of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:

(1)  Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or

(2)  Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or

(3)  Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

The Program is scheduled to terminate at the end of December 31, 2005 unless renewed, extended or otherwise continued by the federal government.

2.  If the provisions of this endorsement become applicable, such provisions:

a.  Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to loss or damage, or your liability for loss or damage, from an incident(s) of terrorism (however defined) that occurs on or after the date when the provisions of this endorsement become applicable; and

b.  Remain applicable unless we notify you of changes in these provisions, in response to federal law.

3.  If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism",

will continue in effect unless we notify you of changes to that endorsement in response to federal law.

B.  The following definition is added and applies under this endorsement wherever the term terrorism is in bold face.

**Terrorism** means activities against persons, organizations or property of any nature:

1.  That involve the following or preparation for the following:

a.  Use or threat of force or violence; or

b.  Commission or threat of a dangerous act; or

c.  Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

2.  When one or both of the following applies:

a.  The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

b.  It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

C.  The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for loss or damage, or your liability for loss or damage, caused directly or indirectly by **terrorism**, including action in hindering or defending against an actual or expected incident of **terrorism**. Such loss or damage, or your liability for loss or damage, is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. But **this exclusion applies only when one or more of the following are attributed to an incident of terrorism:**

1. The **terrorism** is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the **terrorism** was to release such material; or

3. The **terrorism** is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the **terrorism** was to release such material; or

5. The total of insured damages to all types of property in the United States, its territories and possessions, Puerto Rico and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the **terrorism** and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions. Multiple incidents of **terrorism** which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold is exceeded.

   With respect to this item C.5., the immediately preceding paragraph describes the threshold used to measure the magnitude of an incident of **terrorism** and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of **terrorism** there is no coverage under this Coverage Form, Coverage Part, Coverage Section or Policy.

D. Exception Covering Certain Fire Losses

   The following exception to the Exclusion Of Terrorism applies only if indicated and as indicated in the Schedule of this endorsement.

   If **terrorism** results in fire, we will pay for the loss or damage, or your liability for loss or damage, caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected property. Such coverage for fire applies only to direct loss or damage by fire to Covered Property or Property Insured. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements that apply to those coverage forms, or to the Legal Liability Coverage Form, or the Leasehold Interest Coverage Form, or the Net Leasehold Coverage Form.

E. Application of Other Exclusions

   1. When the Exclusion Of Terrorism applies in accordance with the terms of C.1. or C.2., such exclusion applies without regard to the Nuclear Hazard Exclusion in this Coverage Form, Coverage Part, Coverage Section or Policy.

   2. The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss or damage, or your liability for loss or damage, which would otherwise be excluded under this Coverage Form, Coverage Part, Coverage Section or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

F. This endorsement is otherwise subject to all terms, conditions, provisions, and stipulations of the policy to which it is attached.

# Debris and Pollutant Removal Policy Amendment - 140866 02 86
Policy Amendment

Your policy is amended as follows:

1. The following Extension of Coverage is added. If your policy does not provide coverage for debris removal, this Extension of Coverage adds debris removal coverage. If your policy does provide debris removal coverage, any other debris removal coverage provided by your policy is deleted and replaced by this Extension of Coverage.

    **Debris Removal.** We will pay your reasonable cost to remove the debris of insured property caused by or resulting from an insured peril which occurs during the policy period.

    This coverage only applies if no later than 180 days from the date of loss or the end of the policy period, whichever comes first, you:

    (1) discover the loss, and

    (2) report the cost to us in writing.

    We will pay up to 25% of the sum of:

    (1) the direct physical loss otherwise payable under the policy, and

    (2) the deductible.

    Payments under this Debris Removal coverage will not increase the Limit of Liability applicable to the insured property.

    **Debris Removal Additional Limit.** If your cost for debris removal exceeds the amount we pay under the Limit of Liability applicable to the insured property, we will pay up to the lesser of:

    (1) 10% of the applicable Limit of Liability; or

    (2) $100,000

as an Additional Limit of Liability for debris removal.

We will not pay:

(1) the cost to extract **POLLUTANTS** from land or water (except as provided under **Pollutant Removal** below);

(2) the cost to repair, replace or restore property damaged or destroyed by debris removal;

(3) the cost to remove debris from any location used for handling, treatment, storage or disposal of waste unless the policy is extended to cover property at that specifically identified location.

2. The following Extension of Coverage is added:

    **Pollutant Removal.** We will pay your reasonable cost to extract **POLLUTANTS** from land or water. The release, discharge or dispersal of the **POLLUTANTS** must result from an insured loss and must occur during the policy period.

    This coverage only applies if no later than 180 days from the date of loss or from the end of the policy period, whichever comes first, you:

    (1) discover the loss, and

    (2) report the cost to us in writing.

