

**Fireman's Fund®**

POLICY NUMBER   **MXI97853973**

Named Insured
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

Sequential Endorsement Number  **050**

### CHANGE ENDORSEMENT
**Effective 12/12/2006, 12:01 A.M.,
Standard Time at the Address of the insured**

**This is an Endorsement only. Other than changes shown, all other pre-existing coverage remains in full force
and effect. Premium adjustments are shown.**

| PREMIUM SUMMARY: | RETURN | PREMIUM DUE NOW: $ 4995 |
|---|---|---|

THE FOLLOWING ITEMS ARE BEING DELETED FROM THE CONTRACTOR'S EQUIPMENT SCHEDULE
WITH US DATED 12/14/2006:

| ITEM | DESCRIPTION | REPLACEMENT COST APPLIES | LIMIT OF LIABILITY |
|---|---|---|---|
| 004 | HAAG TRAMMEL SOKKIA TOTAL STATION WITH ACCESSORIES S# 20907 | NO | $  6,000 |
| 006 | NIKON TOTAL STATION S# 842364 | NO | $ 10,000 |
| 014 | MILLER BLUE STAR 6000 WELDING MACHINE GENERATOR S# LC 50224 | NO | $  2,700 |
| 017 | CONTENTS IN MOBILE OFFICE-COLD STORAGE ROAD AND L&A ROAD | NO | $  3,000 |
| 021 | #25 POWER UNIT VIBRO HAMMER S# P35872 | NO | $ 11,500 |
| 027 | HYUNDI 140LC-7 HYDRAULIC EXCAVATOR | NO | $112,000 |
| 028 | FORKLIFT S# 25286 | NO | $ 58,400 |
| 033 | CASE 62I DWHEEL LOADER S# JEE0138545 | NO | $128,000 |
| 034 | ONE CASE WHEEL LOADER MODEL 621D S# JEE0138411 | NO | $127,000 |
| 040 | KOBELCO SK160 EXCAVATOR S# 4M03-U1159 | NO | $126,841 |

| 046 | VIBRATORY DRIVER/HAMMER MODEL 44-50 INCLUDING ACCESSORIES S# V36847 | NO | $219,065 |
| 047 | AMERICAN MODEL 5300 70 TON CRAWLER CRANE W/160' BOOM + ACCESSORIES S# 8309403194 | NO | $225,000 |
| 056 | HYUNDIA 210LC-7 HYDRAULIC EXCAVATOR S# 13709 | NO | $131,000 |
| 057 | F.F.C. MODEL 110 GRAPPLE BUCKET S# E043355 | NO | $ 13,475 |
| 062 | 2005 CASE WHEEL LOADER 621D S# JEE0138088 | NO | $124,000 |

AGGREGATE LIMIT OF LIABILITY IS AMENDED TO: $2,920,368

---

**FORMS ATTACHED AT INCEPTION OF THIS CHANGE ENDORSEMENT**

Countersignature of Authorized Agent:_____

Producer:      **ELLSWORTH CORPORATION**          Date   01/10/2007  TB
               **P. O. BOX 8210**
               **METAIRIE, LA 70011-8210**



**Fireman's Fund®**

POLICY NUMBER   MXI97853973

Named Insured                                          Sequential Endorsement Number  **049**
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

CHANGE ENDORSEMENT
**Effective 11/13/2006, 12:01 A.M.,**
**Standard Time at the Address of the insured**

**This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force and effect.  Premium adjustments are shown.**

| PREMIUM SUMMARY: | RETURN | PREMIUM DUE NOW: $ 1688 |
| --- | --- | --- |

THE FOLLOWING ITEM IS BEING DELETED FROM THE CONTRACTOR'S EQUIPMENT SCHEDULE
WITH US DATED 02/23/2006

| DESCRIPTION | REPLACEMENT COST APPLIES | LIMIT OF LIABILITY |
| --- | --- | --- |
| 1974 LINK BELT MODEL 418 110 TON CRAWER CRANE S# 4EV476 | NO | $250,000 |

**FORMS ATTACHED AT INCEPTION OF THIS CHANGE ENDORSEMENT**

Countersignature of Authorized Agent:_____
    Producer:   **ELLSWORTH CORPORATION**              Date  **01/10/2007  TB**
                **P. O. BOX 8210**
                **METAIRIE, LA 70011-8210**



**Fireman's Fund**

POLICY NUMBER   **MXI97853973**

Named Insured                                                    Sequential Endorsement Number  **047**
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

CHANGE ENDORSEMENT
**Effective 06/20/2006, 12:01 A.M.,**
**Standard Time at the Address of the insured**

**This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force
and effect.  Premium adjustments are shown.**

| PREMIUM SUMMARY: | ADDITIONAL | PREMIUM DUE NOW: $ -0- |
|---|---|---|

THE FOLLOWING WORDING IS ADDED AND MADE A PART OF THIS POLICY:

PARAGRAPH d., THE WEIGHT OF A LOAD EXCEEDING THE APPLICABLE LOAD RATING OF THE
EQUIPMENT ACCORDING TO THE LOAD RATING CHART PUBLISHED BY THE MANUFACTURER OF
THE EQUIPMENT UNDER PERILS EXCLUDED OF THE CONTRACTORS EQUIPMENT FORM 135154
IS DELETED IN ITS ENTIRETY.

