

**Fireman's Fund**

**POLICY NUMBER**
MXI-97853973

<u>Transaction Type</u>
Retro RP

Coverage for policies other than
**WORKERS' COMPENSATION is**
**provided in the following company**
**FIREMAN'S FUND**
**INSURANCE COMPANY**
**NOVATO, CA 94998**
**A STOCK INSURANCE CO. (01)**

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

---

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

---

In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.

Change Effective Date: <u>10/06/2005</u>
Policy Period Inception Date:     03/30/2005
Expiration Date:  03/30/2006

---

PREMIUM SUMMARY:

Premium     -34.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

---

Producer:     **ELLSWORTH CORPORATION**
**P O BOX 8210**
**METAIRIE, LA 70011**

Transaction Date <u>3/22/06</u>



**Fireman's Fund**

| | | |
|---|---|---|
| **POLICY NUMBER**<br>MXI-97853973 | <u>Transaction Type</u><br>Endorsement 35 ap | Coverage for policies other than<br>**WORKERS' COMPENSATION is**<br>**provided in the following company**<br>**FIREMAN'S FUND**<br>**INSURANCE COMPANY**<br>**NOVATO, CA 94998**<br>**A STOCK INSURANCE CO. (01)** |

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

---

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

---

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

**Change Effective Date:** <u>01/25/2006</u>
Policy Period Inception Date:      03/30/2005
Expiration Date:  03/30/2006

---

PREMIUM SUMMARY:

**Premium        616.**

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

---

Producer:   **ELLSWORTH CORPORATION**
**P O BOX 8210**
**METAIRIE, LA 70011**

Transaction Date <u>2/2/06</u>



**Fireman's Fund**

## POLICY NUMBER
MXI-97853973

Transaction Type
Endorsement 34 ap

Coverage for policies other than
WORKERS' COMPENSATION is
provided in the following company
**FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)**

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of
the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration
thereof, unless otherwise endorsed.**

**Change Effective Date:** <u>01/24/2006</u>
Policy Period Inception Date:   03/30/2005
Expiration Date:  03/30/2006

PREMIUM SUMMARY:

**Premium     195.** |0

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

Producer:   **ELLSWORTH CORPORATION
P O BOX 8210
METAIRIE, LA 70011**

Transaction Date <u>2/2/06</u>


**Fireman's Fund**

**POLICY NUMBER**
MXI-97853973

<u>Transaction Type</u>
Endorsement 33 ap

Coverage for policies other than
WORKERS' COMPENSATION is
provided in the following company
FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

**Change Effective Date: <u>01/16/2006</u>**
Policy Period Inception Date:     03/30/2005
Expiration Date:  03/30/2006

PREMIUM SUMMARY:

Premium      387.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

Producer:   **ELLSWORTH CORPORATION**
**P O BOX 8210**
**METAIRIE, LA 70011**

Transaction Date <u>2/2/06</u>



**Fireman's Fund**

| | | |
|---|---|---|
| **POLICY NUMBER**<br>MXI-97853973 | <u>Transaction Type</u><br>Endorsement 32 ap | Coverage for policies other than<br>**WORKERS' COMPENSATION is**<br>**provided in the following company**<br>**FIREMAN'S FUND**<br>**INSURANCE COMPANY**<br>**NOVATO, CA 94998**<br>**A STOCK INSURANCE CO. (01)** |

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

Change Effective Date: <u>01/03/2006</u>
    Policy Period Inception Date:    03/30/2005
    Expiration Date:  03/30/2006

PREMIUM SUMMARY:

**Premium      35. 0**

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

| Producer: | **ELLSWORTH CORPORATION**<br>**P O BOX 8210**<br>**METAIRIE, LA 70011** | Transaction Date <u>2/2/06</u> |
|---|---|---|



**Fireman's Fund**

**POLICY NUMBER**
MXI-97853973

<u>Transaction Type</u>
Endorsement 31

Coverage for policies other than
**WORKERS' COMPENSATION is**
**provided in the following company**
**FIREMAN'S FUND**
**INSURANCE COMPANY**
**NOVATO, CA 94998**
**A STOCK INSURANCE CO. (01)**

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.

