## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO: LEVEE/MRGO<br>*Bourgeois,* No. 06-5131<br>*Ferdinand,* No. 06-5132<br>*Christophe,* No. 06-5134<br>*Williams,* No. 06-5137<br>*Porter,* No. 06-5140 | CIVIL ACTION<br><br>NO. 05-4182<br>& Consol. Cases<br><br>SECTION "K" (2)<br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

### ORDER

Considering the foregoing ex parte motion filed on behalf of the Board of Commissioners of the Port of New Orleans,

**IT IS ORDERED** that the Board of Commissioners of the Port of New Orleans is hereby granted leave to file the accompanying Supplemental Memorandum in Support of Motion for Judgment on the Pleadings in the above-captioned actions.

- 2 -

**IT IS FURTHER ORDERED** that the hearing on the Motion for Judgment on the Pleadings (Doc. 13670) filed by the Board of Commissioners of the Port of New Orleans currently set for August 6, 2008, be reset for hearing on August 20, 2008, at 9:30 a.m.

New Orleans, Louisiana, this 14th day of ____July____, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

DAIGLE FISSE & KESSENICH, PLC

BY: /s/ Kirk N. Aurandt
J. FREDRICK KESSENICH (7354)
JONATHAN H. SANDOZ (23928)
MICHAEL W. MCMAHON (23987)
JON A. VAN STEENIS (27122)
KIRK N. AURANDT (25336)
P. O. Box 5350
Covington, Louisiana 70434-5350
Telephone: 985/871-0800
Facsimile: 985/871-0899
Attorneys for Defendant, The Board of Commissioners of the Port of New Orleans

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the Court's ECF system, this 11th day of July, 2008.

/s/ Kirk N. Aurandt
KIRK N. AURANDT