UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES            CIVIL ACTION
     CONSOLIDATED LITIGATION

NO. 05-4182

PERTAINS TO: LEVEE/MRGO            SECTION "K"(2)
     CINA, 07-4944

## ORDER

Considering the Board of Commissioners Motion for Leave to File Supplemental Memorandum (Rec. Doc. 13793), accordingly,

**IT IS ORDERED** that the foregoing motion is **GRANTED.** The Board of Commissioners of the Port of New Orleans is granted leave to file the accompanying Suppelmental Memorandum.

New Orleans, Louisiana, this ___14th___ day of July, 2008.

                                        STANWOOD R. DUVAL, JR.
                                   UNITED STATES DISTRICT JUDGE