## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **NO: 05-4182 "K"(2)** |
| | * | |
| **PERTAINS TO: INSURANCE, Fischman, 06-4952** | * | **JUDGE DUVAL** |
| | * | **MAG. WILKINSON** |

*********************************************************************************

### UNOPPOSED MOTION FOR ENTRY OF JUDGMENT PURSUANT
### TO THE COURT'S POST-SHER CASE MANAGEMENT ORDER

**NOW INTO COURT**, through undersigned counsel comes Defendant, State Farm Fire

and Casualty Company ("State Farm"), and moves the Court for entry of final judgment in favor

of State Farm pursuant to this Court's Post-Sher Case Management Order dismissing with

prejudice all claims asserted by plaintiffs against any insurer defendant alleging failure of the

defendant to provide flood damage coverage under an insurance policy that excludes such

coverage.   As will be explained in the accompanying memorandum in support, Plaintiffs

exclusively assert claims for insurance proceeds for property damage sustained as a result of

canal and levee overtopping, storm surge, and/or levee failures caused by Hurricane Katrina and

fails to state any claims whatsoever for covered losses.   Accordingly, entry of final judgment in

favor of State Farm is appropriate.

**WHEREFORE**, State Farm respectfully requests the Court enter a final judgment dismissing plaintiff's lawsuit in its entirety, with prejudice.

/s/ Burt K. Carnahan

BURT K. CARNAHAN, #3920
HEATHER F. CHEESBRO, #30437
LOBMAN, CARNAHAN, BATT,
   ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA 70130
TELEPHONE:  (504) 586-9292
FACSIMILE:  (504) 586-1290
ATTORNEYS FOR STATE FARM FIRE
AND CASUALTY COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

**/s/ Burt K. Carnahan**
BURT K. CARNAHAN