UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO: 05-4182 "K"(2) |
| | * | |
| PERTAINS TO: INSURANCE, Fischman, 06-4952 | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |

*******************************************************************

### ORDER

Considering the foregoing Motion and that plaintiff does not oppose the granting of same;

**IT IS ORDERED, ADJUDGED AND DECREED** that this case be and is hereby DISMISSED with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
JUDGE