# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | * | |
| IN RE:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*        05-5531 | * | |
| *Mumford v. Ingram*      05-5724 | * | |
| *Lagarde v. Lafarge*      06-5342 | * | JUDGE |
| *Perry v. Ingram*          06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*        06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | MAG. |
| *Lafarge v. USA*            07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

## BARGE PLAINTIFFS' JULY 3, 2008 SUPPLEMENTAL, AMENDED AND SUPERCEDING RESPONSES TO REQUESTS FOR PRODUCTION PROPOUNDED BY THE BARGE ENTITIES

Plaintiffs supplement and amend their responses to Defendants' - Barge Entities' - Requests for Production as follow:

## GENERAL OBJECTIONS

1.    Plaintiffs object to those definitions and instructions included in defendant's discovery requests which seek to impose upon Plaintiffs an obligation to respond in a manner which is more burdensome than that required by applicable provisions of the Federal Rules of Civil Procedure.  Plaintiffs will answer specific Requests in a manner sufficient to comply with their obligations as stated therein.

2.    Plaintiffs object to Defendants' discovery requests insofar as they seek information and/or documents protected by the attorney/client privilege, information obtained by or on behalf of counsel for Plaintiffs in preparation for trial of this proceeding, information protected by the work-product doctrine and/or information beyond the permissible scope of discovery as set forth in the Federal Rules of Civil Procedure.  Plaintiffs expressly reserve all claims of privilege and renounce any waiver thereof except where specifically communicated in writing with a full statement of the particulars.

3.    Plaintiffs object to each of the requests to the extent that they seek information regarding "each," "all," or "every," person, entity, document, or other thing, or uses a similar all-inclusive adjective.  It is not reasonably possible for Plaintiffs to determine whether "each," "all," or "every" document, person or other thing falling within the scope of a request can be determined, located, or included in a response.  In the usual course of time, numbers of records may have been created or received, lost or destroyed, particularly in connection with this matter involving a mass disaster and widespread flooding.  Records may have been misfiled, lost or simply not retained.  And even after diligent search through those places that the information would likely exist, the information may not be located.  Therefore, whenever Plaintiffs respond to a request asking for "each," "all," "every," or similarly broad adjective, Plaintiffs cannot warrant that each, all, or every bit of information has been located or determined.  Plaintiffs can only warrant that a reasonably diligent inquiry or search for the requested information has been made, and that the response is the result of that reasonably diligent inquiry or search.  To the extent any request purports to require more, Plaintiffs object on the grounds that compliance would be unduly burdensome and expensive and would call for speculation.

4.    Plaintiffs object to the Requests for Production to the extent they are either not relevant nor reasonably calculated to lead to the discovery of admissible evidence.

5.    Plaintiffs object to the Requests for Production to the extent they are overly broad and unduly burdensome.

6.    Plaintiffs object to the Requests for Production to the extent that they exceed the scope of admissible discovery.

7.    Plaintiffs object to the Requests for Production to the extent that they are vague and ambiguous.

8.    Plaintiffs object to the Requests for Production as going beyond the permissible limits allowed pursuant to the Federal Rules of Civil Procedure.

9.    Plaintiffs object to the Requests for Production that seek information readily available to Defendant in the public domain.

10.   These general objections are applicable to and are hereby incorporated into Plaintiffs' responses below as if specifically set forth therein and are on a continuing basis and may not be reiterated in response to each Requests for Production that does or may call for disclosure or production of objected to information.

**GENERAL RESPONSE AND RESERVATIONS**

As used herein, the term "named class representative plaintiffs" means the following named plaintiffs:

> Ethel Mae Coleman Mumford
> Josephine Long Richardson
> Jimmie Donnell Harris
> Kismit Bourgere
> Michael Joseph Riche
> Jacob Robert "Bob" Glaser
> Dianne Glaser
> Herman Koch
> Aida Koch
> Rico Terrence Sutton

As used herein, the term "named individual non-representative plaintiffs" means the following named plaintiffs who are not currently named as class representatives:

> Marie Short Benoit
> Henry Adams
> Gwendolyn Adams
> John Alford
> Jerry Alford
> Michael Watts
> Robert Green, Sr.
> Jonathan Green
> David Green, individually and as the representative of the Estate of Joyce H. Green
> Everidge Green, individually and as representative of the Estate of Shanai Green, as as the natural tutor of Shaniya Green and Shamiya Green
> Hyman Sheppard
> Earl Matthew Daniels, Sr.
> Joyce Daniels
> Mildred Delores Dean
> Ethel Leon
> Karen Leon
> Joyce B. Matthews
> Myrna Daniels, in her individual capacity and as natural tutrix of Keina Daniels
> Tom Browder
> Albertine Browder
> Gaynell Browder
> Blair Boutte
> Doris Shanks

Herbert Warren, Jr.
Marenthia Lagarde
Michael Lagarde
Donald Pritchett
Jimmie Perry
Nellie Perry
Jocelyn Moses
Anthony Dunn
Jocelyn Carter
One or more persons named in the matter entitled "*The Parfait Family, et al v. United States of America, et al,*" Civil Action No. 07-3500

All of the responses hereto are made on behalf of all named plaintiffs except where specifically indicated otherwise.

