UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA* 07-5178 | * * | JOSEPH C. WILKINSON, JR. |

### AFFIDAVIT OF MARK JACKOWSKI

| | |
|---|---|
| **STATE OF LOUISIANA** | § § |
| **PARISH OF ORLEANS** | § |

I, Mark Jackowski, having been duly sworn, on oath, depose and state that this affidavit is made from my personal knowledge. I further state that I am a person of full age of majority, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated as follows:

1.  I am a legal assistant with the Barge P.S. L.C.

2.  My duties include client liaison, data entry, database management, and gathering additional client materials in support of supplementing discovery.

3.  That on April 4, 2008 I sent letter from Brian A. Gilbert to our named plaintiff asking that they supplement their discovery responses.

4. That I personally spoke to clients on numerous occasions regarding the necessity to continuously supplement their discovery responses and the need to provide to us any new or additional documents as they become available. And that clients were told that they must continue to provide updated documents and information, automatically, whenever it comes to their attention.

5. I have been in continuous contact with our named plaintiffs over the last several months with numerous phone calls and letters requesting that they provide any and all papers, contracts, checks, invoices and other documents and things reflecting any and all demolition, salvage, restoration and renovation, repair or reconstructions of your damaged real estate.

6. I have been in continuous contact with our named plaintiffs over the last several months with numerous phone calls and letters requesting all materials - insurance claims, mental health care, death certificates, autopsies, business records, personal property claims, and any other additional property claims and any additional information sought from them was complete and up to date.

7. That Brian A. Gilbert, Edward Lee Moreno and myself spent several days meeting with clients who verified their discovery responses and brought any responsive documents which were in their custody, control or possession.

8. That many of the named plaintiffs with whom we met, responded to our request for further documentation by stating that they "have lost everything" and are unable to produce those documents requested.

9. That many of the named plaintiffs with whom we met responded to our request for further documentation by stating that they continue to be in various stages of reconstruction and

several have been unable to receive funding and/or financial assistance to move forward. And because they have also been displaced they are and continue to be unable to pursue, secure and/or obtain the requested documents.

FURTHER AFFIANT SAYETH NOT.

Mark Jackowski

Sworn to and subscribed before me this 14 day of July, 2008

Notary Public

KARL WIEDEMANN  18502 LA.
Notary Printed Name and Commission or Bar No.
My commission expires at death.