UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*    05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*   06-5342 | * | JUDGE |
| *Perry v. Ingram*      06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*    06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA*       07-5178 | * * | JOSEPH C. WILKINSON, JR. |

### AFFIDAVIT OF EDWARD LEE MORENO, ESQ.

| | |
|---|---|
| STATE OF LOUISIANA | § |
| | § |
| PARISH OF ORLEANS | § |

I, Edward Lee Moreno, having been duly sworn, on oath, depose and state that this affidavit is made from my personal knowledge. I further state that I am a person of full age of majority, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated as follows:

1. I am an associate attorney with the Law Offices of Brian A. Gilbert, P.L.C.

2. My duties included supplementing discovery responses, gathering additional client materials, applying Bates numbers, and correlating Bates numbered responsive documents to each relevant discovery request.

3. That prior to the supplementation of discovery responses our support staff and I spent several days contacting clients, via telephone, in order to progress the collection of additional client materials.

4. That our support staff and I spent several days meeting with clients who verified their discovery responses and brought any responsive documents which were in their custody, control or possession.

5. That many of the named plaintiffs with whom we met, responded to our request for further documentation by stating that they "have lost everything" and are unable to produce those documents requested.

6. That many of the named plaintiffs with whom we met responded to our request for further documentation by stating that they continue to be in various stages of reconstruction and several have been unable to receive funding and/or financial assistance to move forward. And because they have also been displaced they are and continue to be unable to pursue, secure and/or obtain the requested documents.

7. That clients were asked to provide any and all papers, contracts, checks, invoices and other documents and things reflecting any and all demolition, salvage, restoration and renovation, repair or reconstructions of your damaged real estate.

8. That clients were asked to ensure that all materials - insurance claims, mental health care, death certificates, autopsies, business records, personal property claims, and any other additional property claims and any additional information sought from them was complete and up to date.

**FURTHER AFFIANT SAYETH NOT.**

_____
Edward Lee Moreno

Sworn to and subscribed before me

this __14__ day of __July__, 2008

_____
Notary Public

_Stacey Williams Naval 01645_
Notary Printed Name and Commission or Bar No.
My commission expires at death.