UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*      05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*          06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*        06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAG. |
| *Lafarge v. USA*            07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

VERIFICATION

Undersigned hereby verify that a copy of the Barge Plaintiffs' **OBJECTIONS AND APPEAL TO THE DISTRICT COURT FOR LR 74.1E AND 28 U.S.C. § 636 REVIEW OF THE MAGISTRATE COURT'S ORDER ON MOTION RELATIVE TO LAFARGE NORTH AMERICA, INC.'S MOTION FOR PROTECTIVE ORDER WITH RESPECT TO PLAINTIFFS' NOTICE OF PROPOSED FRCP 30(B)(6) DEPOSITION OF LAFARGE NORTH AMERICA** has, this _14_ day of July, 2008, been served upon all parties via ECF upload., electronic mail, facsimile and/or United States First Class Mail, and via ECF upload, facsimile and United States First Class Mail upon the following:

(1)   Division 2 - Magistrate Joseph C. Wilkinson, Jr., 500 Poydras Street, Room B409, New Orleans, LA 70130; and

(2)   Section K - Judge Stanwood R. Duval, Jr, 500 Poydras Street, Room C368, New Orleans, LA 70130

Respectfully submitted,

/s/ Brian A. Gilbert,
Brian A. Gilbert, Esq.(21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
    Telephone: (504) 885-7700
    Telephone: (504) 581-6180
    Facsimile: (504) 581-4336
    e-mail: bgilbert@briangilbertlaw.com

/s/ Lawrence D. Wiedemann,
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
    Telephone: (504) 581-6180
    Facsimile: (504) 581-4336
    e-mail: lawrence@wiedemannlaw.com,
    karl@wiedemannlaw.com, karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
    Telephone: 504-834-0646
    e-mail: pistols42@aol.com

/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Adele Rapport
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C. 20036-4129
    Voice: 202-862-4320
    Cell:  202-549-1454
    Facsimile: 800-805-1065 and 202-828-4130
    e-mail: rick@rickseymourlaw.net,
        adele@rickseymourlaw.net

/s/ Lawrence A. Wilson

_____Lawrence A. Wilson (N.Y.S.B.A. 2487908)
David W. Drucker (N.Y.S.B.A. #1981562)
Wilson, Grochow, Druker & Nolet
Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279-0003
  Telephone: (212) 608-4400
  Facsimile: (212) 227-5159
 e-mail: lwilson@wgdnlaw1.com, ___
ddrucker@wgdnlaw1.com

/s/ Alan L. Fuchsberg
_____Alan L. Fuchsberg, Esq.(N.Y.S.B.A. #1755966)
Leslie Kelmachter, Esq.(N.Y.S.B.A. #1795723)
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
45th Floor
New York, NY 10110-0002
 Telephone: 212-869-3500 ext. 235
 Facsimile: 212-398-1532
 e-mail: a.fuchsberg@fuchsberg.com,
l.kelmachter@fuchsberg.com