UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE | JUDGE DUVAL<br>MAG. WILKINSON |

**PERTAINS TO: 06-9046, Polk**

## ORDER

Considering the forgoing, it is hereby ORDERED that the Plaintiff in the above captioned matter be granted an additional 30 days to submit her settlement demand to Defendants. Signed this _____ day of _____, 2008.

_____
U.S. District Judge