UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>* | CIVIL ACTION<br><br>NO: 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, <u>Woniger, 07-8623</u> | *<br>* | JUDGE DUVAL<br>MAG. WILKINSON |

******************************************************************************

### MEMORANDUM IN SUPPORT OF MOTION FOR ENTRY OF JUDGMENT PURSUANT TO THE COURT'S POST-SHER CASE MANAGEMENT ORDER

Defendant, State Farm Fire and Casualty Company ("State Farm") submits this memorandum in support of its Motion for Entry of Final Judgment Pursuant to the Court's Post-Sher Case Management Order (Rec. Doc. 13521):

This Court's Post-Sher Case Management Order dismissed with prejudice all claims asserted by plaintiffs against any insurer defendant alleging the failure of the defendant to provide flood damage coverage under an insurance policy that excludes such coverage and further ordered that "any defendant who contends that a final judgment of dismissal should be entered in any particular case because no other claims are asserted in the particular case must file a motion for entry of judgment no later than July 14, 2008." *See* Rec. Doc. 13521. The instant case falls into the category of cases to which the Order is directed.

On March 11, 2008, this Court ordered that State Farm and Hartford each file a single motion addressing the validity of claims by their insureds in the suits identified in the exhibits attached thereto seeking recovery for water damage under their respective homeowners policies. *See* Rec. Doc. 11613.  State Farm filed its global motion to dismiss on March 31, 2008.  *See* Rec. Doc. 12091.  State Farm's global motion applies to three-hundred thirty-two (332) cases in the *In Re Katrina* Umbrella.  After completing a detailed analysis of these complaints, the complaints were placed into two (2) categories: (a) cases in which plaintiffs seek to recover for damages caused by flood water alone (not covered under their homeowners policies) (*see* Exhibit A to State Farm's global motion, Rec. Doc. 12091-3); and (b) cases in which plaintiffs seek to recover for damages caused by *both* flood waters (not covered under their homeowners policies) *and* wind/wind-driven rain (potentially covered under their homeowners polices) (*see* Exhibit B to State Farm's global motion, Rec. Doc. 12091-4).

The instant case is subject to State Farm's global motion to dismiss and was listed on Exhibit A as a suit which seeks to recover for damages caused by flood alone.  *See* Rec. Doc. 12091-3.  State Farm's global motion seeks full dismissal of the instant Plaintiff's entire suit, with prejudice.  To date, however, the Court has not issued a ruling on State Farm's global motion.  Thus, out of abundance of caution and in an effort to preserve its rights, State Farm moves the Court to enter final judgment in this case pursuant to its Post-Sher Case Management Order (Rec. Doc. 13521).

As fully explained in State Farm's Global Motion to Dismiss Flood Water Damage Claims (Rec. Doc. 12091) and its Reply to the HLC's Opposition to State Farm's Global Motion (Rec. Doc. 13205), Plaintiff exclusively asserts claims for insurance proceeds for property damage sustained as a result of flooding and fail to state any claims whatsoever for covered

losses. Accordingly, for all of the reasons stated in State Farm's Global Motion to Dismiss Flood Water Damage Claims (Rec. Doc. 12091) and its Reply to the HLC's Opposition to State Farm's Global Motion (Rec. Doc. 13205), State Farm respectfully moves the Court for entry of final judgment against Plaintiff and in favor of State Farm in accordance with the Court's Post-Sher Case Management Order (Rec. Doc. 13521).

Respectfully submitted,

**/s/ David A. Strauss**
DAVID A. STRAUSS **(T.A.)** #24665
CHRISTIAN A. GARBETT, SR. #26293
SARAH SHANNAHAN MONSOUR # 30957
KING, KREBS & JURGENS, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile: (504) 582-1233
dstrauss@kingkrebs.com
cgarbett@kingkrebs.com
smonsour@kingkrebs.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all parties.

**/s/ David A. Strauss**