UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GREGORY APP** | * | **CIVIL ACTION: 07-8717** |
| | * | |
| **VERSUS** | * | **SECTION: B** |
| | * | |
| **ZURICH ASSURANCE COMPANY OF AMERICA** | * | **MAGISTRATE: 4** |
| | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*

## ASSURANCE COMPANY OF AMERICA'S
## MOTION FOR SUMMARY JUDGMENT

Defendant, Assurance Company of America (erroneously sued as Zurich Assurance Company of America) (hereinafter referred to as "ACA") through undersigned counsel and pursuant to Fed. R. Civ. P. 56 respectfully moves this Honorable Court to dismiss the claims of Plaintiff, Gregory App (hereinafter referred to as "App" or "Plaintiff") Petition for Damages, on the grounds that no genuine issue of material fact exists, in that the Louisiana Valued Policy Law does not apply as the relevant Policy is a Builder's Risk policy of insurance, not a fire policy, and additional damages alleged by Plaintiff are specifically excluded and/or not covered under the Policy.

**WHEREFORE**, Assurance Company of America (erroneously sued as Zurich Assurance Company of America), prays that this Honorable Court dismiss Plaintiff, Gregory App's Petition

1

for Damages, awarding all costs and fees associated with filing this motion, and any other relief this Court deems appropriate.

                                             Respectfully submitted,

                                             */s/ Richard E. King*

                                             **RICHARD E. KING (#25128)**
                                             **JENNIFER L. SIMMONS (#30060)**
                                             **GALLOWAY, JOHNSON, TOMPKINS,**
                                                       **BURR & SMITH**
                                             701 Poydras Street, Suite 4040
                                           New Orleans, Louisiana  70139
                                           Telephone: (504) 525-6802
                                           Facsimile:  (504) 525-2456

                                           *Counsel for Defendant,*
                                           *Assurance Company of America*
                                           *(erroneously sued  as Zurich Assurance Company of America)*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 21st day of January, 2008, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

                                             */s/ Richard E. King*

                                             **RICHARD E. KING**

2