# Exhibit "B"

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

**HURRICANE LITIGATION**

NO. 2007-11593

DIVISION " "

2-06

GREGORY APP

VERSUS

ZURICH ASSURANCE COMPANY OF AMERICA

1C/C
9-24-07
DMH    FILED:_____

_____
DEPUTY CLERK

<u>PETITION</u>

NOW INTO COURT, through undersigned counsel, comes Gregory App, a person of the full age of majority and a citizen of the State of Louisiana, who respectfully represents as follows:

I.

Made defendant herein is Zurich Assurance Company of America ("insurer"), a foreign insurer licensed to do and doing business in the State of Louisiana at all material times herein.

II.

At all relevant times herein, Defendant had in full force and effect a fire insurance policy or other policy of insurance in favor of the Plaintiff listed herein, which provided coverage for claims of the nature asserted herein by the Plaintiff. In particular, under its policy of insurance, insurer agreed to pay for damages or losses to Plaintiff's dwelling, dwelling extension, other structures, and for all other relief provided by the policy as a result of Hurricane Katrina pursuant to the terms of the policy and subject to applicable law.

III.

Plaintiff herein is or was domiciled in Orleans Parish, State of Louisiana, and, at all material times herein, including on August 29, 2005, owned immovable property and

all improvements and personal property/contents thereon located in Orleans Parish, at 1106 Treme Avenue, New Orleans, Louisiana, 70116, which was insured by defendant.

IV.

Plaintiff alleges that the loss of his dwelling, dwelling extensions, and/or other structures was caused, in whole or in part, by perils covered by the policy of insurance issued by Defendant herein to Plaintiff herein.

V.

Furthermore, Plaintiff sustained damages or losses in Louisiana to his dwelling, dwelling extensions, and/or other structures, and/or for all other relief provided by the policy; confected his policy of insurance contract with the insurer in Louisiana; and seeks damages pursuant to Louisiana's laws, including, but not limited to, La. R.S. 22:695(A), Louisiana's "Valued Policy Law" ("VPL"), which provides:

> Under any fire insurance policy insuring inanimate, immovable property in this state, if the insurer places a valuation upon the covered property and uses such valuation for purposes of determining the premium charge to be made under the policy, in the case of total loss the insurer shall compute and indemnify or compensate any covered loss of, or damage to, such property which occurs during the term of the policy at such valuation without deduction or offset, unless a different method is to be used in the computation of loss, in which latter case, the policy, and any application therefor, shall set forth in type of equal size, the actual method of such loss computation by the insurer. Coverage may be voided under said contract in the event of criminal fault on the part of the insured or the assigns of the insured.

VI.

Additionally, as a result of the hurricane-force winds of Katrina (the efficient proximate cause), the Plaintiff sustained a total loss to his immovable property and all improvements thereon such that the value of the losses exceeded the policy limits of the coverage. Therefore, Plaintiff is entitled to the policy limits with regard to all coverage, including, but not limited to, dwelling, dwelling extensions, other structures, and/or for all other relief provided by the policy.

VII.

On August 29, 2005, Hurricane Katrina made landfall in Southeast Louisiana as a Category 4 hurricane bearing sustained winds of 140 miles per hour and wind gusts of 155 miles per hour.

VIII.

The insured immovable property and all improvements thereon owned by the Plaintiff listed above sustained a covered loss or damage under the policy issued by insurer.

IX.

Plaintiff's insured immovable property and all improvements thereon sustained damages from hurricane related wind, which is a covered peril under the policy issued by Defendant.

X.

As a result of Hurricane Katrina, Plaintiff sustained substantial damage to his immovable property rendering it a "total loss."

XI.

Insurer placed a valuation upon the insured immovable property owned by Plaintiff.

XII.

Insurer used each such valuation for the purpose of determining the premium charges to be made under the policy insuring the Plaintiff's immovable property.

XIII.

The fire insurance policy or other policies of insurance, and any application therefor, issued by insurer to the Plaintiff above, did not set forth in type of equal size a different method of loss computation in the event of total loss as permitted by La. R.S. 22:695(A).

XIV.

Accordingly, Plaintiff is entitled to recover the full face value stated in the fire insurance policy or other policies of insurance insuring his covered immovable property and other structures, without deduction or offset, pursuant to La. R.S. 22:695(A).

XV.

