UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GREGORY APP** | * | **CIVIL ACTION: 07-8717** |
| | * | |
| **VERSUS** | * | **SECTION: B** |
| | * | |
| **ZURICH ASSURANCE COMPANY OF AMERICA** | * | **MAGISTRATE: 4** |
| | * | |
| | * | |

\*     \*     \*     \*     \*     \*     \*

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Motion for Summary Judgment by defendant Assurance Company of America, will be heard on the 20th day of February 2008, at 9:00 a.m., before the Honorable Judge Ivan L.R. Lemelle, at the United States District Court, 500 Poydras Street, New Orleans, Louisiana.

    Respectfully submitted,

    */s/ Richard E. King*

    **RICHARD E. KING (#25128)**
    **JENNIFER L. SIMMONS (#30060)**
    **GALLOWAY, JOHNSON, TOMPKINS,**
        **BURR & SMITH**
    701 Poydras Street, Suite 4040
    New Orleans, Louisiana  70139
    Telephone: (504) 525-6802
    Facsimile:  (504) 525-2456

    *Counsel for Defendant,*
    *Assurance Company of America*
    *(erroneously sued as Zurich North America)*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 21st day of January, 2008, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Richard E. King*

**RICHARD E. KING**