# Commercial Loss Report



**Date:** 08/30/06

Select

**To:**
**Company:** Zurich North America

**Attn:** Jim Campagne

**Address:** 1400 American Lane, Tower 2 - Floor 10
Schaumburg, IL 60198

**Prepared By:**
**Adjuster:** Sal Sandoval

**Phone:** 916-284-1433

**E-mail:** ssandoval@lanset.com

**Reference:**
**Claim #:** 5100042538   **Crawford File #:** 4439-10877
**Policy #:** BRN61026342   **Loss Location:** 1106 Treme Street
**Insured:** Gregory App                New Orleans, LA 70126
**Loss:** 8/29/05 Hurricane Katrina

**Activity:**
**Assignment Date:** 1-/18/05
**Contact Date:** 10/24/05
**Inspection Date(s):** 10/26/05

## Estimated Loss:

| Item: | Sum Insured: | Gross Loss: | Deductible: | Net: |
|---|---|---|---|---|
| Building | Unk. | 18,999.56 | Unk. | Pending |

## Adjustment and General Remarks:

**Policy Information / Other Insurance:** Builders Risk - Existing building remodel. We received no specific coverage information for this claim other than it involves a Builders Risk Policy.
**Policy Issues:** None

**Description of Risk:** Two-story, wood frame residential construction, built circa 1910 on raised concrete foundation (stilts), measuring approximately 1,480 square feet of living space. The building has a 3-tap composition shingles roof. The interior surfaces are sheetrock and wood paneling/siding and the exterior has wood siding.

**Insurable Interest:**

**Cause of Loss and Damages:** Wind damage to approximately 40% of roof shingles and broken windows in upstairs bedrooms with resulting damage to interior walls and floor surfaces. There is also wind damage to exterior fascia, gutters, downspouts, and balcone overhand and floor.

**Immediate Concerns:** None

**Business Income / Extra Expense Loss:** N/A

**Subrogation / Salvage:** None

**Comments:** As indicated in my previous report of 3/24/06, I did not complete an "on roof" inspection of this risk. The attached adjuster estimate provides for replacement of the entire roof, based on what I observed from the ground. Also, please note that the insured never provided the requested HBIS Questionaire, a budget sheet, or an estimate from his contractor.

## General Scope of Loss:

| Item: | Quantity: | Unit: |
|---|---|---|
| Roofing | | |
| Drywall | | |
| Painting | | |
| Floor Refinishing | | |






**Recommendations:**

*This report is presented to your office solely for information purposes. Final Coverage determination will be completed by your office. Advance Payments and Settlement values must be approved by your office prior to offers to the insured. Adjustments by coverage line and documents prepared by adjuster will be provided to insured upon Case Handler approval.*
Per your instructions, I completed the attached estimate but I did not discussed it or reached an agreement with the insured.

Our next report will follow by **This is our Final Report**

**Enclosures:**

Damage Scope
Photos (submitted with 3/24/06 Report)
Service Invoice

 **Crawford and Company**

5465 Cottage Hill Road
Mobile, AL 36609
251-602-6788

| Claim Number | Policy Number | Type of Loss | Deductible |
|---|---|---|---|
| 5100042538 | BRN61026342 | WIND | $ 0.00 |

Insured: APP, GREGORY

Home: (404) 272-5896
Business: (504) 433-0929

Property: 1106 TREME STREET
NEW ORLEANS, LA

Home: 255 MURRAY HILL
ATLANTA, GA 30317

Claim Rep.: Sal Sandoval

Business: (916) 284-1433

Business: 5465 Cottage Hill Road
Mobile, AL 36609

Estimator: Sal Sandoval

Business: (916) 284-1433

Business: 5465 Cottage Hill Road
Mobile, AL 36609

Reference:

Contractor:

**Dates:**

Date Contacted: 10/24/05

Date of Loss: 08/29/05
Date Inspected: 10/26/05
Date Assigned: 10/18/05

Date Received: 10/18/05
Date Entered: 11/21/05

Price List: LANO3B53
Restoration/Service/Remodel with Service Charges Factored In
Estimate: APP_GREGORY
Client Code: 8300

Branch-File #: 4439-10877
Client Name: ZURICH NORTH AMERICA

**Opening Statement:**

This is an estimate only. The insurance policy may contain provisions that will reduce any payment that might be made. This is not an authorization to repair. Authorization to repair or guarantee of payment must come from the owner of the property. No adjuster or appraiser has the authority to authorize repair or guarantee payment. The insurer assumes no responsibility for the quality of repairs that may be made.

