# Adjuster Summary

Claim #  06-2208818-715

| Adjuster | **RAC CATASTROPHE SERVICES, INC.** | |
|---|---|---|
| Matthew D. Coy | P.O. Box 1806 | January 18, 2007 |
| Phone | Rockford, IL 61110 | |
| Fax | Phone (815) 967-3280   Fax (815) 968-7650 | |

| | | |
|---|---|---|
| Insured Name | Gregory App | |
| Address | 1106 Treme St, New Orleans, LA 70130 | |
| Phone Number | (404) 272-5896   Policy #   ERN61026342 | Catastrophe # 49 |
| Other Phone | Ins Claim # 5100042538 | Date of Loss  8/29/2005 |
| Ins Company | Zurich North America  (Attn: Jim Campagna) | |

## Coverage - Building

### Roof

| | | Repl. Cost | Depr. | ACV | OP | RD |
|---|---|---|---|---|---|---|
| Remove Asbestos Shingles | 9.5 SQ @ $45.00 w | $427.50 | $0.00 | $427.50 | N | N |
| Tear Out Height Allowance, Roof, 2 Story | 9.5 SQ @ $6.48 | $61.56 | $0.00 | $61.56 | | |
| Replace Asphalt Shingles, 3 Tab, 30 YR. | 11 SQ @ $165.00 * | $1,815.00 | $0.00 | $1,815.00 | | |
| Replace Height Allowance, Roof, 2 Story | 11 SQ @ $13.00 | $143.00 | $0.00 | $143.00 | | |
| Remove Ridge Tiles, Concrete | 25 LF @ $1.05 * | $26.25 | $0.00 | $26.25 | | |
| Replace Ridge Tiles, Concrete | 25 LF @ $4.84 | $121.00 | $0.00 | $121.00 | | |
| Remove Sheathing, Roof, OSB, 5/8" | 950 SF @ $0.35 * | $332.50 | $0.00 | $332.50 | | |
| Replace Sheathing, Roof, OSB, 5/8" | 950 SF @ $1.19 | $1,130.50 | $0.00 | $1,130.50 | | |
| | Roof Total | $4,057.31 | $0.00 | $4,057.31 | | |

### Commercial Exterior

| | | Repl. Cost | Depr. | ACV | OP | RD |
|---|---|---|---|---|---|---|
| Remove Rolled Roofing, Glued Down | 2.2 SQ @ $13.36 | $29.39 | $0.00 | $29.39 | | |
| Replace Rolled Roofing, Glued Down | 2.2 SQ @ $91.86 | $202.09 | $0.00 | $202.09 | | |
| Remove Gutter, Galvanized, 5" | 35 LF @ $0.37 | $12.95 | $0.00 | $12.95 | | |
| Replace Gutter, Galvanized, 5" | 35 LF @ $3.87 | $135.45 | $0.00 | $135.45 | | |
| Replace Window Glass, Single Pane | 10 SF @ $4.78 | $47.80 | $0.00 | $47.80 | | |
| Replace Clear Glass | 11 EA @ $26.95 | $296.45 | $0.00 | $296.45 | | |
| Replace Door, Storm/Screen, Wood, Good | 2 EA @ $277.53 | $555.06 | $0.00 | $555.06 | | |
| Paint Door, Storm/Screen, Wood, Good | 2 EA @ $20.06 | $40.12 | $0.00 | $40.12 | | |
| | Commercial Exterior Total | $1,319.31 | $0.00 | $1,319.31 | | |



