UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GREGORY APP | * | |
| VERSUS | * | CIVIL ACTION NO. 07-8717 – B(4) |
| | * | |
| ASSURANCE COMPANY | * | JUDGE: IVAN L.R. LEMELLE |
| OF AMERICA | * | |
| | * | MAG: KAREN WELL ROBY |

* * * * * * * * * * * * * * * * * * * * * * * * *

### AFFIDAVIT OF JAMES A. CONN

**STATE OF LOUSIIANA**

**PARISH OF JEFFERSON**

    **BEFORE ME**, the undersigned authority personally came and appeared:

### JAMES A. CONN

who after being duly sworn did depose and say that:

    1)    I am an expert in loss appraisal and the estimation of damages of residential and commercial properties with regard to losses caused by fire, wind, flood and other perils. A copy of my Professional Profile is attached as Exhibit A to this Affidavit. I do business under the name of Coastal Construction Services.



2) I inspected the immovable property of Gregory App at 1106 Treme Street, New Orleans, Louisiana on or about March 14, 2007, and reviewed various documents for the purpose of evaluating the damages sustained to that property as a result of Hurricane Katrina.

3) I prepared a Property Inspection Report dated March 14, 2007 - attached hereto as Exhibit B - that reflects my evaluation of the damages sustained by Mr. App's immovable property at 1106 Treme Street, New Orleans, Louisiana, as the result of wind and wind-driven rain, which damages totalled $61,290.93.

4) At the request of the insured, I performed a reinspection of the property at 1106 Treme Street, New Orleans, Louisiana, after the walls had been opened up as part of the demolition and repair process.

5) I prepared a Reinspection Report dated November 6, 2007 - attached hereto as Exhibit C - that reflects my evaluation of the additional damages sustained by Mr. App's immovable property at 1106 Treme Street, New Orleans, Louisiana, as the result of wind and wind-driven rain, which damages total $70,102.31, in addition to the $61,290.93 identified in my previous inspection.

_____
JAMES A. CONN

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 11TH DAY
OF MARCH, 2008.

_____
NOTARY PUBLIC
JEFFERY B. STRUCKHOFF
LSBA NO. 30173

2

## James A. Conn
633 West Niagara Circle   Gretna, LA 70056

504-919-3541
restorer13@hotmail.com

## Professional Profile
**Senior Loss Specialist** -
Responsibilities Include: Loss appraisal and estimation of Residential & Commercial Properties in the Interest of the Public. Regarding Losses By: Fire, Wind, Flood and Others

- 19 Years of experience in Insurance losses
- Skilled in Multi Unit losses
- Managed Large losses over 30 million dollars in value

- Insurance appraisals
- Expert Testimonies
- Court Ready Documentation

## Catastrophes Serviced
September 1989 - Hurricane Hugo - South Carolina
August 1992 - Hurricane Andrew - Florida
April 1993 - Great Lakes Flooding - New York
August 1993 - Hurricane Emily - North Carolina
January 1994 - Ice Storm - New Jersey
October 1994 - Floods - Texas
January 1995 - Floods - California

September 1995 - Hurricane Marilyn - U.S. Virgin Islands
January 1996 - Ice Storm - New Jersey
May 1996 - Hurricane Bertha - North Carolina
September 1996 - Hurricane Fran - North Carolina
September 1998 - Hurricane Georges - U.S. Virgin Islands
September 1999 - Hurricane Bonnie - North Carolina
September 1999 - Hurricane Floyd - South Carolina
November 1999 - Hurricane - Lenny, U.S. Virgin Islands
June 2001 - Tropical Storm Allison - Texas

September 2002 - Hurricane Lily
September 2003 - Hurricane Isabel
August 2004 Hurricane Alex, NC
August 2004 Hurricane Charley, FL and SC
August 2004 Hurricane Frances, FL
September 2004 Huricane Ivan, FL and AL
September 2004 Hurricane Jeane, FL
September 2005 Hurricane Katrina, AL, MS and LA

**EXHIBIT A**

## Certifications:

- National Flood Insurance Program - United States (Nationally) Adjusters Certification - National Flood Insurance Program (NFIP), Authorized & Certified Adjuster for Residential & Commercial (Including Large Commercial), Mobile Home & Condominium Losses. Flood Property Claims.

- Adjusters Certification - Florida Windstorm Underwriting Association - Residential & Commercial Property
- Certified, Licensed by the South Carolina State Department of Insurance
- MASTER FIRE & SMOKE RESTORER (MSR)
- MASTER WATER RESTORER (MWR)
- Xactimate 24 Level 3 Certified

- Acknowledged as an expert witness in Orleans Parish by Judge Medley
- Served as expert witness for over 300 arbitrations after Hurricane Katrina
- Served as appraiser for more than 40 large losses after Katrina

## Education

Business Administration        University of Kentucky         May 1988
                               Lexington, KY

## References

References are available upon request.