## Coastal Construction Services

633 West Niagra Circle
Gretna La. 70056

|              |                              |
|-------------:|------------------------------|
| Client:      | Greg                         |
| Property:    | 1106 Treme Ave               |
|              | New Orleans, LA 70116        |
| Operator Info: | |
| Operator:    | RAYMON                       |
| Estimator:   | n/a                          |
| Dates:       |                              |
| Date Entered:| 03/14/2007                   |
| Price List:  | LANO2B6A                     |
|              | Restoration/Service/Remodel  |
| Estimate:    | GREG                         |

**Standard Exclusions:**

1. Proposed estimate does not include engineering and connection fees for any utilities.
2. Proposed estimate does not include cost for any hidden or cost including but not limited to: rot, decay, electrical, plumbing, HVAC, and code upgrades or other requirements are not included unless specifically mentioned in this estimate.
3. Proposed estimate does not include inspections or any testing.
4. Proposed estimate does not include performance bond, payment bonds and maintenance bonds.
5. Proposed estimate does not include asbestos, lead and / or mold sampling, testing, if necessary, shall be submitted as a supplement.

**Project specific Exclusions:**

1. Content storage of owners possessions.
2. Any structural shoring.
3. Seismic or structural repairs, code upgrade.


EXHIBIT 4

**Coastal Construction Services**

633 West Niagra Circle
Gretna La. 70056

### GREG

#### Exterior/General

**Room: RFG**



| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Remove Abesto Roofing | 13.04 EA | 0.00 | 250.00 | 3,260.00 |
| Replace simulated Asbetos Roofing | 15.25 EA | 0.00 | 450.00 | 6,862.50 |
| Apply mastic around vent pipes to repair leakage | 4.00 EA | 0.00 | 15.86 | 63.44 |
| R&R Roof vent - turtle type | 4.00 EA | 8.12 | 39.90 | 192.08 |
| R&R Additional charge for high roof (2 stories or greater) | 15.25 SQ | 4.78 | 17.98 | 347.10 |
| R&R Metal roofing | 200.00 SF | 0.46 | 3.83 | 858.00 |
| R&R Rafters - 2x8 - 12" OC (3-5/12 Gable, per SF of floor) | 200.00 SF | 1.32 | 2.74 | 812.00 |
| R&R Sheathing - plywood - 1/2" CDX | 1,300.00 SF | 0.51 | 1.59 | 2,730.00 |
| Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 898.35 | 0.00 | 898.35 |

Room Totals: RFG     16,023.47

**Room: Front Elevation**



| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Gable vent | 1.00 EA | 0.00 | 69.50 | 69.50 |

## Coastal Construction Services

633 West Niagra Circle
Gretna La. 70056

### CONTINUED - Front Elevation

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| PAINT Gable vent | 1.00 EA | 0.00 | 12.00 | 12.00 |
| R&R Sheathing - plywood - 1/2" CDX | 224.00 SF | 0.51 | 1.22 | 387.52 |
| R&R Modified bitumen roof | 2.24 SQ | 36.83 | 239.80 | 619.65 |
| Remove Porch or deck handrail w/turned balusters | 44.00 LF | 1.01 | 0.00 | 44.44 |
| (Install) Porch or deck handrail w/turned balusters | 44.00 LF | 0.00 | 10.98 | 483.12 |
| R&R Flashing, 14" wide | 24.00 LF | 0.53 | 2.92 | 82.80 |

the above items are for the front upper porch

| | |
|---|---|
| Room Totals: Front Elevation | 1,699.03 |
| Area Items Total: Exterior/General | 17,722.50 |

### Interior
### UPPER FLOOR

**Room: BEDROOM 1**  LxWxH 14'9" x 11'9" x 9'9"



| | |
|---|---|
| 516.75 SF Walls | 173.31 SF Ceiling |
| 690.06 SF Walls & Ceiling | 173.31 SF Floor |
| 19.26 SY Flooring | 53.00 LF Floor Perimeter |
| 143.81 SF Long Wall | 114.56 SF Short Wall |
| 53.00 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 173.31 SF | 0.38 | 2.02 | 415.95 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 265.00 SF | 0.38 | 2.02 | 636.00 |
| Detach & Reset Paneling - High grade | 212.00 SF | 0.00 | 0.00 | 447.32 |
| Detach & Reset Chair rail - oversized - 3 1/4" | 53.00 LF | 0.00 | 0.00 | 78.44 |

