

| | | | |
|---|---|---|---|
| Insured: | App, Gregory | Home: | (404) 272-5896 |
| Property: | 1106 Treme St.<br>New Orleans, LA 70116 | | |
| Estimator: | David McLaughlin | Business: | (281) 883-9735 |
| Company: | Gilbane CAT-Response | | |
| Business: | 19703 Water Point Trail<br>Kingwood, TX 77346 | | |
| Contractor: | | | |
| Company: | Gilbane CAT-Response | | |

| Claim Number | Policy Number | Type of Loss | Deductible |
|---|---|---|---|
| 5100042538 | ER 61026342 | Wind Damage | $0.00 |

| | |
|---|---|
| Date Contacted: | 03/26/2007 |
| Date of Loss: | 08/29/2005 |
| Date Inspected: | |

Date Received:
Date Entered: 03/26/2007 12:53 PM

| | |
|---|---|
| Price List: | LANO4S7A<br>Restoration/Service/Remodel |
| Estimate: | APP-GREGORY |

```
Claim #:         5100042538
File Handler:    Jim Campagna
Date Rec'd:      3-26-07
Doc. Type:
Doc. Date:       Adjusters Reports
Doc. Description:
```



EXHIBIT 5


Gilbane
CAT-Response

APP-GREGORY

Room: Roof



| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 2-story asbestos shingle roof replacement - bid per "Augustino Roofing" | 1.00 EA | 0.00 | 13,862.50 | 13,862.50 |
| R&R Metal roofing | 150.00 SF | 0.54 | 4.45 | 748.50 |
| R&R Rafters - 2x8 - 16" OC (3-5/12 Gable, per SF of floor) | 150.00 SF | 1.29 | 3.47 | 714.00 |

Room Totals: Roof

15,325.00

Room: Exterior



| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Attic vent - gable end - wood | 1.00 EA | 8.96 | 119.75 | 128.71 |
| Seal & paint wood gable vent | 1.00 EA | 0.00 | 31.37 | 31.37 |
| R&R Gutter / downspout - half round - aluminum - 6" | 25.00 LF | 0.54 | 8.81 | 233.75 |
| Plumber - per hour (Repair/Re-attach Vents) | 4.00 HR | 0.00 | 65.28 | 261.12 |
| Siding - Minimum charge | 1.00 EA | 0.00 | 170.00 | 170.00 |
| Scaffold - Minimum charge | 1.00 EA | 0.00 | 115.00 | 115.00 |
| R&R Ornamental iron handrail w/ twisted pickets - front upper deck | 44.00 LF | 2.12 | 30.54 | 1,437.04 |

APP-GREGORY                                                                 05/03/2007  Page: 2


Gilbane
CAT-Response

## CONTINUED - Exterior

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Prime & paint ornamental iron handrail, 36" to 42" high | 44.00 LF | 0.00 | 7.11 | 312.84 |
| R&R Sheathing - plywood - 5/8" - treated | 216.00 SF | 0.61 | 2.37 | 643.68 |
| R&R Roll roofing - 50% overlap | 2.16 SQ | 44.83 | 123.80 | 364.24 |
| R&R Flashing, 14" wide | 24.00 LF | 0.62 | 3.30 | 94.08 |
| R&R Screen door - wood - 30" - 36" - full screen (no glass) | 1.00 EA | 18.97 | 109.14 | 128.11 |
| Prime & paint/finish screen door (per side) | 2.00 EA | 0.00 | 32.64 | 65.28 |

Room Totals: Exterior                                                3,985.22

### Interior
### Top Floor



Room: Bedroom                              LxWxH 14'3" x 11'9" x 9'10"

511.33 SF Walls                 167.44 SF Ceiling
678.77 SF Walls & Ceiling       167.44 SF Floor
18.60 SY Flooring               52.00 LF Floor Perimeter
140.13 SF Long Wall             115.54 SF Short Wall
52.00 LF Ceil. Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Detach & Reset Ceiling fan & light | 1.00 EA | 0.00 | 0.00 | 119.58 |
| R&R Batt insulation - 6" - R19 | 167.44 SF | 0.39 | 0.82 | 202.60 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 167.44 SF | 0.44 | 1.77 | 370.04 |
| Seal then paint the walls and ceiling twice (3 coats) | 678.77 SF | 0.00 | 1.03 | 699.13 |
| R&R Crown molding - 2 1/4" | 52.00 LF | 0.72 | 2.65 | 175.24 |
| Paint crown molding - two coats | 52.00 LF | 0.00 | 1.12 | 58.24 |
| Paint chair rail - two coats | 52.00 LF | 0.00 | 1.08 | 56.16 |

