## Coastal Construction Services

633 West Niagra Circle
Gretna La. 70056

| | |
|---|---|
| Client: | App, Greg |
| Property: | 1106 Treme Ave<br>New Orleans, LA 70116 |
| Operator Info: | |
| Operator: | JAMES |
| Estimator: | n/a |
| Reference: | |
| Company: | Lestelle & Lestelle Law Firm |
| Price List: | LANO4B7A<br>Restoration/Service/Remodel<br>TREME_REV |

Estimate:

**Standard Exclusions:**

1. Proposed estimate does not include engineering and connection fees for any utilities.
2. Proposed estimate does not include cost for any hidden or cost including but not limited to: rot, decay, electrical, plumbing, HVAC, and code upgrades or other requirements are not included unless specifically mentioned in this estimate.
3. Proposed estimate does not include inspections or any testing.
4. Proposed estimate does not include performance bond, payment bonds and maintenance bonds.
5. Proposed estimate does not include asbestos, lead and / or mold sampling, testing, if necessary, shall be submitted as a supplement.

**Project specific Exclusions:**

1. Content storage of owners possessions.
2. Any structural shoring.
3. Seismic or structural repairs, code upgrade.



EXHIBIT 6

## Coastal Construction Services

633 West Niagra Circle
Gretna La. 70056

### TREME_REV

#### Exterior/General

**Area Items: Exterior/General**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Electrical repairs due to storm damage (Quote | 1.00 EA | 0.00 | 7,800.00 | 7,800.00 |
| Plumbing repairs due to storm damages (quote) | 1.00 EA | 0.00 | 13,100.00 | 13,100.00 |
| HEAT, VENT & AIR CONDITIONING | 1.00 EA | 0.00 | 1,800.00 | 1,800.00 |

Area Items Total: Exterior/General                                              22,700.00

#### Front Elevation

**Area Items: Front Elevation**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Detach & Reset Siding - beveled - cedar (clapboard)(Detach and Reset) | 600.00 SF | 0.00 | 0.00 | 1,590.00 |
| Exterior - seal or prime and prep for paint | 600.00 SF | 0.00 | 0.43 | 258.00 |
| Exterior - paint two coats | 600.00 SF | 0.00 | 0.82 | 492.00 |
| Paint door or window opening - 2 coats (per side) | 6.00 EA | 0.00 | 20.24 | 121.44 |
| Scaffold rental - per section (per week) | 16.00 WK | 0.00 | 35.27 | 564.32 |
| Fall protection harness and lanyard rental - per week | 4.00 WK | 0.00 | 18.00 | 72.00 |
| Scaffolding Setup & Take down - per hour | 8.00 HR | 0.00 | 18.38 | 147.04 |

Area Items Total: Front Elevation                                              3,244.80

#### Room: Right Elevation



TREME_REV                                                                    11/06/2007  Page: 2

**Coastal Construction Services**

633 West Niagra Circle
Gretna La. 70056

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Detach & Reset Siding - beveled - cedar (clapboard)(Detach and Reset) | 800.00 SF | 0.00 | 0.00 | 2,120.00 |
| Exterior - seal or prime and prep for paint | 800.00 SF | 0.00 | 0.43 | 344.00 |
| Exterior - paint two coats | 800.00 SF | 0.00 | 0.82 | 656.00 |
| Paint door or window opening - 2 coats (per side) | 8.00 EA | 0.00 | 20.24 | 161.92 |
| Scaffold rental - per section (per week) | 16.00 WK | 0.00 | 35.27 | 564.32 |
| Fall protection harness and lanyard rental - per week | 4.00 WK | 0.00 | 18.00 | 72.00 |
| Scaffolding Setup & Take down - per hour | 8.00 HR | 0.00 | 18.38 | 147.04 |

Room Totals: Right Elevation                                              4,065.28

