# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GREGORY APP** | * |
| | * CIVIL ACTION NO. 07-8717 – B(4) |
| **VERSUS** | * |
| | * JUDGE: IVAN L.R. LEMELLE |
| **ASSURANCE COMPANY** | * |
| **OF AMERICA** | * MAG: KAREN WELL ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **PLAINTIFF'S STATEMENT OF UNCONTESTED MATERIAL FACTS**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff Gregory App, and respectfully submits this Statement of Uncontested Material Facts.

1.

On August 29, 2005, plaintiff's property at 1106 Treme Street, New Orleans, Louisiana, which was insured by defendant Assurance Company of America ("ACA"), was damaged by hurricane winds and wind-driven rain.

2.

Notwithstanding the timely claim filed by Plaintiff, ACA did not begin adjusting plaintiff's claim within thirty days.

3.

The Commercial Loss Report of ACA's first adjuster, Sal Sandoval indicates that the first inspection of plaintiff's property was not conducted until October 26, 2005.

4.

This Commercial Loss Report was never sent to plaintiff, and ACA never made the $18,999.56 payment recommended by this report.

5.

ACA hired a second adjuster, Matthew D. Coy, who produced a second report indicating that plaintiff's insured damages were $0.

6.

Plaintiff subsequently hired James A. Conn of Coastal Construction Services to inspect his property at 1106 Treme Street, New Orleans, Louisiana. Mr. Conn produced a Property Inspection Report indicating that plaintiff's insured damages were $61,290.93. Plaintiff submitted this report to ACA, with a demand for payment.

7.

ACA hired a third adjuster, David McLaughlin, to reinspect plaintiff's property. According to Mr. McLaughlin's report, plaintiff's insured damages totaled $56,767.54.

8.

In May of 2007, ACA tendered $55,767.54 for insured damages to plaintiff's property. This was the first payment issued by ACA for hurricane damage to plaintiff's property.

9.

At plaintiff's request, Mr. Conn reinspected plaintiff's property and found an additional $70,102.31 in damage. ACA has paid nothing for these additional damages.

10.

Plaintiff filed suit in Civil District Court for the Parish of Orleans, alleging that defendant failed to adequately compensate him for the damages to his property, and that defendant's

eventual payments were untimely.  Plaintiff also alleges that ACA is liable to plaintiff for extra-contractual damages, penalties and attorneys' fees pursuant to La. Rev. Stat. §§ 22:658 and 22:1220.

Respectfully submitted,

/s/ Jeffery B. Struckhoff
_____

**TERRENCE J. LESTELLE - T.A. - 8540**
**ANDREA S. LESTELLE - 8539**
**JEFFERY B. STRUCKHOFF - 30173**
**LESTELLE & LESTELLE**
3421 N. Causeway Blvd., Suite 602
Metairie, Louisiana  70002
Telephone:  (504) 828-1224
Facsimile:   (504) 828-1229

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 11th day of March 2008, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I faxed and/or mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are not CM/ECF participants.

/s/ Jeffery B. Struckhoff
_____
**JEFFERY B. STRUCKHOFF**