# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>_____<br><br>PERTAINS TO: INSURANCE<br>(Slaughter v. Lexington, No. 06-4707)<br>_____ | § <br>§  CIVIL ACTION<br>§  NO. 05-4182 "K"(2)<br>§  JUDGE DUVAL<br>§  MAG. WILKINSON<br>§<br>§<br>§<br>§ |

## DEFENDANT'S MOTION TO DISMISS AND FOR ENTRY OF FINAL JUDGMENT

Defendant, Lexington Insurance Company ("Lexington"), respectfully moves for the entry of a final judgment in its favor in this matter for the reasons set forth more fully in the Post-Sher Insurance Umbrella Case Management Order, Rec. Doc. No. 13521, and the memorandum accompanying this motion.

Respectfully Submitted,

/s/ William Barousse
ROBERT I. SIEGEL (#12063)
JOHN E.W. BAAY II, T.A.  (#22928)
WILLIAM A. BAROUSSE (#29748)
**GIEGER, LABORDE & LAPEROUSE, LLC**
SUITE - 4800 One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone:    (504) 561-0400
Facsimile:      (504) 561-1011

*Counsel for Lexington Insurance Company*

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have on this 14th day of July, 2007 served a copy of the foregoing **Motion to Dismiss and For Entry of Final Judgment** on counsel for all parties in this matter by electronic filing

                                  /s/ William Barousse
                                  WILLIAM BAROUSSE