UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____<br><br>PERTAINS TO: INSURANCE<br>(Slaughter v. Lexington, No. 06-4707)<br>_____ | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

**DEFENDANT'S MEMORANDUM IN SUPPORT OF**
**MOTION TO DISMISS AND FOR ENTRY OF FINAL JUDGMENT**

Defendant, Lexington Insurance Company ("Lexington"), respectfully moves for the entry of a final judgment in its favor in this matter.

On June 12, 2008, Your Honor stated that pursuant to *Sher v. Lafayette Ins. Co.*, 2008 WL 928486 (La. Apr. 8, 2008) and *In re Katrina Canal Breaches Litig.*, 495 F.3d 191 (5th Cir. 2007), flood exclusions in Louisiana homeowners insurance policies are valid and unambiguously exclude coverage for damages sustained when the levees failed after Hurricane Katrina struck. *See In re Katrina Canal Breaches Litig.*, 495 F.3d 191 (5th Cir. 2007) ("*Chehardy*"). Accordingly, Your Honor held that "all claims asserted by plaintiffs in this consolidated litigation against any insurer alleging failure to provide plaintiff with flood damage coverage under an insurance policy that excludes such coverage, including all allegations that a class action should be certified concerning such a flood claim, are DISMISSED WITH PREJUDICE." (Post-*Sher* Insurance Umbrella Case

Management Order at 2.).  In addition, Your Honor ordered defendants to submit a motion for entry of a final judgment of dismissal, no later than July 14, 2008, in cases that would be fully disposed of by *Sher* and *Chehardy.*

    This is just such a case. The only allegations plaintiffs make are of damage to their home caused by flood waters resulting from the levee breaches. (*See* Complaint, ¶¶ 5, parts a through e ,11 13,15 20, 40, 41,42, 43, 44).  There is not a single Complaint allegation of any damage other than by flood.  Accordingly, pursuant to this Court's Post-*Sher* Insurance Umbrella Case Management Order, Lexington respectfully requests the Court enter an order of final judgment in Lexington's favor.

        Respectfully Submitted,

/s/ William Barousse
ROBERT I. SIEGEL (#12063)
JOHN E.W. BAAY II, T.A.  (#22928)
WILLIAM A. BAROUSSE (#29748)
**GIEGER, LABORDE & LAPEROUSE, LLC**
SUITE - 4800 One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone:	(504) 561-0400
Facsimile:	(504) 561-1011

*Counsel for Lexington Insurance Company*

## CERTIFICATE OF SERVICE

    I do hereby certify that I have on this 14th day of July, 2007 served a copy of the foregoing **Memorandum in Support of Motion to Dismiss and For Entry of Final Judgment** on counsel for all parties in this matter by electronic filing

/s/ William Barousse
WILLIAM BAROUSSE