UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| VERSUS | * * * * | NO. 05-4182 "K" (2) JUDGE DUVAL |
| | * | MAG. WILKINSON |
| PERTAINS TO: INSURANCE    NO. 06-6676 | | |

## ORDER

Considering the foregoing Full and Final Joint Motion to Dismiss With Prejudice;

**IT IS ORDERED** that the Petition of Frank D. Natal be and is hereby **DISMISSED**, as against Defendant, Auto Club Family Insurance Company, with prejudice, with each party to bear their own costs. This is a full and final dismissal of plaintiff's claims.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**UNITED STATES DISTRICT JUDGE**