## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO: 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, <u>Mooney 06-4703</u> | * <br> * <br> * | <br> JUDGE DUVAL <br> MAG. WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### <u>ORDER</u>

IT IS HEREBY ORDERED that the Plaintiff's claims against State Farm Fire and Casualty Company are hereby dismissed, with prejudice, each party to bear its own costs.

_____
JUDGE

{895.0096}                                     3