UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO: 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Mooney 06-4703 | * <br> * <br> * | JUDGE DUVAL <br> MAG. WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF HEARING

Notice is hereby given that the Defendant, **State Farm Fire & Casualty Company,** will bring the attached Motion to for Entry of Judgment for hearing before the United States District Court, the Honorable Judge Stanwood R. Duval, presiding, at **9:30 a.m**. on the 6th day of **August, 2008**, or as soon thereafter as the motion may be heard.

| | |
|---|---|
| | Respectfully submitted, <br><br> */s/ Wm. Ryan Acomb* |
| | **WM. RYAN ACOMB (16780)** <br> **MICHELE L. TROWBRIDGE (30974)** <br> Porteous, Hainkel & Johnson, L.L.P. <br> 704 Carondelet Street <br> New Orleans, LA 70130-3774 <br> Telephone: (504) 581-3838 |

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*/s/ Wm. Ryan Acomb*
WM. RYAN ACOMB
