UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO: 05-4182 "K"(2) |
| | * | |
| PERTAINS TO: INSURANCE, | * | JUDGE DUVAL |
| Tardo, 08-1166 | * | MAG. WILKINSON |

*************************************************************************

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that counsel for defendant, State Farm Fire and Casualty Company, will bring on for hearing the attached Motion for Entry of Judgment Pursuant to the Court's Post-Sher Case Management Order before Judge Stanwood R. Duval, Jr., United States Courthouse, 500 Camp Street, New Orleans, Louisiana 70130, on August 6, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard.

    Respectfully submitted,

    /s/ David A. Strauss
    DAVID A. STRAUSS **(T.A.)** #24665
    SARAH SHANNAHAN MONSOUR # 30957
    KING, KREBS & JURGENS, P.L.L.C.
    201 St. Charles Avenue, Suite 4500
    New Orleans, Louisiana 70170
    Telephone: (504) 582-3800
    Facsimile: (504) 582-1233
    dstrauss@kingkrebs.com;
    smonsour@kingkrebs.com;
    *Attorneys for State Farm Fire and Casualty Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 14, 2008 I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

                                                /s/ David A. Strauss
                                                **DAVID A. STRAUSS**

{N0110185}