# Exhibit D

MINUTE ENTRY
DUVAL, J.
November 9, 2007

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES　　　　　　　　　　CIVIL ACTION
CONSOLIDATED LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　　　NO. 05-4182

PERTAINS TO: BARGE & MRGO　　　　　　　　　　　SECTION "K"(2)

Attending a status conference held this day concerning a request by Brian Gilbert of the BARGE P.S.L.C. were:

　　Joseph Bruno
　　Larry Weideman
　　Gordon Grant
　　Philip Brooks
　　John Woods

The purpose of the conference was to discuss pursuant to the dictates of Case Management Order No. 5 the efficacy of filing a Motion for Summary Judgment with respect to coverage by the personal injury plaintiffs. Under the "First to File" rule, normally a decision as to where a determination of coverage concerning the Ingram barge would be left up to this Court. However, in this instance, the coverage issue was brought by the insurer pursuant to a choice of venue provision in the subject insurance policy, and Judge Haight of the Southern District of New York has determined that that case would not be transferred to this district and that no stay would be warranted. *American Steamship Owners Mutual Protection and Indemnity Association, Inc. v. La Farge North America, Inc.*, 474 F. Supp.2d 474 (S.D.N.Y. 2007).

Given that decision and the fact that there is a significant factual issue to be determined in that suit, that is whether the barge, ING 4727, is covered pursuant to specific contractual

provisions that have nothing to do with the issues before this Court and are independent thereof, the Court finds that this motion is premature. In addition, such a motion would be duplicative and not in the interest of judicial economy. Accordingly,

**IT IS ORDERED** that plaintiffs are denied leave to file a Motion for Summary Judgment at this time.

JS-10: 30 MINS.