# Exhibit F



# The American Club
## By-Laws, Rules & List Of Correspondents

2005/06

---

### BOARD OF DIRECTORS
*as of February 20, 2005*

| | | |
|---|---|---|
| Chairman | Paul Sa | Standard Shipping, Inc. |
| Deputy Chairman | James P. Sweeney | Penn Maritime Inc. |
| | Vassilios Bacolitsas | Sea Pioneer Shipping Corp. |
| | Lawrence J. Bowles | Nourse & Bowles, LLP |
| | Keith Denholm | Pacific Carriers Limited |
| | Kenneth T. Engstrom | International Shipping Partners |
| | David L. Gane | PSL Marine Limited |
| | Robert A. Guthans | R G Company, LLC |
| | Chih-Chien Hsu | Eddie Steamship Company |
| | Markos K. Marinakis | Marinakis Chartering Inc. |
| | Hariklia N. Moundreas | Good Faith Shipping Company S.A. |
| | Michael L. Murley | Martin Midstream Partners L.P. |
| | Martin C. Recchuite | Enterprises Shipping & Trading S.A. |
| | Victor Restis | Foss Maritime Company |
| | Steven J. Scalzo | Reinauer Transportation Companies |
| | Jonathan C. Wales | |
| | Servet Yardimci | Yardimci Group |
| Secretary | Joseph E. M. Hughes | |

Manager: SHIPOWNERS CLAIMS BUREAU, INC.
60 Broad Street – 37th Floor
New York, New York 10004 U.S.A.
Tel: +1.212.847.4500
Fax: +1.212.847.4599
E-mail: info@american-club.net (general e-mail only)
Website: www.american-club.com

SHIPOWNERS CLAIMS BUREAU (UK) LTD.    PACIFIC MARINE ASSOCIATES, INC.
London Liaison Office    100 Webster Street, Suite 300
3rd Floor, Latham House    Oakland, CA 94607 U.S.A.
16 Minories    Tel: +1.510.452.1186
London EC3N 1AX U.K.    Fax: +1.510.452.1267
Tel: +44.20.7709.1390
Fax: +44.20.7709.1390
Claims Fax: +44.20.7709.1350

SHIPOWNERS CLAIMS BUREAU (HELLAS) INC.
51 Akti Miaouli – 4th Floor
Piraeus 185 36 Greece
Opening Date: April 1, 2005
Details to be provided.

## CLASS I

### RULE 1   INTRODUCTORY: INTERPRETATION: MEMBERSHIP: GENERAL PROVISIONS

– vary the terms and conditions of entry including, but not limited to, the terms of any or all insured vessels' premium rating.

PROVIDED ALWAYS that the Directors shall have power in their absolute discretion to admit in whole or in part any claim which may be excluded by reason of the foregoing. The exercise of their discretion by the Directors shall be final and conclusive for all purposes.

PROVIDED FURTHER that nothing in this Section 4, Sub-Section 42, or any action taken by the Association hereunder shall relieve the Member of his obligations with regard to those requirements in regard to classification and statutory regulation of the insured vessel as set out in Rule 1, Section 4, Sub-Section 14 of these Rules, or in regard to the maintenance and/or condition of the ship generally.

### Disputes

43   If any difference or dispute shall arise between a Member and the Association concerning the construction of these Rules, or the insurance afforded by the Association under these Rules, or any amount due from the Association to the Member, such difference or dispute shall in the first instance be referred to and adjudicated by the Directors. No Member shall be entitled to maintain any action, suit or other legal proceedings against the Association upon any such difference or dispute unless and until the same has been submitted to the Directors and they shall have given their decision thereto, or shall have been in default for three months in so doing. Any such suit against the Association shall be brought in the United States District Court for the Southern District of New York. In no event shall suit on any claim be maintainable against the Association unless commenced within two years after the loss, damage or expense resulting from liabilities, risks, events, occurrences and expenditures specified under this Rule shall have been paid by the Member.

44   Provided always that, and without prejudice to the foregoing or the terms of Rule 1.4.46 below, the Association shall be entitled to commence and maintain in any jurisdiction whatsoever any action to recover any amounts which the Association may consider to be due to it from the Member.

## CLASS I

### RULE 1   INTRODUCTORY: INTERPRETATION: MEMBERSHIP: GENERAL PROVISIONS

### Applicable Law

45   These Rules and any contract of insurance between the Association and a Member shall be governed by and construed in accordance with the law of the State of New York. This provision is not, in any way, to be construed as a waiver of any rights, claims or defenses available to the Association under any other Rule set forth herein, including, but not limited to, Rule 1.4.46.

### Maritime Lien

46   The Association shall have a lien on the insured vessel for all premium and all other sums of whatsoever nature due to it under these Rules or any applicable contract of insurance or otherwise. Such lien shall extend to other insured vessels which are part of a fleet as defined in Rule 1.2 and shall be in addition to, and in no way may be construed as a waiver of, or amendment to, any other contractual or maritime lien which the Association may either expressly or impliedly possess in regard to the said insured vessel or vessels. Such lien shall apply notwithstanding that the cover of the Member in respect of any vessel insured by him with the Association may have ceased or been terminated.

The Federal Maritime Lien Act, as codified at Sections 31341, *et seq*, of Title 46 of the United States Code, shall govern this Rule concerning the creation and enforcement of maritime liens.

Nothing herein shall prejudice or otherwise affect the right of the Association to take action and/or commence proceedings in any jurisdiction to enforce its right of lien on vessels or to otherwise obtain security by seizure, attachment or arrest of assets or to otherwise recover any amounts owed to the Association.

### Delegation

47   Whenever any power, duty or discretion is conferred or imposed upon the Managers by virtue of these Rules, such power, duty or discretion may, subject to any terms, conditions or restrictions contained in these Rules, be exercised by any one or more of the