# Exhibit H

**SEC Info**   Home   Search   My Interests   Help   Sign In   *Please Sign In*

# New York Stock Exchange Inc · 25-NSE · Lafarge North America Inc ·
## On 6/13/06 · EX-99.25

Filed On 6/13/06 5:20pm ET   ·   SEC File 1-08584   ·   Accession Number 876661-6-388

Find [          ] in [this entire Filing.]   Show [Docs searched] and [every "hit".]
Help... *Wildcards:* ? (any letter), * (many). *Logic:* for Docs: & (and), | (or); for Text: | (anywhere), "(&)" (near).

| As Of | Filer | Filing | As/For/On | Docs:Pgs | Issuer |
|---|---|---|---|---|---|
| 6/13/06 | New York Stock Exchange Inc | 25-NSE | 6/13/06 | 2:2 | Lafarge North America Inc |

**Notice by a National Exchange of the Removal from Listing and Registration of Matured, Redeemed or Retired Securities · Form 25**
**Filing Table of Contents**

| Document/Exhibit | Description | Pages | Size |
|---|---|---|---|
| 1: 25-NSE | Notice by a National Exchange of the Removal from Listing and Registration of Matured, Redeemed or Retired Securities | XML | 4K |
| 2: EX-99.25 | Supporting | HTML | 4K |

**EX-99.25 · Supporting**

*This is an EDGAR HTML document rendered as filed.  [ Alternative Formats ]*

**NOTIFICATION OF THE REMOVAL FROM LISTING AND REGISTRATION OF THE STATED SECURITIES**
The New York Stock Exchange hereby notifies the SEC of its intention to remove the entire class of the stated securities from listing and registration on the Exchange at the opening of business on June 23, 2006, pursuant to the provisions of Rule 12d2-2 (a). [ X ] 17CFR240.12d2-2(a)(3) That on May 17, 2006 the instruments representing the securities comprising the entire class of this security came to evidence, by operation of law or otherwise, other securities in substitution therefor and represent no other right except, if such be the fact, the right to receive an immediate cash payment. Pursuant to the offer to purchase and merger agreement between Lafarge North America Inc. and Efalar Inc., a wholly-owned subsidiary of Lafarge S.A. which became effective May 16, 2006, each outstanding share of Common Stock of Lafarge North America Inc. not previously tendered was converted into $85.50 in cash per share. The Exchange also notifies the Securities and Exchange Commission that as a result of the above indicated conditions this security was suspended from trading on May 17, 2006.

## Dates Referenced Herein *and* Documents Incorporated By Reference

| This 25-NSE Filing | Date | Other Filings |
|---|---|---|
| | 5/16/06 | 25-NSE, 4, 15-12G, SC 13E3/A |
| | 5/17/06 | 4 |
| Filed On / Filed As Of / Effective As Of | 6/13/06 | 25-NSE |
| | 6/23/06 | |

Top                                                List All Filings

Filing Submission   -   Alternative Formats (Word / Rich Text, HTML, Plain Text, SGML, XML, et al.)

Copyright © 2008 *Fran Finnegan & Company*  All Rights Reserved.
www.secinfo.com - Sat, 12 Jul 2008 18:23:54.0 GMT - *Privacy* - *Help*

SEC Info - New York Stock Exchange Inc - 25-NSE - Lafarge North...    http://www.secinfo.com/dQX3q.vcb.htm

Address: **12950 WORLDGATE DRIVE**
**SUITE 500**
**HERNDON VIRGINIA 20170**

Telephone number: **703-480-3600**

(Address, including zip code, and telephone number, including area code, of Issuer's principal executive offices)

**Common Stock**

(Description of class of securities)

Please place an X in the box to designate the rule provision relied upon to strike the class of securities from listing and registration:

☐ 17 CFR 240.12d2-2(a)(1)

☐ 17 CFR 240.12d2-2(a)(2)

☒ 17 CFR 240.12d2-2(a)(3)

☐ 17 CFR 240.12d2-2(a)(4)

☐ Pursuant to 17 CFR 240.12d2-2(b), the Exchange has complied with its rules to strike the class of securities from listing and/or withdraw registration on the Exchange. [1]

☐ Pursuant to 17 CFR 240.12d2-2(c), the Issuer has complied with its rules of the Exchange and the requirements of 17 CFR 240.12d-2(c) governing the voluntary withdrawal of the class of securities from listing and registration on the Exchange.

