# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| | * |
| IN RE:  KATRINA CANAL BREACHES | * |
| CONSOLIDATED LITIGATION | * |
| | * |
| | * |
| PERTAINS TO:  BARGE | * |
| | * |
| | * |
| *Boutte v. Lafarge*      **05-5531** | * |
| *Mumford v. Ingram*    **05-5724** | * |
| *Lagarde v. Lafarge*    **06-5342** | * |
| *Perry v. Ingram*       **06-6299** | * |
| *Benoit v. Lafarge*     **06-7516** | * |
| *Parfait Family v. USA*  **07-3500** | * |
| *Lafarge v. USA*_____**07-5178**_____ | * |
| | * |

**CIVIL ACTION**

**NO. 05-4182**
**and consolidated cases**

**SECTION "K"  (2)**

**JUDGE**
**STANWOOD R. DUVAL, JR.**

**MAG.**
**JOSEPH C. WILKINSON, JR.**

## NOTICE OF EXCLUSION AND MANUAL ATTACHMENT OF EXHIBIT

You are hereby notified that due to size, Exhibit E to the Bage Plaintiffs' Memorandum in Support of Adjudicating the Coverage Issue Vis-à-vis the American Steamship Owners Mutual Protection and Indemnity Association, Inc. and Lafarge North America, Inc. and Incorporated Exhibits has been provided to the Court and parties via electronic mail, and to the Clerk of Court for filing of record via United States First Class Mail, this 14th day of July, 2008.

Respectfully submitted,

/s/ Brian A. Gilbert,
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
        Telephone: (504) 885-7700
        Telephone: (504) 581-6180
        Facsimile: (504) 581-4336
        e-mail: bgilbert@briangilbertlaw.com

/s/ Lawrence D. Wiedemann,

Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
      Telephone: (504) 581-6180
      Facsimile: (504) 581-4336
      e-mail: lawrence@wiedemannlaw.com, ____
      karl@wiedemannlaw.com, karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
      Telephone: 504-834-0646
      e-mail: pistols42@aol.com

/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Adele Rapport
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
      Voice: 202-862-4320
      Cell:   202-549-1454
      Facsimile:  800-805-1065 and 202-828-4130
      e-mail: rick@rickseymourlaw.net,
            adele@rickseymourlaw.net

/s/ Lawrence A. Wilson
Lawrence A. Wilson (N.Y.S.B.A. 2487908)
David W. Drucker (N.Y.S.B.A. #1981562)
Wilson, Grochow, Druker & Nolet
Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279-0003
      Telephone: (212) 608-4400
      Facsimile: (212) 227-5159
      e-mail: lwilson@wgdnlaw1.com, ____
ddruker@wgdnlaw1.com

/s/ Alan L. Fuchsberg
Alan L. Fuchsberg, Esq.(N.Y.S.B.A. #1755966)

Leslie Kelmachter, Esq.(N.Y.S.B.A. #1795723)
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
45th Floor
New York, NY 10110-0002
    Telephone: 212-869-3500 ext. 235
    Facsimile:  212-398-1532
    e-mail: a.fuchsberg@fuchsberg.com,
    l.kelmachter@fuchsberg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 14th day of July, 2008.


\s\Brian A. Gilbert