UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*        05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*         06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*      06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAG. |
| *Lafarge v. USA*         07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

**NOTICE OF EXCLUSION AND MANUAL ATTACHMENT OF EXHIBIT**

You are hereby notified that due to size, Exhibit E to the Bage Plaintiffs' Memorandum in Support of Adjudicating the Coverage Issue Vis-à-vis the American Steamship Owners Mutual Protection and Indemnity Association, Inc. and Lafarge North America, Inc. and Incorporated Exhibits has been provided to the Court and parties via electronic mail, and to the Clerk of Court for filing of record via United States First Class Mail, this 14th day of July, 2008.

Respectfully submitted,

/s/ Brian A. Gilbert,
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
　　　　Telephone: (504) 885-7700
　　　　Telephone: (504) 581-6180
　　　　Facsimile: (504) 581-4336
　　　　e-mail: bgilbert@briangilbertlaw.com

/s/ Lawrence D. Wiedemann,

       Lawrence D. Wiedemann.(13457)
       Karl Wiedemann (18502)
       Karen Wiedemann (21151)
       WIEDEMANN & WIEDEMANN
       821 Baronne Street
       New Orleans, Louisiana 70113
           Telephone: (504) 581-6180
           Facsimile: (504) 581-4336
           e-mail: lawrence@wiedemannlaw.com,
           karl@wiedemannlaw.com, karen@wiedemannlaw.com,

       /s/ Patrick J. Sanders
       Patrick J. Sanders (18741)
       3316 Ridgelake Drive
       Suite 100
       Metairie, LA 70002
           Telephone: 504-834-0646
           e-mail: pistols42@aol.com

       /s/ Richard T. Seymour
       Richard T. Seymour (D.C. Bar #28100)
       Adele Rapport
       Law Office of Richard T. Seymour, P.L.L.C.
       1150 Connecticut Avenue N.W., Suite 900
       Washington, D.C.  20036-4129
           Voice: 202-862-4320
           Cell:   202-549-1454
           Facsimile:  800-805-1065 and 202-828-4130
           e-mail: rick@rickseymourlaw.net,
              adele@rickseymourlaw.net

       /s/ Lawrence A. Wilson
       Lawrence A. Wilson (N.Y.S.B.A. 2487908)
       David W. Drucker (N.Y.S.B.A. #1981562)
       Wilson, Grochow, Druker & Nolet
       Woolworth Building
       233 Broadway, 5th Floor
       New York, NY 10279-0003
           Telephone: (212) 608-4400
           Facsimile: (212) 227-5159
           e-mail: lwilson@wgdnlaw1.com,
ddruker@wgdnlaw1.com

       /s/ Alan L. Fuchsberg
       Alan L. Fuchsberg, Esq.(N.Y.S.B.A. #1755966)

>Leslie Kelmachter, Esq.(N.Y.S.B.A. #1795723)
>The Jacob D. Fuchsberg Law Firm
>500 Fifth Avenue
>45th Floor
>New York, NY 10110-0002
>>Telephone: 212-869-3500 ext. 235
>>Facsimile:  212-398-1532
>>e-mail: a.fuchsberg@fuchsberg.com,
>>l.kelmachter@fuchsberg.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 14th day of July, 2008.

\s\Brian A. Gilbert