UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES  CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION  NO: 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Tardo, 08-1164 | * * * | JUDGE DUVAL  MAG. WILKINSON |

*************************************************************************

**MOTION FOR ENTRY OF JUDGMENT PURSUANT  
TO THE COURT'S POST-SHER CASE MANAGEMENT ORDER**

**NOW INTO COURT**, through undersigned counsel comes Defendant, State Farm Fire and Casualty Company ("State Farm"), and moves the Court for entry of final judgment in favor of State Farm pursuant to this Court's Post-Sher Case Management Order dismissing with prejudice all claims asserted by plaintiffs against any insurer defendant alleging failure of the defendant to provide flood damage coverage under an insurance policy that excludes such coverage. As will be explained in the accompanying memorandum in support, Plaintiffs exclusively assert claims for insurance proceeds for property damage sustained as a result of canal and levee overtopping, storm surge, and/or levee failures caused by Hurricane Katrina and fail to state any claims whatsoever for covered losses. Accordingly, entry of final judgment in favor of State Farm is appropriate.

{N0110243}

**WHEREFORE**, State Farm respectfully requests the Court enter a final judgment dismissing Plaintiffs' lawsuit in its entirety, with prejudice.

Respectfully submitted,

**/s/ David A. Strauss**
DAVID A. STRAUSS (**T.A.**) #24665
CHRISTIAN A. GARBETT, SR. #26293
SARAH SHANNAHAN MONSOUR # 30957
KING, KREBS & JURGENS, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile:  (504) 582-1233
dstrauss@kingkrebs.com
cgarbett@kingkrebs.com
smonsour@kingkrebs.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all parties.

**/s/ David A. Strauss**

{N0110243}