## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES       CONSOLIDATED LITIGATION | *<br>*<br>*<br>* | CIVIL ACTION<br><br>NO: 05-4182 "K"(2) |
| **PERTAINS TO: INSURANCE,**<br>           Tardo, 08-1165 | *<br>* | JUDGE DUVAL<br>MAG. WILKINSON |

*************************************************************************

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that counsel for defendant, State Farm Fire and Casualty Company, will bring on for hearing the attached Motion for Entry of Judgment Pursuant to the Court's Post-Sher Case Management Order before Judge Stanwood R. Duval, Jr., United States Courthouse, 500 Camp Street, New Orleans, Louisiana 70130, on August 6, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard.

Respectfully submitted,

/s/ David A. Strauss
DAVID A. STRAUSS **(T.A.)** #24665
SARAH SHANNAHAN MONSOUR # 30957
KING, KREBS & JURGENS, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile:  (504) 582-1233
dstrauss@kingkrebs.com;
smonsour@kingkrebs.com;
*Attorneys for State Farm Fire and Casualty Company*

{N0110182}                                              1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 14, 2008 I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

                                                  /s/ David A. Strauss
                                                  **DAVID A. STRAUSS**

{N0110182}