UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>* | CIVIL ACTION<br><br>NO: 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Hammer, 06-9152 | *<br>*<br>* | <br>JUDGE DUVAL<br>MAG. WILKINSON |

****************************************************************************

### MOTION FOR ENTRY OF JUDGMENT PURSUANT TO THE COURT'S POST-SHER CASE MANAGEMENT ORDER

**NOW INTO COURT**, through undersigned counsel comes Defendant, State Farm Fire and Casualty Company ("State Farm"), and moves the Court for entry of final judgment in favor of State Farm pursuant to this Court's Post-Sher Case Management Order dismissing with prejudice all claims asserted by plaintiffs against any insurer defendant alleging failure of the defendant to provide flood damage coverage under an insurance policy that excludes such coverage. As will be explained in the accompanying memorandum in support, Plaintiff Jason Hammer exclusively asserts claims for insurance proceeds for property damage sustained as a result of canal and levee overtopping, storm surge, and/or levee failures caused by Hurricane Katrina and fails to state any claims whatsoever for covered losses. Accordingly, entry of final judgment in favor of State Farm is appropriate.

- 2 -

**WHEREFORE**, State Farm respectfully requests the Court enter a final judgment dismissing plaintiffs' lawsuit in its entirety, with prejudice.

Respectfully submitted,

*/s/ Wayne J. Lee*
Wayne J. Lee, Bar No. 7916
Stephen G. Bullock, Bar No. 3648
Lesli D. Harris, Bar No. 28070
STONE PIGMAN WALTHER
  WITTMANN LLC
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200

Attorneys for Defendant
  State Farm Fire and Casualty Company

### C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing Motion for Entry of Judgment Pursuant to the Court's Post-Sher Case Management Order has been served upon all counsel of record by electronic service through the Court's CM/ECF system this 14th day of July, 2008.

*/s/ Wayne J. Lee*

-935733v.1