UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>　　　　CONSOLIDATED LITIGATION | *<br>*<br>*<br>* | CIVIL ACTION<br><br>NO: 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Hammer, 06-9152 | *<br>*<br>* | <br>JUDGE DUVAL<br>MAG. WILKINSON |

*************************************************************************

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendant State Farm Fire and Casualty Company will bring for hearing its Motion for Entry of Judgment Pursuant to the Court's Post-Sher Case Management Order on August 6, 2008 at 9:30 a.m., before the Honorable Stanwood

1

935742v.1

R. Duval, Jr., United States District Judge, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

          Respectfully submitted,

          */s/ Wayne J. Lee*
          Wayne J. Lee, 7916
          Stephen G. Bullock, 3648
          Lesli D. Harris, 28070
             Of
          STONE PIGMAN WALTHER
           WITTMANN LLC
          546 Carondelet Street
          New Orleans, Louisiana   70130
          Telephone:  (504) 581-3200
          Facsimile:  (504) 581-3361

          Attorneys for State Farm Fire and Casualty Company

## C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing Notice of Hearing has been served upon all counsel of record by electronic service through the Court's CM/ECF system this 14th day of July, 2008.

          */s/ Wayne J. Lee*

935742v.1