UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO: 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, <u>K. Jones, 06-9151</u> | * * * * | JUDGE DUVAL MAG. WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR ENTRY OF JUDGMENT PURSUANT
TO THE COURT'S POST-SHER CASE MANAGEMENT ORDER**

**NOW INTO COURT**, through undersigned counsel comes Defendant, State Farm Fire and Casualty Company ("State Farm"), and moves the Court for entry of final judgment in favor of State Farm pursuant to this Court's Post-Sher Case Management Order dismissing with prejudice all claims asserted by plaintiffs against any insurer defendant alleging failure of the defendant to provide flood damage coverage under an insurance policy that excludes such coverage.  As will be explained in the accompanying memorandum in support, Plaintiffs Kenneth Jones and Lorie James-Jones assert claims for insurance proceeds for property damage sustained as a result of canal and levee overtopping, storm surge, and/or levee failures caused by Hurricane Katrina, none of which constitute covered losses under their homeowners policy. Accordingly, entry of final judgment in favor of State Farm on these claims is appropriate.

{N0109339}

**WHEREFORE**, State Farm respectfully requests the Court enter a final judgment dismissing plaintiffs' claims seeking coverage for flood damage under their homeowners policy, with prejudice.

                                                  */s/ Wayne J. Lee*
                                        Wayne J. Lee, Bar No. 7916
Mary L. Dumestre, Bar No. 18873
Andrea L. Fannin, Bar No. 26280
Lesli D. Harris, Bar No. 28070
STONE PIGMAN WALTHER
  WITTMANN LLC
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200

Attorneys for Defendant
  State Farm Fire and Casualty Company

2

935744v.1

## **CERTIFICATE**

I hereby certify that a copy of the above and foregoing Motion for Entry of Judgment Pursuant to the Court's Post-Sher Case Management Order has been served upon all counsel of record by electronic service through the Court's CM/ECF system this 14th day of July, 2008.

                                                                                      */s/ Wayne J. Lee*