1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO: 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, K. Jones, 06-9151 | * * | JUDGE DUVAL<br>MAG. WILKINSON |

**************************************************************************

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendant State Farm Fire and Casualty Company will bring for hearing its Motion for Entry of Judgment Pursuant to the Court's Post-Sher Case Management Order on August 6, 2008 at 9:30 a.m., before the Honorable Stanwood

1

935743v.1

R. Duval, Jr., United States District Judge, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

July 14, 2008

                                                */s/ Wayne J. Lee*

                                        Wayne J. Lee, Bar No. 7916
                                        Mary L. Dumestre, Bar No. 18873
                                        Andrea L. Fannin, Bar No. 26280
                                        Lesli D. Harris, Bar No. 28070
                                        STONE PIGMAN WALTHER
                                         WITTMANN LLC
                                        546 Carondelet Street
                                        New Orleans, Louisiana 70130
                                        Telephone: (504) 581-3200

                                        Attorneys for Defendant
                                         State Farm Fire and Casualty Company

## **CERTIFICATE**

I hereby certify that a copy of the above and foregoing Notice of Hearing on Motion for Entry of Judgment Pursuant to the Court's Post-Sher Case Management Order has been served upon all counsel of record by electronic service through the Court's CM/ECF system this 14th day of July, 2008.

                                          */s/ Wayne J. Lee*