UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO: 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, PALUMBO 06-7922 | * * * | JUDGE DUVAL MAG. WILKINSON |

*************************************************************************

**MOTION FOR ENTRY OF JUDGMENT PURSUANT
TO THE COURT'S POST-SHER CASE MANAGEMENT ORDER**

**NOW INTO COURT**, through undersigned counsel comes Defendant, State Farm Fire and Casualty Company ("State Farm"), and moves the Court for entry of final judgment in favor of State Farm pursuant to this Court's Post-Sher Case Management Order dismissing with prejudice all claims asserted by plaintiffs against any insurer defendant alleging failure of the defendant to provide flood damage coverage under an insurance policy that excludes such coverage. As will be explained in the accompanying memorandum in support, Plaintiffs exclusively assert claims for insurance proceeds for property damage sustained as a result of canal and levee overtopping, storm surge, and/or levee failures caused by Hurricane Katrina and fails to state any claims whatsoever for covered losses. Accordingly, entry of final judgment in favor of State Farm is appropriate.

{N0109339}

1

**WHEREFORE**, State Farm respectfully requests the Court enter a final judgment dismissing plaintiffs' lawsuit in its entirety, with prejudice.

Respectfully Submitted,

/s/ Tricia E. Bollinger

ALAN A. ZAUNBRECHER  (#13783)
RANDELL E. TREADAWAY (#1624)
TRICIA E. BOLLINGER (# 26204)
ZAUNBRECHER TREADAWAY, LLC
Suite 1045 – Lakeway II
3850 North Causeway Boulevard
Metairie, Louisiana  70002
(504) 833-7300
alan@ztlalaw.com
randy@ztlalaw.com
tricia@ztlalaw.com

*Counsel for Defendant,*
*State Farm Fire and Casualty Company*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 14th day of July, 2008, undersigned counsel electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/ Tricia E. Bollinger

**TRICIA BOLLINGER**