UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO: 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, PALUMBO 06-7922 | * * * | JUDGE DUVAL<br>MAG. WILKINSON |

*****************************************************************************

# ORDER

Considering the foregoing Motion for Entry of Judgment:

**IT IS ORDERED**, that the Motion be granted.

**NEW ORLEANS**, Louisiana this ___ day of _____, 2008.

_____
**UNITIED STATES DISTRICT JUDGE**

{N0109339}                                       1