UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO: 05-4182 "K"(2) |
| | * | |
| PERTAINS TO: INSURANCE, MURDOCK 07-4784 | * | |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |

**************************************************************************

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Motion for Entry of Judgment filed by Defendant, State Farm Fire and Casualty Company, will be heard before the ***Honorable Stanwood R. Duval, Jr.*.* on ***August 6, 2008***, ***at 9:30 a.m.,*** or as soon thereafter as counsel may be heard.

        Respectfully Submitted,

        **/s/ Tricia E. Bollinger**
        _____
        **ALAN A. ZAUNBRECHER   (#13783)**
        **RANDELL E. TREADAWAY (#1624)**
        **TRICIA E. BOLLINGER (# 26204)**
        **ZAUNBRECHER TREADAWAY, LLC**
        **Suite 1045 – Lakeway II**
        **3850 North Causeway Boulevard**
        **Metairie, Louisiana  70002**
        **(504) 833-7300**
        **alan@ztlalaw.com**
        **randy@ztlalaw.com**
        **tricia@ztlalaw.com**
        ***Counsel for Defendant,***
        ***State Farm Fire and Casualty Company***

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 14th day of July, 2008, undersigned counsel electronically filed the foregoing with the Clerk of Court by using CM/ECF system.

/s/ Tricia E. Bollinger

**TRICIA BOLLINGER**