UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>* | CIVIL ACTION<br><br>NO: 05-4182 "K"(2) |
| | * | |
| PERTAINS TO: INSURANCE, MURDOCK 07-4784 | *<br>*<br>* | <br>JUDGE DUVAL<br>MAG. WILKINSON |

**************************************************************************

## ORDER

Considering the foregoing Motion for Entry of Judgment:

**IT IS ORDERED**, that the Motion be granted.


**NEW ORLEANS**, Louisiana this ___ day of _____, 2008.


　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**UNITIED STATES DISTRICT JUDGE**

{N0109339}　　　　　　　　　　　1