UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| _____ | * | |
| | * | |
| PERTAINS TO: | * | |
| INSURANCE        07-5606 | * | |
|    (Law Street Missionary Baptist Church) | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR ENTRY OF FINAL JUDGMENT

Defendant, The Travelers Indemnity Company of Connecticut, through undersigned counsel, hereby moves pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure and the Order of the Court entered June 13, 2008, Docket No. 13521, for entry of final judgment in accordance with said order, dismissing all flood claims with prejudice.  Such entry of final judgment is appropriate pursuant to Rule 54, 28 U.S.C. §1291 and/or other law because no other claims remain in the above-referenced matter.

WHEREFORE The Travelers Indemnity Company of Connecticut respectfully requests that its motion be GRANTED, that final judgment from the Court's ruling on June 13, 2008, be entered, and for all other relief deemed just and proper.

Respectfully submitted,

/s/ Karen M. Dicke
**KAREN M. DICKE (#24781)**
**MARGARET F. SWETMAN (#29195)**
Leake & Andersson, L.L.P.
1100 Poydras Street, Suite 1700
New Orleans, LA 70163-1701
Tel. (504) 585-7500
Fax (504) 585-7775
Email: kdicke@leakeandersson.com
         mswetman@leakeandersson.com

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record on July 14, 2008, by ECF filing, by hand delivery, by telephonic facsimile transmission, or by depositing a copy of same in the United States Mail, first class postage prepaid, at their last known addresses of record.

/s/ Karen M. Dicke