UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br>*K. JONES,* C.A. NO. 06-9151 | *  <br>*  CIVIL ACTION<br>*  <br>*  NO. 05-4182<br>*  <br>*  SECTION "K" (2)<br>*  |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANTS' MOTION TO SUBSTITUTE COUNSEL

**NOW INTO COURT**, through undersigned counsel, come Defendant State Farm Fire and Casualty Company ("Defendant"), who respectfully request that Alan A. Zaunbrecher, Randall Treadaway and Patricia Bollinger of Zaunbrecher Treadaway, LLC be substituted as counsel of record for Defendants and that Wayne J. Lee, Mary L. Dumestre, Andrea L. Fannin, and Samantha P. Griffin of the law firm of Stone Pigman Walther Wittmann L.L.C., be withdrawn as counsel of record for Defendants in the above-numbered and entitled action.

929511v.1

- 2 -

Defendants request that all notices be sent to the attention of Alan Zaunbrecher and that he be designated as the trial attorney for this matter.

**WHEREFORE,** Defendants State Farm Fire and Casualty Company and Rodney Cosse pray that Alan A. Zaunbrecher, Randall Treadaway and Patricia Bollinger of Zaunbrecher Treadaway, LLC be substituted as counsel of record for them in place of Wayne J. Lee, Mary L. Dumestre, Andrea L. Fannin, and Samantha P. Griffin of the law firm of Stone Pigman Walther Wittmann L.L.C.

Respectfully submitted,

| /s/ Alan A. Zaunbrecher | /s/ Wayne J. Lee |
|---|---|
| Alan A. Zaunbrecher, #13783<br>Randall Treadaway, #1624<br>Patricia Bollinger, #26204<br>ZAUNBRECHER TREADAWAY, LLC<br>3850 N. Causeway Boulevard<br>Lakeway II - Suite 1045<br>Metairie, Louisiana  70002<br>Telephone:  (504) 833-7300<br>alan@ztlalaw.com<br>randy@ztlalaw.com<br>tricia@ztlalaw.com<br><br>*Attorneys for State Farm Fire and Casualty Company* | Wayne J. Lee, #7916<br>Mary L. Dumestre, #18873<br>Andrea L. Fannin, #26280<br>Lesli D. Harris, #28070<br>     Of<br>STONE PIGMAN WALTHER WITTMANN L.L.C.<br>546 Carondelet Street<br>New Orleans, Louisiana  70130<br>Telephone:  (504) 581-3200<br>Facsimile:  (504) 581-3361<br>wlee@stonepigman.com<br>mdumestre@stonepigman.com<br>afannin@stonepigman.com<br>lharris@stonepigman.com<br><br>*Attorneys for State Farm Fire and Casualty Company* |

929511v.1

- 3 -

## CERTIFICATE

    I hereby certify that a copy of the above and foregoing Motion to Substitute Counsel has been served upon all counsel of record by electronic service through the Court's CM/ECF system and/or by placing same in the United States mail, postage prepaid and properly addressed, this 15th day of July, 2008.

*/s/ Wayne J. Lee*