UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br>*K. JONES,* C.A. NO. 06-9151 | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>*<br>* SECTION "K" (2)<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing State Farm Fire and Casualty Company's Motion to Substitute Counsel (the "Motion"),

**IT IS ORDERED** that the Motion is hereby **GRANTED** and that Alan A. Zaunbrecher, Randall Treadaway, and Patricia Bollinger of Zaunbrecher Treadaway, LLC be and are substituted as counsel of record for State Farm Fire and Casualty Company in the above-numbered and entitled action and that all notices for this action shall be sent to Mr. Alan Zaunbrecher's attention, who is designated as the trial attorney in this matter.

935820v.1

**IT IS FURTHER ORDERED** that Wayne J. Lee, Mary L. Dumestre, Andrea L. Fannin, and Samantha P. Griffin of the law firm of Stone Pigman Walther Wittmann L.L.C., be and are hereby withdrawn as counsel of record for State Farm Fire and Casualty Company in the above-numbered and entitled action.

NEW ORLEANS, LOUISIANA, this _____ day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE