UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| | * |
| | * CIVIL ACTION |
| IN RE KATRINA CANAL BREACHES | * |
| CONSOLIDATED LITIGATION | * NO. 05-4182 |
| | * |
| | * SECTION "K" (2) |
| PERTAINS TO: | * |
| *MOONEY,* C.A. NO. 06-8602 | * |
| | * |
| | * |
| | * |
| | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY'S MOTION TO
SUBSTITUTE COUNSEL**

      **NOW INTO COURT**, through undersigned counsel, comes Defendant State

Farm Fire and Casualty Company ("State Farm"), who respectfully requests that Alan A.

Zaunbrecher, Randall Treadaway and Patricia Bollinger of Zaunbrecher Treadaway, LLC be

substituted as counsel of record for State Farm and that Wayne J. Lee, Mary L. Dumestre,

Andrea L. Fannin, and Lesli D. Harris of the law firm of Stone Pigman Walther Wittmann

L.L.C., be withdrawn as counsel of record for State Farm in the above-numbered and entitled

action.  State Farm requests that all notices be sent to the attention of Alan Zaunbrecher and that

he be designated as the trial attorney for this matter.

        **WHEREFORE,** Defendant State Farm Fire and Casualty Company prays that

Alan A. Zaunbrecher, Randall Treadaway and Patricia Bollinger of Zaunbrecher Treadaway,

LLC be substituted as counsel of record for it in place of Wayne J. Lee, Mary L. Dumestre,

Andrea L. Fannin, and Lesli D. Harris of the law firm of Stone Pigman Walther Wittmann L.L.C.

        Respectfully submitted,

| | |
|---|---|
| */s/ Alan A. Zaunbrecher* | */s/ Andrea L. Fannin* |
| Alan A. Zaunbrecher, #13783 | Wayne J. Lee, #7916 |
| Randall Treadaway, #1624 | Mary L. Dumestre, #18873 |
| Patricia Bollinger, #26204 | Andrea L. Fannin, #26280 |
| ZAUNBRECHER TREADAWAY, LLC | Lesli D. Harris, #28070 |
| 3850 N. Causeway Boulevard | Of |
| Lakeway II - Suite 1045 | STONE PIGMAN WALTHER WITTMANN L.L.C. |
| Metairie, Louisiana  70002 | 546 Carondelet Street |
| Telephone:  (504) 833-7300 | New Orleans, Louisiana  70130 |
| alan@ztlalaw.com | Telephone:  (504) 581-3200 |
| randy@ztlalaw.com | Facsimile:  (504) 581-3361 |
| tricia@ztlalaw.com | wlee@stonepigman.com |
| | mdumestre@stonepigman.com |
| *Attorneys for State Farm Fire and Casualty* | afannin@stonepigman.com |
| *Company and Charles Legarde* | lharris@stonepigman.com |
| | |
| | *Attorneys for State Farm Fire and Casualty* |
| | *Company and Charles Legarde* |

## <u>CERTIFICATE</u>

I hereby certify that a copy of the above and foregoing Motion to Substitute Counsel has been served upon all counsel of record by electronic service through the Court's CM/ECF system and/or by placing same in the United States mail, postage prepaid and properly addressed, this 15th day of July, 2008.

*/s/ Andrea L. Fannin*
_____