UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2) |
| PERTAINS TO: BARGE | |

### ORDER

Considering the Motion to Appear *Pro Hac Vice*, properly formed and filed by counsel for defendant, American Steamship Owners Mutual Protection and Indemnity Association, Inc., it is hereby ordered that Ms. Jennifer S. Kozar, of Thacher Proffitt & Wood LLP, Two World Financial Center, New York, New York, 10281, be admitted to appear *pro hac vice* before this court on behalf of American Steamship Owners Mutual Protection and Indemnity Association, Inc., in the above-captioned matter, with all the rights and privileges attendant thereto, and that she be entered as counsel of record for the same.

Signed and entered in New Orleans, Louisiana, on this _____ day of _____, 2008.

_____
JUDGE