UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2) |
| PERTAINS TO: BARGE | Exhibit A of<br>Motion to Admit<br>Visiting Attorney |

### UNSWORN DECLARATION UNDER PENALTY OF PERJURY

I, Jennifer S. Kozar, of Thacher Proffitt & Wood, LLP, Two World Financial Center, New York, New York, 10281, do state under the authority of 28 U.S.C. §1746, and for the purpose of satisfying the requirements of Uniform Local Rule 83.2.6E for the United States District Court, Eastern District of Louisiana, that no disciplinary proceedings or criminal charges have been instituted against me, that I am admitted to practice before the United States District Court, Southern District of New York, and that I am in good standing therein.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed in New York, New York, on this 11 day of July, 2008.

_____
Jennifer S. Kozar

