CSDNY (11/99) Certificate of Good Standing

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, <u>J. Michael McMahon,</u> Clerk of this Court, certify that

<u>      JENNIFER  SUSAN  KOZAR      </u>, Bar #<u>     JK6562     </u>

was duly admitted to practice in this Court on

<u>   APRIL 29th, 2008   </u>, and is in good standing

as a member of the Bar of this Court.

Dated at <u>500 Pearl Street<br>New York, New York</u>   on   <u>JULY 7th, 2008</u>

<u>J. Michael McMahon</u>   by   <u>[signature]</u>
Clerk                                            Deputy Clerk

**EXHIBIT B**