# List of Exhibits

| No. | Description |
|---|---|
| 1 | List of Exhibits |
| 2 | Lafarge North America's January 22, 2008, Third Supplemental Exhibit List (Doc. # 10703) |
| 3 | List titled "Timepieces Collected," produced by Lafarge on February 22, 2008 |
| 4 | List titled "Timepieces Recovered," produced by Lafarge on March 4, 2008 |
| 5 | Lafarge North America's February 20, 2008, Fourth Supplemental Exhibit List |
| 6 | July 15, 2008, Declaration of Richard T. Seymour |
| 7 | July 8, 2008, Declaration of Brian A. Gilbert, Barge Plaintiffs' Liaison Counsel |
| 8 | Electric clock taken from second-story wall of 2619 Forstall Street |
| 9 | Orleans Parish tax record for 2619 Forstall Street |
| 10 | Acu-Rite battery-operated clock taken from first-floor wall of 1728 Deslonde Street |
| 11 | Orleans Parish tax record for 1728 Deslonde Street |
| 12 | Battery-operated clock taken from the wall of first floor at 1728 Deslondes Street |
| 13 | Gray Ingraham battery-operated clock taken from wall of first floor at 2030 Deslonde Street |
| 14 | Orleans Parish tax record for 2030 Deslonde Street |
| 15 | Decorative battery-operated clock with sunflowers and ladybugs assertedly taken from wall of second floor at 2607 Andry Street |
| 16 | Orleans Parish tax records failing to show a 2607 Andry Street address |
| 17 | "Clock 31" taken from 2408 Forstall Street |
| 18 | Orleans Parish tax record for 2408 Forstall Street |
| 19 | Watch shown as taken from first-floor kitchen wall at 5005 N. Rocheblave |
| 20 | Orleans Parish tax record for 5005 N. Rocheblave |
| 21 | Governor Blanco's Proclamation of Emergency on August 26, 2005 |

| No. | Description |
| --- | --- |
| 22 | Mayor Nagin's Emergency Proclamations and Orders |
| 23 | List of the 269 putative class members interviewed by Centanni investigators |
| 24 | Draft Transcript of the Dec. 28, 2005, Centanni Interview with Kerry Watson, Bates-numbered LNA 3565-77 |
| 25 | Excerpts from Draft Transcript of the Nov. 14, 2005, Centanni Interview with August LaFrance, Byron LaFrance, and Dorothy Ellis, Bates-numbered LNA 2269-2305 |
| 26 | Excerpts from Draft Transcript of May 30, 2006, Centanni Interview with Roderick Pyatt, Bates-numbered LNA 4021-32 |
| 27 | Excerpts from the Draft Transcript of the July 10, 2006, Centanni Interview with Andrea Adams, Bates-numbered LNA 3854-80 |
| 28 | Excerpts from the July 12, 2006, Draft Transcript of Centanni Interview with Linda Ambrose, Bates-numbered LNA 1621-1641 |
| 29 | Excerpts from the Nov. 27, 2006, Draft Transcript of Centanni Interview with Sir Anthony Brooks, Bates-numbered LNA 1835-74 |
| 30 | Excerpts from the Nov. 4, 2006, Draft Transcript of Centanni Interview with Eugene Costello, Jr., Bates-numbered LNA 1972-90 |
| 31 | Excerpts from the Dec. 14, 2005, Draft Transcript of Centanni Interview with Carl Butler |
| 32 | Excerpts from the Draft Transcript of the April 18, 2007, Centanni Interview with Nathan Blaesing, Bates-numbered LNA 3821-38 |
| 33 | The text of Rev. Stat. § 14:62.5, defining the felony offense of looting |
| 34 | The text of Rev. Stat. § 14:62.7, defining the felony offense of unauthorized entry of a dwelling during an emergency or disaster |
| 35 | The text of Rev. Stat. § 14:62, defining the felony offense of simple burglary |
| 36 | The text of Rev. Stat. § 14:63, defining the offense of criminal trespass |
| 37 | The text of Rev. Stat. § 14:67, defining the offense of theft |
| 38 | "January xx, 2008" Declaration of Mark S. Raffman Pursuant to Fed. R. Civ. P. 26(b)(5) |

- 3 -

| No. | Description |
|---|---|
| 39 | Excerpts from January 31, 2008, Lafarge Objections to Rule 45 Subpoena to Centanni Investigative Agency |
| 40 | Excerpts from Feb. 2, 2008, Lafarge Memorandum in Support of its Motion to Quash Subpoena |
| 41 | Excerpts from Lafarge's Privilege Log dated February 20, 2008 |
| 42 | *U.S. E.E.O.C. v. TIC-The Industrial Co.*, 2002 WL 31654977, 90 Fair Empl.Prac.Cas. (BNA) 737 (E.D. La. Nov. 21, 2002) (No. CIV.A. 01-1776) |