## TIMEPIECES COLLECTED

| | TIME | ADDRESS | DATE COLLECTED | MANUFACTURER |
|---|---|---|---|---|
| 1 | 5:01 | 2619 Forstall St. | 10/26/05 | Unknown |
| 2 | 5:12 | 4801 Florida Ave. | 10/26/05 | Commodore |
| 3 | 5:15 | 1901 Forstall St. | 10/21/05 | Unknown |
| 4 | 5:23 | 1728 Deslonde St. | 10/20/05 | Acu-rite |
| 5 | 5:25 | 1807 - 1809 Forstall St. | 10/21/05 | Unknown |
| 6 | 5:35 | 1728 Deslonde St. | 10/26/05 | Ingraham |
| 7 | 5:55 | 2536 Tennessee St. | 03/09/06 | Hamilton |
| 8 | 6:21 | 5100 Block of N. Tonti St. | 10/20/05 | Unknown |
| 9 | 6:22 | 2030 Deslonde St. | 10/26/05 | Ingraham |
| 10 | 6:27 | 2607 Andry St. | 11/12/05 | Unknown |
| 11 | 6:33 | 1730 Deslonde St. | 10/20/05 | Unknown |
| 12 | 6:35 | 2025 Forstall St. | 10/21/05 | Unknown |
| 13 | 6:37 | 2600 Forstall St. | 10/29/05 | Unknown |
| 14 | 6:40 | 2231 Deslonde St. | 10/29/05 | Ingraham |
| 15 | 6:49 | 2512 Choctaw | 10/26/05 | Spartus |
| 16 | 6:50 | 5007 N. Rocheblave St. | 10/29/05 | Ingraham |
| 17 | 6:53 | 1816 Forstall St. | 11/11/05 | Unknown |
| 18 | 6:59 | 1910 Egania St. | 11/12/05 | Unknown |
| 19 | 7:02 | 2601 Andry St. | 11/12/05 | MSE |
| 20 | 7:20 | 5019 N. Derbigny St. | 11/11/05 | Unknown |
| 21 | 7:22 | Intersection of Jourdan Ave (western side) and N. Roman St. (near barge grounding site) | 03/09/06 | Unknown |
| 22 | 7:27 | 1615 Reynes St. | 11/11/05 | Unknown |
| 23 | 7:30 | 1616 Reynes St. | 11/11/05 | Sunbeam |
| 24 | 7:36 | 1722 Lizardi St. | 11/11/05 | Acu-rite |
| 25 | 7:39 | 1933 Egania St. | 11/12/05 | Ingraham |
| 26 | 8:01 | 2019 Forstall St. | 11/12/05 | Ingraham |
| 27 | 8:05 | 1815 Egania St. | 11/12/05 | Unknown |
| 28 | 8:17 | 2241 Deslonde St. | 10/29/05 | Ingraham |
| 29 | 8:25 | 1721 Lizardi St. | 11/11/05 | Unknown |
| 30 | 8:49 | 2404 Reynes St. | 10/29/05 | Ingraham |
| 31 | 9:02 | 2408 Forstall St. | 10/29/05 | Ingraham |
| 32 | 9:02 | Corner of Forstall and N. Prieur Sts. | 10/21/05 | Valletta |
| 33 | 10:11 (date: "29") | 5005 N. Rocheblave St. | 10/21/05 | Unknown |
| 34 | 10:12 | 2241 Deslonde St. | 10/29/05 | Kimbell |
| 35 | 10:50 | 2216 Deslonde St. | 10/29/05 | Ingraham |
| 36 | 12:45 | 1901 Forstall St. | 10/21/05 | Unknown |