UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * <br> * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*    05-5531<br>*Mumford v. Ingram*    05-5724<br>*Lagarde v. Lafarge*    06-5342<br>*Perry v. Ingram*    06-6299<br>*Benoit v. Lafarge*    06-7516<br>*Parfait Family v. USA*    07-3500<br>*Lafarge v. USA*    07-5178 | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | JUDGE<br>STANWOOD R. DUVAL, JR.<br><br>MAG. JOSEPH C. WILKINSON, JR. |

# DECLARATION OF RICHARD SEYMOUR IN SUPPORT OF BARGE PLAINTIFFS' MOTION FOR PROTECTIVE ORDER BARRING DEFENDANT LAFARGE NORTH AMERICA AND ITS COUNSEL FROM HAVING ANY *EX PARTE* CONTACT WITH ANY MEMBER OF THE PUTATIVE CLASS THE BARGE P.S.L.C. SEEKS TO REPRESENT, WITHOUT THE CONSENT OF THE BARGE P.S.L.C. OR THE PERMISSION OF THE COURT, FOR DECLARATORY RELIEF, AND FOR OTHER APPROPRIATE RELIEF

I make the following declaration subject to the penalties for perjury under the laws of the United States:

1. On February 22, 2008, Lafarge provided Barge P.S.L.C. counsel with an opportunity to see and photograph the stolen clocks and watches, and provided a list of these clocks and watches showing the addresses near the spots where they were taken. That list is Barge Plaintiffs' Exhibit 3.

2. I photographed the timepieces, with the labels Lafarge or its agents had prepared.

3. The inspection was under an express agreement that plaintiffs could re-inspect the clocks

and watches, with experts, at some later date.

/s/_____
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
Voice: 202-862-4320
Cell:    202-549-1454
         Facsimile:  800-805-1065 and 202-828-4130
         e-mail: rick@rickseymourlaw.net,


Dated: July 15, 2008