iasWorld

**Orleans Parish Assessor's Office**

| CONTACT US | HELP

Tax Bill Information > State

**Home**  **Property Records**

Owner Name    Address    Tax Bill Number

PARID: 2619-FORSTALLST
ST ROSE BAPTIST C HURCH                              2619 FORSTALL ST         CURRENT RECORD
                                                                              1 of 1

## Owner

| | |
|---|---|
| Owner Name | ST ROSE BAPTIST C HURCH |
| Address | 2619 FORSTALL |
| City / State / Zip | NEW ORLEANS LA 70117 |

**Return to Search Results**

## Parcel

| | |
|---|---|
| Property Address | 2619 FORSTALL ST |
| Unit | |
| District | 3 |
| Assesment Area | 9W |
| Subdivision | |
| Square | 1457 |
| Lot | 5 |
| Book | 06 |
| Folio | 122 |
| Line | 005 |
| Tax Bill Number | 39W614005 |
| Instrument Number | |
| Notarial Archive Number | |
| Sale Date | |
| Sale Price | |

Printable Version

## 2008 Certified Assessment

| | |
|---|---|
| Appraised Land | 3,600 |
| Appraised Building | 17,600 |
| Appraised Total | 21,200 |
| Assessed Land | 360 |
| Assessed Building | 1,760 |
| Assessed Total | 2,120 |
| Homestead Exemption Amount | 0 |
| Assessment Frozen | NO |
| Special Tax District | |
| Exempt Code | D |
| Assessment Change | |

## Values History

| | |
|---|---|
| Tax Year | 2007 |
| Assessed Land | 360 |
| Assessed Building | 1,760 |
| Assessed Total | 2,120 |
| Homestead Exemption Amount | 0 |

## Property Description

| Line 1 | Description |
|---|---|
| 1 | SQ 1457 LOT 5 FORSTALL |
| 2 | 31X121 EXEMPT |
| 3 | C/BLOCK CHURCH |

Case 2:05-cv-04182-SRD-JCW   Document 13839-10   Filed 07/15/08   Page 2 of 2

▶ Profile

Data Copyright   IAS World [Disclaimer]  [Privacy Policy]   Last Updated: 09 Jun 2008

Site Design Copyright 1999-2005 Akanda Group LLC. All rights reserved.