iasWorld

**Orleans Parish Assessor's Office**

| CONTACT US | HELP

Tax Bill Information > State

**Home** **Property Records**

Owner Name    Address    Tax Bill Number

PARID: 1728-DESLONDEST
JONES ROSALIE                                1728 DESLONDE ST    CURRENT RECORD
                                                                 1 of 1
                                                                 **Return to Search Results**

### Owner
Owner Name              JONES ROSALIE
Address                 1724 DESLONDE ST
City / State / Zip      NEW ORLEANS LA 70117

### Parcel
Property Address        1728 DESLONDE ST                         Printable Version
Unit
District                3
Assesment Area          9W
Subdivision
Square                  807
Lot                     15
Book                    04
Folio                   087
Line                    015
Tax Bill Number         39W409423
Instrument Number
Notarial Archive Number
Sale Date
Sale Price

### 2008 Certified Assessment
Appraised Land                                            5,500
Appraised Building                                            0
Appraised Total                                           5,500

Assessed Land                                               550
Assessed Building                                             0
Assessed Total                                              550
Homestead Exemption Amount                                    0
Assessment Frozen                                            NO
Special Tax District
Exempt Code
Assessment Change

### Values History
Tax Year                                                   2007
Assessed Land                                               550
Assessed Building                                             0
Assessed Total                                              550
Homestead Exemption Amount                                    0

### Property Description
| Line | 1 | Description |
|------|---|-------------|
| 1    |   | SQ 807 LOT 15 40X110 |
| 2    |   | 1728-30 DESLONDE ST |
| 3    |   | W/FR DBLE 10/RMS A/R |

Case 2:05-cv-04182-SRD-JCW   Document 13839-12   Filed 07/15/08   Page 2 of 2

▶ Profile

Data Copyright   IAS World [Disclaimer]  [Privacy Policy]   Last Updated: 09 Jun 2008

Site Design Copyright 1999-2005 Akanda Group LLC. All rights reserved.