

Address: 1728 Deslonde St.

Time: 5:35

Manufacturer: Ingraham

Date Collected: 10/26/05