**Address: 2030 Deslonde St.**

**Time: 6:22**

**Manufacturer: Ingraham**

**Date Collected: 10/26/05**

9