*iasWorld*

**Orleans Parish Assessor's Office**

| **CONTACT US** | **HELP**

Tax Bill Information > State

**Home** **Property Records**

Owner Name    Address    Tax Bill Number

▶ Profile

PARID: 2030-DESLONDESTHF
SIMON ANTHONY M                                                                     2030 DESLONDE ST

## Owner

| | |
|---|---|
| Owner Name | SIMON ANTHONY M |
| Address | 2730 OAK TREE DR APT 1007 |
| City / State / Zip | CARROLLTON TX 75006 |

## Parcel

| | |
|---|---|
| Property Address | 2030 DESLONDE ST |
| Unit | HF |
| District | 3 |
| Assesment Area | 9W |
| Subdivision | |
| Square | 990 |
| Lot | 16 |
| Book | 05 |
| Folio | 055 |
| Line | 016 |
| Tax Bill Number | 39W504933 |
| Instrument Number | 000000000 |
| Notarial Archive Number | 00481018 |
| Sale Date | 14-JAN-83 |
| Sale Price | $4,500 |

## 2008 Certified Assessment

| | |
|---|---|
| Appraised Land | 5,200 |
| Appraised Building | 3,400 |
| Appraised Total | 8,600 |
| | |
| Assessed Land | 520 |
| Assessed Building | 340 |
| Assessed Total | 860 |
| Homestead Exemption Amount | 0 |
| Assessment Frozen | NO |
| Special Tax District | |
| Exempt Code | |
| Assessment Change | |

## Values History

| | |
|---|---|
| Tax Year | 2007 |
| Assessed Land | 520 |
| Assessed Building | 340 |
| Assessed Total | 860 |
| Homestead Exemption Amount | 0 |

## Property Description

| Line 1 | Description |
|---|---|
| 1 | SQ 990 LOT 16 DESLONDE |
| 2 | 31 X 134 |
| 3 | BR/DBLE 5/RMS EA A/R |
| 4 | 2028-2030 DESLONDE STREET |
| 5 | 2030 DESLONDE, APTS. A & B |

Case 2:05-cv-04182-SRD-JCW   Document 13839-15   Filed 07/15/08   Page 2 of 2

Data Copyright   IAS World [Disclaimer]  [Privacy Policy]   Last Updated: 09 Jun 2008

Site Design Copyright 1999-2005 Akanda Group LLC. All rights reserved.