

| CONTACT US | HELP

Tax Bill Information > State

**Home**  **Property Records**
Owner Name   Address   Tax Bill Number

**Search by Property Address**

No: 2607   Unit:   Street *: Andry

**Filter By**

Distirct: -Any-

**Options**  Sort by: Parcel ID   Ascending   Results/page: 25   SEARCH

\* required                                                     **Data Current as of** 09 Jun 2008

Your search did not find any records

**Examples:**

| Number | Street | Returns |
|--------|--------|---------|
| 123 | Anywhere | all occurrences of "123 Anywhere " (St, Ave, Rd etc) |
|  | Anywhere | all addresses on "Anywhere" or starting with "Anywhere" |
|  | *Any | all addresses containing "Any" |

(Use * as the wildcard character)

If you continue to have problems locating a specific record, please **contact us** for further assistance.

Data Copyright   IAS World [Disclaimer]   [Privacy Policy]   Last Updated: 09 Jun 2008

Site Design Copyright 1999-2005 Akanda Group LLC. All rights reserved.