Address: 2408 Forstall St.
31
Time: 9:02
Manufacturer: Ingraham
Date Collected: 10/29/05