iasWorld

**Orleans Parish Assessor's Office**

| CONTACT US | HELP

Home  **Property Records**

Owner Name  Address  Tax Bill Number

Tax Bill Information > State

**PARID: 2408-FORSTALLST**
**DAVIS LEON**  2408 FORSTALL ST

CURRENT RECORD
1 of 1

**Return to Search Results**

### Owner
| | |
|---|---|
| Owner Name | DAVIS LEON |
| Address | 4335 EAST VIEW DR |
| City / State / Zip | NEW ORLEANS LA 70126 |

### Parcel
| | |
|---|---|
| Property Address | 2408 FORSTALL ST |
| Unit | |
| District | 3 |
| Assesment Area | 9W |
| Subdivision | |
| Square | 1288 |
| Lot | 3 |
| Book | 06 |
| Folio | 054 |
| Line | 003 |
| Tax Bill Number | 39W606203 |
| Instrument Number | |
| Notarial Archive Number | |
| Sale Date | |
| Sale Price | |

Printable Version

### 2008 Certified Assessment
| | |
|---|---|
| Appraised Land | 3,000 |
| Appraised Building | 3,400 |
| Appraised Total | 6,400 |
| Assessed Land | 300 |
| Assessed Building | 340 |
| Assessed Total | 640 |
| Homestead Exemption Amount | 0 |
| Assessment Frozen | NO |
| Special Tax District | |
| Exempt Code | |
| Assessment Change | |

### Values History
| | |
|---|---|
| Tax Year | 2007 |
| Assessed Land | 300 |
| Assessed Building | 340 |
| Assessed Total | 640 |
| Homestead Exemption Amount | 0 |

### Property Description
| Line 1 | Description |
|---|---|
| 1 | SQ 1288 LOT 3 FORSTALL 34X71 |
| 2 | SGLE 8/RMS A/R |

Case 2:05-cv-04182-SRD-JCW   Document 13839-19   Filed 07/15/08   Page 2 of 2

 Profile

Data Copyright   IAS World [Disclaimer]  [Privacy Policy]   Last Updated: 09 Jun 2008

Site Design Copyright 1999-2005 Akanda Group LLC. All rights reserved.