iasWorld

**Orleans Parish Assessor's Office**

| CONTACT US | HELP

Tax Bill Information > State

**Home**  **Property Records**

**Owner Name**  **Address**  **Tax Bill Number**

PARID: 5005-NROCHEBLAVEST
ROAD HOME CORPORATION                                 5005 ROCHEBLAVE ST N    CURRENT RECORD
                                                                               1 of 1
### Owner                                                                      **Return to Search Results**

| | |
|---|---|
| Owner Name | ROAD HOME CORPORATION |
| Address | 1201 N THIRD ST STE 7-290 |
| City / State / Zip | BATON ROUGE LA 70802 |

### Parcel

| | |
|---|---|
| Property Address | 5005 ROCHEBLAVE N ST |
| Unit | |
| District | 3 |
| Assesment Area | 9W |
| Subdivision | |
| Square | 1288 |
| Lot | 3 |
| Book | 06 |
| Folio | 054 |
| Line | 014 |
| Tax Bill Number | 39W606219 |
| Instrument Number | |
| Notarial Archive Number | |
| Sale Date | |
| Sale Price | |

Printable Version

### 2008 Certified Assessment

| | |
|---|---|
| Appraised Land | 5,200 |
| Appraised Building | 3,500 |
| Appraised Total | 8,700 |
| Assessed Land | 520 |
| Assessed Building | 350 |
| Assessed Total | 870 |
| Homestead Exemption Amount | 0 |
| Assessment Frozen | NO |
| Special Tax District | |
| Exempt Code | |
| Assessment Change | |

### Values History

| | |
|---|---|
| Tax Year | 2007 |
| Assessed Land | 520 |
| Assessed Building | 350 |
| Assessed Total | 870 |
| Homestead Exemption Amount | 0 |

### Property Description

| Line 1 | Description |
|---|---|
| 1 | SQ 1288 LOT 3 0R D |
| 2 | ROCHEBLAVE 34 X 122 |
| 3 | SGLE 7/RMS A/R |

Case 2:05-cv-04182-SRD-JCW   Document 13839-21   Filed 07/15/08   Page 2 of 2

▶ Profile

Data Copyright   IAS World [Disclaimer]  [Privacy Policy]   Last Updated: 09 Jun 2008

Site Design Copyright 1999-2005 Akanda Group LLC. All rights reserved.