CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 05-11656          DIVISION " "          DOCKET

CITY OF NEW ORLEANS

FILED: 8/27/05   3'21ρ          Chley Buto Napoleon
                                        DEPUTY CLERK

## MAYORAL PROCLAMATION OF
## HURRICANE EMERGENCY

WHEREAS, the National Weather Service has advised on August 25, 2005 that the City of New Orleans may experience extreme weather as a result of Hurricane Katrina;

WHEREAS, the National Weather Service has indicated that Hurricane Katrina will likely affect the Louisiana coast with hurricane force winds and heavy rainfall by this Sunday evening or Monday morning;

WHEREAS, because of anticipated high lake and marsh tides due to tidal surge, combined with the possibility of intense thunderstorms, hurricane force winds, the City of New Orleans may experience wide-spread localized severe flooding and gale force winds which could result in the endangerment and threat of life, injury and possible property damage;

NOW THEREFORE, I, as Mayor and Chief Executive Officer of the City of New Orleans, do by these presents declare pursuant to R.S. 29:727 that due to the above-recited circumstances, a disaster and state of emergency exists in the City of New Orleans, warranting the use of all extraordinary measures appropriate to ensure the public health, safety, welfare, and convenience.

In furtherance of this declaration, the Superintendent of Police is hereby directed pursuant to the provisions of R.S. 40:1387, to take command and control of all peace officers and police officers within the City, when and if and to the extent that their services are needed to deal with the present emergency.

All available resources of the City of New Orleans and its boards and agencies are hereby ordered to be commandeered and utilized by the Emergency Authority for the purpose of performing or facilitating emergency services.

The direction, personnel, and functions of all local departments, agencies and units are hereby transferred, to the extent necessary, to the Emergency Authority for the purpose of

performing or facilitating emergency services.

The Emergency Authority may commandeer or utilize any private property if it finds this necessary to cope with the local disaster emergency.

The Emergency Authority, on orders of the Mayor, is hereby empowered to direct and compel the evacuation of any and all persons from any part of the City deemed by the Emergency Authority to be suitable for evacuation, if necessary for the preservation of life or other disaster mitigation, response, or recovery.

The Emergency Authority is hereby empowered to prescribe the routes, modes of transportation and destinations for such evacuation, to control ingress and egress to and from the disaster area and the movement of persons and occupancy of premises therein.

The Emergency Authority is hereby empowered, as necessary, to suspend or limit the sale, dispensing or transportation of alcoholic beverages, firearms, explosives and combustibles.

The Emergency Authority is hereby empowered and directed in conjunction with HANO, HUD and any other appropriate agencies, public and private, to make provisions, as necessary, for the availability and use of temporary emergency housing.

The Superintendents of Fire and Police are directed to take all necessary steps within legal bounds to ensure that no looting or arson occurs within any area ordered evacuated.

Pursuant to R. S. 29:703(2), all radio and television stations and newspapers are hereby requested and directed to distribute news of this proclamation and any orders or directives issued under authority of this proclamation, at the request of the Emergency Authority.

The Emergency Authority is hereby empowered to suspend the provisions of any regulatory ordinance prescribing the procedures for conduct of local business or the orders, rules, or regulation of any local agency, whenever in a particular set of circumstances strict compliance with any statute order, rule or regulation would in any way, prevent, hinder or delay necessary action in coping with the emergency.

The Emergency Authority is hereby authorized to invoke any relevant provisions of the City Code.

The "Emergency Authority" as used in this Proclamation refers to the Superintendents of Police and of Fire under supervision of the Office of the Mayor through the Chief Administration Officer, or under direct supervision of the Office of the Mayor, all acting directly under the supervision and control of the Mayor of the City of New Orleans.

The City Attorney is directed to file this proclamation promptly in the office of the Clerk of

Court.

IN WITNESS wherefore I have fixed my hand and the seal of the City of New Orleans this

_27_ day of August, 2005.

