

**Centanni Investigative Agency**

ATTORNEY WORK PRODUCT

P.O. Box 23752, New Orleans, LA 70183-0752 ◆ Wayne R. Centanni, LCI

(504) 733-6914 ◆ FAX (504) 733-6909 ◆ E-Mail:piwayne@centanni.net ◆ Website: www.centanni.net

August 27, 2007

RE: Lafarge North America – Barge ING 4727
CIA File: 10838
Client Reference: 99675/28821

### TRANSCRIPTION OF DECEMBER 28, 2005 RECORDED TELEPHONE CONVERSATION WITH 9th WARD RESIDENT *KERRY WATSON*

The following is a **draft** transcription of a December 28, 2005 recorded telephone conversation between Investigator RG of Centanni Investigative Agency (hereinafter "RG") and **Kerry Watson** (hereinafter "KW"), a resident of the 9th Ward who did not evacuate during Hurricane Katrina:[1]

**FIRST CALL**

KW: Hello?

RG: Hi, is Kerry Watson in?

KW: Speaking.

RG: Hi, Mister Watson?

KW: Yes.

RG: Hi, this is Robert Garcia with Centanni Investigative Agency.

KW: Robert Garcia. Hmm. Robert.

CIA 10838
Transcription of 12/28/05 Recorded
Telephone Conversation with Kerry Watson
Page 2

RG: I think that we've playing phone tag.

KW: Yes, we have. Robert, um, I'm at home, uh, three six two four six zero six.

RG: Okay. Do you want me to call you there?

KW: Uh, give me about two minutes and call me at home.

RG: Oh, okay.

KW: I appreciate it.

RG: Thank you.

KW: Uh, two four, uh, three six two four six zero six.

RG: Oh, okay.

KW: All right.

RG: Thanks.

**END OF FIRST CALL**


**SECOND CALL**

KW: Hello?

RG: Hi, Mister Watson?

KW: Robert.

RG: How are you doing?

KW: Pretty good. And yourself, buddy?

RG: Okay.

KW: I had the opportunity to talk to one your co-workers.

---

[1] Disclaimer: This is a basic transcription of the conversation, and various pauses and verbal hesitations may not be included.

CIA 10838
Transcription of 12/28/05 Recorded
Telephone Conversation with Kerry Watson
Page 3

RG:  Uh-huh.

KW:  For just a brief period of time. I don't know if he informed you of that. Um.

RG:  Yeah. He gave me your number.

KW:  Now no. No. Oh, good great. Uh, now I'm important all of a sudden. Hold one second.

RG:  Okay.

KW:  *[To person in background on cell phone/radio] Hey Frank.*

In background:  *(unintelligible)*

KW:  *[To person in background on cell phone/radio] Pretty good Frank. I'm on the phone. I may have told you that, uh, a guy called me who was wanting some information about, um, me being in the, uh, on the roof and everything. He read the article. Uh, I'm talking on the phone with him right now. Can I get you back?*

In background:  *Of course you can, Hollywood.*

KW:  *[To person in background on cell phone/radio] Later. [To RG] Robert.*

RG:  Yes, sir?

KW:  Um, well, I talked to one of your co-workers only in response to your initial message you left on my recorder because on that, um, um, message you left you asked me to call you back and I think you said if I'm- you're not there then leave a message or whatever and then since you weren't there, uh, the receptionist asked was this in reference to a (*unintelligible*). She put me on the phone with one of your co-workers.

RG:  Okay.

KW:  And that conversation didn't go very well at all- not well at all.

RG:  What- what happened with that?

KW: Well, your- your, um, initial message you left on my recorder was, uh, uh, somewhat flattering and, um, very very, uh, exciting. The newspaper article that you read…

RG: Yeah. That's how I got your- that's how I got your…

KW: Right. The newspaper article that you read came about by accident. Uh, the reporter, uh, happened to be, uh, live in the neighborhood where me and my brother, uh, live at now and there's a nice little restaurant in the neighborhood and we were there, me and my brother, getting breakfast I think one Sunday morning and, um, you know, everybody was very friendly, and, uh, I think he overheard our conversation and stepped into the conversation and yada, yada, yada, and one thing led to another and the next thing you know we invited him over to the house for football and conversation, and that's how the article came about.

