# Centanni Investigative Agency

**ATTORNEY WORK PRODUCT**

P.O. Box 23752, New Orleans, LA 70183-0752 ♦ Wayne R. Centanni, LCI

(504) 733-6914 ♦ FAX (504) 733-6909 ♦ E-Mail:piwayne@centanni.net ♦ Website: www.centanni.net

August 29, 2007

RE: Lafarge North America – Barge ING 4727
CIA File: 10838
Client Reference: 99675/28821

## TRANSCRIPTION OF NOVEMBER 14, 2005 RECORDED TELEPHONE CONVERSATION WITH 9th WARD RESIDENTS *AUGUST LAFRANCE, BYRON LAFRANCE, AND DOROTHY ELLIS*

The following is a **draft** transcription of a November 14, 2005 recorded telephone conversation between Investigator WRC of Centanni Investigative Agency (hereinafter "WRC"), **August LaFrance** (hereinafter "AL"), **Dorothy Ellis** (hereinafter "DE") (both of whom are residents of the 9th Ward who did not evacuate during Hurricane Katrina), and **Byron LaFrance** (hereinafter "BL") (a resident of the 9th Ward who did evacuate during Hurricane Katrina):[1]

AL: -lo?

WRC: Yes, Mister August LaFrance?

AL: Yeah.

WRC: Yes, hi. This is, uh, Wayne Centanni. I just talked to your, uh.

AL: My daughter?

WRC: Your daughter a little while ago.

AL: Yeah.

---

[1] Disclaimer: This is a basic transcription of the conversation, and various pauses and verbal hesitations may not be included.

WRC: Uh, and, uh, Bridget. And, uh, we're- we're been working in the 9th Ward there just trying to talk to people that evacuated, people that got rescued by helicopters. Just trying to see what they remember as far as when the water started rising, when maybe the levee break and any information they can provide us to help get a timeline as to when things happened.

AL: Well, uh, I'm gonna tell you and be truthful. You know, the water couldn't come in that fast if- if the wind blowed it in.



CIA 10838
Transcription of 11/14/05 Recorded Telephone Conversation
with August LaFrance, Byron LaFrance, and Dorothy Ellis
Page 24

**REDACTED AS IRRELEVANT**

DE:    Yeah, but who- who you connected with?

WRC:   Ma'am we're- we're just doing an independent investigation - I'm not connected with anybody - to find out when this levee broke.

DE:    Oh.

WRC:   And what times people evacuated and what we do is talk to people and we get times, like five, six o'clock in the morning.

DE:    Hold on. Hold on.

Person in Background:    *He said he's not with (unintelligible).*

BL     Who are you with, sir?

WRC:   Well who is this?

BL:    This is- this is my- I'm the son of the- of my- of August LaFrance.

WRC:   This must be, uh, Mike, uh, Kevin?

BL:    No, this is Byron.

WRC:   Brian. Yeah, I explained to- to these individuals that- and you were one of the men that- you are the brother to your- that's your father LaFrance- France, right?

BL:    Yeah. Uh, I'm the youngest son.

WRC:   Yeah, I'm not with any- any person- any organization. We're doing an independent investigation to determine when the, uh…

LNA002292

CIA 10838
Transcription of 11/14/05 Recorded Telephone Conversation
with August LaFrance, Byron LaFrance, and Dorothy Ellis
Page 25

Person in Background: *(unintelligible) trying to get his name...*

WRC: ...levee broke, the times it broke...

Person in Background: *(unintelligible) where Michael Knight can call him.*

WRC: ...by talking to people that went on their roofs or were taken of by boats, etcetera.

BL: I'm gonna tell it like this. I called my father at eleven fifteen Sunday night. He told me he was watching TV in the house.

WRC: Uh-huh.



REDACTED AS IRRELEVANT

LNA002293

CIA 10838
Transcription of 11/14/05 Recorded Telephone Conversation
with August LaFrance, Byron LaFrance, and Dorothy Ellis
Page 37

BL:  LaFrance.

WRC: Brian, B-R-Y-A-N?

BL:  B-Y.

WRC: Huh?

BL:  B-Y-R-O-N.

WRC: B-Y-R-O-N, Byron.

BL:  Byron.

WRC: Okay, Byron, I got your information here. Thank you very much.

BL:  Okay.

WRC: I'll be back in touch.

BL:  All right.

**END OF CALL**


This phone call was made between myself, Wayne R. Centanni, on this date, November 13, 2005,[2] ending at approximately 5:35 p.m. The conversation was held with three individuals, the first being August LaFrance, the next individual was Dorothy Ellis, and the third was Byron LaFrance. The conversation was recorded this date without the knowledge or consent of either of the names listed above and the conversations were held separately and independently.

**END OF TAPE**

---

[2] The conversation was actually held on November 14, 2005.