# Centanni Investigative Agency

ATTORNEY WORK PRODUCT

P.O. Box 23752, New Orleans, LA 70183-0752 ◆ Wayne R. Centanni, LCI

(504) 733-6914 ◆ FAX (504) 733-6909 ◆ E-Mail:piwayne@centanni.net ◆ Website: www.centanni.net

November 12, 2007

RE: Lafarge North America – Barge ING 4727
CIA File: 10838
Client Reference: 99675/28821

### TRANSCRIPTION OF MAY 30, 2006 RECORDED TELEPHONE CONVERSATION WITH CHALMETTE RESIDENT *RODERICK PYATT*

The following is a **draft** transcription of a May 30, 2006 recorded telephone conversation between Investigator RG of Centanni Investigative Agency (hereinafter "RG") and **Roderick Pyatt** (hereinafter "RP"), a resident of Chalmette who did not evacuate for Hurricane Katrina.:[1]

RP: Hello? Hello? Hello?

RG: Uh, yes, someone had, uh, called this number and left a message for a "Ludrick Pat."

RP: Who.

RG: I'm not sure. I couldn't understand the message. A "Ludrick Pat" or something?

RP: Roderick Pyatt? Yes, uh, uh, where are you?

RG: I'm sorry, sir?

RP: Where are you? I noticed the- the, uh, area code is out of this one.

---

[1] Disclaimer: This is a basic transcription of the conversation, and various pauses and verbal hesitations may not be included.

CIA 10838
Transcription of 05/30/06 Recorded Telephone Conversation
with Roderick Pyatt
Page 2

RG: Oh, it's a toll free number that, uh, you may have seen our number on a, uh, on a sign or something in the Lower 9th Ward.

RP: In the Lower 9th? What do you do? I don't- I don't have no idea.

RG: Uh, it had to do with, uh, if anybody had witnessed the levee break or had any photos or video.

RP: Oh, man, you should have said that in the first place. Now I know what you're talking about. Yeah. Yeah. Yeah. Is this, uh, an investigation of some sort?

RG: Well we're just trying to find out- find any, uh, witnesses or video or photos or anything like that.

RP: How about audible?

RG: I'm sorry?

RP: How about an audible witness?

RG: An audible witness?

RP: Yeah. I heard it.

RG: Oh, you heard it?

RP: Yeah. I was in, uh, Chalmette at the time.

RG: Okay.

RP: Close to, uh, right at Andrew Jackson School and I heard the explosions that breached them, uh, levee.

RG: Okay. And.

RP: I'm a demolition specialist. I was in the Army.

RG: Okay.



old

RG:   Oh, I understand. Well that's- we're- we're trying- we're trying to figure out everything and- and see if-

RP:   Who are you with?

RG:   Well, we're working independently. We don't know. We're just-

RP: For who? For who?

RG: I'm sorry sir?

RP: For who?

RG: Uh, independently right now.

RP: Who are you working for?

RG: Uh, myself.

RP: Who's this for? Who is this compilation going to?

RG: Uh, we're not- I'm not-

RP: Who's the end user?

RG: I'm not sure yet, sir. I just, uh, collect all the information.

RP: You're being evasive.

RG: I'm sorry, sir?

RP: You're being evasive.

RG: Well, I'm just- I just collect the information and then-

RP: Who do you think it's going to?

RG: I'm sorry, sir?

RP: Who do you think it's going to?

RG: I'm not sure whether this is going to be used somewhere on down the line, possibly to write a book or possibly for any type of lawsuits that may arise. I'm not sure, sir.

RP: Okay. All right. Anything else you need to know?

RG: No, sir. I appreciate it though, and if you- if you happen to see anybody or hear of anything else I'd appreciate you giving us a call.

CIA 10838
Transcription of 05/30/06 Recorded Telephone Conversation
with Roderick Pyatt
Page 12

RP:    Okay. Why don't you give me your name and phone number.

## END OF CALL

This telephone conversation between Robert Garcia and Roderick Pyatt was recorded on May 30, 2006 without Mr. Pyatt's knowledge or consent.

## END OF TAPE

LNA004032