# Centanni Investigative Agency

P.O. Box 23752, New Orleans, LA 70183-0752 ◊ Wayne R. Centanni, LCI

(504) 733-6914 ◊ FAX (504) 733-6909 ◊ E-Mail: piwayne@centanni.net ◊ Website: www.centanni.net

RE:   Lafarge North America – Barge ING 4727
      CIA File: 10838
      Client Reference: 99675/28821

## TRANSCRIPTION OF JULY 10, 2006 RECORDED TELEPHONE CONVERSATION WITH ANDREA ADAMS (A.K.A. ANDREA BURNS), ASSOCIATE OF LOWER 9TH WARD RESIDENT TERRY ADAMS

The following is a **draft** transcription of a July 10, 2006 recorded telephone conversation between Investigator KN of Centanni Investigative Agency (hereinafter "KN") and **Andrea Adams (a.k.a. Andrea Burns)** (hereinafter "AA"), an associate of Lower 9th Ward resident Terry Adams:[1]

AA:   Hello?

KN:   Hi. I'm trying to get in touch with Andrea Burns.

AA:   Who is this?

KN:   My name is Kathleen. I'm calling from an investigative agency in Louisiana. I'm calling about the Ka- Hurricane Katrina.

AA:   Okay.

---

[1] Disclaimer: This is a basic transcription of the conversation, and various pauses and verbal hesitations may not be included.

CIA 10838
Transcription of 07/10/06 Recorded Telephone Conversation
with Andrea Adams (a.k.a. Andrea Burns)
Page 2

KN: Is this Miss Burns?

AA: Yeah, I'm Adams.

KN: You're Adams?

AA: That's why I'm like, who's asking for Burns?

KN: Oh, I'm sorry. So your last name's Adams?

AA: Mm-hm.

KN: You don't happen to- to be with, uh, Terry Adams, huh?

AA: Oh, Lord.

KN: I'm just calling- I'm calling- Let me let you know what I'm doing.

AA: Mm-hm.

KN: I'm calling a bunch of people- we've spoken to a bunch of people from the 9th Ward.

AA: Mm-hm.

KN: About Hurricane Katrina.

AA: Mm-hm.

KN: And, um, his name is just one of the names that came up and so that's why I was asking since you have the same last name.

AA: That's my ex.

KN: That's your ex?

AA: Mm-hm.

KN: Okay. Were you in the 9th Ward during the storm or did you evacuate?

AA: No, my, uh, my kids were.

KN: Your kids were?

CIA 10838
Transcription of 07/10/06 Recorded Telephone Conversation
with Andrea Adams (a.k.a. Andrea Burns)
Page 3

AA: Mm-hm. What are you doing? What- what are you looking for him?

KN: No. No. No. No. We're not looking for him. We're just kind of basically- we're investigating, you know, what happened in the 9th Ward, all that flooding and everything...

AA: Mm-hm.

KN: ...'cause, you know, there was a lot of- a lot of trouble in the 9th Ward during the storm.

AA: Mm-hm.

KN: So we're just trying to find out what happened exactly. We're trying to find out the truth and so we're just basically talking to people from- from that area to kind of just find out who stayed and who left and, you know.

AA: How you found me? (*laughing*)

KN: Your name just came up. You know, we- we've talked to so many people and, you know, we've got numbers from so and so, you know, so people just keep giving us other names and information so...

AA: Yeah.

KN: ...your name came up. So you- you weren't there during the storm?

AA: No, I wasn't there. My kids were there.

**REDACTED AS IRRELEVANT**

LNA003856

CIA 10838
Transcription of 07/10/06 Recorded Telephone Conversation
with Andrea Adams (a.k.a. Andrea Burns)
Page 13

AA: Across, right, on, uh, on, um, on Tonti Street.

KN: On Tonti? Okay. Um, you said she's- she's seventeen now?

AA: She's seventeen.

KN: Do you think she'd be willing to- to talk to me a little bit or would you be willing to let me talk to her a little bit?

AA: She might. Um, I can get your name and number and have her call you.

KN: Okay.

AA: Or call my sister and have her call you. Um.

KN: Okay.

AA: What- what y'all looking for people for?

KN: We're just- we're not really looking for anything. We're just trying to find what happened, you know, just like everybody else. We want to know exactly what happened, so we're not trying to, you know, find out anything in particular. We're just talking to people who were there.

AA: Mm-hm.

KN: 'Cause, um, you know, so many people have such- so many stories.

AA: So what y'all gonna do when you find out what happened?

KN: I'm not doing anything personally with it. I just, you know, we just kind of report what we talk about and, but I'm not doing anything personally with it. We're just trying to find out what happened, you know.

AA: So who you work for?

KN: I just work for an investigative agency.

CIA 10838
Transcription of 07/10/06 Recorded Telephone Conversation
with Andrea Adams (a.k.a. Andrea Burns)
Page 14

AA: And they're just trying to find out what happened?

KN: Yeah. We're just trying to find out-

AA: Well, I know there's a class action lawsuit or something, right?

KN: Uh, I'm not involved with that personally, but, um, I think there is.

AA: The agency?

KN: I don't know about- about all that. I mean, we don't- we don't get to, you know, we're at the lo- I'm at the low- low end of the totem pole so I basically am just kind of talking to people.

AA: Oh, okay.

KN: Um, so you want- you want me to get your sister's name and try and call her or do you want to take down my contact info?

AA: Uh, let me see if somebody's home.

*[pause, with television sounds in background]*

AA: Um.

*[pause, with television sounds in background]*

AA: [*to Terryion on other phone line*] Terryion?

KN: Huh?

AA: [*to Terryion on other phone line*] *Uh, she's, uh, someone wants to call and talk to you about what happened in the storm- during the storm.* [*to KN*] What's your name again?

KN: Kathleen.

CIA 10838
Transcription of 07/10/06 Recorded Telephone Conversation
with Andrea Adams (a.k.a. Andrea Burns)
Page 15

AA: Kathleen. [*to Terryion on other phone line*] *I'm gonna give her the phone number to call you.* [*to KN*] Let me see my sister's number. I've got it programmed in my phone. (*laughing*)

KN: I know. (*laughing*)

AA: It's five o four.

KN: Mm-hm.

AA: Three six five.

KN: Mm-hm.

AA: Seven three three eight.

KN: Okay.


REDACTED AS IRRELEVANT

CIA 10838
Transcription of 07/10/06 Recorded Telephone Conversation
with Andrea Adams (a.k.a. Andrea Burns)
Page 27

AA: Mm-hm.

KN: And, um, you know, is it okay if I call you if I have any other questions?

AA: Yeah.

KN: Thank you so much. I appreciate your time.

AA: Mm-hm.

KN: You have a good day.

AA: Bye.

KN: Bye bye.

### END OF CALL

This is Kathleen Nolan. On July 10, 2006, this conversation was recorded between Andrea Burns (a.k.a. Andrea Adams) at 5:01 p.m. and Ms. Adams was reached at (704) 536-2545 and the conversation was recorded without her knowledge or consent.

### END OF TAPE