


**Centanni Investigative Agency**

P.O. Box 23752, New Orleans, LA 70183-0752 ◆ Wayne R. Centanni, LCI

(504) 733-6914 ◆ FAX (504) 733-6909 ◆ E-Mail:piwayne@centanni.net ◆ Website: www.centanni.net

October 8, 2007

RE: Lafarge North America – Barge ING 4727
CIA File: 10838
Client Reference: 99675/28821

### TRANSCRIPTION OF JULY 12, 2006 RECORDED TELEPHONE CONVERSATION WITH LOWER 9TH WARD RESIDENT *LINDA AMBROSE*

The following is a **draft** transcription of a July 12, 2006 recorded telephone conversation between Investigator RG of Centanni Investigative Agency (hereinafter "RG") and **Linda Ambrose** (hereinafter "LA"), a resident of the 9th Ward who evacuated for Hurricane Katrina:[1]

LA:  Hello?

RG:  Hi, is Linda Ambrose in?

LA:  Yes, this is she.

RG:  Hi, Miss Ambrose. Uh, my name is Robert Garcia and, um, I had spoken with, uh, Johnise Williams, uh, over there in, uh, in the Lower 9th Ward.

LA:  Uh-huh.

RG:  And, uh, we're investigating the, uh, the levee breaks over there, uh, in that area-

LA:  Okay.

RG:  -regarding the Hurricane Katrina.

---

[1] Disclaimer: This is a basic transcription of the conversation, and various pauses and verbal hesitations may not be included.

CIA 10838
Transcription of 07/12/06 Recorded Telephone Conversation
with Linda Ambrose
Page 2

LA:   Mm-hm.

RG:   And, uh, I was, uh, I had spoken with, uh, with Johnise, and I had also spoken with, uh, Sernell Burnes, who had mentioned, uh, your brother, Michael Jackson.

LA:   Right.

RG:   Was- was in the Lower 9th Ward area during the time of the hurricane.

LA:   Mm-hm.

RG:   And we're trying to talk to as many people as we can, uh, to- to figure out exactly what happened, uh, what caused the levee breaks and, uh, kind of like a sequence of events of everything that- that occurred out there and, uh, the best way to do that is to talk to anybody that was out there during the time of the hurricane.

LA:   Uh-huh.



REDACTED AS IRRELEVANT

CIA 10838
Transcription of 07/12/06 Recorded Telephone Conversation
with Linda Ambrose
Page 19



REDACTED AS IRRELEVANT

RG: Okay. Well that's- at least everybody didn't lose everything.

LA: No. No. You know, she, um, so that was good in one sense- in a great sense. So, okay, so I'm gonna give Steve your number and, uh, let him know that you're a private investigator, uh.

RG: Okay. I appreciate it.

LA: With, uh.

RG: Yeah. Just- just let him know we're just trying to figure out-

CIA 10838
Transcription of 07/12/06 Recorded Telephone Conversation
with Linda Ambrose
Page 20

LA: So, who is trying- who else is- who is it that you're working for that's trying to get the story- the in-depth story that probably won't ever come out?

RG: Yeah, well we don't know- we don't know what, you know…

LA: I know.

RG: …what will come of it or anything if it- it may go, uh, eventually to, uh, court or- or something like that.

LA: Or some attorney has it?

RG: Yeah.

LA: With the class action suit?

RG: No, it's not, uh, we're not- we're not working with- with like a plaintiff attorney or anything…

LA: Oh.

RG: …like that for a class-action lawsuit, but we're just working for attorneys that are just investigating it right now.

LA: Oh.

RG: Trying to- trying to figure out exactly what occurred and, uh, just trying to figure out the truth.

LA: I know. All right then. Well I'll give him the information and, uh, for him to, uh, give you a call.

RG: Okay. Well thank you very much, Miss Ambrose.

LA: Okay. (*unintelligible*)

RG: Have a good day.

LNA001640

CIA 10838
Transcription of 07/12/06 Recorded Telephone Conversation
with Linda Ambrose
Page 21

LA: You too.

RG: Thank you.

LA: Bye-bye.

RG: Bye-bye.

**END OF CALL**

This telephone conversation between Robert Garcia and Linda Ambrose was recorded on July 12, 2006 without Ms. Ambrose's knowledge or consent.

**END OF TAPE**