**Centanni Investigative Agency**

ATTORNEY WORK PRODUCT

P.O. Box 23752, New Orleans, LA 70183-0752 ◆ Wayne R. Centanni, LCI

(504) 733-6914 ◆ FAX (504) 733-6909 ◆ E-Mail:piwayne@centanni.net ◆ Website: www.centanni.net

August 30, 2007

      RE:    Lafarge North America – Barge ING 4727
               CIA File:  10838
               Client Reference:  99675/28821

<u>**TRANSCRIPTION OF NOVEMBER 27, 2006<br>RECORDED TELEPHONE CONVERSATION WITH<br>9th WARD RESIDENT *SIR ANTHONY BROOKS*</u>**

The following is a **draft** transcription of a November 27, 2006 recorded telephone conversation between Investigator BM of Centanni Investigative Agency (hereinafter "BM") and **Sir Anthony Brooks** (hereinafter "SB"), a resident of the 9th Ward who did not evacuate during Hurricane Katrina:[1]

RR:    Hello?

BM:    May I speak to Sir Anthony Brooks, please?

RR:    *[To someone in background] (unintelligible) telephone.*

SB:    *[In background]  Take you a wild guess (unintelligible).*

SB:    Hello?

BM:    Sir Anthony Brooks, please.

SB:    Hey, Mister LaGrande.

BM:    I'm sorry?

---

[1] Disclaimer:  This is a basic transcription of the conversation, and various pauses and verbal hesitations may not be included.

LNA001835

CIA 10838
Transcription of 11/27/06 Recorded
Telephone Conversation with Sir Anthony Brooks
Page 2

SB:   I said, hey, Mister LaGrande. How are you doing? It's Sir Anthony.

BM:   How are you doing sir? My name…

SB:   All right.

BM:   My name is Bart Molay. I'm with the company of, uh, Centanni in New Orleans and I was calling- I was calling you, um, I got your name and number from, uh, a *Detroit News* story that was done on, uh, on, uh, on yourself and a Claudette Brooks.

SB:   Yeah.

BM:   Back for Hurricane Katrina.

SB:   Yeah.

BM:   As y'all were residents of the Lower 9th Ward. Is that correct?

SB:   Yeah. I was a resident. I don't know who Claudette Brooks is.

BM:   Oh, okay. She was mentioned in the same story. I figured with the same last names y'all might have been related.

SB:   Nuh-uh.

BM:   Okay. Um, the reason why I'm calling you, sir, is we're basically contacting residents- individuals like yourself that lived in the Lower 9th Ward…

SB:   Yeah.

BM:   …and to see if they stayed for the storm and just to he- get their story and what they saw and what they went through. Did you stay for the storm?

SB:   Oh, yeah. I was there through the whole storm. I mean, what- what- what is this, um, supposed to benefit anyone or something?

LNA001836

CIA 10838
Transcription of 11/27/06 Recorded
Telephone Conversation with Sir Anthony Brooks
Page 3

BM: Well, what we're trying to do is we're trying to- we're trying to- we're trying to put a collage of stories together to- to, uh, try to- We're putting a bunch of people- We've already talked to a bunch of people just trying to find out- get some stories of people that- who stayed, what their stories were, find out what they saw, um, see, uh, if their houses were devastated by the, um, by the levee breach and find out what they- what they observed with that and basically that's all we're trying to do.

RR: *[In background] Who is that?*

SB: Um, what company are you with?

BM: I'm with a company called Centanni.

RR: *[In background] Tell him my house was completely destroyed. He live with me. I'm his auntie.*

BM: Okay.

RR: And my house was completely destroyed and I live right there in the Lower 9th Ward area.

BM: Okay.

RR: And, um, I- the- my property there, I own that property that was there.

BM: Oh, okay, so you- y'all- y'all stayed together?

RR: Yeah, my nephew, he- he rented from me.

BM: Oh, okay. So y'all were both there during the storm?

RR: My nephew was there. I left the day before the storm.

BM: Okay. And what is your name?

RR: My name is Rosa Ray.

LNA001837

CIA 10838
Transcription of 11/27/06 Recorded
Telephone Conversation with Sir Anthony Brooks
Page 4

BM: Rosa Ray?

RR: Uh-huh.

BM: Okay. And, uh, and Mist- is Mister Brooks still on the phone?

RR: Yeah, he's right here in the room with me.

BM: Oh, okay. And Mister Brooks, he stayed there for the storm as- he stayed at your house and you evacuated? Right?

RR: Yes.

