# Centanni Investigative Agency

ATTORNEY WORK PRODUCT

P.O. Box 23752, New Orleans, LA 70183-0752 ◆ Wayne R. Centanni, LCI

(504) 733-6914 ◆ FAX (504) 733-6909 ◆ E-Mail:piwayne@centanni.net ◆ Website: www.centanni.net

August 30, 2007

RE:   Lafarge North America – Barge ING 4727
      CIA File:  10838
      Client Reference:  99675/28821

## TRANSCRIPTION OF DECEMBER 4, 2006 RECORDED TELEPHONE CONVERSATION WITH 9th WARD RESIDENT *EUGENE COSTELLO, JR.*

The following is a **draft** transcription of a December 4, 2006 recorded telephone conversation between Investigator RG of Centanni Investigative Agency (hereinafter "RG") and **Eugene Costello, Jr.** (hereinafter "EC"), a resident of the 9th Ward who did not evacuate during Hurricane Katrina:[1]

XX:   Hello?

RG:   Hello?

XX:   Hello.

RG:   Uh, yes, is this the Costello residence?

XX:   Who's calling?

RG:   Uh, my name is Robert Garcia. I'm trying to get in touch with, um, well, a Janice Costello, but I believe that she's deceased.

**REDACTED AS IRRELEVANT**

LNA001972

CIA 10838
Transcription of 12/04/06 Recorded
Telephone Conversation with Eugene Costello, Jr.
Page 4

**REDACTED AS IRRELEVANT**

JC: Okay. *[To EC] Gene, this- this man want to talk with you about what happened while you was at home for the hurricane.*

EC: Hello.

RG: Hello.

EC: Yeah.

RG: Hi, uh, my name is Robert Garcia.

EC: Uh-huh.

RG: And, uh, we're investigating the levee breaks over there in the Lower 9th Ward.

EC: Uh-huh.

RG: And trying to talk to, um, to any of the residents that stayed in the Lower 9th Ward during the time of Hurricane Katrina that may have seen something, heard anything, uh, that could tell us when the water came in, uh, if they heard anything, stuff like that. Uh, and, uh, just trying to get in touch with everybody to- to hear their story and try to figure out what happened out there. Um, but you were- you were at thirteen hundred Reynes Street?

EC: Right.

RG: Okay. And you're- you're Eugene Costello?

EC: Right.

**REDACTED AS IRRELEVANT**

LNA001975

CIA 10838
Transcription of 12/04/06 Recorded
Telephone Conversation with Eugene Costello, Jr.
Page 15



REDACTED AS IRRELEVANT

REDACTED AS IRRELEVANT

RG:  Okay. Okay. Well I appreciate it, and anything else you can think of or?

EC:  No. What- what they investigating for?

RG:  We're just investigating to find out what happened. Uh, I'm like a independent investigator.

EC:  Mm-hm.

CIA 10838
Transcription of 12/04/06 Recorded
Telephone Conversation with Eugene Costello, Jr.
Page 16

RG: We go out and- and talk to people in the area, um, and just, uh, just trying to find out what happened out there, and the only- the only way we can find out the truth to what happened is- is to talk to people that were actually out there and I'm trying to get somebody that was, you know, real close that might know what happened, that might have seen something or heard something or, um, anything like that, but, uh, but that's just what we're trying to figure out. And then- and then so- so while you were up in the attic it was rainy and windy the whole time or?

EC: Mm-hm. Most of the time. That had stopped too.



REDACTED AS IRRELEVANT

CIA 10838
Transcription of 12/04/06 Recorded
Telephone Conversation with Eugene Costello, Jr.
Page 17

RG: Oh, okay. Well if you ever- if you ever, uh, run into anybody that might have seen something or heard anything, uh, just let us know. And if you think of anything else, I'd appreciate you giving us a call.

EC: Yeah, I mean, uh, who- who- who benefits from the investigation? I mean, who asked y'all to investigate? I mean, it must...

RG: We're just- we're just going out- just talking to people and- and just- just trying to find out what happened.

EC: Okay. What they- what they think something was wrong from...?

RG: Well I don't- I don't know. That's- that's why we're trying to figure out what happened. Just trying to figure out the truth.



REDACTED AS IRRELEVANT

CIA 10838
Transcription of 12/04/06 Recorded
Telephone Conversation with Eugene Costello, Jr.
Page 19

EC:   Uh-huh.

RG:   Okay. Have a good day.

EC:   You too.

RG:   Bye-bye.

**END OF CALL**

This telephone conversation between Robert Garcia and Eugene Costello, Jr. was recorded on December 4, 2006 without Mr. Costello's knowledge or consent.

**END OF TAPE**