

**Centanni Investigative Agency**

ATTORNEY WORK PRODUCT

P.O. Box 23752, New Orleans, LA 70183-0752 ◆ Wayne R. Centanni, LCI

(504) 733-6914 ◆ FAX (504) 733-6909 ◆ E-Mail:piwayne@centanni.net ◆ Website: www.centanni.net

July 17, 2007

RE: Lafarge North America – Barge ING 4727
CIA File: 10838
Client Reference: 99675/28821

### TRANSCRIPTION OF DECEMBER 14, 2005 RECORDED TELEPHONE CONVERSATION WITH 9th WARD RESIDENT *CARL BUTLER*

The following is a **draft** transcription of a December 14, 2005 recorded telephone conversation between Investigator RG of Centanni Investigative Agency (hereinafter "RG") and **Carl Butler** (hereinafter "CB") a resident of the 9th Ward who did not evacuate during Hurricane Katrina:[1]

CB: Hello?

RG: Hi, is Carl Butler in?

CB: Who's speaking?

RG: Uh, Robert Garcia.

CB: Yes, sir.

RG: Hi, Mr. Butler?

CB: Yes?

RG: How are you doing?

---

[1] Disclaimer: This is a basic transcription of the conversation, and various pauses and verbal hesitations may not be included.

CIA 10838  
Transcription of 12/14/05 Recorded  
Telephone Conversation with Carl Butler  
Page 2

CB: Fine.

RG: Uh, your son, Glen...

CB: Yeah.

RG: ...he gave me your, uh, telephone number.

CB: Right.

RG: And, uh, I'm a private investigator and we're, uh, investigating the levees breaking over in the 9th Ward.

CB: Yeah.

RG: And trying- trying to figure out what happened over there.

CB: Right.

RG: And he told me that- that you had been, uh, in the 9th Ward area, uh, when, uh.

CB: Yeah, I was on top of a roof.



REDACTED AS IRRELEVANT

LNA001895

leave her there by herself, so I decided to stay with her. After I stayed with her that night, uh, it began to rain of course and- and everything of that nature, but that morning, the morning, uh, that, of the storm, uh, the water came up instantly, and it was about six o'clock in the morning because I woke up. The water was not in the street at that time.

RG: At a-

CB: (*unintelligible*)

RG: At a-

CB: Huh?

RG: At around six a.m.?

CB: That's right. The water had not came over the levee. But what happened was there was a barge in the canal and the barge, I'm more than sure you've seen it 'cause it's all (*unintelligible*) there.

RG: Yeah. I've seen that- that barge out there.

CB: Exactly. So the barge crashed through the wall. Okay? Which made the water come through a lot faster because, like I said before, the water was not down there. Okay? So after that barge crashed through there, that water came through the canal and it began to rush through there, and of course it was raining too, so all of that happening simultaneously because I opened the door that morning about six o'clock and I told my sister, I said, 'Well look, the cars aren't flooded. Let's get ready to try to bring them cars over to Claiborne Avenue.' And she was like, 'Oh no. Uh-uh. I don't want to drive.' Good thing we didn't 'cause probably we would have got caught in there and- and maybe got drowned or whatever. But anyway, uh, so I closed the door and I went back in. I told her, 'Well let's try to get some things together because...' I said, '...we don't know what

CIA 10838
Transcription of 12/14/05 Recorded
Telephone Conversation with Carl Butler
Page 4

the water's gonna do.' I went back to the door a second time. When I got to the door the second time the water was up to the steps. So, like, you know the water is starting to come now. So that was the second time. So I told her, 'Look, go pull the thing down. We might have to get up in the attic.' So we did that and I went back to the door a third time. When I got to the door that third time the water was up to the top step. So we knew the water was getting ready to come in then. So we immediately ran up the steps and I started throwing things up in the attic, it's where we went at. So I went up in the attic and after that the water began to come into the house with even a further quickness. And we ended up go- we ended up going up in the attic that- that- that Sunday night, and, uh, she had a hot water heater up there. That's where I got water from. We... The water came up so fast we wasn't even able to get the food out the cabinet and bring it up in the attic. We should have did that the night before, but we wasn't certain that's how this



REDACTED AS IRRELEVANT

LNA001897

CIA 10838
Transcription of 12/14/05 Recorded
Telephone Conversation with Carl Butler
Page 9



REDACTED AS IRRELEVANT

CB: You've been down there?

RG: I've been down there and it's... They have just...

CB: Are you still down there now?

RG: I'm not down there. I'm in New Orleans.

CB: That's what I'm saying. You down in New Orleans now.

RG: Yeah.

CB: Oh, okay.

RG: I'm down in New Orleans.

CB: And what's- what's your name?

RG: My name is Robert Garcia.

CB: Okay. And who are you an investigator with?

RG: Uh, Centanni.

CB: Who is that?

CIA 10838
Transcription of 12/14/05 Recorded
Telephone Conversation with Carl Butler
Page 10

RG: Uh, that's a independent investigative agency.

CB: Okay.

RG: And, uh, we're just- we're... Since we're here we've heard all kinds of rumors and...

CB: Right. Right.

RG: ...and all kinds of...

CB: Different things, huh?

RG: And I'm sure that you've heard the same things about...

CB: Right. Right. Well let me ask you this here. What- what are they gonna do about that barge that bust through there?

RG: I don't- I don't know what they gonna do with that.

CB: But I mean that has to be considered a part of the problem.

RG: Well, when I spoke with, uh, with Glen, he had told me that, uh, that- that when the water... I think he had told me that- that the water was... There was some kind of crack in the levee.

CB: Uh-huh. In the levee?

RG: Yeah, that you had seen and then, uh, and then, uh, and then the barge got sucked in by the rushing water.

CB: No. No. No.

RG: Okay.

CB: No. Look. Glen was gone. I was there. You understand? Look. That barge was on the other side of the channel. You understand what I'm saying?

RG: On?

CB: It was on the Poland Street side.

LNA001903

CIA 10838
Transcription of 12/14/05 Recorded
Telephone Conversation with Carl Butler
Page 11

RG:  Okay.

CB:  And that barge broke loose and broke through that- through that wall.

RG:  Okay. So do you think...?

CB:  And...

RG:  Go ahead. I'm sorry.

CB:  What you said?

RG:  I was just trying to, uh, figure out... Are you... Where she was at in the twenty one hundred block of Deslonde...

CB:  Okay. That's about- that's about the, uh, that's about the- the fifteen, sixteen hundred block of, uh, Jourdan.

RG:  I think that's actually like the seventeen- like the seventeen, eighteen.



REDACTED AS IRRELEVANT

LNA001904

CIA 10838
Transcription of 12/14/05 Recorded
Telephone Conversation with Carl Butler
Page 30

CB: One two three hundred, uh… What you need that for?

RG: Uh, I'm just trying to- we're just trying to… Everybody that we talk to we're just trying to get all their information.

CB: Well just call me- just call me if you, and I'll get back with you. Okay?

RG: Okay.

CB: All right.

RG: Okay, sir. Thank you. I appreciate it.

**END OF CALL**

LNA001923