**Centanni Investigative Agency**

ATTORNEY WORK PRODUCT

P.O. Box 23752, New Orleans, LA 70183-0752 ◆ Wayne R. Centanni, LCI

(504) 733-6914 ◆ FAX (504) 733-6909 ◆ E-Mail:piwayne@centanni.net ◆ Website: www.centanni.net

November 15, 2007

RE: Lafarge North America – Barge ING 4727
CIA File: 10838
Client Reference: 99675/28821

### TRANSCRIPTION OF APRIL 18, 2007 RECORDED TELEPHONE CONVERSATION WITH LOUISIANA NATIONAL GUARDSMAN *NATHAN BLAESING*

The following is a **draft** transcription of an April 18, 2007 recorded telephone conversation between Investigator RG of Centanni Investigative Agency (hereinafter "RG") and **Nathan Blaesing** (hereinafter "NB"), a member of the Louisiana National Guard who arrived in New Orleans after Hurricane Katrina.:[1]

RG: This is Robert. Can I help you?

NB: Hi. My name is Nathan Blaesing and I received a- a call from you, uh, in regarding something from the *Times Picayune*.

RG: Uh, yes, sir. Hi. How are you doing? Um, I got your name from, uh, I believe I have the- the correct individual. You had written a letter to, uh, the *Times Picayune*, the "Your Opinions."

NB: Yeah.

RG: In regards to the "Can Man."

---

[1] Disclaimer: This is a basic transcription of the conversation, and various pauses and verbal hesitations may not be included.

LNA003821

NB: Yes, uh, a couple of weeks ago.

RG: Oh, okay. And, uh, it was- it was printed in- I don't know if you were, uh, if you knew it was- it was printed Monday, April ninth.

NB: Uh, yes, I was, uh, I was made aware of that. (*unintelligible*)

RG: Oh, okay. And we're, uh, our agency is- we're investigating the levee- the levee breaches in the Lower 9th Ward area.

NB: Okay.

RG: And, um, trying to talk with individuals, first responders that were out, uh, in the 9th Ward area and surrounding Greater New Orleans area, uh, that- that may have, you know, seen, um, the- the devastation and what had occurred first hand, uh, before anyone else, uh, and, uh, we're trying to figure out what exactly occurred, uh, specifically in the Lower 9th Ward, uh, with, uh, with the levees breaking there. I didn't know if you were familiar with the 9th Ward levee breaks.

NB: I was- I became very intimate with it- with it, especially after the storm, a few weeks after, the, uh, (*unintelligible*)

RG: Okay. And, um, and then I'd- I'd seen your article in here and, uh, had just done some research on, uh, your name 'cause it's not- not very common and, um, and you had left me a- a message that your attorney had contacted you.

NB: Yes.

RG: 'Cause I had- I think I had, uh, run your name and came up with NB Blaesing, LLC.

NB: Uh, yeah, that's a business that I own in Mobile.

RG: Oh, okay. But, uh, that's- that's how I was trying to get in touch with you and, um, and one thing, uh, we were trying to figure out is in regards to, uh, people that were flying in helicopters, uh, about how- how the- the weather conditions were to fly the helicopters 'cause we're getting reports that some people were there earlier than others, uh, and, uh, and just in different areas and, uh, just wondering if you'd be available to talk about that.

NB: Well, who is your, uh, who- who's the person that is actually wanting this investigation performed?

RG: Uh, this is- we work for, uh, Centanni.

NB: Uh, no, who's your, uh, who's your client?

RG: Uh, it's an attorney for, uh, for the- I didn't know if you- in the Lower 9th Ward are there was a barge that was present, uh.

NB: Yeah. That- that, uh, either caused the breach or- or came in afterwards?

RG: Yeah. And we're- we're working for, uh, the, uh, owner- not the owner of the barge company, uh, but the- the, uh, company that was leasing the barge from, uh, Ingram Barge Company.

NB: Okay.

RG: And so we- they've asked us to contact people in regards to that to- to give us their accounts of what they saw when they were out there. Uh, what the weather conditions were like and, uh, and figure out, you know, uh, what- what caused the levee breaks.

**REDACTED AS IRRELEVANT**

CIA 10838
Transcription of 04/18/07 Recorded Telephone Conversation
with Nathan Blaesing
Page 18

This telephone conversation between Robert Garcia and Nathan Blaesing was recorded on April 18, 2007 without Mr. Blaesing's knowledge or consent.

**END OF TAPE**

LNA003838