

Page 1

LSA-R.S. 14:62.5

West's Louisiana Statutes Annotated Currentness
  Louisiana Revised Statutes
    Title 14. Criminal Law
      Chapter 1. Criminal Code (Refs & Annos)
        Part III. Offenses Against Property
          Subpart A.  by Violence to Buildings and Other Property
            3. Burglary

### § 62.5. Looting

A. Looting is the intentional entry by a person without authorization into any dwelling or other structure belonging to another and used in whole or in part as a home or place of abode by a person, or any structure belonging to another and used in whole or in part as a place of business, or any vehicle, watercraft, building, plant, establishment, or other structure, movable or immovable, in which normal security of property is not present by virtue of a hurricane, flood, fire, act of God, or force majeure of any kind, or by virtue of a riot, mob, or other human agency, and the obtaining or exerting control over or damaging or removing property of the owner.

B. Whoever commits the crime of looting shall be fined not more than ten thousand dollars or imprisoned at hard labor for not more than fifteen years, or both.

C. Whoever commits the crime of looting during the existence of a state of emergency, which has been declared pursuant to law by the governor or the chief executive officer of any parish, may be fined not less than five thousand dollars nor more than ten thousand dollars and shall be imprisoned at hard labor for not less than three years nor more than fifteen years without benefit of probation, parole, or suspension of sentence.

CREDIT(S)

Added by Acts 1993, No. 667, § 1. Amended by Acts 2005, No. 208, § 1;   Acts 2006, No. 165, § 1.

HISTORICAL AND STATUTORY NOTES

2007 Main Volume

Pursuant to the statutory revision authority of the Louisiana State Law Institute, in this section as added in 1993, "acts of God" was changed to "act of God" in subsec. A.

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

Case 2:05-cv-04182-SRD-JCW   Document 13839-34   Filed 07/15/08   Page 2 of 2

Page 2

LSA-R.S. 14:62.5

Acts 2005, No. 208, § 1 added subsec. C.

Acts 2006, No. 165, § 1, in subsec. C, deleted "when the defendant knew or should have known that a declaration of emergency existed" preceding "may be fined".

LSA-R.S. 14:62.5, LA R.S. 14:62.5

Current through the 2008 Second Extraordinary Session.

Copr © 2008 Thomson Reuters/West.

END OF DOCUMENT

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.