

Page 1

LSA-R.S. 14:62.7

West's Louisiana Statutes Annotated Currentness
  Louisiana Revised Statutes
    Title 14. Criminal Law
      Chapter 1. Criminal Code (Refs & Annos)
        Part III. Offenses Against Property
          Subpart A.  by Violence to Buildings and Other Property
            3. Burglary

### → § 62.7. Unauthorized entry of a dwelling during an emergency or disaster

A. (1) Unauthorized entry of a dwelling during an emergency or disaster is the intentional entry by a person without authorization into any dwelling or other structure belonging to another and used in whole or in part as a home or place of abode by a person when the dwelling or other structure is located in a parish where the governor has declared a disaster or emergency pursuant to the provisions of the Louisiana Homeland Security and Emergency Assistance and Disaster Act (R.S. 29:721 et seq.).

(2) The provisions of this Section shall not apply to the following:

(a) Any law enforcement or rescue personnel providing rescue or emergency disaster services.

(b) Any person entering a dwelling for the purposes of survival or awaiting evacuation or rescue within seventy-two hours of the occurrence of the disaster or emergency which resulted in the declaration of disaster or emergency.

B. Whoever commits the crime of unauthorized entry of a dwelling during an emergency or disaster shall be fined not more than one thousand five hundred dollars or imprisoned with or without hard labor for not more than one year, or both.

CREDIT(S)

Added by Acts 2006, No. 199, § 1.

LIBRARY REFERENCES

2007 Main Volume

    Burglary ⚷1, 49.
    Westlaw Topic No. 67.

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

LSA-R.S. 14:62.7

C.J.S. Burglary §§ 1 to 4, 11 to 24, 28 to 48, 175 to 179.

LSA-R.S. 14:62.7, LA R.S. 14:62.7

Current through the 2008 Second Extraordinary Session.

Copr © 2008 Thomson Reuters/West.

END OF DOCUMENT

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.