LSA-R.S. 14:62

West's Louisiana Statutes Annotated Currentness
  Louisiana Revised Statutes
    Title 14. Criminal Law
      Chapter 1. Criminal Code (Refs & Annos)
        Part III. Offenses Against Property
          Subpart A. by Violence to Buildings and Other Property
            3. Burglary

### → § 62. Simple burglary

A. Simple burglary is the unauthorized entering of any dwelling, vehicle, watercraft, or other structure, movable or immovable, or any cemetery, with the intent to commit a felony or any theft therein, other than as set forth in R.S. 14:60.

B. Whoever commits the crime of simple burglary shall be fined not more than two thousand dollars, imprisoned with or without hard labor for not more than twelve years, or both.

CREDIT(S)

Amended by Acts 1972, No. 649, § 1; Acts 1977, No. 133, § 1; Acts 1980, No. 708, § 1; Acts 2001, No. 241, § 1.

REPORTER'S COMMENT--1950

2007 Main Volume

**Scope:**

This section is intended to include all types of entering not classified as aggravated burglary. If any of the essentials of aggravated burglary is lacking, the offender then commits the crime of simple burglary with a lesser maximum penalty provided.

HISTORICAL AND STATUTORY NOTES

2007 Main Volume

**Source:**
    Acts 1942, No. 43, § 1, Art. 62.

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

LSA-R.S. 14:62

The 1972 amendment substituted "felony" for "forcible felony".

Section 2 of Acts 1972, No. 649, provided:

The 1977 amendment, in the second paragraph, substituted "with or without hard labor, for not more than twelve years" for "at hard labor for not more than nine years".

The 1980 amendment, in the second paragraph, inserted "be fined not more than two thousand dollars", and added "or both".

Acts 2001, No. 241, § 1, inserted "or any cemetery," after "immovable"; and substituted "R.S. 14:60" for "Section 60", both in the first paragraph.

Pursuant to the statutory revision authority of the Louisiana State Law Institute, in this section as amended in 2001 subsecs. A and B were designated.

"This Act shall not apply to any crime committed before the effective date of this Act. Crimes committed before that time shall be governed by the law existing at the time the crime was committed."

LSA-R.S. 14:62, LA R.S. 14:62

Current through the 2008 Second Extraordinary Session.

Copr © 2008 Thomson Reuters/West.

END OF DOCUMENT

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.