UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * | CIVIL ACTION |
| _____ | * * | NUMBER 05-4182 & CONSOLIDATED CASES |
| THIS DOCUMENT RELATES TO LEVEE:  06-5116  (Sims) 06-5127 (DePass) 06-5131 (Bourgeois) | * * * * | SECTION "K" JUDGE DUVAL |
| * * * * * * * * * * * * * * * * * * * * * | * * | MAGISTRATE WILKINSON |

**OPPOSITION TO ORLEANS LEVEE DISTRICT'S MOTION TO RECONSIDER COURT'S ORDER AND REASONS**

MAY IT PLEASE THE COURT:

Defendant Sewerage and Water Board of New Orleans responds to the Motion to Reconsider Court's Order and Reasons (Rec. Doc. 13613) filed by the Orleans Levee District. [Rec. Doc. 13728]. The Orleans Levee District asks the Court to reconsider the portion of its ruling providing the Orleans Levee District has garde over the flood water pump system. The motion to reconsider should be denied because (1) the language complained of is dicta and is not binding on the Orleans Levee District and (2) the finding does not affect the Court's holding on the Sewerage and Water Board of New Orleans' motions to dismiss.

The *Sims*, *DePass* and *Bourgeois* plaintiffs cumulatively assert four categories of claims against the Sewerage and Water Board of New Orleans. They allege: (1) failure to

maintain the drainage canals; (2) failure to manage flooding during Hurricane Katrina; (3) failure to maintain levees and levee improvements; and (4) breaches of so-called acts of assurances between the Sewerage and Water Board and the United States of America through the Army Corps of Engineers.[1]

The Sewerage and Water Board of New Orleans sought dismissal of plaintiffs' claims because they fail to state a cause of action upon which relief can be granted.  In its Order and Reasons, the Court dismissed three out of four of the categories of claims.  It dismissed the breach of the acts of assurances claims and the claims of failure to manage flood waters during Hurricane Katrina.  The Court also dismissed the failure to maintain levees claims and in doing so additionally discussed garde of the water pumping system.

The Orleans Levee District has filed a motion to reconsider the Court's Order and Reasons.  The Federal Rules of Civil Procedure do not expressly recognize a motion for

---

[1] *Bourgeois*, 06-5131, only makes two claims against the Sewerage and Water Board of New Orleans:  breaches of acts of assurances (¶81 of the Complaint for Declaratory Judgment and Damages and Request for Jury Trial) and failure to maintain the drainage canals (¶¶80 and 83 of the original Complaint).

*Sims*, 06-5116, makes four claims against the Sewerage and Water Board of New Orleans:  breaches of acts of assurances (¶¶69 and 70 of the Complaint for Declaratory Judgment and Damages and Request for Jury Trial), failure to maintain the drainage canals (¶¶68 and 72 of the original Complaint), failure to manage the flooding (¶75.11 of the First Amendment to Complaint for Declaratory Judgment and Damages and Request for Jury Trial), and failure to maintain the levees and levee improvements (¶71 of the original Complaint and ¶75.8 of the First Amendment to Complaint for Declaratory Judgment and Damages and Request for Jury Trial).

*DePass*, 06-5127, makes four claims against the Sewerage and Water Board of New Orleans: breaches of acts of assurances (¶¶69 and 70 of the Complaint for Declaratory Judgment and Damages and Request for Jury Trial), failure to maintain drainage canals (¶¶68 and 72 of the Complaint for Declaratory Judgment and Damages and Request for Jury Trial), failure to maintain levees and levee improvements (¶71 of the Complaint for Declaratory Judgment and Damages and Request for Jury Trial and ¶75.8 of the First Amended Complaint for Declaratory Judgment and Damages and Request for Jury Trial), and failure to manage flooding (¶78 and 79 of the Complaint for Declaratory Judgment and Damages and Request for Jury Trial and ¶75.11 of the First Amended Complaint for Declaratory Judgment and Damages and Request for Jury Trial).

reconsideration; however, Federal Rule 59(e) allows motions to alter or amend a judgment. "Such motions serve the narrow purpose of allowing a party to correct manifest errors of law or fact or to present newly discovered evidence." *Waltman v. International Paper Co.*, 875 F.2d 468, 473 (5th Cir. 1989).

