# EXHIBIT 1



KDON Marine Consulting
8876 Gulf Freeway, Suite 120
Houston, Texas 77017

(713) 944-0966                Fax (713) 944-2546

June 13, 2008

Declaration of
Donald J. Green
Commander, USCG (Retired)
Marine Consultant

Ref:   In Re: Ingram Barge, Civil Action No. 05-5724, Sec. "C", Mag. (2), consolidated into
       Civil Action No. 05-4419 And In Re: Katrina Canal Breaches Litigation; In the United
       States District Court, Eastern District of Louisiana
       KDON File: 06538

## 1.   INTRODUCTION

The following are my opinions regarding the circumstances surrounding the breakaway of the barge *ING 4727* from the Lafarge North America Inc. (LNA) facility, Inner Harbor Navigation Canal (IHNC) a/k/a Industrial Canal, New Orleans, Louisiana, during hurricane Katrina on or about the morning of August 29, 2005.

## 2.   BASIS OF OPINION

In order to render my opinions outlined below I have reviewed and considered the following information:

### 2.1   Information Reviewed

- Various photographs;
- Transportation Agreement: Ingram contract with Lafarge;
- Service Agreement: Zito Fleeting, LLC contract with Ingram Barge Company;
- Logs of Unique Towing;
- Joseph C. Domino, Inc. Invoice, dated 8/27/05;
- Joseph C. Domino, Inc., Policies and Procedures Manual;
- Certificate of Documentation for the *REGINA H;*
- Certificate of Insurance: Gulf Coast Marine, LLC;
- Hull Policy: Lizana/Unique Towing, Inc., Richard C. Heck & Joseph M. Lizana;
- Policy of Insurance: Heck/Lizana/Unique Towing, Inc.;
- Deposition of Gerald McNeill, Joe Domino, Inc., Tug Broker;
- Exhibits to McNeill deposition;

**2.2    Additional Considerations**

In addition to the above, I have reviewed safety procedures, federal rules and regulations, the Coast Guard online database, conducted online research for information regarding Hurricane Katrina, reviewed Coast Guard Marine Safety Bulletins, and various news reports regarding Hurricane Katrina, visited and inspected the remnants of the mooring lines used to moor the *ING 4727* and the *ING 4745* together, visited the Lafarge waterfront facility, inspected the *ING 4727,* and drawn on personal experience and training; all for the purpose of rendering opinions as to the cause or causes of the breakaway of barge *ING 4727.*

**3.    CIRCUMSTANCES**

This case involves the breakaway of the uninspected and undocumented hopper barge *ING 4727* from the Lafarge North America, Inc. cement facility, New Orleans, Louisiana during Hurricane Katrina.  The *ING 4727* is of the following particulars.

| | |
|---|---|
| Registration/VIN: | Undocumented |
| Service: | Barge |
| Operator: | Ingram Barge Company |
| Date of Build: | 1990 |
| Propulsion: | Non-self-propelled |
| Hull Material: | Steel |
| Gross Tons: | 960 tons (Estimated) |
| Net Tons: | 960 tons (Estimated) |
| Length: | 200.0 ft. |
| Breadth: | 35 ft. |
| Depth: | 12 ft. |
| Light draft: | 1'4.5" |

At the time of the breakaway the *ING 4727* was empty and moored outboard and alongside the loaded *ING 4745* at the Lafarge North America, Inc., facility located on the west side of the Inner Harbor Navigation Canal, between the Florida Avenue and Claiborne Avenue bridges, New Orleans, Louisiana.

**3.1    Breakaway**

**3.1.2    General**

During the early morning hours of August 29, 2005, the *ING 4727* broke free of its moorings during Hurricane Katrina and drifted south in the IHNC  The *ING 4727* passed through the levee, eventually coming to rest in the adjacent residential neighborhood within the Lower Ninth Ward.

The National Hurricane Center, Hurricane Katrina Intermediate Advisory Number 26A, 6 AM CST Monday August 29, 2005, reported that the hurricane was located about 70 miles south-southeast of New Orleans, Louisiana. The Advisory indicated that maximum sustained winds were near 145 MPH with higher gusts, a category four hurricane, and that hurricane force winds extended outward up to 120 miles from the center.