# EXHIBIT 2

EXPERT OPINION REPORT

# Analysis of Flooding of the Lower Ninth Ward and St. Bernard Parish Hurricane Katrina August 2005 New Orleans, Louisiana

Prepared for

**INGRAM BARGE PSLC**

Prepared By
**CivilTech Engineering, Inc.**

**June 27, 2008**

*Expert Opinion Report – Hurricane Katrina*

Louisiana during Hurricane Katrina.  The IPET final report describes the storm as "The path followed by Hurricane Katrina, shown in **Figure 1**, caused severe surge and wave conditions on the east side of the Hurricane Protection System (HPS), from Lake Pontchartrain to southern Plaquemines Parish.  Katrina struck early on the morning of 29 August 2005, after building up water levels to the east of New Orleans for several days. Katrina was a Category 5 storm with up to 139-knot (160-mph) sustained surface winds until it was approximately 170 miles from landfall.  When it reached landfall at Buras, LA, around 0610 hr (6:10 a.m. Central Daylight Time, CDT) or 1110 Coordinated Universal Time, UTC), surface wind speeds were at about 100 knots (115 mph), but the long path through the Gulf, and its intensity and size, had built up record levels of surge and waves, larger than any previous storm to strike the area, or the North American continent.



**Figure 1.**    Hurricane Katrina Path and Intensity History. (intensity defined based on flight-level wind speeds, as opposed to surface winds). [1]

Katrina (a Category 3 storm at landfall) generated substantially higher surges than Camille (a Category 5 storm at landfall in August 1969) in the area where they both made a direct hit. Whereas the Saffir-Simpson scale is a good predictor of wind levels and damage from hurricanes, it is not a particularly good predictor of the surge and wave generation potential for these storms.  Surge and wave levels are particularly sensitive to

**CivilTech**
**Engineering, Inc.**

the path the storm takes, the geometry of the coastline and the continental shelf, and the offshore character of the storm. Hurricane Katrina had much greater wave and storm surge generation potential than the Standard Project Hurricane (SPH) storms used to design the HPS.

Katrina swept through the New Orleans area rapidly, making a second landfall at Pearl River, MS, around 0945 hr (9:45 a.m. CDT (1445 UTC)) with surface wind speeds around 100 knots (115 mph). With it came record rainfall. Over a 24-hr period, sections of New Orleans near the intersection of Lake Pontchartrain and the IHNC received over 14 in. of rainfall. The previous record was from Hurricane Betsy which dumped up to 7 in. in the same time frame. This rainfall was to become at least 20 percent of the total volume of water that flooded the New Orleans metropolitan area. The east and south facing levees of New Orleans East, St. Bernard and Plaquemines Parishes absorbed the brunt of the storm, experiencing surge and waves significantly beyond their design levels. Overtopping was common and, depending on location, persisted for hours.

Literally all of the gauging instruments to measure water conditions were destroyed by Katrina. Other than high-water marks, and the devastation, there were few measurements to confirm the actual water level time-histories resulting from the storm. Surge levels ranged from about 10 to 12 ft along the south shore of Lake Pontchartrain to 20 ft along the Plaquemines Levees. Even enclosed areas such as the IHNC experienced water levels above 14 ft, not including waves. Winds from Katrina generated a record-wave environment." [1]

## 1.3   Lower Ninth Ward and St. Bernard Parish

The location of the Lower Ninth Ward and St. Bernard Parish study area is shown in **Figure 2** and in **Exhibits 1 and 2**. This area is bounded on the south by the Mississippi River, on the west by the Inner Harbor Navigation Channel (IHNC), and on the north and east by the Gulf Intracoastal Waterway (GIWW) and the Mississippi River Gulf Outlet (MRGO). The Lower Ninth Ward and St. Bernard Parish are protected by a single continuous "ring" of levees that constitute one of the three main protected basins in the New Orleans area. An internal local levee, the 40-Arpent Levee, separates the Lower Ninth Ward and St. Bernard Parish into a northeastern section that is primarily marsh and a southwestern section that is primarily populated. The northeastern section is described as a large 32,000 acre wetland or bowl. The crest height of the 40-Arpent Levee between the wetlands and the populated areas is approximately 6.5 feet.

During Hurricane Katrina, the Lower Ninth Ward and the St. Bernard Parish was devastated from the catastrophic failure of the hurricane flood protection system along the INHC floodwall and the levee breaches along MRGO. The storm surge generated by Hurricane Katrina, a Saffir-Simpson Category 3 storm at landfall with surface winds over 115 mph combined to produce the single most costly catastrophic failure of an

**CivilTech**
**Engineering, Inc.**