# EXHIBIT 3

```
00001
 1        UNITED STATES DISTRICT COURT

 2        EASTERN DISTRICT OF LOUISIANA

 3

 4

 5

 6

 7 IN RE: KATRINA CANAL BREACHES    CIVIL ACTION
   CONSOLIDATED LITIGATION
 8                 NO. 05-4182
                     "K" (2)
 9
   PERTAINS TO:  BARGE          JUDGE DUVAL
10
                   MAG. WILKINSON
11

12
   BOUTTE V. LAFARGE      05-5531
13 MUMFORD V. INGRAM      05-5724
   LAGARDE V. LARFARGE    06-5342
14 PERRY V. INGRAM        06-6299
   BENOIT V. LAFARGE      06-7516
15 PARFAIT FAMILY V. USA  07-3500
   LAFARGE V. USA         07-5178
16

17

18

19

20

21 DEPOSITION OF WILLIAM JOSEPH VILLAVASSO, JR.,
   11041 Roger Drive, Apartment A, New Orleans,
22 Louisiana 70127, taken in the offices of
   Christovich & Kearney, Suite 2300 Pan American
23 Life Center, 601 Poydras Street, New Orleans,
   Louisiana 70130, on Tuesday, December 18,
24 2007.

25
```

```
00202
 1     MR. WALKER:
 2         That's right.
 3     MR. ERNST:
 4         Up and -- All right.  Okay.
 5     THE WITNESS:
 6         No, I was just drawing that as an
 7     illustration of a wall.  Now, I don't
 8     -- It wasn't center where it hit.
 9     The bridge was here (indicating) and
10     this is where it hit and broke
11     (indicating).  And I seen the top part
12     where it appears to be a piece of
13     steel, what appeared to be a barge to
14     me, and it was like from maybe a foot,
15     foot and a half, two feet at the
16     most.  I don't know.  But that's all I
17     seen.  And it didn't -- it protruded
18     not through the wall, but where you
19     can see on an angle like.
20 EXAMINATION BY MR. WALKER:
21     Q.  And this foot or foot and a half --
22 foot or two feet is what you could see from
23 top to bottom?
24     A.  Yeah.  That's all I could see.  It
25 was raining and it was dark, the wind was
```

00203
1  blowing like hell. That's all I could see.
2    Q.  So you could see two feet of this
3  object and nothing -- you couldn't see
4  anything above five, six, --
5    A.  No.
6    Q.  -- ten, fifteen feet?
7    A.  Nope. All I seen was water.
8    Q.  And you couldn't see the color of
9  this object?
10    A.  No.
11    Q.  You couldn't see any writings on it?
12    A.  No.
13    Q.  Couldn't see if it had any crew on
14  it?
15    A.  No.
16    Q.  Couldn't see any flag on it?
17    A.  No.
18    Q.  Couldn't see the name of any company
19  on it?
20    A.  No.
21    Q.  You couldn't see whether it was a
22  tank barge?
23    A.  That's correct.
24    Q.  You couldn't see whether it was a
25  hopper barge?

VILLAVASSO, WILLIAM                                   Page 203

00204

1   A.   Right. I couldn't tell what it was.

2   Q.   Couldn't see if it had a cover or

3   not?

4   A.   Right.

5   Q.   Couldn't see if it was an open

6   barge? Right?

7   A.   Right.

8   Q.   Couldn't see how big it was?

9   A.   Nope.

10   Q.   Couldn't see how long it was?

11   A.   That's correct.

12   Q.   Couldn't see how wide it was?

13   A.   That's correct also.

14   Q.   Okay. Couldn't see if it had a

15   dangerous cargo flag?

16   A.   No.

17   Q.   Or any pipes or piping on the deck?

18   A.   No, I could not see that.

19   Q.   Okay. Could you tell us, if you

20   remember, what that 20 foot wall of water was

21   doing at the time that you saw that tip hit

22   the wall?

23   A.   Gushing through that opening.

24   Q.   So it was coming right over it?

25   A.   Yeah.

```
00210
 1      three or four inches up the --
 2      MR. ERNST:
 3         Exactly.
 4      MR. WALKER:
 5         Right. That's why I said draw a
 6   circle around it.
 7      THE WITNESS:
 8         Could be anywhere between there
 9   (indicating).
10   EXAMINATION BY MR. WALKER:
11      Q.  Somewhere around that area is, to
12   the best of your recollection, where you saw
13   the wall collapse?
14      A.  If this is the wall of this aerial
15   photograph. If this is the wall, it was in
16   that area (indicating). And I could see it
17   from the porch here, you could see on this
18   angle where it broke.
19      Q.  All right. Assume that is the
20   wall. Then, to the best of your recollection,
21   if there's a center point to the circle you
22   have drawn, did you see this tip closer to
23   Claiborne Avenue, to Florida Avenue, in the
24   center? One way or the other? Or can you
25   tell?
```

```
00211
  1    A.  I couldn't tell.
  2    Q.  Okay.  You don't wear glasses, do
  3  you?
  4    A.  Yeah.
  5    Q.  You do.  Were you wearing glasses
  6  that night, or contact lenses?
  7    A.  I wasn't wearing glasses at all.
  8    Q.  For what type of correction do you
  9  wear glasses?
 10    A.  For like for driving.  I don't know
 11  what you call that.
 12    Q.  Was that -- Do you see long distance
 13  fuzzy or do you see reading fuzzy?
 14    A.  I see long distance fuzzy.
 15    Q.  And you did not have your glasses on
 16  at the time that you went out on the --
 17    A.  No.
 18    Q.  -- porch that night?
 19    A.  No, I did not.
 20    Q.  When did the windows in the pump
 21  station break?
 22    A.  During the hurricane.  After the
 23  wall broke, after we had all the water come
 24  in.  Now, in the office, like I told you, they
 25  don't have windows.  In the older part of the
```