# EXHIBIT 4

EXPERT OPINION REPORT

# Analysis of Flooding of the Lower Ninth Ward and St. Bernard Parish Hurricane Katrina August 2005 New Orleans, Louisiana

Prepared for

INGRAM BARGE PSLC

Prepared By
CivilTech Engineering, Inc.

June 27, 2008

Prior to 4:00 a.m., the model shows only minor ponding in the study area from rainfall. At 4:00 a.m., the storm surge elevation is at 9.2 feet in the IHNC, which is approximately 4 feet below the IHNC I-wall crest elevation. After the IHNC north floodwall breached at or before 4:00 a.m., flood depths begin to rise in the north section of the Lower Ninth Ward near Pump Station 5 (OP5). By 5:30 am, the Lower Ninth Ward along the IHNC had flood depths up to 5 feet. The IHNC south floodwall breached at or before 5:30 a.m., causing the flood depths to rise much more rapidly and spread across the Lower Ninth Ward as can be visually seen in the progression of flooding between 6:00 a.m. and 6:15 a.m. in Figure 8. The storm surge elevations in the IHNC were at 11.2 feet during this time, which is still approximately 2 feet below the IHNC I-wall crest elevation. The storm surge began to overtop the IHNC after 7:30 a.m. and reached a maximum surge elevation of 14 feet at approximately 8:20 a.m. along the IHNC.

The IPET report notes that two stopped clocks located at Site C1 (see Figure 5) showed a stop time of about 5:15 a.m. CDT. Two other clocks at Site C1 at the same elevation showed a time of about 6:30 a.m. CDT. Four other clocks at higher elevations at Site C1 also indicated a time of about 6:30 a.m. CDT. The ground elevation in this area is about -6 feet, which would indicate that at a +2 feet, the water level would have had to rise about 8 feet before the clocks became inundated. Therefore, the actual breach time would have had to been sometime prior to the recorded times on the clocks, which would be in agreement with the eyewitness accounts of about 4:30 a.m. CDT. The earlier breached time is also support by additional eyewitness accounts obtained in this matter. Mr. T. Adams, who lived at the same location at IPET Site C1, stated that his carpet was wet when he got up at 5:00 a.m. [7]. The flood simulation model computed a flood depth of 3.2 feet at 5:15 a.m. which supports Mr. Adams eyewitness account. Another eyewitness, D'A. Johnson, who lived within close proximity, reported that at about 6:10 a.m. water was higher than 5.2 feet. [9] The flood simulation model computed a flood depth of 5.7 feet at 6:10 a.m. at the same location, which strongly agrees with the eyewitness account.

At about 5:30 a.m., the flood simulation model shows the MRGO levee beginning to overtopped and breached at various locations. Floodwaters begin to fill the 32,000 acre wetland situated between MRGO and the 40-Arpent Levee. At about 7:45 a.m., MRGO floodwaters overtop the 40-Arpent Levee and enter Chalmette. Floodwaters from the IHNC and from MRGO meet at Delille Street, three blocks west of Paris Road, at 9:10 a.m. Delille Street is where the topographic ridge line is located. Surge water continues the flood the entire area to a maximum depth of approximately 11.2 feet at noon. Eyewitness reports confirm the timing and flow direction of the flooding in this area. Eyewitness James Reed also reported no water coming over the 40-Arpent levee between 7:00 to 8:00 am. [18] MRGO floodwaters enter Chalmette from the northeast whereby camera footage shows water entering the area to the northeast of the tower at about 1320 UTC (8:20 a.m. CDT) and rising very quickly. The video also shows large clumps of marsh grass moving in a northeast to southwest direction, clearly indicating