# EXHIBIT 5 – PART 1



Figure 14-102.



Figure 14-103.

(4) <u>Closure Structure and I-Wall West of Bienvenue</u>. This closure structure and adjacent I-wall segments were damaged during the storm event. There was scour of the structural backfill resulting from overtopping of the closure gate and I-wall.



Figure 14-109. Post-Katrina. Note scour near guardrail shown in Figure 14-104