# EXHIBIT 5 – PART 2



Figure 14-110. Barge Resting on T-Wall



Figure 14-111. View East, From Protected Side