# EXHIBIT 6

EXPERT OPINION REPORT

# Analysis of Flooding of the Lower Ninth Ward and St. Bernard Parish Hurricane Katrina August 2005 New Orleans, Louisiana

Prepared for

INGRAM BARGE PSLC

Prepared By
CivilTech Engineering, Inc.

June 27, 2008

*Expert Opinion Report – Hurricane Katrina*

## 4.0    Flood Model Simulation Scenarios

Several flood simulation scenarios were modeled to understand the contribution of the flood in the Lower Ninth Ward and St. Bernard Parish from the different causes of the flood.  Four flood simulation scenarios were performed as identified and described below:

- Scenario 1: **ALL Causes** during Hurricane Katrina.  This is equal to the Katrina event.
- Scenario 2: **IHNC Levee Breaches** includes the IHNC north and south floodwall breaches, levee/floodwall overtopping along the IHNC and MRGO from storm surge, and rainfall.
- Scenario 3: **MRGO Levee Breaches** includes the multiple levee breaches along MRGO, levee/floodwall overtopping along the IHNC and MRGO from storm surge, and rainfall.
- Scenario 4: **No Breaches** includes the levee/floodwall overtopping along the IHNC and MRGO from storm surge and rainfall.  Pump stations are assumed not be operational.

The flood simulation model computed stage hydrographs (water depth versus time) at five locations within the study area as shown in **Figure 12**.



Figure 12. Selected locations for comparing hydrographs from various modeled scenarios.

*Expert Opinion Report – Hurricane Katrina*

The stage hydrographs computed at Location 1 and Location 2, as shown in **Figure 13** and **Figure 14**, respectively, shows that the north and south floodwall breaches along the IHNC caused flood depths between 8 feet and 10 feet in the north Lower Ninth Ward before merging with floodwaters from MRGO. From 9:00 am and 12:00 pm, floodwaters from MRGO added an additional 4 to 5 feet of flood depth in the Lower Ninth Ward. The modeled water depth from all causes at 9:10 a.m. on Monday, August 29, 2005, is shown in **Exhibit 7**. The model simulations show that the levee breaches along MRGO would have completely inundated the Lower Ninth Ward and St. Bernard Parish sometime later than what actually happened during Hurricane Katrina.

Without the catastrophic breaches along the IHNC and MRGO, flood depths would have only likely reached approximately 2 to 3 feet at Location 2 and approximately 4 to 5 feet at Location 1 in the Lower Ninth Ward from surge overtopping the levees during Hurricane Katrina. Locations 3, 4, 5 would likely had experienced only shallow flooding without the levee breaches along IHNC and MRGO.

MRGO levee breaches are the primary cause of flooding at Locations 3, 4 and 5. IHNC breaches did not contribute to the flooding at Location 5, perhaps due to the levee at Violet Canal. If no breaches had occurred along MRGO, Location 5 would have experienced minor flooding, mostly due to MRGO and the 40-Arpent levee overtopping. Eyewitness accounts and photos of the marsh grass debris on homes confirmed that the floodwaters in Locations 3, 4, and 5 came from the floodwaters along MRGO.



Figure 13. Computed stage hydrographs at Location 1.