# EXHIBIT 8

D Weber.txt

1

1  Videotaped deposition of Daniel Weber this is
2  taken in Chaffe, McCalls office.  The video
3  person is Georgette Rinkus with Hart Video.
4  Derrick Walker is going to take this
5  deposition.
6
7
8          VIDEO OPERATOR:
9              This is the videotaped deposition
10         of Daniel Weber taken in regards to
11         the Katrina Canal Breaches, a
12         consolidated litigation.  This case is
13         pending in the United States District
14         Court, Eastern District of Louisiana,
15         case number 05-4182.
16             We're located at 1100 Poydras
17         Street, on the 25th floor, in New
18         Orleans, Louisiana, on June 25th,
19         2008.
20             My name is Georgette Rinkus.  I'm
21         a Certified Legal Video Specialist
22         with Hart Video.  The Court Reporter
23         is Roger Johns with Johns Pendleton &
24         Associates.
25             Could Counsel please introduce

2

D Weber.txt

1  themselves.
2  MR. WALKER:
3      Derek Walker representing Lafarge
4  North America.
5  MR. GILBERT:
6      Brian Gilbert representing the
7  Barge Plaintiffs, including Danny
8  Weber.
9  MR. SANDERS:
10     Pat Sanders on behalf of the
11 Barge Plaintiffs.
12 MR. MALONE:
13     Ryan Malone on behalf of East
14 Jefferson Levee District and Lake
15 Borgne Levee District, also present
16 prepare.
17 MR. ALFIERI:
18     Chris Alfieri, Sewerage and
19 Water Board, also present.
20 MR. PAULICK:
21     Richard Paulick on behalf of
22 Jefferson Parish.
23 MS. MCPEAK:
24     Agnieszka McPeak on behalf of
25 Washington Group.

♀

3

1  MR. JOANEN:
2      Scott Joanen on behalf of
3  Plaintiffs PSLC.

Page 2

D Weber.txt

```
 4          MR. WEBB:
 5               Dan Webb on behalf of New York
 6      Marine Insurance.
 7          MR. WALKER:
 8               When you say "vessel
 9      underwriters", you mean the American
10      Club?
11          MR. KITTO:
12               Yes.
13          VIDEO OPERATOR:
14               Would the Court Reporter please
15      swear in the witness.
16          DANIEL WEBER,
17   2522 Lavender Street, New Orleans, Louisiana
18   70122, after being duly sworn, did testify as
19   follows:.
20   EXAMINATION BY MR. WALKER:
21      Q.   Mr. Weber, my name is Derek Walker
22   and I represent Lafarge North America.  Prior
23   to starting I just want to put some comments
24   on the record.
25          MR. WALKER:
```

♀

4

```
 1               You stated when you identified
 2      yourself, Mr. Gilbert, that Mr. Weber
 3      is your client.  Correct?
 4          MR. GILBERT:
 5               Correct.
```

Page 3

D Weber.txt

6     MR. WALKER:
7         He's here pursuant to notice
8     served on you?  The reason I say that
9     is because Mr. Charles Weaver was
10    served for an earlier deposition to
11    attend today and he did not show up.
12    You advised me earlier that you had
13    been unable to contact him and I
14    served you with his Notice of
15    Deposition as his Counsel.  Are you
16    representing Mr. Weaver?
17    MR. GILBERT:
18        Yes.
19    MR. WALKER:
20        Similarly, Mr. Sidney Williams
21    was noticed for yesterday as a
22    continuation of his deposition and you
23    advised me he was unable to attend
24    because you had not made contact with
25    him.  Is he your client?

                                    5

1     MR. GILBERT:
2         Yes.
3     MR. WALKER:
4         Thank you.  Lastly, we noticed
5     this deposition just as an oral
6     deposition.  You requested that it be
7     videotaped.
8     MR. GILBERT:

Page 4