UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| ALL BARGE | § | |
| _____ | § | |

NOTICE OF PRIVILEGE LOG

The United States inadvertently produced privileged documents in its August 10, 2007 document production.  See Doc. Rec. No. 6944.  The Court's "Clawback" Order provides "that the production of a document or ESI, in whole or part, shall <u>not</u> alone constitute a waiver of any privilege or other protection as to any portion of that document or ESI, in this or any other proceeding."  See Doc. Rec. No. 5183.  Accordingly, the United States hereby designates the following documents as privileged:

MVD-003-000001586 - 1588;

MVD-003-000001591 - 1595;

MVD-003-000001596 - 1598;

MVD-003-000001599 - 1603;

NED-187-000000377 - 0378

The United States first became aware of the inadvertant release of the privileged documents at bates range NED-187-000000377 thru 0378 when they were provided by Hugh Lambert, Plaintiffs' counsel, during the deposition of Greg Breerwood on July 10, 2008. Additionally, the United States first became aware of the inadvertant release of the privileged documents at bates ranges MVD-003-000001586 thru 1588 and MVD-003-000001591 thru 1603 when they were provided by Scott Joanen, Plaintiffs' counsel, during the deposition of John Saia on July 14, 2008. The United States' notice of privilege over the documents was made orally on the record during both depositions in accordance with CMO No. 4, ¶ IV(C)(3)(e). See Doc. Rec. No. 3299. A privilege log is attached.

        Respectfully submitted,

        GREGORY G. KATSAS
        Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY, JR.
        Assistant Director, Torts Branch

        s/ James F. McConnon, Jr.
        JAMES F. McCONNON, JR.
        Trial Attorney, Torts Branch, Civil Division
        U.S. Department of Justice
        Benjamin Franklin Station, P.O. Box 888
        Washington, D.C. 20044
        (202) 616-4400 / (202) 616-5200 (Fax)
        Attorneys for the United States

Dated: July 16, 2008

**CERTIFICATE OF SERVICE**

      I, James F. McConnon, Jr., hereby certify that on July 16, 2008, I served a true copy of the United States' Notice of Privilege Log upon all parties by ECF.

                                        s/ James F. McConnon, Jr.
                                        JAMES F. McCONNON, JR.