DARLEEN M. JACOBS, J.D., LLM(IN ADMIRALTY)*+**
AL SARRAT, J.D.
RENÉ LOVELACE, J.D.
ROBERT A. PRESTON, JR

*A PROFESSIONAL CORPORATION
+CERTIFIED AS SPECIALIST
IN CIVIL TRIAL ADVOCACY
**ALSO ADMITTED IN NEW YORK

LISA A. GRAVES
SHEILA HUDSPEATH
PARALEGAL

Law Offices
Jacobs, Sarrat & Lovelace
An Association for the Practice of Law

823 ST. LOUIS STREET
NEW ORLEANS, LOUISIANA 70112
(504) 522-0155
FAX (504) 522-3819

CABLE ADDRESS
"DARJAC"

HONORABLE S. SANFORD LEVY
OF COUNSEL
1902-1989

EDGAR J. MONJURE
OF COUNSEL
1912-1971

OFFICES:
(504) 522-3287
(504) 522-0155

RES: (504) 524-2955

JEFFERSON PARISH OFFICE
1525 LAPALCO BLVD., UNIT 25
HARVEY, LA 70058
(504) 361-4626

VIOLET OFFICE
5807 E. JUDGE PEREZ DR.
VIOLET, LA 70092
(504) 682-3228

July 11, 2008

Hon. Loretta G. Whyte, Esq.
Clerk, United States District Court
500 Poydras Street
New Orleans, LA 70130

RE: USDC Nos. 06-5731, 06-5732 and 06-5733
Levy, et al vs. Axis

Dear Ms. Whyte:

The following cases are presently pending in Div. "K" under the umbrella of the insurance Katrina cases. We are ready to place these cases on the trial docket and request that they be removed back to their respective sections so they can be scheduled for trial.

Very truly yours,

(Miss) Darleen M. Jacobs

DMJ/mab