UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re KATRINA CANAL BREACHES LITIGATION | * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" MAG. (2) |
| | * | JUDGE STANWOOD R. DUVAL, JR. |
| | * | MAG. JOSEPH C. WILKINSON, JR. |

*   *   *   *   *   *   *   *   *   *   *   *

**AMERICAN HOME ASSURANCE COMPANY AND
INTERNATIONAL MARINE UNDERWRITERS'
MOTION TO ENROLL AND SUBSTITUTE COUNSEL OF RECORD**

NOW INTO COURT, through undersigned counsel, come American Home Assurance Company (hereinafter "AHAC") and International Marine Underwriters (hereinafter "IMU") and solely in relation to the Excess Marine Liability Policy for the term of May 1, 2005 to May 1, 2006 issued severally but not jointly to Lafarge North America, Inc. by AHAC, IMU, and New York Marine and General Insurance Company (hereinafter "NYMAGIC" and collectively with AHAC and IMU hereinafter "Movants"), with coverage of $45 million excess of all primary coverage and subscribed to 25% by IMU, 35% by AHAC, and 40% by NYMAGIC (the "Excess Policy"), and NYMAGIC and solely in relation to the Primary Marine Liabilities Policy for a term of May 1, 2005 to May 1, 2006, issued by NYMAGIC to Lafarge North America, Inc. with coverage of $5 million and solely

in relation to the 40% subscribed by NYMAGIC with respect to the Excess Policy, currently represented by Daniel A. Webb, La. Bar Roll No. 13294, of Sutterfield & Webb, LLC, and respectfully request that Frank A. Piccolo, La. Bar Roll No. 02049, of Preis & Roy, APLC, for defendants AHAC and IMU and Robert H. Murphy, La. Bar Roll No. 9850 of Murphy Rogers Sloss & Gambel for defendant NYMAGIC be substituted as their counsel of record in the above-entitled matter.  Daniel A. Webb and Sutterfield & Webb, LLC shall remain enrolled as counsel for Lafarge North America, Inc.  Movants respectfully submit that the prayed for substitution of counsel shall not prejudice the other parties hereto or impede the progress of this matter.

Respectfully submitted:

s/ Daniel A. Webb
DANIEL A. WEBB  (13294)
SUTTERFIELD & WEBB, LLC
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, Louisiana 70130
Telephone:     (504) 598-2715
Facsimile:     (504) 529-7197
dwebb@swslaw.com

-and-

_____
FRANK A. PICCOLO (02049)
PREIS & ROY, APLC
601 Poydras Street, Suite 1700
New Orleans, LA 70130
Telephone:   (504) 581-6062
Facsimile:    (504) 522-9129
fpiccolo@preisroy.com

COUNSEL FOR AMERICAN HOME ASSURANCE COMPANY AND INTERNATIONAL MARINE UNDERWRITERS

-and-

        s/ Robert H. Murphy
ROBERT H. MURPHY (9850)
MURPHY ROGERS SLOSS & GAMBEL
701 Poydras Street, Suite 400
New Orleans, LA 70139
Telephone:   (504) 523-0400
Facsimile:   (504) 523-5574
rmurphy@mrsnola.com

COUNSEL FOR NEW YORK MARINE AND
GENERAL INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served on all counsel of record in these proceedings by:

( ) Hand Delivery ( ) Prepaid U.S. Mail

( ) Facsimile ( ) Federal Express

( √ ) ECF Filing ( ) E-Mail

New Orleans, Louisiana, this 15th day of July, 2008.

s/ Daniel A. Webb
Daniel A. Webb
1525282