UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*         05-5531 | * | |
| *Mumford v. Ingram*      05-5724 | * | |
| *Lagarde v. Lafarge*      06-5342 | * | JUDGE |
| *Perry v. Ingram*            06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*         06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAG. |
| *Lafarge v. USA*             07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

### ORDER GRANTING LEAVE TO SUBMIT REPLY MEMORANDUM TO LAFARGE NORTH AMERICA'S OPPOSITION TO MOTION FOR LEAVE TO WITHDRAW DEEMED ADMISSIONS

Considering the above and foregoing, Barge Plaintiffs are hereby granted leave to file their **Reply Memorandum in Support of Barge Plaintiffs' Motion for Leave to Amend And/or Withdraw Admissions Deemed Made Due to Lapse of Deadline for Responding And/or for Extension of Time to Respond.**

New Orleans, Louisiana, this _____ day of July, 2008.

_____
**HON. JOSEPH C. WILKINSON, JR.**

**CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the above and foregoing has been served upon all counsel of record via ECF Upload, U.S. Mail, first class postage prepaid and properly addressed, and/or via facsimile and/or electronic mail, this 16th day of July, 2008.

       /s/Brian A. Gilbert
       Brian A. Gilbert, Esq.