UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE<br>Norman 08-1650 | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER ON MOTION

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed AND a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to Defendant's Rule 37 Motion to Compel Answers to Interrogatories and Responses to Request for Production of Documents, Record Doc. No. 13630, set for hearing on July 16, 2008 at 11:00 a.m. without oral argument, has been timely submitted. Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the court that the motion has merit,

IT IS ORDERED that the motion is GRANTED and plaintiff is HEREBY ORDERED to respond to defendant's discovery requests fully and in writing, in accordance with Fed. R. Civ. P. 33 and 34, and to make all responsive documents

available to defendant's counsel, within ten (10) days of entry of this order. All objections, except on the basis of attorney-client privilege or work product doctrine, are deemed waived. In addition, plaintiff must pay to defendant $450 in attorney's fees for his complete failure to respond to discovery served on April 22, 2008. Fed. R. Civ. P. 37(a)(5)(A).

New Orleans, Louisiana, this  16th  day of July, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE