UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| VERSUS | * * | NO. 05-4182 "K" (2) |
| | * * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| PERTAINS TO: INSURANCE    NO. 06-6676 | * * * | |

## FULL AND FINAL JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come Plaintiff, Frank D. Natal and Defendant, Auto Club Family Insurance Company, and upon suggesting to the court that all matters between the Plaintiff, Frank D. Natal, and Defendant, Auto Club Family Insurance Company, have been amicably resolved and settled. Plaintiff, Frank D. Natal and Defendant, Auto Club Family Insurance Company, hereby move for an order dismissing the Petition of Plaintiff as to **CLAIMS AGAINST DEFENDANT, AUTO CLUB FAMILY INSURANCE COMPANY, WITH PREJUDICE, WITH EACH PARTY TO BEAR ITS OWN COSTS**.

Respectfully submitted,

**The Law Office of John A. Venezia (APLC)**

BY: _____
JOHN A. VENEZIA, T.A. (BAR #23963)
WILLIAM B. GORDON (BAR #28056)
110 Veterans Boulevard, Suite 330
Metairie, Louisiana 70005
Telephone: (504) 486-3910
Facsimile: (504) 486-3913

**CHOPIN, WAGAR,
RICHARD & KUTCHER, L.L.P.**

By: _____
THOMAS M. RICHARD (#2069)
JEFFREY K. WARWICK (#19823)
KENNETH B. KROBERT (#7865)
3850 North Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Telephone: 504-830-3845
Telefax: 504-836-9543
*Attorneys for Defendant, Auto Club Family Insurance Company*

## CERTIFICATE OF SERVICES

I hereby certify that on the 16th day of July, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that I mailed by first-class mail and/or forwarded by facsimile the foregoing document and the notice of electronic filing o any non-CM/ECF participant.

_____
THOMAS M. RICHARD