UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2) |
| VERSUS | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAG. WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PERTAINS TO:
INSURANCE    NO. 06-6676

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing Full and Final Joint Motion to Dismiss With Prejudice;

**IT IS ORDERED** that the Petition of Frank D. Natal be and is hereby **DISMISSED**, as against Defendant, Auto Club Family Insurance Company, with prejudice, with each party to bear their own costs. This is a full and final dismissal of plaintiff's claims.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**UNITED STATES DISTRICT JUDGE**