MINUTE ENTRY
WILKINSON, M.J.
JULY 15, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE<br>    Aaron 06-4746<br>    Aguilar 07-4852 | JUDGE DUVAL<br>MAG. WILKINSON |

A status conference was conducted in the referenced "Insurance-Mass Joinder" cases on July 15, 2008.  Participating via telephone were:  Joseph Rausch, representing plaintiffs; Defendants' Liaison Counsel Ralph Hubbard.

A followup conference via telephone in which only plaintiffs' counsel in Aaron/Aguilar and Defense Liaison Counsel will participate will be conducted in the referenced cases on **August 11, 2008 at 2:30 p.m.**  Prior to the followup conference, plaintiffs' counsel will attempt to provide me with the more detailed, plaintiff-by-plaintiff status report that we discussed during the initial conference.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

MJSTAR:  0 : 15