# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*           05-5531 | * | |
| *Mumford v. Ingram*      05-5724 | * | |
| *Lagarde v. Lafarge*       06-5342 | * | JUDGE |
| *Perry v. Ingram*              06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*           06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | MAG. |
| *Lafarge v. USA*               07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

## *EX PARTE* MOTION FOR LEAVE TO SUPPLEMENT EXHIBITS

**NOW COMES** the Barge P.S.L.C., who, for the reasons expressed herein, respectfully move for leave to supplement exhibits to Memorandum in Opposition to Motion for Sanctions, Rec. Doc. 13803 dated July 14, 2008.

Plaintiffs have obtained additional information and responsive documents which will help to further cure the complaints named in Lafarge's Motion for Sanctions (Rec. Doc. 13557). The above referenced information and documents have been bates stamped and categorized to correspond with the individual requests in Barge Plaintiffs' July 16, 2008, Supplemental, Amended and Superceding Answers to Interrogatories Propounded by the Barge Entities and Barge Plaintiffs' July __, 2008, Supplemental, Amended and Superceding Responses to Request for Production Propounded by the Barge Entities and served on Lafarge on July 16, 2008. Movants wish to supplement the above referenced discovery responses as Exhibits "F" and "G" to Plaintiffs

Opposition to Motion for Sanctions (Rec. Doc. 13803) .

**WHEREFORE PREMISES CONSIDERED**, Barge P.S.L.C. respectfully asks that this Court enter an order granting Barge P.S.L.C.'s motion for leave to file supplemental exhibits.

Respectfully submitted,

/s/ Brian A. Gilbert,
Brian A. Gilbert, Esq.(21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.

821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700

Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: bgilbert@briangilbertlaw.com

/s/ Lawrence D. Wiedemann,
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN

821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com,
karl@wiedemannlaw.com,
karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive

   Suite 100
   Metairie, LA 70002
   Telephone: 504-834-0646
   e-mail: pistols42@aol.com

   /s/ Richard T. Seymour
   Richard T. Seymour (D.C. Bar #28100)
   Law Office of Richard T. Seymour, P.L.L.C.
   1150 Connecticut Avenue N.W., Suite 900
   Washington, D.C.  20036-4129
   Voice: 202-862-4320
   Cell:    202-549-1454
   Facsimile:  800-805-1065 and 202-828-4130
  e-mail: rick@rickseymourlaw.net,
  adele@rickseymourlaw.net


/s/ Lawrence A. Wilson
Lawrence A. Wilson (N.Y.S.B.A. 2487908)
David W. Drucker (N.Y.S.B.A. #1981562)
Wilson, Grochow, Druker & Nolet
Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279-0003
Telephone: (212) 608-4400
Facsimile: (212) 227-5159
e-mail: lwilson@wgdnlaw1.com,
ddruker@wgdnlaw1.com

 /s/ Alan L. Fuchsberg
Alan L. Fuchsberg, Esq.(N.Y.S.B.A. #1755966)
Leslie Kelmachter, Esq.(N.Y.S.B.A. #1795723)
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
45th Floor
New York, NY 10110-0002
Telephone: 212-869-3500 ext. 235
Facsimile:  212-398-1532
e-mail: a.fuchsberg@fuchsberg.com,
l.kelmachter@fuchsberg.com

**CERTIFICATE OF SERVICE**

 I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 16th day of July, 2008

 \s\Brian A. Gilbert
 BRIAN A. GILBERT