UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MINUTE ENTRY
AFRICK, J.
June 17, 2008
JS-10:00:50

IN RE: KATRINA CANAL BREACHES              CIVIL ACTION NO. 05-4182
LITIGATION

                                           SECTION: "K" (2)


        An additional settlement conference was held on this date

with all relevant parties participating.  St. Paul shall provide

plaintiffs with a copy of the proposed settlement agreement no

later than **July 28, 2008.**  The request for preliminary approval of

a settlement shall be filed on or before **September 26, 2008.**

Counsel are thanked for their assistance.


                                    _____
                                    LANCE M. AFRICK
                                    UNITED STATES DISTRICT JUDGE

_____
CLERK TO NOTIFY ALL COUNSEL