UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO:  BARGE | * * | SECTION "K"  (2) |
| *Boutte v. Lafarge*          05-5531 | * | |
| *Mumford v. Ingram*          05-5724 | * | |
| *Lagarde v. Lafarge*          06-5342 | * | JUDGE |
| *Perry v. Ingram*          06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*          06-7516 | * | |
| *Parfait Family v. USA*          07-3500 | * | MAG. |
| *Lafarge v. USA*          07-5178 | * * | JOSEPH C. WILKINSON, JR. |

**ORDER GRANTING LEAVE TO SUBMIT REPLY MEMORANDUM TO LAFARGE NORTH AMERICA'S OPPOSITION TO MOTION FOR LEAVE TO WITHDRAW DEEMED ADMISSIONS**

Considering the above and foregoing, Record Doc. No. 13852, Barge Plaintiffs are hereby granted leave to file their **Reply Memorandum in Support of Barge Plaintiffs' Motion for Leave to Amend And/or Withdraw Admissions Deemed Made Due to Lapse of Deadline for Responding And/or for Extension of Time to Respond.**

New Orleans, Louisiana, this  16th  day of July, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE