MINUTE ENTRY
WILKINSON, M.J.
JULY 15, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Kiefer, 06-5370 | JUDGE DUVAL<br>MAG. WILKINSON |

A status conference was conducted in the referenced Kiefer "mass joinder" case on July 15, 2008. Participating via telephone were: Calvin Fayard and Wanda Edwards, representing plaintiffs; and Defendants' Liaison Counsel Ralph Hubbard.

Substantial progress toward settlement/dismissal of the claims of 25 of the 39 named plaintiffs has been made. Some of these claims have already been dismissed. Counsel anticipate that dismissal of the remainder of these 25 claims may be possible shortly.

All of the remaining 14 plaintiffs have asserted claims against either Louisiana Citizens Property Insurance Corp. or Allstate Indemnity Co. Plaintiffs' counsel reported that they are in contact with counsel for Allstate and Louisiana Citizens and (except for a few plaintiffs who now cannot be located) they expect that serious discussions concerning settlement of these claims will commence shortly.

MJSTAR: **0 : 15**

Under these circumstances, the court is satisfied that counsel have undertaken significant efforts amicably to resolve this matter in its entirety, and that it is not necessary at this time for the court to sever these matters and set them for trial or other individual treatment. Accordingly, no further proceedings are scheduled in this case at this time, except as follows:

**IT IS ORDERED** that no later than **September 12, 2008**, plaintiffs' counsel must provide to me for in camera review their updated settlement status report, in the same format as the in camera settlement status report counsel submitted to me prior to the first conference.

**IT IS FURTHER ORDERED** that John Waters, counsel of record for Louisiana Citizens, and Stephen Miles, counsel of record for Allstate, contact plaintiffs' counsel, Wanda Edwards, at their earliest convenience to plan how they might advance the resolution of their cases before the September 12 status report is due. Thereafter, I will determine how this case may proceed and schedule another status conference, if appropriate.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
 **HON. STANWOOD R. DUVAL, JR.**

John Waters, counsel for Louisiana Citizens
via e-mail jwaters@bfrob.com

Stephen Miles, counsel for Allstate
via e-mail smiles@barrassousdin.com