UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| VERSUS | * * | |
| | * * * | NO.   05-4182 "K" (2) |
| PERTAINS TO: | * * | JUDGE DUVAL |
| INSURANCE         LUNDY, NO. 06-3509 | * * | MAG. WILKINSON |

## CONSENT MOTION FOR EXTENSION OF EXPERT REPORT DEADLINES

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Lundy Enterprises, L.L.C. and M-Lund Enterprises, L.L.C., **and upon representing that counsel for all defendants have been consulted and have no objection to the extensions requested herein,** move this Honorable Court for a thirty (30) day extension of the parties' respective expert report deadlines in the captioned matter, specifically moving the plaintiffs' expert report deadline from 18 July 2008 to 18 August 2008, and specifically moving the defendants' expert report deadline from 18 October 2008 to 17 November 2008.  These extensions are necessary to enable the parties to make full use of discovery recently obtained for the preparation of their expert reports.

Respectfully Submitted:

MURPHY, ROGERS, SLOSS & GAMBEL

/s/ Peter B. Sloss
Peter B. Sloss, T.A. (#17142)
psloss@mrsnola.com
Robert H. Murphy (#9850)
rmurphy@mrsnola.com
Gary J. Gambel (#19864)
ggambel@mrsnola.com
One Shell Square, Suite 400
701 Poydras Street
New Orleans, LA   70139
Telephone: (504) 523-0400
Facsimile: (504) 523-5574
*Attorneys for plaintiffs, Lundy Enterprises, L.L.C.
and M-Lund Enterprises, L.L.C.*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I have on this ___16___ day of July 2008, served a copy of the foregoing pleading on counsel for all parties to this proceeding, either by hand, by telefax or by placing same in the United States Mail, properly addressed, and first class postage prepaid.

/s/ Peter B. Sloss