UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALLEN J. TILLERY AND<br>BETTY J. TILLERY | * * * | CIVIL ACTION |
| | * | NO.: 07-7115 |
| VERSUS | * * | SECTION: C |
| ENCOMPASS INSURANCE COMPANY,<br>OF AMERICA | * * * | MAG.: 4 |
| * * * * * * * * * * * * * * * * | | |

FILED: _____     _____
                                                              DEPUTY CLERK

## FINAL MOTION TO DISMISS

**ON MOTION** of plaintiffs, Allen J. Tillery and Betty J. Tillery, and defendant, Encompass Insurance Company of America, in the above entitled and numbered case, and upon suggesting to the Court that all matters of controversy between them, including the principal demand, all third-party demands and any other incidental demands at issue, have been compromised and settled, and that said action should accordingly be dismissed with prejudice as to all demands principal or incidental, all parties to bear their own costs.

Respectfully submitted,

_____
CHARLES M. PONDER, III, #2052
LOZES & PONDER
1010 Common Street, Suite 1700
New Orleans, LA 70112
Telephone: 504-581-4455

_____
A. SCOTT TILLERY, #12788
701 Metairie Road, Suite 2A301
Metairie, Louisiana 70005
Telephone: 504-828-1768