UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALLEN J. TILLERY AND<br>BETTY J. TILLERY | * <br> * <br> * | CIVIL ACTION <br><br> NO.: 07-7115 |
| VERSUS | * <br> * | SECTION: C |
| ENCOMPASS INSURANCE COMPANY,<br>OF AMERICA | * <br> * <br> * | MAG.: 4 |

* * * * * * * * * * * * * * *

FILED: _____    _____
                                                                                DEPUTY CLERK

## ORDER

IT IS ORDERED that the above entitled and numbered cause be and it hereby is dismissed with prejudice as to plaintiffs, Allen J. Tillery and Betty J. Tillery, and defendant, Encompass Insurance Company of America, as to all demands principal and incidental, all parties to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
JUDGE