UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES   CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182

PERTAINS TO: INSURANCE   SECTION "K"(2)
FISCHMAN, 06-4952

ORDER

Considering the parties' Joint Motion to Dismiss (Rec. Doc. 13802), accordingly

**IT IS ORDERED** that the above-captioned matter be **DISMISSED WITH PREJUDICE** as to all claims, with each party to bear their own costs.

New Orleans, Louisiana, this 17th day of July, 2008

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**