UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>      CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, <u>Holbrook</u>, 06-2617 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

At the request of counsel, a **Settlement Conference** is set in this case on **AUGUST 19, 2008 at 3:00 p.m.** before me. Counsel are instructed that their clients must be available to participate in the conference by telephone. However, counsel are advised that a trial set on my calendar on that date may require that the conference be cancelled.

New Orleans, Louisiana, this ___17th___ day of July, 2008.

                                  JOSEPH C. WILKINSON, JR.
                            UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**