UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | § | CIVIL ACTION NO.: 05-4182 |
| CONSOLIDATED LITIGATION | § | |
| VERSUS | § | SECTION "K" |
| | § | |
| | § | MAGISTRATE (2) |
| | § | CONS. KATRINA CANAL |
| | § | |
| JAMES ALLEN, ET AL | § | |
|      Plaintiffs | § | CIVIL ACTION |
| VS. | § | No. 07-5111 |
| STATE FARM FIRE AND CASUALTY | § | SECTION "K" (2) |
| COMPANY | § | |
|      Defendant | § | |
| _____ | § | |

**VOLUNTARY MOTION TO DISMISS WITHOUT PREJUDICE**

**NOW INTO COURT,** through undersigned counsel comes plaintiffs CLINTON JILES,

PAMALA JILES REGARDING 1223 MAZANT DR, NEW ORLEANS, LA 70117; LIONEL

CANNON, FRANCIENE H CANNON REGARDING 7721 W CAVELIER DRIVE, NEW

ORLEANS, LA 70129; JERRY MCKINNIS, ALMA FRANCIS REGARDING 3924

METROPOLITAN ST., NEW ORLEANS, LA 70126; JERRY MCKINNIS, ALMA FRANCIS

REGARDING 13434 DWYER BLVD, NEW ORLEANS, LA 70129; ROBERT TREUTING,

DAWN M. TREUTING, REGARDING 225 OPAL ST., NEW ORLEANS, LA 70124; JUSTIN

-1-

BURNETT REGARDING 6618 LAMB ST., NEW ORLEANS, LA 70126; DOROTHY BOCK,

JOANN GUERRA REGARDING 2605 KAREN DR., CHALMETTE, LA 70043; JAWAD

SHAKIR, HAZEL SHAKIR REGARDING 2053 CARVER DRIVE, HARVEY, LA 70058;

SHEILA BUTLER,  KENNETH BUTLER REGARDING 7021 DORCHESTER STREET, NEW

ORLEANS, LA 70126; SHEILA BUTLER, KENNETH BUTLER,  REGARDING 2834 AUBRY

STREET, NEW ORLEANS, LA 70122; SHEILA BUTLER,  KENNETH BUTLER REGARDING

7031 DORCHESTER, NEW ORLEANS, LA 70126; OSCAR HAMILTON, ELISE P. HAMILTON

REGARDING 8606 MARKS, NEWORLEANS, LA 70118; ELOISE BARBER, ROBERT V.

