UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE | JUDGE DUVAL MAG. WILKINSON |

PERTAINS TO: 07-2751, Polk

### PLAINTIFFS' EXPARTE MOTION FOR EXTENSION OF TIME

**NOW INTO COURT,** through undersigned counsel, come the Plaintiff listed above who respectfully request that this Honorable Court grant their motion for an additional thirty days from the July 14, 2008 deadline to submit to counsel for the defendants in their particular case a written settlement offer in accordance with the Post-Sher Insurance Umbrella Case Management Order for the reasons more fully set forth in the accompanying memorandum in support.

Respectfully Submitted,

ROBICHAUX LAW FIRM

____/s/ Brian D Page_____
J. Van Robichaux, Jr. -- 11338
Brian D. Page -- 30941
CAPITAL ONE BUILDING
6305 Elysian Fields Ave, Suite 406
New Orleans, LA 70122
P.O. Box 792500
New Orleans, LA 70179
Ph:   504-286-2022
Fax:  504-286-2044

1

**LESTELLE & LESTELLE, APLC**
**Terrence J. Lestelle - 8540**
**Andrea S. Lestelle - 8539**
**Jeffery B. Struckhoff** - **30173**
3421 N. Causeway Blvd., Suite 602
Metairie, LA 70002
Telephone:  504-828-1224
Facsimile:  504-828-1229

**LAW OFFICES OF ROY F. AMEDEE, JR.**
**Roy F. Amedee, Jr. - 2449**
**Brent A. Klibert - 29296**
228 St. Charles Avenue, Suite 801
New Orleans, LA 70130
Telephone:  504-592-3222
Facsimile:  504-592-8783

**ALLAN BERGER & ASSOCIATES, APLC**
**Allan Berger - 2977**
4173 Canal Street
New Orleans, LA 70119
Telephone:  504-486-9481
Facsimile:  504-483-8130

**CONNICK & CONNICK, LLC**
**William P. Connick - 14158**
2551 Metairie Road
Metairie, LA 70005
Telephone:  504-838-8777
Facsimile:  504-838-9903

**PATRICK G. KEHOE, JR., APLC**
**Patrick G. Kehoe, Jr. - 14419**
833 Baronne Street
New Orleans, LA 70113
Telephone:  504-588-1110
Facsimile:  504-588-1954

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Brian D Page
Brian D. Page