UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE | JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: 07-2751, Polk | |

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' EXPARTE MOTION FOR EXTENSION OF TIME

**MAY IT PLEASE THE COURT:**

Plaintiffs submit this memorandum in support of their motion respectfully requesting an additional thirty days from the July 14, 2008 deadline to submit to counsel for the defendants in their particular case a written settlement offer in accordance with the Post-Sher Insurance Umbrella Case Management Order for the following reasons.

Since the date of the Post-Sher Insurance Umbrella Case Management Order, Plaintiffs' counsel have been working diligently to obtain the information set forth in the Case Management Order for all of the numerous Plaintiffs they represent that were consolidated in *In Re: Katrina Canal Breaches Litigation* and submit their settlement offers. Filing counsel has completed and forwarded settlement demands for many of those Plaintiffs, twenty-seven to be exact, but not all. During this same time period, undersigned counsel has continued to meet with various defense

counsel in an ongoing effort to resolve many of the cases to which this Case Management Order applies.  Many other settlement conferences and mediations have been scheduled for the remainder of July and August, 2008.  Furthermore, Plaintiff's counsel has been unable to contact Ms. Karen Polk in order to get her authority to make the Ordered settlement demand.  Plaintiffs' counsel need additional time to prepare and submit the remaining settlement demand and, therefore, request this 30-day extension.

Accordingly, Plaintiffs respectfully request that the Court grant their motion.

Respectfully Submitted,

ROBICHAUX LAW FIRM

___/s/ Brian D Page_____
J. Van Robichaux, Jr. -- 11338
Brian D. Page -- 30941
CAPITAL ONE BUILDING
6305 Elysian Fields Ave, Suite 406
New Orleans, LA 70122
P.O. Box 792500
New Orleans, LA 70179
Ph:   504-286-2022
Fax:   504-286-2044

**LESTELLE & LESTELLE, APLC**
**Terrence J. Lestelle - 8540**
**Andrea S. Lestelle - 8539**
**Jeffery B. Struckhoff** - **30173**
3421 N. Causeway Blvd., Suite 602
Metairie, LA 70002
Telephone:  504-828-1224
Facsimile:  504-828-1229

**LAW OFFICES OF ROY F. AMEDEE, JR.**
**Roy F. Amedee, Jr. - 2449**
**Brent A. Klibert - 29296**
228 St. Charles Avenue, Suite 801
New Orleans, LA 70130
Telephone:  504-592-3222
Facsimile:  504-592-8783

**ALLAN BERGER & ASSOCIATES, APLC**
**Allan Berger - 2977**
4173 Canal Street
New Orleans, LA 70119
Telephone:  504-486-9481
Facsimile:  504-483-8130

**CONNICK & CONNICK, LLC**
**William P. Connick - 14158**
2551 Metairie Road
Metairie, LA 70005
Telephone:  504-838-8777
Facsimile:  504-838-9903

**PATRICK G. KEHOE, JR., APLC**
**Patrick G. Kehoe, Jr. - 14419**
833 Baronne Street
New Orleans, LA 70113
Telephone:  504-588-1110
Facsimile:  504-588-1954

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Brian D Page
Brian D. Page