UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re KATRINA CANAL BREACHES LITIGATION | * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" MAG. (2) |
| | * | JUDGE STANWOOD R. DUVAL, JR. |
| | * | MAG. JOSEPH C. WILKINSON, JR. |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Considering the foregoing Motion to Enroll and Substitute Counsel of Record,

IT IS HEREBY ORDERED that Frank A. Piccolo, La. Bar Roll No. 02049, of Preis & Roy, APLC, be enrolled and substituted as counsel of record in place of Daniel A. Webb of Sutterfield & Webb, LLC for Movants American Home Assurance Company (hereinafter "AHAC") and International Marine Underwriters (hereinafter "IMU") solely in relation to the Excess Marine Liability Policy for the term of May 1, 2005 to May 1, 2006 issued severally but not jointly to Lafarge North America, Inc. by AHAC, IMU, and New York Marine and General Insurance Company (hereinafter "NYMAGIC"), with coverage of $45 million excess of all primary coverage and subscribed to 25% by IMU, 35% by AHAC, and 40% by NYMAGIC, (hereinafter the "Excess Policy"), in the above-captioned cause and Robert H. Murphy, La. Bar Roll No. 9850 of Murphy Rogers Sloss & Gambel be enrolled and substituted as counsel of record in place of Daniel A. Webb, La. Bar Roll No. 13294, of

Sutterfield & Webb, LLC for Movant New York Marine and General Insurance Company (hereinafter "NYMAGIC") and solely in relation to the Primary Marine Liabilities Policy for a term of May 1, 2005 to May 1, 2006, issued by NYMAGIC to Lafarge North America, Inc. with coverage of $5 million and solely in relation to the 40% subscribed by NYMAGIC with respect to the Excess Policy.  Daniel A. Webb and Sutterfield & Webb, LLC are to remain enrolled as counsel for Lafarge North America, Inc.

New Orleans, Louisiana, the __18th__ day of July, 2008.

_____
THE HONORABLE STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE