PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 048 | FMA-048-000000001 | FMA-048-000000009 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 048 | FMA-048-000000022 | FMA-048-000000262 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 049 | FMA-049-000000001 | FMA-049-000000110 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 049 | FMA-049-000000122 | FMA-049-000000224 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 049 | FMA-049-000000391 | FMA-049-000000471 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 049 | FMA-049-000000474 | FMA-049-000000551 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 049 | FMA-049-000000557 | FMA-049-000000565 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 049 | FMA-049-000000571 | FMA-049-000000949 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000000001 | FMA-051-000002524 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000002527 | FMA-051-000002532 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |

7/18/2008

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 051 | FMA-051-000002536 | FMA-051-000002575 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000002614 | FMA-051-000002673 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000002678 | FMA-051-000002770 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000002820 | FMA-051-000002838 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000002856 | FMA-051-000002860 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000002865 | FMA-051-000002919 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000002926 | FMA-051-000002928 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000002930 | FMA-051-000002964 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000003062 | FMA-051-000003450 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000003530 | FMA-051-000008267 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |

7/18/2008

PRODUCTION LOG

In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 051 | FMA-051-000008526 | FMA-051-000008577 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000008618 | FMA-051-000008854 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000008938 | FMA-051-000008969 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000008971 | FMA-051-000008974 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000009085 | FMA-051-000010313 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000010393 | FMA-051-000010608 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000010632 | FMA-051-000010748 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000010865 | FMA-051-000010890 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000010893 | FMA-051-000010901 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000010906 | FMA-051-000010915 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |

PRODUCTION LOG

In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 051 | FMA-051-000010920 | FMA-051-000010955 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000010960 | FMA-051-000010962 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000010979 | FMA-051-000010987 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000010991 | FMA-051-000011083 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000011142 | FMA-051-000011203 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000011210 | FMA-051-000011369 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000011393 | FMA-051-000011956 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000011965 | FMA-051-000012118 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000012121 | FMA-051-000012130 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000012173 | FMA-051-000012180 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |

7/18/2008

PRODUCTION LOG

In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 051 | FMA-051-000012183 | FMA-051-000012188 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000012191 | FMA-051-000012247 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000012255 | FMA-051-000012309 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000012314 | FMA-051-000012378 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000012383 | FMA-051-000012388 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000012390 | FMA-051-000012754 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000012756 | FMA-051-000012756 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000012759 | FMA-051-000012789 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000012794 | FMA-051-000012988 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000013008 | FMA-051-000013092 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |

7/18/2008

In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 051 | FMA-051-000013095 | FMA-051-000013119 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000013122 | FMA-051-000013282 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000013289 | FMA-051-000013421 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000013425 | FMA-051-000013426 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000013433 | FMA-051-000013503 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000013506 | FMA-051-000013562 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000013564 | FMA-051-000013571 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000013575 | FMA-051-000013579 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000013581 | FMA-051-000013867 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000013872 | FMA-051-000014125 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |

7/18/2008

In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 051 | FMA-051-000014127 | FMA-051-000014131 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000014134 | FMA-051-000014158 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000014161 | FMA-051-000014425 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000014429 | FMA-051-000014436 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000014446 | FMA-051-000014829 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 051 | FMA-051-000014833 | FMA-051-000015608 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 052 | FMA-052-000000001 | FMA-052-000002768 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 053 | FMA-053-000000001 | FMA-053-000000573 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 053 | FMA-053-000000655 | FMA-053-000000841 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 053 | FMA-053-000000937 | FMA-053-000002537 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |

7/18/2008

PRODUCTION LOG

**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 054 | FMA-054-000000001 | FMA-054-000000017 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 055 | FMA-055-000000001 | FMA-055-000000001 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| FMA | 055 | FMA-055-000000004 | FMA-055-000000062 | Department of Homeland Security; FEMA | Paul Huang | KC880 | 7/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |

7/18/2008