UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| VERSUS | * * * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| * * * * * * * * * * * * * * * * * * * * * * * | | |
| PERTAINS TO:<br>INSURANCE     NO. 06-6676 | * * * * | |
| * * * * * * * * * * * * * * * * * * * * * * | | |

## ORDER

Considering the foregoing Full and Final Joint Motion to Dismiss With Prejudice;

**IT IS ORDERED** that the Petition of Frank D. Natal be and is hereby **DISMISSED**, as against Defendant, Auto Club Family Insurance Company, with prejudice, with each party to bear their own costs. This is a full and final dismissal of plaintiff's claims.

New Orleans, Louisiana, this 18th day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE