UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| VERSUS | * * | |
| | * | NO.   05-4182 "K" (2) |
| | * * * | |
| PERTAINS TO: | * * | JUDGE DUVAL |
| INSURANCE      LUNDY, NO. 06-3509 | * * | MAG. WILKINSON |

## ORDER

Considering the foregoing Consent Motion;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the parties are granted a thirty (30) day extension of their expert report deadlines in this case; the plaintiffs' expert report deadline is extended from 18 July 2008 to 18 August 2008, and the defendants' expert report deadline is extended from 18 October 2008 to 17 November 2008.

New Orleans, Louisiana this 18th day of July, 2008.

Stanwood R. Duval, Jr.
United States District Judge