UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> _____ § <br> § <br> **PERTAINS TO:** § <br> LEVEE     (07-4944) § <br> Frank Cina, et al § <br> _____ § | **CIVIL ACTION NO.: 05-4182** <br> & Consolidated Cases <br><br> **JUDGE DUVAL** <br><br> **MAG. WILKINSON** |

**RESPONSE TO PORT OF NEW ORLEANS'**
**MOTION FOR JUDGMENT ON THE PLEADINGS**

**NOW INTO COURT**, come plaintiffs in the above styled and numbered action, appearing through undersigned counsel, who hereby aver that they have no opposition to the Motion for Judgment on the Pleadings filed by the Board of Commissioners of the Port of New Orleans in the above referenced matter and, as such, consent to the dismissal of this Defendant. Plaintiffs specifically reserve all rights as against all other parties, named and unnamed.

Respectfully Submitted:

/s/ Jonathan B. Womack
DAVID V. BATT, #2849
JONATHAN B. WOMACK, #30801
LOBMAN, CARNAHAN, BATT,
  ANGELLE & NADER
400 POYDRAS STREET , SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 18 day of July 2008, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic mail.

/s/ Jonathan B. Womack
Jonathan B. Womack