UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION <br> VERSUS <br> <br> <br> <br> <br> JAMES ALLEN, ET AL <br>   Plaintiffs <br> VS. <br> STATE FARM FIRE AND CASUALTY <br> COMPANY <br>   Defendant | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO.: 05-4182 <br> <br> SECTION "K" <br> <br> MAGISTRATE (2) <br> CONS. KATRINA CANAL <br> <br> <br> CIVIL ACTION <br> No. 07-5111 <br> SECTION "K" (2) |

**ORDER**

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted by plaintiffs, CLINTON JILES, PAMALA JILES REGARDING 1223 MAZANT DR, NEW ORLEANS, LA 70117; LIONEL CANNON, FRANCIENE H CANNON REGARDING 7721 W CAVELIER DRIVE, NEW ORLEANS, LA 70129; JERRY MCKINNIS, ALMA FRANCIS REGARDING 3924 METROPOLITAN ST., NEW ORLEANS, LA 70126; JERRY MCKINNIS, ALMA FRANCIS REGARDING 13434 DWYER BLVD, NEW ORLEANS, LA 70129; ROBERT TREUTING, DAWN M. TREUTING, REGARDING 225 OPAL ST., NEW ORLEANS, LA 70124;

JUSTIN BURNETT REGARDING 6618 LAMB ST., NEW ORLEANS, LA 70126; DOROTHY BOCK, JOANN GUERRA REGARDING 2605 KAREN DR., CHALMETTE, LA 70043; JAWAD SHAKIR, HAZEL SHAKIR REGARDING 2053 CARVER DRIVE, HARVEY, LA 70058; SHEILA BUTLER, KENNETH BUTLER REGARDING 7021 DORCHESTER STREET, NEW ORLEANS, LA 70126; SHEILA BUTLER, KENNETH BUTLER, REGARDING 2834 AUBRY STREET, NEW ORLEANS, LA 70122; SHEILA BUTLER, KENNETH BUTLER REGARDING 7031 DORCHESTER, NEW ORLEANS, LA 70126; OSCAR HAMILTON, ELISE P. HAMILTON REGARDING 8606 MARKS, NEWORLEANS, LA 70118; ELOISE BARBER, ROBERT V. BARBER REGARDING 2340 SPAIN ST., NEW ORLEANS, LA 70117; VELMA BENJAMIN REGARDING 6000 CAMPUS BLVD.., NEW ORLEANS, LA 70126; SARA LAIN, BOBBY LAIN REGARDING 7240 WESTHAVEN RD, NEW ORLEANS, LA 70126; TRISCELYN MCDONALD REGARDING 12401 N. LAKE CARMEL DR., NEW ORLEANS, LA 70128; ANGELA POREA REGARDING 1728 REYNES ST., NEW ORLEANS, LA 70117; MARY AUZENNE, YOLANDA WILLIAMS REGARDING 4817 ROSEMONT PL., NEW ORLEANS, LA 70126; DORIS COUSIN REGARDING 2660/62 BRUXELLES ST., NEW ORLEANS, LA 70119; SHIRLEY ROBINSON REGARDING 4842 TOULON ST., NEW ORLEANS, LA 70129; EUGENE PAYTON REGARDING 13158 CHATEAU CT., NEW ORLEANS, LA 70129; VANCE BRADY, WILLIE ANNA BRADY, CANDANCE RUSSELL REGARDING 11010 WILLOWBRAE DR., NEW ORLEANS, LA 70127; CLARENCE EARL, LOIS EARL REGARDING 1805 WATTINGN DR., MARRERO, LA 70072; CHARLES JACKSON, JUDY JACKSON REGARDING 6711 COVENTRY ST, NEW ORLEANS, LA 70126; CALVIN LEVY, PAULA LEVY, CHERRIAN

