UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: ROAD HOME<br>Louisiana State C.A. No.: 07-5528 | * * | JUDGE DUVAL<br>MAGISTRATE WILKINSON |

*********************************************

## ORDER

Consider the foregoing motion to voluntarily dismiss certain insurance companies filed by the State of Louisiana,

**IT IS HEREBY ORDERED** that the State's Motion to Voluntarily Dismiss Certain Insurance Companies from the Road Home action is granted. The Insurance Company Defendants American Empire Group, American Empire Insurance Company, American Empire Surplus Lines Insurance Company, Great American Alliance Insurance Company, Great American Assurance Company, Great American Insurance Company, Great American Insurance Company of New York, Great American Security Insurance Company, Great American Spirit Insurance Company, Proctor Financial, Inc., Western Diversified Casualty Insurance Company, ZC Sterling Corporation, only, are hereby dismissed without prejudice, reserving unto the State all other rights and claims against any other person or party, whether named or otherwise, and without waiving any claim or defense, including the State's right to challenge this Court's jurisdiction, and with each party to bear its own costs.

Thus done and signed this _____ day of July, 2008, in New Orleans, Louisiana.

_____
The Honorable Stanwood Duval, Jr.