**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| | * | |
| IN RE: KATRINA CANAL | * | |
| BREACHES | | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| | * | |
| PERTAINS TO: BARGE | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*        05-5531 | * | |
| *Mumford v. Ingram*       05-5724 | * | |
| *Lagarde v. Lafarge*      06-5342 | * | JUDGE |
| *Perry v. Ingram*         06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*       06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | MAGISTRATE |
| | * | JOSEPH C. WILKINSON, JR. |
| | * | |

**ORDER GRANTING MOTION TO FILE REPLY MEMORANDUM**

Upon consideration of the motion of Lafarge North America Inc. to file a reply memorandum in support of its motion for Rule 37 sanctions against plaintiffs, it is hereby ORDERED that the motion is GRANTED.  The Clerk is directed to file the REPLY MEMORANDUM IN OF LAFARGE NORTH AMERICA IN SUPPORT OF MOTION FOR RULE 37 SANCTIONS AGAINST PLAINTIFFS..

New Orleans, Louisiana, this _____ day of July, 2008.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE