# EXHIBIT 2

**Cromwell, Francine**

From: Raffman, Mark S
Sent: Friday, July 18, 2008 12:40 PM
To: Cromwell, Francine
Subject: Exhibit 2

---

**From:** Ashton O'Dwyer [mailto:arod@odwyerlaw.com]
**Sent:** Tuesday, July 15, 2008 9:37 PM
**To:** 'Rob Warren'; Chud, Adam M; akeller@shergarner.com; 'Ben Mayeaux'; 'Bill Treeby'; 'Candace Cain'; 'Charles Sutton'; walker@chaffe.com; dmartin@gainsben.com; 'Elisa Gilbert'; 'Johns Pendleton Court Reporters'; lchambers@burglass.com; Raffman, Mark S; fisher@chaffe.com; 'Robin Smith'; TANZELMO@mcsalaw.com; bgilbert@briangilbertlaw.com; czelaya@fgmapleslaw.com; dphillips@thecochranfirmno.com; federal@geraldmaples.com; Aldock, John D.; PlazaLaw@cox.net; karenwiedemann@bellsouth.net; karlwied@bellsouth.net; ldwiedeman@aol.com; mmayberry@fgmapleslaw.com; melinda.faulstich@apicorp.com; jguidry@thecochranfirmno.com; 'Stephen Wiles'; 'Aaron Ahlquist'; 'Adam Babich '; 'AJ Rebennack '; 'Arthur W. Landry '; 'Bill Jones'; 'Cindy Amedee'; 'Daniel Becnel Jr. '; 'Daniel Becnel Jr. '; 'Darlene Marie Jacobs '; 'David Scalia '; 'David Scalia'; 'deGravelles, Palmintier, Holthaus, Fruge '; 'Francis Gerals Weller '; 'Frank Dudenhefer'; 'Frederick J. Gisevious Jr. '; 'Gerald Meunier '; 'Gina Campo'; 'Hugh Palmer Lambert '; 'Jim S. Hall '; 'Joe Bruno'; 'John Cummings '; 'John Patrick Connick'; 'John-Michael Lawrence '; 'Keith Couture '; 'Kirk Reasonover '; 'Marion Overton White '; 'Michael Hill'; 'N. Frank Elliot III '; 'Patrick Connick'; 'Pius Akamdi Obioha '; 'Randall A. Smith '; 'Randall Earl Hart'; 'Robert Becnel '; 'Robert J Caluda '; 'Ronnie G Penton '; 'Russ Herman '; 'Sarah Rosenblum'; 'Scott Joanen'; ssmith@smithstag.com; 'Steve Herman'; 'Susan Molero Vance '; 'Tiffany Laura Hawkins Davis '; 'Walter C. Dumas '; 'William Christian Gambel '; 'William E. O'Neil '; 'William Mustian'; 'Bob Wright'; 'Calvin Fayard'; 'Camilo Salas'; 'Clay Mitchell'; 'Diane Melancon'; 'Ewell Eagan'; 'Frank Anthony Piccolo '; 'James Roy'; 'John A. V. Nicoletti '; 'John Andry'; 'Johnanthan B. Andry '; 'Joseph E. Lee III '; 'Joseph McKernan'; 'Josh Palmintier'; 'Julie Penton'; 'Matt Schultz'; 'Michael Palmintier'; 'Pierce O'Donnell'; 'Price Mounger'; 'Todd Slack'; 'Vance Andrus'
**Subject:** RE: DEPOSITION CANCELLED

Mr. Warren: Please check with Joe Bruno and advise how, or in what format, the reports of Professor Bea and Paul Kemp in MRGO/Robinson will be made available to us.

---

**From:** Rob Warren [mailto:rob@jbrunolaw.com]
**Sent:** Tuesday, July 15, 2008 19:36
**To:** Adam Chud; akeller@shergarner.com; Ben Mayeaux; Bill Treeby; Candace Cain; Charles Sutton; walker@chaffe.com; dmartin@gainsben.com; Elisa Gilbert; Johns Pendleton Court Reporters; lchambers@burglass.com; Raffman, Mark S; fisher@chaffe.com; Robin Smith; TANZELMO@mcsalaw.com; AROD@odwyerlaw.com; bgilbert@briangilbertlaw.com; czelaya@fgmapleslaw.com; dphillips@thecochranfirmno.com; federal@geraldmaples.com; jaldock@goodwinprocter.com; PlazaLaw@cox.net; karenwiedemann@bellsouth.net; karlwied@bellsouth.net; ldwiedeman@aol.com; mmayberry@fgmapleslaw.com; melinda.faulstich@apicorp.com; jguidry@thecochranfirmno.com; Stephen Wiles; Aaron Ahlquist; Adam Babich ; AJ Rebennack ; Arthur W. Landry ; Bill Jones; Cindy Amedee; Daniel Becnel Jr. ; Daniel Becnel Jr. ; Darlene Marie Jacobs ; David Scalia ; David Scalia; deGravelles, Palmintier, Holthaus, Fruge ; Francis Gerals Weller ; Frank Dudenhefer; Frederick J. Gisevious Jr. ; Gerald Meunier ; Gina Campo; Hugh Palmer Lambert ; Jim S. Hall ; Joe Bruno; John Cummings ; John Patrick Connick; John-Michael Lawrence ; Keith Couture ; Kirk Reasonover ; Marion Overton White ; Michael Hill; N. Frank Elliot III ; Patrick Connick; Pius Akamdi Obioha ; Randall A. Smith ; Randall Earl Hart; Rob Warren; Robert Becnel ; Robert J Caluda ; Ronnie G Penton ; Russ Herman ; Sarah Rosenblum; Scott Joanen; ssmith@smithstag.com; Steve Herman; Susan Molero Vance ; Tiffany Laura Hawkins Davis ; Walter C. Dumas ; William Christian Gambel ; William E. O'Neil ; William Mustian; Bob Wright; Calvin Fayard; Camilo Salas; Clay Mitchell; Diane Melancon; Ewell Eagan; Frank Anthony Piccolo ; James Roy; John A. V. Nicoletti ; John Andry; Johnanthan B. Andry ; Joseph E. Lee III ; Joseph McKernan; Josh Palmintier; Julie Penton; Matt Schultz; Michael Palmintier; Pierce O'Donnell; Price Mounger; Rob Warren; Todd Slack; Vance Andrus
**Subject:** DEPOSITION CANCELLED
**Importance:** High

Please be advised that the deposition of Manguno set for **July 16** has been **cancelled**. A new date will be announced.

I apologize for the late notice.

Rob


J. Robert Warren, II, Esq.
In re Katrina Canal Breaches Consolidated Litigation
504.561.6771 - Direct
504.561.6775 - Facsimile
504.723.1011 - Mobile
rob@jbrunolaw.com
rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

```
No virus found in this incoming message.
Checked by AVG - http://www.avg.com
Version: 8.0.138 / Virus Database: 270.4.11/1554 - Release Date: 7/15/2008 6:03 PM
```

7/18/2008