# EXHIBIT 3

Derek A. Walker, Esq.
June 20, 2008
Page 1

# Law Office of Brian A. Gilbert, P.L.C.
## 821 Baronne Street
## New Orleans, Louisiana 70113

Telephone (504) 885-7700
Telephone (504) 581-6180
Facsimile  (504) 581-4336

bgilbert@briangilbertlaw.com

June 2, 2008

Derek A. Walker, Esq.
Chaffe McCall, LLC
1100 Poydras Street, Suite 2300
New Orleans, LA  70163

Re:   In re Katrina Canal Breaches, USDC, EDLA, No. 05-4182, Section "K"(2), and consolidated cases; Pertains to: BARGE.

Dear Derek:

Again I thank you, Mark and Dan for your willingness to meet yesterday to discuss resolution of the issues raised in Lafarge's Motion for Sanctions. Though we disagree on the applicability of LR 37.1.E, this fact only reinforces my appreciation of your efforts.

To memorialize our meeting, this letter confirms our agreement in the following particulars:

1. Hearing of the Motion for Sanctions shall be continued by consent to July 9, 2008. Please advise whether you would like me to file a motion or whether we might simply advise the Court of our agreement.

2. We will clarify responses on behalf of named plaintiffs by inserting the following language:

    "Named plaintiffs responding to these requests certify that information and documents produced in response hereto consist of all that is currently within their knowledge, possession, custody, or control as of the date of this response. Said persons anticipate the

Derek A. Walker, Esq.
June 20, 2008
Page 2

        possibility of additional information or documents that do not exist at this time, and will provide same by way of ongoing supplementation at the earliest practicable time at which said information or documents come into said persons' knowledge, possession, custody or control."

3. We will supply, subject to the above, all missing information as per Judge Wilkinson's order, and will remedy all inadvertent oversights in this regard.

4. We will provide additional documents by way of supplementation that were not available at the time pervious responses were made.

5. We will supply a Bates numbered copy of the environmental report, as well as additional documents to be provided by supplementation.

6. We will provide a Bates numbered copy of the excerpts of the statement of Arthur Murph, and will reference depositions, to the extent that these items are responsive to your Request No. 19.

7. We will obtain and provide all evidence of physical injuries and medical expenses incurred by named plaintiffs, although we do not believe that this obligation arose until the Court expressed last week that it intends to try individual cases in July 2009. We have decided, this date, to retain language concerning physical injuries that appears in our class certification motion in light of the Court's decision. I did not previously recognize this language as distinct from claims of emotional damages, but understand Lafarge's differing interpretation and will proceed from this point forward consistent with such interpretation.

8. I will provide these corrections and supplements at the earliest opportunity, and no later than July 8, 2008

If any of the above differs from your understanding, or if you perceive that any remedial action is not addressed, please advise me.

I thank you again for your patience and courtesy, and again, I regret and apologize for my ill-informed statements to your co-counsel concerning the pending motion.

Derek A. Walker, Esq.
June 20, 2008
Page 3

                                                  Yours very truly,

                                                  \s\Brian A. Gilbert
                                                  **BRIAN A. GILBERT**

BAG/jrc

cc:    Mark S. Raffman, Esq.
        John D. Aldock, Esq.
        Daniel A. Webb, Esq.