UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION NO.: 05-4182 |
| PERTAINS TO: | * <br> * | SECTION "K"(2) |
| Kiefer, 06-5370 | * <br> * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LIMITED REOPENING OF CASE
## TO DISMISS CLAIMS OF GERTRUDE PIERRE

NOW INTO COURT, through undersigned counsel, comes plaintiff Gertrude Pierre, who respectfully requests that her claims against defendant Allstate Insurance Company be dismissed without prejudice. Counsel for defendant Allstate Insurance Company has been contacted and there is no opposition to this motion.

Accordingly, plaintiffs move this Court for an entry of an order to (1) reopen the Kiefer, et al. proceeding, No. 06-5370, with respect to Gertrude Pierre and her claims against Allstate Insurance Company only for the limited purpose of addressing this Motion, and (2) dismiss without prejudice, and at each party's cost, all claims asserted by plaintiff Gertrude Pierre against Allstate

Insurance Company.

WHEREFORE, plaintiff Gertrude Pierre requests that this Court enter an order as set forth above.

> Respectfully submitted,
>
> /s/ Calvin C. Fayard, Jr.
> Calvin C. Fayard, Jr., #5486
> Wanda J. Edwards, #27448
> Fayard and Honeycutt, APC
> 519 Florida Avenue, SW
> Denham Springs, Louisiana 70726
> Telephone: 225/664-4193
>
> Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

> /s/ Calvin C. Fayard, Jr.
> Calvin C. Fayard, Jr.