UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 |
| PERTAINS TO: | * * | SECTION "K"(2) |
| Kiefer, 06-5370 | * * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

Considering the foregoing Motion for Limited Reopening of Case to Dismiss With Prejudice Claims of Gertrude Pierre;

**IT IS ORDERED** that the captioned matter shall be reopened with respect to Gertrude Pierre's claim against Allstate Insurance Company, for the following limited purpose:

**IT IS FURTHER ORDERED** that all claims of Gertrude Pierre asserted against Allstate Insurance Company, are hereby DISMISSED WITHOUT PREJUDICE, at each party's own cost.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE