UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 "K" (2)<br>CONS. KATRINA CANAL |
| PERTAINS TO INSURANCE | * | |
| | | JUDGE STANWOOD R. DUVAL, JR. |
| *Joyce Stall v. Scottsdale Insurance<br>Company: 07-1233* | * | |
| | | MAGISTRATE JUDGE JOSEPH C.<br>WILKINSON, JR. |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT MOTION TO WITHDRAW AND
SUBSTITUTE COUNSEL OF RECORD**

**NOW INTO COURT,** comes Scottsdale Insurance Company, and respectfully moves that Cynthia J. Thomas of the law firm Galloway, Johnson, Tompkins, Burr & Smith, be substituted as counsel of record for defendant, Scottsdale Insurance Company, replacing David E. Walle of Bienvenu, Foster, Ryan & O'Bannon, in the representation of the defendant, Scottsdale Insurance Company.

**WHEREFORE,** defendant, Scottsdale Insurance Company, prays that Cynthia J. Thomas of the law firm Galloway, Johnson, Tompkins, Burr & Smith be substituted as counsel

of record for Scottsdale Insurance Company, replacing David E. Walle of Bienvenu, Foster, Ryan & O'Bannon, in the representation of the defendant, Scottsdale Insurance Company.

Respectfully submitted,

**BIENVENU, FOSTER, RYAN & O'BANNON**


s/DAVID E. WALLE_____
**DAVID E. WALLE, Bar No. 13199**
1010 Common Street, Suit 2200
New Orleans, LA  70112-2401
Tel. No. 504-310-1500
Fax No. 504-310-1501


**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH**


s/ CYNTHIA J. THOMAS_____
**CYNTHIA J. THOMAS, Bar No. 22631**
#3 Sanctuary Blvd., Suite 301
Mandeville, LA 70471
Tel: (985) 674-6680
Fax: (985) 674-6681
*Attorney for Defendant,*
*Scottsdale Insurance Company,*


## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 18th day of July, 2008, served a copy of the foregoing pleading on counsel for all parties by:

|  |  |
|---|---|
| (  ) Hand Delivery | (  ) Prepaid U. S. Mail |
| ( X ) Electronic Mail | (  ) UPS/Federal Express |

s/Cynthia J. Thomas
_____
CYNTHIA J. THOMAS