## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * * | **CIVIL ACTION** |
| | * | **NO. 05-4182 "K" (2)** |
| | * | **CONS. KATRINA CANAL** |
| **PERTAINS TO INSURANCE** | * | |
| | * | **JUDGE STANWOOD R. DUVAL, JR.** |
| *Joyce Stall v. Scottsdale Insurance Company: 07-1233* | * | **MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR.** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the above and foregoing;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that David E. Walle of Bienvenu, Foster, Ryan & O'Bannon, be and is hereby allowed to withdraw as counsel of record for defendant, Scottsdale Insurance Company, and that Cynthia J. Thomas of Galloway, Johnson, Tompkins, Burr & Smith be substituted and enrolled as counsel for defendant, Scottsdale Insurance Company.

Signed this _____ day of _____, 2008, New Orleans, Louisiana.

_____
**JUDGE**