# Law Offices of Brian A. Gilbert, P.L.C.
## 821 Baronne Street
## New Orleans, Louisiana 70113

Telephone (504) 581-6180
Telephone (504) 885-7700
Facsimile  (504) 581-4336                                  bgilbert@briangilbertlaw.com
                                                           www.bargecase.com

July 19, 2008

Mr. John D. Aldock, Esq.
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001

>       Re:    In Re Katrina Canal Breaches Consolidated Litigation
>              USDC EDLA Civil Action No. 05-4182 and consolidated cases

Dear Mr. Aldock:

      Please understand this letter as clarification of our opposition to Lafarge North America's pending Motion for Sanctions (Record Doc. 13557). That this correspondence does not controvert any other matter is not to be understood as agreement with or concession to any other representation in Lafarge's pleadings. Because this is not technically a sur-reply, it is not being treated as such, but is intended for Mag. Wilkinson's edification as well, and is therefore to be forwarded to His Honor via filing of record in my capacity as Barge Plaintiffs' Liaison.

      First, the Barge Plaintiffs' opposition, page 1, does not accuse you or your co-counsel of thumbing your noses at the Court's order. The word "they" does not refer to counsel for Lafarge, but counsel for the Barge Plaintiffs. In other words, the statement is intended to convey that counsel for Lafarge accuses *us and our clients* of thumbing *our* noses at the Court's order, which is hardly the case. I apologize for any ambiguity my diction allowed.

      Second, although you are correct that Lafarge North America did provide discovery pleadings responsive to Magistrate Wilkinson's April 21, 2008 order compelling Lafarge's discovery responses, I believe that I am correct that the responses were not accompanied by formal verification. Ordinarily, I accept counsel's signature as sufficient assurance that the responses are true and complete, but because Lafarge has taken issue with the form of verifications supplied by the plaintiffs, the absence of Lafarge's verification of supplemental discovery responses creates a disparity worthy of a footnote. However, we have not engaged in motion practice on this point, as Rules 11(b), 26(e)(1), 26(g), and 33(b)(3) incorporate such obligations as would discourage unjustified revision of discovery responses. If I have somehow overlooked verifications of these **Mr.**

**John D. Aldock, Esq.**
**July 19, 2008**
**P. 2**


supplemental discovery responses, please notify me, and please consider footnote 1 of the Barge Plaintiffs' opposition to be withdrawn and retracted.

     I regret any misunderstanding as to these matters, and suspect that greater communication between the two of us in the future might alleviate such misunderstanding.  I am available to you at any time, and suggest that should you perceive anything "mendacious" in a pleading we have filed, a brief conversation might serve to redirect such an impression.

     Please enjoy the remainder of your weekend.  I hope that the weather in D.C. is not so sultry as that here in the "tropics."  I look forward to our next meeting.

     With kindest regards, I am

                                                   Yours truly,


                                             \s\Brian A. Gilbert


BAG\bag

cc:     Derek Walker, Esq. (walker@chaffe.com)
          Daniel A. Webb, Esq. (dwebb@swslaw.com)
          Hon. Joseph C. Wilkinson, Jr. (via ECF upload)