UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | § | CIVIL ACTION NO.: 05-4182 |
| CONSOLIDATED LITIGATION | § | |
| VERSUS | § | SECTION "K" |
| | § | |
| | § | MAGISTRATE (2) |
| | § | CONS. KATRINA CANAL |
| | § | |
| JAMES ALLEN, ET AL | § | |
|     Plaintiffs | § | CIVIL ACTION |
| VS. | § | No. 07-5111 |
| STATE FARM FIRE AND CASUALTY | § | SECTION "K" (2) |
| COMPANY | § | |
|     Defendant | § | |
| | § | |

## ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted by plaintiffs, ELMA NEESE, DIANNE NEESE REGARDING 2912 BAYOU RD., ST. BERNARD, LA 70085; LATONYA LABRANCH, MELVIN LABRANCH REGARDING 4931 ARTS ST., NEW ORLEANS, LA 70122; DANIEL NODURFT, SHIRLEY FICHTEL, JUDITH NODURFT REGARDING 6736 CATINA, NEW ORLEANS, LA 70124; LANIER DIXON, PAULINE DIXON REGARDING 3405 CAMPHOR ST., NEW ORLEANS, LA 70118; JEANNE DOMINICK REGARDING 5115 ST. ROCH AVE., NEW ORLEANS, LA 70122; JORGE CHAO, JORGE

CHAO JR REGARDING 6581 WUERPLE ST., NEW ORLEANS, LA 70124; DONALD CAMPO, ANGELA CAMPO REGARDING 3217 ACORN DR., VIOLET, LA 70092; CASSANDRA SCOTTS, ANTHONY SCOTTS, REGARDING 7842 STAR ST., NEW ORLEANS, LA 70128; GINA O'LEARY, MICHAEL O'LEARY, REGARDING 3004 DESPAUX DR., CHALMETTE, LA 70043; CARMELLA CAMP, CLINTON CAMP REGARDING 2250 NORTH JOHNSON ST., NEW ORLEANS, LA 70117; CARMELLA CAMP, CLINTON CAMP REGARDING 1941 MARIGNY ST., NEW ORLEANS, LA 70117; LEETRICE ANDERSON, DUPRE LEETRICE REGARDING 6213-15 ARTS ST., NEW ORLEANS, LA 70122; JEAN SANDERS, ALVIN SANDERS REGARDING 5748 ST. ANTHONY AVE., NEW ORLEANS, LA 70122; ROLANDO RAQUENO, MONIRA RAQUENO REGARDING 2817 EARL DR., MEREAUX, LA 70075; PAUL ROBERTS, REGARDING 1913 JOSEPH DR., ST. BERNARD, LA 70085; HERBERT BACHUS, JACQUELINE BACHUS REGARDING 7521 PEBBLE DR., NEW ORLEANS, LA 70128; IVAN LEWIS, REGARDING 2140 SAUVAGE AVE, MARRERO, LA 70072; HENRY ESSEX, REGARDING 508 N. RENDON ST., NEW ORLEANS, LA 70119; DORETHA AUGUSTUS, JULIAN AUGUSTUS III REGARDING 1919 MARIGNY ST., NEW ORLEANS, LA 70117; ELISE WALKER, LENETTE CONNINGHAM & TAHIAIH GUILLORY, MICHELLE BEYKIN REGARDING 4118 & 4120 ELBA ST., NEW ORLEANS, LA 70125; WYANDA DABNEY, NICOLE STOVALL REGARDING 13209 ST. HELENA PL., NEW ORLEANS, LA 70129; WAYNE PONTHIER, BRENDA SAGE REGARDING 4830 WARRINGTON DR., NEW ORLEANS, LA 70122; BETTY MCCLINTON REGARDING 4859 BUNDY, NEW ORLEANS, LA 70127; KEOKA JENKINS, FREDDIE JENKINS III, KEISHA BOYD REGARDING 4918

GALAHAD DR., NEW ORLEANS, LA 70127; LOUISE LEFLORE, MICHELE SMITH REGARDING 4228 RAYNE DR., NEW ORLEANS, LA 70122; ANDREW PANDAY, QUEEN PANDAY REGARDING 4704 & 4706 MANDEVILLE ST., NEW ORLEANS, LA 70122; DANNY CHERRY, DEBRA CHERRY, REGARDING 7440 & 7442 ALABAMA ST., NEW ORLEANS, LA 70126; MARIA WESTEFIELD, ANDEURON WESTEFIELD, BERTHA DIAZ REGARDING 1325 ROBERT E LEE BLVD., NEW ORLEANS, LA 70122; JOSHUA GILMAN, REGARDING 941 MOUTON ST., NEW ORLEANS, LA 70124; JOSHUA GILMAN, REGARDING 6901 ARGONNE BLVD, NEW ORLEANS, LA 70124; ELIZABETH PARULAN REGARDING 3429 PALINSANO BLVD., CHALMETTE, LA 70043; MARLENE FELTUS-JACKSON REGARDING 2514A NEW ORLEANS ST., NEW ORLEANS, LA 70119; BRINA BROWN REGARDING 1495 MIRABEAU AVE., NEW ORLEANS, LA 70122; MARIE HANSELL REGARDING 9130 OLEANDER ST., NEW ORLEANS, LA 70118; EARL DUPRE REGARDING 1335 JOURDAN AVE., NEW ORLEANS, LA 70117; MARCELLA WILLIAMS REGARDING 5125 SANDHURST DR., NEW ORLEANS, LA 70126; OLLIE CONRAD REGARDING 9510 STROELITZ ST., NEW ORLEANS, LA 70118; MELANIE COULON, TOMMIE POWELL JR. REGARDING 5930 KENSINGTON BLVD., NEW ORLEANS, LA 70127; KIM ROUBLOW, BRADFORD ROUBLOW REGARDING 3502 MARIGNY ST., NEW ORLEANS, LA 70122; LARRY HARDY, REGARDING 2204 LIZARDI ST, NEW ORLEANS, LA 70117; ROY SINGH, DOREEN SINGH REGARDING 3605 KINGS DR., CHALMETTE, LA 70043; ROY SINGH REGARDING 3604 & 3606 PAKENHAM DR., CHALMETTE, LA 70043; MARGARET WASHINGTON REGARDING 7241 CAMBERLEY DR., NEW ORLEANS, LA 70128; EDISON VILLAVASO, ELAINE

