UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | * | **CIVIL ACTION NO.:  05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | |
| **PERTAINS TO:** | * | **SECTION "K"(2)** |
| | * | |
| **Kiefer, 06-5370** | * | **JUDGE DUVAL** |
| | * | |
| | * | **MAGISTRATE WILKINSON** |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the foregoing Motion for Limited Reopening of Case to Dismiss With Prejudice

Claims of Gertrude Pierre;

**IT IS ORDERED** that the captioned matter shall be reopened with respect to Gertrude

Pierre's claim against Allstate Insurance Company, for the following limited purpose:

**IT IS FURTHER ORDERED** that all claims of Gertrude Pierre asserted against Allstate

Insurance Company, are hereby DISMISSED WITHOUT PREJUDICE, at each party's own cost.

New Orleans, Louisiana, this 21st day of _____ July _____, 2008.

_____
UNITED STATES DISTRICT JUDGE