UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * | CIVIL ACTION |
| | * | NO. 05-4182 "K" (2) |
| | * | CONS. KATRINA CANAL |
| PERTAINS TO INSURANCE | * | |
| | | JUDGE STANWOOD R. DUVAL, JR. |
| *Joyce Stall v. Scottsdale Insurance Company:  07-1233* | * | MAGISTRATE JUDGE JOSEPH C. |
| | * | WILKINSON, JR. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the above and foregoing;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that David E. Walle of Bienvenu, Foster, Ryan & O'Bannon, be and is hereby allowed to withdraw as counsel of record for defendant, Scottsdale Insurance Company, and that Cynthia J. Thomas of Galloway, Johnson, Tompkins, Burr & Smith be substituted and enrolled as counsel for defendant, Scottsdale Insurance Company.

Signed this __21st__ day of _____July_____, 2008, New Orleans, Louisiana.



_____
**JUDGE**
_____
Stanwood R. Duval, Jr.
United States District Judge