UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES            CIVIL ACTION
CONSOLIDATED LITIGATION
                                         NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE, Xavier, 06-516   JUDGE DUVAL
                                         MAG.WILKINSON

## ORDER

I have received and reviewed the joint in camera settlement report of the parties. Substantial settlement efforts have been made in this case. The parties remain far apart and it appears at this time that settlement is unlikely. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Xavier case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and henceforth all future filings in C.A. No. 06-516 on the docket of C.A. No. 06-516, and not on the docket of C.A. No. 05-4182.

JUL 2 1 2008

**TRANSFERRED TO**

**SECT. R**



____ Fee_____
____ Process_____
_X_ Dktd_____
____ CtRmDep_____
____ Doc. No _____

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it back to Section "R", where it was previously allotted before its transfer to this consolidated litigation, for future proceedings in Section "R"(2).

New Orleans, Louisiana, this ___17th___ day of July, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**
**HON. SARAH S. VANCE**