UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re KATRINA CANAL BREACHES LITIGATION | * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" MAG. (2) |
| | * | JUDGE STANWOOD R. DUVAL, JR. |
| | * | MAG. JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * *

**MOTION TO SUBSTITUTE THE NORTHERN ASSURANCE COMPANY OF AMERICA FOR INTERNATIONAL MARINE UNDERWRITERS AS AN IMPROPERLY IDENTIFIED PARTY**

NOW INTO COURT, through undersigned counsel, come The Northern Assurance Company of America (hereinafter "NACA"), and file this motion to correct the record and to substitute NACA for International Marine Underwriters (hereinafter "IMU") in every pleading and/or court filing where IMU is improperly identified as the insurance company which, among others, issued an Excess Marine Liabilities Policy (hereinafter "Excess Policy") for the term May 1, 2005 to May 1, 2006 to Lafarge North America, Inc. (hereinafter "Lafarge").

As more fully described in the attached sworn Affidavit of Peter A. Curzio (Exhibit "1"), IMU was and is the ocean marine department of OneBeacon Insurance Company. OneBeacon Insurance Company, among others, was and is a member of OneBeacon Insurance Group, of which NACA is also a member. NACA writes a full spectrum of ocean marine insurance through, among others, IMU. With regard to the Excess Policy for the term of May 1, 2005 to May 1, 2006, NACA, American Home Assurance Company (hereinafter "AHAC"), and New York Marine and General Insurance Company (hereinafter "NYMAGIC"), severally but not jointly issued the Excess Policy to Lafarge, with coverage of $45 million excess of all primary

coverages. IMU, on behalf of NACA subscribed to 25% of the risk, with AHAC subscribing to 35%, and NYMAGIC to 40% of the risk. Therefore, the correct entity which issued the Excess Policy is NACA, not IMU.

Respectfully submitted:

FRANK A. PICCOLO (02049)
PREIS & ROY, APLC
601 Poydras Street, Suite 1700
New Orleans, LA 70130
Telephone:(504) 581-6062
Facsimile: (504) 522-9129
COUNSEL FOR AMERICAN HOME ASSURANCE COMPANY AND INTERNATIONAL MARINE UNDERWRITERS

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing pleading has been served on all counsel of record in these proceedings by:

| | |
|---|---|
| ( ) Hand Delivery | ( ) Prepaid U.S. Mail |
| ( ) Facsimile | ( ) Federal Express |
| ( √ ) ECF Filing | ( ) E-Mail |

New Orleans, Louisiana, this 18th day of July, 2008.

FRANK A. PICCOLO