UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re KATRINA CANAL BREACHES LITIGATION | * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" MAG. (2) |
| | * | JUDGE STANWOOD R. DUVAL, JR. |
| | * | MAG. JOSEPH C. WILKINSON, JR. |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Substitute The Northern Assurance Company of America for International Marine Underwriters,

IT IS HEREBY ORDERED that The Northern Assurance Company of America (hereinafter "NACA"), improperly identified as International Marine Underwriters (hereinafter "IMU") be substituted for and in place of IMU in every pleading and/or court filing in relation to the Excess Marine Liability Policy (hereinafter "Excess Policy") for the term of May 1, 2005 to May 1, 2006 issued severally but not jointly to Lafarge North America, Inc. by American Home Assurance Company, NACA, and New York Marine and General Insurance Company with coverage of $45 million excess of all primary coverage and subscribed to 25% by NACA, 35% by AHAC, and 40% by NYMAGIC in the above-captioned cause.

New Orleans, Louisiana, the _____ day of July, 2008.

---

THE HONORABLE STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE