UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re KATRINA CANAL BREACHES LITIGATION | * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" MAG. (2) |
| | * | JUDGE STANWOOD R. DUVAL, JR. |
| | * | MAG. JOSEPH C. WILKINSON, JR. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**AFFIDAVIT OF PETER A. CURZIO**

STATE OF NEW YORK   )
                    s.s.:
COUNTY OF NEW YORK  )

PETER A. CURZIO, being duly sworn, deposes and says:

1. I am the Senior Vice President at International Marine Underwriters ("IMU"). I submit this Affidavit in support of the motion to correct the record to substitute The Northern Assurance Company of America ("NACA") with IMU which is improperly identified as the insurance company which, among others, issued an Excess Marine Liabilities Policy ("Excess Policy") to Lafarge North America, Inc. ("Lafarge"), on a several and not joint basis.

2. At all times relevant, IMU was and is the ocean marine department of OneBeacon Insurance Company.

3. At all times relevant, OneBeacon Insurance Company, among others, was and is a member of OneBeacon Insurance Group, of which NACA is also a member.

4. NACA writes a full spectrum of ocean marine insurance through, among others, IMU.

5. With regard to the Excess Policy for the term of May 1, 2005 to May 1, 2006, NACA, American Home Assurance Company ("AHAC"), and New York Marine and General Insurance Company ("NYMAGIC"), severally but not jointly issued the Excess Policy to Lafarge, with coverage of $45 million excess of all primary coverages. IMU, on behalf of NACA subscribed to 25% of the risk, with AHAC subscribing to 35%, and NYMAGIC to 40% of the risk.

6. Therefore, the correct entity which issued the Excess Policy is NACA, not IMU.

_____
PETER A. CURZIO

Sworn to before me this
17th day of July, 2008

_____
Notary Public

NORMA I. ARCURI
Notary Public, State of New York
No. 31-2816211
Qualified in New York County
Commission Expires July 31, 2009

X:\Public Word Files\147th\Legal\PETER CURZIO AFFIDAVIT.7.17.08.mm.doc

2