UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*     05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. Lafarge*   06-5342 | * | JUDGE |
| *Perry v. Ingram*        06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*      06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA*         07-5178 | * | JOSEPH C. WILKINSON, JR. |

**CONSENT MOTION TO CONTINUE HEARINGS OF**

**(1) BARGE PLAINTIFFS' MOTION FOR APPEAL OF MAGISTRATE JUDGE DECISION TO DISTRICT COURT RE RECORD DOC. 13149 ORDER ON MOTION FOR PROTECTIVE ORDER, ORDER ON MOTION FOR DISCOVERY, ORDER ON MOTION FOR RECONSIDERATION BY ETHEL MUMFORD**

**(2) BARGE PLAINTIFFS' MOTION TO BAR PUTATIVE CLASS MEMBER CONTACTS, ETC. (RECORD DOC. 13839)**

Barge Plaintiffs move this Honorable Court for an Order granting continuance of the Barge Plaintiffs' appeal of the Magistrate Court decision as to Barge Plaintiffs' Motion for Protective Order (Record Document No. 13347), and of Barge Plaintiffs' recently filed Motion for Protective Order Baring Putative Class Member Contacts (Record Doc. 13839), both of which are topically related. Barge Plaintiffs and Lafarge North America agree that continuance is desirable inasmuch as Lafarge seeks additional time to oppose the recent motion, and because both parties wish to request oral

argument as to these two inter-related motions. Barge Plaintiffs, consistent with discussions with counsel for Lafarge, seek continuance to August 20, 2008 of both of these related motions.

      Respectfully submitted,

      /s/ Brian A. Gilbert,
      Brian A. Gilbert, Esq.(21297)
      LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
      821 Baronne Street
      New Orleans, Louisiana 70113
          Telephone: (504) 885-7700
          Telephone: (504) 581-6180
          Facsimile: (504) 581-4336
          e-mail: bgilbert@briangilbertlaw.com

      /s/ Lawrence D. Wiedemann,
      Lawrence D. Wiedemann.(13457)
      Karl Wiedemann (18502)
      Karen Wiedemann (21151)
      WIEDEMANN & WIEDEMANN
      821 Baronne Street
      New Orleans, Louisiana 70113
          Telephone: (504) 581-6180
          Facsimile: (504) 581-4336
          e-mail: lawrence@wiedemannlaw.com,
          karl@wiedemannlaw.com, karen@wiedemannlaw.com,

      /s/ Patrick J. Sanders
      Patrick J. Sanders (18741)
      3316 Ridgelake Drive
      Suite 100
      Metairie, LA 70002
          Telephone: 504-834-0646
          e-mail: pistols42@aol.com

      /s/ Richard T. Seymour
      Richard T. Seymour (D.C. Bar #28100)
      Law Office of Richard T. Seymour, P.L.L.C.
      1150 Connecticut Avenue N.W., Suite 900
      Washington, D.C.  20036-4129
          Voice: 202-862-4320
          Cell:   202-549-1454
          Facsimile:  800-805-1065 and 202-828-4130
          e-mail: rick@rickseymourlaw.net,

/s/ Lawrence A. Wilson
Lawrence A. Wilson (N.Y.S.B.A. 2487908)
David W. Drucker (N.Y.S.B.A. #1981562)
Wilson, Grochow, Druker & Nolet
Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279-0003
    Telephone: (212) 608-4400
    Facsimile: (212) 227-5159
    e-mail: lwilson@wgdnlaw1.com,
ddruker@wgdnlaw1.com


/s/ Alan L. Fuchsberg
Alan L. Fuchsberg, Esq.(N.Y.S.B.A. #1755966)
Leslie Kelmachter, Esq.(N.Y.S.B.A. #1795723)
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
45th Floor
New York, NY 10110-0002
    Telephone: 212-869-3500 ext. 235
    Facsimile:  212-398-1532
    e-mail: a.fuchsberg@fuchsberg.com,
    l.kelmachter@fuchsberg.com


**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 21 day of July, 2008.

    \s\Brian A. Gilbert