UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*    05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*    06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*    06-7516 | * | |
| *Parfait Family v. USA*    07-3500 | * | MAGISTRATE |
| *Lafarge v. USA*    07-5178 | * * | JOSEPH C. WILKINSON, JR. |

## LAFARGE NORTH AMERICA'S SUPPLEMENTAL EXPERT WITNESS LIST

Pursuant to the Court's Case Management and Scheduling Order No. 5, entered September 18, 2007 (Docket No. 7724), Lafarge North America Inc. ("LNA") submits this supplemental expert witness list. In compliance with CMO #5, this list identifies the relevant experts and their fields of expertise together with a brief description of the subject matter about which the expert may testify. The list does not purport to contain a full description of the opinions and conclusions that may be offered by any of them, which will be provided in expert reports pursuant to Fed. R. Civ. P. 26(a)(2).

1.     Reda M. Bakeer, Ph.D., P.E.
       Department of Civil and Environmental Engineering
       Tulane University
       New Orleans, LA
       4624 Pike Drive
       Metairie Louisiana 70003
       www.tulane.edu/~civil/bakeer.html

Expert in civil and structural engineering to address proper and faulty levee/floodwall construction; dynamic and hydrostatic impact on floodwalls; causes of IHNC wall failures and flooding.

2. Charles R. Cushing, Ph.D., P.E.
C.R. Cushing & Co.
30 Veasey Street
7th Floor
New York, NY 10007
http://www.crcco.com

Expert in naval architecture and casualty reconstruction (incorporating such disciplines as hydrology and meteorology) to address reconstruction of the events surrounding the Barge ING 4727 in relation to the IHNC wall failures and flooding (including the question of whether the Barge ING 4727 was a cause of the floodwall failures or flooding).

3. Larry Daggett, PhD., Engineering
Waterway Simulation Technology, Inc.
2791 Burnt House Rd.
Vicksburg, MS 39180
Resume previously provided

Expert in hydrology who may address aspects of water movement within the relevant waterways including the IHNC in connection with the potential testimony to be offered by Charles Cushing.

4. Austin L. Dooley, Ph.D.
Dooley Seaweather Analysis, Inc.
76 Earley Street
City Island, NY 10464
Resume previously provided

Expert in meteorology who may address aspects of wind speed, direction and timing during Hurricane Katrina in connection with potential testimony to be offered by Charles Cushing.

5. Capt. Larry E. Strouse
Vice President
Dufour, Laskay & Strouse, Inc.
3939 N. Causeway Blvd
Suite 300
Metairie, LA 70002
http://www.portlite.com

LIBW/1683590.2

Expert in maritime and fleeting practices, including marine vessel and barge operations, seamanship, safe operating practices, mooring, maritime hurricane preparations, to address propricty and due care of hurricane preparation activities at LNA's New Orleans terminal in advance of Hurricane Katrina.

6. Daniel F. Ryan II, PE
   DR Maritime Consulting
   210 Tiger Tail Road
   Houma, LA 70360
   Resume previously provided

Expert in maritime regulations and practices to address practices related to compliance with U.S. Coast Guard recommendations regarding hurricane preparation / mooring of barges.

7. D. Philip Skaer II
   Ropetech, Inc.
   10712 Scioto Lane
   Austin, TX 78747
   Resume previously provided

Expert in cordage to address strength of rope used by LNA to secure Barge ING 4727, degree to which strength was added by LNA hurricane preparation activities, and advantages of rope used by LNA versus wire cable.

8. Joseph Nicholas Suhayda, Ph.D.
   Coastal Oceanographic Consultant
   Joseph Suhayda & Associates
   285 Sunset Blvd.
   Baton Rouge, LA 70808
   Resume previously provided

Expert in hydrology and coastal studies to address sources of flooding and causes of flooding during Hurricane Katrina, including movement of water in the relevant waterways, for purpose of class certification and/or the merits.

9. Elissa P. Benedek, M.D.
   2311 E Stadium Blvd
   Suite 111
   Ann Arbor, MI 48104
   Resume previously provided

   and/or

   Cheryl D. Wills, M.D.
   Case Western Reserve University
   5247 Wilson Mills Road, PMB 452

Cleveland, OH 44143
Resume previously provided

Experts in psychiatry and mental health to address whether personal injury in the form of mental distress can be assessed or evaluated on a class-wide basis, and/or the merits of the named plaintiffs' mental distress claims.

10. Wade R. Ragas, Ph.D., MAI
President
Real Property Associates, Inc.
3017 Harvard Avenue
Suite 204
Metairie, LA 70006
Resume previously provided

Expert in real estate markets and appraisal to address whether alleged property damage claims (including alleged diminution in value) can be assessed or evaluated on a class-wide basis as alleged by plaintiffs and/or the merits of named plaintiffs' claims for damages.

11. William J. Thomassie, P.E.
Infinity Engineering Consultants, LLC
P.O. Box 24219
New Orleans, LA 70184-0219
http://www.infinityec.com/Company.htm

Expert in structural engineering and damage assessment to address whether causation of damage and extent of damage to homes can be evaluated on a class-wide basis.

12. Kenneth J. Boudreaux, Ph.D.
Professor of Economics and Finance
A.B. Freeman School of Business
Tulane University
New Orleans, LA
Resume previously provided

Expert in business and finance to address whether claims for business loss can be assessed or evaluated on a class-wide basis as alleged by plaintiffs.

13. Environ, Inc.
1900 North 18th Street
Suite 804
Monroe, LA 71201
Attn: Annette M. Shipp, Ph.D.
http://www.environcorp.com/

4

Experts in environmental services to address / respond to plaintiffs' environmental expert evidence.

14. Experts designated by plaintiffs in MRGO litigation, by live testimony or by deposition, to address third-party claims of LNA versus the United States and other third-party defendants and to address causes of floodwall failures and flooding. LNA reserves the right to designate different experts to testify on these subjects.

15. Jason Weiss Ph.D., Liu Weiss LLC
School of Civil Engineering
Purdue University
1284 Civil Engineering Building, Room G215
West Lafayette, IN 47907
Resume attached as Ex. A.

Expert in concrete and materials to address the sounds associated with concrete failures regardless of impact by another object, including the failures of the east bank floodwall on the IHNC.

16. Any experts required to respond to the plaintiffs' catch-all designations contained on the last page of plaintiffs' expert designation [Doc. 9247], and in subsequent witness lists.

DATED: July 21, 2008

Respectfully submitted,

Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com
Harrison@chaffe.com

  John D. Aldock  
John D. Aldock
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4240

LIBW/1683590.2

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715

*Attorneys for Lafarge North America Inc.*

APPENDIX

Exhibit A:    Jason Weiss cv

## Certificate of Service

I do hereby certify that I have on this 21st day of July, 2008 served a copy of the foregoing document on counsel for all parties to this proceeding, by email, facsimile transmission, and/or through the Court's electronic filing (ECF) procedure..

_____

LIBW/1683590.2