# Exhibit A

# Jason Weiss

Born January 8th, 1973

## Education

Ph.D. in Civil Engineering, Northwestern University, Evanston, IL, USA,1997-1999
    Thesis Title: Prediction of Early-Age Shrinkage Cracking in Concrete Elements
    Thesis Advisor: Professor Surendra P. Shah

M.S. in Civil Engineering, Northwestern University, Evanston, IL, USA, 1995-1997
    Thesis Title: Shrinkage Cracking in Restrained Concrete Slabs: Test Methods, Material Compositions, Shrinkage Reducing Admixtures, and Theoretical Modeling
    Thesis Advisor: Professor Surendra P. Shah

B.A.E. in Architectural Engineering, Penn State University, University Park, PA, USA 1990-1995

## Positions

| Years | Position |
|---|---|
| 2008-Present | Associate Head, School of Civil Engineering Purdue University |
| 2007-Present | Professor, School of Civil Engineering, Purdue University |
| 2005-2007 | Assistant Head for Research, School of Civil Engineering, Purdue University |
| 2004-2007 | Associate Professor, School of Civil Engineering, Purdue University |
| 2004 - Present | Associate Director of the Center for Advanced Cement Based Materials |
| 2004 (May-Oct) | Knud Højgaard Visiting Professor, Technical University of Denmark |
| 2004 (Jan-Feb) | VBL Visiting Professor, Oita University Dept. of Architectural Engineering |
| 2002 | Interim Materials Area Head |
| 1999-2004 | Assistant Professor, School of Civil Engineering, Purdue University |
| 1990-1995 | Research Assistant, National Science Foundation Center for Science and Technology of Advanced Cement Based Materials, Northwestern University, Evanston, IL, USA |

## Licenses, Registrations, and Certificates

1995 Engineering In Training (Pennsylvania)

## Honors and Awards

1. Walter P. Murphy Fellowship, Northwestern University, as selected by faculty committee - 1995-96, 1996-97
2. Roy G. and Myrna E. Wansik Teaching Award, as selected by the undergraduate students in the school of civil engineering – 2001, 2005, 2006
3. Who's Who in Engineering Education – 2001
4. Harold Munson Teaching Award, as selected by students in school of civil engineering - 2002
5. National Science Foundation Early CAREER Award – 2002
6. Roy G. and Myrna E. Wansik Research Award, as selected by a faculty review committee in the school of civil engineering – 2003
7. Walter P. Moore Jr. Faculty Achievement Award, given by the American Concrete Institute to recognize an outstanding junior faculty member who has demonstrated excellence and innovation in teaching concrete design, materials, and construction – 2003
8. Edmund M. Burke Outstanding Civil Engineering Professor, as selected by the students of Chi Epsilon (the Civil Engineering Honor Society), 2004
9. Bengt Frieberg Award for Best Paper by a Young Author (E.1.24), (co-authors Narayanan Neithalath and Rolando Garcia with Jan Olek), 2005
10. American Society for Engineering Education Midwest Section, Runner Up Best Paper (E.3.45), (co-authors F. Rajabipour, T. Schmit, and S. Fiat), 2005
11. Bryant Mather Award for the Best Paper in the Concrete Materials Section of the Transportation Research Board (E.1.27), (co-authors Gaurav Sant and Pietro Lura),  2006
12. RILEM Curing, High Durability and Life-Cycle Evaluation of Concrete Structures Conference Award for the Best Scientific Paper Award (E.3.47), (co-authors Pietro Lura, Guy Mazzotta, and Farshad Rajabipour) 2006
13. Fred Bruggraf Award,  Transportation Research Board (E.1.27), (co-authors Gaurav Sant and Pietro Lura), 2006
14. ACI Young Member Award for Professional Achievement, 2007
15. Ross J. Buck undergraduate counseling award, as selected by the students in civil engineering, 2007
16. Elected to the ACI committee on Nominations for 2008 (one of six members in annual election)
17. Bryant Mather Award for the Best Paper in the Concrete Materials Section of the Transportation Research Board (E.1.36, (co-authors A. Radlinska, F. Rajabipour, B.Bucher, R. Henkensefkien, and G. Sant),  2008

| **Memberships in Academic, Professional and Scholarly Societies** |
|---|

Professional Societies
- American Concrete Institute, 1995-present
- American Society of Civil Engineers, 1995-present
- Center for Advanced Cement-Based Materials, 1995-present
- Materials Research Society, 1999-2002
- RILEM, 1999-present
- Society of Experimental Mechanics, 1999-2003
- American Society for Engineering Education, 2000-present
- Transportation Research Board, 2000-present
- Indiana Chapter of the American Concrete Institute, 2001-present
- International Society for Concrete Pavements, 2001-2003
- Structural Engineering Institute, 2001-2003
- Acoustic Emission Working Group, 2002-present
- ASM International, the Materials Information Society, 2002-present
- American Society for Testing and Materials, 2002-present
- American Ceramics Society, 2003-2005

Honorary Societies
- Golden Key Honor Society, 1993
- Tau Beta Pi – National Engineering Honor Society, 1993
- Phi Alpha Epsilon – National Arch. Engr Honor Society, 1994
- Chi Epsilon – National Civil Engineering Honor Society, 2001

| **Teaching** |
|---|

The following section provides a summary of the Quantitative Student Evaluation Data as obtained from the Purdue University center for instructional excellence course reviews from the students taking the class. The scores below are on a 5.0 base with 5 as the highest and 1 as the lowest The quantitative data in the table is the response to two core questions that were:

Q1) Overall, this course is among the best I have ever taken; and
   Beginning in Fall 2000 this was: Overall, I would rate this course as:
Q2) Overall, this instructor is among the best teachers I have known.
   Beginning in Fall 2000 this was: Overall, I would rate this instructor as

| Year | Semester | Course Number | Course Title | Credits | Percent Responsibility | Number of Students | Instructor Evaluation | Course Evaluation |
|---|---|---|---|---|---|---|---|---|
| 1999-2000 | F99 | CE 270 | Introduction to Structural Mechanics | 4 | 100 | 39 | 4.7 | 4.3 |
| | S00 | CE 231 | Civil Engineering Materials I | 3 | 100 | 90 | 4.3 | 3.7 |
| | F00 | CE 270 | Introduction to Structural Mechanics | 4 | 100 | 41 | 4.9 | 4.3 |
| | F00 | CE 597k | Fracture Mechanics of Construction Materials | 3 | 100 | 23 | 4.2 | 3.9 |
| 2000-2001 | S01 | CE 231 | Civil Engineering Materials I | 3 | 100 | 59 | 4.8 | 4.1 |
| | F01* | CE 231 | Civil Engineering Materials I | 3 | 50 | 61 | 4.3 | 3.7 |
| | F01 | CE 597r | Condition Assessment, Repair, and Life-Cycle Modeling of CE Materials | 3 | 100 | 14 | 4.8 | 4.9 |
| 2001-2002 | S02 | CE 530 | Properties, Production, and Performance of Concrete | 3 | 100 | 25 | 4.9 | 4.9 |
| | F02 | CE 231 | Civil Engineering Materials I | 3 | 100 | 67 | 4.8 | 4.2 |
| | F02 | CE 597y | Philosophical Discussions on the Material Science of Concrete | 1 | 100 | 17 | 4.8 | 4.8 |
| | F02 | CE 631 | Advanced Concrete and Aggregates | 3 | 100 | 12 | 4.7 | 4.7 |
| 2002-2003 | S03 | CE 231 | Civil Engineering Materials I | 3 | 100 | 95 | 4.5 | 4.0 |
| | S03$ | CE 333 | Civil Engineering Materials for Construction Engineers | 3 | 33 | 35 | 4.8 | 4.2 |
| | S03 | CE 530 | Properties, Production, and Performance of Concrete | 3 | 100 | 25 | 4.9 | 4.9 |
| | S03 | CE597w | Philosophical Discussions on the Material Science of Concrete | 1 | 100 | 12 | 4.9 | 4.8 |
| | F03& | CE 331 | Civil Engineering Materials II | 3 | 50 | 85 | 4.8 | 4.0 |
| | F03 | CE 597y | Structure Property Relations for Heterogeneous Materials | 3 | 100 | 24 | 4.8 | 4.2 |
| 2003-2004 | S04 | CE 231 | Civil Engineering Materials I | 3 | 100 | 85 | 4.7 | 4.0 |
| | S04 | CE 530 | Properties, Production, and Performance of Concrete | 3 | 100 | 41 | 4.8 | 4.7 |
| | F04£ | CE 231 | Civil Engineering Materials I | 3 | 50 | 65 | 4.9 | 4.1 |
| | F04 | CE 331 | Civil Engineering Materials II | 3 | 100 | 80 | 4.5 | 4.5 |
| | F04 | CE 597 | Fracture Mechanics of Construction Materials | 1 | 100 | 8 | ~ | ~ |
| 2004-2005 | S05£ | CE 231 | Civil Engineering Materials I | 3 | 50 | 70 | 4.8 | 4.0 |
| | S05 | CE 331 | Civil Engineering Materials II | 3 | 100 | 65 | 4.5 | 4.5 |
| | S05 | CE 530 | Properties, Production, and Performance of Concrete | 3 | 100 | 20 | 5.0 | 4.9 |
| | F05 | CE 231 | Civil Engineering Materials I | 3 | 100 | 62 | 4.7 | 4.1 |
| 2005-2006 | S06 | CE 331 | Civil Engineering Materials II | 3 | 100 | 70 | 4.9 | 4.5 |
| | S06 | CE 530 | Properties, Production, and Performance of Concrete | 3 | 100 | 15 | 4.8 | 4.8 |
| | F06 | ENGR 103 | Introductions to Careers in Civil Engineering¥ | 1 | 75 | 112 | 5.0 | 4.9 |
| | F06 | CE 597 | Modeling Behavior of Heterogenous Materials | 3 | 100 | 14 | 4.9 | 4.7 |
| 2006-2007 | S07 | CE 530 | Properties, Production, and Performance of Concrete | 3 | 100 | 33 | 5.0 | 4.7 |
| | F07 | CE 331 | Civil Engineering Materials II | 3 | 100 | 62 | 5.0 | 4.9 |
| | F07 | ENGR 103 | Architectural Engineering | 3 | 100 | 14 | 4.9 | 4.8 |
| | F07 | ENGR 103 | $CO_2$ Reduction in Cementtitous Materials | 3 | 100 | 7 | 5.0 | 5.0 |
| 2007-2008 | S08 | CE 231 | Civil Engineering Materials I | 3 | 50 | 119 | ~ | ~ |
| | S08 | CE 331 | Civil Engineering Materials II | 3 | 50 | 59 | ~ | ~ |
| | S08 | CE 530 | Properties, Production, and Performance of Concrete | 3 | 100 | 20 | ~ | ~ |

