UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                              CIVIL ACTION
CONSOLIDATED LITIGATION
                                                          NO. 05-4182

PERTAINS TO:                                              SECTION "K"(2)
    BARGE

## ORDER

The Court has reviewed Barge Plaintiffs' Appeal from the May 14, 2008 Order of the Magistrate Judge (Doc. 13347) and finds that oral argument will not aid the Court in rendering its decision. Accordingly,

**IT IS ORDERED** that the Request for Oral Argument (Doc. 13489) concerning Barge Plaintiffs' Appeal is **DENIED**.

New Orleans, Louisiana, this 22nd day of July, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE