# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
|  | * | |
|  | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * |     and consolidated cases |
|  | * | |
|  | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*       05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*          06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*       06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA*           07-5178 | * | JOSEPH C. WILKINSON, JR. |

## ORDER GRANTING CONSENT MOTION TO CONTINUE HEARINGS OF

### (1) BARGE PLAINTIFFS' MOTION FOR APPEAL OF MAGISTRATE JUDGE DECISION TO DISTRICT COURT RE RECORD DOC. 13149 ORDER ON MOTION FOR PROTECTIVE ORDER, ORDER ON MOTION FOR DISCOVERY, ORDER ON MOTION FOR RECONSIDERATION BY ETHEL MUMFORD

### (2) BARGE PLAINTIFFS' MOTION TO BAR PUTATIVE CLASS MEMBER CONTACTS, ETC. (RECORD DOC. 13839)

Considering the above and foregoing, it is hereby ORDERED that the motion be and is hereby GRANTED, and further, that hearings of the Barge Plaintifffs' Motion for Appeal (Record Doc. 13347) and Motion to Bar Putative Class Member Contacts (Record Doc. 13839) are continued to 9:30 a.m. on SEPTEMBER 3, 2008 as the Court will not entertain oral argument on August 20, 2008.

New Orleans, Louisiana, this 22nd day of July, 2008.

_____
**HON. STANWOOD R. DUVAL, JR.**

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 21 day of July, 2008.

                                      \s\Brian A. Gilbert