UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: 05-5724 | SECTION "K"(2) |

## ORDER

Considering the foregoing Motion to Substitute The Northern Assurance Company of American for International Marine Underwriters (Rec. Doc. 13904), which counsel has informed the Court is by consent, accordingly

**IT IS ORDERED** that the motion is **GRANTED.** The Northern Assurance Company of America (hereinafter "NACA"), improperly identified as International Marine Underwriters (hereinafter "IMU") be substituted for and in place of IMU in every pleading and/or court filing in relation to the Excess Marine Liability Policy (hereinafter "Excess Policy") for the term of May 1, 2005 to May 1, 2006 issued severally but not jointly to Lafarge North America, Inc. by American Home Assurance Company, NACA, and New York Marine and General Insurance Company with coverage of $45 million excess of all primary coverage and subscribed to 25% by NACA, 35% by AHAC, and 40% by NYMAGIC in the above-captioned case.

New Orleans, Louisiana, this \_\_\_22nd\_\_\_ day of July, 2008.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**

1