UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
|  | * | NO. 05-4182 |
|  | * | and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*     05-5531 | * |  |
| *Mumford v. Ingram*    05-5724 | * |  |
| *Lagarde v. Lafarge*   06-5342 | * | JUDGE |
| *Perry v. Ingram*      06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*    06-7516 | * |  |
| *Parfait Family v. USA* 07-3500 | * | MAGISTRATE |
|  | * | JOSEPH C. WILKINSON, JR. |
|  | * |  |

**MEMORANDUM OF LAFARGE NORTH AMERICA INC. IN OPPOSITION TO "CONSENT MOTION" TO CONTINUE HEARINGS**

Lafarge North America Inc. did not "consent" to the relief sought in Barge plaintiffs' motion to continue hearings of (1) plaintiffs' appeal from Magistrate Judge Wilkinson's denial of their motion for protective order (Rec. Doc. 13347) and (2) plaintiffs' motion to bar putative class member contacts (Rec. Doc. 13839). Barge plaintiffs represent that "both parties wish to request oral argument as to these two inter-related motions" and therefore "seek to continue to

August 20, 2008 of both of these related motions." In fact, LNA's position is quite different from what plaintiffs represent it to be.

LNA does not believe the two motions can or should be heard together on the same day. These motions are pending before different judges on different records and standards of review. Plaintiffs' appeal (Rec. Doc. 13347) is pending before Judge Duval, who must decide whether Magistrate Judge Wilkinson's May 14 Order was "clearly erroneous or contrary to law" based on the record presented to the Magistrate Judge by the parties that formed the basis for his ruling.[1] By contrast, plaintiffs' new motion (Rec. Doc. 13839) is pending before Magistrate Judge Wilkinson. Briefing and argument on this new motion are totally irrelevant to the appeal that is currently pending before Judge Duval, which is now fully briefed and awaiting decision (or, if the Court chooses, oral argument).[2]

To the extent that plaintiffs' new motion raises issues that are "inter-related" to those raised by their appeal of the May 14 Order, as plaintiffs contend, the proper course is for the Court to consider and decide the appeal from the May 14 Order at its earliest convenience, and to defer briefing on the new motion until the Court has issued its ruling. Quite possibly, Judge Duval's ruling on the legal issues raised by plaintiffs' appeal (Rec. Doc. 13347) will significantly inform Magistrate Judge Wilkinson's consideration of the new motion (Rec. Doc. 13839). Because briefing on the appeal is complete, while briefing on the new motion is just getting under way, deferring briefing on the second motion until the former motion is decided will promote judicial economy and sound administration while not prejudicing either party.

---

[1] See Rec. Doc. 11391 at 1 (setting out standard of review of Magistrate Judge's rulings)
[2] LNA has *not* requested oral argument on plaintiffs' appeal from the Magistrate Judge's May 14 Order. LNA is, however, prepared to proceed with argument at the Court's earliest convenience if the Court desires argument on that motion.

Accordingly, LNA suggests that this Honorable Court: (1) determine the appeal from the May 14 Order (Rec. Doc. 13347) or, if it chooses, hear oral argument on the appeal at its earliest convenience; and (2) continue the hearing on plaintiffs' new motion (Rec. Doc. 13839) until three weeks after the Court has issued its ruling on the appeal.

Respectfully submitted,

**CHAFFE McCALL, L.L.P.**

/s/ Derek A. Walker
Robert B. Fisher, Jr., T.A. (# 5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715

John D. Aldock
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, NW
Washington, DC 20001
Tel.: (202) 346-4240

**ATTORNEYS FOR
LAFARGE NORTH AMERICA INC.**

**Certificate of Service**

I do hereby certify that I have on this 22d day of July, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding by electronic filing notification.

/s/ Derek A. Walker
Derek A. Walker

1146522-1

3