MINUTE ENTRY
DUVAL, J.
JULY 21, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                  CIVIL ACTION
      CONSOLIDATED LITIGATION

                                                                                                             NO. 05-4182

PERTAINS TO: ROAD HOME                          SECTION "K"(2)
          07-5528

      Attending a telephonic status conference held this day were:

      Richard Stanley, Frank Dudenhefer, Tom Owen for Plaintiffs and

      Wayne Lee and Ralph Hubbard for Defendants.

      This status conference was called to discuss the Defendants' Motion to Disqualify. The Court raised its concerns regarding two pertinent issues. First, whether a federal court has the power under the Eleventh Amendment to declare invalid the contract for legal services between the Louisiana Attorney General and private counsel. The Court referred the parties to *O'Connor v. Jones*, 946 F.2d 1395 (8th Cir. 1991). The Court suggested that the Eleventh Amendment may mandate that a state court decide the validity of this contract. Second, whether Defendants had standing in this matter to challenge the validity of the contract between the Attorney General and private counsel.

Counsel of the parties informed the Court that they would like the opportunity to seek an resolution to these issues among themselves, but that otherwise they would like to brief these issues for the Court. Therefore, unless a resolution is reached, both sides will submit supplemental memoranda by **August 1, 2008**, and simultaneous replies must be filed by **August 8, 2008.** The Court urges the parties to be succinct; no repetition of any prior arguments is necessary.

*[signature]*

JS10(00:18)