UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES    CIVIL ACTION
CONSOLIDATED LITIGATION          NO. 05-4182 "K" (2)

PERTAINS TO:  Insurance          JUDGE DUVAL
              Roderick Skelding and   MAG. WILKINSON
              Hazel Lesene
              Civil Action No. 07-9775

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AMOUNT

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Roderick Skelding and Hazel Lesene, and defendant, The Hanover Insurance Company (collectively "The Parties"), who, pursuant to the June 23, 2008 Case Management Order entered by Judge Duval and Magistrate Judge Wilkinson in Civil Action Number 05-4182, submit for the Court's approval the settlement amount agreed to be paid under the primary structure coverage of the insurance policy at issue.  In support of their motion, the Parties contemporaneously submit via facsimile the executed Road Home Settlement Communication detailing the settlement amounts for the Court's *in camera* review, which the Parties request not be filed into the record.

**WHEREFORE**, the Parties respectfully request that this Honorable Court, after considering the settlement information submitted by the Parties, find that the amount agreed to be paid as a final settlement on the primary structure is reasonable and enter an Order in accordance with the June 23, 2008 Case Management Order entered by Judge Duval and Magistrate Judge Wilkinson, which the parties have submitted with this motion.

Respectfully submitted,

/s/ Kristin Milano
Timothy P. Farrelly, La. Bar No. 20543
Kristin J. Milano, La. Bar No. 30274
Nicaud & Sunseri, LLC
3000 18th Street
Metairie, LA  70002
(504) 837-1304
*Attorneys for Plaintiffs*

And


/s/ Jason P. Franco
**LADONNA G. WILSON, T.A., La. Bar #28814**
**JASON P. FRANCO, La. Bar #30187**
**RALPH S. HUBBARD, III, La. Bar #7040**
**SETH A. SCHMEECKLE, La. Bar #27076**
**LUGENBUHL, WHEATON, PECK, RANKIN**
**& HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195
**Attorneys for The Hanover Insurance Company**


### CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of July 2008, a copy of this pleading has been served upon all counsel of record in this action by depositing same in the United States Mail, properly addressed, first class postage prepaid.


/s/ Jason P. Franco