UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES     CIVIL ACTION
CONSOLIDATED LITIGATION     NO. 05-4182 "K" (2)

PERTAINS TO:   Insurance     JUDGE DUVAL
                   Roderick Skelding and     MAG. WILKINSON
                   Hazel Lesene
                   Civil Action No. 07-9775

## ORDER

       This matter came on for a review of the settlement for reasonableness of the amount of the settlement paid on the structure, the plaintiff having received a Louisiana Road Home grant funded by the United States Department of Housing and Urban Development which grant is subject to a prohibition on duplications of benefits under the Stafford Act, 42 U.S.C. 5151, et seq. The Court has been provided information regarding the parties' positions, as may be relevant to the case, on the causation and extent of damages claimed, payments made to date, coverage issues and claims administration, and anticipated litigation expenses. The parties have further submitted for in camera review the executed Road Home Carrier Settlement Communication, which shall not form a part of the court record.

       The Court, considering the information submitted to it finds that the amount agreed to be paid as a final settlement on the primary structure, specifically $1,300.00, is a reasonable one and this Order can be accepted by the Louisiana Road Home Program under its issued settlement protocols as prima facie evidence of the reasonableness of the settlement.

Within 10 days of the date of this Order, counsel must forward a copy of this Order, together with all other materials required by this Court's Case Management Order Re: Road Home Settlement Protocol, to State of Louisiana Office of Community Development, DRU Subrogation Unit, P.O. Box 94095, Baton Rouge Louisiana, 70804 for the State to issue a determination of that portion of the primary structure settlement which is a duplication of benefits of Road Home grant for remittance to the State of Louisiana.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**JUDGE**