UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CASE NUMBER: 05-4182 "K" (2)

PERTAINS TO: RESPONDER, *Andry*
(No. 07-4533)

### SECOND MOTION FOR PROTECTIVE ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26 ( c )

NOW INTO COURT through undersigned counsel comes Michael LeBas who moves this Court for the following relief:

1.

Michael LeBas is not a party to this litigation. Mr. LeBas is an engineer with offices in Baton Rouge, Louisiana. Mr. LeBas was hired by United Technical Consultants (UTC), a company in Pennsylvania. UTC helps locate certain experts for its clients. Mr. LeBas was hired by UTC to perform an inspection on a house owned by Jonathan B. Andry, which house is located in New Orleans, Louisiana.

2.

Mr. LeBas does not know who contacted UTC and asked that an expert be hired.

3.

Mr. LeBas conducted his inspection and produced a written report which was given to his client, UTC.

4.

Mr. Jonathan Andry, Plaintiff, has filed and served upon Mr. LeBas a Subpoena Duces Tecum asking Mr. LeBas to produce the following:

1. "All reports that you have drafted of caused to have drafted in conjunction with your work for the U.S. Government and/or any agency thereof and/or any other insurance company pertaining to expert, consulting, and/or adjusting work on homes or properties damaged by Hurricane Katrina;
2. Receipts or other evidence of all monies you have received regarding the reports referred to and described in section #1 above;
3. All bills for services rendered to the U.S. Government and/or any agency thereof and/or any other insurance company for expert consulting and/or adjusting work"

5.

Mr. LeBas has prepared in excess of 200 reports on houses which were damaged by Hurricane Katrina.

6.

The production of these reports and associated documents would be oppressive, unduly burdensome, and unduly expensive. To comply with this subpoena would require Mr. LeBas to pull each and every file and copy them. This process will take weeks to do which will have a financial impact on Mr. LeBas' business.

7.

Moreover, these reports are irrelevant to the claims of Mr. Andry. As noted above Mr. LeBas has completed the report of Mr. Andry's house and has forwarded it his client. Mr. Andry has already obtained a copy of this report.

8.

The other reports prepared by Mr. LeBas on other houses, may have been prepared in anticipation of litigation. That fact is unknown to Mr. LeBas but it is certainly foreseeable that such reports were prepared in anticipation litigation. Mr. LeBas does not want to be held liable or responsible for improperly disclosing these reports.

9.

Mr. LeBas moves this Court for a protective order asking that the discovery and disclosure of these documents not be had at all. Alternatively, Mr. LeBas asks that the disclosure or discovery be modified by this Court.

10.

The subpoena issued by Mr. Andry has a production date of July 23, 2008 at 9:00 a.m. at Mr. Andry's law offices. Mr. LeBas asks that this date be suspended until this Court can rule on this Motion for Protective Order.

11.

Mr. Andry previously had a similar subpoena issued to Mr. LeBas which led to undersigned counsel filing a protective order similar to this one.

12.

Pursuant to Rule 45, Rule 26, and Rule 37, Federal Rules Civil Procedure, undersigned counsel has attempted to confer with Mr. Andry in an effort to resolve this dispute without Court action. Originally, two phone calls were placed to Mr. Andry's office, neither of which were returned. Additionally, a letter was faxed to Mr. Andry on Thursday, February 14th (as to the first subpoena). A letter was faxed to Mr. Andry on Monday, July 14th as to the second subpoena. There was no response to this letter. Undersigned counsel then called Mr. Andry on July 21st but after conversing with him, they were unable to resolve the dispute.

Mr. LeBas asks that this Court issue a protective order as prayed for herein.

**RESPECTFULLY SUBMITTED
BY ATTORNEYS:**

**RAINER, ANDING & McLINDON**


<u>/s/ John S. McLindon</u>
**JOHN S. McLINDON**
Bar Roll Number 19703
8480 Bluebonnet Boulevard, Suite D
Baton Rouge, LA  70810
225-766-0200, Telephone
225-766-0279, Telecopier

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CASE NUMBER: 05-4182 "K" (2)

PERTAINS TO: RESPONDER, *Andry*
(No. 07-4533)

CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2008, a copy of the foregoing Motion for Protective Order was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court=s electronic filing system.

RESPECTFULLY SUBMITTED
BY ATTORNEYS:

**RAINER, ANDING & McLINDON**

/s/ John S. McLindon__
**JOHN S. McLINDON**
Bar Roll Number 19703
8480 Bluebonnet Boulevard, Suite D
Baton Rouge, LA  70810
225-766-0200, Telephone
225-766-0279, Telecopier

Case 2:05-cv-04182-SRD-JCW   Document 13932   Filed 07/22/08   Page 6 of 6