UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
    CONSOLIDATED LITIGATION

CASE NUMBER: 05-4182 "K" (2)

PERTAINS TO: RESPONDER, *Andry*
    (No. 07-4533)

## ORDER

CONSIDERING THE FOREGOING MOTION, it is hereby ordered that the Protective Order sought by Michael LeBas is hereby granted and that he is not required to comply with the subpoena issued by Jonathan Andry which has a return date of July 23rd.

New Orleans, Louisiana this ____ day of July, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE