# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

WARRENE GAMBINO                            C.A. NO. 07-1906

VERSUS

STATE FARM FIRE AND
CASUALTY COMPANY

## ORDER

IT IS ORDERED that the above numbered and entitled cause be and the same is hereby dismissed, with prejudice, each party to bear its own costs of court.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008

_____
UNITED STATES DISTRICT JUDGE