UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Shontell Edwards regarding 2011 Caffin Ave., New Orleans, LA 70117; Christine Bickham, Mervin J. Barrow regarding 2017 Deslonde St., New Orleans, LA 70117; Penny Alexander regarding 4968 Pauline Dr., New Orleans, LA 70126; Anthony Whittington regarding 5417 Spain St., New Orleans, LA 70122; Alvin Tircuit regarding 7507 Kingsport Blvd, New Orleans, LA 70128; Valerie Washington regarding 6881 Glengary Rd., New Orleans, LA 70126 Vera McGuire regarding 2725 Amelia St., New Orleans, LA 70115; Barbara Bridges regarding 2147 Egania St, New Orleans, LA 70117; Lechia Allen regarding 4910 Feliciana Dr., New Orleans, LA 70127; Angela Braud regarding 1918 N. Dorgenois St., New Orleasn, LA 70119; Edward Tate regarding 2201 Alvar St, New Orleans, LA 70117; Paulette Evans regarding 3727 Huntlee Dr., New Orleans, LA 70131; Valerie Brown regarding 6793 Deanne St., New Orleans, LA 70126; Clair Cambridge regarding 2119 N Prieur St, New Orleans, LA 70116; John Charles regarding 5445 N. Claiborne Ave, New Orleans, LA 70117 |

**UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE**

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Shontell Edwards regarding 2011 Caffin Ave., New Orleans, LA 70117; Christine Bickham, Mervin J. Barrow regarding 2017 Deslonde St., New Orleans, LA 70117; Penny Alexander regarding 4968 Pauline Dr.,

New Orleans, LA 70126; Anthony Whittington regarding 5417 Spain St., New Orleans, LA 70122; Alvin Tircuit regarding 7507 Kingsport Blvd, New Orleans, LA 70128; Valerie Washington regarding 6881 Glengary Rd., New Orleans, LA 70126; Vera McGuire regarding 2725 Amelia St., New Orleans, LA 70115; Barbara Bridges regarding 2147 Egania St, New Orleans, LA 70117; Lechia Allen regarding 4910 Feliciana Dr., New Orleans, LA 70127; Angela Braud regarding 1918 N. Dorgenois St., New Orleasn, LA 70119; Edward Tate regarding 2201 Alvar St, New Orleans, LA 70117; Paulette Evans regarding 3727 Huntlee Dr., New Orleans, LA 70131; Valerie Brown regarding 6793 Deanne St., New Orleans, LA 70126; Clair Cambridge regarding 2119 N Prieur St, New Orleans, LA 70116; John Charles regarding 5445 N. Claiborne Ave, New Orleans, LA 70117, who wish to voluntarily dismiss the claims against Defendant(s) Allstate Insurance Company in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY:  /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 22nd day of July, 2008.

  /s/ Joseph M. Bruno
Joseph M. Bruno