UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182**<br><br>**SECTION "K"** |
| **THIS DOCUMENT RELATES TO:**<br>Insurance<br><br>**No. 06-5164,** *Abadie et al., v Aegis Security Insurance Co., et al.* | **MAGISTRATE (2)**<br><br>**This pleading applies only to the claim of Shontell Edwards regarding 2011 Caffin Ave., New Orleans, LA 70117; Christine Bickham, Mervin J. Barrow regarding 2017 Deslonde St., New Orleans, LA 70117; Penny Alexander regarding 4968 Pauline Dr., New Orleans, LA 70126; Anthony Whittington regarding 5417 Spain St., New Orleans, LA 70122; Alvin Tircuit regarding 7507 Kingsport Blvd, New Orleans, LA 70128; Valerie Washington regarding 6881 Glengary Rd., New Orleans, LA 70126; Vera McGuire regarding 2725 Amelia St., New Orleans, LA 70115; Barbara Bridges regarding 2147 Egania St, New Orleans, LA 70117; Lechia Allen regarding 4910 Feliciana Dr., New Orleans, LA 70127; Angela Braud regarding 1918 N. Dorgenois St., New Orleasn, LA 70119; Edward Tate regarding 2201 Alvar St, New Orleans, LA 70117; Paulette Evans regarding 3727 Huntlee Dr., New Orleans, LA 70131; Valerie Brown regarding 6793 Deanne St., New Orleans, LA 70126; Clair Cambridge regarding 2119 N Prieur St, New Orleans, LA 70116; John Charles regarding 5445 N. Claiborne Ave, New Orleans, LA 70117** |

**ORDER**

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Shontell Edwards regarding 2011 Caffin Ave., New Orleans, LA

70117; Christine Bickham, Mervin J. Barrow regarding 2017 Deslonde St., New Orleans, LA 70117; Penny Alexander regarding 4968 Pauline Dr., New Orleans, LA 70126; Anthony Whittington regarding 5417 Spain St., New Orleans, LA 70122; Alvin Tircuit regarding 7507 Kingsport Blvd, New Orleans, LA 70128; Valerie Washington regarding 6881 Glengary Rd., New Orleans, LA 70126; Vera McGuire regarding 2725 Amelia St., New Orleans, LA 70115; Barbara Bridges regarding 2147 Egania St, New Orleans, LA 70117; Lechia Allen regarding 4910 Feliciana Dr., New Orleans, LA 70127; Angela Braud regarding 1918 N. Dorgenois St., New Orleasn, LA 70119; Edward Tate regarding 2201 Alvar St, New Orleans, LA 70117; Paulette Evans regarding 3727 Huntlee Dr., New Orleans, LA 70131; Valerie Brown regarding 6793 Deanne St., New Orleans, LA 70126; Clair Cambridge regarding 2119 N Prieur St, New Orleans, LA 70116; John Charles regarding 5445 N. Claiborne Ave, New Orleans, LA 70117; against Defendants D, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

    New Orleans, Louisiana, this _____ day of _____, 2008.

 

_____
United States District Judge