UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| ALL BARGE | § | |
| _____ | § | |

NOTICE OF PRIVILEGE/PROTECTION LOG

Pursuant to the Court's Order of August 2, 2007 (Doc. Rec. No. 6815), Federal Rule of Civil Procedure 26(b)(5), the United States' Document Production Protocol, and the "Clawback" Order (Doc. Rec. No. 5183), the United States hereby designates the following documents as privileged:

| | | |
|---|---|---|
| FMA-023-000000071 | to | FMA-023-000000071; |
| FMA-023-000000311 | to | FMA-023-000000311; |
| FMA-023-000002085 | to | FMA-023-000002086; |
| FMA-023-000002603 | to | FMA-023-000002603; |
| FMA-024-000000127 | to | FMA-024-000000133; |
| FMA-724-000000001 | to | FMA-724-000000006; |
| FMA-724-000000007 | to | FMA-724-000000009; |
| FMA-724-000000010 | to | FMA-724-000000015; |
| FMA-724-000000016 | to | FMA-724-000000017; |
| FMA-724-000000018 | to | FMA-724-000000040; |
| FMA-733-000000485 | to | FMA-733-000000489; |
| FMA-733-000000490 | to | FMA-733-000000492; |
| FMA-733-000000493 | to | FMA-733-000000495; |

FMA-733-000000496 to FMA-733-000000497;
FMA-733-000000498 to FMA-733-000000499;
FMA-733-000000500 to FMA-733-000000505;
FMA-733-000000506 to FMA-733-000000506;
FMA-733-000000507 to FMA-733-000000509;
FMA-733-000000510 to FMA-733-000000512;
FMA-733-000000513 to FMA-733-000000514;
FMA-733-000000515 to FMA-733-000000515;
FMA-733-000000516 to FMA-733-000000518;
FMA-733-000000519 to FMA-733-000000521;
FMA-733-000000522 to FMA-733-000000526;
FMA-733-000000527 to FMA-733-000000527;
FMA-733-000000528 to FMA-733-000000529;
FMA-733-000000530 to FMA-733-000000539;
FMA-733-000000540 to FMA-733-000000553;
FMA-733-000000554 to FMA-733-000000559;
FMA-733-000000560 to FMA-733-000000562;
FMA-733-000000563 to FMA-733-000000588;
FMA-733-000000589 to FMA-733-000000594;
FMA-733-000000595 to FMA-733-000000604;
FMA-733-000000607 to FMA-733-000000610;
FMA-733-000000611 to FMA-733-000000611;
FMA-733-000000612 to FMA-733-000000614;
FMA-733-000000615 to FMA-733-000000623;
FMA-733-000000624 to FMA-733-000000626;
FMA-733-000000627 to FMA-733-000000628;
FMA-733-000000629 to FMA-733-000000629;
FMA-733-000000630 to FMA-733-000000630;
FMA-733-000000631 to FMA-733-000000638;
FMA-733-000000639 to FMA-733-000000643;
FMA-733-000000644 to FMA-733-000000645;
FMA-733-000000646 to FMA-733-000000657;
FMA-733-000000658 to FMA-733-000000662;
FMA-733-000000663 to FMA-733-000000663;
FMA-733-000000664 to FMA-733-000000666;
FMA-733-000000667 to FMA-733-000000667;
FMA-733-000000668 to FMA-733-000000668;
FMA-733-000000669 to FMA-733-000000673;
FMA-733-000000674 to FMA-733-000000678;
FMA-733-000000679 to FMA-733-000000679;
FMA-733-000000680 to FMA-733-000000684;
FMA-733-000000685 to FMA-733-000000687;
FMA-733-000000688 to FMA-733-000000693;

