UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re KATRINA CANAL BREACHES LITIGATION | * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" MAG. (2) |
| | * | JUDGE STANWOOD R. DUVAL, JR. |
| | * | MAG. JOSEPH C. WILKINSON, JR. |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### JOHN A.V. NICOLETTI'S SWORN MOTION REQUESTING PERMISSION TO PARTICIPATE

MAY IT PLEASE THE COURT:

I, John A.V. Nicoletti file this sworn motion requesting permission to participate in the above cause before this Court, pursuant to the Rules Governing Admission To The Bar of Louisiana:

1. I am a member in good standing of the State Bar of New York, as shown by Exhibit "A" attached hereto and incorporated herein by reference. I am admitted to practice in the federal and state courts. My office address, telephone number and facsimile number are included below.

2. Within the past two (2) years, I have appeared or sought leave to appear in the following cases and causes in Louisiana courts:

 (i) *In re the Complaint of Taira Lynn Marine Ltd. No. 5, L.L.C. as Owner of the M/V MR. BARRY Petitioning for Exoneration from Liability*, United States District Court for the Western District of Louisiana, Civil Action No. 6:01-CV-1420 et al;

 (ii) *Fireman's Fund Insurance Company and The Northern Assurance Company of America vs. Community Coffee, L.L.C.*, United States District Court for the Eastern District of Louisiana, Civil Action No.: 06-2806;

 (iii) *Weeks Marine v. Great American Insurance Company of New York*, United States District for the Eastern District of Louisiana, Civil Action No. 06-3544;

 (iv) *Weeks Marine v. Great American Insurance Company of New York*, United States District Court for the Eastern District of Louisiana, Civil Action No.: 06-3545;

 (v) *Ricky Wayne Gaspard, Jr., vs. Kiva Construction and Engineering, Inc., Earll Rock and Paul Miller*, 16th Judicial District Court for the Parish of St. Mary, Docket No.: 109,397; and

 (vi) *Weeks Marine, Inc. v. American Steamship Owners Mutual Protection and indemnity Association Inc.*, United States District Court for the Eastern District of Louisiana Civil Action No.: 06-10767.

3. I have not been the subject of disciplinary action in the last five years by the Bar or Courts of any jurisdiction in which I have been licensed nor have there been any criminal proceedings against me.

4. I have not been denied admission to the Courts of any state or to any Federal Court during the last five years.

5. I am familiar with the State Bar Act, the State Bar rules and the Louisiana Disciplinary Rules of Professional Conduct governing conduct of members of the State Bar of Louisiana and I will abide by and comply with the rules as long as this cause of action is pending.

WHEREFORE, John A.V. Nicoletti respectfully requests that this Court grant her motion *pro hac vice* and allow him to appear before this Court until the conclusion of this case.

Respectfully submitted,

NICOLETTI HORNIG & SWEENEY

_____
JOHN A.V. NICOLETTI (#JN-7 174)
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
Telephone:   (212) 220-3830
Facsimile:    (212) 220-3780

THUS DONE AND SIGNED on this the 22nd day of July, 2008, in the presence of the undersigned competent witnesses and Notary, after due and complete reading of the whole, at New York, New York.

_____
NOTARY PUBLIC

WITNESSES:

_____

NOOSHIN NAMAZI

Print Name _____

Bar No. _____

My Commission Expires: _____

1525661

MICHELLE MANISCALCO
Notary Public, State of New York
No. 01MA6088438
Qualified in Kings County
Certificate Filed in New York County
Commission Expires March 3, 20 11

3

# EXHIBIT "A"



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **James Edward Pelzer**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **John Anthony Vincent Nicoletti** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 24th day of **May 1978**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on July 22, 2008.

*James Edward Pelzer*
Clerk of the Court