UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BLAIR BOUTTE, ET AL | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 05-5531 |
| | * | |
| LAFARGE NORTH AMERICAN, INC., ET AL | * | SECTION "K" |
| | * | |
| | * | MAGISTRATE (2) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**AMERICAN HOME ASSURANCE COMPANY,
NEW YORK MARINE AND GENERAL INSURANCE COMPANY AND
INTERNATIONAL MARINE UNDERWRITERS'
<u>MOTION TO ENROLL AND SUBSTITUTE COUNSEL OF RECORD</u>**

NOW INTO COURT, through undersigned counsel, come American Home Assurance Company (hereinafter "AHAC") and International Marine Underwriters (hereinafter "IMU")  (collectively hereinafter "Movants"), and solely in relation to the Excess Marine Liability Policy for the term of May 1, 2005 to May 1, 2006 issued severally but not jointly to Lafarge North America, Inc. by AHAC, The Northern Assurance Company of America (hereinafter "NACA"), and New York Marine and General Insurance Company (hereinafter "NYMAGIC" and collectively with AHAC and IMU sometimes collectively referred to as "Movants"), with coverage of $45 million excess of all primary coverage and subscribed to 25% by NACA, 35% by AHAC, and 40% by NYMAGIC (the "Excess Policy"), and NYMAGIC and solely in relation to the Primary Marine Liabilities Policy for a

term of May 1, 2005 to May 1, 2006, issued by NYMAGIC to Lafarge North America, Inc. with coverage of $5 million and solely in relation to the 40% subscribed by NYMAGIC with respect to the Excess Policy, currently represented by Daniel A. Webb, La. Bar Roll No. 13294, of Sutterfield & Webb, LLC, and respectfully request that Frank A. Piccolo, La. Bar Roll No. 02049, of Preis & Roy, APLC, for defendants AHAC and NACA and Robert H. Murphy, La. Bar Roll No. 9850 of Murphy Rogers Sloss & Gambel for defendant NYMAGIC be substituted as their counsel of record in the above-entitled matter.  Daniel A. Webb and Sutterfield & Webb, LLC shall remain enrolled as counsel for Lafarge North America, Inc.  Movants respectfully submit that the prayed for substitution of counsel shall not prejudice the other parties hereto or impede the progress of this matter.

                                              Respectfully submitted:

                                              s/ Daniel A. Webb
                                              DANIEL A. WEBB  (13294)
                                              SUTTERFIELD & WEBB, LLC
                                              Poydras Center
                                              650 Poydras Street, Suite 2715
                                              New Orleans, Louisiana 70130
                                              Telephone:     (504) 598-2715
                                              Facsimile:     (504) 529-7197
                                              dwebb@swslaw.com

                                              -and-

        <u>s/ Frank A. Piccolo</u>
        FRANK A. PICCOLO (02049)
        PREIS & ROY, APLC
        601 Poydras Street, Suite 1700
        New Orleans, LA 70130
        Telephone:   (504) 581-6062
        Facsimile:    (504) 522-9129
        fpiccolo@preisroy.com

        COUNSEL FOR AMERICAN HOME ASSURANCE COMPANY AND INTERNATIONAL MARINE UNDERWRITERS

        -and-

                        s/ Robert H. Murphy
                        ROBERT H. MURPHY (9850)
                        MURPHY ROGERS SLOSS & GAMBEL
                        701 Poydras Street, Suite 400
                        New Orleans, LA 70139
                        Telephone:   (504) 523-0400
                        Facsimile:    (504) 523-5574
                        rmurphy@mrsnola.com

                        COUNSEL FOR NEW YORK MARINE AND
                        GENERAL INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing pleading has been served on all counsel of record in these proceedings by:

|  |  |
|---|---|
| (   ) Hand Delivery | (   ) Prepaid U.S. Mail |
| (   ) Facsimile | (   ) Federal Express |
| ( √ ) ECF Filing | (   ) E-Mail |

New Orleans, Louisiana, this 23rd day of July, 2008.

                                  s/ Daniel A. Webb
                                      Daniel A. Webb
1525282