UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION K (Judge Duval) |
| PERTAINS TO: | | |
| | * | DIVISION 2 (Magistrate Judge Wilkinson) |
| *Alexander*   C.A. No. 07-4538 | | |

## NOTICE OF VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Jerald M. Alexander, *et al*. and pursuant to Rule 41(a)(1)(A)of the Federal Rules of Civil Procedure, hereby give notice of this voluntarily dismissal with prejudice of all claims against Defendants General Insurance Company of America and Safeco Insurance Company of America in the Complaint and Amended Complaint filed in the above-captioned matter.

In support of this notice, Plaintiffs represent that Defendants General Insurance Company of America and Safeco Insurance Company of America have not filed or served either an answer or a motion for summary judgment in the above-captioned matter.

-2-

Respectfully submitted,

BECNEL LAW FIRM, L.L.C.
106 W. Seventh Street
Post Office Drawer H
Reserve, LA 70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445
dbecnel@becnellaw.com

By: __/s/ Daniel E. Becnel, Jr._____
 Daniel E. Becnel, Jr. (La. #2926) (T.C.)
 Kevin P. Klibert (La. #26954)

## **CERTIFICATE**

I hereby certify that on this 23   day of July, 2008, a copy of this Notice of Voluntary Dismissal was sent to counsel of record via the electronic filing system for the Eastern District of Louisiana.  A copy of this pleading has also been sent by United States mail, postage prepaid, to any counsel of record not registered to receive documents electronically.

_____/s/ Daniel E. Becnel, Jr._____