UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:  KATRINA CANAL BREACHES** | * | |
| **CONSOLIDATED LITIGATION** | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| **PERTAINS TO:  BARGE** | * | and consolidated cases |
| | * | |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*        05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*           06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*         06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA*             07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

### *EX PARTE* MOTION FOR LEAVE TO REPLY

**NOW COMES** the Barge P.S.L.C., who, for the reasons expressed herein, respectfully move for leave to reply to Lafarge North America's Opposition to Consent Motion to Continue.

Though the Court had already Granted Barge Plaintiffs' Consent Motion to Continue (Record Doc. 13911), statements in Lafarge North America's opposition (Record Doc. 13923) are erroneous and contrary to Lafarge counsel Derek Walker's statements to undersigned before the Consent Motion was drafted and filed.

**WHEREFORE PREMISES CONSIDERED**, Barge P.S.L.C. respectfully asks that this Court enter an order granting Barge P.S.L.C.'s motion for leave to reply.

Respectfully submitted,

/s/ Brian A. Gilbert,
Brian A. Gilbert, Esq.(21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.

      821 Baronne Street
      New Orleans, Louisiana 70113
      Telephone: (504) 885-7700
      Telephone: (504) 581-6180
      Facsimile: (504) 581-4336
      e-mail: bgilbert@briangilbertlaw.com

      /s/ Lawrence D. Wiedemann,
      Lawrence D. Wiedemann.(13457)
      Karl Wiedemann (18502)
      Karen Wiedemann (21151)
      WIEDEMANN & WIEDEMANN
      821 Baronne Street
      New Orleans, Louisiana 70113
      Telephone: (504) 581-6180
      Facsimile: (504) 581-4336
      e-mail: lawrence@wiedemannlaw.com,
      karl@wiedemannlaw.com,
      karen@wiedemannlaw.com,

      /s/ Patrick J. Sanders
      Patrick J. Sanders (18741)
      3316 Ridgelake Drive
      Suite 100
      Metairie, LA 70002
      Telephone: 504-834-0646
      e-mail: pistols42@aol.com

      /s/ Richard T. Seymour
      Richard T. Seymour (D.C. Bar #28100)
      Law Office of Richard T. Seymour, P.L.L.C.
      1150 Connecticut Avenue N.W., Suite 900
      Washington, D.C.  20036-4129
      Voice: 202-862-4320
      Cell:   202-549-1454
      Facsimile:  800-805-1065 and 202-828-4130
      e-mail: rick@rickseymourlaw.net,

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or

ECF upload, this 23d day of July, 2008

          \s\Brian A. Gilbert
          BRIAN A. GILBERT