UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
|  | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * * | and consolidated cases |
|  | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*            05-5531 | * |  |
| *Mumford v. Ingram*         05-5724 | * |  |
| *Lagarde v. Lafarge*          06-5342 | * | JUDGE |
| *Perry v. Ingram*                06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*             06-7516 | * |  |
| *Parfait Family v. USA*      07-3500 | * | MAG. |
| *Lafarge v. USA*                 07-5178 | * | JOSEPH C. WILKINSON, JR. |
|  | * |  |

**ORDER GRANTING LEAVE TO LEAVE TO REPLY**

_____ Considering the foregoing motion:

**IT IS ORDERED, ADJUDGED AND DECREED** that Barge P.S.L.C.'s Motion for Leave to Supplement Exhibits, be and is hereby **GRANTED.**

New Orleans, Louisiana this____ day of _____, 2008.

_____
**HON. STANWOOD R. DUVAL, JR.
U.S. DISTRICT COURT**

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 23d day of July, 2008

\s\Brian A. Gilbert

BRIAN A. GILBERT