UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * * | and consolidated cases |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*          05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*      06-5342 | * | JUDGE |
| *Perry v. Ingram*              06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*          06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | MAG. |
| *Lafarge v. USA*               07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

**REPLY MEMORANDUM RELATIVE TO BARGE PLAINTIFFS' CONSENT MOTION MOTION TO CONTINUE APPEAL OF THE MAGISTRATE COURT DECISION AS TO BARGE PLAINTIFFS MOTION FOR PROTECTIVE ORDER (RECORD DOCUMENT NO. 13347), AND MOTION FOR PROTECTIVE ORDER BARING PUTATIVE CLASS MEMBER CONTACTS (RECORD DOC. 13839)**

**MAY IT PLEASE THE COURT:**

Although the Court has already granted Barge Plaintiffs' Consent Motion to Continue, and though the Court's decision is correct to the extent that good cause exists regardless of Lafarge's consent, undersigned wish to address for the sake of clarity certain statements Lafarge in Lafarge's opposition that seem to indicate Lafarge's retreat from having given consent.

First, Lafarge did consent, although their opposition appears to state otherwise.  Barge Liaison Brian A. Gilbert and Lafarge North America counsel Derek Walker conferred by telephone and via email on Friday, July 18 and Monday, July 21, 2008, during which discussions Mr. Walker

asked that hearing of Barge Plaintiffs' most recent motion (Record Doc. 13839) be continued. Undersigned explained that because Barge Plaintiffs intend to request oral argument as to both motions, both the recent motion and the pending appeal from the Magistrate Court (Record Doc. 13347) should be continued so as to be heard on the same day. Both hearings are related, in that both concern the conduct of Lafarge and its attorneys through Centanni Investigative, both were drafted by Barge Plaintiffs' counsel Richard T. Seymour, and both are to be argued by Mr. Seymour, who would fly in from Washington, D.C. for this purpose. Undersigned agreed to continuance of the more recent motion upon these bases. Counsel for Lafarge asked that the continuance be sought to a date in mid-August, 2008. August 20, 2008 was available, and the motion to continue was drafted and submitted accordingly. Lafarge is mistaken in its claims that it did not consent, and Mr. Walker conceded to undersigned during a telephone conversation on July 22, 2008, the same date its opposition was filed, that he *did* consent.

Second, Lafarge proposes as grounds for denial that the two hearings are to take place before different Judges. This is incorrect, as the record plainly reflects that both motions are pending before Your Honor, not Mag. Wilkinson. Undersigned verified this to counsel for Lafarge during the July 22, 2008 phone conversation, but this misunderstanding appears nonetheless to have motivated Lafarge's opposition.

                Respectfully submitted,

                /s/ Brian A. Gilbert,
                Brian A. Gilbert, Esq.(21297)
                LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
                821 Baronne Street
                New Orleans, Louisiana 70113
                Telephone: (504) 885-7700
                Telephone: (504) 581-6180
                Facsimile: (504) 581-4336
                e-mail: bgilbert@briangilbertlaw.com

/s/ Lawrence D. Wiedemann,
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com,
karl@wiedemannlaw.com,
karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com

/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
Voice: 202-862-4320
Cell:    202-549-1454
Facsimile:  800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net,

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 23d day of July, 2008

\s\Brian A. Gilbert
BRIAN A. GILBERT