UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*    05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. Lafarge*   06-5342 | * | JUDGE |
| *Perry v. Ingram*     06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*    06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAG. JOSEPH C. WILKINSON, JR. |
| *Lafarge v. USA*      07-5178 | * * | |

# BARGE PLAINTIFFS' NOTICE OF HEARING ON THEIR MOTION FOR PROTECTIVE ORDER BARRING DEFENDANT LAFARGE NORTH AMERICA AND ITS COUNSEL FROM HAVING ANY *EX PARTE* CONTACT WITH ANY MEMBER OF THE PUTATIVE CLASS THE BARGE P.S.L.C. SEEKS TO REPRESENT, WITHOUT THE CONSENT OF THE BARGE P.S.L.C. OR THE PERMISSION OF THE COURT, FOR DECLARATORY RELIEF, AND FOR OTHER APPROPRIATE RELIEF

The Barge Plaintiffs' Subgroup Litigation Committee will bring Barge Plaintiffs' Motion for Protective Order Barring Defendant Lafarge North America and its Counsel from Having any *Ex Parte* Contact with any Member of the Putative Class the Barge P.S.L.C. Seeks to Represent, Without the Consent of the Barge P.S.L.C. or the Permission of the Court, for Declaratory Relief, for Discovery, and for Other Appropriate Relief, for hearing before the Hon. Stanwood R. Duval, Jr., United States Courthouse, 500 Poydras Street, at 9:30 a.m. on the 6th day of August, 2008.

Respectfully submitted,

/s/ Brian A. Gilbert
Brian A. Gilbert, Esq.
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
    Telephone: (504) 885-7700
    Telephone: (504) 581-6180
    Facsimile: (504) 581-4336
    e-mail: bgilbert@briangilbertlaw.com

/s/ Lawrence D. Wiedemann
Lawrence D. Wiedemann.
Karl Wiedemann
Karen Wiedemann
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
    Telephone: (504) 581-6180
    Facsimile: (504) 581-4336
    e-mail: lawrence@wiedemannlaw.com,
    karl@wiedemannlaw.com, karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
    Telephone: 504-834-0646
    e-mail: pistols42@aol.com

/s/ Richard T. Seymour
Richard T. Seymour
Adele Rapport
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
    Voice: 202-862-4320
    Cell:    202-549-1454
    Facsimile:  800-805-1065 and 202-828-4130
    e-mail: rick@rickseymourlaw.net, adele@rickseymourlaw.net

2

        <u>/s/ Lawrence A. Wilson</u>
Lawrence A. Wilson
David W. Drucker
Wilson, Grochow, Druker & Nolet
Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279-0003
    Telephone: (212) 608-4400
    Facsimile: (212) 227-5159
    e-mail: lwilson@wgdnlaw1.com, ddruker@wgdnlaw1.com

<u>/s/ Alan L. Fuchsberg</u>
Alan L. Fuchsberg, Esq.
Leslie Kelmachter, Esq.
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
45th Floor
New York, NY 10110-0002
    Telephone: 212-869-3500 ext. 235
    Facsimile:  212-398-1532
    e-mail: a.fuchsberg@fuchsberg.com,
    l.kelmachter@fuchsberg.com

Dated: July 15, 2008