UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, Polk, 07-2751 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER ON MOTION

MOTION:   Plaintiffs' Ex Parte Motion for Extension of Time, Record Doc. No. 13875

O R D E R E D:

 XXX : GRANTED AS AMENDED, as follows. Plaintiff's counsel has advised the court that, although he requested a 30-day extension of time to submit his settlement offer to defendant's counsel, he has spoken with his client since filing the motion and that a 21-day extension will be adequate for him to prepare his settlement offer. Accordingly, IT IS ORDERED that the settlement evaluation and proposal process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, is amended as to the referenced Polk case only as follows: No later than **August 4, 2008**, plaintiff must submit to counsel for defendant a written settlement offer. No later than **September 2, 2008**, counsel for defendant must provide plaintiff with a written settlement counteroffer. Thereafter, the parties must comply with the September 12, 2008 deadline to advise me whether the case presents a strong likelihood of settlement, as required by the "Post-Sher Insurance Umbrella Case Management Order." Record Doc. No. 13521. Thereafter, I will determine how this case may proceed.

New Orleans, Louisiana, this   22nd   day of July, 2008.

for JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE