UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO:<br>Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Donald Doane regarding 2300 Livaccari Street, Violet, LA 70092; Cita Johnson regarding 2232 Pointees St., New Orleans, LA 70117; Rachel Gutter regarding 3219 Belfort Ave, New Orleans, LA 70119; Jill Shingledecker regarding 800-804 Rosevelt Place, New Orleans, LA 70119; Charles Washington regarding 2424 Athis St, New Orleans, LA 70122; Albert Guichard regarding 5351 Cameron Blvd., New Orleans, LA 70122; David Wright regarding 7233 Onyx St, New Orleans, LA 70124; Geraldine Jones regarding 3740 Republic Street, New Orleans, LA 70122; Ellen Robinson regarding 2029 Duels St., New Orleans 70119; Dana Brown regarding 5521 Bentley Dr., New Orleans, LA 70126; Embra Bridges regarding 7540 Mackenzie St., New Orleans, LA 70128; Embra Bridges regarding 4225-27 N. Prieur St., New Orleans, LA 70117; Terry Prograis regarding 7663 Stonewood St., New Orleans, LA 70128; Mary Moliere regarding 4500 Eastview Dr., New Orleans, LA 70126; Barbara Butler regarding 4835 Dot Ave, New Orleans, LA 70126; Donna Flot regarding 12011 E. Barrington Dr., New Orleans, LA 70128; Mary Scott regarding 517 S. Rendon St., New Orleans, LA 70119; Lurlene Lavigne regarding 129 Polk St., New Orleans, LA 70124; Paula Ellis regarding 2713 & 2715 Bruxelles St., New Orleans, LA 70119; Wanda Picquet regarding 5919 Beechcraft St., New Orleans, LA 70126; Emelda Dunbar regarding 7101 Neptune Ct., New Orleans, LA 70126; Betty Brown regarding 5400 Monteview Dr., New Orleans, LA 70126; Donna Blakecher regarding 5018 Congress Dr., New Orleans, LA 70126; Cheri Harris |

regarding 4435 St. Anthony Ave., New Orleans, LA 70122; Issac Firman regarding 7820 Shubrick Ave., New Orleans, LA 0; Shirley Lindsay regarding 5861 Louis Prima Dr. East, New Orleans, LA 70128; Sharon Thomas regarding 1673 North Galvez, New Orleans, LA 70119; Mary Martinez regarding 1929 N Miro St, New Orleans, LA 70119; Rhonda Gaspard regarding 7002 Ransom St., New Orleans, LA 70126; Shirley Pierce regarding 5413 Provincial Pl., New Orleans, LA 70129; Shirley LaBrano regarding 2429 Congress Hebert Dr, Chalmette, LA 70048; Joan Rising regarding 4530 Viola St., New Orleans, LA 70126; Sylvia Worthy-Temple regarding 6408 Franklin Ave., New Orleans, LA 70122; Maria Emilien regarding 7845 Buffalo Rd., New Orleans, LA 70128; Claudia Williams regarding 4952 Marseille Street, New Orleans, LA 70129; Bonnie Hartzog regarding 4627 Lancelot Dr., New Orleans, LA 70127; Jane Newman regarding 317 Wallace Dr., New Orleans, LA 70122; Rita Marshall regarding 11201 Curran Blvd., New Orleans, LA 70128; Raven Williams regarding 2324 Delta Queen Dr., Violet, LA 70092; Mark Vicknair regarding 8329 Fairfax Dr., Chalmette, LA 70043; Lessie Harness, Tracy Stajkov regarding 300A Lakeview Dr., Slidell, LA 70458; Gloria Scott regarding 5523 Wingate Dr., New Orleans, LA 70122; Carolyn Fryson regarding 3406 Feliciana Street, New Orleans, LA 70126; Earl Maton regarding 1000 N. Gayoso St., New Orleans, LA 70119; Vivian Mason regarding 5760 Campus Blvd., New Orleans, LA 70126; Sadie Green regarding 3534 Clearmont Dr., New Orleans, LA 70122; Julio Clotter, Gladys Clotter regarding 15007 Emily Rd., New Orleans, LA 70128; Annette Watson regarding 7516 Woodbine Dr., New Orleans, LA 70126; Cleatter Landry regarding 7031 Morrison Rd., New Orleans, LA 70126; Burnette Matthews regarding 6121 Bienvenue St., New Orleans, LA 70117; Freddie Netter regarding 4421 Bancroft Dr., New Orleans, LA 70122; Virginia Williams regarding 5500 St. Anthony Ave., New Orleans, LA 70122; Adrian McCoy regarding 7544 Endeavors Court, New

