UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re KATRINA CANAL BREACHES LITIGATION | * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" MAG. (2) |
| | * | JUDGE STANWOOD R. DUVAL, JR. |
| | * | MAG. JOSEPH C. WILKINSON, JR. |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR ADMISSION PRO HAC VICE

MAY IT PLEASE THE COURT:

Frank A. Piccolo of the law firm Preis & Roy, counsel for American Home Assurance Company (hereinafter "AHAC") and International Marine Underwriters (hereinafter "IMU") (collectively hereinafter "Movants"), and solely in relation to the Excess Marine Liability Policy for the term of May 1, 2005 to May 1, 2006 issued severally but not jointly to Lafarge North America, Inc. by AHAC, The Northern Assurance Company of America (hereinafter "NACA"), and New York Marine and General Insurance Company (hereinafter "NYMAGIC"), with coverage of $45 million excess of all primary coverage and subscribed to 25% by NACA, 35% by AHAC, and 40% by NYMAGIC (the "Excess Policy"), petitions the Court to allow Nooshin Namazi and the law firm of Nicoletti Hornig & Sweeney to appear before this Court *pro hac vice* to serve as co-counsel for

Movants in the above-captioned matter, and in support thereof would show as follows:

1. Nooshin Namazi is not a resident of the State of Louisiana, but is a member in good standing of the State Bar of New York. See Sworn Motion Requesting Permission to Participate of Nooshin Namazi attached hereto as Exhibit "A".

2. Nooshin Namazi has not been the subject of any disciplinary proceedings by the bar or courts of any jurisdiction in which she has been licensed, no criminal charges have been instituted against her, and she has not been denied admission to the courts of any state or to any federal court. See Sworn Motion Requesting Permission to Participate of Nooshin Namazi attached hereto as Exhibit "A".

3. Nooshin Namazi is familiar with the Louisiana State Bar Rules and New York Disciplinary Rules of Professional Conduct and she will abide and comply with those rules during the pendency of this action. See Sworn Motion Requesting Permission to Participate of Nooshin Namazi attached hereto as Exhibit "A".

4. Frank A. Piccolo is a practicing attorney and member in good standing of the State Bar of Louisiana. Frank A. Piccolo has appeared, and will continue to be attorney in charge for Plaintiffs in this matter.

5. Frank A. Piccolo finds Nooshin Namazi to be a reputable attorney and recommends that she be granted permission to participate in this proceeding before the Court.

WHEREFORE, Frank A. Piccolo, counsel for Plaintiffs pray that this Honorable Court grant Nooshin Namazi admission to the bar of this Honorable Court *pro hac vice* to serve as co-counsel for Movants in the above captioned matter.

Respectfully submitted,

PREIS & ROY
(A Professional Law Corporation

/s/ *Frank A Piccolo*
FRANK A. PICCOLO (#02049)
601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone: (504) 581-6062
Fax: (504) 522-9129

COUNSEL FOR AMERICAN HOME
ASSURANCE COMPANY and
INTERNATIONAL MARINE
UNDERWRITERS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Plaintiffs' Motion for Admission Pro Hac Vice has this date been served on all counsel of record in this proceeding by:

( )  Hand Delivery           ( )  Prepaid U.S. Mail

( )  Facsimile               ( )  Federal Express

( x )  ECF Filing

New Orleans, Louisiana this __23__ day of July, 2008.

/s/ Frank Piccolo
FRANK A. PICCOLO