UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re KATRINA CANAL BREACHES LITIGATION | * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" MAG. (2) |
| | * | JUDGE STANWOOD R. DUVAL, JR. |
| | * | MAG. JOSEPH C. WILKINSON, JR. |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**O R D E R**

The Court, having considered the foregoing Plaintiffs' Motion for Admission Pro Hac Vice

filed on behalf of American Home Assurance Company and International Marine Underwriters, finds

same to be meritorious and in the interests of justice; therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Nooshin Namazi is hereby

admitted to appear before this Court *pro hac vice* to serve as co-counsel for Movants, American

Home Assurance Company and International Marine Underwriters, as prayed for in the aforesaid

Motion, in the above captioned matter.

THUS DONE AND SIGNED this _____ day of _____, 2008.


_____
THE HONORABLE STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE