UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re KATRINA CANAL BREACHES LITIGATION | * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" MAG. (2) |
| | * | JUDGE STANWOOD R. DUVAL, JR. |
| | * | MAG. JOSEPH C. WILKINSON, JR. |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOOSHIN NAMAZI'S SWORN MOTION
REQUESTING PERMISSION TO PARTICIPATE**

MAY IT PLEASE THE COURT:

I, Nooshin Namazi file this sworn motion requesting permission to participate in the above cause before this Court, pursuant to the Rules Governing Admission To The Bar of Louisiana:

1.    I am a member in good standing of the State Bar of New York, as shown by Exhibit "A" attached hereto and incorporated herein by reference.  I am admitted to practice in the federal and state courts.  My office address, telephone number and facsimile number are included below.

2.    Within the past two (2) years, I have appeared or sought leave to appear in the following cases and causes in Louisiana courts:

    (i)    *Fireman's Fund Insurance Company and The Northern Assurance Company of America vs. Community Coffee, L.L.C.,* United States District Court for the Eastern District of Louisiana, Civil Action No.: 06-2806.

3.    I have not been the subject of disciplinary action in the last five years by the Bar or Courts of any jurisdiction in which I have been licensed nor have there been any criminal proceedings against me.

4.    I have not been denied admission to the Courts of any state or to any Federal Court during the last five years.

5.    I am familiar with the State Bar Act, the State Bar rules and the Louisiana Disciplinary Rules of Professional Conduct governing conduct of members of the State Bar of Louisiana and I will abide by and comply with the rules as long as this cause of action is pending.

WHEREFORE, Nooshin Namazi respectfully requests that this Court grant her motion *pro hac vice* and allow her to appear before this Court until the conclusion of this case.

Respectfully submitted,

NICOLETTI HORNIG & SWEENEY

NOOSHIN NAMAZI (#NN-9449)
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
Telephone:   (212) 220-3830
Facsimile:   (212) 220-3780

THUS DONE AND SIGNED on this the 23rd day of July , 2008, in the presence

of the undersigned competent witnesses and Notary, after due and complete reading of the whole, at

New York, New York.

NOTARY PUBLIC

WITNESSES:

Print Name

Bar No. _____

1525657

My Commission Expires: _____

MICHELLE MANISCALCO
Notary Public, State of New York
No. 01MA6088438
Qualified in Kings County
Certificate Filed in New York County
Commission Expires March 3, 20 11

3