UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: | | |
| KATRINA CANAL BREACHES | § | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | § | |
| | § | SECTION "K" (2) |
| | § | |
| PERTAINS TO:  INSURANCE | § | JUDGE DUVAL |
| | § | |
| ANTHONY AND CHERIE PALERMO | § | MAGISTRATE WILKINSON |
| | § | |
| VERSUS               NO.:  08-1657 | § | |
| | § | |
| ALLSTATE INSURANCE COMPANY | § | |
| | § | |

**RULE 41(a) JOINT STIPULATION OF**
**VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW, the Plaintiffs, Anthony and Cherie Palermo, as well as Defendant, Allstate Insurance Company, through undersigned counsel and who hereby stipulate to the dismissal of the above-captioned matter, no. 08-1657, with prejudice.

WHEREFORE, the Plaintiffs, Anthony and Cherie Palermo and Defendant, Allstate Insurance Company pray that this Rule 41 (a) Joint Stipulation of Dismissal with Prejudice will be deemed good and sufficient and the Court will sign the attached Order.

        Respectfully submitted,

        */s/ Gregory J. Schwab*
        Gregory J. Schwab (LA BAR NO. 21075)
        423 Goode Street
        Houma, LA  70360
        Telephone: (985) 223-4457
        Fax: (985) 851-5051
        Attorney for Defendant

*/s/ Brian D. Page*
Brian D. Page (LA BAR NO. 30941)
ROBICHAUX LAW FIRM
P.O. Box 79250
New Orleans, Louisiana 70179
6305 Elysian Fields, Suite 304
New Orleans, Louisiana 70122
Telephone: (504) 286-2022
Facsimile: (504) 282-6298
Attorney for Plaintiffs