## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:** | | |
| **KATRINA CANAL BREACHES** | § | **CIVIL ACTION NO. 05-4182** |
| **CONSOLIDATED LITIGATION** | § | |
| | § | **SECTION "K" (2)** |
| | § | |
| **PERTAINS TO:   INSURANCE** | § | **JUDGE DUVAL** |
| | § | |
| **ANTHONY AND CHERIE PALERMO** | § | **MAGISTRATE WILKINSON** |
| | § | |
| **VERSUS               NO.:  08-1657** | § | |
| | § | |
| **ALLSTATE INSURANCE COMPANY** | § | |
| _____ | § | |

### ORDER

Considering the Rule 41(a) Stipulation and Voluntary Dismissal with Prejudice by Anthony and Cherie Palermo;

It is hereby ORDERED that the above-captioned matter, no. 08-1657, is dismissed with prejudice.


_____
JUDGE, UNITED STATES DISTRICT COURT

1