## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | |
| CONSOLIDATED LITIGATION | § | CIVIL ACTION |
| | § | NO. 05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| INSURANCE (Haughton No. 07-1844) | § | |
| _____ | § | |

## **MOTION TO ENROLL**

Defendant, Lexington Insurance Company, respectfully moves the Court for an Order allowing Eric C. Walton of Gieger, Laborde & Laperouse to enroll as additional counsel on its behalf in the above numbered and titled action.

**WHEREFORE,** Lexington Insurance Company respectfully moves the Court to allow Eric C. Walton to enroll as counsel on its behalf.

Respectfully Submitted,

/s/ John E.W. Baay II
ROBERT I. SIEGEL (#12063)
JOHN E.W. BAAY II, T.A. (#22928)
ERIC C. WALTON (#29471)
WILLIAM A. BAROUSSE (#29748)
**GIEGER, LABORDE & LAPEROUSE, LLC**
SUITE - 4800 One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone:     (504) 561-0400
Facsimile:     (504) 561-1011
*Counsel for Lexington Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in the *In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION*.

/s/ John E.W. Baay II
JOHN E.W. BAAY II