# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES                §
CONSOLIDATED LITIGATION                       §          CIVIL ACTION
                                                                               §          NO. 05-4182 "K"(2)
                                                                               §          JUDGE DUVAL
_____§          MAG. WILKINSON
                                                                               §
PERTAINS TO:                                          §
INSURANCE (Ellzey No. 07-1849)            §
_____§

## ORDER

Considering the foregoing Motion to Enroll as Additional Counsel:

**IT IS HEREBY ORDERED** that Eric C. Walton be and is hereby enrolled as additional

counsel of record for Lexington Insurance Company.

New Orleans, Louisiana this _____ day of _____, 2008.


_____
*JUDGE, EASTERN DISTRICT OF LOUISIANA*