UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION |
| | * <br> * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * <br> * | and consolidated cases |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*          05-5531 <br> *Mumford v. Ingram*     05-5724 <br> *Lagarde v. Lafarge*      06-5342 <br> *Perry v. Ingram*            06-6299 <br> *Benoit v. Lafarge*         06-7516 <br> *Parfait Family v. USA*  07-3500 <br> *Lafarge v. USA*            07-5178 | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | <br><br><br>JUDGE <br>STANWOOD R. DUVAL, JR. <br><br>MAG. JOSEPH C. WILKINSON, JR. |

# PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF THEIR APPEAL FROM THE MAY 14, 2008, ORDER OF THE MAGISTRATE JUDGE DENYING THEIR MOTION FOR PROTECTIVE ORDER AND DENYING THEIR MOTION FOR RECONSIDERATION OF THE ORDER DENYING DISCOVERY OF PHOTOGRAPHS TAKEN BY LAFARGE NORTH AMERICA, INC., IMMEDIATELY AFTER THE STORM

Plaintiffs move for leave to file a Reply Memorandum in Support of their Appeal from the May 14, 2008, Order of the Magistrate Judge Denying their Motion for Protective Order and Denying their Motion for Reconsideration of the Order Denying Discovery of Photographs Taken by Lafarge North America, Inc., Immediately After the Storm.

WHEREFORE, plaintiffs pray that their Motion be granted.  A proposed form of Order is submitted herewith.

>Respectfully submitted,
>
>/s/ Brian A. Gilbert
>Brian A. Gilbert, Esq. (21297)
>LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
>821 Baronne Street
>New Orleans, Louisiana 70113
>>Telephone: (504) 885-7700
>>Telephone: (504) 581-6180
>>Facsimile: (504) 581-4336
>>e-mail: bgilbert@briangilbertlaw.com
>
>/s/ Lawrence D. Wiedemann,
>Lawrence D. Wiedemann.(13457)
>Karl Wiedemann (18502)
>Karen Wiedemann (21151)
>WIEDEMANN & WIEDEMANN
>821 Baronne Street
>New Orleans, Louisiana 70113
>>Telephone: (504) 581-6180
>>Facsimile: (504) 581-4336
>>e-mail: lawrence@wiedemannlaw.com,
>>karl@wiedemannlaw.com, karen@wiedemannlaw.com,
>
>/s/ Patrick J. Sanders
>Patrick J. Sanders (18741)
>3316 Ridgelake Drive
>Suite 100
>Metairie, LA 70002
>Telephone: 504-834-0646
>e-mail: pistols42@aol.com

/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
Voice: 202-862-4320
Cell:    202-549-1454
          Facsimile:  800-805-1065 and 202-828-4130
          e-mail: rick@rickseymourlaw.net,

/s/ Lawrence A. Wilson
Lawrence A. Wilson (N.Y.S.B.A. 2487908)
David W. Drucker (N.Y.S.B.A. #1981562)
Wilson, Grochow, Druker & Nolet
Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279-0003
Telephone: (212) 608-4400
Facsimile: (212) 227-5159
e-mail: lwilson@wgdnlaw1.com, ddruker@wgdnlaw1.com

/s/ Alan L. Fuchsberg
Alan L. Fuchsberg, Esq.(N.Y.S.B.A. #1755966)
Leslie Kelmachter, Esq.(N.Y.S.B.A. #1795723)
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
45th Floor
New York, NY 10110-0002
Telephone: 212-869-3500 ext. 235
Facsimile:  212-398-1532
          e-mail: a.fuchsberg@fuchsberg.com,
          l.kelmachter@fuchsberg.com

Dated: July 24, 2008

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing document, of its attachments, of the Memorandum in support, and of the proposed form of Order, has been served upon counsel of record, by ECF upload and by e-mail, this 24th day of July, 2008.

        /s/ Richard T. Seymour
        Richard T. Seymour (D.C. Bar #28100)
        Law Office of Richard T. Seymour, P.L.L.C.
        1150 Connecticut Avenue N.W., Suite 900
        Washington, D.C.  20036-4129
           Voice: 202-862-4320
           Cell:   202-549-1454
          Facsimile:  800-805-1065 and 202-828-4130
          e-mail: rick@rickseymourlaw.net, adele@rickseymourlaw.net