UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*  05-5531 | * | |
| *Mumford v. Ingram*  05-5724 | * | |
| *Lagarde v. Lafarge*  06-5342 | * | JUDGE |
| *Perry v. Ingram*  06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*  06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAG. JOSEPH C. WILKINSON, JR. |
| *Lafarge v. USA*  07-5178 | * * | |

# ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF THEIR APPEAL FROM THE MAY 14, 2008, ORDER OF THE MAGISTRATE JUDGE DENYING THEIR MOTION FOR PROTECTIVE ORDER AND DENYING THEIR MOTION FOR RECONSIDERATION OF THE ORDER DENYING DISCOVERY OF PHOTOGRAPHS TAKEN BY LAFARGE NORTH AMERICA, INC., IMMEDIATELY AFTER THE STORM

This matter comes before the Court on the July 24, 2008, Ex parte / Consent Motion of Barge Plaintiffs for leave to file a Reply Memorandum in Support of their Appeal from the May 14, 2008, Order of the Magistrate Judge Denying their Motion for Protective Order and Denying their Motion for Reconsideration of the Order Denying Discovery of Photographs Taken by Lafarge North

America, Inc., Immediately After the Storm.

Upon consideration of the matter, it appears that the Motion is well taken. It is therefore hereby

ORDERED, that the Reply Memorandum be, and the same is hereby, filed.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE