UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____<br><br>PERTAINS TO:<br>INSURANCE (Brown No. 07-1847)<br>_____ | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

Considering the foregoing Motion to Enroll as Additional Counsel:

**IT IS HEREBY ORDERED** that Eric C. Walton be and is hereby enrolled as additional counsel of record for Lexington Insurance Company.

New Orleans, Louisiana this _____ day of _____, 2008.

_____
*JUDGE, EASTERN DISTRICT OF LOUISIANA*