UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES         §    CIVIL ACTION
        CONSOLIDATED LITIGATION        §    NO. 05-4182 "K" (2)
                                       §    JUDGE DUVAL
_____ §    MAG. WILKINSON
                                       §
PERTAINS TO:                           §
    ALL LEVEE                          §
    ALL MRGO                           §
    ALL BARGE                          §
_____ §


NOTICE OF PRIVILEGE/PROTECTION LOG

Pursuant to the Court's Order of August 2, 2007 (Doc. Rec. No. 6815), Federal Rule of Civil Procedure 26(b)(5), the United States' Document Production Protocol, and the "Clawback" Order (Doc. Rec. No. 5183), the United States hereby designates the following documents as privileged:

| | | |
|---|---|---|
| FMA-048-000000010 | to | FMA-048-000000011; |
| FMA-048-000000012 | to | FMA-048-000000021; |
| FMA-049-000000472 | to | FMA-049-000000473; |
| FMA-049-000000552 | to | FMA-049-000000556; |
| FMA-049-000000566 | to | FMA-049-000000569; |
| FMA-049-000000570 | to | FMA-049-000000570; |
| FMA-051-000002525 | to | FMA-051-000002526; |
| FMA-051-000002533 | to | FMA-051-000002535; |
| FMA-051-000002576 | to | FMA-051-000002613; |
| FMA-051-000002674 | to | FMA-051-000002677; |
| FMA-051-000002771 | to | FMA-051-000002819; |
| FMA-051-000002839 | to | FMA-051-000002840; |
| FMA-051-000002841 | to | FMA-051-000002855; |

| | | |
|---|---|---|
| FMA-051-000002861 | to | FMA-051-000002864; |
| FMA-051-000002920 | to | FMA-051-000002925; |
| FMA-051-000002929 | to | FMA-051-000002929; |
| FMA-051-000002965 | to | FMA-051-000003005; |
| FMA-051-000003006 | to | FMA-051-000003031; |
| FMA-051-000003032 | to | FMA-051-000003039; |
| FMA-051-000003040 | to | FMA-051-000003049; |
| FMA-051-000003050 | to | FMA-051-000003061; |
| FMA-051-000003451 | to | FMA-051-000003529; |
| FMA-051-000008268 | to | FMA-051-000008284; |
| FMA-051-000008285 | to | FMA-051-000008287; |
| FMA-051-000008288 | to | FMA-051-000008290; |
| FMA-051-000008291 | to | FMA-051-000008309; |
| FMA-051-000008310 | to | FMA-051-000008311; |
| FMA-051-000008312 | to | FMA-051-000008313; |
| FMA-051-000008314 | to | FMA-051-000008320; |
| FMA-051-000008321 | to | FMA-051-000008324; |
| FMA-051-000008325 | to | FMA-051-000008330; |
| FMA-051-000008331 | to | FMA-051-000008350; |
| FMA-051-000008351 | to | FMA-051-000008392; |
| FMA-051-000008393 | to | FMA-051-000008420; |
| FMA-051-000008421 | to | FMA-051-000008474; |
| FMA-051-000008475 | to | FMA-051-000008504; |
| FMA-051-000008505 | to | FMA-051-000008525; |
| FMA-051-000008578 | to | FMA-051-000008617; |
| FMA-051-000008855 | to | FMA-051-000008937; |
| FMA-051-000008970 | to | FMA-051-000008970; |
| FMA-051-000008975 | to | FMA-051-000009084; |
| FMA-051-000010314 | to | FMA-051-000010392; |
| FMA-051-000010609 | to | FMA-051-000010614; |
| FMA-051-000010615 | to | FMA-051-000010620; |
| FMA-051-000010621 | to | FMA-051-000010631; |
| FMA-051-000010749 | to | FMA-051-000010772; |
| FMA-051-000010773 | to | FMA-051-000010778; |
| FMA-051-000010779 | to | FMA-051-000010818; |
| FMA-051-000010819 | to | FMA-051-000010864; |
| FMA-051-000010891 | to | FMA-051-000010892; |
| FMA-051-000010902 | to | FMA-051-000010905; |
| FMA-051-000010916 | to | FMA-051-000010919; |
| FMA-051-000010956 | to | FMA-051-000010959; |
| FMA-051-000010963 | to | FMA-051-000010978; |
| FMA-051-000010988 | to | FMA-051-000010990; |
| FMA-051-000011084 | to | FMA-051-000011107; |

