Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
July 24, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| FMA-048-000000010 | FMA-048-000000011 | Attorney-Client; Attorney Work Product | 19850114 | Vickstrom, Daniel M | Dewberry & Davis | Cumming, Bill | FEMA OGC | Record of Communication Form regarding BFE Changes. |
| FMA-048-000000012 | FMA-048-000000021 | Attorney-Client; Attorney Work Product | 19850108 | Miller, Matt | FEMA | Mrazik, Brian R | FEMA FIA | Handwritten Memorandum regarding Attached Letter and Bill Cumming's Comment with routing slip, handwritten notes; Draft Letter regarding Base Flood Elevation (BFE) for the Buccaneer Village Area with additional draft versions. |
| | | | | Mrazik, Brian R | FEMA | Dan | | |
| | | | | | | Buckley | | |
| | | | | | | Locke | | |
| | | | | | | Miller, Matt | FEMA | |
| | | | | | | Ponstein, Charles | Parish Police Jury | |
| | | | | | | Farber, David B | | |
| | | | | | | Lindsey | FEMA | |
| | | | | | | Regional Director | | |
| | | | | | | Project Engineer | | |
| FMA-049-000000111 | FMA-049-000000121 | Privacy Act | 19810417 | | | | | Report regarding New Orleans Survey concerning Base Flood Elevation for Buccaneer Villa N St Bernard Parish. |
| FMA-049-000000225 | FMA-049-000000390 | Attorney-Client; Privacy Act | 19810429 | Fry, William G | Dewberry & Davis | Sokolove, Robert | FEMA OGC | Memorandum regarding Investigation of Flooding in the New Orleans Louisiana Area; Draft Report regarding Analysis of May 2-3 1978 and April 12-13- 1980 Storms in the New Orleans Metro Area. |
| | | | | | Dewberry & Davis | Moloney, Lawrence | US Department of Justice | |
| | | | | | | Sharrocks, Frederick H | FEMA FIA | |
| FMA-049-000000472 | FMA-049-000000473 | Attorney-Client | 19880121 | Miller, Matthew B | FEMA IA-RA-RS | Caluda, Dan | St Bernard Parish | Record of Telephone Conversation Form stamp dated 01/21/1988 regarding Bond Issue; Handwritten Memorandum dated 01/20/1988 regarding St Bernard Parish Settlement. |
| | | | | | | Mrazik, Brian R | | |
| | | | | | | Matticks, John | | |
| | | | | | | Locke, Bill | | |
| | | | | | | Bank, Susan | | |
| | | | | | | Vickstrom, Dan | | |
| | | | | | | Thomas, Frank | | |
| | | | | | | Fairley, Wayne | Region 6 | |
| | | | | | | Murphy, Jim | | |
| | | | | | | Knoderer, Elmer | | |
| FMA-049-000000552 | FMA-049-000000556 | Attorney-Client | 19880208 | Miller, Matthew B | FEMA IA-RA-RS | Mrazik, Brian R | FEMA FIA | Handwritten Memorandum regarding St Bernard Parish; Letter regarding Issues Impacting Construction Practices in St Bernard Parish. |
| | | | | Mrazik, Brian R | FEMA FIA | Locke | | |
| | | | | | | Matticks, John | | |
| | | | | | | Bank, Susan | | |
| | | | | | | Davison | | |
| | | | | | | Vickstrom, Dan | | |
| | | | | | | Haggerty, Ron | St Bernard Parish Police Jury | |
| | | | | | | Caluda, Daniel S | Lake Borgne Levee District | |
| | | | | | | Grille, Geneva P | Department of Transportation and Development | |

Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
July 24, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| FMA-049-000000566 | FMA-049-000000569 | Attorney-Client | 19860722 | Fry, Bill | Dewberry & Davis | Bank, Susan K | FEMA OGC | Memorandum regarding Settlement Discussions with St Bernard Parish. |
| | | | | Beadenkopf, Ed | Dewberry & Davis | | | |
| FMA-049-000000570 | FMA-049-000000570 | Attorney-Client | 19880121 | Miller, Matthew B | FEMA IA-RA-RS | Murphy, Jim | | Handwritten Memorandum regarding St Bernard Parish. |
| | | | | | | McDermott, Patty | | |
| | | | | | | Locke, Bill | | |
| FMA-049-000001118 | FMA-049-000001118 | Privacy Act | 19850111 | | The Hertz Corporation | Vickstrom, Daniel M | Dewberry & Davis | Rental Agreement regarding Automobile Lease from The Hertz Corporation to Dewberry & Davis. |
| FMA-049-000001124 | FMA-049-000001124 | Privacy Act | 19841026 | | The Hertz Corporation | Vickstrom, Daniel M | Dewberry & Davis | Rental Agreement regarding Automobile Lease from The Hertz Corporation to Dewberry & Davis. |
| FMA-049-000001140 | FMA-049-000001141 | Privacy Act | 19840930 | | Holiday Inn New Orleans Airport | Vickstrom, Daniel M | Dewberry & Davis | Hotel Invoice regarding Service Charges. |
| FMA-049-000001144 | FMA-049-000001144 | Privacy Act | 19840930 | | The Hertz Corporation | Vickstrom, Daniel M | Dewberry & Davis | Rental Agreement regarding Automobile Lease from The Hertz Corporation to Dewberry & Davis. |
| FMA-049-000001165 | FMA-049-000001165 | Privacy Act | XXXXXXXX | | The Chase Manhattan Corporation | Vickstrom, Daniel M | Dewberry & Davis | Receipt for Travelers Cheques issued from The Chase Manhattan Corporation. |
| FMA-049-000001167 | FMA-049-000001167 | Privacy Act | XXXXXXXX | | The Chase Manhattan Corporation | Vickstrom, Daniel M | Dewberry & Davis | Receipt for Travelers Cheques issued from The Chase Manhattan Corporation. |
| FMA-049-000001169 | FMA-049-000001169 | Privacy Act | 19840910 | | The Hertz Corporation | Vickstrom, Daniel M | Dewberry & Davis | Rental Agreement regarding Automobile Lease from The Hertz Corporation to Dewberry & Davis. |
| FMA-049-000001171 | FMA-049-000001171 | Privacy Act | 19840921 | | The Hertz Corporation | Vickstrom, Daniel M | Dewberry & Davis | Rental Agreement regarding Automobile Lease from The Hertz Corporation to Dewberry & Davis. |
| FMA-049-000001176 | FMA-049-000001177 | Privacy Act | 19840829 | | Sheraton New Orleans Hotel | Vickstrom, Daniel M | Dewberry & Davis | Hotel Invoice regarding Service Charges. |
| FMA-049-000001179 | FMA-049-000001179 | Privacy Act | 19840824 | | Sheraton New Orleans Hotel | Vickstrom, Daniel M | Dewberry & Davis | Hotel Invoice regarding Service Charges. |
| FMA-049-000001182 | FMA-049-000001182 | Privacy Act | 19840824 | | The Hertz Corporation | Vickstrom, Daniel M | Dewberry & Davis | Rental Agreement regarding Automobile Lease from The Hertz Corporation to Dewberry & Davis. |
| FMA-050-000000001 | FMA-050-000000018 | Privacy Act | 1979XXXX | | | | | Report regarding 1979 Claims Payment Records for Jefferson/St Bernard Parishes. |
| FMA-050-000000019 | FMA-050-000000035 | Privacy Act | 19841107 | | | | | Report regarding 1981 Claims Payment Records for Jefferson/St Bernard Parishes. |
| FMA-050-000000036 | FMA-050-000001094 | Privacy Act | 19840516 | | FEMA | | | Report regarding 1982 & 1983 Flood Claims for St Bernard Parish with enclosed Claimants/Policy Holder Lists. |
| FMA-050-000001095 | FMA-050-000001708 | Privacy Act | 19841106 | | FEMA | | | Report regarding FEMA National Flood Insurance Program Claim Information. |
| FMA-051-000002525 | FMA-051-000002526 | Attorney-Client | 19850201 | Mrazik, Brian R | FEMA | Cumming, William R | FEMA OGC | Draft Memorandum regarding Base Flood Elevation Determinations for the Buccaneer Villa North Area of St Bernard Parish. |
| FMA-051-000002533 | FMA-051-000002535 | Attorney-Client | 19850201 | Mrazik, Brian R | FEMA Risk Studies Division | Cumming, William R | FEMA OGC | Draft Memorandum regarding Base Flood Elevation Determinations for the Buccaneer Villa North Area of St Bernard Parish. |
| FMA-051-000002576 | FMA-051-000002613 | Attorney Work Product | XXXX0527 | Willard, Richard K | US Department of Justice | | US District Court for the Eastern District of Louisiana | Draft Motion regarding US v St Bernard Parish Plaintiff's Second Requests For Admission To Defendant State of Louisiana. |
| | | | | Volz, John | US Department of Justice | | | |
| | | | | Brady, Surell | US Department of Justice | | | |
| | | | | Goranflo, Brenda G | US Department of Justice | | | |
| | | | | Stewart, Karen | US Department of Justice | | | |

Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
July 24, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | Gardner, James A | US Department of Justice | | | |
| FMA-051-000002674 | FMA-051-000002677 | Attorney-Client | 19860722 | Fry, William G | | Banks, Susan | | Handwritten Memorandum regarding St Bernard Parish Settlement. |
| | | | | | | Miller, Matt | | |
| FMA-051-000002771 | FMA-051-000002819 | Attorney-Client; Attorney Work Product | XXXXXXXX | | US Department of Justice | | US District Court for the Eastern District of Louisiana | Motion regarding US v St Bernard Parish Settlement Response. |
| FMA-051-000002839 | FMA-051-000002840 | Attorney-Client | 19860310 | Vickstrom, Dan | Dewberry & Davis | | Dewberry & Davis | Memorandum regarding St Bernard Parish Settlement Meeting March 4, 1986. |
| FMA-051-000002841 | FMA-051-000002855 | Attorney-Client; Attorney Work Product | 19860228 | LeBlanc, Sam A | Adams & Reese | Goranflo, Brenda | US Department of Justice | Cover Letter regarding enclosed US v St Bernard Parish Settlement Agreement. |
| | | | | Bush, Rebecca A | Adams & Reese | Shreves, Bruce | | |
| | | | | Goranflo, Brenda G | US Department of Justice | Mentz, Michael | | |
| | | | | Stewart, Karen | US Department of Justice | Farber, David B | | |
| | | | | Gardner, James A | US Department of Justice | Guenoit, Marcel | | |
| | | | | Police Jury | Parish of St Bernard | Dautreive, V J | | |
| FMA-051-000002861 | FMA-051-000002864 | Attorney-Client; Attorney Work Product | 19860218 | Goranflo, Brenda G | US Department of Justice | | | Handwritten Report regarding Meeting of 02/18/1986 concerning Rainfall of May 3-4 1978. |
| | | | | Stewart, Karen | US Department of Justice | | | |
| | | | | Merrill, Jeff | US Department of Justice | | | |
| | | | | Vickstrom, Dan | Dewberry & Davis | | | |
| | | | | Fry, Bill | Dewberry & Davis | | | |
| | | | | Story, Ed | Dewberry & Davis | | | |
| | | | | Langenstein, Larry | State of Louisiana | | | |
| | | | | Grille, Geneva | State of Louisiana | | | |
| | | | | Smith, David | State of Louisiana | | | |
| | | | | Snyder, Emile | State of Louisiana | | | |
| FMA-051-000002920 | FMA-051-000002925 | Attorney-Client; Attorney Work Product | 19860425 | Mrazik, Brian | FEMA FIA | Scheibel, John | OGC | 19860424 memorandum regarding St Bernard Parish Base Flood Elevation with 19860425 routing slip, handwritten note. |
| | | | | Matt | | Bank, Susan | OGC | |
| | | | | Perry | | Intravia, Larry | OGC | |
| | | | | | | Dan | | |
| | | | | | | Perry | | |
| FMA-051-000002929 | FMA-051-000002929 | Attorney-Client; Attorney Work Product | 19860521 | WUF | Dewberry & Davis | Goranflo, Brenda | US Department of Justice | Record of Communication Form regarding TEC for St Bernard Parish. |
| | | | | | | MOE | | |
| | | | | | | V, Dan | | |
| | | | | | | EK | | |
| | | | | | | PFW | | |
| FMA-051-000002965 | FMA-051-000003005 | Attorney Work Product | 198507XX | Duplantier, Adrian | US District Court | | | Draft Motion regarding US v St Bernard Parish Order Approving Settlement. |
| | | | | Goranflo, Brenda G | US Department of Justice | | | |

Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
July 24, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | Stewart, Karen | US Department of Justice | | | |
| | | | | Gardner, James | US Department of Justice | | | |
| | | | | LeBlanc, Samuel | Adams & Reese | | | |
| | | | | Bush, Rebecca A | Adams & Reese | | | |
| | | | | Shreves, H B | Parish of St Bernard | | | |
| | | | | Blum | Parish of St Bernard | | | |
| | | | | Mentz, Michael P | Hailey McNamara Hall Larmann & Paple | | | |
| | | | | Chopin, Richard A | Hailey McNamara Hall Larmann & Paple | | | |
| | | | | Weeks, Grady C | Authement Weeks & Stark | | | |
| | | | | Stark, William | Authement Weeks & Stark | | | |
| FMA-051-000003006 | FMA-051-000003031 | Attorney-Client | 19850715 | Vickstrom, Daniel M | Dewberry & Davis | Goranflo, Brenda | US Department of Justice | Transmittal Form regarding attached Portions of the Draft Consent Order; Draft Report regarding Drainage Impact Statement; Draft Motion regarding US v St Bernard Parish Consent Order with FEMA Regulations excerpt, work papers. |
| | | | | Jett, George | FEMA OGC | Vickstrom, Dan | Dewberry & Davis | |
| | | | | Goranflo, Brenda G | US Department of Justice | | | |
| | | | | LeBlanc, Anthony | St Bernard Parish | | | |
| FMA-051-000003032 | FMA-051-000003039 | Attorney-Client | 19850103 | Fry, William G | Dewberry & Davis | Goranflo, Brenda G | US Department of Justice | Memorandum regarding Considerations for Settlement with St Bernard Parish. |
| | | | | | | Locke, William R | | |
| | | | | | | Cumming, William R | FEMA OGC | |
| FMA-051-000003040 | FMA-051-000003049 | Attorney Work Product | 19850410 | Vickstrom, Daniel M | Dewberry & Davis | Goranflo, Brenda | US Department of Justice | Transmittal Form regarding attached Draft Consent Order; Draft Motion regarding US v St Bernard Parish Consent Order. |
| | | | | Jett, George | FEMA OGC | Vickstrom, Dan | | |
| | | | | Goranflo, Brenda G | US Department of Justice | | | |
| | | | | LeBlanc, Anthony | St Bernard Parish | | | |
| FMA-051-000003050 | FMA-051-000003061 | Attorney-Client; Attorney Work Product | XXXXXXXX | Intravia, Larry | FEMA OGC | Vickstrom, Dan | Dewberry & Davis | Handwritten Memorandum regarding enclosed St Bernard Settlement Agreement; Draft Motion regarding US v St Bernard Parish Consent Order. |
| | | | | Jett, George | FEMA OGC | | | |
| | | | | Goranflo, Brenda G | US Department of Justice | | | |
| | | | | LeBlanc, Anthony | St Bernard Parish | | | |
| FMA-051-000003451 | FMA-051-000003529 | Attorney-Client | 19840328 | Fry, William G | Dewberry & Davis | Goranflo, Brenda | US Department of Justice | Memorandum regarding Responses to the Interrogatories from St Bernard Parish; Report dated 03/28/1984 regarding Responses To St Bernard Parish's Request For Production Of Documents. |
| | | | | | Dewberry & Davis | Shea, Dan | US Department of Justice | |
| | | | | | | Cumming, William R | FEMA OGC | |
| | | | | | | | US Department of Justice | |
| | | | | | | WGF | | |
| | | | | | | DV | | |
| | | | | | | PFW | | |

Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
July 24, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| FMA-051-000008268 | FMA-051-000008284 | Privacy Act | 19800528 | | National Flood Insurance Program | Leger, Walter J | | Adjuster's Report Forms regarding National Flood Insurance Program Claims; Claim Forms dated 05/11/1978 to 05/28/1980 regarding National Flood Insurance Program. |
| | | | | Ratslip, Ernest N | Gould Adjustment Company | Wahl, George A | | |
| | | | | Richard, Francis A | Central Claims Services Inc | Fandal, Patrick J | | |
| | | | | Cable, Donald | | Benfiglio, Frank J | | |
| | | | | Mitchell, Henry | | Klotzbach, Louis | | |
| | | | | Sharer, C E | | Broussard, D R | | |
| | | | | Moncrief, K | | Bourgeois, Warren A | | |
| | | | | Armstrong, Tom | | Arch, Joseph L | | |
| | | | | | | Laque, Franklin V | | |
| | | | | | | Bradshaw, John W | | |
| | | | | | | Brockmeier, Peter | | |
| FMA-051-000008285 | FMA-051-000008287 | Privacy Act | 19800619 | St Julien, Gordon | H E Zylicz & Associates Inc | | National Flood Insurance Program | Letter regarding Flood Damage Claim with enclosed Adjuster's Claim Form. |
| | | | | Sharer, C Ernest | | | | |
| FMA-051-000008288 | FMA-051-000008290 | Privacy Act | 19800510 | Sink, Ben H | Underwriters Adjusting Company | | National Flood Insurance Program | Letter dated 07/05/1978 regarding Flood Damage Claim with enclosed Adjustor's Claim Form. |
| | | | | | National Flood Insurance Program | | | |
| FMA-051-000008291 | FMA-051-000008309 | Privacy Act | 19800602 | | National Flood Insurance Program | Otillo, Kent | | Forms dated 05/20/1978 to 06/02/1980 regarding Individual Flood Damage Claims for 1978 and 1980 Floods. |
| | | | | | FEMA | Martin, Darryl | | |
| | | | | Freeland, Royce M | | Martin, Elmiral | | |
| | | | | Bross, Earl | | Thomas, James E | | |
| | | | | Chandler, S R | | Dean, Larry J | | |
| | | | | Armstrong, Tom | | Sperier, Alexander | | |
| | | | | Sonnier, Kenneth | | Sperier, Shirley | | |
| | | | | Deubler, Charles | | Richoux, Loyman | | |
| | | | | Palmer, M | | Anderson, Stanley L | | |
| | | | | Sharer, C Ernest | | Deroche, Louis J | | |
| | | | | Norton, R D | | Jennings, Stephen L | | |
| | | | | Rayford, Ernest M | | Finnan, Leona R | | |
| | | | | Sink, Ben H | | Frantello, Samuel A | | |
| | | | | Adams, William C | | Couvillion, Allyn | | |
| | | | | | Allied General Adjusters Inc | | | |
| FMA-051-000008310 | FMA-051-000008311 | Privacy Act | 19780619 | Fullmer, Jack A | C Armond Bernius Adjuster Inc | | National Flood Insurance Program | Letter regarding Claimant Narrative Report and Adjuster's Field Notes for Flood Damages. |
| | | | | Bernius, Armond | C Armond Bernius Adjuster Inc | | | |
| FMA-051-000008312 | FMA-051-000008313 | Privacy Act | 19780610 | Phillips, D J | | Vogel, George L | National Flood Insurance Program | Forms regarding Claim for 1978 and 1980 Flood Damages. |
| FMA-051-000008314 | FMA-051-000008320 | Privacy Act | 19800511 | Bernius, Armond | C Armond Bernius Adjuster Inc | | National Flood Insurance Program | Letters dated 06/09/1978 to 06/28/1978 regarding Adjuster's Reports for Flood Damages for Claimants; Forms dated 05/05/1980 to 05/11/1980 regarding Damage Claims for 1978 and1980 Floods. |
| | | | | Fullmer, Jack A | C Armond Bernius Adjuster Inc | Caire, Robert J | | |
| | | | | Riggs, Lee | Catastrophe Consultants Incorporated | Caire, Ronald | | |

Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
July 24, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Messa, Lester | | |
| FMA-051-000008321 | FMA-051-000008324 | Privacy Act | 19800526 | Waltham, Carl M | | | EDS Federal Corporation | Forms dated 05/21/1978 to 05/26/1980 regarding Flood Damages Claims for 1978 and 1980 Floods. |
| | | | | Rayford, Ernest M | Gould Adjustment Company | | National Flood Insurance Program | |
| | | | | | | Schiel, M W | | |
| | | | | | | Mullen, Wilbur L | | |
| | | | | | | Farrara, Vincent J | | |
| FMA-051-000008325 | FMA-051-000008330 | Privacy Act | 19800519 | Brading, F E | Crawford & Company Insurance Adjusters | Fury, Samuel J | National Flood Insurance Program | Letters dated 06/02/1978 to 06/20/1978 regarding Claims for Flood Damages for 1978 and 1980 Floods; Forms dated XX/XX/XXXX to 05/19/1980 regarding Claims for Flood Damages for 1978 and 1980 Floods. |
| | | | | Yates, Holly | | Doyle, William J | | |
| | | | | Bernius, Armond | C Armond Bernius Adjuster Inc | Hall, Gary F | | |
| | | | | Fullmer, Jack A | C Armond Bernius Adjuster Inc | | | |
| FMA-051-000008331 | FMA-051-000008350 | Privacy Act | 19800615 | Richard, Francis A | | Kelley, Joseph W | National Flood Insurance Program | Forms dated 05/14/1978 to 06/15/1980 regarding Claims for Flood Damages for 1978 and 1980 Floods. |
| | | | | Allain, N E | | Gibbs, James D | | |
| | | | | Deubler, Charles | National Flood Insurance Program | Cavalier, Emily B | Gould Adjustment Company | |
| | | | | Palmer, Melvin J | | Mullen, Eilburn L | Gould Adjustment Company | |
| | | | | | | Brandt, Charles C | | |
| | | | | | | Brandt, Brenda Z | | |
| | | | | | | Calegan, John F | | |
| | | | | | | Trahan, Robert P | | |
| | | | | | | Edgett, Stephen D | | |
| | | | | | | Rooks, George W | | |
| | | | | | | Cantrelle, Leroy | | |
| | | | | | | Albe, Yelva P | | |
| FMA-051-000008351 | FMA-051-000008392 | Privacy Act | 19800720 | | Gould Adjustment Company | Bordelow, Larry | | Forms dated 05/24/1978 to 07/20/1980 regarding Claims for Flood Damages for 1978 and 1980 Floods. |
| | | | | Moncrief, K | | | EDS Federal New | |
| | | | | Paterson, Robert C | Lawson & Caraway | Hemelt, Theodore J | National Flood | |
| | | | | Keneshea, D W | Crawford & Company Insurance Adjusters | Hemelt, Susan K | Gould Adjustment Company | |
| | | | | Sorgen, Charlie | National Flood Insurance Program | Kaufmann, Allen D | | |
| | | | | Fornby, Ella O | | Perret, Alvin P | | |
| | | | | Mitchell, Henry | | Benandi, Sam L | | |
| | | | | Bernius, Armond | C Armond Bernius Adjuster Inc | Pomes, Robert F | | |
| | | | | Fullmer, Jack A | C Armond Bernius Adjuster Inc | Galiano, Louis A | | |
| | | | | Tracey, W C | | Cordes, George S | | |
| | | | | Rayford, Ernest M | Gould Adjustment Company | Decossas, Edward | | |
| | | | | Deubler, Charles | American Adjustment Company Inc | Tortice, John A | | |
| | | | | Finley, D | | Puglise, Louis | | |
| | | | | Burger, T R | National Adjusters Inc | Giglio, David | | |
| | | | | Richard, Francis A | | Ayo, Paul J | | |

Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
July 24, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | Allied General Adjusters Inc | Haydel, Marvin C | | |
| | | | | | | Simpson, Lawrence T | | |
| | | | | | | Dubre, Dennis J | | |
| | | | | | | Scurris, Salvador | | |
| | | | | | | Cline, John G | | |
| | | | | | | O'Bryan, Robert O | | |
| | | | | | | Graci, Joseph J | | |
| | | | | | | Leger, Eugene | | |
| | | | | | | Catania, Vincent | | |
| FMA-051-000008393 | FMA-051-000008420 | Privacy Act | 19800612 | Hillier, Fred | C Armond Bernius Adjuster Inc | Campo, Herman G | | Forms dated 05/16/1978 to 06/12/1980 regarding Claims for Flood Damages for 1978 and 1980 Floods. |
| | | | | Howard, C E | Crawford & Company Insurance Adjusters | | National Flood Insurance Program | |
| | | | | Kessler, Stewart | | Smith, Wade | | |
| | | | | Sharer, Ernest | | Russo, Dominick | | |
| | | | | Munson, R S | | Domingue, Edward | | |
| | | | | Burger, T R | | Gervase, Ronald J | | |
| | | | | Campbell, Garth D | | Gervois, Ronald J | | |
| | | | | Munson, Keith | | Foret, Verden P | | |
| | | | | Bross, Earl | | Ahrens, Francis C | | |
| | | | | Woods, B J | | Dutruch, Rene J | | |
| | | | | | National Flood Insurance Program | Cancienne, Henry | | |
| | | | | Richard, Francis A | | Cancienne, Catherine T | | |
| | | | | Norton, R D | | Lala, Victor R | | |
| | | | | Palmer, Melvin J | | Talamo, Anthony | | |
| | | | | Doyle, Joseph F | | Silva, Ronald M | | |
| | | | | Vaughn, Rol | | Noto, Rosario | | |
| | | | | | | Mancuso, Joseph D | | |
| | | | | | | Reuther, Clifford E | | |
| | | | | | | Fancher, Clarence F | | |
| FMA-051-000008421 | FMA-051-000008474 | Privacy Act | 19800730 | Fullmer, Jack A | C Armond Bernius Adjuster Inc | Englert, Joseph | National Flood Insurance Program | Letters dated 05/26/1978 to 07/30/1978 regarding Claims for Flood Damages; Forms dated 05/03/1978 to 06/11/1980 regarding Claims for Flood Damages for 1978 and 1980 Floods. |
| | | | | Bross, Earl | | Lemaire, Joseph | | |
| | | | | Kessler, C S | | Lemaire, Letitia | | |
| | | | | Palmer, G D | | Hebert, Roy | Department of Housing & Urban Development Federal Insurance Administration | |
| | | | | McGill | | Blanchard, Ralph L | | |
| | | | | Fort, Michael A | | Lemoine, Sylvan J | | |
| | | | | Howard, C E | | Lemoine, Delores | | |
| | | | | Anderson, Thomas W | | Barcia, Joseph S | | |
| | | | | Sink, Ben H | Underwriters Adjusting Company | Cifola, Earl D | | |
| | | | | Rulfee, Ernest M | Gould Adjustment Company | Lefebvre, E S | | |
| | | | | Mapna, W P | | Jeansonne, Albin | | |
| | | | | Deubler, Charles | | Rokens, Morgan | | |
| | | | | Finley, Doug | | Nassauer, Myrtle | | |

Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
July 24, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | National Flood Insurance Program | Nassauer, Paul | | |
| | | | | Rodriguez, Ernest M | Gould Adjustment Company | Terrell, Bruce A | Gould Adjustment Company | |
| | | | | Norton, R D | | Kenney, Stanley | | |
| | | | | Smith, W R | Crawford & Company Insurance Adjusters | Soileau, Rudy P | | |
| | | | | Worthington, Thomas M | | Pyles, Stephen E | | |
| | | | | Burger, T R | National Adjusters Inc | Perret, Alvin P | | |
| | | | | Fornby, Ella O | | Core, Thomas T | | |
| | | | | Radford, Ernest M | Gould Adjustment Company | Buras, Anthony R | | |
| | | | | Rich, Charlotte | | Aleman, Delmayne J | | |
| | | | | Fornby, David E | Allied General Adjusters Inc | Tafaro, Joseph | | |
| | | | | Lammouse, Edward M | | Duca, Jacob | | |
| | | | | Richard, Francis A | | Bilbiot, Warren | | |
| | | | | Chandler, M | | Henry, Charles J | | |
| | | | | | | Roig, Michael | | |
| | | | | | | Green, Allen L | | |
| | | | | | | Wright, Walter S | | |
| | | | | | | Catalano, Wayne M | | |
| | | | | | | Guggenheim, Roy G | | |
| | | | | | | | National Flood Insurers Association | |
| FMA-051-000008475 | FMA-051-000008504 | Privacy Act | 19800614 | Steadman, Henry | Steadmans Claims | Calle, Juan L | | Letters dated 07/12/1978 regarding Flood Claims; Forms dated 05/18/1978 to 06/14/1980 regarding Claims for Flood Damages for 1978 and 1980 Floods. |
| | | | | Deubler, Charles | | | EDS Federal Corporation | |
| | | | | Adams, William C | | Sauro, Nathan | | |
| | | | | Smith, W R | Crawford & Company Insurance Adjusters | Roberts, Robert M | | |
| | | | | Sharer, Ernest | | Ciaccio, George | | |
| | | | | Weider, Linda | | Haley, George J | | |
| | | | | Fullmer, Jack A | C Armond Bernius Adjuster Inc | Bordelon, Jamilia | | |
| | | | | Howard, C E | | Wolff, Joseph C | | |
| | | | | Atkinson, David B | | Wolff, Sandra B | | |
| | | | | Younger, R E | | Weixel, Charles | | |
| | | | | Finley, Michael A | | Salaun, George T | | |
| | | | | Radford, Ernest M | Gould Adjustment Company | Niesley, Kenneth | | |
| | | | | Schubert, D | | Russo, Dominick | | |
| | | | | Tracy, R C | | Lemoine, Daniel | | |
| | | | | Smith, W R | Crawford & Company Insurance Adjusters | Schwab, Phillip J | | |
| | | | | Holliday, Maynerd | | Dejean, Baptiste | | |
| | | | | | | Thompson, Terry C | | |
| | | | | | | Gillespie, Robert | | |
| | | | | | | Willhoft, Raymond | | |
| | | | | | | Toole, Alfred | | |

Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
July 24, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | National Flood Insurers Association | |
| FMA-051-000008505 | FMA-051-000008525 | Privacy Act | 19811201 | | National Flood Insurance Program | Theriot, Ivy M | National Flood Insurance Program | Letter dated 06/21/1978 regarding flood damages claim for 1978 flood; Adjuster's Report Forms regarding individual's claims for flood damages for 1978 and 1980 floods; Reports dated 06/21/1978 to 06/26/1980 regarding National Flood Insurance Program individual's claims for damages for 1978 and 1980 floods; Congressional Contact report dated 12/01/1981 regarding Status of an Exception Request for Placing Mobile Homes in the V-Zone for St. Bernard Parish. |
| | | | | Broussard, Clarence | Writers Adjusting Company | Nogues, Louis P | | |
| | | | | Crider, Clyde L | | Cook, Edward | | |
| | | | | | H E Zylicz & Associates, Inc. | Cook, Gail | | |
| | | | | Norton, R D | GAB | Michelet, Andree M | | |
| | | | | Gambel, John | FEMA | Landry, Larry L | | |
| | | | | Director | Congressional Relations | Copperberg, Harold | | |
| | | | | Broussard, J Clarence | | Gebhard, Weldon | | |
| | | | | Radford, Ernest M | | Marino, Bernard | | |
| | | | | | | Moore, Joseph | | |
| | | | | | | Galivan, Norbert T | | |
| | | | | | | Dileo, Lucas | | |
| | | | | | | Miller, Bill | | |
| FMA-051-000008578 | FMA-051-000008617 | Privacy Act | XXXXXXXX | | | | | Report regarding lists of insurance policy holder data for Buccaneer Villa with handwritten notations. |
| FMA-051-000008855 | FMA-051-000008937 | Attorney-Client; Attorney Work Product | 19860425 | Vickstrom, Daniel M | Dewberry & Davis | Goranflo, Brenda | US Department of Justice | Transmittal Forms dated 07/06/1983 to 04/25/1986 regarding Draft Responses to West Jefferson & Lafourche Levee District Interrogatories with Typing Request Form dated 04/17/1986 regarding Louisiana Investigation with handwritten edits on draft pleadings. |
| | | | | Jill | | Dan | | |
| | | | | DMV | | | Dewberry & Davis | |
| | | | | Marchand, James E | Jefferson Parish | | US District Court for the Eastern District of Louisiana | |
| | | | | Manning, James O | Jefferson Parish | Marchard, James E | LaFourche Basin Levee District | |
| | | | | Willard, Richard K | US Office of Attorney General | Mathes, Melvin | Schmitt & Mathes | |
| | | | | Volz, John | US Department of Justice | Dutel, William J | Dutel & Dutel | |
| | | | | Brady, Surell | US Department of Justice | Seeman, Charles F | Deutsch, Kerrigan & Stiles | |
| | | | | Goranflo, Brenda G | US Department of Justice | Kaskell, Ralph J | Deutsch, Kerrigan & Stiles | |
| | | | | Stewart, Karen | US Department of Justice | Mentz, Michael P | Hailey, McNamara, Hall, Larmann & Papale | |
| | | | | | | Chopin, Richard A | Hailey, McNamara, Hall, Larmann & Papale | |
| | | | | | | Amato, Jacob J | Amato & Creely | |

Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
July 24, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Loeb, Stanley E | Fireman Fund Insurance Co. | |
| | | | | | | Andersson, W Paul | Hammett, Leake & Hammett | |
| | | | | | | Schnabel, Marta-Ann | Hammett, Leake & Hammett | |
| | | | | | | Rosenberg, Harry A | Phelps, Dunbar, Marks, Claverie & Sims | |
| | | | | | | Suffling, Charles E | Phelps, Dunbar, Marks, Claverie & Sims | |
| | | | | | | Brown, Wood | Montgomery, Barnett, Brown & Read | |
| | | | | | | Reed, Bruce G | Jefferson Levee District & Pontchartrain Levee District, LA | |
| | | | | | | Williamson, Stephen L | Montgomery, Barnett, Brown & Read | |
| | | | | | | Accardo, Frances P | Montgomery, Barnett, Brown & Read | |
| | | | | | | Dillon, Gerard M | Dillon & Cambre | |
| | | | | | | Hammett, Donald A | Hammett, Leake & Hammett | |
| | | | | | | Bryon, Kevin O | Hammett, Leake & Hammett | |
| | | | | | | Vondenstein, Hubert A | Office of Parish Attorney, Jefferson Parish, LA | |
| | | | | | | Manning, James O | LaFourche Basin Levee District and West Jefferson Levee District | |
| | | | | | | McGlinchey, Dermot S | McGlinchey, Stafford, Mintz & Cellini | |
| | | | | | | Wolbrette, Henri | McGlinchey, Stafford, Mintz & Cellini | |
| | | | | | | Keevers, Suzanne P | McGlinchey, Stafford, Mintz & Cellini | |
| | | | | | | Pastorek, Rene A | Windhorst, Pastorek & Gaudry | |
| | | | | | | Gaudry, Thomas L | Windhorst, Pastorek & Gaudry | |
| | | | | | | Ranson, Daniel A | Windhorst, Pastorek & Gaudry | |
| | | | | | | Konrad, Gordon K | R. L. Schumann & Associates | |
| | | | | | | Weigel, John J | Jones, Walker, Waechter, Poitevent, Carrere & Denegre | |
| | | | | | | Fischer, Madeleine | Jones, Walker, Waechter, Poitevent, Carrere & Denegre | |

Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
July 24, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Hulse, John I | Hulse, Nelson & Wanck | |
| | | | | | | Bordelon, Owen J | West Jefferson Levee District | |
| | | | | | | Mumme, Jules J | Avaron General Contractors | |
| | | | | | | Potts, Ewell C | Tillery & Potts | |
| | | | | | | Krobert, Kenneth B | Happy Bilt Homes, Inc. | |
| | | | | | | Torres, Sidney D | Happy Bilt homes, Inc. | |
| | | | | | | Rizzo, Peter | Hiram Fayard Construction Co., Inc. | |
| | | | | | | Miltenberger, Henry J | Miltenberger & Ziegler | |
| | | | | | | Ziegler, Fritz B | Miltenberger & Ziegler | |
| | | | | | | Childress, Raymond S | Miltenberger & Ziegler | |
| | | | | | | Weeks, Grady C | Weeks & Stark | |
| | | | | | | Stark, William A | Weeks & Stark | |
| | | | | | | Shreves, H Bruce | Smith, Peragine, Smith & Redfearn | |
| | | | | | | Blum, Thomas R | Smith, Peragine, Smith & Redfearn | |
| | | | | | | | Office of District Attorney, Parish of St. Bernard, Chalmette, LA | |
| | | | | | | LeBlanc, Sam A | Adams & Reese | |
| | | | | | | Bush, Rebecca A | Adams & Reese | |
| | | | | | | Smith, Ivy A | Tedesco, Inc., Russo Homes, Inc. & Cyril J. Traina, Inc. | |
| | | | | | | Hurdon, Joseph H | Tedesco, Inc., Russo Homes, Inc. & Cyril J. Traina, Inc. | |
| | | | | | | Ensenat, Donald | Camp, Carmouche, Barsh, Hunter, Gray, Hoffman & Gill | |
| | | | | | | Dragon, Gary J | Calvin A. Quatroy Contractor | |
| | | | | | | Cumming, William | FEMA OGC | |
| FMA-051-000008970 | FMA-051-000008970 | Attorney Work Product | XXXXXXXX | | | | | Report excerpt regarding Documents in Dewberry & Davis Files. |
| FMA-051-000008975 | FMA-051-000009084 | Attorney Work Product | 198406XX | | | Kathy K | | Report dated 10/21/1977 to 06/XX/1984 regarding Flood Investigations in Louisiana Filing Systems with handwritten edits and drafts. |
| | | | | | | Jill | | |

Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
July 24, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| FMA-051-000010314 | FMA-051-000010392 | Attorney-Client | 19840613 | Fry, William G | Dewberry & Davis | Goranflo, Brenda | US Department Of Justice | Report dated 04/XX/1984 regarding Information Available At Bernard Johnson, Inc. Which Pertains to the St. Bernard Parish Interrogatories; Report dated 04/XX/1984 regarding Information in Dewberry & Davis' Louisiana Investigation Files Which Pertain to Interrogatory 7 of the St. Bernard Parish Interrogatories; Memorandum dated 03/28/1984 regarding Responses to the Interrogatories from St. Bernard Parish with Responses to St. Bernard Parish's Request for Production of Documents enclosure; Transmittal Forms dated 04/06/1984 regarding Summaries and Supplemental Information Available; Pleading date stamped 06/13/1984 regarding Plaintiff's Answers and Objections to the Interrogatories of Defendants Parish and Police Jury of St. Bernard. |
| | | | | Vickstrom, Daniel M | Dewberry & Davis | Cumming, Bill | FEMA OGC | |
| | | | | | | Cumming, William | | |
| | | | | | | Shea, Dan | | |
| FMA-051-000010609 | FMA-051-000010614 | Attorney-Client | 19860505 | Vickstrom, Daniel M | Dewberry & Davis | Goranflo, Brenda | US Department of Justice | Transmittal Form regarding St. Bernard Interrogatories and draft Responses to Interrogatories 1 and 2 enclosure. |
| | | | | | | Gardner, Jim | US Department of Justice | |
| FMA-051-000010615 | FMA-051-000010620 | Attorney-Client | 19860430 | Vickstrom, Daniel M | Dewberry & Davis | Gardner, Jim | US Department of Justice | Transmittal Form regarding Draft Questions for St. Bernard Parish Pump Station Operator's Depositions enclosure. |
| FMA-051-000010621 | FMA-051-000010631 | Attorney-Client | 19860220 | Vickstrom, Daniel M | Dewberry & Davis | Goranflo, Brenda | US Department of Justice | Transmittal Forms dated 02/20/1986 regarding Drafts Interrogatory Responses to State of Louisiana enclosure; address of central storehouse of all FIS in USA with Total in Regular Program & Total in Program as of 09/30/1985 enclosure; Typing Request Form regarding LA Investigations. |
| | | | | DMV | Dewberry & Davis | BG | US Department of Justice | |
| | | | | Jill | | Dan | | |
| | | | | EK | | | | |
| FMA-051-000010749 | FMA-051-000010772 | Attorney-Client | XXXXXXXX | Dillon, Gerard M | Dillon & Cambre | | US District Court for the Eastern District of Louisiana | Pleading regarding U.S.A. v. The Parish of St. Bernard et al, The Parish of Jefferson et al, and Interrogatories to Plaintiff instructions. |
| | | | | Vondenstein, Hubert A | Dillon & Cambre | | | |
| | | | | | Parish of Jefferson and Jefferson Parish Council, New Orleans, LA | | | |
| FMA-051-000010773 | FMA-051-000010778 | Attorney-Client | 19840620 | Fry, William G | Dewberry & Davis | Goranflo, Brenda | US Department of Justice | Memorandum regarding Responses to Interrogatories from Jefferson Parish with draft responses enclosures. |
| | | | | EK | Dewberry & Davis | | | |
| FMA-051-000010779 | FMA-051-000010818 | Attorney Work Product | XXXXXXXX | Brady, Surell | US Department of Justice | | US District Court for the Eastern District of Louisiana | Pleading regarding U.S.A. v. The Parish of Jefferson, et al., The Parish of St. Bernard, et al., of Plaintiff's Answers and Objections to Interrogatories of Defendants Parish of Jefferson and Jefferson Parish Council in 81-1810 with handwritten edits. |
| | | | | Goranflo, Brenda G | US Department of Justice | | | |
| | | | | Shea, Daniel F | US Department of Justice | | | |
| | | | | Stewart, Karen | US Department of Justice | | | |

Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
July 24, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| FMA-051-000010819 | FMA-051-000010864 | Attorney-Client | 19840620 | Fry, William G | Dewberry & Davis | Goranflo, Brenda | US Department of Justice | Memorandum regarding Reponses to Interrogatories from Jefferson Parish with draft pleading of responses to the interrogatories and Interrogatory Comments enclosures with handwritten edits. |
| | | | | EK | Dewberry & Davis | | US District Court for the Eastern District of Louisiana | |
| | | | | Brady, Surell | US Department of Justice | | | |
| | | | | Goranflo, Brenda G | US Department of Justice | | | |
| | | | | Shea, Daniel F | US Department of Justice | | | |
| | | | | Stewart, Karen | US Department of Justice | | | |
| FMA-051-000010891 | FMA-051-000010892 | Attorney-Client | 19840625 | Fry, William G | Dewberry & Davis | Goranflo, Brenda | US Department of Justice | Memorandum regarding Responses to Interrogatories from Jefferson Parish in No 83-2077 with Interrogatory Questions # 6 & #12 Answer and Comment enclosure. |
| | | | | DMV | Dewberry & Davis | | | |
| FMA-051-000010902 | FMA-051-000010905 | Attorney-Client | 19840625 | Fry, William G | Dewberry & Davis | Goranflo, Brenda | US Department of Justice | Memorandum regarding Responses to Interrogatories from Jefferson Parish in No 83-2077 with draft responses to interrogatories enclosure. |
| | | | | DMV | Dewberry & Davis | | | |
| FMA-051-000010916 | FMA-051-000010919 | Attorney-Client | 19840405 | Bishop, Joseph | FEMA | Jett, George | FEMA OGC | Memorandum regarding Interrogatories re Jefferson Parish Actions and My Answers. |
| FMA-051-000010956 | FMA-051-000010959 | Attorney-Client | 19840813 | DMV | Dewberry & Davis | Goranflo, Brenda | US Department of Justice | Record of Communication Forms dated 08/13/1984 regarding Louisiana Investigations with handwritten information on Joe Varisco, Inc. Interrogatories. |
| FMA-051-000010963 | FMA-051-000010978 | Attorney-Client | 19841205 | Fry, William G | Dewberry & Davis | Goranflo, Brenda G | US Department of Justice | Memorandums dated 12/05/1984 regarding Supplemental Response to Varisco's Requests for Admissions with handwritten edits; Letters dated 01/15/1975 to 11/24/1975 regarding Base Flood Elevation-Oak Grove Estates Subdivision Parish of Jefferson, West Bank; Notification of Flood Zone Changes in Oak Cove Estates Subdivision, Marrero, LA with map and enclosures. |
| | | | | Condon, R L | Department of Drainage & Sewerage, Jefferson Parish, LA | Burnstein, George K | US Federal Insurance Agency, Department Housing & Urban Development | |
| | | | | Hennessey, James E | Regent Development Corporation | Hennessey, James E | Regent Development Corporation | |
| | | | | Hunter, J Robert | US Federal Insurance Agency, Department Housing & Urban Development | Hunter, J Robert | US Federal Insurance Agency, Department Housing & Urban Development | |
| | | | | Krimm, Richad W | US Department of Housing and Urban Development, Federal Insurance Administration | Farmer, Roy | USACE | |
| | | | | Miller, John A | Jefferson Parish | | Rene Harris & Associates | |
| | | | | Roy, James F | USACE LMNPL-M | Locke | | |

Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
July 24, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Ford, Hugh | Office of Planning, Jefferson Parish, LA | |
| | | | | | | Chron File | | |
| | | | | | | Roy, James F | USACE Planning Division | |
| | | | | | | DeVun, D | | |
| | | | | | | Schouest, H | | |
| | | | | | | Banquer, S | | |
| | | | | | | Constant, J | | |
| | | | | | | Ford, H | | |
| | | | | | | FIA Files | | |
| | | | | | | Community Files | | |
| FMA-051-000010988 | FMA-051-000010990 | Attorney Work Product | XXXXXXXX | | | | | Handwritten Interrogatory Responses for Coast Quality Construction, Sunrise Homes and Charlie Kornman. |
| FMA-051-000011084 | FMA-051-000011107 | Attorney-Client; Attorney Work Product | XXXXXXXX | Dillon, Gerard M | Dillon & Cambre | | US District Court for the Eastern District of Louisiana | Pleading regarding U.S.A. v. The Parish of Jefferson et al., The Parish of St. Bernard, et al. Interrogatories To Plaintiff stamped Duplicate with handwritten edits. |
| | | | | Vondenstein, H A | Office of Attorney, Jefferson Parish, LA | | | |
| FMA-051-000011108 | FMA-051-000011112 | Attorney-Client | 19840406 | Goranflo, Brenda G | US Department of Justice | Fry, William G | Dewberry & Davis | Letters dated 04/05/1984 to 04/06/1984 regarding U.S. v. Parish of Jefferson et al., USDC, ED La., Civil Action Nos. 81-1808, 81-1810, 83-2077, 83-2078; Parish Interrogatories, Requests for Production of Documents. |
| | | | | Stewart, Karen | US Department of Justice | Cumming, William | FEMA OGC | |
| FMA-051-000011113 | FMA-051-000011127 | Privacy Act | 19840315 | Keevers, Suzanne P | US District Court for the Eastern District of Louisiana | | US District Court for the Eastern District of Louisiana | Pleadings regarding U.S.A. v. The Parish of Jefferson, et al., The Parish of St. Bernard, et al., of Interrogatories and Requests for Production. |
| | | | | | | Shreves, H Bruce | | |
| | | | | | | | Office of District Attorney, St. Bernard Parish, LA | |
| | | | | | | Miltenberger, Henry J | | |
| | | | | | | Mentz, Michael | | |
| | | | | | | Chopin, Richard A | | |
| | | | | | | Weeks, Grady C | | |
| | | | | | | Mumme, Jules J | | |
| | | | | | | Winkler, Peter A | | |
| | | | | | | Tillery, Scott | | |
| | | | | | | Weigel, John J | | |
| | | | | | | Krobert, Kenneth B | | |
| | | | | | | Smith, Ivy A | | |
| | | | | | | Potts, Ewell C | | |
| | | | | | | Ensenat, Donald | | |
| | | | | | | Duplass, Lawrence J | | |
| | | | | | | Perez, Stephen R | | |
| | | | | | | Moloney, Lawrence A G | US Department of Justice | |
| | | | | | | Dragon, Gary J | | |
| | | | | | | Cassidy, Brian | FEMA OGC | |
| | | | | | | Dutel, William J | Dutel & Dutel | |
| | | | | | | Konrad, Gordon K | | |
| | | | | | | Seeman, Charles F | Deutsch, Kerrigan & Stiles | |

Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
July 24, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Pastorek, Rene A | | |
| | | | | | | Gaudry, Thomas L | | |
| | | | | | | Ranson, Daniel A | | |
| | | | | | | Loeb, Stanley E | | |
| | | | | | | Mintz, Albert | | |
| | | | | | | Williamson, Stephen L | | |
| | | | | | | Vondenstein, Hubert A | Jefferson Parish | |
| | | | | | | Ganucheau, Denis P | Jefferson Parish | |
| | | | | | | Leake, Robert A | Hammett, Leake & Hammett | |
| | | | | | | Andersson, Paul | Hammett, Leake & Hammett | |
| | | | | | | Schnabel, Marta-Ann | Hammett, Leake & Hammett | |
| | | | | | | Fischer, Madeleine | Jones, Walker, Waechter, Poitevent, Carrere & Denegre | |
| | | | | | | Hulse, John I | Hulse, Nelson & Wanck | |
| | | | | | | Schafer, Timothy G | Schafer & Schafer | |
| | | | | | | Dillon, Gerard M | Dillon & Cambre | |
| | | | | | | Menuet, Robert L | | |
| | | | | | | Manning, James O | | |
| | | | | | | Reed, Bruce G | | |
| | | | | | | Bordelon, Owen J | | |
| | | | | | | Rosenberg, Harry A | Phelps, Dunbar, Marks, Claverie & Sims | |
| | | | | | | Suffling, Charles E | Phelps, Dunbar, Marks, Claverie & Sims | |
| | | | | | | Schmitt, A J | Beard, Blue, Schmitt, Mathes, Koch & Williams | |
| | | | | | | Mathes, Melvin | Beard, Blue, Schmitt, Mathes, Koch & Williams | |
| | | | | | | Williams, C T | Beard, Blue, Schmitt, Mathes, Koch & Williams | |
| | | | | | | Sternfels, Robert | Triche, Sternfels & Nail | |
| FMA-051-000011128 | FMA-051-000011140 | Privacy Act; Attorney Work Product | XXXXXXXX | | | | | Report regarding Responses to J.J. Krebs Interrogatories, Jefferson Parish. |
| FMA-051-000011141 | FMA-051-000011141 | Attorney-Client | 19840418 | Intravia, Lawrence R | Office of Assistant General Counsel for Litigation & Subrogation | Bragg, Jeffrey S | | Memorandum regarding Interrogatories and Requests for Production of Documents in the Jefferson Parish and St. Bernard Parish Subrogation Actions with attachments. |
| | | | | | | Stephens, Jerry D | | |
| | | | | | | Wald, Kimber | | |
| | | | | | | Docket | | |
| | | | | | | Carley | | |
| | | | | | | Cumming | | |
| | | | | | | Intravia | | |

Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
July 24, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Reading File | | |
| FMA-051-000011204 | FMA-051-000011205 | Attorney Work Product | XXXXXXXX | | | | | Handwritten report regarding Instructions for Data Retrieval for St. Bernard Parish. |
| FMA-051-000011206 | FMA-051-000011209 | Attorney Work Product | XXXXXXXX | | | | | Parish Subdivisions with Sepia Numbers and Subdivisions. |
| FMA-051-000011370 | FMA-051-000011383 | Attorney-Client | 19860408 | Vickstrom, Dan | Dewberry & Davis | Goranflo, Brenda | US Department of Justice | Transmittal form regarding an Additional Request for Production to the State of Louisiana, DOTD of Public Works. Attached are Thirteen Pages of Handwritten notes regarding Request for Production A through H and Application for Project Funding Submitted to the Statewide Flood Control Program for 400,000 GPM Pumping Station by Lake Borgne Basin Levee District November 1, 1983. |
| FMA-051-000011384 | FMA-051-000011392 | Attorney-Client | 19860612 | Vickstrom, Dan | Dewberry & Davis | Goranflo, Brenda G | US Department of Justice | Memorandum dated 4/4/1086 with Draft to the Department of Transportation and Development, Office of Public Works for Documents regarding Flood Causation Studies and an Invoice from Colonial Blue line Co., Inc. dated 6/12/1986 regarding Request for Production to the State of Louisiana. |
| | | | | | Colonial Blueline Co Inc. | Vickstrom, Dan | Dewberry & Davis | |
| | | | | | | PFW | | |
| FMA-051-000011957 | FMA-051-000011964 | Privacy Act | XXXXXXXX | | | | | List of Houses that Flooded in St Bernard Parish in 1982 and 1983 Storms For Which Building Permits Were Found and Comments on Safety and Permits. |
| FMA-051-000012119 | FMA-051-000012119 | Attorney-Client | 19850214 | Fry, William G | Dewberry & Davis | Cumming, William R | FEMA | Memorandum regarding Settlement Memorandums for Jefferson and St. Bernard Parishes.. |
| | | | | | | WGF | | |
| | | | | | | DMV | | |
| | | | | | | PFW | | |
| FMA-051-000012120 | FMA-051-000012120 | Attorney-Client | 19850213 | Fry, William G | Dewberry & Davis | Goranflo, Brenda G | US Department of Justice | Memorandum regarding Drainage Studies to Request From St. Bernard Parish and the Lake Borgne Basin Levee District. |
| | | | | | | WGF | | |
| | | | | | | DMV | | |
| | | | | | | JP | | |
| FMA-051-000012131 | FMA-051-000012164 | Attorney-Client | 19850103 | Fry, William G | Dewberry & Davis | Goranflo, Brenda G | US Department of Justice | Memorandums dated 01/02/1985 to 01/03/1985 regarding Considerations for Settlement with St. Bernard Parish, Louisiana. |
| | | | | | | Cumming, William R | FEMA OGC | |
| | | | | | | Locke, William R | | |
| FMA-051-000012165 | FMA-051-000012172 | Attorney-Client | 19841221 | Fry, William G | | Goranflo, Brenda G | US Department of Justice | Memorandum dated 12/21/1984 regarding Consideration for Settlement with St. Bernard Parish, Louisiana. |
| | | | | | | Cumming, William R | FEMA OGC | |
| FMA-051-000012181 | FMA-051-000012182 | Attorney-Client | XXXXXXXX | | | | | Hand Written document regarding Settlement Item St. Bernard Parish. |
| FMA-051-000012189 | FMA-051-000012190 | Attorney-Client | 19841121 | DMV | | BG | US Department of Justice | Memos dated 11/19/1984 thru 11/21/1984 regarding Analyzing the St Bernard Drainage Improvements and Settlement Discussion. |
| FMA-051-000012248 | FMA-051-000012254 | Privacy Act | XXXXXXXX | | | | | Documents dated March 1975 and March 1978 regarding Buccaneer Villa or Buccaneer Villa North subdivisions where the Parish, the Police Jury or the St. Bernard Parish board of Building standards and Appeals granted a structural elevation variance for the lot/square combination corresponding to the street address. |

Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
July 24, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| FMA-051-000012310 | FMA-051-000012313 | Privacy Act | XXXXXXXX | | | | | Request for admissions #200 to 202 concerning Building Permits issued by the Parish for Structures to be Built Below the Minimum Elevations. |
| FMA-051-000012379 | FMA-051-000012382 | Privacy Act | XXXXXXXX | | | | | Documents dated March 1975 and March 1978 regarding Buccaneer Villa or Buccaneer Villa North subdivisions where the Parish, the Police Jury or the St. Bernard Parish board of Building standards and Appeals granted a structural elevation variance for the lot/square combination corresponding to the street address. |
| FMA-051-000012389 | FMA-051-000012389 | Attorney Work Product | 19860603 | Bush, Becky | | | Dewberry & Davis | Document regarding Dewberry and Davis Files Requested to be Copied by Becky Bush. |
| FMA-051-000013283 | FMA-051-000013288 | Attorney Work Product | XXXXXXXX | | USA | | US District Court for the Eastern District of Louisiana | Settlement Agreement between the United States of America and Burk and Associates. |
| | | | | | Burk & Associates | | | |
| FMA-051-000013422 | FMA-051-000013424 | Attorney-Client | XXXXXXXX | Thomas, Frank H | | Ray, Alton S | FEMA | Memorandum regarding St. Bernard Parish, Louisiana Compliance with the Terms of the Settlement Agreement. |
| | | | | | | Robinson | | |
| | | | | | | Davison | | |
| | | | | | | Mrazik, Brian | | |
| | | | | | | Bank, Susan | US Department of Justice | |
| | | | | | | Miller, Matthew | | |
| | | | | | | Thomas | | |
| FMA-051-000013427 | FMA-051-000013431 | Attorney-Client | 19891206 | Miller, Matthew | FEMA FIA | Thomas, Frank H | FEMA FIA | Memorandum regarding St. Bernard Parish, Louisiana Compliance with the Terms of the Settlement Agreement. |
| | | | | | | Fairley, Wayne | | |
| | | | | | | Bank, Susan | OGC | |
| | | | | | | Davison, Todd | FEMA FIA | |
| | | | | | | Mrazik, Brian | FEMA FIA | |
| FMA-051-000013432 | FMA-051-000013432 | Attorney-Client | 19891229 | Bank, Susan | FEMA | Thomas, Frank | FEMA FIA | Letter regarding Matt Miller's 12/06/1989 Memo regarding St Bernard Parish. |
| | | | | | | Watson, George | OGC | |
| | | | | | | Mrazik, Brian | FIA-ORA | |
| | | | | | | Miller, Matt | FIA-ORA | |
| | | | | | | Ray, Alton | Region 6 | |
| FMA-051-000013504 | FMA-051-000013505 | Attorney-Client | 19910122 | Matticks, John | FEMA | Bank, Susan | FEMA | Memorandum regarding St Bernard Parish Settlement Agreement. |
| | | | | | | Thomas, Frank | FEMA FIA | |
| | | | | | | Robinson, Mike | | |
| | | | | | | Carpenter, Nancy | | |
| | | | | | | Davison, Todd | | |
| | | | | | | Locke, Bill | | |
| | | | | | | Miller, Matt | | |
| FMA-051-000013563 | FMA-051-000013563 | Attorney-Client | 19910717 | Hirsch, Michael B | FEMA | LeGrotte, Jim | FEMA | Memorandum regarding St Bernard Parish, LA, Compromise Settlement Agreement. |
| | | | | | | Thomas, Frank | FEMA | |
| | | | | | | Matticks, John | FEMA FIA | |
| FMA-051-000013572 | FMA-051-000013572 | Attorney-Client | 19910726 | LeGrotte, Jim | FEMA | Hirsch, Michael | OGC | Memorandum regarding St Bernard Parish, LA, Compromise Settlement Agreement. |
| | | | | | | Thomas, Frank | FEMA FIA | |
| | | | | | | Matticks, John | FEMA FIA | |
| FMA-051-000013573 | FMA-051-000013573 | Attorney-Client | 19910808 | Matticks, John | FEMA | Hirsch, Michael | OGC | Memorandum regarding St Bernard Parish Proposed Pump Station Operation Plan. |

Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
July 24, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Thomas, Frank | FEMA FIA | |
| | | | | | | LeGrotte, Jim | FEMA | |
| FMA-051-000013574 | FMA-051-000013574 | Attorney-Client | 19910827 | Miller, Matthew B | FEMA | Standige, Connie | LA DOTD | Record of Telephone Conversation regarding 404 Permit Application for a Forced Drainage Area in St Bernard Parish. |
| | | | | | | Locke, Bill | | |
| | | | | | | Goranflo, Brenda | US Department of Justice | |
| | | | | | | Davison, Todd | | |
| FMA-051-000013580 | FMA-051-000013580 | Attorney-Client | 19910911 | Miller, Matthew B | FEMA | Standige, Connie | LA DOTD | Record of Telephone Conversation regarding St Bernard Parish Master Drainage Plan. |
| | | | | | | Matticks, John | FEMA | |
| | | | | | | Locke, Bill | | |
| | | | | | | Clark, Kevin | | |
| | | | | | | Goranflo, Brenda | US Department of Justice | |
| | | | | | | Hirsch, Michael | FEMA | |
| | | | | | | Fisher, Rob | | |
| | | | | | | Davison, Todd | | |
| FMA-051-000012755 | FMA-051-000012755 | Attorney-Client | XXXXXXXX | Bank, Susan | FEMA | Ray, Alton | FEMA | Memorandum regarding St Bernard Parish Consent Decree Master Drainage Plan. |
| | | | | | | Thomas, Frank H | FEMA FIA | |
| | | | | | | Mrazik, Brian R | FEMA FIA | |
| FMA-051-000012757 | FMA-051-000012758 | Attorney-Client | 19911028 | Hirsch, Michael | FEMA | Thomas, Frank | FEMA FIA | Memorandum regarding Deadlines in US v St Bernard Parish Settlement Agreement. |
| | | | | Goranflo, Brenda G | US Department of Justice | Matticks, John | FEMA FIA | |
| | | | | | | Smith, Sandy | Office of Special Projects | |
| FMA-051-000012790 | FMA-051-000012793 | Attorney-Client | 19880419 | Mrazik, Brian R | FEMA | Duryee, Harold T | FEMA | Memorandum regarding St. Bernard Parish, LA, Civil Actions 81-1808 and 83-2078 FEMA Position Paper; Report regarding FEMA Position Paper concerning Drainage Requirements for Development in St Bernard Parish LA. |
| | | | | | | Bank, Susan | FEMA | |
| | | | | | | Thomas, Frank H | FEMA FIA | |
| FMA-051-000012989 | FMA-051-000013007 | Attorney-Client | XXXX0825 | Bank, Susan | FEMA | Miller, Matt | FEMA | Motion regarding US v St Bernard Parish Settlement Agreement with handwritten note. |
| | | | | Brady, Surell | US Department of Justice | | US District Court for the Eastern District of Louisiana | |
| | | | | Stewart, Karen | US Department of Justice | | | |
| | | | | Gardner, James | US Department of Justice | | | |
| | | | | Shreves, Bruce | Simon Peragine Smith & Redfearn | | | |
| | | | | Stafford, Rebecca L | Simon Peragine Smith & Redfearn | | | |
| | | | | Tart, Susan | Simon Peragine Smith & Redfearn | | | |
| | | | | LeBlanc, Sam A | Parish of St Bernard Police Jury | | | |
| | | | | Bush, Rebecca A | Parish of St Bernard Police Jury | | | |

Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
July 24, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | Mentz, Michael P | Hailey McNamara Hall Larmann & Paple | | | |
| | | | | Schneider, Emile W | Kiefer, Kiefer & Schneider | | | |
| | | | | US District Judge | US District Court for the Eastern District of Louisiana | | | |
| FMA-051-000013093 | FMA-051-000013094 | Attorney-Client | 19911028 | Hirsch, Michael | FEMA | Thomas, Frank | FEMA FIA | Memorandum regarding Deadlines in US v St Bernard Parish Settlement Agreement |
| | | | | Goranflo, Brenda G | US Department of Justice | Matticks, John | FEMA FIA | |
| | | | | | | Smith, Sandy | OIG | |
| FMA-051-000013120 | FMA-051-000013121 | Attorney-Client | 19920318 | Gormly, Patricia M | FEMA | Miller, Russell F | OIG | Memorandum dated regarding Inspector General's Draft Report INS-92-3 on Performance of Parties on Settlement Agreement In Consolidated Case Nos. 81-1808 and 83-2078. |
| FMA-051-000013868 | FMA-051-000013869 | Attorney-Client | 19920318 | Gormly, Patricia M | FEMA | Miller, Russell F | OIG | Memorandum regarding Inspector General's Draft Report INS-92-3 on Performance of Parties on Settlement Agreement In Consolidated Case Nos 81-1808 and 83-2078. |
| FMA-051-000013870 | FMA-051-000013871 | Attorney-Client | 19911028 | Hirsch, Michael | FEMA | Thomas, Frank | FEMA FIA | Memorandum regarding Deadlines in US v St Bernard Parish Settlement Agreement. |
| | | | | Goranflo, Brenda G | US Department of Justice | Matticks, John | FEMA FIA | |
| | | | | | | Smith, Sandy | OIG | |
| FMA-051-000014126 | FMA-051-000014126 | Attorney-Client | 19910808 | Matticks, John | FEMA | Hirsch, Michael B | FEMA OGC | Memorandum regarding proposed Operation Plan for a Pump Station in St Bernard Parish. |
| | | | | | | Thomas, Frank | FEMA FIA | |
| | | | | | | LeGrotte, Jim | FEMA | |
| FMA-051-000014132 | FMA-051-000014133 | Attorney-Client | 19911028 | Hirsch, Michael | FEMA | Thomas, Frank | FEMA FIA | Memorandum regarding Deadlines in US v St Bernard Parish Settlement Agreement. |
| | | | | Goranflo, Brenda G | US Department of Justice | Matticks, John | FEMA FIA | |
| | | | | | | Smith, Sandy | Office of Special Projects | |
| FMA-051-000014159 | FMA-051-000014160 | Attorney-Client | 19920318 | Gormly, Patricia M | FEMA | Miller, Russell F | OIG | Memorandum regarding Inspector General's Draft Report INS-92-3 on Performance of Parties on Settlement Agreement In Consolidated Case Nos 81-1808 and 83-2078. |
| FMA-051-000014426 | FMA-051-000014426 | Attorney-Client | 19860506 | Scheibel, John | FEMA | Mrazik, Brian | FEMA | Memorandum handwritten date 05/06/1986 regarding St Bernard Parish LA Flood Insurance Rate Map. |
| FMA-051-000014427 | FMA-051-000014428 | Attorney-Client | 19850424 | Mrazik, Brian | FEMA FIA | Scheibel, John | FEMA | Memorandum regarding St Bernard Parish LA Flood Insurance Rate Map (FIRM) and Flood Insurance Study (FIS). |
| | | | | | | Bank, Susan | | |
| | | | | | | Intravia, Larry | OGC | |
| FMA-051-000014437 | FMA-051-000014445 | Attorney-Client | 19860417 | Mrazik, Brian | FEMA | Scheibel, John | FEMA | Memorandum dated 04/24/1985 regarding St Bernard Parish La Flood Insurance Rate Map (FIRM) and Flood Insurance Study (FIS); Transmittals dated 04/11/1986 to 04/17/1986 regarding revised Memorandum to OGC on St Bernard Parish LA, NGS Letter. |
| | | | | Rhodes, Perry | Dewberry & Davis | Bank, Susan | | |
| | | | | Mrazik, Brian | FEMA | Intravia, Larry | OGC | |
| | | | | | | Miller, Matt | FEMA | |
| | | | | | | Scheibel, John | FEMA | |

Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
July 24, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| FMA-051-000014830 | FMA-051-000014832 | Attorney-Client | 19920318 | Gormly, Patricia M | FEMA | Miller, Russell F | OIG | Memorandums dated 10/28/1991 03/18/1992 regarding Inspector General's Draft Report INS-92-3 on Performance of Parties on Settlement Agreement In Consolidated Case Nos. 81-1808 and 83 2078, Deadlines in US v St Bernard Parish Settlement Agreement. |
| | | | | Hirsch, Michael | FEMA | Thomas, Frank | FEMA FIA | |
| | | | | Goranflo, Brenda G | US Department of Justice | Matticks, John | FEMA FIA | |
| | | | | | | Smith, Sandy | OIG | |
| FMA-053-000000842 | FMA-053-000000936 | Attorney Work Product | 19820225 | Nunez, J | | Fry, William | Dewberry & Davis | Memorandum dated 04/27/1981 regarding Flood Investigations in Louisiana Trip to New Orleans April 23-24 1981 with attached Insurance Studies, Daily Reports; Memorandum dated 04/21/1981 regarding Summary of Reports on Louisiana Investigations with attached Topical Reports, reference work papers; Memorandum regarding Travel Itinerary; Memo regarding News Articles, Call for Parish Study; Draft report regarding Major Points Against 1362 at Coubre Drive Bayou Estates; Handwritten List of Engineer Tasks for Monday Morning; Handwritten note dated 02/25/1982 regarding Jefferson Parish; Handwritten report regarding Coubre Drive. |
| | | | | Fry, William | Dewberry & Davis | Maloney, Larry | | |
| | | | | | | Sokolove, Robert | | |
| | | | | | | Sharrocks, Fred | | |
| FMA-053-000000574 | FMA-053-000000654 | Attorney Work Product | 198607XX | | Dewberry & Davis | | FEMA | Draft Reports regarding Flood Investigation for Drainage Area From Paris Road East to Violet Canal St. Bernard Parish, La, Flood Investigation for Pump Station 1 and 2 Drainage Areas. |
| FMA-055-000000002 | FMA-055-000000003 | Attorney-Client | 19910808 | Matticks, John | FEMA | Hirsch, Michael | FEMA | Memorandum regarding St Bernard Parish, LA, proposed operation plan for a pump station in one of the forced drainages in St Bernard Parish; Letter dated 07/08/1991 regarding St Bernard Parish Master Drainage Study. |
| | | | | | LA DOTD | Fisher, Rob | FEMA | |