UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____ | *<br>*<br>* | CIVIL ACTION<br><br>NUMBER 05-4182 |
| | * | & CONSOLIDATED CASES |
| THIS DOCUMENT RELATES TO | * | |
| LEVEE:  06-5116  (Sims) | * | SECTION "K" |
|             06-5127  (DePass) | * | |
|             06-5131  (Bourgeois) | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

### MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO MOTION FOR RECONSIDERATION

NOW INTO COURT, through undersigned counsel, comes defendant Sewerage and Water Board of New Orleans, who moves for leave to submit a supplemental memorandum to address arguments plaintiffs advance for the first time in their Response Memorandum [Doc. 13907]. Plaintiffs filed their motion for reconsideration [Doc 13723] addressing one sole issue, the effect of the Louisiana Supreme Court's decision in *Burmaster v. Plaquemines Parish Government,* 2007-2432 (La. 5/21/08), 982 So.2d 795. In their response, plaintiffs raise new issues not originally raised or briefed in their motion for reconsideration. Accordingly, the Sewerage and Water Board of New Orleans requests leave to file the accompanying supplemental memorandum to object to the raising of new issues and to address these additional arguments.

Respectfully submitted,

s/Charles M. Lanier, Jr.

**CHARLES M. LANIER, JR. - #18299, T.A.**
**J. WARREN GARDNER, JR. - #5928**
**KEVIN R. TULLY - #1627**
**CHARLOTTE J. SAWYER – #28493**
**CHRISTOVICH & KEARNEY, LLP**
601 Poydras Street, Suite 2300
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700

**GEORGE R. SIMNO III - #12271**
**GERARD M. VICTOR - #9815**
625 St. Joseph Street, Room 201
New Orleans, Louisiana 70165
Telephone: (504) 585-2242
Facsimile: (504) 585-2426

ATTORNEYS FOR DEFENDANT SEWERAGE
AND WATER BOARD OF NEW ORLEANS

# C E R T I F I C A T E

I do hereby certify that on the 24th day of July 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record. I also certify that I have mailed the foregoing by United States Postal Services, First Class, to all non-CM/ECF participants.

s/Charles M. Lanier, Jr.
**CHARLES M. LANIER, JR.**