UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____ | *<br>*<br>* | CIVIL ACTION<br><br>NUMBER 05-4182 |
| | * | & CONSOLIDATED CASES |
| THIS DOCUMENT RELATES TO | * | |
| LEVEE:  06-5116  (Sims) | * | SECTION "K" |
|             06-5127 (DePass) | * | |
|             06-5131 (Bourgeois) | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

**O R D E R**

Considering the Sewerage and Water Board of New Orleans' Motion for Leave to File Supplemental Memorandum in Opposition to Plaintiffs' Motion for Reconsideration of Court's Ruling:

IT IS ORDERED that defendant's motion for leave is granted, and the Supplemental Memorandum in Opposition to Plaintiffs' Motion for Reconsideration of Court's Ruling is hereby filed.

New Orleans, Louisiana, this _____ day of July, 2008.

_____
**STANWOOD R. DUVAL, JR.**
**U.S. DISTRICT COURT JUDGE**