UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Lois Alugas, Herman J. Alugas regarding 4726 Touro St., New Orleans, LA 70122; Delores Brown-Patterson, Ernest Lee Brown, Sr. regarding 4542 Viola St., New Orleans, LA 70126; DEBBIE PARKER, Willie Frank Carey regarding 13031 N. Lake Carmel Dr., New Orleans, LA 70128; Anita Felder, Lester E Felder Sr regarding 7352 Strathmore dr, New Orleans, LA 70128; VIRGINIA BUTLER regarding 1818 FERN ST., NEW ORLEANS, LA 70118; Kalton Hall, Glenda Hall regarding 2460 Paige Janette Dr., Harvey, LA 70058; Cherlyn Hayes regarding 6961 E. Laverne, New Orleans, LA 70126; Clyde Babylon regarding 504 Perrin Dr., Arabi, LA 70032; Norma Pitre regarding 4304 Sybil St., New Orleans, LA 70122; ANTHONY CAMUS, SARA LOUISE CAMUS regarding 7137 THORN LEY DR, NEW ORLEANS, LA 70126; Troy Johnson regarding 7107 Barrington Ct., New Orleans, LA 70128; Lucille Bland regarding 5767 Campus Blvd., New Orleans, LA 70126; Angenette Wright, Ernest Wright Jr. regarding 4588 Marque Dr., New Orleans, LA 70127** |

### UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Lois Alugas, Herman J. Alugas regarding 4726 Touro St., New Orleans, LA 70122; Delores Brown-Patterson, Ernest Lee Brown, Sr. regarding 4542 Viola St., New Orleans, LA 70126; DEBBIE PARKER, Willie Frank Carey regarding 13031 N. Lake Carmel Dr., New Orleans, LA 70128; Anita Felder, Lester E Felder Sr

Sr regarding 7352 Strathmore dr, New Orleans, LA 70128; VIRGINIA BUTLER regarding 1818 FERN ST., NEW ORLEANS, LA 70118; Kalton Hall, Glenda Hall regarding 2460 Paige Janette Dr., Harvey, LA 70058; Cherlyn Hayes regarding 6961 E. Laverne, New Orleans, LA 70126; Clyde Babylon regarding 504 Perrin Dr., Arabi, LA 70032; Norma Pitre regarding 4304 Sybil St., New Orleans, LA 70122; ANTHONY CAMUS, SARA LOUISE CAMUS regarding 7137 THORN LEY DR, NEW ORLEANS, LA 70126; Troy Johnson regarding 7107 Barrington Ct., New Orleans, LA 70128; Lucille Bland regarding 5767 Campus Blvd., New Orleans, LA 70126; Angenette Wright, Ernest Wright Jr. regarding 4588 Marque Dr., New Orleans, LA 70127, who wish to voluntarily dismiss the claims against Defendant(s) Allstate Insurance Company in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY:   /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 24th day of July, 2008.

  /s/ Joseph M. Bruno
Joseph M. Bruno