UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Lois Alugas, Herman J. Alugas regarding 4726 Touro St., New Orleans, LA 70122; Delores Brown-Patterson, Ernest Lee Brown, Sr. regarding 4542 Viola St., New Orleans, LA 70126; DEBBIE PARKER, Willie Frank Carey regarding 13031 N. Lake Carmel Dr., New Orleans, LA 70128; Anita Felder, Lester E Felder Sr regarding 7352 Strathmore dr, New Orleans, LA 70128; VIRGINIA BUTLER regarding 1818 FERN ST., NEW ORLEANS, LA 70118; Kalton Hall, Glenda Hall regarding 2460 Paige Janette Dr., Harvey, LA 70058; Cherlyn Hayes regarding 6961 E. Laverne, New Orleans, LA 70126; Clyde Babylon regarding 504 Perrin Dr., Arabi, LA 70032; Norma Pitre regarding 4304 Sybil St., New Orleans, LA 70122; ANTHONY CAMUS, SARA LOUISE CAMUS regarding 7137 THORN LEY DR, NEW ORLEANS, LA 70126; Troy Johnson regarding 7107 Barrington Ct., New Orleans, LA 70128; Lucille Bland regarding 5767 Campus Blvd., New Orleans, LA 70126; Angenette Wright, Ernest Wright Jr. regarding 4588 Marque Dr., New Orleans, LA 70127 |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Lois Alugas, Herman J. Alugas regarding 4726 Touro St., New Orleans, LA 70122;

Delores Brown-Patterson, Ernest Lee Brown, Sr. regarding 4542 Viola St., New Orleans, LA 70126; DEBBIE PARKER, Willie Frank Carey regarding 13031 N. Lake Carmel Dr., New Orleans, LA 70128; Anita Felder, Lester E Felder Sr regarding 7352 Strathmore dr, New Orleans, LA 70128; VIRGINIA BUTLER regarding 1818 FERN ST., NEW ORLEANS, LA 70118; Kalton Hall, Glenda Hall regarding 2460 Paige Janette Dr., Harvey, LA 70058; Cherlyn Hayes regarding 6961 E. Laverne, New Orleans, LA 70126; Clyde Babylon regarding 504 Perrin Dr., Arabi, LA 70032; Norma Pitre regarding 4304 Sybil St., New Orleans, LA 70122; ANTHONY CAMUS, SARA LOUISE CAMUS regarding 7137 THORN LEY DR, NEW ORLEANS, LA 70126; Troy Johnson regarding 7107 Barrington Ct., New Orleans, LA 70128; Lucille Bland regarding 5767 Campus Blvd., New Orleans, LA 70126; Angenette Wright, Ernest Wright Jr. regarding 4588 Marque Dr., New Orleans, LA 70127 against Defendants Allstate Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

     New Orleans, Louisiana, this _____ day of _____, 2008.

                                                          _____
                                                          United States District Judge