UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                                CIVIL ACTION
       CONSOLIDATED LITIGATION
                                                             NO. 05-4182

PERTAINS TO: BARGE                                           SECTION "K"(2)
        *Boutte v. Lafarge* (05-5531)
        *Mumford v. Ingram* (05-5724)
        *Lagarde v. Lafarge* (06-5342)
        *Perry v. Ingram* (06-6299)
        *Benoit v. Lafarge* (06-7516)
        *Parfait Family v. USA* (07-3500)
        *Lafarge v. USA* (07-5178)

## ORDER

Considering the Motion for Leave to File Reply (Rec. Doc. 13942), accordingly,

**IT IS ORDERED** that the Motion is **GRANTED**.

New Orleans, Louisiana, this ___24th___ day of July, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE