UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:<br>KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§ | CIVIL ACTION NO. 05-4182<br><br>SECTION "K" (2) |
| PERTAINS TO:  INSURANCE | §<br>§ | JUDGE DUVAL |
| ANTHONY AND CHERIE PALERMO | §<br>§ | MAGISTRATE WILKINSON |
| VERSUS                                 NO.: 08-1657 | §<br>§ | |
| ALLSTATE INSURANCE COMPANY | §<br>§ | |

## ORDER

Considering the Rule 41(a) Stipulation and Voluntary Dismissal with Prejudice by Anthony and Cherie Palermo;

It is hereby ORDERED that the above-captioned matter, no. 08-1657, is dismissed with prejudice.

New Orleans, Louisiana, this 24th day of July, 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge

1