UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION

NO. 05-4182

PERTAINS TO:
*Gregory App.* C.A. No. 07-8717

SECTION "K"(2)

### ORDER

On May 5, 2008 the above-referenced matter was transferred to this section of Court as being "substantially related to the *In re Katrina Canal Breaches Consolidated Litigation*, C. A. No. 05-4182. However, on April 8, 2008, the Louisiana Supreme Court rendered its decision in *Sher v. Lafayette Ins. Co.*, 2008 WL 928486 (La. 2008), which established that the exclusions in Louisiana homeowners' insurance policies of coverage for damage caused by the flood that resulted from the various levee breaches in the aftermath of Hurricane Katrina are valid and unambiguous. As such, the purpose for further transfers and consolidation of cases alleging coverage because of water damage exclusions in insurance policies is no longer viable. While the Court has retained those cases transferred prior to the *Sher* decision in an effort to aid in the global settlement of these cases, the rationale for such a transfer no longer exists. Accordingly, pursuant to L.R. 3.1.1,

IT IS ORDERED that the above-captioned matter is DECONSOLIDATED AND TRANSFERRED to Section "B"(4) for further handling.

New Orleans, Louisiana, this __23rd__ day of July, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

JUL 23 2008

TRANSFERRED TO

SECT. B MAG. 4

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____