UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL | * | CIVIL ACTION NO. 05-4182 |
| BREACHES CONSOLIDATED LITIGATION | * | "K" (2) |
| | * | |
| PERTAINS TO INSURANCE: 07-1812 | * | JUDGE DUVAL |
| PLAINTIFFS: SOTIRIOUS AND | * | |
| PANAGELOEA NICOLOPOULOS | * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## STIPULATED ORDER OF DISMISSAL, PURSUANT TO F.R.C.P. 41(a)(1)(ii)

**IT IS STIPULATED,** by all parties to this action that:

I.

All claims presented by plaintiffs in Civil Action No. 07-1812 shall be dismissed with prejudice as to all parties pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

II.

Each party shall bear his, her or its own costs and attorney's fees.

Respectfully Submitted:

ROBICHAUX LAW FIRM

BY: _____
J. VAN ROBICHAUX, JR., #11338
P.O. Box 792500
6305 Elysian Fields Avenue, Suite 406
New Orleans, LA 70122
Telephone: (504) 286-2022
Facsimile: (504) 282-2044
Counsel for Plaintiffs,
**Sotirious and Panageloea Nicolopoulas**

Respectfully Submitted:

HAILEY, McNAMARA, HALL,
LARMANN & PAPALE, L.L.P.

BY: _____
DAVID K. PERSONS, #2046
DANIEL R. HYNES, # 07142
One Galleria Blvd.-Suite 1400
Metairie, Louisiana 70001
Telephone: (504) 836-6500
Facsimile: (504) 836-6565
Counsel for Defendant,
**State Farm Fire & Casualty Company**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this _____ day of July, 2008, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record:

_____
DAVID K. PERSONS