

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * <br> * CIVIL ACTION NO.: 05-4182 <br> * <br> * JUDGE: DUVAL <br> * <br> * MAGISTRATE: WILKINSON |
| PERTAINS TO: | * <br> * |
| INSURANCE:   *Aguilar, 07-4852* | * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS

Plaintiffs, Roy Banks and Donald and Lois Wright, Sr. have resolved their dispute with defendant Metropolitan Property and Casualty Insurance Company ("Metropolitan"). As a result of this settlement, these plaintiffs respectfully request that this Court reopen this case with respect to Metropolitan for the sole purpose of addressing this motion, and that all of their claims against all parties, including Metropolitan, be dismissed, with prejudice, each party to bear its own costs.

104522.doc

Finally, since no other named plaintiff is insured by Metropolitan, plaintiffs request that all other claims against Metropolitan be dismissed, without prejudice. All claims by all remaining plaintiffs against all defendants other than Metropolitan are reserved.

**WHEREFORE,** Plaintiffs pray that this motion be granted, each party to bear its own costs.

Respectfully Submitted,

_____
Jim S. Hall, 21644
800 N. Causeway Boulevard
Suite #100
Metairie, Louisiana 70001
Telephone: (504) 832-3000
Facsimile: (504) 832-1799
Telephone: 504/525-1335

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss has been served upon all counsel of record by placing same in the United States Mail, postage prepaid, or by electronic transmission or facsimile transmission on the 14th day of July ~~January~~, 2008.

_____

- 2 -

104522.doc