

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 JUL 23  PM 4: 50

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION NO.: 05-4182 <br> * <br> * JUDGE: DUVAL <br> * <br> * MAGISTRATE: WILKINSON |
| PERTAINS TO: | * |
| INSURANCE:  *Aguilar, 07-4852* | * |

* * * * * * * * * * * * * * * * * * * * * * * *

### O R D E R

Considering the foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss be and hereby is **GRANTED** and that all claims asserted by plaintiffs Roy Banks and Donald and Lois Wright, Sr are dismissed, with prejudice, each party to bear its own costs;

___ Fee ___
___ Process ___
_X_ Dktd ___
_✓_ CtRmDe ___
___ Doc. No. ___

104522.doc

**IT IS FURTHER ORDERED** that Metropolitan Property and Casualty Insurance Company be dismissed, without prejudice, each party to bear its own costs. All claims by all remaining plaintiffs against all remaining defendants are reserved.

New Orleans, Louisiana, this 22nd day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE