## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 |
| | * | |
| | * | |
| | * | SECTION "K"(2) |
| PERTAINS TO: | * | |
| SHAVERS-WHITTLE CONSTRUCTION, INC. | * | |
| V. FIREMAN'S FUND INSURANCE COMPANY | * | |
| NO. 06-CV-06968 | * | |
| | * | |

**************************************************

### DEFENDANT'S MOTION TO ATTACH ADDITIONAL EXHIBIT
### TO MOTION FOR ENTRY OF JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes defendant,

Fireman's Fund Insurance Company ("FFIC"), who, respectfully requests that it be

allowed to add the attached certified copy of the insurance policy as Exhibit "C" to the

Motion for Entry of Final Judgment (Doc. No. 13796) that was filed on July 14, 2008 for

the reasons set forth more fully in the attached memorandum.

**WHEREFORE**, FFIC requests that its motion be granted and that the attached

Exhibit "C" be added as an exhibit to the Motion for Entry of Final Judgment that was

filed previously.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS,**
**PFISTER & WEINSTOCK**

*s/Kelly Cambre Bogart*

**KELLY CAMBRE BOGART (#22985)**
**C. MICHAEL PFISTER (#14317)**
**JAIME M. CAMBRE (#29116)**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, LA 70002
Tel.:    (504)  832-3700
Fax:    (504)  837-3119
kbogart@duplass.com
*ATTORNEYS FOR DEFENDANT,*
*FIREMAN'S FUND INSURANCE COMPANY*


## CERTIFICATE OF SERVICE


I hereby certify that on the 25th day of July 2008, a copy of the foregoing was

filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this

filing will be sent to counsel by operation of the court's electronic filing system.

*S/Kelly Cambre Bogart*

_____
KELLY CAMBRE BOGART (#22985)

2