## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 |
| | * | |
| | * | |
| | * | SECTION "K"(2) |
| PERTAINS TO: | * | |
| SHAVERS-WHITTLE CONSTRUCTION, INC. | * | |
| V. FIREMAN'S FUND INSURANCE COMPANY | * | |
| NO. 06-CV-06968 | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANT'S MEMORANDUM IN SUPPORT OF ITS MOTION TO ATTACH ADDITIONAL EXHIBIT TO <u>MOTION FOR ENTRY OF JUDGMENT</u>

**MAY IT PLEASE THE COURT:**

Defendant, Fireman's Fund Insurance Company ("FFIC"), respectfully submits this Memorandum in Support of its Motion To Attach Additional Exhibit to its Motion for Entry of Final Judgment (Doc. No. 13796) filed in this matter.

An excerpt of the FFIC policy was attached as Exhibit "B" to FFIC's Motion for Entry of Final Judgment that was filed on July 14, 2008. Counsel for FFIC now has in its possession a certified copy of the FFIC policy and moves to attach it as Exhibit "C" to FFIC's Motion for Entry of Final Judgment.

Accordingly, FFIC prays that its Motion to Attach Additional Exhibit be granted and that Exhibit "C" be attached to FFIC's Motion for Entry of Final Judgment.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

*s/Kelly Cambre Bogart*

**KELLY CAMBRE BOGART (#22985)
C. MICHAEL PFISTER (#14317)
JAIME M. CAMBRE (#29116)**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, LA 70002
Tel.:    (504)  832-3700
Fax:    (504)  837-3119
kbogart@duplass.com
*ATTORNEYS FOR DEFENDANT,*
FIREMAN'S FUND INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of July 2008, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to counsel by operation of the court's electronic filing system.

*S/Kelly Cambre Bogart*
_____
KELLY CAMBRE BOGART (#22985)

2