

**Fireman's Fund**

**POLICY NUMBER**
MXI-97853973

<u>Transaction Type</u>
Retro RP

Coverage for policies other than
WORKERS' COMPENSATION is
provided in the following company
FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

---

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

---

In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.

**Change Effective Date:** <u>10/06/2005</u>
Policy Period Inception Date:      03/30/2005
Expiration Date:  03/30/2006

---

PREMIUM SUMMARY:

Premium       -34.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

---

Producer:     **ELLSWORTH CORPORATION**
**P O BOX 8210**
**METAIRIE, LA 70011**

Transaction Date <u>3/22/06</u>



**Fireman's Fund**

| | | |
|---|---|---|
| **POLICY NUMBER**<br>MXI-97853973 | <u>Transaction Type</u><br>Endorsement 35 ap | Coverage for policies other than<br>**WORKERS' COMPENSATION is**<br>**provided in the following company**<br>**FIREMAN'S FUND**<br>**INSURANCE COMPANY**<br>**NOVATO, CA 94998**<br>**A STOCK INSURANCE CO. (01)** |

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

---

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

---

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

    **Change Effective Date:** <u>01/25/2006</u>
        Policy Period Inception Date:    03/30/2005
        Expiration Date:  03/30/2006

---

PREMIUM SUMMARY:

**Premium**    616.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

---

        **Producer:**   **ELLSWORTH CORPORATION**       Transaction Date <u>2/2/06</u>
                   **P O BOX 8210**
                   **METAIRIE, LA 70011**



**Fireman's Fund**

| POLICY NUMBER | Transaction Type | Coverage for policies other than |
|---|---|---|
| MXI-97853973 | Endorsement 34 ap | WORKERS' COMPENSATION is provided in the following company FIREMAN'S FUND INSURANCE COMPANY NOVATO, CA 94998 A STOCK INSURANCE CO. (01) |

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

---

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

---

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

**Change Effective Date:** 01/24/2006
       Policy Period Inception Date:     03/30/2005
       Expiration Date:  03/30/2006

---

PREMIUM SUMMARY:

**Premium**    **195.** 0

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

---

           **Producer:**   **ELLSWORTH CORPORATION**        **Transaction Date** 2/2/06
                           **P O BOX 8210**
                           **METAIRIE, LA 70011**



**Fireman's Fund**

**POLICY NUMBER**
MXI-97853973

Transaction Type
Endorsement 33 ap

Coverage for policies other than
WORKERS' COMPENSATION is
provided in the following company
FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

**Change Effective Date:** 01/16/2006
Policy Period Inception Date:      03/30/2005
Expiration Date:  03/30/2006

PREMIUM SUMMARY:

Premium      387.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

Producer:      **ELLSWORTH CORPORATION**
**P O BOX 8210**
**METAIRIE, LA 70011**

Transaction Date 2/2/06



**Fireman's Fund**

**POLICY NUMBER**
MXI-97853973

Transaction Type
Endorsement 32 ap

Coverage for policies other than
WORKERS' COMPENSATION is
provided in the following company
**FIREMAN'S FUND**
**INSURANCE COMPANY**
**NOVATO, CA 94998**
**A STOCK INSURANCE CO. (01)**

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

**Change Effective Date:** <u>01/03/2006</u>
Policy Period Inception Date:      03/30/2005
Expiration Date:   03/30/2006

PREMIUM SUMMARY:

**Premium       35. /0**

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

Producer:      **ELLSWORTH CORPORATION**
**P O BOX 8210**
**METAIRIE, LA 70011**

Transaction Date <u>2/2/06</u>



**Fireman's Fund**

**POLICY NUMBER**
MXI-97853973

<u>Transaction Type</u>
Endorsement 31

Coverage for policies other than
**WORKERS' COMPENSATION is**
provided in the following company
**FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)**

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.

Change Effective Date: <u>12/28/2005</u>
Policy Period Inception Date:      03/30/2005
Expiration Date:  03/30/2006

PREMIUM SUMMARY:

Premium      964.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

Producer:   **ELLSWORTH CORPORATION
P O BOX 8210
METAIRIE, LA 70011**

Transaction Date <u>01/23/2006</u>



**Fireman's Fund**

**POLICY NUMBER**
MXI-97853973

<u>Transaction Type</u>
Endorsement 30

Coverage for policies other than
**WORKERS' COMPENSATION is
provided in the following company
FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)**

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.

