UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 |
| | * | |
| | * | |
| | * | SECTION "K"(2) |
| PERTAINS TO: | * | |
| SHAVERS-WHITTLE CONSTRUCTION, INC. | * | |
| V. FIREMAN'S FUND INSURANCE COMPANY | * | |
| NO. 06-CV-06968 | * | |
| | * | |

**************************************************

## ORDER

Considering the foregoing Motion to Attach Additional Exhibit,

**IT IS ORDERED** that Exhibit "C", a certified copy of the insurance policy at issue, be attached as an additional Exhibit to Fireman's Fund's Motion for Entry of Final Judgment.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**UNITED STATES DISTRICT COURT JUDGE**

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of July 2008, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel by operation of the court's electronic filing system.

                *S/Kelly Cambre Bogart*
                _____
                KELLY CAMBRE BOGART (#22985)