## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATD LITIGATION PERTAINS TO: SEVERED MASS JOINDER CASES | * * * * | CIVIL ACTION NO. 05-4182 |
| *Severed from Abadie, 06-5164* | * * * | SECTION "K"(2) |
| CHARLES CALAIS<br>Plaintiff | * * * | CIVIL ACTION<br>NO. 07-2387 |
| STATE FARM FIRE and CASUALTY COMPANY<br>Defendant | * * | SECTION "K"(2) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JOINT MOTION TO DISMISS WITH PREJUDICE

Defendant, State Farm Fire and Casualty Company (hereinafter "State Farm"), through undersigned counsel, has entered into a settlement agreement with plaintiff, Charles Calais. Therefore, plaintiff, Charles Calais, hereby respectfully move this Honorable Court to dismiss, with prejudice, any and all claims asserted herein.

WHEREFORE, all claims asserted herein by the plaintiff, Charles Calais, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

{N0113720}

Respectfully submitted,

/s/ David A. Strauss/s/ Joseph M. Bruno
DAVID A. STRAUSS, #24665Joseph M. Bruno, #3604
LINDSAY A. LARSON, III, #8053L. Scott Joanen, #21431
CHRISTIAN A. GARBETT, #26293The Law Office of Joseph M. Bruno
ADAM P. MASSEY, #29330855 Baronne Street, Third Floor
SARAH S. MONSOUR, #30957New Orleans, Louisiana 70113
KING, KREBS & JURGENS, P.L.L.C.Telephone: (504) 525-1335
201 St. Charles Avenue, Suite 4500Facsimile: (504) 561-6775
New Orleans, Louisiana 70170jbruno@jbrunolaw.com
Telephone: (504) 582-3800
Facsimile: (504) 582-1233
Attorneys for State Farm Fire and
Casualty Company
dstrauss@kingkrebs.com
llarson@kingkrebs.com
cgarbett@kingkrebs.com
amassey@kingkrebs.com
smonsour@kingkrebs.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following: Joseph M. Bruno and L. Scott Joanen.

s/ David A. Strauss