UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATD LITIGATION<br>PERTAINS TO: SEVERED MASS JOINDER CASES | *<br>*<br>*<br>* | CIVIL ACTION<br><br>NO. 05-4182 |
| *Severed from Abadie, 06-5164* | *<br>*<br>* | SECTION "K"(2) |
| JUDY THORPE-TRUMAN, CHARLES TRUMAN<br>Plaintiff<br><br>STATE FARM FIRE and CASUALTY COMPANY<br>Defendant | *<br>*<br>*<br>*<br>* | CIVIL ACTION<br><br>NO. 07-2397<br><br>SECTION "K"(2) |

*******************************************************

## ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiffs, Judy Thorpe-Truman and Charles Truman, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this ____ day of _____, 2008.

 

USDC JUDGE STANWOOD R. DUVAL, JR.
Section "K," Magistrate: 2

{N0113722}