UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____<br><br>THIS DOCUMENT RELATES TO<br>LEVEE:  06-5116  (Sims)<br>            06-5127  (DePass)<br>            06-5131  (Bourgeois)<br><br>* * * * * * * * * * * * * * * * * * * * * * * | *  CIVIL ACTION<br>*<br>*  NUMBER 05-4182<br>*  & CONSOLIDATED CASES<br>*<br>*  SECTION "K"<br>*<br>*  JUDGE DUVAL<br>*<br>*  MAGISTRATE WILKINSON<br>* |

**O R D E R**

Considering the Sewerage and Water Board of New Orleans' Motion for Leave to File Supplemental Memorandum in Opposition to Plaintiffs' Motion for Reconsideration of Court's Ruling:

IT IS ORDERED that defendant's motion for leave is granted, and the Supplemental Memorandum in Opposition to Plaintiffs' Motion for Reconsideration of Court's Ruling is hereby filed.

New Orleans, Louisiana, this __25th__ day of July, 2008.

**STANWOOD R. DUVAL, JR.**
**U.S. DISTRICT COURT JUDGE**