UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: | | |
| **KATRINA CANAL BREACHES** § | **CIVIL ACTION NO. 05-4182 "K" (2)** | |
| **CONSOLIDATED LITIGATION** § | | |
| § | **JUDGE DUVAL** | |
| § | | |
| **PERTAINS TO:  INSURANCE** § | **MAGISTRATE WILKINSON** | |
| § | | |
| § | | |
| **DALE VALENTI**          NO.: 07-2750 § | | |
| § | | |
| **VERSUS** § | | |
| § | | |
| **ALLSTATE INSURANCE COMPANY and** § | | |
| **ALLSTATE INDEMNITY COMPANY** § | | |
| _____ § | | |

**ALLSTATE INDEMNITY COMPANY'S
MOTION TO DISMISS PLAINTIFFS' PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes Allstate Indemnity Company ("Allstate"), and moves this court to dismiss Plaintiff's Petition for Damages, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure since Plaintiff has erroneously named Allstate Indemnity Company as party defendant, and for the reasons stated fully in the accompanying Memorandum.

Therefore, Allstate prays that the court dismisses Plaintiffs' Petition for Damages against Allstate Indemnity Company.

        RESPECTFULLY SUBMITTED,

*/s/    Gregory J. Schwab*_____
**GREGORY J. SCHWAB #21075**
100 Ramey Road, Suite B
Houma, Louisiana 70360
Telephone: (985) 223-4457
Facsimile:  (985) 851-5051
E-mail: gjschwab@exceedtech.net
Attorney for Allstate

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Notice of this filing will be sent to counsel for all parties by operation of the court's electronic filing system.

*/s/    Gregory J. Schwab*_____
**GREGORY J. SCHWAB**