UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:<br>KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:  INSURANCE<br><br>DALE VALENTI          NO.: 07-2750<br><br>VERSUS<br><br>ALLSTATE INSURANCE COMPANY and<br>ALLSTATE INDEMNITY COMPANY | CIVIL ACTION NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

<u>**AFFIDAVIT OF DANIEL MURPHY IN SUPPORT OF DEFENDANT
ALLSTATE INDEMNITY COMPANY'S
MOTION TO DISMISS**</u>

**STATE OF FLORIDA** )
                    ) ss
**COUNTY OF SEMINOLE** )

Daniel Murphy, being duly sworn, deposes and states as follows:

1. I am over 18 years of age, and a resident of the State of Florida.

2. I have knowledge of the facts set forth in this Affidavit, both personally and through a review of Allstate Insurance Company's records, made and kept in the regular course of Allstate's business by those whose regular job function it is to make and keep such records, and, if called as a witness, I could testify competently to those facts.

3. I am a claim representative for Allstate. I have held this position for 22 years.

4. That Allstate Insurance Company issued homeowners policy number 031813345 to Dale D. Valenti and Salvadore A. Valenti;

5.    That the policy's premium period was December 29, 2004 to December 29, 2005;

6.    That the location of the property insured was 7214 Patricia Street, Arabi, Louisiana; and

7.    That the Policy Declarations of homeowners policy number 031813345 is attached.

Dated: July 07, 2008

_____
**DANIEL MURPHY**

SUBSCRIBED AND SWORN to before me
this 7 day of July, 2008

_____
Notary Public
My Commission Expires 02-06-2009



Notary Public State of Florida
Sara Ann Maldonado
My Commission DD393226
Expires 02/06/2009