**Allstate Insurance Company**

# RENEWAL
# Deluxe Homeowners Policy Declarations

## Summary

| | | |
|---|---|---|
| **NAMED INSURED(S)**<br>Dale D & Salvadore A<br>Valenti<br>7214 Patricia<br>Arabi LA 70032-1723 | **YOUR ALLSTATE AGENT IS:**<br>D. Bianchini Tully<br>4919 Canal St, S#302<br>New Orleans LA 70119-5832 | **CONTACT YOUR AGENT AT:**<br>(504) 486-0054 |
| **POLICY NUMBER**<br>0 31 813345 12/29 | **POLICY PERIOD**<br>Begins on Dec. 29, 2004<br>at 12:01 A.M. standard time,<br>with no fixed date of expiration | **PREMIUM PERIOD**<br>Dec. 29, 2004 to Dec. 29, 2005<br>at 12:01 A.M. standard time |

**LOCATION OF PROPERTY INSURED**
7214 Patricia, Arabi, LA 70032-1723

**MORTGAGEE**
- WHITNEY NATIONAL BANK     ITS SCRS &/OR
  ASSIGNS ATIMA
  P O Box 61260    New Orleans LA 70161-1260     *Loan # NONE*

## Total Premium for the Premium Period   *(Your bill will be mailed separately)*

| | |
|---|---|
| Premium for Property Insured | $804.00 |
| **TOTAL** | **$804.00** |

# Allstate Insurance Company

Policy Number: **0 31 813345 12/29**   Your Agent: **D. Bianchini Tully (504) 486-0054**
For Premium Period Beginning: **Dec. 29, 2004**

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br>• $500   Other Peril Deductible Applies<br>• $500   Hurricane Deductible Applies | $76,000 | |
| Other Structures Protection<br>• $500   Other Peril Deductible Applies<br>• $500   Hurricane Deductible Applies | $7,600 | |
| Personal Property Protection - Reimbursement Provision<br>• $500   Other Peril Deductible Applies<br>• $500   Hurricane Deductible Applies | $53,200 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250   All Peril Deductible Applies | $1,000 | each occurrence |

**DISCOUNTS**   Your premium reflects the following discounts on applicable coverage(s):
Protective Device                 5 %           Home and Auto                              10 %

## RATING INFORMATION
The dwelling is of Frame construction and is occupied by   1 family

# Allstate Insurance Company

Policy Number:  **0 31 813345 12/29**     Your Agent:  **D. Bianchini Tully  (504) 486-0054**
For Premium Period Beginning:  **Dec. 29, 2004**

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP3339
- Bldg. Struct. Reimb. Ext. Limits End. form AP357
- Standard Fire Policy Provisions form AP4443
- Hurricane Deductible Endorsement form AP546

## Important Payment and Coverage Information

Coverage A - Dwelling Protection includes an approximate increase   of $6,000   due to the property insurance adjustment provision using the Boeckh Publications building cost index.  Coverage C - Personal Property Protection adjusted accordingly.

Please note: This is not a request for payment.  Your bill will be mailed separately.

---

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate**.

*Edward M. Liddy*
Edward M. Liddy
President

*Robert W. Pike*
Robert W. Pike
Secretary