UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:
**KATRINA CANAL BREACHES** § **CIVIL ACTION NO. 05-4182 "K" (2)**
**CONSOLIDATED LITIGATION** §
§ **JUDGE DUVAL**
§
**PERTAINS TO: INSURANCE** § **MAGISTRATE WILKINSON**
§
§
**DALE VALENTI**       NO.: 07-2750 §
§
**VERSUS** §
§
**ALLSTATE INSURANCE COMPANY and** §
**ALLSTATE INDEMNITY COMPANY** §
_____ §

## ORDER

Considering the preceding motion, it is hereby ORDERED that Plaintiff's Petition for Damages in the above entitled matter is dismissed with prejudice.

New Orleans, Louisiana, this ____ day of _____, 2008.

_____
JUDGE, UNITED STATES DISTRICT COURT