UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:** | | |
| **KATRINA CANAL BREACHES** § | **CIVIL ACTION NO. 05-4182 "K" (2)** | |
| **CONSOLIDATED LITIGATION** § | | |
| § | **JUDGE DUVAL** | |
| § | | |
| **PERTAINS TO: INSURANCE** § | **MAGISTRATE WILKINSON** | |
| § | | |
| § | | |
| **DALE VALENTI         NO.: 07-2750** § | | |
| § | | |
| **VERSUS** § | | |
| § | | |
| **ALLSTATE INSURANCE COMPANY and** § | | |
| **ALLSTATE INDEMNITY COMPANY** § | | |
| _____ § | | |

## NOTICE OF HEARING

The attached Motion to Dismiss Plaintiff's Petition for Damages has been filed with the court and is set for hearing on **August 27, 2008 at 11:00 a.m**.

                                          RESPECTFULLY SUBMITTED,


                                          */s/   Gregory J. Schwab*_____
                                          **GREGORY J. SCHWAB #21075**
                                          100 Ramey Road, Suite B
                                          Houma, Louisiana 70360
                                          Telephone: (985) 223-4457
                                          Facsimile:  (985) 851-5051
                                          E-mail: gjschwab@exceedtech.net
                                          Attorney for Allstate

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Notice of this filing will be sent to counsel for all parties by operation of the court's electronic filing system.

                                    */s/    Gregory J. Schwab* _____
                                    **GREGORY J. SCHWAB**