UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: INSURANCE<br>    <u>NICOLOPOULOS, 07-1812</u> | SECTION "K"(2) |

## ORDER

Considering the Stipulation of Voluntary Dismissal by the parties (Rec. Doc. 13964), accordingly

**IT IS ORDERED** that the above-captioned case is hereby **DISMISSED WITH PREJUDICE** with each party to bear its own costs.

New Orleans, Louisiana, this __25th__ day of July, 2008.

                                                                             _____
                                                                             **STANWOOD R. DUVAL, JR.**
                                                                             **UNITED STATES DISTRICT JUDGE**