# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182** |
| | **SECTION "K"** |
| **THIS DOCUMENT RELATES TO:**<br>Insurance | **MAGISTRATE (2)** |
| **No. 07-5112,** *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | |

**This pleading applies only to the claim of Mary Mobley regarding 2751 Edna St., New Orleans, LA 70126; Julius Willimas, Toya L. Williams regarding 6971 Camberley Ct., New Orleans, LA 70128; Jonnie Carter regarding 6224 Franklin Ave., New Orleans, LA 70122; Keith Williams, Martha Williams regarding 2426 Madrid, New Orleans, LA 70122; Roger Reese, Lavelda Y. Reese regarding 5042 W. St. Andrews Cir., New Orleans, LA 70128; Lynne Gabriel regarding 2725 St. Anthony St., New Orleans, LA 70119; Clara Hunter, Clyde Hunter regarding 3326 Toledano, New Orleans, LA 70125; Herman Franklin regarding 4814 Francisco Verrett Dr., New Orleans, LA 70126; Brett Boyce regarding 4220 Vincens Pl., New Orleans, LA 70125; Daisy Nandkumar, Khemraj Nandkumar, Sr. regarding 4940 Francisco Verrett Dr., New Orleans, LA 70126; Paulet Ferrand regarding 3931 McFarland Ct., New Orleans, LA 70126; Cheryl Joseph, Jancy M. Pinkins regarding 2654 Verbena St., New Orleans, LA 70122; Freddie Myers, Sonia B. Myers regarding 9321 Hammond St., New Orleans, LA 70127; DARLENE HILLS regarding 3737 ROCKFORD HEIGHTS, METAIRIE, LA 70002; Mary Muse, Wilhelmina Cole regarding 1609 S. Saratoga St., New Orleans, LA 70113; Olga Robinson regarding 3535 Fairmont Dr., New ORleans, LA 70122; John Foster regarding 7402 Sussex Pl., New Orleans, LA 70126; Victoria Mushatt regarding 9226 Fig St., New Orleans, LA 70118; Elveria Morgan regarding 4313 Loire Dr. Apt. B, Kenner, LA 70065; ROBERT CARTER regarding 7409 WOODBINE DR, NEW ORLEANS, LA 70126; William Evans, Nolvia H. Evans regarding 6965/67 Louis XIV St., New Orleans, LA 70124; James**

Scott regarding 5136 Lee Place, Marrero, LA 70072; Marjorie Wallace regarding 9424 & 9426 Oleander St., New Orleans, LA 70118; Ashley Bowen, Michael Brown regarding 3224 Van Cleave Dr., Meraux, LA 70075; Michaleen Brooks regarding 4611 Lancelot Dr., New Orleans, LA 70127; Thomas Fulco, Charlene Fulco regarding 3325 Pakenham Dr., Chalmette, LA 70043; RONALD TROVAL, SYLVIA GRANDPRE TOVAL regarding 5506 WILTON DR., NEW ORLEANS, LA 70122; Glenwalds White regarding 5830 Louis Prima Dr. W, New Orleans, LA 70128; Thomas Guillory regarding 4008 Mistrot, Meraux, LA 70075; Daniel Hester, Melanie Hester regarding 6509 & 6511 West End Blvd., New Orleans, LA 70124; Fred Johnson regarding 3421 New Orleans St., New Orleans, LA 70122; Gail Miller, Lawrence Miller regarding 5921 Wright Rd., New ORleans, LA 70128; Koby Singletary regarding 4755 Stemway Dr,, New Orleans, LA 70126; Alveta Spears regarding 7340 Primrose Dr., New Orleans, LA 70126; Sandra Johnson regarding 4733 Stemway Dr., New Orleans, LA 70126; Alan Wells, Lorie Wells regarding 3612 Dauterive Dr., Chalmette, LA 70043; Charles Williams regarding 6700 Dorchester, New Orleans, LA 70126; John Williams, Janet S. Williams regarding 1004 Cougar Dr., Arabi, LA 70032; Ruth Jenkins regarding 4625 Annette St., New Orleans, LA 70122; Lynn Lee regarding 3913 Ford St., New Orleans, LA 70126; Donald Page, Janie W. Page regarding 5476 Patio Way, New Orleans, LA 70129; Mercedes Watson, Cornell Watson regarding 2848 Louisa St., New Orleans, LA 70126; Raymond Prejean, Barbara J. Prejean regarding 15 Mission Hills, Slidell, LA 70458; Ryan Bush regarding 107 Foxbriar Ct., Slidell, LA 70461; Moses Russ regarding 4548 Werner Dr., New Orleans, LA 70126; Sheila Butler, Kenneth Butler regarding 2937 & 2939 Serantine Street, New Orleans, LA 70126; Theodore Buuck regarding 3108 Maureen Lane, Meraux, LA 70075; Kenneth Ross, Gaynell A Ross regarding 3700 Riverland Drive, Chalmette, LA 70043; MALCOM VAUGHN, MILDRED B. VAUGHN regarding 8911 DWYER RD, NEW ORLEANS, LA 70127;

MICHAEL SPOO regarding 629 N. SCOTT ST., NEW ORLEANS, LA 70119; CLARENCE BAKER regarding 223 JULES AVE., NEW ORLEANS, LA 70121; ROBERT MONK, OLIVIA B. MONK regarding 510 WELHAM LOOP, LAPLACE, LA 70068; JAMES KAPESIS, JOANNE BETTY KAPESIS regarding 7619 MICHIGAN ST., NEW ORLEANS, LA 70128; CHRISTINE JACKSON regarding 3333 PIETY ST., NEW ORLEANS, LA 70126; KIM HUNTER regarding 4605 CARTIER AVE., NEW ORLEANS, LA 70122; ROSALIE IVES regarding 5116 WENTWORTH DR, NEW ORLEANS, LA 70126; MADELINE PHARR regarding 7818 DOYLE CT., NEW ORLEANS, LA 70125; George Stimage, Delena D. Stimage regarding 4762 Cerise St., New Orleans, LA 70127; Robert Bowser, Charlene Bowser regarding 17771 Hwy 15, Pointe a la Hache, LA 70082; Patrick Lew, Linda Lew regarding 2420 Repose Street, Baton Rouge, LA 70816; Tiffany Hooks-Vitrano, Gerard Vitrano, Jr. regarding 3116 Chalona Dr., Chalmette, LA 70043; Kimberly Mirabin, Kimberly Mirabin regarding 6222 Erin Drive, New Orleans, LA 70126; Kurt Coulon, Samantha Coulon, Kurt Coulon Jr., Gregory Coulon regarding 14150 Kingswood Dr., New Orleans, LA 70128; Shirley Jennings-Robertson, Albert Lee Jennings regarding 4531 Paris Ave., New Orleans, LA 70122; Joyce Petitfils regarding 3017 La Place St., Chalmette, LA 70043; Alice Baptiste regarding 3121 Upperline St., New Orleans, LA 70125; Gayle Williams regarding 5371 Charlotte Dr., New Orleans, LA 70122; LARRY NAPOLEON, CHERYL PETERS NAPOLEON regarding 2717 MYRTLE ST., NEW ORLEANS, LA 70122; Ann Smith regarding 7421 Restgate Rd, New Orleans, LA 70127; Carolyn Monley regarding 1322 Andry St., New Orleans, LA 70117; Cynthia Roman regarding 5172 Venus St., New Orleans, LA 70122; Obery Cooper regarding 2726 Metropolitan St., New Orleans, LA 70126; SYLVIA SCINEAUX regarding 5801 KENSINGTON BLVD., NEW ORLEANS, LA 70127; SUSAN SHEPHERD regarding 129 W. BROOKS ST., NEW ORLEANS, LA 70124; VIVIAN ANDREWS regarding 1924 SPAIN ST., NEW ORLEANS, LA 70117; MERRELL

