## Nicoletti Hornig & Sweeney

JOHN A.V. NICOLETTI
JAMES F. SWEENEY
DAVID R. HORNIG *
FRANK M. MARCIGLIANO
MICHAEL J. CARCICH
BARBARA A. SHEEHAN
NOOSHIN NAMAZI †
THOMAS M. RITTWEGER †
ROBERT A. NOVAK
TERRY L. STOLTZ
MICHAEL F. McGOWAN
VINCENT A. SUBA
SAMUEL C. COLUZZI †

LAWRENCE C. GLYNN †
VAL WAMSER †
KEVIN J.B. O'MALLEY
GUERRIC S.D.L. RUSSELL †
WILLIAM M. FENNELL
SCOTT D. CLAUSEN †
JANA SPERRY † ◊

* ALSO ADMITTED IN TEXAS
† ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN NORTH CAROLINA

WALL STREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801
TELEPHONE 212-220-3830
TELECOPIER 212-220-3780
E-MAIL: general@nicolettihornig.com
WEBSITE: www.nicolettihornig.com

MICHAEL MARKS COHEN
LINDA D. LIN
OF COUNSEL

NEW JERSEY OFFICE:
401 CONTINENTAL PLAZA
HACKENSACK, NEW JERSEY 07601
TELEPHONE 201-343-0970
TELECOPIER 201-343-5882

July 15, 2008

**BY HAND DELIVERY**

Honorable Charles S. Haight
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1940
New York, NY 10007

Re:    (1)   *The Northern Assurance Company of America et al. v. Lafarge North America, Inc. et al.*, Index No. 08-CV-3289
       (2)   *American Steamship Owners Mutual Protection & Indemnity Assoc., Inc. v. Lafarge North America, Inc.*, Index No. 06-CV-3123 (CSH)
       (3)   *New York Marine & General Insurance Co. v. Lafarge North America, Inc.*, Index No. 05-CV-9612 (CSH)
Our File No.:    10000478 (JAVN/NN)

Dear Judge Haight:

       We are attorneys representing Plaintiffs The Northern Assurance Company of America and American Home Assurance Company in connection with action (1) of the above-captioned related actions.

       We write to advise Your Honor of two (2) recent developments in the litigation entitled *In Re Katrina Canal Breaches Consolidated Litigation*, Civil Action No. 05-4182, in which Lafarge and its insurers, including the Club, NYMAGIC and the Excess Insurers are named under Louisiana's direct action statute.



EXHIBIT 3

July 15, 2008
Page 2

The first enclosure (attachment "1") is an Order dated July 1, 2008 issued by the Honorable Judge Duval arising out of a Preliminary Conference held on that date, and attended by Mr. John Woods and Mr. Robert Clyne, as counsel for the Club and Lafarge, respectively. The conference addressed the Club's denial of coverage and the status of the New York action. This office became aware of this Order on July 4, 2008. We have since that time urged both counsel who participated by telephone at the July 1 conference to forward a copy of the Order to Your Honor's attention. Although we were assured by Mr. Clyne that he would furnish the Order to Your Honor, he has not yet done so, and we believe that we are now obliged to bring the insurance coverage issues raised before Judge Duval to Your Honor's attention.

The second enclosure (attachment "2") is a submission by the plaintiffs in the Louisiana action in which several references are made to the insurance coverage litigations pending before Your Honor with a request for Judge Duval to entertain, among others, the issuance of a "Conditional Temporary Injunction enjoining the parties in the New York" actions "to stop the vexatious cluster of New York consolidated declaratory suits, which are spinning out of control", and to entertain a motion for summary judgment on the coverage issues against the American Club and/or other insurers.

We will not undertake a description and/or analysis of these two (2) submissions. Suffice it to say, we believe these developments may impact the related actions herein.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

NICOLETTI HORNIG & SWEENEY

By: *[signature]*

John A. V. Nicoletti

JAVN/NN/mm
Enclosures

cc:

**BY HAND DELIVERY**

Robert Gerard Clyne, Esq.
HILL, RIVKINS & HAYDEN
*Attorneys for Lafarge North America, Inc.*
45 Broadway
New York, New York 10006
Tel: 212-669-0600

July 15, 2008
Page 3

### BY HAND DELIVERY

John Maynard Woods, Esq.
THACHER PROFFITT & WOOD LLP
*Attorneys for American Steamship Owners Mut. P&I Assoc., Inc.*
Two World Financial Center
New York, New York 10281
Tel: 212-912-7400

### BY HAND DELIVERY

David H. Fromm, Esq.
BROWN GAVALAS & FROMM LLP
*Attorneys for New York Marine & General Insurance Co.*
355 Lexington Avenue
New York, New York 10017
Tel: (212) 983-8500

X:\Public Word Files\1478\Judge Haight Ltr.7.15.08.mm.doc