# Nicoletti Hornig & Sweeney

JOHN A.V. NICOLETTI
JAMES F. SWEENEY
DAVID R. HORNIG *
FRANK M. MARCIGLIANO
MICHAEL J. CARCICH
BARBARA A. SHEEHAN
NOOSHIN NAMAZI †
THOMAS M. RITTWEGER †
ROBERT A. NOVAK
TERRY L. STOLTZ
MICHAEL F. McGOWAN
VINCENT A. SUBA
SAMUEL C. COLUZZI †

LAWRENCE C. GLYNN †
VAL WAMSER †
KEVIN J.B. O'MALLEY
GUERRIC S.D.L. RUSSELL †
WILLIAM M. FENNELL
SCOTT D. CLAUSEN †
JANA SPERRY †◊

* ALSO ADMITTED IN TEXAS
† ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN NORTH CAROLINA

WALL STREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801
TELEPHONE 212-220-3830
TELECOPIER 212-220-3780
E-MAIL: general@nicolettihornig.com
WEBSITE: www.nicolettihornig.com

MICHAEL MARKS COHEN
LINDA D. LIN
OF COUNSEL

NEW JERSEY OFFICE:
401 CONTINENTAL PLAZA
HACKENSACK, NEW JERSEY 07601
TELEPHONE 201-343-0970
TELECOPIER 201-343-5882

July 18, 2008

**BY HAND DELIVERY**

Honorable Charles S. Haight
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1940
New York, NY 10007

Re:  (1)  *The Northern Assurance Company of America et al. v. Lafarge North America, Inc. et al.*, Index No. 08-CV-3289
     (2)  *American Steamship Owners Mutual Protection & Indemnity Assoc., Inc. v. Lafarge North America, Inc.*, Index No. 06-CV-3123 (CSH)
     (3)  *New York Marine & General Insurance Co. v. Lafarge North America, Inc.*, Index No. 05-CV-9612 (CSH)
     Our File No.:  10000478 (JAVN/NN)

Dear Judge Haight:

      We are attorneys representing Plaintiffs The Northern Assurance Company of America and American Home Assurance Company in connection with action (1) of the above-captioned related actions.

      We write in response to the letter to Your Honor of July 17, 2008 from Messrs. Thacher Proffitt & Wood, LLP.

      As an initial matter, we take great exception to counsel's disingenuous attempt to mischaracterize the issues raised by the "Barge Litigation Plaintiffs" regarding the status of the New York actions pending before Your Honor. The "Barge Litigation Plaintiffs'" July 14th submission (Attachment "2" to our letter of July 15, 2008) speaks for itself, but



July 18, 2008
Page 2

it is rather obvious that the entire focus and any reference to "vexatious" litigations and/or activity is attributed to Mr. Woods and/or his client, not the Excess Insurers herein. Insofar as Mr. Woods suggests that granting the motion to dismiss or stay the action by Excess Insurers would somehow expedite the resolution of the coverage issues against the Club, this is nonsensical in light of the Excess Insurers' pending motion for summary judgment. More importantly, it appears that Messrs. Thacher Proffitt & Wood who were present at the July 1st conference before Judge Duval, may not have informed the Court that the Excess Insurers intended to file a motion for summary judgment as early as July 2nd against the Club. Indeed, the resolution of the motion by Excess Insurers which is currently pending before Your Honor would go a long way to resolve the main coverage issue of concern to the "Barge Litigation Plaintiffs," *i.e.*, whether the Club has wrongfully declined coverage to Lafarge. We believe that, had Messrs. Thacher Proffitt & Wood made a full and complete disclosure of the status of the proceedings before Your Honor, Judge Duval may not have come away with the apparent impression that the claims against the Club in the New York actions were not proceeding as expeditiously as expected.

As a second point of concern, we note that Messrs. Thacher Proffitt & Wood now represent that it is their intention to file a motion for summary judgment on or before the August 4th deadline set by Your Honor. This is in complete contradiction to Mr. Woods' representation at the May 12th conference that, because there are "too many factual issues for us to put a stipulated record before Your Honor," the Club would instead opt to try the insurance coverage issues. *See* Transcript of the May 12, 2008 Conference at p. 43. Therefore, it is not surprising for counsel for Lafarge to suggest that with no foreseeable trial date set in the New York action, it appears more probable that Judge Duval may decide the coverage question before it is adjudicated in this Court.

Given the Club's counsel's apparent incomplete disclosure of facts to Judge Duval and to Your Honor, we believe it was and is appropriate and necessary for this office to apprise Your Honor of the recent developments. We stand ready to attend a status conference before Your Honor, if the Court so orders.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

NICOLETTI HORNIG & SWEENEY

By: *[signature]*
John A. V. Nicoletti

JAVN/NN/mm

July 18, 2008
Page 3


cc:

## VIA E-MAIL: rclyne@hillrivkins.com

Robert Gerard Clyne, Esq.
HILL, RIVKINS & HAYDEN
*Attorneys for Lafarge North America, Inc.*
45 Broadway
New York, New York 10006
Tel: 212-669-0600


## VIA E-MAIL: jwoods@tpw.com

John Maynard Woods, Esq.
THACHER PROFFITT & WOOD LLP
*Attorneys for American Steamship Owners Mut. P&I Assoc., Inc.*
Two World Financial Center
New York, New York 10281
Tel: 212-912-7400


## VIA E-MAIL: dhf@browngavalas.com

David H. Fromm, Esq.
BROWN GAVALAS & FROMM LLP
*Attorneys for New York Marine & General Insurance Co.*
355 Lexington Avenue
New York, New York 10017
Tel: (212) 983-8500

X:\Public Word Files\1\478\Judge Haight.Ltr.7.18.08.mm.doc