# HILL RIVKINS

## HILL RIVKINS & HAYDEN LLP

45 Broadway, Suite 1500, New York, NY 10006-3739
Tel: 212 669-0600    Fax: 212 669-0698/0699
e-mail: thefirm@hillrivkins.com
Website: www.hillrivkins.com

July 18, 2008

**Fax Transmission 212-805-7909 and BY HAND**

The Honorable Charles S. Haight
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

> Re: **New York Marine and General Insurance Co. v. Lafarge North America Inc.**
> 05 Civ. 9612 (CSH)
> Our File No.: 29089-RGC/AJP/JJS
>
> **American Steamship Owners Mutual Protection and Indemnity Association, Inc. v. Lafarge North America, Inc.**
> 06 CV 3123 (CSH)
> Our File No: 29089-1-RGC/AJP/JJS
>
> **Northern Assurance Co. of America, et al. v. Lafarge North America, Inc.**
> 08 Civ. 3289
> Our File No.: 29089-3-RGC/AJP/JJS

Dear Judge Haight:

We represent the defendant, Lafarge North America, Inc. ("LNA"), with respect to the captioned matters and write (1) to discuss a discovery issue in the American Club action, and (2) in response to the July 17, 2008 letter from counsel for the American Club, to explain why an early conference with Your Honor is necessary.

(1) With respect to discovery in the American Club case, the last fact witness was deposed yesterday, July 17, 2008, by the Club and the only discovery remaining are

**EXHIBIT 7**

NEW JERSEY
North Broadway
Mdbrn., NJ 08879-1638
Tel: ... Fax: 732 316-2365
e-mail: thefirm@hillrivkins.com

TEXAS
712 Main Street, Suite 1515
Houston, TX 77002-3209
Tel: 713 222-1515 Fax: 713 222-1359
e-mail: thefirm@hillrivkins.com

CONNECTICUT
60 Quarry Dock Road
Branford, CT 06405-4654
Tel: 203 315-9274 Fax: 203 315-9264
e-mail: thefirm@hillrivkins.com

CALIFORNIA
Hill Rivkins/Brown & Associates
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628-5126
Tel: 916 535-0263 Fax: 916 535-0268
e-mail: thefirm@bmlaw.com

The Honorable Charles S. Haight
July 18, 2008
Page 2

expert depositions which we understand were to be completed during the week of July 28. Each of the Club and LNA has one expert on insurance coverage, and expert reports have already been exchanged. In view of the action of Judge Duval in the Katrina Barge Litigation in New Orleans (*In Re Katrina Canal Breaches Consolidated Litigation*, Civil Action No. 05-4182), we have proposed to counsel for the Club that expert depositions be held in abeyance unless or until it is finally determined that this case is going forward regardless of any decision taken by Judge Duval in New Orleans. Both sides are ready and willing to provide experts to be deposed. However, the Club's counsel has indicated to us a desire to proceed during the week of July 28th and we have expressed a desire to hold the depositions in abeyance. We are hesitant to proceed with expert depositions here without certainty as to whether this case is going forward, and we believe a conference with Your Honor will help the parties resolve any issues with respect to conducting those depositions.

(2) We strongly disagree with the Club's suggestion that a conference is not necessary with respect to submissions ordered by Judge Duval in the New Orleans Katrina Barge Litigation. If for no other reason, the status of this case needs to be clarified in light of what we are being asked to do in New Orleans. As you are aware, we initially moved to transfer this case to New Orleans where all insurance issues were bound to be determined, most especially the direct action claims against the various insurers. Our client has been invited/ordered to make a submission to Judge Duval on or before July 28, and as the responsible advocates we must be, we intend to argue that Judge Duval consider a summary judgment by the Barge Plaintiffs in that action, particularly given the fact that Lafarge's claim is obviously covered under the Certificate of Entry. It now appears the Club, having previously advised you that it would not make a motion for summary judgment, is in fact scrambling to submit a motion for summary judgment solely on account of the action taken by Judge Duval. We firmly believe that this is the type of "rush to judgment" that federal practice discourages, and we believe that all the outstanding issues in this case need to be addressed in a conference before the Court, including the Court's commitment to moving forward with this litigation.

In view of the foregoing, we respectfully request a telephone conference with Your Honor at your earliest possible opportunity and stand available at your convenience to coordinate such a conference.

Respectfully submitted,

HILL RIVKINS & HAYDEN LLP

Anthony J. Pruzinsky

The Honorable Charles S. Haight
July 18, 2008
Page 3


AJP:ds

cc: *Via E-mail*
Thacher Proffitt & Wood LLP
Attn: John M. Woods, Esq.

*Via E-mail*
Nicoletti Hornig Campise & Sweeney
Attn: John A.V. Nicoletti, Esq.

*Via E-mail*
David Fromm, Esq.
Brown Gavalas & Fromm LLP


29089-1\036JudgeHaight

