# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | **NO. 05-4182 "K"(2)** |
| ———————————————————— | * | **JUDGE DUVAL** |
| | * | **MAG. WILKINSON** |
| **PERTAINS TO:** | * | |
| **INSURANCE  (Lee, No. 07-1976)** | * | |
| ———————————————————— | * | |

---

## ORDER

IT IS ORDERED that the above numbered and entitled cause be and the same is hereby

dismissed, with prejudice, each party to bear its own costs of court.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008

_____

UNITED STATES DISTRICT JUDGE