UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES      CIVIL ACTION
       CONSOLIDATED LITIGATION

                                                                            NO. 05-4182

**PERTAINS TO:**                                             SECTION "K"(2)
**SHAVERS-WHITTLE (NO. 06-6968)**

## ORDER

Considering the Motion to Attach Exhibit (Rec. Doc. 13972), accordingly,

**IT IS ORDERED** that the Motion is hereby **GRANTED.**

New Orleans, Louisiana, this __28th__ day of July, 2008.

                                                                      **STANWOOD R. DUVAL, JR.**
                                                       **UNITED STATES DISTRICT JUDGE**