UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES      CIVIL ACTION
CONSOLIDATED LITIGATION      NO. 05-4182
     SECTION "K" (2)

*severed from Abadie*, 06-5164

LESLIE HUGHES-WILLIAMS, JEFFERY HUGHES   CIVIL ACTION
         Plaintiffs      No. 07-2273
VS.      SECTION "K" (2)

STATE FARM FIRE AND CASUALTY
COMPANY,
         Defendant

**************************************************************************

## JOINT MOTION TO DISMISS WITH PREJUDICE

Defendant, State Farm Fire and Casualty Company (hereinafter "State Farm"), through undersigned counsel, has entered into a settlement agreement with plaintiffs, Leslie Hughes-Williams and Jeffery Hughes. Therefore, plaintiffs, Leslie Hughes-Williams and Jeffery Hughes, hereby respectfully move this Honorable Court to dismiss, with prejudice, any and all claims asserted herein.

WHEREFORE, all claims asserted herein by the plaintiffs, Leslie Hughes-Williams and Jeffery Hughes, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

Respectfully submitted,


/s/ David A. Strauss                                    /s/ Joseph M. Bruno

DAVID A. STRAUSS, #24665                    Joseph M. Bruno, #3604
LINDSAY A. LARSON, III, #8053               L. Scott Joanen, #21431
CHRISTIAN A. GARBETT, #26293              The Law Office of Joseph M. Bruno
ADAM P. MASSEY, #29330                       855 Baronne Street, Third Floor
SARAH S. MONSOUR, #30957                  New Orleans, Louisiana 70113
KING, KREBS & JURGENS, P.L.L.C.         Telephone: (504) 525-1335
201 St. Charles Avenue, Suite 4500           Facsimile: (504) 561-6775
New Orleans, Louisiana 70170                  jbruno@jbrunolaw.com
Telephone: (504) 582-3800
Facsimile: (504) 582-1233
Attorneys for State Farm Fire and
Casualty Company
dstrauss@kingkrebs.com
llarson@kingkrebs.com
cgarbett@kingkrebs.com
amassey@kingkrebs.com
smonsour@kingkrebs.com


## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following: Joseph M. Bruno and L. Scott Joanen.


s/ David A. Strauss