UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>SHAVERS-WHITTLE (NO. 06-6968) | SECTION "K"(2) |

## ORDER

Considering the Motion to Attach Exhibit (Rec. Doc. 13972), accordingly,

**IT IS ORDERED** that the Motion is hereby **GRANTED.**

New Orleans, Louisiana, this ___28th___ day of July, 2008.

  
  
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**