UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE | * * | |
| FILED IN: 08-0039"K" (2) | * * | |
| ROLAND A. LANDRY AND DOROTHY LANDRY      Plaintiffs, | * * * * | |
| VERSUS | * * | |
| STATE FARM FIRE AND CASUALTY COMPANY AND STATE FARM INSURANCE COMPANIES      Defendants. | * * * * * | |
| * * * * * * * * * * * * * * * * * | | |

### MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel comes defendant, State Farm Fire & Casualty Company, who suggests to the Court that Patrick D. DeRouen, Laurie L. DeArmond, Chad J. Primeaux and Guy H. Bumpas IV of the law firm Porteous, Hainkel, and Johnson LLP are no longer counsel for defendant in this matter and they are to be succeeded in this litigation by James R. Nieset, Jr., of the law firm Porteous, Hainkel, and Johnson LLP as trial counsel.

WHEREFORE, mover, State Farm Fire & Casualty Company, prays that Patrick D. DeRouen, Laurie L. DeArmond, Chad J. Primeaux and Guy H. Bumpas IV of the law firm

Our File No.:  895-0979

1

Porteous, Hainkel, and Johnson LLP be withdrawn as counsel and be succeeded in this litigation by James R. Nieset, Jr., of the law firm Porteous, Hainkel, and Johnson LLP as trial counsel for defendant in this matter.

        Respectfully submitted:

        PORTEOUS, HAINKEL & JOHNSON, LLP

          s/ Patrick D. DeRouen
        PATRICK D. DEROUEN, ESQUIRE (#20535)
        LAURIE L. DEARMOND, ESQUIRE (#26622)
        CHAD J. PRIMEAUX, ESQUIRE (#30024)
        GUY H. BUMPAS IV, ESQUIRE (#29546)
        704 Carondelet Street
        New Orleans, Louisiana 70130
        Telephone:  (504) 581-3838
        pderouen@phjlaw.com
        ldearmond@phjlaw.com
        cprimeaux@phjlaw.com
        gbumpas@phjlaw.com

        -and-

        JAMES R. NIESET, JR., ESQUIRE (#24856)
        704 Carondelet Street
        New Orleans, Louisiana 70130
        Telephone:  (504) 581-3838
        jnieset@phjlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of July, 2008, a copy of the foregoing pleading has been served on all counsel of record by placing same in the United States mail, properly addressed, the first-class postage prepaid.

          s/ Patrick D. DeRouen
        **PATRICK D. DeROUEN, ESQUIRE**

Our File No.:  895-0979