UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CASE NUMBER: 05-4182 "K" (2)

PERTAINS TO: RESPONDER, *Andry*
(No. 07-4533)

### MEMORANDUM IN SUPPORT OF MOTION FOR PROTECTIVE ORDER

Mover herein, Michael LeBas is an engineer who lives in Baton Rouge, Louisiana. Mr. LeBas was hired by United Technical Consultants (UTC) a company located in Pennsylvania. UTC hired Mr. LeBas to perform an inspection on a house owned by the Plaintiff, Jonathan B. Andry.

Neither Mr. LeBas nor UTC are parties to this lawsuit. Mr. Andry has filed suit against FEMA claiming that they have failed to properly adjust and pay for damages to his house, which damages were suffered as a result of Hurricane Katrina.

Although Mr. LeBas does not know for whom his report prepared, he presumes it was prepared for FEMA and that FEMA had contacted UTC looking for an engineer to perform this inspection.

Mr. Andry has a copy of Mr. LeBas' report. Andry is now seeking by way of a subpoena served on Mr. LeBas, copies of all reports that Mr. LeBas has drafted for work LeBas has performed on houses or properties damaged by Hurricane Katrina. Mr. Andry is also seeking receipts and other evidence of money that Mr. LeBas has been paid and bills for services rendered to the United States Government or any other agency for expert or consulting work.

This request is oppressive, burdensome and unduly expensive. Mr. LeBas has prepared in

excess of 200 reports. To comply with this subpoena would take weeks. This will have a significant financial impact on Mr. LeBas' business.

Moreover, these reports were prepared for UTC and Mr. LeBas was paid by UTC. Mr. LeBas does not know to whom these reports are going but it is probable that many of these reports were prepared in anticipation of litigation. Mr. LeBas does not want to be held responsible for improperly disclosing such reports.

FRCP 26 (c) provides that a person who has received a discovery request such as this, may seek an order from the Court to protect him from annoyance, oppression, or undue burden or expense. The Court is given several options by Rule 26 (c) including ordering that the disclosure or discovery not be had or that it be modified and had only on specified terms and conditions. As noted above, the amount of information sought by Mr. Andry is unduly oppressive and burdensome and will have a deleterious effect on Mr. LeBas and his business. Moreover, the information sought by Mr. Andry is irrelevant to his claim against FEMA. Mr. Andry has the full report prepared by Mr. LeBas relating to Mr. Andry's house.

Mr. LeBas through his undersigned attorney has attempted to resolve this dispute, pursuant to Rules 45, 26 and 37 of the Federal Rules of Civil Procedure but such attempts have not been successful.

Mr. LeBas prays that the protective order sought by him under Rule 26 be granted and that he not be required to disclose and produce this information.

**RESPECTFULLY SUBMITTED
BY ATTORNEYS:**

**RAINER, ANDING & McLINDON**


/s/ John S. McLindon
**JOHN S. McLINDON**
Bar Roll Number 19703
8480 Bluebonnet Boulevard, Suite D
Baton Rouge, LA  70810
225-766-0200, Telephone
225-766-0279, Telecopier

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CASE NUMBER: 05-4182 "K" (2)

PERTAINS TO: RESPONDER, *Andry*
(No. 07-4533)

### NOTICE OF HEARING ON MOTION FOR PROTECTIVE ORDER

Please take notice on the 3rd day of September at 9:30 a.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable Stanwood R. Duval, Jr., located at United States District Court, 500 Poydras Street, New Orleans, Louisiana 70130, Mover herein, Michael LeBas, will move this Court, pursuant to Federal Rule of Civil Procedure 26 (c), for a protective order disallowing the discovery and quashing the subpoena filed by Jonathan B. Andry in the above captioned case.

RESPECTFULLY SUBMITTED
BY ATTORNEYS:

**RAINER, ANDING & McLINDON**

/s/ John S. McLindon__
**JOHN S. McLINDON**
Bar Roll Number 19703
8480 Bluebonnet Boulevard, Suite D
Baton Rouge, LA  70810
225-766-0200, Telephone
225-766-0279, Telecopier

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
    CONSOLIDATED LITIGATION

CASE NUMBER: 05-4182 "K" (2)

PERTAINS TO: RESPONDER, *Andry*
    (No. 07-4533)

REQUEST FOR ORAL ARGUMENT ON MOTION
PURSUANT TO LOCAL RULE OF COURT 78.1

Mover herein, Michael LeBas, pursuant to local rule 78.1, moves this Court for oral argument on his Motion for Protective Order.

RESPECTFULLY SUBMITTED
BY ATTORNEYS:

**RAINER, ANDING & McLINDON**

/s/ John S. McLindon
**JOHN S. McLINDON**
Bar Roll Number 19703
8480 Bluebonnet Boulevard, Suite D
Baton Rouge, LA  70810
225-766-0200, Telephone
225-766-0279, Telecopier