UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*   05-5531 *Mumford v. Ingram*   05-5724 *Lagarde v. Lafarge*   06-5342 *Perry v. Ingram*   06-6299 *Benoit v. Lafarge*   06-7516 *Parfait Family v. USA*   07-3500 | * * * * * * * | JUDGE STANWOOD R. DUVAL, JR. MAGISTRATE JOSEPH C. WILKINSON, JR. |

**LAFARGE NORTH AMERICA INC.'S MOTION FOR A PROTECTIVE ORDER BARRING "TOPIC 23" IN PLAINTIFFS' AMENDED SECOND RULE 30(B)(6) DEPOSITION NOTICE**

Defendant Lafarge North America Inc. ("LNA") hereby moves this Court for the entry of a protective order pursuant to Federal Rule of Civil Procedure 26(c), barring plaintiffs from taking the deposition of LNA with respect to so-called "Topic 23" that plaintiffs are seeking to add to their second Rule 30(b)(6) deposition notice of LNA. Topic 23 demands information from LNA as to a 2006 corporate stock purchase transaction involving LNA's corporate parent, but that information is completely irrelevant to the claims and defenses in these cases and hence is far outside the scope of discovery under Rule 26(b)(1). Allowing such discovery, moreover, would burden LNA and open an entire new piece of litigation within these lawsuits.

WHEREFORE, for the reasons state in LNA's accompanying Memorandum of Law, LNA respectfully requests that this Court grant its Motion for Protective Order.

Respectfully submitted,

Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone:  (504) 585-7000
Facsimile:  (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com

/s/ John D. Aldock
John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone:  (504) 598-2715

*Attorneys for Lafarge North America Inc.*

## Certificate of Service

I do hereby certify that I have on this 29th day of July, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/s/ John D. Aldock