UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*          05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*           06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*        06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * * * | MAGISTRATE JOSEPH C. WILKINSON, JR. |

## ORDER

Considering Lafarge North America Inc.'s Motion For A Protective Order Barring "Topic 23" In Plaintiffs' Amended Second Rule 30(B)(6) Deposition Notice,

**IT IS ORDERED** that said Motion is hereby **GRANTED**. Lafarge North America Inc. is not required to provide a FRCP 30(b)(6) Deposition on so-called "Topic 23" in plaintiffs' plaintiffs' amended notice, which concerns a 2006 corporate stock purchase transaction.

NEW ORLEANS, Louisiana, this _____ day of _____, 2008.

_____
United States Magistrate Judge