UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 *Mumford v. Ingram* 05-5724 *Lagarde v. Lafarge* 06-5342 *Perry v. Ingram* 06-6299 *Benoit v. Lafarge* 06-7516 | * * * * * * * * | JUDGE STANWOOD R. DUVAL, JR. MAGISTRATE JOSEPH C. WILKINSON, JR. |

## LOCAL RULE 37.1E CERTIFICATE

Undersigned counsel for defendant Lafarge North America Inc. ("LNA") certifies that counsel for LNA and Brian Gilbert, counsel for plaintiffs, have conferred about the issues raised in Lafarge North America Inc.'s Motion For A Protective Order Barring "Topic 23" In Plaintiffs' Amended Second Rule 30(B)(6) Deposition Notice, and that such counsel were unable to resolve or reach agreement on said issues because the parties disagree as to the extent of their rights and obligations.

Respectfully submitted,

Derek A. Walker (#13175)
Robert B. Fisher, Jr., T.A. (#5587)
Ivan M. Rodriguez (#22574)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com

/s/ John D. Aldock
John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715

*Attorneys for Lafarge North America Inc.*

## Certificate of Service

I do hereby certify that I have on this 29th day of July, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/s/ John D. Aldock

2