UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION: " K" |
| PERTAINS TO: LEVEE (07-5184) | JUDGE DUVAL |
| | MAG. 2 (WILKINSON) |

### EX PARTE/CONSENT MOTION TO DISMISS WITH PREJUDICE

NOW COMES Plaintiff, Rault Resources, Inc. ("Rault Resources"), who hereby avers that it has no opposition to the Motion for Judgment on the Pleadings filed by the Board of Commissioners of the Port of New Orleans in the above referenced matter, and moves this Court to dismiss the claims in consolidated case no. 07-5184 against the Board of Commissioners of the Port of New Orleans, with prejudice. Rault Resources reserves its rights against all other parties, named and unnamed.

Respectfully submitted,

/s/ Kyle A. Spaulding
Miles P. Clements, T.A. (#4184)
Kyle A. Spaulding (#29000)
**FRILOT L.L.C.**
1100 Poydras Street
3600 Energy Centre
New Orleans, LA  7016312
Telephone:  (504) 599-8000
Facsimile:  (504) 599-8100

**ATTORNEYS FOR PLAINTIFF, RAULT RESOURCES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2008, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.

/s/ Kyle A. Spaulding