UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION: " K" |
| PERTAINS TO: LEVEE (07-5184) | JUDGE DUVAL |
| | MAG. 2 (WILKINSON) |

### ORDER

Considering the foregoing Motion to Dismiss With Prejudice filed by Plaintiff, Rault Resources, Inc.;

**IT IS ORDERED BY THE COURT** that Rault Resource's claims against the Board of Commissioners of the Port of New Orleans be and the same are hereby dismissed, with prejudice, each party to bear its own costs.

**SIGNED** this the _____ day of _____, 2008.

_____
JUDGE STANWOOD R. DUVAL, JR.

144995