**MINUTE ENTRY**
**DUVAL, J.**
**JULY 24, 2008**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES** | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | |
| | **NO. 05-4182** |
| **PERTAINS TO:** | **SECTION "K"(2)** |
| **BARGE** | |

## ORDER

A telephonic status conference held this day concerning the following two pending

motions:

1)    Barge Plaintiffs' Appeal from the May 14, 2008 Order (Doc. 13347) which was
      set for hearing before Judge Duval on July 23, 2007 which concerns certain
      photographs and recorded statements taken by Lafarge North America
      ("Lafarge") and

2)    Barge Plaintiffs' Motion for Protective Order Barring Defendant Lafarge From
      Having Contact (Doc. 13839) which concerns certain clocks and watches
      allegedly taken from the area of the flood wall break near the Ingram Barge which
      motion  was set for August 6, 2008 before Judge Duval

Attending  were Brian Gilbert for plaintiffs and Derek Walker for defendant.

On July 21, 2008, an Ex Parte Motion to Continue (Doc. 1391) these two motions was

filed by plaintiffs' counsel, representing to the Court that the motions were inter-related, that

both parties agreed to that description and that both parties supported a continuance for these

matters to be addressed together.

The Court had some concern with the Motion to Continue as the Motion for Protective

Order, while noticed before Judge Duval, concerns subject matter more properly heard before

Magistrate Judge Wilkinson.  Nonetheless, as it was represented as being in essence a joint motion, the Motion to Continue was granted with both motions being set for September 3, 2008.

However, the Court then received briefing from Lafarge indicating that it had not consented to the continuance of the Appeal, that it did not agree that these motions were so related that they should be considered together and that the Motion for Protective Order should be set before Judge Wilkinson.  The Court then convened the subject status conference to discuss this matter.  Briefing was filed by plaintiff's counsel maintaining that such an agreement had been reached.

The Court having heard all of the discussion by counsel concluded that it would leave the motions set as they are now until such time as Judge Wilkinson can be consulted on this matter, at which time, the Court will issue an order as to how it will proceed.

JS-10: 30 MINS