# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | **NO. 05-4182  "K"(2)** |
| | * | **JUDGE DUVAL** |
| | * | **MAG. WILKINSON** |
| **PERTAINS TO:** | * | |
| **INSURANCE  (Hayes, No. 07-1948)** | * | |
| | * | |

## ORDER

　　　　IT IS ORDERED that the above numbered and entitled cause be and the same is hereby dismissed, with prejudice, each party to bear its own costs of court.

　　　　NEW ORLEANS, LOUISIANA, this 29th day of _____ July _____, 2008

_____
UNITED STATES DISTRICT JUDGE