UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| PERTAINS TO: | * | |
| INSURANCE (Ancar, No. 07-4853) | * | |
| | * | |

## ORDER

IT IS ORDERED that the above numbered and entitled cause, as it pertains to **LONNIE CAMPBELL AND ANITA CAMPBELL**, plaintiffs herein, be and the same is hereby dismissed, with prejudice, each party to bear its own costs of court.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008

_____
UNITED STATES DISTRICT JUDGE