# EXHIBIT 4

```
00001
 1         UNITED STATES DISTRICT COURT

 2         EASTERN DISTRICT OF LOUISIANA

 3

 4  IN THE MATTER OF THE     *   CIVIL ACTION
    COMPLAINT OF INGRAM      *
 5  BARGE COMPANY, AS OWNER  *   NO. 05-4419
    OF THE ING4727,          *      C/W 05-4237
 6  PETITIONING FOR          *      C/W 05-5531
    EXONERATION FROM OR       *      C/W 05-5724
 7  LIMITATION OF LIABILITY  *   SECTION "C" (2)
                             *
 8              *   JUDGE HELEN G.
                *      BERRIGAN
 9              *
                *  MAG. JUDGE, JOSEPH
10              *      WILKENSON, JR.
                *
11  * * * * * * * * * * * * *

12

13

14         Deposition of Edward VanderMuelen taken

15  at the law offices of Chaffe McCall, located at

16  1100 Poydras Street, Suite 2300, New Orleans,

17  Louisiana 70163, beginning on the 10th day of

18  November, 2006.

19

20

21

22  Reported by:

23      Peter Caruso, CCR-CVR
        Certified Court Reporter
24

25
```

**VanderMuelen, Edward**                    **Page 1**

00016

1          Okay.  All right.

2   BY MR. WIEDEMANN:

3      Q.  And then you have site-specific

4   procedures that would be applicable to a specific

5   site; is that correct?

6      A.  That's correct.

7      Q.  And would there be one procedure that was

8   in place that applied to the Industrial Canal

9   facility?

10      A.  Yes, there was.

11      Q.  And what would that be called?

12      A.  At New Orleans there is a hurricane

13   preparedness checklist or procedure.  I don't

14   recall if it was called a checklist or a

15   procedure.

16      Q.  Hurricane?

17      A.  Hurricane Preparedness.

18      Q.  Procedure?

19      A.  Yes.

20      Q.  And both of these are written documents?

21      A.  That's correct.

22      Q.  Let me show you what has previously been

23   produced as LNA-113, and it's entitled "New

24   Orleans Terminal Hurricane Preparation

25   Checklist."  And is that the site-specific

**VanderMuelen, Edward**                           **Page 16**

Case 2:05-cv-04182-SRD-JCW Document 13280-6 Filed 05/27/2008 Page 4 of 18

00017

1  procedure of Lafarge?

2  A.  Yes, sir, it is.

3  Q.  And there is a similar national

4  procedure; is that correct?

5  A.  The national procedure, or the standard

6  operating procedure requires that all facilities

7  have a preparation checklist such as this.  The

8  details you can't do on a large scale because of

9  the diversity of our operations.

10  Q.  So the national procedure would require

11  the local facilities to adopt a procedure that

12  would be geographically applicable; is that

13  right?

14  A.  Yes.

15  Q.  And this procedure is given to all of the

16  people who operate your -- local facilities?

17  A.  That procedure is not given from the

18  larger organization, but it's distributed and

19  available for the people that operate our

20  facilities at the facility.

21  Q.  This is generated by the local people?

22  A.  Yes.

23  Q.  And then it's sent to the national people

24  to be approved?

25  A.  No.  It is reviewed through our safety

**VanderMuelen, Edward**                    **Page 17**

00018
1  audit process where people come to the facility

2  and look at items such as that.

3      Q.  What is your safety audit?  What is your

4  safety audit?

5      A.  We have -- we have regional safety teams

6  that are populated with operating people and

7  safety advisors and our safety managers who visit

8  our facilities on a regular basis and check for

9  documentation and procedures and also general

10  safety conditions at the facility.

11     Q.  Who's in charge of that safety audit

12  team?

13     A.  We have a regional safety director, whose

14  name is Dan Thompson.

15     Q.  Dan what?

16     A.  Dan Thompson.

17     Q.  Thompson?

18     A.  Yes, sir.

19     Q.  And he's the head of the audit team?

20     A.  He's the head of the audit process.

21     Q.  When I showed you this document, which is

22  LNA-113, you didn't hesitate to say that's the

23  local checklist, did you?

24     A.  No, I did not.

25     Q.  So I assume you've seen it before and you

**VanderMuelen, Edward**                          **Page 18**

00019

1  know what it is?

