UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CASE NUMBER: 05-4182 "K" (2)

PERTAINS TO: RESPONDER, *Andry*
(No. 07-4533)

REQUEST FOR ORAL ARGUMENT ON MOTION
PURSUANT TO LOCAL RULE OF COURT 78.1

Mover herein, Michael LeBas, pursuant to local rule 78.1, moves this Court for oral argument on his Motion for Protective Order.

RESPECTFULLY SUBMITTED
BY ATTORNEYS:

**RAINER, ANDING & McLINDON**

/s/ John S. McLindon
**JOHN S. McLINDON**
Bar Roll Number 19703
8480 Bluebonnet Boulevard, Suite D
Baton Rouge, LA  70810
225-766-0200, Telephone
225-766-0279, Telecopier