UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION
NO. 05-4182
SECTION "K" (2)


JAMES ALLEN, ET AL
                    Plaintiffs

CIVIL ACTION
No. 07-5111
SECTION "K" (2)

VS.

STATE FARM FIRE AND CASUALTY
COMPANY,
          Defendant

************************************************************************************

## PARTIAL JOINT MOTION TO DISMISS WITH PREJUDICE

Defendant, State Farm Fire and Casualty Company (hereinafter "State Farm"), through

undersigned counsel, has entered into a settlement agreement with plaintiffs, Carolyn Treuting

and Jaime Parellada.   Therefore, plaintiffs, Carolyn Treuting and Jaime Parellada, hereby

respectfully move this Honorable Court to dismiss, with prejudice, any and all claims asserted

herein.

WHEREFORE, all claims asserted herein by the plaintiffs, Carolyn Treuting and Jaime

Parellada, shall be and are hereby dismissed, with prejudice, with each party to bear their

respective costs of court.

{N0115239}

Respectfully submitted,

/s/ David A. Strauss
DAVID A. STRAUSS, #24665
LINDSAY A. LARSON, III, #8053
CHRISTIAN A. GARBETT, #26293
ADAM P. MASSEY, #29330
SARAH S. MONSOUR, #30957
KING, KREBS & JURGENS, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile: (504) 582-1233
Attorneys for State Farm Fire and
Casualty Company
dstrauss@kingkrebs.com
llarson@kingkrebs.com
cgarbett@kingkrebs.com
amassey@kingkrebs.com
smonsour@kingkrebs.com

/s/ Joseph M. Bruno
Joseph M. Bruno, #3604
L. Scott Joanen, #21431
The Law Office of Joseph M. Bruno
855 Baronne Street, Third Floor
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
jbruno@jbrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following: Joseph M. Bruno and L. Scott Joanen.

s/ David A. Strauss