## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| _____ | * | SECTION K – JUDGE DUVAL |
| | * | |
| PERTAINS TO: | * | MAG. (2) – MAG. WILKINSON |
| | * | |
| INSURANCE:   AGUILAR, 07-4852 | * | |
| | * | |
| ************************************ | | |

## ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss With Prejudice;

**IT IS ORDERED** that the Complaint of Vernita Matthews be and is hereby **DISMISSED**, as against Defendant, Auto Club Family Insurance Company, only, with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**JUDGE**