UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO: | SECTION K – JUDGE DUVAL |
| INSURANCE: AGUILAR, 07-4852 | MAG. (2) – MAG. WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## FULL AND FINAL JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff, Sherman Arnold and Defendant, Auto Club Family Insurance Company, and upon suggesting to the court that all matters between the Plaintiff, Sherman Arnold, and Defendant, Auto Club Family Insurance Company, have been amicably resolved and settled. Plaintiff, Sherman Arnold and Defendant, Auto Club Family Insurance Company, hereby move for an order dismissing the Petition of Plaintiff, Sherman Arnold, only as to <u>CLAIMS AGAINST DEFENDANT, AUTO CLUB FAMILY INSURANCE COMPANY, WITH PREJUDICE, WITH EACH PARTY TO BEAR ITS OWN COSTS</u>.

Respectfully submitted,

JIM S. HALL & ASSOCIATES, LLC

BY: _____
JIM S. HALL (#21644)
JOSEPH W. RAUSCH (#11394)
800 N. Causeway Blvd., Suite 100
Metairie, Louisiana 70001
Telephone: (504) 832-3000
Facsimile: (504) 832-1799
*Attorneys for Plaintiff, Herman Armour*

CHOPIN, WAGAR, RICHARD & KUTCHER, L.L.P.

By: _____
THOMAS M. RICHARD (#2069)
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Telephone: (504) 830-3838
Facsimile: (504) 836-9543
*Attorney for Defendant, Auto Club Family Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of July, 2008, ~~December, 2007,~~ I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participant.

_____
THOMAS M. RICHARD