UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | * | **CIVIL ACTION NO. 05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| _____ | * | **SECTION K – JUDGE DUVAL** |
| | * | |
| **PERTAINS TO:** | * | **MAG. (2) – MAG. WILKINSON** |
| | * | |
| **INSURANCE:   AGUILAR, 07-4852** | * | |
| | * | |
| ************************************ | | |

## ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss With Prejudice;

**IT IS ORDERED** that the Complaint of Sherman Arnold be and is hereby **DISMISSED**, as against Defendant, Auto Club Family Insurance Company, only, with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**JUDGE**