UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>Action No. 06-10742<br>*Greta Manning Brouphy and Kevin Brouphy*<br>*v. The Hanover Insurance Company* | * * * * * | SECTION "K" (2) |

## **MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Greta Manning Brouphy and Kevin Patrick Brouphy, who upon suggesting to the Court that they have amicably settled and resolve all their claims against The Hanover Insurance Company ("Hanover") arising out of Hurricane Katrina, hereby move this Court to dismiss with prejudice all claims which Plaintiffs had or may have had against The Hanover Insurance Company for all damages, arising out of Hurricane Katrina.

Respectfully submitted:

_____
Deborah W. Fallis    La. Bar No.02177
Heller, Draper, Hayden, Patrick & Horn, LLC
650 Poydras Street, Suite 2500
New Orleans, LA 70130
Telephone:   (504) 581-9595
Facsimile:   (504) 525-3761

1

Attorneys for Greta Manning Brouphy and Kevin Patrick Brouphy

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July, 2008, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to all CM/ECF participants and I hereby certify that I have mailed by United States Postal Service the document to all non-CM/ECF participants:

_____
Deborah W. Fallis