UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2) |
| PERTAINS TO:<br>Action No. 06-10742<br>*Greta Manning Brouphy and Kevin Brouphy<br>v. The Hanover Insurance Company* | * * * | |

## ORDER ON MOTION TO DISMISS

Considering the premises set forth in the Motion to Dismiss filed on behalf of Plaintiffs, Greta Manning Brouphy and Kevin Patrick Brouphy,

IT IS ORDERED that all claims which Plaintiffs had or may have had against The Hanover Insurance Company for all damages arising out of Hurricane Katrina are hereby dismissed with prejudice, with each party to bear their own costs.

Signed this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

1