UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION
NO. 05-4182
SECTION "K" (2)

JAMES ALLEN, ET AL
        Plaintiffs

CIVIL ACTION
No. 07-5111
SECTION "K" (2)

VS.

STATE FARM FIRE AND CASUALTY
COMPANY,
        Defendant
*************************************************************************

## PARTIAL JOINT MOTION TO DISMISS WITH PREJUDICE

Defendant, State Farm Fire and Casualty Company (hereinafter "State Farm"), through undersigned counsel, has entered into a settlement agreement with plaintiff, Janice Dennison. Therefore, plaintiff, Janice Dennison, hereby respectfully moves this Honorable Court to dismiss, with prejudice, any and all claims asserted herein.

WHEREFORE, all claims asserted herein by the plaintiff, Janice Dennison, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

{N0115346}

Respectfully submitted,


/s/  David A. Strauss                                        /s/ Joseph M. Bruno
DAVID A. STRAUSS, #24665                          Joseph M. Bruno, #3604
LINDSAY A. LARSON, III, #8053                    L. Scott Joanen, #21431
CHRISTIAN A. GARBETT, #26293                  The Law Office of Joseph M. Bruno
ADAM P. MASSEY, #29330                            855 Baronne Street, Third Floor
SARAH S. MONSOUR, #30957                        New Orleans, Louisiana 70113
KING, KREBS & JURGENS, P.L.L.C.               Telephone: (504) 525-1335
201 St. Charles Avenue, Suite 4500                Facsimile: (504) 561-6775
New Orleans, Louisiana 70170                       jbruno@jbrunolaw.com
Telephone: (504) 582-3800
Facsimile: (504) 582-1233
Attorneys for State Farm Fire and
Casualty Company
dstrauss@kingkrebs.com
llarson@kingkrebs.com
cgarbett@kingkrebs.com
amassey@kingkrebs.com
smonsour@kingkrebs.com


## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following: Joseph M. Bruno and L. Scott Joanen.


s/ David A. Strauss