# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                      CIVIL ACTION
CONSOLIDATED LITIGATION                            NO. 05-4182
                                                   SECTION "K" (2)
*severed from Abadie*, 06-5164

LESSIE HORNE,                                      CIVIL ACTION
              Plaintiff                            No. 07-2281
                                                   SECTION "K" (2)
VS.

STATE FARM FIRE AND CASUALTY
COMPANY,
              Defendant
************************************************************************

## ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims

asserted herein by the plaintiff, Lessie Horne, shall be and are hereby dismissed, with prejudice,

with each party to bear their respective costs of court.

New Orleans, Louisiana, this 29th day of _____July_____, 2008.

_____
USDC JUDGE STANWOOD R. DUVAL, JR.
Section "K," Magistrate: 2

{N0064015}