## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

*severed from Abadie*, 06-5164

DARREN WOODS,
   Plaintiff

VS.

STATE FARM FIRE AND CASUALTY
COMPANY,
   Defendant

CIVIL ACTION
NO. 05-4182
SECTION "K" (2)

CIVIL ACTION
No. 07-2636
SECTION "K" (2)

*******************************************************************************

### ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiff, Darren Woods, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this 29th day of _____ July _____, 2008.

_____
USDC JUDGE STANWOOD R. DUVAL, JR.
Section "K," Magistrate: 2

{N0114372}