UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE | * * | |
| FILED IN: 08-0039"K" (2) | * * | |
| ROLAND A. LANDRY AND DOROTHY LANDRY      Plaintiffs, | * * * * | |
| VERSUS | * * | |
| STATE FARM FIRE AND CASUALTY COMPANY AND STATE FARM INSURANCE COMPANIES      Defendants. | * * * * * | |
| * * * * * * * * * * * * * * * * * | | |

### ORDER

The foregoing motion considered:

IT IS ORDERED BY THE COURT that Patrick D. DeRouen, Laurie L. DeArmond, Chad J. Primeaux and Guy H. Bumpas IV of the law firm Porteous, Hainkel, and Johnson LLP are hereby withdrawn as counsel of record for defendant, State Farm Fire & Casualty Company, and that James R. Nieset, Jr., of the law firm Porteous, Hainkel, and Johnson LLP be enrolled as counsel of record.

1

Our File No.: 895.0979

Signed this <u>29th</u> day of _____July_____, 2008, in New Orleans, Louisiana.

_____
JUDGE

Our File No.: 895.0979