UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: | SECTION "K"(2) |

Certain motions previously set for August 6, 2008
in INSURANCE UMBRELLA

## ORDER

Due to the Court's trial schedule,

**IT IS ORDERED** that the following motions set for oral argument on August 6, 2008 are **CONTINUED** with **oral argument to Friday, August 8, 2008 at 10:00 a.m.**

   Motion to Vacate (Doc. 12856) (Hurricane Legal Center)

   Motion for Appeal of Denial of Leave to Amend (Doc. 12857) (Hurricane Legal Center)

   Motion for Reconsideration Post-Sher CMO (Doc. 13631) (Chehardy)

   Motion for Compensation of Common Benefit PSLC (Doc. 13688) (Insurance)


 New Orleans, Louisiana, this   29th   day of July, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE