UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § | |
| _____ § | CIVIL ACTION |
| **PERTAINS TO INSURANCE:** § | No. 05-4182 "K" (2) |
| § | JUDGE DUVAL |
| Bloom v. State Farm (07-6488) § | MAGISTRATE WILKINSON |
| § § § | |

**ORDER ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

On the ___ day of _____ 2008, the Court having considered STATE FARM'S MOTION TO DISMISS FLOOD WATER DAMAGE CLAIMS (doc. no. 12091) and DEFENDANT'S MOTION FOR ENTRY OF JUDGMENT PURSUANT TO THE COURT'S POST-SHER CASE MANAGEMENT ORDER (doc. no. 13809), Plaintiffs Gladys and Christopher Bloom's response thereto, and any other responses and replies, and the arguments of counsel, if any, ORDERS, ADJUDGES, and DECREES that:

STATE FARM'S MOTION TO DISMISS FLOOD WATER DAMAGE CLAIMS (doc. no. 12091) is denied as to cause no. 07-6488

DEFENDANT'S MOTION FOR ENTRY OF JUDGMENT PURSUANT TO THE COURT'S POST-SHER CASE MANAGEMENT ORDER (doc. no. 13809) is denied.

SIGNED this _____ day of _____,2008.

_____
UNITED STATES DISTRICT JUDGE