UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES             CIVIL ACTION
         CONSOLIDATED LITIGATION
                                                           NO. 05-4182

PERTAINS TO: INSURANCE                         SECTION "K"(2)
         **CALHOUN, 07-1889**

## ORDER

Considering the Unopposed Motion to Dismiss filed by Lexington Insurance Company (Rec. Doc. 14042), accordingly

**IT IS ORDERED** that the motion is **GRANTED**. The above-captioned matter is hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own costs.

New Orleans, Louisiana, this ___30th___ day of July, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE