# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                     CIVIL ACTION
CONSOLIDATED LITIGATION                          NO. 05-4182
                                                 SECTION "K" (2)


JAMES ALLEN, ET AL                               CIVIL ACTION
            Plaintiffs                           No. 07-5111
                                                 SECTION "K" (2)
VS.

STATE FARM FIRE AND CASUALTY
COMPANY,
            Defendant
*****************************************************************************

## ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiff, Sterling Hickerson, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court. The claims of the other named class representatives remain.

New Orleans, Louisiana, this ____ day of _____, 2008.


                                    _____
                                    USDC JUDGE STANWOOD R. DUVAL, JR.
                                    Section "K," Magistrate: 2