# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES**<br>**CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br>**NO. 05-4182**<br>**SECTION "K" (2)** |
| **JAMES ALLEN, ET AL**<br>       **Plaintiffs** | **CIVIL ACTION**<br>**No. 07-5111**<br>**SECTION "K" (2)** |
| **VS.** | |
| **STATE FARM FIRE AND CASUALTY**<br>**COMPANY,**<br>       **Defendant** | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiffs, Sterling Hickerson and Selena Hickerson, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court. The claims of the other named class representatives remain.

New Orleans, Louisiana, this _____ day of _____, 2008.


                                   _____
                                   USDC JUDGE STANWOOD R. DUVAL, JR.
                                   Section "K," Magistrate: 2