UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES　　　　　　　　　　CIVIL ACTION
　　　　　CONSOLIDATED LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　NO. 05-4182

PERTAINS TO: LEVEE, 07-5184　　　　　　　　　　　　　SECTION "K"(2)

ORDER

Considering the Unopposed Motion to Dismiss filed by Plaintiff Rault Resources, Inc. (Rec. Doc. 14079), accordingly

**IT IS ORDERED** that the motion is **GRANTED**.  All claims asserted by Rault Resources against the Board of Commissioners of the Port of New Orleans in the above-captioned matter are hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own costs.

New Orleans, Louisiana, this ___30th___ day of July, 2008.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　STANWOOD R. DUVAL, JR.
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE