UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION: " K" |
| PERTAINS TO: LEVEE (07-5186) | JUDGE DUVAL |
| | MAG. 2 (WILKINSON) |

### ORDER

Considering the foregoing Motion to Dismiss With Prejudice filed by Plaintiffs, Bonnie M. Rault and Joseph M. Rault, Jr.;

**IT IS ORDERED BY THE COURT** that Plaintiffs' claims against the Board of Commissioners of the Port of New Orleans be and the same are hereby dismissed, with prejudice, each party to bear its own costs.

**SIGNED** this the _____ day of _____, 2008.

_____
JUDGE STANWOOD R. DUVAL, JR.

144996