UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES       CIVIL ACTION NO. 05-4182
CONSOLIDATED LITIGATION

                                   SECTION: " K"

PERTAINS TO:                       JUDGE DUVAL
LEVEE (07-4775)

                                   MAG. 2 (WILKINSON)

## EX PARTE/CONSENT MOTION TO DISMISS WITH PREJUDICE

NOW COME Plaintiffs, Murphy Building Corp., OIL Insurance Limited and Murphy Exploration & Production Co., USA, who hereby aver that they have no opposition to the Motion for Judgment on the Pleadings filed by the Board of Commissioners of the Port of New Orleans in the above referenced matter, and move this Court to dismiss the claims in consolidated case no. 07-4775 against the Board of Commissioners of the Port of New Orleans, with prejudice.  Plaintiffs reserve their rights against all other parties, named and unnamed.

Respectfully submitted,

/s/ Kyle A. Spaulding
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L.L.C.**
1100 Poydras Street Suite 3600
New Orleans, LA 70163
Telephone: (504) 599-8000
Facsimile:  (504) 599-8100

**Attorneys for Plaintiffs,**
**Murphy Building Corp.,**
**Murphy Exploration & Production Co., USA,**
**and OIL Insurance Limited**

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2008, a copy of the foregoing was filed electronically with the

Clerk of Court using the CM/ECF system.

/s/ Kyle A. Spaulding