UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION: "K" |
| PERTAINS TO:<br>LEVEE (07-4775) | JUDGE DUVAL |
| | MAG. 2 (WILKINSON) |

### ORDER

Considering the foregoing Motion to Dismiss With Prejudice filed by Plaintiffs, Murphy Building Corp., OIL Insurance Limited and Murphy Exploration & Production Co., USA;

**IT IS ORDERED BY THE COURT** that Plaintiffs' claims against the Board of Commissioners of the Port of New Orleans be and the same are hereby dismissed, with prejudice, each party to bear its own costs.

**SIGNED** this the _____ day of _____, 2008.

_____
JUDGE STANWOOD R. DUVAL, JR.

145001