# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | * | |
| IN RE:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*        05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*        06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*      06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAG. |
| *Lafarge v. USA*_____07-5178_____ | * | JOSEPH C. WILKINSON, JR. |
| | * | |

## BARGE PLAINTIFFS' MOTION FOR LEAVE TO REPLY RELATIVE TO THE AMERICAN CLUB COVERAGE DISPUTE

Considering the foregoing, Barge Plaintiffs are hereby granted leave to file the Barge Plaintiffs' Reply to Responses of Lafarge North America, Inc., and the American Club Relative to the American Club Coverage Dispute.

New Orleans, Louisiana, this 30th day of _____ July _____ , 2008.

_____

**HON. STANWOOD R. DUVAL, JR.**

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 29th day of July, 2008.


\s\Brian A. Gilbert