UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 SECTION "K" (2) |
| JAMES ALLEN, ET AL **Plaintiffs** VS. | CIVIL ACTION No. 07-5111 SECTION "K" (2) |
| STATE FARM FIRE AND CASUALTY COMPANY, **Defendant** | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PARTIAL JOINT MOTION TO DISMISS WITH PREJUDICE

Defendant, State Farm Fire and Casualty Company (hereinafter "State Farm"), through undersigned counsel, has entered into a settlement agreement with plaintiffs, Earl & Ethel Adams regarding claim no. 18-R498-807, Angela & Steven Allain regarding claim no. 18-R175-634, Jonathan & Monique Bloom regarding claim no. 18-R238-306, Evangeline Bradley regarding claim no. 18-R331-451, Alvin & Claudia Bridgewater regarding claim no. 18-R330-745, Larry & Vanessa Collins regarding claim no. 18-R242-069, Carol Daniels regarding claim no. 18-R236-146, Louis Davis regarding claim no. 18-R213-253, Salvadore & Marguerite Ferrara regarding claim no. 18-R347-715, Salvadore & Marguerite Ferrara regarding claim no. 18-R347-821, Jennifer & Ronald Gauthier regarding claim no. 18-R240-182, Jessie & Lannie

Green regarding claim no. 18-R356-988, Errol & Stella Hall regarding claim no. 18-R330-929, Anna Hartmann regarding claim no. 18-R497-780, Gregory Hawthorne regarding claim no. 18-R356-074, Darlene Hobbs regarding claim no. 18-R247-356, Emily Johns regarding claim no. 18-R216-709, Rothell Johnson regarding claim no. 18-R356-298, Emanuel & Kim Maire regarding claim no. 18-R358-343, Carlo & Chrystal Maltese regarding claim no. 18-R171-797, Louis & Rosaria Marascalco regarding claim no. 18-R345-815, Walter Mitchell & Ollie Conrad regarding claim no. 18-R353-592, Gilbert & Cynthia Morrison regarding claim no. 18-R351-697, Natasha Muse regarding claim no. 18-R171-057, Kim Noel regarding claim no. 18-R325-032, Rose Peterson regarding claim no. 18-R249-665, Shelly & Alvin Piper regarding claim no. 18-R234-390, Donald & Marleen Ponzo regarding claim no. 18-R337-982, Brian & Misty Rendall regarding claim no. 18-R242-557, Phillip Robinson regarding claim no. 18-R247-021, Lynn Rounds regarding claim no. 18-R209-221, Anthony & Cassandra Scotts regarding claim no. 18-R346-023, Eric Vickers & Nerissa McLaughlin regarding claim no. 18-R236-985, Lance & Mary Wagner regarding claim no. 18-R335-494, Charlene Walsh regarding claim no. 18-R249-638, Yolanda Williams regarding claim no. 18-R268-853, Sherlita Williams regarding claim no. 18-R331-105, Willie Woods regarding claim no. 18-R235-757, Willie Woods regarding claim no. 18-R498-747 and Gloria Young regarding claim no. 18-R342-671. Therefore, the above-mentioned plaintiffs hereby respectfully move this Honorable Court to dismiss, with prejudice, any and all claims asserted herein.

WHEREFORE, all claims asserted herein by the above-mentioned plaintiffs, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

Respectfully submitted,

/s/ David A. Strauss
DAVID A. STRAUSS, #24665
LINDSAY A. LARSON, III, #8053
CHRISTIAN A. GARBETT, #26293
ADAM P. MASSEY, #29330
SARAH S. MONSOUR, #30957
KING, KREBS & JURGENS, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile: (504) 582-1233
Attorneys for State Farm Fire and
Casualty Company
dstrauss@kingkrebs.com
llarson@kingkrebs.com
cgarbett@kingkrebs.com
amassey@kingkrebs.com
smonsour@kingkrebs.com

/s/ Joseph M. Bruno
Joseph M. Bruno, #3604
L. Scott Joanen, #21431
The Law Office of Joseph M. Bruno
855 Baronne Street, Third Floor
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
jbruno@jbrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following: Joseph M. Bruno and L. Scott Joanen.

s/ David A. Strauss

{N0115624}