UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182<br>SECTION "K" (2) |
| JAMES ALLEN, ET AL<br>Plaintiffs<br><br>VS.<br><br>STATE FARM FIRE AND CASUALTY<br>COMPANY,<br>Defendant | CIVIL ACTION<br>No. 07-5111<br>SECTION "K" (2) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiffs, Earl & Ethel Adams regarding claim no. 18-R498-807, Angela & Steven Allain regarding claim no. 18-R175-634, Jonathan & Monique Bloom regarding claim no. 18-R238-306, Evangeline Bradley regarding claim no. 18-R331-451, Alvin & Claudia Bridgewater regarding claim no. 18-R330-745, Larry & Vanessa Collins regarding claim no. 18-R242-069, Carol Daniels regarding claim no. 18-R236-146, Louis Davis regarding claim no. 18-R213-253, Salvadore & Marguerite Ferrara regarding claim no. 18-R347-715, Salvadore & Marguerite Ferrara regarding claim no. 18-R347-821, Jennifer & Ronald Gauthier regarding

claim no. 18-R240-182, Jessie & Lannie Green regarding claim no. 18-R356-988, Errol & Stella Hall regarding claim no. 18-R330-929, Anna Hartmann regarding claim no. 18-R497-780, Gregory Hawthorne regarding claim no. 18-R356-074, Darlene Hobbs regarding claim no. 18-R247-356, Emily Johns regarding claim no. 18-R216-709, Rothell Johnson regarding claim no. 18-R356-298, Emanuel & Kim Maire regarding claim no. 18-R358-343, Carlo & Chrystal Maltese regarding claim no. 18-R171-797, Louis & Rosaria Marascalco regarding claim no. 18-R345-815, Walter Mitchell & Ollie Conrad regarding claim no. 18-R353-592, Gilbert & Cynthia Morrison regarding claim no. 18-R351-697, Natasha Muse regarding claim no. 18-R171-057, Kim Noel regarding claim no. 18-R325-032, Rose Peterson regarding claim no. 18-R249-665, Shelly & Alvin Piper regarding claim no. 18-R234-390, Donald & Marleen Ponzo regarding claim no. 18-R337-982, Brian & Misty Rendall regarding claim no. 18-R242-557, Phillip Robinson regarding claim no. 18-R247-021, Lynn Rounds regarding claim no. 18-R209-221, Anthony & Cassandra Scotts regarding claim no. 18-R346-023, Eric Vickers & Nerissa McLaughlin regarding claim no. 18-R236-985, Lance & Mary Wagner regarding claim no. 18-R335-494, Charlene Walsh regarding claim no. 18-R249-638, Yolanda Williams regarding claim no. 18-R268-853, Sherlita Williams regarding claim no. 18-R331-105, Willie Woods regarding claim no. 18-R235-757, Willie Woods regarding claim no. 18-R498-747 and Gloria Young regarding claim no. 18-R342-671, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court. The claims of the other named class representatives remain.

New Orleans, Louisiana, this ____ day of _____, 2008.

USDC JUDGE STANWOOD R. DUVAL, JR.
Section "K," Magistrate: 2

{N0115624}