UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* No. 05-4182 "K" (2)<br>* |
| PERTAINS TO LEVEE: REILY, No. 08-1192 | * JUDGE DUVAL<br>*<br>* MAG. WILKINSON<br>* |

## CSX TRANSPORTATION, INC.'S MOTION FOR DISMISSAL UNDER RULE 12(b)(6) (FAILURE TO STATE A CLAIM)

CSX Transportation, Inc. ("CSXT") moves this Court to dismiss the plaintiffs' complaint against CSXT under Fed. R. Civ. P. 12(b)(6). This Court has already dismissed CSXT from other civil actions in this consolidated litigation, and CSXT should be dismissed from this action for the same reasons. Furthermore, the allegations against CSXT in the plaintiffs' complaint are identical to the allegations in 117 other civil actions filed by the same lawyer in this consolidated litigation, and this complaint should be dismissed for the reasons set forth in CSXT's pending motion to dismiss in those other actions.

1137296-1

1

A supporting memorandum is attached.

Respectfully submitted,

  /s/ Jonathan C. McCall
BRENT A. TALBOT (#19174)
JONATHAN C. MCCALL (#9227)
        -of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile:  (504) 585-7075

and

ROY J. RODNEY, JR. (#02079)
JOHN K. ETTER (#25042)
        -of-
**RODNEY & ETTER, L.L.C.**
620 North Carrollton Avenue
New Orleans, LA 70119
Telephone: (504) 483-3224
Facsimile: (504) 483-2259

**ATTORNEYS FOR CSX TRANSPORTATION, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of July, 2008, a copy of this paper has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record are being served with this filing either by the court's electronic filing system or by telefaxing and/or placing a copy of the same in the United States mail, properly addressed and with adequate postage affixed thereon.

  s/ Jonathan C. McCall