UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *  CIVIL ACTION<br>*<br>*  No. 05-4182 "K" (2)<br>* |
| PERTAINS TO LEVEE:<br>REILY, No. 08-1192 | *  JUDGE DUVAL<br>*<br>*  MAG. WILKINSON<br>* |

### MEMORANDUM IN SUPPORT OF CSX TRANSPORTATION, INC.'S
### MOTION FOR DISMISSAL UNDER RULE 12(b)(6)
### (FAILURE TO STATE A CLAIM)

MAY IT PLEASE THE COURT:

This Court has already ruled in this consolidated litigation that CSX Transportation, Inc. ("CSXT") owed no duty to protect the plaintiffs from flooding and that the plaintiffs' claims are pre-empted by federal law. *See* Order and Opinion entered on December 27, 2007, Dkt. No. 9856 ("the Dismissal Order"). The complaint in this action, which has not yet been served on CSXT, again attempts to hold CSXT liable for failing to protect the plaintiffs from flooding after Hurricane Katrina and asserts the very same claims that this Court has found to be pre-empted by federal railroad law. Moreover, this complaint is nearly identical to the 117 complaints that were filed by the same lawyer and that are already the subject of a pending motion to dismiss. *See*

1137296-1

1

CSX Transportation, Inc.'s Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6) (Failure to State a Claim), filed on January 22, 2008, Dkt. No. 10690.

Accordingly, for the reasons set forth in the Dismissal Order, and for the reasons stated in CSXT's pending Motion to Dismiss, the arguments of which are adopted and incorporated as if fully set forth herein, this case should also be dismissed for failure to state a claim under Fed. R. Civ. P. 12(b)(6).

Respectfully submitted,

/s/ Jonathan C. McCall
BRENT A. TALBOT (#19174)
JONATHAN C. MCCALL (#9227)
   -of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
and
ROY J. RODNEY, JR. (#02079)
JOHN K. ETTER (#25042)
   -of-
**RODNEY & ETTER, L.L.C.**
620 North Carrollton Avenue
New Orleans, LA 70119
Telephone: (504) 483-3224
Facsimile: (504) 483-2259

**ATTORNEYS FOR CSX TRANSPORTATION, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of July, 2008, a copy of this paper has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record are being served with this filing either by the court's electronic filing system or by telefaxing and/or placing a copy of the same in the United States mail, properly addressed and with adequate postage affixed thereon.

s/ Jonathan C. McCall