UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | No. 05-4182 "K" (2) |
| | * | |
| PERTAINS TO LEVEE:<br>REILY, No. 08-1192 | * | JUDGE DUVAL |
| | * | |
| | * | MAG. WILKINSON |
| | * | |

## NOTICE OF HEARING

Please take notice that CSX TRANSPORTATION, INC.'S MOTION FOR DISMISSAL UNDER RULE 12(b)(6) (FAILURE TO STATE A CLAIM) will be heard by the Court on Wednesday, August 20, 2008, at nine-thirty a.m., at 500 Camp Street, New Orleans, Louisiana.

Respectfully submitted,

   /s/ Jonathan C. McCall
BRENT A. TALBOT (#19174)
JONATHAN C. MCCALL (#9227)
    -of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile:  (504) 585-7075

and

ROY J. RODNEY, JR. (#02079)
JOHN K. ETTER (#25042)
-of-
**RODNEY & ETTER, L.L.C.**
620 North Carrollton Avenue
New Orleans, LA 70119
Telephone: (504) 483-3224
Facsimile: (504) 483-2259

**ATTORNEYS FOR CSX TRANSPORTATION, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of July, 2008, a copy of this paper has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record are being served with this filing either by the court's electronic filing system or by telefaxing and/or placing a copy of the same in the United States mail, properly addressed and with adequate postage affixed thereon.

s/ Jonathan C. McCall