# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES | *  CIVIL ACTION |
| CONSOLIDATED LITIGATION | * |
| | *  No. 05-4182 "K" (2) |
| | * |
| PERTAINS TO LEVEE: | *  JUDGE DUVAL |
| REILY, No. 08-1192 | * |
| | *  MAG. WILKINSON |
| | * |

## MEMORANDUM IN SUPPORT OF CSX CORPORATION'S MOTION FOR DISMISSAL UNDER RULE 12(b)(2) (LACK OF PERSONAL JURISDICTION)

MAY IT PLEASE THE COURT:

The plaintiffs' complaint, which has not yet been served on CSX Corporation ("CSX Corp."), attempts to hold CSX Corp. liable for failing to protect the plaintiffs from flooding after Hurricane Katrina.  The complaint is nearly identical to the 117 complaints that were filed by the same lawyer and that are already the subject of a pending motion to dismiss.  *See* CSX Corporation's Motion to Dismiss, filed on January 22, 2008, Dkt. No. 10696.

Accordingly, for the reasons stated in CSX Corp.'s pending Motion to Dismiss, the arguments of which are adopted and incorporated as if fully set forth herein, this case should also be dismissed under Fed. R. Civ. P. 12(b)(2).

Respectfully submitted,


    /s/ Jonathan C. McCall
BRENT A. TALBOT (#19174)
JONATHAN C. MCCALL (#9227)
           -of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile:  (504) 585-7075

and

ROY J. RODNEY, JR. (#02079)
JOHN K. ETTER (#25042)
           -of-
**RODNEY & ETTER, L.L.C.**
620 North Carrollton Avenue
New Orleans, LA 70119
Telephone: (504) 483-3224
Facsimile: (504) 483-2259

**ATTORNEYS FOR CSX CORPORATION**


**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of July, 2008, a copy of this paper has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management.  All counsel of record are being served with this filing either by the court's electronic filing system or by telefaxing and/or placing a copy of the same in the United States mail, properly addressed and with adequate postage affixed thereon.

s/ Jonathan C. McCall