UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *   CIVIL ACTION<br>*<br>*   No. 05-4182 "K" (2)<br>* |
| PERTAINS TO LEVEE:<br>REILY, No. 08-1192 | *   JUDGE DUVAL<br>*<br>*   MAG. WILKINSON<br>* |

## NOTICE OF HEARING

Please take notice that CSX CORPORATION'S MOTION FOR DISMISSAL UNDER RULE 12(b)(2) (LACK OF PERSONAL JURISDICTION) will be heard by the Court on Wednesday, August 20, 2008, at nine-thirty a.m., at 500 Camp Street, New Orleans, Louisiana.

Respectfully submitted,

　/s/ Jonathan C. McCall　
BRENT A. TALBOT (#19174)
JONATHAN C. MCCALL (#9227)
　　-of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile:  (504) 585-7075

1137298-1

1

and

ROY J. RODNEY, JR. (#02079)
JOHN K. ETTER (#25042)
-of-
**RODNEY & ETTER, L.L.C.**
620 North Carrollton Avenue
New Orleans, LA 70119
Telephone: (504) 483-3224
Facsimile: (504) 483-2259

**ATTORNEYS FOR CSX CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of July, 2008, a copy of this paper has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record are being served with this filing either by the court's electronic filing system or by telefaxing and/or placing a copy of the same in the United States mail, properly addressed and with adequate postage affixed thereon.

s/ Jonathan C. McCall