# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO. 05-4182 SECTION "K" (2)** |
| **JAMES ALLEN, ET AL** <br> **Plaintiffs** | **CIVIL ACTION No. 07-5111 SECTION "K" (2)** |
| **VS.** | |
| **STATE FARM FIRE AND CASUALTY COMPANY,** <br> **Defendant** | |

*******************************************************************************

## ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiff, Zachary Franklin, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court. The claims of the other named class representatives remain.

New Orleans, Louisiana, this 30th day of ____July____, 2008.

_____
USDC JUDGE STANWOOD R. DUVAL, JR.
Section "K," Magistrate: 2