UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>* | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br>INSURANCE (Ancar, No. 07-4853) | *<br>* | |

## ORDER

IT IS ORDERED that the above numbered and entitled cause, as it pertains to **LEONA SPEARS**, plaintiff herein, be and the same is hereby dismissed, with prejudice, each party to bear its own costs of court.

NEW ORLEANS, LOUISIANA, this 30th day of July, 2008

UNITED STATES DISTRICT JUDGE