UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL |
| | * | MAG. WILKINSON |
| PERTAINS TO: INSURANCE (Ancar, No. 07-4853) | * * * | |

## ORDER

IT IS ORDERED that the above numbered and entitled cause, as it pertains to **GARY AND PAMELA CASEY**, be and the same is hereby dismissed, with prejudice, each party to bear its own costs of court.

NEW ORLEANS, LOUISIANA, this 30th day of July, 2008

_____
UNITED STATES DISTRICT JUDGE