# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| _____ | * | SECTION K – JUDGE DUVAL |
| | * | |
| PERTAINS TO: | * | MAG. (2) – MAG. WILKINSON |
| | * | |
| INSURANCE:  AGUILAR, 07-4852 | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER OF DISMISSAL

Considering the foregoing Motion to Dismiss With Prejudice;

**IT IS ORDERED** that the Petition of James Watkins be and is hereby **DISMISSED**, as against Defendant, Auto Club Family Insurance Company, with prejudice.  This is a full and final dismissal of plaintiff's claims.

New Orleans, Louisiana, this  30th   day of           July           , 2008.

_____
**JUDGE**