**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE: KATRINA CANAL BREACHES**                    **CIVIL ACTION**
      **CONSOLIDATED LITIGATION**

                                                           **NO. 05-4182**

**PERTAINS TO: INSURANCE**                           **SECTION "K"(2)**
           **BROUPHY, 06-10742**

**ORDER**

Considering the Unopposed Motion to Dismiss filed by Plaintiffs, Greta Manning

Brouphy and Kevin Patrick Brouphy, (Rec. Doc. 14128), accordingly

**IT IS ORDERED** that the motion is **GRANTED**.  All claims asserted by Plaintiffs

against Hanover Insurance Company in the above-captioned action are hereby **DISMISSED**

**WITH PREJUDICE**, with each party to bear their own costs.

New Orleans, Louisiana, this _____30th_____ day of July, 2008.

_____
        **STANWOOD R. DUVAL, JR.**
    **UNITED STATES DISTRICT JUDGE**