## Deluxe House Coverage

### Payment for a Loss
(continued)

**Conditional replacement cost.** If the payment basis is conditional replacement cost, our payment will be the greater of the following:
- the reconstruction cost less depreciation; or
- the proportion of the covered loss to your house or other permanent structure determined by dividing the amount of coverage for your house as shown in the Coverage Summary, by 80% of the amount required to rebuild your entire house.

However, our payment will not exceed the lesser of:
- the reconstruction cost; or
- the amount of coverage for your house as shown in the Coverage Summary or the amount of coverage for other permanent structures.

If you have a covered partial loss to your house or an other permanent structure, and do not begin to repair, replace or rebuild the lost or damaged property within 180 days from the date of loss, our payment will be the lesser of the following:
- the reconstruction cost less depreciation; or
- the proportion of the covered loss to your house or other permanent structure determined by dividing the amount of coverage for your house as shown in the Coverage Summary by 80% of the amount required to rebuild your entire house.

However, our payment will not exceed the lesser of:
- the reconstruction cost; or
- the amount of coverage for your house as shown in the Coverage Summary or the amount of coverage for other permanent structures.

### Special limits

**Water backup.** We will not pay more than $5,000 for each occurrence caused by, contributed to, made worse by, or in any way resulting from the discharge, leakage, seepage, overflow or backup from within a sewer or drain. This special limit also applies to each occurrence which is caused by, contributed to, made worse by, or in any way resulting from the inadequate removal of water or water borne material by a sump pump or other drainage system.

### Deluxe House Coverage

In Deluxe House Coverage, a "covered loss" includes all risk of physical loss to your house or other property covered under this part of your Masterpiece Policy, unless stated otherwise or an exclusion applies. Exclusions to this coverage are described in **Exclusions**.

CH-FOR-015

**EXHIBIT 5**

**Deluxe House Coverage**

CHUBB

### Extra Coverages
(continued)

We also provide coverage for temporary relocation expenses you incur, made necessary by mold remediation. For each occurrence, we will pay up to 20% of the total amount of mold remediation expense coverage. There is no deductible for temporary relocation expenses.

"Temporary relocation expenses" means:
- the reasonable increase in your normal living expenses that is necessary to maintain your household's usual standard of living for the reasonable amount of time required to complete mold remediation; and
- the fair rental value of that part of your house rented or held for rental, for the reasonable amount of time required to complete mold remediation, during the period of time it is usually rented.

"Contents" means personal property you or a family member owns or possesses covered by us.

"Mold" means fungi, mold, mold spores, mycotoxins, and the scents and other byproducts of any of these.

We will not make any additional payments for mold remediation expenses or temporary relocation expenses under any other Extra Coverage. The amount of coverage for mold remediation expenses and temporary relocation expenses is the most we will pay for the sum of all mold remediation expenses and temporary relocation expenses, regardless of the number of covered losses that occur during the policy period.

### Exclusions

These exclusions apply to your Deluxe House Coverage, including the Extra Coverages, unless stated otherwise.

The words "caused by" mean any loss that is contributed to, made worse by, or in any way results from that peril.

**Gradual or sudden loss.** We do not provide coverage for the presence of wear and tear, gradual deterioration, rust, bacteria, corrosion, dry or wet rot, or warping, however caused, or any loss caused by wear and tear, gradual deterioration, rust, bacteria, corrosion, dry or wet rot, or warping. We also do not cover any loss caused by inherent vice, latent defect or mechanical breakdown. But we do insure ensuing covered loss unless another exclusion applies.

**Contamination.** We do not cover any loss caused by contamination, pollution, smog, or industrial or agricultural smoke. Nor do we cover the cost to extract pollutants or contaminants from land or water, or the cost to remove, restore or replace polluted or contaminated land or water. A "pollutant" is any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. A "contaminant" is an impurity resulting from the mixture of or contact of a substance with a foreign substance. "Waste" includes materials to be disposed of, recycled, reconditioned or reclaimed.

