UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES             CIVIL ACTION
      CONSOLIDATED LITIGATION
                                          NO. 05-4182

PERTAINS TO: LEVEE                        SECTION "K"(2)
      <u>07-5186</u>

## <u>ORDER</u>

Considering the Motion to Dismiss with Prejudice filed by Plaintiffs Bonnie M. Rault and Joseph M. Rault, Jr., accordingly

**IT IS ORDERED** that the motion is **GRANTED**. All claims asserted by Plaintiffs against the Board of Commissioners of the Port of New Orleans in the above-captioned matter are hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own costs.

New Orleans, Louisiana, this ___31st___ day of July, 2008.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**