UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                         CIVIL ACTION
      CONSOLIDATED LITIGATION

                                                  NO. 05-4182

PERTAINS TO: LEVEE                                          SECTION "K"(2)
              07-5187

## ORDER

Considering the Motion to Dismiss with Prejudice filed by Plaintiff R. Scott McKay, Jr., accordingly

**IT IS ORDERED** that the motion is **GRANTED**. All claims asserted by Plaintiffs against the Board of Commissioners of the Port of New Orleans in the above-captioned matter are hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own costs.

New Orleans, Louisiana, this ___31st___ day of July, 2008.

                                                                                 STANWOOD R. DUVAL, JR.
                                                      UNITED STATES DISTRICT JUDGE