**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: LEVEE<br><u>07-4775</u> | SECTION "K"(2) |

### ORDER

Considering the Motion to Dismiss with Prejudice filed by Plaintiffs Murphy Building Corp., OIL Insurance Limited, and Murphy Exploration & Production Co., USA, accordingly

**IT IS ORDERED** that the motion is **GRANTED**. All claims asserted by Plaintiffs against the Board of Commissioners of the Port of New Orleans in the above-captioned matter are hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own costs.

New Orleans, Louisiana, this ___31st___ day of July, 2008.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**