UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION
                                       NO. 05-4182 K - (2)

PERTAINS TO: INSURANCE                 JUDGE DUVAL
07-5205 (Chudd and Arvis Abram v.
AAA Insurance , et al).                MAGISTRATE WILKINSON

## O R D E R

Considering the Motion to Dismiss filed on behalf of plaintiffs;

IT IS HEREBY ORDERED that plaintiffs' suit against Safeway Insurance Company be and the same is hereby dismissed with full prejudice.

New Orleans, Louisiana this  31st  day of      July      , 2008.

_____
UNITED STATES DISTRICT JUDGE