UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: INSURANCE<br>(Slaughter v. Lexington, No. 06-4707) | | |

## ORDER AND FINAL JUDGMENT

Considering the Post-*Sher* Insurance Umbrella Case Management Order, Rec. Doc. No. 13521, and the subsequent Motion to Dismiss and for Entry of Final Judgment filed by Defendant, Lexington Insurance Company,

IT IS ORDERED that the Motion to Dismiss and for Entry of Final Judgment is GRANTED, and the above-referenced action, *Slaughter v. Lexington,* No. 06-4707, is DISMISSED WITH PREJUDICE, all parties to bear their own costs.

New Orleans, Louisiana, this 31st day of July, 2008.

_____
JUDGE