UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION: 05 - 4182 |
| | * | SECTION " K " (2) |
| PERTAINS TO:  08-0071, Dudenhefer | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

_____

**ORDER**
_____

Considering the foregoing ***Motion to Substitute Counsel of Record***, it is hereby ordered that Chadwick W. Collings be, and is hereby, substituted as counsel of record for plaintiffs in place of N. Frank Elliot, III.

Signed in New Orleans, Louisiana on this __31st__ day of July, 2008.

_____
**UNITED STATES DISTRICT COURT JUDGE**