UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>* | CIVIL ACTION: 05 - 4182<br><br>SECTION " K " (2) |
| PERTAINS TO: <u>07-6364, Caruso</u> | *<br>* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

_____

### ORDER
_____

Considering the foregoing *Motion to Substitute Counsel of Record*, it is hereby ordered that Chadwick W. Collings be, and is hereby, substituted as counsel of record for plaintiff in place of N. Frank Elliot III.

Signed in New Orleans, Louisiana on this  31st  day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE