## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| _____ | * | |
| | * | |
| PERTAINS TO: | * | |
| INSURANCE        07-5606 | * | |
| (Law Street Missionary Baptist Church) | * | |

**************************************************************************

## FINAL JUDGMENT OF DISMISSAL

CONSIDERING the foregoing motion for entry of final judgment filed by The Travelers Indemnity Company of Connecticut in Insurance no. 07-5606, *Law Street Missionary Baptist Church v. The Travelers Indemnity Company of Connecticut*,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Court's order of June 13, 2008 dismissing all flood claims with prejudice is entered as a final judgment of dismissal pursuant to Rule 54, 28 U.S.C. §1291, and/or other applicable law and all claims filed by plaintiff in the *Law Street Missionary Baptist Church v. The Travelers Indemnity Company of Connecticut*, Insurance Docket No. 07-5606, are dismissed with prejudice. Each party shall bear its own costs.

New Orleans, Louisiana this 31st day of July, 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge