UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION: 05 - 4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **SECTION " K " (2)** |
| **PERTAINS TO: 08-00039, Landry** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

_____

**ORDER**
_____

Considering the foregoing *Motion to Substitute Counsel of Record*, it is hereby ordered that Chadwick W. Collings be, hereby, substituted as counsel of records for plaintiffs in place of N. Frank Elliot, III.

Signed in New Orleans, Louisiana on this  31st  day of July, 2008.

_____
**UNITED STATES DISTRICT COURT JUDGE**