

U.S. Army Corps of Engineers
New Orleans District
P.O. Box 60267
New Orleans, LA 70160-0267

Date:  21 February 2002

## IHNC Lock Replacement Project
## East Bank Industrial Area, TERC T.O. 0026
### New Orleans, Louisiana

**PROJECT:** Contract DACA56-94-D-0021, Remedial Action of IHNC Lock Replacement Project, East Bank Industrial Area, New Orleans, LA

**PROJECT SPONSORS:** Louisiana Dept. of Environmental Quality (LDEQ); and USACE, New Orleans and Tulsa Districts.

**SITE HISTORY:** The East Bank Industrial Area consists of inactive and active industrial sites leased to private operators by the Port of New Orleans on the east side of the IHNC along Surekote Road. Specific sites include: Boland Marine, McDonough Marine, Indian Towing, Distributor's Oil, Mayer Yacht, Saucer Marine, and International Tank Terminal. The project property will be purchased by USACE through negotiations with the Port. The 32-acre project site includes approximately 50 above-ground buildings, 35 additional concrete slabs, 10 abandoned barges, wharves, bulkheads, fencing, paved areas, trash piles, above ground storage tanks (ASTs), underground storage tanks (USTs), transformer units, miscellaneous equipment, and debris. Previous investigations have shown lead-based paint, asbestos, and PCBs in the above-ground structures, creosote-treated timbers along the wharves and bulkheads, and soil contaminated with products and wastes utilized by the marine service industry including oil, petroleum fuel, arsenic, and lead associated with sand blasting. Other unknown debris and contaminants may exist at the site.

**PROJECT DESCRIPTION:** TERC Task Order 0026 was awarded by USACE Tulsa and New Orleans Districts to Washington Group International on 12 Jul 99 to perform a demolition and site preparation recommendations report for the IHNC East Bank Industrial Area. The task order scope was modified via modification 002601 on 23 Nov 99 to perform an arsenic background investigation for the IHNC Replacement Project. After review and comments by USACE and LDEQ, the field work scope of work consisting of quantity and depths of borings was modified via modification 02602 17 May 00. Modification 02603 was awarded 5 Jul 00 to WGI/MK for the Development of Work Plans and Subcontracting Plan/Services. The remedial action phase of work consists of furnishing all services, materials, supplies, labor, equipment, superintendence, procurement, security services, surveying services, subcontracting, all necessary permits, licenses, laboratory services and travel, as required, for the project site development and remedial action of the IHNC East Bank Industrial Area in accordance with the USACE-approved "Recommendation Report for Demolition and Site Preparation Activities", Work Plans, LDEQ RECAP requirements, etc. and other incidental work.

**CONTRACT INFORMATION:**

EXHIBIT 3

For additional information on this project, contact Mr. Lee Guillory, HTRW Const. Manager @ 504-862-2934; Fax: 504-862-2896 or Email: Lee.A.Guillory@mvn02.usace.army.mil

Contractor: Washington Group International  
Contract Number: DACA56-94-D-0021, T.O. 0026  
Award Date: 15 Nov 99

Contract Amount: $113,092.00(Original)  
$14,652,764.00 (Awarded)  
$25M (Estimated)

Completion Date: 31 Mar 2003  
% Complete: **60%**  
$8,758,185.42 paid thru 1 Feb 02

**LDEQ**: Mr. William Perry

**Quality Assurance Staff:**  
HTRW Const. Manager: Lee A. Guillory  
Senior Project Engineer: Jim Montegut  
Project Inspector: Alvin Clouatre

**Status:** Washington Group International, Inc., and its subcontractors are progressing well and are **60%** complete overall. Site infrastructure; mobilization; debris removal; demolition of buildings, slabs and foundations; removal of utilities; and geotechnical drilling operations are 100% complete. Laboratory analysis and development of clean-up reports are on-going. Grid trenching and geophysical detection activities to locate and remove unknown buried objects are 85% complete. Subcontractor, Gill Industries is 100% complete on asbestos removal and disposal and they demobilized 30 Nov 01. On October 25, 2001, the Corps of Engineers purchased 22 acres of the 32-acre site.

Abandoned barge removal: Awarded to Boh Brothers Construction Co., LLC-mobilized 22 Jan 02. Removed 3 of 9 known barges. Possibly 3 additional barges.

Fuel Tanker & Jourdan Avenue Wharf Removal: Awarded to Stewart Construction Company-mobilized 12 Feb 02.

Local Labor Preference Clause: January 2002 – 10% of workforce from 4 impacted neighborhoods.

Community Involvement Program: On 18 Jan 02, Washington Group presented a $3000 check to Principal Doris Roche-Hicks and became a "Business Partner" with MLK Elementary School. Mayor Morial issued a proclamation designating 18 Jan 02 as "Washington Group International Day". CBMC members Theresa Harding Holmes and Ethel Griffin were in attendance. On Tuesday, 26 Feb 02, six (6) WGI personnel will attend a "Friends of King" breakfast and will participate in the Drop Everything and Read (DEAR) program at the MLK school.

Major site materials are being removed and recycled to the maximum extent possible at local facilities. The following estimated quantities have been removed, recycled or disposed of properly:

| Material | Quantity |
|---|---|
| Scrap Metal | **1,042** Tons |
| Concrete | **14,020** Tons |
| Trash/Debris | **5,058** Tons |
| Treated Timber Pilings | **30,400** LF |
| Utilities | **17,726** LF |
| Asbestos Removal | **20,158** Tons |
| Steel Sheetpiling | **12,801** SF |