| INSPECTORS QUALITY ASSURANCE REPORT (QAR) **DAILY LOG OF CONSTRUCTION – CIVIL** (ER 415-1-302) | THE QCR WILL BE ATTACHED TO OR FILED WITH THE QAR |
|---|---|
| | REPORT NUMBER **220** |

| TO: RESIDENT ENGINEER    COPY TO: CEMVN-CD-QM (Guillory) EBIA, IHNC Remediation | DATE Tuesday, 06 November 2001 |
|---|---|
| PROJECT: East Bank Industrial Area, Inner Harbor Navigational Canal, Remediation | CONTRACT NUMBER DACA56-94-D-0021 |
| CONTRACTOR (OR HIRED LABOR) Washington Group International, Federal Projects Division | WEATHER Clear |

**PORTION OF SCHEDULED DAY SUITABLE FOR OPERATIONS** / **TEMPERATURE**

| SAMPLING | DEMOLITION LAND | DISPOSAL | DEMOLITION MARINE | | MINIMUM | MAXIMUM |
|---|---|---|---|---|---|---|
| 100 % | 100 % | 100 % | N/A | | 58 deg F | 75 deg F |

| HAS ANYTHING DEVELOPED ON THE WORK WHICH MIGHT LEAD TO A CHANGE ORDER OR FINDING OF FACT? | X  NO |  YES (Explain) | 24 HOUR PRECIPITATION |||
|---|---|---|---|---|---|
| | | | INCHES 0.00" | ENDING 2400 ||

**NUMBER OF GOVERNMENT EMPLOYEES** / **CANAL GAUGE**

| SUPERVISORY | OFFICE | LAYOUT | INSPECTION | TOTAL | LABOR | FEET | | TIME |
|---|---|---|---|---|---|---|---|---|
| 0-0 | 2- 18 | 0-0 | 1- 09 | 3- 27 | 0-0 | NA | | 0700 |

**NUMBER OF CONTRACTOR'S EMPLOYEES** / **NUMBER OF SHIFTS**

| SUPERVISORY | SKILLED | LABORERS | TOTAL | FROM | TO | FROM | TO | FROM | TO |
|---|---|---|---|---|---|---|---|---|---|
| - | - | - | See CQC | 0700 | 1700 | | | | |

(NUMBER OF SHIFTS: X 1  2  3)

CONTRACTOR/SUBCONTRACTORS AND AREA OF RESPONSIBILITY FOR WORK PERFORMED TODAY:

a. WGI Federal Projects Division(Prime) – Project Management; Site Work

b. MMG(Sub) – Drill Sampling Analysis

c. Hamp's(Sub) – Demolition

d. Gill(Sub) – Removal of ACM

e. McDonald(Sub) – Borrow Pit

WORK PERFORMED TODAY: (Indicate location and description of work performed. Refer to work performed by prime and/or subcontractors by letter in Table above.

**A:** Performed job-site management, monitored safety controls, noise and air monitoring, performed housekeeping, and repaired silt fence.
**C:** Completed removing timber piles from bottom of lift station cofferdam, backfilled cofferdam, cut walers from sheetpile. Loaded out lift station debris from Saucer Marine, trash and debris from Saucer Marine, and concrete from Boland Marine.
**D:** Excavated transite contaminated soil from west end of Boland Marine, loaded trucks with excavated ACM for landfill disposal, and backfilled excavations with borrow material from McDonough Marine.
**E:** Excavated borrow pit at McDonough Marine, and loaded dump trucks with backfill material for Boland Marine.

Days of no work and reasons for same:
There has been no lost time since the start date of 2 January 2001.    Time Elapse: 290 days

Information on progress of work, causes for delays and extent of delays, Plant, material, etc.
Progress is on schedule.

Refer to the most recent cost schedule report for accurate percentage complete.

| EN FORM 2538-2, AUG. 89 (CIVIL) | This form, together with ENG. Form 2538-1, Aug. 89, replaces ENG. Form 2538, Dec. 87, which is obsolete | (Proponent: CEMP-CE) |
|---|---|---|



EXHIBIT 17

WGI008583

Robinson Opposition to Motion to Dismiss          EXHIBIT000004

CQC INSPECTION PHASES ATTENDED AND INSTRUCTIONS GIVEN:

**FOLLOW–UP – SITE WORK:** No instructions given.
**FOLLOW–UP – DEMOLITION:** No instructions given.
**FOLLOW–UP – LIFT STATION REMOVAL:** No instructions given.
**FOLLOW–UP – REMOVAL OF TRANSITE CONTAMINATED CONCRETE AND SOIL:** No instructions given.
**FOLLOW–UP – BORROW PIT:** No instructions given.

