| INSPECTORS QUALITY ASSURANCE REPORT (QAR) | | | | | | THE QCR WILL BE ATTACHED TO OR FILED WITH THE QAR | |
|---|---|---|---|---|---|---|---|
| DAILY LOG OF CONSTRUCTION – CIVIL (ER 415-1-302) | | | | | | REPORT NUMBER 068 | |
| TO: RESIDENT ENGINEER EBIA, IHNC Remediation | | COPY TO: CEMVN-CD-QM (Guillory) | | | | DATE Friday, 06 April 2001 | |
| PROJECT: East Bank Industrial Area, Inner Harbor Navigational Canal, Remediation | | | | | | CONTRACT NUMBER DACA56-94-D-0021 | |
| CONTRACTOR (OR HIRED LABOR) Washington Group International, Federal Projects Division | | | | | | WEATHER Partly Cloudy | |
| PORTION OF SCHEDULED DAY SUITABLE FOR OPERATIONS | | | | | | TEMPERATURE | |
| SAMPLING | DEMOLITION LAND | DISPOSAL | DEMOLITION MARINE | | | MINIMUM | MAXIMUM |
| 100 % | 100 % | 100 % | N/A | | | 69deg F | 82deg F |
| | | | | | | 24 HOUR PRECIPITATION | |
| HAS ANYTHING DEVELOPED ON THE WORK WHICH MIGHT LEAD TO A CHANGE ORDER OR FINDING OF FACT? | | | X NO | | YES (Explain) | INCHES 0.00" | ENDING 2400 |
| NUMBER OF GOVERNMENT EMPLOYEES | | | | | | CANAL GAUGE | |
| SUPERVISORY | OFFICE | LAYOUT | INSPECTION | TOTAL | LABOR | FEET | TIME |
| 1-9 | 1-9 | 0-0 | 2-18 | 4-36 | 0-0 | NA | 0700 |

| NUMBER OF CONTRACTOR'S EMPLOYEES | | | | NUMBER OF SHIFTS | | X 1 | | 2 | | 3 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SUPERVISORY | SKILLED | LABORERS | TOTAL | FROM | TO | FROM | TO | FROM | | TO | |
| - | - | - | See COC | 0700 | 1700 | | | | | | |

CONTRACTOR/SUBCONTRACTORS AND AREA OF RESPONSIBILITY FOR WORK PERFORMED TODAY:
a. Washington Group International, Federal Projects Division(Prime)- Project Management; Site Work
b. MMG(Sub) – Sampling
c. AKT(Sub) – Asbestos Abatement
d. Frishhertz(Sub)
e.
f.

WORK PERFORMED TODAY: (Indicate location and description of work performed. Refer to work performed by prime and/or subcontractors by letter in Table above.

**A:** Performed job-site management, monitored safety controls, performing noise and air monitoring, performing housekeeping and maintenance on equipment, and clearing debris and grading subcontractor's parking and laydown area.
**B:** Plugged wells C55 and E57 in McDonough Marine.
**C:** Removed mastic from Boland Marine building #11 and from Indian Towing building #76, and disposed of materials in dumpster.

Days of no work and reasons for same:
There has been no lost time since the start date of 2 January 2001.    Time Elapse: 93 days

Information on progress of work, causes for delays and extent of delays, Plant, material, etc.
Progress is on schedule.

Refer to the most recent cost schedule report for accurate percentage complete.



EXHIBIT 20

WGI008196

EN FORM 2538-2, AUG. 89 (CIVIL)   This form, together with ENG. Form 2538-1, Aug. 89, replaces ENG. Form 2538, Dec. 87, which is obsolete   (Proponent: CEMP-CE)

| CQC INSPECTION PHASES ATTENDED AND INSTRUCTIONS GIVEN: |
|---|
| **FOLLOW-UP – SITE WORK:** No instructions were given.<br>**FOLLOW-UP – ASBESTOS ABATEMENT:** No instructions given. |

| RESULTS OF QA INSPECTIONS AND TESTS, DEFICIENCIES, OBSERVED, ACTIONS TAKEN AND CORRECTIVE ACTION OF CONTRACTOR |
|---|
| **FOLLOW-UP – SITE WORK**<br>Observed the contractor's personnel performing housekeeping, performing maintenance on tractor and bucket, and clearing and grading subcontractor's parking area (west of #7 and #7A) with box blade and tractor. Observed sub's personnel pulling casings from wells C55 and E57 in McDonough Marine and plugging with bentonite. Attended meeting at COE field office trailer, regarding location of Cox Cable 5" conduit which was previously drilled under Industrial Canal. List of COE , WGI, and Cox Cable representatives discussing locating conduit on site for identification during any excavation operations are attached to QA report. Stephen Torry with Cox Cable located hand box where the conduit surfaces approx 25' NW of WGI administrative trailer, but stated the coordinates of the conduit underground will not be identified until the upgraded cable is ran and energized, which would be approx. mid April. Cox rep. also stated that cable would be run on 3 poles inside the floodwall and 1 outside the floodwall from the hand box across the floodwall. COE rep informed Cox that revision to permit submitted to N.O. Levee Board be made and resubmitted showing locations of poles. No deficiencies observed.<br>**FOLLOW-UP – ASBESTOS ABATEMENT**<br>Observed sub's personnel completed removing mastic from floors in Indian Towing building #76 and Boland Marine building #11, and disposing abatement materials from Boland Marine buildings #11, #14 and Indian Towing building #76 in asbestos dumpster. Assured asbestos abatement personnel are removing mastic with scrapers and CHEM-Safe 200 remover, are equipped with level C protection, and securing tarp over asbestos dumpster after disposing materials. Inspected with WGI field coordinator the following for environmental issues or hazard abatement issues: ITT slab #108, Saucer Marine structures #82, building #86, slab #89, slab #90, #91, slab #98, slab #99, #100, #101, building and slab #104, structure and slab #105, structure #106, and building #107. No environmental or hazard abatement issues were observed and Demolition Release notices were signed and are attached to CQC report. No deficiencies observed. |

| VERBAL INSTRUCTIONS GIVEN TO CONTRACTOR: (Include names, reactions and remarks) |
|---|
| None |

| CONTROVERSIAL MATTERS IN DETAIL: |
|---|
| None |

| INFORMATION, INSTRUCTIONS OR ACTIONS TAKEN NOT COVERED IN QCR REPORT OR DISAGREEMENTS: |
|---|
| None |

REMARKS: (Include visitors to project and miscellaneous remarks pertinent to work)

| NAME | DESIGNATION | HOURS AT SITE | DUTIES |
|---|---|---|---|
| Keen | Inspector | 9 hrs | QAR |
| Clouatre | Const Rep | 9 hrs | QAR |
| Ariatti | Proj. Engr. | 9 hrs | QAR |
| Guillory | Proj. Mgr. | 9 hrs | QAR |

SAFETY: (Include any infractions of approved safety plan, safety manual or instructions from Government personnel. Specify corrective action taken)
**ENVIRONMENTAL:**
Assured spill prevention equipment is positioned around waste storage materials in the event of a leak.
**SAFETY:**
Assured fully charged fire extinguishers, first aid kits, etc. are located near waste storage area.

WGI008197

| INSPECTOR'S SIGNATURE | DATE | SUPERVISOR'S INITIALS | DATE |
|---|---|---|---|
| Alvin Clouatre III | 09 Apr 2001 | | |

(Reverse of ENG. Form 2538-2(Civil))                                              Page 2 of 2 pages

WGI008198