| INSPECTORS QUALITY ASSURANCE REPORT (QAR) DAILY LOG OF CONSTRUCTION – CIVIL (ER 415-1-302) || THE QCR WILL BE ATTACHED TO OR FILED WITH THE QAR ||
|---|---|---|---|
| | | REPORT NUMBER | 224 |
| TO: RESIDENT ENGINEER  EBIA, IHNC Remediation | COPY TO: CEMVN-CD-QM (Guillory) | DATE | Sat-Mon, 10-12 November 2001 |
| PROJECT: East Bank Industrial Area, Inner Harbor Navigational Canal, Remediation ||| CONTRACT NUMBER DACA56-94-D-0021 |
| CONTRACTOR (OR HIRED LABOR)  Washington Group International, Federal Projects Division ||| WEATHER  Clear |

| PORTION OF SCHEDULED DAY SUITABLE FOR OPERATIONS |||| TEMPERATURE ||
|---|---|---|---|---|---|
| SAMPLING | DEMOLITION LAND | DISPOSAL | DEMOLITION MARINE | MINIMUM | MAXIMUM |
| 100 % | 100 % | 100 % | N/A | 59 deg F | 73 deg F |

| HAS ANYTHING DEVELOPED ON THE WORK WHICH MIGHT LEAD TO A CHANGE ORDER OR FINDING OF FACT? | X NO | YES (Explain) | 24 HOUR PRECIPITATION ||
|---|---|---|---|---|
| | | | INCHES 0.00" | ENDING 2400 |

| NUMBER OF GOVERNMENT EMPLOYEES |||||| CANAL GAUGE ||
|---|---|---|---|---|---|---|---|
| SUPERVISORY | OFFICE | LAYOUT | INSPECTION | TOTAL | LABOR | FEET | TIME |
| 0-0 | 2- 18 | 0-0 | 1- 09 | 3- 27 | 0-0 | NA | 0700 |

| NUMBER OF CONTRACTOR'S EMPLOYEES |||| NUMBER OF SHIFTS | X | 1 | | 2 | | 3 |
|---|---|---|---|---|---|---|---|---|---|---|
| SUPERVISORY | SKILLED | LABORERS | TOTAL | FROM | TO | FROM | TO | FROM | TO ||
| - | - | - | See CQC | 0700 | 1700 | | | | ||

CONTRACTOR/SUBCONTRACTORS AND AREA OF RESPONSIBILITY FOR WORK PERFORMED TODAY:

a. WGI Federal Projects Division(Prime) – Project Management; Site Work

b. MMG(Sub) – Drill Sampling Analysis

c. Hamp's(Sub) – Demolition

d. Gill(Sub) – Removal of ACM

e. McDonald(Sub) – Borrow Pit

WORK PERFORMED TODAY: (Indicate location and description of work performed. Refer to work performed by prime and/or subcontractors by letter in Table above.

A: Performed job-site management, monitored safety controls, noise and air monitoring, repaired silt fence, and performed housekeeping.
C: Removed sheetpile shoring from lift station cofferdam at Saucer Marine, broke concrete slabs and removed wood pilings from below slabs at Boland Marine, and backfilled excavations at Boland Marine with borrow material.
E: Excavated borrow pit at McDonough Marine and loaded dump trucks with backfill material for Boland Marine.

Days of no work and reasons for same:
There has been no lost time since the start date of 2 January 2001.    Time Elapse: 297 days

Information on progress of work, causes for delays and extent of delays, Plant, material, etc.
Progress is on schedule.

Refer to the most recent cost schedule report for accurate percentage complete.

