

US Army Corps
of Engineers

EM 1110-2-2502
29 Sept 1989

ENGINEERING AND DESIGN

# Retaining and Flood Walls

ENGINEER MANUAL

Robinson Opposition to Motion to Dismiss                    EXHIBIT000009

```
                     DEPARTMENT OF THE ARMY             EM 1110-2-2502
                   U. S. Army Corps of Engineers
CECW-ED              Washington, D. C. 20314-1000
CECW-EG


Engineer Manual                                    29 September 1989
No. 1110-2-2502
```

Engineering and Design
RETAINING AND FLOOD WALLS

1. **Purpose**. This manual provides guidance for the safe design and economical construction of retaining and flood walls. This manual is intended primarily for retaining walls which will be subjected to hydraulic loadings such as flowing water, submergence, wave action, and spray, exposure to chemically contaminated atmosphere, and/or severe climatic conditions. For the design of retaining walls which will not be subjected to hydraulic loadings or severe environmental conditions as described above, TM 5-818-1 may be used for computing the loadings and evaluating the stability of the structure.

2. **Applicability**. This manual applies to all HQUSACE/OCE elements and field operating activities having responsibilities for the design of civil works projects.

FOR THE COMMANDER:

Albert J. Genetti, Jr.
Colonel, Corps of Engineers
Chief of Staff

---

This manual supersedes EM 1110-2-2501 dated January 1948 and EM 1110-2-2502 dated 29 May 1961.

EM 1110-2-2502
29 Sep 89

c. Loading Cases. For determining water and soil loads acting on flood walls, refer to Chapter 3. Section I of Chapter 4 discusses loading cases.

Section II. Seepage Control

7-3. General Considerations. Water-retaining structures are subject to through-seepage, underseepage, and seepage around their sides or ends. Seepage control is a primary consideration of flood wall design. Uncontrolled seepage may result in water pressures and uplift forces on the wall base in excess of design assumptions and consequent structural instability. Excessive porewater pressures in foundation materials near the landside toe of a wall may create "quick" conditions evidenced by sand boils or heaving. Emerging seepage may have sufficient velocity to move cohesionless foundation materials and erode the wall foundation (piping). Seepage control entails the design of measures to ensure that seepage pressures and velocities are maintained below tolerable values. Properly controlled seepage, even if quantities are large, presents no hazard. Since flood walls are often built in congested areas, it is often necessary to pump seepage out of the protected area. While the seepage quantity is often small compared to other sources, it is occasionally appropriate to consider seepage control measures for the purpose of reducing seepage quantities. Inadequate seepage control, as shown by one example in Figure 7-1, may jeopardize the stability of a flood wall. In flood walls, control of through-seepage is provided for by water stops (paragraph 7-13). Seepage around the wall is controlled by specially designed and constructed levee wrap-around sections (paragraph 7-12). Flood walls are usually provided with a toe drain to control local underseepage along the flood wall base, as shown in Figure 7-2. As flood walls are usually founded on alluvial materials, pervious zones of significant thickness are often present at some depth below relatively impervious top stratum materials and may be hydraulically connected to the river. Because of the horizontal stratification of alluvial deposits, the horizontal permeability may be greatly in excess of the vertical permeability. The combination of these conditions may allow seepage to be readily conducted landward beneath the flood wall. Where flood walls are underlain by such pervious strata (the usual case), analysis may indicate the need for underseepage controls in addition to the toe drain. Underseepage control measures vary because the selection and design of an appropriate control scheme is highly dependent on site-specific conditions, particularly the stratification and permeability of foundation materials, availability of right-of-way, and local construction practices and costs. Various types of underseepage control measures are discussed in paragraph 7-4.

7-4. Underseepage Control. The focus of underseepage analysis is to calculate the expected exit gradient at the landside toe of a levee or flood wall and compare its value to a theoretically critical value, the critical gradient (typically 0.8 to 1.0). To provide some conservatism, underseepage controls are provided where the calculated gradient exceeds an allowable gradient, typically 0.5 to 0.8. For calculating the exit gradient, assessing the need for underseepage controls, and designing such controls, the foundation conditions are normally assumed to be a two-layer system consisting of a relatively impervious top stratum overlying a pervious substratum. Detailed analysis

7-3

EM 1110-2-2502
29 Sep 89

monoliths at changes in alignment is likely to force excessive flexure in the stem, sufficient to cause failure. The same tilting can occur at reentrant monoliths (Figure 7-6), but there the tilting is landward and the reinforcing is more adequate to resist the stress. For angle monoliths protruding toward the river, the landside temperature steel can be quickly overstressed.

    d. Water Stops. Joints with torn or parted water stops should be considered critical. Torn water stops may not be noticed during an inspection, particularly if the joint has not spread open. If sufficient differential movement has occurred, it should be assumed that the water stop is torn. The amount of tearing to be allowed should be based on factors causing piping; however, this is very difficult to predict. In the above cases, if a total differential movement (transverse and longitudinal combined) of 1/2 inch or more has occurred, the water stop should be considered torn unless shown otherwise.

    e. Foundation Voids. All unequal settlements should be viewed with suspicion. In particular, unequal settlements adjacent to structures such as pump houses and gate wells should be the subject of rigid examination. Usually one or two monoliths (or a portion of one monolith) are constructed on compacted fill in these areas. Initial unequal settlement may cause the first monolith to bridge or wedge between the second monolith and the other structure. Further consolidation of the fill then leaves a dangerous void or voids under this base. Only underground examination will reveal the presence of these voids.

    f. Stability Analyses. Original seepage assumptions or patterns should be reviewed for realistic representation of actual foundation conditions. Particular attention should be paid to foundations having pervious strata which connect directly with the river. Where indicated, seepage and/or stability analyses should be recomputed as described in Chapters 3, 4, and 5. In addition to a recomputation of uplift, the shear strengths used in the original analyses should be reevaluated on the basis of a study of types of soil and their drainage and consolidation characteristics. In cases where there is a lack of sufficient foundation information in areas suspected to be weak, new soil samples should be obtained as close to the existing wall as is feasible. Areas found to have questionable stability should be closely observed during high floods.

    g. Basements and Other Excavations. The seepage aspects and the foundation stability of walls which have had basements excavated on either side of and adjacent to the wall since the original design and construction were completed should be investigated.

    h. Seepage Conditions Landside of Flood Walls. These areas should be investigated thoroughly and seepage control of pressure relief provided, if needed.