ENGINEER MANUAL

EM 1110-2-1901
30 September 1986

# ENGINEERING AND DESIGN

# SEEPAGE ANALYSIS AND CONTROL FOR DAMS



**DEPARTMENT OF THE ARMY
CORPS OF ENGINEERS
OFFICE OF THE CHIEF OF ENGINEERS**

Robinson Opposition to Motion to Dismiss                    EXHIBIT000010

DAEN-ECE-G

Engineer Manual  
No. 1110-2-1901

30 September 1986

Engineering and Design  
SEEPAGE ANALYSIS AND CONTROL FOR DAMS

1. <u>Purpose</u>. This manual presents the fundamental design principles and guidance concerning seepage considerations for design of new dams and the evaluation of existing projects.

2. <u>Applicability</u>. This manual is applicable to all HQUSACE/OCE elements and field operating activities having responsibility for the design and construction of civil works projects.

3. <u>Discussion</u>. All earth and rock-fill dams are subject to seepage through the embankment, foundation, and abutments. Concrete gravity and arch dams are subject to seepage through the foundation and abutments. Seepage control is necessary to prevent excessive uplift pressures, sloughing of the downstream slope, piping through the embankment and foundation, and erosion of material by loss into open joints in the foundation and abutments. The purpose of the project, i.e., long-term storage, flood control, etc., may impose limitations on the allowable quantity of seepage.

FOR THE COMMANDER:

ARTHUR E. WILLIAMS  
Colonel, Corps of Engineers  
Chief of Staff

This manual supersedes EM 1110-2-1901 dated February 1952

EM 1110-2-1901
30 Sep 86

# CHAPTER 9
# SEEPAGE CONTROL IN EARTH FOUNDATIONS

9-1. **General**. All dams on earth foundations are subject to underseepage. Seepage control in earth foundations is necessary to prevent excessive uplift pressures and piping through the foundation (seepage control in earth abutments is given in Chapter 10). The purpose of the project, i.e., long-term storage, flood control, hydropower, etc., may impose limitations on the allowable quantity of seepage. Generally, siltation of the reservoir with time will tend to diminish underseepage (U. S. Army Engineer Division, Ohio River 1945). Conversely, the use of some underseepage control methods such as relief wells and toe drains may increase the quantity of underseepage (Sowers 1962).

9-2. **Selection of Method for Seepage Control**. The methods for control of underseepage in dam foundations are horizontal drains, cutoffs (compacted backfill trenches, slurry walls, concrete walls, and steel sheetpiling[1]), upstream impervious blankets, downstream seepage berms, toe drains, and relief wells. To select an underseepage control method for a particular dam and foundation, the relative merits and efficiency of different methods should be evaluated by means of flow nets or approximate methods as described in Chapter 4 and Appendix B, respectively. As shown in table 9-1, the changes in the quantity of underseepage, factor of safety against uplift, and uplift pressures at various locations should be determined for each particular dam and foundation. Since the anisotropy ratio of the foundation has a significant influence on the results of the underseepage analysis, this parameter should be varied as appropriate $\left(\frac{K_H}{K_V} = 1, 10, 25, 100\right)$ to cover the possible range of expected field conditions.

9-3. **Horizontal Drains**. As mentioned previously in Chapter 8, horizontal drains are used to control seepage through the embankment and to prevent excessive uplift pressures in the foundation. As shown in figure 9-1, the use of the horizontal drain significantly reduces the uplift pressure in the foundation under the downstream portion of the dam. The computation of uplift pressure was illustrated previously in figure 4-15. Figure 9-1 also shows that the horizontal drain increases the quantity of seepage under the dam.

9-4. **Cutoffs**.

a. **Complete Versus Partial Cutoff**. When the dam foundation consists of a relatively thick deposit of pervious alluvium, the designer must decide whether to make a complete cutoff (compacted backfill trench, slurry trench, or concrete wall) or allow a certain amount of underseepage to occur under controlled conditions (partial cutoff, upstream impervious blanket, downstream seepage berm, toe trench drain, or relief walls). In some cases, where the alluvium is not very deep or the water is very valuable, it may be obvious

---

[1] Steel sheetpiling is not recommended to prevent underseepage but is used to confine the foundation soil and prevent piping.