EM 1110-2-2504
31 March 1994



**US Army Corps
of Engineers**

**ENGINEERING AND DESIGN**

# Design of Sheet Pile Walls

ENGINEER MANUAL

Robinson Opposition to Motion to Dismiss            EXHIBIT000011

CECW-ED

**DEPARTMENT OF THE ARMY**
U.S. Army Corps of Engineers
Washington, D.C. 20314-1000

EM 1110-2-2504

Manual
No. 1110-2-2504

31 March 1994

## Engineering and Design
## DESIGN OF SHEET PILE WALLS

**1. Purpose.** This manual provides information on foundation exploration and testing procedures, analysis techniques, allowable criteria, design procedures, and construction consideration for the selection, design, and installation of sheet pile walls. The guidance is based on the present state of the technology for sheet pile-soil-structure interaction behavior. This manual provides design guidance intended specifically for the geotechnical and structural engineer. It also provides essential information for others interested in sheet pile walls such as the construction engineer in understanding construction techniques related to sheet pile wall behavior during installation. Since the understanding of the physical causes of sheet pile wall behavior is actively expanding by better definition through ongoing research, prototype, model sheet pile wall testing and development of more refined analytical models, this manual is intended to provide examples and procedures of what has been proven successful. This is not the last nor final word on the state of the art for this technology. We expect, as further practical design and installation procedures are developed from the expansion of this technology, that these updates will be issued as changes to this manual.

**2. Applicability.** This manual applies to all HQUSACE elements, major subordinate commands, districts, laboratories, and field operating activities having civil works responsibilities, especially those geotechnical and structural engineers charged with the responsibility for design and installation of safe and economical sheet pile walls used as retaining walls or floodwalls.

FOR THE COMMANDER:

WILLIAM D. BROWN
Colonel, Corps of Engineers
Chief of Staff



Figure 4-8. Triangular load

*e. Triangular loads.* A triangular load varies perpendicular to the wall as shown in Figure 4-8 and is assumed to be continuous parallel to the wall. The equation for lateral pressure is given in Figure 4-8.

*f. Area loads.* A surcharge distributed over a limited area, both parallel and perpendicular to the wall, should be treated as an area load. The lateral pressures induced by area loads may be calculated using Newmark's Influence Charts (Newmark 1942). The lateral pressures due to area loads vary with depth below the ground surface and with horizontal distance parallel to the wall. Because the design procedures discussed subsequently are based on a typical unit slice of the wall/soil system, it may be necessary to consider several slices in the vicinity of the area load.

*g. Point loads.* A surcharge load distributed over a small area may be treated as a point load. the equations for evaluating lateral pressures are given in Figure 4-9. Because the pressures vary horizontally parallel to the wall; it may be necessary to consider several unit slices of the wall/soil system for design.

## 4-5. Water Loads

*a. Hydrostatic pressure.* A difference in water level on either side of the wall creates an unbalanced hydrostatic pressure. Water pressures are calculated by multiplying the water depth by its specific weight. If a nonflow hydrostatic condition is assumed, i.e. seepage effects neglected, the unbalanced hydrostatic pressure is assumed to act along the entire depth of embedment. Water pressure must be added to the effective soil pressures to obtain total pressures.

*b. Seepage effects.* Where seepage occurs, the differential water pressure is dissipated by vertical flow beneath the sheet pile wall. This distribution of the unbalanced water pressure can be obtained from a seepage analysis. The analysis should consider the permeability of the surrounding soils as well as the effectiveness of any drains if present. Techniques of seepage analysis applicable to sheet pile wall design include flow nets, line of creep method, and method of fragments. These simplified techniques may or may not yield conservative results. Therefore, it is the designer's responsibility to decide whether the final design should be based on a more rigorous analysis, such as the finite element method. Upward seepage in front of the sheet pile wall tends to reduce the effective weight of the soil, thus reducing its ability to offer lateral support. In previous material the effects of upward seepage can cause piping of material away from the wall or, in extreme cases, cause the soil to liquefy. Lengthening the sheet pile, thus increasing the seepage path, is one effective method of accommodating seepage. For sheet pile walls that retain backfill, a drainage collector system is recommended. Some methods of seepage analysis are discussed in EM 1110-2-1901.

*c. Wave action.* The lateral forces produced by wave action are dependent on many factors, such as length, height, breaking point, frequency and depth at structure. Wave forces for a range of possible water levels should be determined in accordance with the U.S. Army Coastal Engineering Research Center Shore Protection Manual (USAEWES 1984).

## 4-6. Additional Applied Loads

Sheet Pile walls are widely used in many applications and can be subjected to a number of additional loads, other than lateral pressure exerted by soil and water.

*a. Boat impact.* Although it becomes impractical to design a sheet pile wall for impact by large vessels, waterfront structures can be struck by loose barges or smaller vessels propelled by winds or currents. Construction of a submerged berm that would ground a vessel will greatly reduce this possibility of impact. When the sheet pile structure is subject to docking impact, a fender system should be provided to absorb