CECW-EG

DEPARTMENT OF THE ARMY
U.S. Army Corps of Engineers
Washington, DC  20314-1000

EM 1110-2-1913

Manual
No. 1110-2-1913

30 April 2000

## Engineering and Design
## DESIGN AND CONSTRUCTION OF LEVEES

**1. Purpose.** The purpose of this manual is to present basic principles used in the design and construction of earth levees.

**2. Applicability.** This manual applies to all Corps of Engineers Divisions and Districts having responsibility for the design and construction of levees.

**3. Distribution.** This manual is approved for public release; distribution is unlimited.

**4. General.** This manual is intended as a guide for designing and constructing levees and not intended to replace the judgment of the design engineer on a particular project.

FOR THE COMMANDER:

RUSSELL L. FUHRMAN
Major General, USA
Chief of Staff

---

This manual supersedes EM 1110-2-1913, dated 31 March 1978.

Robinson Opposition to Motion to Dismiss        EXHIBIT000012



EM 1110-2-1913
30 April 2000

**US Army Corps
of Engineers**
ENGINEERING AND DESIGN

# Design and Construction of Levees

**ENGINEER MANUAL**

Case 2:05-cv-04182-SRD-JCW   Document 14246-11   Filed 07/31/08   Page 3 of 5

# Chapter 5
# Seepage Control

*Section I*
*Foundation Underseepage*

## 5-1. General

Without control, underseepage in pervious foundations beneath levees may result in (a) excessive hydrostatic pressures beneath an impervious top stratum on the landside, (b) sand boils, and (c) piping beneath the levee itself. Underseepage problems are most acute where a pervious substratum underlies a levee and extends both landward and riverward of the levee and where a relatively thin top stratum exists on the landside of the levee. Principal seepage control measures for foundation underseepage are (a) cutoff trenches, (b) riverside impervious blankets, (c) landside seepage berms, (d) pervious toe trenches, and (e) pressure relief wells. These methods will be discussed generally in the following paragraphs. Detailed design guidance is given in Appendixes B and C. Turnbull and Mansur (1959) have proposed control measures for underseepage also. Additional information on seepage control in earth foundations including cutoffs, impervious blankets, seepage berms, relief wells and trench drains is given in EM 1110-2-1901 and EM 1110-2-1914.

## 5-2. Cutoffs

A cutoff beneath a levee to block seepage through pervious foundation strata is the most positive means of eliminating seepage problems. Positive cutoffs may consist of excavated trenches backfilled with compacted earth or slurry trenches usually located near the riverside toe. Since a cutoff must penetrate approximately 95 percent or more of the thickness of pervious strata to be effective, it is not economically feasible to construct cutoffs where pervious strata are of considerable thickness. For this reason cutoffs will rarely be economical where they must penetrate more than 12.2 m (40 ft). Steel sheet piling is not entirely watertight due to leakage at the interlocks but can significantly reduce the possibility of piping of sand strata in the foundation. Open trench excavations can be readily made above the water table, but if they must be made below the water table, well point systems will be required. Cutoffs made by the slurry trench method (reference Appendix A) can be made without a dewatering system, and the cost of this type of cutoff should be favorable in many cases in comparison with costs of compacted earth cutoffs.

## 5-3. Riverside Blankets

Levees are frequently situated on foundations having natural covers of relatively fine-grained impervious to semipervious soils overlying pervious sands and gravels. These surface strata constitute impervious or semipervious blankets when considered in connection with seepage control. If these blankets are continuous and extend riverward for a considerable distance, they can effectively reduce seepage flow and seepage pressures landside of the levee. Where underseepage is a problem, riverside borrow operations should be limited in depth to prevent breaching the impervious blanket. If there are limited areas where the blanket becomes thin or pinches out entirely, the blanket can be made effective by placing impervious materials in these areas. The effectiveness of the blanket depends on its thickness, length, distance to the levee riverside toe, and permeability and can be evaluated by flow-net or approximate mathematical solutions, as shown in Appendix B. Protection of the riverside blanket against erosion is important.

EM 1110-2-1913
30 Apr 2000

Regardless of the type of pipe selected, movements at the joints must be considered as discussed in paragraph 8-4d.

## 8-8. Installation Requirements

   *a. General.* The installation of pipes or other structures within the levee or foundation probably requires the greatest care and the closest supervision and inspection of any aspect of levee construction. Most failures of levee systems have initiated at the soil-structure interface and therefore every effort must be made to ensure that these areas are not susceptible to piping. Of overriding importance is good compaction of the backfill material along the structure. Pipes installed by open trench excavation should be installed in the dry and a dewatering system should be used where necessary. Pipes installed by directional drilling, microtunneling, or other trenchless methods require special consideration.

   *b. Pipes crossing through or beneath levees*

   (1) The preferred method of installing pipes within the embankment or foundation of a levee has historically been by the open cut method. Preferably, new levees should be brought to a grade about 610.8 mm (2 ft) above the crown of the pipe. This allows the soil to be preconsolidated before excavating the trench. The trench should be excavated to a depth of about 610.8 mm (2 ft) below the bottom of the pipe and at least 1.2 m (4 ft) wider than the pipe. The excavated material should be selectively stockpiled so that it can be replaced in a manner that will not alter the embankment zoning if there is some or will result in the more impervious soils on the riverside of the levee.

