INSTRUCTOR LISTING
Earthwork Quality Verification Training Course
Sponsored By
Geotechnical Laboratory
U.S. Army Engineer Waterways Experiment Station
3909 Halls Ferry Road, Vicksburg, MS 39180-6199

Dr. Paul F. Hadala            (Welcome and Introduction)
CEWES-GV-A
(601) 634-3475

William Milton Myers          (Course Coordinator)
CEWES-GS-S
(601) 634-2640

R. J. "Bob" Larson            (Origin of Soils)
CEWES-GG-YG
(601) 634-3201

Earl V. Edris                 (Compaction; Slope Stability)
CEWES-GS-S
(601) 634-3378

Hugh M. "Buck" Taylor         (Fundamental Definitions, Field Tests)
CEWES-GS-S
(601) 634-3454

Jessie C. Oldham              (Soil Classification, Soils Laboratory)
CEWES-GS-GD
(601) 634-2122

P. J. Griffing                (Soils Laboratory)
CEWES-GS-GD
(601) 634-2607

Larry D. Johnson              (Foundations for Structures)
CEWES-GS-S
(601) 634-3840

S. Paul Miller                (Seepage, Filters, Slope Protection)
CEWES-GG-YH
(601) 634-3247

R. J. "Bob" Crisp             (Placement and Compaction of Earth Fills;
Consulting Civil Engr          Preparation of Rock Foundations)
422 Atwood Drive, NW
Marietta, GA 30064
(404) 428-4607


EXHIBIT 5

Robinson Opposition to Motion to Dismiss          EXHIBIT000013

VI.1.1

## Part 1. Seepage and Groundwater Control

### Seepage

Introduction

Perhaps no single feature of an earthwork project deserves as much attention during construction as the drainage system. However, since the drainage system generally controls a hidden force--the force of water seepage through soil--its importance is sometimes not fully appreciated. These hidden forces can tear down a mountainside, as occurred in 1963 at the Vaiont Reservoir, Italy, killing 3000 persons; destroy earthen structures such as the Baldwin Hills Reservoir in Los Angeles, California, where five lives were lost in 1963 and $15,000,000 property damage resulted; or produce runway failures as occurred at the Cleveland, Ohio, Airport in 1967, where 3000 ft of concrete runway pavement failed and broke up into basketball-size pieces due to inadequate subsurface drainage. Many more examples could be cited, but the examples mentioned should clearly show the devastating power of uncontrolled seepage of water.

Structures are designed on the assumption that the drainage system will function properly. If a drainage system is improperly constructed, time will not remedy the problem as it may do in other areas of earthwork construction. The strength of a soil should improve with time, pore pressure will dissipate, rates of settlement decrease, etc. But time will only aggravate a mistake or an omission in a drainage system. If the system is not constructed correctly, trouble may not appear for years, and then it is very difficult or even too late to correct it as in the examples cited in the previous paragraph. The importance of good inspection cannot be overstressed. It is up to the inspector alone to see that the drainage system is installed in accordance with the project plans.

Basic considerations

In order to demonstrate what seepage forces consist of, let us look back on the quicksand tank we saw in the laboratory. If we saturate the