```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
IN RE: KATRINA CANAL BREACHES     CIVIL ACTION
CONSOLIDATED LITIGATION           NO. 05-4182 K2
                                  JUDGE DUVAL
PERTAINS TO                       MAG. WILKINSON
(Robinson, No. 06-2268)
              - AND -
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
IN RE: KATRINA CANAL BREACHES     CIVIL ACTION
CONSOLIDATED LITIGATION           NO. 05-4182 K2
                                  JUDGE DUVAL
FILED IN:                         MAG. WILKINSON
05-4181, 05-4182, 05-5237, 05-6073, 05-6314,
05-6324, 05-6327, 06-0225, 06-0886, 06-1885,
06-2278, 06-2287, 06-4065, 06-4389, 06-4634,
06-4931, 06-5032, 06-5159, 06-5161, 06-5260,
06-5937, 07-1271
            (V O L U M E   I)
         Deposition of MELVIN M.L. MCELWEE,
SR., given at the Law Office of Joseph M.
Bruno, 855 Baronne St., New Orleans, Louisiana
70113, on April 23rd, 2008.
REPORTED BY:
         JOSEPH A. FAIRBANKS, JR., CCR, RPR
         CERTIFIED COURT REPORTER #75005
```

Page 1

```
 1  APPEARANCES:
 2  REPRESENTING THE PLAINTIFFS:
 3      BRUNO & BRUNO
 4      (BY:  JOSEPH M. BRUNO, ESQUIRE)
 5      (BY:  FLORIAN BUCHLER, ESQUIRE)
 6      (BY:  SCOTT JOANEN, ESQUIRE)
 7      855 Baronne Street
 8      New Orleans, Louisiana 70113
 9      504-525-1335
10  - and -
11      LAMBERT AND NELSON
12      (BY:  HUGH P. LAMBERT, ESQUIRE)
13      701 Magazine Street
14      New Orleans, Louisiana 70130
15      504-581-1750
16  - and -
17      SHER, GARNER, CAHILL, RICHTER, KLEIN &
18      HILBERT, L.L.C.
19      (BY:  MATTHEW CLARK, ESQUIRE)
20      909 Poydras Street, 28th Floor
21      New Orleans, Louisiana 70112
22      504-299-2100
23
24
25
```

Page 2

```
 1  - and -
 2      WIEDEMANN & WIEDEMANN
 3      (BY:  KARL WIEDEMANN, ESQUIRE)
 4      821 Baronne Street
 5      New Orleans, Louisiana 70113
 6      504-581-6180
 7
 8  REPRESENTING THE UNITED STATES OF AMERICA:
 9      UNITED STATES DEPARTMENT OF JUSTICE,
10      TORTS BRANCH, CIVIL DIVISION
11      (BY:  SARAH SOJA, ESQUIRE)
12      (BY:  PAUL LEVINE, ESQUIRE)
13      P.O. Box 888
14      Benjamin Franklin Station
15      Washington, D.C. 20044
16      202-616-4289
17
18  REPRESENTING THE U.S. ARMY CORPS OF ENGINEERS:
19      CORPS OF ENGINEERS, OFFICE OF COUNSEL
20      (BY:  DAVID DYER, ESQUIRE)
21      (BY:  JENNIFER LABOURDETTE, ESQUIRE)
22      (BY:  JUDY ALMERICO, ESQUIRE)
23      7400 Leake Avenue
24      New Orleans, Louisiana 70118-3651
25      504-862-2843
```

Page 3

```
 1  REPRESENTING WASHINGTON GROUP INTERNATIONAL:
 2      STONE PIGMAN WALTHER WITTMANN, L.L.C.
 3      (BY:  WILLIAM D. TREEBY, ESQUIRE)
 4      (BY:  HEATHER S. LONIAN, ESQUIRE)
 5      546 Carondelet Street
 6      New Orleans, Louisiana 70130
 7      504-581-3200
 8
 9  REPRESENTING ORLEANS LEVEE DISTRICT:
10      SUTTON LAW FIRM
11      (BY:  CHARLES E. SUTTON, JR., ESQUIRE)
12      2101 N. Highway 190, Suite 105
13      Covington, Louisiana 70433
14      985-249-5991
15
16  ALSO PRESENT:
17      JOHN L. ROBERT, III, ESQ.
18      KEA SHERMAN, ESQ.
19      RYAN M. MALONE, ESQ.
20      MARK S. RAFFMAN, ESQ. (VIA I-DEP)
21      CHARLES LANIER, ESQ. (VIA I-DEP)
22      JENNIFER SHUMAKER, ESQ. (VIA I-DEP)
23      ADAM CHUD, ESQ. (VIA I-DEP)
24      J. WARREN GARDNER, JR., ESQ. (I-DEP)
25  VIDEOGRAPHER:   GILLEY DELORIMIER (DEPO-VUE)
```

