# DISTRIBUTION SHEET – TULSA TERC

**PROJECT No.:**    4423    **PROJECT NAME:**    **TULSA TERC**

**FILE No.:**  4423 - 0026 . 1.02 . 002

(Must include 0000/0001/002, etc.)    (Please fill in the blanks)

**DOCUMENT DATE:**  7/19/99    **CATEGORY:**

**REFERENCE FILE NUMBERS:**

**ISSUED TO:**  A. Smith    **FROM:**  S. Roe

**TITLE/COMMENTS:**  TO #26 - Order for Supplies ?

Services

---

**DISTRIBUTION:** ✓
**COVER SHEET ONLY** •    **CIRCULATION:** X    **DISKETTE INCLUDED**
**VIRUS SCANNED**

## DISTRIBUTION:

| | | |
|---|---|---|
| _____ K. Bartholemew | _____ S. Koenig | _____ D. Thompson |
| _____ C. Beck | _____ W. Lauderdale | _____ K. Williamson |
| _____ S. Bents | _____ R. Lewis | _____ D. Yust |
| _____ M. Bradshaw | _____ E. McEntee | |
| _____ J. Dudasch | _____ W. Medcalf | _____ B. Lawrence/BHO |
| _____ B. Eidt | _____ D. Miller | _____ S. Vader/BHO |
| _____ P. Etienne | _____ K. Morrison | _____ A. Veigel/BHO |
| _____ P. Hammons | _____ L. Ottonello | |
| _____ J. Innis | _____ R. Purvis | |
| _____ M. Jordan | _____ S. Roe | |
| _____ B. Kemp | _____ J. Siegel | _____ Tar Creek File |
| | | ✓ Document Control |

**CATEGORIES** Use only the category listed for the individual file number

| | | | |
|---|---|---|---|
| CF | Contract File | RF | Reference File (Gov't provided mat.) |
| CN | Change Notices | RFP | Request for Proposal |
| CO | Correspondence | RFQ | Request for Quote |
| DW | Drawings | RP | Report (MK Deliverables) |
| EQ | Equipment | RQ | Requisitions |
| ES | Estimates | SC | Schedules |
| HS | Health & Safety | SD | Shop Drawings |
| IOC | Interoffice Correspondence | SK | Sketches |
| IT | Insurance/Taxes | SPE | Special |
| IV | Invoice | ST | Standards |
| MN | Meeting Notes | SU | Subcontract File |
| PO | Purchase Order | T | Transmittal (Incoming) |
| PR | Proposal/Bids | TA | Transmittal (Outgoing) |
| QA | Quality Assurance | TC | Telecon |
| QC | Quality Control | TX | Telex-Fax |
| QAC | Both | WBS | Work Breakdown Structure |

4423dist.wpd

**WGI000001**

**MORRISON KNUDSEN CORPORATION**

10822 WEST TOLLER DRIVE
LITTLETON, COLORADO U.S.A. 80127
PHONE: (303) 948-4000/FAX: (303) 948-4010

July 19, 1999

Ms. Arlene Smith
Contracting Office
Department of the Army
Tulsa District, Corps of Engineers
1645 South 101ˢᵗ East Avenue
Tulsa, Oklahoma 74128-4629

Reference:     Tulsa TERC Contract No. DACA56-94-D-0021
               Task Order No. 26

Subject:       Order for Supplies or Services

Dear Ms. Smith:

Enclosed please find the executed GAO audit copy of the Order for Supplies or Services for
Task Order 26 per your request.

If you have any questions, or need anything further, please do not hesitate to contact me.

Sincerely,

Stephen C. Roe
Program Manager

SCR/sek

Enclosure

**WGI000002**

# ORDER FOR SUPPLIES OR SERVICES
(Contractor must submit four copies of invoice.)

| Form Approved OMB No. 0704-0187 Expires Jun 30, 1997 | PAGE 1 OF 2 |
|---|---|

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0187), Washington, DC 20503.

**PLEASE DO NOT RETURN YOUR FORM TO EITHER OF THESE ADDRESSES. SEND YOUR COMPLETED FORM TO THE PROCUREMENT OFFICIAL IDENTIFIED IN ITEM 6.**

| 1. CONTRACT / PURCH ORDER NO DACA56-94-D-0021 | 2. DELIVERY ORDER NO. 0026 | 3. DATE OF ORDER '99 JUL 12 | 4. REQUISITION / PURCH REQUEST NO N44XGQ-9189-1000 | 5. PRIORITY |
|---|---|---|---|---|

| 6. ISSUED BY | CODE | Arlene |
|---|---|---|
| TULSA DIST, CORPS OF ENGINEER 1645 SOUTH 101ST EAST AVENUE ATTN SMITH  918/669-4392 TULSA OK 74128-4629 Arlene Smith C02 (918) 669-4392 | | |

| 7. ADMINISTERED BY (If other than 6) | CODE | HTRW |
|---|---|---|
| TULSA DIST, CORPS OF ENGINEERS HTRW DESIGN CENTER (ER SUPPORT SECT) PO BOX 61         (ROOM 440) TULSA OK 74121-0061 | | |

**8. DELIVERY FOB**
☒ DEST
☐ OTHER
(See Schedule if other)

| 9. CONTRACTOR    Vendor Id: 00003708 | CODE 0mb33 | FACILITY CODE |
|---|---|---|
| NAME AND ADDRESS | MORRISON KNUDSEN CORPORATION 10822 WEST TOLLER DRIVE LITTLETON CO 80127 | |

| 10. DELIVER TO FOB POINT BY (Date) | SEE SCOPE OF WORK |
|---|---|

**11. MARK IF BUSINESS IS**
☐ SMALL
☐ SMALL DISAD-VANTAGED
☐ WOMEN-OWNED

**12. DISCOUNT TERMS** 0% 000 Days Net 000

**13. MAIL INVOICES TO** See Block 15

| 14. SHIP TO | CODE | htrw |
|---|---|---|
| TULSA DIST, CORPS OF ENGINEERS HTRW DESIGN CENTER (ER SUPPORT SECT) PO BOX 61        (ROOM 440) TULSA OK 74121-0061 | DACA5694D0021 | |

| 15. PAYMENT WILL BE MADE BY | CODE | DISB |
|---|---|---|
| US ARMY CORPS OF ENGRS FINANCE CENTER MAIL STOP 322 7800 THIRD AVENUE MILLINGTON TN 38054-5005 | EFT: T | |

**MARK ALL PACKAGES AND PAPERS WITH CONTRACT OR ORDER NUMBER**

| 16. TYPE OF ORDER | | |
|---|---|---|
| DELIVERY | x | This delivery order is issued on another Government agency or in accordance with and subject to terms and conditions of above numbered contract. |
| PURCHASE | | Reference your _____  furnish the following on terms specified herein. ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME. |

| NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE Stephen C. Lee, Program Mgr | DATE SIGNED (YYMMDD) 990712 |
|---|---|---|---|

☐ If this box is marked, supplier must sign Acceptance and return the following number of copies:

**17. ACCOUNTING AND APPROPRIATION DATA / LOCAL USE**
96 2O 20 X 8861.0000 B2 X 08 2412 076230 96162 3200 00355D

Award Oblig Amt US$           113,092.00

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES / SERVICE | 20. QUANTITY ORDERED / ACCEPTED | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| 0001 | DEMOLITION AND SITE PREPARATION FOR INNER HARBOR NAVIGATION CANAL LOCK REPLACEMENT PROJECT, EAST BANK INDUSTRIAL AREA, NEW ORLEANS, LOUISIANA | 1.00 | JB | 113092.000000 | 113092.00 |
| | REVIEWED FOR LEGAL SUFFICIENCY By _____ | | | | |

| *If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle. | 24. UNITED STATES OF AMERICA BY: _ k12 | 25. TOTAL $ | 113092.00 |
|---|---|---|---|
| | JOHN M. WEATHERLY, JR. Contracting / Ordering Officer | 26. DIFFERENCES | |

| 26. QUANTITY IN COLUMN 20 HAS BEEN | | 27. SHIP. NO. | 28. D.O. VOUCHER NO. | 29. INITIALS |
|---|---|---|---|---|
| ☐ INSPECTED  ☐ RECEIVED  ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED | | ☐ PARTIAL ☐ FINAL | 32. PAID BY | 33. AMOUNT VERIFIED CORRECT FOR |
| _____ DATE     _____ SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | | | |

| 36. I certify this account is correct and proper for payment. | 31. PAYMENT | | |
|---|---|---|---|
| _____ DATE   _____ SIGNATURE AND TITLE OF CERTIFYING OFFICER | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | 34. CHECK NUMBER | |
| | | 35. BILL OF LADING NO. | |

| 37. RECEIVED AT | 38. RECEIVED BY (Print) | 39. DATE RECEIVED (YYMMDD) | 40. TOT. CONTAINERS | 41. S/R ACCOUNT NUMBER | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|

**DD Form 1155, JUN 94**          PREVIOUS EDITIONS MAY BE USED.

GAO AUDIT COPY

WGI000003

DACA56-94-D-0021     2 of     2
0026

MORRISON KNUDSEN CORPORATION

1.0  The work performed under this task order shall be in accordance
with the attached Scope of Work dated 1 June 1999, your revised
proposal dated 2 July 1999 and the terms and conditions of the
contract.

2.0  The costs associated with this task order are:

| | |
|---|---|
| ESTIMATED COSTS: | $104,715.00 |
| FIXED FEE: | 8,377.00 |
| TOTAL: | $113,092.00 |

3.0  Wage Determination 94-2233 (Rev. 11) dated 06/01/1998 is
applicable to service work performed in Orleans County, Louisiana, to
include but is not limited to the coordination and technical review of
site documents, engineering services, reporting requirements, clerical
services and any other service requirements.

3.1  Wage Determination 94-2081 (Rev. 10) dated 06/04/1998 is
applicable to all Service work performed at the Contractor's office in
Arapaho County, CO, to include all required clerical, administrative,
and reporting requirements.

4.0  The effort described in the attached Scope of work shall be
completed not later than 15 November 1999.

WGI000004

# STATEMENT OF WORK
## DEMOLITION AND SITE PREPARATION
### FOR
## INNER HARBOR NAVIGATION CANAL LOCK REPLACEMENT PROJECT
## EAST BANK INDUSTRIAL AREA
### NEW ORLEANS, LOUISIANA

Contract Number DACA56-94-D-0021

MK Task Order Number 0026

1 Jun 99

1. **General**. The Contractor shall furnish all services, materials, supplies, labor, and travel, as required, in connection with the coordination and technical review of site documents for the remediation and demolition of the east bank of the Inner Harbor Navigation Canal (IHNC) between Claiborne and Florida Avenues, from the IHNC east to the floodwall. Interagency partners involved in this project consists of the US Army Corps of Engineers Tulsa District, US Army Corps of Engineers New Orleans District and Morrison Knudsen Corporation.

