STATEMENT OF WORK
ARSENIC BACKGROUND INVESTIGATION
FOR
IHNC LOCK AREA AND MRGO DISPOSAL AREA.
INNER HARBOR NAVIGATION CANAL LOCK
REPLACEMENT PROJECT
NEW ORLEANS, LOUISIANA

Contract Number DACA56-94-D-0021
Morrison Knudsen Corp, Task Order 0026
Modification 2601

7 Oct 99

1. **General**. The Contractor shall furnish all services, materials, supplies, labor, equipment, laboratory services and travel, as required, in connection with the coordination with regulatory agencies [Louisiana Department of Environmental Quality (LDEQ)] to conduct an investigation and determine the background arsenic level. Interagency partners involved in this project consists of the US Army Corps of Engineers Tulsa District, US Army Corps of Engineers New Orleans District, Morrison Knudsen Corporation and LDEQ.

2. **Site History**. The East Bank Industrial Area consists of inactive and active industrial sites leased to private operators by the Port of New Orleans on the east side of the IHNC along Surekote Road. Specific sites include: Boland Marine, McDonough Marine, Indian Towing, Distributor's Oil, Mayer Yacht, Saucer Marine, and International Tank Terminal. Most of these sites have been abandoned by Port tenants; however, two sites still have current leases with the Port. The project property will be purchased by USACE and the current tenants will be relocated by the Port. The 36-acre project site includes approximately 50 above-ground buildings, 35 additional concrete slabs, 10 abandoned barges, wharves, bulkheads, fencing, paved areas, trash piles, above ground storage tanks(ASTs), underground storage tanks(USTs), transformer units, miscellaneous equipment, and debris. Previous investigations have shown lead-based paint, asbestos, and PCBs in the above-ground structures, creosote-treated timbers along the wharves and bulkheads, and soil contaminated with products and wastes utilized by the marine service industry including oil, petroleum fuel, arsenic, and lead associated with sand blasting. Other unknown debris and contaminants may exist at the site.

3. **Project Requirements**. The Contractor shall furnish all engineering services, laboratory services, equipment, materials, supplies, and labor, as required, in connection with the technical review of site documents, attendance at kickoff, site and regulatory agency meetings, perform arsenic investigations, coordination with LDEQ and travel necessary for the determination of background Arsenic levels associated with the

1

WGI000047

demolition and remediation of the East Bank Industrial Area of the Inner Harbor Navigation Canal (IHNC). The Contractor laboratory shall meet USACE certification requirements and LDEQ state certification in accordance with "Interim Accreditation-Applied, Excepting Data".

**3.1 Work Plans.** The Contractor shall prepare, develop, and submit draft and final versions of the following minimum work plans to USACE for review and approval:

Contractor Quality Control Plan (CQCP)

Sampling and Analysis Plan (SAP) in accordance with EM 200-1-3 "Requirements for the Preparation of Sampling and Analysis Plans" which consists of a combined Field Sampling Plan (FSP) and Quality Assurance Project Plan (QAPP).

**3.2 Work Performance.**

**3.2.1 Data Review.** Existing analytical data shall be compiled and determination should be made as to whether they represent background or on-site conditions.

**3.2.2 Sampling and Analysis.** Statistical information on the existing data should be used to determine the required number of additional samples. The Coefficient of Variation (CV) should be calculated for the existing data that represents background. With a target Confidence Level (CL) and Power (P) of 95% and a Minimum Detectable Relative Difference (MDRD) of between 20% and 30%, the number of samples can be calculated. Corps of Engineers EM 200-1-2 gives guidance on these calculations. Based on an assumption of a CV of 40%, a minimum of twenty seven (27) soil samples shall be taken and analyzed for arsenic with three (3) QC samples for a total of thirty (30) soil samples. The samples shall be obtained through nine (9) borings, three (3) samples per borehole. The samples shall be taken between 0-3 feet, 10-15 feet and 36 feet in each borehole. Six (6) of the boreholes shall be in the area designated as the MRGO Disposal Area for the IHNC Lock Replacement Project (See Plate 1). The remaining three (3) boreholes shall be on the eastbank of the canal, just south of the eastbank industrial area in the "greenspace" between the existing IHNC Lock wall and the grove of oak trees (See Plate 2).

**3.2.3 Data Analysis.** Laboratory analysis shall have a maximum two (2) week turn-around time. All existing and collected data shall be statistically and spatially analyzed to determine an overall background level for arsenic associated with the IHNC East Bank Industrial Area.

**3.2.4 Arsenic Background Level Investigation Report.** The analytical results shall be compiled by the Contractor into an Arsenic Background Level Investigation Report and combined with existing data to support the background arsenic level. The report shall also show the statistical and spatial analysis used to determine the background level.

2

WGI000048

3.2.5 **Coordination with LDEQ**. The Contractor shall coordinate all work with LDEQ on behalf of USACE, New Orleans District to insure that proper protocols are followed and to insure LDEQ's final acceptance of the determined arsenic background level.

4. **Project Changes**. Amendments, additions, or changes proposed by the Contractor as part of this task order shall be reviewed, annotated and approved by the Contracting Officer prior to field implementation. Requests for changes shall be submitted to the Contracting Officer or the Contracting Officer's Representative (COR) in the form of Contractor Information Requests (CIR). A standard form shall include the date of request, CIR sequence number, problem identification, explanation and nature of problem, resolutions, cost and schedule impacts, and recommendations. The form shall be signed by the Contractor's representative with space for a Government response. The work shall incorporate the requirements as discussed in any pre-proposal and site visit conference(s) and all data included in Government-furnished material.

5. **Project Schedule**. Duration is in calendar days.

| | | |
|---|---|---|
| 5.1 | Work Allocation Document Setup | Seven days after T.O. Mod. |
| 5.2 | Kickoff Meeting | Within 10 days after T.O. Mod. |
| 5.3 | Submit Draft Work Plans | 30 days after T.O. Mod. |
| 5.4 | Draft Work Plans Review | 14 days |
| 5.5 | Prepare and Submit Final Work Plans | 14 days after review |
| 5.6 | Field Work | Completed 21 days after Final Work Plans Approved |
| 5.7 | Submit 75% Draft Arsenic Report | 30 days after completed Field Work |
| 5.8 | 75% Draft Arsenic Report Review | 14 days |
| 5.9 | Prepare and Submit Final Arsenic Report | 14 days after review |

6. **Government-Furnished Information**.

The USACE, New Orleans District previously provided one (1) copy of the site documents for the Contractor's technical review and use with the initial award of T.O. 0026. Plates 1 and 2 denoting the locations of the MRGO Disposal Area and IHNC Lock Area, respectively, are attached.

7. **Work Sequencing and General Performance**. The time for completion of the work from commencement of task order activities shall not exceed 144 calendar days.

8. **Reports**. In addition to the reports required by the Basic Contract, the Contractor shall provide the following reports:

3

WGI000049

**8.1 Monthly Cost Reports.** The Contractor shall continue submitting monthly cost reports to USACE, New Orleans District. The Contractor shall include in the cost reports all field and home office costs.

