# DISTRIBUTION SHEET – TULSA TERC

| PROJECT No.: | 4423 | PROJECT NAME: | TULSA TERC |
|---|---|---|---|

**FILE No.:** 4423-0026-1.02
(Must include 0000/0001/002, etc.)          (Please fill in the blanks)

**DOCUMENT DATE:** 11/8/00          **CATEGORY:**

**REFERENCE FILE NUMBERS:**

**ISSUED TO:** S. Roe          **FROM:** John Westfell

**TITLE/COMMENTS:** Mod # _____ 5605

---

**DISTRIBUTION:** ✓          **CIRCULATION:** X          **DISKETTE INCLUDED**
**COVER SHEET ONLY** •                                        **VIRUS SCANNED**

**DISTRIBUTION:**

| | | |
|---|---|---|
| ___ K. Bartholemew | ___ R. Lewis | ___ D. Thompson |
| ___ C. Beck | ___ E. McEntee | ✓ S. Winterrowd |
| ✓ M. Bradshaw | ✓ D. McHugh | ✓ D. Yust |
| ___ B. Casey | ___ D. Miller | |
| ___ P. Etienne | ___ K. Morrison | ___ J. Law |
| ___ B. Gomez | ✓ D. O'Conner | ___ S. Vader/BHO |
| ___ L. Hance | ___ B. Pacheco | ___ A. Veigel/BHO |
| ___ K. Haug | ___ J. Pionessa | ___ R. Cooney |
| ___ S. Hughes | ___ L. Powell | ✓ P. Stasse |
| ___ J. Innis | ___ S. Powell | ✓ S. Crow |
| ___ G. Johnson | ✓ S. Roe | ✓ S. Alvey |
| ___ L. Key | ___ J. Siegel | ✓ Tar Creek File |
| ___ S. Koenig | ___ K. Siegert | ✓ Document Control |

---

**CATEGORIES** Use only the category listed for the individual file number

| | | | | |
|---|---|---|---|---|
| CF | Contract File | | RF | Reference File (Gov't provided mat.) |
| CN | Change Notices | | RFP | Request for Proposal |
| CO | Correspondence | | RFQ | Request for Quote |
| DW | Drawings | | RP | Report (MK Deliverable) |
| EQ | Equipment | | RQ | Requisitions |
| ES | Estimates | | SC | Schedules |
| HS | Health & Safety | | SD | Shop Drawing |
| IOC | Interoffice Correspondence | | SK | Sketches |
| IT | Insurance/Taxes | | SPE | Special |
| IV | Invoice | | ST | Standards |
| MN | Meeting Notes | | SU | Subcontract File |
| PO | Purchase Order | | T | Transmittal (Incoming) |
| PR | Proposal/Bids | | TA | Transmittal (Outgoing) |
| QA | Quality Assurance | | TC | Telecon |
| QC | Quality Control | | TX | Telex-Fax |
| QAC | Both | | WBS | Work Breakdown Structure |

4423dist.wpd

March 21, 2000

RECEIVED NOV 1 6 2000 MORRISON KNUDSEN ENGINEERS DOCUMENT CONTROL

WGI000088



**DEPARTMENT OF THE ARMY**
U.S. ARMY, CORPS OF ENGINEERS, TULSA DISTRICT
1645 SOUTH 101ST EAST AVENUE
TULSA, OKLAHOMA 74128-4609

NOVEMBER 8 2000

Contracting Division

Mr. Steve Roe
Morrison Knudsen Corporation
10822 West Toller Drive
Littleton, CO 80127

Dear Mr. Roe:

This concerns Indefinite Delivery Type Contract No. DACA56-94-D-0021 for Total Environmental Restoration Contract (TERC), and Modification No. 002605 that was faxed to your office for signature before award.

Enclosed are two hard copies of Modification No. 002605, along with a copy of the faxed order. Please sign both the GAO Audit Copy and the Contractor's Copy, but return only the GAO Audit Copy to this office, marked for the attention of the Contracting Division. <u>Be sure to sign and date the order the same as shown on the faxed copy.</u>

Sincerely,

JOHN M. WEATHERLY, JR.
Contracting Officer

Enclosures

WGI000089

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|---|
| | S | 1   3 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.(If applicable) |
|---|---|---|---|
| 05 | 26-Oct-2000 | W44XGQ91891000 | |

| 6. ISSUED BY                    CODE | M5P0400 | 7. ADMINISTERED BY (If other than item 6)    CODE | M5L1LD0 |
|---|---|---|---|
| CONTR DIV, MILITARY/HTRW BR<br>USAED TULSA 1645 S. 101 EAST AVENUE<br><br>TULSA, OK 74128-4609 | | E&C DIV, ER SUPPORT SECTION<br>USAED TULSA 1645 S. 101 EAST AVENUE<br><br>TULSA, OK 74128-4609 | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code) | | |
|---|---|---|
| MORRISON KNUDSEN CORPORATION<br>STEVE ROE<br>10822 WEST TOLLER DRIVE<br>LITTLETON CO 80127 | | |

| | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|
| | 9B. DATED (SEE ITEM 11) |
| X | 10A. MOD. OF CONTRACT/ORDER NO.<br>DACA56-94-D-0021-0026 |
| X | 10B. DATED (SEE ITEM 13)<br>12-Jul-1999 |

| CODE   Omb33 | FACILITY CODE |
|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

| The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer | ☐ is extended, | ☐ is not extended. |
|---|---|---|

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the document; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN THE REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

## 12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
### IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | A.THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B.THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| X | C.THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:<br>Changes Clause |
| | D.OTHER (Specify type of modification and authority) |

| E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return __2__ copies to the issuing office. |
|---|

## 14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

DEMOLITION AND SITE PREPARATION FOR INNER HARBOR NAVIGATION CANAL LOCK REPLACEMENT PROJECT, EAST BANK INDUSTRIAL AREA, NEW ORLEANS, LOUISIANA

THE TASK ORDER IS HEREBY MODIFIED IN ACCORDANCE WITH THE ATTACHED SUMMARY OF CHANGES

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Stephen C. Roe, Program Manager | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| _(Signature of person authorized to sign)_ | 10/27/00 | BY _(Signature of Contracting Officer)_ | 10/27/00 |

| EXCEPTION TO SF 30 | 30-105-04 | STANDARD FORM 30 (Rev. 10-83) |
|---|---|---|
| APPROVED BY OIRM 11-84 | | Prescribed by GSA<br>FAR (48 CFR) 53.243 |

CONTRACTOR'S COPY

WGI000090

SECTION  SF 30 BLOCK 14 CONTINUATION PAGE

1.0  Task Order No. 0026 is hereby modified in accordance with the attached Scope of Work dated 28 August 2000, your revised proposal dated 24 October 2000, and the terms and conditions of your contract. This modification provides for the award of Task 1, Mobilization; Task 2, Site Assessment; Task 15, Demobilization; and Task 16, Closeout.

2.0  This task order is revised from $759,909.00 to $2,119,562.00, an increase of $1,359,653.00.The costs associated with this effort as follows:

| EST COSTS: | TASK ORDER NO. 0026 THRU 002604 | MODIFICATION NO. 002605 | TOTAL |
|---|---|---|---|
| BASE/FIXED FEE: | $ 703,620.00 | $ 1,265,987.00 | $ 1,969,607.00 |
| AWARD FEE: | 56,289.00 | 23,416.00 | 79,705.00 |
| TOTAL: | -0- | 70,250.00 | 70,250.00 |
| | $ 759,909.00 | $ 1,359,653.00 | $ 2,119,562.00 |

3.0  The completion period of this task order is hereby extended to 31 October 2002.

4.0  Wage Decision No. LA000012, dated 08/18/2000, Heavy Construction, is applicable to construction portion of this task order including, but not limited to, abatement, demolition, trenching, excavation, and final site grading and any other construction activities.

4.1  Wage Decision No. LA000051, Dredging Construction, dated 02/11/2000, is applicable to the dredging portion of this task order.

4.2  Wage Determination 94-2233 (Rev. 11) is applicable to service work performed in Orleans County, Louisiana, to include, but is not limited to security, janitorial, site assessments, surveying, sampling, testing, analysis, any clerical , administrative, reporting requirements, and any other service activities required under this task order.

4.3  Wage Determinations 94-2081 (Rev. 10) is applicable to all Service work performed at the Contractor's office in Jefferson County, Colorado, to include all required clerical, administrative, and reporting requirements.

4.4  The wage decision applicable to the work performed is to be noted on the payment records and payrolls submitted for the construction portion of this task order.

