DACA56-94-D-0021

BLOCK 19.  ACCEPTED AS TO ITEMS NUMBERED

Item 0002, TERC No. 2:  Provide Remediation Services for Pantex Plant,
Amarillo, Texas and other DOE and federal agency projects, facilities,
sites and installations within the Southwestern Division's boundaries;
Morrison Knudsen proposal dated March 21, 1994; Morrison Knudsen Best
and Final Offer dated June 24, 1994; and, Contract Management Procedures
1 through 22 dated August 17, 1994.

A-1(a)

WGI000124

WGI000125

SECTION B
Supplies or Services and Prices/Costs

RFP No. DACA56-94-R-0013

1. <u>Contract Definition</u>. This is an Indefinite Delivery-Indefinite Quantity contract for the total remediation of NTRW projects/sites in support of various Corps of Engineers customers. Delivery Orders will be issued on a cost reimbursement basis for specific remediation-related tasks related to specific sites.

2. <u>Pricing</u>. Specific tasks and pricing information for work to be performed under this contract will be included in each Delivery Order. Certain cost data and information will be required to be provided with your proposal.

3. <u>Guarantee</u>. Each contract awarded under this solicitation shall have a total guaranteed minimum award amount of $300,000.00. Each option period exercised on a contract awarded under this solicitation shall have a guaranteed minimum award amount of $300,000.00.

4. <u>Total Amount of Contracts</u>. The total amount of each contract awarded under this solicitation shall not exceed the amounts listed below.

| ITEM | GEOGRAPHICAL AREA | NOT TO EXCEED |
|------|-------------------|---------------|
| 0001 | TERC No. 1: Provide Remediation Services for Walker Air Force Base, NM, and other projects, facilities, sites and installations within the Southwestern Division's Boundaries. | $216,000,000.00 |
| 0002 | TERC No. 2: Provide Remediation Services for Pantex Plant, Amarillo, TX, and other DOE and federal agency projects, facilities, sites and installations within the Southwestern Division's Boundaries. | $300,000,000.00 |

WGI000126

**WGI000127**

TERC
SECTION C
DESCRIPTION/SPECS/WORK STATEMENT

1.  GENERAL....................................................C-1

2.  REQUIREMENTS FOR REMEDIATION SERVICES.................C-2

3.  WORK PLAN (WP)........................................C-6

4.  CONTRACTOR PERSONNEL AND QUALIFICATIONS..............C-8

5.  CONTRACTOR QUALITY CONTROL (QC).....................C-14

6.  CHEMICAL QUALITY CONTROL ...........................C-23

7.  SAFETY AND HEALTH...................................C-26

8.  ENVIRONMENTAL REQUIREMENTS..........................C-28

9.  ENVIRONMENTAL PROTECTION............................C-35

10. PHYSICAL SECURITY ..................................C-39

Attachments:
Definitions
Daily Quality Control Reports


1. **GENERAL.** This Total Environmental Restoration Contract (TERC) is for remediation of various hazardous waste sites.  The contract has the advantages of providing the Government with a continuity of personnel and institutional knowledge for developing streamlined and cost-effective remediations through the use of a single contractor for all phases of a remediation project.  It also includes, but is not limited to, site definition, studies, remedial investigations, feasibility studies, decision documents, designs, interim actions, remedial actions, short-term operation and maintenance, and any other actions incident to site remediation at Hazardous, Toxic, and Radioactive waste (HTRW) sites.  This contract requires the Contractor to furnish and transport all plant, labor, materials and equipment and to perform all work necessary to complete multiple Delivery Orders simultaneously at confirmed or suspected hazardous and radioactive waste sites. The U.S. Army Corps of Engineers (USACE) will prepare the statement of work for each Delivery Order.  However, the Contractor may be required to provide input to support the planning, scheduling, and formulation of the USACE's statement of work.  The Contractor's success will depend upon his ability to interact with the USACE to develop plans within regulations and execute those plans in an efficient and expeditious manner.  The Contractor shall provide

WGI000128

personnel with current training as required by the Occupational Safety and Health Administration (OSHA). The Contractor shall provide all support activities, described herein or in individual Delivery Orders, necessary to ensure the safe and effective accomplishment of project criteria within specified completion times.

HTRW sites may be located anywhere within the boundaries of the Southwestern Division. The sites may be: (1) currently owned or controlled by the Federal Government, either military or civilian agencies, (2) Formerly-owned Defense sites (FUDs) at which an agency of the Federal Government is determined to be a Generator or a Potentially Responsible Party (PRP), or (3) Other sites where the USACE is otherwise authorized to respond.

2. **REQUIREMENTS FOR REMEDIATION SERVICES.** The Contractor will receive from the USACE any back-up data that is available from prior investigations, designs, or Remedial Actions, such as: preliminary assessment, site investigation, remedial investigation, risk assessment, feasibility study, decision documents, plans and specifications, and as-built drawings for an individual Delivery Order.

2.1 **GENERAL.** The express purpose of the TERC is the complete remediation of a HTRW site. In order to accomplish this, through Delivery Orders, the Contractor shall maintain a management staff and system that ensures flexibility, communication, and the diversity of personnel necessary to successfully execute complex, multi-faceted remediations. The Contractor shall:

2.1.1 maintain a staffing and program management system that will promote retention of institutional knowledge and continuity throughout the remediation process,

2.1.2 maintain a communication program that will apprise key personnel executing various Delivery Orders of any significant findings that may impact ongoing or planned remedial activities,

2.1.3 initiate recommendations to the Contracting Officer about any alternative methods of executing a remedial action that would result in improved economy, productivity, or quality,

2.1.4 immediately notify the Contracting Officer of any conditions encountered during the execution of a Delivery Order that may impact the remediation process and provide potential solutions.

2.1.5 for the DOE TERC, provide Project Control System support per pertinent DOE orders and notices.

DACA56-94-R-0013                    C-2

WGI000129

**2.2. REMEDIAL ACTION.** The requirements related to remedial action will be described in individual Delivery Orders. The Contractor shall perform all necessary actions to address specific requirements of the Delivery Order. Remedial actions include, but are not limited to containment, removal, treatment (on-site and off-site), transportation and disposal. The entire spectrum of contaminants may be involved including hazardous, toxic, radioactive, petroleum-based, and explosive constituents or any combination thereof. Ordnance and chemical warfare agents may also be encountered, but may be remediated by others. These contaminants may occur in various environments including soils, sludges, liquids, air, water, debris, structures, and various containers. In general, destructive treatments will have preference over containment or transfer type treatments, and processes shall minimize production of residual product. Innovative treatment processes shall be considered and implemented when the innovative treatment technologies offer the potential for comparable or superior performance or economy compared to demonstrated treatment technologies.

