these laws and regulations. Any incident of noncompliance noted by the Contractor shall immediately be brought to the attention of the Contracting Officer by written notice. Nothing in this contract shall relieve the Contractor of his responsibility to comply with laws and regulations.

**8.2 PERMITS.** The Contractor shall investigate the requirements for and obtain Environmental Permits, Licenses, and/or Certificates necessary to accomplish the work specified in individual Delivery Orders. When the work is to be performed at a Federal Facility, the required clearances, such as excavation, digging, or drilling permits, shall be obtained prior to initiation of site operations by the Contractor.

**8.3. TRANSPORTATION AND DISPOSAL INSTRUCTIONS.** The Contractor shall review all information provided and develop the necessary deliverables which contain the transportation and disposal criteria, procedures, and practices sufficient to protect personnel, the environment, and potential off-site receptors from chemical, physical, and/or biological hazards. The Contractor shall utilize the services of a Regulatory Specialist (see Paragraph titled: "REGULATORY SPECIALIST") experienced in hazardous waste manifesting and hazardous waste site operations. If the information that is available is insufficient to allow the Contractor to develop these documents, a description of all additional information required shall be prepared and submitted to the Contracting Officer, prior to the commencement of work.

**8.3.1. TRANSPORTATION, STORAGE, TREATMENT AND/OR DISPOSAL OF HAZARDOUS MATERIALS.** The Contractor shall ensure the transportation, storage, treatment, and disposal of all hazardous materials complies with all federal, state, and local laws and regulations. The Contractor shall identify and perform any additional analyses necessary to ensure compliance with transportation, storage, treatment, and disposal requirements. Selection of the approved Treatment, Storage, or Disposal Facility (TSDF) shall be based upon cost-effectiveness, compliance status, regulatory agency input and Contracting Officer approval. If the waste is sent for off-site storage or disposal, the Contractor shall provide to the Contracting Officer at a minimum what is listed below.

**8.3.1.1 TRANSPORTATION.** Transportation to an approved TSDF shall comply with all appropriate DOT regulations. The Contractor shall judiciously coordinate the transportation of waste so that transporters arrive on schedule. With each Delivery Order Proposal, the Contractor shall provide the name, location, point-of-contact, EPA identification, verification that the transporter is a licensed Hazardous Waste Transporter in accordance with D.O.T. regulations, and Notice of Violation (N.O.V.) status.

DACA56-94-R-0013                     C-29

WGI000156

**8.3.1.2.   IDENTIFICATION OF THE DISPOSAL FACILITY.**
The Contractor shall characterize the waste stream to determine the most cost-effective TSDF facility which is in compliance with federal, state and local laws and regulations. A <u>minimum</u> of three quotes will be submitted with each Proposal for treatment, storage or disposal of each waste stream.   For each quote the Contractor shall provide the facility name, location, point of contact, telephone number, unit cost, total cost for treatment, storage or disposal, transportation, taxes and disposal fees.   Additionally, the Contractor shall provide in the Proposal a list of all TSDF facilities contacted, regardless if a quote was not received.   The list shall state the facility name(s), location, point of contact, cost data, telephone number and reason quote was not received. <u>Based on the information received during this process, the Contractor shall provide within the Cost Proposal the name, location, point-of-contact, identification, and N.O.V. status of the selected disposal facility.</u>

**8.3.1.3.   ANALYTICAL AND MANIFEST PACKAGE.**   The Contractor shall provide the analytical and the complete manifest package as required in Paragraph: "COMPLETE MANIFEST PACKAGE".

**8.3.1.4.   SHIPMENT TRACKING.**   The Contractor shall notify the CO if shipments to the TSDF are within the required time frames and provide all required reports if receipt has been delayed (i.e. discrepancy reports or exception reports.   See Paragraphs titled: "DISCREPANCY REPORTS" and "EXCEPTION REPORTS" for details).

**8.3.1.5.   TRACKING OF HAZARDOUS AND/OR SOLID WASTES.**
Hazardous and/or solid wastes shall be removed from the site by the Contractor and disposed of at a facility approved by the CO. The Contractor shall receive written acceptance from the TSDF prior to mobilization for Transportation and Disposal (T&D). The Contractor shall submit and utilize a tracking system acceptable to the CO.   In instances where characteristic wastes are deactivated on site or at the TSDF and sent to a Subtitle D facility, the Contractor will follow appropriate notification and certification requirements under 40 CFR 268.9.   This information shall be presented in the Final Report covering field activities.

**8.3.1.6.   CERTIFICATION.**   An integral part of the certification procedure is proper identification of listed waste streams.   The Contractor is responsible for reviewing generator supplied site documentation and submitting as part of the manifest package the logic and/or telecopy relied upon in making the determination.   If records or waste history are unavailable, the Contractor shall interview the generator or any available past site workers present when the waste was disposed to ascertain the origin of the waste.   If requested by the CO, the Contractor shall draft, for generator signature, a letter to the TSDF certifying that the information listed is based on available historical data.

DACA56-94-R-0013                    C-30

**8.3.2  COMPLETE MANIFEST PACKAGE.** The "Complete Manifest Package" consists of, at a minimum, all hazardous waste manifests, PCB manifests, hazardous material shipping papers, waste profile sheets, the land disposal restriction notification and certification forms, and all other supporting documentation.  Supporting documentation shall include waste disposal history, all analytical results, Material Safety Data Sheets available, and any other information received in identifying the proper waste code. The Contractor shall also include as part of the supporting documentation, the specific type of inner and outer packaging, markings, labeling, and placards offered to the transporter.  The Contractor shall also comply with the requirements below.

**8.3.2.1.  PREPARATION.** The Contractor shall have a single Regulatory Specialist (see Paragraph titled: "REGULATORY SPECIALIST") review the complete manifest package and shipping documentation.  The Regulatory Specialist shall certify as correct the Hazardous Waste Manifest, Waste Profile Sheets, and Land Disposal Restriction Notification and Certification forms and supporting documentation.  Once the review is completed, the Contractor shall submit these documents to the CO  for approval.

**8.3.2.2.  SUBMITTAL.** The Regulatory Specialist shall submit to the CO a reproducible copy of the Complete Manifest Package for each particular waste stream.  The Contractor shall hold the original "Complete Manifest Package" and make corrections based on CO approval (see Paragraph: "APPROVAL") prior to submittal to the generator's representative for signature.  Submittals that are disapproved will be returned to the Contractor to be revised. The submittal of the Complete Manifest Package shall be attached to RAPID FORM 4025.

**8.3.2.3.  APPROVAL.** The Contractor shall not transport or ship any wastes prior to CO approval of the Complete Manifest Package.  The Government will make every effort to conduct the approval process within five (5) working days after the CO receives the Complete Manifest Package.  If the regulators are unavailable or extensive review of federal or state laws or regulations is required, the CO will notify the Contractor as soon as possible. After the review process is completed, the CO shall telecopy to the Contractor the completed Rapid FORM 4025.

**8.3.2.4.  DESIGNATION OF GENERATOR.** The generator and signer of Hazardous Waste Manifests, Waste Profile Sheets and Land Disposal Restriction Notifications and Certifications shall be identified by the CO as soon as possible. When directed by the Contracting Officer, the Contractor may be required to sign the waste manifest as an agent for the generator. The Contractor shall submit a fully executed and Complete Manifest Package, including final disposition information, covering all solid and hazardous waste disposal under this contract as an appendix in the Final Report covering the field activities, as well as the above information and quantities shipped.

WGI000158

**8.3.2.5.    TRANSPORTATION OF THE MANIFESTED WASTE.**
The Contractor's on-site personnel overseeing the Transporter prior
to shipment of the hazardous waste shall certify that the packag-
ing, marking, labeling, handling, and placarding of waste complies
with federal, state, and local laws and regulations and it
correlates with the waste classification and quantities designated
on the manifest prior to the signature of the Transporter. The
certification shall be submitted to the CO prior to transport and
included as part of the Final Report.   The Contractor's on-site
person responsible for certification shall be trained as per D.O.T.
Regulations.

**8.3.2.6.    GENERATOR STATUS.**   The Contractor shall
determine the contribution to the generator's status at the site,
for work generated under this Delivery Order, based on federal,
state, and local laws and regulations.   Generator status may
include conditionally-exempted small quantity generator, small
quantity generator, and generator.

**8.3.3.    TRANSPORTATION AND DISPOSAL REPORTING REQUIRE-
MENTS.**  The reporting requirements stated below just pertain to the
transportation and disposal of wastes as stated in this subsection.

**8.3.3.1.    HAZARDOUS WASTE MANIFEST ANNUAL AND/OR
BIENNIAL REPORTING REQUIREMENTS.**  All information necessary to file
the Annual and/or Biennial reports shall be prepared and submitted
by the Contractor to the CO for each Delivery Order to meet all
federal or state laws and regulations, as a part of the Final
Report. These report sections shall contain all the information
necessary for the filing of the formal report in the form and
format required by the governing federal or state regulatory
agency.  A cover letter shall accompany the report to include the
Contract number; Contractor name; USACE Delivery Order number and
project name; location of project; report type; and date of
submittal.

**8.3.3.2.    TABULATED WASTE HANDLING INFORMATION.** The
Contractor shall list all waste materials going off-site including
the description, quantity, destination, purpose, the hazardous
waste classification, when the waste was manifested, samples taken,
results, transportation plans, disposal facility, etc; if applica-
ble.

**8.3.3.3.    STATE REPORTING REQUIREMENTS.**   The
Contractor shall determine the state reporting requirements (i.e.
generator state and/or disposal state) and obtain current state
reporting forms.   A completed draft of all required forms, with
applicable attachments, shall be submitted to the CO for approval
prior to submission to the federal or state regulator.  The state
reporting forms shall also be included within the Final Report.