    The most we will pay in any one loss is the lesser of:

    (1) 10% of the applicable Limit of Liability; or

    (2) $10,000

    Under this Extension of Coverage, the most we will pay for all claims for loss which occurs at any one location during the policy period is $10,000.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

_____
Secretary

_____
President

If this policy is written for a term of more than one year, we will apply this limit separately to each consecutive year of the policy period.

We will not pay:

(1) the cost to repair, replace or restore property damaged or destroyed by extraction of **POLLUTANTS**;

(2) the cost to extract **POLLUTANTS** from land or water:

    (a) at any location used for the handling, treatment, storage or disposal of waste unless the policy has been specifically extended to cover property at that location;

    (b) at any location if the **POLLUTANTS** are released, dispersed or discharged from a location which is used for the handling, treatment, storage or disposal of waste unless the policy has been specifically extended to cover property at that location;

    (c) at any location if the **POLLUTANTS** arise out of or are a consequence of nuclear reaction or radiation, or radioactive contamination.

The Coinsurance provision, if any, in this policy does not apply to this Extension of Coverage.

3. The following exclusions are added:

**Ordinance or Law.**

We do not cover loss or damage caused by or resulting from the enforcement of any ordinance or law:

(1) regulating the use or repair of any property; or

(2) requiring the tearing down or removal of any property,

including the cost of removing its debris.

**Pollutants.**

We do not cover loss or damage caused by or resulting from the release, discharge or dispersal of **POLLUTANTS** unless the release, discharge or dispersal is caused by one of the perils listed below applying to the insured property. But we do cover loss caused by any of the following perils which results from the release, discharge or dispersal of **POLLUTANTS**.

Perils:    Fire or Lightning;
    Explosion;
    Aircraft or Vehicles;
    Windstorm or Hail;
    Riot or Civil Commotion;
    Leakage from Fire Extinguishing Equipment;
    Volcanic Action;
    Vandalism or Malicious Mischief;
    Collision, upset or overturn of a transporting vehicle.

4. For the purpose of this Endorsement, **POLLUTANTS** means any solid, liquid, gaseous or thermal irritant or contaminant including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

# Conditions - 140559 12 86
Commercial Inland Marine Coverage Form

## A.   General Conditions

1.   **Your name and address** as the Named Insured shall be as specified in the General Declarations.

2.   The Policy Period

This policy applies only to loss or damage that occurs during the policy period shown in the General Declarations.  The policy period begins and ends at 12:01 a.m., Standard Time, at your address shown in the General Declarations.  But if this policy replaces a policy which expires at noon Standard Time on the effective date of this policy, then this policy will not be effective until the policy being replaced expires. In those states which require policy periods to begin and end at noon Standard Time, this policy will begin and end at noon Standard Time.

3.   **The Declarations** shows you which coverages you have purchased and the limits of insurance that apply.  You have only those coverages and amounts of insurance.  If this coverage applies only at specified locations, they are shown in the Declarations.

By accepting this policy, you agree that:

a.   the statements in the Declarations are your agreements and representations;

b.   that this policy is issued in reliance on the truth of such representations.

4.   Territorial Limits

Unless a coverage form attached to this policy indicates otherwise, this policy covers only within the 48 contiguous states of the United States, the District of Columbia and within the states of Alaska and Hawaii.

5.   Concealment or Fraud

This policy is void if you have intentionally concealed or misrepresented any material fact or circumstance relating to this insurance.

6.   Abandonment

You may not abandon any covered property to us without our written consent.

7.   Civil Authority

We will pay you for your covered property, if covered for the peril of fire, if an order by a civil authority causes your property to be damaged or destroyed during a conflagration in order to retard such disaster.

8.   Suit

You agree not to sue us or involve us in another action proceeding after 2 years have past since you discovered the occurrence giving rise to such action.  If the state law applicable to this coverage requires a different time period within which suit may be brought, this provision is amended to conform to such law.

## B.   Loss Adjustment Provisions

1.   Your Duties After Loss

If a loss occurs which this policy may cover, you must see that the following duties are performed:

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary                                      President

140559 12-86R

a.   Notice of Loss

You must tell us in writing as soon as practical after loss or damage has occurred to your covered property, or after any occurrence that may develop into a claim. You must also file with us or our agent, a detailed sworn proof of loss within ninety (90) days following the occurrence.

b.   Protect Property

You shall do what is reasonably necessary to minimize the loss or damage and to protect the covered property from any further loss or damage. Any expense in doing this shall be shared by you and us according to your and our interests. If you move the covered property to a safe place, that property will continue to be covered and we will reimburse you for the reasonable expenses for doing so. You must tell us as soon as practical that you have done this.

2.   Examination Under Oath

Before recovering from us for any loss, you shall, if we request:

a.   Permit us to inspect and appraise the damaged property before it is repaired or disposed of;

b.   be examined under oath;

c.   produce others for examination under oath; and,

d.   comply with any other reasonable request we make.