**FORMS ATTACHED AT INCEPTION OF THIS CHANGE ENDORSEMENT**

Countersignature of Authorized Agent:_____
                        Producer:   **ELLSWORTH CORPORATION**              Date   09/25/2006  kw
                                    **P. O. BOX 8210**
                                    **METAIRIE, LA 70011-8210**



**Fireman's Fund®**

POLICY NUMBER    MXI97853973

Named Insured                                    Sequential Endorsement Number  046
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

CHANGE ENDORSEMENT
**Effective 05/11/2006, 12:01 A.M.,**
**Standard Time at the Address of the insured**

**This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force and effect.  Premium adjustments are shown.**

| PREMIUM SUMMARY: | ADDITIONAL | PREMIUM DUE NOW: $ -0- |
|---|---|---|

THE FOLLOWING LOSS PAYEE IS ADDED AND MADE A PART OF THIS POLICY WITH RESPECTS TO THE ITEM ADDED ON BY ENDORSEMENT NO. 045:


THE CITICAPITAL COMMERCIAL CORPORATION
IT SUCCESSORS AND ASSIGNS
P. O. BOX 168647
IRVING, TX 75016-8647


**FORMS ATTACHED AT INCEPTION OF THIS CHANGE ENDORSEMENT**

Countersignature of Authorized Agent:_____

Producer:   **ELLSWORTH CORPORATION**            Date  09/25/2006  kw
            **P. O. BOX 8210**
            **METAIRIE, LA 70011-8210**



**Fireman's Fund®**

POLICY NUMBER     **MXI97853973**

Named Insured                                          Sequential Endorsement Number  **045**
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

CHANGE ENDORSEMENT
**Effective 05/08/2006, 12:01 A.M.,
Standard Time at the Address of the insured**

**This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force
and effect.  Premium adjustments are shown.**

| PREMIUM SUMMARY: | ADDITIONAL | PREMIUM DUE NOW: $ 1,918. p/r $ 2,148. |
|---|---|---|

```
THE FOLLOWING ITEM IS ADDED AND MADE A PART OF THIS POLICY:

ICE MODEL-22-30 VIBRATORY DRIVER/EXTRACTOR, s/n V22836      $ 165,225.
INCLUDING - 54 TON ELASTOMERIC SUPPRESSOR
150' HYDRAULIC HOSE BUNDLE
ICE MODEL 140 HEAVY DUTY UNIVERSAL CLAMP, s/n C09160
DOUBLE SHEETING STYLE JAW INSERT
ICE MODEL 335E HYDRAULIC POWER UNIT P8B486
```

**FORMS ATTACHED AT INCEPTION OF THIS CHANGE ENDORSEMENT**

Countersignature of Authorized Agent:_____
                                    Producer:  **ELLSWORTH CORPORATION**          Date  09/25/2006  kw
                                               **P. O. BOX 8210**
                                               **METAIRIE, LA 70011-8210**



**Fireman's Fund®**

POLICY NUMBER   **MXI97853973**

Named Insured

**SHAVERS-WHITTLE CONSTRUCTION, INC.**

Sequential Endorsement Number  **044**

**CHANGE ENDORSEMENT**
**Effective 04/25/2006, 12:01 A.M.,**
**Standard Time at the Address of the insured**

**This is an Endorsement only. Other than changes shown, all other pre-existing coverage remains in full force and effect. Premium adjustments are shown.**

| PREMIUM SUMMARY: | ADDITIONAL | PREMIUM DUE NOW: $ -0- |
|---|---|---|

THE FOLLOWING LOSS PAYEE IS ADDED AND MADE A PART OF THIS POLICY WITH RESPECTS TO THE CASE DOZER, s/n CAL001062:

    CRAWLER SUPPLY CO., INC.
    P O BOX 52729
    BATON ROUGE, LA 70892-2728

**FORMS ATTACHED AT INCEPTION OF THIS CHANGE ENDORSEMENT**

Countersignature of Authorized Agent:_____
                    Producer:   **ELLSWORTH CORPORATION**          Date  09/25/2006  kw
                                **P. O. BOX 8210**
                                **METAIRIE, LA 70011-8210**



**Fireman's Fund®**

POLICY NUMBER    MXI97853973

Named Insured                                         Sequential Endorsement Number  043
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

CHANGE ENDORSEMENT
**Effective 04/21/2006, 12:01 A.M.,**
**Standard Time at the Address of the insured**

**This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force
and effect.  Premium adjustments are shown.**

| PREMIUM SUMMARY: | ADDITIONAL | PREMIUM DUE NOW: $ 682. p/r $ 725. |
|---|---|---|

```
THE FOLLOWING ITEM IS ADDED AND MADE A PART OF THIS POLICY:


CASE 580M, s/n N5C390929                    $ 55,800.
$ 250,000.


LOSS PAYEE:   LEE TRACTOR CO., INC.
              P. O. BOX 939
              KENNER, LA 70063
```

**FORMS ATTACHED AT INCEPTION OF THIS CHANGE ENDORSEMENT**

Countersignature of Authorized Agent:_____
                        Producer:   **ELLSWORTH CORPORATION**          Date  _09/25/2006  kw_
                                    **P. O. BOX 8210**
                                    **METAIRIE, LA 70011-8210**



**Fireman's Fund®**

POLICY NUMBER   **MXI97853973**

Named Insured                                       Sequential Endorsement Number **042**
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

CHANGE ENDORSEMENT
**Effective 04/10/2006, 12:01 A.M.,**
**Standard Time at the Address of the insured**

**This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force
and effect.  Premium adjustments are shown.**

| PREMIUM SUMMARY: | ADDITIONAL | PREMIUM DUE NOW: $ 4,365. p/r $ 4,500. |
| --- | --- | --- |

```
THE FOLLOWING ITEM IS ADDED AND MADE A PART OF THIS POLICY:


1974 LINK BELT MODEL 418, 110 TON CRAWLER CRANE
W/160' BOOM, s/n 4EV476                            $ 250,000.


LOSS PAYEE:  B & G CRANE SERVICE, L.L.C.
             725 CENTRAL AVE.
             JEFFERSON, LA
```

**FORMS ATTACHED AT INCEPTION OF THIS CHANGE ENDORSEMENT**

Countersignature of Authorized Agent:_____
                         Producer:   **ELLSWORTH CORPORATION**          Date  _09/25/2006  kw_
                                     **P. O. BOX 8210**
                                     **METAIRIE, LA 70011-8210**



**Fireman's Fund®**

POLICY NUMBER    **MXI97853973**

Named Insured                                    Sequential Endorsement Number  **041**
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

CHANGE ENDORSEMENT
**Effective 03/30/2006, 12:01 A.M.,
Standard Time at the Address of the insured**