Change Effective Date: <u>12/28/2005</u>
    Policy Period Inception Date:    03/30/2005
    Expiration Date:  03/30/2006

PREMIUM SUMMARY:

Premium    964.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

Producer:    **ELLSWORTH CORPORATION**
    **P O BOX 8210**
    **METAIRIE, LA 70011**

Transaction Date <u>01/23/2006</u>



**Fireman's Fund**

**POLICY NUMBER**
MXI-97853973

<u>Transaction Type</u>
Endorsement 30

Coverage for policies other than
WORKERS' COMPENSATION is
provided in the following company
FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.

Change Effective Date: <u>12/23/2005</u>
Policy Period Inception Date:      03/30/2005
Expiration Date:  03/30/2006

PREMIUM SUMMARY:

Premium      699.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

Producer:   **ELLSWORTH CORPORATION**
**P O BOX 8210**
**METAIRIE, LA 70011**

Transaction Date <u>01/23/2006</u>



**Fireman's Fund**

| **POLICY NUMBER**<br>MXI-97853973 | <u>Transaction Type</u><br>Endorsement 29 | _Coverage for policies other than<br>**WORKERS' COMPENSATION is<br>provided in the following company<br>FIREMAN'S FUND<br>INSURANCE COMPANY<br>NOVATO, CA 94998<br>A STOCK INSURANCE CO. (01)** |
|---|---|---|

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

**Change Effective Date:** <u>12/12/2005</u>
        Policy Period Inception Date:     03/30/2005
        Expiration Date:  03/30/2006

PREMIUM SUMMARY:

Premium     **55.**

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

        **Producer:**   **ELLSWORTH CORPORATION**       Transaction Date <u>01/23/2006</u>
                     **P O BOX 8210**
                     **METAIRIE, LA 70011**



**Fireman's Fund**

| | | |
|---|---|---|
| **POLICY NUMBER**<br>MXI-97853973 | <u>Transaction Type</u><br>Endorsement 28RP | Coverage for policies other than<br>WORKERS' COMPENSATION is<br>provided in the following company<br>**FIREMAN'S FUND<br>INSURANCE COMPANY<br>NOVATO, CA 94998<br>A STOCK INSURANCE CO. (01)** |

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.<br>P O BOX 1448<br>MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

     **Change Effective Date:** <u>12/10/2005</u>
          Policy Period Inception Date:    03/30/2005
          Expiration Date:  03/30/2006

PREMIUM SUMMARY:

Premium      -1.386.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

| | | |
|---|---|---|
| Producer: | **ELLSWORTH CORPORATION<br>P O BOX 8210<br>METAIRIE, LA 70011** | Transaction Date <u>01/23/2006</u> |



**Fireman's Fund**

**POLICY NUMBER**
MXI-97853973

<u>Transaction Type</u>
Endorsement 27

Coverage for policies other than
WORKERS' COMPENSATION is
provided in the following company
FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

SHAVERS-WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.

Change Effective Date: <u>12/01/2005</u>
        Policy Period Inception Date:        03/30/2005
        Expiration Date:  03/30/2006

PREMIUM SUMMARY:

Premium        12.

Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.

Producer:   ELLSWORTH CORPORATION
            P O BOX 8210
            METAIRIE, LA 70011

Transaction Date <u>01/23/2006</u>



**Fireman's Fund**

**POLICY NUMBER**
MXI-97853973

Transaction Type
Endorsement 26

Coverage for policies other than
**WORKERS' COMPENSATION is
provided in the following company
FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)**

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

    **Change Effective Date:** 11/22/2005
        Policy Period Inception Date:    03/30/2005
        Expiration Date:  03/30/2006

PREMIUM SUMMARY:

**Premium    13.**

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

        **Producer:**   **ELLSWORTH CORPORATION
P O BOX 8210
METAIRIE, LA 70011**

    Transaction Date 01/23/2006



**Fireman's Fund**

| | | |
|---|---|---|
| **POLICY NUMBER**<br>MXI-97853973 | <u>Transaction Type</u><br>Endorsement 25 | Coverage for policies other than<br>**WORKERS' COMPENSATION is**<br>**provided in the following company**<br>**FIREMAN'S FUND**<br>**INSURANCE COMPANY**<br>**NOVATO, CA 94998**<br>**A STOCK INSURANCE CO. (01)** |

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

---

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

---

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

       **Change Effective Date:** <u>11/08/2005</u>
           Policy Period Inception Date:     03/30/2005
           Expiration Date:  03/30/2006

---

PREMIUM SUMMARY:

**Premium**     0.00

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

---

        **Producer:**   **ELLSWORTH CORPORATION**         Transaction Date <u>01/23/2006</u>
                        **P O BOX 8210**
                        **METAIRIE, LA 70011**



**Fireman's Fund**

| | | |
|---|---|---|
| **POLICY NUMBER**<br>MXI-97853973 | <u>Transaction Type</u><br>Endorsement 24RP | Coverage for policies other than<br>WORKERS' COMPENSATION is<br>provided in the following company<br>**FIREMAN'S FUND<br>INSURANCE COMPANY<br>NOVATO, CA 94998<br>A STOCK INSURANCE CO. (01)** |

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

**Change Effective Date:** <u>11/01/2005</u>
       Policy Period Inception Date:    03/30/2005
       Expiration Date:  03/30/2006

PREMIUM SUMMARY:

**Premium**     -416.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

      **Producer:**   **ELLSWORTH CORPORATION
               P O BOX 8210
               METAIRIE, LA 70011**       Transaction Date <u>01/23/2006</u>



**Fireman's Fund**

**POLICY NUMBER**
MXI-97853973

Transaction Type
Endorsement 22

Coverage for policies other than
WORKERS' COMPENSATION is
provided in the following company
**FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)**

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

> **Change Effective Date:** <u>10/31/2005</u>
> Policy Period Inception Date:        03/30/2005
> Expiration Date:  03/30/2006

PREMIUM SUMMARY:

**Premium        130.**

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

Producer:   **ELLSWORTH CORPORATION
P O BOX 8210
METAIRIE, LA 70011**

Transaction Date <u>01/23/2006</u>



**Fireman's Fund**

| | | |
|---|---|---|
| **POLICY NUMBER**<br>MXI-97853973 | <u>Transaction Type</u><br>Endorsement 21 | Coverage for policies other than<br>**WORKERS' COMPENSATION is**<br>**provided in the following company**<br>**FIREMAN'S FUND**<br>**INSURANCE COMPANY**<br>**NOVATO, CA 94998**<br>**A STOCK INSURANCE CO. (01)** |

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

---

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

---

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

**Change Effective Date:** <u>10/27/2005</u>
Policy Period Inception Date:      03/30/2005
Expiration Date:  03/30/2006

---

PREMIUM SUMMARY:

**Premium      378.**

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

---

Producer:      **ELLSWORTH CORPORATION**            Transaction Date <u>01/23/2006</u>
**P O BOX 8210**
**METAIRIE, LA 70011**


**Fireman's Fund**

**POLICY NUMBER**
MXI-97853973

Transaction Type
Endorsement 20

Coverage for policies other than
**WORKERS' COMPENSATION is**
**provided in the following company**
**FIREMAN'S FUND**
**INSURANCE COMPANY**
**NOVATO, CA 94998**
**A STOCK INSURANCE CO. (01)**

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

     **Change Effective Date:** 10/19/2005
        Policy Period Inception Date:     03/30/2005
        Expiration Date:  03/30/2006

PREMIUM SUMMARY:

**Premium**    453.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

        **Producer:**   **ELLSWORTH CORPORATION**       Transaction Date 01/23/2006
                   **P O BOX 8210**
                   **METAIRIE, LA 70011**



**Fireman's Fund**

**POLICY NUMBER**
MXI-97853973

<u>Transaction Type</u>
Endorsement 19

Coverage for policies other than
WORKERS' COMPENSATION is
provided in the following company
FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of
the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration
thereof, unless otherwise endorsed.**

**Change Effective Date:** <u>10/06/2005</u>
Policy Period Inception Date:    03/30/2005
Expiration Date:  03/30/2006

PREMIUM SUMMARY:

**Premium        151.**

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

Producer:    **ELLSWORTH CORPORATION**
**P O BOX 8210**
**METAIRIE, LA 70011**

Transaction Date <u>01/23/2006</u>



**Fireman's Fund**

**POLICY NUMBER**
MXI-97853973

<u>Transaction Type</u>
Endorsement 18

Coverage for policies other than
**WORKERS' COMPENSATION is**
provided in the following company
**FIREMAN'S FUND**
**INSURANCE COMPANY**
*NOVATO, CA 94998*
**A STOCK INSURANCE CO. (01)**

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

**Change Effective Date:** <u>12/05/2005</u>
        Policy Period Inception Date:        03/30/2005
        Expiration Date:  03/30/2006