Plaintiffs are in the process of obtaining answers as to the named individual non-representative plaintiffs, working through their counsel, and will supplement these responses to include their responses as soon as possible.

All responses reflect the best efforts of counsel and the persons responding, in light of loss of much information during the events subject of suit. The plaintiffs responding reserve the right to supplement and amend any and all of the following in light of new information as discovery, class certification preparation and trial preparation progress.

Undersigned counsel represent named plaintiffs in **Mumford, Boutte, Lagarde** and **Perry.** Undersigned also represent named **Parfait** plaintiffs Kevin McFarland, Melba Gibson and Daniel Webber. Undersigned only recently became aware of a pleading in **Parfait**, though admittedly available prior to such awareness, naming Daniel Webber as a plaintiff in that action. Undersigned do not represent anyone named in the **Benoit** matter. It is undersigned's position that in absence of a consolidated master complaint and in absence of an order having the effect of creating an obligation on the part of undersigned to assume direct contact with client of other attorneys for the purposes of providing discovery responses, undersigned lack authority or obligation to provide responses on behalf of persons who have not retained undersigned directly. However, to the extent that counsel for **Benoit** plaintiffs have tendered responses on behalf of their clients, such responses are included herein, but without assumption by undersigned of obligations or authority they do not have. Further, it is undersigned's position that in light of the Court's orders in Record Documents 13525 and 13672, both discovery and discovery motions practice are stayed as to all remaining named **Parfait** plaintiffs.

## GENERAL RESPONSE

All discoverable documents and things currently in the BARGE plaintiffs' possession, custody or control pertaining to negligence, unseaworthiness and breakaway causation are already in BARGE defendants' physical possession, or are available from WEBPACER, with the exception

of several pieces of evidence discovered during Phase II of 05-4419, which are enclosed herewith. Additional expert materials were provided in accord with Court Order on June 30, 2008.  All other discoverable materials currently in BARGE plaintiffs' possession, custody or control are enclosed. Respondents anticipate that additional materials will become available as they are gathered by BARGE plaintiffs and/or located among BARGE plaintiffs' flood damaged possessions.  Same will be provided by way of ongoing supplementation, as per the dictates of law.   Additionally, supplementation will be provided in accord with ongoing discovery and expert investigation, and court order.

## **<u>NOTE</u>**

Plaintiffs aver that bates numbers **PSLC 000215** through **PSLC 000216** and **PSLC 000300** through **PSLC 000308** and **Riche 000067-000069** were skipped inadvertently during the numbering process. There are no documents bearing the aforesaid numbers. Additionally, for the purpose of continuity and ease of reference,  these responses are inclusive of the bates numbered documents previously produced in Plaintiffs Amended responses of May, 2008.

### **REQUEST FOR PRODUCTION NO. 1:**

Any writings and things of whatever kind and nature (including photos, videos, and DVDs) which contain information and/or opinions relative to the breakaway and/or movements of ING 4727 during the effects of Katrina, and/or which contain information and/or opinions relative to the causes and/or occurrence of the eastern Industrial Canal floodwall breach(es) between North Claiborne and Florida Avenues.

### **<u>RESPONSE TO REQUEST FOR PRODUCTION NO. 1:</u>**

Plaintiffs object to this request to the extent that it seeks to alter the timing of disclosure of experts and of expert testimony provided by Rule 26(a)(2)(C), Fed. R. Civ. Pro., and C.M.O. #5, Part V(F).

Plaintiffs will submit their exhibit lists and/or other evidence and/or information which Plaintiffs may or will use at the time of the Class Certification Hearing or Trial in this matter pursuant to the Case Management Orders and scheduling deadlines set by the Court.

Plaintiffs also object to this request as overbroad, vague, compound, and premature.

Plaintiffs also object to this Request for Production as it seeks information readily available to Defendants in the public domain.

_____Subject to objection and without waiver of same please see the enclosed documents and photos bearing bates numbers: **PSLC 000052-000086, PSLC 000113-117, PSLC 000309-000735, PSLC 000748-000918.** See also documents produced by Sewerage and Water Board deposited at Docusource: **SWB-ED-F0013-021756 to SWB-ED-F0054-21892, SWB-ED-M0001-000147 to 153,SWB-ED-M0001-000139to 000146; SWB-ED-M0001-000069 to 000078; SWB-ED-F0021-019634 to 19635; SWB-ED-F0022-019645 to 19649; SWB-ED-F0022-019659 to 19649; SWB-ED-F0030-019705; SWB-ED-F0030-019708 to 19709; SWB-ED-F0031-015415 to 15416; SWB-ED-F0032-003519 to 3526; SWB-ED-F0032-001155 to 1157.**

_____See Also Group A, Phase I & II Benchbooks which are in Defendant's possession. Including but not limited to: **(PHASE I) LNA 113, DOM 00014-149, DOM 13, DEFENDANT'S EXHIBIT 349, DOM 150, IBCO 716-727, IBCO 243, IBCO 649-651, 665, 668, 671,  DEFENDANT'S EXHIBIT 367,  DEFENDANT'S EXHIBITS 301, 302, 303, 305-318, 322-336, 338-339, 341, 348, 353-354, 356-359, 361-366, 368, 370-371, 373-421, 422-423; (PHASE II)EXHIBITS 424-435.**

See also Phase II Trial Exhibits: **EXHIBITS 12-31**.