In the alternative, if the court finds that La. R.S. 22:695(A) does not apply to the immovable dwelling, dwelling extension and other structures owned by the Plaintiff above, then Plaintiff avers that insurer failed to properly adjust and/or appraise his

dwelling, dwelling extension and other structures damaged as a result of Hurricane Katrina and that additional money is owed to Plaintiff for the damages to the dwelling, dwelling extension and other structures pursuant to the Plaintiff's policy of insurance.

### XVI.

Additionally, Plaintiff disputes that insurer has fully compensated him for all other relief provided by the policy and claim that he is owed all other relief provided by his policy.

### XVII.

Additionally, Plaintiff alleges that the efficient proximate cause of the damages and losses to his dwelling, dwelling extension, other structures, and/or all other relief provided by the policy, were the severe winds of Hurricane Katrina and that the anti-concurrent cause clause provision used by insurer to deny the numerous claims of the Plaintiff is in violation of the efficient proximate cause rule and is vague and ambiguous, rendering insurer liable to the Plaintiff for damages and losses to his dwelling, dwelling extension, other structures, and/or for all other relief provided by the insurer's policy.

### XVIII.

The flooding entering the City of New Orleans and surrounding parishes resulted from breaches in and failure of the levees/canals and/or levee/canal walls along the 17th Street Canal, London Avenue Canal, Industrial Canal, the Mississippi River Gulf Outlet and elsewhere, and were the result of acts of negligence in the design, construction and maintenance of said levees/canals and levee/canal walls.

### XIX.

The breaking or failure of the levee/canal systems in the City of New Orleans and surrounding parishes which resulted from negligent acts is a peril not specifically excluded by the policy of insurance issued by Defendant to Plaintiff herein, in contrast to other policies available in the market, and neither falls within the regular definition of "flood" nor within any of the said insurance policy's exclusions of "flood".

## XX.

Defendant negligently, recklessly and/or intentionally ignored clear evidence that wind and wind-driven rain caused severe damage to Plaintiff's covered property prior to any flooding.

## XXI.

Defendant recklessly disregarded its duty to deal fairly with Plaintiff and act in good faith.

## XXII.

Upon information and belief, and out of an abundance of caution, Plaintiff further alleges that insurer acted arbitrarily and capriciously in adjusting and appraising the damages and losses to his dwelling, dwelling extension, other structures, and/or for all other relief provided by the policy and/or in paying an appropriate amount of such damage(s) after satisfactory proof of loss. Additionally, it has been more than 60 days since satisfactory proofs of loss were submitted and more than 60 days since an inspection was made or should have been made. Accordingly, in that event, Plaintiff are entitled to recover from insurer under La. R.S. 22:1220 and/or La. R.S. 22:658 damages, penalties, attorney fees, costs and/or any other relief set forth therein.

**WHEREFORE,** Plaintiff prays that Defendant be served with a copy of this Petition and be cited to appear and answer same; that, after appropriate legal delays and due proceedings are had, there be judgment in favor of Plaintiff and against Defendant for the full face value stated in the fire insurance or other policy, issued by Defendant insurer to Plaintiff for coverage for dwelling, dwelling extension and other structures, without deduction or offset, pursuant to La. R.S. 22:695; that, in the alternative, there be judgment in favor of Plaintiff and against Defendant herein for just and reasonable damages provided under the fire insurance policy or other policies of insurance issued by Defendant to Plaintiff herein, for all damages to Plaintiff's dwelling, dwelling extensions, other structures, and/or all relief provided by said policy; that Plaintiff be granted all relief provided by the provisions of La. R.S. 22:1220 and/or La. R.S. 22:658; that Plaintiff recover interest from the date of judicial demand; that Plaintiff recover all costs of these proceedings; and for all general and equitable relief.