 **Crawford and Company**

5465 Cottage Hill Road
Mobile, AL 36609
251-602-6788

### APP__GREGORY

**Exterior**

**Room: Roof**



| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Dwelling | | | | | |
| Remove 3 tab - 20 yr. - composition shingle roofing - incl. felt | 7.00 SQ | 45.52 | 318.64 | 0.00 | 318.64 |
| 3 tab - 20 yr. - composition shingle roofing - incl. felt | 8.20 SQ | 160.81 | 1,318.64 | 0.00 | 1,318.64 |
| Ridge cap - composition shingles | 38.00 LF | 2.54 | 96.52 | 0.00 | 96.52 |
| R&R Additional charge for steep roof - 7/12 to 9/12 slope | 8.00 SQ | 53.92 | 431.36 | 0.00 | 431.36 |
| R&R Additional charge for high roof (2 stories or greater) | 8.00 SQ | 24.12 | 192.96 | 0.00 | 192.96 |
| R&R Roof vent - turbine type | 2.00 EA | 83.20 | 166.40 | 0.00 | 166.40 |
| R&R Drip edge/gutter apron | 53.00 LF | 2.22 | 117.66 | 0.00 | 117.66 |
| R&R Gutter / downspout - aluminum | 65.00 LF | 4.10 | 266.50 | 0.00 | 266.50 |
| **Dwelling Totals:** | | | 2,908.68 | 0.00 | 2,908.68 |
| **Room Totals: Roof** | | | 2,908.68 | 0.00 | 2,908.68 |

APP__GREGORY                                                                                   09/18/2006   Page: 2


**Crawford and Company**

5465 Cottage Hill Road
Mobile, AL 36609
251-602-6788



**Room: BALCONY**  LxWxH  42'0" x 4'1" x 8'0"

| | |
|---|---|
| 737.33  SF Walls | 171.50  SF Ceiling |
| 908.83  SF Walls & Ceiling | 171.50  SF Floor |
| 19.06  SY Flooring | 92.17  LF Floor Perimeter |
| 336.00  SF Long Wall | 32.67  SF Short Wall |
| 92.17  LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| **Dwelling** | | | | | |
| R&R Joist - floor or ceiling - 2x4 - w/blocking | 167.00 LF | 1.46 | 243.82 | 0.00 | 243.82 |
| R&R Labor to install joist - floor or ceiling - 2x4 | 167.00 LF | 1.01 | 168.67 | 0.00 | 168.67 |
| R&R Sheathing - plywood - 1/2" CDX | 166.00 SF | 2.15 | 356.90 | 0.00 | 356.90 |
| 3 tab - 20 yr. - composition shingle roofing - incl. felt | 1.90 SQ | 160.81 | 305.54 | 0.00 | 305.54 |
| R&R Indoor / outdoor carpet | 171.50 SF | 2.10 | 360.16 | 0.00 | 360.16 |
| R&R Carpet pad | 171.50 SF | 0.65 | 111.48 | 0.00 | 111.48 |
| Fencing Installer - per hour - secure handrail | 6.00 HR | 46.19 | 277.14 | 0.00 | 277.14 |
| **Dwelling Totals:** | | | 1,823.71 | 0.00 | 1,823.71 |
| **Room Totals: BALCONY** | | | 1,823.71 | 0.00 | 1,823.71 |

| | | | | | |
|---|---|---|---|---|---|
| **Dwelling Totals:** | | | 4,732.39 | 0.00 | 4,732.39 |
| **Area Items Total: Exterior** | | | 4,732.39 | 0.00 | 4,732.39 |