### Living Room (10' 6" x 11' 6" x 10')

| 121 sf Floor | 440 sf Wall | 121 sf Ceiling | 44 lf Floor | 44 lf Ceiling | 1,208 cf Volume |
|---|---|---|---|---|---|

| | | Repl. Cost | Depr. | ACV OP RD |
|---|---|---|---|---|
| Remove Drywall, Ceiling, 1/2", Taped | 121 SF @ $0.19 | $22.99 | $0.00 | $22.99 |
| Replace Drywall, Ceiling, 1/2", Taped | 127.05 SF @ $1.13 | $143.57 | $64.61 | $78.96 |
| Replace Texture, Ceiling, Orange Peel | 121 SF @ $0.91 | $110.11 | $49.55 | $60.56 |
| Paint Drywall, Ceiling, 1/2", Taped | 121 SF @ $0.51 | $61.71 | $0.00 | $61.71 |
| Remove Drywall, Wall, 1/2", Taped | 176 SF @ $0.16 | $28.16 | $0.00 | $28.16 |
| Replace Drywall, Wall, 1/2", Taped | 186.56 SF @ $1.07 | $199.62 | $0.00 | $199.62 |
| Paint Drywall, Wall, 1/2", Taped | 440 SF @ $0.36 | $158.40 | $0.00 | $158.40 |
| Finish Wood Floor Finishing, 3 Coats | 121 SF @ $2.16 | $261.36 | $0.00 | $261.36 |
| | Living Room Total | $985.92 | $114.16 | $871.76 |

### Downstairs Den (10' 6" x 11' 6" x 10')

| 121 sf Floor | 440 sf Wall | 121 sf Ceiling | 44 lf Floor | 44 lf Ceiling | 1,208 cf Volume |
|---|---|---|---|---|---|

| | | Repl. Cost | Depr. | ACV OP RD |
|---|---|---|---|---|
| Remove Drywall, Ceiling, 1/2", Taped | 121 SF @ $0.19 | $22.99 | $0.00 | $22.99 |
| Replace Drywall, Ceiling, 1/2", Taped | 127.05 SF @ $0.40 | $50.82 Material | | |
| | 121 SF @ $0.73 | $88.33 Labor | | |
| | | $139.15 | $62.62 | $76.53 |
| Replace Texture, Ceiling, Orange Peel | 121 SF @ $0.91 | $110.11 | $49.55 | $60.56 |
| Paint Drywall, Ceiling, 1/2", Taped | 121 SF @ $0.51 | $61.71 | $0.00 | $61.71 |
| Remove Drywall, Wall, 1/2", Taped | 176 SF @ $0.16 | $28.16 | $0.00 | $28.16 |
| Replace Drywall, Wall, 1/2", Taped | 186.56 SF @ $1.07 | $199.62 | $0.00 | $199.62 |
| Paint Drywall, Wall, 1/2", Taped | 440 SF @ $0.36 | $158.40 | $0.00 | $158.40 |
| Finish Wood Floor Finishing, 3 Coats | 121 SF @ $2.16 | $261.36 | $0.00 | $261.36 |
| | Downstairs Den Total | $981.50 | $112.17 | $869.33 |

### Restroom (10' 6" x 13' x 10')

| 136 sf Floor | 470 sf Wall | 136 sf Ceiling | 47 lf Floor | 47 lf Ceiling | 1,365 cf Volume |
|---|---|---|---|---|---|

| | | Repl. Cost | Depr. | ACV OP RD |
|---|---|---|---|---|
| Replace Drywall, Wall, 1/2", Taped | 64 SF @ $1.07 | $68.48 | $13.70 | $54.78 |
| Remove Drywall, Wall, 1/2", Taped | 64 SF @ $0.16 | $10.24 | $0.00 | $10.24 |
| Paint Drywall, Wall, 1/2", Taped | 235 SF @ $0.36 | $84.60 | $0.00 | $84.60 |
| | Restroom Total | $163.32 | $13.70 | $149.62 |

### Kitchen (13' x 10' 6" x 10')

| 136 sf Floor | 470 sf Wall | 136 sf Ceiling | 47 lf Floor | 47 lf Ceiling | 1,365 cf Volume |
|---|---|---|---|---|---|

| | | Repl. Cost | Depr. | ACV OP RD |
|---|---|---|---|---|
| Remove Drywall, Wall, 1/2", Taped | 32 SF @ $0.16 | $5.12 | $0.00 | $5.12 |
| Replace Drywall, Wall, 1/2", Taped | 32 SF @ $1.07 | $34.24 | $0.00 | $34.24 |
| Paint Drywall, Wall, 1/2", Taped | 94 SF @ $0.36 | $33.84 | $0.00 | $33.84 |
| Replace Texture, Walls Orange Peel | 94 SF @ $0.73 | $68.62 | $0.00 | $68.62 |
| | Kitchen Total | $141.82 | $0.00 | $141.82 |