**Coastal Construction Services**

633 West Niagra Circle
Gretna La. 70056

### CONTINUED - BEDROOM 1

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Acoustic ceiling (popcorn) texture | 173.31 SF | 0.42 | 0.63 | 181.98 |
| Texture drywall - light hand texture | 265.00 SF | 0.00 | 0.35 | 92.75 |
| Paint the walls and ceiling - two coats | 690.06 SF | 0.00 | 0.61 | 420.94 |
| Paint chair rail - two coats | 53.00 LF | 0.00 | 0.88 | 46.64 |
| R&R Batt insulation - 6" - R21 | 173.31 SF | 0.33 | 0.77 | 190.64 |
| Detach & Reset Light fixture | 1.00 EA | 0.00 | 0.00 | 27.38 |
| Detach & Reset Heat/AC register | 1.00 EA | 0.00 | 0.00 | 7.38 |
| R&R Oak flooring - select grade - no finish | 173.31 SF | 2.12 | 9.19 | 1,960.14 |
| Sand, stain, and finish wood floor | 173.31 SF | 0.00 | 3.40 | 589.25 |
| R&R Baseboard - for wood flooring | 53.00 LF | 0.35 | 6.39 | 357.22 |
| Seal & paint baseboard - two coats | 53.00 LF | 0.00 | 1.38 | 73.14 |

Room Totals:  BEDROOM 1     5,525.17



| **Room:  BEDROOM 2** | | | **LxWxH 14'2" x 11'9" x 9'9"** | |
|---|---|---|---|---|
| | 505.38 SF Walls | | 166.46 SF Ceiling | |
| | 671.83 SF Walls & Ceiling | | 166.46 SF Floor | |
| | 18.50 SY Flooring | | 51.83 LF Floor Perimeter | |
| | 138.13 SF Long Wall | | 114.56 SF Short Wall | |
| | 51.83 LF Ceil. Perimeter | | | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 166.46 SF | 0.38 | 2.02 | 399.50 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 259.17 SF | 0.38 | 2.02 | 622.00 |
| Detach & Reset Paneling - High grade | 207.33 SF | 0.00 | 0.00 | 437.47 |
| Detach & Reset Chair rail - oversized - 3 1/4" | 51.83 LF | 0.00 | 0.00 | 76.71 |
| R&R Acoustic ceiling (popcorn) texture | 166.46 SF | 0.42 | 0.63 | 174.78 |

GREG        03/21/2007  Page: 4

**Coastal Construction Services**

633 West Niagra Circle
Gretna La. 70056

### CONTINUED - BEDROOM 2

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Texture drywall - light hand texture | 259.17 SF | 0.00 | 0.35 | 90.71 |
| Paint the walls and ceiling - two coats | 671.83 SF | 0.00 | 0.61 | 409.82 |
| Paint chair rail - two coats | 51.83 LF | 0.00 | 0.88 | 45.61 |
| R&R Batt insulation - 6" - R21 | 166.46 SF | 0.33 | 0.77 | 183.10 |
| Detach & Reset Light fixture | 1.00 EA | 0.00 | 0.00 | 27.38 |
| Detach & Reset Heat/AC register | 1.00 EA | 0.00 | 0.00 | 7.38 |
| R&R Oak flooring - select grade - no finish | 166.46 SF | 2.12 | 9.19 | 1,882.67 |
| Sand, stain, and finish wood floor | 166.46 SF | 0.00 | 3.40 | 565.96 |
| R&R Baseboard - for wood flooring | 51.83 LF | 0.35 | 6.39 | 349.33 |
| Seal & paint baseboard - two coats | 51.83 LF | 0.00 | 1.38 | 71.53 |
| Reglaze window, 1 - 9 sf | 2.00 EA | 0.00 | 47.74 | 95.48 |