APP-GREGORY                                           05/03/2007 Page: 3



CONTINUED - Bedroom

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Stud wall - 2" x 4" - 16" oc (Closet wall will need to be removed to replace damaged flooring) | 60.00 SF | 0.23 | 2.28 | 150.60 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint (Closet wall) | 120.00 SF | 0.44 | 1.77 | 265.20 |
| R&R Interior door unit | 1.00 EA | 20.15 | 147.73 | 167.88 |
| Door knob - interior | 1.00 EA | 0.00 | 36.39 | 36.39 |
| Reglaze window, 1 - 9 sf | 1.00 EA | 0.00 | 51.01 | 51.01 |
| Stain & finish door slab only (per side) | 2.00 EA | 0.00 | 41.89 | 83.78 |
| Paint baseboard - two coats | 52.00 LF | 0.00 | 1.09 | 56.68 |
| R&R Base shoe | 52.00 LF | 0.18 | 1.02 | 62.40 |
| Seal & paint base shoe or quarter round | 52.00 LF | 0.00 | 0.61 | 31.72 |
| R&R Softwood flooring - no finish | 167.44 SF | 2.52 | 8.46 | 1,838.49 |
| Sand, stain, and finish wood floor | 167.44 SF | 0.00 | 4.01 | 671.43 |

Room Totals: Bedroom                                                                 5,096.57



Room: Bedroom 2                                                 LxWxH 14'3" x 11'9" x 9'10"

511.33 SF Walls                          167.44 SF Ceiling
678.77 SF Walls & Ceiling                167.44 SF Floor
18.60 SY Flooring                        52.00 LF Floor Perimeter
140.13 SF Long Wall                      115.54 SF Short Wall
52.00 LF Ceil. Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Detach & Reset Ceiling fan & light | 1.00 EA | 0.00 | 0.00 | 119.58 |
| R&R Batt insulation - 6" - R19 | 167.44 SF | 0.39 | 0.82 | 202.60 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 167.44 SF | 0.44 | 1.77 | 370.04 |

APP-GREGORY                                                                 05/03/2007 Page: 4


**Gilbane**
CAT-Response

## CONTINUED - Bedroom 2

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Seal then paint the walls and ceiling twice (3 coats) | 678.77 SF | 0.00 | 1.03 | 699.13 |
| Paint crown molding - two coats | 52.00 LF | 0.00 | 1.12 | 58.24 |
| Paint chair rail - two coats | 52.00 LF | 0.00 | 1.08 | 56.16 |
| Reglaze window, 1 - 9 sf | 5.00 EA | 0.00 | 51.01 | 255.05 |
| Interior door - Detach & reset - slab only | 1.00 EA | 0.00 | 12.66 | 12.66 |
| Detach & Reset Sink - single | 1.00 EA | 0.00 | 0.00 | 86.76 |
| Detach & Reset Toilet | 1.00 EA | 0.00 | 0.00 | 141.09 |
| Paint baseboard - two coats | 52.00 LF | 0.00 | 1.09 | 56.68 |
| R&R Base shoe | 52.00 LF | 0.18 | 1.02 | 62.40 |
| Seal & paint base shoe or quarter round | 52.00 LF | 0.00 | 0.61 | 31.72 |
| R&R Softwood flooring - no finish | 167.44 SF | 2.52 | 8.46 | 1,838.49 |
| Sand, stain, and finish wood floor | 167.44 SF | 0.00 | 4.01 | 671.43 |

Room Totals: Bedroom 2                                                                 4,662.03

**Room: Bathroom**                                           LxWxH 11'8" x 11'4" x 9'10"

452.33 SF Walls                    132.22 SF Ceiling
584.56 SF Walls & Ceiling          132.22 SF Floor
14.69 SY Flooring                  46.00 LF Floor Perimeter
114.72 SF Long Wall                111.44 SF Short Wall
46.00 LF Ceil. Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Detach & Reset Ceiling fan & light | 1.00 EA | 0.00 | 0.00 | 119.58 |
| R&R Batt insulation - 6" - R19 | 132.22 SF | 0.39 | 0.82 | 159.99 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 132.22 SF | 0.44 | 1.77 | 292.21 |
| Drywall patch, ready for paint (Wall) | 1.00 EA | 0.00 | 75.00 | 75.00 |