**Room: Left Elevation**



| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Detach & Reset Siding - beveled - cedar (clapboard)(Detach and Reset) | 800.00 SF | 0.00 | 0.00 | 2,120.00 |
| Exterior - seal or prime and prep for paint | 800.00 SF | 0.00 | 0.43 | 344.00 |
| Exterior - paint two coats | 800.00 SF | 0.00 | 0.82 | 656.00 |
| Paint door or window opening - 2 coats (per side) | 6.00 EA | 0.00 | 20.24 | 121.44 |
| Scaffold rental - per section (per week) | 16.00 WK | 0.00 | 35.27 | 564.32 |
| Fall protection harness and lanyard rental - per week | 4.00 WK | 0.00 | 18.00 | 72.00 |
| Scaffolding Setup & Take down - per hour | 8.00 HR | 0.00 | 18.38 | 147.04 |

Room Totals: Left Elevation                                               4,024.80

## Coastal Construction Services

633 West Niagra Circle
Gretna La. 70056

**Room: Rear Elevation**



| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Detach & Reset Siding - beveled - cedar (clapboard)(Detach and Reset) | 600.00 SF | 0.00 | 0.00 | 1,590.00 |
| Exterior - seal or prime and prep for paint | 600.00 SF | 0.00 | 0.43 | 258.00 |
| Exterior - paint two coats | 600.00 SF | 0.00 | 0.82 | 492.00 |
| Paint door or window opening - 2 coats (per side) | 6.00 EA | 0.00 | 20.24 | 121.44 |
| Scaffold rental - per section (per week) | 16.00 WK | 0.00 | 35.27 | 564.32 |
| Fall protection harness and lanyard rental - per week | 4.00 WK | 0.00 | 18.00 | 72.00 |
| Scaffolding Setup & Take down - per hour | 8.00 HR | 0.00 | 18.38 | 147.04 |

Room Totals: Rear Elevation                                3,244.80

Area Items Total: Front Elevation                         14,579.68

Area Items Total: Exterior/General                        37,279.68

### Interior
### UPPER FLOOR

**Room: BEDROOM 1**                            **LxWxH 14'9" x 11'9" x 9'9"**

| | |
|---|---|
| 516.75 SF Walls | 173.31 SF Ceiling |
| 690.06 SF Walls & Ceiling | 173.31 SF Floor |
| 19.26 SY Flooring | 53.00 LF Floor Perimeter |
| 143.81 SF Long Wall | 114.56 SF Short Wall |
| 53.00 LF Ceil. Perimeter | |



| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Stud wall - 2" x 4" x 8' - 16" oc | 53.00 LF | 1.16 | 10.18 | 601.02 |

**Coastal Construction Services**

633 West Niagra Circle
Gretna La. 70056

### CONTINUED - BEDROOM 1

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Sheathing - plywood - 3/4" CDX | 690.06 SF | 0.47 | 1.44 | 1,318.02 |
| R&R Joist - floor or ceiling - 2x10 - w/blocking - 16" oc | 173.31 SF | 0.68 | 2.14 | 488.73 |

Room Totals: BEDROOM 1                                                                2,407.77

**Room: BEDROOM 2**                                            LxWxH 14'2" x 11'9" x 9'9"

505.38 SF Walls                 166.46 SF Ceiling
671.83 SF Walls & Ceiling       166.46 SF Floor
18.50 SY Flooring               51.83 LF Floor Perimeter
138.13 SF Long Wall             114.56 SF Short Wall
51.83 LF Ceil. Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Stud wall - 2" x 4" x 8' - 16" oc | 51.83 LF | 1.16 | 10.18 | 587.75 |
| R&R Sheathing - plywood - 3/4" CDX | 671.83 SF | 0.47 | 1.44 | 1,283.20 |
| R&R Joist - floor or ceiling - 2x10 - w/blocking - 16" oc | 166.46 SF | 0.68 | 2.14 | 469.41 |

Room Totals: BEDROOM 2                                                                2,340.36



**Room: Bathroom**                                             LxWxH 11'8" x 11'4" x 9'9"

448.50 SF Walls                 132.22 SF Ceiling
580.72 SF Walls & Ceiling       132.22 SF Floor
14.69 SY Flooring               46.00 LF Floor Perimeter
113.75 SF Long Wall             110.50 SF Short Wall
46.00 LF Ceil. Perimeter