Pursuant to the requirements fo the Securities Exchange Act of 1934, **NEW YORK STOCK EXCHANGE INC** certifies that it has reasonable grounds to believe that it meets all of the requirements for filing the Form 25 and has caused this notification to be signed on its behalf by the undersigned duly authorized person.

| 6/13/06 | By | Paras Madho | | Director |
|---|---|---|---|---|
| Date | | Name | | Title |

[1]   Form 25 and attached Notice will be considered compliance with the provisions of 17 CFR 240.19d-1 as applicable. See General Instructions.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

Filing Submission   -   Alternative Formats (Word / Rich Text, HTML, Plain Text, SGML, XML, et al.)

Copyright © 2008 **Fran Finnegan & Company** All Rights Reserved.
www.secinfo.com - Sat, 12 Jul 2008 18:22:53.33 GMT - Privacy - Help

**SEC Info**   Home   Search   My Interests   Help   Sign In   *Please Sign In*

# New York Stock Exchange Inc · 25-NSE · Lafarge North America Inc ·
## On 6/13/06

Filed On **6/13/06** 5:20pm ET · SEC File **1-08584** · Accession Number 876661-6-388

Find [      ] in [this entire Filing.]   Show [Docs searched] and [every "hit".]
Help... *Wildcards:* ? (any letter), * (many). *Logic:* for Docs: & (and), | (or); for Text: | (anywhere), "(&)" (near).

| As Of | Filer | Filing | As/For/On | Docs:Pgs | Issuer |
|---|---|---|---|---|---|
| 6/13/06 | New York Stock Exchange Inc | 25-NSE | 6/13/06 | 2:2 | Lafarge North America I |

Notice by a National Exchange of the Removal from Listing and Registration of Matured, Redeemed or Retired Securities · Form 25
**Filing Table of Contents**

| Document/Exhibit | Description | Pages | Size |
|---|---|---|---|
| 1: 25-NSE | Notice by a National Exchange of the Removal from Listing and Registration of Matured, Redeemed or Retired Securities | XML | 4K |
| 2: EX-99.25 | Supporting | HTML | 4K |

**25-NSE** · Notice by a National Exchange of the Removal from Listing and Registration of Matured, Redeemed or Retired Securities

*This is an EDGAR XML document rendered as filed.*

UNITED STATES

SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

**FORM 25**

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0080 |
| Expires: | February 28, 2009 |
| Estimated average burden hours per response | 1.7 |

NOTIFICATION OF REMOVAL FROM LISTING AND/OR REGISTRATION
UNDER SECTION 12(b) OF THE SECURITIES EXCHANGE ACT OF 1934.

Commission File Number **001-08584**

Issuer: **LAFARGE NORTH AMERICA INC**
Exchange: NEW YORK STOCK EXCHANGE INC

(Exact name of Issuer as specified in its charter, and name of Exchange where security is listed and/or registered)

SEC Info — Home — Search — My Interests — Help — Sign In — Please Sign In

# New York Stock Exchange Inc · 25-NSE · Lafarge North America Inc · On 6/13/06

Filed On **6/13/06** 5:20pm ET · SEC File **1-08584** · Accession Number 876661-6-388

| As Of | Filer | Filing | As/For/On | Docs:Pgs | Issuer |
|---|---|---|---|---|---|
| 6/13/06 | New York Stock Exchange Inc | 25-NSE | 6/13/06 | 2:2 | Lafarge North America Inc |