C. RAY NAGIN, MAYOR

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 05-12296        DIVISION 05-16 DOCKET

CITY OF NEW ORLEANS

FILED:                                DEPUTY CLERK:

## PROMULGATION OF EMERGENCY ORDERS

WHEREAS, the National Weather Service has indicated that Hurricane Katrina will likely affect the Louisiana coast with tropical force winds and heavy rainfall by this evening;

WHEREAS, because of anticipated high lake and marsh tides due to the tidal surge, combined with the possibility of intense thunderstorms, hurricane force winds, and widespread severe flooding, Governor Kathleen Blanco and I, New Orleans Mayor C. Ray Nagin, have each declared a State of Emergency;

NOW, THEREFORE, I, as the Mayor of the City of New Orleans, pursuant to the authority granted by La. Rev. Stat. 29:727, do hereby promulgate and issue the following orders, which shall be effective immediately and which shall remain in effect until the earlier of five days following the date of this issuance or the declaration by the Governor that the State of Emergency no longer exists:

1. A mandatory-evacuation order is hereby called for all of the Parish of Orleans, with only the following exceptions: essential personnel of the United States of America, State of Louisiana and City of New Orleans; essential personnel of regulated utilities and mass transportation services; essential personnel of hospitals and their patients; essential personnel of the media; essential personnel of the Orleans Parish Criminal Sheriff's Office and its inmates and essential personnel of operating hotels and their patrons. Unless covered by one of the aforementioned exceptions, every person is hereby ordered to immediately evacuate the City of New Orleans or, if no other alternative is available, to immediately move to one of the facilities within the City that will be designated as refuges of last resort.

2. In order to effectuate the mandatory evacuation, at the direction of the Mayor, the Chief Administrative Officer, the Director of Homeland Security for the City of New Orleans or any member of the New Orleans Police Department, the City may commandeer any private property, including, but not limited to, buildings that may be designated as refuges of last resort and vehicles that may be used to transport people out the area.

The City Attorney is directed to file this declaration promptly in the office of the Clerk of Court and with the Secretary of State.

IN WITNESS wherefore I have fixed my hand this⅜K̄day of August 2005.

C. Ray Nagin
Mayor, City of New Orleans

2005 - 11659

Filed 9-22-05; 7:12 p·m
Dale N. Atkins, Clerk of Court

Civil District Court for the
Parish of Orleans, State of Louisiana
City of New Orleans
                                              2005-11659

Promulgation of Emergency Order          A-5

Whereas, Hurricane Katrina has caused
catastrophic damage to the City of New
Orleans, including, without limitation,
several breaches in the levee system; loss
of power and water service and the
collapse and/or loss of structural integrity
of roadways, buildings and other structures;

Whereas, the above-referenced damage
necessitates an immediate and unimpeded
recovery effort by the City, the State
of Louisiana and the United States
Government;

Whereas, the presence of individuals
not specifically engaged by the
City, State or U.S. Government to
assist in the remediation and recovery
effort would distract, impede, or
divert essential resources from the
recovery effort,

Now, Therefore, I, as the Mayor of the City
of New Orleans, pursuant to the authority
granted by Louisiana Revised Statutes
29: 727 and 730.2, do hereby promulgate
and issue the following mandatory
evacuation order, which shall supercede
the Order issued by me on August 28, 2005)
which shall remain in effect for thirty days
from this date, unless extended by my
order or earlier terminated by my
order:

Effective immediately, any public
safety officer within the boundaries
of the Parish of Orleans, including,
without limitation, members of the
New Orleans Police Department, the
New Orleans Fire Department, the National
Guard and any branch of the U.S.
Military, is hereby instructed and
authorized to compel the evacuation of
all persons from the City of New Orleans,
regardless of whether such persons are
on private property or do not desire to
leave, unless such persons are
determined by such public safety officer
to be specifically engaged by the City,
the State or the U.S. Government in
providing assistance in the remediation
and recovery effort.

Those persons who are currently
located in Algiers on the West Bank
side of Orleans Parish are hereby
excepted from this Order.

The City Attorney is hereby directed
to file this Order with the Clerk
of Court.

C. Ray Nagin, Mayor
Signed this 6 day
September 2005