RG: Okay. Is that, um, just looking at the article, that's Jarvis DeBerry?

KW: That is exactly right.

RG: Okay.

KW: Um, after the article was published, and again, we sat down on a Sunday and the article came out on a Tuesday. I did not think it would come out that fast to be exact. I was looking for a proof and didn't get back, a proof and didn't get back or whatever because I'm going, 'Okay, writing, stuff in print, you know, it's always, you know, fifty percent incorrect or whatever.' But, um, Jarvis was like ninety five percent, if not better, accurate, so I was very, very impressed with the article. After that, mm, um, became somewhat of a tongue in cheek type of thing- type of celebrity or whatever. Individuals reading the articles and, uh, you know, so it got to be pretty exciting. So when I got your

phone call telling me you had read the article and then, um, got my niece's number or got the number from my niece and tracked me down, I was completely flattered that someone went to this effort to locate me about the article. So you had my full attention. (*unintelligible*)

RG: Okay. Well we're- we're working, uh, on, uh, the levee breaches that occurred in the 9th Ward area.

KW: Okay.

RG: And I'm trying to figure out what exactly caused the levee breach.

KW: Got it.

RG: And we're hearing a lot of rumors and- and speculations from different sources and newspaper articles and whatnot, but the, uh, best way that we can figure out what really actually happened is to talk to people that were actually there.

KW: Correct.

RG: That didn't evacuate and, uh, that may have firsthand information as to the time frame, when it occurred, if they saw anything, what- what occurred.

KW: Correct.

RG: And, uh, and that's when we did some research and came across your article and- and began calling you and trying to find out if you saw anything or what your- what your story is, you know.

KW: Well- well that's when, um, in talking with your coworker, the conversation didn't go very well.

RG: And why is that?

LNA003569

KW: Okay, because your coworker was not aware of the article and I was somewhat annoyed by his questions.

RG: Oh, okay.

KW: Okay? And in doing so, then I simply asked, 'Well, who are you?' And again, Robert, I would have probably gotten to this stage with you anyway. Robert, information is power. Okay? I don't know who you are. You're not the federal government so I don't have to answer you at all. I'm not subpoenaed to answer you. I don't know what you're gonna do with this information. Okay? I don't. Now Jarvis was the guy in the- in the coffee shop, you know, very very low key, whatever. We enjoyed telling him our story. I don't know you. I don't know what you plan on doing with this. Information is power. Now, you may have more of a story or more information than I have and what I think is nothing can be tremendously important to you because it fits the puzzle and it adds everything together. I'm just talking about what I know, so when it gets to a point whereby I don't know who I'm talking to, then I don't really want to talk to them and that's where it got to when it got to your coworker. Okay?

RG: Okay.

KW: So my question…

RG: He must- he must not have been aware of…

KW: He was totally unaware of it and that's- that's what agitated…

RG: …of the article.

KW: Right. That's exactly right. So my question to you now, Jarvis is, which is probably where I would have gotten to anyway, who are you?

CIA 10838
Transcription of 12/28/05 Recorded
Telephone Conversation with Kerry Watson
Page 7

RG: Well, I'm a private investigator. I work for a company called Centanni Investigative Agency. Uh, we're local in New Orleans and, uh, and we've been hired, uh, by a law firm to investigate what occurred at the 9th Ward, uh, levee breach. Now the information that I obtain from you, uh, we turn over to the attorneys, and what they do with it, whether it winds up in litigation or not, uh, that's what happens.