BM: Okay. Well that's why I was to see if could, um. And you own- what property was this at?

RR: This was in, uh, New Orleans at, uh, on Law Street- at fifty eight forty Law Street.

BM: I'm sorry. Say that again.

RR: Fifty eight forty Law Street.

BM: How you spell the street?

RR: L-A-W.

BM: Oh, Law. Okay, fifty eight forty Law Street, New Orleans, okay.

RR: Who is- who are you, sir?

BM: I'm- my name is Bart Molay. I got your- I got his name from a news article. We're trying to get in touch with some 9th Ward residents that stayed during Hurricane Katrina.

RR: Yeah. He did. He stayed.

BM: And basically just to hear their story, what they went through, what they observed, when, uh, try to find out when they saw the water coming and about what time of the day and that sort of thing.

RR: Okay. He can tell you.

BM: I'm sorry?

RR: He can tell you.

BM: Yes, ma'am.

RR: Okay. You can talk with him.

SB: Uh, yeah. Uh, where should I start?

BM: Okay. Well, uh, first of all, you- you were at the residence at fifty eight forty Law Street when the storm came?

SB: Yes, I was. I stayed.



REDACTED AS IRRELEVANT

SB: And who- who you- who you with again, mister Molo?

BM: I'm with a comp- I'm wi- I'm call- I'm with a company called Centanni, C-E-N-T-A-N-N-I.

RR: *[In background] Okay, and what do y'all do?*

BM: We're basically- we're contacting 9th Ward residents that stayed during the storm to find out what they observed and what they saw, trying to get a timeline on when things happened as far as the water starting to come, when y'all lost power…

SB: Man, they had all types of alligators and sharks in the water.

RR: Mister Molay?

BM: Yes, ma'am?

RR: But what is the purpose of y'all's research? What are y'all using it for?

BM: I- to be honest with you we're- I'm collecting these stories- we're just trying to- we're trying to get a timeline to try to find out, uh, concerning the levee breaches and, uh, the power outages in the area. Trying to talk to neighbors in the area to find out timelines on things, the people that stayed, to find out what they observed.

RR: Okay. And the timeline? What are y'all gonna use this for?

BM: I- to be honest with you, I'm not sure. They didn't tell me that. They just asked me to con- read some news articles, which is where I got, uh, Sir Anthony's information from. They asked me to contact people from news articles and news stories that- that were already interviewed, uh, from- like that were evacuated to Houston and they just asked me to talk to people and just document, you know, write- give a little small report of what- what y'all told me and what they gonna- what they gonna use-

CIA 10838
Transcription of 11/27/06 Recorded
Telephone Conversation with Sir Anthony Brooks
Page 39

RR: Okay, and Centanni... What's the purpose of your company?

BM: What's the purpose of my company?

RR: Yeah.

BM: I- I just told you. Just basically we're trying to find out what the people who lived in the 9th Ward area observed.

RR: Okay, investigation for, uh, you know, what went on, right?

BM: Right. Basically just trying to find out what went on. Yes ma'am.

RR: Okay, uh.

BM: For the people that stayed. You know, what they saw, what they observed, get their story.

SB: *[In background] I got a lot more if you want to know more.*

RR: Yeah, he- he said he has a whole lot more information if you want to know more.

BM: Okay. Like what kind of information would he have?

RR: *(to SB) He says what type of information do you have?*

SB: *[In background] I mean, there's things that was going on with the Coast Guards and- and the police department, everything around that time. I got everything.*

BM: Well good. I'm glad you told me that 'cause what- that- this may stem into something further like that so what I'd like to do is- I've got your name and number and I'm gonna hold onto that. I'm gonna process what I- what you gave me here and if my client wants me to go ahead, uh, if- if my- I shouldn't say my client, my boss, 'cause I report to the owner of the company- if he wants me to go ahead and contact you for further information, I'll go ahead and do that. Okay?

LNA001873

SB: *[In background] All right.*

BM: And if you speak to Donald, just tell him, like I said, within the next couple of days he might be getting a call from me and basically I'm gonna ask him the same type of questions, what he- what he saw, what he went through, that sort of thing. Okay?

SB: *[In background] All right.*

BM: And Sir Brooks, thank you for your time.

SB: *[In background] All right. You too.*

BM: All right. Bye-bye.

**END OF CALL**

This telephone conversation between Bart Molay of Centanni Investigations and Sir Anthony Brooks was recorded on November 27, 2006 without Mr. Brooks' knowledge or consent.

**END OF TAPE**