The Orleans Levee District's motion complains about the Court's conclusion that it had garde over the water pumping system. In referring alternately to the "water pumping system", "flood water pump system" or "flood water pumping system", the Court did not define those terms. Consequently, it is not known what the Court considers to be included in this system. Importantly, in their original and amended complaints, the plaintiffs do not refer to the flood water pumping system either. Nowhere in their numerous complaints do plaintiffs make a claim for defects in the flood water pump system. Therefore, it is necessary to refer to the plaintiffs' several complaints to determine the specific claims plaintiffs have made against the Sewerage and Water Board of New Orleans.

Reviewing the complaints, plaintiffs do not allege any pump was defective or failed to operate. Plaintiffs aver the Sewerage and Water Board of New Orleans was negligent on the day of Hurricane Katrina for continuing to operate pumps when the 17th Street Canal was closed, but nowhere is there stated an allegation that some pump station failed to move water as a result of a defect in a pump or something else contained in a pump station. The plaintiffs' claims for defects in things allegedly in the Sewerage and Water Board's custody are limited to the drainage canals and the levees.

Since plaintiffs do not make a claim against the Sewerage and Water Board of New Orleans for a defect in a water pumping system, the court's analysis of garde of the flood water pumping system is dicta. It is not the actual holding of the decision and does not dismiss an actual claim filed by the plaintiffs. The discussion of garde of the flood water pumping system is dicta and not binding on the Orleans Levee District.

Further, the finding that the Orleans Levee District had garde of the flood water pumping system is not critical to the Court's holding dismissing most of plaintiffs' claims against the Sewerage and Water Board. The finding has no bearing on the dismissal of the acts of assurances claims or on the dismissal of the failure to manage flood waters during Hurricane Katrina claims. Likewise, it has no impact on the dismissal of the failure to maintain levees claims. The Court properly concluded that the Sewerage and Water Board of New Orleans, like the Port of New Orleans, Jefferson Parish and the City of New Orleans, did not have custody of the levees and, therefore, had no duty to maintain the levees. [*See* Rec. Docs. 1133, 8387, 8389, 8390].

The dismissal of three out of four of plaintiffs' claims against the Sewerage and Water Board of New Orleans is supported by the law, irrespective of any analysis of garde of the flood water pump system.[2] The determination of garde of the flood water pumping system is not critical to this ruling.

---

[2] As discussed in detail in the Sewerage and Water Board of New Orleans' opposition to plaintiffs' motion to reconsider, the SWB believes the fourth category of claims, negligent maintenance of the drainage canals, likewise should be dismissed. Plaintiff has failed to plead sufficient facts to state a cause of action for failure to maintain the drainage canals.

## CONCLUSION

For the foregoing reasons, the Orleans Levee District's motion to reconsider should be denied. The dismissal of plaintiffs' claims should be sustained.

Respectfully submitted,

s/Charles M. Lanier, Jr.
**CHARLES M. LANIER, JR. - #18299, T.A.
KEVIN R. TULLY - #1627
CHARLOTTE S. SAWYER - #28493
CHRISTOVICH & KEARNEY, LLP**
601 Poydras Street, Suite 2300
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700

**GEORGE R. SIMNO III - #12271
GERARD M. VICTOR - #9815**
625 St. Joseph Street, Room 201
New Orleans, Louisiana 70165
Telephone:  (504) 585-2242
Facsimile:   (504) 585-2426

ATTORNEYS FOR DEFENDANT SEWERAGE
AND WATER BOARD OF NEW ORLEANS

## CERTIFICATE

I do hereby certify that on the 15th day of July 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.  I also certify that I have mailed the foregoing by United States Postal Services, First Class, to all non-CM/ECF participants.

s/Charles M. Lanier, Jr.
**CHARLES M. LANIER, JR.**