BARBER REGARDING 2340 SPAIN ST., NEW ORLEANS, LA 70117;  VELMA BENJAMIN

REGARDING 6000 CAMPUS BLVD.., NEW ORLEANS, LA 70126; SARA LAIN, BOBBY LAIN

REGARDING 7240 WESTHAVEN RD, NEW ORLEANS, LA 70126; TRISCELYN MCDONALD

REGARDING 12401 N. LAKE CARMEL DR., NEW ORLEANS, LA 70128; ANGELA POREA

REGARDING 1728 REYNES ST., NEW ORLEANS, LA 70117; MARY AUZENNE, YOLANDA

WILLIAMS REGARDING 4817 ROSEMONT PL., NEW ORLEANS, LA 70126; DORIS COUSIN

REGARDING 2660/62 BRUXELLES ST., NEW ORLEANS, LA 70119; SHIRLEY ROBINSON

REGARDING 4842 TOULON ST., NEW ORLEANS, LA 70129; EUGENE PAYTON

REGARDING 13158 CHATEAU CT., NEW ORLEANS, LA 70129; VANCE BRADY, WILLIE

ANNA BRADY, CANDANCE RUSSELL REGARDING 11010 WILLOWBRAE DR., NEW

ORLEANS, LA 70127; CLARENCE EARL, LOIS EARL REGARDING 1805 WATTINGN DR.,

MARRERO, LA 70072; CHARLES JACKSON, JUDY JACKSON REGARDING 6711

COVENTRY ST, NEW ORLEANS, LA 70126; CALVIN LEVY, PAULA LEVY, CHERRIAN

LEVY REGARDING 3205 COLLEGE CT., NEW ORLEANS, LA 70125; SANDRA SPEDALE REGARDING 915 CONRAD ST, NEW ORLEANS, LA 70124; LISA RODRIQUE, MOTHER REGARDING 300 YENNI DR, KENNER, LA 70065; LINDA PERRY, JEAN/BILL PERRY REGARDING 346 39TH STREET, NEW ORLEANS, LA 70124; GAIL LEE REGARDING 2906 HOLLYGROVE ST., NEW ORLEANS, LA 70118; DOROTHY MULLINS REGARDING 3005 N. CLAIBORNE AVE, NEW ORLEANS, LA 70117; CLARA WILSON-COOK, IDA EDWARDS REGARDING 7832 EBBTIDE DR., NEW ORLEANS, LA 70126; TERRI ALEXANDER REGARDING 5640 RED MAPLE DR., NEW ORLEANS, LA 70129; CANDICE HICKS, DORIS HICKS REGARDING 7731 WEAVER ST., NEW ORLEANS, LA 70127; EDDIE FRAZIER, EMMA JEAN FRAZIER, KATITIA PITTS REGARDING 2224 ROBERT E. LEE BLVD., NEW ORLEANS, LA 70122; ROBERT MARTIN, CYNTHIA MARTIN REGARDING 4845 MARQUE DR., NEW ORLEANS, LA 70127; GEORGIA VILLERE, DEIRDRE VILLERE REGARDING 6117 CAMPUS BLVD., NEW ORLEANS, LA 70126; YOLANDA WALLACE, JOHN A STEWARD, REGARDING 7400 CORNWALL PL., NEW ORLEANS, LA 70126; ANNA SIMPSON, DANIEL SIMPSON REGARDING 304 FAWN DR., ARABI, LA 70032; RONALD ANDRY, CONSTANCE ANDRY, LISA STAFFORD REGARDING 3238 BANKS ST., NEW ORLEANS, LA 70119; EDNA RUSSELL, RICHARD REGARDING 1494 MANDOLIN ST., NEW ORLEANS, LA 70122; ALLAN MOLERO, JANET R. MOLERO,  REGARDING 6523 LOUIS XIV, NEW ORLEANS, LA 70124; ULYSSES JOSEPH REGARDING 2439 ALVAR ST., NEW ORLEANS, LA 70117; LINDA BATTLEY REGARDING 4634 FLAKE AVE., NEW ORLEANS, LA 70127; VERA TRUFANT, HAROLD TRUFANT, SR. REGARDING 4717 MARAIS ST.,

-3-

NEW ORLEANS, LA 70117; CHARLES WRIGHT, MARSHA MACKIE WRIGHT, MARION LEGARD REGARDING 4760 SPAIN ST., NEW ORLEANS, LA 70122; CLEO JACKSON REGARDING 2657 BENEFIT ST., NEW ORLEANS, LA 70122; HARRIET MCCOY REGARDING 5230 CARTIER AVE., NEW ORLEANS, LA 70122; PATRICIA CADE REGARDING 2117 SAULET PL., HARVEY, LA 70058; BEVERLY DANTON, VIRGINIA DANTON, CHEYL GOODART REGARDING 5543 CHATHAM DR., NEW ORLEANS, LA 70122; KAREN KATZ, JESSIE BORELLO, NORMAN KATZ REGARDING 6043 BELLAIRE DR., NEW ORLEANS, LA 70124; DAVID GIARDINA, MARY ANN GIARDINA REGARDING 1808 SCHNELL DR., ARABI, LA 70032; PHILLIP TROXCLAIR, MARIA TROXCLAIR, REGARDING 1827 ALEXANDER AVE., ARABI, LA 70032; ELSIE PETERSON, GLENDA DORSEY REGARDING 4651 GABRIEL ST., NEW ORLEANS, LA 70127; DERRICK WILLIAMS, NINA M. WILLIAMS, EMER WILLIAMS REGARDING 4844 CAMELOT DR., NEW ORLEANS, LA 70127; EDDIE SMITH, DEBORAH SMITH REGARDING 6942 THOR COURT, NEW ORLEANS, LA 70126; PINKIE OSBORNE, ILAR OSBORNE, JR., LEE EVELYN OSBORNE REGARDING 6027 WEST END BLVD., NEW ORLEANS, LA 70124; DARLENE MOORE-HURST, DON HURST REGARDING 7501 BREVARD AVE., NEW ORLEANS, LA 70127; MICHAEL MAGGIO, ANNA MAGGIO REGARDING 430 SPENCER AVE., NEW ORLEANS, LA 70124; KEITH MARTIN, YVETTE S. MARTIN REGARDING 7437 SYMMES AVE., NEW ORLEANS, LA 70127; REGINALD JOHNSON, SUSAN JOHNSON REGARDING 4832 GALLIER DR., NEW ORLEANS, LA 70131; WILLIAM GUESS, MONA P. GUESS REGARDING 4709 LAKE COMO AVE., METAIRIE, LA 70006; ERROL COOPER, DEBBIE