LEVY REGARDING 3205 COLLEGE CT., NEW ORLEANS, LA 70125; SANDRA SPEDALE REGARDING 915 CONRAD ST, NEW ORLEANS, LA 70124; LISA RODRIQUE, MOTHER REGARDING 300 YENNI DR, KENNER, LA 70065; LINDA PERRY, JEAN/BILL PERRY REGARDING 346 39TH STREET, NEW ORLEANS, LA 70124; GAIL LEE REGARDING 2906 HOLLYGROVE ST., NEW ORLEANS, LA 70118; DOROTHY MULLINS REGARDING 3005 N. CLAIBORNE AVE, NEW ORLEANS, LA 70117; CLARA WILSON-COOK, IDA EDWARDS REGARDING 7832 EBBTIDE DR., NEW ORLEANS, LA 70126; TERRI ALEXANDER REGARDING 5640 RED MAPLE DR., NEW ORLEANS, LA 70129; CANDICE HICKS, DORIS HICKS REGARDING 7731 WEAVER ST., NEW ORLEANS, LA 70127; EDDIE FRAZIER, EMMA JEAN FRAZIER, KATITIA PITTS REGARDING 2224 ROBERT E. LEE BLVD., NEW ORLEANS, LA 70122; ROBERT MARTIN, CYNTHIA MARTIN REGARDING 4845 MARQUE DR., NEW ORLEANS, LA 70127; GEORGIA VILLERE, DEIRDRE VILLERE REGARDING 6117 CAMPUS BLVD., NEW ORLEANS, LA 70126; YOLANDA WALLACE, JOHN A STEWARD, REGARDING 7400 CORNWALL PL., NEW ORLEANS, LA 70126; ANNA SIMPSON, DANIEL SIMPSON REGARDING 304 FAWN DR., ARABI, LA 70032; RONALD ANDRY, CONSTANCE ANDRY, LISA STAFFORD REGARDING 3238 BANKS ST., NEW ORLEANS, LA 70119; EDNA RUSSELL, RICHARD REGARDING 1494 MANDOLIN ST., NEW ORLEANS, LA 70122; ALLAN MOLERO, JANET R. MOLERO, REGARDING 6523 LOUIS XIV, NEW ORLEANS, LA 70124; ULYSSES JOSEPH REGARDING 2439 ALVAR ST., NEW ORLEANS, LA 70117; LINDA BATTLEY REGARDING 4634 FLAKE AVE., NEW ORLEANS, LA 70127; VERA TRUFANT, HAROLD TRUFANT, SR. REGARDING 4717 MARAIS ST.,

NEW ORLEANS, LA 70117; CHARLES WRIGHT, MARSHA MACKIE WRIGHT, MARION LEGARD REGARDING 4760 SPAIN ST., NEW ORLEANS, LA 70122; CLEO JACKSON REGARDING 2657 BENEFIT ST., NEW ORLEANS, LA 70122; HARRIET MCCOY REGARDING 5230 CARTIER AVE., NEW ORLEANS, LA 70122; PATRICIA CADE REGARDING 2117 SAULET PL., HARVEY, LA 70058; BEVERLY DANTON, VIRGINIA DANTON, CHEYL GOODART REGARDING 5543 CHATHAM DR., NEW ORLEANS, LA 70122; KAREN KATZ, JESSIE BORELLO, NORMAN KATZ REGARDING 6043 BELLAIRE DR., NEW ORLEANS, LA 70124; DAVID GIARDINA, MARY ANN GIARDINA REGARDING 1808 SCHNELL DR., ARABI, LA 70032; PHILLIP TROXCLAIR, MARIA TROXCLAIR, REGARDING 1827 ALEXANDER AVE., ARABI, LA 70032; ELSIE PETERSON, GLENDA DORSEY REGARDING 4651 GABRIEL ST., NEW ORLEANS, LA 70127; DERRICK WILLIAMS, NINA M. WILLIAMS, EMER WILLIAMS REGARDING 4844 CAMELOT DR., NEW ORLEANS, LA 70127; EDDIE SMITH, DEBORAH SMITH REGARDING 6942 THOR COURT, NEW ORLEANS, LA 70126; PINKIE OSBORNE, ILAR OSBORNE, JR., LEE EVELYN OSBORNE REGARDING 6027 WEST END BLVD., NEW ORLEANS, LA 70124; DARLENE MOORE-HURST, DON HURST REGARDING 7501 BREVARD AVE., NEW ORLEANS, LA 70127; MICHAEL MAGGIO, ANNA MAGGIO REGARDING 430 SPENCER AVE., NEW ORLEANS, LA 70124; KEITH MARTIN, YVETTE S. MARTIN REGARDING 7437 SYMMES AVE., NEW ORLEANS, LA 70127; REGINALD JOHNSON, SUSAN JOHNSON REGARDING 4832 GALLIER DR., NEW ORLEANS, LA 70131; WILLIAM GUESS, MONA P. GUESS REGARDING 4709 LAKE COMO AVE., METAIRIE, LA 70006; ERROL COOPER, DEBBIE