VILLAVASO REGARDING 7921 CYNTHIA DR., NEW ORLEANS, LA 70126; EUNICE MERRITT, REGARDING 2054 PLEASURE ST., NEW ORLEANS, LA 70122; PAULA MERRITT, ALVIN MERRITT JR. REGARDING 5003 ST. ANTHONY AVE., NEW ORLEANS, LA 70122; GLADYS LABEAUD REGARDING 1708 INDUSTRY ST., NEW ORLEANS, LA 70119; JESSIE BRUMFIELD REGARDING 1821 ADMIRAL NELSON DR., SLIDELL, LA 70461; CATHY BARCIA, SALVATORE A. BARCIA REGARDING 3505 LYNDEL DR., CHALMETTE, LA 70043; MANUEL MONTELONGO REGARDING 7408 E SAINT BERNARD HWY, VIOLET, LA 70461; KIMBLEY SCEAU, DERRICK GOLDSBY REGARDING 1837 DUMAINE ST., NEW ORLEANS, LA 70116; ANTHONY COLOMBO, ANNA COLOMBO REGARDING 2105 VICTOR ST., CHALMETTE, LA 70043; ROBERT GOWLAND, KATHYLEEN R GOWLAND REGARDING 3614 PECAN DR., NEW ORLEANS, LA 70126; MARY JOYCE WATTIGNY REGARDING 2700 DECOMINE, CHALMETTE, LA 70043; THOMAS BOWSER REGARDING 10831 WILLOWBRAE DR., NEW ORLEANS, LA 70127; BELINDA BRINSON, CHESTER BRINSON REGARDING 5741 CONGRESS DR., NEW ORLEANS, LA 70126; MARK CHENEVERT, DIANA CHENEVERT REGARDING 4116 & 4118 JUNO DR., CHALMETTE, LA 70043; WALTER FERRIER, AVIE FERRIER REGARDING 4418 ANNETTE ST., NEW ORLEANS, LA 70122; JOSEPH DOUGLAS, DORRIS DOUGLAS REGARDING 4336 SYBIL ST., NEW ORLEANS, LA 70122; RITA FERRAND, THEODORE FERRAND REGARDING 1329 KILLDEER ST., NEW ORLEANS, LA 70122; DAVID BLANCHARD REGARDING 4124 E. LOUISIANA HIGHWAY 46, ST. BERNARD, LA 70085; TROY JACKSON REGARDING 10840 WILLOWBRAE DR., NEW ORLEANS, LA 70127;

THERESA GAINES REGARDING 4510 ANNETTE ST., NEW ORLEANS, LA 70122; REGINALD GAINES REGARDING 7309 SHEFFIELD, NEW ORLEANS, LA 70126; CINDY ARMSTEAD REGARDING 7170 QUEENSWAY DR., NEW ORLEANS, LA 70128; STEPHANIE BOYD REGARDING 14 HUNTER PL, METAIRIE, LA 70001; PATRICIA LABIT, SIDNEY LABIT REGARDING 2036 MARGARET LANE, MERAUX, LA 70075; ERLINE LEDET REGARDING 7509 ASTEROID ST., VIOLET, LA 70092; JOHN LOCKWOOD, JANITH LOCKWOOD REGARDING 6854 GEN HAIG ST., NEW ORLEANS, LA 70124; ANNETTA EWELL REGARDING 4305 PERLITA ST., NEW ORLEANS, LA 70122; VERONICA NOLAN, NORMAN NOLAN, SR REGARDING 5342 DAUPHINE ST., NEW ORLEANS, LA 70117; SHELLEY THOMAS REGARDING 2516 HOLLYGROVE ST., NEW ORLEANS, LA ; CHARLES WELLS REGARDING 3736 NORWOOD DR., CHALMETTE, LA 70043; FRANK VON HOVEN REGARDING 34 COFFEE DR., CHALMETTE, LA 70043; DORIS WARREN REGARDING 2912 CAMPAGNA DR., CHALMETTE, LA 70043; SYLVIA HARNESS, REGARDING 1804 E. GENIE CT., CHALMETTE, LA 70043; STANLEY MATTHEW, PATRICIA MATHEW, REGARDING 2749 HIGGINS BLVD., NEW ORLEANS, LA 70126; STELLA MAY REGARDING 628 ST. MAURICE AVE., NEW ORLEANS, LA 70117  shall be and are hereby dismissed, without prejudice, with each party to bear their respective costs of court.

    New Orleans, Louisiana, this _____ day of _____ ,2008.

                                            _____
                                            UNITED STATES DISTRICT JUDGE