## Short Courses and Workshops Taught

Australian Concrete Institute
- Developed a series of workshops and seminars in the fall of 2007 for the Australian Concrete Institute on Cracking in Concrete at Early Ages. (3 Seminars)

Center For Advanced Cement Based Materials Faculty Enhancement Workshop
- Shah, S. P., and *Weiss, W. J., "Tutorial and Lab Demonstration on Fiber Reinforced Concrete." Fourth Annual Undergraduate Faculty Enhancement Workshop, Lehigh University, Bethlehem, PA, July 1997 (50 participants, primarily university professors)
- *Weiss, W. J., Wang, K., and Shah, S. P., "Coupling Laboratory Experiments and Problem-Based-Education to Teach Independent Learning", Proceedings from the Fifth Annual Undergraduate Faculty Enhancement Workshop, University of California at Berkeley, Berkeley CA, July 1998, pp. 83-92 (80 participants, primarily university professors)
- Organizing Committee for the Seventh Annual Undergraduate Faculty Enhancement Workshop on "Teaching the Material Science, Engineering and Field Aspects of Concrete", Purdue University, West Lafayette IN, July 2000 (90 participants, primarily university professors)
- Chair of the Advanced Cement Based Materials Center Committee on Educational Activities- 2001 to present

- Organizing Committee for the Eighth Annual Undergraduate Faculty Enhancement Workshop on "Teaching the Material Science, Engineering and Field Aspects of Concrete", University of Colorado, Boulder CO, 2001
- *Weiss, W. J., "Life-Cycle Cost Analysis: Tutorial Session: Implementing Life-Cycle Cost for Cement Based Materials in the Classroom," ACBM Faculty Enhancement Workshop (85 participants, primarily university professors)
- Organizing Committee for the Ninth Annual Undergraduate Faculty Enhancement Workshop on "Teaching the Material Science, Engineering and Field Aspects of Concrete", Northwestern University, Evanston IL, 2002
- *Weiss, W. J., "General Lecture Resources for Teaching the Causes and Prevention of Early-Age Cracking," ACBM Faculty Enhancement Workshop (60 Participants, primarily university professors)
- Organizing Committee for the Tenth Annual Undergraduate Faculty Enhancement Workshop on "Teaching the Material Science, Engineering and Field Aspects of Concrete", University of Texas at Austin, Austin TX, 2003
- *Weiss, W. J., "General Lecture Resources for Teaching Quality Control," ACBM Faculty Enhancement Workshop (60 Participants, primarily university professors)
- Organizing Committee for the Eleventh Annual Undergraduate Faculty Enhancement Workshop on "Teaching the Material Science, Engineering and Field Aspects of Concrete", Skokie IL, 2004
- Weiss, W. J., "Mixture Proportioning," ACBM Faculty Enhancement Workshop (40 Participants, primarily university professors)
- Weiss, W. J., "Volumetric Stability and Cracking," ACBM Faculty Enhancement Workshop (40 Participants, primarily university professors)
- Organizing Committee for the Twelfth Annual Undergraduate Faculty Enhancement Workshop on "Teaching the Material Science, Engineering and Field Aspects of Concrete", Skokie IL, 2005 (40 Participants, primarily university professors)
- Weiss, W. J., "Cement and Hydration," ACBM Faculty Enhancement Workshop, July 2005, Skokie IL
- Weiss, W. J., "Fresh Properties of Concrete," ACBM Faculty Enhancement Workshop, July 2005, Skokie IL
- Organizing Committee for the Thirteenth Annual Undergraduate Faculty Enhancement Workshop on "Teaching the Material Science, Engineering and Field Aspects of Concrete", Skokie IL, 2006 (35 Participants, primarily university professors)
- Weiss, W. J., "An Introduction to Concrete," ACBM Faculty Enhancement Workshop, June 2006, Skokie IL
- Weiss, W. J., "Early Age Properties of Concrete," ACBM Faculty Enhancement Workshop, June 2006, Skokie IL
- Weiss, W. J., "An Introduction to Concrete," ACBM Faculty Enhancement Workshop, June 2007, Skokie IL
- Weiss, W. J., "Early Age Properties of Concrete," ACBM Faculty Enhancement Workshop, June 2007, Skokie IL

Purdue Road School – Continuing Education
- Co-developed (With Professor J. Olek) a continuing engineering education class for Purdue Road School "High Performance Concrete: Material Design, Production, and Testing", West Lafayette, IN (80 industry participants)
- Raoufi, K., Nantung, T., Weiss, W. J., (2007) "Guidelines to Sawcutting", West Lafayette, IN (110 industry participants)

Transportation Research Board
- Workshop Organizer – Annual Meeting of the Transportation Research Board – 2002 "Curing of Concrete" (100 Participants, primarily from industry)
- Workshop Organizer – Annual Meeting of the Transportation Research Board - 2003 "Cracking of Concrete" (120 Participants, primarily from industry)
- Workshop Organizer – Annual Meeting of the Transportation Research Board - 2007 "Cracking of Concrete" (100 Participants, primarily from industry)

Center for Advanced Cement Based Materials – Technology Transfer Days
- *Weiss, W. J., "Resources and Guidelines for Condition Assessment of Concrete Facilities," Technology Transfer Day on Assessment and Rehabilitation of Concrete Structure, Evanston, IL, October 2002 (40 Participants, primarily from industry)
- *Weiss, W.J., and Olek, J., "Recent Trends to Reduce Highway Noise with Portland Cement Concrete Pavements" Technology Transfer Day on Materials Issues For Concrete Pavement, Evanston, IL, November 2000 (40 Participants, primarily from industry)
- *Weiss, W. J., "Blended Fiber Reinforcement," ACBM Semi-Annual Meeting, Technology Transfer to Departments of Transportation (20 Participants, primarily from industry)

- Organizing Committee for the Concrete Cracking Workshop Northwestern University, Evanston, IL, August 2005 (70 participants, primarily industry participants)
- 17th ACBM/NIST Computer Modeling Workshop – Lecture on Experiments and Models for Concrete at An Early Age (35 Participants, mostly students and people from industry)

Danish Technological University
- Lecturer DTU-RILEM Doctoral Courses - Transport and Fixation of Matter in Cement Based Materials, Lyngby, Denmark. June 2006 (23 Students)
    o Crack Formation in Concrete
    o Transport and Healing in Cracked Concrete
- Lecturer DTU-RILEM Doctoral Courses – "Concrete Curing: From the Research Lab to the Construction Site", Lyngby, Denmark. August 2006 (approximately 25 students)
    o Restraint in Concrete Elements
    o Early Property Development and the Maturity Method
    o Influence of Material Variability on Early Age Cracking

Degussa Chemical Corporation
- *Weiss, W. J.,  "Ongoing Research Investigating the Role of Fiber Reinforcement for Mitigating Early-Age Cracking," Presented at Master Builders Technologies, Cleveland, OH, February 2002 (60 Participants, from industry)
- *Weiss, W. J., "The Move Toward Linking Insitu Monitoring with Life Cycle Performance Modeling and the Impact on Material Selection and Specification", Degussa Chemical Corporation, Cleveland, OH, July 2003 (30 Participants, from industry)
- *Weiss, W. J., "The Role of SRA in Plastic Shrinkage Cracking", Degussa Chemical Corporation, Cleveland, OH, July 2004 (40 Participants, from industry)
- *Weiss, W. J., "Recent Shrinkage and Early-Age Cracking Research: The Role of SRA", Degussa Chemical Corporation, Cleveland, OH, July 2005 (40 Participants, from industry)