| | | |
|---|---|---|
| FMA-733-000000694 | to | FMA-733-000000695; |
| FMA-733-000000696 | to | FMA-733-000000702; |
| FMA-733-000000703 | to | FMA-733-000000710; |
| FMA-733-000000711 | to | FMA-733-000000712; |
| FMA-733-000000713 | to | FMA-733-000000720; |
| FMA-733-000000721 | to | FMA-733-000000722; |
| FMA-733-000000723 | to | FMA-733-000000723; |
| FMA-733-000000724 | to | FMA-733-000000730; |
| FMA-733-000000731 | to | FMA-733-000000733; |
| FMA-733-000000734 | to | FMA-733-000000739; |
| FMA-733-000000740 | to | FMA-733-000000741; |
| FMA-733-000000742 | to | FMA-733-000000743; |
| FMA-733-000000744 | to | FMA-733-000000747; |
| FMA-733-000000748 | to | FMA-733-000000752; |
| FMA-733-000000753 | to | FMA-733-000000754; |
| FMA-733-000000755 | to | FMA-733-000000759; |
| FMA-733-000000760 | to | FMA-733-000000763; |
| FMA-733-000000764 | to | FMA-733-000000767; |
| FMA-733-000000768 | to | FMA-733-000000771; |
| FMA-733-000000772 | to | FMA-733-000000772; |
| FMA-733-000000773 | to | FMA-733-000000775; |
| FMA-733-000000776 | to | FMA-733-000000776; |
| FMA-733-000000777 | to | FMA-733-000000777; |
| FMA-733-000000778 | to | FMA-733-000000778; |
| FMA-733-000000779 | to | FMA-733-000000779; |
| FMA-733-000000780 | to | FMA-733-000000781; |
| FMA-733-000000782 | to | FMA-733-000000787; |
| FMA-733-000000843 | to | FMA-733-000000846; |
| FMA-733-000000847 | to | FMA-733-000000849; |
| FMA-733-000000850 | to | FMA-733-000000852; |
| FMA-733-000000853 | to | FMA-733-000000856; |
| FMA-733-000000857 | to | FMA-733-000000861; |
| FMA-733-000000862 | to | FMA-733-000000862; |
| FMA-733-000000863 | to | FMA-733-000000866; |
| FMA-733-000000867 | to | FMA-733-000000868; |
| FMA-733-000000869 | to | FMA-733-000000870; |
| FMA-733-000000871 | to | FMA-733-000000871; |
| FMA-733-000000872 | to | FMA-733-000000873; |
| FMA-733-000000874 | to | FMA-733-000000878; |
| FMA-733-000000890 | to | FMA-733-000000890; |
| FMA-733-000000891 | to | FMA-733-000000897; |
| FMA-733-000000898 | to | FMA-733-000000899; |
| FMA-733-000000900 | to | FMA-733-000000902; |

| | | |
|---|---|---|
| FMA-733-000000903 | to | FMA-733-000000905; |
| FMA-733-000000906 | to | FMA-733-000000906; |
| FMA-733-000000907 | to | FMA-733-000000917; |
| FMA-733-000000918 | to | FMA-733-000000918; |
| FMA-733-000000919 | to | FMA-733-000000922; |
| FMA-733-000000923 | to | FMA-733-000000923; |
| FMA-733-000000924 | to | FMA-733-000000928; |
| FMA-733-000000929 | to | FMA-733-000000930; |
| FMA-733-000000931 | to | FMA-733-000000932; |
| FMA-733-000000933 | to | FMA-733-000000933; |
| FMA-733-000000934 | to | FMA-733-000000934; |
| FMA-733-000000935 | to | FMA-733-000000936; |
| FMA-733-000000937 | to | FMA-733-000000938; |
| FMA-733-000000939 | to | FMA-733-000000940; |
| FMA-733-000000941 | to | FMA-733-000000941; |
| FMA-733-000000942 | to | FMA-733-000000949; |
| FMA-733-000000950 | to | FMA-733-000000951; |
| FMA-733-000000952 | to | FMA-733-000000952; |
| FMA-733-000000953 | to | FMA-733-000000953; |
| FMA-733-000000954 | to | FMA-733-000000954; |
| FMA-733-000000955 | to | FMA-733-000000955; |
| FMA-733-000000956 | to | FMA-733-000000956; |
| FMA-733-000000957 | to | FMA-733-000000958; |
| FMA-733-000000959 | to | FMA-733-000000959; |
| FMA-733-000000960 | to | FMA-733-000000960; |
| FMA-733-000000961 | to | FMA-733-000000962; |
| FMA-733-000000963 | to | FMA-733-000000964; |
| FMA-733-000000965 | to | FMA-733-000000965; |
| FMA-733-000000966 | to | FMA-733-000000966; |
| FMA-733-000000967 | to | FMA-733-000000970; |
| FMA-733-000000971 | to | FMA-733-000000972; |
| FMA-733-000000973 | to | FMA-733-000000974; |
| FMA-733-000000975 | to | FMA-733-000000975; |
| FMA-733-000000976 | to | FMA-733-000000976; |
| FMA-733-000000979 | to | FMA-733-000000981; |
| FMA-733-000000982 | to | FMA-733-000000982; |
| FMA-733-000000983 | to | FMA-733-000000985; |
| FMA-733-000000986 | to | FMA-733-000000986; |
| FMA-733-000000987 | to | FMA-733-000000987; |
| FMA-733-000000988 | to | FMA-733-000000988; |
| FMA-733-000000989 | to | FMA-733-000000992; |
| FMA-733-000001012 | to | FMA-733-000001014; |
| FMA-733-000001089 | to | FMA-733-000001094; |