Orleans, LA 70129; Gail Manuel regarding 5151 Western St., New Orleans, LA 70122; Robert Hingle regarding 2913 Moss Ln., Violet, LA 70092; Caroll Denesse regarding 7428 Benson St., New Orleans, LA 70127; Santiago Availa regarding 7596 Rochon Dr., New Orleans,, LA 70128; Carolyn Reeves-Davis regarding 3735 Clermont Dr., New Orleans, LA 70122; Elizabeth Newsome regarding 1839 N. Miro Street, New Orleans, LA 70119; Joan Saporito regarding 3432 Nashville Ave., New Orleans, LA 70125; Jean Ambeau regarding 5927 Chamberlain Dr., New Orleans, LA 70122; Edward Sholes regarding 9026 Nelson St., New Orleans, LA 70118; Hampton Sydney regarding 120 Polk St., New Orleans, LA 70124; Hampton Sydney regarding 7718-20 Dorsett, New Orleans, LA 70128; Christell Elmore regarding 4850 Lancelot Drive, New Orleans, LA 70127; Lynn Bates regarding 4520 S. Derbigny St., New Orleans, LA 70125; Todd Gonzales, Darolyn B. Gonzales regarding 4643 Arts, New Orleans, LA 70122; Cherlyn Butler regarding 4808 W. Adams CT., New Orleans, LA 70128; Sandra Valenti-Vanderhoff regarding 47 Old Hickory Ave., Chalmette, LA 70043; Ethel McBride-Murry, John Murry regarding 6317 Eads St., New Orleans, LA 70122; Denise Charbonnet regarding 8461 Beechwood Ct, New Orleans, LA 70127; Sibbie Hayes regarding 115 Alden Pl, New Orleans, LA 70719; William Roy regarding 50 Browning Loop, Mandeville, LA 70448; Vivian Demesme regarding 2623 Forstall St., New Orleans, LA 70117; Harvey Minnis regarding 4652 Corrinne St., New Orleans, LA 70127; James Williams regarding 4853 Sierra Maore Dr., New Orleans, LA 70121; Jeannie Lanaux, Joseph Lanaux Jr. regarding 5509 Bundy Rd #223, New Orleans, LA 70128; Robert Bennefield regarding 6427/29 General Diaz St., New Orleans, LA 70124; Dianne Age, Alvin Age, Sr. regarding 533 Warrington Dr., New oRleans, LA 70122; Ferdinand Mercadal, Janice Mercadal regarding 7354 Heather Ct., New Orleans, LA 70127; Sylvanus Borders regarding 11019 N Hardy St, New Orleans, LA 70127; Sylvanus Borders regarding 2115 Amelia St, New

Orleans, LA 70115; Johnny Noel regarding 1504 Tennessee St, New Orleans, LA 70117; Marion Smith, Robert E. Smith III regarding 7620 Daniel Dr, New Orleans, LA 70127; James Skillman, Earline Skillman regarding 4741 Chantilly Dr., New Orleans, LA 70126; Jeanette St. Etienne regarding 7801-03 Shamrock Dr, New Orleans, LA 70128; Louise Johnson regarding 8510/12 Chase St., New Orleans, LA 70127; Louis Crosby, Jeanette Crosby regarding 4963 Maid Marian Dr., New Orleans, LA 70128; Paul Moretti, Sharon Moretti regarding 8520 Benjamin St., Chalmette, LA 70118; Ducrest Hebert regarding 2526 Delery St., New Orleans, LA 70117; Ducrest Hebert regarding 3141 N. Claiborne Ave., New Orleans, LA 70117; Rhonda Armstrong regarding 3502 Frenchmen St., New Orleans, LA 70122; Gerardo Abascal, Darlene Kaiser Abascal regarding 6462 Marshall Foch St., New Orleans, LA 70124; Barbara Sanders regarding 9424 Fig Street, New Orleans, LA 70118; Adolph Perkins, George Perkins Sr, Ceola Williams Perkins regarding 5000 N. Derbigny Street, New Orleans, LA 70117; Edgar Williams regarding 7501 Bullard Ave., New Orleans, LA 70128; Mark Gostl regarding 730 Pontalba St., New Orleans, LA 70124; Ernest Miles, Patricia Miles regarding 7480 Briar Heath Dr., New Orleans, LA 70128; Berry Deshon regarding 2406 Kerlerec St., New Orleans, LA 70119; Patricia Decoud, Melvin G Decoud regarding 3300/02 Palmyra St., New Orleans, LA 70119; Thomas Rickerson, Marie H. Rickerson regarding 1832 Center St., Arabi, LA 70032; Cherry Gilbert regarding 14731 Emory Rd., New Orleans, LA 70128; Judy Roberts, David B. Joubert regarding 5400 Hawthorne Pl, New Orleans, LA 70124; John Hill, Beulah S. Hill regarding 3547 DeSaix Blvd., New Orleans, LA 70119; Lorita Pellebon, Elliot O. Pellebon regarding 5220 Royal St., New Orleans, LA 70117; Steven Barnett, Shirley regarding 2208 Maureen Ln, Meraux, LA 70075; Leonard Larkins, Deborah Larkins regarding 5460 Sitllwater Dr., New Orleans, LA 70128; Trina Young regarding 2325 & 2323 Vienna St., New Orleans, LA 70122;