| | | |
|---|---|---|
| FMA-051-000011108 | to | FMA-051-000011112; |
| FMA-051-000011141 | to | FMA-051-000011141; |
| FMA-051-000011204 | to | FMA-051-000011205; |
| FMA-051-000011206 | to | FMA-051-000011209; |
| FMA-051-000011370 | to | FMA-051-000011383; |
| FMA-051-000011384 | to | FMA-051-000011392; |
| FMA-051-000012119 | to | FMA-051-000012119; |
| FMA-051-000012120 | to | FMA-051-000012120; |
| FMA-051-000012131 | to | FMA-051-000012164; |
| FMA-051-000012165 | to | FMA-051-000012172; |
| FMA-051-000012181 | to | FMA-051-000012182; |
| FMA-051-000012189 | to | FMA-051-000012190; |
| FMA-051-000012389 | to | FMA-051-000012389; |
| FMA-051-000013283 | to | FMA-051-000013288; |
| FMA-051-000013422 | to | FMA-051-000013424; |
| FMA-051-000013427 | to | FMA-051-000013431; |
| FMA-051-000013432 | to | FMA-051-000013432; |
| FMA-051-000013504 | to | FMA-051-000013505; |
| FMA-051-000013563 | to | FMA-051-000013563; |
| FMA-051-000013572 | to | FMA-051-000013572; |
| FMA-051-000013573 | to | FMA-051-000013573; |
| FMA-051-000013574 | to | FMA-051-000013574; |
| FMA-051-000013580 | to | FMA-051-000013580; |
| FMA-051-000012755 | to | FMA-051-000012755; |
| FMA-051-000012757 | to | FMA-051-000012758; |
| FMA-051-000012790 | to | FMA-051-000012793; |
| FMA-051-000012989 | to | FMA-051-000013007; |
| FMA-051-000013093 | to | FMA-051-000013094; |
| FMA-051-000013120 | to | FMA-051-000013121; |
| FMA-051-000013868 | to | FMA-051-000013869; |
| FMA-051-000013870 | to | FMA-051-000013871; |
| FMA-051-000014126 | to | FMA-051-000014126; |
| FMA-051-000014132 | to | FMA-051-000014133; |
| FMA-051-000014159 | to | FMA-051-000014160; |
| FMA-051-000014426 | to | FMA-051-000014426; |
| FMA-051-000014427 | to | FMA-051-000014428; |
| FMA-051-000014437 | to | FMA-051-000014445; |
| FMA-051-000014830 | to | FMA-051-000014832; |
| FMA-053-000000842 | to | FMA-053-000000936; |
| FMA-053-000000574 | to | FMA-053-000000654; |
| FMA-055-000000002 | to | FMA-055-000000003. |

In addition, pursuant to the Court's Order of August 2, 2007 (Doc. Rec. No. 6815), Federal Rule of Civil Procedure 26(b)(5), the United States' Document Production Protocol, and the "Clawback" Order (Doc. Rec. No. 5183), the United States hereby designates the following documents as protected under the Privacy Act, 5 U.S.C. § 552a:

| | | |
|---|---|---|
| FMA-049-000000111 | to | FMA-049-000000121; |
| FMA-049-000000225 | to | FMA-049-000000390; |
| FMA-049-000001118 | to | FMA-049-000001118; |
| FMA-049-000001124 | to | FMA-049-000001124; |
| FMA-049-000001140 | to | FMA-049-000001141; |
| FMA-049-000001144 | to | FMA-049-000001144; |
| FMA-049-000001165 | to | FMA-049-000001165; |
| FMA-049-000001167 | to | FMA-049-000001167; |
| FMA-049-000001169 | to | FMA-049-000001169; |
| FMA-049-000001171 | to | FMA-049-000001171; |
| FMA-049-000001176 | to | FMA-049-000001177; |
| FMA-049-000001179 | to | FMA-049-000001179; |
| FMA-049-000001182 | to | FMA-049-000001182; |
| FMA-050-000000001 | to | FMA-050-000000018; |
| FMA-050-000000019 | to | FMA-050-000000035; |
| FMA-050-000000036 | to | FMA-050-000001094; |
| FMA-050-000001095 | to | FMA-050-000001708; |
| FMA-051-000011113 | to | FMA-051-000011127; |
| FMA-051-000011128 | to | FMA-051-000011140; |
| FMA-051-000011957 | to | FMA-051-000011964; |
| FMA-051-000012248 | to | FMA-051-000012254; |
| FMA-051-000012310 | to | FMA-051-000012313; |
| FMA-051-000012379 | to | FMA-051-000012382. |

The United States' Privilege/Protection Log is attached.

                                              Respectfully submitted,

                                              GREGORY G. KATSAS
                                              Assistant Attorney General

                                              PHYLLIS J. PYLES
                                              Director, Torts Branch

                                              JAMES G. TOUHEY, JR.
                                              Assistant Director, Torts Branch

                                               s/ James F. McConnon, Jr.
                                              JAMES F. McCONNON, JR.
                                              Trial Attorney, Torts Branch, Civil Division
                                              U.S. Department of Justice
                                              Benjamin Franklin Station, P.O. Box 888
                                              Washington, D.C.  20044
                                              (202) 616-4400/ (202) 616-5200 (Fax)
                                              Attorneys for the United States

Dated: July 24, 2008

## CERTIFICATE OF SERVICE

      I, James F. McConnon, Jr., hereby certify that on July 24, 2008, I served a true copy of the United States' Notice of Privilege/Protection Log upon all parties by ECF.

                                                                   s/ James F. McConnon, Jr.
                                                                  JAMES F. McCONNON, JR.