Change Effective Date: <u>12/23/2005</u>
Policy Period Inception Date:      03/30/2005
Expiration Date:  03/30/2006

PREMIUM SUMMARY:

Premium       699.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

Producer:   **ELLSWORTH CORPORATION
P O BOX 8210
METAIRIE, LA 70011**

Transaction Date <u>01/23/2006</u>



**Fireman's Fund**

| **POLICY NUMBER** | Transaction Type | Coverage for policies other than |
| MXI-97853973 | Endorsement 29 | WORKERS' COMPENSATION is |

Coverage for policies other than
WORKERS' COMPENSATION is
provided in the following company
**FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)**

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

Change Effective Date: 12/12/2005
  Policy Period Inception Date:        03/30/2005
  Expiration Date:  03/30/2006

PREMIUM SUMMARY:

Premium        55.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

Producer:   **ELLSWORTH CORPORATION
P O BOX 8210
METAIRIE, LA 70011**

Transaction Date 01/23/2006



**Fireman's Fund**

| | | |
|---|---|---|
| **POLICY NUMBER**<br>MXI-97853973 | <u>Transaction Type</u><br>Endorsement 28RP | Coverage for policies other than<br>**WORKERS' COMPENSATION is**<br>**provided in the following company**<br>**FIREMAN'S FUND**<br>**INSURANCE COMPANY**<br>**NOVATO, CA 94998**<br>**A STOCK INSURANCE CO. (01)** |

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

---

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

---

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

     **Change Effective Date:** <u>12/10/2005</u>
          Policy Period Inception Date:     03/30/2005
          Expiration Date:  03/30/2006

PREMIUM SUMMARY:

Premium     -1.386.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

---

    **Producer:**  **ELLSWORTH CORPORATION**       Transaction Date <u>01/23/2006</u>
               **P O BOX 8210**
               **METAIRIE, LA 70011**



**Fireman's Fund**

**POLICY NUMBER**
MXI-97853973

Transaction Type
Endorsement 27

Coverage for policies other than
WORKERS' COMPENSATION is
provided in the following company
FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

SHAVERS-WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470

---

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of
the General Provisions and of said coverage(s) or policy having reference thereto.

---

In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration
thereof, unless otherwise endorsed.

**Change Effective Date:** 12/01/2005
Policy Period Inception Date:      03/30/2005
Expiration Date:  03/30/2006

---

PREMIUM SUMMARY:

Premium      12.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

---

Producer:   **ELLSWORTH CORPORATION**
P O BOX 8210
METAIRIE, LA 70011

Transaction Date 01/23/2006



**Fireman's Fund**

| | | |
|---|---|---|
| **POLICY NUMBER**<br>MXI-97853973 | <u>Transaction Type</u><br>Endorsement 26 | Coverage for policies other than<br>**WORKERS' COMPENSATION is**<br>**provided in the following company**<br>**FIREMAN'S FUND**<br>**INSURANCE COMPANY**<br>**NOVATO, CA 94998**<br>**A STOCK INSURANCE CO. (01)** |

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

    **Change Effective Date:** <u>11/22/2005</u>
        Policy Period Inception Date:    03/30/2005
        Expiration Date:  03/30/2006

PREMIUM SUMMARY:

**Premium**     **13.**

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

      **Producer:**  **ELLSWORTH CORPORATION**      Transaction Date <u>01/23/2006</u>
               **P O BOX 8210**
               **METAIRIE, LA 70011**



**Fireman's Fund**

| **POLICY NUMBER** | Transaction Type | Coverage for policies other than |
| MXI-97853973 | Endorsement 25 | WORKERS' COMPENSATION is |

Coverage for policies other than
WORKERS' COMPENSATION is
provided in the following company
**FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)**

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470**

---

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

---

In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.

**Change Effective Date:** 11/08/2005
    Policy Period Inception Date:     03/30/2005
    Expiration Date:  03/30/2006

---

PREMIUM SUMMARY:

**Premium        0.00**

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

---

Producer:    **ELLSWORTH CORPORATION
P O BOX 8210
METAIRIE, LA 70011**

Transaction Date 01/23/2006



**Fireman's Fund**

| | | |
|---|---|---|
| **POLICY NUMBER**<br>MXI-97853973 | <u>Transaction Type</u><br>Endorsement 24RP | Coverage for policies other than<br>**WORKERS' COMPENSATION is**<br>**provided in the following company**<br>**FIREMAN'S FUND**<br>**INSURANCE COMPANY**<br>**NOVATO, CA 94998**<br>**A STOCK INSURANCE CO. (01)** |