LANDRY, MARIA L. NELSON regarding 4943 CORONADO DR., NEW ORLEANS, LA 70127; Joyce Krantz regarding 4335 Fort Macomb Rd., New Orleans, LA 70129; HAROLD BRISCOE, VERONICAL L. BRISCOE regarding 12111 E. BARRINGTON DR., NEW ORLEANS, LA 70128; Florence Mercadel regarding 2323 George Nick Conner, New Orleans, LA 70119; Olga Ferrier regarding 5600 Samovar Dr, New Orleans, LA 70126; Joseph Darbon regarding 7110 Read Blvd., New Orleans, LA 70127; JOHN HACSUNDA regarding 6201 CURIE ST., NEW ORLEANS, LA 70122; CHRISTINE REED, MARY ELLEN HAYWARD BENJAMIN (MOTHER) regarding 4117 MARIBEAU AVE., NEW ORLEANS, LA 70126; Carrie Bickham regarding 3957 Odin St., New Orleans, LA 70126; Denise Daspit regarding 2711/15 Acacia St., New Orleans, LA 70122; Anthony Frederick, Stacey Frederick regarding 1951 Law St., New Orleans, LA 70119; CHARLOTTE HURST regarding 5001 ST. BERNARD AVE, NEW ORLEANS, LA 70122; Ramona Woodson regarding 2417 Vienna St., New Orleans, LA 70122; GRIFFIN NELLUM, LINDA M. NELLUM regarding 4926 LONGFELLOW DR., NEW ORLEANS, LA 70127; JOSSLYN HAMILTON regarding 7533 MEANS AVE., NEW ORLEANS, LA 70127; Schewanda Guyton-Williams regarding 4760 Francisco Verrett Dr., New Orleans, LA 70126; Joan Landry regarding 5318 N. Johnson St., New Orleans, LA 70117; Evelyn Perdue regarding 4935 & 4937 Baccich St., New Orleans, LA 70122; David Jones, Antoinette Jones regarding 1745 Louisa St., New Orleans, LA 70117; Valincia Wyman, Christopher Wyman regarding 1335 France St., New Orleans, LA 70117; Jerome Walsh regarding 2209 Gallo Dr., Chalmette, LA 70043; Sidney Jones regarding 9304 Palmetto St., New Orleans, LA 70118; Evangeline Briggs regarding 1822 Congress St., New Orleans, LA 70117; Clara Breaux regarding 122 W. 3rd St., LaPlace, LA 70068; Annette Nailer regarding 2115 St. Maurice St., New Orleans, LA 70113; Richard Jackson regarding 136 Railroad Ave., Reserve, LA 70084; Gwendolyn Hanhart regarding 1028 & 1030 Caffin Ave., New Orleans, LA 70117; Fred Smith

regarding 5019 Press Dr., New Orleans, LA 70126; Jane Lacoste, Joel Growden regarding 236 & 238 Stafford Pl, New Orleans, LA 70124; Audrey Riddle regarding 3309 Piety Street, New Orleans, LA 70126; Evelyn Perdue regarding 4444 Wellington Dr., New Orleans, LA 70122; Marilyn Warren, Curtis Warren regarding 10321 Brookfield Dr., New Orleans, LA 70127; Valezques Esteves, Sylvia Esteves regarding 2119 Governor Nicholls St., New Orleans, LA 70116; Godfrey Bart regarding 1933 Marigny St., New Orleans, LA 70117; Sharon Hanzo, Edward Hanzo regarding 2216 Pelitere Dr., Chalmette, LA 70043; Clarence Williams, Hazel Williams regarding 11021 Harrow Rd., New Orleans, LA 70127; David Bell, Margaret Bell regarding 448 Audubon Blvd, New Orleans, LA 70125; Don Doucette regarding 4950 Maid Marian, New Orleans, LA 70128; Lucille Pizzuto, Samuel Pizzuto regarding 2320 Riverbend Dr., Violet, LA 70092; Fab Idris regarding 14742 Curran Rd., New Orleans, LA 70128; Mary Shaw, Jeffery Shaw regarding 2406 Jasmine St., New Orleans, LA 70122; Toni Berry regarding 1780 Rosiere St., New Orleans, LA 70119; Lillian Trevigne regarding 1817 O'Reilly St., New Orleans, LA 70116; Alma Allen regarding 2823 Painter St., New Orleans, LA 70122; Betty Francis regarding 6122 N. Miro St., New Orleans, LA 70117; Hilda Lawrence, Larry C. Lawrence regarding 6216 & 6218 Franklin Ave., New Orleans, LA 70122; Lauvinia Jinkens regarding 4941 Chantilly Dr., New Orleans, LA 70126; James Alsandor regarding 4801 Chantilly Dr., New Orleans, LA 70126; Olievette Henderson regarding 7809 Dogwood Dr., New Orleans, LA 70126; Thaise Richardson, Ronnie Richardson regarding 3001 & 3003 Daniel Dr., Violet, LA 70092; Kathleen McGowen regarding #7 N. Oakridge Ct., New Orleans, LA 70128; Lawrence Turner regarding 2729 Reunion Dr., Violet, LA 70092; Naniel Fornerette, Linda Fornerette regarding 4970 Pecan St., New Orleans, LA 70126; Lolita Camp regarding 85 Marywood Ct., New Orleans, LA 70128; Sarah Woods, Gaynell Woods regarding 2417 Spain, New Orleans, LA 70117; Dorothy Springs, Louis Springs regarding 7806 Marquis St.,