2     A.  Yes, I have, and I do know what it is.

3     Q.  And is the local operation after they

4  enact this checklist and it's approved by the

5  audit group, is that -- are they expected to

6  carry out this program?

7     MR. WEBB:

8        Object to the form of the question.

9     You can answer.

10    THE WITNESS:

11       Yes, they are expected to carry out

12      that program.

13  BY MR. WIEDEMANN:

14    Q.  The whole purpose of enacting a local.

15  Checklist and a national checklist is to have

16  some uniformity of procedure; isn't that so?

17    A.  Yes.

18    Q.  And in this document it says, in the

19  second -- in the second sentence it says, "Cable

20  all barges to a shore?"

21    MR. O'DWYER:

22       Counsel, I have a question on the

23      document you just handed over.  It's got

24      some quotation marks on here.  Are those

25      yours?

**VanderMuelen, Edward**                    **Page 19**

Case 2:05-cv-04182-SRD-JCW   Document 14104-4   Filed 03/29/08   Page 7 of 18

00021

1 MR. WEBB:

2  Okay.

3 BY MR. WIEDEMANN:

4 Q. You see that document?

5 A. Yes, sir, I do.

6 Q. And the hurricane protection procedures

7 requires that all barges be cabled to the dock.

8 Do you see that?

9 A. I see where it says "Cable all barges to

10 shore."

11 Q. And what does cable mean, cabling the

12 barges to shore mean to you?

13 A. It means to me that at the time this

14 procedure was written that cables were suggested

15 in the procedures to be used at that time.

16 Q. Well, I mean, when you say "suggested,"

17 it's drawn up by the local people --

18 A. Yes.

19 Q. -- with specific knowledge to local

20 problems, it's reviewed by the auditing group

21 headed by Mr. Thompson?

22 A. Correct.

23 Q. And presumably it goes to the home office

24 at some point; is that right?

25 MR. WEBB:

**VanderMuelen, Edward**      **Page 21**

00022

1        I object to the form of the

2        question.  That is not what this witness

3        has testified to.

4  BY MR. WIEDEMANN:

5     Q.  You can answer.

6     A.  That was correct.  Since this was

7  written, we've upgraded our procedures for

8  mooring barges.  And we've used what we feel is a

9  better way to moor barges.

10    Q.  That's subsequent to August 29, 2005?

11    A.  Yes, sir.

12    Q.  But as of August 29, 2005, this was the

13  hurricane procedure applicable to the facility on

14  the Industrial Canal?

15    A.  Well, as of August 27, 2005, this was the

16  checklist.  The procedures in fact had been

17  upgraded.

18    Q.  Well, where is the upgrade?

19    A.  It -- the upgrade doesn't appear in here.

20  The upgrade was implemented at the time, on

21  August 27.

22    Q.  It's your understanding that the barges

23  at the Lafarge facility on the Industrial Canal

24  were cabled on the -- after the 27th?

25    A.  No.  No, they weren't cabled.

**VanderMuelen, Edward**                    **Page 22**

00098

1      MR. EMMETT:

2          Object to form.

3      THE WITNESS:

4          I don't know what time the vessel

5      came.

6  BY MR. WIEDEMANN:

7      Q.  I didn't say a time.  I didn't say the

8  time.

9      A.  You said morning --

10     Q.  Okay?

11     A.  -- which I interpret to mean at noon.

12  Morning ends --

13     Q.  Before noon, yes?

14     A.  No, I don't know that.

15     Q.  Do you know that the REGINA H, a Unique

16  Towing vessel, came in to the Lafarge facility on

17  the 27th to top around the two barges?

18     A.  Yes.

19     Q.  Do you know that Lafarge called, a

20  Lafarge representative called Unique to do this?

21     A.  Yes.

22     Q.  Do you know who called?

23     A.  Ed Busch.

24     Q.  And the reason he called is because the

25  barges presented a hazard with the loaded barge

**VanderMuelen, Edward**                    **Page 98**

00099

1  on the outside and the empty barge on the inside?

2      MR. WEBB:

3          Object to the form of the question.

4  BY MR. WIEDEMANN:

5      Q.  Isn't that so?

6      A.  They presented a potential hazard.

7      Q.  Right.  And so the fact that the empty

8  barge wasn't picked up, Lafarge had to then try

9  to prevent this hazard by topping around the

10  barges?