CH-FOR-019

**Deluxe House Coverage**

## Exclusions
(continued)

**Loss by animals.** We do not cover any loss caused by birds, vermin, insects, rodents, or domestic animals except loss to glass that is part of a building, storm door, or storm window. But we do insure ensuing covered loss unless another exclusion applies.

**Structural movement.** We do not cover any loss caused by the settling, cracking, shrinking, bulging, or expansion of pavements, patios, foundations, walls, floors, roofs, or ceilings except loss to glass that is part of a building, storm door, or storm window. But we do insure ensuing covered loss unless another exclusion applies.

**Special rules for escaping water.** If any of the causes of loss previously described in the exclusions for Gradual or sudden loss, Contamination, Loss by animals, or Structural movement cause water to escape from within a household appliance, swimming pool, or plumbing, heating, or air conditioning system, we cover the loss caused by the water. We provide this coverage unless an exclusion applies other than the exclusions for Gradual or sudden loss, Contamination, Loss by animals, or Structural movement. This coverage also includes the cost of tearing out and replacing any part of the house or other permanent structure necessary to repair the appliance, swimming pool, or system. We do not cover loss to the appliance, swimming pool, or system itself.

**Discharge, overflow or backup.** We do not cover any loss caused by the discharge, leakage, seepage, overflow or backup from within a plumbing system, sewer or drain when the discharge, leakage, seepage, overflow or backup exits the plumbing system, sewer or drain outside the foundation of your house or other permanent structure.

**Freezing water.** We do not cover any loss caused by water freezing in a plumbing, heating, or air conditioning system, or household appliance if the house is vacant, unoccupied, or being constructed, unless you used reasonable care to maintain heat in the building or shut off and drained the water system or appliance. But we do insure ensuing covered loss unless another exclusion applies.

**Surface water.** We do not cover any loss caused by:
- flood, surface water, waves, tidal water, or water borne material from any of these;
- overflow of water or water borne material from a body of water;
- run off of water or water borne material from a paved surface, driveway, walkway, patio, or other similar surface; or
- spray from any of these,

from any source, even if driven by wind. But we do insure ensuing covered loss unless another exclusion applies.

**Ground water.** We do not cover any loss caused by water or water borne material in the ground, or by its pressure, leakage, or seepage. But we do insure ensuing covered loss unless another exclusion applies.

**Water damage to outside structures.** We do not cover certain kinds of loss to a fence, pavement, patio, swimming pool, hot tub, septic system, foundation, retaining wall, bulkhead, pier, wharf, dock, or bridge. These are losses caused by freezing, thawing, or the pressure or weight of water or ice, even if the water or ice is driven by wind. But we do insure ensuing covered loss unless another exclusion applies.

CH-FOR-020

*Deluxe House Coverage*



## Exclusions
(continued)

**Dampness or temperature.** We do not cover any loss caused by air dampness, water vapor or temperature extremes.

**Fungi and mold.** We do not provide coverage for the presence of mold or any loss caused by mold, other than as provided under the Extra Coverage, Mold remediation expenses. But we do cover mold resulting from fire or lightning unless another exclusion applies. "Mold" means fungi, mold, mold spores, mycotoxins, and the scents and other byproducts of any of these.

**Neglect.** We do not cover any loss caused by your failure to use all reasonable means to protect property before, at, or after the time of a loss.

**Intentional acts.** We do not cover any loss caused intentionally by you or a family member, or by a person directed by you or a family member to cause a loss. But we do provide coverage for you or a family member who is not responsible for causing the intentional loss. An intentional act is one whose consequences could have been foreseen by a reasonable person.

**Faulty planning, construction or maintenance.** We do not cover any loss caused by the faulty acts, errors or omissions of you or any other person in planning, construction or maintenance. It does not matter whether the faulty acts, errors or omissions take place on or off the insured property. But we do insure ensuing covered loss unless another exclusion applies. "Planning" includes zoning, placing, surveying, designing, compacting, setting specifications, developing property and establishing building codes or construction standards. "Construction" includes materials, workmanship, and parts or equipment used for construction or repair.