RESULTS OF QA INSPECTIONS AND TESTS, DEFICIENCIES OBSERVED, ACTIONS TAKEN AND CORRECTIVE ACTION OF CONTRACTOR

**FOLLOW–UP – SITE WORK:** Observed contractor's personnel performing housekeeping, and maintaining silt fence for erosion control. Assured housekeeping is adequate, and fencing is continuously inspected and repaired where required. No deficiencies observed.

**FOLLOW–UP – DEMOLITION:** Observed sub's excavator loading dump trucks with 3 concrete debris from Boland Marine and trucks hauling 52.50T to recycler. Assured tracking forms and weigh tickets are completed and collected for each load. No deficiencies observed.

**FOLLOW–UP – LIFT STATION REMOVAL:** Observed sub's crane complete pulling 210LF wood pilings with vibratory hammer from inside sheetpile cofferdam, excavator backfilling cofferdam to bottom of walers, and welders cutting corner braces from walers. Assured 7- 30' pilings were pulled from bottom of cofferdam and pilings measured. Visually assured all debris and pilings have been removed from inside cofferdam and excavator began backfilling with spoil in approx. 2' lifts and compacting to bottom of walers. Observed sub's excavator loading dump truck with 1 load of lift station structure to Southern Scrap for recycling and loading dump trucks with 6 loads (109.13T) trash and debris from lift station, and trucks hauling debris to Jefferson Parish Landfill for disposal. No deficiencies observed.

**FOLLOW–UP – REMOVAL OF TRANSITE CONTAMINATED CONCRETE AND SOIL:** Observed sub's excavator excavating transite contaminated soil from west end of Boland Marine. Visually assured material is excavated to natural clay bottom, ACM has been removed, and debris has been segregated. Observed excavator loading 17 loads (490.85T) ACM into dump trucks, and trucks hauling to Jefferson Parish Landfill. Scraping top 6"-10" clean fill prior to excavating ACM and removing excessive concrete and steel debris. Assured excavated areas have been inspected and accepted as clean, and fabric placed along excavation limits prior to backfilling for identifying stopping points. Observed dozer backfilling excavations with clay hauled from McDonough Marine borrow pit. Assured clay is placed in dry excavation and compacted. No deficiencies observed.

**FOLLOW–UP – BORROW PIT:** Observed sub's excavator excavating clay from borrow pit at McDonough Marine, and Dinvaut dump truck hauling to Boland Marine for ACM excavation backfill. No deficiencies observed.

VERBAL INSTRUCTIONS GIVEN TO CONTRACTOR: (Include names, reactions and remarks)

None.

CONTROVERSIAL MATTERS IN DETAIL:

None.

INFORMATION, INSTRUCTIONS OR ACTIONS TAKEN NOT COVERED IN QCR REPORT OR DISAGREEMENTS:

None.

REMARKS: (Include visitors to project and miscellaneous remarks pertinent to work)

| NAME | DESIGNATION | HOURS AT SITE | DUTIES |
|---|---|---|---|
| Clouatre | Construction Rep. | 9 hrs | QAR |
| Ariatti | Project Engineer | 9 hrs | QAR |
| Montegut | Team Leader | 9 hrs | QAR |

SAFETY: (Include any infractions of approved safety plan, safety manual or instructions from Government personnel. Specify protective action taken)

**ENVIRONMENTAL:**
Assured dust control is adequate with water truck on haul roads and with fire hoses at Boland Marine.

**SAFETY:**
Assured welders working in sheetpile cofferdam are equipped with proper PPE, welders are monitored in cofferdam and equipped with retrieval system, and air monitoring is performed.

| INSPECTOR'S SIGNATURE | DATE | SUPERVISOR'S INITIALS | DATE |
|---|---|---|---|
| | | | |

WGI008584

| Alvin Clouatre III | 08 Nov 2001 | | |

(Reverse of ENG. Form 2538-2(Civil))

Page 2 of 2 pages

WGI008585