EN FORM 2538-2, AUG. 89 (CIVIL)    This form, together with ENG. Form 2538-1, Aug. 89, replaces ENG. Form 2538, Dec. 87, which is obsolete    (Proponent: CEMP-CE)



EXHIBIT 21

WGI008595

Robinson Opposition to Motion to Dismiss            EXHIBIT000006

| |
|---|
| CQC INSPECTION PHASES ATTENDED AND INSTRUCTIONS GIVEN: |
| **FOLLOW–UP – SITE WORK:** No instructions given. |
| **FOLLOW–UP – LIFT STATION REMOVAL:** No instructions given. |
| **FOLLOW–UP – CONCRETE DEMOLITION AND EXCAVATION:** No instructions given. |
| **FOLLOW–UP – REMOVAL OF TRANSITE CONTAMINATED CONCRETE AND SOIL:** No instructions given. |
| **FOLLOW–UP – BORROW PIT:** No instructions given. |
| RESULTS OF QA INSPECTIONS AND TESTS, DEFICIENCIES OBSERVED, ACTIONS TAKEN AND CORRECTIVE ACTION OF CONTRACTOR |
| **FOLLOW–UP – SITE WORK:** Observed contractor's personnel performing housekeeping. Assured housekeeping is adequate. No deficiencies observed. |
| **FOLLOW–UP – LIFT STATION REMOVAL:** Observed Linkbelt LS418crane offloading vibratory hammer/extractor, and begin removing sheetpile from west wall of lift station cofferdam. Assured sheetpiling are removed and stacked adjacent to excavation to be used for concrete demolition cofferdam at Boland Marine. No deficiencies observed. |
| **FOLLOW–UP – CONCRETE DEMOLITION AND EXCAVATION:** Observed PC400 and 320 excavators exposing (3)subsurface concrete slabs at north end of Boland Marine, breaking concrete with hoe ram, and pulling 624LF wood pilings from below slab. Assured slabs are broken into manageable pieces for loadout, and (16) 39' pilings were pulled from location of concrete slab #007 (see subcontractor map attached to CQC report) without breaking and measured. Excavator stockpiling debris for loadout. No deficiencies observed. |
| **FOLLOW–UP – REMOVAL OF TRANSITE CONTAMINATED CONCRETE AND SOIL:** Observed dozer backfilling excavations with clay hauled from McDonough Marine borrow pit. Assured excavated areas have been previuously inspected and accepted as clean, and liner placed along excavation limits prior to backfilling for identifying stopping points. Assured clay is placed in dry excavation and compacted. No deficiencies observed. |
| **FOLLOW–UP – BORROW PIT:** Observed sub's excavator excavating clay from borrow pit at McDonough Marine, and Dinvaut dump truck hauling to Boland Marine for ACM excavation backfill. No deficiencies observed. |
| VERBAL INSTRUCTIONS GIVEN TO CONTRACTOR: (Include names, reactions and remarks) |
| None. |
| CONTROVERSIAL MATTERS IN DETAIL: |
| None |
| INFORMATION, INSTRUCTIONS OR ACTIONS TAKEN NOT COVERED IN QCR REPORT OR DISAGREEMENTS: |
| None. |

REMARKS: (Include visitors to project and miscellaneous remarks pertinent to work)

| NAME | DESIGNATION | HOURS AT SITE | DUTIES |
|---|---|---|---|
| Clouatre | Construction Rep. | 9 hrs | QAR |
| Ariatti | Project Engineer | 9 hrs | QAR |
| Montegut | Team Leader | 9 hrs | QAR |

SAFETY: (Include any infractions of approved safety plan, safety manual or instructions from Government personnel. Specify protective action taken)
**ENVIRONMENTAL:**
Assured wetting haul roads with water truck is adequately controlling dust emissions.
**SAFETY:**
Assured excavator is extracting wood pilings at Boland Marine with adequate choker cable.

| INSPECTOR'S SIGNATURE | DATE | SUPERVISOR'S INITIALS | DATE |
|---|---|---|---|
| | | | |

WGI008596

| Alvin Clouatre III | 13 Nov 2001 | | |

(Reverse of ENG. Form 2538-2(Civil))   Page 2 of 2 pages

WGI008597