   (2) After the trench has been excavated, it should be backfilled to the pipe invert elevation. In impervious zones, the backfill material should be compacted with mechanical compactors to 95 percent standard density at about optimum water content.

   (3) First-class bedding should be used for concrete pipe and other rigid pipe, as shown in EM 1110-2-2902 except no granular bedding should be used in impervious zones. For flexible pipe, the trench bottom should be flat to permit thorough tamping of backfill under the haunches of the pipe. Backfill should be compacted to 95 percent standard density at about optimum water content. The backfill should be brought up evenly on both sides of the pipe to avoid unequal side loads that could fail or move the pipe. Special care must be taken in the vicinity of any protrusions such as joint collars to ensure proper compaction. Where granular filter material is required, it should be compacted to a minimum of 80 percent relative density. In areas where backfill compaction is difficult to achieve, flowable, low strength concrete fill has been used to encapsulate pipes in narrow trenches.

   (4) In existing levees, the excavation slopes should be stable, meet OSHA criteria, but in no case be steeper than 1V on 1H. The excavated material should be selectively stockpiled as was described for new levees. The pipe is installed as described in the previous paragraphs. Impervious material within 0.61 m (2 ft) of the pipe walls should be compacted to 95 percent standard density at optimum water content, with the remainder of the backfill placed at the density and water content of the existing embankment.

   (5) Installation of pipes in existing levees by directional drilling, microtunneling, tunneling or jacking may be considered. It is recognized, that in some instances, installation by the open cut method is not feasible or cannot be economically justified. Where trenchless methods are allowed, special considerations are required.

   (6) Pipes under levees.

EM 1110-2-1913
30 Apr 2000

(a) General. Pipes crossing beneath levees also require special considerations. Such crossings should be designed by qualified geotechnical engineers. Pipes constructed with open excavation methods should proceed in accordance with the requirements stated in the above paragraph, Pipes Crossing Through or Beneath Levees. If directional drilling or other trenchless methods are used, seepage conditions may be aggravated by the collapse of levee foundation material into the annular void between the bore and pipe. Penetration through the top stratum of fine-grained materials may concentrate seepage at those locations. Pipes constructed with trenchless methods should proceed only after a comprehensive evaluation of the following: comprehensive understanding of the subsurface soil and groundwater conditions to a minimum depth of 6.1 m (20 ft) below the lowest pipe elevation, locations of the pipe penetration entry and exit, construction procedure, allowable uplift pressures, on-site quality control and quality assurance monitoring during construction operation, grouting of the pipe annulus, backfilling of any excavated areas, and repair and reinstatement of the construction-staging areas. Guidance for construction of pipelines beneath levees using directional drilling is provided in Appendix A of WES CPAR-GL-98-1 (Staheli, et al. 1998). Guidance for construction of pipelines using microtunneling methods is provided in WES CPAR-GL-95-2 (Bennett, et al. 1995).

(b) Pipes installed by directional drilling. The pipe entry or exit location, when located on the protected (land) side, should be set back sufficiently from the land side levee toe to ensure that the pipe penetrates some depth of a pervious sand stratum but is no less than 91.5 m (300 ft) from the centerline of the levee crest. The pipe entry or exit location, when located on the unprotected (river) side, should be located at least 6.1 m (20 ft) riverward of the levee stability control line. This is the distance between the river side levee toe and an eroding bank line which will maintain the minimum design criteria for slope stability.

If directional drilling is to be used, the depth of the pipe under the levee should be at a level to maintain an adequate factor of safety against uplift from the pressurized drilling fluid during the drilling operation. A positive means of maintaining an open vent to the surface should be required whether through bored holes or downhole means while installing the drill pipe.

The drilling fluid should consist of a noncolloidal lubricating admixture to ensure suspension and removal of drilling cuttings. The pilot hole should be advanced at a rate to maintain a continuous return flow. The annular space should be sufficient to ensure that no blockage occurs with the drilling cuttings. The prereamer boring diameter should be of sufficient size to ensure that the production pipe can be advanced without delay and undue stress to the surrounding soils. The prereamer boring operation should be continuous for the down-slope and up-slope cutting segments. Excessive drilling fluid pressures can hydraulically fracture the levee foundation and levee embankment and should be avoided.

Where economically feasible, the pipeline should be bored through rock where the pipeline crosses the levee centerline.

The maximum allowable mud pressure acting against the borehole wall should be evaluated using the Delft equation presented in the Appendix A of WES CPAR-GL-98-1 (Staehli, et al., 1998). During construction, the actual mud pressure existing in the borehole must be measured by a pressure measuring device located on the outside of the drill string no more than 5 ft from the drill bit. The drilling operator should be required to monitor these pressures and adjust the drilling mud pressure so as not to exceed the maximum pressure determined by Delft equation.

Where the casing pipe is carrying multiple fibre optic cables and each cable is installed within its own HDPE inner duct, the detail shown in Figure 8-3a should be used to prevent preferred seepage path (both external and internal). The casing pipe must end in the encasements.