Page 4

1 (Pages 1 to 4)

```
 1  to that levee that's impacting that levee, you
 2  increase the risk of damage to property and to
 3  lives.  So at all times, the Corps would stress
 4  to its quality assurance representatives,
 5  inspectors, and project engineers, to monitor
 6  things of those sorts when you're on a
 7  construction project.
 8     Q.  Okay.  All right.  Now, things of
 9  those sorts -- now, first of all, I mean, let
10  me just -- I'm just curious, because I'm a
11  contractor now.  Okay?  And I've been asked to
12  dig a hole, not on the levee, not even, you
13  know, within ten feet of the levee or fifteen
14  feet of the levee, I'm digging this hole
15  200 feet from the levee.  Okay?  Now, how am I
16  supposed to know, if I'm the contractor, that
17  my hole digging may or may not have some impact
18  on this levee?
19     A.  As a contractor, how are you supposed
20  to know?
21     Q.  Yeah.  How do I know?
22     A.  There's various ways that you would
23  know, because as a contractor, you're going to
24  have at least some data given to you by the
25  Corps of Engineers in the bid solicitation
                                          Page 57
```

```
 1  documents.  If you don't have that information,
 2  the Corps is going to give you some information
 3  to contact someone where you can find out
 4  whatever you need to know prior to doing work
 5  on a -- on a Corps of Engineers project in the
 6  New Orleans area district.
 7     Q.  Okay.  Well, would you agree with me
 8  that the ordinary guy on the street, okay, who
 9  would maybe be, you know, engaged in -- he digs
10  holes in his backyard or, you know, on his
11  farm, that this business of underseepage as it
12  relates to the potential for harm to a levee,
13  that's not information that most folks have.
14        MR. TREEBY:
15           Objection.  Leading.
16  EXAMINATION BY MR. BRUNO:
17     Q.  Would you agree with me on that?
18        MR. TREEBY:
19           Objection.  Leading.
20        MR. BRUNO:
21           It's noted and it's not leading.
22     A.  I would agree with you that, no, most
23  people don't have that information, and most
24  people don't look for that information because
25  they don't have the knowledge to look for that
                                          Page 58
```

```
 1  information.
 2  EXAMINATION BY MR. BRUNO:
 3     Q.  All right.  So -- well, if that's
 4  true, I mean -- so I guess I'm still a little
 5  confused, because I'm trying to understand,
 6  then, if most people don't have the knowledge,
 7  and you are asked by the Corps to do some work,
 8  you know, around a levee, and again, I don't
 9  know if it's 100 feet or 200 feet or 300 feet
10  or 500 feet -- let me ask you this question:
11  How close to a levee -- how close does the work
12  that's contemplated have any potential impact
13  on this seepage business, based upon the
14  training that you received at the Corps?
15        MR. LEVINE:
16           Objection.  Vague.
17     A.  I didn't quite understand your
18  question.
19  EXAMINATION BY MR. BRUNO:
20     Q.  Okay.  What I'm trying to get at is,
21  we've got a contractor that's been asked to do
22  some work.  Okay?  And so I guess the first
23  thing I'm sort of curious about is, at what
24  point does the underseepage issue become an
25  issue relative to the distance between the
                                          Page 59
```

```
 1  proposed work and the levee or flood control
 2  project?
 3     A.  If I can make clear, when I said most
 4  people don't know, I'm speaking of personnel
 5  that are not in the craft of engineering and
 6  construction.  But someone that's in the craft
 7  of engineering and construction, seepage
 8  becomes a problem before they begin to do
 9  construction.  That's one of the things they
10  have to consider.  You must consider it.
11  It's -- in the planning process, if the Corps
12  issues a contractor a set of documents, the
13  Corps gives them information in the documents,
14  if it's not in the documents they're going to
15  tell you where to go to get that information
16  for your particular job, you can ask all the