2. **Site History**. The East Bank Industrial Area consists of inactive and active industrial sites leased to private operators by the Port of New Orleans on the east side of the IHNC along Surekote Road. Specific sites include: Boland Marine, McDonough Marine, Indian Towing, Distributor's Oil, Mayer Yacht, Saucer Marine, and International Tank Terminal. Most of these sites have been abandoned by Port tenants; however, two sites still have current leases with the Port. The project property will be purchased by USACE and the current tenants will be relocated by the Port. The 36-acre project site includes approximately 50 above-ground buildings, 35 additional concrete slabs, 10 abandoned barges, wharves, bulkheads, fencing, paved areas, trash piles, above ground storage tanks(ASTs), underground storage tanks(USTs), transformer units, miscellaneous equipment, and debris. Previous investigations have shown lead-based paint, asbestos, and PCBs in the above-ground structures, creosote-treated timbers along the wharves and bulkheads, and soil contaminated with products and wastes utilized by the marine service industry including oil, petroleum fuel, arsenic, and lead associated with sand blasting. Other unknown debris and contaminants may exist at the site.

3. **Project Requirements**. The Contractor shall furnish all engineering services, materials, supplies, labor, as required, in connection with the technical review of site documents, attendance at site meetings and travel necessary for the period of approximately 21 June 99 through 30 Sep 99 associated with the demolition and

WGI000005

remediation of the east bank of the Inner Harbor Navigation Canal (IHNC).  In addition to reviewing the site documents the Contractor shall prepare a comprehensive report recommending the scope and duration of the remediation and demolition that will be required, including any data gaps that may need to filled by sampling or other investigations.

4.  **Project Changes**.  Amendments, additions, or changes proposed by the Contractor as part of this task order shall be reviewed, annotated and approved by the Contracting Officer prior to field implementation.  Requests for changes shall be submitted to the Contracting Officer or the Contracting Officer's Representative (COR) in the form of Contractor Information Requests (CIR).  A standard form shall include the date of request, CIR sequence number, problem identification, explanation and nature of problem, resolutions, cost and schedule impacts, and recommendations.  The form shall be signed by the Contractor's representative with space for a Government response.  The work shall incorporate the requirements as discussed in any pre-proposal and site visit conference(s) and all data included in Government-furnished material.

5.  **Project Schedule**.  Duration is in calendar days.

| | | |
|---|---|---|
| 5.1 | Work Allocation Document  Setup | Seven days after  T.O. award |
| 5.2 | Technical Review of Site Documents and recommendation report | 21 June 99 - 30 Sep 99 |
| 5.3 | Close-out | Seven days after completion of T.O. |

6.  **Government-Furnished Information**.

The USACE, New Orleans District will provide one (1) copy of the following site documents for the Contractor's technical review and use in preparation of the recommendation report:

- 1992, "A Land Use History of Areas Adjacent to the Inner Harbor Navigation Canal Lock, New Orleans, Final Report," submitted to USACE-NOD by Christopher R. Goodwin and Associates.

- 1997, USACE-NOD, Assessment of Potential Hazardous, Toxic and Radiological Wastes: Part I - HTRW Initial Assessment Report and Part II - Sampling and Analysis Report, in "Draft Evaluation Report:  Mississippi River - Gulf Outlet New Lock and Connecting Channels," Volume 5, Appendix C.

- 1994, "IHNC Drums and Containers Testing, Collection and Disposal:  Saucier Marine, Indian Towing and Boland Marine Sites, Final Report," submitted to the Board of Commissioners of the Port of New Orleans by Materials Management Group, Inc.

- 1997, USACE-NOD, Environmental, Section 3 - Section 404(B)(1) Evaluation, Volume 6, Appendix D.

- 1999, "Final Submittal, Demolition Design Memorandum Input, Demolition of Buildings, Foundations, and Facilities Along the Inner Harbor Navigation Canal for the Lock Replacement," submitted to USACE-NOD by Waldemar S. Nelson and Co., Inc.

- 1999, "Above-Ground Structures Report: Environmental Support to Inner Harbor Navigation Canal, New Lock and Connecting Channels," Final Draft submitted to USACE-NOD by Dames & Moore.

- 1999, "Mixed-Waste Mounds: Environmental Support to Inner Harbor Navigation Canal, New Lock and Connecting Channels," Final Draft submitted to USACE-NOD by Dames & Moore.

- 1999, " Above-Ground Storage Tanks Report: Environmental Support to Inner Harbor Navigation Canal, New Lock and Connecting Channels," Final Draft submitted to USACE-NOD by Dames & Moore.

- 1998, "Secondary Limited Site Assessment, Distributor's Oil Company Former Bulk Plant," Hydrodyne Environmental Inc.

- 1994, Reports submitted to Louisiana Oil Spill Coordinator's Office on abandoned barges #36-039 through 36-047.

- (In preparation) "Contaminated Soils Investigation," by Dames & Moore.

- (In preparation) "Sampling, Testing, and Disposal Requirements for Shoreline Sediments and Abandoned Barges," by Dames & Moore.

7. <u>Work Sequencing and General Performance</u>. The time for completion of the work from commencement of task order activities shall not exceed 102 calendar days.

8. <u>Reports</u>. In addition to the reports required by the Basic Contract, the Contractor shall provide the following reports:

8.1 **Monthly Cost Reports**. The Contractor shall submit monthly cost reports to USACE, New Orleans District. The Contractor shall include in the cost reports all field and home office costs.

8.2 **Recommendations Report**. The Contractor shall submit a draft and final recommendations report to USACE, New Orleans District.

WGI000007

9. **Contractor Quality Control (CQC)**. The Contractor shall provide the assurance that required levels of quality are being achieved throughout all design and coordination work, including work performed by subcontractors.

10. **Points of Contact**. The USACE Construction Manager will be Mr. Lee Guillory, 504-862-2934 and the USACE COR will be Mr. Ward C. Purdum, Jr., 504-862-1241. Any questions concerning technical issues, contract administration, billing, and payment should be directed to Mr. Guillory. The Contracting Officer is Mr. John Weatherly, (918) 669-7281. All contract questions should be directed to Mr. Weatherly.

11. **Distribution of Submittals**.

11.1 Copies of technical comments, submittals, monthly reports, etc. shall be mailed to:

> U.S. Army Corps of Engineers, New Orleans District
> ATTN: Mr. Lee A. Guillory - CEMVN-CD-QM
> Post Office Box 60267
> New Orleans, LA 70160-0267

> The street address for priority mail is:

> 7400 Leake Avenue
> New Orleans, LA 70118

11.2 Subcontract Consent/Notification of Award packages shall be submitted as follows:

> Original to:

> U.S. Army Corps of Engineers, Tulsa District
> ATTN: Mr. John Weatherly - CESWT-CT-M
> Post Office Box 61
> Tulsa, OK 74121-0061

> The street address for priority mail is:

> 1645 S. 101st E. Ave.
> Tulsa, OK 74128-4629

> Copy to: Mr. Guillory

11.3 Cost schedule reports will be submitted as follows:

> Original to Mr. Guillory
> Copy to Mr. Weatherly

WGI000008

Copy to Mr. Rex Ostrander, same address as Mr. Weatherly, except CESWT-EC-E

11.4 Vouchers will be submitted as follows:

Original SF1034, SF1035 and certification FedExed to DCAA/with FedEx
envelope to Mr. Guillory
Copy of SF1034, SF1035, certification and highlighted back-up data FedExed to
Mr. Guillory

11.5 WAD and travel requests shall be sent to Mr. Guillory.

11.6 Percent complete reports for Fixed/Base Fee/Award Fee (all T.O.s)

Original to Mr. Ostrander
Copy to Mr. Guillory

11.7 Percent complete reports for Fixed/Base Fee/Award Fee (all T.O.s)

Original to Mr. Ostrander
Copy to Mr. Guillory

11.8 Form 743R, Monthly Exposure Reports to Mr. Guillory.

12. **Task Order Close-out**. Within seven (7) days after substantial completion of the
work, the Contractor shall coordinate close-out with the COR. The COR will prepare a
punch-list of items that the Contractor is responsible for correcting within five (5) days of
receiving the punch-list.

13. **General Provisions**. See Contract DACA 56-94-D-0021.

WGI000009

CONTRACT NUMBER DACA56-94-D-0021
TOTAL ENVIRONMENTAL RESTORATION CONTRACT
TASK ORDER FOR
DEMOLITION AND SITE PREPARATION FOR
INNER HARBOR NAVIGATION CANAL LOCK REPLACEMENT PROJECT
EAST BANK INDUSTRIAL AREA
NEW ORLEANS, ORLEANS COUNTY, LOUISIANA


## APPLICABILITY OF WAGE RATES

Wage Determination 94-2233 (Rev. 11) is applicable to service work performed in Orleans County, Louisiana, to include but is not limited to the coordination and technical review of site documents, engineering services, reporting requirements, clerical services and any other service requirements.

Wage Determinations 94-2081 (Rev. 10) is applicable to all Service work performed at the Contractor's office in Arapaho County, CO, to include all required clerical, administrative, and reporting requirements.