**8.2 Deliverables.** The Contractor shall submit draft and final versions of the Work Plans and Arsenic Background Investigation Report to USACE, New Orleans District for review and approval. USACE will coordinate the review process of these deliverables with LDEQ personnel. Provide an original and five (5) copies of Work Plans and an original and seven (7) copies of the Arsenic Report to USACE, New Orleans District.

9. **Contractor Quality Control (CQC).** The Contractor shall provide the assurance that required levels of quality are being achieved throughout all design and coordination work, including all work performed by subcontractors, laboratories, etc.

10. **Points of Contact.** The USACE HTRW Construction Manager will be Mr. Lee Guillory, 504-862-2934 and the USACE CORs will be Messrs. Ward C. Purdum, Jr., 504-862-1241, Mr. Guillory, and Mr. Rex Ostrander, USACE, Tulsa District. Any questions concerning technical issues, contract administration, billing, and payment should be directed to Mr. Guillory. The Contracting Officer is Mr. John Weatherly, (918) 669-7281. All contract questions should be directed to Mr. Weatherly.

LDEQ POC:
Mr. William N. Perry
Louisiana Dept. of Environmental Quality
Inactive and Abandoned Sites Division
P. O. Box 82178
Baton Rouge, LA 70884-2178
Phone: 225-765-0461
Fax: 225-765-0484
Email: williamp@deq.state.la.us

USACE, New Orleans District
IHNC Lock Lockmaster
Mr. Michael L. O'Dowd
4635 Urquhart Street
New Orleans, LA 70117
Phone: 504-945-2157

11. **Distribution of Submittals.**

11.1 Copies of technical comments, submittals, monthly reports, etc. shall be mailed to:

U.S. Army Corps of Engineers, New Orleans District
ATTN: Mr. Lee A. Guillory - CEMVN-CD-QM

WGI000050

Post Office Box 60267
New Orleans, LA 70160-0267
Phone: 504-862-2934
Fax: 504-862-2896
Email: Lee.A.Guillory@mvn02.usace.army.mil

The street address for FedEx mail is:

U.S. Army Corps of Engineers, New Orleans District
ATTN: Mr. Lee A. Guillory - CEMVN-CD-QM
7400 Leake Avenue
New Orleans, LA 70118

11.2 Subcontract Consent/Notification of Award packages shall be submitted as follows:

Original to: (mail and FedEx)

U.S. Army Corps of Engineers, Tulsa District
ATTN: Mr. John Weatherly - CESWT-CT-M
1645 S. 101ˢᵗ E. Ave.
Tulsa, OK 74128-4609

Copy to: Mr. Guillory

11.3 Cost schedule reports will be submitted as follows:

Original to Mr. Guillory
Copy to Mr. Weatherly
Copy to Mr. Rex Ostrander, same address as Mr. Weatherly, except CESWT-EC-EE
Copy to Mr. Dan Birnbaum, same address as Mr. Ostrander

11.4 Vouchers will be submitted as follows:

Original SF1034, SF1035 and certification FedExed to DCAA/with FedEx envelope to Mr. Guillory

Copy of SF1034, SF1035, certification and highlighted back-up data FedExed to Mr. Guillory

11.5 WAD, WBS, travel and overtime requests shall be mailed or faxed to Mr. Guillory.

11.6 Percent complete reports for Fixed/Base Fee/Award Fee (all T.O.s)

WGI000051

Original to Mr. Ostrander
Copy to Mr. Guillory

11.7 Form 743R, Monthly Exposure Reports to Mr. Guillory.

12. **General Provisions**. See Contract DACA 56-94-D-0021.

6

WGI000052



IHNC LOCK REPLACEMENT PROJECT

MRGO DISPOSAL SITE

PLATE 1

WGI000053



WGI000054

## DISTRIBUTION SHEET – TULSA TERC

| PROJECT No.: | 4423 | PROJECT NAME: | TULSA TERC |
|---|---|---|---|

FILE No.: 4423 - 0026 - 1.02 .006 _____ (Please fill in the blanks)
   (Must include 0000/0001/002, etc.)

DOCUMENT DATE: 5/23/00 _____ CATEGORY: _____

REFERENCE FILE NUMBERS: _____

ISSUED TO: S. Roe     FROM: A. Smith

TITLE/COMMENTS: executed Mod. 2602

_____

_____

DISTRIBUTION: ✓     CIRCULATION: X     DISKETTE INCLUDED _____
COVER SHEET ONLY •                    VIRUS SCANNED _____

**DISTRIBUTION:**

| | | |
|---|---|---|
| _____ K. Bartholemew | _____ R. Lewis | _____ D. Thompson |
| _____ C. Beck | _____ E. McEntee | ✓ S. Winterrowd |
| _____ M. Bradshaw | ✓ D. McHugh | ✓ D. Yust |
| _____ B. Casey | _____ D. Miller | |
| _____ P. Etienne | _____ K. Morrison | _____ J. Law |
| _____ B. Gomez | ✓ D. O'Conner | _____ S. Vader/BHO |
| _____ L. Hance | _____ B. Pacheco | _____ A. Veigel/BHO |
| _____ K. Haug | _____ J. Pionessa | _____ R. Cooney |
| _____ S. Hughes | _____ L. Powell | |
| _____ J. Innis | _____ S. Powell | _____ |
| _____ G. Johnson | ✓ S. Roe | _____ |
| _____ L. Key | ✓ J. Siegel | _____ Tar Creek File |
| _____ S. Koenig | _____ K. Siegert | ✓ Document Control |

**CATEGORIES** Use only the category listed for the individual file number

| | | | | |
|---|---|---|---|---|
| CF | Contract File | RF | Reference File (Gov't provided mat.) |
| CN | Change Notices | RFP | Request for Proposal |
| CO | Correspondence | RFQ | Request for Quote |
| DW | Drawings | RP | Report (MK Deliverables) |
| EQ | Equipment | RQ | Requisitions |
| ES | Estimates | SC | Schedules |
| HS | Health & Safety | SD | Shop Drawings |
| IOC | Interoffice Correspondence | SK | Sketches |
| IT | Insurance/Taxes | SPE | Special |
| IV | Invoice | ST | Standards |
| MN | Meeting Notes | SU | Subcontract File |
| PO | Purchase Order | T | Transmittal (Incoming) |
| PR | Proposal/Bids | TA | Transmittal (Outgoing) |
| QA | Quality Assurance | TC | Telecon |
| QC | Quality Control | TX | Telex-Fax |
| QAC | Both | WBS | Work Breakdown Structure |

RECEIVED
JUN 2 6 2000
THOMPSON KNUDSEN ENGINEERS
DOCUMENT CONTROL

4423dist.wpd

March 21, 2000



**DEPARTMENT OF ARMY**
CORPS OF ENGINEERS, TULSA DISTRICT
1645 SOUTH 101ˢᵀ EAST AVENUE
TULSA, OKLAHOMA 74128-4609

MAY 2 3 2000

Contracting Division                    Serial Letter No. CE-0021-26-005

Mr. Steven Roe, Program Manager
Morrison Knudson Corporation
10822 West Toller Drive
Littleton, CO  80127

Dear Mr. Roe:

    This is in reference to our Total Environmental Restoration
(TERC) Contract No. DACA56-94-D-0021, Task Order No. 0026 for
Demolition and Site Preparation for Inner Harbor Navigation Canal
Lock Replacement Project, East Bank Industrial Area, New Orleans,
Louisiana.