5.0  FAR Clause 52.236-7 entitled "Permits and Responsibilities" (Nov 1991) is hereby incorporated into this task order.  It read as follows:

*The contractor shall, without additional expense to the Government, be responsible for obtaining any necessary licenses and permits and for complying with any Federal, State, and municipal laws, codes, and regulations applicable to the performance of the work.  The*



WGI000091

DACA56-94-D-0021
002605
Page 3 of 3

*Contractor shall also be responsible for all damages to persons or property that occur as a result of the Contractor's fault or negligence. The Contractor shall also be responsible for all materials delivered and work performed until completion and acceptance of the entire work, except for any completed unit or work which may have been accepted under the contract.*

6.0  All other terms and conditions of the task order shall remain unchanged.

7.0  ACCOUNTING AND APPROPRIATION DATA:
     96 20 X 8861.0000 B2 X 2412 076230 96162 3200 003550  $1,359,653.00.

WGI000092



# STATEMENT OF WORK
## FOR
## PROJECT SITE DEVELOPMENT
## AND REMEDIAL ACTION
## OF
## EAST BANK INDUSTRIAL AREA (EBIA)
## INNER HARBOR NAVIGATION CANAL (IHNC)
## LOCK REPLACEMENT PROJECT
### NEW ORLEANS, LOUISIANA

Contract Number DACA56-94-D-0021
WGI/MK Task Order 0026
Modification 002604

28 Aug 00

1. <u>General</u>. The Contractor shall furnish all services, materials, supplies, labor, equipment, superintendence, procurement, security services, surveying services, subcontracting, all necessary permits, licenses, laboratory services and travel, as required, for the project site development and remedial action of the IHNC East Bank Industrial Area in accordance with the USACE-approved "Recommendation Report for Demolition and Site Preparation Activities", Work Plans, LDEQ RECAP requirements, etc. Interagency partners involved in this project consists of the US Army Corps of Engineers Tulsa District, US Army Corps of Engineers New Orleans District, Washington Group International, Inc.(formerly Morrison Knudsen Corporation), Materials Management Group and the Louisiana Department of Environmental Quality (LDEQ).

2. <u>Site History</u>. The East Bank Industrial Area consists of inactive and active industrial sites leased to private operators by the Port of New Orleans on the east side of the IHNC along Surekote Road. Specific sites include: Boland Marine, McDonough Marine, Indian Towing, Distributor's Oil, Mayer Yacht, Saucer Marine, and International Tank Terminal. All of these sites have been vacated by Port tenants. The project property will be purchased by USACE through negotiations with the Port. The 32-acre project site includes approximately 50 above-ground buildings, 35 additional concrete slabs, 10 abandoned barges, wharves, bulkheads, fencing, paved areas, trash piles, above ground storage tanks(ASTs), underground storage tanks(USTs), transformer units, miscellaneous equipment, and debris. Previous investigations have shown lead-based paint, asbestos,

and PCBs in the above-ground structures, creosote-treated timbers along the wharves and bulkheads, and soil contaminated with products and wastes utilized by the marine service industry including oil, petroleum fuel, arsenic, and lead associated with sand blasting. Other unknown debris and contaminants may exist at the site. TERC Task Order 0026 was awarded by USACE Tulsa and New Orleans Districts to Morrison Knudsen on 12 Jul 99 to perform a demolition and site preparation recommendations report for the IHNC East Bank Industrial Area. The task order scope was modified via modification 002601 on 23 Nov 99 to perform an arsenic background investigation for the IHNC Replacement Project. After review and comments by USACE and LDEQ, the field work scope of work consisting of quantity and depths of borings was modified via modification 02602 17 May 00. Modification 02603 was awarded 5 Jul 00 to WGI/MK for the Development of Work Plans and Subcontracting Plan/Services.

3. **Project Requirements Packages.** The following definable packages have been identified and consolidated from the Recommendation Report and shall be estimated and priced separately with estimated durations to complete each one in the Contractor's proposal. USACE's negotiation and award of a portion of the packages or the total amount will be contingent upon the following factors: (1) the availability of right-of-way to USACE from the Port of New Orleans and; (2) the available civil works funding constraints per fiscal year.

3.1 **Mobilization and Site Infrastructure.**

    3.1.1  Mobilization. The Contractor shall mobilize all necessary equipment, materials, etc. via the designated vehicular access route of Interstate 10, Poland Ave/Alvar Street, Florida Avenue and Surekote Road and via navigable waterways leading to the IHNC.

    3.1.2  Project Office Area. The Contractor shall furnish and construct the Project Office Area located at the entrance to Surekote Road (on the right) with 1 USACE trailer of 12' x 60' (720 SF) minimum dimensions that will accommodate 3 full-time employees with 3 separate office areas, a conference room table that will seat 6 people, four (4) four-drawer file cabinets, two (2) Contractor-furnished desktop computer systems with Microsoft Windows 98, Microsoft Office 2000, 17-inch color monitors and color bubble-jet printers. The computers shall meet the following minimum requirements: Pentium III 700 MHz processor, 128 Mb SDRAM, 13.0 GB hard drive, one 3-1/2 inch floppy disk drive, one Microsoft mouse, a 24X CD-ROM drive and an internal fax/modem (V.90 56k U.S. Robotics or equal) linked via telephone line interface (TLI) module. The Contractor shall bear all costs for preventative and corrective maintenance to the computer hardware and software throughout the contract period. If the computer equipment requires repair, the repair shall be completed within five (5) business days or less. Provide four(4) Corps telephone/data lines as follows: voice(1), computer(2) and fax(1) services. Also, provide an internet service provider(ISP) for 2 computers systems for the duration of the field work. WGI/MK and subcontractor project

office area will be fully developed with 1 or more trailers, Conex boxes, crushed limestone parking areas and laydown areas. Key WGI/MK and subcontractor personnel will have full telephone, cellular, radio or pager capabilities. WGI/MK shall also provide cellular phones and service for 2 USACE personnel for the duration of the field work. Full temporary utility systems for project office area will be set-up for water, sewer, electricity, HVAC, telephone, garbage, fire protection, etc.

3.1.3 <u>Security Services</u>. WGI/MK shall procure and provide professional security guard services for 24-hours/day and 7-days/week for the duration of the field work. Two guards shall be provided at night and 1 guard per day shift.

3.1.4 <u>Fencing</u>. The entire 32-acre site boundary shall be fenced on three sides with a permanent 8' chain-link fencing with 3-strand barbed wire on brackets facing outward with double swing gates at Surekote Road entrance. The Contractor shall provide and maintain on the fence "KEEP OUT, U.S. GOVERNMENT PROPERTY" signs every 100-feet facing outward from the work site. The permanent fencing shall be placed immediately adjacent to and on the protected side of the Jourdan Avenue floodwall and the posts shall be set in concrete. The Project Office Area will also be temporarily perimeter fenced with a 6-foot chain-link fencing system with 3-strand barbed wire on brackets facing outward and swing gates to protect Government and Contractor property, equipment, supplies and vehicles.

3.1.5 <u>USACE Project Sign</u>. Prior to commencement of work, the Contractor shall construct a project sign at the site of the work at a location directed by the COR. The sign, which will identify the work with the Corps of Engineers shall be 4 feet by 6 feet in size and shall conform to the requirements of the PROJECT SIGN drawing attached at the end of this SOW. The lettering for the 2 feet by 4 feet section of the sign with the Corps logo shall be white, all other lettering shall be black. Lettering for the project name shall be Helvetica Bold, all other lettering shall be Helvetica Regular. Upon completion of the field work, the sign shall become the property of the Contractor and shall be removed from the job site.

3.1.6 <u>USACE Safety Sign</u>. The Contractor shall furnish, erect, and maintain a safety sign at the site where indicated by the COR. The sign shall conform to the requirements of this paragraph and the drawing included at the end of this SOW. The lettering shall be black, the castle red, and the background white. Upon request, the Government will furnish decals of the engineer castle. The sign shall be erected as soon as practicable, but not later than 15 calendar days after the date established for commencement of work. The data required shall be kept current.

3.2 **Permits and Licenses**

    3.2.1  <u>RA Permits and Licenses</u>.  The Contractor shall concurrently develop, apply for and acquire from all appropriate agencies permits that will enable the Contractor to proceed with remedial action work on behalf of USACE.  Examples of activities requiring permits include the removal of a sewer lift station, utility connects/disconnects, Orleans Levee District permits, City of New Orleans permits, LPDES permits, LDEQ permits, etc.

3.3  Site Assessment and Surveying

3.4  Miscellaneous Abatement Operations

3.5  Above-Ground Structure Demolition

3.6  Surface Clean-up, Concrete Foundation and Onshore Foundation Piling Removal

3.7  Barge Removal and Disposal

3.8  Wharf and Offshore Piling Removal and Disposal

3.9  Site Investigation Sampling and Analysis

    3.9.1  <u>Laboratory</u>.  The Contractor HTRW laboratory(ies) shall meet USACE lab validation requirements and LDEQ state certification in accordance with "Interim Accreditation-Applied, Excepting Data".  USACE, New Orleans District's QA laboratory will be designated as Pace Analytical Services, Inc., St. Rose, LA.