**2.2.1 Types of Remedial Activities.** A wide variety of potential remedial activities could be expected in this contract. A number of these possible activities are included below; however, this list is not intended to be exhaustive. New or emerging technologies, as they become available or applicable, may also be utilized during the term of this contract.

| | |
|---|---|
| 2.1.1.1. | slurry walls/subsurface barriers |
| 2.1.1.2. | landfill closure |
| 2.2.1.3. | soil/sludge stabilization/ solidification |
| 2.2.1.4. | water treatment |
| 2.2.1.5. | vitrification |
| 2.2.1.6. | soil vapor extraction |
| 2.2.1.7. | excavation |
| 2.2.1.8. | dredging |
| 2.2.1.9. | underground storage tank removal/ closure |
| 2.2.1.10. | groundwater extraction/dewatering |
| 2.2.1.11. | drum bulking |
| 2.2.1.12. | bioremediation |

DACA56-94-R-0013                    C-3

WGI000130

2.2.1.13. thermal destruction

2.2.1.14. demolition

2.2.1.15. debris removal

2.2.1. **OPERATION & MAINTENANCE (O&M).** This may include the requirements for the Contractor to provide full and complete short-term O&M functions for a given facility, as well as training of non-Contractor facility personnel for plant and equipment provided by the contractor during remediation. Specific requirements for these services will be included in individual Delivery Orders.

2.2.3. **REMEDIAL ACTION REPORT.** The Contractor shall develop and maintain the information necessary to prepare and submit a remediation close-out report. Specifics of the report will be defined in individual Delivery Orders.

2.3. **INVESTIGATIONS AND STUDIES.** Specific requirements will be included in individual Delivery Orders. The appropriate plans and deliverables associated with each of these activities shall be prepared and submitted to the Contracting Officer for approval as required.

2.3.1. **Field Activities.** The Contractor will be required to perform various field investigation activities. The field activities may include, but are not limited to the following: drilling for soil sampling, well installation, or instrumentation installations; vadose zone fluid/air flow measurement; aquifer testing; sampling and analysis of soil, sediment ground water, surface water, hard surface, tank/drum contents, air and soil vapor; performing surface and borehole geophysics; excavation of test pits/trenches; and sampling and testing of geotechnical materials. Sampling and analysis for a wide variety of parameters may be required to determine the physical, chemical, biological, and radiation properties. Contract deliverables for investigations may include, but are not limited to, permanent or temporary field installations (i.e., monitoring wells), reports, data bases, logs, maps, drawings, and sketches. Analysis and interpretation of data, shall be performed as appropriate to accomplish the intent of the individual Delivery Order. Data from these activities may be required to be incorporated into geographical information systems (GIS).

2.3.2. **Surveys and Mapping.** Mapping services to be provided may consist of, but are not limited to, the following; topographic survey and horizontal/vertical control; orthomosaic and aerial photography (both new flights and historical photo searches); boundary surveys and land owner/property searches, monitoring/baseline surveys; utility location surveys, hydrographic

WGI000131

surveys; and use of GIS.  Survey and mapping deliverables shall be INTERGRAPH-compatible output.

2.3.3.    Studies and Evaluations.   Various types of studies and evaluations will be required to be conducted/performed under the contract.  Examples of various studies and evaluations are as follows, although this is not intended to be an exhaustive list.

2.3.3.1.  historical/records search, interviews, etc.

2.3.3.2.  public health evaluation/risk assessments

2.3.3.3.  environmental/ecological assessments

2.3.3.4.  national environmental policy act evaluations

2.3.3.5.  wetlands determinations

2.3.3.6.  hydrological engineering studies

2.3.3.7.  modeling

2.3.3.8.  fate and transport analysis

2.3.3.9.  treatability/compatibility studies

2.3.3.10. bioassay/toxicity studies

2.3.3.11. identification of action levels/cleanup levels

2.3.3.12. federal, state, and local laws, regulations and guidance determination

2.4.    REQUIREMENTS FOR ARCHITECT-ENGINEERING (A-E) TYPE SERVICES IN SUPPORT OF REMEDIAL ACTION.  The Contractor shall provide complete A-E services to support implementation of remedial actions.  This aspect of the remedial action process must be an integral function of this contract.  The specific requirements will be identified in individual Delivery Orders.  These services may include, but are not limited to, the following:

2.4.1.  Design of architectural, structural, mechanical, electrical, civil, environmental, or other features.  These may be required to be reviewed and certified by the Contractor's appropriate professional registered to practice in the state where the site is located.  Design shall entail various levels of detail, based upon site specific requirements, which will be identified in individual Delivery Orders. Standard Government designs, drawings,

DACA56-94-R-0013                  C-5

WGI000132

and specifications for remediation activities will be provided when available, and in some cases, required to be used.   All designs shall be submitted to the Contracting Officer for approval and shall include the following:

      2.4.1.1.   Implementation plan/specifications

      2.4.1.2.   Drawings/plans.   Contractor shall have INTERGRAPH-compatible Computer Aided Design and Drafting capability.

      2.4.1.3.   Design Analysis.

      2.4.1.4.   Cost Estimates.   Unless specified in individual Delivery Orders, the Contractor shall submit Cost Estimates using the most current edition of Micro-Computer Aided Cost Engineering System (MCACES) software.

      2.4.2.   Submittal Reviews.   If requested in individual Delivery Orders, during the project Remedial Action period, the Contractor shall check shop drawings, materials, fixtures, equipment, samples, plant materials and color schedules, if requested in the individual Delivery Orders, in accordance with the contract Plans and Specifications. The Contractor shall forward to the Contracting Officer recommendation of approval or rejection.

      2.4.3.   Engineering Advice During Remedial Action.

      2.4.4.   Record drawings.

**2.5.   PREPARATION OF O & M MANUALS**

      **2.6.   OTHER.**   The Contractor may be required to provide all other incidental services, as stated in individual Delivery Orders, necessary for successful Remediation, such as Real Estate functions, (Rights-of-Entry, Ownership searches, etc), Expert testimony, technical support during regulatory negotiations, and community and public relations.   This is not intended to be all inclusive, but is for illustrative purposes only.

**3.   WORK PLAN (WP).**   For each TERC Delivery Order, the Contractor is required to submit a WP.   The WP, which is written by the Contractor, describes the Contractor's detailed approach for the performance of this Delivery Order.   The WP is based upon the Government's statement of work, which is a general description of work that the Contractor is required to perform.   The WP describes the activities that will be performed in the field or office by the Contractor as outlined in individual Delivery Orders.

      **3.1.   CONTENTS.**   The WP shall contain/address but not be limited to the following:

DACA56-94-R-0013                    C-6

WGI000133

3.1.1.   a schedule that presents the length of the individual tasks within the statement of work, interrelationship between tasks and other key milestones; If Critical Path Analysis is required, the Contracting Officer will direct the requirements of the analysis.

3.1.2.   permits, licenses, and certificates, identification number, and location of the disposal facility, if necessary;

3.1.3.   key personnel to be used on the project and their responsibilities;

3.1.4.   a site description and contaminant characterization;

3.1.5.   site control measures;

3.1.6.   logs, reports, and recordkeeping to be utilized.