DACA56-94-R-0013                    C-32

WGI000159

**8.3.3.4. TRANSPORTATION AND DISPOSAL TRACKING FORM.** The Contractor shall complete the Transportation and Disposal Tracking Form provided with the Delivery Order. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ This form allows the tracking of key T&D milestones throughout the performance of this Delivery Order. The form lists all waste materials going off-site. When tracking the waste, the Contractor shall identify the date that the transporter accepts the waste by their signature on the manifest.

**8.3.3.5. DISCREPANCY REPORTS.** Discrepancies due to differences between the quantities or types of hazardous waste designated on the manifest or shipping papers, and the quantity or type of hazardous waste a facility actually receives shall be reported to the CO and rectified by the Contractor within 15 days after receiving the waste. This information shall be presented in the Final Report.

**8.3.3.6. EXCEPTION REPORTS.** The Contractor shall verify if the generator or generator representative has received a copy of the signed manifest from the TSDF on or before the 35th day after transporter signature. If the generator or generator's representative has failed to receive a signed copy of the manifest by the 44th day, the contractor shall prepare a draft EPA exception report for CO approval. The Final exception report shall be submitted to the CO no later than day 45. This information shall also be presented in the Final Report. Prior to official submittal of Exception Report, a draft copy of the report shall be submitted to the CO for review. The Government will make every effort to conduct the approval process within five (5) working days after the CO receives the complete Exception Report.

**8.3.3.7. TOXIC SUBSTANCE CONTROL ACT PCB REPORTING REQUIREMENTS.** If specified in the Delivery Order, or in the event of discovery of equipment or containers, or any media including soil or water with PCB-contaminated fluid impacted by the work in Delivery Order, the Contractor shall:

**8.3.3.7.1.** notify the CO _immediately_ and report the findings in writing as soon as possible;

**8.3.3.7.2.** complete and submit all necessary logs and reports in accordance with federal and state laws and regulations;

**8.3.3.7.3.** satisfy all manifest and reporting requirements as specified in Paragraphs "COMPLETE MANIFEST PACKAGE" and "REPORTING REQUIREMENTS" above, and as otherwise applicable to the PCB containing material;

**8.3.3.7.4.** arrange for the proper disposal of the waste; and, when disposal is completed, certify that the PCB

DACA56-94-R-0013                    C-33

WGI000160

contaminated material was disposed properly in accordance with all federal, state, and local laws and regulations; and

**8.3.3.7.5.** report all information concerning the incident, and include copies of all related documents in the Final Report.

**8.3.3.8. ON-SITE PERSONNEL.** The Contractor shall utilize a trained, experienced on-site person to ensure that all on-site procedures for transportation and disposal of hazardous wastes are implemented and enforced on-site. The Contractor's on-site personnel overseeing the Transporter prior to shipment of the hazardous waste shall ensure that the packaging, marking, labeling, handling, and placarding of waste complies with federal, state, and local laws and regulations and it correlates with the waste classification and quantities designated on the manifest prior to the signature of the Transporter. The on-site person responsible for certification shall be trained as per D.O.T. regulations. The on-site person's qualifications shall be approved by the CO.

**8.3.4. CONTRACTOR RESPONSIBILITIES.** The Contractor is responsible for total management of their T & D procedures including scheduling, control, and certification of all manifest submittals. An integral part of the certification procedure is proper identification of listed waste streams. The Contractor is responsible for reviewing generator supplied site documentation and submitting as part of the manifest package the logic and/or telecopy relied upon in making the determination. If records or waste history are unavailable, the Contractor shall interview the generator or any available past site workers present when the waste was disposed to ascertain the origin of the waste. If requested by the CO, the Contractor shall draft, for generator signature, a letter to the TSDF certifying that the information listed is based on available historical data.

**8.3.5. GOVERNMENT RESPONSIBILITIES.** The Government will review submittals designated for Government approval and approve those that conform to Contract requirements.  Approval will not relieve the Contractor of the responsibility for any error which may exist, as the Contractor under the requirements of this contract is responsible for ensuring that the quantities, waste characterizations and classifications, and all other details of the waste on-site matches what is on the manifest prior to signature of the manifest. After submittals have been approved by the CO, no resubmittal for the purpose of changing the manifest's waste classification will be given consideration unless accompanied by justification as to why a change is necessary.

**8.3.6. REGULATOR NOTICES OF NON-COMPLIANCE.** In the event the Contractor is notified by a federal, state, or local agent that a manifest, shipment, waste disposal, or any related

DACA56-94-R-0013                     C-34

WGI000161

activity concerning a Delivery Order under this Contract is not in order or not in compliance with any requirement, the Contractor shall notify the CO immediately. The Contractor shall furnish to the Government copies of all notices and all relevant documents, including correspondence, subcontracts, lab reports, memoranda, etc. and any other documents requested by the Government. The Contractor shall coordinate its response to the notice with the CO prior to submission to the notifying authority, and shall furnish a copy to the CO of all documents submitted to the authority, included the final reply to the notice.

8.3.7. **SUBCONTRACTOR COORDINATION.** If the subcontractor, consultant, or agent is retained by the Contractor to perform any of the work required by this section of the Contract, the subcontract shall include all of this section, with appropriate adjustments for the subcontract, and include the Regulatory Specialist or other authorized employee of the Contractor as the point of contact for the submittals and communications between the subcontractor and the Government. The Contractor shall remain responsible for compliance with this section and all other portions of the Contract and shall sign all certifications required by the Contract.

## 9. ENVIRONMENTAL PROTECTION.

9.1. **GENERAL.** The Contractor shall perform all work in such a manner as to minimize the pollution of air, water or land and to control noise and dust within reasonable limits or limits established by applicable federal, state, and local laws and regulations. The Contractor shall furnish all labor, materials and equipment, and perform all work required for the protection of the environment during all operations except as specified in other divisions of these contract documents or in the individual Delivery Orders.

9.2. **PREREMEDIAL ACTION SURVEY.** Prior to start of any on-site activities, the Contractor and the Contracting Officer shall make a joint condition survey reviewing the condition of trees, shrubs and grassed areas immediately adjacent to the site of the work and adjacent to his assigned storage area and access route(s) as applicable. During this survey the Contractor and the Contracting Officer shall confirm the existence and/or location of any wetlands, endangered species, special habitat or other protected areas.

9.3. **PROTECTION OF LAND AREAS.** Except for any work or storage areas and access routes specifically assigned for the use of the Contractor under this contract, the land areas outside the limits of the permanent work performed under this contract shall be preserved in their existing condition. The Contractor shall confine his site activities to areas defined for work on the plans

DACA56-94-R-0013                    C-35

or specifically assigned for his use. Storage and related areas and access routes required temporarily by the Contractor in performance of the work will be assigned by the Contracting Officer. No other areas shall be used by the Contractor without the written consent of the Contracting Officer.

**9.4. PROTECTION OF TREES AND SHRUBS.** The Contractor shall take all actions necessary to protect and prevent damage to all trees, shrubs and vegetation not identified for removal. No ropes, cables or guys shall be fastened to or attached to any nearby trees for anchorages.

**9.4.1. TREE PROTECTIVE STRUCTURES.** Where, in the opinion of the Contracting Officer, trees may be defaced, bruised, injured, or otherwise damaged by the Contractor's equipment or operations, the Contracting Officer may direct that the Contractor provide protection of such trees by placing boards, planks, poles or fencing around them.

**9.4.2. RESTORATION OF DAMAGED TREES.** Any tree scarred or damaged by the Contractor's negligence shall be restored as nearly as possible to its original condition at the Contractor's expense. All scars made on trees not designated on the plans for removal by the construction operations shall be coated as soon as possible with an approved tree wound dressing. Trees that are to remain, either within or outside established clearing limits, that are damaged by the Contractor's negligence so as to be beyond saving in the opinion of the Contracting Officer, shall be immediately removed, if so directed, and replaced with a nursery-grown tree of the same species and size.

**9.5. PROTECTION OF WATER RESOURCES.** The Contractor shall control the transfer, use and disposal of fuels, oils and other harmful materials both on and off the site and shall comply with applicable federal, state, and local laws and regulations concerning pollution of air, water and soils while performing work under this contract. Special measures shall be taken to prevent sediment chemicals, fuels, oils or other harmful materials from entering public waters. Water used on-site shall not be allowed to leave the site untreated without the written approval of the Contracting Officer.

**9.5.1. RUN-ON CONTROLS.** The Contractor shall take all reasonable precautions to prevent run-on from entering areas of the site where the water may be exposed to contaminated soils, water or waste. Such precautions may include grading, temporary dikes, sandbags or other actions as directed by the CO.

**9.5.2. RUNOFF CONTROLS.** Appropriate controls shall be put in place by the Contractor to prevent or minimize rainfall from contact with hazardous materials stored on site. This would include activities such as covering piles of excavated material

DACA56-94-R-0013                    C-36

WGI000163

with plastic coverings, and securing the cover. Where practical excavated areas shall be diked and covered to prevent rainfall and runoff from entering. In those areas where runoff may contain significant levels of contamination such runoff shall be contained and collected to prevent it from leaving the site. This runoff shall be documented to be non-hazardous or it shall be treated and/or properly disposed.

**9.5.3. SEDIMENT CONTROLS.** Sediment which may or may not contain significant levels of contamination shall also be contained and collected to prevent it from leaving the site. Disposal requirements will depend on the nature and extend of contamination, but shall be approved by the Contracting Officer prior to final disposition.

**9.5.4. STORMWATER MANAGEMENT.** The Contractor shall comply with all federal, and/or state stormwater management regulations, including, but not limited to the National Pollutant Discharge Elimination System (NPDES) Program requirements.

**9.6. WASTE DISPOSAL.** Wastes generated under this Contract will generally fall into one of two categories:

**9.6.1. SOLID WASTE.** Solid wastes shall be removed from the site by the Contractor and disposed of at a facility authorized by federal, state, and local laws and regulations to receive the waste. No wastes are to be burned, buried or otherwise left on-site without the written approval of the Contracting Officer.