These requests are for the purpose of examining the loss. They shall not mean that we admit liability for any loss or damage.

3.   Valuation

If a loss occurs, we will determine the value of the lost or damaged property at its actual cash value, with proper deduction for depreciation, as of the time of loss or damage. We will not pay you more than it would cost to repair or replace the covered property with material of like kind and quality. We will not pay you for any part of the loss or damage that you have collected from

any other source.

4.   Settlement of Loss

We will settle substantiated claims within 30 days of our receipt of your statement of loss. We will supply you with the necessary forms.

5.   No Benefit to Bailee

No person or organization, other than you, that has custody of the covered property, shall benefit from this insurance.

6.   Subrogation

If any person or organization to whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to aid us in any recovery and to protect our rights. If that person or organization does anything to impair our rights after a loss, we will not have to pay the loss.

7.   Loss Clause

If you have a loss other than a total loss, we will not reduce the amount of your coverage. However, if you have a total loss, the amount of your coverage shall be reduced by the amount of the item that was lost or destroyed. We will return to you the unearned premium from the date of loss to the end of the current policy period or rating period for which the premium was charged, whichever comes first. You may also request us to apply that unearned premium to the premium due on any item(s) replacing that which was lost or destroyed and for which we have paid a claim.

8.   Pair, Set or Parts

If you have a loss to your covered property that is part of a pair or set, we will pay you only for a reasonable and fair proportion of the total value of the pair or set. We will not pay on the basis of a loss to the entire pair or set.

If you have a loss to covered property that is a piece or pieces which belong to something that when complete consists of several parts, we will pay only for the part(s) that are lost or damaged.

9.   Appraisal

140559 12-86R

If you and we fail to agree on the amount of loss, either one can ask that the amount of loss be established by appraisal. To start the appraisal process either you or we must make the request in writing to the other. Each must then choose a competent, independent appraiser and give the name and address of that appraiser to the other. This must be done within 30 days after the written request for appraisal is received.

The two appraisers must then choose a competent and impartial umpire. If they do not agree on an umpire within 15 days, either you or we may have an umpire selected by a court located in the same state as the covered property. The appraisers will then set the amount of the loss. A copy of their report will be given to you and to us. The amount they agree upon will be the amount of loss.

If the appraisers fail to agree within a reasonable period of time, they will give the umpire a statement of their differences. A written agreement signed by any two of the three will set the amount of the loss. You will pay your appraiser and we will pay ours. The umpire's fee and other appraisal expenses will be shared equally by you and us.

If we submit to an appraisal, we will still retain our right to deny the claim.

10. Labeled Goods

If covered property bearing labels, packaging or wrappers is lost or damaged, we will pay you an amount sufficient to replace those labels, packaging or wrappers.

11. Other Insurance

The coverage provided by this policy shall apply only as excess insurance over any other valid and collectible insurance or coverage that applies to the covered property.

12. Impairment of Recovery Rights

If you do anything after a loss that impairs or precludes your right to recover from any other party who may be liable for the loss or damage, we will not pay you. We may also refuse to pay if you make any settlement or agreement on a loss without our written consent.

13. Recovery

If we recover any part of a loss from another party, after we deduct the expenses of making the recovery we will share the recovery with you. Your share will be the proportion that your share of the loss bears to the total amount of the loss.

14. Loss Payee

If a loss payee is named in the Declarations, we will pay you and the loss payee, as the interest of each may appear.

C. **Additional Losses We Do Not Cover**

In addition to Causes of Loss We Do Not Cover under this policy, the Governmental Action and Nuclear Hazard Exclusions that follow will apply to coverage under this policy regardless of other governmental action or war risk exclusions or clauses, or nuclear hazard or nuclear exclusions or clauses may appear in this policy. If however, the other clauses, if any, specifically assume these risks, then such other governmental action or war risk exclusions or clauses, or nuclear hazard or nuclear exclusions or clauses shall apply and the following clauses will not apply.

1. Government Action.

We do not cover loss or damage caused by or resulting from seizure or destruction of property by order of governmental authority. But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire is covered under this policy.

2. Nuclear Hazard

We do not cover loss or damage caused by any weapon employing atomic fission or fusion or nuclear reaction or radiation, or radioactive contamination, however caused. But we will pay for direct loss or damage caused by resulting fire if the fire is covered under this policy.

3. War and Military Action

We do not cover loss or damage caused by or resulting from:

a. War, including undeclared or civil war;

b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority

140559 12-86R

using military personnel or other agents; or,

   c.  Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

4. Illegal Transport or Trade

   We do not cover loss or damage caused by or resulting from *illegal transportation or trade*.