**This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force
and effect.  Premium adjustments are shown.**

| PREMIUM SUMMARY: | ADDITIONAL | PREMIUM DUE NOW: $ -0- |
|---|---|---|

THE FOLLOWING LOSS PAYEE IS ADDED AND MADE A PART OF THIS POLICY WITH RESPECTS
TO ALL OWNED EQUIPMENT:

```
HIBERNIA BANK
P. O. BOX 61062
NEW ORLEANS, LA 70161
ATTN: AMY EDWARDS
```

**FORMS ATTACHED AT INCEPTION OF THIS CHANGE ENDORSEMENT**

Countersignature of Authorized Agent:_____
                 Producer:    **ELLSWORTH CORPORATION**              Date  __09/25/2006  kw__
                              **P. O. BOX 8210**
                              **METAIRIE, LA 70011-8210**



**Fireman's Fund®**

POLICY NUMBER    **MXI97853973**

Named Insured
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

Sequential Endorsement Number  **040**

## CHANGE ENDORSEMENT
**Effective 04/04/2006, 12:01 A.M.,**
**Standard Time at the Address of the insured**

**This is an Endorsement only. Other than changes shown, all other pre-existing coverage remains in full force and effect. Premium adjustments are shown.**

**PREMIUM SUMMARY:**          **ADDITIONAL    PREMIUM DUE NOW: $ 0.00**

---

THE FOLLOWING LOSS PAYEES ARE ADDED:

BOTTOM LINE EQUIPMENT, LLC, 10260 AIRLINE HWY, ST. ROSE, LA 70087, IS ADDED
RESPECTS RENTED JOHN DEERE 750, S# 913052.

STEARNS BANK, 500 13TH ST., P O BOX 750, ALBANY, MN 56307, IS ADDED RESPECTS
ITEM #31, TAKEUCHI LOADER, S# 21501969.

---

**FORMS ATTACHED AT INCEPTION OF THIS CHANGE ENDORSEMENT**

Countersignature of Authorized Agent:_____

|  Producer: | **ELLSWORTH CORPORATION** | Date  04/12/2006 |
| | **P. O. BOX 8210** | |
| | **METAIRIE, LA 70011-8210** | |



Fireman's
Fund®

POLICY NUMBER   MXI97853973

Named Insured
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

Sequential Endorsement Number  **039A**

CHANGE ENDORSEMENT
**Effective 03/30/2006, 12:01 A.M.,
Standard Time at the Address of the insured**

**This is an Endorsement only. Other than changes shown, all other pre-existing coverage remains in full force
and effect. Premium adjustments are shown.**

| PREMIUM SUMMARY: | ADDITIONAL | PREMIUM DUE NOW: $ -0- |
|---|---|---|

ENDORSEMENT NO. 039 IS REVISED TO READ:

THE FOLLOWING CHANGES ARE APPLICABLE TO THIS POLICY:

1)   THE ATTACHED REVISED CONTRACTOR'S EQUIPMENT DECLARATIONS, FORM 135154
     DEC 01-83, REPLACES THE CURRENT DECLARATIONS ON THIS POLICY.

2)   FORM 140569 01 83, FLOOD, IS ADDED.

3)   THE ATTACHED REVISED CONTRACTOR'S EQUIPMENT SCHEDULE, REPLACES THE
     CURRENT SCHEDULE.

4)   FORM 140577 01 83, CONTRACTORS' EQUIPMENT PROPERTY LEASED OR RENTED FROM
     OTHER ENDORSEMENT, IS AMENDED AS FOLLOWS:
     RATE    $ 2.55

5)   ITEM b., SECTION 2., PROPERTY EXCLUDED, OF THE CONTRACTOR S EQUIPMENT
     FORM, 135154 01 83, IS DELETED IN ITS ENTIRETY AND REPLACED BY THE
     FOLLOWING:
     2. PROPERTY EXCLUDED
        b. PROPERTY WHILE WATERBORNE (EXCEPT DURING FERRY
           OPERATIONS), FOR AN AMOUNT IN EXCESS OF $250,000. IN ANY
           ONE OCCURRENCE. FOR THE PURPOSES OF THE INSURANCE UNDER
           THIS FORM, ANY PROPERTY WHILE LOCATED ON ANY FIXED
           PLATFORMS SHALL BE CONSIDERED WATERBORNE.

**FORMS ATTACHED AT INCEPTION OF THIS CHANGE ENDORSEMENT**

Countersignature of Authorized Agent:_____
                                   Producer:   **ELLSWORTH CORPORATION**      Date _09/25/2006_kw_
                                               **P. O. BOX 8210**
                                               **METAIRIE, LA 70011-8210**


**Fireman's Fund®**

**RENEWAL POLICY NUMBER**
MXI97853973

Previous Policy Numbers
MXI97853973

Coverage for policies other than
WORKERS' COMPENSATION is
provided in the following company
1 FIREMANS FUND
INSURANCE CO.

**RENEWAL CERTIFICATE
GENERAL DECLARATIONS**

**Named Insured and Mailing Address**

SHAVERS-WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470

The Named Insured is a(n) CORPORATION
Business or Operations of the Named Insured:  CONTRACTOR

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**INLAND MARINE COVERAGES**

In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed, it is agreed that the policy period is extended and made to read:

Policy Period (for above coverages)
Inception Date:  03/30/2006
Expiration Date:  03/30/2007
Beginning and ending at 12:01 A.M., Standard Time
At the address of the insured

PREMIUM SUMMARY:
Estimated Annual Premium $    39,154.
Premium Due at Inception $    39,154.

☐ Terrorism Risk Insurance Act - Certified Acts Coverage - Covered  $
☒ Terrorism Risk Insurance Act – Certified Acts Coverage - Not Covered  $ 0

**ENDORSEMENT 039 IS ATTACHED**

Countersignature of Authorized Representative:_____

Producer:   ELLSWORTH CORPORATION
P. O. BOX 8210
METAIRIE, LA 70011-8210

Date 04/11/2006

RC-1  02 03R



Fireman's Fund®

POLICY NUMBER    MXI97853973

Named Insured
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

Sequential Endorsement Number  039

**CHANGE ENDORSEMENT**
**Effective 03/30/2006, 12:01 A.M.,**
**Standard Time at the Address of the insured**

This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force and effect.  Premium adjustments are shown.