PREMIUM SUMMARY:

**Premium        17.**

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

        **Producer:**   **ELLSWORTH CORPORATION**            Transaction Date <u>01/03/2006</u>
                **P O BOX 8210**
                **METAIRIE, LA 70011**



**POLICY NUMBER**
MXI-97853973

Transaction Type
Endorsement 17 AP

Coverage for policies other than
WORKERS' COMPENSATION is
provided in the following company
FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

Change Effective Date: 11/10/2005
    Policy Period Inception Date:        03/30/2005
    Expiration Date:  03/30/2006

PREMIUM SUMMARY:

Premium        17.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

Producer:    **ELLSWORTH CORPORATION**
             **P O BOX 8210**
             **METAIRIE, LA 70011**

Transaction Date 11/22/05



**Fireman's Fund**

**POLICY NUMBER**
MXI-97853973

Transaction Type
Endorsement 16

Coverage for policies other than
**WORKERS' COMPENSATION is
provided in the following company
FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)**

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

**Change Effective Date:** 09/29/2005
Policy Period Inception Date:          03/30/2005
Expiration Date:  03/30/2006

PREMIUM SUMMARY:

**Premium          265.**

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

Producer:   **ELLSWORTH CORPORATION
P O BOX 8210
METAIRIE, LA 70011**

Transaction Date 10/19/2005



**Fireman's Fund**

| | | |
|---|---|---|
| **POLICY NUMBER**<br>MXI-97853973 | <u>Transaction Type</u><br>Endorsement 15-RP | Coverage for policies other than<br>**WORKERS' COMPENSATION is**<br>provided in the following company<br>**FIREMAN'S FUND**<br>**INSURANCE COMPANY**<br>**NOVATO, CA 94998**<br>**A STOCK INSURANCE CO. (01)** |

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

---

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

---

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

      **Change Effective Date:** <u>09/28/2005</u>
           Policy Period Inception Date:    03/30/2005
           Expiration Date:  03/30/2006

PREMIUM SUMMARY:

**Premium**     -1363.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

---

      Producer:   **ELLSWORTH CORPORATION**
               **P O BOX 8210**
               **METAIRIE, LA 70011**         Transaction Date <u>10/19/2005</u>



**Fireman's Fund**

**POLICY NUMBER**
MXI-97853973

Transaction Type
Endorsement 14

Coverage for policies other than
WORKERS' COMPENSATION is
provided in the following company
FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

SHAVERS-WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470

---

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of
the General Provisions and of said coverage(s) or policy having reference thereto.

---

In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration
thereof, unless otherwise endorsed.

Change Effective Date: 09/20/2005
Policy Period Inception Date:          03/30/2005
Expiration Date:  03/30/2006

PREMIUM SUMMARY:

Premium        2,360.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

---

Producer:   ELLSWORTH CORPORATION          Transaction Date 10/19/2005
            P O BOX 8210
            METAIRIE, LA 70011



**Fireman's Fund**

| POLICY NUMBER | Transaction Type | Coverage for policies other than |
|---|---|---|
| MXI-97853973 | Endorsement 13 | WORKERS' COMPENSATION is |

Coverage for policies other than
WORKERS' COMPENSATION is
provided in the following company
FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

SHAVERS-WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.

**Change Effective Date:** 09/15/2005
Policy Period Inception Date:      03/30/2005
Expiration Date:  03/30/2006

PREMIUM SUMMARY:

Premium      825.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

Producer:   ELLSWORTH CORPORATION          Transaction Date 10/19/2005
            P O BOX 8210
            METAIRIE, LA 70011



**Fireman's Fund**

**POLICY NUMBER**
MXI-97853973

Transaction Type
Endorsement 12

Coverage for policies other than
**WORKERS' COMPENSATION is**
provided in the following company
**FIREMAN'S FUND**
**INSURANCE COMPANY**
**NOVATO, CA 94998**
**A STOCK INSURANCE CO. (01)**

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

---

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

---

In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.