Please see also class certification expert report of Don Green and Genardo Marino.

_____Plaintiffs  have produced all responsive materials in the possession, custody or control of all named plaintiffs who have responded.

**REQUEST FOR PRODUCTION NO. 2:**

Any simulations, replicas, models, model basin tests, videos, photos, or DVDs, mockups, and other study, investigation, or representation, forensic or otherwise, of any and all things, events and/or locations you contend are pertinent to this litigation and which you will (1) introduce at trial, and/or (2) rely upon at trial, and/or (3) disclose, display or publish to the trier of fact, and/or (4) of which any witness you will call at trial will be informed and/or upon which any such witness will rely in furtherance of trial testimony.


**RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

Plaintiffs object to this request as overbroad, vague, compound, and premature.  Subject to said objections and without waiving same, Plaintiffs respond as follows:

The responsive information is the subject of various expert reports which will be provided to Defendants pursuant to the Case Management Orders and scheduling deadlines set by the Court.

Plaintiffs also object to this Request for Production as it seeks information readily available to Defendants in the public domain.

Please see also class certification expert reports and attachments of Don Green, John Strickland, Melvin Spinks, John Kilpatrick, Richard Weisler and Genardo Marino.

See also any and all documents produced in response to Request No. 1 above.

**REQUEST FOR PRODUCTION NO. 3:**

Any documents evidencing any bankruptcy filing, criminal conviction, or adjudication of breach of fiduciary duty involving any proposed class representative.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

Plaintiffs object to this request as overbroad, unduly burdensome, harassing, embarrassing, annoying, and not likely to lead to the discovery of admissible evidence. Plaintiffs also object to this Request as it seeks information readily available to Defendants in the public domain. Subject to said objections and without waiving same, Plaintiffs respond as follows:

To the best of Class Representative Plaintiffs' current knowledge, information, recollection, and belief, Class Representative Plaintiffs do not have in their possession, custody or control any of the requested materials.____

**REQUEST FOR PRODUCTION NO. 16:**

Any photographs, digital video discs, video tapes, aerial photography or recordings, or other visual or recorded evidence of the ING 4727, the floodwall breach, the LNA terminal, or damage to plaintiffs' home or property taken on or after August 29, 2005.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

Plaintiffs object to the request as overly burdensome and constituting attorney work product, and being available to requestors within the public domain. Subject to and without waiver of any objections, items subject of this request are already in the requestors' possession, or are enclosed, or will be provided by way of supplementation. See **Richardson 000011-000019, 000022-000026, Harris 000006, 000130-000325(see enclosed CD), Bougere 000059-000063, Riche 000183-000184, Glaser 000045-000064, Shanks 000057-000074, Gibson 000007, Lagarde 000005-000012, 000019, 000021-000025, 000027, 000028, 000031-000038, 000043-000048, 000049-000138, Dean 000003-000004, Reed 001-038, Alford 000026-000038, Koch 001148-001150, Leon 000007-000010, PSLC 000083-000086, PSLC 000113-117, PSLC**

**000309-000735, PSLC 000748-000918.**

Plaintiffs have produced all responsive materials in the possession, custody or control of all named plaintiffs who have responded.

## REQUEST FOR PRODUCTION NO. 17:

Any photos and other proof of damages and expenditures caused by flooding for which compensation is claimed in this case and provided by any person to proposed class counsel (see www.bargecase.com).

## RESPONSE TO REQUEST FOR PRODUCTION NO. 17:

Please find enclosed Plaintiffs' photos and other proof of damages and expenditures caused by flooding for which compensation is claimed in this case.  See photos bearing Bates numbers:(Photos) **Richardson 000011-000019, 000022-000026, Harris 000006, 000130-000325(see enclosed CD), Bougere 000059-000063, Riche 000183-000184, Glaser 000045-000064, Shanks 000057-000074, Gibson 000007, Lagarde 000005-000012, 000019, 000021-000025, 000027, 000028, 000031-000038, 000043-000048, 000049-000138, 000169-000171, Dean 000003-000004, Reed 001-038, Koch 001148-001150, Leon 000007-000010, PSLC 000083-000086, PSLC 000113-117, PSLC 000309-000735, PSLC 000748-000918.**

See also **(**records of expenditures regarding reconstruction or reconditioning**) Gibson 000065-000086, Koch 000025-000488, 000554-000824, 001151-001153 Mumford 000048-000060, 000064-000065, 000076-000079, 000083-000089,  Richardson 000045-000049, 000053-000114, Harris 000007-0000122, 0000126-0000129.**

Plaintiffs aver that they have produced all responsive materials in the possession, custody

or control of all named plaintiffs who have responded.

### REQUEST FOR PRODUCTION NO. 19:

Any documents evidencing any accounts or communications about a barge or other object knocking, scraping or engaged in other contact against the IHNC floodwall or levee.