Respectfully submitted,

LESTELLE & LESTELLE, APLC
Terrence J. Lestelle - 08540
Andrea S. Lestelle - 08539
Jeffery B. Struckhoff - 30173
3421 N. Causeway Blvd., Suite 602
Metairie, LA 70002
Telephone: 504-828-1224
Facsimile: 504-828-1229
**Attorneys for Plaintiff,**
**GREGORY APP**

PLEASE SERVE:

ZURICH ASSURANCE COMPANY OF AMERICA
through the Secretary of State
State of Louisiana
8549 United Plaza Boulevard
Baton Rouge, La. 70809

*Exhibit "C"*


**Gilbane**
CAT-Response

| Insured: | App, Gregory | Home: | (404) 272-5896 |
|---|---|---|---|
| Property: | 1106 Treme St.<br>New Orleans, LA 70116 | | |

| Estimator: | David McLaughlin | Business: | (281) 883-9735 |
|---|---|---|---|
| Company: | Gilbane CAT-Response | | |

| Business: | 19703 Water Point Trail<br>Kingwood, TX 77346 |
|---|---|

Contractor:
Company:  Gilbane CAT-Response

| Claim Number | Policy Number | Type of Loss | Deductible |
|---|---|---|---|
| 5100042538 | ER 61026342 | Wind Damage | $0.00 |

| Date Contacted: | 03/26/2007 | | |
|---|---|---|---|
| Date of Loss: | 08/29/2005 | Date Received: | |
| Date Inspected: | | Date Entered: | 03/26/2007 12:53 PM |

| Price List: | LANO4S7A |
|---|---|
| | Restoration/Service/Remodel |
| Estimate: | APP-GREGORY |



CAT Response

**APP-GREGORY**

## Room: Roof



| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 2-story asbestos shingle roof replacement - bid per "Augustino Roofing" | 1.00 EA | 0.00 | 13,862.50 | 13,862.50 |
| R&R Metal roofing | 150.00 SF | 0.54 | 4.45 | 748.50 |
| R&R Rafters - 2x8 - 16" OC (3-5/12 Gable, per SF of floor) | 150.00 SF | 1.29 | 3.47 | 714.00 |

Room Totals: Roof

15,325.00

## Room: Exterior



| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Attic vent - gable end - wood | 1.00 EA | 8.96 | 119.75 | 128.71 |
| Seal & paint wood gable vent | 1.00 EA | 0.00 | 31.37 | 31.37 |
| R&R Gutter / downspout - half round - aluminum - 6" | 25.00 LF | 0.54 | 8.81 | 233.75 |
| Plumber - per hour (Repair/Re-attach Vents) | 4.00 HR | 0.00 | 65.28 | 261.12 |
| Siding - Minimum charge | 1.00 EA | 0.00 | 170.00 | 170.00 |
| Scaffold - Minimum charge | 1.00 EA | 0.00 | 115.00 | 115.00 |
| R&R Ornamental iron handrail w/ twisted pickets - front upper deck | 44.00 LF | 2.12 | 30.54 | 1,437.04 |

APP-GREGORY

05/03/2007  Page: 2



CAT Response

**CONTINUED - Exterior**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Prime & paint ornamental iron handrail, 36" to 42" high | 44.00 LF | 0.00 | 7.11 | 312.84 |
| R&R Sheathing - plywood - 5/8" - treated | 216.00 SF | 0.61 | 2.37 | 643.68 |
| R&R Roll roofing - 50% overlap | 2.16 SQ | 44.83 | 123.80 | 364.24 |
| R&R Flashing, 14" wide | 24.00 LF | 0.62 | 3.30 | 94.08 |
| R&R Screen door - wood - 30" - 36" - full screen (no glass) | 1.00 EA | 18.97 | 109.14 | 128.11 |
| Prime & paint/finish screen door (per side) | 2.00 EA | 0.00 | 32.64 | 65.28 |

Room Totals:  Exterior                                                                 3,985.22

**Interior**

**Top Floor**

| Room: Bedroom | | LxWxH 14'3" x 11'9" x 9'10" |
|---|---|---|

511.33 SF Walls
678.77 SF Walls & Ceiling
18.60 SY Flooring
140.13 SF Long Wall
52.00 LF Ceil. Perimeter

167.44 SF Ceiling
167.44 SF Floor
52.00 LF Floor Perimeter
115.54 SF Short Wall

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Detach & Reset Ceiling fan & light | 1.00 EA | 0.00 | 0.00 | 119.58 |
| R&R Batt insulation - 6" - R19 | 167.44 SF | 0.39 | 0.82 | 202.60 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 167.44 SF | 0.44 | 1.77 | 370.04 |
| Seal then paint the walls and ceiling twice (3 coats) | 678.77 SF | 0.00 | 1.03 | 699.13 |
| R&R Crown molding - 2 1/4" | 52.00 LF | 0.72 | 2.65 | 175.24 |
| Paint crown molding - two coats | 52.00 LF | 0.00 | 1.12 | 58.24 |
| Paint chair rail - two coats | 52.00 LF | 0.00 | 1.08 | 56.16 |