APP__GREGORY                                                        09/18/2006   Page: 3

 **Crawford and Company**

5465 Cottage Hill Road
Mobile, AL 36609
251-602-6788

### First Floor



**Room: Living Room**                            **LxWxH  13'4" x 11'6" x 12'0"**

| | | | | |
|---|---|---|---|---|
| 596.00 | SF Walls | | 153.33 | SF Ceiling |
| 749.33 | SF Walls & Ceiling | | 153.33 | SF Floor |
| 17.04 | SY Flooring | | 49.67 | LF Floor Perimeter |
| 160.00 | SF Long Wall | | 138.00 | SF Short Wall |
| 49.67 | LF Ceil. Perimeter | | | |

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Dwelling | | | | | |
| R&R 1/2" drywall - hung, taped, ready for texture | 153.33 SF | 1.71 | 262.20 | 0.00 | 262.20 |
| R&R Batt insulation - 4" - R13 | 153.33 SF | 0.90 | 138.00 | 0.00 | 138.00 |
| Texture drywall - machine | 153.33 SF | 0.31 | 47.53 | 0.00 | 47.53 |
| Seal then paint the walls and ceiling (2 coats) | 749.33 SF | 0.68 | 509.55 | 0.00 | 509.55 |
| Light fixture - Detach & reset | 3.00 EA | 31.98 | 95.94 | 0.00 | 95.94 |
| Sand & finish wood floor (natural finish) | 153.33 SF | 3.32 | 509.07 | 0.00 | 509.07 |
| **Dwelling Totals:** | | | **1,562.29** | **0.00** | **1,562.29** |
| **Room Totals: Living Room** | | | **1,562.29** | **0.00** | **1,562.29** |

APP__GREGORY                                              09/18/2006   Page: 4



**Crawford and Company**

5465 Cottage Hill Road
Mobile, AL 36609
251-602-6788



### Room: Dining Room     LxWxH 13'0" x 11'6" x 12'0"

| | | | | |
|---|---|---|---|---|
| 588.00 | SF Walls | | 149.50 | SF Ceiling |
| 737.50 | SF Walls & Ceiling | | 149.50 | SF Floor |
| 16.61 | SY Flooring | | 49.00 | LF Floor Perimeter |
| 156.00 | SF Long Wall | | 138.00 | SF Short Wall |
| 49.00 | LF Ceil. Perimeter | | | |

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| **Dwelling** | | | | | |
| R&R 1/2" drywall - hung, taped, ready for texture | 149.50 SF | 1.71 | 255.65 | 0.00 | 255.65 |
| R&R Batt insulation - 4" - R13 | 149.50 SF | 0.90 | 134.56 | 0.00 | 134.56 |
| Texture drywall - machine | 149.50 SF | 0.31 | 46.35 | 0.00 | 46.35 |
| Seal then paint the walls and ceiling (2 coats) | 737.50 SF | 0.68 | 501.50 | 0.00 | 501.50 |
| Light fixture - Detach & reset | 3.00 EA | 31.98 | 95.94 | 0.00 | 95.94 |
| Sand & finish wood floor (natural finish) | 149.50 SF | 3.32 | 496.34 | 0.00 | 496.34 |
| **Dwelling Totals:** | | | 1,530.34 | 0.00 | 1,530.34 |
| **Room Totals: Dining Room** | | | 1,530.34 | 0.00 | 1,530.34 |



### Room: Hallway     LxWxH 14'10" x 3'0" x 12'0"

| | | | | |
|---|---|---|---|---|
| 428.00 | SF Walls | | 44.50 | SF Ceiling |
| 472.50 | SF Walls & Ceiling | | 44.50 | SF Floor |
| 4.94 | SY Flooring | | 35.67 | LF Floor Perimeter |
| 178.00 | SF Long Wall | | 36.00 | SF Short Wall |
| 35.67 | LF Ceil. Perimeter | | | |