### Restroom( Upstairs) (5' x 5' 6" x 8')

| 28 sf Floor | 168 sf Wall | 28 sf Ceiling | 21 lf Floor | 21 lf Ceiling | 220 cf Volume |
|---|---|---|---|---|---|

| | | Repl. Cost | Depr. | ACV OP RD |
|---|---|---|---|---|
| Remove Drywall, Ceiling, 1/2", Taped | 28 SF @ $0.19 | $5.32 | $0.00 | $5.32 |
| Replace Drywall, Ceiling, 1/2", Taped | 29.4 SF @ $0.40 | $11.76 Material | | |
| | 28 SF @ $0.73 | $20.44 Labor | | |
| | | $32.20 | $0.00 | $32.20 |
| Paint Drywall, Ceiling, 1/2", Taped | 28 SF @ $0.51 | $14.28 | $0.00 | $14.28 |
| Remove Drywall, Wall, 1/2", Taped | 168 SF @ $0.16 | $26.88 | $0.00 | $26.88 |
| Replace Drywall, Wall, 1/2", Taped | 178.08 SF @ $0.39 | $69.45 Material | | |
| | 168 SF @ $0.68 | $114.24 Labor | | |
| | | $183.69 | $0.00 | $183.69 |
| Replace Wallpaper, Good | 196.56 SF @ $0.36 | $70.76 Material | | |
| | 168 SF @ $0.38 | $63.84 Labor | | |
| | | $134.60 | $0.00 | $134.60 |
| Remove Vinyl Sheet Flooring, .065" | 28 SF @ $0.22 | $6.16 | $0.00 | $6.16 |
| Replace Vinyl Sheet Flooring, .065" | 29.68 SF @ $1.39 | $41.26 Material | | |
| | 28 SF @ $1.50 | $42.00 Labor | | |
| | | $83.26 | $0.00 | $83.26 |
| | Restroom( Upstairs) Total | $486.39 | $0.00 | $486.39 |

**Rear Right hand room  (13' x 10' 6" x 10')**
| 136 sf Floor | 470 sf Wall | 136 sf Ceiling | 47 lf Floor | 47 lf Ceiling | 1,365 cf Volume |
|---|---|---|---|---|---|

| | | Repl. Cost | Depr. | ACV OP RD |
|---|---|---|---|---|
| Remove Drywall, Wall, 1/2", Taped | 62 SF @ $0.16 | $9.92 | $0.00 | $9.92 |
| Replace Drywall, Wall, 1/2", Taped | 64 SF @ $1.07 | $68.48 | $0.00 | $68.48 |
| Paint Drywall, Wall, 1/2", Taped | 235 SF @ $0.36 | $84.60 | $0.00 | $84.60 |
| | Rear Right hand room Total | $163.00 | $0.00 | $163.00 |

**Upstairs Rear Left  (13' x 10' 6" x 10')**
| 136 sf Floor | 470 sf Wall | 136 sf Ceiling | 47 lf Floor | 47 lf Ceiling | 1,365 cf Volume |
|---|---|---|---|---|---|

| | | Repl. Cost | Depr. | ACV OP RD |
|---|---|---|---|---|
| Remove Drywall, Wall, 1/2", Taped | 64 SF @ $0.16 | $10.24 | $0.00 | $10.24 |
| Replace Drywall, Wall, 1/2", Taped | 64 SF @ $1.07 | $68.48 | $0.00 | $68.48 |
| Paint Drywall, Wall, 1/2", Taped | 470 SF @ $0.36 | $169.20 | $0.00 | $169.20 |
| Finish Wood Floor Finishing, 3 Coats | 136 SF @ $2.16 | $293.76 | $0.00 | $293.76 |
| | Upstairs Rear Left Total | $541.68 | $0.00 | $541.68 |