Room Totals:  BEDROOM 2                                                                 5,439.43



| Room: Bathroom | | LxWxH 11'8" x 11'4" x 9'9" |
|---|---|---|
| 448.50 SF Walls | | 132.22 SF Ceiling |
| 580.72 SF Walls & Ceiling | | 132.22 SF Floor |
| 14.69 SY Flooring | | 46.00 LF Floor Perimeter |
| 113.75 SF Long Wall | | 110.50 SF Short Wall |
| 46.00 LF Ceil. Perimeter | | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 132.22 SF | 0.38 | 2.02 | 317.32 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 276.00 SF | 0.38 | 2.02 | 662.40 |
| R&R Acoustic ceiling (popcorn) texture | 132.22 SF | 0.42 | 0.63 | 138.83 |
| Texture drywall - light hand texture | 276.00 SF | 0.00 | 0.35 | 96.60 |
| Paint the walls and ceiling - two coats | 580.72 SF | 0.00 | 0.61 | 354.24 |

**Coastal Construction Services**

633 West Niagra Circle
Gretna La. 70056

### CONTINUED - Bathroom

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Batt insulation - 6" - R21 | 132.22 SF | 0.33 | 0.77 | 145.44 |
| Sand, stain, and finish wood floor | 132.22 SF | 0.00 | 3.40 | 449.55 |
| Detach & Reset Light fixture | 1.00 EA | 0.00 | 0.00 | 27.38 |

Room Totals: Bathroom     2,191.76

**Room: LANDING**     LxWxH 11'3" x 11'0" x 12'0"

534.00 SF Walls     123.75 SF Ceiling
657.75 SF Walls & Ceiling     123.75 SF Floor
13.75 SY Flooring     44.50 LF Floor Perimeter
135.00 SF Long Wall     132.00 SF Short Wall
44.50 LF Ceil. Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 311.50 SF | 0.38 | 2.02 | 747.60 |
| Paint the walls and ceiling - two coats | 657.75 SF | 0.00 | 0.61 | 401.23 |
| R&R Acoustic ceiling (popcorn) texture | 123.75 SF | 0.42 | 0.63 | 129.94 |
| Texture drywall - light hand texture | 267.00 SF | 0.00 | 0.35 | 93.45 |
| R&R Vinyl tile - High grade | 123.75 SF | 1.03 | 4.47 | 680.62 |
| R&R Baseboard - 3 1/4" | 44.50 LF | 0.42 | 2.22 | 117.48 |
| Paint baseboard - two coats | 44.50 LF | 0.00 | 0.88 | 39.16 |

Room Totals: LANDING     2,209.48

Area Items Total: UPPER FLOOR     15,365.84

### LOWER FLOOR

**Coastal Construction Services**

633 West Niagra Circle
Gretna La. 70056



**Room: Living Room**  LxWxH 13'4" x 11'5" x 9'8"

| | |
|---|---|
| 478.50 SF Walls | 152.22 SF Ceiling |
| 630.72 SF Walls & Ceiling | 152.22 SF Floor |
| 16.91 SY Flooring | 49.50 LF Floor Perimeter |
| 128.89 SF Long Wall | 110.36 SF Short Wall |
| 49.50 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 152.22 SF | 0.38 | 2.02 | 365.32 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 247.50 SF | 0.38 | 2.02 | 594.00 |
| R&R Acoustic ceiling (popcorn) texture | 152.22 SF | 0.42 | 0.63 | 159.83 |
| Texture drywall - light hand texture | 478.50 SF | 0.00 | 0.35 | 167.48 |
| Paint the walls and ceiling - two coats | 630.72 SF | 0.00 | 0.61 | 384.74 |
| Detach & Reset Light fixture | 1.00 EA | 0.00 | 0.00 | 27.38 |
| Detach & Reset Heat/AC register | 1.00 EA | 0.00 | 0.00 | 7.38 |
| R&R Oak flooring - select grade - no finish | 152.22 SF | 2.12 | 9.19 | 1,721.61 |
| Sand, stain, and finish wood floor | 152.22 SF | 0.00 | 3.40 | 517.55 |
| R&R Baseboard - for wood flooring | 49.50 LF | 0.35 | 6.39 | 333.64 |
| Paint baseboard - two coats | 49.50 LF | 0.00 | 0.88 | 43.56 |