APP-GREGORY

05/03/2007  Page: 5


CAT-Response

## CONTINUED - Bathroom

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Seal then paint the walls and ceiling twice (3 coats) | 584.56 SF | 0.00 | 1.03 | 602.10 |
| R&R Base shoe | 46.00 LF | 0.18 | 1.02 | 55.20 |
| Seal & paint base shoe or quarter round | 46.00 LF | 0.00 | 0.61 | 28.06 |
| Sand, stain, and finish wood floor | 132.22 SF | 0.00 | 4.01 | 530.20 |

Room Totals: Bathroom                                           1,862.34

**Room: Landing**                                          LxWxH 11'3" x 11'0" x 12'0"

534.00 SF Walls                 123.75 SF Ceiling
657.75 SF Walls & Ceiling       123.75 SF Floor
13.75 SY Flooring               44.50 LF Floor Perimeter
135.00 SF Long Wall             132.00 SF Short Wall
44.50 LF Ceil. Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 311.50 SF | 0.44 | 1.77 | 688.42 |
| Acoustic ceiling (popcorn) texture | 123.75 SF | 0.00 | 0.83 | 102.71 |
| Texture drywall - light hand texture | 267.00 SF | 0.00 | 0.46 | 122.82 |
| Seal then paint the walls and ceiling twice (3 coats) | 657.75 SF | 0.00 | 1.03 | 677.48 |
| Underlayment - 1/4" lauan/mahogany plywood | 123.75 SF | 0.00 | 1.22 | 150.98 |
| R&R Vinyl tile | 123.75 SF | 1.22 | 2.71 | 486.34 |

Room Totals: Landing                                            2,228.75

APP-GREGORY                                                05/03/2007  Page: 6


Gilbane
CAT-Response



**Room: Bathroom 2**                                          LxWxH 6'0" x 5'0" x 8'0"

| | |
|---|---|
| 176.00 SF Walls | 30.00 SF Ceiling |
| 206.00 SF Walls & Ceiling | 30.00 SF Floor |
| 3.33 SY Flooring | 22.00 LF Floor Perimeter |
| 48.00 SF Long Wall | 40.00 SF Short Wall |
| 22.00 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Batt insulation - 6" - R19 | 30.00 SF | 0.39 | 0.82 | 36.30 |
| Detach & Reset Bathroom ventilation fan w/light | 1.00 EA | 0.00 | 0.00 | 71.21 |
| R&R 1/2" drywall - hung, taped, ready for texture | 206.00 SF | 0.44 | 1.56 | 412.00 |
| Seal/prime the ceiling - one coat | 30.00 SF | 0.00 | 0.42 | 12.60 |
| Acoustic ceiling (popcorn) texture | 30.00 SF | 0.00 | 0.83 | 24.90 |
| Mask wall - plastic, paper, tape (per LF) | 22.00 LF | 0.00 | 0.88 | 19.36 |
| Prep wall for wallpaper | 176.00 SF | 0.00 | 0.41 | 72.16 |
| Wallpaper | 176.00 SF | 0.00 | 1.64 | 288.64 |

Room Totals: Bathroom 2                                                                 937.17

Area Items Total: Top Floor                                                             14,786.86

Lower Level



**Room: Living Room**                                         LxWxH 13'4" x 11'5" x 9'10"

| | |
|---|---|
| 486.75 SF Walls | 152.22 SF Ceiling |
| 638.97 SF Walls & Ceiling | 152.22 SF Floor |
| 16.91 SY Flooring | 49.50 LF Floor Perimeter |
| 131.11 SF Long Wall | 112.26 SF Short Wall |
| 49.50 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Detach & Reset Ceiling fan & light | 1.00 EA | 0.00 | 0.00 | 119.58 |
| Electrician - per hour (Detach and reset electrical in order to repair drywall) - Includes multiple trips | 4.00 HR | 0.00 | 62.74 | 250.96 |