## Coastal Construction Services

633 West Niagra Circle
Gretna La. 70056

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Stud wall - 2" x 4" x 8' - 16" oc | 46.00 LF | 1.16 | 10.18 | 521.64 |
| R&R Sheathing - plywood - 3/4" CDX | 580.72 SF | 0.47 | 1.44 | 1,109.18 |
| R&R Joist - floor or ceiling - 2x10 - w/blocking - 16" oc | 132.22 SF | 0.68 | 2.14 | 372.86 |

Room Totals: Bathroom     2,003.68

**Room: LANDING**     LxWxH 11'3" x 11'0" x 12'0"



- 534.00 SF Walls
- 657.75 SF Walls & Ceiling
- 13.75 SY Flooring
- 135.00 SF Long Wall
- 44.50 LF Ceil. Perimeter
- 123.75 SF Ceiling
- 123.75 SF Floor
- 44.50 LF Floor Perimeter
- 132.00 SF Short Wall

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Stud wall - 2" x 4" x 8' - 16" oc | 44.50 LF | 1.16 | 10.18 | 504.63 |
| R&R Sheathing - plywood - 3/4" CDX | 657.75 SF | 0.47 | 1.44 | 1,256.30 |
| R&R Joist - floor or ceiling - 2x10 - w/blocking - 16" oc | 123.75 SF | 0.68 | 2.14 | 348.98 |

Room Totals: LANDING     2,109.91

Area Items Total: UPPER FLOOR     8,861.72

### LOWER FLOOR

**Room: Living Room**     LxWxH 13'4" x 11'5" x 9'8"

- 478.50 SF Walls
- 630.72 SF Walls & Ceiling
- 16.91 SY Flooring
- 128.89 SF Long Wall
- 49.50 LF Ceil. Perimeter
- 152.22 SF Ceiling
- 152.22 SF Floor
- 49.50 LF Floor Perimeter
- 110.36 SF Short Wall

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Stud wall - 2" x 4" x 8' - 16" oc | 49.50 LF | 1.16 | 10.18 | 561.33 |

**Coastal Construction Services**

633 West Niagra Circle
Gretna La. 70056

### CONTINUED - Living Room

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Sheathing - plywood - 3/4" CDX | 630.72 SF | 0.47 | 1.44 | 1,204.68 |
| R&R Joist - floor or ceiling - 2x10 - w/blocking - 16" oc | 152.22 SF | 0.68 | 2.14 | 429.26 |

Room Totals:  Living Room                                                                                2,195.27



**Room: Kitchen**                                                                                 LxWxH 12'0" x 11'0" x 12'0"

552.00 SF Walls                           132.00 SF Ceiling
684.00 SF Walls & Ceiling                 132.00 SF Floor
 14.67 SY Flooring                         46.00 LF Floor Perimeter
144.00 SF Long Wall                       132.00 SF Short Wall
 46.00 LF Ceil. Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Stud wall - 2" x 4" x 8' - 16" oc | 46.00 LF | 1.16 | 10.18 | 521.64 |
| R&R Sheathing - plywood - 3/4" CDX | 684.00 SF | 0.47 | 1.44 | 1,306.44 |
| R&R Joist - floor or ceiling - 2x10 - w/blocking - 16" oc | 132.00 SF | 0.68 | 2.14 | 372.24 |

Room Totals:  Kitchen                                                                                   2,200.32



**Room: BED #3**                                                                                  LxWxH 13'6" x 11'0" x 9'8"

473.67 SF Walls                           148.50 SF Ceiling
622.17 SF Walls & Ceiling                 148.50 SF Floor
 16.50 SY Flooring                         49.00 LF Floor Perimeter
130.50 SF Long Wall                       106.33 SF Short Wall
 49.00 LF Ceil. Perimeter