**Notice by a National Exchange of the Removal from Listing and Registration of Matured, Redeemed or Retired Securities · Form 25**

## Filing Table of Contents

| Document/Exhibit | Description | Pages | Size |
|---|---|---|---|
| 1: 25-NSE | Notice by a National Exchange of the Removal from Listing and Registration of Matured, Redeemed or Retired Securities | XML | 4K |
| 2: EX-99.25 | Supporting | HTML | 4K |

## Filing Submission

*Submitted by:* New York Stock Exchange Inc (as Filing Agent)

```
<SUBMISSION>
<ACCEPTANCE-DATETIME>             20060613172023
<ACCESSION-NUMBER>                0000876661-06-000388
<TYPE>                            25-NSE
<PUBLIC-DOCUMENT-COUNT>           2
<FILING-DATE>                     20060613
<DATE-OF-FILING-DATE-CHANGE>      20060613
<EFFECTIVENESS-DATE>              20060613
<SUBJECT-COMPANY>
<COMPANY-DATA>
<CONFORMED-NAME>                  LAFARGE NORTH AMERICA INC
<CIK>                             0000716783
<ASSIGNED-SIC>                    3241
<IRS-NUMBER>                      581290226
<STATE-OF-INCORPORATION>          MD
<FISCAL-YEAR-END>                 1231
</COMPANY-DATA>
<FILING-VALUES>
<FORM-TYPE>                       25-NSE
<ACT>                             34
<FILE-NUMBER>                     001-08584
<FILM-NUMBER>                     06902962
</FILING-VALUES>
<BUSINESS-ADDRESS>
<STREET1>                         12950 WORLDGATE DR. SUITE 500
<CITY>                            HERNDON
<STATE>                           VA
<ZIP>                             20170
<PHONE>                           7034803600
</BUSINESS-ADDRESS>
<MAIL-ADDRESS>
<STREET1>                         12950 WORLDGATE DR. SUITE 500
```

```
            <CITY>                         HERNDON
            <STATE>                        VA
            <ZIP>                          20170
          </MAIL-ADDRESS>
        </SUBJECT-COMPANY>

        <FILED-BY>
          <COMPANY-DATA>
            <CONFORMED-NAME>               NEW YORK STOCK EXCHANGE INC
            <CIK>                          0000876661
            <IRS-NUMBER>                   000000000
            <STATE-OF-INCORPORATION>       NY
          </COMPANY-DATA>
          <FILING-VALUES>
            <FORM-TYPE>                    25-NSE
          </FILING-VALUES>
          <BUSINESS-ADDRESS>
            <STREET1>                      11 WALL STREET
            <CITY>                         NEW YORK
            <STATE>                        NY
            <ZIP>                          10005
            <PHONE>                        212-656-2060
          </BUSINESS-ADDRESS>
          <MAIL-ADDRESS>
            <STREET1>                      11 WALL STREET
            <CITY>                         NEW YORK
            <STATE>                        NY
            <ZIP>                          10005
          </MAIL-ADDRESS>
        </FILED-BY>

        <DOCUMENT>
          <TYPE>                           25-NSE
          <SEQUENCE>                       1
          <FILENAME>                       primary_doc.xml
          <DESCRIPTION>                    PRIMARY DOCUMENT
          <TEXT>

                37 lines  -  926 bytes

          </TEXT>
        </DOCUMENT>

        <DOCUMENT>
          <TYPE>                           EX-99.25
          <SEQUENCE>                       2
          <FILENAME>                       laf.htm
          <DESCRIPTION>                    SUPPORTING
          <TEXT>

                9 lines  -  1,183 bytes

          </TEXT>
        </DOCUMENT>
      </SUBMISSION>
```

Filing Submission  -  Alternative Formats (Word / Rich Text, HTML, Plain Text, SGML, XML, et al.)

Copyright © 2008 Fran Finnegan & Company  All Rights Reserved.
www.secinfo.com - Sat, 12 Jul 2008 18:20:16.1 GMT - Privacy - Help