KW: Okay. Now you see with that- with that piece of information now, I'm definitely on the defense. I don't know what your lawyers have up- up their sleeve. I don't know where they're going. I don't know what they're planning on doing. I don't know if these guys are the- the avengers of the- of the common small people or they just don't like President Bush. I don't know. I do not know. Okay? I really don't. And with that being said, why? Why should I pass on information to you? And I hate to be as abrupt as I am, but- but why, Robert? 'Cause this information that I'm passing to you, and I have no idea how important it is or if it is important to you all, I have no idea how it's gonna be used, Robert. I have none. I have no idea who your lawyer friends are. They may be the best friends of- of the governor or they may be the enemies of the mayor. I don't know.

RG: Okay.

KW: I do not know. So with that being said, again, why should I pass on information to you?

RG: 'Cause we're just trying to find out what happened- just trying to find out...

KW: But I don't know who you are, Robert. I don't...

RG: Would you- would you like to meet with me or?

KW: Robert, I find it hard to believe that no one has inquired of exactly who you are, but if they haven't, I am. Okay? I don't know who you are, Robert. I just don't know who

> you are. I don't know who you are, and- and maybe you don't understand the severity of my questioning you about that. I don't know who you are. You may even be someone who might actually be working against my employer later. I don't know who you are, so until I know who you are, Robert, I don't want to pass on information to you. You are not the newspaper. I know who the newspaper is. I know what they're about. I know what they're gonna do with the information. They're pretty much gonna pass it on, but the newspaper, they're gonna be wishy-washy about it. I know who CNN is. I know who they are. They are about news or whatever, but you're none of the ab- above. You are a private entity and I have no idea what this private entity is going to do with the information or even who is behind your investigation.

RG: Okay.

KW: So, now with that being said, if you think it's necessary for you to prove to me who you are, then do so, but if you think this is just a dead end because this guy here is just too protective, then I understand if you back away, but Robert, I'm not giving you information because I don't know who you are, buddy.

RG: Okay.

KW: Now, if you want to take the time to educate me, cool, but if not, I understand.

RG: Do you want my life story or- or what exactly?

KW: No. I want to know who you work for. That's what I want to know. Now- now I know you just told me the name, but just you're an investigative agency working for some lawyers. Okay? Now, here's the deal, if a lawyer approached me or someone from an investigative agency approached me and he worked for a lawyer, I'd say, 'Well, who is

LNA003572

CIA 10838
Transcription of 12/28/05 Recorded
Telephone Conversation with Kerry Watson
Page 9

        this lawyer representing?' 'Oh, this lawyer is representing the state because the state is in a lawsuit or whatever.' So again, who are the lawyers? What are they spinning? Is there some particular one lawyer who just sat up in his bed one night and said, 'You know what? I want to get to the bottom of the real story.' Who is the lawyer…

RG:    I mean that's…

KW:    …representing?

RG:    …that's what we're trying to find out, the truth to what exactly happened. Nothing else.

KW:    Robert, and when it comes to information, there are three sides to every story. There's your side, my side, and the right side. In any legal proceedings, okay…

RG:    Are you…? Do you- do you mind me asking, are you attorney represented?

KW:    No, I'm not. I'm not.

RG:    Okay.

KW:    I'm not. I'm not.

RG:    I was just making sure.

KW:    I'm not an attorney, not a doctor, now I'm- I'm in engineering so forth and so on, but I know the importance and I know the value and I know the power of information. That I do know. That I am very much aware of, Robert. I am very much aware of it, okay, and am I leery? Yeah. Until I find out who your lawyers are or who they work for, I have no desire to give you information and I do understand perfectly if you said it's not worth it and then we just move on. I don't have a problem with that, but you want something from me and if you want to give it- you want it from me, I'm giving you the terms in which I have to have it from you, and the terms are very very simple. I have to know

LNA003573

        who your lawyers are and what are they spin in this. A lawyer works for somebody, not unless he's working for himself, and if he's working for himself I want to know why is he pursuing this?

RG:    Okay.

KW:   Simple as that.

RG:    Well that's what I'll do. I'll talk with, uh, the attorneys that we're working for and- and then try to get back with you.

KW:   You do understand my question?

RG:    Oh, yes. I understand.