-4-

COOPER REGARDING 2726 FRENCHMEN ST., NEW ORLEANS, LA 70119; FREDERICK BRUCE, LAURIE BRUCE REGARDING 3513 ROSETTA DR., CHALMETTE, LA 70043; PATRICIA ANTHONY, SHELITA WILLIAMS REGARDING 1721 REYNES ST., NEW ORLEASN, LA 70117; KEN CRAWFORD, SHARON M. CRAWFORD REGARDING 9925 E. WHEATON CIR., NEW ORLEANS, LA 70127; ESCO BICKHAM, PEGGY J. BICKHAM REGARDING 4909 LAINE AVE., NEW ORLEANS, LA 70126; CAMILE AMACKER REGARDING 4720 PAUGER ST., NEW ORLEANS, LA 70122; LEON INDOVINA REGARDING 58 WEST CHALMETTE CIR., CHALMETTE, LA 70043; GERTRUDE SIMMONS, GROVERIME JONES REGARDING 6400 LOUIS ELAIM, VIOLET, LA 70092; MADELYN OLDHAM REGARDING 5934 MARSHALL FOCH, NEW ORLEANS, LA 70124; SHELLY LUCIUS, OLIVER J. LUCIUS, JR. REGARDING 2216 MONTREAL ST., NEW ORLEANS, LA 70122; SABRINA SCHARFENSTEIN-PETERSON, SCOTT A. SCHARFENSTEIN, CYNTHIA TASSIN REGARDING 710 N. CLAIBORNE ST., CHALMETTE, LA 70043; VANESSA BROWN, LLOYD J. BROWN REGARDING 6730 DEANNE ST., NEW ORLEANS, LA 70126; CHRISTOPHER SLIWINSKI, ROBLYNN G. SLIWINSKI REGARDING 42354 BIENVILLE AVE., NEW ORLEANS, LA 70119; OLIVER LUCIUS, JACQUELYN R. LUCIUS REGARDING 4657 ST. FERDINAND DR., NEW ORLEANS, LA 70126; THOMAS DUFFY, LISA M. DUFFY REGARDING 3405 MUMPHREY RD., CHALMETTE, LA 70043; GARY DUPART, PATRICIA A. DUPART REGARDING 13 LAKE BARRIER DR., NEW ORLEANS, LA 70129; BETSY COGDELL REGARDING 818 FRENCH ST., NEW ORLEANS, LA 70124; JAY DUMAS, RAYA DUMAS REGARDING 1735 KING DR., NEW ORLEANS, LA