COOPER REGARDING 2726 FRENCHMEN ST., NEW ORLEANS, LA 70119; FREDERICK BRUCE, LAURIE BRUCE REGARDING 3513 ROSETTA DR., CHALMETTE, LA 70043; PATRICIA ANTHONY, SHELITA WILLIAMS REGARDING 1721 REYNES ST., NEW ORLEASN, LA 70117; KEN CRAWFORD, SHARON M. CRAWFORD REGARDING 9925 E. WHEATON CIR., NEW ORLEANS, LA 70127; ESCO BICKHAM, PEGGY J. BICKHAM REGARDING 4909 LAINE AVE., NEW ORLEANS, LA 70126; CAMILE AMACKER REGARDING 4720 PAUGER ST., NEW ORLEANS, LA 70122; LEON INDOVINA REGARDING 58 WEST CHALMETTE CIR., CHALMETTE, LA 70043; GERTRUDE SIMMONS, GROVERIME JONES REGARDING 6400 LOUIS ELAIM, VIOLET, LA 70092; MADELYN OLDHAM REGARDING 5934 MARSHALL FOCH, NEW ORLEANS, LA 70124; SHELLY LUCIUS, OLIVER J. LUCIUS, JR. REGARDING 2216 MONTREAL ST., NEW ORLEANS, LA 70122; SABRINA SCHARFENSTEIN-PETERSON, SCOTT A. SCHARFENSTEIN, CYNTHIA TASSIN REGARDING 710 N. CLAIBORNE ST., CHALMETTE, LA 70043; VANESSA BROWN, LLOYD J. BROWN REGARDING 6730 DEANNE ST., NEW ORLEANS, LA 70126; CHRISTOPHER SLIWINSKI, ROBLYNN G. SLIWINSKI REGARDING 42354 BIENVILLE AVE., NEW ORLEANS, LA 70119; OLIVER LUCIUS, JACQUELYN R. LUCIUS REGARDING 4657 ST. FERDINAND DR., NEW ORLEANS, LA 70126; THOMAS DUFFY, LISA M. DUFFY REGARDING 3405 MUMPHREY RD., CHALMETTE, LA 70043; GARY DUPART, PATRICIA A. DUPART REGARDING 13 LAKE BARRIER DR., NEW ORLEANS, LA 70129; BETSY COGDELL REGARDING 818 FRENCH ST., NEW ORLEANS, LA 70124; JAY DUMAS, RAYA DUMAS REGARDING 1735 KING DR., NEW ORLEANS, LA