Indiana Local Technical Assistance Program
- *Weiss, W. J., "SCC, Is it for Me: A Primer on the Design and Use of Self-Consolidating Concrete", West Lafayette IN, January 2006 (approximately 120 Participants, from industry)

National Precast Concrete Association
- Weiss, W. J., "Don't Just Add Water," Continuing Education Course for the National Precast Concrete Association, February 2004, Atlanta GA (30 industry participants)
- Weiss, W. J., "Producing Quality Precast Concrete: Quality Control for Constituent Materials and Production," Continuing Education Course for the National Precast Concrete Association, February 2004, Atlanta GA (50 industry participants)
- Weiss, W. J., "Concrete Repair," Continuing Education Course for the National Precast Concrete Association, February 2005, Indianapolis, IN  (50 industry participants)
- Weiss, W. J., "Admixtures and Mixture Proportioning," Continuing Education Course for the National Precast Concrete Association, February 2005, Indianapolis, IN (80 industry participants)
- Weiss, W. J., "An Introduction into Self Consolidating Concrete," Continuing Education Course for the National Precast Concrete Association, February 2005, Anaheim, CA (60 industry participants)
- *Weiss, W. J., "Mixture Proportioning," Continuing Education Course for the National Precast Concrete Association, February 2006, Anaheim, CA (60 industry participants)*
- *Weiss, W. J., "Production Quality School Level II – Materials and Mixture Proportioning," One Day Short Course for the National Precast Concrete Association, June 2006, Philadelphia PA (40 industry participants)*
- *Weiss, w. J., "PQS Level II, "Continuing Education Course for the National Precast Concrete Association, February 2007, Denver CO (40 industry participants)*

## Advising and Mentoring

| Name | Degree | Graduation Date | Name of Coadvisor | Thesis Title | Pubs. |
|---|---|---|---|---|---|
| Cole Graveen | MSCE | 2001 | N/A | Evaluation of Non-Destructive Techniques for Evaluation of Pavement Strength and Their Implementation into Performance Related Specifications | E.3.26 |
| Sunil Puri | MSCE | 2003 | N/A | Determining the Size of the Damage Zone in the Compressive Failure of Concrete | E.1.25, E.3.25 |
| Akhter Hossain | Ph.D. | 2003 | N/A | Assessing the Residual Stress Development in the Restrained Ring Test | E.1.14, E.1.15, E.1.19, E.3.20, E.3.23, E.3.36, E.5.15, E.5.16 |
| Chengqing Qi | Ph.D. | 2003 | Jan Olek | Plastic Shrinkage Cracking in Fiber Reinforced Materials | E.1.13, E.1.20, E.3.21, E.3.43 |
| Erik Falker | MSCE | 2003 | Dulcy Abraham | Assessing the Impact of Performance Related Specifications on Concrete Pavement Construction | None |
| Farshad Rajabipour | MS | 2003 | Dulcy Abraham | Integrating Sensing with Life-Cycle Modeling | E.1.22, E.1.32 E.3.31, E.3.33, E.3.35, E.3.37, E.3.44, E.3.45, E.3.47, E.3.51, E.3.52, E.3.54, E.3.56, E.5.21, E.5.22, E.13.2, E.13.3 |
| Zhifu Yang | Ph.D. | 2003 | Jan Olek | Relating Damage with Long-Term Durability in Cementitous Systems | E.1.26, E.3.39, E.3.42, E10.8, E13.1 |
| Amit Barde | MSCE | 2003 | N/A | The Role of Aggregates on Early-Age Flexure-Maturity Predictions | E.5.17, E.8.3, E10.13 |
| Swathi Param-eswaran | MS | 2003 | Dulcy Abraham | Life-Cycle Modeling for Repair Materials | E.5.19, E10.13 |
| Hardik Shah | MS | 2003 | N/A | Shrinkage Cracking in Fiber Reinforced Concrete | E.1.30, E.3.32, E.3.34, E.3.36, E.5.15, E.5.16 |
| Tony Their | MSCE | 2004 | N/A | Using Non-Linear Elastic Fracture Mechanics To Determine the Time and Depth of Saw-Cuts in Concrete - Part I Field Survey and Experiments | ~ |
| Marc Neimuth | MS | 2004 | Jan Olek | Transport in Fracture and Damaged Concrete | E.3.44, E.3.45 |
| Tom Schmit | MS | 2005 | N/A | ?? | E.3.50, E.3.51, E.5.21, E.5.22 |
| Bradley Pease | MSCE | 2005 | N/A | Fundamental Aspects of Early-Age Volume Change In Concretes With Surface Tension Reducing Admixtures | E.1.15, E.1.31, E.1.32, E.3.20, E.3.22, E.3.23, E.3.34, E.3.35, E.3.36, E.3.37, E.3.46, E.13.2 |
| JaeHeum Moon | Ph.D. | 2006 | N/A | Shrinkage, residual stress, and cracking in heterogeneous materials | E.1.29, E.3.33, E.3.35, E.3.37, E.3.54, E.3.56, E.13.2 |
| Vinit Barde | MSCE | 2006 | Menashi Cohen | Developing Acceptance Standards for Bridge Deck Concrete Mixtures in the State of Indiana based on Performance Simulation Results | |

| Name | Degree | Graduation Date | Name of Coadvisor | Thesis Title | Pubs. |
|---|---|---|---|---|---|
|  | | | | | |

| | | | | **Continued from the Previous page** | |
|---|---|---|---|---|---|
| **Name** | **Degree** | **Graduation Date** | **Name of Coadvisor** | **Thesis Title** | **Pubs.** |
| Vinit Barde | MSCE | 2006 | Menashi Cohen | Developing Acceptance Standards for Bridge Deck Concrete Mixtures in the State of Indiana based on Performance Simulation Results | |
| Farshad Rajabipour | Ph.D | 2006 | N/A | Using Electical Sensors for Improving Life-Cycle Models | E.1.22, E.1.32, E.3.31, E.3.33, E.3.35, E.3.37, E.3.44, E.3.45, E.3.47, E.3.51, E.3.52, E.3.54, E.3.56, E.5.21, E.5.22, E.13.2, E.13.3 |
| Kambiz Raoufi | MSCE | 2007 | N/A | Using Non-Linear Elastic Fracture Mechanics To Determine the Time and Depth of Saw-Cuts in Concrete - Part II Simulation | ~ |
| Gaurav Sant | MSCE | 2007 | N/A | Early Age Shrinkage | E.1.27, E.3.49, E.3.52, E.3.54, E.3.57 |
| Anand Krishnan | MSCE | 2002 | Jan Olek | Durability of Concretes Made Using Fly Ash During the Late Fall Construction Season | E.3.19 |
| Narayanan Neithalath | Ph.D. | 2003 | Jan Olek | Concrete Mixtures that Incorporate Inclusions to Reduce the Sound Generated on Portland Cement Pavements | E.1.16, E.1.17, E.1.21, E.1.24, E.1.28, E.3.29, E.3.35, E.3.40, E.5.18, E.10.5, E.10.6, E.10.7 |
| Jinesh Mehta | MSCE | 2004 | Jan Olek | Scaling in Concrete Mixtures Containing Supplementary Materials | E.3.41 |
| Rolando Garcia | MSCE | 2003 | Jan Olek | Methods to Reduce the Sound Generated on Portland Cement Pavements | E.1.24, E.3.40, E.10.5, E.10.6, E.10.7 |
| | | | **Current Students** | | |
| Aleksandra Radlinska | Ph.D. | 2008 | N/A | Reliability Based Analysis of Early-Age Cracking in Concrete | E.1.31, E.3.46, E.3.48, E.3.53, E.3.56 |
| Gaurav Sant | PhD | 2010 | N/A | Early Age Shrinkage | ~ |
| Mukul Dehadrai | MS | 2008 | N/A | Material Health Monitoring | ~ |
| Javier Castro | PhD | 2010 | N/A | Transport Tests for Plain and Cracked Concrete | ~ |
| Mike Norfleet | MSCE | 2008 | N/A | To Be Determined | ~ |
| Ryan Henkensifkien | MSCE | 2008 | N/A | To Be Determined | ~ |
| Kevin Coates | MSCE | 2008 | N/A | To Be Determined | ~ |
| Mohammad Pour-Ghaz | PhD | 2009 | N/A | To Be Determined | ~ |
| Brooks Buecher | MSCE | 2009 | N/A | To Be Determined | ~ |
| Steve Scheaf | MS | 2011 | N/A | To Be Determined | ~ |
| Dan Votjko | MS | 2011 | N/A | To Be Determined | ~ |
| Brad Pease | PhD | 2009 | Mette Geiker | Modeling Liquid and Ion Transport in Cracked Reinforced Concrete Structures | ~ |

Over 30 undergraduate students have worked with Professor Weiss.

**Publications**

The following nomenclature is used: current graduate students (single underline), past graduate students (double underline), undergraduate students (dashed underline), joint students (*italicized*), and primary authors are designated with an asterisk (*).