FMA-738-000000014 to FMA-738-000000014;
FMA-738-000000015 to FMA-738-000000015;
FMA-738-000000016 to FMA-738-000000031;
FMA-738-000000032 to FMA-738-000000033;
FMA-738-000000034 to FMA-738-000000034;
FMA-738-000000035 to FMA-738-000000036;
FMA-738-000000037 to FMA-738-000000037;
FMA-738-000000038 to FMA-738-000000040;
FMA-738-000000049 to FMA-738-000000066;
FMA-738-000000077 to FMA-738-000000082;
FMA-738-000000092 to FMA-738-000000094;
FMA-738-000000098 to FMA-738-000000111;
FMA-738-000000116 to FMA-738-000000119;
FMA-738-000000135 to FMA-738-000000157;
FMA-738-000000159 to FMA-738-000000187;
FMA-738-000000190 to FMA-738-000000196;
FMA-738-000000400 to FMA-738-000000415;
FMA-738-000000419 to FMA-738-000000429;
FMA-738-000000432 to FMA-738-000000450;
FMA-738-000000462 to FMA-738-000000462;
FMA-738-000000464 to FMA-738-000000480;
FMA-738-000000482 to FMA-738-000000490;
FMA-738-000000495 to FMA-738-000000496;
FMA-738-000000516 to FMA-738-000000527;
FMA-738-000000531 to FMA-738-000000532;
FMA-738-000000541 to FMA-738-000000554;
FMA-738-000000566 to FMA-738-000000566;
FMA-738-000000569 to FMA-738-000000588;
FMA-738-000000593 to FMA-738-000000618;
FMA-738-000000623 to FMA-738-000000655;
FMA-738-000000669 to FMA-738-000000679;
FMA-738-000000688 to FMA-738-000000717;
FMA-738-000000882 to FMA-738-000000889;
FMA-738-000000967 to FMA-738-000001027;
FMA-738-000001030 to FMA-738-000001046;
FMA-738-000001084 to FMA-738-000001120;
FMA-738-000001122 to FMA-738-000001234;
FMA-738-000001270 to FMA-738-000001293;
FMA-738-000001320 to FMA-738-000001327;
FMA-738-000001343 to FMA-738-000001347;
FMA-738-000001365 to FMA-738-000001378;
FMA-738-000001382 to FMA-738-000001391;
FMA-738-000001405 to FMA-738-000001410;