**Gladys Severin regarding 822 North Lopez St., New Orleans, LA 70119; Gregory Walker regarding 7720 & 7722 Forshey St, New Orleans, LA 70125; Yolandra Sudds regarding 2821 Anette St., New Orleans, LA 70119; Alvin Jacques regarding 4726 St. Claude Ave, New Orleans, LA 70117; Valerie Dupremont regarding 7446 Briarheath Dr., New Orleans, LA 70128; Charles Pigott, Vonkeisha Pigott regarding 6124 Kuebel Dr., New Orleans, LA 70126; Gloria Calhoun regarding 2229 Delery St., New Orleans, LA 70117; Jennifer Moss, Thomas D Moss regarding 217 Solomon St., New Orleans, LA 70119; Robert Wright, Elaine A. Wright regarding 1738 Mazant St., New Orleans, LA 70117; James Trench, Brenda Trench regarding 4600 Croftway Ct., New Orleans, LA 70122; Brenda Wagner, Louis V. Wagner, Jr. regarding 3801 Imperial Dr., Chalmette, LA 70043; Rosa Bynum regarding 3232 N. Galvez Street, New Orleans, LA 70117; Cherylyn Smith regarding 316/18 S. Dupre St., New Orleans, LA 70119; Donald Collins regarding 3221 Tara Dr., Violet, LA 70092; Shalahn Jenkins, Graig Jenkins regarding 8004 Lehigh St., New Orleans, LA 70127; Frances Brumfield-Harper regarding 1718/20 S. Rendon St., New Orleans, LA 70125**

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss without Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Donald Doane regarding 2300 Livaccari Street, Violet, LA 70092; Cita Johnson regarding 2232 Pointees St., New Orleans, LA 70117; Rachel Gutter regarding 3219 Belfort Ave, New Orleans, LA 70119; Jill Shingledecker regarding 800-804 Rosevelt Place, New Orleans, LA 70119; Charles Washington regarding 2424 Athis St, New Orleans, LA 70122;

Albert Guichard regarding 5351 Cameron Blvd., New Orleans, LA 70122; David Wright regarding 7233 Onyx St, New Orleans, LA 70124; Geraldine Jones regarding 3740 Republic Street, New Orleans, LA 70122; Ellen Robinson regarding 2029 Duels St., New Orleans 70119; Dana Brown regarding 5521 Bentley Dr., New Orleans, LA 70126; Embra Bridges regarding 7540 Mackenzie St., New Orleans, LA 70128; Embra Bridges regarding 4225-27 N. Prieur St., New Orleans, LA 70117; Terry Prograis regarding 7663 Stonewood St., New Orleans, LA 70128; Mary Moliere regarding 4500 Eastview Dr., New Orleans, LA 70126; Barbara Butler regarding 4835 Dot Ave, New Orleans, LA 70126; Donna Flot regarding 12011 E. Barrington Dr., New Orleans, LA 70128; Mary Scott regarding 517 S. Rendon St., New Orleans, LA 70119; Lurlene Lavigne regarding 129 Polk St., New Orleans, LA 70124; Paula Ellis regarding 2713 & 2715 Bruxelles St., New Orleans, LA 70119; Wanda Picquet regarding 5919 Beechcraft St., New Orleans, LA 70126; Emelda Dunbar regarding 7101 Neptune Ct., New Orleans, LA 70126; Betty Brown regarding 5400 Monteview Dr., New Orleans, LA 70126; Donna Blakecher regarding 5018 Congress Dr., New Orleans, LA 70126; Cheri Harris regarding 4435 St. Anthony Ave., New Orleans, LA 70122; Issac Firman regarding 7820 Shubrick Ave., New Orleans, LA 0; Shirley Lindsay regarding 5861 Louis Prima Dr. East, New Orleans, LA 70128; Sharon Thomas regarding 1673 North Galvez, New Orleans, LA 70119; Mary Martinez regarding 1929 N Miro St, New Orleans, LA 70119; Rhonda Gaspard regarding 7002 Ransom St., New Orleans, LA 70126; Shirley Pierce regarding 5413 Provincial Pl., New Orleans, LA 70129; Shirley LaBrano regarding 2429 Congress Hebert Dr, Chalmette, LA 70048; Joan Rising regarding 4530 Viola St., New Orleans, LA 70126; Sylvia Worthy-Temple regarding 6408 Franklin Ave., New Orleans, LA 70122; Maria Emilien regarding 7845 Buffalo Rd., New Orleans, LA 70128; Claudia Williams regarding 4952 Marseille Street, New Orleans, LA 70129; Bonnie Hartzog regarding 4627 Lancelot Dr., New Orleans, LA 70127; Jane Newman regarding 317 Wallace