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

**Change Effective Date:** <u>11/01/2005</u>
    Policy Period Inception Date:     03/30/2005
    Expiration Date:  03/30/2006

PREMIUM SUMMARY:

**Premium          -416.**

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

Producer:   **ELLSWORTH CORPORATION**          Transaction Date <u>01/23/2006</u>
            **P O BOX 8210**
            **METAIRIE, LA 70011**



**Fireman's Fund**

**POLICY NUMBER**
MXI-97853973

<u>Transaction Type</u>
Endorsement 22

Coverage for policies other than
**WORKERS' COMPENSATION is**
**provided in the following company**
**FIREMAN'S FUND**
**INSURANCE COMPANY**
**NOVATO, CA 94998**
**A STOCK INSURANCE CO. (01)**

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

---

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

---

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

    **Change Effective Date:** <u>10/31/2005</u>
        Policy Period Inception Date:    03/30/2005
        Expiration Date:  03/30/2006

---

PREMIUM SUMMARY:

**Premium**    130.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

---

      Producer:   **ELLSWORTH CORPORATION**      Transaction Date <u>01/23/2006</u>
             **P O BOX 8210**
             **METAIRIE, LA 70011**



**Fireman's Fund**

| | | |
|---|---|---|
| **POLICY NUMBER**<br>MXI-97853973 | <u>Transaction Type</u><br>Endorsement 21 | Coverage for policies other than<br>**WORKERS' COMPENSATION is**<br>**provided in the following company**<br>**FIREMAN'S FUND**<br>**INSURANCE COMPANY**<br>**NOVATO, CA 94998**<br>**A STOCK INSURANCE CO. (01)** |

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

---

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

---

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

**Change Effective Date: <u>10/27/2005</u>**
    Policy Period Inception Date:    03/30/2005
    Expiration Date:  03/30/2006

---

PREMIUM SUMMARY:

**Premium      378.**

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

---

        Producer:    **ELLSWORTH CORPORATION**             Transaction Date <u>01/23/2006</u>
                    **P O BOX 8210**
                    **METAIRIE, LA 70011**



**Fireman's Fund**

**POLICY NUMBER**
MXI-97853973

Transaction Type
Endorsement 20

Coverage for policies other than
**WORKERS' COMPENSATION is
provided in the following company
FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)**

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470**

---

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

---

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

> **Change Effective Date: 10/19/2005**
> Policy Period Inception Date:        03/30/2005
> Expiration Date:  03/30/2006

---

PREMIUM SUMMARY:

**Premium**        453.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

---

Producer:   **ELLSWORTH CORPORATION
P O BOX 8210
METAIRIE, LA 70011**

Transaction Date 01/23/2006



**Fireman's Fund**

## POLICY NUMBER
MXI-97853973

Transaction Type
Endorsement 19

Coverage for policies other than
WORKERS' COMPENSATION is
provided in the following company
FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

SHAVERS-WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470

---

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of
the General Provisions and of said coverage(s) or policy having reference thereto.

---

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration
thereof, unless otherwise endorsed.**

**Change Effective Date:** <u>10/06/2005</u>
Policy Period Inception Date:      03/30/2005
Expiration Date:  03/30/2006

---

PREMIUM SUMMARY:

**Premium       151.**

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

---

Producer:   **ELLSWORTH CORPORATION
P O BOX 8210
METAIRIE, LA 70011**

Transaction Date <u>01/23/2006</u>



**Fireman's Fund**

**POLICY NUMBER**
MXI-97853973

Transaction Type
Endorsement 18

Coverage for policies other than
WORKERS' COMPENSATION is
provided in the following company
FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

SHAVERS-WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470

---

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

---

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

**Change Effective Date:** 12/05/2005
Policy Period Inception Date:    03/30/2005
Expiration Date:  03/30/2006

PREMIUM SUMMARY:

Premium     17.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

---

Producer:   ELLSWORTH CORPORATION
            P O BOX 8210
            METAIRIE, LA 70011

Transaction Date 01/03/2006



**Fireman's Fund**

**POLICY NUMBER**
MXI-97853973

<u>Transaction Type</u>
Endorsement 17 AP

Coverage for policies other than
**WORKERS' COMPENSATION is
provided in the following company
FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)**

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

Change Effective Date: <u>11/10/2005</u>
      Policy Period Inception Date:    03/30/2005
      Expiration Date:  03/30/2006

PREMIUM SUMMARY:

Premium    **17.**

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

Producer:   **ELLSWORTH CORPORATION
P O BOX 8210
METAIRIE, LA 70011**

Transaction Date <u>11/22/05</u>



**Fireman's Fund**

**POLICY NUMBER**
MXI-97853973

Transaction Type
Endorsement 16

Coverage for policies other than
WORKERS' COMPENSATION is
provided in the following company
FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)

## TRANSACTION DECLARATIONS

Named Insured and Mailing Address

SHAVERS-WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.