New Orleans, LA 70128; Lars Edegran, Kathleen Edegran regarding 5423 & 5425 Canal Blvd., New Orleans, LA 70124; Lars Edegran, Kathleen Edegran regarding 66 Dove St., New Orleans, LA 70124; Joseph Augustus, Aubrie Augustus regarding 7569 Lady Gray St., New Orleans, LA 70127; Roy Letort, Candace Letort regarding 1626 Alexander Ave., Arabi, LA 70032; Patricia Davis regarding 2743 Acacia St., New Orleans, LA 70122; Anna Boudousque regarding 219 40th St., New Orleans, LA 70124; Dorothy Starks regarding 7241 W. Renaissance Ct., New Orleans, LA 70128; Brenda Dillon regarding 3126 Upperline St., New Orleans, LA 70125; Raphael Early regarding 4850 Citrus Dr., New Orleans, LA 70127; Michael Frank regarding # 7 Mariners Cove W, New Orleans, LA 70124; Carolyn Kitchen regarding 331-339 W. Harrison Ave., New Orleans, LA 70124; Evelyn Watkins regarding 5324 Wingate Dr., New Orleans, LA 70122; Paulette Gabriel, Edward R. Gabriel, Jr. regarding 5409 Mandeville St., New Orleans, LA 70122; Detter Conway regarding 3224 & 3226 Eagle St., New Orleans, LA 70118; Lynette Sparrow regarding 7552 Expedition Dr., New Orleans, LA 70129; Wilma Huggins regarding 3411 Calhoun St., New Orleans, LA 70125; John Linnes, Adrena Linnes regarding 2664 George Nick Connors Dr., New Orleans, LA 70119; Gwangi Richardson-Alston, Lawrence Alston regarding 6510 Curran Rd., New Orleans, LA 70126; Peter Bordenane regarding 4935 Brittany, New Orleans, LA 70129; Brian Davis regarding 6643 Foch Rd., New Orleans, LA 70126; Vanessa Taylor regarding 4530 Stemway Dr., New Orleans, LA 70126; Alyssa St.Cyr-Williams, Kenneth Joseph Williams regarding 7501 Beau St., New Orleans, LA 70126; Diana Joseph, Ellis M. Joseph (deceased) regarding 7819 Scottwood Dr., New Orleans, LA 70128; Henry Jones, Elaine Jones regarding 10800 Morrison Rd, New Orleans, LA 70127; Cynthia Walter regarding 1768 Duels Street, New Orleans, LA 70119; Rochester Denson, Greater Hill of Zion Church regarding 3020 Florida Ave., New Orleans, LA 70117; Norbert Lewis, Kathleen Lewis regarding 3537 Hyman Pl., New Orleans, LA 70131;

Joseph Donaldson, Sharon G. Donaldson regarding 1962 N. Prieur St., New Orleans, LA 70118; Lawrence Cuiellette regarding 1976 N. Rocheblave St., New Orleans, LA 70119; Victoria Souife regarding 4611 Cerise St., New Orleans, LA 70127; Celeah LaBranch regarding 8719 Edinburgh St., New Orleans, LA 70118; Marion Hess regarding 926-930 Gulf Dr., Gretna, LA 70053; Augusta Hudson regarding 6351 DOROTHEA ST., NEW ORLEANS, LA 70126; Debbie Fernandez regarding 7500 E. Oakridge Ct., New Orleans, LA 70128; Geraldine Jones regarding 7360 Hansbrough Ave., New Orleans, LA 70127; Ruth Blair regarding 5627 Paris Ave., New Orleans, LA 70122; Daryl Fields regarding 4005 Athis Ct., New Orleans, LA 70122; Henrietta Louis regarding 5637 6th St., Violet, LA 70092; Douglas Lindley regarding 50-52 Philip Court E, Chalmette, LA 70043; George Otto regarding 2117 Esteban St., Arabi, LA 70032; Joshua Krieger regarding 2224 Riverland Dr., Chalmette, LA 70043; Ralph Mora regarding 2125 Delta Queen Dr., Violet, LA 70092; Ronald Laporte regarding 5498 Hawthorne Pl., New Orleans, LA 70124; Ronald Laporte regarding 5484 & 5486 Hawthorne Pl., New Orleans, LA 70124; Edna Tapp regarding 4900 Montegut Dr., New Orleans, LA 70126; James Levy, Dorothy M. Levy regarding 4306 Van Ave., New Orleans, LA 70122; Lois Ford regarding 2009 & 1/2 Robert St., New Orleans, LA 70115; Tyrone Terry regarding 4954 Warren Dr., New Orleans, LA 70127; Willie Pitford regarding 5340 Bullard Ave., New Orleans, LA 70128; Sandra Baptiste regarding 7120 Camberley Dr., New Orleans, LA 70128; Lue Williams regarding 225 S. Johnson St., New Orleans, LA 70112; SHIRLENE GRAY regarding 1207-1209 N. DORGENOIS ST., NEW ORLEANS, LA 70119; Ernest DeJean, Dianne H. DeJean regarding 2519 Delery St,, New Orleans, LA 70117; Mark Hammond, Arnaz Hammond regarding 13042 Deauville Ct, New Orleans, LA 70129; Zelda Heisser regarding 4735 Miles Dr., New Orleans, LA 70122; PEARLINE DAVIS regarding 2425 TOURO ST., NEW ORLEANS, LA 70119; Robert Bates, Lillian Bates regarding 1618 Lesseps St., New Orleans, LA 70117;

Franklin Edgecombe regarding 4236 Florida Dr., Meraux, LA 70075; David Picone, Lorraine Kraus regarding 5705 Wickfield Dr., New Orleans, LA 70122; Sheila Bryant regarding 10151 Boulevard Way, New Orleans, LA 70127; Emma Washington regarding 20 North Oakridge Ct., New Orleans, LA 70128; Linda Lewis, Gerald Lewis regarding 433 & 435 S. Lopez St., New Orleans, LA 70119; Debbie Martin regarding 128 S. Jefferson Davis Pkwy, New Orleans, LA 70119; Lucious Newell regarding 4616 Pauger St., New Orleans, LA 70122; Kate Williams, Lawrence Williams regarding 4548 Ray Ave, New Orleans, LA 70126; Augusta Clark regarding 3325 & 3327 Audubon Ct., New Orleans, LA 70125; Don Washington regarding 5521 Franklin Ave., New Orleans, LA 70122; Trina Blount regarding 2745 Dreux Ave., New Orleans, LA 70122; Josephine Dupree-Dean regarding 2251 Dreux Ave., New Orleans, LA 70122; Pamela Chandler regarding 4947 Charlene Dr., New Orleans, LA 70127; Linda Lecoq regarding 4460 Francis Dr., New Orleans, LA 70126; Heidi White regarding 3425 Marigny St., New Orleans, LA 70122; Sylvia Spears regarding 10821 Guildford Rd., New Orleans, LA 70127; Samuel Dupre regarding 6215 N. Prieur St., New Orleans, LA 70117; Frank Otis regarding 7140 Beauvoir Ct., New Orleans, LA 70128; George Norton regarding 4615 Earhart Blvd, New Orleans, LA 70125; George Norton regarding 3122-24 Robert St., New Orleans, LA 70125; Gregory Glapion regarding 13721 Explorers Ave., New Orleans, LA 70129; Lucy Thompson regarding 5958 Jamison St., New Orleans, LA 70126; Phillip White, Carolyn White regarding 56 Pratt Dr., New Orleans, LA 70122; Antonia Marigny regarding 2540 Barracks St., New Orleans, LA 70119; Monique Lange regarding 4023 Mithra St., New Orleans, LA 70126; Rosemary Simms regarding 1519 N. Broad St., New Orleans, LA 70119; Gregory Keller, Alma D. Keller regarding 4857 Lafon Dr., New Orleans, LA 70126; SJ Thomas, Delousia J. Thomas regarding 939 Forstall St., New Orleans, LA 70117; Marynell Fernandez regarding 4454 & 4452 Plum Orchard Ave., New Orleans, LA 70126; Gerard Magee regarding 5601 Burgundy St., New