11      MR. WEBB:

12          Object to the form of the question.

13  BY MR. WIEDEMANN:

14      Q.  Do you understand the question?

15      A.  Yes.

16      Q.  Are you going to answer?

17      A.  Yes.  I answered yes.

18      Q.  So, in essence, this hazard was placed on

19  Lafarge, your company, by the fact that the empty

20  barge was not removed; isn't that so?

21      A.  Yes.

22      Q.  Do you know when the REGINA H came in to

23  -- let me go back.  You know that Mr. Busch

24  called for the REGINA H from Unique; is that

25  right?

**VanderMuelen, Edward**                    **Page 99**

00100

1    A.  Yes.

2    Q.  Was he the one that determined that there

3  was a hazard with the loaded barge being outside

4  and the empty barge being inboard?

5    A.  He was the one who determined there was a

6  potential hazard with that arrangement.

7    Q.  And when the barge wasn't picked up, he

8  then called Unique to do the top around?

9    A.  Yes.  And to facilitate the pick up.

10    Q.  Well, do you know why he didn't request

11  Unique to take the empty barge out and bring it

12  to the Algiers' fleeting operations at that point

13  in time?

14    A.  I believe because it's Zito's job to come

15  and get it, and we use Domino, or Unique, to

16  switch things around at our dock.  And I also

17  believe that not knowing where that barge could

18  be brought to, that it would have been a more

19  prudent decision to keep it moored if possible at

20  our protected slip.

21    Q.  Well, you all know that Zito fleets

22  Ingram barges at the Algiers' location?

23    A.  Yes.

24    Q.  And that's a short distance from the

25  Industrial Canal?  Do you know that?

**VanderMuelen, Edward**                    **Page 100**

00101
1    A.  I assume it is.

2    Q.  And that's why Busch called Zito; is that

3  right?

4    A.  Busch called Zito because Zito was

5  Ingram's designated servicing agent.  Their

6  service provider.

7    Q.  If he asked Unique to take the barge, the

8  empty barge out and bring it to the Algiers

9  fleeting operation, in essence, you would be

10  undertaking that expense at your own company;

11  isn't that so?

12    MR. WEBB:

13      Object to the form of the question.

14    THE WITNESS:

15      We would be charged for that

16      service.

17  BY MR. WIEDEMANN:

18    Q.  And it's the carrier's obligation to

19  provide that service through Zito; is it not so?

20    MR. HAYCRAFT:

21      Object.  Object to the form.  It

22      mistates his prior testimony.

23  BY MR. WIEDEMANN:

24    Q.  Isn't that so?

25    A.  Yes.


**VanderMuelen, Edward**                    **Page 101**

00124

1    A.  No one has told me.

2    Q.  Are you aware that there were other

3  barges besides the two Ingram barges that were at

4  the Industrial Canal facility?

5    A.  Yes, I am aware.

6    Q.  And are you aware where they were

7  located?

8    A.  Yes.

9    Q.  And do you know what happened to them

10  after the hurricane?

11    A.  I know that they were all attached and

12  moored to our dock and to each other.

13    Q.  Were they loaded or empty?

14    A.  They were loaded.

15    Q.  And why did they have -- there were five

16  other barges, were there?

17    A.  Besides the load and empty, there were --

18  yes, there was a total of seven.

19    Q.  Why would they have seven, or six loaded

20  barges at the facility at that time?

21    A.  Precisely, I don't know.  I assume that,

22  you know, we get barges at a certain rate, we

23  unload them at a certain rate, and we have to

24  select ones to unload.  I presume they accumulate

25  and there is a very normal course of our

**VanderMuelen, Edward**                          **Page 124**

00125

1  business.

2   Q. Are you aware -- are you aware that the

3  five barges that were moored adjacent to the two

4  barges shifted in the hurricane?  Are you aware

5  of that?

6   A. When you say "shifted," could you just

7  elaborate on that a little bit?  I'm not quite --

8   Q. Well, I'll show you a photograph.  I'm

9  going to show you a photograph.  If you'll look,

10  it's an aerial photograph, you'll see in the

11  upper left-hand corner --

12   MR. WEBB:

13    Larry, do you know the date that

14    this was taken, and the source?