**Earthquake.** We do not cover any loss caused by earthquake unless shown in your Coverage Summary for that location. But we do insure ensuing covered loss due to fire, explosion, theft, or glass breakage unless another exclusion applies.

**Earth movement.** We do not cover any loss caused by earth movement including volcanic eruptions, landslides, mud flows, and the sinking, rising, or shifting of land. But we do cover losses caused by the eruption of a volcano when the loss is the result of:
- a volcanic blast or airborne shock waves;
- ash, dust, or particulate matter; or
- lava flow.

We also insure ensuing covered loss due to fire, explosion, theft, or glass breakage unless another exclusion applies.

**Acts of war.** We do not cover any loss caused directly or indirectly by war, undeclared war, civil war, insurrection, rebellion, revolution, warlike acts by military forces or personnel, the destruction or seizure of property for a military purpose, or the consequences of any of these actions.

**Nuclear or radiation hazard.** We do not cover any loss caused directly or indirectly by nuclear reaction, radiation, or radioactive contamination, regardless of how it was caused. But we do insure ensuing covered loss due to fire resulting from a nuclear hazard unless another exclusion applies.

CH-FOR-021


**ST PAUL TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

**DELUXE PROPERTY COVERAGE**
**PART DECLARATIONS**

POLICY NUMBER: Y-630-528D9763-TIL-04
ISSUE DATE: 10-28-04

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

EFFECTIVE DATE:   Same as policy unless otherwise specified:

COVERAGES AND LIMITS OF INSURANCE - DESCRIBED PREMISES

Insurance applies on a BLANKET basis only to a coverage for which a Limit of Insurance is shown, as per Statement of Values dated 09/01/04, and at locations subsequently reported to and insured by us.  For Insurance that applies to a specific premises location see Deluxe Property Coverage Part Schedule - Specific Limits.

DELUXE PROPERTY COVERAGE FORM

| Blanket Description of Coverage or Property | Limits of Insurance |
|---|---|
| Building(s) and Your Business Personal Property | $ 157,944,376 |

   COINSURANCE PROVISION:

   Coinsurance does not apply to the Blanket coverages
   shown above.

   VALUATION PROVISION:

   Replacement cost (subject to limitations) applies to any
   types of covered property shown above.

DELUXE PROPERTY COVERAGE FORM - ADDITIONAL COVERAGES & COVERAGE EXTENSIONS

The following Limits of Insurance are included in the coverage form and apply in any one occurrence unless otherwise stated.  Revised limits, if any, will be stated in the column on the right.

| | Limits of Insurance | Revised Limits of Insurance |
|---|---|---|
| Accounts Receivable: | | |
|   On premises | $ 25,000 | |
|   In transit or at undescribed premises | $ 10,000 | |
| Appurtenant Buildings and Structures | $ 100,000 | |
| Claim Data Expense | $ 25,000 | |
| Debris Removal (additional limit) | $ 250,000 | |

DX T0 00 09 98

PRODUCER: GILLIS ELLIS & BAKER INC          EP771    OFFICE:NEW ORLEANS         125

**EXHIBIT 6**


**ST PAUL TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

**DELUXE PROPERTY COVERAGE**
**PART DECLARATIONS**

POLICY NUMBER: Y-630-528D9763-TIL-04
ISSUE DATE: 10-28-04

DELUXE PROPERTY COVERAGE FORM - ADDITIONAL COVERAGES & COVERAGE EXTENSIONS
(continued)