17  questions you want --
18     Q.  Okay.
19     A.  -- get all the clarification you want
20  prior to you beginning your construction
21  process.  If you are doing work next to a
22  levee -- I'm going to speak for the New Orleans
23  area because that's where I'm born and raised
24  and worked -- it's general knowledge for most
25  contractors that work in that area, the
                                          Page 60
```

```
 1  importance of understanding the soils and your
 2  impacts.
 3      Q.  Uh-huh.
 4      A.  I don't know many contractors that
 5  don't know the impact of working next to a
 6  levee.
 7      Q.  Okay.  All right.
 8      A.  And I definitely don't know any
 9  engineer that doesn't know, because the
10  engineers are trained in that.
11      Q.  All right.  So I guess someone who's
12  going to be asked to do this work, because
13  they've been asked to do the work in the first
14  instance, that is, they're a contractor or
15  engineer, when they get the knowledge that
16  there is a levee somewhere in the vicinity, you
17  would expect, based upon what you've just told
18  me, that they would at least make the
19  intellectual inquiry about whether or not that
20  may have some impact on their work.
21         Is that what you said?
22  MR. TREEBY:
23         Objection.  Leading.
24  MR. BRUNO:
25         No, it's not.
                                         Page 61
```

```
 1  MR. TREEBY:
 2         Is that what you're saying, and
 3      you put about so two sentences of long
 4      information.  If that's not leading
 5      there isn't a leading question.
 6  MR. BRUNO:
 7         And if that's leading there's no
 8      such thing as a non leading question,
 9      because all I'm doing is indicating
10      what he's already put on the record.
11  MR. TREEBY:
12         We disagree.
13  MR. BRUNO:
14         We will disagree on everything.
15  MR. TREEBY:
16         I doubt it.
17  MR. BRUNO:
18         I know we will.  Okay?
19      Particularly now --
20  MR. TREEBY:
21         Typical hyperbole.
22  MR. BRUNO:
23         It's typical that, you know, you
24      would say things like leading and
25      technical objections when you don't
                                         Page 62
```

```
 1      loke what you're hearing, instead of
 2      getting to the subject of the matter
 3      which is what the witness has to say.
 4  MR. TREEBY:
 5         I would rather here this witness
 6      testify instead of you, Mr. Bruno.
 7  MR. BRUNO:
 8         I think we've been hearing the
 9      witness testify.  You just don't like
10      what he has to say, which is
11      unfortunate for you.
12  MR. TREEBY:
13         I haven't objected to the
14      witness, I've objected to your leading
15      questions, and I will because I have
16      to protect the record.  If you want
17      to -- if you want to hold off leading
18      objections until trial, if you want
19      to --
20  MR. BRUNO:
21         I'm not --
22  MR. TREEBY:
23         I'll be happy not the make the
24      objection.
25  MR. BRUNO:
                                         Page 63
```

```
 1         No.  On the contrary, Bill, you
 2      know as well as I do what you're
 3      doing, and it's okay.
 4  MR. TREEBY:
 5         Okay.
 6  MR. BRUNO:
 7         Just do it.  But for me to recap
 8      what the witness said and ask him if I
 9      have a correct understanding is not
10      leading because the evidence is
11      already on the record and I'm simply
12      wanting to make certain that I
13      understand what he's saying.  That is
14      not leading.
15  EXAMINATION BY MR. BRUNO:
16      Q.  And to satisfy Mr. Treeby, why don't
17  you just tell us, then, what is, in your mind,
18  based upon the course that you took, the
19  process that would ordinarily be undertaken by
20  an engineer or by a contractor who is
21  contemplating doing some work around a levee.
22  And I'm just going to ask you to define what
23  around means.  Give it up.
24      A.  What's to be anticipated by a
25  contractor or an engineer when constructing
                                         Page 64
```