WGI000010

```
---------------------------------------------------------------
WAGE DETERMINATION NO: 94-2233 REV (11)    AREA: LA, NEW ORLEANS    PAGE 1 OF 10
```

***FOR OFFICIAL USE ONLY BY FEDERAL AGENCIES PARTICIPATING IN MOU WITH DOL***

| | |
|---|---|
| REGISTER OF WAGE DETERMINATION UNDER | U.S. DEPARTMENT OF LABOR |
| THE SERVICE CONTRACT ACT | EMPLOYMENT STANDARDS ADMINISTRATION |
| By direction of the Secretary of Labor | WAGE AND HOUR DIVISION |
| | Washington, D.C. 20210 |
| | |
| | Wage Determination No.: 94-2233 |
| William W. Gross      Division of | Revision No.: 11 |
| Director      Wage Determinations | Date of Last Revision: 06/01/1998 |

```
_____
|  State): Louisiana
|
|  Areas: Louisiana COUNTIES OF Jefferson, Lafourche, Orleans, Plaquemines,
|         St Bernard, St Charles, Saint John The Baptist, St Tammany,
|         Terrebonne, Washington
|_____
```

** Fringe Benefits Required For All Occupations Included In
This Wage Determination Follow The Occupational Listing **

| OCCUPATION CODE AND TITLE | MINIMUM HOURLY WAGE |
|---|---|
| Administrative Support and Clerical Occupations: | |
| 01011 Accounting Clerk I | $ 7.09 |
| 01012 Accounting Clerk II | $ 8.79 |
| 01013 Accounting Clerk III | $ 10.32 |
| 01014 Accounting Clerk IV | $ 12.47 |
| 01030 Court Reporter | $ 10.43 |
| 01050 Dispatcher, Motor Vehicle | $ 10.43 |
| 01060 Document Preparation Clerk | $ 10.11 |
| 01070 Messenger (Courier) | $ 6.61 |
| 01090 Duplicating Machine Operator | $ 10.11 |
| 01110 Film/Tape Librarian | $ 9.60 |
| 01115 General Clerk I | $ 5.63 |
| 01116 General Clerk II | $ 6.97 |
| 01117 General Clerk III | $ 9.23 |
| 01118 General Clerk IV | $ 11.08 |
| 01120 Housing Referral Assistant | $ 12.53 |
| 01131 Key Entry Operator I | $ 7.27 |
| 01132 Key Entry Operator II | $ 8.87 |
| 01191 Order Clerk I | $ 7.50 |
| 01192 Order Clerk II | $ 8.93 |
| 01261 Personnel Assistant (Employment) I | $ 6.22 |
| 01262 Personnel Assistant (Employment) II | $ 7.46 |
| 01263 Personnel Assistant (Employment) III | $ 10.20 |
| 01264 Personnel Assistant (Employment) IV | $ 10.57 |
| 01270 Production Control Clerk | $ 12.53 |
| 01290 Rental Clerk | $ 9.40 |
| 01300 Scheduler, Maintenance | $ 9.40 |
| 01311 Secretary I | $ 9.40 |
| 01312 Secretary II | $ 10.43 |
| 01313 Secretary III | $ 12.53 |
| 01314 Secretary IV | $ 15.18 |
| 01315 Secretary V | $ 17.68 |
| 01320 Service Order Dispatcher | $ 9.40 |

WAGE DETERMINATION NO: 94-2233 REV (11)     AREA: LA, NEW ORLEANS     PAGE 2 OF 10

| | |
|---|---:|
| 01341 Stenographer I | |
| 01342 Stenographer II | $ 9.45 |
| 01400 Supply Technician | $ 9.60 |
| 01420 Survey Worker (Interviewer) | $ 15.18 |
| 01460 Switchboard Operator-Receptionist | $ 10.43 |
| 01510 Test Examiner | $ 7.59 |
| 01520 Test Proctor | $ 10.43 |
| 01531 Travel Clerk I | $ 10.43 |
| 01532 Travel Clerk II | $ 7.74 |
| 01533 Travel Clerk III | $ 8.15 |
| 01611 Word Processor I | $ 8.60 |
| 01612 Word Processor II | $ 7.32 |
| 01613 Word Processor III | $ 9.56 |
| | $ 10.87 |

Automatic Data Processing Occupations:

| | |
|---|---:|
| 03010 Computer Data Librarian | |
| 03041 Computer Operator I | $ 9.07 |
| 03042 Computer Operator II | $ 9.07 |
| 03043 Computer Operator III | $ 10.20 |
| 03044 Computer Operator IV | $ 11.77 |
| 03045 Computer Operator V | $ 13.06 |
| 03071 Computer Programmer I 1/ | $ 14.48 |
| 03072 Computer Programmer II 1/ | $ 12.52 |
| 03073 Computer Programmer III 1/ | $ 14.43 |
| 03074 Computer Programmer IV 1/ | $ 17.87 |
| 03101 Computer Systems Analyst I 1/ | $ 21.48 |
| 03102 Computer Systems Analyst II 1/ | $ 17.20 |
| 03103 Computer Systems Analyst III 1/ | $ 22.68 |
| 03160 Peripheral Equipment Operator | $ 27.12 |
| | $ 9.07 |

Automotive Service Occupations:

| | |
|---|---:|
| 05005 Automobile Body Repairer, Fiberglass | |
| 05010 Automotive Glass Installer | $ 15.13 |
| 05040 Automotive Worker | $ 13.38 |
| 05070 Electrician, Automotive | $ 13.38 |
| 05100 Mobile Equipment Servicer | $ 14.31 |
| 05130 Motor Equipment Metal Mechanic | $ 11.51 |
| 05160 Motor Equipment Metal Worker | $ 15.13 |
| 05190 Motor Vehicle Mechanic | $ 13.38 |
| 05220 Motor Vehicle Mechanic Helper | $ 15.13 |
| 05250 Motor Vehicle Upholstery Worker | $ 10.58 |
| 05280 Motor Vehicle Wrecker | $ 12.45 |
| 05310 Painter, Automotive | $ 13.38 |
| 05340 Radiator Repair Specialist | $ 14.31 |
| 05370 Tire Repairer | $ 13.38 |
| 05400 Transmission Repair Specialist | $ 11.51 |
| | $ 15.13 |

Food Preparation and Service Occupations:

| | |
|---|---:|
| 07010 Baker | |
| 07041 Cook I | $ 9.03 |
| 07042 Cook II | $ 7.77 |
| 07070 Dishwasher | $ 9.03 |
| 07100 Food Service Worker (Cafeteria Worker) | $ 5.24 |
| 07130 Meat Cutter | $ 5.24 |
| 07250 Waiter/Waitress | $ 9.03 |
| | $ 5.88 |

WAGE DETERMINATION NO: 94-2233 REV (11)   AREA: LA,NEW ORLEANS      PAGE 3 OF 10

Furniture Maintenance and Repair Occupations:
  09010 Electrostatic Spray Painter                          $ 14.31
  09040 Furniture Handler                                    $ 10.43
  09070 Furniture Refinisher                                 $ 14.31
  09100 Furniture Refinisher Helper                          $ 10.58
  09110 Furniture Repairer, Minor                            $ 12.45
  09130 Upholsterer                                          $ 14.31

General Service and Support Occupations:
  11030 Cleaner, Vehicles                                    $  5.24
  11060 Elevator Operator                                    $  5.24
  11090 Gardener                                             $  7.77
  11121 Housekeeping Aide I                                  $  5.15
  11122 Housekeeping Aide II                                 $  5.24
  11150 Janitor                                              $  5.24
  11210 Laborer, Grounds Maintenance                         $  5.88
  11240 Maid or Houseman                                     $  5.15
  11270 Pest Controller                                      $  8.40
  11300 Refuse Collector                                     $  5.24
  11330 Tractor Operator                                     $  7.14
  11360 Window Cleaner                                       $  5.88

Health Occupations:
  12020 Dental Assistant                                     $  9.55
  12040 Emergency Medical Technician / Paramedic Ambulance Driver  $  9.55
  12071 Licensed Practical Nurse I                           $  9.95
  12072 Licensed Practical Nurse II                          $ 11.60
  12073 Licensed Practical Nurse III                         $ 12.55
  12100 Medical Assistant                                    $  8.54
  12130 Medical Laboratory Technician                        $  8.54
  12160 Medical Record Clerk                                 $  8.54
  12190 Medical Record Technician                            $ 11.83
  12221 Nursing Assistant I                                  $  5.15
  12222 Nursing Assistant II                                 $  5.45
  12223 Nursing Assistant III                                $  7.58
  12224 Nursing Assistant IV                                 $  8.50
  12250 Pharmacy Technician                                  $ 10.65
  12280 Phlebotomist                                         $  8.54
  12311 Registered Nurse I                                   $ 14.86
  12312 Registered Nurse II                                  $ 16.75
  12313 Registered Nurse II, Specialist                      $ 18.90
  12314 Registered Nurse III                                 $ 24.79
  12315 Registered Nurse III, Anesthetist                    $ 24.79
  12316 Registered Nurse IV                                  $ 29.70

Information and Arts Occupations:
  13002 Audiovisual Librarian                                $ 15.18
  13011 Exhibits Specialist I                                $ 15.43
  13012 Exhibits Specialist II                               $ 18.05
  13013 Exhibits Specialist III                              $ 22.02
  13041 Illustrator I                                        $ 15.43
  13042 Illustrator II                                       $ 18.05
  13043 Illustrator III                                      $ 22.02
  13047 Librarian                                            $ 17.68
  13050 Library Technician                                   $ 10.43

WGI000013

WAGE DETERMINATION NO: 94-2233 REV (11)     AREA: LA,NEW ORLEANS     PAGE 4 OF 10

| | |
|---|---|
| 13071 Photographer I | $ 13.13 |
| 13072 Photographer II | $ 15.43 |
| 13073 Photographer III | $ 18.05 |
| 13074 Photographer IV | $ 22.02 |
| 13075 Photographer V | $ 26.71 |

Laundry, Drycleaning, Pressing and Related Occupations:

| | |
|---|---|
| 15010 Assembler | $ 5.61 |
| 15030 Counter Attendant | $ 5.61 |
| 15040 Dry Cleaner | $ 7.22 |
| 15070 Finisher, Flatwork, Machine | $ 5.61 |
| 15090 Presser, Hand | $ 5.61 |
| 15100 Presser, Machine, Drycleaning | $ 5.61 |
| 15130 Presser, Machine, Shirts | $ 5.61 |
| 15160 Presser, Machine, Wearing Apparel, Laundry | $ 5.61 |
| 15190 Sewing Machine Operator | $ 7.76 |
| 15220 Tailor | $ 8.28 |
| 15250 Washer, Machine | $ 6.15 |

Machine Tool Operation and Repair Occupations:

| | |
|---|---|
| 19010 Machine-Tool Operator (Toolroom) | $ 14.31 |
| 19040 Tool and Die Maker | $ 17.45 |

Materials Handling and Packing Occupations:

| | |
|---|---|
| 21010 Fuel Distribution System Operator | $ 11.51 |
| 21020 Material Coordinator | $ 11.84 |
| 21030 Material Expediter | $ 11.84 |
| 21040 Material Handling Laborer | $ 10.44 |
| 21050 Order Filler | $ 9.97 |
| 21071 Forklift Operator | $ 10.43 |
| 21080 Production Line Worker (Food Processing) | $ 10.43 |
| 21100 Shipping/Receiving Clerk | $ 9.97 |
| 21130 Shipping Packer | $ 9.97 |
| 21140 Store Worker I | $ 8.34 |
| 21150 Stock Clerk (Shelf Stocker; Store Worker II) | $ 9.97 |
| 21210 Tools and Parts Attendant | $ 10.43 |
| 21400 Warehouse Specialist | $ 10.43 |