    The enclosed modification, No. 002602, provides for the
revised field work associated with the arsenic background
investigation per government RFP letter/scope of work dated April
19, 2000.  Enclosed are two copies of this modification, the
government's, (GAO Audit) copy and another for your files.

    Please sign both copies, and return the Government's "GAO
Audit" copy of this modification to this office, marked for the
attention of the Environmental Restoration Support Section, HTRW
Design Center.

    Thank you for you efforts for the Corps of Engineers.

                              Sincerely,

                              F. Arlene Smith

Enclosure

CF:
CESWT-EC-EE (File)            **F. ARLE**
                             **Contracting** 

WGI000056

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | PAGE OF PAGES 1  2 |
|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. 0002602 | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

| 6. ISSUED BY   CODE  W44XGQ | 7. ADMINISTERED BY (If other than Item 6)   CODE  HTRW |
|---|---|

District Engineer
Tulsa District, Corps of Engineers
1645 South 101st East Avenue
Tulsa, OK 74128-4609

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

Morrison Knudsen Corporation
10822 West Toller Drive
Littleton, CO 80127

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.   X   DACA56-94-D-0021/0026

10B. DATED (SEE ITEM 13)  07/12/99

| CODE | FACILITY CODE |
|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers  ☐ is extended,  ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
96  20  X  8861.0000 B2 X 08 2412 076230 96162 3200 00355D  IiNCREASE $ 111,325.00

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| ☑ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:   CHANGES CLAUSE |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor  ☐ is not,  ☒ is required to sign this document and return  2  copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
DEMOLITION AND SITE PREPARATION FOR INNER HARBOR NAVIGATION CANAL LOCK REPLACEMENT PROJECT, EAST BANK INDUSTRIAL AREA, NEW ORLEANS, LOUISIANA

Task Order No. 26 is hereby modified as described on page 2

Except as provided herein, all terms and conditions of the document referenced in Item 8A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) Stephen C. Roe, Program Manager | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED 5/8/00 | 16B. UNITED STATES OF AMERICA BY (Signature of Contracting Officer) | 16C. DATE SIGNED May 17 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105-02

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

CONTRACTOR'S COPY

WGI000057

## Standard Form 30 Continuation

1. This task order is revised from $228,252.00 to $ 339,577.00, an increase of $ 111,325.00.

2. This modification provides for the revised field work as presented in the Final Work Plans for Arsenic Background Investigation dated April 2000.

3. The revised monetary elements for TO No. 26 are summarized below:

|  | TO 26 Incl Mods 1 | Mod 002602 | TO 26 Final Total |
|---|---|---|---|
| Cost | $211,345.00 | $ 103,079.00 | $ 314,424.00 |
| Base Fee | 16,907.00 | 8,246.00 | 25,153.00 |
| Award Fee | 0.00 | 0.00 | 0.00 |
| TOTALS | $228,252.00 | $ 111,325.00 | $339,577.00 |

4. The completion period of this task order is hereby extended to September 20, 2000.

5. All other terms and conditions of the task order shall remain unchanged.

DACA56-94-D-0021-0026        Mod No. 002602

**WGI000058**

# DISTRIBUTION SHEET – TULSA TERC

| PROJECT No.: 4423 | PROJECT NAME: | TULSA TERC |
|---|---|---|

**FILE No.:** 4423 - 00 2b - 1.02   007
(Must include 0000/0001/002, etc.)                                              (Please fill in the blanks)

**DOCUMENT DATE:** 5/31/00   **CATEGORY:** _____

**REFERENCE FILE NUMBERS:** _____

**ISSUED TO:** A. Smith   **FROM:** S. Roe

**TITLE/COMMENTS:** executed MOD. #2602

---

**DISTRIBUTION:** ✓   **CIRCULATION:** X
**COVER SHEET ONLY** •                                        **DISKETTE INCLUDED** ___
                                                              **VIRUS SCANNED** ___

**DISTRIBUTION:**

| | | |
|---|---|---|
| _____ K. Bartholemew | _____ R. Lewis | _____ D. Thompson |
| _____ C. Beck | _____ E. McEntee | _____ S. Winterrowd |
| _____ M. Bradshaw | _____ D. McHugh | _____ D. Yust |
| _____ B. Casey | _____ D. Miller | |
| _____ P. Etienne | _____ K. Morrison | _____ J. Law |
| _____ B. Gomez | _____ D. O'Conner | _____ S. Vader/BHO |
| _____ L. Hance | _____ B. Pacheco | _____ A. Veigel/BHO |
| _____ K. Haug | _____ J. Pionessa | _____ R. Cooney |
| _____ S. Hughes | _____ L. Powell | |
| _____ J. Innis | _____ S. Powell | |
| _____ G. Johnson | _____ S. Roe | |
| _____ L. Key | _____ J. Siegel | |
| _____ S. Koenig | _____ K. Siegert | _____ Tar Creek File |
| | | ✓ Document Control |

**CATEGORIES** Use only the category listed for the individual file number

| | | | | |
|---|---|---|---|---|
| CF | Contract File | RF | Reference File (Gov't provided mat.) |
| CN | Change Notices | RFP | Request for Proposal |
| CO | Correspondence | RFQ | Request for Quote |
| DW | Drawings | RP | Report (MK Deliverable) |
| EQ | Equipment | RQ | Requisitions |
| ES | Estimates | SC | Schedules |
| HS | Health & Safety | SD | Shop Drawings |
| IOC | Interoffice Correspondence | SK | Sketches |
| IT | Insurance/Taxes | SPE | Special |
| IV | Invoice | ST | Standards |
| MN | Meeting Notes | SU | Subcontract File |
| PO | Purchase Order | T | Transmittal (Incoming) |
| PR | Proposal/Bids | TA | Transmittal (Outgoing) |
| QA | Quality Assurance | TC | Telecon |
| QC | Quality Control | TX | Telex-Fax |
| QAC | Both | WBS | Work Breakdown Structure |

RECEIVED
JUN 2 6 2000
MORRISON-KNUDSEN ENGINEERS
DOCUMENT CONTROL

4423dist.wpd

WGI000059

March 21, 2000



**MORRISON KNUDSEN CORPORATION**

10822 WEST TOLLER DRIVE
LITTLETON, COLORADO U.S.A. 80127
PHONE: (303) 948-4000/FAX: (303) 948-4010

May 31, 2000

Ms. Arlene Smith
Contracting Office
Department of the Army
Tulsa District, Corps of Engineers
1645 South 101ˢᵗ East Avenue
Tulsa, Oklahoma 74128-4609

Reference:      Tulsa TERC Contract No. DACA56-94-D-0021
                Task Order No. 26

Subject:        Modification No. 2602

Dear Ms. Smith:

Enclosed please find the executed Modification No. 2602 for Task Order No. 26 per your request.