3.10 Geophysical Survey

3.11 Grid Trenching

3.12 RECAP Soil Excavation, Remediation and Disposal

3.13 Canal Bank, Surekote Road Removal and Disposal

3.14 Clearance Sampling and Analysis

3.15 Final Site Grading and Restoration

3.16 Demobilization

3.17 Completion Report and Record Drawings

WGI000096

3.18 Task Order Close-out

4. **Project Changes**. Amendments, additions, or changes proposed by the Contractor as part of this task order shall be reviewed, annotated and approved by the Contracting Officer prior to field implementation. Requests for changes shall be submitted to the Contracting Officer or the Contracting Officer's Representative (COR) in the form of Contractor Information Requests (CIR). A standard form shall include the date of request, CIR sequence number, problem identification, explanation and nature of problem, resolutions, cost and schedule impacts, and recommendations. The form shall be signed by the Contractor's representative with space for a Government response. The work shall incorporate the requirements as discussed in any pre-proposal and site visit conference(s) and all data included in Government-furnished material.

5. **Project Schedule**. Duration is in calendar days.

| | | |
|---|---|---|
| 5.1 | WAD Setup | 7 days after T.O. Mod. award. |
| 5.2 | Pre-construction Meeting | 14 days after T.O. Mod. award. |
| 5.3 | Project Office and Site Infrastructure | Commence within 30 days after T.O. Mod. award. |
| 5.4 | Field Work | Commence 45 days after T.O. Mod. award. |
| 5.5 | Demobilization | 21 days after field work completion |
| 5.6 | Completion Report and Record Drawings | 45 days after field work completion |
| 5.7 | Close-Out | |

6. **Government-Furnished Information**. Numerous site documents, maps, information from Dames and Moore, Waldemar S. Nelson, USACE, New Orleans District, etc. has been previously provided to the Contractor by USACE, New Orleans District in hardcopy and electronic formats initially with the award of Task Order 0026 and modifications 02601 through 02603.

7. **Work Sequencing and General Performance**. The time for completion of the work shall be extended 730 calendar days from 30 Sep 00 to 30 Sep 02.

8. **Reports**. In addition to the reports required by the Basic Contract, the Contractor shall provide the following reports:

8.1 **Biweekly Progress Reports**. The Contractor shall submit biweekly progress reports that include project cost and project accomplishment for the period and cumulative accomplishment to the date of the report; material quantities; and forecast activities for the following period. The format for this report shall be discussed at the pre-construction meeting

WGI000097

**8.2 Monthly Cost Reports.** The Contractor shall continue submitting monthly cost reports to USACE, New Orleans District. The Contractor shall include in the cost reports all field and home office costs.

9. **Deliverables.**

9.1 Monthly Project Photographs. The Contractor shall take and submit a minimum of 36 exposures (3-1/2" x 5" minimum size) of photographs per month for the duration of the RA field work. Two(2) copies of each photograph shall be submitted to USACE and each labeled with the view shown, object/building shown, date taken, etc.

9.2 Draft and Final RA Completion Reports and Record Drawings. The Contractor shall prepare, assemble and submit an original and 7 copies of a Draft and Final RA completion reports with detailed record drawings describing all aspects of work accomplished during the RA.

10. **Contractor Quality Control (CQC)**. The Contractor shall provide the assurance that required levels of quality are being achieved throughout all design and coordination work, including all work performed by subcontractors, laboratories, etc. and shall be conducted in accordance with a USACE-approved CQC Plan.

10.1 **Daily Reports.** The Contractor shall provide daily CQC reports to the on-site USACE Quality Assurance Representative (QAR). The Contractor shall complete a form that depicts sequential numbering for each day of the project and shall deliver the form to the COE QAR by 12:00 p.m. the following workday.

10.2 **Normal Reporting.** The Contractor shall develop, implement and document 3-phase inspection quality checks each day in the daily CQC report. The Contractor shall report all items in specific, quantitative and definitive terms.

10.3 **Reporting of Irregularities.** The Contractor shall notify the COR of accidents, equipment failure, customer concerns, non-availability of materials, etc. The Contractor shall provide verbal notification the same business day (notification shall be made to the QAR if the COR is unavailable). The Contractor shall report these events in writing in the daily CQC report.

11. **Points of Contact.** The USACE HTRW Construction Manager will be Mr. Lee Guillory, 504-862-2934 and the USACE CORs will be Messrs. Harvey Morgan; James Montegut III, Guillory; and Ostrander. Any questions concerning technical issues, contract administration, billing, and payment should be directed to Mr. Morgan and Mr. Montegut or Mr. Guillory in their absence. The Contracting Officer is Mr. John Weatherly, (918) 669-7281. All contract questions should be directed to Mr. Weatherly.

LDEQ POC:
Mr. William N. Perry
Louisiana Dept. of Environmental Quality
Remediation Services Division

WGI000098

P. O. Box 82178
Baton Rouge, LA 70884-2178
Phone: 225-765-0461
Fax: 225-765-0484
Email: williampu.deq.state.la.us

Direct all LDEQ correspondence regarding remediation issues in triplicate to (1 copy
directed to attention of Mr. Perry):
Keith L. Casanova, Administrator
LDEQ, Remediation Services Division
P. O. Box 82178
Baton Rouge, LA 70884-2178

12. **Distribution of Submittals**.

12.1 Copies of technical comments, submittals, monthly reports, etc. shall be mailed
to:

>  ATTN: Mr. Lee A. Guillory - CEMVN-CD-QM
>  USACE, New Orleans District
>  Post Office Box 60267
>  New Orleans, LA 70160-0267
>  Phone: 504-862-2934
>  Fax: 504-862-2896
>  Lee.A.Guillory@mvn02.usace.army.mil

>  The street address for FedEx mail is:

>  ATTN: Mr. Lee A. Guillory - CEMVN-CD-QM
>  USACE, New Orleans District
>  7400 Leake Avenue
>  New Orleans, LA 70118

12.2 Subcontract Consent/Notification of Award packages shall be submitted as
follows:

>  Original to: (mail and FedEx)

>  U.S. Army Corps of Engineers, Tulsa District
>  ATTN: Mr. John Weatherly - CESWT-CT-M
>  1645 S. 101st E. Ave.
>  Tulsa, OK 74128-4609

>  Copy to: Messrs. Morgan, Montegut and Guillory

12.3 Cost schedule reports will be submitted as follows:

WGI000099

Original to Mr. Montegut
Copy to Mr. Guillory
Copy to Mr. Weatherly
Copy to Mr. Rex Ostrander, same address as Mr. Weatherly, except CESWT-EC-E

12.4 Vouchers will be submitted as follows:

Original SF1034, SF1035, certification and highlighted back-up data FedExed to Mr. Montegut. Copy to Mr. Guillory.

12.5 WAD, WBS, travel and overtime requests shall be mailed or faxed to Mr. Montegut or Mr. Guillory.

12.6 Percent complete reports for Fixed/Base Fee/Award Fee (all T.O.s)

Original to Mr. Ostrander
Copy to Mr. Guillory and Mr. Montegut

12.7 Form 743R, Monthly Exposure Reports to Mr. Guillory.

13. **Project Close-out**. Within three (3) days after substantial completion of the work, the Contractor shall conduct a walk-through with the COR. The COR will prepare a punch-list of items that the Contractor is responsible for correcting within five (5) days of receiving the punch-list.

14. **General Provisions**. See Contract DACA 56-94-D-0021.