3.1.7.   studies, investigations, and designs and deliverables that will be performed by the Contractor under the Delivery Order; and,

3.1.8.   data quality objectives

3.2.   **WP DEVELOPMENT.**   The development of a comprehensive WP will be a phased process.  The draft WP is based on the Government's statement of work for the Delivery Order.  The draft WP will be submitted within 30 days of receipt of the Delivery Order or as identified in the individual Delivery Order and reviewed by the USACE for errors and omissions identified. A Final  WP shall be submitted by the Contractor within fourteen (14) days of receipt of USACE's comments or as specified in the Delivery Order. The final WP as modified shall incorporate the USACE's concerns, and provide all details required in Paragraph titled: "Work Plan (WP)".   The plan will be reviewed and approved by the Contracting Officer or returned to the Contractor, with comments, for revision.

3.3.   **WP ACCEPTANCE.**    Except as otherwise provided in individual Delivery Orders, approval of the WP is required prior to start of field activities.  No change in the approved plan shall be implemented without written concurrence of the Contracting Officer. The USACE reserves the right to require the Contractor to make changes in his WP and operations as necessary to obtain the quality specified.

3.4.   **WP EXECUTION.** The Contractor shall exercise quality control as required in Paragraph titled: "CONTRACTOR QUALITY CONTROL", and the approved quality control plan.   The Contractor shall further ensure that all work performed meets  requirements of this Contract and as specified in individual Delivery Orders.

DACA56-94-R-0013                         C-7

WGI000134

**4. CONTRACTOR PERSONNEL AND QUALIFICATIONS.** The Contractor shall demonstrate experience in all categories (i.e. HTRW). Personnel assigned to individual Delivery Orders shall have the required qualifications pertaining to the specific categories anticipated to be encountered at the site. The requirements for on-site and off-site personnel will differ for each project and shall be specifically identified in individual Delivery Orders. The following list of qualifications generally reflect the personnel requirements associated with these types of activities. Other disciplines not listed will be required to have comparable qualifications in their field of expertise. Personnel in review, supervisory, or "chief" positions are also required to meet these minimum qualifications.

**4.1 PROGRAM MANAGER.** The Program Manager shall be competent, experienced and knowledgeable in the field of HTRW investigations, studies, designs, and cleanups and with the specific activities identified in this contract. The Contractor shall designate a Program Manager to act as a single point of contact for coordination with USACE. A Program Manager may be assigned for each discrete project assigned for remediation. The Contractor shall hold periodic status meetings and manage the implementation of all TERC policy and procedures and take immediate corrective action when performance is not acceptable to USACE. The Contractor shall oversee the development and implementation of record keeping, administrative and quality control, and programs.

**4.1.1. QUALIFICATIONS.** The Program Manager shall have, as a minimum, the following qualifications:

**4.1.1.1.** A college degree in engineering, construction management, geology, chemistry, or related field.

**4.1.1.2.** Five (5) years experience in Program Management for other contracts/programs.

**4.1.1.3.** A minimum of three (3) years working experience in HTRW investigation, study, design, and remedial action Project Management.

**4.1.1.4.** Working knowledge of applicable federal, state, and local laws, regulations, and guidance.

**4.2. PROJECT MANAGER.** For each TERC Delivery Order issued to the Contractor, the Contractor shall designate a Project Manager (PM). The Contractor shall identify the PM before issuance of the Delivery Order and the PM qualifications, experience and performance history shall be satisfactory to the Contracting Officer. The Contractor shall designate a single point of contact for the Delivery Order, who shall be responsible for the management and execution of all activities in exact accordance with the approved statement of work, approved work plans, and all federal, state, and local laws and regulations. The Contractor shall ensure coordina-

DACA56-94-R-0013                    C-8

WGI000135

tion between the Certified Industrial Hygienist and the Site Safety and Health Officer (SSHO) to ensure that all site activities are performed in a safe manner. The Contractor shall also maintain close communication and coordination with USACE for the duration of the project, including monthly progress and detailed cost reporting.

**4.2.1. QUALIFICATIONS.** The Project Manager shall have, as a minimum, the following qualifications:

**4.2.1.1.** A college degree in engineering, construction management, geology, chemistry, or related field, and professional registration where applicable.

**4.2.1.2.** A minimum of five (5) years Project Management experience, with a minimum of three (3) years in HTRW investigation, study, design, and remedial action .

**4.2.1.3.** Working knowledge of applicable federal, state, and local laws, regulations, and guidance.

**4.3. REGULATORY SPECIALIST.** For all TERC Delivery Orders issued to the Contractor, the Contractor shall designate a single Regulatory Specialist (RS). The Contractor shall designate a single point of resource for all regulatory matters and complete manifest requirements as specified in Paragraphs "ENVIRONMENTAL REQUIREMENTS" in exact accordance with the approved statement of work, Contractor's approved Site Safety and Health Plan (SSHP), Chemical Data Acquisition Plan (CDAP), and all federal, state, and local laws and regulations. The Contractor shall coordinate review and approval procedures for all manifests.

**4.3.1. QUALIFICATIONS.** The Regulatory Specialist shall have, as a minimum, the following qualifications:

**4.3.1.1.** A minimum of three (3) years working experience in federal, state, and local laws and regulations, and guidance associated with HTRW investigations, studies, designs, and remediations.

**4.3.1.2.** The capability to identify all required permits.

**4.3.1.3** Specialized training in Hazardous Materials Transportation.

**4.3.1.4** Required training in D.O.T. manifesting.

**4.3.1.5.** Membership in a recognized professional environmental professional organization.

DACA56-94-R-0013                    C-9

WGI000136

4.4   **CERTIFIED INDUSTRIAL HYGIENIST (CIH)**. The Contractor shall utilize an industrial hygienist certified by the American Board of Industrial Hygiene (ABIH) to develop, implement, and oversee all safety and health related aspects of this Contract.

4.4.4.   **QUALIFICATIONS.**  The minimum qualifications of the CIH shall include:

4.4.1.1.   A minimum of three (3) years working experience in HTRW investigation, study, design, and remedial action activities.

4.4.1.2.   Demonstrable expertise in air monitoring techniques and in development of respiratory protection and personal protective equipment programs for working in potentially toxic atmospheres.

4.4.1.3.   Working knowledge of applicable federal, state, and local occupational safety and health regulations.

4.4.1.4.   For asbestos work, two (2) years specialized experience in the asbestos abatement industry and demonstrable expertise in asbestos air monitoring techniques.

4.5.   **SITE SAFETY AND HEALTH OFFICER (SSHO)**. The Contractor shall utilize a trained, experienced SSHO to ensure that all elements of the approved SSHP are implemented and enforced on-site.

4.5.1.   **QUALIFICATIONS.**  The minimum qualifications of the SSHO shall include:

4.5.1.1.   A minimum of two (2) year working experience at hazardous waste sites where EPA Level C and Level B personal protective equipment was required.

4.5.1.2.   Specialized training in personal and respiratory protective equipment, program implementation, and in proper use of air monitoring instruments, air sampling methods, and interpretation of results.

4.5.1.3.   Certification of training in First Aid and CPR by a recognized organization such as the American Red Cross.

4.5.1.4.   Required training in DOT manifesting.

4.5.1.5.   For asbestos work, shall have a minimum one year working experience in the asbestos abatement industry and shall have demonstrable experience in asbestos air monitoring techniques, including successful completion of NIOSH-582 - sampling and evaluating airborne asbestos dust.