**9.6.2. EPA, DOT, AND OTHER REGULATED MATERIALS.** Regulated materials consist of a wide variety of materials originating at the site or used on the site. Examples may include drill cuttings; water from well development, sampling, or decontamination; as well as solid and liquid wastes. All wastes shall conform to the requirements detailed in Paragraph titled: "TRANSPORTATION, STORAGE, TREATMENT AND/OR DISPOSAL OF HAZARDOUS MATERIALS".

**9.7. BURNING.** Materials shall not be burned on site without the written authorization of the CO. If the Contractor elects to dispose of the uncontaminated waste materials off-site, by burning, he shall make his own arrangements for such burning area and shall, as specified in CONTRACT CLAUSE: "Permits and Responsibilities", conform to all local regulations.

**9.8. DUST CONTROL.** The Contractor shall maintain all excavations, embankments, stockpiles, access roads, plant sites, waste areas and all work areas free from excess dust to such reasonable degree as to avoid causing a hazard or nuisance. Approved temporary methods consisting of sprinkling, chemical treatment, or similar methods may be permitted to control dust. Dust control shall be performed as the work proceeds and whenever a dust

DACA56-94-R-0013                    C-37

WGI000164

nuisance or hazard occurs. Air monitoring for documentation and for establishment of action levels may be required.

9.9.  **SPILL CONTROL.** The Contractor shall prevent spills and provide contingency measures for cleanup of potential spills during performance of this contract. The Contractor shall:

9.9.1.  Take adequate measures to prevent spills during excavation, handling, packing, transportation, storage or other operations performed during this contract.

9.9.2.  Provide all emergency measures required to contain any spillages and to remove all materials that become contaminated due to spillage. If the spill is due to the negligence of the Contractor, then all cleanup costs shall be paid by the Contractor at no cost to the USACE.

9.9.3.  Provide all decontamination measures required as a result of the removal of spilled materials. Decontamination residues shall be properly disposed of as directed by the Contracting Officer.

9.9.4.  At a minimum, the following emergency procedures shall be performed by the Contractor if a spill occurs:

9.9.4.1.  Immediately (within 1 hour) notify the Contracting Officer who will contact the National Response Center.

9.9.4.2.  Take immediate measures, utilizing properly protected personnel, to control and contain the spill.

9.9.4.3.  Isolate the hazardous area and keep all unnecessary personnel out of the area.

9.9.4.4.  Stay upwind and stay out of low areas.

9.9.4.5.  Keep combustibles away from the spill material.

9.9.4.6.  Use water spray or other approved methods, if appropriate, to reduce vapors gases and/or dust emissions.

9.10.  **CORRECTIVE ACTION.** The Contractor shall, upon receipt of a written notice of noncompliance with any of the aforementioned provisions, take immediate corrective action. If the Contractor fails or refuses to comply promptly, the Contracting Officer may issue an order stopping all or part of the work until satisfactory corrective action has been taken. No part of the time or effort lost due to any such stop orders shall be reimbursable under this

WGI000165

contract nor shall it be made the subject of a claim for extension of time or for excess costs of damages by the Contractor unless it was later determined that the Contractor was in compliance.

**9.11.    POST-SITE ACTIVITIES CLEANUP OR OBLIGATION.**    The Contractor shall, unless otherwise directed in writing by the Contracting Officer, obliterate all signs of temporary facilities such as haul roads, work areas, decon areas, structures, foundations for temporary structures, stockpiles of excess or waste materials and other vestiges of site operations prior to final acceptance of the work.  The disturbed areas shall be returned to its previous state.

## 10.  PHYSICAL SECURITY.

**10.1.    GENERAL.**  The Contractor shall provide site security (e.g. fencing or guard service) as required by each individual Delivery Order.   However, at a minimum, the Contractor shall maintain the site and all other Contractor controlled areas in such a manner as to minimize the risk of injury or accident to site personnel or others who may be in the area.

**10.2.    SECURITY AT MILITARY INSTALLATIONS.**   When work is performed at a military installation the Contractor shall comply with all security requirements of that installation.

**10.3.  IMPLEMENTATION.**  During development of the statement of work for each Delivery Order, authorized representatives of the Contractor and the Contracting Officer shall communicate with persons familiar with the site and if necessary visit the site. Determination will be made regarding the security considerations relevant to the specific site.  These requirements will then be reflected in the statement of work.  If additional requirements are identified during execution of the Delivery Order, the Contractor shall, at the request of the Contracting Officer, implement the additional requirements and adjust Delivery Order accordingly.



DACA56-94-R-0013                          C-39

WGI000166

## DEFINITIONS

The following definitions are provided for clarification of the terms expressed in this solicitation.

1. Predesign activity is defined as preliminary assessments, site investigations, remedial investigations, feasibility studies, remediation test models, decision document preparation and processing, and related studies and assessments.

2. Design activity is defined as that effort related to the actual preparation of design drawings, plans, and specifications.

3. Remediation effort is any HTRW service and/or construction activity to include (but not limited to) excavation, removal and transportation of waste, demolition, disposal, well drilling and installation, construction of treatment plants, installation of monitoring systems, operation of treatment plants (short-term O & M), and implementation of any existing, new or improved remediation technology.

4. "Installation" is any Government-owned or pre-owned properties (such as a base, fort, post, facility, etc.); or other properties (such as privately-owned property controlled by the USEPA or any other Government agency, privately-owned property on which Government HTRW has been discovered) on which the Government obtains, retains, maintains, or assumes control or management of any phase of HTRW remediation.

5. "Specified installation" is an installation (as defined above) identified in the basic contract.

6. "Non-specified installation" is an installation (as defined above) not identified or envisioned at the time of contract award but which is located within the boundary specified in the basic contract.

7. "Short-term O & M," is that activity required to activate, operate, and maintain a treatment plant or process for a period of time sufficient to correct all system deficiencies and continue those activities until the customer is prepared to assume operation.

8. A "site" is a specific area, location, job or project located within an installation.

WGI000167

**(FIRM NAME)**

**DAILY QUALITY CONTROL REPORT**

Daily Report No.: _____          DATE: _____
Contract No. _____
Project Title & Location: _____
Weather: _____  Precipitation: _____ in. _____  Temp.: _____  Min. _____  Max. _____

1.  Contract/Subcontractors and Area of Responsibility:

| NUMBER: | TRADE | : | HOURS | : | EMPLOYER | : | LOCATION/DESCRIPTION WORK |
|---------|-------|---|-------|---|----------|---|---------------------------|

2.  Operating Plant or Equipment.  (Not hand tools)

| Plant/Equipment | Date of Arrival/Departure | Date of Safety Check | Hours Used | Hours Idle | Hours Repair |
|-----------------|---------------------------|----------------------|------------|------------|--------------|

DACA56-94-R-0013                    C-41

WGI000168

3. **Work Performed Today:** (Indicate location and description of work performed by prime and/or subcontractors. When network analysis is used, identify work by NAS activity number).

_____
_____
_____
_____
_____
_____

4. **Control Activities Performed:**
   Preparatory Inspections: (Identify feature of work and attach minutes).
   Initial Inspections: (Identify feature of work and attach minutes).
   Follow-Up Inspections: (List inspections performed, results of inspection compared to specification requirements, and corrective actions taken when deficiencies are noted).

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

5. **Tests Performed and Test Results:** (Identify test requirement by paragraph number in specifications and/or sheet number in plans).

_____
_____
_____
_____
_____

6. **Material Received:** (Note inspection results and storage provided).

_____
_____

7. **Submittals Reviewed:**

| (a) Submittal No. | (b) Spec/Plan Reference | (c) By Whom | (d) Action |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

DACA56-94-R-0013                    ·C-42

WGI000169

**8. Offsite Surveillance Activities, Including Action Taken:**

_____
_____
_____
_____
_____
_____
_____

**9. Job Safety: (List items checked, results, instructions and corrective actions taken).**

_____
_____
_____
_____
_____
_____
_____
_____

**10. Remarks: (Instructions received or given.   Conflict(s) in Plans and/or specifications.   Delays encountered.).**

_____
_____
_____
_____
_____

**Contractor's Verification:**  On behalf of the Contractor, I certify this report is complete and correct, and all materials and equipment used and work performed during this reporting period are in compliance with the contract plans and specifications, to the best of my knowledge, except as may be noted above.

_____       _____
CQC System Manager                              Date

C-43

WGI000170

## SECTION E
### INSPECTION AND ACCEPTANCE

E.1  52.246-0005    INSPECTION OF SERVICES--COST REIMBURSEMENT (APR 1984)
(Reference 46.305)


END OF SECTION E

DACA56-94-R-0013

WGI000171

RFP No.   DACA56-94-R-0013
SECTION F
Deliveries or Performance

    Deliveries or Performance dates/schedules will be estab-
lished in each Delivery Order.

    The Total Environmental Restoration Contracts (TERC) will be
effective for a four (4) year base period from award of contract
and may be renewed for two (2) three (3) year options.

DACA56-94-R-0013

F-1

WGI000172

RFP No. DACA56-94-R-0013
SECTION H
SPECIAL CONTRACT REQUIREMENTS

1.   INDEFINITE QUANTITY

a.  This is an indefinite quantity contract for remediation of hazardous waste sites.

b.  Delivery or performance shall be authorized only when bilateral orders are issued in accordance with the Ordering clause.

c.  Except for any limitations on quantities in the Delivery Order Limitations clause, there is no limit on the number or size of orders that may be issued.  The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.

d.  Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order.

2.  PROGRESS MEETINGS.  All work schedules for Delivery Orders shall be coordinated with the Contracting Officer or his authorized representative.  Work schedules may be changed at the discretion of the Contracting Officer.