## D. Definitions

Throughout this policy the terms **you** and **your** mean the person or organization shown in the General Declarations or coverage Declarations as the Named Insured. **You** and **your** includes partners acting as such when the Named Insured is a partnership and executive officers, directors and stockholders acting as such when the Named Insured is a corporation. **We, us** and **our** mean the Company issuing this policy. The term **policy** means this Property Floater and the coverage forms and endorsements attached to it.

## E. Special State Provisions

**KANSAS. Suit.** If this policy is issued in the State of Kansas, the words **five (5) years** are substituted for the words **twelve (12) months** in Condition A.8.

**TEXAS. Notice of Loss and Suit.** If this supplemental policy is issued in the State of Texas, the words **ninety-one (91)** are substituted for the word **ninety (90)** in Condition B.1.a. and the words **two (2) years and one (1) day** are substituted for the words **twelve (12) months** in Condition A.8.

**In Witness Whereof,** the Company has caused this policy to be executed and attested, but this policy shall not be valid unless countersigned by a duly authorized representative of the Company.

140559 12-86R

# Common Policy Conditions - IL 00 17 11 98

All Coverage Parts included in this policy are subject to the following conditions.

A. **Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

B. **Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

C. **Examination of Your Books and Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

D. **Inspections and Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

_Jane S. Kloewhower_
Secretary

_[signature]_
President

a. Are safe or healthful; or

b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

E.   **Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

F.   **Transfer of Your Rights and Duties Under This Policy.**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative.  Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

IL0017 11-98S
Copyright, Insurance Services Office, Inc., 1998

**Commercial Inland Marine Conditions - CM 00 01 09 04**

Policy Amendment(s) Commercial Inland Marine

The following conditions apply in addition to the Common Policy Conditions and applicable Additional Conditions in Commercial Inland Marine Coverage Forms:

**Loss Conditions**

**A. Abandonment**

There can be no abandonment of any property to us.

**B. Appraisal**

If we and you disagree on the value of the Property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and

2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**C. Duties in the Event of Loss**

You must see that the following are done in the event of loss or damage to Covered Property:

1. Notify the police if a law may have been broken.

2. Give us prompt notice of the loss or damage. Include a description of the property involved.

3. As soon as possible, give us a description of how, when and where the loss or damage occurred.

4. Take all reasonable steps to protect the Covered Property from further damage and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also if feasible, set the damaged property aside and in the best possible order for examination.

5. You will not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

6. As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

7. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

_Jane S Kloewhamer_
Secretary

_[signature]_
President

8. Send us a signed, sworn proof of loss containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

9. Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit.

10. Cooperate with us in the investigation or settlement of the claim.

### D. Insurance Under Two or More Coverages

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

### E. Loss Payment

1. We will give notice of our intentions Within 30 days after we receive the sworn proof of loss.

2. We will not pay you more than your Financial interest in the Covered Property.

3. We may adjust losses with the owners Of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claim against us for the owners' property.
   We will not pay the owners more than their financial interest in the Covered Property.

4. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

5. We will pay for covered loss or damage Within 30 days after we receive the sworn proof of loss if you have complied with all the terms of this Coverage Part and:

   a. We have reached agreement with you on the amount of the loss; or

   b. An appraisal award has been made.

6. We will not be liable for any part of a loss that has been paid or made good by others.

### F. Other Insurance

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

### G. Pair, Sets or Parts

1. Pair or Set

   In case of loss or damage to any part of a pair or set we may:

   a. Repair or replace any part to restore the pair or set to its value before the loss or damage; or

   b. Pay the difference between the value of the pair or set before and after the loss or damage.

2. Parts

   In case of loss or damage to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

### H. Recovered Property

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you

for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

### I. Reinstatement of Limit After Loss

The Limit of Insurance will not be reduced by the payment of any claim, except for total loss or damage of a scheduled item, in which event we will refund the unearned premium on that item.

### J. Transfer of Rights of Recovery Against Others to Us

If any person or organization to or for Whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property.

2. After a loss to your Covered Property only if; at time of loss, that party is one of the following:

   a. Someone insured by this insurance; or

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you.

This will not restrict your insurance.

### General Conditions

### A. Concealment, Misrepresentation or Fraud

This Coverage Part is void in any case of fraud, intentional concealment or misrepresentation of a material fact, by you or any other insured, at any time, concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

### B. Control of Property

Any act or neglect of any person other than You beyond your direction or control will not affect this insurance. The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

### C. Legal Action Against Us

No one may bring us a legal action against us under this Coverage Part unless:

1. There has been full compliance with all the terms of this Coverage Part; and

2. The action is brought within 2 years After you first have knowledge of the direct loss or damage.

### D. No Benefit to Bailee

No person or organization, other than you, having custody of Covered Property, will benefit from this insurance.