**PREMIUM SUMMARY:**        **ADDITIONAL    PREMIUM DUE NOW: $ 0.00**

---

THE FOLLOWING CHANGES ARE APPLICABLE TO THIS POLICY:

1)   THE ATTACHED REVISED CONTRACTOR'S EQUIPMENT DECLARATIONS, FORM 135154
     DEC 01-83, REPLACES THE CURRENT DECLARATIONS ON THIS POLICY.

2)   FORM 140569 01 83, FLOOD, IS ADDED.

3)   THE ATTACHED REVISED CONTRACTOR'S EQUIPMENT SCHEDULE, REPLACES THE
     CURRENT SCHEDULE.

4)   FORM 140577 01 83, CONTRACTORS' EQUIPMENT PROPERTY LEASED OR RENTED FROM
     OTHER ENDORSEMENT, IS AMENDED AS FOLLOWS:

     RATE    $ 2.55

5)   ITEM b., SECTION 2., PROPERTY EXCLUDED, OF THE CONTRACTOR S EQUIPMENT
     FORM, 135154 01 83, IS DELETED IN ITS ENTIRETY AND REPLACED BY THE
FOLLOWING:

     2. PROPERTY EXCLUDED

         b. PROPERTY WHILE WATERBORNE (EXCEPT DURING FERRY
            OPERATIONS).  FOR THE PURPOSES OF THE INSURANCE UNDER THIS
            FORM, ANY PROPERTY WHILE LOCATED ON ANY FIXED PLATFORMS
            SHALL BE CONSIDERED WATERBORNE.

**FORMS ATTACHED AT INCEPTION OF THIS CHANGE ENDORSEMENT**

CONTRACTOR'S EQUIPMENT SCHEDULE, RC-1 02 03R, 135154DEC 01 83, 140569 01 83

Countersignature of Authorized Agent:_____

       Producer:   **ELLSWORTH CORPORATION**      Date  04/11/2006_____
                    **P. O. BOX 8210**
                    **METAIRIE, LA 70011-8210**

# Contractor's Equipment Declarations – 135154 DEC 01-83
Commercial Inland Marine

| Insured | SHAVERS-WHITTLE CONSTRUCTION, INC. | Policy Number | MXI97853973 |
|---|---|---|---|
| Producer | ELLSWORTH CORPORATION | Effective Date | 03/30/2006 |

These Declarations are issued with and are part of coverage form 135154

## Declarations

Insurance is provided only for those coverages for which an "X" is entered in the applicable box and when limits of liability or amounts are stated in the place provided in these declarations.

☒ Broad Form   ☐ Specified Perils Form   Coinsurance 100%   Deductible $SEE DEDUCTIBLE CLAUSE   Employees Tools Deductible $250.

Aggregate Limit Of Liability $2,616,093.

The amount of any loss of or to any item insured shall be determined as set forth in condition 6. valuation and shall be on an actual cash value basis unless replacement cost is shown below.

| Item | Description | Replacement Cost Applies | Limit Of Liability |
|---|---|---|---|
| | PER SCHEDULE ATTACHED | NO | $2,616,093 |
| | | ____ | $ |
| | | ____ | $ |

### LOSS PAYEES

| Item | Loss payee name and address for designated items above |
|---|---|

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the Fireman's Fund Insurance Companies as named in the policy

_James S. Moewhamer_
Secretary

_[signature]_
President

135154DEC 01-83

# Flood – 140569 01 83
Policy Amendment Commercial Inland Marine

| | | | |
|---|---|---|---|
| Insured | SHAVERS-WHITTLE CONSTRUCTION, INC. | Policy Number | MXI97853973 |
| Producer | ELLSWORTH CORPORATION | Effective Date | 03/30/2006 |

**Schedule**

**Limit of Liability for Any One Loss**

**$500,000.**

**Deductible**

**$10,000.**

(If no entry appears above, information required to complete this Endorsement will be shown in the Declarations as applicable to this Endorsement.)

It is agreed that Paragraph 4.f. **Perils Excluded**, of the Contractors' Equipment Form attached to this supplemental policy is deleted.

It is further agreed that this policy insures against Loss caused by or resulting from flood, meaning a general and temporary condition of partial or complete inundation of normally dry land areas from:

a.   The overflow of inland or tidal waters;

b.   The rapid accumulation or runoff of surface waters from any source; or,

c.   Mudslides which are caused or precipitated by accumulation of water on or under the ground.

Each such Loss shall be adjusted separately and form the amount of each such adjusted Loss, the deductible amount specified in the Declarations shall be deducted.

The maximum liability of the Company for Loss insured under the terms and conditions of this endorsement shall in no event exceed the Limit of Liability specified in the Declarations for any one Loss.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

President

# CONTRACTOR'S EQUIPMENT SCHEDULE

| Insured | SHAVERS-WHITTLE CONSTRUCTION, INC. | Policy Number | MXI97853973 |
|---|---|---|---|
| Producer | ELLSWORTH CORPORATION | Effective Date | 03/30/2006 |