  **Change Effective Date:** 08/31/2005
     Policy Period Inception Date:      03/30/2005
     Expiration Date: 03/30/2006

PREMIUM SUMMARY:

**Premium**      21.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

---

  Producer:   **ELLSWORTH CORPORATION**
        **P O BOX 8210**
        **METAIRIE, LA 70011**

Transaction Date 10/19/2005



**Fireman's Fund**

**POLICY NUMBER**
MXI-97853973

Transaction Type
Endorsement 11

Coverage for policies other than
**WORKERS' COMPENSATION is
provided in the following company
FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)**

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of
the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration
thereof, unless otherwise endorsed.**

**Change Effective Date: 08/26/2005**
Policy Period Inception Date:     03/30/2005
Expiration Date:  03/30/2006

PREMIUM SUMMARY:

Premium         1,510.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

Producer:    **ELLSWORTH CORPORATION
P O BOX 8210
METAIRIE, LA 70011**

Transaction Date 10/19/2005



**Fireman's Fund**

**POLICY NUMBER**
MXI-97853973

Transaction Type
Endorsement 10

Coverage for policies other than
WORKERS' COMPENSATION is
provided in the following company
FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of
the General Provisions and of said coverage(s) or policy having reference thereto.

In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration
thereof, unless otherwise endorsed.

    Change Effective Date: 08/24/2005
        Policy Period Inception Date:        03/30/2005
        Expiration Date:  03/30/2006

PREMIUM SUMMARY:

Premium        916.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

Producer:   **ELLSWORTH CORPORATION**
            **P O BOX 8210**
            **METAIRIE, LA 70011**

Transaction Date 10/19/2005



**Fireman's Fund**

**POLICY NUMBER**
MXI-97853973

Transaction Type
Endorsement 9

Coverage for policies other than
**WORKERS' COMPENSATION is
provided in the following company
FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)**

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

**Change Effective Date:** 08/19/2005
Policy Period Inception Date:      03/30/2005
Expiration Date: 03/30/2006

PREMIUM SUMMARY:

Premium       1,662.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

Producer:    **ELLSWORTH CORPORATION
P O BOX 8210
METAIRIE, LA 70011**

Transaction Date 08/20/2005



**Fireman's Fund**

| | | |
|---|---|---|
| **POLICY NUMBER**<br>MXI-97853973 | <u>Transaction Type</u><br>Endorsement 8 | Coverage for policies other than<br>**WORKERS' COMPENSATION is<br>provided in the following company<br>FIREMAN'S FUND<br>INSURANCE COMPANY<br>NOVATO, CA 94998<br>A STOCK INSURANCE CO. (01)** |

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470**

---

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

---

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

> **Change Effective Date:** <u>08/15/2005</u>
> Policy Period Inception Date:      03/30/2005
> Expiration Date:  03/30/2006

PREMIUM SUMMARY:

Premium      560.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

---

Producer:   **ELLSWORTH CORPORATION
P O BOX 8210
METAIRIE, LA 70011**

Transaction Date <u>08/20/2005</u>



**Fireman's Fund**

| | | |
|---|---|---|
| **POLICY NUMBER**<br>MXI-97853973 | Transaction Type<br>Endorsement 7 | Coverage for policies other than<br>**WORKERS' COMPENSATION is**<br>**provided in the following company**<br>**FIREMAN'S FUND**<br>**INSURANCE COMPANY**<br>**NOVATO, CA 94998**<br>**A STOCK INSURANCE CO. (01)** |

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

**Change Effective Date:** 08/09/2005
Policy Period Inception Date:       03/30/2005
Expiration Date:  03/30/2006

PREMIUM SUMMARY:

Premium        46.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

Producer:    **ELLSWORTH CORPORATION**
            **P O BOX 8210**
            **METAIRIE, LA 70011**              Transaction Date 08/20/2005



**Fireman's Fund**

**POLICY NUMBER**
MXI-97853973

<u>Transaction Type</u>
Endorsement 6

Coverage for policies other than
WORKERS' COMPENSATION is
provided in the following company
FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

SHAVERS-WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470

---

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of
the General Provisions and of said coverage(s) or policy having reference thereto.

---

In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration
thereof, unless otherwise endorsed.

**Change Effective Date:** <u>06/24/2005</u>
Policy Period Inception Date:        03/30/2005
Expiration Date:  03/30/2006

---

PREMIUM SUMMARY:

Premium        1,080.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

---

Producer:    **ELLSWORTH CORPORATION
P O BOX 8210
METAIRIE, LA 70011**

Transaction Date <u>7/7/05</u>



**Fireman's Fund**

| | | |
|---|---|---|
| **POLICY NUMBER**<br>MXI-97851827 | <u>Transaction Type</u><br>ANNUAL REPORT | Coverage for policies other than<br>**WORKERS' COMPENSATION is**<br>**provided in the following company**<br>**FIREMAN'S FUND**<br>**INSURANCE COMPANY**<br>**NOVATO, CA 94998**<br>**A STOCK INSURANCE CO. (01)** |

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**Shavers-Whittle Construction, Inc.**
**P O Box 1448**
**Mandeville, La 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.