### RESPONSE TO REQUEST FOR PRODUCTION NO. 19:

_____Please see redacted statement of Arthur Murph, provided herewith as **Murph 000001-000016.**  Please also see Andrew Sartin deposition on April 11, 2008,

Arthur Murph, Jr. deposition on December 17, 2007 and January 28, 2008, Carolyn Berryhill deposed on December 13, 2007, Dakeia Johnson deposition on April 9, 2008, Damond Peters deposition on April 8, 2008, D'Antoinette Johnson deposition on December 11, 2007, Dolores St. Cyr-Butler deposition February 19, 2008, Earl Lackings deposition on April 9, 2008,  Ernest Offray deposition on February 19, 2008,  Kendrick Ray Pounds deposition on December 11, 2007, Patrina Peters deposition on April 8, 2008, Ronald McGill deposition on January 16, 2008, Sidney Willams deposition on February 19, 2008, Terry Mark Adams deposition notes. Deposed on November 13, 2006, William Villavasso deposition on December 18, 2007


### REQUEST FOR PRODUCTION NO. 20:

Any articles, notices, advertisements, statements, newspapers, periodicals, magazines and other publicly communicated accounts in your possession, custody, or control of the breakaway of the ING 4727 and/or the breach of the Industrial Canal floodwall.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

Plaintiffs object to this Request on the grounds of the attorney work-product doctrine.

Plaintiffs also object to this Request for Production as it seeks information readily available to Defendants in the public domain.

Subject to and without waiver of any objections, please see www.bargecase.com, complaints filed relative to ING 4727.  Additionally, all responsive, discoverable documents in plaintiffs' possession, custody or control not yet provided to requestors, are enclosed. See **Lagarde 000001-0000048, 0000125, 000138, Warren 000043, R.Green 000016-000028, PSLC 000052 - 000082, PSLC 000113 - 000117, PSLC 000299, PSLC 000120-000214**.

Plaintiffs  have produced all responsive materials in the possession, custody or control of all named plaintiffs who have responded.


**REQUEST FOR PRODUCTION NO. 21:**

Any documents evidencing or relating to damage to real property that you claim to have suffered and for which you seek compensation in this litigation, including but not limited to ownership records, records regarding reconstruction or reconditioning, and any sale or transfer records.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 21:**

Please find enclosed Plaintiffs' documents evidencing or relating to damage to real property, ownership records, records regarding reconstruction or reconditioning, and any sale or transfer of real property of same. See (ownership documents and any sale or transfer of real property of same) **Benoit 000001-00008, Adams 000003-000008, Daniels 000001-000025, 000041-000042, R.Green 000001, 000005-000015, 000029-000032, D.Green 000001-000005,**

**000011-000048, J.Green 000001, E.Green 000001-000003, Leon 000001-000003, Dean 000001-000013, 000016, Mumford 000001-000013, 000016-000023, Richardson 000006-000010, 000045-000049, Riche 000001-000023, Koch 000005-000023, 001142-001147, Boutte 000001-000025, Harris 0000123, Warren 000001-000032, Gibson 000001-000006, Shanks 000006-000007, Lagarde 000161-000167, Alford 000001-000025, Perry 000001-000008, Sutton 000041. (**records regarding reconstruction or reconditioning**) Gibson 000065-000086, Koch 000025-000488, 000554-000824, 001151-001153 Mumford 000040, 000048-000061, 000064-000065, 000076-000079, 000083-000089,  Richardson 000045-000049, 000053-000114, Harris 000007-0000122, 0000126-0000129.**

Plaintiffs aver that they have produced all responsive materials in the possession, custody or control of all named plaintiffs who have responded.

**REQUEST FOR PRODUCTION NO. 22:**

Any documents relating to emotional distress that you claim to have suffered and for which you seek compensation in this litigation, including medical records regarding the alleged condition(s) or injur(ies) and any records regarding the same or similar conditions that pre-existed August 29, 2005.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 22:**

To the best of plaintiffs' knowledge, only Kismit Bougere has received treatment for emotional distress to date.  Please see Kismit Bougere's Social Security records provided as **Bougere 000002** through **000058**.  Treatment dates and providers are expressed in said documents.

**Jimmie Perry** is a 100% disabled veteran who was under treatment with the Veteran's

Administration Hospital in New Orleans for P.T.S.D. as a result of the Vietnam War. Mr. Perry claims that these symptoms were aggravated as a result of the damage to his properties in the Lower Ninth Ward and the loss of income to his business, N & J Properties, L.L.C.  Mr. Perry states that he shared his feelings with his therapist at the V.A. Hospital and in group therapy and was told by his therapist to not return to the Lower Ninth Ward. Undersigned has requested Mr. Perry's treatment records from the New Orleans V.A. Hospital and will produce these upon receipt.  See **Perry 000230-000231.**

Named Parfait plaintiff, **Daniel Webber**, has received treatment according to recent deposition. All records have been requested from providers and will be produced upon receipt.

Other named plaintiffs are unsure whether their very limited contact with charitable organizations having temporary facilities or booths in evacuation centers consisted of treatment for emotional distress, and are unaware of, and do not have in their possession, custody or control, any responsive documents.