APP-GREGORY                                                          05/03/2007  Page: 3



CAI Response

**CONTINUED – Bedroom**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Stud wall - 2" x 4" - 16" oc (Closet wall will need to be removed to replace damaged flooring) | 60.00 SF | 0.23 | 2.28 | 150.60 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint (Closet wall) | 120.00 SF | 0.44 | 1.77 | 265.20 |
| R&R Interior door unit | 1.00 EA | 20.15 | 147.73 | 167.88 |
| Door knob - interior | 1.00 EA | 0.00 | 36.39 | 36.39 |
| Reglaze window, 1 - 9 sf | 1.00 EA | 0.00 | 51.01 | 51.01 |
| Stain & finish door slab only (per side) | 2.00 EA | 0.00 | 41.89 | 83.78 |
| Paint baseboard - two coats | 52.00 LF | 0.00 | 1.09 | 56.68 |
| R&R Base shoe | 52.00 LF | 0.18 | 1.02 | 62.40 |
| Seal & paint base shoe or quarter round | 52.00 LF | 0.00 | 0.61 | 31.72 |
| R&R Softwood flooring - no finish | 167.44 SF | 2.52 | 8.46 | 1,838.49 |
| Sand, stain, and finish wood floor | 167.44 SF | 0.00 | 4.01 | 671.43 |

Room Totals:  Bedroom

5,096.57

**Room: Bedroom 2**          LxWxH 14'3" x 11'9" x 9'10"



511.33 SF Walls
678.77 SF Walls & Ceiling
18.60 SY Flooring
140.13 SF Long Wall
52.00 LF Ceil. Perimeter

167.44 SF Ceiling
167.44 SF Floor
52.00 LF Floor Perimeter
115.54 SF Short Wall

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Detach & Reset Ceiling fan & light | 1.00 EA | 0.00 | 0.00 | 119.58 |
| R&R Batt insulation - 6" - R19 | 167.44 SF | 0.39 | 0.82 | 202.60 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 167.44 SF | 0.44 | 1.77 | 370.04 |

APP-GREGORY

05/03/2007  Page: 4



Gilbane
CAT Response

CONTINUED - Bedroom 2

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Seal then paint the walls and ceiling twice (3 coats) | 678.77 SF | 0.00 | 1.03 | 699.13 |
| Paint crown molding - two coats | 52.00 LF | 0.00 | 1.12 | 58.24 |
| Paint chair rail - two coats | 52.00 LF | 0.00 | 1.08 | 56.16 |
| Reglaze window, 1 - 9 sf | 5.00 EA | 0.00 | 51.01 | 255.05 |
| Interior door - Detach & reset - slab only | 1.00 EA | 0.00 | 12.66 | 12.66 |
| Detach & Reset Sink - single | 1.00 EA | 0.00 | 0.00 | 86.76 |
| Detach & Reset Toilet | 1.00 EA | 0.00 | 0.00 | 141.09 |
| Paint baseboard - two coats | 52.00 LF | 0.00 | 1.09 | 56.68 |
| R&R Base shoe | 52.00 LF | 0.18 | 1.02 | 62.40 |
| Seal & paint base shoe or quarter round | 52.00 LF | 0.00 | 0.61 | 31.72 |
| R&R Softwood flooring - no finish | 167.44 SF | 2.52 | 8.46 | 1,838.49 |
| Sand, stain, and finish wood floor | 167.44 SF | 0.00 | 4.01 | 671.43 |

Room Totals: Bedroom 2

4,662.03



**Room: Bathroom**                                    LxWxH 11'8" x 11'4" x 9'10"

452.33 SF Walls                    132.22 SF Ceiling
584.56 SF Walls & Ceiling          132.22 SF Floor
14.69 SY Flooring                   46.00 LF Floor Perimeter
114.72 SF Long Wall                111.44 SF Short Wall
46.00 LF Ceil. Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Detach & Reset Ceiling fan & light | 1.00 EA | 0.00 | 0.00 | 119.58 |
| R&R Batt insulation - 6" - R19 | 132.22 SF | 0.39 | 0.82 | 159.99 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 132.22 SF | 0.44 | 1.77 | 292.21 |
| Drywall patch, ready for paint (Wall) | 1.00 EA | 0.00 | 75.00 | 75.00 |