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| **Dwelling** | | | | | |
| R&R 1/2" drywall - hung, taped, ready for texture | 44.50 SF | 1.71 | 76.10 | 0.00 | 76.10 |
| R&R Batt insulation - 4" - R13 | 44.50 SF | 0.90 | 40.06 | 0.00 | 40.06 |
| Texture drywall - machine | 44.50 SF | 0.31 | 13.80 | 0.00 | 13.80 |
| Seal then paint the ceiling (2 coats) | 44.50 SF | 0.68 | 30.26 | 0.00 | 30.26 |

 **Crawford and Company**

5465 Cottage Hill Road
Mobile, AL 36609
251-602-6788

## CONTINUED - Hallway

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Mask the walls per square foot | 428.00 SF | 0.16 | 68.48 | 0.00 | 68.48 |
| Light fixture - Detach & reset | 3.00 EA | 31.98 | 95.94 | 0.00 | 95.94 |
| Sand & finish wood floor (natural finish) | 44.50 SF | 3.32 | 147.74 | 0.00 | 147.74 |
| **Dwelling Totals:** | | | 472.38 | 0.00 | 472.38 |
| **Room Totals: Hallway** | | | 472.38 | 0.00 | 472.38 |

| | | | | | |
|---|---|---|---|---|---|
| **Dwelling Totals:** | | | 3,565.01 | 0.00 | 3,565.01 |
| **Area Items Total: First Floor** | | | 3,565.01 | 0.00 | 3,565.01 |

## Second Floor



**Room: Bedroom 1**                                   **LxWxH  13'6" x 11'6" x 12'0"**

| 600.00 | SF Walls | 155.25 | SF Ceiling |
| 755.25 | SF Walls & Ceiling | 155.25 | SF Floor |
| 17.25 | SY Flooring | 50.00 | LF Floor Perimeter |
| 162.00 | SF Long Wall | 138.00 | SF Short Wall |
| 50.00 | LF Ceil. Perimeter | | |

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| **Dwelling** | | | | | |
| R&R Aluminuml window - casement, 6-8 sf | 2.00 EA | 250.63 | 501.26 | 0.00 | 501.26 |
| R&R 1/2" drywall - hung, taped, ready for texture | 155.25 SF | 1.71 | 265.48 | 0.00 | 265.48 |
| R&R Batt insulation - 4" - R13 | 155.25 SF | 0.90 | 139.73 | 0.00 | 139.73 |
| R&R Acoustic ceiling (popcorn) texture | 155.25 SF | 1.15 | 178.54 | 0.00 | 178.54 |
| Paint the walls - one coat - 2 colors | 600.00 SF | 0.46 | 276.00 | 0.00 | 276.00 |

APP__GREGORY

09/18/2006  Page: 6

 **Crawford and Company**

5465 Cottage Hill Road
Mobile, AL 36609
251-602-6788

## CONTINUED - Bedroom 1

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Light fixture - Detach & reset | 2.00 EA | 31.98 | 63.96 | 0.00 | 63.96 |
| Sand & finish wood floor (natural finish) | 155.25 SF | 3.32 | 515.43 | 0.00 | 515.43 |
| **Dwelling Totals:** | | | 1,940.40 | 0.00 | 1,940.40 |
| **Room Totals: Bedroom 1** | | | 1,940.40 | 0.00 | 1,940.40 |



**Room: Bedroom 2**    LxWxH 13'5" x 11'6" x 12'0"

| 598.00 | SF Walls | 154.29 | SF Ceiling |
| 752.29 | SF Walls & Ceiling | 154.29 | SF Floor |
| 17.14 | SY Flooring | 49.83 | LF Floor Perimeter |
| 161.00 | SF Long Wall | 138.00 | SF Short Wall |
| 49.83 | LF Ceil. Perimeter | | |