**Right Upstairs Bedroom  (11' x 10' 6" x 10')**
| 116 sf Floor | 430 sf Wall | 116 sf Ceiling | 43 lf Floor | 43 lf Ceiling | 1,155 cf Volume |
|---|---|---|---|---|---|

| | | Repl. Cost | Depr. | ACV OP RD |
|---|---|---|---|---|
| Remove Drywall, Ceiling, 1/2", Taped | 116 SF @ $0.19 | $22.04 | $0.00 | $22.04 |
| Replace Drywall, Ceiling, 1/2", Taped | 121.8 SF @ $0.40 | $48.72 Material | | |
| | 116 SF @ $0.73 | $84.68 Labor | | |
| | | $133.40 | $60.03 | $73.37 |
| Replace Texture, Ceiling, Orange Peel | 116 SF @ $0.91 | $105.56 | $47.50 | $58.06 |
| Paint Drywall, Ceiling, 1/2", Taped | 116 SF @ $0.51 | $59.16 | $0.00 | $59.16 |
| Remove Drywall, Wall, 1/2", Taped | 176 SF @ $0.16 | $28.16 | $0.00 | $28.16 |
| Replace Drywall, Wall, 1/2", Taped | 186.56 SF @ $1.07 | $199.62 | $0.00 | $199.62 |
| Paint Drywall, Wall, 1/2", Taped | 430 SF @ $0.36 | $154.80 | $0.00 | $154.80 |

|  |  | Repl. Cost | Depr. | ACV OP RD |
|---|---|---|---|---|
| Finish Wood Floor Finishing, 3 Coats | 116 SF @ $2.16 | $250.56 | $0.00 | $250.56 |
| Right Upstairs Bedroom Total |  | $953.30 | $107.53 | $845.77 |

### Left Upstairs Bedroom (10' 6" x 11' x 8')

| 116 sf Floor | 344 sf Wall | 116 sf Ceiling | 43 lf Floor | 43 lf Ceiling | 924 cf Volume |
|---|---|---|---|---|---|

|  |  | Repl. Cost | Depr. | ACV OP RD |
|---|---|---|---|---|
| Remove Drywall, Ceiling, 1/2", Taped | 64 SF @ $0.19 | $12.16 | $0.00 | $12.16 |
| Replace Drywall, Ceiling, 1/2", Taped | 64 SF @ $1.13 | $72.32 | $32.54 | $39.78 |
| Replace Texture, Ceiling, Orange Peel | 116 SF @ $0.91 | $105.56 | $47.50 | $58.06 |
| Paint Drywall, Ceiling, 1/2", Taped | 116 SF @ $0.51 | $59.16 | $0.00 | $59.16 |
| Remove Drywall, Wall, 1/2", Taped | 64 SF @ $0.16 | $10.24 | $0.00 | $10.24 |
| Replace Drywall, Wall, 1/2", Taped | 64 SF @ $1.07 | $68.48 | $0.00 | $68.48 |
| Paint Drywall, Wall, 1/2", Taped | 344 SF @ $0.36 | $123.84 | $0.00 | $123.84 |
| Finish Wood Floor Finishing, 3 Coats | 116 SF @ $2.16 | $250.56 | $0.00 | $250.56 |
| Left Upstairs Bedroom Total |  | $702.32 | $80.04 | $622.28 |
| **Coverage - Building Totals** |  | **$10,495.87** | **$427.60** | **$10,068.27** |

### Summary

|  | Repl. Cost | Depr. | ACV |
|---|---|---|---|
| Estimate Totals | $10,495.87 | $427.60 | $10,068.27 |
| Less Deductible Applied ($0.00 Maximum) | $0.00 |  | $0.00 |
| Less Excess | -$10,495.87 | -$427.60 | -$10,068.27 |
| **Net Claim** | **$0.00** | **$0.00** | **$0.00** |

A copy of this document does not constitute a settlement of this claim. The above figures are subject to insurance company approval.

Accepted by _____

**Price Database Legend**
All prices from MSB Storm Data New Orleans
w = Write-in
* = Modified