Room Totals: Living Room                                                                                      4,322.49



**Room: Kitchen**  LxWxH 12'0" x 11'0" x 12'0"

| | |
|---|---|
| 552.00 SF Walls | 132.00 SF Ceiling |
| 684.00 SF Walls & Ceiling | 132.00 SF Floor |
| 14.67 SY Flooring | 46.00 LF Floor Perimeter |
| 144.00 SF Long Wall | 132.00 SF Short Wall |
| 46.00 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 64.00 SF | 0.38 | 2.02 | 153.60 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 230.00 SF | 0.38 | 2.02 | 552.00 |

GREG                                                                                                 03/21/2007  Page: 7

## Coastal Construction Services

633 West Niagra Circle
Gretna La. 70056

**CONTINUED - Kitchen**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Acoustic ceiling (popcorn) texture | 132.00 SF | 0.42 | 0.63 | 138.60 |
| Texture drywall - light hand texture | 552.00 SF | 0.00 | 0.35 | 193.20 |
| Paint the walls and ceiling - two coats | 684.00 SF | 0.00 | 0.61 | 417.24 |
| R&R Vinyl tile - High grade | 132.00 SF | 1.03 | 4.47 | 726.00 |
| Detach & Reset Light fixture | 2.00 EA | 0.00 | 0.00 | 54.76 |
| Detach & Reset Heat/AC register | 1.00 EA | 0.00 | 0.00 | 7.38 |

Room Totals: Kitchen          2,242.78



| Room: BED #3 | | LxWxH 13'6" x 11'0" x 9'8" |
|---|---|---|
| | 473.67 SF Walls | 148.50 SF Ceiling |
| | 622.17 SF Walls & Ceiling | 148.50 SF Floor |
| | 16.50 SY Flooring | 49.00 LF Floor Perimeter |
| | 130.50 SF Long Wall | 106.33 SF Short Wall |
| | 49.00 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 148.50 SF | 0.38 | 2.02 | 356.40 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 245.00 SF | 0.38 | 2.02 | 588.00 |
| R&R Acoustic ceiling (popcorn) texture | 148.50 SF | 0.42 | 0.63 | 155.93 |
| Texture drywall - light hand texture | 473.67 SF | 0.00 | 0.35 | 165.78 |
| Paint the walls and ceiling - two coats | 622.17 SF | 0.00 | 0.61 | 379.52 |
| Detach & Reset Light fixture | 1.00 EA | 0.00 | 0.00 | 27.38 |
| Detach & Reset Heat/AC register | 1.00 EA | 0.00 | 0.00 | 7.38 |
| R&R Oak flooring - select grade - no finish | 148.50 SF | 2.12 | 9.19 | 1,679.54 |
| Sand, stain, and finish wood floor | 148.50 SF | 0.00 | 3.40 | 504.90 |
| R&R Baseboard - for wood flooring | 49.00 LF | 0.35 | 6.39 | 330.26 |

**Coastal Construction Services**

633 West Niagra Circle
Gretna La. 70056

### CONTINUED - BED #3

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Paint baseboard - two coats | 49.00 LF | 0.00 | 0.88 | 43.12 |
| Reglaze window, 1 - 9 sf | 1.00 EA | 0.00 | 47.74 | 47.74 |

Room Totals: BED #3     4,285.95

**Room: Closet**     LxWxH 11'6" x 5'0" x 9'8"

319.00 SF Walls     57.50 SF Ceiling
376.50 SF Walls & Ceiling     57.50 SF Floor
6.39 SY Flooring     33.00 LF Floor Perimeter
111.17 SF Long Wall     48.33 SF Short Wall
33.00 LF Ceil. Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Drywall patch, ready for paint | 1.00 EA | 0.00 | 39.81 | 39.81 |
| Paint the walls and ceiling - two coats | 376.50 SF | 0.00 | 0.61 | 229.67 |
| R&R Vinyl tile - High grade | 57.50 SF | 1.03 | 4.47 | 316.26 |