APP-GREGORY

05/03/2007  Page: 7


**Gilbane**
CAT Response

## CONTINUED - Living Room

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R 1/2" drywall - hung, taped, ready for texture | 152.22 SF | 0.44 | 1.56 | 304.44 |
| Seal/prime the ceiling - one coat | 152.22 SF | 0.00 | 0.42 | 63.93 |
| Acoustic ceiling (popcorn) texture | 152.22 SF | 0.00 | 0.83 | 126.34 |
| Seal then paint the walls twice (3 coats) | 486.75 SF | 0.00 | 1.03 | 501.35 |
| R&R Baseboard - 6" hardwood | 49.50 LF | 0.54 | 6.00 | 323.73 |
| Paint baseboard - two coats | 49.50 LF | 0.00 | 1.09 | 53.96 |
| Detach & Reset Outlet (Along baseboards) | 7.00 EA | 0.00 | 0.00 | 84.28 |
| Phone, TV, or speaker outlet - Detach & reset | 1.00 EA | 0.00 | 16.25 | 16.25 |
| R&R Base shoe | 49.50 LF | 0.18 | 1.02 | 59.40 |
| Seal & paint base shoe or quarter round | 49.50 LF | 0.00 | 0.61 | 30.20 |
| R&R Softwood flooring - no finish | 152.22 SF | 2.52 | 8.46 | 1,671.37 |
| Sand, stain, and finish wood floor | 152.22 SF | 0.00 | 4.01 | 610.40 |

Room Totals: Living Room                                   4,216.19

Room: Kitchen                              LxWxH 12'0" x 11'0" x 12'0"

552.00 SF Walls                 132.00 SF Ceiling
684.00 SF Walls & Ceiling       132.00 SF Floor
14.67 SY Flooring               46.00 LF Floor Perimeter
144.00 SF Long Wall             132.00 SF Short Wall
46.00 LF Ceil. Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 294.00 SF | 0.44 | 1.77 | 649.74 |
| Acoustic ceiling (popcorn) texture | 132.00 SF | 0.00 | 0.83 | 109.56 |
| Texture drywall - light hand texture | 276.00 SF | 0.00 | 0.46 | 126.96 |

APP-GREGORY

05/03/2007 Page: 8



### CONTINUED - Kitchen

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Seal then paint the walls and ceiling twice (3 coats) | 684.00 SF | 0.00 | 1.03 | 704.52 |
| Underlayment - 1/4" lauan/mahogany plywood | 132.00 SF | 0.00 | 1.22 | 161.04 |
| R&R Vinyl tile | 132.00 SF | 1.22 | 2.71 | 518.76 |

Room Totals: Kitchen                                              2,270.58



Room: Bedroom 3                                       LxWxH 13'6" x 11'0" x 9'8"

473.67 SF Walls                148.50 SF Ceiling
622.17 SF Walls & Ceiling      148.50 SF Floor
16.50 SY Flooring              49.00 LF Floor Perimeter
130.50 SF Long Wall            106.33 SF Short Wall
49.00 LF Ceil. Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Detach & Reset Ceiling fan & light | 1.00 EA | 0.00 | 0.00 | 119.58 |
| R&R 1/2" drywall - hung, taped, ready for texture | 148.50 SF | 0.44 | 1.56 | 297.00 |
| Seal/prime the ceiling - one coat | 148.50 SF | 0.00 | 0.42 | 62.37 |
| Acoustic ceiling (popcorn) texture | 148.50 SF | 0.00 | 0.83 | 123.26 |
| Seal then paint the walls twice (3 coats) | 473.67 SF | 0.00 | 1.03 | 487.88 |
| Underlayment - 1/4" lauan/mahogany plywood | 148.50 SF | 0.00 | 1.22 | 181.17 |
| R&R Vinyl tile | 148.50 SF | 1.22 | 2.71 | 583.61 |

Room Totals: Bedroom 3                                            1,854.87

APP-GREGORY                                              05/03/2007 Page: 9


Gilbane
CAT-Response



**Room: Closet**                                              LxWxH 11'6" x 5'0" x 9'8"

319.00 SF Walls                 57.50 SF Ceiling
376.50 SF Walls & Ceiling       57.50 SF Floor
  6.39 SY Flooring              33.00 LF Floor Perimeter
111.17 SF Long Wall             48.33 SF Short Wall
 33.00 LF Ceil. Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Drywall patch, ready for paint | 1.00 EA | 0.00 | 75.00 | 75.00 |
| Seal then paint the walls and ceiling twice (3 coats) | 376.50 SF | 0.00 | 1.03 | 387.80 |
| Underlayment - 1/4" lauan/mahogany plywood | 57.50 SF | 0.00 | 1.22 | 70.15 |
| R&R Vinyl tile | 57.50 SF | 1.22 | 2.71 | 225.98 |

Room Totals: Closet                                                                 758.93