## Coastal Construction Services

633 West Niagra Circle
Gretna La. 70056

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Stud wall - 2" x 4" x 8' - 16" oc | 49.00 LF | 1.16 | 10.18 | 555.66 |
| R&R Sheathing - plywood - 3/4" CDX | 622.17 SF | 0.47 | 1.44 | 1,188.34 |
| R&R Joist - floor or ceiling - 2x10 - w/blocking - 16" oc | 148.50 SF | 0.68 | 2.14 | 418.77 |

Room Totals: BED #3                                                                 2,162.77



**Room: Closet**                                             LxWxH 11'6" x 5'0" x 9'8"

| | |
|---|---|
| 319.00 SF Walls | 57.50 SF Ceiling |
| 376.50 SF Walls & Ceiling | 57.50 SF Floor |
| 6.39 SY Flooring | 33.00 LF Floor Perimeter |
| 111.17 SF Long Wall | 48.33 SF Short Wall |
| 33.00 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Stud wall - 2" x 4" x 8' - 16" oc | 33.00 LF | 1.16 | 10.18 | 374.22 |
| R&R Sheathing - plywood - 3/4" CDX | 376.50 SF | 0.47 | 1.44 | 719.12 |
| R&R Joist - floor or ceiling - 2x10 - w/blocking - 16" oc | 57.50 SF | 0.68 | 2.14 | 162.15 |

Room Totals: Closet                                                                 1,255.49



**Room: BATH 2**                                             LxWxH 11'6" x 6'0" x 9'8"

| | |
|---|---|
| 338.33 SF Walls | 69.00 SF Ceiling |
| 407.33 SF Walls & Ceiling | 69.00 SF Floor |
| 7.67 SY Flooring | 35.00 LF Floor Perimeter |
| 111.17 SF Long Wall | 58.00 SF Short Wall |
| 35.00 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Stud wall - 2" x 4" x 8' - 16" oc | 35.00 LF | 1.16 | 10.18 | 396.90 |
| R&R Sheathing - plywood - 3/4" CDX | 407.33 SF | 0.47 | 1.44 | 778.01 |

**Coastal Construction Services**

633 West Niagra Circle
Gretna La. 70056

### CONTINUED - BATH 2

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Joist - floor or ceiling - 2x10 - w/blocking - 16" oc | 69.00 SF | 0.68 | 2.14 | 194.58 |

| Room Totals: BATH 2 | | | | 1,369.49 |
|---|---|---|---|---|

**Room: BATH 3**  LxWxH 6'0" x 6'0" x 8'0"

| 192.00 | SF Walls | 36.00 | SF Ceiling |
|---|---|---|---|
| 228.00 | SF Walls & Ceiling | 36.00 | SF Floor |
| 4.00 | SY Flooring | 24.00 | LF Floor Perimeter |
| 48.00 | SF Long Wall | 48.00 | SF Short Wall |
| 24.00 | LF Ceil. Perimeter | | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Stud wall - 2" x 4" x 8' - 16" oc | 24.00 LF | 1.16 | 10.18 | 272.16 |
| R&R Sheathing - plywood - 3/4" CDX | 228.00 SF | 0.47 | 1.44 | 435.48 |
| R&R Joist - floor or ceiling - 2x10 - w/blocking - 16" oc | 36.00 SF | 0.68 | 2.14 | 101.52 |

| Room Totals: BATH 3 | 809.16 |
|---|---|
| Area Items Total: LOWER FLOOR | 9,992.50 |
| Area Items Total: Interior | 18,854.22 |
| **Line Item Subtotals: TREME_REV** | **56,133.90** |

**Coastal Construction Services**

633 West Niagra Circle
Gretna La. 70056

| Adjustments for Base Service Charges | Adjustment |
|---|---:|
| Carpenter - General Framer | 72.14 |
| Painter | 104.00 |
| Siding Installer | 108.62 |
| Total Adjustments for Base Service Charges: | 284.76 |
| **Line Item Totals:  TREME_REV** | **56,418.66** |

## Grand Total Areas:

| | | | | | |
|---:|---|---:|---|---:|---|
| 4,358.13 | SF Walls | 1,190.97 | SF Ceiling | 5,549.09 | SF Walls and Ceiling |
| 1,190.97 | SF Floor | 132.33 | SY Flooring | 431.83 | LF Floor Perimeter |
| 1,204.41 | SF Long Wall | 974.65 | SF Short Wall | 431.83 | LF Ceil. Perimeter |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 0.00 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