KW:   Okay. Cool 'cause and- and- and I'm sorry if this comes to end, but, sorry, Robert, information is just too powerful. It's just too powerful for me not to know what it... And the thing about it is I may be even ignorant of the information I'm placing in your hands 'cause you may know more of the value of it or your lawyers may know more of the value of it than I do, and I don't want to do that unless I know who I'm giving it to.

RG:    Okay. Okay. Well I appreciate it.

KW:   Do you want a mailing address? If you want a mailing address, you know, you want to get in contact with me any way, you know, I'm open to that, but I'm not giving you information until I know who you're working for, who are your lawyers, who they represent. Now there's only two ways about that. They either represent themselves, I want to know why, or who they represent. Lawyers work for somebody. Simple as that.

RG:    Oh, okay. Okay, then sir, I'll, uh, can I reach on the number, three six two four six o six?

KW:   Uh.

LNA003574

CIA 10838
Transcription of 12/28/05 Recorded
Telephone Conversation with Kerry Watson
Page 11

RG: Is that the best way or?

KW: That's my home number. There will always be- the recorder will always answer at that number. The other number I gave you, eight one eight eight six nine two, is my, uh, work cell phone, okay, which means you can always call me there but I may not be able to really talk because I might be at work, so both of those do work.

RG: Okay. Do you have a mailing address?

KW: Let me give you a mail address. This is the- this is the physical address where, well, let me give you (*laughing*), excuse me for laughing but mail is- is, uh, is, uh, a joke. I'm gonna give you a post office box, and I kid not, uh, Robert, I've had mail given- sent me to me and it's ended up in San Diego, California, so I'm gonna give you a post office box, which I check every day just about.

RG: Okay.

KW: And that'll make sure a hundred percent that I will get this information if it goes to the post office box. Okay?

RG: Okay.

KW: All right. Now let me see here. Here we go. Kerry Watson, K-E-R-R-Y, initial D, last name is Watson, W-A-T-S-O-N. The, uh, huh, post office box is seven four one eight six three.

RG: Seven four one eight six three?

KW: Seven four one eight six three in the city of New Orleans- New Orleans, Louisiana, and the zip code, uh, Robert, is seven zero one seven four.

RG: Okay.

LNA003575

CIA 10838
Transcription of 12/28/05 Recorded
Telephone Conversation with Kerry Watson
Page 12

KW: Now give me that back to make sure you got it right.

RG: Uh, P.O. Box seven four one eight six three, New Orleans, Louisiana seven zero one seven four.

KW: Now Robert, let me just give you this because, let me tell you, I am excited about telling my story. I am so excited about telling my story, Robert, I- from the newspaper article I have actually been approached by someone who is possibly considering putting it on film, so I am excited about my story. I really really am, buddy, and I love to talk, so if you do answer my questions, I don't have any problems, reservations, of telling you everything that went on, but I am excited about my story. I really really am. I- I didn't- I didn't plan for it to happen like this, trust me.

RG: Oh, I'm- I'm sure that nobody did.

KW: Yeah, trust me, I didn't. Nor did I even plan to have an article. Jarvis just- And to be exact I'm meeting with Jarvis tonight. Jarvis just happened to be at the restaurant at the time, whatever, and I didn't know it would go as well as it did, but hey, you know, I love attract- I have actually made copies of the article and I have actually signed it and given it to people because they consider me to be a celebrity and my brother. Am I excited about the article? Oh, yeah. Oh, yeah. Am I- am I committed to my city? Oh, yeah. So the excitement is there. Do I want to tell my story? Is there some way whereby you can, if I think you guys are working in the right means, can bring about solution and prosperity and understanding? I'm all for it. I just gotta know who I'm talking to.

RG: Okay. I understand and I'll get back to you, sir.

KW: I appreciate it Robert.

LNA003576

CIA 10838
Transcription of 12/28/05 Recorded
Telephone Conversation with Kerry Watson
Page 13

RG: Okay. Thank you.

KW: Have a good one.

RG: Bye-bye.

KW: Bye-bye.

**END OF SECOND CALL**

**END OF TAPE**

LNA003577