70122; SHIRLEY JEFFERSON, JAMES SMITH, ALMA JEFFERSON REGARDING 3912 LOUISIANA AVENUE PKWY., NEW ORLEANS, LA 70125; ERIC KELLY, PAULINE KELLY, PAULINE REGARDING 3717 PECAN DR., CHALMETTE, LA 70043; BETTIE KNOBLAUCH-CUCCIA, KEVIN D. CUCCIA,  REGARDING 3812 CHARLES DR., CHALMETTE, LA 70043; PAMELA MCKENZIE, STANLEY MCKENZIE REGARDING 1005 CLAIBORNE DR., JEFFERSON, LA 70121; GAYNIELLE NEVILLE, CYRIL G. NEVILLE SR.,  REGARDING 5130 ARTS ST., NEW ORLEANS, LA 70122; VANESSA PAPION, GERVY PAPION,  REGARDING 11150 WINCHESTER PARK DR., NEW ORLEANS, LA 70128; SUSAN PARDUE, CLIFF GUIDRY REGARDING 50 W. PARK PL., NEW ORLEANS, LA 70124; MARY SHELTON, REGARDING 2815 BELL ST., NEW ORLEANS, LA 70119; FRED THOMPSON REGARDING 4111 FAIRMONT DR., NEW ORLEANS, LA 70122; CATHERINE TRACY, SANDRA BAILEY REGARDING 1613 ESTEBAN ST., ARABI, LA 70032; SOLOMON CARTER REGARDING 2329 & 2331 COLUMBUS ST., NEW ORLEANS, LA 70119; EUGENE ARNOLD, LANA ARNOLD REGARDING 13807 HORIZON DR., NEW ORLEANS, LA 70129; JAMES BONCK, SUSAN L. BONCK, REGARDING 5554 PASTEUR BLVD., NEW ORLEANS, LA 70122; RICHARD LABOURDETTE REGARDING 3601 EVANGELINE, CHALMETTE, LA 70043; ROBERT JONES REGARDING 4333 DUPLESSIS ST., NEW ORLEANS, LA 70122; D'JUAN ALEXANDER, CHARLES ALEXANDER SR. REGARDING 219 S. CORTEZ ST., NEW ORLEANS, LA 70119; MARION CARDINALE REGARDING 2213 ROSETTA DR., CHALMETTE, LA 70043; CHRISTEN WASHINGTON, JESSIE MORRIS REGARDING 6361 DOROTHEA ST., NEW ORLEANS, LA 70131; JOSIE MORRIS, CORNELIUS MORRIS, JR.,

CHRISTEN WASHINGTON REGARDING 1725 PORT ST., NEW ORLEANS, LA 70117;

ROBERT WALKER, JUNE WALKER, DENISE WALKER REGARDING 8903 CURRAN BLVD,

NEW ORLEANS, LA 70127; ARNOLD TURNER, DONNA TURNER, REGARDING 7801

EBBTIDE DR., NEW ORLEANS, LA 70126; VICTORIA LEWIS, WILLIE C. LEWIS, GILDA

BOLDS REGARDING 7024 NEPTUNE CT., NEW ORLEANS, LA 70126; DOIDY LANG,

MERCEDES LANG REGARDING 1716 EAGLE ST., NEW ORLEANS, LA 70118; PHILLIP

FRANKLIN, CYNTHIA FRANKLIN REGARDING 8030 SANDPIPER, NEW ORLEANS, LA

70128; SHERYL PIERRE, ALBERT TURNER REGARDING 7840 PARRY ST., NEW

ORLEANS, LA 70128; CHARLES RODGERS REGARDING 6950 PONTCHARTRAIN BLVD,

NEW ORLEANS, LA 70124; ANDREA HUBBARD, THOMAS ROBINSON REGARDING 1737

SPAIN ST., NEW ORLEANS, LA 70117; ERNEST NORMAN, ALICE R. NORMAN

REGARDING 2613 TENNESSEE ST., NEW ORLEANS, LA 70117; CLARENCE HARRELL,

EARLEEN H. HARRELL REGARDING 7101 THORNLEY DR., NEW ORLEANS, LA 70126;

RODNEY BAILEY, SHELIA MASON BAILEY REGARDING 7733 DOGWOOD DR., NEW

ORLEANS, LA 70126; REYNAUD ALEXANDER, JOAN L. ALEXANDER REGARDING 7430

& 7432 ALABAMA ST., NEW ORLEANS, LA 70126; CASANDRA GOINS REGARDING 7810

UNITY DR., NEW ORLEANS, LA 70128; BARBARA WHITTAKER, TONI JONES

REGARDING 10954 CHAUCER, NEW ORLEANS, LA 70126; FRANKIE SHEDRICK, MARIAN

L. SHEDRICK REGARDING 3141 COLLEGE CT., NEW ORLEANS, LA 70125; IRMA REED

REGARDING 2101 FORSTALL ST., NEW ORLEANS, LA 70117; DELORES JACKSON,

COURTNEY L. JACKSON REGARDING 3912 CLEMATIS AVE., NEW ORLEANS, LA 70122;

GAIL MARIGNY REGARDING 10221 CHEVY CHASE DR., NEW ORLEANS, LA 70127;