70122; SHIRLEY JEFFERSON, JAMES SMITH, ALMA JEFFERSON REGARDING 3912 LOUISIANA AVENUE PKWY., NEW ORLEANS, LA 70125; ERIC KELLY, PAULINE KELLY, PAULINE REGARDING 3717 PECAN DR., CHALMETTE, LA 70043; BETTIE KNOBLAUCH-CUCCIA, KEVIN D. CUCCIA, REGARDING 3812 CHARLES DR., CHALMETTE, LA 70043; PAMELA MCKENZIE, STANLEY MCKENZIE REGARDING 1005 CLAIBORNE DR., JEFFERSON, LA 70121; GAYNIELLE NEVILLE, CYRIL G. NEVILLE SR., REGARDING 5130 ARTS ST., NEW ORLEANS, LA 70122; VANESSA PAPION, GERVY PAPION, REGARDING 11150 WINCHESTER PARK DR., NEW ORLEANS, LA 70128; SUSAN PARDUE, CLIFF GUIDRY REGARDING 50 W. PARK PL., NEW ORLEANS, LA 70124; MARY SHELTON, REGARDING 2815 BELL ST., NEW ORLEANS, LA 70119; FRED THOMPSON REGARDING 4111 FAIRMONT DR., NEW ORLEANS, LA 70122; CATHERINE TRACY, SANDRA BAILEY REGARDING 1613 ESTEBAN ST., ARABI, LA 70032; SOLOMON CARTER REGARDING 2329 & 2331 COLUMBUS ST., NEW ORLEANS, LA 70119; EUGENE ARNOLD, LANA ARNOLD REGARDING 13807 HORIZON DR., NEW ORLEANS, LA 70129; JAMES BONCK, SUSAN L. BONCK, REGARDING 5554 PASTEUR BLVD., NEW ORLEANS, LA 70122; RICHARD LABOURDETTE REGARDING 3601 EVANGELINE, CHALMETTE, LA 70043; ROBERT JONES REGARDING 4333 DUPLESSIS ST., NEW ORLEANS, LA 70122; D'JUAN ALEXANDER, CHARLES ALEXANDER SR. REGARDING 219 S. CORTEZ ST., NEW ORLEANS, LA 70119; MARION CARDINALE REGARDING 2213 ROSETTA DR., CHALMETTE, LA 70043; CHRISTEN WASHINGTON, JESSIE MORRIS REGARDING 6361 DOROTHEA ST., NEW ORLEANS, LA 70131; JOSIE MORRIS, CORNELIUS MORRIS, JR.,

CHRISTEN WASHINGTON REGARDING 1725 PORT ST., NEW ORLEANS, LA 70117; ROBERT WALKER, JUNE WALKER, DENISE WALKER REGARDING 8903 CURRAN BLVD, NEW ORLEANS, LA 70127; ARNOLD TURNER, DONNA TURNER, REGARDING 7801 EBBTIDE DR., NEW ORLEANS, LA 70126; VICTORIA LEWIS, WILLIE C. LEWIS, GILDA BOLDS REGARDING 7024 NEPTUNE CT., NEW ORLEANS, LA 70126; DOIDY LANG, MERCEDES LANG REGARDING 1716 EAGLE ST., NEW ORLEANS, LA 70118; PHILLIP FRANKLIN, CYNTHIA FRANKLIN REGARDING 8030 SANDPIPER, NEW ORLEANS, LA 70128; SHERYL PIERRE, ALBERT TURNER REGARDING 7840 PARRY ST., NEW ORLEANS, LA 70128; CHARLES RODGERS REGARDING 6950 PONTCHARTRAIN BLVD, NEW ORLEANS, LA 70124; ANDREA HUBBARD, THOMAS ROBINSON REGARDING 1737 SPAIN ST., NEW ORLEANS, LA 70117; ERNEST NORMAN, ALICE R. NORMAN REGARDING 2613 TENNESSEE ST., NEW ORLEANS, LA 70117; CLARENCE HARRELL, EARLEEN H. HARRELL REGARDING 7101 THORNLEY DR., NEW ORLEANS, LA 70126; RODNEY BAILEY, SHELIA MASON BAILEY REGARDING 7733 DOGWOOD DR., NEW ORLEANS, LA 70126; REYNAUD ALEXANDER, JOAN L. ALEXANDER REGARDING 7430 & 7432 ALABAMA ST., NEW ORLEANS, LA 70126; CASANDRA GOINS REGARDING 7810 UNITY DR., NEW ORLEANS, LA 70128; BARBARA WHITTAKER, TONI JONES REGARDING 10954 CHAUCER, NEW ORLEANS, LA 70126; FRANKIE SHEDRICK, MARIAN L. SHEDRICK REGARDING 3141 COLLEGE CT., NEW ORLEANS, LA 70125; IRMA REED REGARDING 2101 FORSTALL ST., NEW ORLEANS, LA 70117; DELORES JACKSON, COURTNEY L. JACKSON REGARDING 3912 CLEMATIS AVE., NEW ORLEANS, LA 70122;