**Refereed Journal Publications**
1. *Weiss, W. J., *Yang, W., and *Shah, S. P., (1998) "Shrinkage Cracking of Restrained Concrete Slabs." Journal of Engineering Mechanics Division, American Society of Civil Engineering, Vol. 124, No. 7, 765-774
2. *Shah, S. P., *Weiss, W.J., and Yang, W., (1998) "Shrinkage Cracking-Can It Be Prevented?," Concrete International, Vol. 20, No. 4, 51-55 (Selected by Editors)
3. *Yang, W., Weiss, W. J., and Shah, S. P., (2000) "Prediction of Shrinkage Stress and Displacement Fields in a Concrete Slab Restrained by an Elastic Subgrade." Journal of Engineering Mechanics Division, American Society of Civil Engineering, Vol. 126, No. 1, 35-42
4. *Weiss, W. J, Yang, W., and Shah, S. P., (2000) "Influence of Specimen Size and Geometry on Shrinkage Cracking." Journal of Engineering Mechanics Division, American Society of Civil Engineering, Vol. 126, No. 1, pp. 93-101
5. *Yoon, D.-J., *Weiss, W. J., and Shah, S. P., (2000) "Assessing Corrosion Damage in Reinforced Concrete Beams Using Acoustic Emission." Journal of Engineering Mechanics Division, American Society of Civil Engineering, 126(3), 273-283
6. *Schie l, A., *Weiss, W. J., *Shane, J. D., Berke, N. S., Mason, T.O., and Shah, S. P., (2000) "Assessing the Moisture Profile of Drying Concrete Using Impedance Spectroscopy," Concrete Science and Engineering, Vol. 2, pp. 106-116
7. *Shah, S.P., *Wang, K., *Weiss, W. J., (2000) "Mixture Proportioning for High Performance Concrete – Challenges and Changes", Concrete International, September 2000, pp. 73-78
8. *Yoon, D. J., *Weiss, W. J., and Shah, S. P., (2000) "Detecting the Extent of Corrosion with Acoustic Emission," Transportation Research Record 1698, pp. 54-60
9. *Yoon, S., *Wang, K., *Weiss, W. J., and Shah, S. P. (2000) "The Interaction between Loading, Corrosion, and Serviceability of Reinforced Concrete." American Concrete Institute Materials Journal, Vol. 97, no. 6, November-December, pp. 637-644
10. *Weiss, W. J., Güler, K., and Shah, S. P., (2001) "Localization and the Size-Dependent Response of Reinforced Concrete Beams," American Concrete Institute Structures Journal, Vol. 98, No. 5, Sept.–Oct., pp. 686-695
11. *Weiss, W. J., and Shah, S. P., (2002) "Restrained Shrinkage Cracking: The Role of Shrinkage Reducing Admixtures and Specimen Geometry," RILEM Materials and Structures – Concrete Science and Engineering Division, March 2002, Vol. 35, No. 246, pp. 386-395
12. *Kim, B., and *Weiss, W. J., (2003) "Using Acoustic Emission to Quantify Damage in Restrained Fiber Reinforced Cement Mortars," Cement and Concrete Research, Feb., 2003, Vol. 33, No. 2, pp. 207-214
13. *Qi, C., *Weiss, W. J., and Olek, J., (2003) "Characterization of Plastic Shrinkage Cracking in Fiber Reinforced Concrete Using Semi-Automated Image Analysis," RILEM Materials and Structures - Concrete Science and Engineering Division, Vol. 36, No. 260, July 2003, pp. 386-395
14. *Hossain, A. B., *Pease, B., and *Weiss, W. J., (2003) "Quantifying Restrained Shrinkage Cracking Potential In Concrete Using The Restrained Ring Test With Acoustic Emission" Transportation Research Record, Concrete Materials and Construction 1834, pp 24-33, 2003
15. *Hossain, A. B., and *Weiss, W. J., (2004) "Assessing Residual Stress Development and Stress Relaxation in Restrained Concrete Ring Specimens," Journal of Cement and Concrete Composites, July, Volume 26, Issue 5, pp 531-540
16. *Neithalath, N., *Weiss, W. J., and *Olek, J., (2004) "Acoustic Performance and Damping Behavior of Cellulose-Cement Composites," Journal of Cement and Concrete Composites, May, Volume 26, Issue 4, pp. 359-370, 2004
17. *Marlof, A., *Neithalath, N., *Sell, E., Wegner, K., *Weiss, W. J., and Olek, J. O., (2004) "The Influence of Aggregate Grading on the Sound Absorption of Enhanced Porosity Concrete," American Concrete Institute Materials Journal, January, Volume 101, Issue 1, pp. 82-91, 2004
18. *Borges, J. , *Subramaniam K. V., Weiss, J., Shah, S.P. , Bittencourt, T. N., (2004) "Slenderness Effect on the Ductility of Concrete Specimens in Uniaxial Compression and Reinforced Concrete Beams in Bending" American Concrete Institute Structures Journal Vol. 101, No. 6, Nov.–Dec., pp. 765-772
19. *Hossain, A., and *§Weiss, W. J., (2006) "Effect of Specimen Geometry And Boundary Conditions On Stress Development And Cracking In The Restrained Ring Test", Cement and Concrete Research, Vol. 36, Issue 1, January, pp. 189-199

20. *Qi, C.,* *§Weiss, W. J., and Olek, J., (2005) "The Statistical Significance of the Restrained Slag Test to Quantify Plastic Shrinkage Cracking in Fiber Reinforced Concrete," Journal of ASTM International, July 2005, Vol.2, Issue 7, 18 pp. < http://journalsip.astm.org/JOURNALS/JAI/PAGES/599.htm>
21. *Neithalath, N.,* *Marlof, A., *§Weiss, W. J., and *Olek, J. O., (2005) "Modeling the Influence of Pore Structure on the Acoustic Absorption of Enhanced Porosity Concrete," Journal of Advanced Concrete Technology, Japan Concrete Institute, Vol.3, No.1, February, pp. 29-40
22. *Rajabipour, F., *§Weiss, W. J., Shane, J. D., Mason, T.O., and Shah, S. P., (2005)  "A Procedure To Interpret Electrical Conductivity Measurements In Covercrete During Rewetting" ASCE Journal of Materials in Civil Engineering, 17 (5) 586-594
23. *§Biernacki, J, J, Gopalakrishnan, S., Garci-Juenger, M. C., Lopez de Murphy, M., Subramaniam, K., Weiss, J., Jansen, D.,  Lakshmanan, N.,  Shah, S.P., (2005) " Indo-US Workshop on High Performance Concrete Composites", Journal of Structural Engineering of the Structural Engineering Research Center, 32(4) Oct-Nov  pp. 275-282.
24. *§Neithalth, N., *Garcia, R.,* *Weiss, W. J., and *Olek, J., (2005) "Tire-Pavement Interaction Noise: Recent Research on Concrete Pavement Surface Type and Texture," International Journal of Concrete Pavements (IJCP), Nov-Dec., 1(1),   (http://www.concretepavements.org/ ijournal.htm#Vol1No1) pp. 88-105
25. *Puri, S.,  and *§Weiss, W. J., (2006) "Assessment of Localized Damage in Concrete Under Compression Using Acoustic Emission," ASCE Journal of Civil Engineering Materials, Vol. 18, No. 3, pp. 325-333
26. *Yang, Z., *§Weiss, W. J., and *Olek, J., (2006) "Water Transport in Concrete Damaged by Tensile Loading and Freeze-Thaw Cycling," ASCE Journal of Civil Engineering Materials, Vol. 18, No. 3, pp. 424-434
27.  *Sant, G., *Lura, P., and *§Weiss, W. J. (2006) "Measurement of Volume Change in Cementitious Materials at Early Ages: Review of Testing Protocols and Interpretation of Results," accepted for publication in Transportation Research Record
28. *Neithalth, N., *§Weiss, W. J., and *Olek, J., (2006) "Characterizing Enhanced Porosity Concrete using Electrical Impedance to Predict Hydraulic and Acoustic Performance" Cement and Concrete Research, Vol. 36, Issue 11, pp. 2074-2085
29. *Moon, J. H. and *§Weiss, W. J., (2006) "Estimating Residual Stress in The Restrained Ring Test Under Circumferential Drying," Journal of Cement and Concrete Composite, Vol. 28, PP. 486-496
30. *Shah, H. R. and *§Weiss, W. J., (2006) "Quantifying Shrinkage Cracking in Fiber Reinforced Concrete Using the Ring Test," RILEM Materials and Structures, vol 39, no 9, pp. 887-899
31. *Radlinska A., *Pease B., *§Weiss J., (in press, online first) "A Preliminary Numerical Investigation on the Influence of Material Variability in the Early-Age Cracking Behavior of Restrained Concrete", RILEM Materials and Structures  Vol.40(4), 375-386
32. *Lura, P., Pease, B., *Mazzotta, G., Rajabipour, F., and *§Weiss, W. J., (in press) "Influence of Shrinkage-Reducing Admixtures on Evaporation, Settlement, and Plastic Shrinkage Cracking," Submitted to the ACI Materials Journal, Submitted July 2005, Accepted June 2006
33. *Moon, J. H., *Rajabipour, F., Pease, B. J., and *§Weiss, W. J., (2006) Quantifying the Influence of Specimen Geometry on the Results of the Restrained Ring Test, Journal of ASTM International, online August 30th,.2006, Vol. 3, Issue 8, pp. 14
34. *Rajabipour, F., and *§Weiss, W. J., (in press, online first) " Electrical Conductivity of Drying Cement Paste", Accepted to Materials and Structures, September 2006
35. * Rajabipour, F., and *§Weiss, W. J., (2007) "Material Health Monitoring of Concrete by Means of Insitu Electrical Conductivity Measurements," submitted to Wapno Beton
36. Radlinska, A., Rajabipour, F., Bucher, B., Henkensiefken, R., Sant, G., and Weiss, W. J., (Submitted), "Shrinkage Mitigation Strategies in Cementitious Systems:  a Closer Look at Sealed and Unsealed Behavior," Tentatively Accepted for the Transportation Research Record
37. Raoufi, K., Radlinska, A., Nantung, T., and Weiss, W. J., Practical Considerations To Determine The Time And Depth Of Saw-Cuts In Concrete Pavements, Tentatively Accepted for the Transportation Research Board
38. Rajabipour, F., and Weiss, W. J., "Interactions Between Shrinkage Reducing Admixtures and Cement Pastes Pore Solution," Accepted Cement and Concrete Research
39. Bentz, D., Sant, G., and Weiss, W. J., 'Early-Age Properties of Cement-Based Materials: I. Influence of Cement Fineness' accepted for the ASCE Journal of Materials in Civil Engineering