| | | |
|---|---|---|
| FMA-738-000001420 | to | FMA-738-000001489; |
| FMA-738-000001495 | to | FMA-738-000001501; |
| FMA-738-000001503 | to | FMA-738-000001504; |
| FMA-738-000001509 | to | FMA-738-000001515; |
| FMA-738-000001540 | to | FMA-738-000001544; |
| FMA-738-000001595 | to | FMA-738-000001597; |
| FMA-740-000000043 | to | FMA-740-000000056; |
| FMA-740-000000057 | to | FMA-740-000000115; |
| FMA-740-000000116 | to | FMA-740-000000261; |
| FMA-740-000000286 | to | FMA-740-000000306; |
| FMA-740-000000617 | to | FMA-740-000000617; |
| FMA-740-000000736 | to | FMA-740-000000852; |
| FMA-745-000001083 | to | FMA-745-000001103; |
| FMA-745-000001104 | to | FMA-745-000001113; |
| FMA-747-000000936 | to | FMA-747-000000958; |
| FMA-747-000000960 | to | FMA-747-000000964; |
| FMA-747-000000965 | to | FMA-747-000000971; |
| FMA-747-000000972 | to | FMA-747-000001005; |
| FMA-747-000001104 | to | FMA-747-000001107; |
| FMA-747-000001363 | to | FMA-747-000001363; |
| FMA-748-000000001 | to | FMA-748-000000234; |
| FMA-748-000000235 | to | FMA-748-000000253; |
| FMA-764-000000002 | to | FMA-764-000000221; |
| FMA-765-000000002 | to | FMA-765-000000025; |
| FMA-765-000000027 | to | FMA-765-000000037; |
| FMA-765-000000291 | to | FMA-765-000000291; |
| FMA-765-000000773 | to | FMA-765-000000819; |
| FMA-775-000000001 | to | FMA-775-000000108; |
| FMA-775-000000280 | to | FMA-775-000000302; |
| FMA-775-000000303 | to | FMA-775-000000303; |
| FMA-777-000002073 | to | FMA-777-000002174; |
| FMA-777-000002413 | to | FMA-777-000002614; |
| FMA-793-000000001 | to | FMA-793-000000192; |
| FMA-793-000000193 | to | FMA-793-000000211; |
| FMA-793-000000212 | to | FMA-793-000000218; |
| FMA-793-000000224 | to | FMA-793-000000267; |
| FMA-793-000000268 | to | FMA-793-000000455; |
| FMA-817-000000001 | to | FMA-817-000000146; |
| FMA-817-000000147 | to | FMA-817-000000292; |
| FMA-817-000000293 | to | FMA-817-000000438; |
| FMA-817-000000439 | to | FMA-817-000000584; |
| FMA-817-000000585 | to | FMA-817-000000705; |
| FMA-817-000000706 | to | FMA-817-000000832; |

FMA-817-000000833 to FMA-817-000000891;
FMA-817-000000892 to FMA-817-000000894;
FMA-817-000000895 to FMA-817-000000910;
FMA-817-000000911 to FMA-817-000000914;
FMA-817-000000915 to FMA-817-000000921;
FMA-817-000000922 to FMA-817-000001037;
FMA-817-000001038 to FMA-817-000001153;
FMA-817-000001154 to FMA-817-000001269;
FMA-817-000001270 to FMA-817-000001294;
FMA-817-000001295 to FMA-817-000001319;
FMA-817-000001320 to FMA-817-000001344;
FMA-817-000001345 to FMA-817-000001369;
FMA-817-000001370 to FMA-817-000001394;
FMA-817-000001395 to FMA-817-000001419;
FMA-817-000001420 to FMA-817-000001444;
FMA-817-000001445 to FMA-817-000001469;
FMA-817-000001470 to FMA-817-000001494;
FMA-817-000001495 to FMA-817-000001519;
FMA-817-000001520 to FMA-817-000001544;
FMA-817-000001545 to FMA-817-000001569;
FMA-817-000001570 to FMA-817-000001594;
FMA-817-000001595 to FMA-817-000001630;
FMA-817-000001631 to FMA-817-000001663;
FMA-817-000001664 to FMA-817-000001962;
FMA-817-000001963 to FMA-817-000002078;
FMA-817-000002079 to FMA-817-000002194;
FMA-817-000002195 to FMA-817-000002310;
FMA-817-000002311 to FMA-817-000002339;
FMA-817-000002340 to FMA-817-000002370;
FMA-817-000002371 to FMA-817-000002399;
FMA-817-000002400 to FMA-817-000002428;
FMA-817-000002429 to FMA-817-000002457;
FMA-817-000002458 to FMA-817-000002486;
FMA-817-000002487 to FMA-817-000002515;
FMA-817-000002516 to FMA-817-000002544;
FMA-817-000002545 to FMA-817-000002573;
FMA-817-000002574 to FMA-817-000002689;
FMA-817-000002690 to FMA-817-000002805;
FMA-817-000002806 to FMA-817-000002838;
FMA-817-000002839 to FMA-817-000002871;
FMA-817-000002872 to FMA-817-000002904;
FMA-817-000002905 to FMA-817-000002937;
FMA-817-000002938 to FMA-817-000002970

FMA-817-000002971 to FMA-817-000003003;
FMA-817-000003004 to FMA-817-000003036.