Dr., New Orleans, LA 70122; Rita Marshall regarding 11201 Curran Blvd., New Orleans, LA 70128; Raven Williams regarding 2324 Delta Queen Dr., Violet, LA 70092; Mark Vicknair regarding 8329 Fairfax Dr., Chalmette, LA 70043; Lessie Harness, Tracy Stajkov regarding 300A Lakeview Dr., Slidell, LA 70458; Gloria Scott regarding 5523 Wingate Dr., New Orleans, LA 70122; Carolyn Fryson regarding 3406 Feliciana Street, New Orleans, LA 70126; Earl Maton regarding 1000 N. Gayoso St., New Orleans, LA 70119; Vivian Mason regarding 5760 Campus Blvd., New Orleans, LA 70126; Sadie Green regarding 3534 Clearmont Dr., New Orleans, LA 70122; Julio Clotter, Gladys Clotter regarding 15007 Emily Rd., New Orleans, LA 70128; Annette Watson regarding 7516 Woodbine Dr., New Orleans, LA 70126; Cleatter Landry regarding 7031 Morrison Rd., New Orleans, LA 70126; Burnette Matthews regarding 6121 Bienvenue St., New Orleans, LA 70117; Freddie Netter regarding 4421 Bancroft Dr., New Orleans, LA 70122; Virginia Williams regarding 5500 St. Anthony Ave., New Orleans, LA 70122; Adrian McCoy regarding 7544 Endeavors Court, New Orleans, LA 70129; Gail Manuel regarding 5151 Western St., New Orleans, LA 70122; Robert Hingle regarding 2913 Moss Ln., Violet, LA 70092; Caroll Denesse regarding 7428 Benson St., New Orleans, LA 70127; Santiago Availa regarding 7596 Rochon Dr., New Orleans,, LA 70128; Carolyn Reeves-Davis regarding 3735 Clermont Dr., New Orleans, LA 70122; Elizabeth Newsome regarding 1839 N. Miro Street, New Orleans, LA 70119; Joan Saporito regarding 3432 Nashville Ave., New Orleans, LA 70125; Jean Ambeau regarding 5927 Chamberlain Dr., New Orleans, LA 70122; Edward Sholes regarding 9026 Nelson St., New Orleans, LA 70118; Hampton Sydney regarding 120 Polk St., New Orleans, LA 70124; Hampton Sydney regarding 7718-20 Dorsett, New Orleans, LA 70128; Christell Elmore regarding 4850 Lancelot Drive, New Orleans, LA 70127; Lynn Bates regarding 4520 S. Derbigny St., New Orleans, LA 70125; Todd Gonzales, Darolyn B. Gonzales regarding 4643 Arts, New Orleans, LA 70122; Cherlyn Butler regarding 4808 W. Adams CT., New