Change Effective Date: 09/29/2005
Policy Period Inception Date:     03/30/2005
Expiration Date:  03/30/2006

PREMIUM SUMMARY:

Premium      265.

Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.

Producer:   ELLSWORTH CORPORATION
P O BOX 8210
METAIRIE, LA 70011

Transaction Date 10/19/2005



**Fireman's Fund**

| | | |
|---|---|---|
| **POLICY NUMBER**<br>MXI-97853973 | Transaction Type<br>Endorsement 15-RP | Coverage for policies other than<br>**WORKERS' COMPENSATION is**<br>provided in the following company<br>**FIREMAN'S FUND**<br>**INSURANCE COMPANY**<br>**NOVATO, CA 94998**<br>**A STOCK INSURANCE CO. (01)** |

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

---

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

---

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

> **Change Effective Date:** <u>09/28/2005</u>
> Policy Period Inception Date:      03/30/2005
> Expiration Date:  03/30/2006

PREMIUM SUMMARY:

**Premium**      -1363.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

---

Producer:   **ELLSWORTH CORPORATION**
                  **P O BOX 8210**
                  **METAIRIE, LA 70011**

Transaction Date <u>10/19/2005</u>



**Fireman's Fund**

| **POLICY NUMBER**<br>MXI-97853973 | <u>Transaction Type</u><br>Endorsement 14 | Coverage for policies other than<br>**WORKERS' COMPENSATION is**<br>provided in the following company<br>**FIREMAN'S FUND**<br>**INSURANCE COMPANY**<br>**NOVATO, CA 94998**<br>**A STOCK INSURANCE CO. (01)** |
|---|---|---|

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

**Change Effective Date:** <u>09/20/2005</u>
           Policy Period Inception Date:    03/30/2005
           Expiration Date:  03/30/2006

PREMIUM SUMMARY:

Premium    2,360.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

         Producer:   **ELLSWORTH CORPORATION**        Transaction Date <u>10/19/2005</u>
                      **P O BOX 8210**
                      **METAIRIE, LA 70011**


**Fireman's Fund**

**POLICY NUMBER**
MXI-97853973

Transaction Type
Endorsement 13

Coverage for policies other than
**WORKERS' COMPENSATION is
provided in the following company
FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)**

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

**Change Effective Date:** 09/15/2005
Policy Period Inception Date:      03/30/2005
Expiration Date:  03/30/2006

PREMIUM SUMMARY:

Premium      825.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

Producer:   **ELLSWORTH CORPORATION
P O BOX 8210
METAIRIE, LA 70011**

Transaction Date 10/19/2005



**Fireman's Fund**

**POLICY NUMBER**
MXI-97853973

Transaction Type
Endorsement 12

Coverage for policies other than
WORKERS' COMPENSATION is
provided in the following company
FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)

## TRANSACTION DECLARATIONS

Named Insured and Mailing Address

SHAVERS-WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.

Change Effective Date: 08/31/2005
Policy Period Inception Date:     03/30/2005
Expiration Date:  03/30/2006

PREMIUM SUMMARY:

Premium     21.

Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.

Producer:   ELLSWORTH CORPORATION
P O BOX 8210
METAIRIE, LA 70011

Transaction Date 10/19/2005



**Fireman's Fund**

| **POLICY NUMBER** | Transaction Type | Coverage for policies other than |
|---|---|---|
| MXI-97853973 | Endorsement 11 | WORKERS' COMPENSATION is |

**POLICY NUMBER**
MXI-97853973

Transaction Type
Endorsement 11

Coverage for policies other than
WORKERS' COMPENSATION is
provided in the following company
FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

SHAVERS-WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.