Orleans, LA 70117; John Camp, Vivian M. Camp regarding 407 Center, Arabi, LA 70032; Gerald Washington regarding 3316 Louisiana Avenue Pkwy., New Orleans, LA 70125; Paula Byers-Reese regarding 1836 Filmore Ave., New Orleans, LA 70122; Lillie Armstrong regarding 3527 N. Tonti St., New Orleans, LA 70117; Nolan Preston, Gussie Preston regarding 287 Chad B. Baker St., Reserve, LA 70084; Okema Brooks regarding 3017 Angelique Dr., Violet, LA 70092; Sheila Butler regarding 2625 Forstall St., New Orleans, LA 70117; James Holloway regarding 2425 Verbena St., New Orleans, LA 70122; Debra Herron regarding 218 N. Dorgenois St., New Orleasn, LA 70119; Richard Blackman regarding 13224 St. Helena Pl, New Orleans, LA 70129; Michael LeBlanc, Larise T. Leblanc regarding 13500 Trappers Ct., New Orleans, LA 70129; Anthony LeBeau, Tongie M. LeBeau regarding 4926 Madrid St., New Orleans, LA 70126; Janice LaBeau regarding 7506 Barkley Pl., New Orleans, LA 70126; Florence Larkin regarding 218 Liberty Terrace Dr., New Orleans, LA 70126; Cynthia Lewis regarding 2417 Cambronne St., New Orleans, LA 70118; Donna Neely-McRae regarding 6238 Cameron Blvd., New Orleans, LA 70122; Bryce Olsen, Pearl Olsen regarding 6461 Bellaire Dr., New Orleans, LA 70124; Brenda Reaves, Brenda Bolden-Reaves regarding 4 Marywood Ct., New Orleans, LA 70128; Viola Blue regarding 5426 Royal St., New Orleans, LA 70117; Christin Moten regarding 3824 D'Hemecourt St., New Orleans, LA 70119; Valeria Henderson regarding 2039 Humanity St., New Orleans, LA 70122; Avis Chunn regarding 2217 Pirate Dr., Chalmette, LA 70043; Penny Phillip regarding 2806 Painter St., New Orleans, LA 70122; Donald Morgan, Carolyn Hughes-Morgan regarding 3924 Fairmont Dr., New Orleans, LA 70122; Julie Broggi, John Broggi regarding 7532 Galaxy Dr., Violet, LA 70092; Joyce Moore regarding 2617 Pauger St., New Orleans, LA 70116; Washington Wells regarding 11309 Waverly Dr., New Orleans, LA 70128; Matrtin Nurubah regarding 8721 Morrison Rd., New Orleans, LA 70127; Joycelyn Jean regarding 2636 Arts Street, New Orleans, LA 70117; Gerardo Garcia

regarding 6122 N.Roman St., New Orleans, LA 70117; Mildred Rister regarding 4508 Allen St., New Orleans, LA 70122; Michelle Loupe regarding 2220 Livaccari Dr., Violet, LA 70092; Dorothy Williams, Frederick A. Williams regarding 3620 & 3622 Republic, New Orleans, LA 70122; Michael Saizan regarding 4751 Lafaye St., New orleans, LA 70122; Nories Louis regarding 7140 Lake Willow Dr., New Orleans, LA 70126; Zolite Caliste regarding 4715 Mandeville St., New Orleans, LA 70122; Alice Webster regarding 4837 & 4839 N. Rampart St., New Orleans, LA 70117; Walter Gabriel, Deborah M. gabriel regarding 11019 S. Hardy St., New Orleans, LA 70127; Gayle Vincent regarding 5773 W. Louis Prima Dr., New Orleans, LA 70128; Toni Goff, Carl R. Johnson regarding 11433 N. St. Andrews Cir., New Orleans, LA 70128; Patricia Green, Jerome L. Green regarding 5838 Providence Pl., New Orleans, LA 70126; Laura Darby-Wagner regarding 189 Mapleridge Dr., Metairie, LA 70001; Dejuanna Simon-Gray regarding 7709 Vanderkloot Ave., New Orleans, LA 70127; Ruby Harris regarding 4566 Eastview Dr., New Orleans, LA 70126; Mark Reine, Natalie B. Reine regarding 4485 Lafaye St., New Orleans, LA 70122; Latara Walker regarding 7111 Dorian St., New Orleans, LA 70126; Cesar Bustillo regarding 4539 Paris Ave., New Orleans, LA 70122; Charlie Dunbar, Bertha T. Dunbar regarding 5140 Touro St., New Orleans, LA 70122; Emma Brandon regarding 7101 e. Hermes St., New Orleans, LA 70126; Emma Brandon regarding 2518 & 2518 1/2 Louisa St., New Orleans, LA 70117; Charles Harrison, Victoria Harrison regarding 6301 S. Rocheblave St., New Orleans, LA 70125; Ceola Newman, Vada Newman regarding 1741 N. Tonti St., New Orleans, LA 70119; Cephis Jackson, Geralyn W. Jackson regarding 5509 Montegut St., New Orleans, LA 70126; Alton Bates, Jacquelyn G. Bates regarding 5731 Kensington Blvd., New Orleans, LA 70127; Betty Davis regarding 2530 Cleveland Ave., New Orleans, LA 70119; Kevin Willimas regarding 3816 Bruxelles St., New Orleans, LA 70122; Charles Stevens regarding 7118 East Hermes St.,

New Orleans, LA 70126; Darryl Bailey regarding 2221 Delta Queen Dr., Violet, LA 70092; Colleen House, Clancy House regarding 1624 Mehle, Arabi, LA 70032; Harold Landry, Barbara S. Landry regarding 7121 Wayside Dr., New Orleans, LA 70128; Carrie Williams regarding 7542 Briarwood Dr., New Orleans, LA 70128; Gloria Lewis regarding 5500 Montegut St., New Orleans, LA 70126; Tommy Guidry, Cora B. Guidry regarding 6648 Foch Rd., New Orleans, LA 70126; Willie Jones, Freda L. Jones regarding 7641 Poitevent Ave., New Orleans, LA 70127; Frank Lewis regarding 31 Christy Ln., New Orleans, LA 70127; Del Dugar, Clifford P. Dugar regarding 5126 St. Ferdinand Dr., New Orleans, LA 70126; Joseph Anderson regarding 4409 Duplessis St., New Orleans, LA 70122; Paula Christmas regarding 10915 Curran Blvd., New Orleans, LA 70127; Henry Jones regarding 5650 Hempstead Rd., New Orleans, LA 70127; Victor Vavasseur regarding 1761 Sere St., New Orleans, LA 70122; Kevin Rieth, Pamela Rieth regarding 100 Farve St., Waveland, MS 39576; Christopher Lund, Lund Title Agency LLC; Joseph Stephenson regarding 3504 DeSaix Blvd, New Orleans, LA 70119