15   MR. WIEDEMANN:

16    I don't know.

17   MR. WEBB:

18    You don't have a date specific?

19   MR. WIEDEMANN:

20    No, I don't have a date specific.

21   MR. WEBB:

22    Okay.

23   MR. WIEDEMANN:

24    I could probably get you a date

25    specific.

**VanderMuelen, Edward**                    **Page 125**

00126

1     MR. WEBB:

2         It would be nice to have it.

3     MR. WIEDEMANN:

4         Well, I'll send you a note on it.

5   BY MR. WIEDEMANN:

6     Q.  These are the five barges, the white

7   things there (indicating)?

8     A.  Sure.

9     Q.  And the one remaining barge, the Ingram

10   barge (indicating)?

11     A.  Yes.

12     Q.  Okay?

13     A.  Uh-huh (affirmative response).

14     Q.  And the testimony of, I believe it

15   was --

16     MR. SANDOZ:

17         Thigpen.

18   BY MR. WIEDEMANN:

19     Q.  Thigpen, yeah, the deckhand said that

20   before the hurricane these five barges were, were

21   farther to the left and moved when the hurricane

22   came in, which would have come in from the

23   northwest.  You see that?

24     MR. HAYCRAFT:

25         Object to the form.

**VanderMuelen, Edward**                    **Page 126**

00127

1    MR. WEBB:

2       Object to the form of the question.

3 BY MR. WIEDEMANN:

4   Q.  You can see the picture there

5 (indicating)?

6   A.  Yes, I can.

7   Q.  How did you understand that the five

8 barges, which extend beyond the dock or the

9 wharf, how they were moored to the wharf, the

10 outside barge?

11   A.  Those five barges look precisely as it

12 was explained to me that they were tied off prior

13 to the storm.

14   Q.  Tied off how?

15   A.  In exactly that fashion.

16   Q.  So it's your testimony that as it's shown

17 in this photograph is the way it was before the

18 hurricane?

19   A.  Yes, that's correct.

20   Q.  And that -- where was the Ingram barge

21 according to your understanding in relation to

22 those six barges?

23   A.  Well, do you want me to, you know, point

24 to you -- for you?

25   Q.  Yeah, just tell me where it was.

**VanderMuelen, Edward**          **Page 127**

00128

1    A.  The 4727 would have been in a position

2  right below it.  This is north.  The 4727 would

3  have been in a position below this particular

4  tier of barges, and the loaded barge would have

5  been inside, or adjacent to the dock inside the

6  4727. (Indicating.)

7    Q.  So it's your testimony that the 4727

8  would have been parallel to the dockside barge?

9    A.  Yes.

10    Q.  And it would have been directly opposite

11  the No. 2 loaded barge shown in white?

12    A.  Yeah, that would be correct.  Yes.

13    Q.  Who did you get the information from that

14  these barges were -- that these five barges were

15  in the same position post-hurricane that they

16  were pre-hurricane?

17    A.  Post-hurricane?

18    Q.  After the hurricane?

19    A.  Well, the positions of those barges was

20  related to me by Ed Busch and Earl Smith prior --

21  in the condition that they were in prior to the

22  hurricane, and I've been told and seen similar

23  satellite photographs demonstrating what you just

24  showed me.

25    Q.  Did anybody tell you that the five barges

**VanderMuelen, Edward**          **Page 128**

00129

1  shifted and played a role in breaking loose the

2  4727?

3      A.  No.  Nobody's ever told me that they

4  played a role in breaking away the 4727.  They

5  were -- they were made to have some -- made to be

6  able to rise with the surge, and naturally,

7  there'll be a little slack line after that

8  occurs.

9      Q.  You're not aware of what was -- I believe

10  I asked this, but I just want to make sure --

11  that there were any loaded barge or empty barges

12  at the time of Rita in the Industrial Canal; you

13  don't have any information concerning that?

14     A.  No, I do not.

15     MR. WEBB:

16         Larry, we had a better closeup of

17     that same photo.  It's No. 379 --

18     MR. WIEDEMANN:

19         Uh-huh (affirmative response).

20     MR. WEBB:

21         -- that we've already produced.

22     It's not in color, but you may want

23     to --

24     MR. WIEDEMANN:

25         We can -- I'll substitute 379.

**VanderMuelen, Edward**                    **Page 129**