|  | Limits of Insurance | Revised Limits of Insurance |
|---|---|---|
| Expediting Expense | $ 25,000 | |
| Extra Expense | $ 10,000 | |
| Fine Arts | $ 50,000 | |
| Fire Department Service Charge | Policy Limit | |
| Fire Equipment Discharge | Policy Limit | |
| Newly Constructed or Acquired Property: | | |
|     Building - each | $ 2,000,000 | |
|     Personal Property at each premises | $ 1,000,000 | |
| Ordinance or Law | $ 250,000 | |
| Outdoor Property | $ 25,000 | |
| Overseas Business Travel - Personal Property | $ 25,000 | |
| Personal Effects | $ 25,000 | |
| Personal Property | | |
|     at Undescribed Premises - Limited* | $ 10,000 | |
| Personal Property in Transit - Limited* | $ 10,000 | |
| Pollutant Clean-Up and Removal - Aggregate | $ 100,000 | |
| Preservation of Property | Policy Limit | |
| Reward Coverage | $ 25,000 | |
| Theft Damage to Rented Property | Policy Limit | |
| Valuable Papers: | | |
|     On premises | $ 25,000 | |
|     In transit or at undescribed premises | $ 10,000 | |
| Water Damage, Other Liquids, | | |
|     Powder or Molten Material Damage | Policy Limit | |

* DOES NOT APPLY IF A LIMIT IS SHOWN PREVIOUSLY

DELUXE BUSINESS INCOME COVERAGE FORM (WITHOUT EXTRA EXPENSE) - DESCRIBED PREMISES

| Premises Location No. | Building No. | Limits of Insurance |
|---|---|---|
| SEE SCHEDULE | SEE SCHEDULE | See Schedule |

Coinsurance percentage applicable: 100
Rental Value: Included
Ordinary Payroll: Excluded
Extended Business Income - 90 days

DX T0 00 09 98

PRODUCER: GILLIS ELLIS & BAKER INC      EP771    OFFICE:NEW ORLEANS      125


**ST PAUL TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

DELUXE PROPERTY COVERAGE　　　　　POLICY NUMBER: Y-630-528D9763-TIL-04
PART DECLARATIONS　　　　　　　　　ISSUE DATE: 10-28-04

DELUXE BUSINESS INCOME - ADDITIONAL COVERAGES AND COVERAGE EXTENSION

The following Limits of Insurance are included in the coverage form and apply in any one occurrence unless otherwise stated. Revised limits, if any, will be stated in the column on the right.

|  | Limits of Insurance | Revised Limits of Insurance |
|---|---|---|
| Business Income from Dependent Property | $ 100,000 | |
| Claim Data Expense | $ 25,000 | |
| Newly Acquired Locations | $ 500,000 | |
| Ordinance or Law - Increased Period of Restoration | $ 250,000 | |

DELUXE EXTRA EXPENSE COVERAGE FORM

| Premises Location No. | Building No. |  | Limits of Insurance |
|---|---|---|---|
| 1,5,6,8,16-19 | 1,5,6,8,16-19 |  | See Schedule |

Restoration Period and Monthly Percentage Limits -
　　40-80-100%

DELUXE EXTRA EXPENSE - ADDITIONAL COVERAGES & COVERAGE EXTENSION

The following Limits of Insurance are included in the coverage form and apply in any one occurrence unless otherwise stated. Revised limits, if any, will be stated in the column on the right.

|  | Limits of Insurance | Revised Limits of Insurance |
|---|---|---|
| Extra Expense from Dependent Property | $ 50,000 | |
| Claim Data Expense | $ 25,000 | |
| Newly Acquired Locations | $ 100,000 | |
| Ordinance or Law - Increased Period of Restoration | $ 50,000 | |

DX T0 00 09 98

PRODUCER: GILLIS ELLIS & BAKER INC　　　　EP771　　OFFICE:NEW ORLEANS　　　125

 **ST PAUL TRAVELERS**    One Tower Square, Hartford, Connecticut 06183

**DELUXE PROPERTY COVERAGE**    POLICY NUMBER: Y-630-528D9763-TIL-04
**PART DECLARATIONS**    ISSUE DATE: 10-28-04

CAUSES OF LOSS - EARTHQUAKE

|  | Occurrence Limit | Annual Aggregate Limit |
|---|---|---|
| 1. Applies at the following Building(s) numbered: | | |
| 001-025 | $ 5,000,000 | $ 5,000,000 |

If more than one Annual Aggregate Limit applies in any one occurrence, the most we will pay during each annual period is the largest of the Annual Aggregate Limits shown.