**Page 65**

 1  work around a levee would be the impact of the
 2  work on the levee, not the impact of the levee
 3  on the work.  The levee is there.  It's a
 4  structure for a particular purpose.  It's
 5  almost like a building.  If we're going to dig
 6  a hole next to the building we have to consider
 7  digging this big old hole next to the building,
 8  what impacts -- what's going to happen to the
 9  building, is it going to stay intact?  Is it
10  going to stand?  Is the levee going to stay
11  intact?  Will the levee stand?  There are --
12  varied and many degrees of assessments, we call
13  them, that a contractor or an engineer would
14  take into consideration when getting ready to
15  perform any works of this nature.
16          It's almost -- and I'm going to kind
17  of try to make a parallelism here.  It's almost
18  like being a lawyer.  I'm not a lawyer.  But if
19  I'm going to take on that task I need to be
20  prepared and trained to.  Such with the
21  contractor and engineer.  If you're going to
22  take on the task of working around structures,
23  you need to have the knowledge of it.  If you
24  don't, you don't need to be in that business.
25          It is -- an engineer and a contractor

**Page 66**

 1  has duties and responsibilities that are in all
 2  courses, whether it's the Corps of Engineers'
 3  or whether it's college courses, of
 4  responsibilities to the public.  And to say
 5  don't worry about it, I'm not going to look
 6  into, or it doesn't matter because that
 7  structure is not a part of my job is a total
 8  derelict of your obligations to the public.
 9          Public safety is number one.  For any
10  contractor -- should be.  If it's not, he
11  doesn't need to be in that business.  Or any
12  engineer.  And, um -- when you're taking on
13  that type of work, if you don't know what
14  you're doing you need to hire someone that
15  knows what they're doing.
16      Q.  All right.
17          (Brief recess.)
18  EXAMINATION BY MR. BRUNO:
19      Q.  All right.  If we may, I would like to
20  just continue down the same page because I'm
21  curious about this.  It says, Plate 3A shows
22  how underseepage can occur beneath a levee
23  system.  At the normal river stage the water
24  table is below the relatively impervious top
25  stratum and no danger exists.  And then it

**Page 67**

 1  says, during flood stage, however, seepage
 2  entering the substratum through the bed of the
 3  river, riverside borrow pits or any other
 4  opening in the top stratum creates an Artesian
 5  head in the substratum under and landward of
 6  the levee.  The term Artisian simply means that
 7  the water in the sand is under pressure.  For
 8  example, if a pipe or piezometer were placed
 9  through the top stratum into the substratum
10  shown in Plate 3A, the water level in the pipe
11  would rise to the elevation of the dashed line,
12  piezometric head.  The height of this column of
13  water above the substratum is the Artesian
14  head.
15          Now, do we have this Plate 3A in here?
16      A.  Yes, sir.  That's it.
17      Q.  Okay.  Here we go to Plate 3A.  Now, I
18  guess the thing that first confuses me is what
19  is the difference between the potential for
20  damage when there is no flood stage versus when
21  there is flood stage?  Help us understand that.
22      A.  Looking at Plate 3, Figure A, the top
23  page, if you see where they say normal river
24  stage, where this arrow is pointing at the
25  level of water --

**Page 68**

 1      Q.  Why yes.  I see that.
 2      A.  -- okay, that sand stratum underneath
 3  the impervious material, the clay, which is
 4  hash marked diagonally --
 5      Q.  Yes.
 6      A.  -- it has a normal at charge of flow
 7  through it.  Water is going to go through it.
 8  There's no problem there.  In fact, if water
 9  stayed at that level you wouldn't need a levee
10  because it's just doing its normal thing,
11  traveling through the earth.
12      Q.  Okay.
13      A.  The problem comes in when you have
14  extra water brought in by whatever source to
15  raise the level of water.  And when you raise
16  that level of water, we go back to talking
17  about that head pressure, the weight of it
18  acting downward, that's when the problem comes
19  in.  If you have a levee next to it which is
20  construct here, you don't have just this water
21  flowing in, you got the flood stage water which
22  is going down through this opening --
23      Q.  I see.
24      A.  -- creating more pressure.  Now you
25  got pressure underneath that system --