Mechanics and Maintenance and Repair Occupations:

| | |
|---|---|
| 23010 Aircraft Mechanic | $ 15.13 |
| 23040 Aircraft Mechanic Helper | $ 10.58 |
| 23050 Aircraft Quality Control Inspector | $ 15.91 |
| 23060 Aircraft Servicer | $ 12.45 |
| 23070 Aircraft Worker | $ 13.38 |
| 23100 Appliance Mechanic | $ 14.31 |
| 23120 Bicycle Repairer | $ 11.51 |
| 23125 Cable Splicer | $ 15.13 |
| 23130 Carpenter, Maintenance | $ 14.31 |
| 23140 Carpet Layer | $ 13.38 |
| 23160 Electrician, Maintenance | $ 15.74 |
| 23181 Electronics Technician, Maintenance I | $ 14.92 |
| 23182 Electronics Technician, Maintenance II | $ 15.70 |
| 23183 Electronics Technician, Maintenance III | $ 16.64 |
| 23260 Fabric Worker | $ 12.45 |

WGI000014

WAGE DETERMINATION NO: 94-2233 REV (11)    AREA: LA, NEW ORLEANS    PAGE 5 OF 10

```
23290 Fire Alarm System Mechanic                                    $ 15.13
23310 Fire Extinguisher Repairer                                    $ 11.99
23340 Fuel Distribution System Mechanic                             $ 15.13
23370 General Maintenance Worker                                    $ 13.38
23400 Heating, Refrigeration and Air-Conditioning Mechanic          $ 15.13
23430 Heavy Equipment Mechanic                                      $ 15.13
23440 Heavy Equipment Operator                                      $ 14.26
23460 Instrument Mechanic                                           $ 15.13
23470 Laborer                                                       $  5.24
23500 Locksmith                                                     $ 14.31
23530 Machinery Maintenance Mechanic                                $ 15.73
23550 Machinist, Maintenance                                        $ 17.83
23580 Maintenance Trades Helper                                     $ 10.58
23640 Millwright                                                    $ 15.13
23700 Office Appliance Repairer                                     $ 14.31
23740 Painter, Aircraft                                             $ 14.31
23760 Painter, Maintenance                                          $ 14.31
23790 Pipefitter, Maintenance                                       $ 15.13
23800 Plumber, Maintenance                                          $ 14.31
23820 Pneudraulic Systems Mechanic                                  $ 15.13
23850 Rigger                                                        $ 15.13
23870 Scale Mechanic                                                $ 13.38
23890 Sheet-Metal Worker, Maintenance                               $ 15.13
23910 Small Engine Mechanic                                         $ 13.38
23930 Telecommunications Mechanic I                                 $ 15.13
23931 Telecommunications Mechanic II                                $ 15.91
23950 Telephone Lineman                                             $ 15.13
23960 Welder, Combination, Maintenance                              $ 15.13
23965 Well Driller                                                  $ 15.13
23970 Woodcraft Worker                                              $ 15.13
23980 Woodworker                                                    $ 11.51

Personal Needs Occupations:
24570 Child Care Attendant                                          $  8.52
24580 Child Care Center Clerk                                       $ 10.62
24600 Chore Aide                                                    $  5.15
24630 Homemaker                                                     $ 11.79

Plant and System Operation Occupations:
25010 Boiler Tender                                                 $ 15.13
25040 Sewage Plant Operator                                         $ 14.31
25070 Stationary Engineer                                           $ 15.13
25190 Ventilation Equipment Tender                                  $ 10.58
25210 Water Treatment Plant Operator                                $ 14.31

Protective Service Occupations:
27004 Alarm Monitor                                                 $  8.94
27010 Court Security Officer                                        $  9.16
27040 Detention Officer                                             $  9.16
27070 Firefighter                                                   $  8.48
27101 Guard I                                                       $  5.66
27102 Guard II                                                      $  8.94
27130 Police Officer                                                $  9.98
```

WGI000015

WAGE DETERMINATION NO: 94-2233 REV (11)   AREA: LA,NEW ORLEANS   PAGE 6 OF 10

Stevedoring/Longshoremen Occupational Services:
28010 Blocker and Bracer
28020 Hatch Tender                                                      $ 13.20
28030 Line Handler                                                      $ 13.20
28040 Stevedore I                                                       $ 13.20
28050 Stevedore II                                                      $ 12.28
                                                                        $ 14.11

Technical Occupations:
29010 Air Traffic Control Specialist, Center 2/                          ....
29011 Air Traffic Control Specialist, Station 2/                        $ 22.77
29012 Air Traffic Control Specialist, Terminal 2/                       $ 15.71
29023 Archeological Technician I                                         $ 17.29
29024 Archeological Technician II                                        $ 13.03
29025 Archeological Technician III                                       $ 14.57
29030 Cartographic Technician                                           $ 18.05
29035 Computer Based Training (CBT) Specialist/Instructor                $ 18.05
29040 Civil Engineering Technician                                       $ 17.20
29061 Drafter I                                                          $ 18.05
29062 Drafter II                                                         $ 11.44
29063 Drafter III                                                        $ 13.13
29064 Drafter IV                                                         $ 15.43
29081 Engineering Technician I                                           $ 18.05
29082 Engineering Technician II                                          $ 13.68
29083 Engineering Technician III                                         $ 15.11
29084 Engineering Technician IV                                          $ 16.98
29085 Engineering Technician V                                           $ 20.25
29086 Engineering Technician VI                                          $ 24.78
29090 Environmental Technician                                           $ 27.65
29100 Flight Simulator/Instructor (Pilot)                               $ 16.75
29150 Graphic Artist                                                     $ 22.68
29160 Instructor                                                         $ 17.20
29210 Laboratory Technician                                             $ 15.84
29240 Mathematical Technician                                           $ 12.52
29361 Paralegal/Legal Assistant I                                       $ 19.26
29362 Paralegal/Legal Assistant II                                      $ 11.49
29363 Paralegal/Legal Assistant III                                     $ 15.18
29364 Paralegal/Legal Assistant IV                                      $ 18.57
29390 Photooptics Technician                                            $ 22.47
29480 Technical Writer                                                  $ 19.26
29491 Unexploded Ordnance Technician I                                  $ 19.16
29492 Unexploded Ordnance              Technician II                    $ 14.47
29493 Unexploded Ordnance              Technician III                   $ 17.51
29494 Unexploded Safety Escort                                          $ 20.99
29495 Unexploded Sweep Personnel                                       $ 14.47
29620 Weather Observer, Senior 3/                                      $ 14.47
29621 Weather Observer, Combined Upper Air and Surface Programs 3/      $ 14.24
29622 Weather Observer, Upper Air 3/                                    $ 11.71
                                                                       $ 11.71

Transportation/Mobile Equipment Operation Occupations:
31030 Bus Driver
31260 Parking and Lot Attendant                                         $  9.70
31290 Shuttle Bus Driver                                                $  5.15
31300 Taxi Driver                                                       $  7.18
                                                                        $  6.61

WGI000016

WAGE DETERMINATION NO: 94-2233 REV (11)      AREA: LA,NEW ORLEANS      PAGE 7 OF 10

| | |
|---|---|
| 31361 Truckdriver, Light Truck | $ 7.18 |
| 31362 Truckdriver, Medium Truck | $ 11.00 |
| 31363 Truckdriver, Heavy Truck | $ 11.81 |
| 31364 Truckdriver, Tractor-Trailer | $ 12.18 |

Miscellaneous Occupations:

| | |
|---|---|
| 99020 Animal Caretaker | $ 6.50 |
| 99030 Cashier | $ 6.94 |
| 99041 Carnival Equipment Operator | $ 7.14 |
| 99042 Carnival Equipment Repairer | $ 7.77 |
| 99043 Carnival Worker | $ 5.24 |
| 99050 Desk Clerk | $ 8.52 |
| 99095 Embalmer | $ 14.47 |
| 99300 Lifeguard | $ 7.59 |
| 99310 Mortician | $ 14.47 |
| 99350 Park Attendant (Aide) | $ 9.52 |
| 99400 Photofinishing Worker (Photo Lab Technician, Dark Room Tech) | $ 7.59 |
| 99500 Recreation Specialist | $ 11.79 |
| 99510 Recycling Worker | $ 7.14 |
| 99610 Sales Clerk | $ 7.59 |
| 99620 School Crossing Guard (Crosswalk Attendant) | $ 5.24 |
| 99630 Sports Official | $ 7.59 |
| 99658 Survey Party Chief (Chief of Party) | $ 12.60 |
| 99659 Surveying Technician (Instr. Person; Surveyor Asst., Instr.) | $ 10.29 |
| 99660 Surveying Aide | $ 8.36 |
| 99690 Swimming Pool Operator | $ 9.03 |
| 99720 Vending Machine Attendant | $ 7.14 |
| 99730 Vending Machine Repairer | $ 9.03 |
| 99740 Vending Machine Repairer Helper | $ 7.14 |

** Fringe Benefits Required For All Occupations Included In
This Wage Determination **

HEALTH & WELFARE: $1.39 per hour or $55.60 per week or $240.93 per month.

VACATION:  2 weeks paid vacation after 1 year of service with a
contractor or successor; 3 weeks after 8 years; 4 weeks after 15 years.
Length of service includes the whole span of continuous service with
the present contractor or successor, wherever employed, and with
predecessor contractors in the performance of similar work at the same
Federal facility.  (See 29 CFR 4.173)

HOLIDAYS:  Minimum of ten paid holidays per year:  New Year's Day,
Martin Luther King Jr.'s Birthday, Washington's Birthday, Memorial Day,
Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving
Day, and Christmas Day.  (A contractor may substitute for any of the
named holidays another day off with pay in accordance with a plan
communicated to the employees involved.)  (See 29 CFR 4.174)

1/
    Does not apply to employees employed in a bona fide executive,
    administrative, or professional capacity as defined and delineated in
    29 CFR 541.  (See 29 CFR 4.156)

WGI000017

2/
APPLICABLE TO AIR TRAFFIC CONTROLLERS ONLY – NIGHT DIFFERENTIAL:  An employee is entitled to pay for all work performed between the hours of 6:00 P.M. and 6:00 A.M. at the rate of basic pay plus a night pay differential amounting to 10 percent of the rate of basic pay.