If you have any questions, or need anything further, please do not hesitate to contact me.

Sincerely,

Stephen C. Roe
Program Manager

SCR/sek

Enclosure

WGI000060

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | PAGE OF PAGES | |
|---|---|---|---|---|
| | | | 1 | 2 |

| 2. AMENDMENT/MODIFICATION NO. 0002602 | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

| 6. ISSUED BY | CODE | W44XGQ | 7. ADMINISTERED BY (If other than Item 6) | CODE | HTRW |
|---|---|---|---|---|---|

District Engineer
Tulsa District, Corps of Engineers
1645 South 101st East Avenue
Tulsa, OK 74128-4609

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | [v] | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| Morrison Knudsen Corporation 10822 West Toller Drive Littleton, CO 80127 | | |
| | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. DACA56-94-D-0021/0026 |
| CODE          FACILITY CODE | | 10B. DATED (SEE ITEM 13) 07/12/99 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) |
|---|
| 96  20  X  8861.0000 B2 X 08  2412  076230  96162 3200  00355D  IINCREASE  $ 111,325.00 |

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| [v] | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|---|
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:     CHANGES CLAUSE |
| | D. | OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor [ ] is not, [X] is required to sign this document and return _____ 2 _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
DEMOLITION AND SITE PREPARATION FOR INNER HARBOR NAVIGATION CANAL LOCK REPLACEMENT PROJECT, EAST BANK INDUSTRIAL AREA, NEW ORLEANS, LOUISIANA

Task Order No. 26 is hereby modified as described on page 2

REVIEWED FOR LEGAL SUFFICIENCY
BY: _____

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Stephen C. Roe, Program Manager | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | 5/31/00 | BY (Signature of Contracting Officer) | 10 May ? |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105-02
GAO AUDIT COPY

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

WGI000061

Standard Form 30 Continuation

1. This task order is revised from $228,252.00 to $ 339,577.00, an increase of $ 111,325.00.

2. This modification provides for the revised field work as presented in the Final Work Plans for Arsenic Background Investigation dated April 2000.

3. The revised monetary elements for TO No. 26 are summarized below:

| | TO 26 Incl Mods 1 | Mod 002602 | TO 26 Final Total |
|---|---|---|---|
| Cost | $211,345.00 | $ 103,079.00 | $ 314,424.00 |
| Base Fee | 16,907.00 | 8,246.00 | 25,153.00 |
| Award Fee | 0.00 | 0.00 | 0.00 |
| TOTALS | $228,252.00 | $ 111,325.00 | $339,577.00 |

4. The completion period of this task order is hereby extended to September 20, 2000.

5. All other terms and conditions of the task order shall remain unchanged.

DACA56-94-D-0021-0026           Mod No. 002602

WGI000062

## DISTRIBUTION SHEET – TULSA TERC

| PROJECT No.: | 4423 | PROJECT NAME: | TULSA TERC |
|---|---|---|---|

**FILE No.:** _4423 - 0026 - 1.02 .008_ ____ (Please fill in the blanks)
(Must Include 0000/0001/002, etc.)

**DOCUMENT DATE:** _7/5/00_ ____ **CATEGORY:** _____

**REFERENCE FILE NUMBERS:** _____

**ISSUED TO:** _S. Roe_ ____ **FROM:** _A. Smith_

**TITLE/COMMENTS:** _expected Mon #2603_

---

**DISTRIBUTION:** √  **CIRCULATION:** X  **DISKETTE INCLUDED** ____

**COVER SHEET ONLY** •  **VIRUS SCANNED** ____

**DISTRIBUTION:**

| | | |
|---|---|---|
| ____ K. Bartholemew | ____ R. Lewis | ____ D. Thompson |
| ____ C. Beck | ____ E. McEntee | ✓ S. Winterrowd |
| ____ M. Bradshaw | ✓ D. McHugh | ✓ D. Yust |
| ____ B. Casey | ____ D. Miller | |
| ____ P. Etienne | ____ K. Morrison | ____ J. Law |
| ____ B. Gomez | ✓ D. O'Conner | ____ S. Vader/BHO |
| ____ L. Hance | ____ B. Pacheco | ____ A. Veigel/BHO |
| ____ K. Haug | ____ J. Pionessa | ____ R. Cooney |
| ____ S. Hughes | ____ L. Powell | |
| ____ J. Innis | ____ S. Powell | |
| ____ G. Johnson | ✓ S. Roe | |
| ____ L. Key | ✓ J. Siegel | ____ Tar Creek File |
| ____ S. Koenig | ____ K. Siegert | ✓ Document Control |

**RECEIVED**
**AUG 15 2000**
**MORRISON-KNUDSEN ENGINEERS**
**DOCUMENT CONTROL**

**CATEGORIES** Use only the category listed for the individual file number

| | | | | |
|---|---|---|---|---|
| CF | Contract File | RF | Reference File (Gov't provided mat.) |
| CN | Change Notices | RFP | Request for Proposal |
| CO | Correspondence | RFQ | Request for Quote |
| DW | Drawings | RP | Report (MK Deliverables) |
| EQ | Equipment | RQ | Requisitions |
| ES | Estimates | SC | Schedules |
| HS | Health & Safety | SD | Shop Drawings |
| IOC | Interoffice Correspondence | SK | Sketches |
| IT | Insurance/Taxes | SPE | Special |
| IV | Invoice | ST | Standards |
| MN | Meeting Notes | SU | Subcontract File |
| PO | Purchase Order | T | Transmittal (Incoming) |
| PR | Proposal/Bids | TA | Transmittal (Outgoing) |
| QA | Quality Assurance | TC | Telecon |
| QC | Quality Control | TX | Telex-Fax |
| QAC | Both | WBS | Work Breakdown Structure |

4423dist.wpd

March 21, 2000

WGI000063



**DEPARTMENT OF ARMY**
CORPS OF ENGINEERS, TULSA DISTRICT
1645 SOUTH 101ST EAST AVENUE
TULSA, OKLAHOMA 74128-4609

JUL 0 5 2000

Contracting Division                    Serial Letter No. CE-0021-26-006

Mr. Steven Roe, Program Manager
Morrison Knudson Corporation
10822 West Toller Drive
Littleton, CO. 80127

Dear Mr. Roe:

    This is in reference to our Total Environmental Restoration
(TERC) Contract No. DACA56-94-D-0021, Task Order No. 0026 for
Demolition and Site Preparation for Inner Harbor Navigation Canal
Lock Replacement Project, East Bank Industrial Area, New Orleans,
Louisiana.

    The enclosed modification, No. 002603, provides for the
preparation of the workplans, subcontracting plans and permits
per government RFP letter/scope of work dated May 15, 2000.
Enclosed are two copies of this modification, the government's,
(GAO Audit) copy and another for your files. This modification
was previously faxed to you for signatures.