**WGI000100**

# DISTRIBUTION SHEET – TULSA TERC

| PROJECT No.: | 4423 | PROJECT NAME: | TULSA TERC |
|---|---|---|---|

**FILE No.:** 4423 - 0026 - 122 . 015 _____ (Please fill in the blanks)
(Must include 0000/0001/002, etc.)

**DOCUMENT DATE:** 12/12/00 _____ **CATEGORY:** _____

**REFERENCE FILE NUMBERS:** _____

**ISSUED TO:** S. Roe _____ **FROM:** R. Helvick

**TITLE/COMMENTS:** Mod. 26-06 _____

---

**DISTRIBUTION:** ✓       **CIRCULATION:** X       **DISKETTE INCLUDED** _____
**COVER SHEET ONLY** •                                **VIRUS SCANNED** _____

## DISTRIBUTION:

| | | |
|---|---|---|
| _____ C. Beck | _____ L. Key | ✓ P. Staggs |
| _____ E. Bielecki | _____ S. Koenig | _____ D. Thompson |
| _____ J. Blazek (MMG) | _____ J. Law | _____ B. Tupyi |
| _____ C. Bossard | _____ E. McEntee | _____ S. Vader |
| _____ B. Casey | _____ D. McHugh | _____ K. Wakeman |
| _____ L. Chen | _____ D. Miller | _____ M. Winter |
| ✓ S. Crow | _____ K. Morrison | ✓ S. Winterrowd |
| _____ Y. Deng | _____ J. Myers | ✓ D. Yust |
| _____ P. Etienne | ✓ D. O'Conner | _____ A. Veigel/BHO |
| _____ K. Friesen | _____ L. Ottonello | _____ R. Cooney |
| _____ B. Gomez | _____ L. Powell | ✓ S. Alirez |
| _____ K. Haug | _____ S. Powell | ✓ M. Buldham |
| _____ R. Hickmon | _____ E. Romano | |
| _____ B. Ingersoll | ✓ S. Roe | _____ Tar Creek File |
| _____ J. Innis | _____ J. Siegel | ✓ Document Control |
| _____ M. Jordan | _____ J. Staggs | ✓ IHNC file |

---

**CATEGORIES** Use only the category listed for the individual file number

| | | | | | | |
|---|---|---|---|---|---|---|
| CF | Contract File | QA | Quality Assurance | SU | Subcontract File |
| CN | Change Notices | QC | Quality Control | TX | Transmittal (Incoming) |
| CO | Correspondence | QAC | Both | | Telex-Fax (Outgoing) |
| DW | Drawings | RF | Reference File (Gov't provided mat.) | WBS | Work Breakdown Structure |
| EQ | Equipment | RFP | Request for Proposal | | |
| ES | Estimates | RFQ | Request for Quote | | |
| HS | Health & Safety | RP | Report (MK Deliverables) | | |
| IOC | Interoffice Correspondence | RQ | Requisitions | | |
| IT | Insurance/Taxes | SC | Schedules | | |
| IV | Invoice | SD | Shop Drawings | | |
| MN | Meeting Notes | SK | Sketches | | |
| PO | Purchase Order | SPE | Special | | |
| PR | Proposal/Bids | ST | Standards | | |

RECEIVED
JAN 0 4 2001

MORRISON-KNUDSEN ENGINEERS
DOCUMENT CONTROL

WGI000101



**DEPARTMENT OF THE ARMY**
U.S. ARMY, CORPS OF ENGINEERS, TULSA DISTRICT
1645 SOUTH 101ST EAST AVENUE
TULSA, OKLAHOMA 74128-4609

Contracting Division        DECEMBER 12 2000

Mr. Steve Roe
Morrison Knudsen Corporation
10822 West Toller Drive
Littleton, CO  80127

Gentlemen:

This concerns your Indefinite Delivery Type Contract No.
DACA56-94-D-0021 for Total Environmental Restoration Contract
(TERC), and Modification No. 002606 that was faxed to your office
for signature before award.

Enclosed are two hard copies of Modification No. 002606,
along with a copy of the faxed order.  Please sign both the GAO
Audit Copy and the Contractor's Copy, but return only the GAO
Audit Copy to my office, marked for the attention of the
Contracting Division.  Be sure to sign and date the order the
same as shown on the faxed copy.

The Contractor's Copies are for your retention.

Sincerely,

R. L. HEDRICK
Chief, Contracting Division
Contracting Officer

Enclosure

WGI000102



**DEPARTMENT OF THE ARMY**
U.S. ARMY, CORPS OF ENGINEERS, TULSA DISTRICT
1645 SOUTH 101ST EAST AVENUE
TULSA, OKLAHOMA 74128-4609

DECEMBER 12 2000

Contracting Division

Morrison Knudsen Corporation
10822 West Toller Drive
Littleton, CO  80127

Gentlemen:

This concerns Indefinite Delivery Type Contract No. DACA56-94-D-0021 for Total Environmental Restoration Contract (TERC).

The enclosed Modification No. 002606 modifies Task Order No. 0026, Demolition and Site Preparation for Inner Harbor Navigation Canal Lock Replacement Project, East Bank Industrial Area, New Orleans, Louisiana, in accordance with the attached Scope of Work.  Task Order No. 0026 is increased by $1,906,103.

Please sign both the GAO Audit Copy and the Contractor=s Copy of the modification and return them to my office, marked for the attention of the Contracting Division.  The Contractor=s Copy will be returned to you after signature by the Contracting Officer.

Sincerely,

F. Arlene Smith

Enclosures

F. ARLENE SMITH
Contracting Officer

WGI000103

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | 1. CONTRACT ID CODE S | PAGE OF PAGES |
|---|---|---|---|
| | | | 1 \| 2 |

| 2. AMENDMENT/MODIFICATION NO. 06 | 3. EFFECTIVE DATE 01-Dec-2000 | 4. REQUISITION/PURCHASE REQ. NO. W44XGQ91891000 | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

| 6. ISSUED BY CODE M5P0400 | 7. ADMINISTERED BY (If other than item 6) CODE M5L1LD0 |
|---|---|
| CONTR DIV, MILITARY/HTRW BR<br>USAED TULSA 1645 S. 101 EAST AVENUE<br><br>TULSA, OK 74128-4609 | E&C DIV, ER SUPPORT SECTION<br>USAED TULSA 1645 S. 101 EAST AVENUE<br><br>TULSA, OK 74128-4609 |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code) | | |
|---|---|---|
| MORRISON KNUDSEN CORPORATION<br>STEVE ROE<br>10822 WEST TOLLER DRIVE<br>LITTLETON CO 80127 | | 9A. AMENDMENT OF SOLICITATION NO. |
| | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MOD. OF CONTRACT/ORDER NO. DACA56-94-D-0021-0026 |
| CODE  0mk33 | FACILITY CODE | 10B. DATED (SEE ITEM 13) X    12-Jul-1999 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer    ☐ is extended,    ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the document; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN THE REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) |
|---|
| See Schedule |

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: Changes |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:  Contractor  ☐ is not,  ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

DEMOLITION AND SITE PREPARATION FOR INNER HARBOR NAVIGATION CANAL LOCK REPLACEMENT PROJECT, EAST BANK INDUSTRIAL AREA, NEW ORLEANS, LOUISIANA

THE TASK ORDER IS HEREBY MODIFIED IN ACCORDANCE WITH THE ATTACHED SUMMARY OF CHANGES

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print)<br>Stephen C. Roe | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>RICKY L HEDRICK / |
|---|---|
| 15B. CONTRACTOR/OFFEROR<br>_Stephen C Roe_<br>(Signature of person authorized to sign) | 15C. DATE SIGNED<br>12/1/00 | 16B. UNITED STATES OF AMERICA<br>BY _R J Hedrick_<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br><br>01-Dec-2000 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

WGI000104

Page 2 of 2
DACA56-94-D-0021

1.0   Task Order No. 0026 is hereby modified to award Task 3 for $123,307, Task 4, for $1,757,231 and additional funding for Task 1 for $25,565 (estimated cost only – no change in fee).  This work will be accomplished in accordance with the Scope of Work dated 28 August 2000, your revised proposal dated 24 October 2000, your verification of costs for the work to be awarded by this modification dated 30 November 2000, Contractor Information Request dated 1 November 2000 and approved 17 November 2000, and the terms and conditions of your contract.

2.0 This task order is revised from $2,131,661 to $4,037,764, an increase of $1,906,103.  The costs associated with this effort are as follows:

|  | TASK ORDER NO. 0026 THRU 002604 | MODIFICATION NO. 002606 | TOTAL |
|---|---|---|---|
| EST COSTS: | $1,973,760.00 | $1,766,805.00 | $3,740,565.00 |
| FIXED FEE: | 56,289.00 | -0- | 56,289.00 |
| BASE FEE: | 25,403.00 | 34,824.00 | 60,227.00 |
| AWARD FEE: | 76,209.00 | 104,474.00 | 180,683.00 |
| TOTAL: | $2,131,661.00 | $1,906,103.00 | $4,037,764.00 |

3.0 The completion period of 31 October 2002 for this task order remains unchanged.

4.0 All other terms and conditions of the task order shall remain unchanged.

5.0 ACCOUNTING AND APPROPRIATION DATA:
     96 20 X 8861.0000 B2 X 08 2412 076230 96162 3200 00355D  $1,906,103.00

Task Order  002606

WGI000105

## DISTRIBUTION SHEET -- TULSA TERC

| PROJECT No.: | 4423 | PROJECT NAME: | TULSA TERC |
|---|---|---|---|

FILE No.: 4423 - *0026 - 1.02.014* _____ (Please fill in the blanks)
(Must include 0000/0001/002, etc.)