WGI000137

**4.6. CONTRACTOR QUALITY CONTROL (CQC) SYSTEM MANAGER.** The CQC System Manager shall have appropriate education and experience in the specialized area identified in the Delivery Order, e.g., chemistry, geology, or hydrogeology. The Contractor shall designate a single point of contact who is responsible for ensuring compliance with the requirements identified in the Delivery Orders for the Contractor Quality Control Plan. This person, or alternate, shall be physically at the project site whenever work is in progress.

**4.6.1. QUALIFICATIONS.** The minimum qualifications of the CQC System Manager shall include:

**4.6.1.1.** A minimum of three (3) years working experience in the chemical or hazardous waste disposal industry.

**4.6.1.2.** Demonstrable expertise in on-site laboratory techniques.

**4.6.1.3.** Working knowledge of applicable federal, state, and local laws, regulations, and guidance.

**4.6.1.4.** Formal education and training in field sampling at HTRW sites.

**4.7. PROJECT CHEMIST.** The Contractor shall utilize a Project Chemist who will ensure that all chemistry related goals of the Delivery Order are attained. The Project Chemist shall have, as a minimum, the following qualifications:

**4.7.1.** A college degree in chemistry, chemical engineering, or related field.

**4.7.2.** Three (3) years experience related to investigations, studies, design and remedial actions at HTRW sites.

**4.7.3.** Working knowledge of calibrating and operating various field monitoring devices as well as standard analytical chemistry methods common for analyzing soil, water, air and other materials for chemical contamination assessment.

**4.7.4.** The Project Chemist shall have formal access to other chemistry professionals either employed by the Contractor or a subcontractor. These chemistry professionals may be situated in a commercial lab.

**4.7.5.** Working knowledge of chemical properties and reactions related to HTRW work.

**4.8. PROJECT HYDROGEOLOGIST.** The Contractor shall utilize a Project Hydrogeologist who will ensure that all geology and groundwater related goals (including field investigations) of the

DACA56-94-R-0013                     C-11

WGI000138

Delivery Order are attained. The Project Hydrogeologist shall have, as a minimum, the following qualifications:

    **4.8.1.**   A college degree in geology, hydrogeology, geological engineering, or related field. Professional registration, although not required, is preferred.

    **4.8.2.**   Demonstrable education and experience in groundwater hydrology.

    **4.8.3.**   Three (3) years experience related to investigations, studies, design and remedial actions at HTRW sites.

    **4.9.   SITE GEOLOGIST.**   The Site Geologist shall be on site for all drilling, sampling, and monitoring well installation activities to ensure the goals of the field investigations are achieved.   A Site Geologist shall be responsible for only one operating drilling rig. If additional drilling rigs are required or used, a separate Site Geologist must be assigned to each rig. Site Geologist(s) shall have, as a minimum, the following qualifications:

    **4.9.1.**   A college degree in geology, hydrogeology, geological engineering, or related field. Professional registration, although not required, is preferred.

    **4.9.2.**   Two (2) years experience in conducting field investigations at HTRW sites.

    **4.9.3.**   Two (2) years experience installing groundwater monitoring wells.

    **4.9.4.**   Working knowledge of calibrating and operating various monitoring devices.

    **4.10.   PROJECT GEOTECHNICAL ENGINEER.**   The Contractor shall utilize a Project Geotechnical Engineer who will ensure that all geotechnical engineering support goals specified in the Delivery Order are attained. The Project Geotechnical Engineer shall have, as a minimum, the following qualifications:

    **4.10.1.**   A college degree in civil engineering (soil mechanics, materials or related specialty), geological engineering, or related field, and professional registration.

    **4.10.2.**   Demonstrable education and experience in geotechnical engineering.

    **4.10.3.**   Five (5) years experience, of which at least three (3) years are related to design of geotechnical features in HTRW sites.

WGI000139

**4.11. PROJECT ENVIRONMENTAL ENGINEER.** The Contractor shall utilize a Project Environmental Engineer who will ensure that all treatment related goals (including required analytical data) of the delivery order are attained. The Project Environmental Engineer shall have, as a minimum, the following qualifications:

4.11.1. A college degree in Civil or Chemical Engineering, or in a related field, and professional registration.

4.11.2. Demonstrable education and experience in contaminated liquids, soils, and air remediation technologies.

4.11.3. Five (5) years total treatment experience, of which at least three (3) years is related to investigations, studies, designs, and remedial actions at HTRW sites.

**4.12. REMEDIATION MANAGER.** The Contractor shall utilize a Remediation Manager who will ensure compliance with the remediation work. As such, the Remediation Manager will manage labor, material, plant and equipment to complete remediation work on time, within budget, and as specified in the contract Delivery Order. The Remediation Manager shall have as a minimum, the following qualifications:

4.12.1. A minimum of five (5) years working experience in chemical or hazardous waste disposal involving primarily in on-site experience.

4.12.2. Working knowledge of applicable federal, state, and local laws, regulations, and guidance.

4.12.3. Formal education and training in scheduling, cost control and construction management.

**4.13. SENIOR CONTRACTS MANAGER.** The Contractor will utilize a Senior Contracts Manager who will ensure that all acquisition and contract management related to this contract (including subcontracts, purchases, rental agreements, subcontract modifications, etc.) are performed in accordance with all terms of this Contract. Also where applicable, the Contractor will be responsible for compliance with federal, state and local laws and regulations related to contract management and acquisition. The Senior Contracts Manager shall have, as a minimum, the following qualifications:

4.13.1. A college degree including or supplemented by at least 24 semester hours in accounting, economics, business law, procurement, or management related studies. Alternatively, the Senior Contracts Manager may have completed an examination equivalent to a Certified Professional Contracts Manager through the National Contracts Management Association. In lieu of a

WGI000140

college degree, a minimum of 10 years of direct related procurement experience on comparable Government contracts may be substituted.

4.13.2.  Four (4) years of contract and acquisition management experience in a position of increasing complexity and responsibility.

4.13.3.  Training in acquisition, contract administration, cost and price analysis related to federal acquisition.

**4.14.  HEALTH PHYSICIST.**  The Contractor shall utilize a Health Physicist certified by the American Board of Health Physics to provide complete and expert health physics, radiation protection safety, and radiation risk assessment program direction and technical guidance.

4.14.1.  The Health Physicist shall have, as a minimum, the following qualifications:

4.14.1.1.  Successful completion of study in an accredited college or university toward a Bachelor's Degree (or higher) in a Natural Science.  This study must have included at least 30 semester hours in health physics, chemistry, physics, and other radiological sciences.

4.14.1.2.  Three (3) years of appropriate professional experience.

4.14.1.3.  Working knowledge of applicable federal, state, and local laws, regulations, and guidance.

**4.15.  OCCUPATIONAL HEALTH PHYSICIAN.**  The Contractor shall utilize the services of a licensed physician who is certified in occupational medicine by the American Board of Preventative Medicine, or who, by necessary training and experience, is Board eligible.  The physician shall be responsible for developing a medical monitoring program in compliance with 29 CFR 1910.120 and/or support the Corporate Health and Safety Program relative to the Contract requirements.