3.  ORDERING PROCEDURES.

a.  As the needs of the Government are determined, the Contracting Officer or his authorized representative will notify the Contractor of an existing requirement through the issuance of a Request for Proposal letter (to include the scope of work and any site specific Special Contract Requirements required for submission with the Contractor's proposal documents).

b.  The Contractor shall then prepare and submit his proposal for accomplishing the task.  The proposal provided by the Contractor will be used to establish the Contractor's capability to perform the work and as a basis for negotiation of estimated costs and fees, as appropriate.  The proposal shall provide a detailed breakdown of all items and associated costs anticipated during execution of the Delivery Order.  The proposal shall be divided into Direct Cost (furnish a detailed breakdown on man-hour basis), Overhead on Direct Costs, General and Administrative Overhead on Direct Costs, Material Costs (furnish a detailed breakdown) and Travel and an explanation of the current status (to date) of the contractors' efforts in meeting their Small and Small Disadvantaged

DACA56-94-R-0013

H-1

WGI000173

Business Goals for the total TERC.  Where the proposal includes cost reimbursement estimated costs for procurement of materials, equipment, subcontracts or storage/treatment/disposal facilities, the Contractor shall provide at least three quotes showing sources contacted as well as prices and conditions quoted.

c.  The time set for the receipt of proposal for each Delivery Order will be identified in each Request for Proposal letter.

d.  Upon receipt of the Contractor's proposal, the Government will review the proposal documents for adequacy and completeness. The Government will then negotiate with the Contractor the proposed effort, price, any necessary site specific Special Contract Requirements, estimated costs and fees, Small and Small Disadvantaged Subcontracting Efforts (to date) as it relates to the TERC, and the performance time required for the individual delivery order.

e.  Delivery orders will then be issued by the Contracting Officer using a DD Form 1155.  Each delivery order will include the following information as a minimum:

(1)  Date of delivery order.
(2)  Contract number and delivery order number.
(3)  Delivery order estimated cost and fees.
(4)  Delivery or performance requirements.
(5)  Accounting and appropriation data.
(6)  Scope of work.
(7)  Any other pertinent information.

f.  The delivery order will be signed by both contracting parties.

g.  The Contracting Officer may at any time, prior to award of the delivery order, determine that it is not in the best interest of the Government to issue said order to the Contractor.  No liability (except the guaranteed minimum amount identified in Section B of this solicitation, Offer and Award document) will accrue to the Government without issuance of a delivery order.

4.  **VOUCHERS.**  The Contractor may submit a voucher no more often than one (1) time every thirty (30) calendar days or upon the completion of each delivery order.  The Contractor will be paid in accordance with Section I "Contract Clauses" of the Request for Proposal and any resultant contract thereto, and upon receipt of a certified voucher unless performance is unsatisfactory.  All vouchers shall be submitted in the original and four (4) copies. The vouchers shall contain the contract number and delivery order number and shall be submitted to the address identified in Block 7 of the DD Form 1155 for the purpose of certification, audit and

DACA56-94-R-0013

WGI000174

processing for payment.

5.   **SCHEDULING WORK.**   Before starting any of the on-site work under an individual delivery order, the Contractor shall confer with the Contracting Officer and agree on a sequence of procedure; means of access to premises and building; space for storage of materials and equipment; delivery of materials and use of approaches; use of corridors, stairways, elevators, and similar means for Contractor's employees and the like. Delivery of materials and equipment shall be made with a minimum of interference to Government operations and personnel.

6.   **IDENTIFICATION OF ON-SITE EMPLOYEES.**   The contractor shall furnish to each employee and require each employee engaged in work at the work site to display such identification as may be approved and directed by the Contracting Officer.   All prescribed identification shall immediately be delivered to the Contracting Officer, for cancellation upon release of any employees. When the contract involves work in restricted security areas, only employees who are U.S. citizens will be permitted to enter.   Proof of U.S. citizenship is required prior to entry.   When required by the Contracting Officer, the Contractor shall obtain and submit fingerprints of all persons employed or to be employed on the project.

7.   **SECURITY, STAGING AND WORK AREAS.**   Access into all secure areas and establishment of the Contractor's staging and designated work areas, shall be coordinated through the Contracting Officer's Representative.   The Contractor shall be responsible to secure his own work site area.   The Contractor shall comply with security regulations imposed by the Installation Commander and/or the agency occupying the space where work is to be performed and shall arrange for any necessary security clearances.

8.   **EQUIPMENT OWNERSHIP AND OPERATING EXPENSE SCHEDULE.**   (1985 JAN HQ USACE).

a.   Allowable cost for construction and marine plant and equipment in sound workable condition owned or controlled and furnished by a contractor or subcontractor at any tier shall be based on actual cost data for each piece of equipment or groups of similar serial and series for which the Government can determine both ownership and operating costs from the contractor's accounting records.   When both ownership and operating costs cannot be determined for any piece of equipment or groups of similar serial or series equipment from the contractor's accounting records, costs for that equipment shall

DACA56-94-R-0013

H-3

WGI000175

be based upon the applicable provisions of EP 1110-1-8, "Construction Equipment Ownership and Operating Expense Schedule", Region 6. Working conditions shall be considered to be average for determining equipment rates using the schedule unless specified otherwise by the contracting officer. For equipment not included in the schedule, rates for comparable pieces of equipment may be used or a rate may be developed using the formula provided in the schedule. For forward pricing, the schedule in effect at the time of negotiations shall apply. For retrospective pricing, the schedule in effect at the time the work was performed shall apply.

b. Equipment rental costs are allowable, subject to the provisions of FAR 31.105(d)(ii) and FAR 31.205-36, substantiated by certified copies of paid invoices. Rates for equipment rented from an organization under common control, lease-purchase, or sale-leaseback arrangements will be determined using the schedule except that rental costs leased from an organization under common control that has an established practice of leasing the same or similar equipment to unaffiliated lessees are allowable.

c. When actual equipment costs are proposed and the total amount of the pricing action is over $25,000, cost or pricing data shall be submitted on Standard Form 1411, "Contract Pricing Proposal Cover Sheet". By submitting cost or pricing data, the Contractor grants to the Contracting Officer or an authorized representative the right to examine those books, records, documents, and other supporting data that will permit evaluation of the proposed equipment costs. After price agreement, the Contractor shall certify that the equipment costs or pricing data submitted are accurate, complete and current.

9. **AS-BUILT DRAWINGS.** If required in the delivery order, the Contractor shall maintain two separate sets of redlined full scale, as-built construction drawings marked-up to fully indicate as-built conditions. These drawings shall be maintained in a current condition at all times until completion of the work and shall be available for review by Government personnel at all times. The location, general description, approximate depth below finished grade of all underground utilities encountered, and all variations from the contract drawings, for whatever reason, including those occasioned by optional materials and the required coordination between trades, shall be indicated. These variations shall be shown in the same general detail utilized in the initial contract drawings. Both sets of as-built construction drawings shall be shown as a separate activity on the Contractor prepared progress bar chart or network analysis system, whichever is applicable.

DACA56-94-R-0013

H-4

**10.. CONTRACTOR FURNISHED EQUIPMENT AND MATERIAL DATA.** At or before 30 days prior to final inspection and acceptance of the work, the Contractor shall submit the data mentioned in the following sub-clauses:

a. **EQUIPMENT LIST.** An itemized equipment list showing unit retail value and nameplate data including serial number, model number, size manufacturer, etc., for all Contractor-furnished items.

b. **GUARANTEES.** A list of all equipment items which are specified to be guaranteed shall be included in each individual delivery order.

**11. PROJECT SIGN.** When needed, will be specified in the individual Delivery order. The sign shall be posted at the entrance to the project sites, when required.

**12. DELIVERY ORDERS.** Delivery orders shall be Cost Reimbursement (Cost-Plus-Award-Fee or Cost-Plus-Fixed-Fee) as determined by the Contracting Officer.

**13. COST PLUS AWARD FEE DETERMINATION.** When a cost plus award fee delivery order is issued, computation of base and award fees will be negotiated in the individual Delivery Order. The base fee will be paid in installments with each monthly payment. The award fee earned will be determined through subjective Government evaluation, normally every three months. The evaluation will be based on performance. Delivery orders will be evaluated and an award fee payment will be made for each Delivery Order. The award fee determination is not subject to the "Disputes" clause of this contract. Performance areas to be evaluated and their weighted values will be contained in the Award Fee Determination Plan.

**14. COST REIMBURSEMENT DELIVERY ORDERS.** This section outlines Government policies, procedures, practices, and requirements as it relates to cost reimbursement contracting mechanisms.

a. <u>Proposal requirements</u>. The Government is concerned with the contractor's ability to control costs on cost reimbursement delivery orders since much of the risk associated with cost is borne by the Government. Therefore, the successful contractor shall exercise adequate cost control policies and procedures.

b. <u>General</u>. Cost control is also important because of the multiple funding sources possible under this contract. These

DACA56-94-R-0013

H-5

WGI000177

sources may include Department of Defense (DOD), Defense Environmental Restoration Program (DERP), Environmental Protection Agency (EPA), Department of Energy, and others. As such, work will be obligated and directed not only by delivery order, but by individual project funds. It is imperative that the contractor be capable of estimating, budgeting, accounting, and reporting of costs by individual funding source as well as work item. To the extent practical the Government will attempt to segregate delivery orders or other work authorizations to a sole funding source for administrative convenience.

c. Management Organization, Responsibilities, and Authorities. The objective of cost reimbursement delivery orders is to obtain the specified work or service on time at the least possible cost. As such, the contractor must demonstrate a management team and organization capable of performing its own management and subcontract management effectively and efficiently. Managers identified as key personnel must have the relevant experience and education to perform the possible scope of services. Responsibilities and authorities of key personnel should be clearly identified. Organizational charts are recommended. The primary Government authority under the contract is the Contracting Officer (CO). Designated representatives identified in writing as an Authorized Representative of the Contracting Officer (COR) or Administrative Contracting Officer (ACO) also serve as personnel of authority. Only the CO or ACO may cause an increase in the contract obligation amount. Technical direction under a cost reimbursement delivery order may be made by the COR.