### E. Policy Period, Coverage Territory

We cover loss or damage commencing:

1. During the policy period shown in the Declarations; and

2. Within the coverage territory.

### F. Valuation

The value of property will be the least of the following amounts:

1. The actual cash value of that property;

2. The cost of reasonably restoring that Property to its condition immediately before loss or damage; or

3. The cost of replacing that property with Substantially identical property.

**In the event of loss or damage, the value of property will be determined as of the time of loss or damage.**

# Louisiana Changes - Rights of Recovery - CM 01 26 09 04

Policy Amendment(s) Commercial Inland Marine

**This endorsement modifies insurance provided under the following:**

**Commercial Inland Marine Coverage Part**

A. Loss Condition B. **Appraisal** in the Commercial Inland Marine Conditions is replaced by the following:

    B.  Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction.
The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. Each party will:

  1. Pay its chosen appraiser; and

  2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

B. Loss Condition J. **Transfer Of Rights Of Recovery Against Others To Us** in the Commercial Inland Marine Conditions is replaced by the following:

    J.  Transfer Of Rights Of Recovery Against Others To Us

If any person or organization to or for whom we make payment under this Coverage Part

has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

  1. Prior to a loss to your Covered Property.

  2. After a loss to your Covered Property only if, at time of loss, that party is one of the following:

a. Someone insured by this insurance;

b. A business firm:

    (1) Owned or controlled by you; or

    (2) That owns or controls you;

c. Your employee or employer;

d. The owner or lessor of the:

    (1) Described premises; or

    (2) Premises where loss or damage occurred;

    including their employees, partners and stockholders; or

e. Your relative by blood or marriage.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

CM0126 9-04 LA
Copyright, ISO Properties, Inc., 2003

_Secretary_

_President_

If you waive your rights against another party in writing after a loss, we can recover from you any amount you received for that waiver. But we cannot recover more than the amount we paid you for that loss.

C. General Condition A. **Concealment, Misrepresentation Or Fraud** in the Commercial Inland Marine Conditions is replaced by the following:

A. Concealment, Misrepresentation Or Fraud

We will not pay for any loss or damage in any case of fraud, intentional concealment or misrepresentation of a material fact, by you or any other insured, at any time, concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

D. With respect to Covered Property of others in your care, custody or control, General Condition C. **Legal Action Against Us** in the Commercial Inland Marine Conditions is replaced by the following:

C. Legal Action Against Us

A person or organization may bring a suit against us, including but not limited to, a suit to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable Limit of Insurance. An agreed settlement means a settlement and release of liability signed by us, you and the claimant or the claimant's legal representative.

# Policyholder Message - 385903 06 95

**Commercial Inland Marine Insurance - Important Changes in Your Coverage**

**Advisory Notice to Policyholders**

**Named Insured:**    SHAVERS-WHITTLE CONSTRUCTION, INC.
**Policy Number:**  MXI-97853973

This is a summary of the major changes in your Commercial Inland Marine Coverage Part. No coverage is provided by this summary nor can it be construed to replace any provision of your policy. You should read your policy and review your declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this summary, THE PROVISIONS OF THE POLICY SHALL PREVAIL.

Some of the language of the new policy has been restated and repunctuated for clarity and readability but with no change in coverage intent.

The areas within the policy that broaden, reduce or clarify coverage are highlighted below. The material is organized by individual coverage forms and endorsements, however, not all coverage forms or endorsements are included in a particular policy.

**CM 00 01 Commercial Inland Marine Conditions**

I.    **Broadening of Coverage**

    None

II.    **Reduction of Coverage**

    **Duties in the Event of Loss Condition**

    The addition of the sentence **this will not increase the Limit of Insurance** may restrict coverage.

III.    **Clarifications**

    **Duties in the Event of Loss Condition**

    This condition is being revised to provide greater specificity on the treatment of expenses incurred by the insured to protect Covered Property following a loss.

    **Transfer of Rights of Recovery Against Others to Us Condition**

    This condition is being revised to add the following to Loss Condition K: **to the extent of our payment**

**CM 00 21 Camera and Musical Instruments Dealers Coverage Form**
**CM 00 22 Equipment Dealers Coverage Form**
**CM 00 26 Physicians and Surgeons Equipment Coverage Form**
**CM 00 28 Signs Coverage Form**
**CM 00 29 Theatrical Property Coverage Form**
**CM 00 45 Film Coverage Form**
**CM 00 52 Floor Plan Coverage Form**
**CM 00 66 Accounts Receivable Coverage Form**
**CM 00 67 Valuable Papers and Records Coverage Form**

I.   **Broadening of Coverage**

**Additional Coverage - Collapse provision**

This coverage is broadened by the addition of the three new causes of loss that could cause a collapse.  The causes of loss are Leakage from fire extinguishing equipment; Sinkhole collapse; and Volcanic action.

II.   **Reduction of Coverage**

Qualifying glass as building glass in the coverage for a collapse loss caused by the breakage of glass tends to restrict coverage.

III.   **Clarifications**

The word **covered** is being changed to **insured against** in paragraph 4.a of this provision.