| Item No. | Description of Item | Serial Number | Limit of Insurance |
|---|---|---|---|
| 001 | Flashing Arrow Board | 16-0577-031-8000 | $ 5,000. |
| 002 | Nikon DRM 310 Total Station | 842673 | $ 7,500. |
| 003 | Haag Trammel Sokkia Total Station w/accessories | 20907 | $ 6,000. |
| 004 | Komatsu PC35R-8E | 20619 | $ 39,813. |
| 005 | Nikon Total Station | 842364 | $ 10,000. |
| 006 | 1974 American 5299A-60 Ton Crawler Crane | GS-17220 | $ 135,000. |
| 007 | Case 850 Crawler Dozer | JJG0296559 | $ 88,000. |
| 008 | Kubota Tractor, Mdl # M8200DT, w/ 7' rotary mower | 53804 | $ 26,700. |
| 009 | Kubota Tractor, Mdl M5700SD2F w. accessories | 53388 | $ 32,700. |
| 010 | Lee Tractor, 850 HWT LGP Dozer | JJG0296621 | $ 87,700. |
| 011 | 1975 Linkbelt Model LS 418A Crawler Crane | 4EV443 | $ 275,000. |
| 012 | 2004 Cargo Trailer #2, 7x16x6 ½  ID 4D6EB16274C006213 | XP7162 | $ 3,800. |
| 013 | Stabcat Sheetpile Threader | SC-046 | $ 5,000. |
| 014 | 2 Stihl Chainsaws w/accessories | 252669517/261046837 | $ 4,525. |
| 015 | 1 ½ yd. Concrete bucket make: Garbro Model: 442G | SHOP002761 | $ 3,800. |
| 016 | #25 Power Unit Vibro Hammer | P35872 | $ 11,500. |
| 017 | Power Roller Screed w/Accessories | RTF0704004 | $ 4,000. |
| 018 | Ice-Model I-19 Pilen Driving hammer complete w/26" lead guides (kit) | 30501A | $ 57,950. |
| 019 | Model I-19 Hammer Leads - 26" x 32' top lead sect. | N701243 | $ 5,031. |

| 020 | Model I-19 Hammer Leads - 26" x 8' lead sect. QTY - 3 | N701244 | $ 4,731. |
| 021 | Model I-19 Hammer Leads - 26" x 16' lead sect. QTY - 4 | N701241 | $ 11,320. |
| 022 | Hyundi 140LC-7 Hydraulic Excavator | | $ 112,000. |
| 023 | Forklift | 25286 | $ 58,400. |
| 024 | Sokkia Total Station SET5F | D22881 | $ 9,000. |
| 025 | 2004 Cerda C4M820KE Trench Shield | C040465/RMS#474553 | $ 8,300. |
| 026 | Leica Pipe Laser and 6700 Beam aliner | 6775-21485 | $ 5,000. |
| 027 | Vulcan Air Hammer Model 06 w/head sheave & Air fitting | F16405 | $ 75,000. |
| 028 | Case 62i Dwheel Loader | JEE0138545 | $ 128,000. |
| 029 | One Case Wheel Loader Model 621D | JEE0138411 | $ 127,000. |
| 030 | One Case Wheel Loader Model 621D | JEE0138662 | $ 124,000. |
| 031 | Takeuchi Model TL150 Track Loader with attachments | 21501969 | $ 53,159. |
| 032 | 450 J Crawler Dozer | T0450TX118757 | $ 74,699. |
| 033 | 2006 Sunline Trailer Camper | 1LC2S2N246D285428 | $ 26,310. |
| 034 | Kobelco KS160 Excavator | 4M03-U1159 | $ 126,841. |
| 035 | 2006 Jag Travel Trailer | 4EXTS32266S095389 | $ 22,020. |
| 036 | 2006 Sunshine trailer Camper | ILC2S2N2X6D285434 | $ 26,310. |
| 037 | Blade Tarke Attachment for 750 Dozer | R40482 A & B | 4,430. |
| 038 | Vibratory Driver/Hammer Model 44-50 Including accessories | V36847 | $ 219,065. |
| 039 | American Model 5300 70 Ton crawler Crane w/160' boom + accessories | 8309403194 | $ 225,000. |
| 040 | Spotter w/front knuckle assy | 10101 | $ 15,530. |
| 041 | Lee Tractor, case 750K Dozer | CAL003214 | $ 91,483. |
| 042 | Kobelco SK 250LC | LL09U1139 | $ 161,346. |
| 043 | 6" Trash Pump Multiquip | 62TDD-9753 | $ 12,500. |

| 044 | Sokkia Set600 Total Station w/accessories | 141835 | $ 5,630. |
| 045 | Miscellaneous unscheduled tools and equipment subject to a maximum amount of insruance of $ 3,500. onany one item. | | $ 80,000. |



**Fireman's Fund®**

POLICY NUMBER    MXI97853973

Named Insured                                    Sequential Endorsement Number  039
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

CHANGE ENDORSEMENT
Effective 03/30/2006, 12:01 A.M.,
Standard Time at the Address of the insured

This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force and effect.  Premium adjustments are shown.

PREMIUM SUMMARY:          ADDITIONAL   PREMIUM DUE NOW: $ 0.00

---

THE FOLLOWING CHANGES ARE APPLICABLE TO THIS POLICY:

1)   THE ATTACHED REVISED CONTRACTOR'S EQUIPMENT DECLARATIONS, FORM 135154
     DEC 01-83, REPLACES THE CURRENT DECLARATIONS ON THIS POLICY.

2)   FORM 140569 01 83, FLOOD, IS ADDED.

3)   THE ATTACHED REVISED CONTRACTOR'S EQUIPMENT SCHEDULE, REPLACES THE
     CURRENT SCHEDULE.

4)   FORM 140577 01 83, CONTRACTORS' EQUIPMENT PROPERTY LEASED OR RENTED FROM
     OTHER ENDORSEMENT, IS AMENDED AS FOLLOWS:

     RATE     $ 2.55

5)   ITEM b., SECTION 2., PROPERTY EXCLUDED, OF THE CONTRACTOR S EQUIPMENT
     FORM, 135154 01 83, IS DELETED IN ITS ENTIRETY AND REPLACED BY THE
FOLLOWING:

     2. PROPERTY EXCLUDED        → *for any amount in excess*
                                   *of $250,000. in any 1 occurrence.*

     b. PROPERTY WHILE WATERBORNE (EXCEPT DURING FERRY
        OPERATIONS), FOR THE PURPOSES OF THE INSURANCE UNDER THIS
        FORM, ANY PROPERTY WHILE LOCATED ON ANY FIXED PLATFORMS
        SHALL BE CONSIDERED WATERBORNE.