    **Change Effective Date:** <u>03/30/2004</u>
        Policy Period Inception Date:    03/30/2004
        Expiration Date:  03/30/2005

PREMIUM SUMMARY:

Premium    $ 143.    *DW 5-20*

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

                 Producer:   **Ellsworth, LeBlanc & Ellsworth, Inc.**      Transaction Date <u>5-19-05</u>
                             **P O Box 8210**
                             **Metairie, La 70011-8210**



**Fireman's Fund**

**POLICY NUMBER**
MXI-97853973

<u>Transaction Type</u>
Endorsement 5

Coverage for policies other than
**WORKERS' COMPENSATION is
provided in the following company
FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)**

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

**Change Effective Date:** <u>04/20/2005</u>
Policy Period Inception Date:        03/30/2005
Expiration Date:  03/30/2006

PREMIUM SUMMARY:

**Premium**      $ 57. AP

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

Producer:   **ELLSWORTH CORPORATION
P O BOX 8210
METAIRIE, LA 70011**

Transaction Date <u>5-14-05</u>



**Fireman's Fund**

| | | |
|---|---|---|
| **POLICY NUMBER**<br>MXI-97853973 | <u>Transaction Type</u><br>Endorsement 4 | Coverage for policies other than<br>**WORKERS' COMPENSATION** is<br>provided in the following company<br>**FIREMAN'S FUND**<br>**INSURANCE COMPANY**<br>**NOVATO, CA 94998**<br>**A STOCK INSURANCE CO. (01)** |

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

---

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

---

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

**Change Effective Date:** <u>03/30/2005</u>
          Policy Period Inception Date:     03/30/2005
          Expiration Date:  03/30/2006

PREMIUM SUMMARY:

Premium     $ 2,435. return

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

---

| | | |
|---|---|---|
| Producer: | **ELLSWORTH CORPORATION**<br>**P O BOX 8210**<br>**METAIRIE, LA 70011** | Transaction Date <u>4/19/05</u> |



**Fireman's Fund**

**POLICY NUMBER**
MXI-97853973

<u>Transaction Type</u>
Endorsement 3

Coverage for policies other than
**WORKERS' COMPENSATION is
provided in the following company
FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)**

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of
the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration
thereof, unless otherwise endorsed.**

      **Change Effective Date:** <u>03/30/2005</u>
          Policy Period Inception Date:     03/30/2005
          Expiration Date:  03/30/2006

PREMIUM SUMMARY:

Premium     $ 277. Return

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

         **Producer:**   **ELLSWORTH CORPORATION
               P O BOX 8210
               METAIRIE, LA 70011**       Transaction Date <u>4/19/05</u>



**Fireman's Fund**

## POLICY NUMBER
MXI-97853973

Transaction Type
Endorsement 2

Coverage for policies other than
WORKERS' COMPENSATION is
provided in the following company
FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of
the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration
thereof, unless otherwise endorsed.**

Change Effective Date: <u>04/06/2005</u>
Policy Period Inception Date:     03/30/2005
Expiration Date:  03/30/2006

PREMIUM SUMMARY:

Premium        $ 98.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

Producer:   **ELLSWORTH CORPORATION**
            **P O BOX 8210**
            **METAIRIE, LA 70011**

Transaction Date <u>4-11-05</u>



**Fireman's Fund**

| **POLICY NUMBER** | Transaction Type | Coverage for policies other than |
|---|---|---|
| MXI-97853973 | Renewal 05/06 | |

**POLICY NUMBER**
MXI-97853973

Transaction Type
Renewal 05/06

Coverage for policies other than
**WORKERS' COMPENSATION is
provided in the following company
FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)**

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

**Change Effective Date:** 03/30/2005
Policy Period Inception Date:      03/30/2005
Expiration Date:  03/30/2006

PREMIUM SUMMARY:

Premium        $ 23,701.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

Producer:    **ELLSWORTH CORPORATION
P O BOX 8210
METAIRIE, LA 70011**

Transaction Date 4-11-05