Plaintiffs aver that they have produced all responsive materials in the possession, custody or control of all named plaintiffs who have responded.


**REQUEST FOR PRODUCTION NO. 23:**

Any documents relating to any personal injury other than emotional distress that you claim to have suffered and for which you seek compensation in this litigation, including medical records regarding the alleged condition(s) or injury(ies) and any records regarding the same or similar conditions that pre-existed August 29, 2005.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 23:**

Class representatives are asserting a class action claim for physical injury or class wide emotional distress, and deaths resulting from personal injuries.

In light of the Court's recent ruling regarding the trial of individual claims in July, 2009 (Rec. Doc. 13500), investigation is now underway with regard to individual claims of personal injury.

Undersigned is in the process of investigating the presence of individual personal injury claims for bodily injury for any named plaintiffs and will supplement same upon receipt.

Plaintiffs **Robert Green**, Sr**., David Green**, and **Jonathan Green** are asserting a wrongful death and/or survivor claim for the death of Joyce H. Green and have attached her death certificate. See **D.Green 000010.**   Plaintiff Everidge Green is asserting a wrongful death/ and or survivor action for his daughter Shania Green.

Plaintiff Josephine Richardson is asserting a wrongful death claim for her husband. Please see Death Certificate of Joseph Richardson, Sr. attached hereto as **Richardson 000021.**

To the extent that named plaintiffs claim personal injury caused by aggravation of preexisting conditions, see medicals of named plaintiffs attached as **Koch 000871-001142**, **Shanks 000038-000056.**

Plaintiffs aver that they have produced all responsive materials in the possession, custody or control of all named plaintiffs who have responded. Named Plaintiffs will supplement again if and when they acquire additional responsive materials.

**REQUEST FOR PRODUCTION NO. 24:**

Any documents evidencing or relating to damage to personal property that you claim to

have suffered and for which you seek compensation in this litigation, including evidence of title and value.

## SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 24:

Attached hereto please find certain Plaintiffs' documents evidencing or relating to damage to personal property**: Shanks 000025-000035, Harris 000005, Lagarde 000141-000142, Lagarde 000156-000159, 000169- 000171, Adams 000002, 000010-000012, Dean 000011-000013, R.Green 000029-000032, D.Green 000045, Bougere 000065-000066, 000112-000120, Riche 000043, Riche 000172-000175, Warren 000033, Glaser 000071-000072, Pritchett 000001, Mumford 000001-000013, Perry 000009-000019, 000093-000102, Moses 000001-000003, Harris 000005, Daniels 000043-000050, Leon 000004-000006.**

Plaintiff, **Ethel Mumford** has requested from her insurer, copies of the adjuster's report and the claim check for contents/personal property at the 4829 Burgundy Street and will supplement with same upon receipt**.**

Plaintiffs aver that these responses reflect the best efforts of counsel and the persons responding, in light of loss of much information during the events subject of suit, to locate responsive documents.

Plaintiffs aver that they have produced all responsive materials in the possession, custody or control of all named plaintiffs who have responded. Plaintiffs' will supplement again if and when they acquire additional responsive materials.

## REQUEST FOR PRODUCTION NO. 25:

Any documents relating to businesses for which lost income is sought, including financial

statements and documents reflecting income and expenses, both pre- and post-Katrina.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 25:**

Proposed class representatives, Michael Riche, Rico Sutton, Jacob and Dianne Glaser, and Herman and Aida Koch, claim damages for lost income only to the extent classwide business losses are evaluated by Plaintiffs' expert, John Kilpatrick, Greenfield Advisors.

Proposed class representative Ethel Mumford claims damages for lost income secondary to the loss of real property from which she derived rental income.

Named Plaintiffs, Marie Benoit, Robert Green, Sr. and Earl Daniels claim damages for lost income secondary to the loss of personal property used in home businesses.

Named Plaintiffs, Melba Gibson, Jimmie and Nellie Perry and Herbert Warren, claim damages for lost income secondary to the loss of real property from which they derived rental income.

All named Plaintiffs, seek classwide damages for lost income evaluated by expert analysis on a classwide approach, unless a class is not certified, in which event plaintiffs reserve all of their claims for lost income.

In light of the Court's recent ruling regarding the trial of individual claims in July, 2009 (Rec. Doc. 13500), certain non class representative named plaintiffs will seek individual claims for damages resulting in lost income.  Investigation of such claims is now underway.  Plaintiffs will provide all responsive information and documents as soon as it comes into named plaintiffs' custody, possession or control.

Please refer to Plaintiffs expert reports from Greenfield advisors submitted on June 30, 2008. In addition, please Plaintiffs witness lists and/or exhibit lists and/or other evidence and/or

information which Plaintiffs may or will use at the time of the Class Certification Hearing or Trial in this matter pursuant to the Case Management Orders and scheduling deadlines set by the Court.