APP-GREGORY

05/03/2007  Page: 5



CAT Response

**CONTINUED – Bathroom**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Seal then paint the walls and ceiling twice (3 coats) | 584.56 SF | 0.00 | 1.03 | 602.10 |
| R&R Base shoe | 46.00 LF | 0.18 | 1.02 | 55.20 |
| Seal & paint base shoe or quarter round | 46.00 LF | 0.00 | 0.61 | 28.06 |
| Sand, stain, and finish wood floor | 132.22 SF | 0.00 | 4.01 | 530.20 |

Room Totals:  Bathroom

1,862.34

Room: Landing                                  LxWxH 11'3" x 11'0" x 12'0"



534.00 SF Walls                    123.75 SF Ceiling
657.75 SF Walls & Ceiling          123.75 SF Floor
13.75 SY Flooring                  44.50 LF Floor Perimeter
135.00 SF Long Wall                132.00 SF Short Wall
44.50 LF Ceil. Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 311.50 SF | 0.44 | 1.77 | 688.42 |
| Acoustic ceiling (popcorn) texture | 123.75 SF | 0.00 | 0.83 | 102.71 |
| Texture drywall - light hand texture | 267.00 SF | 0.00 | 0.46 | 122.82 |
| Seal then paint the walls and ceiling twice (3 coats) | 657.75 SF | 0.00 | 1.03 | 677.48 |
| Underlayment - 1/4" lauan/mahogany plywood | 123.75 SF | 0.00 | 1.22 | 150.98 |
| R&R Vinyl tile | 123.75 SF | 1.22 | 2.71 | 486.34 |

Room Totals:  Landing

2,228.75

APP-GREGORY

05/03/2007  Page: 6



**Gilbane**
CAT Response

**Room: Bathroom 2**           LxWxH 6'0" x 5'0" x 8'0"



| | |
|---|---|
| 176.00 SF Walls | 30.00 SF Ceiling |
| 206.00 SF Walls & Ceiling | 30.00 SF Floor |
| 3.33 SY Flooring | 22.00 LF Floor Perimeter |
| 48.00 SF Long Wall | 40.00 SF Short Wall |
| 22.00 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Batt insulation - 6" - R19 | 30.00 SF | 0.39 | 0.82 | 36.30 |
| Detach & Reset Bathroom ventilation fan w/light | 1.00 EA | 0.00 | 0.00 | 71.21 |
| R&R 1/2" drywall - hung, taped, ready for texture | 206.00 SF | 0.44 | 1.56 | 412.00 |
| Seal/prime the ceiling - one coat | 30.00 SF | 0.00 | 0.42 | 12.60 |
| Acoustic ceiling (popcorn) texture | 30.00 SF | 0.00 | 0.83 | 24.90 |
| Mask wall - plastic, paper, tape (per LF) | 22.00 LF | 0.00 | 0.88 | 19.36 |
| Prep wall for wallpaper | 176.00 SF | 0.00 | 0.41 | 72.16 |
| Wallpaper | 176.00 SF | 0.00 | 1.64 | 288.64 |

| | |
|---|---|
| Room Totals: Bathroom 2 | 937.17 |
| Area Items Total: Top Floor | 14,786.86 |

**Lower Level**

**Room: Living Room**           LxWxH 13'4" x 11'5" x 9'10"



| | |
|---|---|
| 486.75 SF Walls | 152.22 SF Ceiling |
| 638.97 SF Walls & Ceiling | 152.22 SF Floor |
| 16.91 SY Flooring | 49.50 LF Floor Perimeter |
| 131.11 SF Long Wall | 112.26 SF Short Wall |
| 49.50 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Detach & Reset Ceiling fan & light | 1.00 EA | 0.00 | 0.00 | 119.58 |
| Electrician - per hour (Detach and reset electrical in order to repair drywall) - Includes multiple trips | 4.00 HR | 0.00 | 62.74 | 250.96 |