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| **Dwelling** | | | | | |
| R&R Aluminum window - casement, 6-8 sf | 1.00 EA | 250.63 | 250.63 | 0.00 | 250.63 |
| R&R 1/2" drywall - hung, taped, ready for texture | 154.29 SF | 1.71 | 263.84 | 0.00 | 263.84 |
| R&R Batt insulation - 4" - R13 | 154.29 SF | 0.90 | 138.86 | 0.00 | 138.86 |
| R&R Acoustic ceiling (popcorn) texture | 154.29 SF | 1.15 | 177.44 | 0.00 | 177.44 |
| Paint the walls - one coat - 2 colors | 598.00 SF | 0.46 | 275.08 | 0.00 | 275.08 |
| Light fixture - Detach & reset | 2.00 EA | 31.98 | 63.96 | 0.00 | 63.96 |
| Sand & finish wood floor (natural finish) | 154.29 SF | 3.32 | 512.25 | 0.00 | 512.25 |
| **Dwelling Totals:** | | | 1,682.06 | 0.00 | 1,682.06 |
| **Room Totals: Bedroom 2** | | | 1,682.06 | 0.00 | 1,682.06 |



**Crawford and Company**

5465 Cottage Hill Road
Mobile, AL 36609
251-602-6788

## CONTINUED - Bedroom 2

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|



**Room: Bedroom 3**                                   LxWxH  11'6" x 11'4" x 12'0"

| 548.00 | SF Walls | | 130.33 | SF Ceiling |
| 678.33 | SF Walls & Ceiling | | 130.33 | SF Floor |
| 14.48 | SY Flooring | | 45.67 | LF Floor Perimeter |
| 138.00 | SF Long Wall | | 136.00 | SF Short Wall |
| 45.67 | LF Ceil. Perimeter | | | |

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| **Dwelling** | | | | | |
| R&R Aluminuml window - casement, 6-8 sf | 1.00 EA | 250.63 | 250.63 | 0.00 | 250.63 |
| R&R 1/2" drywall - hung, taped, ready for texture | 130.33 SF | 1.71 | 222.87 | 0.00 | 222.87 |
| R&R Acoustic ceiling (popcorn) texture | 130.33 SF | 1.15 | 149.89 | 0.00 | 149.89 |
| Paint the walls - one coat - 2 colors | 548.00 SF | 0.46 | 252.08 | 0.00 | 252.08 |
| Light fixture - Detach & reset | 2.00 EA | 31.98 | 63.96 | 0.00 | 63.96 |
| Sand & finish wood floor (natural finish) | 130.33 SF | 3.32 | 432.71 | 0.00 | 432.71 |
| R&R Batt insulation - 4" - R13 | 130.33 SF | 0.90 | 117.30 | 0.00 | 117.30 |
| **Dwelling Totals:** | | | 1,489.44 | 0.00 | 1,489.44 |
| **Room Totals: Bedroom 3** | | | 1,489.44 | 0.00 | 1,489.44 |

| **Dwelling Totals:** | | | 5,111.90 | 0.00 | 5,111.90 |
|---|---|---|---|---|---|
| **Area Items Total: Second Floor** | | | 5,111.90 | 0.00 | 5,111.90 |

 **Crawford and Company**

5465 Cottage Hill Road
Mobile, AL 36609
251-602-6788

### Room: GENERAL ITEMS



| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Dwelling | | | | | |
| Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 689.29 | 689.29 | 0.00 | 689.29 |
| General Laborer - per hour | 24.00 HR | 26.19 | 628.56 | 0.00 | 628.56 |
| Cleaning Technician - per hour | 24.00 HR | 23.50 | 564.00 | 0.00 | 564.00 |
| Roof permits & fees (Bid item) | 1.00 EA | 275.00 | 275.00 | 0.00 | 275.00 |
| **Dwelling Totals:** | | | 2,156.85 | 0.00 | 2,156.85 |
| **Room Totals: GENERAL ITEMS** | | | 2,156.85 | 0.00 | 2,156.85 |

| | | | |
|---|---|---|---|
| AREA Dwelling Totals: | | 15,566.15 | 0.00 | 15,566.15 |
| Line Item Totals: | | 15,566.15 | 0.00 | 15,566.15 |
| APP__GREGORY | | | | |