Room Totals: Closet     585.74



**Room: BATH 2**     LxWxH 11'6" x 6'0" x 9'8"

338.33 SF Walls     69.00 SF Ceiling
407.33 SF Walls & Ceiling     69.00 SF Floor
7.67 SY Flooring     35.00 LF Floor Perimeter
111.17 SF Long Wall     58.00 SF Short Wall
35.00 LF Ceil. Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|

**Coastal Construction Services**

633 West Niagra Circle
Gretna La. 70056

### CONTINUED - BATH 2

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 69.00 SF | 0.38 | 2.02 | 165.60 |
| R&R Acoustic ceiling (popcorn) texture | 69.00 SF | 0.42 | 0.63 | 72.45 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 210.00 SF | 0.38 | 2.02 | 504.00 |
| Texture drywall - light hand texture | 338.33 SF | 0.00 | 0.35 | 118.42 |
| Paint the walls and ceiling - two coats | 407.33 SF | 0.00 | 0.61 | 248.47 |
| R&R Vinyl tile - Premium grade | 69.00 SF | 1.03 | 5.08 | 421.59 |
| Detach & Reset Light fixture | 2.00 EA | 0.00 | 0.00 | 54.76 |

Room Totals: BATH 2     1,585.29



**Room: BATH 3**     LxWxH 6'0" x 6'0" x 8'0"

192.00 SF Walls     36.00 SF Ceiling
228.00 SF Walls & Ceiling     36.00 SF Floor
4.00 SY Flooring     24.00 LF Floor Perimeter
48.00 SF Long Wall     48.00 SF Short Wall
24.00 LF Ceil. Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 228.00 SF | 0.38 | 2.02 | 547.20 |
| R&R Acoustic ceiling (popcorn) texture | 36.00 SF | 0.42 | 0.63 | 37.80 |
| R&R Cabinetry - laminate upper (wall) units - Standard grade | 2.00 LF | 6.79 | 63.30 | 140.18 |
| Paint the ceiling - two coats | 36.00 SF | 0.00 | 0.61 | 21.96 |
| R&R Wallpaper - High grade | 192.00 SF | 0.43 | 1.80 | 428.16 |
| R&R Vinyl tile - High grade | 36.00 SF | 1.03 | 4.47 | 198.00 |

Room Totals: BATH 3     1,373.30

GREG            03/21/2007 Page: 10

**Coastal Construction Services**

633 West Niagra Circle
Gretna La. 70056

| | |
|---|---:|
| Area Items Total: LOWER FLOOR | 14,395.55 |
| Area Items Total: Interior | 29,761.39 |
| **Line Item Subtotals: GREG** | **47,483.89** |

| Adjustments for Base Service Charges | Adjustment |
|---|---:|
| Carpenter - Finish, Trim/Cabinet | 113.82 |
| Carpenter - General Framer | 90.90 |
| Carpenter - Mechanic | 115.00 |
| Drywall Installer/Finisher | 216.52 |
| Electrician | 121.58 |
| Flooring Installer | 111.52 |
| Wood Flooring Installer | 124.84 |
| Heating / A.C. Mechanic | 117.32 |
| Insulation Installer | 102.62 |
| Painter | 105.16 |
| Roofer | 262.98 |
| Membrane Roofing Installer | 253.68 |
| Wallpaper Hanger | 83.34 |
| Total Adjustments for Base Service Charges: | 1,819.28 |
| **Line Item Totals: GREG** | **49,303.17** |

**Grand Total Areas:**

| | | | | | |
|---:|---|---:|---|---:|---|
| 4,358.13 | SF Walls | 1,190.97 | SF Ceiling | 5,549.09 | SF Walls and Ceiling |
| 1,190.97 | SF Floor | 132.33 | SY Flooring | 431.83 | LF Floor Perimeter |
| 1,204.41 | SF Long Wall | 974.65 | SF Short Wall | 431.83 | LF Ceil. Perimeter |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 0.00 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