**Room: Bathroom**                                            LxWxH 11'6" x 6'0" x 9'8"

338.33 SF Walls                 69.00 SF Ceiling
407.33 SF Walls & Ceiling       69.00 SF Floor
  7.67 SY Flooring              35.00 LF Floor Perimeter
111.17 SF Long Wall             58.00 SF Short Wall
 35.00 LF Ceil. Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 128.00 SF | 0.44 | 1.77 | 282.88 |
| Acoustic ceiling (popcorn) texture | 69.00 SF | 0.00 | 0.83 | 57.27 |
| Texture drywall - light hand texture | 59.00 SF | 0.00 | 0.46 | 27.14 |
| Seal then paint the walls and ceiling twice (3 coats) | 407.33 SF | 0.00 | 1.03 | 419.55 |
| Underlayment - 1/4" lauan/mahogany plywood | 69.00 SF | 0.00 | 1.22 | 84.18 |
| R&R Vinyl tile | 69.00 SF | 1.22 | 2.71 | 271.17 |
| Detach & Reset Toilet | 1.00 EA | 0.00 | 0.00 | 141.09 |

APP-GREGORY                                                         05/03/2007 Page: 10


Gilbane
CAT-Response

CONTINUED - Bathroom

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Room Totals: Bathroom | | | | 1,283.28 |

Room: Laundry Room                                      LxWxH 6'0" x 5'0" x 7'0"

154.00 SF Walls                 30.00 SF Ceiling
184.00 SF Walls & Ceiling       30.00 SF Floor
3.33 SY Flooring                22.00 LF Floor Perimeter
42.00 SF Long Wall              35.00 SF Short Wall
22.00 LF Ceil. Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R 1/2" drywall - hung, taped, floated, ready for paint (Ceiling and portion of walls) | 97.00 SF | 0.44 | 1.77 | 214.37 |
| Seal then paint the walls and ceiling twice (3 coats) | 184.00 SF | 0.00 | 1.03 | 189.52 |
| Room Totals: Laundry Room | | | | 403.89 |
| Area Items Total: Lower Level | | | | 10,787.74 |
| Area Items Total: Interior | | | | 25,574.60 |

Room: General



APP-GREGORY                                          05/03/2007  Page: 11


Gilbane
CAT-Response

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| General clean - up | 16.00 HR | 0.00 | 26.19 | 419.04 |
| Taxes, insurance, permits & fees | 1.00 EA | 0.00 | 500.00 | 500.00 |
| Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 689.29 | 0.00 | 689.29 |

Room Totals: General

1,608.33

Line Item Totals: APP-GREGORY

46,493.15

**Grand Total Areas:**

4,508.75 SF Walls            1,210.07 SF Ceiling           5,718.82 SF Walls and Ceiling
1,210.07 SF Floor            134.45 SY Flooring            451.00 LF Floor Perimeter
1,247.92 SF Long Wall        1,006.46 SF Short Wall        451.00 LF Ceil. Perimeter

   0.00 Floor Area              0.00 Total Area                0.00 Interior Wall Area
   0.00 Exterior Wall Area      0.00 Exterior Perimeter of Walls

   0.00 Surface Area            0.00 Number of Squares         0.00 Total Perimeter Length
   0.00 Total Ridge Length      0.00 Total Hip Length

APP-GREGORY                                                              05/03/2007 Page: 12


CAT-Response

## Summary for Wind Damage

| | | | | |
|---|---|---|---|---|
| Line Item Total | | | | 46,493.15 |
| Material Sales Tax | @ | 9.000% x | 9,034.80 | 813.13 |
| Subtotal | | | | 47,306.28 |
| Overhead | @ | 10.0% x | 47,306.28 | 4,730.63 |
| Profit | @ | 10.0% x | 47,306.28 | 4,730.63 |
| Replacement Cost Value | | | | 56,767.54 |
| Net Claim | | | | 56,767.54 |

David McLaughlin

APP-GREGORY                                                05/03/2007 Page: 13


CAT-Response

## Summary for Wind Damage

| | | | | |
|---|---|---|---|---|
| Line Item Total | | | | 46,493.15 |
| Material Sales Tax | @ | 9.000% x | 9,034.80 | 813.13 |
| Subtotal | | | | 47,306.28 |
| Overhead | @ | 10.0% x | 47,306.28 | 4,730.63 |
| Profit | @ | 10.0% x | 47,306.28 | 4,730.63 |
| Replacement Cost Value | | | | 56,767.54 |
| Net Claim | | | | 56,767.54 |

David McLaughlin

APP-GREGORY                                    05/03/2007 Page: 13