## Coastal Construction Services

633 West Niagra Circle
Gretna La. 70056

### Summary for Hurricane

| | | | | |
|---|---|---|---|---:|
| Line Item Total | | | | 56,133.90 |
| Total Adjustments for Base Service Charges | | | | 284.76 |
| Material Sales Tax | @ | 9.000% x | 16,857.05 | 1517.13 |
| Subtotal | | | | 57,935.79 |
| Overhead | @ | 10.0% x | 57,935.79 | 5,793.58 |
| Profit | @ | 10.0% x | 63,729.37 | 6,372.94 |
| Replacement Cost Value | | | | 70,102.31 |
| **Net Claim** | | | | **70,102.31** |

n/a

**Coastal Construction Services**

633 West Niagra Circle
Gretna La. 70056

## Recap by Room

| | | |
|---|---:|---:|
| **Estimate: TREME_REV** | | |
| **Area: Exterior/General** | 22,700.00 | 40.23% |
| **Area: Front Elevation** | 3,244.80 | 5.75% |
|     Right Elevation | 4,065.28 | 7.21% |
|     Left Elevation | 4,024.80 | 7.13% |
|     Rear Elevation | 3,244.80 | 5.75% |
|     Area Subtotal:  Front Elevation | 14,579.68 | 25.84% |
|     Area Subtotal:  Exterior/General | 37,279.68 | 66.08% |
| **Area: Interior** | | |
| **Area: UPPER FLOOR** | | |
|     BEDROOM 1 | 2,407.77 | 4.27% |
|     BEDROOM 2 | 2,340.36 | 4.15% |
|     Bathroom | 2,003.68 | 3.55% |
|     LANDING | 2,109.91 | 3.74% |
|     Area Subtotal:  UPPER FLOOR | 8,861.72 | 15.71% |
| **Area: LOWER FLOOR** | | |
|     Living Room | 2,195.27 | 3.89% |
|     Kitchen | 2,200.32 | 3.90% |
|     BED #3 | 2,162.77 | 3.83% |
|     Closet | 1,255.49 | 2.23% |
|     BATH 2 | 1,369.49 | 2.43% |
|     BATH 3 | 809.16 | 1.43% |
|     Area Subtotal:  LOWER FLOOR | 9,992.50 | 17.71% |
|     Area Subtotal:  Interior | 18,854.22 | 33.42% |
| **Subtotal of Areas** | 56,133.90 | 99.50% |
| **Base Service Charges** | 284.76 | 0.50% |
| **Total** | 56,418.66 | 100.00% |

**Coastal Construction Services**

633 West Niagra Circle
Gretna La. 70056

## Recap by Category

| O&P Items | | | Total Dollars | % |
|---|---|---|---:|---:|
| **GENERAL DEMOLITION** | | | 3,918.85 | 5.59% |
| **ELECTRICAL** | | | 7,800.00 | 11.13% |
| **FRAMING & ROUGH CARPENTRY** | | | 14,935.37 | 21.31% |
| **HEAT, VENT & AIR CONDITIONING** | | | 1,800.00 | 2.57% |
| **PLUMBING** | | | 13,100.00 | 18.69% |
| **PAINTING** | | | 4,026.24 | 5.74% |
| **SCAFFOLDING** | | | 3,133.44 | 4.47% |
| **SIDING** | | | 7,420.00 | 10.58% |
| Subtotal | | | 56,133.90 | 80.07% |
|    Base Service Charges | | | 284.76 | 0.41% |
|    Material Sales Tax | @ | 9.000% | 1,517.13 | 2.16% |
|    Overhead | @ | 10.00% | 5,793.58 | 8.26% |
|    Profit | @ | 10.00% | 6,372.94 | 9.09% |
| **O&P Items Subtotal** | | | 70,102.31 | 100.00% |
| **Grand Total** | | | 70,102.31 | |