SYLVIA REED REGARDING 1109 SHIRLEY DR., NEW ORLEANS, LA 70114; LOIS LEWIS,

TYRONE LEWIS, IRENE ANDERSON REGARDING 15 BETHANEY CT., NEW ORLEANS,

LA 70126; ARTHUR EUGENE, REGARDING 10800 GUILDFORD RD., NEW ORLEANS, LA

70127; TRUDE WILLIAMS, REGARDING 3410 ST. FERDINAND ST., NEW ORLEANS, LA

70126; CAROL PALMER REGARDING 3016 CHALONA DR., CHALMETTE, LA 70043;

ALFRED VICTOR, DOROTHY M VICTOR REGARDING 1517 & 1519 GALLIER ST., NEW

ORLEANS, LA 70117; VALORIE SANDERS REGARDING 2626 NEW YORK ST., NEW

ORLEANS, LA 70122; NICHEKIA GILMORE REGARDING 14535 DUANE RD., NEW

ORLEANS, LA 70128; CHRISTOPHER MAITRE, SHERRY MAITRE REGARDING 6538

CATINA ST., NEW ORLEANS, LA 70124; RONALD BEAULIEU, STACEY BEAULIEU,

REGARDING 1726 PRESSBURG ST., NEW ORLEANS, LA 70122; PAUL WEIR, SUSAN F.

WEIR, AMANDA WEIR REGARDING 3228 MAUREEN LN., MERAUX, LA 70075; MARY

BILLINGTON REGARDING 735 S. GAYOSO ST., NEW ORLEANS, LA 70119; SALVADOR

HONTIVEROS, GINA GEBBIA HONTIVEROS REGARDING 3900 JACOB DR., CHALMETTE,

LA 70043; JEROME CULLER REGARDING 4316 SYBIL, NEW ORLEANS, LA 70122;

WALLACE VEGA, ALINE VEGA, REGARDING 3100 PALMETTO ST., CHALMETTE, LA

70043; BASIL FRAZER, WIDA FRAZER, MARIGOLD CARTER REGARDING 17 GORDON

PLAZA DR., NEW ORLEANS, LA 70126; BRAZELLA BRISCOE, CANARY W. BRISCOE

REGARDING 2542 DELERY ST., NEW ORLEANS, LA 70117; JACQUELYN HEBERT,

ROMALIS HERBERT, SR. REGARDING 2527 EADS ST., NEW ORLEANS, LA 70117;

DOROTHY REED, RAY REED REGARDING 5821 ROYAL ST., NEW ORLEANS, LA 70117; NORMALEE DICKERSON, KENRIC DICKERSON REGARDING 10301 CHEVY CHASE DR., NEW ORLEANS, LA 70127; YANDA DABNEY REGARDING 10800 MORRISION RD. ST.104, NEW ORLEANS, LA 70128; ELAINE BROOKS, RASHAD BROOKS REGARDING 4952 VENUS ST., NEW ORLEANS, LA 70122; LUCILLE BRELAND, FABIAN PRESTON REGARDING 5500 PAULINE DR., NEW ORLEANS, LA 70126; HAROLD MCCLOSKEY, SUSAN MCCLOSKEY REGARDING 3209 PALMISANO BLVD, CHALMETTE, LA 70043; JIMMIE NEYLAND REGARDING 4130 CADILLAC ST., NEW ORLEANS, LA 70122; EMMA SHEPARD REGARDING 8308 NELSON ST., NEW ORLEANS, LA 70118; LEONEL HEBERT, KAREN HEBERT REGARDING 1712 ALEXANDER AVE., ARABI, LA 70032; JEROME DONNELLY REGARDING 3312 ROSETTA DR., CHALMETTE, LA 70043; KEITH MOORE, REGARDING 7422 MORRISON RD., NEW ORLEANS, LA 70126; MARLON BRADFORD REGARDING 6921 QUEENSWAY DR., NEW ORLEANS, LA 70128; RITA MEYERS, CINDY MILLER REGARDING 7740 TRAPIER AVE., NEW ORLEANS, LA 70127; KEITH ROBERTS REGARDING 4527 CAMELOT DR., NEW ORLEANS, LA 70127; ROBERTS BROOKS, ROSE LEWIS REGARDING 4616 DONNA DR., NEW ORLEANS, LA 70127; GREGORY LUCIEN REGARDING 5350 BUNDY RD., NEW ORLEANS, LA 70127; BARBARA FLOWERS, TROY (SON) REGARDING 718 ST. MAURICE ST., NEW ORLEANS, LA 70117; EDWARD BRASSETTE, CASEY BRASSETTE REGARDING 38 WEST CHALMETTE CIR., CHALMETTE, LA 70043; HERMAN SWANIER REGARDING 9007 BELFAST ST., NEW ORLEANS, LA 70118; LAURA DUCOS REGARDING 525 S. OLYMPIA ST., NEW ORLEANS,