GAIL MARIGNY REGARDING 10221 CHEVY CHASE DR., NEW ORLEANS, LA 70127; SYLVIA REED REGARDING 1109 SHIRLEY DR., NEW ORLEANS, LA 70114; LOIS LEWIS, TYRONE LEWIS, IRENE ANDERSON REGARDING 15 BETHANEY CT., NEW ORLEANS, LA 70126; ARTHUR EUGENE, REGARDING 10800 GUILDFORD RD., NEW ORLEANS, LA 70127; TRUDE WILLIAMS, REGARDING 3410 ST. FERDINAND ST., NEW ORLEANS, LA 70126; CAROL PALMER REGARDING 3016 CHALONA DR., CHALMETTE, LA 70043; ALFRED VICTOR, DOROTHY M VICTOR REGARDING 1517 & 1519 GALLIER ST., NEW ORLEANS, LA 70117; VALORIE SANDERS REGARDING 2626 NEW YORK ST., NEW ORLEANS, LA 70122; NICHEKIA GILMORE REGARDING 14535 DUANE RD., NEW ORLEANS, LA 70128; CHRISTOPHER MAITRE, SHERRY MAITRE REGARDING 6538 CATINA ST., NEW ORLEANS, LA 70124; RONALD BEAULIEU, STACEY BEAULIEU, REGARDING 1726 PRESSBURG ST., NEW ORLEANS, LA 70122; PAUL WEIR, SUSAN F. WEIR, AMANDA WEIR REGARDING 3228 MAUREEN LN., MERAUX, LA 70075; MARY BILLINGTON REGARDING 735 S. GAYOSO ST., NEW ORLEANS, LA 70119; SALVADOR HONTIVEROS, GINA GEBBIA HONTIVEROS REGARDING 3900 JACOB DR., CHALMETTE, LA 70043; JEROME CULLER REGARDING 4316 SYBIL, NEW ORLEANS, LA 70122; WALLACE VEGA, ALINE VEGA, REGARDING 3100 PALMETTO ST., CHALMETTE, LA 70043; BASIL FRAZER, WIDA FRAZER, MARIGOLD CARTER REGARDING 17 GORDON PLAZA DR., NEW ORLEANS, LA 70126; BRAZELLA BRISCOE, CANARY W. BRISCOE REGARDING 2542 DELERY ST., NEW ORLEANS, LA 70117; JACQUELYN HEBERT, ROMALIS HERBERT, SR. REGARDING 2527 EADS ST., NEW ORLEANS, LA 70117;

DOROTHY REED, RAY REED REGARDING 5821 ROYAL ST., NEW ORLEANS, LA 70117; NORMALEE DICKERSON, KENRIC DICKERSON REGARDING 10301 CHEVY CHASE DR., NEW ORLEANS, LA 70127; YANDA DABNEY REGARDING 10800 MORRISION RD. ST.104, NEW ORLEANS, LA 70128; ELAINE BROOKS, RASHAD BROOKS REGARDING 4952 VENUS ST., NEW ORLEANS, LA 70122; LUCILLE BRELAND, FABIAN PRESTON REGARDING 5500 PAULINE DR., NEW ORLEANS, LA 70126; HAROLD MCCLOSKEY, SUSAN MCCLOSKEY REGARDING 3209 PALMISANO BLVD, CHALMETTE, LA 70043; JIMMIE NEYLAND REGARDING 4130 CADILLAC ST., NEW ORLEANS, LA 70122; EMMA SHEPARD REGARDING 8308 NELSON ST., NEW ORLEANS, LA 70118; LEONEL HEBERT, KAREN HEBERT REGARDING 1712 ALEXANDER AVE., ARABI, LA 70032; JEROME DONNELLY REGARDING 3312 ROSETTA DR., CHALMETTE, LA 70043; KEITH MOORE, REGARDING 7422 MORRISON RD., NEW ORLEANS, LA 70126; MARLON BRADFORD REGARDING 6921 QUEENSWAY DR., NEW ORLEANS, LA 70128; RITA MEYERS, CINDY MILLER REGARDING 7740 TRAPIER AVE., NEW ORLEANS, LA 70127; KEITH ROBERTS REGARDING 4527 CAMELOT DR., NEW ORLEANS, LA 70127; ROBERTS BROOKS, ROSE LEWIS REGARDING 4616 DONNA DR., NEW ORLEANS, LA 70127; GREGORY LUCIEN REGARDING 5350 BUNDY RD., NEW ORLEANS, LA 70127; BARBARA FLOWERS, TROY (SON) REGARDING 718 ST. MAURICE ST., NEW ORLEANS, LA 70117; EDWARD BRASSETTE, CASEY BRASSETTE REGARDING 38 WEST CHALMETTE CIR., CHALMETTE, LA 70043; HERMAN SWANIER REGARDING 9007 BELFAST ST., NEW ORLEANS, LA 70118; LAURA DUCOS REGARDING 525 S. OLYMPIA ST., NEW ORLEANS,