Submitted
40. *Yang, Z., *§Weiss, W. J., and *Olek, J., "The Influence of Freeze and Thaw Damage on Mechanical Response and Damage Development of Concrete Under Tensile Loading," Submitted to the Cement and Concrete Research, June 2004
41. *§Weiss, W. J., *Lura, P., *Rajabipour, F., and Sant, G., (Submitted) "Performance Of Shrinkage Reducing Admixtures At Different Humidities And At Early Ages," Submitted to the American Concrete Institute
42. Sant, G., Ferraris, C. F., and Weiss, W. J., 'Rheological Properties of Cement Pastes: A Discussion of Structure Formation and Mechanical Property Development' submitted to Cement and Concrete Research

43. Najm, M. A., Mohtar R. H.,, Weiss, W. J.,  and Braudeau, E., "Assessing Residual Stress Evolution In Unsaturated Soils," Submitted to WRR
44. Sant, G., Rajabipour, F., and Weiss, W.J., (submitted January 2008) 'The Influence of Temperature on Electrical Conductivity Measurements and Maturity Predictions in Cementitious Materials during Hydration', Indian Concrete Journal

**Refereed conference or symposium proceedings.**
1. *Weiss, W. J., and Shah, S. P., (1997) "Recent Trends to Reduce Shrinkage Cracking In Concrete Pavements." Aircraft/Pavement Technology: In the Midst of Change, Seattle, Washington, pp. 217-228
2. Shah, S. P., *Weiss, W. J., and Yang, W., (1997). "Shrinkage Cracking in High Performance Concrete." Proceedings of the PCI/FHWA International Symposium on High Performance Concrete, New Orleans, Louisiana, pp. 217-228
3. *Weiss, W. J., Yang, W., and Shah, S. P., (1997) "Restrained Shrinkage Cracking in Concrete." Sixth International Purdue Conference on Concrete Pavement: Design and Materials for High Performance, pp. 159-175
4. *Weiss, W. J., *Schie  l, A., Yang, W., and Shah, S. P, (1998) "Shrinkage Cracking Potential, Permeability, and Strength for HPC: Influence of W/C, Silica Fume, Latex, and Shrinkage Reducing Admixtures." International Symposium on High Performance and Reactive Powder Concrete, Sherbrooke, Canada, Vol. 1, pp. 349-364
5. *Weiss, W. J., Shane, J. D., *Mieses, A., Mason, T. O., and Shah, S. P., (1999) "Assessing the Moisture Migration in High Strength Concrete Using Impedance Spectroscopy." Second Symposium on the Importance of Self Desiccation in Concrete Technology, Lund Sweden, pp. 31-48
6. *Weiss, W. J., Guler, K., and Shah, S. P., (1999) "An Experimental Investigation to Determine the Influence of Size on the Flexural Behavior of High Strength Concrete Beams," Fifth International Symposium on the Utilization of High Strength/High Performance Concrete, Sandefjord, Norway, Vol. 1, pp. 709-718
7. *Weiss, W. J., *Borischevsky, B. B., and Shah, S. P., (1999) "The Influence of a Shrinkage Reducing Admixture on the Early-Age Behavior of High Performance Concrete," Fifth International Symposium on the Utilization of High Strength/High Performance Concrete, Sandefjord, Norway, Vol. 2, pp. 1418-1428
8. *Yoon, S.-C., Kim, H., *Wang, K., *Weiss, W. J., and Shah, S. P.,  "The Influence of Loading History on the Corrosion and Mechanical Response of Reinforced Concrete Elements." ACI SP 189-22 High Performance Concrete: Research to Practice, Farmington Hills MI, © 1999, pp. 253-272
9. *Weiss, W. J., Yang, W., and Shah, S. P., "Factors Influencing Durability and Early-Age Cracking in High Strength Concrete Structures," SP 189-22 High Performance Concrete: Research to Practice, Farmington Hills MI, © 1999, pp. 387-409
10. Shah, S. P., and *Weiss, W. J., (2000) "High Strength Concrete: Strength, Permeability, and Cracking," Proceedings of the PCI/FHWA International Symposium on High Performance Concrete, Orlando Florida, © 2000, pp. 331-340
11. *Shah, S. P., and *Weiss, W. J., (in press) 'Ultra High Strength Concrete; Looking Toward the Future." ACI Special Proceedings from the Paul Zia Symposium, Atlanta, GA, Fall 1998
12. *Weiss, W. J., Yang, W., and Shah, S. P., (2001) "Using Fracture to Predict Restrained Shrinkage Cracking: The Importance of Specimen Geometry", ACI-SP 201, Fracture Mechanics for Concrete Materials: Testing and Applications, eds. Vipulanandan, C., and Gertsle, W.H., pp. 17-34
13. *Jansen, D. C., *Weiss, W. J., and Schleuchardt, S. H. F., (2001) "Simplification of the Testing and Analysis Procedure for the Two Parameter Fracture Model," ACI-SP 201, Fracture Mechanics for Concrete Materials: Testing and Applications, eds. Vipulanandan, C., and Gertsle, W.H., pp. 1-16
14. *Weiss, W. J., and Shah, S. P., (2001) "Restrained Shrinkage Cracking: The Role of Shrinkage Reducing Admixtures and Specimen Geometry," RILEM International Conference on Early-Age Cracking in Cementitous Systems (EAC'01), eds. K., Kovler, and A. Bentur, March 12-14, Haifa Israel, pp. 145-158
15. *Rajan, S., *Olek, J., Robertson, T.L., *Galal, K., Nantung, T., Weiss, W. J., (2001) "An Analysis of the Performance of Ultra-Thin White Topping Subjected to Slow Moving Loads in an Accelerated Pavement Testing Facility," 7th International Conference on Concrete Pavements, eds., Hall, K.T., Weiss, W. J., and Tayabji, S. D., pp. 993-1012
16. *Weiss, W.J., and Furgeson, S., (2001) "Restrained Shrinkage Testing: The Impact of Specimen Geometry on Quality Control Testing for Material Performance Assessment," Concreep 6: Creep, Shrinkage, And Curability Mechanic of Concrete and Other Quasi-Brittle Materials, eds., Ulm, F. J., Bazant, Z. P., and Wittman, F. H., Elsevier, August 22-24 Cambridge MA © 2001, pp. 645-651
17. *Chariton, T., and *Weiss, W. J., (2002) " Using Acoustic Emission to Monitor Damage Development in Mortars Restrained from Volumetric Changes," Concrete: Material Science to Application, A Tribute to Surendra P. Shah, eds. P. Balaguru, A. Namaan, W. J. Weiss, ACI SP-206, pp. 205-218
18. *Kayir, H., and *Weiss, W. J., (2002) "A Fundamental Look At Settlement In Fresh Systems:  Role Of Mixing Time And High Range Water Reducers," First North American Conference on Self-Consolidating Concrete, November, Chicago, IL