In addition, pursuant to the Court's Order of August 2, 2007 (Doc. Rec. No. 6815), Federal Rule of Civil Procedure 26(b)(5), the United States' Document Production Protocol, and the "Clawback" Order (Doc. Rec. No. 5183), the United States hereby designates the following documents as protected under the Privacy Act, 5 U.S.C. § 552a:

FMA-023-000000548 to FMA-023-000000548;
FMA-023-000000552 to FMA-023-000000552;
FMA-023-000001572 to FMA-023-000001577;
FMA-023-000002461 to FMA-023-000002467;
FMA-023-000002749 to FMA-023-000002750;
FMA-023-000002787 to FMA-023-000002789;
FMA-023-000002790 to FMA-023-000002792;
FMA-733-000000879 to FMA-733-000000889;
FMA-733-000000977 to FMA-733-000000978;
FMA-733-000001035 to FMA-733-000001061;
FMA-738-000000158 to FMA-738-000000158;
FMA-738-000000198 to FMA-738-000000208;
FMA-738-000000210 to FMA-738-000000212;
FMA-738-000000214 to FMA-738-000000224;
FMA-738-000000228 to FMA-738-000000342;
FMA-738-000001249 to FMA-738-000001250;
FMA-739-000000001 to FMA-739-000000028;
FMA-740-000000367 to FMA-740-000000382;
FMA-740-000000383 to FMA-740-000000616;
FMA-742-000000001 to FMA-742-000000713;
FMA-742-000000714 to FMA-742-000001013;
FMA-742-000001014 to FMA-742-000001164;
FMA-742-000001165 to FMA-742-000001255;
FMA-742-000001256 to FMA-742-000001426;
FMA-742-000001427 to FMA-742-000001449;
FMA-742-000001450 to FMA-742-000001540;
FMA-742-000001541 to FMA-742-000001629;
FMA-742-000001630 to FMA-742-000001662;
FMA-742-000001664 to FMA-742-000001972;
FMA-743-000000002 to FMA-743-000002397;
FMA-745-000001070 to FMA-745-000001082;

| | | |
|---|---|---|
| FMA-747-000000889 | to | FMA-747-000000899; |
| FMA-747-000000900 | to | FMA-747-000000904; |
| FMA-747-000000905 | to | FMA-747-000000935; |
| FMA-747-000001156 | to | FMA-747-000001285; |
| FMA-747-000001287 | to | FMA-747-000001346; |
| FMA-748-000001275 | to | FMA-748-000001276; |
| FMA-764-000000261 | to | FMA-764-000000267; |
| FMA-765-000000040 | to | FMA-765-000000289; |
| FMA-765-000000292 | to | FMA-765-000000358; |
| FMA-765-000000359 | to | FMA-765-000000362; |
| FMA-765-000000363 | to | FMA-765-000000411; |
| FMA-765-000000413 | to | FMA-765-000000498; |
| FMA-765-000000500 | to | FMA-765-000000740; |
| FMA-765-000000867 | to | FMA-765-000000938; |
| FMA-765-000000940 | to | FMA-765-000000993; |
| FMA-775-000000160 | to | FMA-775-000000164. |

The United States' Privilege/Protection Log is attached.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400/ (202) 616-5200 (Fax)
Attorneys for the United States

Dated: July 22, 2008

9

## CERTIFICATE OF SERVICE

      I, James F. McConnon, Jr., hereby certify that on July 22, 2008, I served a true copy of the United States' Notice of Privilege/Protection Log upon all parties by ECF.

                                                 s/ James F. McConnon, Jr.
                                                JAMES F. McCONNON, JR.