Orleans, LA 70128; Sandra Valenti-Vanderhoff regarding 47 Old Hickory Ave., Chalmette, LA 70043; Ethel McBride-Murry, John Murry regarding 6317 Eads St., New Orleans, LA 70122; Denise Charbonnet regarding 8461 Beechwood Ct, New Orleans, LA 70127; Sibbie Hayes regarding 115 Alden Pl, New Orleans, LA 70719; William Roy regarding 50 Browning Loop, Mandeville, LA 70448; Vivian Demesme regarding 2623 Forstall St., New Orleans, LA 70117; Harvey Minnis regarding 4652 Corrinne St., New Orleans, LA 70127; James Williams regarding 4853 Sierra Maore Dr., New Orleans, LA 70121; Jeannie Lanaux, Joseph Lanaux Jr. regarding 5509 Bundy Rd #223, New Orleans, LA 70128; Robert Bennefield regarding 6427/29 General Diaz St., New Orleans, LA 70124; Dianne Age, Alvin Age, Sr. regarding 533 Warrington Dr., New oRleans, LA 70122; Ferdinand Mercadal, Janice Mercadal regarding 7354 Heather Ct., New Orleans, LA 70127; Sylvanus Borders regarding 11019 N Hardy St, New Orleans, LA 70127; Sylvanus Borders regarding 2115 Amelia St, New Orleans, LA 70115; Johnny Noel regarding 1504 Tennessee St, New Orleans, LA 70117; Marion Smith, Robert E. Smith III regarding 7620 Daniel Dr, New Orleans, LA 70127; James Skillman, Earline Skillman regarding 4741 Chantilly Dr., New Orleans, LA 70126; Jeanette St. Etienne regarding 7801-03 Shamrock Dr, New Orleans, LA 70128; Louise Johnson regarding 8510/12 Chase St., New Orleans, LA 70127; Louis Crosby, Jeanette Crosby regarding 4963 Maid Marian Dr., New Orleans, LA 70128; Paul Moretti, Sharon Moretti regarding 8520 Benjamin St., Chalmette, LA 70118; Ducrest Hebert regarding 2526 Delery St., New Orleans, LA 70117; Ducrest Hebert regarding 3141 N. Claiborne Ave., New Orleans, LA 70117; Rhonda Armstrong regarding 3502 Frenchmen St., New Orleans, LA 70122; Gerardo Abascal, Darlene Kaiser Abascal regarding 6462 Marshall Foch St., New Orleans, LA 70124; Barbara Sanders regarding 9424 Fig Street, New Orleans, LA 70118; Adolph Perkins, George Perkins Sr, Ceola Williams Perkins regarding 5000 N. Derbigny Street, New Orleans, LA 70117; Edgar Williams regarding 7501 Bullard Ave.,

New Orleans, LA 70128; Mark Gostl regarding 730 Pontalba St., New Orleans, LA 70124; Ernest Miles, Patricia Miles regarding 7480 Briar Heath Dr., New Orleans, LA 70128; Berry Deshon regarding 2406 Kerlerec St., New Orleans, LA 70119; Patricia Decoud, Melvin G Decoud regarding 3300/02 Palmyra St., New Orleans, LA 70119; Thomas Rickerson, Marie H. Rickerson regarding 1832 Center St., Arabi, LA 70032; Cherry Gilbert regarding 14731 Emory Rd., New Orleans, LA 70128; Judy Roberts, David B. Joubert regarding 5400 Hawthorne Pl, New Orleans, LA 70124; John Hill, Beulah S. Hill regarding 3547 DeSaix Blvd., New Orleans, LA 70119; Lorita Pellebon, Elliot O. Pellebon regarding 5220 Royal St., New Orleans, LA 70117; Steven Barnett, Shirley regarding 2208 Maureen Ln, Meraux, LA 70075; Leonard Larkins, Deborah Larkins regarding 5460 Sitllwater Dr., New Orleans, LA 70128; Trina Young regarding 2325 & 2323 Vienna St., New Orleans, LA 70122; Gladys Severin regarding 822 North Lopez St., New Orleans, LA 70119; Gregory Walker regarding 7720 & 7722 Forshey St, New Orleans, LA 70125; Yolandra Sudds regarding 2821 Anette St., New Orleans, LA 70119; Alvin Jacques regarding 4726 St. Claude Ave, New Orleans, LA 70117; Valerie Dupremont regarding 7446 Briarheath Dr., New Orleans, LA 70128; Charles Pigott, Vonkeisha Pigott regarding 6124 Kuebel Dr., New Orleans, LA 70126; Gloria Calhoun regarding 2229 Delery St., New Orleans, LA 70117; Jennifer Moss, Thomas D Moss regarding 217 Solomon St., New Orleans, LA 70119; Robert Wright, Elaine A. Wright regarding 1738 Mazant St., New Orleans, LA 70117; James Trench, Brenda Trench regarding 4600 Croftway Ct., New Orleans, LA 70122; Brenda Wagner, Louis V. Wagner, Jr. regarding 3801 Imperial Dr., Chalmette, LA 70043; Rosa Bynum regarding 3232 N. Galvez Street, New Orleans, LA 70117; Cherylyn Smith regarding 316/18 S. Dupre St., New Orleans, LA 70119; Donald Collins regarding 3221 Tara Dr., Violet, LA 70092; Shalahn Jenkins, Graig Jenkins regarding 8004 Lehigh St., New Orleans, LA 70127; Frances Brumfield-Harper regarding 1718/20 S. Rendon St., New Orleans, LA 70125

against Defendants Allstate Insurance Company, in the above captioned matter only, be dismissed without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

United States District Judge