**Change Effective Date:** 08/26/2005
Policy Period Inception Date:     03/30/2005
Expiration Date:  03/30/2006

PREMIUM SUMMARY:

Premium     1,510.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

Producer:   **ELLSWORTH CORPORATION**
            **P O BOX 8210**
            **METAIRIE, LA 70011**

Transaction Date 10/19/2005



**Fireman's Fund**

| | | |
|---|---|---|
| **POLICY NUMBER**<br>MXI-97853973 | <u>Transaction Type</u><br>Endorsement 10 | Coverage for policies other than<br>**WORKERS' COMPENSATION is**<br>**provided in the following company**<br>**FIREMAN'S FUND**<br>**INSURANCE COMPANY**<br>**NOVATO, CA 94998**<br>**A STOCK INSURANCE CO. (01)** |

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

---

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

---

In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.

      **Change Effective Date:** <u>08/24/2005</u>
          Policy Period Inception Date:    03/30/2005
          Expiration Date:  03/30/2006

---

PREMIUM SUMMARY:

**Premium**    916.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

---

    Producer:   **ELLSWORTH CORPORATION**       Transaction Date <u>10/19/2005</u>
                **P O BOX 8210**
                **METAIRIE, LA 70011**



**Fireman's Fund**

| **POLICY NUMBER** | Transaction Type | Coverage for policies other than |
| --- | --- | --- |
| MXI-97853973 | Endorsement 9 | **WORKERS' COMPENSATION is** |

Coverage for policies other than
**WORKERS' COMPENSATION is
provided in the following company
FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)**

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

**Change Effective Date:** 08/19/2005
    Policy Period Inception Date:    03/30/2005
    Expiration Date: 03/30/2006

PREMIUM SUMMARY:

Premium    1,662.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

Producer:    **ELLSWORTH CORPORATION
P O BOX 8210
METAIRIE, LA 70011**

Transaction Date 08/20/2005



**Fireman's Fund**

## POLICY NUMBER
MXI-97853973

Transaction Type
Endorsement 8

Coverage for policies other than
WORKERS' COMPENSATION is
provided in the following company
FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

**Change Effective Date:** <u>08/15/2005</u>
Policy Period Inception Date:      03/30/2005
Expiration Date:  03/30/2006

PREMIUM SUMMARY:

Premium       560.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

Producer:     **ELLSWORTH CORPORATION**
**P O BOX 8210**
**METAIRIE, LA 70011**

Transaction Date <u>08/20/2005</u>



**Fireman's Fund**

| **POLICY NUMBER** | Transaction Type | Coverage for policies other than |
|---|---|---|
| MXI-97853973 | Endorsement 7 | **WORKERS' COMPENSATION is** |

**POLICY NUMBER**
MXI-97853973

Transaction Type
Endorsement 7

Coverage for policies other than
**WORKERS' COMPENSATION is
provided in the following company
FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)**

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

**Change Effective Date: 08/09/2005**
Policy Period Inception Date:     03/30/2005
Expiration Date:  03/30/2006

PREMIUM SUMMARY:

Premium      46.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

Producer:   **ELLSWORTH CORPORATION
P O BOX 8210
METAIRIE, LA 70011**

Transaction Date 08/20/2005



**Fireman's Fund**

## POLICY NUMBER
MXI-97853973

<u>Transaction Type</u>
Endorsement 6

Coverage for policies other than
WORKERS' COMPENSATION is
provided in the following company
FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470**

---

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of
the General Provisions and of said coverage(s) or policy having reference thereto.

---

In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration
thereof, unless otherwise endorsed.

Change Effective Date: <u>06/24/2005</u>
     Policy Period Inception Date:     03/30/2005
     Expiration Date:  03/30/2006

---

PREMIUM SUMMARY:

Premium     1,080.     *DW₁-δ*

Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.

---

Producer:     **ELLSWORTH CORPORATION
P O BOX 8210
METAIRIE, LA 70011**

Transaction Date <u>7/7/05</u>



**Fireman's
Fund**

| **POLICY NUMBER** | <u>Transaction Type</u> | Coverage for policies other than |
|---|---|---|
| MXI-97851827 | ANNUAL REPORT | **WORKERS' COMPENSATION is** |

Coverage for policies other than
**WORKERS' COMPENSATION is
provided in the following company
FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)**

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**Shavers-Whittle Construction, Inc.
P O Box 1448
Mandeville, La 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.