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Mary Mobley regarding 2751 Edna St., New Orleans, LA 70126; Julius Willimas, Toya L. Williams regarding 6971 Camberley Ct., New Orleans, LA 70128; Jonnie Carter regarding 6224 Franklin Ave., New Orleans, LA 70122; Keith Williams, Martha Williams regarding 2426 Madrid, New Orleans, LA 70122; Roger Reese, Lavelda Y. Reese regarding 5042 W. St. Andrews Cir., New Orleans, LA 70128; Lynne Gabriel regarding 2725 St. Anthony St., New Orleans, LA 70119; Clara Hunter, Clyde Hunter regarding 3326 Toledano, New Orleans, LA 70125; Herman Franklin regarding 4814

Francisco Verrett Dr., New Orleans, LA 70126; Brett Boyce regarding 4220 Vincens Pl., New Orleans, LA 70125; Daisy Nandkumar, Khemraj Nandkumar, Sr. regarding 4940 Francisco Verrett Dr., New Orleans, LA 70126; Paulet Ferrand regarding 3931 McFarland Ct., New Orleans, LA 70126; Cheryl Joseph, Jancy M. Pinkins regarding 2654 Verbena St., New Orleans, LA 70122; Freddie Myers, Sonia B. Myers regarding 9321 Hammond St., New Orleans, LA 70127; DARLENE HILLS regarding 3737 ROCKFORD HEIGHTS, METAIRIE, LA 70002; Mary Muse, Wilhelmina Cole regarding 1609 S. Saratoga St., New Orleans, LA 70113; Olga Robinson regarding 3535 Fairmont Dr., New ORleans, LA 70122; John Foster regarding 7402 Sussex Pl., New Orleans, LA 70126; Victoria Mushatt regarding 9226 Fig St., New Orleans, LA 70118; Elveria Morgan regarding 4313 Loire Dr. Apt. B, Kenner, LA 70065; ROBERT CARTER regarding 7409 WOODBINE DR, NEW ORLEANS, LA 70126; William Evans, Nolvia H. Evans regarding 6965/67 Louis XIV St., New Orleans, LA 70124; James Scott regarding 5136 Lee Place, Marrero, LA 70072; Marjorie Wallace regarding 9424 & 9426 Oleander St., New Orleans, LA 70118; Ashley Bowen, Michael Brown regarding 3224 Van Cleave Dr., Meraux, LA 70075; Michaleen Brooks regarding 4611 Lancelot Dr., New Orleans, LA 70127; Thomas Fulco, Charlene Fulco regarding 3325 Pakenham Dr., Chalmette, LA 70043; RONALD TROVAL, SYLVIA GRANDPRE TOVAL regarding 5506 WILTON DR., NEW ORLEANS, LA 70122; Glenwalds White regarding 5830 Louis Prima Dr. W, New Orleans, LA 70128; Thomas Guillory regarding 4008 Mistrot, Meraux, LA 70075; Daniel Hester, Melanie Hester regarding 6509 & 6511 West End Blvd., New Orleans, LA 70124; Fred Johnson regarding 3421 New Orleans St., New Orleans, LA 70122; Gail Miller, Lawrence Miller regarding 5921 Wright Rd., New ORleans, LA 70128; Koby Singletary regarding 4755 Stemway Dr,, New Orleans, LA 70126; Alveta Spears regarding 7340 Primrose Dr., New Orleans, LA 70126; Sandra Johnson regarding 4733 Stemway Dr., New Orleans, LA 70126; Alan Wells, Lorie Wells

regarding 3612 Dauterive Dr., Chalmette, LA 70043; Charles Williams regarding 6700 Dorchester, New Orleans, LA 70126; John Williams, Janet S. Williams regarding 1004 Cougar Dr., Arabi, LA 70032; Ruth Jenkins regarding 4625 Annette St., New Orleans, LA 70122; Lynn Lee regarding 3913 Ford St., New Orleans, LA 70126; Donald Page, Janie W. Page regarding 5476 Patio Way, New Orleans, LA 70129; Mercedes Watson, Cornell Watson regarding 2848 Louisa St., New Orleans, LA 70126; Raymond Prejean, Barbara J. Prejean regarding 15 Mission Hills, Slidell, LA 70458; Ryan Bush regarding 107 Foxbriar Ct., Slidell, LA 70461; Moses Russ regarding 4548 Werner Dr., New Orleans, LA 70126; Sheila Butler, Kenneth Butler regarding 2937 & 2939 Serantine Street, New Orleans, LA 70126; Theodore Buuck regarding 3108 Maureen Lane, Meraux, LA 70075; Kenneth Ross, Gaynell A Ross regarding 3700 Riverland Drive, Chalmette, LA 70043; MALCOM VAUGHN, MILDRED B. VAUGHN regarding 8911 DWYER RD, NEW ORLEANS, LA 70127; MICHAEL SPOO regarding 629 N. SCOTT ST., NEW ORLEANS, LA 70119; CLARENCE BAKER regarding 223 JULES AVE., NEW ORLEANS, LA 70121; ROBERT MONK, OLIVIA B. MONK regarding 510 WELHAM LOOP, LAPLACE, LA 70068; JAMES KAPESIS, JOANNE BETTY KAPESIS regarding 7619 MICHIGAN ST., NEW ORLEANS, LA 70128; CHRISTINE JACKSON regarding 3333 PIETY ST., NEW ORLEANS, LA 70126; KIM HUNTER regarding 4605 CARTIER AVE., NEW ORLEANS, LA 70122; ROSALIE IVES regarding 5116 WENTWORTH DR, NEW ORLEANS, LA 70126; MADELINE PHARR regarding 7818 DOYLE CT., NEW ORLEANS, LA 70125; George Stimage, Delena D. Stimage regarding 4762 Cerise St., New Orleans, LA 70127; Robert Bowser, Charlene Bowser regarding 17771 Hwy 15, Pointe a la Hache, LA 70082; Patrick Lew, Linda Lew regarding 2420 Repose Street, Baton Rouge, LA 70816; Tiffany Hooks-Vitrano, Gerard Vitrano, Jr. regarding 3116 Chalona Dr., Chalmette, LA 70043; Kimberly Mirabin, Kimberly Mirabin regarding 6222 Erin Drive, New Orleans, LA 70126; Kurt

Coulon, Samantha Coulon, Kurt Coulon Jr., Gregory Coulon regarding 14150 Kingswood Dr., New

Orleans, LA 70128; Shirley Jennings-Robertson, Albert Lee Jennings regarding 4531 Paris Ave.,

New Orleans, LA 70122; Joyce Petitfils regarding 3017 La Place St., Chalmette, LA 70043; Alice

Baptiste regarding 3121 Upperline St., New Orleans, LA 70125; Gayle Williams regarding 5371

Charlotte Dr., New Orleans, LA 70122; LARRY NAPOLEON, CHERYL PETERS NAPOLEON

regarding 2717 MYRTLE ST., NEW ORLEANS, LA 70122; Ann Smith regarding 7421 Restgate

Rd, New Orleans, LA 70127; Carolyn Monley regarding 1322 Andry St., New Orleans, LA 70117;