DEDUCTIBLES - THE FOLLOWING DEDUCTIBLE AMOUNTS SHALL APPLY TO LOSS:

BY EARTHQUAKE:

1. In any one occurrence at the following Building(s) numbered:

    001-025                                                              $    100,000

    As respects Business Income Coverage a 72 hour deductible applies at all premises locations.

BY WINDSTORM OR HAIL:

At the following Covered Premises in total:

| Premises Location No. | Building No. |
|---|---|
| 1-25 | 1-25 |

    The following percentage applies:                                       1 %
    Subject to a minimum in any one occurrence:          $    100,000
    As respects Business Income Coverage a 72 hour
    deductible applies at all premises locations above.

BUSINESS INCOME:
    As respects Business Income Coverage, for which no other deductible is stated above, a 72 hour deductible applies.

DX T0 00 09 98

PRODUCER: GILLIS ELLIS & BAKER INC          EP771   OFFICE:NEW ORLEANS          125

 **ST PAUL TRAVELERS**  One Tower Square, Hartford, Connecticut 06183

**DELUXE PROPERTY COVERAGE**  POLICY NUMBER: Y-630-528D9763-TIL-04
**PART DECLARATIONS**  ISSUE DATE: 10-28-04

DEDUCTIBLES: (continued)

BY ANY OTHER COVERED LOSS in any one occurrence:                    $       100,000

DX T0 00 09 98

PRODUCER: GILLIS ELLIS & BAKER INC              EP771    OFFICE:NEW ORLEANS            125

POLICY NUMBER: Y-630-528D9763-TIL-04                ISSUE DATE: 10-28-04

# DELUXE PROPERTY COVERAGE PART SCHEDULE - SPECIFIC LIMITS

| Prem. No. | Bldg. No. | Description of Coverage or Property | Limits of Insurance |
|---|---|---|---|
| 1  | 1  | Extra Expense    | $ 500,000   |
| 4  | 4  | Business Income  | $ 446,000   |
| 5  | 5  | Extra Expense    | $ 83,334    |
| 6  | 6  | Extra Expense    | $ 83,333    |
| 8  | 8  | Extra Expense    | $ 83,333    |
| 11 | 11 | Business Income  | $ 854,000   |
| 12 | 12 | Business Income  | $ 2,073,000 |
| 14 | 14 | Business Income  | $ 819,000   |
| 16 | 16 | Extra Expense    | $ 250,000   |
| 17 | 17 | Extra Expense    | $ 125,000   |
| 18 | 18 | Extra Expense    | $ 125,000   |
| 19 | 19 | Extra Expense    | $ 250,000   |
| 22 | 22 | Business Income  | $ 2,692,000 |
| 25 | 25 | Business Income  | $ 2,708,000 |

DX 00 03 07 94

PRODUCER: GILLIS ELLIS & BAKER INC        EP771     OFFICE: NEW ORLEANS        125

trol of your sales representatives or to tools, equipment, supplies and materials used for service or repair in your business.

(2) Loss or damage must be caused by or result from one of the following causes of loss:

 (a) Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism;

 (b) Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the road bed; or

 (c) Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

(3) The most we will pay for loss or damage under this Extension is $10,000 for the sum of all losses occurring during each separate 12 month period of this policy.

**m. Extra Expense**

You may extend the insurance provided by this Coverage Form to apply to the necessary and reasonable extra expense you incur to continue as nearly as possible your normal business operations following loss or damage to Covered Property at a premises described in the Declarations by a Covered Cause of Loss. The most we will pay under this Extension is $10,000 in any one occurrence.