3/
WEATHER OBSERVERS – NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty, you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employee (40 hours a week) and Sunday is part of your regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday preium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

## ** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $4.25 per week (or $.85 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

## ** NOTES APPLYING TO THIS WAGE DETERMINATION **

Source of Occupational Titles and Descriptions:
The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations," Fourth Edition, January 1993, as amended by the Second Supplement, dated August 1995, unless otherwise indicated.  This publication may be

WAGE DETERMINATION NO: 94-2233 REV (11)    AREA: LA,NEW ORLEANS    PAGE 9 OF 10
obtained from the Superintendent of Documents, at 202-783-3238, or
by writing to the Superintendent of Documents, U.S. Government
Printing Office, Washington, D.C. 20402.  Copies of specific job
descriptions may also be obtained from the appropriate contracting
officer.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE
(Standard Form 1444 (SF 1444))

Conformance Process:
The contracting officer shall require that any class of service
employee which is not listed herein and which is to be employed
under the contract (i.e., the work to be performed is not performed
by any classification listed in the wage determination), be
classified by the contractor so as to provide a reasonable
relationship (i.e., appropriate level of skill comparison) between
such unlisted classifications and the classifications listed in the
wage determination.  Such conformed classes of employees shall be
paid the monetary wages and furnished the fringe benefits as are
determined.  Such conforming process shall be initiated by the
contractor prior to the performance of contract work by such
unlisted class(es) of employees.  The conformed classification,
wage rate, and/or fringe benefits shall be retroactive to the
commencement date of the contract. [See Section 4.6 (C)(vi)]
When multiple wage determinations are included in a contract, a
separate SF 1444 should be prepared for each wage determination to
which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a
conformed occupation) and computes a proposed rate).

2) After contract award, the contractor prepares a written report
listing in order proposed classification title), a Federal grade
equivalency (FGE) for each proposed classification), job
description), and rationale for proposed wage rate), including
information regarding the agreement or disagreement of the
authorized representative of the employees involved, or where there
is no authorized representative, the employees themselves.  This
report should be submitted to the contracting officer no later than
30 days after such unlisted class(es) of employees performs any
contract work.

3) The contracting officer reviews the proposed action and promptly
submits a report of the action, together with the agency's
recommendations and pertinent information including the position of
the contractor and the employees, to the Wage and Hour Division,
Employment Standards Administration, U.S. Department of Labor, for
review.  (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves,
modifies, or disapproves the action via transmittal to the agency
contracting officer, or notifies the contracting officer that
additional time will be required to process the request.

WGI000019

WAGE DETERMINATION NO: 94-2233 REV (11)   AREA: LA,NEW ORLEANS    PAGE 10 OF 10

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination.  Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.

WGI000020

```
----------------------------------------------------------------
WAGE DETERMINATION NO: 94-2081 REV (10) AREA:  CO,DENVER    PAGE 1 OF 10
```

***FOR OFFICIAL USE ONLY BY FEDERAL AGENCIES PARTICIPATING IN MOU WITH DOL***

| | |
|---|---|
| REGISTER OF WAGE DETERMINATION UNDER | U.S. DEPARTMENT OF LABOR |
| THE SERVICE CONTRACT ACT | EMPLOYMENT STANDARDS ADMINISTRATION |
| By direction of the Secretary of Labor | WAGE AND HOUR DIVISION |
| | Washington, D.C. 20210 |
| | |
| | Wage Determination No.: 94-2081 |
| William W. Gross    Division of | Revision No.: 10 |
| Director    Wage Determinations | Date of Last Revision: 06/04/1998 |

| State): Colorado |
|---|
| Areas: Colorado COUNTIES OF Adams, Arapahoe, Boulder, Clear Creek, Denver, Douglas, Elbert, Gilpin, Grand, Jackson, Jefferson, Larimer, Logan, Morgan, Park, Phillips, Sedgwick, Summit, Washington, Weld, Yuma |

```
            ** Fringe Benefits Required For All Occupations Included In
              This Wage Determination Follow The Occupational Listing **
```

OCCUPATION CODE AND TITLE                     MINIMUM HOURLY WAGE

Administrative Support and Clerical Occupations:

| | |
|---|---|
| 01011 Accounting Clerk I | $ 9.45 |
| 01012 Accounting Clerk II | $ 9.77 |
| 01013 Accounting Clerk III | $ 11.73 |
| 01014 Accounting Clerk IV | $ 14.25 |
| 01030 Court Reporter | $ 13.02 |
| 01050 Dispatcher, Motor Vehicle | $ 13.02 |
| 01060 Document Preparation Clerk | $ 9.52 |
| 01070 Messenger (Courier) | $ 7.63 |
| 01090 Duplicating Machine Operator | $ 9.52 |
| 01110 Film/Tape Librarian | $ 10.08 |
| 01115 General Clerk I | $ 7.63 |
| 01116 General Clerk II | $ 8.55 |
| 01117 General Clerk III | $ 9.52 |
| 01118 General Clerk IV | $ 11.20 |
| 01120 Housing Referral Assistant | $ 13.80 |
| 01131 Key Entry Operator I | $ 8.20 |
| 01132 Key Entry Operator II | $ 9.80 |
| 01191 Order Clerk I | $ 9.26 |
| 01192 Order Clerk II | $ 9.77 |
| 01261 Personnel Assistant (Employment) I | $ 9.93 |
| 01262 Personnel Assistant (Employment) II | $ 11.16 |
| 01263 Personnel Assistant (Employment) III | $ 12.64 |
| 01264 Personnel Assistant (Employment) IV | $ 14.03 |
| 01270 Production Control Clerk | $ 13.80 |
| 01290 Rental Clerk | $ 10.08 |
| 01300 Scheduler, Maintenance | $ 10.08 |
| 01311 Secretary I | $ 10.08 |
| 01312 Secretary II | $ 13.02 |
| 01313 Secretary III | $ 13.80 |
| 01314 Secretary IV | $ 15.60 |
| 01315 Secretary V | $ 17.32 |
| 01320 Service Order Dispatcher | $ 10.08 |

WGI000021

| | |
|---|---|
| 01341 Stenographer I | |
| 01342 Stenographer II | $ 10.83 |
| 01400 Supply Technician | $ 13.26 |
| 01420 Survey Worker (Interviewer) | $ 15.60 |
| 01460 Switchboard Operator-Receptionist | $ 13.02 |
| 01510 Test Examiner | $ 8.67 |
| 01520 Test Proctor | $ 13.02 |
| 01531 Travel Clerk I | $ 13.02 |
| 01532 Travel Clerk II | $ 8.22 |
| 01533 Travel Clerk III | $ 8.62 |
| 01611 Word Processor I | $ 9.23 |
| 01612 Word Processor II | $ 9.60 |
| 01613 Word Processor III | $ 11.01 |
| | $ 12.77 |

Automatic Data Processing Occupations:

| | |
|---|---|
| 03010 Computer Data Librarian | |
| 03041 Computer Operator I | $ 10.01 |
| 03042 Computer Operator II | $ 10.01 |
| 03043 Computer Operator III | $ 11.25 |
| 03044 Computer Operator IV | $ 14.49 |
| 03045 Computer Operator V | $ 16.08 |
| 03071 Computer Programmer I 1/ | $ 17.82 |
| 03072 Computer Programmer II 1/ | $ 13.67 |
| 03073 Computer Programmer III 1/ | $ 16.50 |
| 03074 Computer Programmer IV 1/ | $ 20.20 |
| 03101 Computer Systems Analyst I 1/ | $ 23.62 |
| 03102 Computer Systems Analyst II 1/ | $ 19.32 |
| 03103 Computer Systems Analyst III 1/ | $ 24.11 |
| 03160 Peripheral Equipment Operator | $ 26.84 |
| | $ 10.01 |

Automotive Service Occupations:

| | |
|---|---|
| 05005 Automobile Body Repairer, Fiberglass | |
| 05010 Automotive Glass Installer | $ 17.38 |
| 05040 Automotive Worker | $ 16.16 |
| 05070 Electrician, Automotive | $ 16.16 |
| 05100 Mobile Equipment Servicer | $ 17.38 |
| 05130 Motor Equipment Metal Mechanic | $ 14.98 |
| 05160 Motor Equipment Metal Worker | $ 17.38 |
| 05190 Motor Vehicle Mechanic | $ 16.16 |
| 05220 Motor Vehicle Mechanic Helper | $ 17.38 |
| 05250 Motor Vehicle Upholstery Worker | $ 13.96 |
| 05280 Motor Vehicle Wrecker | $ 16.16 |
| 05310 Painter, Automotive | $ 16.16 |
| 05340 Radiator Repair Specialist | $ 16.74 |
| 05370 Tire Repairer | $ 16.16 |
| 05400 Transmission Repair Specialist | $ 14.98 |
| | $ 17.38 |

Food Preparation and Service Occupations:

| | |
|---|---|
| 07010 Baker | |
| 07041 Cook I | $ 10.64 |
| 07042 Cook II | $ 9.66 |
| 07070 Dishwasher | $ 10.64 |
| 07100 Food Service Worker (Cafeteria Worker) | $ 7.00 |
| 07130 Meat Cutter | $ 7.80 |
| 07250 Waiter/Waitress | $ 10.64 |
| | $ 7.63 |

WAGE DETERMINATION NO: 94-2081 REV (10) AREA:   CO,DENVER      PAGE 3 OF 10

Furniture Maintenance and Repair Occupations:
```
  09010 Electrostatic Spray Painter                          $ 16.74
  09040 Furniture Handler                                    $ 13.96
  09070 Furniture Refinisher                                 $ 16.74
  09100 Furniture Refinisher Helper                          $ 13.96
  09110 Furniture Repairer, Minor                            $ 15.89
  09130 Upholsterer                                          $ 16.74
```

General Service and Support Occupations:
```
  11030 Cleaner, Vehicles                                    $  7.00
  11060 Elevator Operator                                    $  7.00
  11090 Gardener                                             $  9.66
  11121 Housekeeping Aide I                                  $  6.30
  11122 Housekeeping Aide II                                 $  7.00
  11150 Janitor                                              $  7.00
  11210 Laborer, Grounds Maintenance                         $  7.63
  11240 Maid or Houseman                                     $  6.30
  11270 Pest Controller                                      $ 10.22
  11300 Refuse Collector                                     $  7.00
  11330 Tractor Operator                                     $  8.96
  11360 Window Cleaner                                       $  7.63
```