    Please sign both copies, and return the Government's "GAO
Audit" copy of this modification to this office, marked for the
attention of the Environmental Restoration Support Section, HTRW
Design Center.

    Thank you for you efforts for the Corps of Engineers.

                              Sincerely,

                              F. ARLENE SMITH
                              Contracting Officer

Enclosure

CF:
CESWT-EC-EE (File)

WGI000064

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES 1 | 2 |
|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. 0002603 | 3. EFFECTIVE DATE W44XGQ | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. (If applicable) | |
|---|---|---|---|---|---|

| 6. ISSUED BY | CODE | W44XGQ | 7. ADMINISTERED BY (If other than Item 6) | CODE | HTRW |
|---|---|---|---|---|---|

6. ISSUED BY

District Engineer
Tulsa District, Corps of Engineers
1645 South 101st East Avenue
Tulsa, OK 74128-4609

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

Morrison Knudsen Corporation
10822 West Toller Drive
Littleton, CO 80127

[√] 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

[X] 10A. MODIFICATION OF CONTRACTS/ORDER NO.
DACA56-94-D-0021/0026

10B. DATED *(SEE ITEM 13)*
07/12/99

CODE | FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers    [ ] is extended,    [ ] is not ex-
tended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGE-MENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*
96  20  X  8861.0000 B2 X 08  2412 076230 96162 3200  00355D  IiNCREASE  $ 339,357.00

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

[√] A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CON-TRACT ORDER NO. IN ITEM 10A.

[ ] B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

[X] C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:        CHANGES CLAUSE

[ ] D. OTHER *(Specify type of modification and authority)*

E. IMPORTANT:  Contractor   [ ] is not,   [X] is required to sign this document and return _____ 2 _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*
DEMOLITION AND SITE PREPARATION FOR INNER HARBOR NAVIGATION CANAL LOCK REPLACEMENT PROJECT,
EAST BANK INDUSTRIAL AREA, NEW ORLEANS, LOUISIANA

Task Order No. 26 is hereby modified as described on page 2

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* Stephen C. Roe, Program Manager | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* P. ARLENE SMITH Contracting Officer |
|---|---|
| 15B. CONTRACTOR/OFFEROR *Stephen Roe (Signature of person authorized to sign)* | 15C. DATE SIGNED 6/30/00 | 16B. UNITED STATES OF AMERICA BY *P. Arlene Smith (Signature of Contracting Officer)* | 16C. DATE SIGNED |
|---|---|---|---|

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105-02
**CONTRACTOR'S COPY**

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

USAPPC V2.00

WGI000065

Standard Form 30 Continuation

1.  This task order is revised from $ 339,577.00 to $ 678,934.00, an increase of $ 339,357.00.

2.  This modification provides for the preparation of the work plans, subcontracting plans, and permits per attached scope of work dated 15 May 2000.

3.  The revised monetary elements for TO No. 26 are summarized below:

|  | TO 26 Incl Mods 1 | Mod 002602 | TO 26 Final Total |
|---|---|---|---|
| Cost | $ 314,424.00 | $ 314,219.00 | $ 628,643.00 |
| Base Fee | 25,153.00 | 25,138.00 | 50,291.00 |
| Award Fee | 0.00 | 0.00 | 0.00 |
| TOTALS | $339,577.00 | $   339,357.00 | $678,934.00 |

4.  The completion period of this task order is hereby extended to September 30, 2000.

5.  All other terms and conditions of the task order shall remain unchanged.

DACA56-94-D-0021-0026          Mod No. 002603

**WGI000066**

```
07/01/00    07:02    MORRISON KNUDSEN → 918 669 7508                    NO. 600   P04
06/30/2000  13:22    9186697532                                        PAGE   04
                                          TULSA ACOE HTRW DC
```

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | 1. CONTRACT ID CODE | | PAGE OF PAGES |
|---|---|---|---|---|
| | | | | 1    2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. (If applicable) |
|---|---|---|---|---|
| 0002603 | CODE W44XGQ | | | |

6. ISSUED BY

District Engineer
Tulsa District, Corps of Engineers
1645 South 101st East Avenue
Tulsa, OK 74128-4609

7. ADMINISTERED BY (If other than item 6)    CODE HTRW

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

Morrison Knudsen Corporation
10822 West Toller Drive
Littleton, CO 80127

| ☑ | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|
| | 9B. DATED (SEE ITEM 11) |
| ✗ | 10A. MODIFICATION OF CONTRACT/ORDER NO.  DACA56-94-D-0021/0026 |
| | 10B. DATE (SEE ITEM 13) 07/12/99 |

CODE                  FACILITY CODE

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

96  20  X  2861.0000 R2  X 08 2412 076230 96162 3200 003SSD   INCREASE  $ 339,357.00

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| ☑ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| ✗ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:    CHANGES CLAUSE |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:  Contractor ☐ is not, ☒ is required to sign this document and return  2  copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

DEMOLITON AND SITE PREPARATION FOR INNER HARBOR NAVIGATION CANAL LOCK REPLACEMENT PROJECT.
EAST BANK INDUSTRIAL AREA, NEW ORLEANS, LOUISIANA

Task Order No. 26 is hereby modified as described on page 2

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Stephen S. Rae, Program Manager | F. ARLENE SMITH  Contracting Officer |
| 15B. CONTRACTOR/OFFEROR | 16B. UNITED STATES OF AMERICA |
| Stephen C Rae  (Signature of person authorized to sign) | BY F. Arlene Smith  (Signature of Contracting Officer) |

| 15C. DATE SIGNED | 16C. DATE SIGNED |
|---|---|
| 6/30/00 | 00 Jul 05 |

WGI000074

Page 2 of 2

### Standard Form 30 Continuation

1. This task order is revised from $ 339,577.00 to $ 678,934.00, an increase of $ 339,357.00.

2. This modification provides for the preparation of the work plans, subcontracting plans, and permits per attached scope of work dated 15 May 2000.

3. The revised monetary elements for TO No. 26 are summarized below:

|  | TO 26 Incl Mods 1 | Mod 002602 | TO 26 Final Total |
|---|---|---|---|
| Cost | $ 314,424.00 | $ 314,219.00 | $ 628,643.00 |
| Base Fee | 25,153.00 | 25,138.00 | 50,291.00 |
| Award Fee | 0.00 | 0.00 | 0.00 |
| TOTALS | $339,577.00 | $   339,357.00 | $678,934.00 |

4. The completion period of this task order is hereby extended to September 30, 2000.

5. All other terms and conditions of the task order shall remain unchanged.

*DACA56-94-D-0021-0026*        Mod No. 002603

WGI000075

## DISTRIBUTION SHEET -- TULSA TERC

| PROJECT No.: 4423 | PROJECT NAME: TULSA TERC |
|---|---|

**FILE No.:** 4423 - _0026-1.32,009_ _____ (Please fill in the blanks)
(Must include 0000/0001/002, etc.)

**DOCUMENT DATE:** _7/11/00_____ **CATEGORY:** _____

**REFERENCE FILE NUMBERS:** _____

**ISSUED TO:** _Ch. Smith_ **FROM:** _S. Roy_

**TITLE/COMMENTS:** _Checked Mon 2603_ _____

_____

_____

| **DISTRIBUTION:** ✓ | **CIRCULATION:** X | **DISKETTE INCLUDED** ____ |
|---|---|---|
| **COVER SHEET ONLY** • | | **VIRUS SCANNED** ____ |