DOCUMENT DATE: *12/13/00* _____ CATEGORY: _____

REFERENCE FILE NUMBERS: _____

ISSUED TO: *G. Smith* FROM: *J. Roe*

TITLE/COMMENTS: *executed MOD 2602*
_____
_____
_____

DISTRIBUTION: ✓     CIRCULATION: X     DISKETTE INCLUDED
COVER SHEET ONLY •                      VIRUS SCANNED _____

**DISTRIBUTION:**

| | | |
|---|---|---|
| ___ K. Bartholemew | ___ R. Lewis | ___ D. Thompson |
| ___ C. Beck | ___ E. McEntee | ___ S. Winterrowd |
| ___ M. Bradshaw | ___ D. McHugh | ___ D. Yust |
| ___ B. Casey | ___ D. Miller | |
| ___ P. Etienne | ___ K. Morrison | ___ J. Law |
| ___ B. Gomez | ___ D. O'Conner | ___ S. Vader/BHO |
| ___ L. Hance | ___ B. Pacheco | ___ A. Veigel/BHO |
| ___ K. Haug | ___ J. Pionessa | ___ R. Cooney |
| ___ S. Hughes | ___ L. Powell | |
| ___ J. Innis | ___ S. Powell | |
| ___ G. Johnson | ___ S. Roe | |
| ___ L. Key | ___ J. Siegel | ___ Tar Creek File |
| ___ S. Koenig | ___ K. Siegert | ✓ Document Control |

**CATEGORIES** Use only the category listed for the individual file number

| | | | | |
|---|---|---|---|---|
| CF | Contract File | RF | Reference File (Gov't provided mat.) |
| CN | Change Notices | RFP | Request for Proposal |
| CO | Correspondence | RFQ | Request for Quote |
| DW | Drawings | RP | Report (MK Deliverable) |
| EQ | Equipment | RQ | Requisitions |
| ES | Estimates | SC | Schedules |
| HS | Health & Safety | SD | Shop Drawings |
| IOC | Interoffice Correspondence | SK | Sketches |
| IT | Insurance/Taxes | SPE | Special |
| IV | Invoice | ST | Standards |
| MN | Meeting Notes | SU | Subcontract File |
| PO | Purchase Order | T | Transmittal (Incoming) |
| PR | Proposal/Bids | TA | Transmittal (Outgoing) |
| QA | Quality Assurance | TC | Telecon |
| QC | Quality Control | TX | Telex-Fax |
| QAC | Both | WBS | Work Breakdown Structure |

4423dist.wpd

RECEIVED
DEC 1 3 2000
MORRISON-KNUDSEN ENGINEERS
DOCUMENT CONTROL

March 21, 2000

WGI000106



**MORRISON KNUDSEN CORPORATION**

10822 WEST TOLLER DRIVE
LITTLETON, COLORADO U.S.A. 80127
PHONE: (303) 948-4000/FAX: (303) 948-4010

December 13, 2000

Ms. Arlene Smith
Contracting Officer
Department of the Army
Tulsa District, Corps of Engineers
1645 South 101ˢᵗ East Avenue
Tulsa, Oklahoma 74128-4609

Reference:    Tulsa TERC Contract No. DACA56-94-D-0021
              Task Order No. 26

Subject:      Modification No. 2606

Dear Ms. Smith:

Enclosed please find the executed Modification No. 2606 for Task Order No. 26 per your request.

If you have any questions, or need anything further, please do not hesitate to contact me.

Sincerely,

Stephen C. Roe
Program Manager

SCR/sek

Enclosure

WGI000107

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | 1. CONTRACT ID CODE<br>S | PAGE OF PAGES |
|---|---|---|
| | | 1 · 2 |

| 2. AMENDMENT/MODIFICATION NO.<br>06 | 3. EFFECTIVE DATE<br>01-Dec-2000 | 4. REQUISITION/PURCHASE REQ. NO.<br>W44XGG91891000 | 5. PROJECT NO.(If applicable) |
|---|---|---|---|

| 6. ISSUED BY                CODE M5P0400 | 7. ADMINISTERED BY  (If other than item 6)                CODE M5L1LD0 |
|---|---|
| CONTR DIV, MILITARY/HTRW BR<br>USAED TULSA 1645 S. 101 EAST AVENUE<br><br>TULSA, OK 74128-4609 | E&C DIV, ER SUPPORT SECTION<br>USAED TULSA 1645 S. 101 EAST AVENUE<br><br>TULSA, OK 74128-4609 |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code) | | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| MORRISON KNUDSEN CORPORATION<br>STEVE ROE<br>10822 WEST TOLLER DRIVE<br>LITTLETON CO 80127 | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MOD. OF CONTRACT/ORDER NO.<br>DACA56-94-D-0021-0026 |
| CODE  0mb33 | FACILITY CODE | X | 10B. DATED  (SEE ITEM 13)<br>12-Jul-1999 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

| ☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer   ☐ is extended,   ☐ is not extended. |
|---|

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the document; (b) By acknowledging receipt of this amendment on each copy of the offer submitted;
or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE
RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN THE
REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter,
provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required)<br>See Schedule |
|---|

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE<br>CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying<br>office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:<br>Changes |
| | D. OTHER (Specify type of modification and authority) |

| E. IMPORTANT:  Contractor    ☐ is not,    ☐ is required to sign this document and return _____ copies to the issuing office. |
|---|

14. DESCRIPTION OF AMENDMENT/MODIFICATION  (Organized by UCF section headings, including solicitation/contract subject matter
    where feasible.)
DEMOLITION AND SITE PREPARATION FOR INNER HARBOR NAVIGATION CANAL LOCK REPLACEMENT PROJECT, EAST BANK INDUSTRIAL
AREA, NEW ORLEANS, LOUISIANA

THE TASK ORDER IS HEREBY MODIFIED IN ACCORDANCE WITH THE ATTACHED SUMMARY OF CHANGES

REVIEWED FOR LEGAL SUFFICIENCY

BY _____

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print)<br>Stephen C Roe | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>RICKY L HEDRICK / |
|---|---|
| 15B. CONTRACTOR/OFFEROR<br><br>_Stephen C Roe_<br>(Signature of person authorized to sign) | 15C. DATE SIGNED<br>12/1/00 | 16B. UNITED STATES OF AMERICA<br><br>BY _____<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>01-Dec-2000 |

| EXCEPTION TO SF 30<br>APPROVED BY OIRM 11-84 | 30-105-04 | STANDARD FORM 30 (Rev. 10-83)<br>Prescribed by GSA<br>FAR (48 CFR) 53.243 |
|---|---|---|

GAO AUDIT COPY

WGI000108

Page 2 of 2
DACA56-94-D-0021

1.0   Task Order No. 0026 is hereby modified to award Task 3 for $123,307, Task 4, for $1,757,231 and additional funding for Task 1 for $25,565 (estimated cost only – no change in fee). This work will be accomplished in accordance with the Scope of Work dated 28 August 2000, your revised proposal dated 24 October 2000, your verification of costs for the work to be awarded by this modification dated 30 November 2000, Contractor Information Request dated 1 November 2000 and approved 17 November 2000, and the terms and conditions of your contract.

2.0 This task order is revised from $2,131,661 to $4,037,764, an increase of $1,906,103. The costs associated with this effort are as follows:

|  | TASK ORDER NO. 0026 THRU 002604 | MODIFICATION NO. 002606 | TOTAL |
|---|---|---|---|
| EST COSTS: | $1,973,760.00 | $1,766,805.00 | $3,740,565.00 |
| FIXED FEE: | 56,289.00 | -0- | 56,289.00 |
| BASE FEE: | 25,403.00 | 34,824.00 | 60,227.00 |
| AWARD FEE: | 76,209.00 | 104,474.00 | 180,683.00 |
| TOTAL: | $2,131,661.00 | $1,906,103.00 | $4,037,764.00 |

3.0 The completion period of 31 October 2002 for this task order remains unchanged.

4.0 All other terms and conditions of the task order shall remain unchanged.

5.0 ACCOUNTING AND APPROPRIATION DATA:
     96 20 X 8861.0000 B2 X 08 2412 076230 96162 3200 00355D  $1,906,103.00

Task Order 002606

WGI000109

## DISTRIBUTION SHEET — TULSA TERC

| PROJECT No.: | 4423 | PROJECT NAME: | TULSA TERC |
|---|---|---|---|

**FILE No.:** 4423 - 0026 · 1.02 . 016 _____ (Please fill in the blanks)

(Must include 0000/0001/002, etc.)