**5.  CONTRACTOR QUALITY CONTROL (QC).**

**5.1  EXECUTION GENERAL.**  The Contractor is responsible for quality control and shall establish and maintain an effective quality control system.  The quality control system shall consist of plans, procedures, and organization necessary to produce an end product which complies with governing regulations and the contract requirements.  The system shall cover all investigations, studies, design, and remedial actions operations, both on-site and off-site, and shall be keyed to the proposed investigations/studies/design/remedial actions sequence.

DACA56-94-R-0013                   C-14

## 5.2.   QUALITY CONTROL PLAN.

**5.2.1.     General.** The Contractor shall furnish for review by the USACE the Contractor Quality Control (QC) Plan to provide inspections, tests and controls necessary to achieve specified quality. The plan shall identify personnel, procedures, controls, instructions, tests, records, and forms to be used. The USACE will consider an interim plan for the first 30 days of operation.   Operations will be permitted to begin only after acceptance of the QC Plan or acceptance of an interim plan applicable to the particular feature of work to be started. Work outside of the features of work included in an accepted interim plan will not be permitted to begin until acceptance of a QC Plan or another interim plan containing the additional features of work to be started.

**5.2.2.     Content of the QC Plan.** The QC plan shall include, as a minimum, the following to cover all investigations, studies, design and Remedial Action operations, both on-site and off-site, including work by subcontractors, fabricators, suppliers and purchasing agents:

**5.2.2.1.** A description of the quality control organization, including a chart showing lines of authority and acknowledgment that the QC staff shall implement the three phase control system for all aspects of the work specified.  The staff shall include a CQC System Manager who shall report to the Project Manager or someone higher in the Contractor's organization.  See also Paragraph titled: "CONTROL", below.

**5.2.2.2.** The name, qualifications (in resume format), duties, responsibilities, and authorities of each person assigned a QC function.

**5.2.2.3.** A copy of the letter to the CQC System Manager signed by an authorized official of the firm which describes the responsibilities and delegates sufficient authorities to adequately perform the functions of the CQC System Manager including authority to stop work which is not in compliance with the Contract.  The CQC System Manager shall issue letters of direction to all other various quality control representatives outlining duties, authorities and responsibilities.  Copies of these letters will also be furnished to the USACE.

**5.2.2.4.** Procedures for controlling investigation and/or study activities to ensure efficiency, cost effectiveness, coordination with design objectives, reliability of data collected, safety and proper recording and reporting formats.

**5.2.2.5.** Procedures for controlling design activities to ensure efficiency, cost effectiveness, technical accuracy, practicality, constructability, and quality of documents.

DACA56-94-R-0013                    C-15

WGI000142

Procedures will include regular design team meetings, independent review procedures and periodic design review conferences.

5.2.2.6.   Procedures for scheduling, reviewing, certifying, and managing submittals, including those of subcontractors, off-site fabricators, suppliers and purchasing agents.

5.2.2.7.   Control, verification and acceptance testing procedures for each specific test to include the test name, feature of work to be tested, test frequency, and person responsible for each test.   (Laboratory facilities will be approved by the Contracting Officer.)

5.2.2.8.   Procedures for tracking preparatory, initial, and follow-up control phases and control, verification, and acceptance tests including documentation.

5.2.2.9.   Procedures for tracking deficiencies from identification through acceptable corrective action.   These procedures will establish verification that identified deficiencies have been corrected.

5.2.2.10.   Reporting procedures, including proposed reporting formats.

5.2.2.11.   A list of the definable features of work. A definable feature of work is a task which is separate and distinct from other tasks and has separate control requirements. It could be identified by different trades or disciplines, or it could be work by the same trade in a different environment.   This list will be agreed upon during the coordination meeting.

5.2.3.   Acceptance of Plan.   Acceptance of the Contractor's plan is required prior to the start of investigation, study, design, or remedial actions activities.   Acceptance is conditional and will be predicated on satisfactory performance during all operations.   The USACE reserves the right to require the Contractor to make changes in his QC plan and operations including removal of personnel, as necessary, to obtain the quality specified.

5.2.4.   Notification of Changes.   After acceptance of the QC plan, the Contractor shall notify the Contracting Officer in writing a minimum of seven (7) calendar days prior to any proposed change.   Proposed changes are subject to acceptance by the Contracting Officer.

5.3.   COORDINATION MEETING.   Prior to acceptance by the USACE of the QC Plan, the Contractor shall meet with the Contracting Officer or Authorized Representative and discuss the Contractor's quality control system.   During the meeting, a mutual understanding of the system details shall be developed, including the forms for

DACA56-94-R-0013                    C-16

WGI000143

recording the QC operations, control activities, testing, adminis-
tration of the system for both on-site and off-site work, and the
interrelationship of Contractor's Management and control with the
USACE's Quality Assurance. Minutes of the meeting will be prepared
by the Contractor and signed by both the Contractor and the
Contracting Officer.   The minutes shall become a part of the
Contract file.  There may be occasions when subsequent conferences
will be called by either party to reconfirm mutual understandings
and/or address deficiencies in the QC system or procedures which
may require corrective action by the Contractor.

### 5.4.  QUALITY CONTROL ORGANIZATION.

**5.4.1.  CQC System Manager.**  The Contractor shall
identify an individual within his organization at the site of the
work who shall be responsible for overall management of QC and have
the authority to act in all QC matters for the Contractor.   This
CQC System Manager shall be on the site at all times when on-site
activities are being performed, will personally oversee quality
control functions for investigations, studies, and design
activities and will be employed by the Contractor, except as noted
in the following. An alternate for the CQC System Manager will be
identified in the plan to serve in the event of the System
Manager's absence. Period of absence may not exceed two (2) weeks
at any one time, and not more than 30 workdays during a calendar
year.  The requirements for the alternate will be the same as for
the designated CQC System Manager.

**5.4.2.  QC Organizational Staffing.** The Contractor shall
provide a QC staff which shall be at the site of work at all times
during progress, with complete authority to take any action
necessary to ensure compliance with the contract.

**5.4.2.1.   QC Staff.**  Following are the minimum
requirements for the QC staff. These minimum requirements will not
necessarily assure an adequate staff to meet the QC requirements at
all times.  The actual strength of the QC staff may vary during any
specific work period to cover the needs of the work period.  When
necessary for a proper QC organization, the Contractor shall add
additional staff. This listing of minimum staff in no way relieves
the Contractor of meeting the basic requirements of quality control
in accordance with contract requirements.

**5.4.2.2.   CQC System Manager.**  The CQC System
Manager shall have quality control as a principal duty but may be
assigned other duties when the level of activity does not warrant
full time dedicated service, as determined by the Contracting
Officer.

**5.4.2.3.   Supplemental Personnel.**  The Contractor
shall provide as part of the QC organization, whenever the
complexity of the work warrants, specialized personnel for the

DACA56-94-R-0013                   C-17

following areas: geological, hydrogeological, chemical, safety, health, health physics, electrical, mechanical, civil, structural, environmental, and architectural. These personnel shall assist and report to the CQC System Manager. Each person will be responsible for assuring the activity complies with the contract requirements for their area of specialization. These individuals shall: be employed by the prime Contractor; be responsible only to the CQC System Manager; be physically present at the construction site during work on their areas of responsibility; have the necessary education and/or experience to ensure contract compliance.