d. Mobilization. Mobilization is a non-recurring cost unique to individual work sites for a given order. Costs for mobilization will be reimbursed if incurred after formal execution of the relevant cost reimbursement delivery order. Mobilization costs prior to formal orders are not reimbursable unless specifically covered in advance agreements. Contractors are encouraged to segregate non-recurring costs such as mobilization when submitting estimated cost proposals.

e. Standard Operating Procedures. After award of the contract, the contractor shall prepare and implement Standard Operating Procedures (SOP) to identify working procedures between the Government, and the contractor. They will address detailed subjects such as preparation, processing, and control of work allocation documents, or payment vouchers. It is expected the contractor will have in place SOPs to cover its detailed procedures relating to cost reimbursement contracted work with the Government.

f. Management Information System. The contractor's Management Information System (MIS) is considered critical to the

DACA56-94-R-0013

WGI000178

success of cost reimbursement delivery orders. Automated information should be remotely accessible at the work site and other locations to allow for daily cost tracking of actual labor, equipment, purchases, subcontracts, and other commitments, obligations, and expenditures. Compliance with Department of Defense Instruction (DODI) 7000.2, Cost Schedule and Control System Criteria is not required; however, the principles of defining and maintaining a performance measurement baseline for comparison against the current estimate at completion and schedule are expected to be incorporated in some fashion in the contractor's MIS. Detailed analysis capability of cost variances for labor, material, equipment, overhead, etc., between the performance measurement baseline and the current estimate at completion is expected. The MIS and/or the contractor's finance and accounting system must be capable of recording and tracking costs by separate project funds in addition to work schedule items.

g. <u>Work Allocation Document (WAD)</u>. This is a procedure developed for joint Government and contractor management control of work elements and costs under a cost reimbursement order. Under this procedure, all funding authority for reimbursable costs under the delivery order is allocated to the contractor by the Government on separately defined categories (WADs) for given work breakdowns. The purpose of the WAD procedure is to facilitate cost control by breaking down the total funds obligated under the delivery order into manageable budget segments or units. The contractor is authorized to expend and/or obligate funds under the order up to the dollar value allocated by individual WAD, and the Contracting Officer may not reimburse the contractor for costs incurred in excess of WAD allocations. It is required that work within a WAD be tracked and reported separately for cost and schedule. Also, drawings associated with specified work must be related to WADs. Estimated cost proposals for WAD designated cost reimbursement delivery orders must be relatable to WADs.

The Government will not automatically utilize the WAD process on cost reimbursement delivery orders. Depending on the size, complexity, dollar value, and duration of a cost reimbursement delivery order the Government may elect to control costs while still authorizing the contractor to expend and/or obligate funds up to the full delivery order estimated cost. In either event, the contractor is expected to utilize its cost control procedures to deliver to the Government at the least possible cost for the duration and work specified.

h. <u>Procurement and Subcontracting</u>. Just as the Government clearly defines its procurement policy, the contractor's procurement policy shall be clearly delineated. The contractor shall utilize procurement and subcontracting procedures

DACA56-94-R-0013

WGI000179

consistent with good faith principles and fair dealing. Further, where required, the contractor will employ the principles and requirements of the Federal Acquisition Regulation. The objective of the Government is to select contractors that will raise the standards of subcontract administration while incorporating integrity and peer respect. Adequate staffing to perform subcontract management is required. Detailed contractor procurement procedures and subcontract program plans are critical to the successful implementation of the TERC contract.

In accordance with Contract Management Procedure No. 2 entitled <u>Small and Small Disadvantaged Business Subcontracting Plan</u>, the Government will review the contractor's performance on utilization of small and disadvantaged firms. Negotiations on current delivery orders will be influenced by the status and progress made on previous delivery orders.

    i.  <u>Audits</u>:

       Cost Reimbursable Delivery Orders: Interim and final payments on cost reimbursement delivery orders are subject to audit by the cognizant Federal audit agency. Detailed backup to support cost reimbursement payments will be required with each public voucher submitted for payment.

    j.  <u>Technical Direction, Changes, and Claims</u>. Contract clauses for changes and disputes are included for cost reimbursement delivery orders. A specific technical direction clause is not included but the ability of the Government to supply contractors with details of performance as work progresses is incorporated in the contract clause on oversight. The contractor shall minimize subcontract disputes and effectively and efficiently control and process subcontract changes. Pre-pricing of subcontract changes is preferred, as is a formal system of issuing subcontract changes where obligations are recorded in advance of issuance of drawing changes or orders issued to the contractor.

    k.  <u>Closeout Procedures</u>. All cost reimbursement delivery orders will require a final audit by the cognizant audit office of the Federal Government. The contractor is expected to demonstrate procedures and processes that facilitate quick subcontract and supplier closeout and resolution of disputes.

15.  **Indemnification.**

    a. DOD Indemnification. Generally, indemnification will not be provided for work performed under this contract.

    b. DOE Indemnification. Generally, indemnification will not be provided for work performed under this contract. However, see Section I, Part V DEAR clause entitled "Nuclear Hazards Indemnity Agreement."

DACA56-94-R-0013

H-8

WGI000180

CONTRACT CLAUSES

PART I - APPLICABLE TO ALL DELIVERY ORDERS

1   52.252-0002      CLAUSES INCORPORATED BY REFERENCE (JUN 1988)

This contract incorporates one or more clauses by reference, with the
same force and effect as if they were given in full text.  Upon request,
the Contracting Officer will make their full text available.

2   52.201-7000      CONTRACTING OFFICER'S REPRESENTATIVE (DEC 1991)
                     (Reference 01.602-70)
3   52.202-1000 1    EFARS 52.202-10001 DEFINITIONS (APPLICABLE TO CIVIL FUNDED DELIVERY
                     ORDERS)
                     (Reference)
4   52.203-0001      OFFICIALS NOT TO BENEFIT (APR 1984)
                     (Reference 3.102-2)
5   52.203-0003      GRATUITIES (APR 1984)
                     (Reference 3.202)
6   52.203-0005      COVENANT AGAINST CONTINGENT FEES (APR 1984)
                     (Reference 3.404(c))
7   52.203-0006      RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT (JUL 1985)
                     (Reference 3.503-2)
8   52.203-0007      ANTI-KICKBACK PROCEDURES (OCT 1988)
                     (Reference 3.502-3)
9   52.203-0009      REQUIREMENT FOR CERTIFICATE OF PROCUREMENT INTEGRITY--MODIFICATION
                     (NOV 1990)
                     (Reference 3.104-10(b))
10  52.203-0010      PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY (SEP 1990)
                     (Reference 3.104-10(c))
11  52.203-0012      LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS
                     (JAN 1990)
                     (Reference 3.808(b))
12  52.203-7000      STATUTORY PROHIBITION ON COMPENSATION TO FORMER DEPARTMENT OF DEFENSE
                     EMPLOYEES (DEC 1991)
                     (Reference 03.170-4)
13  52.203-7001      SPECIAL PROHIBITION ON EMPLOYMENT (APR 1993)
                     (Reference 03.570-5)
14  52.203-7002      DISPLAY OF DOD HOTLINE POSTER (DEC 1991)
                     (Reference 03.7002)
15  52.203-7003      PROHIBITION AGAINST RETALIATORY PERSONNEL ACTIONS (APR 1992)
                     (Reference 03.7108)
16  52.204-0002 II   SECURITY REQUIREMENTS (APR 1984)--ALTERNATE II (APR 1984)
                     (Reference 4.404(c))
17  52.204-7000      DISCLOSURE OF INFORMATION (DEC 1991)
                     (Reference 04.404-70(a))
18  52.204-7003      CONTROL OF GOVERNMENT PERSONNEL WORK PRODUCT (APR 1992)
                     (Reference 04.404-70(b))
19  52.205-7000      PROVISION OF INFORMATION TO COOPERATIVE AGREEMENT HOLDERS (DEC 1991)
                     (Reference 05.470-2)
20  52.209-0006      PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS
                     DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT (NOV 1992)
                     (Reference 9.409(b))
21  52.212-0013 I    STOP-WORK ORDER (AUG 1989)--ALTERNATE I (APR 1984)
                     (Reference 12.505(b)(2))