**CM 00 21 Camera and Musical Instruments Dealers Coverage Form**
**CM 00 22 Equipment Dealers Coverage Form**
**CM 00 26 Physicians and Surgeons Equipment Coverage Form**
**CM 00 28 Signs Coverage Form**
**CM 00 29 Theatrical Property Coverage Form**
**CM 00 45 Film Coverage Form**
**CM 00 52 Floor Plan Coverage Form**
**CM 00 66 Accounts Receivable Coverage Form**
**CM 00 67 Valuable Papers and Records Coverage Form**

I.   **Broadening of Coverage**

None

II.   **Reduction of Coverage**

**Dishonest Acts Exclusion**

The revised exclusion specifies that the dishonest acts of your partners, directors and trustees are now excluded.  The exclusion applies to anyone to whom the property is entrusted regardless of the purpose of the entrustment.

III.   **Clarifications**

**Dishonest Acts Exclusion**

A provision is added, the effect of which is to provide coverage for the acts of destruction, but **not** theft, by employees of the insured.

**Governmental Action Exclusion**

This exclusion is being made amended to clarify that loss or damage caused by acts of distraction resulting from an order of a government authority taken at the time of a fire to prevent the spread of fire is covered rather than the act itself.

**CM 26 03 Artificially Generated Current Coverage Advisory Declarations**

I.   **Broadening of Coverage**

The endorsement is being made available on an optional basis for an additional premium to provide coverage for artificially generated current for Physicians and Surgeons Equipment coverage.  The Advisory Declarations are being

revised to indicate the deductible for this new optional coverage.

## II.  Reduction of Coverage

None

## III.  Clarifications

None

## IL 00 03 Calculation of Premium

### I.  Broadening of Coverage

None

### II.  Reduction of Coverage

None

### III.  Clarifications

The endorsement is being revised to substitute the reference to the Commercial Auto Coverage Part for the Business Auto Coverage Part.

385903 6-95

**Calculation of Premium -- IL 00 03 07 02**

Policy Amendment(s)  Commercial General Provisions

This endorsement modifies insurance provided under the following:

### Boiler and Machinery Coverage Part
Capital Assets Program (Output Policy) Coverage Part
Commercial Automobile Coverage Part
Commercial General Liability Coverage Part
Commercial Inland Marine Coverage Part
Commercial Property Coverage Part
Crime and Fidelity Coverage Part

### Employment-Related Practices Liability Coverage Part
Farm Coverage Part
Liquor Liability Coverage Part
Owners and Contractors Protective Liability Coverage Part
Pollution Liability Coverage Part
Products/Completed Operations Liability Coverage Part
Professional Liability Coverage Part
Railroad Protective Liability Coverage Part

The Following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the Fireman's Fund Insurance Companies as named in the policy

_____
Secretary

_____
President

IL 0003 7-02
Copyright, ISO Properties, Inc. 2001

# Louisiana Changes - Cancellation and Nonrenewal - IL 02 77 07 02

Policy Amendment(s) Commercial General Provisions

**This endorsement modifies insurance provided under the following:**

**Boiler and Machinery Coverage Part**
**Commercial Automobile Coverage Part**
**Commercial Crime Coverage Part**
**Commercial General Liability Coverage Part**
**Commercial Inland Marine Coverage Part**
**Commercial Property Coverage Part**
**Employment-Related Practices Liability Coverage Part**
**Farm Coverage Part**
**Liquor Liability Coverage Part**
**Pollution Liability Coverage Part**
**Products/Completed Operations Liability Coverage Part**
**Professional Liability Coverage Part**

A. Paragraph 2. **Cancellation** Common Policy Condition is replaced by the following, which applies unless Paragraph B. of this endorsement applies.

   2. Notice of Cancellation

      a. Cancellation Of Policies In Effect For Fewer Than 60 Days Which Are Not Renewals

         If this policy has been in effect for fewer than 60 days and is not a renewal of a policy we issued, we may cancel this policy for any reason, subject to the following:

         (1) Cancellation for nonpayment of premium

            We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 10 days before the effective date of cancellation.

      (2) Cancellation for any other reason

         We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 60 days before the effective date of cancellation.

   b. Cancellation Of Renewal Policies And New Policies In Effect For 60 Days Or More

      If this policy has been in effect for 60 days or more, or is a renewal of a policy we issued, we may cancel only for one or more of the following reasons:

      (1) Nonpayment of premium;

      (2) Fraud or material misrepresentation made by you or with your knowledge with the intent to deceive in obtaining the policy, or in presenting a claim under the policy;

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the Fireman's Fund Insurance Companies as named in the policy

_____
Secretary

_____ President

IL0277 7-02 LA
Copyright, ISO Properties, Inc., 2001

Page 1 of 3

(3) Activities or omissions by you which change or increase any hazard insured against;

(4) Change in the risk which increases the risk of loss after we issued or renewed this policy including an increase in exposure due to regulation, legislation, or court decision.