**Fireman's Fund®**

| **POLICY NUMBER**<br>MXI97853973 | Transaction Type<br>ENDORSEMENT  054 | Coverage for policies other than<br>**WORKERS' COMPENSATION is**<br>**provided in the following company**<br>**1 FIREMANS FUND**<br>**INSURANCE CO.** |
|---|---|---|

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

**Change Effective Date: 01/10/2007**
        Policy Period Inception Date: 03/30/2006
        Expiration Date:        03/30/2007

PREMIUM SUMMARY:

**Premium**    **$ 82.00**

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

| Producer: | **ELLSWORTH CORPORATION**<br>**P. O. BOX 8210**<br>**METAIRIE, LA 70011-8210** | Transaction Date <u>07/25/2007</u> |
|---|---|---|

**Mandatory Premium Transaction Form  01 05**



**Fireman's Fund**®

POLICY NUMBER   **MXI97853973**

Named Insured
**SHAVERS-WHITTLE CONSTRUCTION, INC.**

Sequential Endorsement Number **053**

### CHANGE ENDORSEMENT
Effective 02/07/2007, 12:01 A.M.,
Standard Time at the Address of the insured

**This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force and effect.  Premium adjustments are shown.**

| PREMIUM SUMMARY: | ADDITIONAL | PREMIUM DUE NOW: $ 320 |
| --- | --- | --- |

THE FOLLOWING ITEM IS BEING ADDED TO THE CONTRACTOR'S EQUIPMENT SCHEDULE.

| ITEM DESCRIPTION | REPLACEMENT COST | LIMIT |
| --- | --- | --- |
| HYUNDAI 290LC-7 LONG REACH HYDRAULIC EXCAVATOR (60) S#11687 | NO | $175,824 |

AGGREGATE LIMIT OF LIABILITY IS AMENDED TO: $3,136,592

**FORMS ATTACHED AT INCEPTION OF THIS CHANGE ENDORSEMENT**

Countersignature of Authorized Agent:_____
Producer:   **ELLSWORTH CORPORATION**
**P. O. BOX 8210**
**METAIRIE, LA 70011-8210**

Date _03/05/2007 YC_



**Fireman's Fund®**

| | | |
|---|---|---|
| **POLICY NUMBER**<br>MXI97853973 | Transaction Type<br>ENDORSEMENT 052 | Coverage for policies other than<br>**WORKERS' COMPENSATION is**<br>**provided in the following company**<br>**1 FIREMANS FUND**<br>**INSURANCE CO.** |

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

> **Change Effective Date: 01/17/2007**
> Policy Period Inception Date: 03/30/2006
> Expiration Date:          03/30/2007

PREMIUM SUMMARY:

**Premium**     $ 17.00

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

| | | |
|---|---|---|
| Producer: | **ELLSWORTH CORPORATION**<br>**P. O. BOX 8210**<br>**METAIRIE, LA 70011-8210** | Transaction Date <u>02/12/2007</u> |

**Mandatory Premium Transaction Form  01 05**



Fireman's
Fund®

**POLICY NUMBER**
MXI97853973

Transaction Type
ENDORSEMENT NO. 051

Coverage for policies other than
WORKERS' COMPENSATION is
provided in the following company
**1 FIREMANS FUND
INSURANCE CO.**

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

**Change Effective Date: 12/22/2006**
        Policy Period Inception Date: 03/30/2006
        Expiration Date:              03/30/2007

PREMIUM SUMMARY:

**Premium**        $ 118.00

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

Producer:   **ELLSWORTH CORPORATION
            P. O. BOX 8210
            METAIRIE, LA 70011-8210**

Transaction Date 1/24/2007

**Mandatory Premium Transaction Form  01 05**


**Fireman's Fund®**

| | | |
|---|---|---|
| **POLICY NUMBER**<br>MXI97853973 | Transaction Type<br>ENDORSEMENT 052 | Coverage for policies other than<br>**WORKERS' COMPENSATION is**<br>**provided in the following company**<br>**1 FIREMANS FUND**<br>**INSURANCE CO.** |

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

**Change Effective Date: 01/17/2007**
        Policy Period Inception Date: 03/30/2006
        Expiration Date:             03/30/2007

PREMIUM SUMMARY:

**Premium**        $ 17.00

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

Producer:   **ELLSWORTH CORPORATION**
            **P. O. BOX 8210**
            **METAIRIE, LA 70011-8210**

Transaction Date 02/12/2007

**Mandatory Premium Transaction Form  01 05**



**Fireman's Fund®**

| | | |
|---|---|---|
| **POLICY NUMBER**<br>MXI97853973 | Transaction Type<br>ENDORSEMENT NO. 051 | Coverage for policies other than<br>**WORKERS' COMPENSATION is<br>provided in the following company<br>1 FIREMANS FUND<br>INSURANCE CO.** |

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

> **Change Effective Date: 12/22/2006**
> Policy Period Inception Date: 03/30/2006
> Expiration Date:             03/30/2007

PREMIUM SUMMARY:

**Premium**      $ 118.00

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

Producer:   **ELLSWORTH CORPORATION
P. O. BOX 8210
METAIRIE, LA 70011-8210**

Transaction Date <u>1/24/2007</u>

**Mandatory Premium Transaction Form  01 05**


**Fireman's Fund**®

**POLICY NUMBER**
MXI97853973

Transaction Type
ENDORSEMENT 050

Coverage for policies other than
WORKERS' COMPENSATION is
provided in the following company
1 FIREMANS FUND
INSURANCE CO.

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

SHAVERS WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.

Change Effective Date: 12/12/2006
Policy Period Inception Date: 03/30/2006
Expiration Date:                03/30/2007

PREMIUM SUMMARY:

Premium        $ -4,995.00

Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.