Attached, please find named Plaintiffs' business records, rental agreements and tax records.  Plaintiffs anticipate ongoing supplementation as they retrieve or salvage records from their damaged property. See (Tax Records) **Riche 000024-000182, Glaser 000001-000044, , Daniels 000026-000040, Gibson 000013 - 000064, Sutton 000001-000041, Perry 000103-000200,  Koch 000489-000517, 001142-001147, Bougere 000067-000118**. (Lease Agreements/rental receipts) **Warren 000034-000041, Perry 000201-000215, Koch 000518-000553.** (Miscellaneous Business Documents) **Daniels 000043, Boutte 00001 - 000027, Perry 000102, 000216-000229, Sutton 000036, Koch 825-870.**

Please see also the class certification expert report of John Kilpatrick, Greenfield Advisors.

Plaintiffs aver that they have produced all responsive materials in the possession, custody or control of all named plaintiffs who have responded.


**REQUEST FOR PRODUCTION NO. 26:**

Any documents evidencing or relating to any claim that a named plaintiff is asserting for lost wage income or lost rental income, including wage or income records pre- and post-Katrina.


**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 26:**

Please see Response to Request for Production No. 25 above.See (Tax Records) **Riche 000024-000182, Glaser 000001-000044, , Daniels 000026-000040, Gibson 000013 - 000064,**

**Sutton 000001-000041, Perry 000103-000200,  Koch 000489-000553, 001142-001147,** (Lease Agreements/rental receipts) **Warren 000034-000041, Perry 000201-000215, Koch 000518-000553.** (Miscellaneous Business Documents) **Daniels 000043, Boutte 00001 - 000027, Perry 000102, Sutton 000036.**

_____Plaintiffs aver that they have produced all responsive materials in the possession, custody or control of all named plaintiffs who have responded._____

**REQUEST FOR PRODUCTION NO. 27:**

Any documents evidencing or relating to wrongful death claims that a named plaintiff is asserting, including evidence of the identity of the decedent and the date and circumstances of death.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 27:**

_____Plaintiffs **Robert Green**, Sr**., David Green**, and **Jonathan Green** are asserting a wrongful death and/or survivor claim for the death of Joyce H. Green and have attached her death certificate. See **D.Green 000010.**    Plaintiff Everidge Green is asserting a wrongful death/ and or survivor action for his daughter Shania Green.

Plaintiff Josephine Richardson is asserting a wrongful death claim for her husband. Please see Death Certificate of Joseph Richardson, Sr. attached hereto as **Richardson 000021, 000050-000052.**

_____Plaintiff, **Daniel Webber** asserts a Lejeune claim arising out of the death of Rosetta Marrero  whose death he personally witnessed at the time at issue in this litigation. Responsive documents will be produced as they become available.

_____Plaintiffs aver that they have produced all responsive materials in the possession, custody or control of all named plaintiffs who have responded._____

**REQUEST FOR PRODUCTION NO. 28:**

Any documents relating to tests of the property of any plaintiff or proposed class member concerning the presence of pollutants on that person's property, pre- or post-Katrina.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 28:**

_____See attached Aurora Environmental Consultants report marked Bates numbers **Aurora 000001 through 000017.**____

_____Plaintiffs aver that they have produced all responsive materials in the possession, custody or control of all named plaintiffs who have responded._____

**REQUEST FOR PRODUCTION NO. 29:**

Any SF-95 forms submitted by named plaintiffs or any members of the proposed plaintiff class seeking recompense for flood-related damage from August 29, 2005 to the present, to the extent that they are in the possession, custody or control of the named plaintiffs or their attorneys or agents.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 29:**

Objection - not reasonably calculated to lead to discovery of admissible evidence, overly burdensome, overbroad.  Subject to and without waiver of any objections, all such claims and related materials were forwarded to other attorneys involved in such claims.  Those in plaintiffs'

possession, custody or control and provided to undersigned are enclosed as **Bougere 000001, 000112-000113,  Payton 000001-000002, Lagarde 000143-000144, 000168, Koch 000001- 000004, 000024**, **Benoit 000009, Adams 000009-000010, Daniels 000041-000042, R.Green 000014-000015, J.Green 000002-000003, E. Green 000001-000003, D.Green 000046-000047, Dean 000001.**

Plaintiffs  have produced all responsive materials in the possession, custody or control of all named plaintiffs who have responded.

## REQUEST FOR PRODUCTION NO. 30:

Any administrative claims relating to Hurricane Katrina that the named plaintiffs or proposed class members have submitted to any governmental body or agency (including but not limited to claim forms submitted to the Louisiana Recovery Authority) that are in the possession, custody or control of the named plaintiffs or their attorneys or agents.

## SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 30:

_____Objection - not reasonably calculated to lead to discovery of admissible evidence, overly burdensome, overbroad.  Subject to and without waiver of any objections, all such claims and related materials were forwarded to other attorneys involved in such claims.  Those in plaintiffs' possession, custody or control and provided to undersigned are enclosed as **Harris 000001- 000002, 0000124-000125, Sutton 000001, Riche 000177-000182, 000185-000197, Glaser 000068-000072, Bougere 000064-000066, Gibson 000002, Warren 000020-000032, Shanks**

**000019-000024, Koch 000380-000488, Lagarde 000139-000142, 000145-000160, Daniels 000017-000025, R.Green 000006, 000008-000012, Dean 000006-000010, 000014-000015, Adams 000003**, Alford 000001-000002, Bougere 000114-000118, Perry 000020-00092, **Mumford 000014-000015, 000024-000030, Richardson 000027-000044, 000118- 000119, Harris 114-125.**

Plaintiffs  have produced all responsive materials in the possession, custody or control of all named plaintiffs who have responded.