APP-GREGORY

05/03/2007 Page: 7


CAT Response

**CONTINUED - Living Room**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R 1/2" drywall - hung, taped, ready for texture | 152.22 SF | 0.44 | 1.56 | 304.44 |
| Seal/prime the ceiling - one coat | 152.22 SF | 0.00 | 0.42 | 63.93 |
| Acoustic ceiling (popcorn) texture | 152.22 SF | 0.00 | 0.83 | 126.34 |
| Seal then paint the walls twice (3 coats) | 486.75 SF | 0.00 | 1.03 | 501.35 |
| R&R Baseboard - 6" hardwood | 49.50 LF | 0.54 | 6.00 | 323.73 |
| Paint baseboard - two coats | 49.50 LF | 0.00 | 1.09 | 53.96 |
| Detach & Reset Outlet (Along baseboards) | 7.00 EA | 0.00 | 0.00 | 84.28 |
| Phone, TV, or speaker outlet - Detach & reset | 1.00 EA | 0.00 | 16.25 | 16.25 |
| R&R Base shoe | 49.50 LF | 0.18 | 1.02 | 59.40 |
| Seal & paint base shoe or quarter round | 49.50 LF | 0.00 | 0.61 | 30.20 |
| R&R Softwood flooring - no finish | 152.22 SF | 2.52 | 8.46 | 1,671.37 |
| Sand, stain, and finish wood floor | 152.22 SF | 0.00 | 4.01 | 610.40 |

Room Totals: Living Room

4,216.19

---

**Room: Kitchen**

LxWxH 12'0" x 11'0" x 12'0"



552.00 SF Walls
684.00 SF Walls & Ceiling
14.67 SY Flooring
144.00 SF Long Wall
46.00 LF Ceil. Perimeter

132.00 SF Ceiling
132.00 SF Floor
46.00 LF Floor Perimeter
132.00 SF Short Wall

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 294.00 SF | 0.44 | 1.77 | 649.74 |
| Acoustic ceiling (popcorn) texture | 132.00 SF | 0.00 | 0.83 | 109.56 |
| Texture drywall - light hand texture | 276.00 SF | 0.00 | 0.46 | 126.96 |

APP-GREGORY

05/03/2007  Page: 8


CAT Response

### CONTINUED - Kitchen

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Seal then paint the walls and ceiling twice (3 coats) | 684.00 SF | 0.00 | 1.03 | 704.52 |
| Underlayment - 1/4" lauan/mahogany plywood | 132.00 SF | 0.00 | 1.22 | 161.04 |
| R&R Vinyl tile | 132.00 SF | 1.22 | 2.71 | 518.76 |

Room Totals:  Kitchen                                                                 2,270.58

---

**Room: Bedroom 3**                                              **LxWxH 13'6" x 11'0" x 9'8"**



473.67 SF Walls
622.17 SF Walls & Ceiling
16.50 SY Flooring
130.50 SF Long Wall
49.00 LF Ceil. Perimeter

148.50 SF Ceiling
148.50 SF Floor
49.00 LF Floor Perimeter
106.33 SF Short Wall

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Detach & Reset Ceiling fan & light | 1.00 EA | 0.00 | 0.00 | 119.58 |
| R&R 1/2" drywall - hung, taped, ready for texture | 148.50 SF | 0.44 | 1.56 | 297.00 |
| Seal/prime the ceiling - one coat | 148.50 SF | 0.00 | 0.42 | 62.37 |
| Acoustic ceiling (popcorn) texture | 148.50 SF | 0.00 | 0.83 | 123.26 |
| Seal then paint the walls twice (3 coats) | 473.67 SF | 0.00 | 1.03 | 487.88 |
| Underlayment - 1/4" lauan/mahogany plywood | 148.50 SF | 0.00 | 1.22 | 181.17 |
| R&R Vinyl tile | 148.50 SF | 1.22 | 2.71 | 583.61 |

Room Totals:  Bedroom 3                                                            1,854.87

APP-GREGORY

05/03/2007  Page: 9



CAT Response



**Room: Closet**                                                    **LxWxH 11'6" x 5'0" x 9'8"**

319.00 SF Walls                          57.50 SF Ceiling
376.50 SF Walls & Ceiling                57.50 SF Floor
6.39 SY Flooring                         33.00 LF Floor Perimeter
111.17 SF Long Wall                      48.33 SF Short Wall
33.00 LF Ceil. Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Drywall patch, ready for paint | 1.00 EA | 0.00 | 75.00 | 75.00 |
| Seal then paint the walls and ceiling twice (3 coats) | 376.50 SF | 0.00 | 1.03 | 387.80 |
| Underlayment - 1/4" lauan/mahogany plywood | 57.50 SF | 0.00 | 1.22 | 70.15 |
| R&R Vinyl tile | 57.50 SF | 1.22 | 2.71 | 225.98 |