**Grand Total Areas:**

| | | | | | |
|---|---|---|---|---|---|
| 4,095.33 | SF Walls | 958.71 | SF Ceiling | 5,054.04 | SF Walls & Ceiling |
| 958.71 | SF Floor | 106.52 | SY Flooring | 372.00 | LF Floor Perimeter |
| 1,291.00 | SF Long Wall | 756.67 | SF Short Wall | 372.00 | LF Ceil. Perimeter |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 0.00 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

 **Crawford and Company**

5465 Cottage Hill Road
Mobile, AL 36609
251-602-6788

| Summary for WIND | | | | |
|---|---|---|---|---|
| Dwelling Items | | | | 15,566.15 |
| Line Item Total | | | | 15,566.15 |
| Material Sales Tax | @ | 8.250% | 3,234.09 | 266.81 |
| Subtotal | | | | 15,832.96 |
| Overhead | @ | 10.00% | 15,832.96 | 1,583.30 |
| Profit | @ | 10.00% | 15,832.96 | 1,583.30 |
| **Grand Total** | | | | **18,999.56** |

Sal Sandoval

APP__GREGORY

09/18/2006  Page: 10

  **Crawford and Company**

5465 Cottage Hill Road
Mobile, AL 36609
251-602-6788

## Recap by Room

Estimate: APP__GREGORY
Area: Exterior

| | | |
|---|---:|---:|
| Roof | 2,908.68 | 18.69% |
| BALCONY | 1,823.71 | 11.72% |
| **Area Subtotal: Exterior** | **4,732.39** | **30.40%** |
| Area: First Floor | | |
| Living Room | 1,562.29 | 10.04% |
| Dining Room | 1,530.34 | 9.83% |
| Hallway | 472.38 | 3.03% |
| **Area Subtotal: First Floor** | **3,565.01** | **22.90%** |
| Area: Second Floor | | |
| Bedroom 1 | 1,940.40 | 12.47% |
| Bedroom 2 | 1,682.06 | 10.81% |
| Bedroom 3 | 1,489.44 | 9.57% |
| **Area Subtotal: Second Floor** | **5,111.90** | **32.84%** |
| GENERAL ITEMS | 2,156.85 | 13.86% |
| **Subtotal of Areas** | **15,566.15** | **100.00%** |
| **Total** | **15,566.15** | **100.00%** |

APP__GREGORY                                                                 09/18/2006   Page: 11



**Crawford and Company**

5465 Cottage Hill Road
Mobile, AL 36609
251-602-6788

| Recap By Category | | | | |
|---|---|---|---|---|
| **O&P Items** | | | **Total Dollars** | **%** |
| GENERAL DEMOLITION | | | 2,343.19 | 12.33% |
| DRYWALL | | | 1,488.07 | 7.83% |
| FLOOR COVERING - CARPET | | | 348.15 | 1.83% |
| FLOOR COVERING - WOOD | | | 2,613.54 | 13.76% |
| PERMITS AND FEES | | | 275.00 | 1.45% |
| FRAMING & ROUGH CARPENTRY | | | 275.55 | 1.45% |
| INSULATION | | | 464.47 | 2.44% |
| LABOR ONLY | | | 1,469.70 | 7.74% |
| LIGHT FIXTURES | | | 479.70 | 2.52% |
| PAINTING | | | 1,912.95 | 10.07% |
| ROOFING | | | 2,735.58 | 14.40% |
| SOFFIT, FASCIA, & GUTTER | | | 237.25 | 1.25% |
| WINDOWS - ALUMINUM | | | 923.00 | 4.86% |
| **Subtotal** | | | 15,566.15 | 81.93% |
| Material Sales Tax | @ | 8.250% | 266.81 | 1.40% |
| Overhead | @ | 10.00% | 1,583.30 | 8.33% |
| Profit | @ | 10.00% | 1,583.30 | 8.33% |
| **O&P Items Subtotal** | | | 18,999.56 | 100.00% |
| **Grand Total** | | | 18,999.56 | |

Note: Slight variances may be found within report sections due to rounding.
APP_GREGORY

09/18/2006   Page: 12