**Coastal Construction Services**

633 West Niagra Circle
Gretna La. 70056

## Summary

| | | | | |
|---|---|---|---|---:|
| Line Item Total | | | | 47,483.89 |
| Total Adjustments for Base Service Charges | | | | 1,819.28 |
| Material Sales Tax | @ | 8.250% x | 16,369.58 | 1350.49 |
| Subtotal | | | | 50,653.66 |
| Overhead | @ | 10.0% x | 50,653.66 | 5,065.37 |
| Profit | @ | 10.0% x | 55,719.03 | 5,571.90 |
| Replacement Cost Value | | | | 61,290.93 |
| **Net Claim** | | | | **61,290.93** |

———————————————
n/a

**Coastal Construction Services**

633 West Niagra Circle
Gretna La. 70056

## Recap by Room

**Estimate: GREG**
**Area: Exterior/General**

| | | |
|---|---:|---:|
| RFG | 16,023.47 | 32.50% |
| Front Elevation | 1,699.03 | 3.45% |
| Area Subtotal:  Exterior/General | 17,722.50 | 35.95% |

**Area: Interior**
**Area: UPPER FLOOR**

| | | |
|---|---:|---:|
| BEDROOM 1 | 5,525.17 | 11.21% |
| BEDROOM 2 | 5,439.43 | 11.03% |
| Bathroom | 2,191.76 | 4.45% |
| LANDING | 2,209.48 | 4.48% |
| Area Subtotal:  UPPER FLOOR | 15,365.84 | 31.17% |

**Area: LOWER FLOOR**

| | | |
|---|---:|---:|
| Living Room | 4,322.49 | 8.77% |
| Kitchen | 2,242.78 | 4.55% |
| BED #3 | 4,285.95 | 8.69% |
| Closet | 585.74 | 1.19% |
| BATH 2 | 1,585.29 | 3.22% |
| BATH 3 | 1,373.30 | 2.79% |
| Area Subtotal:  LOWER FLOOR | 14,395.55 | 29.20% |
| Area Subtotal:  Interior | 29,761.39 | 60.36% |
| **Subtotal of Areas** | 47,483.89 | 96.31% |
| **Base Service Charges** | 1,819.28 | 3.69% |
| **Total** | 49,303.17 | 100.00% |

**Coastal Construction Services**

633 West Niagra Circle
Gretna La. 70056

## Recap by Category

| O&P Items | | | Total Dollars | % |
|---|---|---|---:|---:|
| CABINETRY | | | 126.60 | 0.21% |
| GENERAL DEMOLITION | | | 6,090.66 | 9.94% |
| DRYWALL | | | 8,191.60 | 13.37% |
| FLOOR COVERING - VINYL | | | 1,911.67 | 3.12% |
| FLOOR COVERING - WOOD | | | 9,812.60 | 16.01% |
| FINISH CARPENTRY / TRIMWORK | | | 323.44 | 0.53% |
| FRAMING & ROUGH CARPENTRY | | | 1,304.40 | 2.13% |
| HEAT, VENT & AIR CONDITIONING | | | 36.90 | 0.06% |
| INSULATION | | | 363.43 | 0.59% |
| LIGHT FIXTURES | | | 246.42 | 0.40% |
| PANELING & WOOD WALL FINISHES | | | 884.79 | 1.44% |
| PAINTING | | | 3,642.59 | 5.94% |
| ROOFING | | | 14,059.97 | 22.94% |
| WINDOW REGLAZING & REPAIR | | | 143.22 | 0.23% |
| WALLPAPER | | | 345.60 | 0.56% |
| **Subtotal** | | | 47,483.89 | 77.47% |
| Base Service Charges | | | 1,819.28 | 2.97% |
| Material Sales Tax | @ | 8.250% | 1,350.49 | 2.20% |
| Overhead | @ | 10.00% | 5,065.37 | 8.26% |
| Profit | @ | 10.00% | 5,571.90 | 9.09% |
| **O&P Items Subtotal** | | | 61,290.93 | 100.00% |
| **Grand Total** | | | 61,290.93 | |

GREG                                                                                                   03/21/2007  Page: 14