LA 70119; SANDRA TERMINIE, MICKEY TERMINIE REGARDING 2317 VENTURA DR., CHALMETTE, LA 70043; MICHELL LOFTON, MS BRIDGES REGARDING 6115 N. PRIEUR ST., NEW ORLEANS, LA 70117; GLENNIECE DAVENPORT REGARDING 2914 CLEVELAND AVE., NEW ORLEANS, LA 70119; GREGORY HUNTER REGARDING 7511 EASTMORE RD, NEW ORLEANS, LA 70126; RONALD WALCH REGARDING 3017 RIVERLAND DR., CHALMETTE, LA 70043; CLIFTON BLACK REGARDING 5228 SPAIN ST., NEW ORLEANS, LA 70122; ALMONIE COMBRE, PAT COMARE REGARDING 970 S. TELEMACHUS ST., NEW ORLEANS, LA 70125; HETTIE ANDREWS, ELLEN LEGIER REGARDING 5636 HEMPSTEAD RD., NEW ORLEANS, LA 70127; MABLE BRISTER, ARTIS ARTHUR REGARDING 8921 FORSHEY ST., NEW ORLEANS, LA 70118; GLENDA GARNETT REGARDING 7301 SHEFFIELD ST., NEW ORLEANS, LA 70126; IRIS COOK REGARDING 608 W. PROSPER ST., CHALMETTE, LA 70043; ROBERT NEWMAN, LOUISE NEWMAN REGARDING 6474 CANAL BLVD., NEW ORLEANS, LA 70124; JOYCE FINNEY, GERALDA FINNEY REGARDING 6925 BARRINGTON CT., NEW ORLEANS, LA 70128; JOE DAVIS, BEATHAMAE S. DAVIS REGARDING 1661 MILTON ST., NEW ORLEANS, LA 70122; WILBERT TURNER, VELMA TURNER REGARDING 5108 BASINVIEW DR., NEW ORLEANS, LA 70126; INEZ ARCENEAUX, REGARDING 407 12TH ST., NEW ORLEANS, LA 70124; BRIAN GALBRETH, SUSAN GALBRETH REGARDING 7613 STONERIDGE PL., NEW ORLEANS, LA 70126; RICHARD LANDRY, REGARDING 2228 MARIETTA ST., CHALMETTE, LA 70043; ERNESTINE BEVERLY REGARDING 5032 ST. BERNARD, NEW ORLEANS, LA 70122; QUINDELL BALDWIN REGARDING 6834 SEAGULL LN., NEW

ORLEANS, LA 70126; LIDIA MACHADO, JOSE MACHADO,  REGARDING 4712 LAPLACE ST., METAIRIE, LA 70006; LORI LION REGARDING 4919 TOURO ST., NEW ORLEANS, LA 70122; SUE BUDDE REGARDING 3206-08 CADIZ ST., NEW ORLEANS, LA 70125;, upon suggesting to the Court that plaintiffs wish to voluntarily dismiss their claims against defendant State Farm Fire and Casualty Company, without prejudice, reserving their rights against all other parties in any other litigation, each party to bear their own costs.

**WHEREFORE,** these plaintiffs pray the Court allow these plaintiffs to voluntarily dismiss their claims against defendant State Farm Fire and Casualty Company in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted,

**LAW OFFICES OF JOSEPH M. BRUNO**

 **/s/ Joseph M. Bruno**
**Joseph M. Bruno (3604)**
**L. Scott Joanen (21431)**
855 Baronne Street
New Orleans, LA 70113
PH (504) 525-1335
FX:(504) 581-1493

## CERTIFICATE OF SERVICE

_____I hereby certify that I have served a copy of this Motion upon all counsel of record via the

Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with

first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 17th day of

July , 2008.


_____**/s/ Joseph M. Bruno**_____