LA 70119; SANDRA TERMINIE, MICKEY TERMINIE REGARDING 2317 VENTURA DR., CHALMETTE, LA 70043; MICHELL LOFTON, MS BRIDGES REGARDING 6115 N. PRIEUR ST., NEW ORLEANS, LA 70117; GLENNIECE DAVENPORT REGARDING 2914 CLEVELAND AVE., NEW ORLEANS, LA 70119; GREGORY HUNTER REGARDING 7511 EASTMORE RD, NEW ORLEANS, LA 70126; RONALD WALCH REGARDING 3017 RIVERLAND DR., CHALMETTE, LA 70043; CLIFTON BLACK REGARDING 5228 SPAIN ST., NEW ORLEANS, LA 70122; ALMONIE COMBRE, PAT COMARE REGARDING 970 S. TELEMACHUS ST., NEW ORLEANS, LA 70125; HETTIE ANDREWS, ELLEN LEGIER REGARDING 5636 HEMPSTEAD RD., NEW ORLEANS, LA 70127; MABLE BRISTER, ARTIS ARTHUR REGARDING 8921 FORSHEY ST., NEW ORLEANS, LA 70118; GLENDA GARNETT REGARDING 7301 SHEFFIELD ST., NEW ORLEANS, LA 70126; IRIS COOK REGARDING 608 W. PROSPER ST., CHALMETTE, LA 70043; ROBERT NEWMAN, LOUISE NEWMAN REGARDING 6474 CANAL BLVD., NEW ORLEANS, LA 70124; JOYCE FINNEY, GERALDA FINNEY REGARDING 6925 BARRINGTON CT., NEW ORLEANS, LA 70128; JOE DAVIS, BEATHAMAE S. DAVIS REGARDING 1661 MILTON ST., NEW ORLEANS, LA 70122; WILBERT TURNER, VELMA TURNER REGARDING 5108 BASINVIEW DR., NEW ORLEANS, LA 70126; INEZ ARCENEAUX, REGARDING 407 12TH ST., NEW ORLEANS, LA 70124; BRIAN GALBRETH, SUSAN GALBRETH REGARDING 7613 STONERIDGE PL., NEW ORLEANS, LA 70126; RICHARD LANDRY, REGARDING 2228 MARIETTA ST., CHALMETTE, LA 70043; ERNESTINE BEVERLY REGARDING 5032 ST. BERNARD, NEW ORLEANS, LA 70122; QUINDELL BALDWIN REGARDING 6834 SEAGULL LN., NEW

ORLEANS, LA 70126; LIDIA MACHADO, JOSE MACHADO, REGARDING 4712 LAPLACE ST., METAIRIE, LA 70006; LORI LION REGARDING 4919 TOURO ST., NEW ORLEANS, LA 70122; SUE BUDDE REGARDING 3206-08 CADIZ ST., NEW ORLEANS, LA 70125;  shall be and are hereby dismissed, without prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this __18th__ day of _____July_____ ,2008.

_____
Stanwood R. Duval, Jr.
United States District Judge