19. *Neuwald, A., Krishnan, A., *Weiss, W. J., Olek, J., and Nantung, T. E., (2003) "Curing And Its Relationship To Measured Scaling In Concrete Containing Fly Ash," Transportation Research Board (on CD)
20. *Hossain, A., *Pease, B., and *Weiss, W. J., (2003) "Quantifying Restrained Shrinkage Cracking Potential In Concrete Using The Restrained Ring Test With Acoustic Emission" Transportation Research Board, Washington, D.C., January 2003 (on CD)
21. *Qi, C., *Weiss, W. J., and Olek, J., (2003) "Image Analysis of Plastic Shrinkage Cracking in High Strength Concrete Containing Hybrid Fiber Reinforcement," Celebrating Concrete, September 2003, ed Dhir, Newlands, and Paine, Thomas Telford Publishers, pp. 209-218
22. *Pease, B., Neuwald, A., and *Weiss, W. J., (2003) "The Influence of Cement Fineness on Early Age Shrinkage in Fresh Cementitious Systems," Celebrating Concrete, September 2003, ed Dhir, Newlands, and Paine, Thomas Telford Publishers,pp 329-338 , Editors A Brandt, V. Li, and Marshall, BMC 07, Woodhead Publishers, pp. 111-120
23. *Pease, B. J., Hossain, A. B.,  and *Weiss, W. J., (2004) "Quantifying Volume Change, Stress Development, and Cracking Due to Self-Desiccation," ACI – Special Publication on Self-Desiccation in Concrete SP-220, ed. Jensen, O., Lura, P., and Bentz, D., pp. 23-39
24. *Newbold, S., *Galal, K., *Olek, J., Nantung, T., Weiss, W. J., (2003) "Evaluation of UTW Performance Utilizing Large-Scale Accelerated Pavement Testing," International Conference on Highway Pavement (ICHP) Data, Analysis and Mechanistic Design Applications
25. *Puri, S., and *Weiss, W. J., (2003) "Assessing Damage Localization In Concrete Cylinders Tested In Compression," The Seventh International Symposium On Brittle Matrix Composite, 13-15 October 2003, Editors A Brandt, V. Li, and Marshall, BMC 07, Woodhead Publishers, pp. 111-120
26. *Graveen, C., *Weiss, W. J., Olek, J. O., and Nantung, T., (2003) "The Role of Mixture Variations on Non-Destructive Test Results" The Seventh International Symposium On Brittle Matrix Composite, 13-15 October 2003 Editors A Brandt, V. Li, and Marshall, BMC 07, Woodhead Publishers, pp. 379-388
27. *Graveen, C., *Weiss, W. J., Olek, J. O., Nantung, T., and Gallivan, V. L., (2004) "Comments On The Implementation Of a Performance Related Specification (PRS) for a Concrete Pavement In Indiana," Transportation Research Board 2004 (on CD)
28. *Galal, K., *Newbold, S., *Olek, J., Weiss, W. J., and Nantung, T., (2004) "Stress and Strain Analysis of Ultra-Thin White-topping Over A Composite Pavement Section Using Accelerated Pavement Testing," Transportation Research Board 2004 (on CD)
29. *§Neithalath, N. Weiss, W. J., and Olek, J., (2005). "Acoustically efficient concretes through engineered pore structure", ACI SP 226 – Autoclaved Aerated Concrete: Properties and Structural Design, Ed. Shi, S., and Fouad, F.H., American Concrete Institute, April 2005, pp. 135-147
30. *§Attiogbe, E.K. , *Weiss, W. J.,  and See, H. T., (2004) "A Look At The Rate of Stress Versus Time of Cracking Relationship Observed In The Restrained Ring Test," Advances in Concrete Through Science and Engineering, Northwestern University, Evanston, IL, March 22-24, 2004 (on CD)
31. *Rajabipour, F., *§Weiss, W. J., and Abraham, D. M. (2004). "Insitu Electrical Conductivity Measurements to Assess Moisture and Ionic Transport in Concrete", The advances in Concrete through Science and Engineering, a RILEM International Symposium, Evanston, Illinois. (on CD)
32. *Shah, H. R. and *§Weiss, W. J., (2004) "Quantifying Shrinkage Cracking in Fiber Reinforced Concrete Using the Ring Test," The advances in Concrete through Science and Engineering, a RILEM International Symposium, Evanston, Illinois. (on CD)
33. *Moon, J.H., *Rajabipour, F., and *§Weiss, W. J., (2004) "Incorporating Moisture Diffusion In The Analysis Of The Restrained Ring Test," CONSEC (Concrete under severe conditions – Environment and Loading), Seoul Korea, June 2004, pp. 1973-1980
34. *Pease, B. J., *Shah, H. R., and *§Weiss, W. J., (2005) "Shrinkage Behavior and Residual Stress Development in Mortar Containing Shrinkage Reducing Admixture (SRA's)," ACI - Special Publication on Shrinkage and Creep of Concrete, ed H. J Gardner and J. Weiss, SP-227, pp. 285-302
35. *Neithalath, N., *Pease, B.J., Moon, J.H., Rajabipour, F., *§Weiss, J.,and Attiogbe, E., "Considering Moisture Gradients And Time-Dependent Crack Growth In Restrained Concrete Elements Subjected To Drying", NSF Workshop on High Performance Concrete, Chennnai, India, January 2005, High Performance Cement Based Concrete Composites, ed Bernacki, Shah, Lakshman, Gopalakrishnan, Published by the American Ceramics Society in the Material Science of Concrete Series, Pp. 279-290
36. *Pease, B., Shah, H. R., Hossain, A. B., and *§Weiss, W. J., "Restrained Shrinkage Behavior of Mixtures Containing Shrinkage Reducing Admixtures and Fibers" ICACS 2005 International Conference on Advances in Concrete Composites and Structures, Chennnai, India, January 6th-8[th] 2005, pp. 265-274
37. *  Moon,J.-H., *Rajabipour, F., Pease, B., and *§Weiss, J., "Autogenous Shrinkage, Residual Stress, and Cracking in Cementitious Composites: The Influence of Internal and External Restraint," Fourth International Seminar on Self-desiccation and Its Importance in Concrete Technology, Maryland, USA, 20 June 2005 p. 1-21

38. *Weiss J., and §Olek, J., (2005) "An overview of recent applications of acoustic emission to the study of damage development in portland cement concrete materials," Proceedings of the XXII Conference on Structural Failures, Szczecin-Miedzyzdroje, Poland, May 17-20, 2005, pp. 70-83.
39. *Yang, Z., *Weiss, W.J., *Olek, J., and *Nantung, T., (2005) "Assessing Damage, Sorptivity, Air Content and Strength of PCCP in Indiana" 8th International Conference on Concrete Pavements, pp. 128-148
40. *Neithalath, N., *Garcia, R., *Weiss, W. J., and *§Olek, J., " Tire-Pavement Interaction Noise: Recent Research on Concrete Pavement Surface Type and Texture," 8th International Conference on Concrete Pavements, Colorado Springs, Co, August 14-18, 2005.
41. *Mehta, J.K., *§Olek, J., *Weiss, W. J., and *Nantung, T., "Effect of Surface Evaporation and Slab Thickness on the Scaling Resistance of Concrete Containing Fly Ash" 8th International Conference on Concrete Pavements, Colorado Springs, Co, August 14-18, 2005.
42. *Yang, Z., *§Weiss, W. J., and Olek, J., (2005) "Using Acoustic Emission For The Detection Of Damage Caused By Tensile Loading And Its Impact On The Freeze-Thaw Resistance Of Concrete," CONMAT 2005
43. *Qi, C., *§Weiss, W. J., and Olek, J., (2005) Assessing the Settlement of Fresh Concrete Using a Non-Contact Laser Profiling Approach," CONMAT 2005
44. *Schmit, T., *Rajabipour, F., and *§Weiss, W. J., "Investigating the Use of a Diffuse Measurement Interpretation for Analyzing Insitu Electrical Measurements," CONMAT 2005
45. *§Weiss, J., *Rajabipour, F., Schmit, T., and Fiat, S., "Experience with the Use of Interactive Classroom Technologies for the Implementation of Problem-Based, Peer-Interaction Learning Environment in Civil Engineering Materials," Proceedings of the 2005 Midwest Section Conference of the American Society for Engineering Education
46. *Radlinska A., Pease B., *Weiss J., (2005)  "A Preliminary Numerical Investigation on the Influence of Material Variability in the Early-Age Cracking Behavior of Restrained Concrete", Knud Højgaard Conference on Advanced Cement-Based Materials, Lyngby, Denmark, June 2005
47. *Lura, P., Mazzotta, G., Rajabipour, F., and *§Weiss, W. J., (2005) "Evaporation, Settlement, Temperature Evolution, And Development Of Plastic Shrinkage Cracks In Mortars With Shrinkage-Reducing Admixtures," Curing, High Durability and Life-Cycle Evaluation of Concrete Structures", Dead Sea, Israel, 15-16 March 2006
48. *Radalinski, A., and *§Weiss, W. J., (2006) Quantifying Variability In Assessing The Risk Of Early-Age Cracking In Restrained Concrete Elements – BMC 08
49. *  Gaurav Sant, *Farshad Rajabipour, Pheobe Fishman, *Pietro Lura and *§Weiss, W. J., (2006) "Determining Time Zero: A Comparison between Electrical Measurements and the Structural Development of a Paste," International RILEM Workshop on Advanced Testing of Fresh Cementitious Materials, Stuttgart, Germany, pp. 213-222
50. *Schmit, T., and *§Weiss, W. J., (2006) "Using Monte Carlo Analysis to Quantify how the Number and Arrangement of Sensors Influence the Accuracy of an Insitu Sensing System", Pheonix Transport and Durability Meeting, Accepted to the American Ceramic Society
51. *Rajabipour, F., Schmit, T., and *§Weiss, W. J., (2006) "'Linking Health Monitoring in Concrete Structures with Durability Performance Simulations', American Society of Civil Engineers Structures Congress, St. Louis, Missouri, St. Louis MO, (electronic proceedings, pp. 10)
52. *Sant, G., *Rajabipour, F., *Lura, P., and *§Weiss, W. J., (2006) "Examining Early Age Expansion In Pastes Containing Shrinkage Reducing Admixtures (SRA's)", Advances in Concrete through Science and Engineering, RILEM Quebec, abstract p. 353 (electronic proceedings pp. 11)
53. *Radlinski, A., *§Weiss, W. J., (2006) "Direct Computation Method For Assessing The Risk Of Determining Early-Age Cracking In Potential In Restrained Concrete Elements", Advances in Concrete through Science and Engineering, RILEM Quebec abstract p. 349 (electronic proceedings pp. 13)
54. *§Bullard J.W., D'Ambrosia, M., Grasley, Z., Hansen, W, Kidner, N., Lange, D., Lura, P., Mason, T.O., Moon, J., Rajabipour, F., Sant, G., S. Shah, S., Voigt, T., Wansom, N., *Weiss, W. J., and Woo L., (2006) "A Comparison Of Test Methods For Early-Age Behavior Of Cementitious Materials," Advances in Concrete through Science and Engineering, RILEM Quebec abstract p. 307 (electronic proceedings pp. 20)
55. *Couch, J. *Lura, P., *Jensen, O., and *§Weiss, W.J., "Use Of Acoustic Emission To Detect Cavitation And Solidification (Time Zero) In Cement Pastes," ed. Jensen, O., Lura, P., and Kovler, K., August 2006, pp. 393-400
56. *Radlinska, A., *Moon, J-H., *Rajabipour, F., and *§Weiss, W.J., "The Ring Test: History and Developments," ed. Jensen, O., Lura, P., and Kovler, K., August 2006, pp. 205-214
57. *Sant., G., *Lura, P., and *§Weiss, W.J., "A Discussion Of Analysis Approaches For Determining 'Time-Zero' From Chemical Shrinkage And Autogenous Strain Measurements In Cement Paste," Conference on Concrete Curing, Lyngby Denmark, ed. Jensen, O., Lura, P., and Kovler, K., August 2006, pp. 375-384
58. *§Qi. C., *Weiss, W. J., and Wang, H. (2006) "Quantifying the Impact of Plastic Shrinkage Cracking in the Corrosion of Reinforced Concrete to Improve Service Life Prediction," 6th ISCC and CANMET ACI International Symposium on Concrete Technology for Sustainable Development, September 19-22, 2006 Xi'an China, pp. 1325-1335