**Change Effective Date:** <u>03/30/2004</u>
Policy Period Inception Date:          03/30/2004
Expiration Date:  03/30/2005

PREMIUM SUMMARY:

Premium          $ 143.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

Producer:   **Ellsworth, LeBlanc & Ellsworth, Inc.
P O Box 8210
Metairie, La 70011-8210**

Transaction Date <u>5-19-05</u>



**Fireman's Fund**

| | | |
|---|---|---|
| **POLICY NUMBER**<br>MXI-97853973 | <u>Transaction Type</u><br>Endorsement 5 | **Coverage for policies other than WORKERS' COMPENSATION is provided in the following company FIREMAN'S FUND INSURANCE COMPANY NOVATO, CA 94998 A STOCK INSURANCE CO. (01)** |

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

---

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

---

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

 **Change Effective Date:** <u>04/20/2005</u>
  Policy Period Inception Date:  03/30/2005
  Expiration Date:  03/30/2006

---

PREMIUM SUMMARY:

Premium  $ 57. AP *AV 5-16-05*

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

---

    **Producer:** **ELLSWORTH CORPORATION**   Transaction Date <u>5-14-05</u>
       **P O BOX 8210**
       **METAIRIE, LA 70011**



**Fireman's Fund**

**POLICY NUMBER**
MXI-97853973

Transaction Type
Endorsement 4

Coverage for policies other than
WORKERS' COMPENSATION is
provided in the following company
FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

SHAVERS-WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.

**Change Effective Date:** 03/30/2005
    Policy Period Inception Date:    03/30/2005
    Expiration Date:  03/30/2006

PREMIUM SUMMARY:

Premium    $ 2,435. return

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

Producer:   **ELLSWORTH CORPORATION**
    **P O BOX 8210**
    **METAIRIE, LA 70011**

Transaction Date 4/19/05



**Fireman's Fund**

| **POLICY NUMBER** | Transaction Type | Coverage for policies other than |
| MXI-97853973 | Endorsement 3 | WORKERS' COMPENSATION is provided in the following company FIREMAN'S FUND INSURANCE COMPANY NOVATO, CA 94998 A STOCK INSURANCE CO. (01) |

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

        **Change Effective Date:** <u>03/30/2005</u>
                Policy Period Inception Date:     03/30/2005
                Expiration Date:  03/30/2006

PREMIUM SUMMARY:

Premium      $ 277. Return

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

             Producer:   **ELLSWORTH CORPORATION**        Transaction Date <u>4/19/05</u>
                        **P O BOX 8210**
                        **METAIRIE, LA 70011**



**Fireman's Fund**

| POLICY NUMBER | Transaction Type | Coverage for policies other than |
|---|---|---|
| MXI-97853973 | Endorsement 2 | WORKERS' COMPENSATION is |

Coverage for policies other than
WORKERS' COMPENSATION is
provided in the following company
**FIREMAN'S FUND
INSURANCE COMPANY
NOVATO, CA 94998
A STOCK INSURANCE CO. (01)**

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.
P O BOX 1448
MANDEVILLE, LA 70470**

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

**Change Effective Date:** <u>04/06/2005</u>
Policy Period Inception Date:      03/30/2005
Expiration Date:  03/30/2006

PREMIUM SUMMARY:

Premium         $ 98.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

Producer:   **ELLSWORTH CORPORATION
P O BOX 8210
METAIRIE, LA 70011**

Transaction Date <u>4-11-05</u>



**Fireman's Fund**

| | | |
|---|---|---|
| **POLICY NUMBER**<br>MXI-97853973 | <u>Transaction Type</u><br>Renewal 05/06 | Coverage for policies other than<br>**WORKERS' COMPENSATION is**<br>**provided in the following company**<br>**FIREMAN'S FUND**<br>**INSURANCE COMPANY**<br>**NOVATO, CA 94998**<br>**A STOCK INSURANCE CO. (01)** |

## TRANSACTION DECLARATIONS

**Named Insured and Mailing Address**

**SHAVERS-WHITTLE CONSTRUCTION, INC.**
**P O BOX 1448**
**MANDEVILLE, LA 70470**

---

Insurance is provided only under each coverage of this policy listed below, subject otherwise to all the terms and conditions of the General Provisions and of said coverage(s) or policy having reference thereto.

---

**In consideration of the premium stated below, and subject to all of the provisions of this policy existing on expiration thereof, unless otherwise endorsed.**

> **Change Effective Date:** <u>03/30/2005</u>
> Policy Period Inception Date:     03/30/2005
> Expiration Date:  03/30/2006

---

PREMIUM SUMMARY:

Premium        $ 23,701.

**Total Premium to include: All Taxes, Fees, WAR, Surcharges, TRIA and Cost of Capital charges.**

---

    Producer:   **ELLSWORTH CORPORATION**              Transaction Date <u>4-11-05</u>
                **P O BOX 8210**
                **METAIRIE, LA 70011**