Cynthia Roman regarding 5172 Venus St., New Orleans, LA 70122; Obery Cooper regarding 2726

Metropolitan St., New Orleans, LA 70126; SYLVIA SCINEAUX regarding 5801 KENSINGTON

BLVD., NEW ORLEANS, LA 70127; SUSAN SHEPHERD regarding 129 W. BROOKS ST., NEW

ORLEANS, LA 70124; VIVIAN ANDREWS regarding 1924 SPAIN ST., NEW ORLEANS, LA

70117; MERRELL LANDRY, MARIA L. NELSON regarding 4943 CORONADO DR., NEW

ORLEANS, LA 70127; Joyce Krantz regarding 4335 Fort Macomb Rd., New Orleans, LA 70129;

HAROLD BRISCOE, VERONICAL L. BRISCOE regarding 12111 E. BARRINGTON DR., NEW

ORLEANS, LA 70128; Florence Mercadel regarding 2323 George Nick Conner, New Orleans, LA

70119; Olga Ferrier regarding 5600 Samovar Dr, New Orleans, LA 70126; Joseph Darbon regarding

7110 Read Blvd., New Orleans, LA 70127; JOHN HACSUNDA regarding 6201 CURIE ST., NEW

ORLEANS, LA 70122; CHRISTINE REED, MARY ELLEN HAYWARD BENJAMIN (MOTHER)

regarding 4117 MARIBEAU AVE., NEW ORLEANS, LA 70126; Carrie Bickham regarding 3957

Odin St., New Orleans, LA 70126; Denise Daspit regarding 2711/15 Acacia St., New Orleans, LA

70122; Anthony Frederick, Stacey Frederick regarding 1951 Law St., New Orleans, LA 70119;

CHARLOTTE HURST regarding 5001 ST. BERNARD AVE, NEW ORLEANS, LA 70122;

Ramona Woodson regarding 2417 Vienna St., New Orleans, LA 70122; GRIFFIN NELLUM,

LINDA M. NELLUM regarding 4926 LONGFELLOW DR., NEW ORLEANS, LA 70127; JOSSLYN HAMILTON regarding 7533 MEANS AVE., NEW ORLEANS, LA 70127; Schewanda Guyton-Williams regarding 4760 Francisco Verrett Dr., New Orleans, LA 70126; Joan Landry regarding 5318 N. Johnson St., New Orleans, LA 70117; Evelyn Perdue regarding 4935 & 4937 Baccich St., New Orleans, LA 70122; David Jones, Antoinette Jones regarding 1745 Louisa St., New Orleans, LA 70117; Valincia Wyman, Christopher Wyman regarding 1335 France St., New Orleans, LA 70117; Jerome Walsh regarding 2209 Gallo Dr., Chalmette, LA 70043; Sidney Jones regarding 9304 Palmetto St., New Orleans, LA 70118; Evangeline Briggs regarding 1822 Congress St., New Orleans, LA 70117; Clara Breaux regarding 122 W. 3rd St., LaPlace, LA 70068; Annette Nailer regarding 2115 St. Maurice St., New Orleans, LA 70113; Richard Jackson regarding 136 Railroad Ave., Reserve, LA 70084; Gwendolyn Hanhart regarding 1028 & 1030 Caffin Ave., New Orleans, LA 70117; Fred Smith regarding 5019 Press Dr., New Orleans, LA 70126; Jane Lacoste, Joel Growden regarding 236 & 238 Stafford Pl, New Orleans, LA 70124; Audrey Riddle regarding 3309 Piety Street, New Orleans, LA 70126; Evelyn Perdue regarding 4444 Wellington Dr., New Orleans, LA 70122; Marilyn Warren, Curtis Warren regarding 10321 Brookfield Dr., New Orleans, LA 70127; Valezques Esteves, Sylvia Esteves regarding 2119 Governor Nicholls St., New Orleans, LA 70116; Godfrey Bart regarding 1933 Marigny St., New Orleans, LA 70117; Sharon Hanzo, Edward Hanzo regarding 2216 Pelitere Dr., Chalmette, LA 70043; Clarence Williams, Hazel Williams regarding 11021 Harrow Rd., New Orleans, LA 70127; David Bell, Margaret Bell regarding 448 Audubon Blvd, New Orleans, LA 70125; Don Doucette regarding 4950 Maid Marian, New Orleans, LA 70128; Lucille Pizzuto, Samuel Pizzuto regarding 2320 Riverbend Dr., Violet, LA 70092; Fab Idris regarding 14742 Curran Rd., New Orleans, LA 70128; Mary Shaw, Jeffery Shaw regarding 2406 Jasmine St., New Orleans, LA 70122; Toni Berry regarding 1780 Rosiere St., New Orleans, LA

70119; Lillian Trevigne regarding 1817 O'Reilly St., New Orleans, LA 70116; Alma Allen regarding 2823 Painter St., New Orleans, LA 70122; Betty Francis regarding 6122 N. Miro St., New Orleans, LA 70117; Hilda Lawrence, Larry C. Lawrence regarding 6216 & 6218 Franklin Ave., New Orleans, LA 70122; Lauvinia Jinkens regarding 4941 Chantilly Dr., New Orleans, LA 70126; James Alsandor regarding 4801 Chantilly Dr., New Orleans, LA 70126; Olievette Henderson regarding 7809 Dogwood Dr., New Orleans, LA 70126; Thaise Richardson, Ronnie Richardson regarding 3001 & 3003 Daniel Dr., Violet, LA 70092; Kathleen McGowen regarding #7 N. Oakridge Ct., New Orleans, LA 70128; Lawrence Turner regarding 2729 Reunion Dr., Violet, LA 70092; Naniel Fornerette, Linda Fornerette regarding 4970 Pecan St., New Orleans, LA 70126; Lolita Camp regarding 85 Marywood Ct., New Orleans, LA 70128; Sarah Woods, Gaynell Woods regarding 2417 Spain, New Orleans, LA 70117; Dorothy Springs, Louis Springs regarding 7806 Marquis St., New Orleans, LA 70128; Lars Edegran, Kathleen Edegran regarding 5423 & 5425 Canal Blvd., New Orleans, LA 70124; Lars Edegran, Kathleen Edegran regarding 66 Dove St., New Orleans, LA 70124; Joseph Augustus, Aubrie Augustus regarding 7569 Lady Gray St., New Orleans, LA 70127; Roy Letort, Candace Letort regarding 1626 Alexander Ave., Arabi, LA 70032; Patricia Davis regarding 2743 Acacia St., New Orleans, LA 70122; Anna Boudousque regarding 219 40th St., New Orleans, LA 70124; Dorothy Starks regarding 7241 W. Renaissance Ct., New Orleans, LA 70128; Brenda Dillon regarding 3126 Upperline St., New Orleans, LA 70125; Raphael Early regarding 4850 Citrus Dr., New Orleans, LA 70127; Michael Frank regarding # 7 Mariners Cove W, New Orleans, LA 70124; Carolyn Kitchen regarding 331-339 W. Harrison Ave., New Orleans, LA 70124; Evelyn Watkins regarding 5324 Wingate Dr., New Orleans, LA 70122; Paulette Gabriel, Edward R. Gabriel, Jr. regarding 5409 Mandeville St., New Orleans, LA 70122; Detter Conway regarding 3224 & 3226 Eagle St., New Orleans, LA 70118; Lynette Sparrow regarding 7552 Expedition Dr., New Orleans,