**B. EXCLUSIONS**

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

 **a. Ordinance or Law**

 The enforcement of any ordinance or law:

 (1) Regulating the construction, use or repair of any property ; or

 (2) Requiring the tearing down of any property, including the cost of removing its debris;

 except as provided in the Ordinance or Law Additional Coverage.

 This exclusion, Ordinance or Law, applies whether the loss results from:

 (1) An ordinance or law that is enforced even if the property has not been damaged; or

 (2) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

 **b. Earth Movement**

 (1) Any earth movement (other than "sinkhole collapse") whether natural or man made, including but not limited to earthquake, mine subsidence, landslide, or earth sinking, rising or shifting. But if earth movement results in fire, or explosion, we will pay for the loss or damage caused by that fire or explosion.

 (2) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

 Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

 (a) Airborne volcanic blast or airborne shock waves;

 (b) Ash, dust or particulate matter; or

 (c) Lava flow.

 All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence. Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

This exclusion does not apply to Property:

(1) In transit;

(2) At "exhibitions";

(3) In the care, custody or control of your sales representative; or

(4) In the custody of any officer or employee of the insured while traveling outside the United States of America (including its territories and possessions), Puerto Rico and Canada.

**c. Governmental Action**

Seizure or destruction of property by orders of governmental authority except as provided for under the Additional Coverage - Ordinance or Law.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Form.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the loss or damage caused by that fire.

**e. War and Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**f. Utility Services**

The failure or fluctuation of power or other utility service supplied to the described premises, however caused, if the failure or fluctuation occurs away from the described premises.

But if the failure or fluctuation of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause or Loss.

**g. Water**

(1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

(2) Mudslide or mudflow;

(3) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings.

But if Water, as described in g.(1) through g.(3) above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

This exclusion does not apply to Property:

(1) In transit;

(2) At "exhibitions";

(3) In the care, custody or control of your sales representatives; or

(4) In the custody of any officer or employee of the insured while traveling outside the United States of America (including its territories and possessions), Puerto Rico and Canada.

**h. Neglect**

Neglect of an insured to use reasonable means to save and preserve property from further damage at and after the time of loss.

**i. Collapse of Buildings**

Collapse of buildings or structures meaning an abrupt falling down or caving in of a building or substantial part of a building with the result being that the building or substantial part of a building cannot be occupied for its intended purpose.

(1) A building or part of a building:
   (a) That is in imminent danger of abruptly falling down or caving in; or
   (b) Suffers a substantial impairment of structural integrity;

   is not considered a collapse but is considered to be in a state of imminent collapse.

(2) However, we will pay for collapse of buildings or structures if caused only by one or more of the following:
   (a) Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; "sinkhole collapse"; volcanic action; falling objects; weight of snow, ice or sleet; water damage, meaning accidental discharge of water or steam as the direct result of the breaking apart or cracking of a system or appliance containing water or steam;
   (b) Decay, insect or vermin damage that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;
   (c) Weight of people or personal property;
   (d) Weight of rain that collects on a roof; or
   (e) Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of construction, remodeling or renovation. However, if the collapse occurs after construction, remodeling, or renovation is complete and is caused in part by a cause of loss listed in 1.i.(2)(a) through (d) above, we will pay for the loss or damage even if use of defective material or methods, in construction, remodeling, or renovation, contributes to the collapse.

If collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

j. **Imminent Collapse of Buildings**

As respects buildings or structures in a state of imminent collapse as defined in 1.i.(1)(a) and (b) above, we will not pay for loss or damage except if the state of imminent collapse has been caused only by one or more of the following which have occurred during the policy period:

(1) Fire; lightning; explosion; windstorm or hail; riot or civil commotion; "sinkhole collapse"; weight of snow, ice or sleet;

(2) Weight of people or personal property;

(3) Weight of rain that collects on a roof; or

(4) Use of defective material or methods in construction, remodeling or renovation if the state of imminent collapse occurs during the course of construction, remodeling or renovation.

2. We will not pay for loss or damage caused by or resulting from any of the following:

a. Artificially generated electric current, including electric arcing, that disturbs electrical devices, equipment, appliances or wires unless caused by a "specified causes of loss".