Health Occupations:
```
  12020 Dental Assistant                                     $  9.76
  12040 Emergency Medical Technician / Paramedic Ambulance Driver $  9.94
  12071 Licensed Practical Nurse I                           $ 10.79
  12072 Licensed Practical Nurse II                          $ 12.12
  12073 Licensed Practical Nurse III                         $ 13.56
  12100 Medical Assistant                                    $  8.72
  12130 Medical Laboratory Technician                        $  8.72
  12160 Medical Record Clerk                                 $  8.72
  12190 Medical Record Technician                            $ 12.08
  12221 Nursing Assistant I                                  $  6.33
  12222 Nursing Assistant II                                 $  7.31
  12223 Nursing Assistant III                                $ 10.10
  12224 Nursing Assistant IV                                 $ 11.34
  12250 Pharmacy Technician                                  $ 10.87
  12280 Phlebotomist                                         $  8.72
  12311 Registered Nurse I                                   $ 14.59
  12312 Registered Nurse II                                  $ 17.85
  12313 Registered Nurse II, Specialist                      $ 17.85
  12314 Registered Nurse III                                 $ 22.53
  12315 Registered Nurse III, Anesthetist                    $ 22.53
  12316 Registered Nurse IV                                  $ 27.00
```

Information and Arts Occupations:
```
  13002 Audiovisual Librarian                                $ 16.25
  13011 Exhibits Specialist I                                $ 14.24
  13012 Exhibits Specialist II                               $ 17.64
  13013 Exhibits Specialist III                              $ 21.52
  13041 Illustrator I                                        $ 14.24
  13042 Illustrator II                                       $ 17.64
  13043 Illustrator III                                      $ 21.52
  13047 Librarian                                            $ 17.32
  13050 Library Technician                                   $ 15.16
```

WGI000023

13071 Photographer I
13072 Photographer II
13073 Photographer III          $ 12.01
13074 Photographer IV           $ 14.24
13075 Photographer V            $ 17.64
                                $ 21.52
                                $ 26.11
Laundry, Drycleaning, Pressing and Related Occupations:
15010 Assembler
15030 Counter Attendant
15040 Dry Cleaner               $  6.00
15070 Finisher, Flatwork, Machine   $  6.00
15090 Presser, Hand             $  7.89
15100 Presser, Machine, Drycleaning   $  6.00
15130 Presser, Machine, Shirts      $  6.00
15160 Presser, Machine, Wearing Apparel, Laundry   $  6.00
15190 Sewing Machine Operator       $  6.00
15220 Tailor                    $  8.48
15250 Washer, Machine           $  9.12
                                $  6.69
Machine Tool Operation and Repair Occupations:
19010 Machine-Tool Operator (Toolroom)
19040 Tool and Die Maker        $ 16.74
                                $ 19.71
Materials Handling and Packing Occupations:
21010 Fuel Distribution System Operator
21020 Material Coordinator
21030 Material Expediter        $ 14.98
21040 Material Handling Laborer  $ 14.37
21050 Order Filler             $ 14.37
21071 Forklift Operator         $  9.96
21080 Production Line Worker (Food Processing)   $ 10.80
21100 Shipping/Receiving Clerk      $ 14.20
21130 Shipping Packer           $ 12.43
21140 Store Worker I            $ 11.05
21150 Stock Clerk (Shelf Stocker; Store Worker II)   $ 11.05
21210 Tools and Parts Attendant     $ 11.05
21400 Warehouse Specialist      $ 11.51
                                $ 12.43
                                $ 12.43
Mechanics and Maintenance and Repair Occupations:
23010 Aircraft Mechanic
23040 Aircraft Mechanic Helper
23050 Aircraft Quality Control Inspector   $ 17.38
23060 Aircraft Servicer         $ 13.96
23070 Aircraft Worker           $ 17.52
23100 Appliance Mechanic        $ 15.89
23120 Bicycle Repairer          $ 16.16
23125 Cable Splicer             $ 16.74
23130 Carpenter, Maintenance    $ 14.98
23140 Carpet Layer              $ 17.38
23160 Electrician, Maintenance   $ 16.74
23181 Electronics Technician, Maintenance I    $ 16.16
23182 Electronics Technician, Maintenance II   $ 18.18
23183 Electronics Technician, Maintenance III  $ 16.16
23260 Fabric Worker             $ 17.63
23290 Fire Alarm System Mechanic     $ 18.20
                                $ 15.89
                                $ 17.38

WAGE DETERMINATION NO: 94-2081 REV (10) AREA:  CO,DENVER    PAGE 5 OF 10

```
23310 Fire Extinguisher Repairer                                    $ 15.98
23340 Fuel Distribution System Mechanic                             $ 17.38
23370 General Maintenance Worker                                    $ 15.64
23400 Heating, Refrigeration and Air-Conditioning Mechanic          $ 17.38
23430 Heavy Equipment Mechanic                                      $ 17.38
23440 Heavy Equipment Operator                                      $ 17.38
23460 Instrument Mechanic                                           $ 17.38
23470 Laborer                                                       $  7.00
23500 Locksmith                                                     $ 16.74
23530 Machinery Maintenance Mechanic                                $ 17.38
23550 Machinist, Maintenance                                        $ 17.50
23580 Maintenance Trades Helper                                     $ 13.96
23640 Millwright                                                    $ 17.38
23700 Office Appliance Repairer                                     $ 16.74
23740 Painter, Aircraft                                             $ 16.74
23760 Painter, Maintenance                                          $ 16.74
23790 Pipefitter, Maintenance                                       $ 17.38
23800 Plumber, Maintenance                                          $ 16.74
23820 Pneudraulic Systems Mechanic                                  $ 17.38
23850 Rigger                                                        $ 17.38
23870 Scale Mechanic                                                $ 16.16
23890 Sheet-Metal Worker, Maintenance                               $ 17.38
23910 Small Engine Mechanic                                         $ 16.16
23930 Telecommunications Mechanic I                                 $ 17.38
23931 Telecommunications Mechanic II                                $ 17.91
23950 Telephone Lineman                                             $ 17.38
23960 Welder, Combination, Maintenance                              $ 17.38
23965 Well Driller                                                  $ 17.38
23970 Woodcraft Worker                                              $ 17.38
23980 Woodworker                                                    $ 16.16

Personal Needs Occupations:
24570 Child Care Attendant                                          $  6.74
24580 Child Care Center Clerk                                       $  8.40
24600 Chore Aide                                                    $  6.30
24630 Homemaker                                                     $  9.34

Plant and System Operation Occupations:
25010 Boiler Tender                                                 $ 17.38
25040 Sewage Plant Operator                                         $ 16.74
25070 Stationary Engineer                                           $ 17.38
25190 Ventilation Equipment Tender                                  $ 13.96
25210 Water Treatment Plant Operator                                $ 16.74

Protective Service Occupations:
27004 Alarm Monitor                                                 $ 10.79
27010 Court Security Officer                                        $ 15.81
27040 Detention Officer                                             $ 15.81
27070 Firefighter                                                   $ 14.75
27101 Guard I                                                       $  6.49
27102 Guard II                                                      $ 10.79
27130 Police Officer                                                $ 18.53
```

WGI000025

WAGE DETERMINATION NO: 94-2081 REV (10) AREA:  CO,DENVER     PAGE 6 OF 10

Stevedoring/Longshoremen Occupational Services:
| | |
|---|---|
| 28010 Blocker and Bracer | |
| 28020 Hatch Tender | $ 14.72 |
| 28030 Line Handler | $ 14.72 |
| 28040 Stevedore I | $ 14.72 |
| 28050 Stevedore II | $ 14.12 |
| | $ 15.31 |

Technical Occupations:
| | |
|---|---|
| 29010 Air Traffic Control Specialist, Center 2/ | |
| 29011 Air Traffic Control Specialist, Station 2/ | $ 23.26 |
| 29012 Air Traffic Control Specialist, Terminal 2/ | $ 16.03 |
| 29023 Archeological Technician I | $ 17.66 |
| 29024 Archeological Technician II | $ 12.72 |
| 29025 Archeological Technician III | $ 14.23 |
| 29030 Cartographic Technician | $ 17.64 |
| 29035 Computer Based Training (CBT) Specialist/Instructor | $ 17.64 |
| 29040 Civil Engineering Technician | $ 19.32 |
| 29061 Drafter I | $ 17.64 |
| 29062 Drafter II | $ 10.70 |
| 29063 Drafter III | $ 12.01 |
| 29064 Drafter IV | $ 14.24 |
| 29081 Engineering Technician I | $ 17.64 |
| 29082 Engineering Technician II | $ 11.47 |
| 29083 Engineering Technician III | $ 13.45 |
| 29084 Engineering Technician IV | $ 16.05 |
| 29085 Engineering Technician V | $ 18.80 |
| 29086 Engineering Technician VI | $ 21.60 |
| 29090 Environmental Technician | $ 26.14 |
| 29100 Flight Simulator/Instructor (Pilot) | $ 17.58 |
| 29150 Graphic Artist | $ 24.11 |
| 29160 Instructor | $ 19.32 |
| 29210 Laboratory Technician | $ 19.90 |
| 29240 Mathematical Technician | $ 14.49 |
| 29361 Paralegal/Legal Assistant I | $ 18.80 |
| 29362 Paralegal/Legal Assistant II | $ 13.02 |
| 29363 Paralegal/Legal Assistant III | $ 15.60 |
| 29364 Paralegal/Legal Assistant IV | $ 19.03 |
| 29390 Photooptics Technician | $ 23.09 |
| 29480 Technical Writer | $ 18.80 |
| 29491 Unexploded Ordnance Technician I | $ 25.00 |
| 29492 Unexploded Ordnance           Technician II | $ 14.78 |
| 29493 Unexploded Ordnance           Technician III | $ 17.88 |
| 29494 Unexploded Safety Escort | $ 21.43 |
| 29495 Unexploded Sweep Personnel | $ 14.78 |
| 29620 Weather Observer, Senior 3/ | $ 14.78 |
| 29621 Weather Observer, Combined Upper Air and Surface Programs 3/ | $ 15.97 |
| 29622 Weather Observer, Upper Air 3/ | $ 14.09 |
| | $ 14.09 |

Transportation/Mobile Equipment Operation Occupations:
| | |
|---|---|
| 31030 Bus Driver | |
| 31260 Parking and Lot Attendant | $ 13.82 |
| 31290 Shuttle Bus Driver | $  7.21 |
| 31300 Taxi Driver | $ 12.16 |
| | $-11.32 |

WAGE DETERMINATION NO: 94-2081 REV (10) AREA:   CO,DENVER     PAGE 7 OF 10

| | |
|---|---|
| 31361 Truckdriver, Light Truck | $ 9.94 |
| 31362 Truckdriver, Medium Truck | $ 13.82 |
| 31363 Truckdriver, Heavy Truck | $ 14.40 |
| 31364 Truckdriver, Tractor-Trailer | $ 14.40 |