**DISTRIBUTION:**

| | | |
|---|---|---|
| ____ K. Bartholemew | ____ R. Lewis | ____ D. Thompson |
| ____ C. Beck | ____ E. McEntee | ____ S. Winterrowd |
| ____ M. Bradshaw | ____ D. McHugh | ____ D. Yust |
| ____ B. Casey | ____ D. Miller | |
| ____ P. Etienne | ____ K. Morrison | ____ J. Law |
| ____ B. Gomez | ____ D. O'Conner | ____ S. Vader/BHO |
| ____ L. Hance | ____ B. Pacheco | ____ A. Veigel/BHO |
| ____ K. Haug | ____ J. Pionessa | ____ R. Cooney |
| ____ S. Hughes | ____ L. Powell | _____ |
| ____ J. Innis | ____ S. Powell | _____ |
| ____ G. Johnson | ____ S. Roe | _____ |
| ____ L. Key | ____ J. Siegel | ____ Tar Creek File |
| ____ S. Koenig | ____ K. Siegert | ✓ Document Control |

**CATEGORIES** Use only the category listed for the individual file number

| | | | |
|---|---|---|---|
| CF | Contract File | RF | Reference File (Gov't provided mat.) |
| CN | Change Notices | RFP | Request for Proposal |
| CO | Correspondence | RFQ | Request for Quote |
| DW | Drawings | RP | Report (MK Deliverables) |
| EQ | Equipment | RQ | Requisitions |
| ES | Estimates | SC | Schedules |
| HS | Health & Safety | SD | Shop Drawings |
| IOC | Interoffice Correspondence | SK | Sketches |
| IT | Insurance/Taxes | SPE | Special |
| IV | Invoice | ST | Standards |
| MN | Meeting Notes | SU | Subcontract File |
| PO | Purchase Order | T | Transmittal (Incoming) |
| PR | Proposal/Bids | TA | Transmittal (Outgoing) |
| QA | Quality Assurance | TC | Telecon |
| QC | Quality Control | TX | Telex-Fax |
| QAC | Both | WBS | Work Breakdown Structure |

RECEIVED
AUG 1 5 2000
MORRISON-KNUDSEN ENGINEERS
DOCUMENT CONTROL

4423dist.wpd

March 21, 2000

WGI000076

 **MORRISON KNUDSEN CORPORATION**

10822 WEST TOLLER DRIVE
LITTLETON, COLORADO U.S.A. 80127
PHONE: (303) 948-4000/FAX: (303) 948-4010

July 11, 2000


Ms. Arlene Smith
Contracting Office
Department of the Army
Tulsa District, Corps of Engineers
1645 South 101ⁿ East Avenue
Tulsa, Oklahoma 74128-4609

Reference:     Tulsa TERC Contract No. DACA56-94-D-0021
               Task Order No. 26

Subject:       Modification No. 2603

Dear Ms. Smith:

Enclosed please find the executed Modification No. 2603 for Task Order No. 26 per your request.
If you have any questions, or need anything further, please do not hesitate to contact me.

Sincerely,

Stephen C. Roe
Program Manager

SCR/sek

Enclosure

WGI000077

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE | OF PAGES |
|---|---|---|---|---|---|
| | | | | 1 | 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| 0002603 | | | |

6. ISSUED BY     CODE | W44XGQ    7. ADMINISTERED BY (If other than Item 6)     CODE | HTRW

District Engineer
Tulsa District, Corps of Engineers
1645 South 101st East Avenue
Tulsa, OK 74128-4609

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

Morrison Knudsen Corporation
10822 West Toller Drive
Littleton, CO 80127

| | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|
| [✓] | |
| | 9B. DATED (SEE ITEM 11) |
| | |
| | 10A.   MODIFICATION OF CONTRACTS/ORDER NO. |
| X | DACA56-94-D-0021/0026 |
| | 10B. DATED (SEE ITEM 13) |
| | 07/12/99 |

CODE       FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
96  20  X  8861.0000 B2 X 08 2412 076230 96162 3200 00355D.  IiNCREASE  $ 339,357.00

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| [✓] | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|---|
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:      CHANGES CLAUSE |
| | D. | OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor [ ] is not, [X] is required to sign this document and return ____2____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
**DEMOLITION AND SITE PREPARATION FOR INNER HARBOR NAVIGATION CANAL LOCK REPLACEMENT PROJECT, EAST BANK INDUSTRIAL AREA, NEW ORLEANS, LOUISIANA**

Task Order No. 26 is hereby modified as described on page 2

REVIEWED FOR LEGAL SUFFICIENCY
BY: _____

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| Stephen C. Roe, Program Manager | | F. ARLENE SMITH Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | 6/30/00 | BY (Signature of Contracting Officer) | |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

GAO AUDIT COPY

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

USAPPC V2.00

WGI000078

Standard Form 30 Continuation

1. This task order is revised from $ 339,577.00 to $ 678,934.00, an increase of $ 339,357.00.

2. This modification provides for the preparation of the work plans, subcontracting plans, and permits per attached scope of work dated 15 May 2000.

3. The revised monetary elements for TO No. 26 are summarized below:

| | TO 26 Incl Mods 1 | Mod 002602 | TO 26 Final Total |
|---|---|---|---|
| Cost | $ 314,424.00 | $ 314,219.00 | $ 628,643.00 |
| Base Fee | 25,153.00 | 25,138.00 | 50,291.00 |
| Award Fee | 0.00 | 0.00 | 0.00 |
| TOTALS | $339,577.00 | $ 339,357.00 | $678,934.00 |

4. The completion period of this task order is hereby extended to September 30, 2000.

5. All other terms and conditions of the task order shall remain unchanged.

DACA56-94-D-0021-0026          Mod No. 002603

WGI000079

## DISTRIBUTION SHEET -- TULSA TERC

**PROJECT No.:**    4423        **PROJECT NAME:**    **TULSA TERC**

**FILE No.:**   4423 - _0026 - 1.02_   .10        (Please fill in the blanks)
   *(Must include 0000/0001/002, etc.)*

**DOCUMENT DATE:**   10/23/00   **CATEGORY:** _____

**REFERENCE FILE NUMBERS:** _____

**ISSUED TO:**   _A. Smith_   **FROM:**   _S. Roe_

**TITLE/COMMENTS:**   _executed MOD 2604_

_____

_____

**DISTRIBUTION:**  ✓   **CIRCULATION:**  X       **DISKETTE INCLUDED** _____
**COVER SHEET ONLY**  •                              **VIRUS SCANNED** _____