**DOCUMENT DATE:** 3/22/01 _____ **CATEGORY:** _____

**REFERENCE FILE NUMBERS:** _____

**ISSUED TO:** S. Roe _____ **FROM:** J. Weatherly _____

**TITLE/COMMENTS:** Mon # 26.07 _____

_____

_____

| **DISTRIBUTION:** ✓ | **CIRCULATION:** X | **DISKETTE INCLUDED** _____ |
|---|---|---|
| **COVER SHEET ONLY** * | | **VIRUS SCANNED** _____ |

**DISTRIBUTION:**

| | | |
|---|---|---|
| _____ C. Beck | _____ R. Hickmon | ✓ S. Roe |
| _____ P. Bell | _____ B. Ingersoll | _____ J. Siegel |
| _____ E. Bielecki | _____ J. Innis | _____ J. Staggs |
| _____ J. Blazek (MMG) | _____ M. Jordan | ✓ P. Staggs |
| _____ C. Bossard | _____ L. Key | _____ B. Tupyi |
| _____ B. Buehler | _____ S. Koenig | _____ S. Vader |
| _____ B. Carlson | _____ J. Law | ✓ D. Vaughn |
| _____ B. Casey | _____ E. McEntee | _____ M. Winter |
| _____ L. Chen | _____ K. McFadden | ✓ S. Winterrowd |
| ✓ S. Crow | _____ D. Miller | ✓ D. Yust |
| _____ Y. Deng | ✓ D. O'Conner | _____ A. Veigel/BHO |
| _____ P. Etienne | _____ S. Oliveira | _____ R. Cooney |
| _____ K. Friesen | _____ R. Petty | ✓ S. Alven |
| ✓ M. Gibson | _____ L. Powell | ✓ M. Bradshaw |
| _____ B. Gomez | _____ S. Powell | |
| _____ K. Haug | _____ E. Romano | ✓ IHNC File |
| | | ✓ Document Control |

---

**CATEGORIES** Use only the category listed for the individual file number

| | | | | | | |
|---|---|---|---|---|---|---|
| CF | Contract File | PO | Purchase Order | SD | Shop Drawings | |
| CN | Change Notices | PR | Proposal/Bids | SK | Sketches | |
| CO | Correspondence | QA | Quality Assurance | SPE | | |
| DW | Drawings | QC | Quality Control | ST | | |
| EQ | Equipment | | QAC Both | SU | Subcontract File | |
| ES | Estimates | RF | Reference File (Gov't provided mat.) | T | Transmittal (Incoming) | |
| HS | Health & Safety | RFP | Request for Proposal | TA | Transmittal (Outgoing) | |
| IOC | Interoffice Correspondence | RFQ | Request for Quote | TC | Telecon | |
| IT | Insurance/Taxes | RP | Report (MK Deliverables) | TM | Technical Memorandum | |
| IV | Invoice | RQ | Requisitions | WBS | | |
| MN | Meeting Notes | SC | Schedules | | | |

4423/dist.wmf                                                                 March 22, 2001

RECEIVED

MAR 2__ 2001

MORRISON KNUDSEN ENGINEERS
DOCUMENT CONTROL



**DEPARTMENT OF THE ARMY**
U.S. ARMY, CORPS OF ENGINEERS, TULSA DISTRICT
1645 SOUTH 101ST EAST AVENUE
TULSA, OKLAHOMA 74128-4609

**MARCH   2 2 2001**

Contracting Division

Mr. Steve Roe
Morrison Knudsen Corporation
10822 West Toller Drive
Littleton, CO  80127

Gentlemen:

This concerns your Indefinite Delivery Type Contract No.
DACA56-94-D-0021 for Total Environmental Restoration Contract
(TERC), and Modification No. 002607 that was faxed to your office
for signature before award.

Enclosed are two hard copies of Modification No. 002607,
along with a copy of the faxed order.  Please sign both the GAO
Audit Copy and the Contractor's Copy, but return only the GAO
Audit Copy to my office, marked for the attention of the
Contracting Division.  <u>Be sure to sign and date the order the
same as shown on the faxed copy.</u>

The Contractor's Copies are for your retention.

Sincerely,

JOHN M. WEATHERLY, JR.
Contracting Officer

Enclosure

WGI000111



**DEPARTMENT OF THE ARMY**
U.S. ARMY, CORPS OF ENGINEERS, TULSA DISTRICT
1645 SOUTH 101ST EAST AVENUE
TULSA, OKLAHOMA 74128-4609

MARCH  2 2 2001

Contracting Division


Mr. Steve Roe
Morrison Knudsen Corporation
10822 West Toller Drive
Littleton, CO  80127

Dear Mr. Roe:

This concerns Indefinite Delivery Type Contract No. DACA56-94-D-0021 for Total Environmental Restoration Contract (TERC).

The enclosed Modification No. 002607 modifies Task Order No. 0026, Demolition and Site Preparation for Inner Harbor Navigation Canal Lock Replacement Project, East Bank Industrial Area, New Orleans, Louisiana, in accordance with the attached Scope of Work. Task Order No. 0026 is increased by $2,500,000.

Please sign both the GAO Audit Copy and the Contractor's Copy of the modification and return them to my office, marked for the attention of the Contracting Division. The Contractor's Copy will be returned to you after signature by the Contracting Officer.

Sincerely,

F. ARLENE SMITH
Contracting Officer

Enclosures

WGI000112

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | 1. CONTRACT ID CODE S | PAGE OF PAGES 1 | 2 |
|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. 07 | 3. EFFECTIVE DATE 23-Mar-2001 | 4. REQUISITION/PURCHASE REQ. NO. W44XGQ91891000 | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

| 6. ISSUED BY                                   CODE   MSP0400 | 7. ADMINISTERED BY (If other than item 6)                  CODE   M5L1LD0 |
|---|---|
| CONTR DIV, MILITARY/HTRW BR<br>USAED TULSA 1645 S. 101 EAST AVENUE<br>TULSA OK 74128-4609 | E&C DIV, ER SUPPORT SECTION<br>USAED TULSA 1645 S. 101 EAST AVENUE<br>TULSA OK 74128-4609 |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code) | | |
|---|---|---|
| MORRISON KNUDSEN CORPORATION<br>STEVE ROE<br>10822 WEST TOLLER DRIVE<br>LITTLETON CO 80127 | | 9A. AMENDMENT OF SOLICITATION NO. |
| | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MOD. OF CONTRACT/ORDER NO.<br>DACA56-94-D-0021-0026 |
| CODE   0MB33 | FACILITY CODE | X | 10B. DATED (SEE ITEM 13)<br>12-Jul-1999 |

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THIS PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) |
|---|
| See Schedule |

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
### IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:<br>Changes |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:   Contractor   ☐ is not,   ☒ is required to sign this document and return ____2____ copies to the issuing office.

| 14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.) |
|---|
| DEMOLITION AND SITE PREPARATION FOR INNER HARBOR NAVIGATION CANAL LOCK REPLACEMENT PROJECT, EAST BANK INDUSTRIAL AREA, NEW ORLEANS, LOUISIANA<br><br>THE TASK ORDER IS HEREBY MODIFIED IN ACCORDANCE WITH THE ATTACHED SUMMARY OF CHANGES |

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Stephen S. Roe, Program Manager | JOHN M. WEATHERLY, JR. |
| 15B. CONTRACTOR/OFFEROR | 16B. UNITED STATES OF AMERICA |
| _Steven C Roe_ (Signature of person authorized to sign) | BY _____ (Signature of Contracting Officer) |
| 15C. DATE SIGNED 3/22/01 | 16C. DATE SIGNED 3/22/01 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

CONTRACTOR'S COPY

WGI000113

1.0 Task Order No. 0026 is hereby modified in accordance with Scope of Work dated 01 March 2001 and to provide additional funding. The funded amount in increased from $4,037,764 to $6,537,764, an increase of $2,500,000.