    **5.4.3. Organizational Changes.** The Contractor shall obtain Contracting Officer's acceptance before replacing any member of the QC staff. Requests shall include the names, qualifications, duties, and responsibilities of each proposed replacement.

    **5.5. SUBMITTALS.** The QC organization shall be responsible for certifying that all submittals are in compliance with the contract requirements. The Contractor shall also be responsible for assuring that all certifications provided by others (e.g., equipment and material vendors or suppliers) are accurate and in compliance with Contract requirements.

    **5.6. CONTROL.** Contractor Quality Control is the means by which the Contractor ensures that the work, to include that of subcontractors and suppliers, complies with the requirements of the Contract. The controls shall be adequate to cover all operations, including both on-site and off-site activities, and will be keyed to the proposed work sequence. The controls, during remediation, shall include at least three phases of control to be conducted by the CQC System Manager for all definable features of work, as follows:

    **5.6.1. Preparatory Phase.** This phase shall be performed prior to beginning work on each definable feature of work and shall include:

    5.6.1.1. A review of each paragraph of applicable specifications.

    5.6.1.2. A review of the Contract/Delivery Order plans.

    5.6.1.3. A check to assure that all materials and/or equipment have been tested, submitted, and approved.

    5.6.1.4. A check to assure that provisions have been made to provide required quality control inspection and testing.

DACA56-94-R-0013                    C-18

WGI000145

5.6.1.5.   Examination of the work area to assure that all required preliminary work has been completed and is in compliance with the contract.

5.6.1.6.   A physical examination of required materials, equipment, and sample work to assure that they are on hand, conform to approved shop drawing or submitted data, and are properly stored.

5.6.1.7.   A review of the appropriate activity hazard analysis to assure safety requirements are met.

5.6.1.8.   Discussion of procedures for conducting the work including elimination of repetitive deficiencies. Document tolerances and workmanship standards for that phase of work.

5.6.1.9.   A check to ensure that the portion of the plan for the work to be performed has been accepted by the Contracting Officer.

5.6.1.10.   The USACE shall be notified at least 48 hours in advance of beginning any of the required action of the preparatory phase.  This phase shall include a meeting conducted by the CQC System Manager and attended by the other QC personnel (as applicable), and the work leader responsible for the definable feature.   The results of the preparatory phase actions shall be documented by separate minutes prepared by the CQC System Manager and attached to the daily QC report.  The Contractor shall instruct applicable workers as to the acceptable level of workmanship required in order to meet contract requirements.

5.6.2.   Initial Phase.   This phase shall be accomplished at the beginning of a definable feature of work.  The following shall be accomplished:

5.6.2.1.   A check of preliminary work to ensure that it is in compliance with Contract and individual Delivery Order requirements.  Review minutes of the preparatory meeting.

5.6.2.2.   Verification of full Contract compliance. Verify required control inspection and testing.

5.6.2.3.   Establish level of workmanship and verify that it meets minimum acceptable workmanship standards.

5.6.2.4.   Resolve all differences.

5.6.2.5.   Check safety to include compliance with and upgrading of the safety plan and activity hazard analysis. Review the activity analysis with each worker.

DACA56-94-R-0013                    C-19

WGI000146

5.6.2.6. The USACE shall be notified at least 48 hours in advance of beginning the initial phase. Separate minutes of this phase shall be prepared by the CQC System Manager and attached to the daily QC report. Exact location of initial phase shall be indicated for future reference and comparison with follow-up phases.

5.6.2.7. The initial phase should be repeated for each new crew employed in the work, or any time acceptable specified quality standards are not being met.

5.6.3. Follow-up Phase. Daily checks shall be performed to assure continuing compliance with contract requirements, including cost effectiveness, efficiency of operations, and control testing, until completion of the particular feature of work. Each check performed shall be made a matter of record in the QC documentation. Final follow-up checks shall be conducted and all deficiencies corrected prior to the start of additional features of work which may be affected by the deficient work. The Contractor shall not build upon or conceal non-conforming work.

5.6.4. Additional Preparatory and Initial Phases. Additional preparatory and initial phases may be conducted on the same definable features of work as determined by the USACE if the quality of on-going work is unacceptable; or if there are changes in the applicable QC staff or in the on-site production supervision or work crew; or if work on a definable feature is resumed after a substantial period of inactivity, or if other problems develop.

5.7. TESTS. Requirements for Chemical Analysis associated with Chemical Contamination investigations and Remedial Activities are contained in paragraph titled: "CHEMICAL QUALITY CONTROL."

5.7.1. Testing Procedure. The Contractor shall perform tests specified or required to verify that control measures are adequate to provide a product which conforms to contract requirements. Testing includes operation and/or acceptance tests when specified. The Contractor shall procure the services of a USACE approved testing laboratory or establish an approved testing laboratory at the project site. A list of tests to be performed shall be furnished as a part of the QC plan. The list shall give the test name, frequency, authority requiring the test, the personnel and laboratory responsible for each type of test, and an estimate of the number of tests required. The Contractor shall perform the following activities and record and provide the following data:

5.7.1.1. Verify that testing procedures comply with contract requirements.

5.7.1.2. Verify that facilities and testing equipment are available and comply with testing standards.

DACA56-94-R-0013                    C-20

WGI000147

5.7.1.3. Check test instrument calibration data against certified standards.

5.7.1.4. Verify that recording forms and test identification control number system, including all of the test documentation requirements, have been prepared.

5.7.1.5. Results of all tests taken, both passing and failing tests, will be recorded on the Quality Control Report for the date taken. Location where tests were taken, the sequential control number identifying the test, and other pertinent information will be given. Actual test reports may be submitted later, if approved by the Contracting Officer, with a reference to the test number and date taken. An information copy of tests performed by an off-site or commercial test facility will be provided directly to the Contracting Officer. Failure to submit timely test reports, as stated, may result in nonpayment for related work performed and disapproval of the test facility for this contract.

5.7.2. Testing Laboratories.

5.7.2.1. Capability Check. The USACE reserves the right to check laboratory equipment in the proposed laboratory for compliance with the standards set forth in the contract specifications and to check the laboratory technician's testing procedures and techniques. Laboratories utilized for testing soils, concrete, asphalt and steel shall meet criteria detailed in ASTM D 3740 and ASTM E 329.

5.7.3. On-Site Laboratory. The USACE reserves the right to utilize the Contractor's control testing laboratory and equipment to make assurance tests and to check the Contractor's testing procedures, techniques, and test results at no additional cost to the USACE.

5.7.4. Furnishing or Transportation of Samples for Testing. Costs incidental to the transportation of samples or materials will be paid by the Contractor and reimbursed by the Government under the terms and conditions of the contract/delivery orders. Samples of materials for test verification and acceptance testing by the USACE shall be delivered to the USACE Division Laboratory. Coordination for each specific test, exact delivery location and dates will be made through the Corps' Area/Resident Office.