WGI000181

| 22 | 52.215-0001 | EXAMINATION OF RECORDS BY COMPTROLLER GENERAL (FEB 1993) |
| | | (Reference 15.106-1(b)) |
| 23 | 52.215-0002 | AUDIT--NEGOTIATION (FEB 1993) |
| | | (Reference 15.106-2(b)) |
| 24 | 52.215-0022 | PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA (JAN 1991) |
| | | (Reference 15.804-8(a)) |
| 25 | 52.215-0024 | SUBCONTRACTOR COST OR PRICING DATA (DEC 1991) |
| | | (Reference 15.804-8(c)) |
| 26 | 52.215-0027 | TERMINATION OF DEFINED BENEFIT PENSION PLANS (SEP 1989) |
| | | (Reference 15.804-8(e)) |
| 27 | 52.215-0030 | FACILITIES CAPITAL COST OF MONEY (SEP 1987) |
| | | (Reference 15.904(a)) |
| 28 | 52.215-0033 | ORDER OR PRECEDENCE (JAN 1986) |
| | | (Reference 15.406-3(b)) |
| 29 | 52.215-0039 | REVERSION OR ADJUSTMENT OF PLANS FOR POSTRETIREMENT BENEFITS OTHER THAN PENSIONS (PRB) (JUL 1991) |
| | | (Reference 15.804-8(f)) |
| 30 | 52.215-7000 | PRICING ADJUSTMENTS (DEC 1991) |
| | | (Reference 15.804-8(1)) |
| 31 | 52.215-7002 | COST ESTIMATING SYSTEM REQUIREMENTS (DEC 1991) |
| | | (Reference 15.811-70(h)) |
| 32 | 52.216-0007 | ALLOWABLE COST AND PAYMENT (JUL 1991) |
| | | (Reference 16.307(a)) |
| 33 | 52.216-0022 | INDEFINITE QUANTITY (APR 1984) |
| | | (Reference 16.505(e)) |
| 34 | 52.219-0008 | UTILIZATION OF SMALL BUSINESS CONCERNS AND SMALL DISADVANTAGED BUSINESS CONCERNS (FEB 1990) |
| | | (Reference 19.708(a)) |
| 35 | 52.219-0009 | SMALL BUSINESS AND SMALL DISADVANTAGED BUSINESS SUBCONTRACTING PLAN (JAN 1991) |
| | | (Reference 19.708(b)(1)) |
| 36 | 52.219-0013 | UTILIZATION OF WOMEN-OWNED SMALL BUSINESSES (AUG 1986) |
| | | (Reference 19.902) |
| 37 | 52.199-0016 | LIQUIDATED DAMAGES--SMALL BUSINESS SUBCONTRACTING PLAN (AUG 1989) |
| | | (Reference 19.708(b)(2)) |
| 38 | 52.219-7003 | SMALL BUSINESS AND SMALL DISADVANTAGED BUSINESS SUBCONTRACTING PLAN (DOD CONTRACTS) (APR 1993) |
| | | (Reference 19.708(b)(1)) |
| 39 | OMITTED | |
| 40 | 52.219-7008 | PILOT MENTOR--PROTEGE PROGRAM (OCT 1992) |
| | | (Reference 19.7107) |
| 41 | 52.220-0001 | PREFERENCE FOR LABOR SURPLUS AREA CONCERNS (APR 1984) |
| | | (Reference 20.103(b)) |
| 42 | 52.220-0003 | UTILIZATION OF LABOR SURPLUS AREA CONCERNS (APR 1984) |
| | | (Reference 20.302(a)) |
| 43 | 52.220-0004 | LABOR SURPLUS AREA SUBCONTRACTING PROGRAM (APR 1984) |
| | | (Reference 20.302(b)) |
| 44 | 52.222-0001 | NOTICE TO THE GOVERNMENT OF LABOR DISPUTES (APR 1984) |
| | | (Reference 22.103-5(a)) |
| 45 | 52.222-0003 | CONVICT LABOR (APR 1984) |
| | | (Reference 22.202) |
| 46 | 52.222-0004 | CONTRACT WORK HOURS AND SAFETY STANDARDS ACT--OVERTIME COMPENSATION (MAR 1986) |
| | | (Reference 22.305) |
| 47 | 52.222-0026 | EQUAL OPPORTUNITY (APR 1984) |
| | | (Reference 22.810(e)) |

WGI000182

48  52.222-0035   AFFIRMATIVE ACTION FOR SPECIAL DISABLED AND VIETNAM ERA VETERANS
                  (APR 1984)
                  (Reference 22.1308(a))

49  52.222-0036   AFFIRMATIVE ACTION FOR HANDICAPPED WORKERS (APR 1984)
                  (Reference 22.1408(a))

50  52.222-0037   EMPLOYMENT REPORTS ON SPECIAL DISABLED VETERANS AND VETERANS OF THE
                  VIETNAM ERA (JAN 1988)
                  (Reference 22.1308(b))

51  52.222-7001   RIGHT OF FIRST REFUSAL OF EMPLOYMENT--CLOSURE OF MILITARY INSTALLATIONS
                  (APR 1993)

52  52.223-7006   PROHIBITION ON STORAGE AND DISPOSAL OF TOXIC AND HAZARDOUS MATERIALS
                  (APR 1993)

53  52.223-0002   CLEAN AIR AND WATER (APR 1984)
                  (Reference 23.105(b))

54  52.223-0003   HAZARDOUS MATERIAL IDENTIFICATION AND MATERIAL SAFETY DATA (NOV 1991)
                  (Reference 23.303(a))

55  52.223-0006   DRUG-FREE WORKPLACE (JUL 1990)
                  (Reference 23.505(b))

56  52.223-7001   HAZARD WARNING LABELS (DEC 1991)
                  (Reference 23.303)

57  52.223-7004   DRUG-FREE WORK FORCE (SEP 1988)
                  (Reference 23.570-4)

58  52.225-0011   RESTRICTIONS ON CERTAIN FOREIGN PURCHASES (MAY 1992)
                  (Reference 25.704)

59  52.225-7031   SECONDARY ARAB BOYCOTT OF ISRAEL (JUN 1992)
                  (Reference 25.770-5)

60  52.226-0001   UTILIZATION OF INDIAN ORGANIZATIONS AND INDIAN-OWNED ECONOMIC ENTERPRISES
                  (AUG 1991)
                  (Reference 26.104(a))

61  52.227-0001   AUTHORIZATION AND CONSENT (APR 1984)
                  (Reference 27.201-2(a))

62  52.227-0002   NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENT
                  (APR 1984)
                  (Reference 27.202-2)

63  52.227-0014   RIGHTS IN DATA--GENERAL (JUN 1987)
                  (Reference 27.409(a)(1))

64  52.227-0023   RIGHTS TO PROPOSAL DATA (TECHNICAL) (JUN 1987)
                  (Reference 27.409(s))

65  52.227-7022   GOVERNMENT RIGHTS (UNLIMITED) (MAR 1979)
                  (Reference 27.405-7B(b))

66  52.227-7023   DRAWINGS AND OTHER DATA TO BECOME PROPERTY OF GOVERNMENT (MAR 1979)
                  (Reference 27.405-7B(b))

67  52.230-0002   COST ACCOUNTING STANDARDS (AUG 1992)
                  (Reference 30.201-4(s))

68  52.230-0005   ADMINISTRATION OF COST ACCOUNTING STANDARDS (AUG 1992)
                  (Reference 30.201-4(d))

69  52.231-7000   SUPPLEMENTAL COST PRINCIPLES (DEC 1992)
                  (Reference 31.100-70)

70  52.231-7001   PENALTIES FOR UNALLOWABLE COSTS (APR 1993)
                  (Reference 31.7004)

71  52.232-0017   INTEREST (JAN 1991)
                  (Reference 32.617(a))

72  52.232-0020   LIMITATION OF COST (APR 1984) (APPLICABLE TO FULLY FUNDED DELIVERY
                  ORDERS)
                  (Reference 32.705-2(a))

WGI000183

73  52.232-0022    LIMITATION OF FUNDS (APR 1984) (APPLICABLE TO INCREMENTALLY FUNDED
                   DELIVERY ORDERS)
                   (Reference 32.705-2(c))
74  52.232-0023 I  ASSIGNMENT OF CLAIMS (JAN 1986)--ALTERNATE I (APR 1984)
                   (Reference 32.806(a)(2))
75  52.232-7006    REDUCTION OR SUSPENSION OF CONTRACT PAYMENTS UPON FINDING OF FRAUD
                   (AUG 1992)
                   (Reference 32.111-70)
76  52.233-0001    DISPUTES (DEC 1991)
                   (Reference 33.215)
77  52.233-0003 I  PROTEST AFTER AWARD (JUN 1985)--ALTERNATE I (JUN 1985)
                   (Reference 33.106(b))
78  52.233-7000    CERTIFICATION OF CLAIMS AND REQUESTS FOR ADJUSTMENT OR RELIEF (APR 1993)
                   (Reference 33.7001)
79  52.242-0001    NOTICE OF INTENT TO DISALLOW COSTS (APR 1984)
                   (Reference 42.802)
80  52.242-0013    BANKRUPTCY (APR 1991)
                   (Reference 42.903)
81  52.242-7000    POSTAWARD CONFERENCE (DEC 1991)
                   (Reference 42.570)
82  52.244-0002 I  SUBCONTRACTS (COST REIMBURSEMENT AND LETTER CONTRACTS)
                   (JUL 1985)--ALTERNATE I (APR 1985)
                   (Reference 44.204(b))
83  52.245-0001    PROPERTY RECORDS (APR 1984)
                   (Reference 45.106(a))
84  52.245-0005    GOVERNMENT PROPERTY (COST REIMBURSEMENT, TIME-AND-MATERIAL, OR
                   LABOR-HOUR CONTRACTS) (JAN 1986)
                   (Reference 45.106(f)(1))
85  52.247-0001    COMMERCIAL BILL OF LADING NOTATIONS (APR 1984)
                   (Reference 47.104-4(a))
86  52.247-7023    TRANSPORTATION OF SUPPLIES BY SEA (DEC 1991)
                   (Reference 47.573(b))
87  52.249-0014    EXCUSABLE DELAYS (APR 1984)
                   (Reference 49.505(d))
88  52.251-0001    GOVERNMENT SUPPLY SOURCES (APR 1984)
                   (Reference 51.107)
89  52.251-0002    INTERAGENCY FLEET MANAGEMENT SYSTEM (IFMS) VEHICLES AND RELATED SERVICES
                   (JAN 1991)
                   (Reference 51.205)
90  52.251-7000    ORDERING FROM GOVERNMENT SUPPLY SOURCES (DEC 1991)
                   (Reference 51.107)
91  52.251-7001    USE OF INTERAGENCY FLEET MANAGEMENT SYSTEM (IFMS) VEHICLES AND RELATED
                   SERVICES (DEC 1991)
                   (Reference 51.205)
92  52.216-0018    ORDERING (APR 1984)
                   (a)  Any supplies and services to be furnished under this contract shall
                   be ordered by issuance of delivery orders by the individuals or activities
                   designated in the Schedule.
                   (b)  All delivery orders are subject to the terms and conditions of this
                   contract.  In the event of conflict between a delivery order and this
                   contract, the contract shall control.
                   (c)  If mailed, a delivery order is considered "issued" when the
                   Government deposits the order in the mail.  Orders may be issued orally or
                   by written telecommunications only if authorized in the Schedule.
                         (End of clause)
                       (R 7-1101 1968 JUN)

DACA56-94-R-0013                      4

WGI000184

93  52.217-0009    OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 1989)

(a)  The Government may extend the term of this contract by written notice to the Contractor within 30 days prior to expiration of the contract provided, that the Government shall give the Contractor a preliminary written notice of its intent to extend at least 60 days before the contract expires.  The preliminary notice does not commit the Government to an extension.