(5) Determination by the Commissioner of Insurance that the continuation of this policy would jeopardize our solvency or would place us in violation of the insurance laws of this or any other state;

(6) The insured's violation or breach of any policy terms or conditions; or

(7) Any other reasons that are approved by the Commissioner of Insurance.

We will mail or deliver written notice of cancellation under **Paragraph** A.2.b.,, to the first Named Insured at least:

(a) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

(b) 30 days before the effective date of cancellation if we cancel for a reason described in 2.b. (2) through (7) above.

B. Paragraph 2. of the **Cancellation** Common Policy Condition is replaced by the following, which applies with respect to premium payments due on new and renewal policies, including installment payments.

2. Notice of Cancellation

a. If your premium payment check or other negotiable instrument is returned to us or our agent or a premium finance company because it is uncollectible for any reason, we may cancel the policy subject to Paragraphs B.2.b. and B.2.c

b. We may cancel the policy effective from the date the premium payment was due, by sending you written notice by certified mail, or by delivering such notice to you within 10 days of the date that we receive notice of the returned check or negotiable instrument.

c. The cancellation notice will also advise you that the policy will be reinstated effective from the date the premium payment was due, if you present to us a cashier's check or money order for the full amount of the returned check or other negotiable instrument within 10 days of the date that the cancellation notice was mailed.

C. Paragraph 5. of the **Cancellation** Common Policy Condition is replaced by the following:

5. Premium Refund

If this policy is cancelled, we will return any premium refund due, subject to Paragraphs C.5.a., C.5.b., C.5.c., C.5.d., and C.5.e., The cancellation will be effective even if we have not made or offered a refund.

a. If we cancel, the refund will be pro rata.

b. If the first Named Insured cancels, the refund may be less than pro rata, and will be returned within 30 days after the effective date of cancellation.

c. We will send the refund to the first Named Insured unless Paragraph C.5.d. or C.5.e. applies

d. If we cancel based on Paragraph B.2. of this endorsement, we will return the premium due, if any, within 10 days after the expiration of the 10-day period referred to in B.2.c If the policy was financed by a premium finance company, or if payment was advanced by the insurance agent, we will send the return premium directly to such payor.

e. With respect to any cancellation of the Commercial Auto Coverage Part, we will send the return premium, if any, to the premium finance company if the premium was financed by such company.

D. The **Premiums** Common Policy Condition is replaced by the following:

**Premiums**

1. The first Named Insured shown in the Declarations is responsible for the payment of all premiums.

2. We will pay return premiums, if any, to the first Named Insured, unless another person or entity

IL0277 7-02 LA
Copyright, Insurance Services Office, Inc., 2001

is entitled to be the payee in accordance with Paragraph C. of this endorsement.

E.  Paragraph f. of the Mortgage Holders Condition in the Commercial Property Coverage Part and paragraph 4.(f) of the Mortgageholders Condition in the Farm Coverage Part is replaced by the following:

> If we cancel a policy that has been in effect for fewer than 60 days and is not a renewal of a policy we issued, we will give written notice to the mortgageholder at least:
>
> (1)  10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or
>
> (2)  60 days before the effective date of cancellation, if we cancel for any other reason.
>
> If we cancel a policy that has been in effect for 60 days or more, or is a renewal of a policy we issued, we will give written notice to the mortgageholder at least:
>
> (1)  10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

(2)  30 days before the effective date of cancellation, if we cancel for any other reason.

F.  The following is added and supercedes any other provision to the contrary:

**Nonrenewal**

1  If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal to the first Named Insured, at least 60 days before its expiration date, or its anniversary date if it is a policy written for a term of more than one year or with no fixed expiration date.

2  We need not mail or deliver this notice if:

   a.  We or another company within our insurance group have offered to issue a renewal policy; or

   b.  You have obtained replacement coverage or have agreed in writing to obtain replacement coverage.

3  Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us.  If notice is mailed, proof of mailing will be sufficient proof of notice.

IL0277 7-02 LA
Copyright, Insurance Services Office, Inc., 2001

Policy Number:   MXI-97853973          Named Insured:   SHAVERS-WHITTLE CONSTRUCTION, INC.