Producer:   ELLSWORTH CORPORATION
            P. O. BOX 8210
            METAIRIE, LA 70011-8210

Transaction Date 01/10/2007

Mandatory Premium Transaction Form  01 05



**Fireman's Fund®**

| **POLICY NUMBER**<br>MXI97853973 | Transaction Type<br>ENDORSEMENT 049 | Coverage for policies other than<br>WORKERS' COMPENSATION is<br>provided in the following company<br>1 FIREMANS FUND<br>INSURANCE CO. |
|---|---|---|

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

**Change Effective Date: 11/13/2006**
Policy Period Inception Date: 03/30/2006
Expiration Date:          03/30/2007

PREMIUM SUMMARY:

**Premium**      **$ -1,688.00**

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

| Producer: | **ELLSWORTH CORPORATION**<br>**P. O. BOX 8210**<br>**METAIRIE, LA 70011-8210** | Transaction Date 01/10/2007 |
|---|---|---|

**Mandatory Premium Transaction Form  01 05**



Fireman's
Fund®

| **POLICY NUMBER**<br>MXI97853973 | Transaction Type<br>ENDORSEMENT NO. 048 | **Coverage for policies other than<br>WORKERS' COMPENSATION is<br>provided in the following company<br>1 FIREMANS FUND<br>INSURANCE CO.** |
|---|---|---|

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

**Change Effective Date: 08/10/2006**
            Policy Period Inception Date: 03/30/2006
            Expiration Date:            03/30/2007

PREMIUM SUMMARY:

**Premium        $ 1,083.00**

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

Producer:    **ELLSWORTH CORPORATION
             P. O. BOX 8210
             METAIRIE, LA 70011-8210**

Transaction Date <u>11/16/2006</u>

**Mandatory Premium Transaction Form  01 05**



**Fireman's Fund®**

| | | |
|---|---|---|
| **POLICY NUMBER**<br>MXI97853973 | Transaction Type<br>ENDORSEMENT NO. 047 | **Coverage for policies other than**<br>**WORKERS' COMPENSATION is**<br>**provided in the following company**<br>**1 FIREMANS FUND**<br>**INSURANCE CO.** |

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

Change Effective Date: 06/20/2006
    Policy Period Inception Date: 03/30/2006
    Expiration Date:            03/30/2007

PREMIUM SUMMARY:

**Premium          $ 0.00**

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

Producer:   **ELLSWORTH CORPORATION**
            **P. O. BOX 8210**
            **METAIRIE, LA 70011-8210**

Transaction Date <u>09/25/2006</u>

**Mandatory Premium Transaction Form  01 05**



**Fireman's Fund®**

| POLICY NUMBER | Transaction Type | Coverage for policies other than |
|---|---|---|
| MXI97853973 | ENDORSEMENT NO. 046 | WORKERS' COMPENSATION is provided in the following company |

**Coverage for policies other than WORKERS' COMPENSATION is provided in the following company**
**1 FIREMANS FUND INSURANCE CO.**

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

**Change Effective Date: 05/11/2006**
Policy Period Inception Date: 03/30/2006
Expiration Date:                03/30/2007

PREMIUM SUMMARY:

**Premium        $ 0.00**

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

Producer:    **ELLSWORTH CORPORATION**                    Transaction Date <u>09/25/2006</u>
                  **P. O. BOX 8210**
                  **METAIRIE, LA 70011-8210**

**Mandatory Premium Transaction Form  01 05**



**Fireman's Fund®**

| POLICY NUMBER | Transaction Type | Coverage for policies other than |
|---|---|---|
| MXI97853973 | ENDORSEMENT NO. 045 | WORKERS' COMPENSATION is provided in the following company 1 FIREMANS FUND INSURANCE CO. |

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

> **Change Effective Date: 05/08/2006**
> Policy Period Inception Date: 03/30/2006
> Expiration Date:           03/30/2007

PREMIUM SUMMARY:

**Premium**      **$ 1,918.00**

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

| Producer: | ELLSWORTH CORPORATION P. O. BOX 8210 METAIRIE, LA 70011-8210 | Transaction Date 09/25/2006 |
|---|---|---|

**Mandatory Premium Transaction Form  01 05**



**Fireman's Fund®**

| | | |
|---|---|---|
| **POLICY NUMBER**<br>MXI97853973 | Transaction Type<br>ENDORSEMENT NO. 044 | Coverage for policies other than<br>**WORKERS' COMPENSATION is**<br>provided in the following company<br>**1 FIREMANS FUND**<br>**INSURANCE CO.** |

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

**Change Effective Date: 04/25/2006**
Policy Period Inception Date: 03/30/2006
Expiration Date:          03/30/2007

PREMIUM SUMMARY:

**Premium       $ 0.00**

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

Producer:    **ELLSWORTH CORPORATION**          Transaction Date 09/25/2006
             **P. O. BOX 8210**
             **METAIRIE, LA 70011-8210**

**Mandatory Premium Transaction Form  01 05**



**Fireman's Fund®**

| **POLICY NUMBER**<br>MXI97853973 | Transaction Type<br>ENDORSEMENT NO. 043 | **Coverage for policies other than<br>WORKERS' COMPENSATION is<br>provided in the following company<br>1 FIREMANS FUND<br>INSURANCE CO.** |
|---|---|---|

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

**Change Effective Date: 04/21/2006**
Policy Period Inception Date: 03/30/2006
Expiration Date: 03/30/2007

PREMIUM SUMMARY:

**Premium**    **$ 682.00**

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

| Producer: | **ELLSWORTH CORPORATION**<br>**P. O. BOX 8210**<br>**METAIRIE, LA 70011-8210** | Transaction Date <u>09/25/2006</u> |
|---|---|---|

**Mandatory Premium Transaction Form  01 05**



**Fireman's Fund®**

| POLICY NUMBER | Transaction Type | Coverage for policies other than |
|---|---|---|
| MXI97853973 | ENDORSEMENT NO. 042 | WORKERS' COMPENSATION is provided in the following company 1 FIREMANS FUND INSURANCE CO. |

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

> **Change Effective Date: 04/10/2006**
> Policy Period Inception Date: 03/30/2006
> Expiration Date:            03/30/2007

PREMIUM SUMMARY:

**Premium**        **$ 4,365.00**

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

| Producer: | ELLSWORTH CORPORATION P. O. BOX 8210 METAIRIE, LA 70011-8210 | Transaction Date 09/25/2006 |
|---|---|---|

**Mandatory Premium Transaction Form  01 05**



**Fireman's Fund®**

| **POLICY NUMBER**<br>MXI97853973 | Transaction Type<br>ENDORSEMENT NO. 041 | Coverage for policies other than<br>**WORKERS' COMPENSATION** is<br>provided in the following company<br>**1 FIREMANS FUND<br>INSURANCE CO.** |
|---|---|---|

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

---

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

**Change Effective Date: 03/30/2006**
　　Policy Period Inception Date: 03/30/2006
　　Expiration Date:　　　　03/30/2007

PREMIUM SUMMARY:

**Premium**　　　**$ 0.00**

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

---

Producer:　**ELLSWORTH CORPORATION
P. O. BOX 8210
METAIRIE, LA 70011-8210**

Transaction Date <u>09/25/2006</u>

**Mandatory Premium Transaction Form  01 05**



**Fireman's Fund®**

| **POLICY NUMBER**<br>MXI97853973 | Transaction Type<br>ENDORSEMENT NO. 039A | **Coverage for policies other than<br>WORKERS' COMPENSATION is<br>provided in the following company<br>1 FIREMANS FUND<br>INSURANCE CO.** |
|---|---|---|

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

> **Change Effective Date: 03/30/2006**
> > Policy Period Inception Date: 03/30/2006
> > Expiration Date:            03/30/2007

PREMIUM SUMMARY:

**Premium**        $ 0.00

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

| Producer: | **ELLSWORTH CORPORATION<br>P. O. BOX 8210<br>METAIRIE, LA 70011-8210** | Transaction Date 09/25/2006 |
|---|---|---|

**Mandatory Premium Transaction Form  01 05**


**Fireman's Fund**

**POLICY NUMBER**
MXI-97853973

Transaction Type
ANNUAL CE REPORT

Coverage for policies other than
WORKERS' COMPENSATION is
provided in the following company
FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.

Change Effective Date: 03/30/2006
Policy Period Inception Date:      03/30/2005
Expiration Date: 03/30/2006

PREMIUM SUMMARY:

Premium      · 1,586.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

Producer:   **ELLSWORTH CORPORATION**
**P O BOX 8210**
**METAIRIE, LA 70011**

Transaction Date 6-21-06



**Fireman's Fund®**

| **POLICY NUMBER**<br>MXI97853973 | Transaction Type<br>ENDORSEMENT 040 | Coverage for policies other than<br>**WORKERS' COMPENSATION is**<br>**provided in the following company**<br>**1 FIREMANS FUND**<br>**INSURANCE CO.** |

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

**Change Effective Date: 04/04/2006**
Policy Period Inception Date: 03/30/2006
Expiration Date:              03/30/2007

PREMIUM SUMMARY:

**Premium**      **$ 0.00**

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

| Producer: | **ELLSWORTH CORPORATION**<br>**P. O. BOX 8210**<br>**METAIRIE, LA 70011-8210** | Transaction Date <u>04/12/2006</u> |

**Mandatory Premium Transaction Form  01 05**



**Fireman's Fund®**

| | | |
|---|---|---|
| **POLICY NUMBER**<br>·MXI97853973 | Transaction Type<br>RENEWAL 06/07 | Coverage for policies other than<br>**WORKERS' COMPENSATION is**<br>**provided in the following company**<br>**1 FIREMANS FUND**<br>**INSURANCE CO.** |

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

> **Change Effective Date: 03/30/2006**
> Policy Period Inception Date: 03/30/2006
> Expiration Date:               03/30/2007

PREMIUM SUMMARY:

**Premium**      $ 39,154.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

| | | |
|---|---|---|
| Producer:   **ELLSWORTH CORPORATION**<br>                 **P. O. BOX 8210**<br>                 **METAIRIE, LA 70011-8210** | | Transaction Date <u>04/11/2006</u> |

**Mandatory Premium Transaction Form  01 05**



**Fireman's Fund**

| | | |
|---|---|---|
| **POLICY NUMBER**<br>MXI-97853973 | Transaction Type<br>Endorsement 38 ap | Coverage for policies other than<br>**WORKERS' COMPENSATION is<br>provided in the following company<br>FIREMAN'S FUND<br>INSURANCE COMPANY<br>NOVATO, CA 94998<br>A STOCK INSURANCE CO. (01)** |

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

**Change Effective Date:** 03/07/2006
Policy Period Inception Date:     03/30/2005
Expiration Date:  03/30/2006

PREMIUM SUMMARY:

Premium         4.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

Producer:   **ELLSWORTH CORPORATION
P O BOX 8210
METAIRIE, LA 70011**           Transaction Date 3/27/06



**Fireman's Fund**

**POLICY NUMBER**
MXI-97853973

Transaction Type
Endorsement 37 RP

Coverage for policies other than
**WORKERS' COMPENSATION is
provided in the following company
FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)**

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

**Change Effective Date:** <u>02/14/2006</u>
Policy Period Inception Date:      03/30/2005
Expiration Date:  03/30/2006

PREMIUM SUMMARY:

Premium        -874.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

Producer:   **ELLSWORTH CORPORATION
P O BOX 8210
METAIRIE, LA 70011**

Transaction Date <u>3/24/06</u>



**Fireman's Fund**

**POLICY NUMBER**
MXI-97853973

<u>Transaction Type</u>
End 36 ap

Coverage for policies other than
WORKERS' COMPENSATION is
provided in the following company
FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of
the General Provisions and of said coverage(s) or policy having reference thereto.

In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration
thereof, unless otherwise endorsed.

Change Effective Date: <u>01/26/2006</u>
Policy Period Inception Date:      03/30/2005
Expiration Date:  03/30/2006

PREMIUM SUMMARY:

Premium      109.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

Producer:   **ELLSWORTH CORPORATION**
**P O BOX 8210**
**METAIRIE, LA 70011**

Transaction Date <u>3/24/06</u>