**REQUEST FOR PRODUCTION NO. 35:**

Any documents relating to real property for which damages are sought by the proposed representative plaintiffs, including but not limited to ownership records, documents evidencing liens, mortgages, or other similar interests in such property, and appraisals or evaluations of such property at any time.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 35:**

Please find enclosed Proposed representative Plaintiffs' documents evidencing or relating to damage to real property, ownership records, records regarding reconstruction or reconditioning, and any sale or transfer of real property of same.  See (ownership documents and any sale or transfer of real property of same) **Mumford 000001-000013, 000016-000023, Richardson 000006-000010, 000045-000049, Riche 000001-000023, Koch 000005-000023, 001142-001147, Boutte 000001-000025, Harris 0000123. (**records regarding reconstruction or reconditioning**) Mumford 000048-000060, 000064-000065, 000076-000079, 000083-000089, Richardson 000045-000049, 000053-000114, Harris 000007-0000122, 0000126-0000129.** See

documents produced in response to Request for Production No. 21, above.

Plaintiffs aver that they have produced all responsive materials in the possession, custody or control of all named plaintiffs who have responded.

## REQUEST FOR PRODUCTION NO. 36:

Any documents evidencing or relating to insurance claims prepared or submitted by or on behalf of the named plaintiffs or members of the proposed class and seeking compensation for damages or injuries (personal or property) sustained between August 28, 2005 and September 25, 2005, that are in the possession, custody, or control of the named plaintiffs or their attorneys.

## SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 36:

To the extent that certain Named Plaintiff or Class Representatives submitted insurance claims and to the extent that the Named Plaintiffs or Class Representatives are in possession, custody or control of such documentation, please see enclosed **Richardson 000020, Harris 000004-000005, Glaser 000067-000066, 000070-000072, Koch 000032, 000059, 000360, Shanks 000009-000018, Benoit 00001-00004, Adams 00001, Daniels 000014, D.Green 000001-000003, Alford 000003-000025, Lagarde 000169 - 000171, Perry 000009-000012, 000028, 000032, Mumford 000031-000039, 000041-000047, 000066-000075, Bougere 000119-000120.**

Plaintiffs aver that they have produced all responsive materials in the possession, custody or control of all named plaintiffs who have responded.

**REQUEST FOR PRODUCTION NO. 37:**

All demonstrative evidence or exhibits that you may refer to at the class certification hearing.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 37:**

Plaintiffs object to this request to the extent that it seeks to alter the timing of disclosure of experts and of expert testimony provided by Rule 26(a)(2)(C), Fed. R. Civ. Pro., and C.M.O. #7, Part III(B)(2)(c).

Plaintiffs will submit their exhibit lists and/or other evidence and/or information which Plaintiffs may or will use at the time of the Class Certification Hearing or Trial in this matter pursuant to the Case Management Orders and scheduling deadlines set by the Court.

Plaintiffs also object to this Request for Production as it seeks information readily available to Defendants in the public domain.

Plaintiffs also object to this request as overbroad, vague, premature, and compound.

Subject to said objections and without waiving same, Plaintiffs respond as follows: Please see submissions in 05-4419.  Other discoverable materials in plaintiffs' possession, custody or control are enclosed as (Photos) **Richardson 000011-000019, 000022-000026, Harris 000006, 000130-000325, Bougere 000059-000063, Riche 000183-000184, Glaser 000045-000064, Shanks 000057-000074, Gibson 000007, Lagarde 000005-000012, 000019, 000021-000025, 000027, 000028, 000031-000038, 000043-000048, 000049-000138, Dean 000003-000004, Reed 001-038, Alford 000026-000038, Koch 001148-00150, Leon 000007-000010, PSLC 000083-000086, PSLC 000113-117, PSLC 000309-000735, PSLC 000748-000918.** See (Articles) **Lagarde 000001-0000048, 0000125, 000138, Warren 000043, R.Green 000016-000028, PSLC 000052 - 000082, PSLC 000113 - 000117, PSLC 000120-000214.**See