Room Totals: Closet

758.93



**Room: Bathroom**                                                  **LxWxH 11'6" x 6'0" x 9'8"**

338.33 SF Walls                          69.00 SF Ceiling
407.33 SF Walls & Ceiling                69.00 SF Floor
7.67 SY Flooring                         35.00 LF Floor Perimeter
111.17 SF Long Wall                      58.00 SF Short Wall
35.00 LF Ceil. Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 128.00 SF | 0.44 | 1.77 | 282.88 |
| Acoustic ceiling (popcorn) texture | 69.00 SF | 0.00 | 0.83 | 57.27 |
| Texture drywall - light hand texture | 59.00 SF | 0.00 | 0.46 | 27.14 |
| Seal then paint the walls and ceiling twice (3 coats) | 407.33 SF | 0.00 | 1.03 | 419.55 |
| Underlayment - 1/4" lauan/mahogany plywood | 69.00 SF | 0.00 | 1.22 | 84.18 |
| R&R Vinyl tile | 69.00 SF | 1.22 | 2.71 | 271.17 |
| Detach & Reset Toilet | 1.00 EA | 0.00 | 0.00 | 141.09 |

APP-GREGORY

05/03/2007  Page: 10


CAT Response

**CONTINUED – Bathroom**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Room Totals: Bathroom | | | | 1,283.28 |

**Room: Laundry Room**    **LxWxH 6'0" x 5'0" x 7'0"**



154.00 SF Walls    30.00 SF Ceiling
184.00 SF Walls & Ceiling  30.00 SF Floor
3.33 SY Flooring    22.00 LF Floor Perimeter
42.00 SF Long Wall   35.00 SF Short Wall
22.00 LF Ceil. Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R 1/2" drywall - hung, taped, floated, ready for paint (Ceiling and portion of walls) | 97.00 SF | 0.44 | 1.77 | 214.37 |
| Seal then paint the walls and ceiling twice (3 coats) | 184.00 SF | 0.00 | 1.03 | 189.52 |
| Room Totals: Laundry Room | | | | 403.89 |
| Area Items Total: Lower Level | | | | 10,787.74 |
| Area Items Total: Interior | | | | 25,574.60 |

**Room: General**

APP-GREGORY


CAT Response

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| General clean - up | 16.00 HR | 0.00 | 26.19 | 419.04 |
| Taxes, insurance, permits & fees | 1.00 EA | 0.00 | 500.00 | 500.00 |
| Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 689.29 | 0.00 | 689.29 |

Room Totals: General

1,608.33

Line Item Totals: APP-GREGORY

46,493.15

### Grand Total Areas:

| | | |
|---|---|---|
| 4,508.75  SF Walls | 1,210.07  SF Ceiling | 5,718.82  SF Walls and Ceiling |
| 1,210.07  SF Floor | 134.45  SY Flooring | 451.00  LF Floor Perimeter |
| 1,247.92  SF Long Wall | 1,006.46  SF Short Wall | 451.00  LF Ceil. Perimeter |
| 0.00  Floor Area | 0.00  Total Area | 0.00  Interior Wall Area |
| 0.00  Exterior Wall Area | 0.00  Exterior Perimeter of Walls | |
| 0.00  Surface Area | 0.00  Number of Squares | 0.00  Total Perimeter Length |
| 0.00  Total Ridge Length | 0.00  Total Hip Length | |

APP-GREGORY


CAT Response

### Summary for Wind Damage

| Line Item Total | | | | |
|---|---|---|---|---|
| Material Sales Tax | @ | 9.000% x | 9,034.80 | 46,493.15 |
| | | | | 813.13 |
| Subtotal | | | | |
| Overhead | @ | 10.0% x | 47,306.28 | 47,306.28 |
| Profit | @ | 10.0% x | 47,306.28 | 4,730.63 |
| | | | | 4,730.63 |
| Replacement Cost Value | | | | |
| Net Claim | | | | 56,767.54 |
| | | | | **56,767.54** |