59. *§Pease, B.J., Geiker, M. R., *Stang, H. R, and Weiss, W. J., (2006) "Cracking Behavior of Reinforced Concrete Beams Under Service Loads," Advances in Concrete through Science and Engineering, RILEM Quebec abstract p. 281 (electronic proceedings pp. 11)
60. Rajabipour, F., and *§Weiss, W. J., (2007) "Material Health Monitoring of Concrete by Means of Insitu Electrical Conductivity Measurements," Transportation Research Record, TRB 2007
60. *Sant, G., *Rajabipour, F., Radlinska, A., *Lura, P., and *§Weiss, W. J., (submitted) "Volume Changes in Cement Pastes Containing Shrinkage Reducing Admixtures under Autogenous and Drying Conditions", International Cement Congress
61. *Sant, G., *Rajabipour, F., *Lura, P., and *§Weiss, W. J., (in press) "Examining Residual Stress Development In Cementitious Materials Experiencing An Early-Age Expansion", ACI Special publication
62. *§Lura, P., *Weiss, W. J., and Jensen, O., (in press) "Detection and Analysis of Microcracks in High Performance Cementitious Materials, Reinhart Seminar
63. *Sant, G., *Radlinksa, A., *Bucher, B., and *§Weiss, W. J., (2007) Minimizing the Risk of Early Age Cracking in Concrete Through the Use of Comprehensive Experimental Procedures, Computer Simulation, and New Materials, Australian Concrete Conference, Australian Concrete Institute.
64. François Paradis (1) and Jason Weiss (2) USING X-RAY MICROTOMOGRAPHY TO IMAGE CRACKS IN PASTE
65. Guler, K., Weiss, W. J., and Shah, S.P., "Flexural Behavior of High Strength Concrete Beams," -- Lahore
66. Yang, Z., Weiss, J., and Olek, J., "Water Absorption in Partially Saturated Fracture Concrete," Ghent
67. Gaurav Sant (1), Aleksandra Radlinska (1), Francois Paradis (2) and Jason Weiss (1)CRACKS IN CONCRETE: APPROACHES TO ASSESS THEIR IMPACT ON DURABILITY
68. Najm, M. A., Mohtar R. H.,, Weiss, W. J.,  and Braudeau, E., "Assessing Soil Residual Stresses and Their Impact on Cracking Behavior," 2007 ASABE Annual International Meeting, Minneapolis Minnesota, June 17-20[th] 2007 20 pages
69. Radlinska, A., Rajabipour, F., Bucher, B., Henkensiefken, R., Sant, G., and Weiss, W. J., (Submitted), "Shrinkage Mitigation Strategies in Cementitious Systems:  a Closer Look at Sealed and Unsealed Behavior," Transportation Research Record
70. Raoufi, K., Radlinska, A., Nantung, T., and Weiss, W. J., Practical Considerations To Determine The Time And Depth Of Saw-Cuts In Concrete Pavements, Transportation Research Board
71. Rajabipour, F., and Weiss, J., "Parameters Affecting the Measurements of Embedded Electrical Sensors for Concrete Health Monitoring Applications," Submitted to an ACI SP
72. Henkensiefken, R., Radlinska, A., Raoufi, K., Sant, G., and Weiss, W. J., (Submitted), "Modeling Strategies that can Describe the Performance of Shrinkage Mitigation Techniques," CONMOD
73. Raoufi, K., Weiss, J., and Nantung, T.,  Numerical Assessment of Saw-Cutting: The Influence on Stress Development and Cracking, Submitted to RILEM
74. Henkensiefken, R., Nantung, T., and Weiss, W. J., "Reducing Restrained Shrinkage Cracking in Concrete Bridge Decks: Examining the Behavior of Self-Curing Concrete Made with Different Volumes of Lightweight Aggregate," Concrete Bridge Conference, 2008

**Other submitted publications.**

1. Shah, S. P., *Weiss, W.J., and Yang, W., (1998). "Shrinkage Cracking-Can It Be Prevented?", Concrete International, Vol. 20, No. 4, 51-55
2. Shah, S. P., *Wang, K., and *Weiss, W. J., (1998) "Is High Strength Concrete Durable?" International Workshop on Concrete Technology for a Sustainable Development in the 21st Century, Norway, June 24-27, 1998
3. *Yoon, D.-J., *Weiss, W. J.,  Prine, D. W., and Shah, S. P., (1998) "Assessing Corrosion Damage in Reinforced Concrete Beams Using Acoustic Emission", SPIE Conference on NDE Technology for Aging Infrastructure and Manufacturing: Bridges and Highways, March 1998
4. *Weiss, W. J., Wang, K., and Shah, S. P., (1998) "Coupling Laboratory Experiments and Problem-Based-Education to Teach Independent Learning", Proceedings from the Fifth Annual Undergraduate Faculty Enhancement Workshop, Berkeley CA, July 12-15 1998, pp. 83-92
5. *Yang, W., Weiss, W. J., and Shah, S. P., (1999) "A Three-Dimensional Model For Predicting Stress Development in Concrete Slabs Experiencing Shrinkage",  13th ASCE EMD Conference
6. *Yoon, D.-J., *Weiss, W. J., and Shah, S. P., (1999) "Assessing Damage Mechanisms in Reinforced Concrete Using Acoustic Emission", 13th ASCE EMD Conference
7. *Weiss, W. J., Yang, W., and Shah, S. P., (2000) "Influence of Specimen Size/Geometry on the Potential for Shrinkage Cracking in Rings",  Materials for Buildings and Structures, Euromat 6, ed. Wittman, F. H., pp. 35-40
8. *Yoon, D.-J., *Weiss, W. J., and Shah, S. P., (2000) "Detecting the Extent of Corrosion with Acoustic Emission." Transportation Research Board, Washington D.C., January 2000