LA 70129; Wilma Huggins regarding 3411 Calhoun St., New Orleans, LA 70125; John Linnes,

Adrena Linnes regarding 2664 George Nick Connors Dr., New Orleans, LA 70119; Gwangi

Richardson-Alston, Lawrence Alston regarding 6510 Curran Rd., New Orleans, LA 70126; Peter

Bordenane regarding 4935 Brittany, New Orleans, LA 70129; Brian Davis regarding 6643 Foch Rd.,

New Orleans, LA 70126; Vanessa Taylor regarding 4530 Stemway Dr., New Orleans, LA 70126;

Alyssa St.Cyr-Williams, Kenneth Joseph Williams regarding 7501 Beau St., New Orleans, LA

70126; Diana Joseph, Ellis M. Joseph (deceased) regarding 7819 Scottwood Dr., New Orleans, LA

70128; Henry Jones, Elaine Jones regarding 10800 Morrison Rd, New Orleans, LA 70127; Cynthia

Walter regarding 1768 Duels Street, New Orleans, LA 70119; Rochester Denson, Greater Hill of

Zion Church regarding 3020 Florida Ave., New Orleans, LA 70117; Norbert Lewis, Kathleen Lewis

regarding 3537 Hyman Pl., New Orleans, LA 70131; Joseph Donaldson, Sharon G. Donaldson

regarding 1962 N. Prieur St., New Orleans, LA 70118; Lawrence Cuiellette regarding 1976 N.

Rocheblave St., New Orleans, LA 70119; Victoria Souife regarding 4611 Cerise St., New Orleans,

LA 70127; Celeah LaBranch regarding 8719 Edinburgh St., New Orleans, LA 70118; Marion Hess

regarding 926-930 Gulf Dr., Gretna, LA 70053; Augusta Hudson regarding 6351 DOROTHEA ST.,

NEW ORLEANS, LA 70126; Debbie Fernandez regarding 7500 E. Oakridge Ct., New Orleans, LA

70128; Geraldine Jones regarding 7360 Hansbrough Ave., New Orleans, LA 70127; Ruth Blair

regarding 5627 Paris Ave., New Orleans, LA 70122; Daryl Fields regarding 4005 Athis Ct., New

Orleans, LA 70122; Henrietta Louis regarding 5637 6th St., Violet, LA 70092; Douglas Lindley

regarding 50-52 Philip Court E, Chalmette, LA 70043; George Otto regarding 2117 Esteban St.,

Arabi, LA 70032; Joshua Krieger regarding 2224 Riverland Dr., Chalmette, LA 70043; Ralph Mora

regarding 2125 Delta Queen Dr., Violet, LA 70092; Ronald Laporte regarding 5498 Hawthorne Pl.,

New Orleans, LA 70124; Ronald Laporte regarding 5484 & 5486 Hawthorne Pl., New Orleans, LA

70124; Edna Tapp regarding 4900 Montegut Dr., New Orleans, LA 70126; James Levy, Dorothy M.

Levy regarding 4306 Van Ave., New Orleans, LA 70122; Lois Ford regarding 2009 & 1/2 Robert St.,

New Orleans, LA 70115; Tyrone Terry regarding 4954 Warren Dr., New Orleans, LA 70127; Willie

Pitford regarding 5340 Bullard Ave., New Orleans, LA 70128; Sandra Baptiste regarding 7120

Camberley Dr., New Orleans, LA 70128; Lue Williams regarding 225 S. Johnson St., New Orleans,

LA 70112; SHIRLENE GRAY regarding 1207-1209 N. DORGENOIS ST., NEW ORLEANS, LA

70119; Ernest DeJean, Dianne H. DeJean regarding 2519 Delery St,, New Orleans, LA 70117; Mark

Hammond, Arnaz Hammond regarding 13042 Deauville Ct, New Orleans, LA 70129; Zelda Heisser

regarding 4735 Miles Dr., New Orleans, LA 70122; PEARLINE DAVIS regarding 2425 TOURO

ST., NEW ORLEANS, LA 70119; Robert Bates, Lillian Bates regarding 1618 Lesseps St., New

Orleans, LA 70117; Franklin Edgecombe regarding 4236 Florida Dr., Meraux, LA 70075; David

Picone, Lorraine Kraus regarding 5705 Wickfield Dr., New Orleans, LA 70122; Sheila Bryant

regarding 10151 Boulevard Way, New Orleans, LA 70127; Emma Washington regarding 20 North

Oakridge Ct., New Orleans, LA 70128; Linda Lewis, Gerald Lewis regarding 433 & 435 S. Lopez

St., New Orleans, LA 70119; Debbie Martin regarding 128 S. Jefferson Davis Pkwy, New Orleans,

LA 70119; Lucious Newell regarding 4616 Pauger St., New Orleans, LA 70122; Kate Williams,

Lawrence Williams regarding 4548 Ray Ave, New Orleans, LA 70126; Augusta Clark regarding

3325 & 3327 Audubon Ct., New Orleans, LA 70125; Don Washington regarding 5521 Franklin

Ave., New Orleans, LA 70122; Trina Blount regarding 2745 Dreux Ave., New Orleans, LA 70122;

Josephine Dupree-Dean regarding 2251 Dreux Ave., New Orleans, LA 70122; Pamela Chandler

regarding 4947 Charlene Dr., New Orleans, LA 70127; Linda Lecoq regarding 4460 Francis Dr.,

New Orleans, LA 70126; Heidi White regarding 3425 Marigny St., New Orleans, LA 70122; Sylvia

Spears regarding 10821 Guildford Rd., New Orleans, LA 70127; Samuel Dupre regarding 6215 N.