But if artificially generated electric current results in fire, we will pay for the loss or damage caused by that fire.

b. Delay, loss of use or loss of market.

c. (1) Wear and tear;
   (2) Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;
   (3) Settling, cracking, shrinking or expansion;
   (4) Nesting or infestation or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

DX T1 00 03 98

(5) Mechanical breakdown (including rupture or bursting caused by centrifugal force). This exclusion does not apply to resultant loss or damage by fire, building glass breakage or elevator collision.

(6) The following causes of loss to personal property:

(a) Dampness or dryness of atmosphere;

(b) Changes in or extremes of temperature;

(c) Changes in flavor, color, texture or finish; and

(d) Contamination.

But if an excluded cause of loss that is listed in 2.c.(1), 2.c.(2), 2.c.(3), 2.c.(4) and 2.c.(6) above results in a "specified causes of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified causes of loss" or building glass breakage.

d. Dishonest or criminal act by you, any of your partners, employees (including leased employees), directors, trustees, authorized representatives or anyone (other than a carrier for hire or bailee) to whom you entrust the property for any purpose:

(1) Acting alone or in collusion with others; or

(2) Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction of Covered Property by your employees, but theft by employees is not covered.

e. Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control unless caused by a "specified causes of loss". But if explosion of steam boilers, steam pipes, steam engines, or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

f. Rain, snow, sand, dust, ice or sleet to personal property in the open (other than to property in the custody of a carrier for hire).

g. The cost of correcting or making good the damage to personal property attributable to such property being processed, manufactured, tested or otherwise being worked upon.

h. Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified causes of loss", we will pay for the loss or damage caused by that "specified causes of loss".

i. Voluntary parting with any property by you or anyone else to whom you have entrusted the property.

But we will pay for loss to Covered Property under the Personal Property In Transit coverage which is caused by your acceptance, in good faith, of false bills of lading or shipping receipts.

3. We will not pay for loss or damage caused by or resulting from any of the following, but if an excluded cause of loss that is listed in 3.a through 3.c. below results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in B.1. above to produce the loss or damage.

b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body except as provided in the Ordinance or Law Additional Coverage.

c. Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

    (2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

    (3) Materials used in repair, construction; renovation or remodeling; or

    (4) Maintenance;

    of part or all of any property on or off the described premises.

## C. LIMITATIONS

The following limitations apply to all policy forms and endorsements unless otherwise stated.

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

    a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

    b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

    c. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

    This limitation does not apply to property in the custody of a carrier for hire.

2. The special limit shown for each category, a. through c., is the total limit for loss of or damage to all property in each category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

    a. $10,000 for furs, fur garments and garments trimmed with fur.

    b. $10,000 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals, but;

        (1) This limit is increased to $50,000 for gold, silver, platinum, and other precious alloys or metals all used as a raw material in your manufacturing process; and

        (2) This limit does not apply to jewelry and watches worth $100 or less per item.

    c. $1,000 for stamps, tickets (including lottery tickets held for sale) and letters of credit.

    However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

    These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

## D. LIMITS OF INSURANCE

The most we will pay for loss or damage in any one occurrence is the smallest applicable Limit of Insurance shown in the Declarations, Schedules, Coverage Form(s), or Endorsement(s).

Unless otherwise stated in the Declarations or in endorsements the limits applicable to the Additional Coverages and the Coverage Extensions are additional Limits of Insurance except for the following:

1. Preservation of Property, Fire Department Service Charge and Fire Protective Equipment Discharge Additional Coverages; and

2. Theft Damage To Rented Property and the Water, Other Liquids, Powder or Molten Material Damage Coverage Extensions.

## E. DEDUCTIBLE

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the applicable Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the applicable Deductible, up to the applicable Limit of Insurance.

Unless otherwise stated, if more than one deductible amount applies to the same loss or damage the most we will deduct is the largest applicable deductible.