Miscellaneous Occupations:

| | |
|---|---|
| 99020 Animal Caretaker | $ 8.33 |
| 99030 Cashier | $ 5.62 |
| 99041 Carnival Equipment Operator | $ 8.96 |
| 99042 Carnival Equipment Repairer | $ 9.66 |
| 99043 Carnival Worker | $ 7.00 |
| 99050 Desk Clerk | $ 6.74 |
| 99095 Embalmer | $ 19.90 |
| 99300 Lifeguard | $ 7.96 |
| 99310 Mortician | $ 19.90 |
| 99350 Park Attendant (Aide) | $ 7.54 |
| 99400 Photofinishing Worker (Photo Lab Technician, Dark Room Tech) | $ 6.00 |
| 99500 Recreation Specialist | $ 9.34 |
| 99510 Recycling Worker | $ 8.96 |
| 99610 Sales Clerk | $ 6.00 |
| 99620 School Crossing Guard (Crosswalk Attendant) | $ 7.00 |
| 99630 Sports Official | $ 6.00 |
| 99658 Survey Party Chief (Chief of Party) | $ 9.05 |
| 99659 Surveying Technician (Instr. Person; Surveyor Asst., Instr.) | $ 8.43 |
| 99660 Surveying Aide | $ 5.15 |
| 99690 Swimming Pool Operator | $ 10.64 |
| 99720 Vending Machine Attendant | $ 8.96 |
| 99730 Vending Machine Repairer | $ 10.64 |
| 99740 Vending Machine Repairer Helper | $ 8.96 |

---

** Fringe Benefits Required For All Occupations Included In
This Wage Determination **

HEALTH & WELFARE: $1.39 per hour or $55.60 per week or $240.93 per
month.

VACATION:  Two weeks paid vacation after 1 year of service with a
contractor or successor; 3 weeks after 5 years; 4 weeks after 15 years.
Length of service includes the whole span of continuous service with
the present contractor or successor, wherever employed, and with the
predecessor contractor in the performance of similar work at the same
Federal facility. (Reg. 4.173)

HOLIDAYS:  Minimum of ten paid holidays per year:  New Year's Day,
Martin Luther King Jr.'s Birthday, Washington's Birthday, Memorial Day,
Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving
Day, and Christmas Day.  (A contractor may substitute for any of the
named holidays another day off with pay in accordance with a plan
communicated to the employees involved.)  (See 29 CFR 4.174)

1/
Does not apply to employees employed in a bona fide executive,
administrative, or professional capacity as defined and delineated in
29 CFR 541.  (See 29 CFR 4.156)

WGI000027

WAGE DETERMINATION NO: 94-2081/REV (10) AREA:   CO, DENVER       PAGE 8 OF 10

2/
APPLICABLE TO AIR TRAFFIC CONTROLLERS ONLY - NIGHT DIFFERENTIAL:  An employee
is entitled to pay for all work performed between the hours of 6:00 P.M. and
6:00 A.M. at the rate of basic pay plus a night pay differential amounting to
10 percent of the rate of basic pay.

3/
WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of
a regular tour of duty, you will earn a night differential and receive an
additional 10% of basic pay for any hours worked between 6pm and 6am.  If you
are a full-time employee (40 hours a week) and Sunday is part of your
regularly scheduled workweek, you are paid at your rate of basic pay plus a
Sunday preium of 25% of your basic rate for each hour of Sunday work which is
not overtime (i.e. occasional work on Sunday outside the normal tour of duty
is considered overtime work).

## ** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of
this contract (either by the terms of the Government contract, by
the employer, by the state or local law, etc.), the cost of
furnishing such uniforms and maintaining (by laundering or dry
cleaning) such uniforms is an expense that may not be borne by an
employee where such cost reduces the hourly rate below that
required by the wage determination. The Department of Labor will
accept payment in accordance with the following standards as
compliance:

The contractor or subcontractor is required to furnish all
employees with an adequate number of uniforms without cost or to
reimburse employees for the actual cost of the uniforms. In
addition, where uniform cleaning and maintenance is made the
responsibility of the employee, all contractors and subcontractors
subject to this wage determination shall (in the absence of a bona
fide collective bargaining agreement providing for a different
amount, or the furnishing of contrary affirmative proof as to the
actual cost), reimburse all employees for such cleaning and
maintenance at a rate of $4.25 per week (or $.85 cents per day).
However, in those instances where the uniforms furnished are made
of "wash and wear" materials, may be routinely washed and dried
with other personal garments, and do not require any special
treatment such as dry cleaning, daily washing, or commercial
laundering in order to meet the cleanliness or appearance standards
set by the terms of the Government contract, by the contractor, by
law, or by the nature of the work, there is no requirement that
employees be reimbursed for uniform maintenance costs.

## ** NOTES APPLYING TO THIS WAGE DETERMINATION **

Source of Occupational Titles and Descriptions:

The duties of employees under job titles listed are those described
in the "Service Contract Act Directory of Occupations," Fourth
Edition, January 1993, as amended by the Second Supplement, dated
August 1995, unless otherwise indicated.  This publication may be

WGI000028

obtained from the Superintendent of Documents, at 202-783-3238, or
by writing to the Superintendent of Documents, U.S. Government
Printing Office, Washington, D.C. 20402. Copies of specific job
descriptions may also be obtained from the appropriate contracting
officer.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE
(Standard Form 1444 (SF 1444))

Conformance Process:

The contracting officer shall require that any class of service
employee which is not listed herein and which is to be employed
under the contract (i.e., the work to be performed is not performed
by any classification listed in the wage determination), be
classified by the contractor so as to provide a reasonable
relationship (i.e., appropriate level of skill comparison) between
such unlisted classifications and the classifications listed in the
wage determination. Such conformed classes of employees shall be
paid the monetary wages and furnished the fringe benefits as are
determined. Such conforming process shall be initiated by the
contractor prior to the performance of contract work by such
unlisted class(es) of employees. The conformed classification,
wage rate, and/or fringe benefits shall be retroactive to the
commencement date of the contract. (See Section 4.6 (C)(vi))
When multiple wage determinations are included in a contract, a
separate SF 1444 should be prepared for each wage determination to
which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a
conformed occupation) and computes a proposed rate).

2) After contract award, the contractor prepares a written report
listing in order proposed classification title), a Federal grade
equivalency (FGE) for each proposed classification), job
description), and rationale for proposed wage rate), including
information regarding the agreement or disagreement of the
authorized representative of the employees involved, or where there
is no authorized representative, the employees themselves. This
report should be submitted to the contracting officer no later than
30 days after such unlisted class(es) of employees performs any
contract work.

3) The contracting officer reviews the proposed action and promptly
submits a report of the action, together with the agency's
recommendations and pertinent information including the position of
the contractor and the employees, to the Wage and Hour Division,
Employment Standards Administration, U.S. Department of Labor, for
review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

WGI000029

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.

---------------------------------------------------------

WGI000030

## DISTRIBUTION SHEET -- TULSA TERC

| PROJECT No.: | 4423 | PROJECT NAME: | TULSA TERC |

FILE No.: 4423 - 0026 - 1.02, 004
(Must include 0000/0001/002, etc.)                                    (Please fill in the blanks)

DOCUMENT DATE: 11/23/99    CATEGORY: _____

REFERENCE FILE NUMBERS: _____

ISSUED TO: S. Roe    FROM: A. Smith

TITLE/COMMENTS: Mod #01, TO 26 executed

---

**DISTRIBUTION:** ✓    **CIRCULATION:** X

**COVER SHEET ONLY** •                         **DISKETTE INCLUDED**
                                               **VIRUS SCANNED**

**DISTRIBUTION:**

| | | |
|---|---|---|
| _____ K. Bartholemew | _____ W. Lauderdale | _____ D. Thompson |
| _____ C. Beck | _____ R. Lewis | _____ K. Williamson |
| _____ S. Bents | _____ E. McEntee | _____ D. Yust |
| _____ M. Bradshaw | ✓ D. McHugh | |
| _____ P. Etienne | _____ W. Medcalf | _____ S. Vader/BHO |
| _____ B. Gomez | _____ D. Miller | _____ A. Veigel/BHO |
| ✓ K. Haug | ✓ D. O'Conner | |
| _____ J. Innis | _____ L. Ottonello | |
| _____ M. Jordan | _____ J. Pionessa | |
| _____ B. Kemp | ✓ S. Roe | _____ Tar Creek File |
| _____ S. Koenig | ✓ J. Siegel | ✓ Document Control |

RECEIVED
JAN 2005
MORRISON-KNUDSEN ENGINEERS
DOCUMENT CONTROL

---

**CATEGORIES** Use only the category listed for the individual file number

| | | | | |
|---|---|---|---|---|
| CF | Contract File | | RF | Reference File (Gov't provided mat.) |
| CN | Change Notices | | RFP | Request for Proposal |
| CO | Correspondence | | RFQ | Request for Quote |
| DW | Drawings | | RP | Report (MK Deliverables) |
| EQ | Equipment | | RQ | Requisitions |
| ES | Estimates | | SC | Schedules |
| HS | Health & Safety | | SD | Shop Drawings |
| IOC | Interoffice Correspondence | | SK | Sketches |
| IT | Insurance/Taxes | | SPE | Special |
| IV | Invoice | | ST | Standards |
| MN | Meeting Notes | | SU | Subcontract File |
| PO | Purchase Order | | T | Transmittal (Incoming) |
| PR | Proposal/Bids | | TA | Transmittal (Outgoing) |
| QA | Quality Assurance | | TC | Telecon |
| QC | Quality Control | | TX | Telex-Fax |
| QAC | Both | | WBS | Work Breakdown Structure |

4423dist.wpd

October 4, 1999

WGI000031



**DEPARTMENT OF ARMY**
CORPS OF ENGINEERS, TULSA DISTRICT
1645 SOUTH 101ST EAST AVENUE
TULSA, OKLAHOMA 74128-4609

NOV 2 3 1999

Contracting Division

Serial Letter No. CE-0021-26-002

Mr. Steven Roe, Program Manager
Morrison Knudson Corporation
10822 West Toller Drive
Littleton, CO  80127

Dear Mr. Roe:

This is in reference to our Total Environmental Restoration Contract DACA56-94-D-0021, Task Order No. 26, for demolition and site preparation for the Inner Harbor Navigation Canal Lock Replacement Project, East Bank Industrial Area, New Orleans, Louisiana.