**DISTRIBUTION:**

| | | |
|---|---|---|
| _____ C. Beck | _____ J. Law | _____ P. Staggs |
| _____ J. Blazek (MMG) | _____ R. Lewis | _____ D. Thompson |
| _____ C. Bossard | _____ E. McEntee | _____ B. Tupyi |
| _____ B. Casey | _____ D. McHugh | _____ S. Vader |
| _____ L. Chen | _____ D. Miller | _____ M. Winter |
| _____ Y. Deng | _____ K. Morrison | _____ S. Winterrowd |
| _____ P. Etienne | _____ J. Myers | _____ D. Yust |
| _____ B. Gomez | _____ D. O'Conner | |
| _____ K. Haug | _____ L. Ottonello | _____ A. Veigel/BHO |
| _____ R. Hickmon | _____ L. Powell | _____ R. Cooney |
| _____ B. Ingersoll | _____ S. Powell | |
| _____ J. Innis | _____ E. Romano | |
| _____ M. Jordan | _____ S. Roe | |
| _____ L. Key | _____ J. Siegel | _____ Tar Creek File |
| _____ S. Koenig | _____ J. Staggs | ✓ Document Control |

**CATEGORIES** Use only the category listed for the individual file number

| | | | | | |
|---|---|---|---|---|---|
| CF | Contract File | QAC | Both | TX | Telex-Fax |
| CN | Change Notices | RF | Reference File (Gov't provided mat.) | WBS | Work Breakdown Structure |
| CO | Correspondence | RFP | Request for Proposal | | |
| DW | Drawings | RFQ | Request for Quote | | |
| EQ | Equipment | RP | Report (MK Deliverables) | | |
| ES | Estimates | RQ | Requisitions | | |
| HS | Health & Safety | SC | Schedules | | |
| IOC | Interoffice Correspondence | SD | Shop Drawings | | |
| IT | Insurance/Taxes | SK | Sketches | | |
| IV | Invoice | SPE | Special | | |
| MN | Meeting Notes | ST | Standards | | |
| PO | Purchase Order | SU | Subcontract File | | |
| PR | Proposal/Bids | T | Transmittal (Incoming) | | |
| QA | Quality Assurance | TA | Transmittal (Outgoing) | | |
| QC | Quality Control | TC | Telecon | | |

4423dist.wpd

August 22, 2000

 **MORRISON KNUDSEN CORPORATION**

10822 WEST TOLLER DRIVE
LITTLETON, COLORADO U.S.A. 80127
PHONE: (303) 948-4000/FAX: (303) 948-4010

October 23, 2000

Ms. Arlene Smith
Contracting Officer
Department of the Army
Tulsa District, Corps of Engineers
1645 South 101ˢᵗ East Avenue
Tulsa, Oklahoma 74128-4609

Reference:     Tulsa TERC Contract No. DACA56-94-D-0021
              Task Order No. 26

Subject:      Modification No. 2604

Dear Ms. Smith:

Enclosed please find the executed Modification No. 2604 for Task Order No. 26 per your request.

If you have any questions, or need anything further, please do not hesitate to contact me.

Sincerely,

Stephen C. Roe
Program Manager

SCR/sek

Enclosure

**WGI000081**

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | | PAGE OF PAGES 1     2 |
|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. 0002604 | 3. EFFECTIVE DATE W44XGQ | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

| 6. ISSUED BY | CODE | W44XGQ | 7. ADMINISTERED BY (If other than Item 6) | CODE | HTRW |
|---|---|---|---|---|---|

6. ISSUED BY

District Engineer
Tulsa District, Corps of Engineers
1645 South 101st East Avenue
Tulsa, OK 74128-4609

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | | | |
|---|---|---|---|---|
| Morrison Knudsen Corporation 10822 West Toller Drive Littleton, CO 80127 | | [✓] | 9A. AMENDMENT OF SOLICITATION NO. | |
| | | | 9B. DATED (SEE ITEM 11) | |
| | | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. DACA56-94-D-0021/0026 | |
| CODE | FACILITY CODE | | 10B. DATED (SEE ITEM 13) 07/12/99 | |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) |
|---|
| 96 20 X 8861.0000 B2 X 08 2412 076230 96162 3200 00355D   $80,975.00 |

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| [✓] | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|---|
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:     CHANGES CLAUSE |
| | D. | OTHER (Specify type of modification and authority) |

| E. IMPORTANT: Contractor [ ] is not, [X] is required to sign this document and return     2     copies to the issuing office. |
|---|

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

DEMOLITION AND SITE PREPARATION FOR INNER HARBOR NAVIGATION CANAL LOCK REPLACEMENT PROJECT, EAST BANK INDUSTRIAL AREA, NEW ORLEANS, LOUISIANA

Task Order No. 26 is hereby modified as described on page 2

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Stephen C Rea, Program Manager | F. ARLENE SMITH Contracting Officer |
| 15B. CONTRACTOR/OFFEROR _Stephen C Rea_ (Signature of person authorized to sign) | 15C. DATE SIGNED 10/5/00 | 16B. UNITED STATES OF AMERICA BY _F. Arlene Smith_ (Signature of Contracting Officer) | 16C. DATE SIGNED 10 Oct 05 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

**GAO AUDIT COPY**

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

USAPPC V2.00

WGI000082

Standard Form 30 Continuation

1. This task order is revised from $ 678,934.00 to $759,909.00, an increase of $ 80,975.00.

2. This modification provides for a one month extension in the pre-construction activities at this site. Pending FY01 apportionment, we must reserve funds for you contract on a periodic basis. The amount reserved through 28 October 2000 is $ 80,975.00. After FY01 apportionment, we will advise in writing of the amount reserved for your contract for the entire fiscal year.

3. The revised monetary elements for TO No. 26 are summarized below:

|  | TO 26 Incl Mods 1-3 | Mod 002604 | TO 26 Final Total |
|---|---|---|---|
| Cost | $ 628,643.00 | $ 74,977.00 | $ 703,620.00 |
| Base Fee | 50,291.00 | 5,998.00 | 56,289.00 |
| Award Fee | 0.00 | 0.00 | 0.00 |
| TOTALS | $678,934.00 | $ 80,975.00 | $ 759,909.00 |