2.0 The task order is hereby modified to provide funding for the following tasks:
- Task 5-Surface Clean-Up, Concrete Removal and Foundation Piling Removal in an amount not to exceed $2,111,736
- Task 8-Site Investigation Sampling and Analysis in an amount not to exceed $119,316
- Task 11-RECAP Soil Excavation, Remediation and Disposal in an amount not to exceed $88,264
- Waste Management: To provide for additional waste management for previously unknown hazardous material found on-site that had been abandoned by the Port of New Orleans industrial and marine tenants for $180,684

3.0 The costs associated with this effort are as follows:

|  | TASK ORDER NO. 0026 THRU 002606 | MODIFICATION NO. 002607 | TOTAL |
|---|---|---|---|
| EST COSTS: | $ 3,740,565.00 | $ 2,328,197.00 | $ 6,068,762.00 |
| FIXED FEE: | 56,289.00 | -0- | 56,289.00 |
| BASE FEE: | 60,227.00 | 42,951.00 | 103,178.00 |
| AWARD FEE: | 180,683.00 | 128,852.00 | 309,535.00 |
| TOTAL: | $ 4,037,764.00 | $ 2,500,000.00 | $ 6,537,764.00 |

4.0 The time of completion is hereby extended to 30 November 2002.

5.0 All other terms and conditions of the task order shall remain unchanged.

6.0 ACCOUNTING AND APPROPRIATION DATA:
   96 20 X 8861.0000 B2 X 08 2412 076230 96162 3200 00355D  $2,500,000



# STATEMENT OF WORK
## FOR
## ADDITIONAL WASTE MANAGEMENT
## AND REMEDIAL ACTION
## OF
## EAST BANK INDUSTRIAL AREA (EBIA)
## INNER HARBOR NAVIGATION CANAL (IHNC)
## LOCK REPLACEMENT PROJECT
### NEW ORLEANS, LOUISIANA

Contract Number DACA56-94-D-0021
WGI/MK Task Order 0026
Modification 002607

~~21 Feb 01~~
1 March 2001

**1. General.** The Contractor shall furnish all services, materials, supplies, labor, equipment, superintendence, procurement, subcontracting, all necessary permits, licenses, laboratory services, waste characterization, waste profiling, transportation and disposal as required, for the additional waste management and remedial action of the IHNC East Bank Industrial Area in accordance with the USACE-approved Work Plans, LDEQ RECAP requirements, etc. Interagency partners involved in this project consists of the US Army Corps of Engineers Tulsa District, US Army Corps of Engineers New Orleans District, Washington Group International, Inc., Materials Management Group and the Louisiana Department of Environmental Quality (LDEQ).

**2. Site History.** The East Bank Industrial Area consists of inactive and active industrial sites leased to private operators by the Port of New Orleans on the east side of the IHNC along Surekote Road. Specific sites include: Boland Marine, McDonough Marine, Indian Towing, Distributor's Oil, Mayer Yacht, Saucer Marine, and International Tank Terminal. All of these sites have been vacated by Port tenants. The project property will be purchased by USACE through negotiations with the Port. The 32-acre project site includes approximately 50 above-ground buildings, 35 additional concrete slabs, 10 abandoned barges, wharves, bulkheads, fencing, paved areas, trash piles, above ground storage tanks(ASTs), underground storage tanks(USTs), transformer units, miscellaneous equipment, and debris. Previous investigations have shown lead-based paint, asbestos, and PCBs in the above-ground structures, creosote-treated timbers along the wharves and

WGI000115

bulkheads, and soil contaminated with products and wastes utilized by the marine service industry including oil, petroleum fuel, arsenic, and lead associated with sand blasting. Other unknown debris and contaminants may exist at the site. TERC Task Order 0026 was awarded by USACE Tulsa and New Orleans Districts to Morrison Knudsen on 12 Jul 99 to perform a demolition and site preparation recommendations report for the IHNC East Bank Industrial Area. The task order scope was modified via modification 002601 on 23 Nov 99 to perform an arsenic background investigation for the IHNC Replacement Project. After review and comments by USACE and LDEQ, the field work scope of work consisting of quantity and depths of borings was modified via modification 02602 17 May 00. Modification 02603 was awarded 5 Jul 00 to WGI/MK for the Development of Work Plans and Subcontracting Plan/Services. Modifications 002604 (One Month Extension, $80,975), 02605(Project Site Development and RA, $1,371,752) and 02606(RA Tasks 3 & 4, $1,906,103) were awarded to WGI/MK on 5 Oct 00, 27 Oct 00 and 1 Dec 00, respectively.

## 3.  Project Requirements.

3.1 Additional Waste Management. Subsequent to the award of Modifications 02605 and 02606 and the receipt of clear right-of-entry on 15 Feb01, the Contractor discovered additional unknown hazardous materials on site that had been abandoned by the Port of New Orleans' industrial and marine tenants. These items consisted of miscellaneous marked and unmarked 55-gallon drums (some leaking) and 5-gallon buckets with various quantities of oil/water mixtures, paints and coatings, epoxy resins, solvents, waste oil, chemicals, hydraulic fluids, corrosives, etc.; abandoned tires and wheels; oxygen and acetylene tanks; propane tanks; marine and automobile batteries; sand blasting debris; oil soaked soils; stains/sludge on concrete; hydraulic tanks for machinery; waste oil AST; etc. Additionally, Dupuy Forwarding and Storage and others abandoned approximately 15,000-20,000 wooden pallets and pallet debris throughout the site which now require removal, transportation and disposal. The Contractor shall inventory, identify and provide for the safe collection, segregation and disposal of these additional contaminated and uncontaminated materials, flammable/combustible materials and hazardous wastes in accordance with the USACE-approved Waste Management Plan. The Contractor shall test, develop an analytical profile of the contaminated materials, consolidate and transport all materials to appropriate Government-approved TSD facility(ies) or recyclers. Decontaminate all trucks, equipment and tools that have handled contaminated material. Comply with all transportation related regulations (i.e., packaging, manifesting, labeling, placarding, etc.) associated with the transportation of hazardous materials. The Contractor shall be responsible for acquiring and submitting four (4) copies of properly signed/executed manifest(s) from the TSD facility(ies) to USACE within 30 days after shipment. WGI shall prepare and sign all manifest(s) on behalf of USACE, New Orleans District.

3.2 Fuel Tanker Removal and Disposal.  The Contractor shall locate, remove and dispose of the reportedly sunken 35' long fuel tank in the IHNC behind the Boland Marine warehouse.  Current Boland Marine employees have stated they have historical

~~knowledge of its presence and approximate location. The fuel tanker was formerly located on a barge as was dislodged into the IHNC and sank during a barge collision. The Contractor shall implement additional waste management procedures similar to that stated above in paragraph 3.1.~~

3.3 <u>Laboratory</u>. The Contractor HTRW laboratory(ies) shall continue to meet USACE lab validation requirements and LDEQ state certification requirements (LELAP).

4. <u>**Project Changes**</u>. Amendments, additions, or changes proposed by the Contractor as part of this task order shall be reviewed, annotated and approved by the Contracting Officer prior to field implementation. Requests for changes shall be submitted to the Contracting Officer or the Contracting Officer's Representative (COR) in the form of Contractor Information Requests (CIR). A standard form shall include the date of request, CIR sequence number, problem identification, explanation and nature of problem, resolutions, cost and schedule impacts, and recommendations. The form shall be signed by the Contractor's representative with space for a Government response. The work shall incorporate the requirements as discussed in any pre-proposal and site visit conference(s) and all data included in Government-furnished material.

5. <u>**Project Schedule**</u>. Duration is in calendar days.

    5.1    WAD Setup                7 days after T.O. Mod. award.
    5.2    RA Field Work        Per WGI's schedule

6. <u>**Government-Furnished Information**</u>. USACE, New Orleans District provided clear and unobstructed right-of-entry (ROE) for the entire 32-acre EBIA site to WGI on February 15, 2001.

7. <u>**Work Sequencing and General Performance**</u>. The time for completion of the work shall be extended 30 calendar days from 31 Oct 02 to 30 Nov 02.

8. <u>**Reports**</u>. In addition to the reports required by the Basic Contract, the Contractor shall provide the following reports:

    8.1 **Monthly Cost Reports**. The Contractor shall continue submitting monthly cost reports to USACE, New Orleans and Tulsa Districts. The Contractor shall include in the cost reports all field and home office costs.

9. <u>**Contractor Quality Control (CQC)**</u>. The Contractor shall provide the assurance that required levels of quality are being achieved throughout all design and coordination work, including all work performed by subcontractors, laboratories, etc. and shall be conducted in accordance with the USACE-approved CQC Plan.

    9.1 **Daily Reports**. The Contractor shall provide daily CQC reports to the on-site USACE Quality Assurance Representative (QAR). The Contractor shall complete a form

WGI000117

that depicts sequential numbering for each day of the project and shall deliver the form to the COE QAR by 12:00 p.m. the following workday.

**9.2 Normal Reporting**. The Contractor shall develop, implement and document 3-phase inspection quality checks each day in the daily CQC report. The Contractor shall report all items in specific, quantitative and definitive terms.

**9.3 Reporting of Irregularities**. The Contractor shall notify the COR of accidents, equipment failure, customer concerns, non-availability of materials, etc. The Contractor shall provide verbal notification the same business day (notification shall be made to the QAR if the COR is unavailable). The Contractor shall report these events in writing in the daily CQC report.

**10. <u>Points of Contact</u>**. The USACE HTRW Construction Manager will be Mr. Lee Guillory, 504-862-2934 and the USACE CORs will be Messrs. James Montegut III, Guillory; and Kevin DaVee. Any questions concerning technical issues, contract administration, billing, and payment should be directed to Mr. Montegut or Mr. Guillory in his absence. The Contracting Officer is Mr. John Weatherly, (918) 669-7281. All contract questions should be directed to Mr. Weatherly.