5.8. COMPLETION INSPECTION. At the completion of all work or any increment thereof established by a completion time stated in the Delivery Order, the CQC System Manager shall conduct an inspection of the work and develop a "punch list" of items which do not conform to the approved plans/ specifications. Such a list of deficiencies shall be included in the QC documentation, as required by Paragraph titled: "DOCUMENTATION" below, and shall include the estimated date by which the deficiencies will be corrected. The

DACA56-94-R-0013                    C-21

WGI000148

CQC System Manager or staff shall make a second inspection to ascertain that all deficiencies have been corrected and so notify the USACE. These inspections and any deficiency corrections required by this paragraph will be accomplished within the time stated for completion of the entire work, or any particular increment thereof if the project is divided into increments by separate completion dates.

5.9. DOCUMENTATION. The Contractor shall maintain current records of quality control operations, activities, and tests performed, including the work of subcontractors and suppliers. These records shall be on an acceptable form and shall include factual evidence that required quality control activities and/or tests have been performed, including but not limited to the following:

5.9.1. Contractor/subcontractor and their area of responsibility.

5.9.2. Operating plant/equipment with hours worked, idle, or down for repair.

5.9.3. Work performed today, giving location, description, and by whom. When a Network Analysis System (NAS) is used, identify each phase of work performed each day by NAS activity number.

5.9.4. Test and/or control activities performed with results and references to specifications/plan requirements. Identify activities performed in control of efficiency and cost effectiveness of operations. The control phase should be identified (Preparatory, Initial, Follow-up). List deficiencies noted along with corrective action.

5.9.5. Material received with statement as to its acceptability and storage.

5.9.6. Identify submittals reviewed, with contract reference, by whom, and action taken.

5.9.7. Off-site surveillance activities, including actions taken.

5.9.8. Job safety evaluations stating what was checked, results, and instructions or corrective actions.

5.9.9. List instructions given/received and conflicts in plans and/or specifications.

5.9.10. Contractor's verification statement.

DACA56-94-R-0013                    C-22

WGI000149

5.9.11. These records shall indicate a description of trades working on the project; the number of personnel working; weather conditions encountered; and any delays encountered. These records shall cover both conforming and deficient features and shall include a statement that equipment and materials incorporated in the work and workmanship comply with the contract. The original and one copy of these records in report form shall be furnished to the Contracting Officer's Representative on the first work day following the date covered by the report, except that reports need not be submitted for days on which no work is performed. As a minimum, one report shall be prepared and submitted for every seven days of no work and on the last day of a no work period. All calendar days shall be accounted for throughout the life of the contract. The first report following a day of no work shall be for that day only. Reports shall be signed and dated by the CQC System Manager. The report from the CQC System Manager shall include copies of test reports and copies of reports prepared by all subordinate quality control personnel.

5.9.12. The Contractor may be required to use an electronic system for tracking and annotating review comments.

5.10. FORMS. Examples of Daily Quality Control Report forms are enclosed at the end of Section C.

5.11. NOTIFICATION OF NONCOMPLIANCE. The Contracting Officer will notify the Contractor of any detected noncompliance with the foregoing requirements. The Contractor shall, after receipt of such notice, immediately take corrective action. Such notice, when delivered to the Contractor at the site of the work, shall be deemed sufficient for the purpose of notification. If the Contractor fails or refuses to comply promptly, the Contracting Officer may issue an order stopping all or part of the work until satisfactory corrective action has been taken. No part of the time lost due to such stop orders shall be made the subject of claim for extension of time or for excess costs or damages by the Contractor.

6. CHEMICAL QUALITY CONTROL. In addition to Contractor Quality Control requirements as described in Paragraph titled: "CONTRACTOR QUALITY CONTROL," Chemical Quality Control requirements will be required for all chemical contamination investigation and remedial activities to assure that the analytical data obtained is of sufficient quality to meet the intended usages. Within this document Quality Control (QC) refers to the tests and other activities performed by the Contractor or subcontractors to assure compliance and quality of the work performed. Quality Assurance (QA) refers to activities performed by USACE personnel. In most cases the Contractor will be required to provide samples or to perform other activities to support the USACE's QA effort. Quality Management refers to the combined QC/QA effort. Additional QC requirements for Contractor Quality Control may be identified in individual

WGI000150

Delivery Orders.  In general the requirements will be as follows:

    **6.1.   CHEMICAL DATA ACQUISITION PLANS (CDAP).**   Various customers and/or regulators require various plans related to the measurements of chemical contamination.  The Contractor shall be in compliance with all federal, state and local laws and regulations. These plans shall be equivalent to the plans described below in order to comply with laws and regulations, and the content of these plans should be very similar, even though the plans may have different names.   The USACE expects the Contractor to have a generic field sampling plan, and a generic quality assurance project plan (QAPP), stored electronically, that can be modified for individual Delivery Orders.  Based on the negotiated statement of work, the Contractor shall provide an acceptable plan and shall include but not be limited to the following:

    6.1.1.   sampling and analysis data quality objectives;

    6.1.2.   sampling and analysis organizations;

    6.1.3.   qualifications of chemical support staff;

    6.1.4.   sampling procedures;

    6.1.5.   equipment decontamination procedures;

    6.1.6.   quality control/quality assurance samples;

    6.1.7.   sample handling, labeling, and shipping

    6.1.8.   chain of Custody

    6.1.9.   field screening/analysis methods/procedures

    6.1.10.   analytical methods/procedures;

    6.1.11.   analytical/statistical/control parameters;

    6.1.12.   calibration and maintenance of  analytical equipment;

    6.1.13.   data analysis and reporting;

    6.1.14.   procedures for identifying the need for corrective actions and evaluation/documentation of effectiveness of corrective action;

    6.1.15.   data validation.

WGI000151

**6.2. LABORATORY APPROVAL.** USACE Contractor laboratory approval by the Contracting Officer is always required for environmental measurements. The Contractor shall notify the USACE Project Chemist as soon as the laboratory is identified. All laboratories shall be validated by the USACE. Additional validations may be required by regulators or other local and/or state agencies. Samples may not be subcontracted to another laboratory without the approval of the USACE and unless the second laboratory is validated for the parameters concerned. Laboratories are validated for each environmental matrix, and each specific analytical method to be employed.

**6.3. DATA REPORTING.** The USACE will require the Contractor to report data such that the project and Contractor's data quality can be evaluated. The Contractor will generally be responsible for the reporting of all method quality control, sample quality control, and other quality control parameters. All reported sample results will be linked to all corresponding quality control elements. Specific criteria for the reanalysis of samples where specific quality control elements have failed the corresponding acceptance criteria will be established for each site. In general, samples will be reanalyzed at no cost to the government when corresponding quality control criteria is not met. Specific hard copy and electronic data formats may be required for different projects, based upon specific program requirements.

**6.3.1. Method Quality Control.** Method quality control consists of the analyses necessary for setting up for the sample analyses that are common to the same batch. This includes instrument tuning (for GC/MS analyses), calibration standards, blanks, laboratory control samples, spikes, and duplicates.