(b)  If the Government exercises this option, the extended contract shall be considered to include this option provision.

(c)  The total duration of this contract, including the exercise of any options under this clause, shall not exceed ten (10) years.

(End of clause)

94  52.222-0002    PAYMENT FOR OVERTIME PREMIUMS (JUL 1990)

(a)  The use of overtime is authorized under this contract if the overtime premium does not exceed zero or the overtime premium is paid for work--

(1)  Necessary to cope with emergencies such as those resulting from accidents, natural disasters, breakdowns of production equipment, or occasional production bottlenecks of a sporadic nature;

(2)  By indirect-labor employees such as those performing duties in connection with administration, protection, transportation, maintenance, standby plant protection, operation of utilities, or accounting;

(3)  To perform tests, industrial processes, laboratory procedures, loading or unloading of transportation conveyances, and operations in flight or afloat that are continuous in nature and cannot reasonably be interrupted or completed otherwise; or

(4)  That will result in lower overall costs to the Government.

(b)  Any request for estimated overtime premiums that exceeds the amount specified above shall include all estimated overtime for contract completion and shall--

(1)  Identify the work unit, e.g., department or section in which the requested overtime will be used, together with present workload, staffing, and other data of the affected unit sufficient to permit the Contracting Officer to evaluate the necessity for the overtime;

(2)  Demonstrate the effect that denial of the request will have on the contract delivery or performance schedule;

(3)  Identify the extent to which approval of overtime would affect the performance or payments in connection with other Government contracts, together with identification of each affected contract; and

(4)  Provide reasons why the required work cannot be performed by using multishift operations or by employing additional personnel.

(End of clause)

95  52.229-0010    STATE OF NEW MEXICO GROSS RECEIPTS AND COMPENSATING TAX (OCT 1988)

DACA56-94-R-0013                                  5

WGI000185

PART II - APPLICABLE TO DELIVERY ORDERS
FOR CONSTRUCTION SERVICES

| 1 | 52.202-0001 I | DEFINITIONS (SEP 1991)--ALTERNATE I (APR 1984) (APPLICABLE TO MILITARY FUNDED DELIVERY ORDERS) (Reference 2.201) |
| 2 | 52.216-0009 | FIXED FEE-CONSTRUCTION (APR 1984) (Reference 16.307(c)) |
| 3 | 52.222-0006 | DAVIS-BACON ACT (FEB 1988) (Reference 22.407(a)(1)) |
| 4 | 52.222-0007 | WITHHOLDING OF FUNDS (FEB 1988) (Reference 22.407(a)(2)) |
| 5 | 52.222-0008 | PAYROLLS AND BASIC RECORDS (FEB 1988) (Reference 22.407(a)(3)) |
| 6 | 52.222-0009 | APPRENTICES AND TRAINEES (FEB 1988) (Reference 22.407(a)(4)) |
| 7 | 52.222-0010 | COMPLIANCE WITH COPELAND ACT REQUIREMENTS (FEB 1988) (Reference 22.407(a)(5)) |
| 8 | 52.222-0011 | SUBCONTRACTS (LABOR STANDARDS) (FEB 1988) (Reference 22.407(a)(6)) |
| 9 | 52.222-0012 | CONTRACT TERMINATION--DEBARMENT (FEB 1988) (Reference 22.407(a)(7)) |
| 10 | 52.222-0013 | COMPLIANCE WITH DAVIS-BACON AND RELATED ACT REGULATIONS (FEB 1988) (Reference 22.407(a)(8)) |
| 11 | 52.222-0014 | DISPUTES CONCERNING LABOR STANDARDS (FEB 1988) (Reference 22.407(a)(9)) |
| 12 | 52.222-0015 | CERTIFICATION OF ELIGIBILITY (FEB 1988) (Reference 22.407(a)(1)) |
| 13 | 52.222-0016 | APPROVAL OF WAGE RATES (FEB 1988) (Reference 22.407(b)) |
| 14 | 52.222-0027 | AFFIRMATIVE ACTION COMPLIANCE REQUIREMENTS FOR CONSTRUCTION (APR 1984) (Reference 22.810(f)) |
| 15 | 52.225-0005 | BUY AMERICAN ACT-CONSTRUCTION MATERIALS (MAY 1992) (Reference 25.205) |
| 16 | 52.227-7033 | RIGHTS IN SHOP DRAWINGS (APR 1966) (Reference 27.405-78(b)) |
| 17 | 52.228-0002 | ADDITIONAL BOND SECURITY (APR 1984) (Reference 28.106-4) |
| 18 | 52.228-0011 | PLEDGES OF ASSETS (FEB 1990) (Reference 28.203-6) |
| 19 | 52.236-0005 | MATERIAL AND WORKMANSHIP (APR 1984) (Reference 36.505) |
| 20 | 52.236-0007 | PERMITS AND RESPONSIBILITIES (NOV 1991) (Reference 36.507) |
| 21 | 52.236-0018 | WORK OVERSIGHT IN COST REIMBURSEMENT-CONSTRUCTION CONTRACTS (APR 1984) (Reference 36.518) |
| 22 | 52.236-0019 | ORGANIZATION AND DIRECTION OF THE WORK (APR 1984) (Reference 36.519) |
| 23 | 52.243-0002 III | CHANGES--COST REIMBURSEMENT (AUG 1987)--ALTERNATE III (APR 1984) (Reference 43.205(b)(4)) |
| 24 | 52.244-0005 | COMPETITION IN SUBCONTRACTING (APR 1984) (Reference 44.204(e)) |
| 25 | 52.248-0003 | VALUE ENGINEERING-CONSTRUCTION (MAR 1989) (Reference 48.202) |

WGI000186

26  52.249-0006 I    TERMINATION (COST REIMBURSEMENT) (MAY 1986)--ALTERNATE I (APR 1984)
                     (Reference 49.503(a)(2))
27  52.225-0015      BUY AMERICAN ACT--CONSTRUCTION MATERIALS UNDER EUROPEAN COMMUNITY AGREEMENT

DACA56-94-R-0013                                          7

WGI000187

PART III - APPLICABLE TO DELIVERY ORDERS
FOR SERVICES (REMEDIATION)

| 1 | 52.202-0001 | DEFINITIONS (SEP 1991) (APPLICABLE TO MILITARY FUNDED DELIVERY ORDERS) (Reference 2.201) |
|---|---|---|
| 2 | 52.210-0005 | NEW MATERIAL (APR 1984) (Reference 10.011(e)(1)) |
| 3 | 52.216-0008 | FIXED FEE (APR 1984) (Reference 16.307(b)) |
| 4 | 52.222-0028 | EQUAL OPPORTUNITY PREAWARD CLEARANCE OF SUBCONTRACTS (APR 1984) (Reference 22.810(g)) |
| 5 | 52.222-0041 | SERVICE CONTRACT ACT OF 1965, AS AMENDED (MAY 1989) (Reference 22.1006(a)) |
| 6 | 52.222-0042 | STATEMENT OF EQUIVALENT RATES FOR FEDERAL HIRES (MAY 1989) (Reference 22.1006(b)) |
| 7 | 52.225-7001 | BUY AMERICAN ACT AND BALANCE OF PAYMENTS PROGRAM (DEC 1991) (Reference 25.109(d)) |
| 8 | 52.225-7002 | QUALIFYING COUNTRY SOURCES AS SUBCONTRACTORS (DEC 1991) (Reference 25.109-70(a)) |
| 9 | 52.228-0007 | INSURANCE--LIABILITY TO THIRD PERSONS (APR 1984) (Reference 28.311-2) |
| 10 | 52.232-0009 | LIMITATION ON WITHHOLDING OF PAYMENTS (APR 1984) (Reference 32.111(c)(2)) |
| 11 | 52.237-0002 | PROTECTION OF GOVERNMENT BUILDINGS, EQUIPMENT, AND VEGETATION (APR 1984) (Reference 37.110(b)) |
| 12 | 52.243-0002 I | CHANGES--COST REIMBURSEMENT (AUG 1987)--ALTERNATE I (APR 1984) (Reference 43.205(b)(2)) |
| 13 | 52.244-0005 | COMPETITION IN SUBCONTRACTING (APR 1984) (Reference 44.204(e)) |
| 14 | 52.246-0025 | LIMITATION OF LIABILITY--SERVICES (APR 1984) (Reference 46.805(a)(4)) |
| 15 | 52.248-0001 III | VALUE ENGINEERING (MAR 1989)--ALTERNATE III (APR 1984) (Reference 48.201) |
| 16 | 52.249-0006 | TERMINATION (COST REIMBURSEMENT) (MAY 1986) (Reference 49.503(a)(1)) |
| 17 | 52.225-0017 | BUY AMERICAN ACT--SUPPLIES UNDER EUROPEAN COMMUNITY AGREEMENT |

DACA56-94-R-0013

8

WGI000188

PART IV - APPLICABLE TO DELIVERY ORDERS
FOR SERVICES (ARCHITECT-ENGINEER)

| | | |
|---|---|---|
| 1 | 52.202-0001 I | DEFINITIONS (SEP 1991)--ALTERNATE I (APR 1984) (APPLICABLE TO MILITARY FUNDED DELIVERY ORDERS) (Reference 2.201) |
| 2 | 52.216-0008 | FIXED FEE (APR 1984) (Reference 16.307(b)) |
| 3 | 52.222-0028 | EQUAL OPPORTUNITY PREAWARD CLEARANCE OF SUBCONTRACTS (APR 1984) (Reference 22.810(g)) |
| 4 | 52.227-7024 | NOTICE AND APPROVAL OF RESTRICTED DESIGNS (APR 1984) (Reference 27.405-78(d)) |
| 5 | 52.243-0002 I | CHANGES--COST REIMBURSEMENT (AUG 1987)--ALTERNATE I (APR 1984) (Reference 43.205(b)(2)) |
| 6 | 52.248-0002 | VALUE ENGINEERING--ARCHITECT-ENGINEER (MAR 1990) (Reference 48.201(f)) |
| 7 | 52.249-0006 | TERMINATION (COST REIMBURSEMENT) (MAY 1986) (Reference 49.503(a)(1)) |

DACA56-94-R-0013

9

WGI000189

PART V - APPLICABLE TO DELIVERY ORDERS FOR
PANTEX PLANT, TEXAS (CONSTRUCTION)

1   DEAR 952.223-75  PRESERVATION OF INDIVIDUAL OCCUPATIONAL RADIATION EXPOSURE
                      RECORDS (APR 1984)
   Individual occupational radiation exposure records generated in the performance of work under
this contract shall be subject to inspection by DOE and shall be preserved by the Contractor
until disposal is authorized by DOE or at the option of the Contractor delivered to DOE upon
completion or termination of the contract.  If the Contractor exercises the foregoing option,
title to such records shall vest in DOE upon delivery.