# INLAND MARINE REPORT

DATE:   JUNE 21, 2006

WE HEREBY CERTIFY THAT FOR THE PERIOD INDICATED BELOW **THE AMOUNTS TO BE REPORTED UNDER THE TERMS AND CONDITIONS** OF THE ABOVE POLICY WITH **FIREMAN'S FUND INSURANCE COMPANY** ARE:

| PERIOD COVERED | AMOUNT | RATE | PREMIUM | REMARKS |
|---|---|---|---|---|
| MARCH 05/06 | $ 113,447. | $ 2.50 | $ 2,836. | CONTRACTOR'S EQUIPMENT |
| | | | | |
| | | | | |
| | | | | |

AGENT/BROKER:

ELLSWORTH CORPORATION
P O BOX 8210
METAIRIE, LA 70011

| | |
|---|---|
| PREMIUM THIS REPORT | $ 2,836. |
| UNUSED DEPOSIT PREMIUM | $ 1,250. |
| BALANCE DEPOSIT PREMIUM | $  -0- |
| ADDITIONAL PREMIUM DUE | $ 1,586. |



**Fireman's Fund®**

POLICY NUMBER    MXI97853973

Named Insured
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

Sequential Endorsement Number **054**

## CHANGE ENDORSEMENT
**Effective 01/10/2007, 12:01 A.M.,**
**Standard Time at the Address of the insured**

**This is an Endorsement only. Other than changes shown, all other pre-existing coverage remains in full force and effect. Premium adjustments are shown.**

| PREMIUM SUMMARY: | ADDITIONAL PREMIUM DUE NOW: $ 82 |
|---|---|

```
ANNUAL PREMIUM IS $383
PREMIUM DUE NOW IS $ 82

THE FOLLOWING ITEMS ARE BEING ADDED TO THE CONTRACTOR'S EQUIPMENT SCHEDULE:
```

| ITEM DESCRIPTION | REPLACEMENT COST | LIMIT OF LIABILITY |
|---|---|---|
| 2007 HONDA TRX RANCHER 4 X 4 S# 1HFTE354774001425 | NO | $ 6,430 |
| KUBOTA RTV 900 W UTILITY VEHICLE S# 64387 | NO | $11,500 |
| KUBOTA RTV 900 W UTILITY VEHICLE S# 69311 | NO | $11,500 |

```
LOSS PAYEE IS ADDED AS RESPECTS TO BOTH KUBOTA RTV UTILITY VEHICLES
MENTIONED ABOVE AS THEIR INTEREST MAY APPEAR:

LEE TRACTORS CO., INC.
P.O. BOX 939
KENNER, LA 70063

AGGREGATE LIMIT OF LIABILITY IS AMENDED TO: $3,166,254
```

## FORMS ATTACHED AT INCEPTION OF THIS CHANGE ENDORSEMENT

Countersignature of Authorized Agent:_____

Producer:    **ELLSWORTH CORPORATION**
             **P. O. BOX 8210**
             **METAIRIE, LA 70011-8210**

Date  07/25/2007  DM


Fireman's Fund®

POLICY NUMBER    MXI97853973

Named Insured
**SHAVERS-WHITTLE CONSTRUCTION, INC.**                    Sequential Endorsement Number **052**

**CHANGE ENDORSEMENT**
**Effective 01/17/2007, 12:01 A.M.,**
**Standard Time at the Address of the insured**

This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force
and effect.  Premium adjustments are shown.

| PREMIUM SUMMARY: | ADDITIONAL | PREMIUM DUE NOW: $ 17 |
|---|---|---|

THE FOLLOWING ITEM IS BEING ADDED TO THE CONTRACTOR'S EQUIPMENT SCHEDULE.

| ITEM DESCRIPTION | REPLACEMENT COST | LIMIT |
|---|---|---|
| KNOWLES KW 16001 WAGON S#MH1791 | NO | $6,600 |

AGGREGATE LIMIT OF LIABILITY IS AMENDED TO:2,960,768

**FORMS ATTACHED AT INCEPTION OF THIS CHANGE ENDORSEMENT**

Countersignature of Authorized Agent:_____
                    Producer:   **ELLSWORTH CORPORATION**                  Date   02/12/2007 YC
                        **P. O. BOX 8210**
                        **METAIRIE, LA 70011-8210**



**Fireman's Fund®**

POLICY NUMBER    MXI97853973

Named Insured                                          Sequential Endorsement Number  051
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

CHANGE ENDORSEMENT
**Effective 12/22/2006, 12:01 A.M.,**
**Standard Time at the Address of the insured**

**This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force and effect.  Premium adjustments are shown.**

| PREMIUM SUMMARY: | ADDITIONAL | PREMIUM DUE NOW: $ 118. P/R $ 439. |
|---|---|---|

THE FOLLOWING ITEM IS ADDED AND MADE A PART OF THIS POLICY:

KUBOTA KX91-3R15 EXCAVATOR W/18' DIGGING BUCKET
AND 30" CLEANING BUCKET, s/n 31180                 $ 33,800.

**FORMS ATTACHED AT INCEPTION OF THIS CHANGE ENDORSEMENT**

Countersignature of Authorized Agent:_____
                    Producer:   **ELLSWORTH CORPORATION**          Date  01/24/2007  kwI
                              **P. O. BOX 8210**
                              **METAIRIE, LA 70011-8210**