(ownership documents and any sale or transfer of real property of same) **Benoit 000001-00008, Adams 000003-000008, Daniels 000001-000025, 000041-000042, R.Green 000001, 000005-000015, 000029-000032, D.Green 000001-000005, 000011-000048, J.Green 000001, E.Green 000001-000003, Leon 000001-000003, Dean 000001-000013, 000016, Mumford 000001-000013, 000016-000023, Richardson 000006-000010, 000045-000049, Riche 000001-000023, Koch 000005-000023, 001142-001147, Boutte 000001-000025, Harris 0000123, Warren 000001-000032, Gibson 000001-000006, Shanks 000006-000007, Lagarde 000161-000167, Alford 000001-000025, Perry 000001-000008. (**records regarding reconstruction or reconditioning**) Gibson 000065-000086, Koch 000025-000488, 000554-000824, 001151-001153, Mumford 000040, 000048-000061, 000064-000065, 000076-000079, 000083-000089, Richardson 000045-000049, 000053-000114, Harris 000007-0000122, 0000126-0000129.** See also (Lease Agreement) **Moses 000001-000003, Sutton 000041** See also (Business/Income Losses) See (Tax Records) **Riche 000024-000182, Glaser 000001-000044, , Daniels 000026-000040, Gibson 000013 - 000064, Sutton 000001-000040, Perry 000103-000200,  Koch 000489-000517, 001142-001147, Bougere 000067-000118.** (Lease Agreements/rental receipts) **Warren 000034-000041, Perry 000201-000215, Koch 000518-000553.** (Miscellaneous Business Documents) **Daniels 000043, Boutte 0001 - 000027, Perry 000102, 000216-000229 Sutton 000036, Koch 000825-000870.** (personal property) **Shanks 000025-000035, Harris 000005, Lagarde 000141-000142, Lagarde 000156-000159, 000169- 000171, Adams 000002, 000010-000012, Dean 000011-000013, R.Green 000029-000032, D.Green 000045, Bougere 000065-000066, 000112-000120, Riche 000043, Riche 000172-000175, Warren 000033, Glaser 000071-000072, Pritchett 000001, Mumford 000001-000013, Perry 000009-000019, 000093-000102, Moses 000001-000003, Harris 000005, Daniels 000043-000050, Leon**

**000004-000006.**

See also documents produced by Sewerage and Water Board deposited at Docusource:

**SWB-ED-F0013-021756 to SWB-ED-F0054-21892, SWB-ED-M0001-000147 to**

**153,SWB-ED-M0001-000139to 000146; SWB-ED-M0001-000069 to 000078;**

**SWB-ED-F0021-019634 to 19635; SWB-ED-F0022-019645 to 19649;**

**SWB-ED-F0022-019659 to 19649; SWB-ED-F0030-019705; SWB-ED-F0030-019708 to**

**19709; SWB-ED-F0031-015415 to 15416; SWB-ED-F0032-003519 to 3526;**

**SWB-ED-F0032-001155 to 1157.**

    See also depositions of Kendrick Pounds, Dakeia Johnson, Delores St.Cyr-Butler,

Andrew Sartin, Ronald Williams, Wilson Simmons, Ernest Offray, Patrina Peters, Damon Peters,

Terry Adams, William Villavasso, D'Antoinette Johnson, Carolyn Berryhill, James Ruiz, James

Reed, Sal Gutierrez, Henry "Junior" Rodriguez, Sally Jones.

    See Also Group A, Phase I & II Benchbooks which are in Defendant's possession.

Including but not limited to: **(PHASE I) LNA 113, DOM 00014-149, DOM 13,**

**DEFENDANT'S EXHIBIT 349, DOM 150, IBCO 716-727, IBCO 243, IBCO 649-651, 665,**

**668, 671**, **DEFENDANT'S EXHIBIT 367,  DEFENDANT'S EXHIBITS 301, 302, 303, 305-**

**318, 322-336, 338-339, 341, 348, 353-354, 356-359, 361-366, 368, 370-371, 373-421, 422-423;**

**(PHASE II)EXHIBITS 424-435.**

    See also Phase II Trial Exhibits: **EXHIBITS 12-31**.

    See also **True Title 000001-000114**.

    _____Plaintiffs  have produced all responsive materials in the possession, custody or control of

all named plaintiffs who have responded.

**Note:** Undersigned enclose herewith amended forms of Verification provided by plaintiffs ,

Jimmie and Nellie Perry, Jocelyn Moses, and Anthony Dunn.  Additional verifications will be

provided as they are received from named plaintiffs.

Respectfully submitted,

/s/ Brian A. Gilbert,
Brian A. Gilbert, Esq.(21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: bgilbert@briangilbertlaw.com

/s/ Lawrence D. Wiedemann,
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com,
karl@wiedemannlaw.com, karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com

/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)

Adele Rapport
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
     Voice: 202-862-4320
     Cell:   202-549-1454
     Facsimile:  800-805-1065 and 202-828-4130
     e-mail: rick@rickseymourlaw.net,


/s/ Lawrence A. Wilson
Lawrence A. Wilson (N.Y.S.B.A. 2487908)
David W. Drucker (N.Y.S.B.A. #1981562)
Wilson, Grochow, Druker & Nolet
Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279-0003
     Telephone: (212) 608-4400
     Facsimile: (212) 227-5159
     e-mail: lwilson@wgdnlaw1.com,
ddruker@wgdnlaw1.com

/s/ Alan L. Fuchsberg
Alan L. Fuchsberg, Esq.(N.Y.S.B.A. #1755966)
Leslie Kelmachter, Esq.(N.Y.S.B.A. #1795723)
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
45th Floor
New York, NY 10110-0002
     Telephone: 212-869-3500 ext. 235
     Facsimile:  212-398-1532
     e-mail: a.fuchsberg@fuchsberg.com,
     l.kelmachter@fuchsberg.com


### CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 7th day of July, 2008.
                 \s\Brian A. Gilbert
                 BRIAN A. GILBERT