David McLaughlin

APP-GREGORY


CAT Response

## Summary for Wind Damage

| | | | | |
|---|---|---|---|---|
| Line Item Total | | | | 46,493.15 |
| Material Sales Tax | @ | 9.000% x | 9,034.80 | 813.13 |
| | | | | |
| Subtotal | | | | 47,306.28 |
| Overhead | @ | 10.0% x | 47,306.28 | 4,730.63 |
| Profit | @ | 10.0% x | 47,306.28 | 4,730.63 |
| | | | | |
| Replacement Cost Value | | | | 56,767.54 |
| Net Claim | | | | 56,767.54 |

David McLaughlin

# Exhibit "D"



**Claim Summary**                                                                1 New Loss
Claim: 5100042538    Date of Loss: 08-29-2005    Insured: GREGORY APP

Claim Summary | Insured | Accident | Witness | Claim Loss Characteristics First Party Property | Claim References Loss Payee

| | |
|---|---|
| Policy Number: | ERN 61026342 |
| Producer: | ZURICH INS BROKERAGE SERV |
| Insured Name: | GREGORY APP |
| Claimant Name: | GREGORY APP |
| Loss Address: | 1106 Treme St |
| City: | New Orleans |
| State: | Louisiana |
| Accident Description: | Hurricane Katrina. Unknown damage. |
| Injury/Damage: | Windstorm/Hurricane/Tornado |
| Cross Reference Number: | |
| Reopened Indicator: | Yes |
| Reopened To Claim Number: | |
| Reopened From Claim Number: | |
| Claims Made Indicator: | Occurrence |
| Occurrence Code: | |
| CAT Code: | 049 |

Date of Loss: 08-29-2005

| | Paid To Date | Examiner RSV | Current Value | Recovery |
|---|---|---|---|---|
| Claim: | 55,767.54 | 0.00 | 55,767.54 | 0.00 |
| | | | | |

**Number of Val Ids**

Open: 1    Closed: 1    Outstanding: 0

| | |
|---|---|
| Claim Setup Type: | Regular |
| Claim Status: | CLSD |
| Suit: | |
| File Handler: | |

Setup Date: 09-07-2005    Last Activity Date: 05-14-2007
Recovery Status: NOT APPLICABLE    Closed Date: 05-14-2007

# *Exhibit "E"*

May 21, 2007

James Campagna
Property Claims Consultant
1400 American Lane
Tower 2, Floor 4
Schaumburg, IL 60196

Re: Claim#: 5100042538

Dear Mr. Campagna:

On May 9, 2007, I was issued a check for the above referenced claim in the amount of $55,767.54.  This amount was adjusted by David McLaughlin, of Gilbane CAT Response.  This is an amount that my contractor found to be close enough, to begin to repair the adjusted damages.

I've attached our earliest correspondences, and copies of the two adjustment reports made by Zurich's adjusters, so that you have recollection of our initial conversations, and may see clearly the points I wish to make.  This property was initially adjusted by Sal Sandoval, within a relatively short period of time after Katrina.  I was not privy to the amount at which he adjusted the damages.  On December 26, 2006, I met a second adjuster, Matt Coy, at the property.  This was sixteen months after Katrina, and my filing the claim with Zurich.  Matt Coy adjusted the damages at $10,068.27(depreciated).  This is 18% of the amount finally agreed upon by Zurich, Zurich's adjuster, my contractor, and I, through the ADR process.

I've made it a point to calculate the percentage difference between your second adjustment, by Matt Coy, and your last, by David McLaughlin.  This discrepancy in Zurich's adjustments, combined with the exorbitant amount of time to pay the claim, qualifies as bad faith on the part of Zurich, with regard to servicing the insurance policy that I purchased from Zurich.

The lack of timeliness and good faith in servicing this claim, has left this property out of service for approximately 22 months, to date.  With no means to bring the property into service personally, I have fallen behind on the mortgage payments.

As of today, I am $23,640.23 behind on my mortgage. I demand that Zurich pay an additional $30,000.00 on my claim, which will bring me up to date on my mortgage, upon anticipated completion of repairs. For this, I am willing to waive further damages, with regard to this claim, which may total 200% of the $55,767.54 you issued, plus legal fees.

Please consider this demand letter seriously, as I am prepared to retain legal consul.

Sincerely,

Gregory App