9. *Wang, K., Weiss, W. J., and Shah, S. P., (2000) "Corrosion, Bond Strength, and Remaining Loading Capacity of Damaged Reinforced Concrete Beams", Materials Science of Concrete Workshop In Honor of J. Francis Young, Eagle Park, IL
10. *Weiss, W. J., Wang, K., and Shah, S. P., (2000) "Teaching Independent Learning Skills by Coupling Laboratory Experiments with Problem-Based-Learning" ASCE – Engineering Mechanics Division, Austin TX, June 2000
11. *Jansen, D. C., *Weiss, W. J., and Schleuchardt, S. H. F., (2000) "Modified Testing Procedure for the Two Parameter Fracture Model for Concrete," American Society of Civil Engineers – Engineering Mechanics Division, Austin TX, June 2000
12. *Wang, K., *Weiss, W. J., *Yoon, S., Shah, S. P., (2000) "Combined Effect of Corrosion and Stresses in Reinforced Concrete Beams", American Society of Civil Engineers – Engineering Mechanics Division, Austin TX, June 2000
13. *Weiss, W. J., Shane, J. D., Mason, T. O., and Shah, S.P., (2001) "Measuring Moisture Gradients with Electrical Impedance: Potential Applications in Concrete Overlay and Repair Materials," 2001 Mechanics and Materials Summer Conference, ASCE/ASME/SES MMC-2001 (abstract only) San Diego, CA, June 2001
14. *Chariton, T., *Kim, B., *Weiss, W. J., (2002), "Using Passive Acoustic Energy To Quantify Cracking In Volumetrically Restrained Cementitious Systems," American Society of Civil Engineers – Engineering Mechanics Division, 15th ASCE EMD Conference, New York NY, June 2002
15. *Shah, H., Hossain, A., Mazzotta, G., and *Weiss, W. J., (in press) "Time-Dependent Fracture In Restrained Concrete: The Influence Of Notches And Fibers," Engineering Foundation Workshop, Copper Mountain, CO, August 10-14, 2003
16. *Shah, H., Hossain, A., Mazzotta, G., and *§Weiss, W. J., (2004) "Using the Restrained Ring Test in Conjunction with Acoustic Emission to Quantify the Role of Steel Fibers in Shrinkage Cracking Mitigation", High-Performance Concretes, and Smart Materials Organized by International Center for Fiber Reinforced Concrete (ICFRC), Chennai, India, January 2004
17. *Barde, A., and *§Weiss, W. J., (2004) "Characterizing Fracture Behavior Using an R-Curve That Implements the Focal Point Approach", High-Performance Concretes, and Smart Materials Organized by International Center for Fiber Reinforced Concrete (ICFRC), Chennai, India, January 2004
18. *§Neithalath, N. Weiss, W. J., and Olek, J. O., (2004) "Acoustic Absorption Behavior of Fiber Reinforced Enhanced Porosity Concrete", High-Performance Concretes, and Smart Materials Organized by International Center for Fiber Reinforced Concrete (ICFRC), Chennai, India, January 2004
19. *Parameswaran, S., *Abraham, D., and *§Weiss, W. J., (2004) "A Discussion on the Impact of Introducing a Volumetric Stability Performance Criterion in the Selection of Cementitious Repair Materials", High-Performance Concretes, and Smart Materials Organized by International Center for Fiber Reinforced Concrete (ICFRC), Chennai, India, January 2004
20. Weiss, W. J., "Use of Interactive Technology to Promote Student Engagement in the Classroom," ACBM Update, Concrete International, May 2005, Vol. 27, No. 5, pp. 61
21. *Rajabipour F., Schmit T., Fait S., *§Weiss W.J., "Interactive Classroom Technologies for a Problem-Based, Peer-Interaction Learning Environment" Prepared for Danish Technological University, Lyngby, Denmark, June 14, 2005
22. *§Weiss W.J., *Rajabipour F., Schmit T., Fait S., "Interactive Classroom Technologies for a Problem-Based, Peer-Interaction Learning Environment" Presented at the American Concrete Institute, Spring 2006

E.7   Books Edited

1. Hall, K. T., Weiss, W. J., Tayabji, S. D., editors, "7th International Conference on Concrete Pavements," September 9-13, Orlando Florida, Volumes 1 and 2, © 2001
2. Balaguru, P., Namaan, A., Weiss, W. J., editors,  "Concrete: Material Science to Application: A Tribute To Surendra Shah," ACI Special Publication 206, © 2002, American Concrete Institute, Farmington Hills, MI, pp. 580
3. Weiss, W. J., Marchand, J., Banthia, N., and Shah, S. P., Kovler, K., Mindess, S., (2004) "RILEM Workshop on Improving the Performance of Concrete Through Science and Engineering", Electronic Proceedings of the March 2004 meeting
4. Kovler, K., Marchand, J., Mindess, S., and Weiss, W. J., editors (2004) "A Symposium on Concrete Science and Engineering: A Tribute to Arnon Bentur", PRO 36, Proceedings of the International RILEM Symposium ,Evanston, USA, 24 March 2004, RILEM Publications, pp. 263
5. Gardner, J., and Weiss, W. J., editors "Shrinkage and Creep of Concrete," ACI Special Publication 227, American Concrete Institute, Farmington Hills, MI, © 2005, 390 pp

E.8   Chapters in books.

1. Chapter 6.1, *Weiss, W. J., "Experimental Determination of the 'Time-Zero' ($t_0$) " Early Age Cracking In Cementitious Systems" – RILEM State of the Art Report TC-EAS, ed. A. Bentur, © 2002
2. Chapter 7.5, *Weiss, W. J., and *Berke, N.S., "Admixtures for Reduction of Shrinkage and Cracking", Early Age Cracking In Cementitious Systems – RILEM State of the Art Report TC-EAS, ed. A. Bentur, © 2002
3. *Barde, A., Mazzotta,G., *§Weiss, W. J., 2005 "Early-Age Flexural Strength: The Role of Aggregates and their Influence on Maturity Predictions," Special Volume of the Material Science of Concrete VII, American Ceramic Society, Wiley Publishers, © 2005
4. *Weiss, W.J., "Chapter 19 - Elastic Properties, Creep, and Relaxation," ASTM 169D, Significance of Tests and Properties of Concrete and Concrete Making Materials, ASTM International, West Conshohocken, PA, ©2006, pp. 194-206

**Presentations**

Dr. Weiss has given over 140 presentations or seminars since 1999. The institutes include, but are not limited to: Tufts University, Howard University, Johns Hopkins University, University of Colorado, Lehigh University, Cornell University, Danish Technical University, Lund University, University of Cincinnati, Penn State University, Northwestern University, Polytechnique University of Catalunya, Oita University, the Precast Concrete Institute, the National Precast Concrete Institute, the American Concrete Institute, the American Concrete Paving Association, the Ohio Concrete Association, the American Society of Testing Methods, Indiana Concrete Paving Association, Federal Highway Administration, American Concrete Institute, the National Institute of Science and Technology, Portland Cement Association, Grace Construction Products, and Master Builders Technologies.

## Editorial Boards
- Associate Editor ASCE Journal of Materials In Civil Engineering 2001 – present
- Associate Editor RILEM Journal of Materials and Structures, 2005 – Present
- Associate Editor, International Journal of Ferrocement, 2006 – Present

## Service

Committee Service in Technical Societies
1. American Concrete Institute
   - Committee 123 "Research and Current Developments", member since November 1999, Secretary, November 2000-January 2002, Committee Chair, since January 2002
   - Committee 209 "Creep and Shrinkage of Concrete, associate member August 2001- March 2003, member since 2003, Secretary 2003 – 2005
   - Committee 231 "Early-Age Properties" member since November 1999, Secretary March 2000-2005
   - Committee 365 "Service Life Prediction", member since January 2002
   - Committee 446 – "Fracture Mechanics of Concrete," member since August 2001
   - Committee 522 – "Enhanced Porosity Committee" member since committee inception in 2001
2. American Society of Civil Engineers
   - Engineering Mechanics Division, "Committee on Experimental Analysis and Instrumentation," member 2000-2004, Secretary June 2001-2003
3. Center for Advanced Cement Based Materials
   - Education Committee Chair Since 2001
   - Associate Director Since 2004
4. RILEM – Member
   - Technical Committee EAS, "Early-Age Shrinkage Cracking," member 1999-2002
   - Technical Committee DTD, "Test Methods for Autogenous Deformation and Thermal Dilation of *Early Age Concrete," member 2002 – 2004*
   - *Technical Committee CCD, "Concrete cracking and its relation to durability: Integrating material properties with structural performance" (Committee Chair)*
   - *Technical Committee EAC "Educational Activities Chair," (Committee Secretary)*
   - *Technical Activities Committee Member – Cluster D Leader*
5. *Transportation Research Board*
   - *AN20 "Committee on Materials and Placement Techniques," – member since 2000, Chair 2007-present*
   - *AN40 "Committee on Emerging Technology," – member since 2001*

Reviewer of proposals for:
1. National Science Foundation

2. Natural Science and Engineering Research Council of Canada
3. United States-Israel Binational Science Foundation (BSF)
4. Czech National Science Foundation

Reviewer of technical articles for the following journals/books:
1. Advanced-Cement Based Materials Journal
2. American Concrete Institute: Materials Journal
3. American Concrete Institute: Structures Journal
4. ASCE Journal of Materials In Civil Engineering
5. ASCE Journal of Structural Engineering
6. ASCE Journal of Transportation Engineering
7. ASTM International
8. Canadian Journal of Civil Engineering
9. Cement and Concrete Composites
10. Cement and Concrete Research
11. Kuwait Journal of Science and Engineering
12. RILEM Concrete Science and Engineering
13. RILEM Materials and Structures
14. Transportation Research Board/Record
15. John Wiley and Sons Publishing Company
16. ASM International