Prieur St., New Orleans, LA 70117; Frank Otis regarding 7140 Beauvoir Ct., New Orleans, LA 70128; George Norton regarding 4615 Earhart Blvd, New Orleans, LA 70125; George Norton regarding 3122-24 Robert St., New Orleans, LA 70125; Gregory Glapion regarding 13721 Explorers Ave., New Orleans, LA 70129; Lucy Thompson regarding 5958 Jamison St., New Orleans, LA 70126; Phillip White, Carolyn White regarding 56 Pratt Dr., New Orleans, LA 70122; Antonia Marigny regarding 2540 Barracks St., New Orleans, LA 70119; Monique Lange regarding 4023 Mithra St., New Orleans, LA 70126; Rosemary Simms regarding 1519 N. Broad St., New Orleans, LA 70119; Gregory Keller, Alma D. Keller regarding 4857 Lafon Dr., New Orleans, LA 70126; SJ Thomas, Delousia J. Thomas regarding 939 Forstall St., New Orleans, LA 70117; Marynell Fernandez regarding 4454 & 4452 Plum Orchard Ave., New Orleans, LA 70126; Gerard Magee regarding 5601 Burgundy St., New Orleans, LA 70117; John Camp, Vivian M. Camp regarding 407 Center, Arabi, LA 70032; Gerald Washington regarding 3316 Louisiana Avenue Pkwy., New Orleans, LA 70125; Paula Byers-Reese regarding 1836 Filmore Ave., New Orleans, LA 70122; Lillie Armstrong regarding 3527 N. Tonti St., New Orleans, LA 70117; Nolan Preston, Gussie Preston regarding 287 Chad B. Baker St., Reserve, LA 70084; Okema Brooks regarding 3017 Angelique Dr., Violet, LA 70092; Sheila Butler regarding 2625 Forstall St., New Orleans, LA 70117; James Holloway regarding 2425 Verbena St., New Orleans, LA 70122; Debra Herron regarding 218 N. Dorgenois St., New Orleasn, LA 70119; Richard Blackman regarding 13224 St. Helena Pl, New Orleans, LA 70129; Michael LeBlanc, Larise T. Leblanc regarding 13500 Trappers Ct., New Orleans, LA 70129; Anthony LeBeau, Tongie M. LeBeau regarding 4926 Madrid St., New Orleans, LA 70126; Janice LaBeau regarding 7506 Barkley Pl., New Orleans, LA 70126; Florence Larkin regarding 218 Liberty Terrace Dr., New Orleans, LA 70126; Cynthia Lewis regarding 2417 Cambronne St., New Orleans, LA 70118; Donna Neely-McRae regarding 6238 Cameron Blvd., New

Orleans, LA 70122; Bryce Olsen, Pearl Olsen regarding 6461 Bellaire Dr., New Orleans, LA 70124;

Brenda Reaves, Brenda Bolden-Reaves regarding 4 Marywood Ct., New Orleans, LA 70128; Viola

Blue regarding 5426 Royal St., New Orleans, LA 70117; Christin Moten regarding 3824

D'Hemecourt St., New Orleans, LA 70119; Valeria Henderson regarding 2039 Humanity St., New

Orleans, LA 70122; Avis Chunn regarding 2217 Pirate Dr., Chalmette, LA 70043; Penny Phillip

regarding 2806 Painter St., New Orleans, LA 70122; Donald Morgan, Carolyn Hughes-Morgan

regarding 3924 Fairmont Dr., New Orleans, LA 70122; Julie Broggi, John Broggi regarding 7532

Galaxy Dr., Violet, LA 70092; Joyce Moore regarding 2617 Pauger St., New Orleans, LA 70116;

Washington Wells regarding 11309 Waverly Dr., New Orleans, LA 70128; Matrtin Nurubah

regarding 8721 Morrison Rd., New Orleans, LA 70127; Joycelyn Jean regarding 2636 Arts Street,

New Orleans, LA 70117; Gerardo Garcia regarding 6122 N.Roman St., New Orleans, LA 70117;

Mildred Rister regarding 4508 Allen St., New Orleans, LA 70122; Michelle Loupe regarding 2220

Livaccari Dr., Violet, LA 70092; Dorothy Williams, Frederick A. Williams regarding 3620 & 3622

Republic, New Orleans, LA 70122; Michael Saizan regarding 4751 Lafaye St., New orleans, LA

70122; Nories Louis regarding 7140 Lake Willow Dr., New Orleans, LA 70126; Zolite Caliste

regarding 4715 Mandeville St., New Orleans, LA 70122; Alice Webster regarding 4837 & 4839 N.

Rampart St., New Orleans, LA 70117; Walter Gabriel, Deborah M. gabriel regarding 11019 S. Hardy

St., New Orleans, LA 70127; Gayle Vincent regarding 5773 W. Louis Prima Dr., New Orleans, LA

70128; Toni Goff, Carl R. Johnson regarding 11433 N. St. Andrews Cir., New Orleans, LA 70128;

Patricia Green, Jerome L. Green regarding 5838 Providence Pl., New Orleans, LA 70126; Laura

Darby-Wagner regarding 189 Mapleridge Dr., Metairie, LA 70001; Dejuanna Simon-Gray regarding

7709 Vanderkloot Ave., New Orleans, LA 70127; Ruby Harris regarding 4566 Eastview Dr., New

Orleans, LA 70126; Mark Reine, Natalie B. Reine regarding 4485 Lafaye St., New Orleans, LA

70122; Latara Walker regarding 7111 Dorian St., New Orleans, LA 70126; Cesar Bustillo regarding 4539 Paris Ave., New Orleans, LA 70122; Charlie Dunbar, Bertha T. Dunbar regarding 5140 Touro St., New Orleans, LA 70122; Emma Brandon regarding 7101 e. Hermes St., New Orleans, LA 70126; Emma Brandon regarding 2518 & 2518 1/2 Louisa St., New Orleans, LA 70117; Charles Harrison, Victoria Harrison regarding 6301 S. Rocheblave St., New Orleans, LA 70125; Ceola Newman, Vada Newman regarding 1741 N. Tonti St., New Orleans, LA 70119; Cephis Jackson, Geralyn W. Jackson regarding 5509 Montegut St., New Orleans, LA 70126; Alton Bates, Jacquelyn G. Bates regarding 5731 Kensington Blvd., New Orleans, LA 70127; Betty Davis regarding 2530 Cleveland Ave., New Orleans, LA 70119; Kevin Willimas regarding 3816 Bruxelles St., New Orleans, LA 70122; Charles Stevens regarding 7118 East Hermes St., New Orleans, LA 70126; Darryl Bailey regarding 2221 Delta Queen Dr., Violet, LA 70092; Colleen House, Clancy House regarding 1624 Mehle, Arabi, LA 70032; Harold Landry, Barbara S. Landry regarding 7121 Wayside Dr., New Orleans, LA 70128; Carrie Williams regarding 7542 Briarwood Dr., New Orleans, LA 70128; Gloria Lewis regarding 5500 Montegut St., New Orleans, LA 70126; Tommy Guidry, Cora B. Guidry regarding 6648 Foch Rd., New Orleans, LA 70126; Willie Jones, Freda L. Jones regarding 7641 Poitevent Ave., New Orleans, LA 70127; Frank Lewis regarding 31 Christy Ln., New Orleans, LA 70127; Del Dugar, Clifford P. Dugar regarding 5126 St. Ferdinand Dr., New Orleans, LA 70126; Joseph Anderson regarding 4409 Duplessis St., New Orleans, LA 70122; Paula Christmas regarding 10915 Curran Blvd., New Orleans, LA 70127; Henry Jones regarding 5650 Hempstead Rd., New Orleans, LA 70127; Victor Vavasseur regarding 1761 Sere St., New Orleans, LA 70122; Kevin Rieth, Pamela Rieth regarding 100 Farve St., Waveland, MS 39576; Christopher Lund, Lund Title Agency LLC; Joseph Stephenson regarding 3504 DeSaix Blvd, New Orleans, LA 70119, who wish to voluntarily dismiss the claims against Defendant(s) Allstate Insurance Company in the above

captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY:  /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 25th day, of July, 2008.

/s/ Joseph M. Bruno
Joseph M. Bruno