The enclosed modification, No. 002601, provides for an arsenic background investigation for the IHNC lock and MRGO disposal areas at the Inner Harbor Navigation Canal Lock Replacement Project, New Orleans, Louisiana. This is accordance with the scope of work dated October 7, 1999. This modification was previously faxed to you for signatures.

Enclosed is your copy of the signed facsimile and the two hard copies (GAO Audit Copy and Contractor Copy) of the modification.

Please sign both copies, and return the GAO Audit Copy of the modification to this office, marked for the attention of the Environmental Restoration Support Section, HTRW Design Center. Please be sure to sign and date the original modification the same as shown on the facsimile copy.

Thank you for your efforts for the Corps of Engineers, New Orleans and Tulsa Districts.

Sincerely,

F. Arlene Smith

**F. ARLENE SMITH**
**Contracting Officer**

Enclosures

WGI000032

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|
| | | | | 1 | 2 |

| 2. AMENDMENT/MODIFICATION NO. 002601 | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. W42HEM-9190-1454 | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

| 6. ISSUED BY | CODE | Arlene | 7. ADMINISTERED BY (If other than Item 6) | CODE | HTRW |
|---|---|---|---|---|---|

District Engineer
Tulsa District, Corps of Engineers
1645 South 101st East Avenue
Tulsa, OK  74128-4609

HTRW Design Center
Tulsa District, Corps of Engineers
1645 South 101st East Avenue
Tulsa, Oklahoma  74128-4609

**8. NAME AND ADDRESS OF CONTRACTOR** (No., street, county, State and ZIP Code)

Morrison Knudsen Corp.
10822 West Toller Drive
Littleton, CO  80127

| | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|
| ( √ ) | |
| | 9B. DATED (SEE ITEM 11) |
| | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| X | DACA56-94-D-0021-0026 |
| | 10B. DATED (SEE ITEM 13) 7/12/1999 |

| CODE | FACILITY CODE |
|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not ex- tended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDG- MENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA** (If required)
96 20 X 8861.0000 B2 X 08 2412 076230 96162 3200 00355D  INCREASE $115,160.00

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| ( √ ) | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CON- TRACT ORDER NO. IN ITEM 10A. |
|---|---|---|
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:          CHANGES CLAUSE |
| | D. | OTHER (Specify type of modification and authority) |

**E. IMPORTANT:** Contractor ☐ is not, ☒ is required to sign this document and return __2__ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Demolition and Site Preparation for Inner Harbor Navigation Canal Lock Replacement Project, East Bank Industrial Area, New Orleans, Louisiana

Task Order No. 26 is modified as described on Page  2 of 2, attached.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Stephen C Roe, Program Manager | F. ARLENE SMITH Contracting Officer |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | 11/23/99 | BY (Signature of Contracting Officer) | 99 Nov 23 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

CONTRACTOR'S COPY

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

WG1000033

Standard Form 30 Continuation

1. This task order amount is revised from $113,092.00 to $228,252.00, an increase of $115,160.00.

2. This modification provides for an arsenic background investigation for the IHNC lock and MRGO disposal areas at the Inner Harbor Navigation Canal Lock Replacement Project, New Orleans, Louisiana. This is accordance with the scope of work dated October 7, 1999, attached.

3. The revised cost elements for Task Order No. 26 are summarized below:

|  | Task Order 26 | Mod. No 2601 | T.O. No. 26 NEW TOTAL |
|---|---|---|---|
| Cost | $ 104,715.00 | $ 106,630.00 | $ 211,345.00 |
| Fixed Fee | 8,377.00 | 8,530.00 | 16,907.00 |
| TOTALS | $ 113,092.00 | $ 115,160.00 | $ 228,252.00 |

4. The performance period for this task order is extended to April 15, 2000.

5. All other terms and conditions of this task order remain unchanged.

DACA56-94-D-0021-0026          Mod. 2601

WGI000034

## DISTRIBUTION SHEET -- TULSA TERC

| PROJECT No.: 4423 | PROJECT NAME: | TULSA TERC |
|---|---|---|

FILE No.: 4423 - _0026 -1.02 .005_  (Please fill in the blanks)
(Must include 0000/0001/002, etc.)

DOCUMENT DATE: _12/2/99_  CATEGORY: _____

REFERENCE FILE NUMBERS: _____

ISSUED TO: _A. Smith_  FROM: _S. Roe_

TITLE/COMMENTS: _executed Mod. 2601_

_____

_____

DISTRIBUTION: ✓   CIRCULATION: X   DISKETTE INCLUDED _____
COVER SHEET ONLY •   VIRUS SCANNED _____

DISTRIBUTION:

| | | |
|---|---|---|
| _____ K. Bartholemew | _____ W. Lauderdale | _____ D. Thompson |
| _____ C. Beck | _____ R. Lewis | _____ K. Williamson |
| _____ S. Bents | _____ E. McEntee | _____ D. Yust |
| _____ M. Bradshaw | ✓ D. McHugh | |
| _____ P. Etienne | _____ W. Medcalf | _____ S. Vader/BHO |
| _____ B. Gomez | _____ D. Miller | _____ A. Veigel/BHO |
| ✓ K. Haug | ✓ D. O'Conner | |
| _____ J. Innis | _____ L. Ottonello | |
| _____ M. Jordan | _____ J. Pionessa | |
| _____ B. Kemp | ✓ S. Roe | |
| _____ S. Koenig | ✓ J. Siegel | _____ Tar Creek File |
| | | ✓ Document Control |

RECEIVED
JAN - 3 2000
MORRISON-KNUDSEN ENGINEERS
DOCUMENT CONTROL

**CATEGORIES** Use only the category listed for the individual file number

| | | | | |
|---|---|---|---|---|
| CF | Contract File | RF | Reference File (Gov't provided mat.) |
| CN | Change Notices | RFP | Request for Proposal |
| CO | Correspondence | RFQ | Request for Quote |
| DW | Drawings | RP | Report (MK Deliverables) |
| EQ | Equipment | RQ | Requisitions |
| ES | Estimates | SC | Schedules |
| HS | Health & Safety | SD | Shop Drawings |
| IOC | Interoffice Correspondence | SK | Sketches |
| IT | Insurance/Taxes | SPE | Special |
| IV | Invoice | ST | Standards |
| MN | Meeting Notes | SU | Subcontract File |
| PO | Purchase Order | T | Transmittal (Incoming) |
| PR | Proposal/Bids | TA | Transmittal (Outgoing) |
| QA | Quality Assurance | TC | Telecon |
| QC | Quality Control | TX | Telex-Fax |
| QAC | Both | WBS | Work Breakdown Structure |

**WGI000043**

4423dist.wpd

October 4, 1999

 **MORRISON KNUDSEN CORPORATION**

10822 WEST TOLLER DRIVE
LITTLETON, COLORADO U.S.A. 80127
PHONE: (303) 948-4000/FAX: (303) 948-4010

December 2, 1999

Ms. Arlene Smith
Contracting Office
Department of the Army
Tulsa District, Corps of Engineers
1645 South 101ˢᵗ East Avenue
Tulsa, Oklahoma 74128-4609

Reference:     Tulsa TERC Contract No. DACA56-94-D-0021
               Task Order No. 26

Subject:       Modification No. 2601

Dear Ms. Smith:

Enclosed please find the executed Modification No. 2601 for Task Order No. 26 per your request.

If you have any questions, or need anything further, please do not hesitate to contact me.

Sincerely,

Stephen C. Roe
Program Manager

SCR/sek

Enclosure

WGI000044

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 2 |
|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| 002601 | Arlene | W42HEM-9190-1454 | |

| 6. ISSUED BY          CODE | | 7. ADMINISTERED BY (If other than Item 6)     CODE | HTRW |
|---|---|---|---|
| District Engineer<br>Tulsa District, Corps of Engineers<br>1645 South 101st East Avenue<br>Tulsa, OK  74128-4609 | | HTRW Design Center<br>Tulsa District, Corps of Engineers<br>1645 South 101st East Avenue<br>Tulsa, Oklahoma  74128-4609 | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (✓) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| Morrison Knudsen Corp.<br>10822 West Toller Drive<br>Littleton, CO  80127 | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>DACA56-94-D-0021-0026 |
| CODE                    FACILITY CODE | | 10B. DATED (SEE ITEM 13)<br>7/12/1999 |

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) |
|---|
| 96 20 X 8861.0000 B2 X 08 2412 076230 96162 3200 00355D INCREASE $115,160.00 |

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (✓) | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|---|
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:     CHANGES CLAUSE |
| | D. | OTHER (Specify type of modification and authority) |

E. IMPORTANT:  Contractor ☐ is not, ☒ is required to sign this document and return __2__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Demolition and Site Preparation for Inner Harbor Navigation Canal Lock Replacement Project, East Bank Industrial Area, New Orleans, Louisiana

REVIEWED FOR LEGAL SUFFICIENCY

Task Order No. 26 is modified as described on Page 2 of 2, attached.     BY: _____

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Stephen C. Roe, Program Manager | F. ARLENE SMITH<br>Contracting Officer |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| _(Signature of person authorized to sign)_ | 11/23/99 | BY _F. Arlene Smith_ _(Signature of Contracting Officer)_ | 99 Nov 23 |

NSN 7540-01-152-8070<br>PREVIOUS EDITION UNUSABLE     GAO AUDIT COPY 30-105-02

STANDARD FORM 30 (REV. 10-83)<br>Prescribed by GSA<br>FAR (48 CFR) 53.243     USAPPC V2.00

WGI000045

Page 2 of 2

Standard Form 30 Continuation

1.  This task order amount is revised from $113,092.00 to $228,252.00, an increase of $115,160.00.

2.  This modification provides for an arsenic background investigation for the IHNC lock and MRGO disposal areas at the Inner Harbor Navigation Canal Lock Replacement Project, New Orleans, Louisiana.  This is accordance with the scope of work dated October 7, 1999, attached.

3.  The revised cost elements for Task Order No. 26 are summarized below:

|  | Task Order 26 | Mod. No 2601 | T.O. No. 26 NEW TOTAL |
|---|---|---|---|
| Cost | $ 104,715.00 | $ 106,630.00 | $ 211,345.00 |
| Fixed Fee | 8,377.00 | 8,530.00 | 16,907.00 |
| TOTALS | $ 113,092.00 | $ 115,160.00 | $ 228,252.00 |

4.  The performance period for this task order is extended to April 15, 2000.

5.  All other terms and conditions of this task order remain unchanged.

*DACA56-94-D-0021-0026*        **Mod. 2601**

WGI000046