4. The completion period of this task order is hereby extended to 28 October 2000.

5. All other terms and conditions of the task order shall remain unchanged.

DACA56-94-D-0021-0026          Mod No. 002604

WGI000083

# DISTRIBUTION SHEET – TULSA TERC

| PROJECT No.: | 4423 | PROJECT NAME: | TULSA TERC |
|---|---|---|---|

**FILE No.:** _4423 - 0026 - 1.02_   (Please fill in the blanks)
 (Must include 0000/0001/002, etc.)

**DOCUMENT DATE:** _10/23/00_   **CATEGORY:** _____

**REFERENCE FILE NUMBERS:** _____

**ISSUED TO:** _S. Roe_   **FROM:** _A. Smith_

**TITLE/COMMENTS:** _Mod. 2604_

_____

_____

_____

| DISTRIBUTION: ✓ | CIRCULATION: X | |
|---|---|---|
| COVER SHEET ONLY • | | DISKETTE INCLUDED |
| | | VIRUS SCANNED |

**DISTRIBUTION:**

| | | |
|---|---|---|
| _____ C. Beck | _____ J. Law | _____ P. Staggs |
| _____ J. Blazek (MMG) | _____ R. Lewis | _____ D. Thompson |
| _____ C. Bossard | _____ E. McEntee | _____ B. Tupyi |
| _____ B. Casey | ✓ D. McHugh | _____ S. Vader |
| _____ L. Chen | _____ D. Miller | _____ M. Winter |
| _____ Y. Deng | _____ K. Morrison | ✓ S. Winterrowd |
| _____ P. Etienne | _____ J. Myers | ✓ D. Yust |
| _____ B. Gomez | ✓ D. O'Conner | |
| _____ K. Haug | _____ L. Ottonello | |
| _____ R. Hickmon | _____ L. Powell | _____ A. Veigel/BHO |
| _____ B. Ingersoll | _____ S. Powell | _____ R. Cooney |
| _____ J. Innis | _____ E. Romano | |
| _____ M. Jordan | ✓ S. Roe | |
| _____ L. Key | _____ J. Siegel | _____ Tar Creek File |
| _____ S. Koenig | _____ J. Staggs | ✓ Document Control |

**CATEGORIES** Use only the category listed for the individual file number

| | | | | |
|---|---|---|---|---|
| CF | Contract File | QAC Both | TX | Telex-Fax |
| CN | Change Notices | RF Reference File (Gov't provided mat.) | WBS | Work Breakdown Structure |
| CO | Correspondence | RFP Request for Proposal | | |
| DW | Drawings | RFQ Request for Quote | | |
| EQ | Equipment | RP Report (MK Deliverables) | | |
| ES | Estimates | RQ Requisitions | | |
| HS | Health & Safety | SC Schedules | | |
| IOC | Interoffice Correspondence | SD Shop Drawings | | |
| IT | Insurance/Taxes | SK Sketches | | |
| IV | Invoice | SPE Special | | |
| MN | Meeting Notes | ST Standards | | |
| PO | Purchase Order | SU Subcontract File | | |
| PR | Proposal/Bids | T Transmittal (Incoming) | | |
| QA | Quality Assurance | TA Transmittal (Outgoing) | | |
| QC | Quality Control | TC Telecon | | |

4423dist.wpd

August 22, 2000

WGI000084



**DEPARTMENT OF ARMY**
CORPS OF ENGINEERS, TULSA DISTRICT
1645 SOUTH 101ST EAST AVENUE
TULSA, OKLAHOMA 74128-4609

OCT 1 8 2000

Contracting Division

Serial Letter No. CE-0021-26-008

Mr. Steven Roe, Program Manager
Morrison Knudson Corporation
10822 West Toller Drive
Littleton, CO  80127

Dear Mr. Roe:

This is in reference to our Total Environmental Restoration (TERC) Contract No. DACA56-94-D-0021, Task Order No. 0026 for Demolition and Site Preparation for Inner Harbor Navigation Canal Lock Replacement Project, East Bank Industrial Area, New Orleans, Louisiana.

The enclosed modification, No. 002604, provides a one-month extension (through 28 October 2000) in the pre-construction activities at this site.  Enclosed are two copies of this modification, the government's, (GAO Audit) copy and another for your files. This modification was previously faxed to you for signatures.

Please sign both copies, and return the Government's "GAO Audit" copy of this modification to this office, marked for the attention of the Environmental Restoration Support Section, HTRW Design Center.

Thank you for you efforts for the Corps of Engineers.

Sincerely,

*F. Arlene Smith*

**F. ARLENE SMITH**
Contracting Officer

Enclosure

CF:
CESWT-EC-EE (File)

WGI000085

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| | | 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|---|---|
| | | | 1   2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| 0002604 | | | |

| 6. ISSUED BY | CODE W44XGQ | 7. ADMINISTERED BY (If other than Item 6) | CODE HTRW |
|---|---|---|---|
| District Engineer<br>Tulsa District, Corps of Engineers<br>1645 South 101st East Avenue<br>Tulsa, OK 74128-4609 | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | [✓] | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|
| Morrison Knudsen Corporation<br>10822 West Toller Drive<br>Littleton, CO 80127 | | | |
| | | | 9B. DATED (SEE ITEM 11) |
| | | X | 10A. MODIFICATION OF CONTRACTS/ORDER NO.<br>DACA56-94-D-0021/0026 |
| CODE | FACILITY CODE | | 10B. DATED (SEE ITEM 13)<br>07/12/99 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended,   ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) |
|---|
| 96 20 X 8861.0000 B2 X 08 2412 076230 96162 3200 00355D   $80,975.00 |

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,<br>IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| [✓] | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|---|
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:          CHANGES CLAUSE |
| | D. | OTHER (Specify type of modification and authority) |

E. IMPORTANT:  Contractor   ☐ is not,   ☒ is required to sign this document and return   2   copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

**DEMOLITION AND SITE PREPARATION FOR INNER HARBOR NAVIGATION CANAL LOCK REPLACEMENT PROJECT, EAST BANK INDUSTRIAL AREA, NEW ORLEANS, LOUISIANA**

Task Order No. 26 is hereby modified as described on page 2

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Stephen C Rea, Program Manager | F. ARLENE SMITH<br>Contracting Officer |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| _Stephen C Rea (Signature of person authorized to sign)_ | 10/5/00 | BY _F. Arlene Smith (Signature of Contracting Officer)_ | 00 Oct 05 |

| NSN 7540-01-152-8070<br>PREVIOUS EDITION UNUSABLE | **CONTRACTOR'S COPY** 30-105 | STANDARD FORM 30 (REV. 10-83)<br>Prescribed by GSA<br>FAR (48 CFR) 53.243 | USAPPC V2.00 |

WGI000086

Standard Form 30 Continuation

1. This task order is revised from $ 678,934.00 to $759,909.00, an increase of $ 80,975.00.

2. This modification provides for a one month extension in the pre-construction activities at this site. Pending FY01 apportionment, we must reserve funds for you contract on a periodic basis. The amount reserved through 28 October 2000 is $ 80,975.00. After FY01 apportionment, we will advise in writing of the amount reserved for your contract for the entire fiscal year.

3. The revised monetary elements for TO No. 26 are summarized below:

|  | TO 26 Incl Mods 1-3 | Mod 002604 | TO 26 Final Total |
|---|---|---|---|
| Cost | $ 628,643.00 | $ 74,977.00 | $ 703,620.00 |
| Base Fee | 50,291.00 | 5,998.00 | 56,289.00 |
| Award Fee | 0.00 | 0.00 | 0.00 |
| TOTALS | $678,934.00 | $ 80,975.00 | $ 759,909.00 |

4. The completion period of this task order is hereby extended to 28 October 2000.

5. All other terms and conditions of the task order shall remain unchanged.

DACA56-94-D-0021-0026          Mod No. 002604

WGI000087