LDEQ POC:
Mr. William N. Perry
Louisiana Dept. of Environmental Quality
Remediation Services Division
P. O. Box 82178
Baton Rouge, LA 70884-2178
Phone: 225-765-0461
Fax: 225-765-0484
Email: <u>williamp@deq.state.la.us</u>

Direct all LDEQ correspondence regarding remediation issues in triplicate to (1 copy directed to attention of Mr. Perry):
Keith L. Casanova, Administrator
LDEQ, Remediation Services Division
P. O. Box 82178
Baton Rouge, LA 70884-2178

**11. <u>Distribution of Submittals</u>**.

11.1 Copies of technical comments, submittals, monthly reports, etc. shall be mailed to:

ATTN: Mr. Lee A. Guillory - CEMVN-CD-QM
USACE, New Orleans District
Post Office Box 60267
New Orleans, LA 70160-0267

WGI000118

Phone: 504-862-2934
Fax: 504-862-2896
Lee.A.Guillory@mvn02.usace.army.mil

FedEx address is:

ATTN: Mr. Lee A. Guillory - CEMVN-CD-QM
USACE, New Orleans District
7400 Leake Avenue
New Orleans, LA 70118

11.2 Subcontract Consent/Notification of Award packages shall be submitted as follows:

Original to: (mail and FedEx)

U.S. Army Corps of Engineers, Tulsa District
ATTN: Mr. John Weatherly - CESWT-CT-M
1645 S. 101st E. Ave.
Tulsa, OK 74128-4609

Copy to: Mr. Montegut

11.3 Cost schedule reports will be submitted as follows:

Original to Mr. Montegut
Copy to Mr. Guillory
Copy to Mr. Weatherly
Copy to Mr. Kevin DaVee, same address as Mr. Weatherly, except CESWT-EC-E

11.4 Vouchers will be submitted as follows:

Original SF1034, SF1035, certification and highlighted back-up data FedExed to Mr. Montegut. Copy to Mr. Guillory.

11.5 WAD, WBS, travel and overtime requests shall be mailed or faxed to Mr. Montegut.

11.6 Percent complete reports for Fixed/Base Fee/Award Fee (all T.O.s)

Original to Mr. DaVee
Copy to Mr. Guillory and Mr. Montegut

11.7 Form 743R, Monthly Exposure Reports to Mr. Guillory.

12. **General Provisions**. See Contract DACA 56-94-D-0021.

**⊛ MORRISON KNUDSEN CORPORATION**

ENVIRONMENTAL SERVICES DIVISION

| | |
|---|---|
| Project _____ Contract No. _____ | Sheet _____ |
| Feature _____ Designed _____ | File No. _____ |
| Item _____ Checked _____ | Date _____ |
| | Date _____ |

| CONTRACT/MOD | DATE | DESCRIPTION |
|---|---|---|
| Original Contract | 8/17/94 | |
| Mod 0001 | 4/17/95 | Change Payment Address |
| Mod P0002 | 4/5/95 | Incorporate CMP #23 |
| Mod P0003 | 5/19/97 | Replaced CMPs #1-23 w/ 1/27/97 Version Deleted CMP #9 |
| Mod P0004 | 9/29/97 | Changed Payment Address |
| Mod P0005 | 2/29/98 | Changed Payment Address |
| Mod P0006 | 6/23/98 | Extends Contract to 8/16/2001 Replaces CMP #S w 2/2/98 version |
| Mod P0007 | 8/25/98 | New Wage Determinations |
| Mod P0008 | 1/7/99 | Incorporates FAR clause on Y2K |
| Mod P0009 | 6/9/99 | Change of MK Address |
| Mod P00010 | 8/24/00 | WAGE DETERMINATIONS INCORP'D. |
| Mod P0011 | 6/22/01 | CONTRACT EXT TO 8/16/04 |
| Mod P0012 | 9/25/01 | NAME CHG TO UGI |
| Mod P0013 | 6/6/02 | CORRESPONDENCE ADDRESS CHG |
| Mod P0014 | 8/10/02 | WAGE DETERMINATIONS INCORP'D. |

ENG12b/91

P6882l/91

WGI000120

# Basic Contract

WGI000121

| SOLICITATION, OFFER AND AWARD | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) | | RATING | | PAGE OF PAG 1 1 |
|---|---|---|---|---|---|

| 2. CONTRACT NO. DACA56-94-D-0021 | 3. SOLICITATION NO. DACA56-94-R-0013 | 4. TYPE OF SOLICITATION ☐ SEALED BID (IFB) ☒ NEGOTIATED (RFP) | 5. DATE ISSUED 01/24/94 | 6. REQUISITION/PURCHASE NO. JW1748-0094-0003 |
|---|---|---|---|---|

| 7. ISSUED BY | CODE W44XGQ | 8. ADDRESS OFFER TO (If other than Item 7) |
|---|---|---|
| DISTRICT ENGINEER TULSA DIST, CORPS OF ENGINEERS 1645 SOUTH 101ST EAST AVENUE TULSA OK 74128-4629 | | TULSA DIST, CORPS OF ENGINEERS POST OFFICE BOX 61 TULSA OK 74121-0061 |

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

## SOLICITATION

9. Sealed offers in original and __5__ copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in __1645 S. 101st East Avenue, Room 138__ until __1630__ local time __03/24/94__

(Hour)       (Date)

CAUTION - LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-10. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL: | A. NAME John M. Weatherly, Jr. | C06 | B. TELEPHONE NO. (Include area code) (NO COLLECT CALLS) (918)669-7281 |
|---|---|---|---|

## 11. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I – THE SCHEDULE | | | | PART II – CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | | X | I | CONTRACT CLAUSES | |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | | | | PART III – LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | | X | J | LIST OF ATTACHMENTS | |
| | D | PACKAGING AND MARKING | | | | PART IV – REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | | | | | |
| X | F | DELIVERIES OR PERFORMANCE | | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| | G | CONTRACT ADMINISTRATION DATA | | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| | H | SPECIAL CONTRACT REQUIREMENTS | | X | M | EVALUATION FACTORS FOR AWARD | |

## OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within __120__ calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52-232-8) None | 10 CALENDAR DAYS % N/A | 20 CALENDAR DAYS % N/A | 30 CALENDAR DAYS % N/A | CALENDAR DA % N/A |
|---|---|---|---|---|

| 14. ACKNOWLEDGEMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated:) | AMENDMENT NO. 0001 0002 | DATE 02/14/94 02/23/94 | AMENDMENT NO. 0003 | DATE 03/11/94 |
|---|---|---|---|---|

| 15A. NAME AND ADDRESS OF OFFEROR | CODE 0MB33 | FACILITY | 16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print) |
|---|---|---|---|
| Morrison Knudsen Corporation 1500 West 3rd Street Cleveland, OH 44113-1406 | | | Thomas H. Zarges President MK Engineering, Construction & Environmental |
| 15B. TELEPHONE NO. Include area code) (216)523-5600 | 15C. CHECK IF REMITTANCE ADDRESS ☐ IS DIFFERENT FROM ABOVE. ENTER SUCH ADDRESS IN SCHEDULE. | | 17. SIGNATURE *TOM Zarger* | 18. OFFER DATE 3-24-94 |

## AWARD (To be completed by Government)

| 19. ACCEPTED AS TO ITEMS NUMBERED See Attached Sheet A-1(a) | 20. AMOUNT $300,000.00 | 21. ACCOUNTING AND APPROPRIATION 96X3122 IF: 55 BZ830 32000 2A400 |
|---|---|---|

| 22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION: ☐ 10 U.S.C. 2304 (c)( ) ☐ 41 U.S.C. 253 (c)( ) | 23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) | ITEM Block 25 |
|---|---|---|

| 24. ADMINISTERED BY (If other than Item 7) CODE | 25. PAYMENT WILL BE MADE BY FAO, Tulsa District, P.O. Box 61, Tulsa, OK 74121-0061 | CODE W44XGQ |
|---|---|---|

| 26. NAME OF CONTRACTING OFFICER (Type or Print) JOHN M. WEATHERLY, JR. | 27. UNITED STATES OF AMERICA (Signature of Contracting Officer) | 28. AWARD DATE 17 AUG 94 |
|---|---|---|

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

NSN 7540-01-152-8064 PREVIOUS EDITION NOT USABLE

33-133

STANDARD FORM 33 (REV. 4-8 Prescribed by GSA FAR (48 CFR) 53.214(c)

CONTRACTOR'S COPY

WGI000122

WGI000123