**6.3.2. Sample Quality Control.** Sample quality control are the criteria that are specific to each sample. For organic analyses, this includes internal standards, surrogate spikes, and the identification and quantitation of target analytes and tentatively identified compounds. Inorganic sample quality control includes ICP serial dilutions, furnace AA duplicate injections and post-digestion spikes, and the identification and quantitation of target analytes.

**6.3.3. Other Quality Control.** Other quality control consists of additional analyses that are necessary to assess the field and laboratory procedures and to utilize the data. This includes container certification, field blanks, field replicates, detection limit determinations, precision and accuracy determinations, and performance evaluation sample analyses.

**6.4. DAILY QUALITY CONTROL REPORT (DQCR).** Field investigation activities shall be included in the Daily Quality Control Reports (DQCR's). Specific requirements of the DQCR's are defined in Paragraph titled: "CONTRACTOR QUALITY CONTROL." On those days

WGI000152

when sampling is being performed on site, the daily reports shall describe the samples taken, inspections performed, calibration procedures performed on field monitoring equipment, problems identified and corrective actions taken. A sample Daily Quality Control Report is attached at the end of Section C.

    **6.5. DATA MANAGEMENT.** Electronic data reporting may be required in some instances. Specific requirements will be included in individual Delivery Orders.

**7. SAFETY AND HEALTH.** This subsection describes, in general terms, the minimum Contractor safety, health and emergency response requirements associated with this contract. The Contractor shall have an ongoing Safety and Health Program meeting the most current requirements of federal, state, and local laws, regulations, and guidance. Existing written safety and health programs developed and implemented to meet these requirements, are considered to be acceptable. In addition, the Contractor shall prepare, implement, and enforce, for each site, a Site Safety and Health Plan (SSHP) whenever work is to be performed in a contaminated or potentially contaminated area. Once an SSHP is written for a particular project, additional health and safety plans (prepared by the same firm) may be written as addendums for work on that same project. The Contractor shall ensure that all safety and health provisions are followed by their subcontractors, suppliers and support personnel.

    **7.1. IMPLEMENTATION FOR A TERC PROJECT.**

      **7.1.1. SITE-SAFETY AND HEALTH PLAN (SSHP).** When required for individual Delivery Orders, the Contractor shall prepare a written SSHP, or addendum, as appropriate. As a minimum, the SSHP shall contain the following elements:

        **7.1.1.1.** Site description and contaminant characterization.

        **7.1.1.2.** Safety and health hazard(s) assessment and risk analysis for each site task and operation.

        **7.1.1.3.** Accident prevention.

        **7.1.1.4.** Safety and health staff organization, qualifications, and responsibilities.

        **7.1.1.5.** Site specific training (Initial training is to be covered in the Safety and Health Program.).

        **7.1.1.6.** Site specific medical surveillance parameters (i.e., any special tests for site contaminants not included in the ongoing medical surveillance program covered in the Safety and Health Program.).

DACA56-94-R-0013          **C-26**

WGI000153

7.1.1.7. Personnel Protective Equipment (PPE) to be used and establishment of action levels for upgrades/downgrades of PPE.

7.1.1.8. Monitoring/sampling (including on-site and perimeter real-time and time-integrated air sampling, heat/cold stress, noise, and radiation monitoring).

7.1.1.9. Safety and health work precautions and procedures.

7.1.1.10. Site Control Measures.

7.1.1.11. Personal and equipment decontamination facilities and procedures.

7.1.1.12. On-site first aid and emergency equipment. At least one person currently certified in standard First Aid/CPR by the American Red Cross or equivalent agency shall be present on-site at all times during site operations.

7.1.1.13. Emergency response plan, and contingency procedures (on-site and off-site).

7.1.1.14. Logs, reports, and recordkeeping.

7.1.2. PRE-FIELD OPERATIONS PLANNING. Immediately upon consummation of the Delivery Order the Contractor shall contact the Contracting Officer and discuss the safety and health requirements specific to the Delivery Order. The SSHP shall be prepared as described in this section and the Contractor must ensure that communications are adequate to identify all safety and health related concerns and to establish monitoring and inspection needs.

7.1.3. SSHP DEVELOPMENT. The development of a comprehensive SSHP will be a phased process. Within thirty (30) days after consummation of a Delivery Order, the Contractor shall prepare a draft SSHP based on the statement of work for the Delivery Order. The draft SSHP will be reviewed by the USACE and errors or omissions identified. A Final SSHP shall be submitted by the Contractor within fourteen (14) days of receipt of USACE comments or as specified in the Delivery Order. The final SSHP shall be modified to incorporate the USACEs concerns, and provide all details required in Paragraph titled: "SITE SAFETY AND HEALTH PLAN." The plan will be reviewed and approved by the Contracting Officer or returned to the Contractor, with comments, for revision. If required, a revised Final SSHP, which properly incorporates all comments, must be submitted within seven (7) days of receipt of the USACEs comments, or as specified in the individual Delivery Order.

WGI000154

**7.1.4. SSHP ACCEPTANCE.** Acceptance of the Contractor's SSHP is required prior to start of field activities. Acceptance is conditional and will be predicated on satisfactory performance during field activities. No change in the approved plan shall be implemented without written concurrence by the Contracting Officer. The USACE reserves the right to require the Contractor to make changes in his SSHP and operations as necessary to assure the safety and health of all persons on or near the site.

**7.1.5. SSHP EXECUTION.** During execution of the Delivery Order the Contractor shall follow the approved SSHP, and any deviation must be approved by the Contracting Officer.

**7.2. RESPONSIBILITY.** The overall responsibility for the development, implementation and continued enforcement of the Contractor's Safety and Health Program and SSHP lies with the Contractor.

**7.2.1.** The Contractor shall utilize the services of an experienced CIH as described in Paragraph titled: "CERTIFIED INDUSTRIAL HYGIENIST," to implement and oversee the Safety and Health Program and to develop, implement and sign all SSHP's. Any changes to the established Safety and Health Program or SSHP's shall be at the direction and approval of the CIH, with concurrence of the Contracting Officer. The CIH will not necessarily be required to be on-site during remedial activities, but shall be readily available for consultation when required.

**7.2.2.** In addition, the Contractor shall utilize a trained, experienced SSHO as described in Paragraph titled: "SITE SAFETY AND HEALTH OFFICER" to assist and represent the CIH in the continued implementation and enforcement of the approved SSHP. A SSHO shall be assigned to each site during work activities on a full-time basis and shall be either a Contractor employee or a subcontractor who reports to the Contractor and the CIH in matters pertaining to site safety and health. The SSHO shall have the on-site responsibility and authority to modify and/or halt work, or remove personnel from the site if working conditions which may affect on-site/off-site safety and health change. The SSHO shall be the main contact for any on-site emergency situation. Except in an emergency, the SSHO may modify the approved SSHP only after consultation and concurrence of the CIH and the Contracting Officer.

**8. ENVIRONMENTAL REQUIREMENTS.**

**8.1. GENERAL.** The Contractor shall be required to identify all appropriate laws, codes, regulations, and guidance and shall be required to perform all work in full compliance with applicable federal, state and local laws, codes, and regulations. The Contractor shall assure that all activities performed by his personnel, subcontractors and suppliers are executed as required by

WGI000155