2   DEAR 952.250-70  NUCLEAR HAZARDS INDEMNITY AGREEMENT (NOV 1991)
   (a)  Authority.  This clause is incorporated into this contract pursuant to the authority
contained in subsection 170d of the Atomic Energy Act of 1954, as amended (hereinafter
called the Act.)
   (b)  Definitions.  The definitions set out in the Act shall apply to this clause.
   (c)  Financial Protection.  Except as hereafter permitted or required in writing by DOE, the
Contractor will not be required to provide or maintain, and will not provide or maintain at
Government expense, any form of financial protection to cover public liability, as described
in paragraph (d)(2) below.  DOE may, however, at any time require in writing that the Contractor
provide and maintain financial protection of such a type and in such amount as DOE shall
determine to be appropriate to cover such public liability, provided that the costs of such
financial protection are reimbursed to the Contractor by DOE.
   (d)  Indemnification.
   (1)  To the extent that the Contractor and other persons indemnified are not compensated
by any financial protection permitted or required by DOE, DOE will indemnify the Contractor
and other persons indemnified against (i) claims for public liability as described in
subparagraph (d)(2) of this clause; and (ii) such legal costs of the Contractor and other
persons indemnified as are approved by DOE, provided that DOE's liability, including such
legal costs, shall not exceed the amount set forth in section 170e(1)(B) of the Act in the
aggregate for each nuclear incident or precautionary evacuation occurring within the United
States or $100 million in the aggregate for each nuclear incident occurring outside the United
States, irrespective of the number of persons indemnified in connection with this contract.
   (2)  The public liability referred to in subparagraph (d)(1) of this clause is public
liability as defined in the Act which (i) arises out of or in connection with the activities
under this contract, including transportation; and (ii) arises out of or results from a
nuclear incident or precautionary evacuation, as those terms are defined in the Act.
   (e)  Waiver of Defenses.
   (1)  In the event of a nuclear incident, as defined in the Act, arising out of nuclear
waste activities, as defined in the Act, the Contractor, on behalf of itself and other
persons indemnified, agrees to waive any issue or defense as to charitable or governmental
immunity.
   (2)  In the event of an extraordinary nuclear occurrence which:
   (i) Arises out of, results from, or occurs in the course of the construction,
possession, or operation of a production or utilization facility; or
   (ii) Arises out of, results from, or occurs in the course of transportation of source
material, by-product material, or special nuclear material to or from a production or
utilization facility; or
   (iii) Arises out of or results from the possession, operation, or use by the Contractor
or a subcontractor of a device utilizing special nuclear material or by-product material,
during the course of the contract activity; or
   (iv) Arises out of, results from, or occurs in the course of nuclear waste activities,
the Contractor, on behalf of itself and other persons indemnified, agrees to waive:

DACA56-94-R-0013                          10

WGI000190

(A) Any issue or defense as to the conduct of the claimant (including the conduct of the persons through whom the claimant derives its cause of action) or fault or persons indemnified, including, but not limited to:

1. Negligence;
2. Contributory negligence;
3. Assumption of risk; or
4. Unforeseeable intervening causes, whether involving the conduct of a third person or an act of God;

(B) Any issue or defense as to charitable or governmental immunity; and

(C) Any issue or defense based on any statute of limitations, if suit is instituted within three (3) years from the date on which the claimant first knew, or reasonably could have known, of his injury or damage and the cause thereof. The waiver of any such issue or defense shall be effective regardless of whether such issue or defense may otherwise be deemed jurisdictional or relating to an element in the cause of action. The waiver shall be judicially enforceable in accordance with its terms by the claimant against the person indemnified.

(v) The term extraordinary nuclear occurrence means an event which DOE has determined to be an extraordinary nuclear occurrence as defined in the Act. A determination of whether or not there has been an extraordinary nuclear occurrence will be made in accordance with the procedures in 10 CFR Part 840.

(vi) For the purposes of that determination, "offsite" as that term is used in 10 CFR Part 840 means away from "the contract location" which phrase means any DOE facility, installation, or site at which contractual activity under this contract is being carried on, and any Contractor-owned or controlled facility, installation, or site at which the Contractor is engaged in the performance of contractual activity under this contract.

(3) The waivers set forth above:

(i) Shall be effective regardless of whether such issue or defense may otherwise be deemed jurisdictional or relating to an element in the cause of action;

(ii) Shall be judicially enforceable in accordance with its terms by the claimant against the person indemnified;

(iii) Shall not preclude a defense based upon a failure to take reasonable steps to mitigate damages;

(iv) Shall not apply injury or damage to a claimant or to a claimant's property which is intentionally sustained by the claimant or which results from a nuclear incident intentionally or wrongfully caused by the claimant;

(v) Shall not apply to injury to a claimant who is employed at the site of any in connection with the activity where the extraordinary nuclear occurrence takes place, if benefits therefor are either payable or required to be provided under any workmen's compensation or occupational disease law;

(vi) Shall not apply to any claim resulting from a nuclear incident occurring outside the United States;

(vii) Shall be effective only with respect to those obligations set forth in this clause and in insurance policies, contracts, or other proof of financial protection; and

(viii) Shall not apply to, or prejudice the prosecution or defense of, any claim or portion of claim which is not within the protection afforded under

(A) the limit of liability provisions under subsection 170e of the Act, and

(B) the terms of this agreement and the terms of insurance policies, contracts, or other proof of financial protection.

(f) Notification and Litigation of Claims. The Contractor shall give immediate written notice to DOE of any known action or claim filed or made against the Contractor or other person indemnified for public liability as defined in paragraph (d)(2). Except as otherwise directed by DOE, the Contractor shall furnish promptly to DOE, copies of all pertinent papers received by the Contractor or filed with respect to such actions of claims. DOE shall have the right to, and may collaborate with, the Contractor and any other person indemnified in the settlement or defense of any action or claim and shall have the right to (1) require the prior approval of DOE for the payment of any claim that DOE may be required to indemnify

DACA56-94-R-0013

11

hereunder; and (2) appear through the Attorney General on behalf of the Contractor or other
person indemnified in any action brought upon any claim that DOE may be required to indemnify
hereunder, take charge of such action, and settle or defend any such action.  If the settlement
or defense of any such action or claim is undertaken by DOE, the Contractor or other person
indemnified shall furnish all reasonable assistance in effecting a settlement or asserting a
defense.

(g)  Continuity of DOE Obligations.  The obligation of DOE under this clause shall not be
affected by any failure on the part of the Contractor to fulfill its obligation under this
contract and shall be unaffected by the death, disability, or termination of existence of the
Contractor, or by the completion, termination, or expiration of this contract.

(h)  Effect of Other Clauses.  The provisions of this clause shall not be limited in any way
by, and shall be interpreted without reference to, any other clause of this contract, including
the clause entitled Contract Disputes, provided, however, that this clause shall be subject to
the clauses entitled Covenant Against Contingent Fees, Officials Not to Benefit, and
Examination of Records by the Comptroller General, and any provisions that are later added to
this contract as required by applicable Federal law, including statutes, executive orders, and
regulations to be included in Nuclear Hazards Indemnity Agreements.

(i)  Civil Penalties.  The Contractor and its subcontractors and suppliers who are
indemnified under the provisions of this clause are subject to civil penalties, pursuant to
234A of the Act, for violations of applicable DOE nuclear-safety related rules, regulations,
or orders.

(j)  Criminal Penalties.  Any individual director, officer, or employee of the Contractor
or its subcontractors and suppliers who are indemnified under this clause are subject to criminal penalties, pursuant to 223c of the Act,  for knowing and willful
violation of the Atomic Energy Act of 1954, as amended, and applicable DOE nuclear safety
related rules, regulations, or orders which violation results in, or, if undetected, would
have resulted in a nuclear incident.

(k)  Inclusion in Subcontracts.  The Contractor shall insert this clause in any subcontract
which may involve the risk of public liability, as that term is defined in the Act and
further described in paragraph (d)(2) above.  However, this clause shall not be included in
subcontracts in which the subcontractor is subject to Nuclear Regulatory Commission (NRC)
financial protection requirements under section 170b of the Act or NRC agreements of
indemnification under section 170c or k of the Act for the activities under the subcontract.

DEFINITION:  For the purpose of the clause "Nuclear Hazards Indemnity Agreement", the term
"Contractor" shall mean the USACE, and the term "subcontractor" shall mean a USACE contractor
performing work under this contract.

DACA56-94-R-0013                                      12

WGI000192