## SOLICITATION REVISIONS

The following list sets forth those pages affected by any revisions/changes to the solicitation.   For convenience, revisions/changes are denoted by "shading" or by a line on the left side of the changed section.

| DELETE | ADD |
|---|---|
| C-7 and C-8 | C-7 and C-8 |
| C-9 and C-10 | C-9 and C-10 |
| C-21 and C-22 | C-21 and C-22 |
| C-31 and C-32 | C-31 and C-32 |
| H-7 and H-8 | H-7 and H-8 |
| I-5 and I-6 | I-5 and I-6 |
| L-11 and L-12 | L-11 and L-12 |
| L-13 and L-14 | L-13 and L-14 |
| L-15 and L-16 | L-15 and L-16 |
| L-17 and L-18 | L-17 and L-18 |
| L-19 and L-20 | L-19 and L-20 |
| L-21 and L-22 | L-21 and L-22 |
| L-23 and 1-24 | L-23 and L-24 |
| SWDPROJ-3 and SWDPROJ-4 | SWDPROJ-3 and SWDPROJ-4 |
| SWDPROJ-5 and SWDPROJ-6 | SWDPROJ-5 and SWDPROJ-6 |
| SWDPROJ-7 and SWDPROJ-8 | SWDPROJ-7 and SWDPROJ-8 |
| SWDPROJ-9 and SWDPROJ-10 | SWDPROJ-9 and SWDPROJ-10 |
| SWDPROJ-11 and SWDPROJ-12 | SWDPROJ-11 and SWDPROJ-12 |
| DOE-SP-3 and DOE-SP-4 | DOE-SP-3 and DOE-SP-4 |
| DOE-SP-5 and DOE-SP-6 | DOE-SP-5 and DOE-SP-6 |
| DOE-SP-7 and DOE-SP-8 | DOE-SP-7 and DOE-SP-8 |

WGI000193

Page 3
DACA56-94-R-0013

### SOLICITATION REVISIONS

DOE-SP-9 and DOE-SP-10

DOE-SP-11 and DOE-SP-12

DOE-SP-9 and DOE-SP-10

DOE-SP-11 and DOE-SP-12

Standardized Subsurface Conditions DOE and Southwestern Division Sample Projects Area 2

Attachment #5 - Wage Decision No. 88-186 (Rev. 8) and Wage Decision TX 930027, Heavy/Highway Construction for DOE Sample Project

WGI000194

## PREPROPOSAL CONFERENCE

In accordance with Section L, page L-27, paragraph L-34, entitled Preproposal Conference, the preproposal conference, in connection with Request for Proposal (RFP) DACA56-94-R-0013, was conducted on February 8, 1994, at the Marriott Hotel, 10918 East 41st Street, Tulsa, Oklahoma.

Companies and individuals represented at the preproposal conference are identified on the enclosure.

From 12:30 to 1:00 p.m. prospective offerors were registered and given packets containing an agenda, question and answer form, standardized subsurface conditions for the sample projects, a plan holder listing and wage rates for Truscott, Texas,

At 1:00 p.m., Mr. John Weatherly, Contracting Division, welcomed everyone and opened the conference with administrative comments. Participants were advised that an amendment would be issued approximately one week following the conference. Amendment will contain a brief synopsis of the agenda items, names of conference attendees, subsurface conditions of the sample projects, plan holder listing, wage rates for Truscott, questions and answers and any changes made to the solicitation. Participants were further advised that Government personnel would not entertain oral questions at this conference and that all questions must be submitted in writing. Slides of conference will not be made available.

Mr. Bob Brown, Deputy District Engineer for Project Management, was introduced. He welcomed everyone and provided information on the Corps of Engineers Total Environmental Restoration Contracts (TERC). Major Tom Frendak, Assistant Chief, Environmental Branch, provided a brief overview of TERC. Specific details of the TERC were given by Mr. Weatherly. Scope requirements for the Southwestern Division and Department of Energy sample projects were furnished by Ms. Ramona Wagner, Special Assistant to the Chief, Engineering and Construction Division.

Mr. Weatherly read all questions that had been received prior to the conference. Answers were provided for most questions. Mr. Weatherly reiterated that all questions must be in writing. Questions and answers will be summarized and issued in an amendment to the RFP.

Mr. Rick Hedrick, Chief, Contracting Division, stressed the goal is for Tulsa District to enhance the development and utilization of small and disadvantaged firms, and reminded everyone of the Small/Small Disadvantaged Business Fair to be held the following morning. This will give small businesses an opportunity to match capabilities with potential offerors.

The conference ended at approximately 3:00 p.m.

| Company | Individual |
|---|---|
| Bhate Environmental, Inc. | Louis Cole |
| Black and Veatch Waste Science | Vernon M. Reid |
| Black and Veatch Waste Science | Keith A. Boyd |
| Blakely Environmental Inc. | Toni Lee Blakely |
| Brown and Caldwell | John E. Kane |
| Brown and Root Environmental | Wayne Scholl |
| Brown and Root Environmental | Jim Tremblay |
| Burns and McDonnell | Steve Whitfield |
| CH2M Hill | Jerry Farrar |
| Chemron, Inc. | Ronald Oldham |
| Chemron, Inc. | Joe Lambert |
| CKY, Inc. | Tim Yu |
| CKY, Inc. | Harry Hudson |
| Dames and Moore | Michael Carter |
| Dames and Moore | Ken Strom |
| Davy International | Ronald Rudolph |
| Diversified Engineering, Inc. | Jerry Ekan |
| Diversified Engineering, Inc. | Marion Thomas |
| Earth Analysis Group, Inc. | Ruth Wall |
| EcoChem, Inc. | Sheri Dahl |
| Ecology and Environment, Inc. | David Donohue |
| Ecology and Environment, Inc. | William R. Goode |
| ECC | Mitch Clark |
| EDECO, Inc. | Robert Barnett |
| EDECO, Inc. | Susan Lowen |
| EMCON | Maggie Moorhouse |
| Engineering-Science, Inc. | B. J. Snow |
| Enseco | Maureen McDevitt |
| Enseco | Bernie Siemens |
| Enserch Environmental | Bill McIntosh |
| ENSR Consulting and Engineering | W. Tambo |
| ENSR Consulting and Engineering | Robert Paine |
| ENSR Consulting and Engineering | John P. Johnson |
| Entech, Inc. | William Hill |
| Enviro/Max, Inc. | James DeGrafenread |
| Environmental Management, Inc. | Terry D. Bobo |
| Environmental Management, Inc. | Larry Lucas |
| Environmental Monitoring and Control, Inc. | Kenneth Hess |
| Environmental Research Inc. | Mary Sitton |
| Environmental Research Inc. | Kristen Stort |
| Environmental Tech | Otho Thomas |
| Environmental Tech | Steve Ellis |
| Everest Environmental Serv. Corp. | Jim Clark |
| Everest Environmental Serv. Corp. | Glenn Blackwell |
| Flintco, Inc. | Trent Timberlake |
| Fluor Daniel, Inc. | Dave Mead |
| Fluor Daniel, Inc. | Nick Kaufmar |
| Fluor Daniel Williams Brothers | Edward Portica |
| Fluor Daniel Williams Brothers | Norm Blaker |
| Foothill Engrg Consult., Inc. | Chris Paoletti |

| Company | Individual |
|---------|------------|
| Foster-Wheeler Env. Services | Edward Matuszak |
| Foster-Wheeler Env. Services | William Gregory |
| Four Seasons Environmental, Inc. | Quint Barefoot |
| General Engineering Labs, Inc. | Judith Hemphill |
| GEO-CON, Inc. | Rick Hanford |
| Geo Core Services | Dale Robl |
| Geo Core Services | Dennis Burris |
| Geo-Marine, Inc. | Ruben Garza |
| Geo-Marine, Inc. | Harry Windecken |
| Geraghty and Miller | Paul Ferraro |
| Global Env. Solutions, Inc. | Eugene Langley III |
| Gonzalez and Schneeberg | Gene Gonzalez |
| Groundwater Technology | Alan Freeman |
| Groundwater Technology | Leon Stepp |
| Gundle Lining Systems | Tyra Williams |
| Halff Associates, Inc. | Patrick E. Jolly |
| Harding Lawson Associates | Don Campbell |
| Harding Lawson Associates | Gil Mulley |
| Hydro Vision | Ram Arora |
| IC Technologies | Gayle Langley |
| ICF Kaiser | Timothy Hall |
| ICF Kaiser | David Zimomra |
| ICF Kaiser | Bruce Laswell |
| ICF Kaiser | Bill Root |
| ICF Kaiser | Kathi Brush |
| Inchcape Testing Services | Ernest Torres |
| Inchcape Testing Services | Larry Sluff |
| Intera, Inc. | Sal Gazioglu |
| IT Corporation | John Leininger |
| IT Corporation | Glen Schwartz |
| J. A. Jones Environmental Service | D. Schweikert |
| Jacobs Engineering | Randy Ostraat |
| Jacobs Engineering | Dean Loftin |
| Jacobs Engineering | Bill Hunt |
| Jacobs Engineering | Diana Hartman |
| James O. Folsom and Associates | Marcia Folsom |
| KEH | Bill Root |
| KEI Consultants | Bob Thompson |
| Laidlaw Environmental Services | Lynn Gerhard |
| Lamb Associates, Inc. | Bill Lamb |
| Law Engineering, Inc. | John Monger |
| Law Engineering, Inc. | Bill Humphries |
| Lockheed Environmental Systems | Robert Morse |
| Lockwood Greene Technologies | Bill Allen |
| Lockwood Greene Technologies | Jeff Cochran |
| McBon Envir. & Const., Inc. | Richard Jackson |
| Materials Management Group | Benn Toll |
| Materials Management Group | Jim Blazek |
| Maxim Engineers, Inc. | Clint Miller |
| Maxim Engineers, Inc. | Richard Cunningham |
| Maytag Aircraft Corp. | Roy Pease |

WGI000198

| Company | Individual |
|---|---|
| Midwest Environmental Svcs, Inc. | David Cooper |
| Morrison Knudsen | David Hartsfield |
| Morrison Knudsen | Robert E. Stevens |
| Morrison Knudsen | Paul Bengel |
| New Mexico State University | William F. Stepp |
| NFT, Inc. | Gil Brassell |
| Nobis Engineering, Inc. | Abdul Shakir |
| | |
| OHM Remediation Services Corp. | Dwayane Currie |
| OHM Remediation Services Corp. | Stanley Wojinski |
| OHM Remediation Services Corp. | John Ollsen |
| P. Doug Harvell and Associates | P. Doug Harvell |
| P. Doug Harvell and Associates | Bill Jewell |
| P. Doug Harvell and Associates | Bill Turner |
| P. Doug Harvell and Associates | J. Scott Neel |
| PACE, Incorporated | Jacquie Schweider |
| PACE, Incorporated | John Gerkin |
| Pack Marketing | Jim Pack |
| PAI Corporation | C. R. Boardman |
| Parsons Environmental Svcs, Inc. | Fred Himes |
| Parsons Environmental Svcs, Inc. | Mel Weingart |
| PDP Analytical Services | Christy Westell |
| PDP Analytical Services | Reddy Pakanati |
| Perry Williams, Inc. | John Stevenson |
| Perry Williams, Inc. | Donnie White |
| Precision Analytical Lab, Inc. | Tom Dabney |
| Private Consultant | Steven H. Brown |
| Private Consultant | Weldon M. (Bill) Gamel |
| Private Consultant | M. D. Jarrell |
| RFS Consulting, Inc. | Ron Sober |
| Raba-Kistner Consultants, Inc. | Donald J. Schaezler |
| Raba-Kistner Consultants, Inc. | Mary Lynne Wilson |
| Radian | Robert Wallace |
| Radian | Mary Miello |
| Radian | Vicki Torgerson |
| Radian | Wayne Speetzen |
| REACT Environmental Engineers | Peter Eliades |
| REACT Environmental Engineers | Carol Byington |
| Remedial Action Corporation | Alan Hagemeier |
| Remedial Action Corporation | Doug Thompson |
| Rhombus, Inc. | Thomas A. Duval |
| Roberts/Schornick and Assoc., Inc. | Michael D. Wright |
| Roy F. Weston, Inc. | Glen Johnson |
| Roy F. Weston, Inc. | John D. Difilippo |
| Roy F. Weston, Inc. | Carol Talbert |
| Roy F. Weston, Inc. | Claudia Clark |
| RUST International, Inc. | Frank W. Gibbons |
| S. M. Stoller Corporation | Ron Foster |
| Science Applications Intl Corp. | Wendell Fortner |
| Scientific Ecology Group | Steve Horvath |
| Security Envir. Systems, Inc. | Stephen Grossman |

WGI000199

| Company | Individual |
|---|---|
| Security Envir. Systems, Inc. | Holly McCarty |
| Silver Spur Construction Co. | Roy Webb |
| SiteWorks | John Hoover |
| Solox | Will Sass |
| Souder, Miller and Associates | Peter Fant |
| Souder, Miller and Associates | Peter Nathanson |
| Southwest Laboratory of Oklahoma | Dave LeMaster |
| Southwest Laboratory of Oklahoma | Robert Harris |
| Stone and Webster | Gene Blake |
| Stone and Webster | E. M. Washer |
| Subsurface Detection Investigations, Inc. (SDII) | Gordon P. Fields |
| Sverdrup Environmental | Mike Neumann |
| Sverdrup Environmental | John Clegg |
| T. I. Laboratories, Inc. | Ted Risenhoover |
| Target Environmental | Kevin Dawson |
| Team Environmental | John Dickson |
| Thompson Consulting | Douglas Thompson |
| TMA/Eberline | John Moroney III |
| TRACOR | David Rohde |
| TRIAX, Inc. | Don Henderson |
| TRIAX, Inc. | Vicki Wells |
| USPCI | Robert Charlton |
| USPCI | Mike Morrow |
| Vista Technology, Inc. | Daniel Gabaldon |
| Wastren, Inc. | Tim Campbell |
| Wastren, Inc. | Tom Scott |
| Webb Brothers Construction | Rocky Webb |
| Wendy Lopez and Associates, Inc. | Dev Rastogi |
| Wendy Lopez and Associates, Inc. | Monica Wommack |
| Westinghouse Environmental | Dennis Seipp |
| Woodward-Clyde | David Jubenville |
| Woodward-Clyde | Rich Beyak |
| Wyle Laboratories | Drexel Smith |
| Zambrana Engineering | Mike Zambrana |

WGI000200

## TERC Questions and Answers

**Q.1.** In review of the TERC, I noted there was no work scope defined for Community/Public Relations, which will be a critical portion of the project. Was this omission intentional? Please call me to explain and inform me whether or not providing this type of service in the responses to the RFP would be of benefit to the offeror.

**A.1.** The nature of the contract is cradle to grave environmental restoration. Because of the large number of potential work items, it was not possible to include each possible task.

**Q.2.** There are two contracts and two sample tasks included in the RFP. We want to verify that one of these tasks will only be addressed in a DOE submittal and that the other sample task will only be addressed in a DOD submittal.

**A.2.** Yes, one task is to be addressed in the DOE submittal and the other sample task will be addressed in the DOD submittal. Paragraph L.29 will be clarified to that effect.

**Q.3.** Currently, the RFP Part I contract clauses included clause 52.227-7022 GOVERNMENT RIGHTS (UNLIMITED). In the event that the Contractor proposes the use of innovative or patented remediation technologies or other proprietary programs (including software) under delivery orders, will the Corps allow the incorporation of DFARS Clause 252.227.7013(c)(1) and (2) "Rights in Computer Software - Restricted Rights" and/or other appropriate clauses for the protection of the Contractor?

**A.3.** Yes, the Government is allowing incorporation of the appropriate clauses for the protection of the Contractor. If, however, software or other works are specifically developed for this contract then the government would have unlimited rights.

**Q.4.** It does not appear that the Tulsa TERC RFP requires the submission of a "full-up" SB/SDB Plan - only for "projections" on SB/SDB utilization in Volume IV. Is a "full-up" SB/SDB Plan required to be submitted with the proposal or will a SB/SDB plan be required to be submitted on a delivery order-by-delivery order basis.

**A.4.** A "full-up" SB/SDB Plan is not required to be submitted with the proposal. See Item 2 in the "Listing of Anticipated Contract Management Procedures" in Attachment 1 to the RFP and the footnote thereto.

1

**Q.5.  L.23.e.(5)**  Requires inclusion of each firm's CAS disclosure statement.  For a proposed team of several named subcontractors this requirement to submit CAS disclosure statements could require many pages.  Each statement could include approximately 50 pages.  Can the CAS disclosure statements be exempt from the 100-page limit for Volume I as are the audited financial statements?

**A.5.**  Yes, the CAS disclosure statements will be excluded from the 100-page limit for Volume I.  Paragraph L.23.a. will be amended to reflect this.

**Q.6.  L.23.g.**  Reference requires that exempted materials from the page limitations shall be submitted in a separate volume.  Should the exempted materials be consolidated in a single binder, or should there be a separate binder for each volume that contains exempted materials.

**A.6.**  A separate binder should be provided for each volume that contains exempted materials.  Paragraph L.23.g will be amended to reflect this.

**Q.7.  L.23.a.(2)**  Resumes on other key personnel to be included on ONE project team.  Team should consist of NO MORE than 8 people.  Offeror then indicates how many teams with similar education and experience that the offeror can provide.  Is there a limit on the number of resumes that can be presented?

**A.7.**  There is no limit on the number of resumes that can be presented; however there is a 100-page limitation on Volume II, and the resumes are not excluded from that page limitation.

**Q.8.  L.26.b.(1)(b)**  Reference requires examples of output from the MIS for other comparable projects.  A large number of pages will be required to properly respond to this requirement.  Can these MIS examples be submitted in an appendix to Volume II, and thereby be exempt from the page limitation?

**A.8.**  No, however, the page limitation for Volume III will be expanded to 150 pages.  Paragraph L.23.c. will be amended to reflect this.

2

WGI000202

**Q.9.   L.28.**   The information required in L.28.A. through f. shall be provided for all
"...major or substantial team members..."

- Key Personnel Salaries
- Professional salaries (non-key)
- Labor burden
- G&A and all other markups
- Copy of company policy/procedures personnel/payroll.

The required information may be substantial in volume for a number of named
subcontractors whose anticipated participation in the contract will range from less than
one to five percent.

**Q.9.a.**   What constitutes a major or substantial team member?

**A.9.a.**   A team member is considered major or substantial if you consider that
incorporation of the subcontractor or affiliate would result in the award of the
contract to your company.

**Q.9.b.**   If named subcontractors will be employed under fixed price
subcontracts, will such information be required?

**A.9.b.**   Yes.

**Q.9.c.**   Can such voluminous data be exempted from the page count
limitations?

**A.9.c.**   No, however, paragraph L.23.e. does exempt the copy(ies) of company
policy and procedures with respect to personnel and payroll.

**Q.9.d.**   Can an SF 1411 be substituted for named subcontractors whose
participation in the TERC will range from less than one percent to five percent
in lieu of the required information on staff salaries, labor burden, overhead,
G&A, etc?

**A.9.d.**   No.

**Q.9.e.**   Wiii the Representations and Certifications count against the page limit
of Volume V?

**A.9.e.**   No, the Representations and Certifications will not count against the
page limit of Volume V.  Paragraphs L.23.(e) and L.28 will be amended to
reflect this.

3

WGI000203

**Q.10.** Sample Project Southwest(ern) Division Site: Section 4. Description: What is the arial (areal) extent of the ammunition plant (production area as well as plant boundaries)?

**A.10.** The production area is 800 acres, the plant boundaries encompass 10,000 acres. The description in paragraph 4 will be amended to reflect this.

**Q.11.** Would the Tulsa District consider omitting the following items from the page limitations, and have them submitted as appendices:

   **Q.11.a.** L.24., Paragraph d, Volume I - Listing of Corporate Commitments. For each major firm this list could be 10 pages.

   **A.11.a.** Yes, in part. See amended paragraphs L.24.d and L.23.a.

   **Q.11.b.** L.24., Paragraph E, Section 5 - Cost Accounting Disclosure Statement. Stone & Webster's CAS statement is 64 pages in length.

   **A.11.b.** Yes, see question and answer 5.

   **Q.11.c.** L.28. In previous TERC RFPs, the Representations and Certifications in Section K of the RFP were provided in the Cost Volume. One completed set is 20 pages long, and our understanding is that these are provided for each major team member.

   **A.11.c.** The Representations and Certifications are to be included in the Cost Volume. They will be excluded from the page limitation. See question and answer 9.e. The Representations and Certifications are required only for the prime contractor.

   **Q.11.d.** L.29. Sample Problem Cost Estimate. For each sample problem, a detailed cost estimate could be 40 to 50 pages including backup information, and data on quotes, etc. While this information can be compressed, it would not provide the small level of detail on the assumption, production rates, and equipment utilizations.

   **A.11.d.** The page limitation on the Sample Problem is 200 pages (Reference L.23.f.), 50 of which are reserved for the Work Plan (Reference Attachments 3 and 4, Paragraph 6.1.1). The page limitation will not be changed.

4

WGI000204

**Q.12.** Could the Tulsa District clarify its instructions if a firm submits on both the Southwestern Division and the DOE TERC contracts? If data contained in a stand-alone binder is identical, such as appendices or complete volumes, does the District desire duplicate sets of information for each submittal or will one submittal suffice?

**A.12.** The District desires duplicate sets; however, as stated in paragraph L.22, the District also requires that the submittals reflect which portions are duplicates.

**Q.13.** For Volume I, Section a. Are organization charts required for small/small disadvantages business team members or only major team members?

**A.13.** Yes, organization charts are required for all team members.

**Q.14.** Reference: Information to Offerors or Quoters: Block 6. Please clarify the Small Business (SB) and Small Disadvantaged Business (SDB) targets; i.e., is the non-SDB small business target of subcontracted dollars and SDB target 7% adding to a total of 60%?

**A.14.** The 7% SDB goal is also part of the 60% Small Business goal. A subcontract to a "Small Disadvantaged Business" will be credited against the 60% goal as well as the 7% goal. A subcontract to a "small business" will be credited against the 60% goal only. Offerors should also note that subcontract awards to Historically Black Colleges and Universities (HBCU) and Minority Institutions (MI) are considered awards to an SDB and will count towards the SB and SDB goals.

**Q.15.** Reference Section B; Paragraph 1. This paragraph refers only to cost reimbursement delivery orders.

**Q.15.a.** Are any firm-fixed price (FFP) delivery order anticipated?

**A.15.a.** No.

**Q.15.b.** Are FFP subcontracts allowable between the prime and second-tier subcontractors?

**A.15.b.** The Government encourages the utilization of firm-fixed price subcontracts.

5

WGI000205

**Q.16.**  Reference:  Section C; Paragraph 4.2.1.1.  What constitutes professional registration for a construction manager or chemist?

**A.16.**  The paragraph will be amended to indicate that professional registration is required, where applicable.

**Q.17.**  Reference:  Section Paragraph 4.6 and 5.4.1; and Section L; Paragraph L.25.a.(1) Please clarify the organization relationship among the Contractor Quality Control (CQC) System Manager (Section C; Paragraph 4.6) and (Section C: Paragraph 5.4) and the Quality Control Supervisor (Section L; Paragraph L.25.a.(1)).

**A.17.**  The Contractor Quality Control System Manager is a working project-level person.  The Quality Control Supervisor is intended to refer to the CQC Systems Manager's technical supervisor.   Sections C.4 and L.25.a.(1) will be amended to clarify the relationships between the two sections.

**Q.18.**  Reference:  Section L; Paragraph L.22.  The requirement to submit only 3 copies of Volume VI (Volume V) contradicts the SF 33 which calls for 5 copies of the proposal.

**A.18.**  Paragraph L.22 will be amended to reflect that 5 copies of each volume are required.

**Q.19.**  Reference:  Section L; Paragraph L.23.a.

   **Q.19.a.**  Is proportional spacing allowable versus 12 characters per linear inch?

   **A.19.a.**  Yes.

   **Q.19.b.**  What font size do you consider corresponds to 12 characters per linear inch?

   **A.19.b.**  11 point.

6

**Q.20.** Reference: Section L; Paragraph L.25.a.(1)  Are the qualifications required of the Chief, Project Managers; Chief, Regulatory Specialist; Chief, Site Safety and Health Officer; Chief, Hydrogeologist/Geologist; Chief, Contract Manager; and Chief, Remediation Manager the same as the non-chief designated position qualifications found in Section C?  What is the relationship between positions identified as Chief in Section L. and those detailed in Section C?

**A.20.** Yes, the qualifications are the same.  The relationship intended is that the positions requested in Section L.25.a.(1) are the technical supervisors of the project level personnel the Section C qualifications describe.  The intent is that the supervisors or other managers of the project personnel have the same minimum requirements as those they supervise.

**Q.21.** Reference: Section L; Paragraph L.25.a.(1) Where can the qualification requirements for the Chief, Estimator, and for that matter any Estimator, position be found?

**A.21.** No specific requirements have been set forth in this RFP, however a resume will be required.

**Q.22.** Reference: Section L; Paragraph L.25.a.(6)  Please explain what is required.

**Q.22.a.** Do you require a.(1)-(5) for all Team member personnel separate for each Team member?

**A.22.a.** No, paragraph 6 intends to convey that the information requested in a.(1)-(5) be provided for all prime and team member personnel.  There is no requirement that subcontractors or affiliates personnel information be separated from the Prime's information.  There must be some way to determine the employer of each individual proposed on the team.  Paragraph L.25.a.(6) will be amended.

**Q.22.b.** Do you require a.(3)-(5) for all Team member personnel separate for each Team member?

**A.22.b.** No, see question and answer 22.a. above.

**Q.22.c.** Can the information required in (6) for Team member firms be provided in that required for the Prime in a.(1)-(5)?

**A.22.c.** Yes, see question and answer 22.a. above.

7

WGI000207

**Q.23.  L.22**  This article specifies that Sections A and K will be included in the cost volume V.

**Q.23.a.**  Are these Sections A and K required for all team members?

**A.23.a.**  No, Sections A and K are to be submitted by the Prime contractor only.

**Q.23.b.**  If so, can they be excluded from the page limitations and included in the separate volume?  Otherwise the entire page count for volume V will be taken up by Representations and Certifications.

**A.23.b.**  Section K will be excluded from the page limitations, Section A will not be excluded from the page limitation.  Reference questions and answers 9.e., and 11.c.

**Q.24.  L.23.a.**

**Q.24.a.**  Instead of 12 characters per linear inch can we use an 11 point proportional spaced typeface with the same degree of legibility?

**A.24.a.**  Yes, see question and answer 19.b.

**Q.24.b.**  Can the type size in organization charts and tabulations be slightly smaller than the specified size?  Sometimes using the larger type size means going to a multipage chart which reduces clarity.

**A.24.b.**  Yes, on tables and charts nothing smaller than a 10 point font shall be used.  Paragraph L.23.g. will be amended to this effect.

**Q.25.  L.24.a.**  Please explain what you mean by "home office organization" in the last line of this section.  Do you mean the prime's corporate headquarters, or the nearest regional office, or something else?

**A.25.**  We mean the prime's corporate headquarters.

**Q.26.  L.24.c.(2).**  Is the Home Office or Branch Office Support referred to here for the Team Leader, i.e., prime contractor, or for all firms in a Team?

**A.26.**  All firms in a Team.

8

WGI000208

**Q.27.** L.24.d. Is the Corporate Commitment information required for all firms in a Team?

**A.27.** Yes, see question and answer 11.a.

**Q.28.** L.24.e.(5) Are the Cost Accounting Standard (CAS) disclosure Statements exempted from the page limitations?

**A.28.** Yes, see questions and answers to 5 and 11b.

**Q.29.** L.25.a.(6)

**Q.29.a.** Please explain what Experience of Affiliates, Subcontractors and Suppliers is being sought by the question "Provide experience information required above etc."

**A.29.a.** The HTRW experience of personnel proposed as participants with Affiliates, Subcontractors and Suppliers is being sought. See questions and answers 22.a.,b. and c.

**Q.29.b.** Also, as used here and else where, what is meant by Affiliate? Does this mean only a member of the organization's ownership family tree, i.e., a parent, subsidiary or sister company, or does it denote any member of an organization's Team too?

**A.29.b.** An Affiliate is a member of the organization's ownership family tree;, i.e., a parent, subsidiary or sister company. It is a company controlled by another or associated with others under common ownership or control. Other team members may not be an affiliate. For example, a subcontractor may be a team member.

**Q.30.** L.25.b.(1). Following the previous question, when this question asks for experience of the company and its affiliates, does this mean all Team members or the prime and its related companies only?

**A.30.** We want experience of the prime, affiliates, and all team members. Paragraph L.25.b.(1) will be amended to clarify that.

9

WGI000209

**Q.31.** In managing programs for the Department of Energy (DOE), it is our understanding that the Department of Defense (DOD) is authorized to extend to contractors any and all "indemnifications" available to DOE as well as those traditionally available to DOD. Please advise where any or all of the following "indemnification" clauses will be contained in the Tulsa District Pantex TERC solicitation:

> **Q.31.a.** Atomic Energy Act of 1954, as amended, Subsection 170d as implemented in the DOE FAR Supplement, Subpart 952.250-70, Nuclear Hazards Indemnity Agreement;
>
> **A.31.a.** Paragraph H.15 will be amended to separate DOE and DOD indemnification policies.
>
> **Q.31.b.** P.L. 85-804 as implemented in FAR 52.250-1, Indemnification Under Public Law 85-804;
>
> **A.31.b.** Reference paragraph H.15, paragraph will be amended to separate DOE and DOD indemnification policies.
>
> **Q.31.c.** FAR 52.228-7, Insurance-Liability to Third Persons.
>
> **A.31.c.** Included in Section I, Part III, Clause 9.

**Q.32.** For Program Manager and Project/Task Order Manager, does architect registration satisfy professional registration requirement?

**A.32.** No.

**Q.33.** Volume V, Page 2-24, f. states:"... provide a copy of company policies and procedures relative to personnel and payroll. This applies to all major or substantial firms/team members." Does this mean only submit large business policies and procedures or do we include SBE/SDBE team members policies and procedures? Please clarify?

**A.33.** This applies to all team members. Paragraph L.28.f. will be amended.

**Q.34.** Are Reps" & Certs" (A and K of RFP) included as part of page count for Volume V?

**A.34.** No, see questions and answers 9.e., 11.c., and 23.

10

**Q.35.** Is an SF 1411 required.  If so, is it a requirement that box 6A or 6B be filled in?

**A.35.** A SF 1411 is required; however, boxes 6A and B do not need to be filled in.

**Q.36.** Will the disposal of PU contaminated waste be on-site or off-site. If off-site, where?

**A.36.** The disposal is off-site, see paragraphs 1.1 and 4.3.2 in Attachment 4.  The location is to be determined by the offeror.

**Q.37.** Please verify that the 100 page limit includes personnel resumes.

**A.37.** The 100-page limit does include personnel resumes.

**Q.38.** Section C 4.15 (Page C-14):  Describes the qualification for an occupational health physician.  Section L.25.a.(1): Requests resumes for key personnel but does not identify the occupational health physician in the key personnel category.  Is this an oversight?

**A.38.** No, the makeup of the project teams is not specific, nor are the resumes for the key personnel identified in L.25.a.(1) limited to the disciplines listed.

**Q.39.** What approximate percentage of Delivery Orders due (do) you anticipate will involve mixed waste?

**A.39.** There is no way to make that determination at this time.

**Q.40.** Can you provide an estimate of the amount of activity for this contract associated with Pantex as compared to the "other" DOE sites?

**A.40** No, no specific funding amounts were included in the size requirements for the DOE TERC for any facility other than Pantex.  The total dollar amount is estimated for the Pantex work plus a contingency for unknowns.

11

WGI000211

**Q.41.** Can you comment on the January 28, 1994 "Defense Cleanup" article which states that cleanup officials at Sandia and Los Alamos have no plans to use the TERC and that officials at DOE's Albuquerque Operations office know nothing about the TERC?

**A.41.** The DOE TERC was approved for use at DOE facilities within Southwestern Division (SWD) boundaries and intended for use at the anchor project - the Pantex Plant. By using SWD boundaries, the contract is broad enough in scope that it could be used at Sandia or Los Alamos. There has been no commitment, or even any discussions, for use of this contract at these facilities. However, they are not excluded from the use of this contract, if they have a future need.

**Q.42.** Reference page C-8, Section 4.1. What is the purpose of having a program manager assigned to each discrete project? Does this indicate a desire to have the manager of a large, complex project report to someone in the contractor's organization other than to the overall TERC program manager?

**A.42.** A program manager MAY be assigned to selected projects or groups of projects. In that case, more than more program manager will exist. There is no requirement for who the program manager(s) reports to.

**Q.43.** Reference C-8, Section 4.2, why is the discussion of the contractor's responsibility to ensure CIH and SSHO coordination in the project manager description? This would seem to be a program manager's responsibility.

**A.43.** As stated in paragraph 4.2, the project manager has project-specific responsibility "for the management and execution of all activities in exact accordance with the approved statement of work, approved work plans, and all federal, state, and local laws and regulations". This will require coordination with a number of disciplines, including the CIH and SSHO.

**Q.44.** Reference C-13, Section 4.12, can the remediation manager be a project manager in some cases or is he/she always a program level person who assists with problem identification, quality control, and creative approaches?

**A.44.** The position of the remediation manager will depend upon the complexity of the remediation.

WGI000212

Q.45. Reference C-28 et seq., Section 8, we understand that the government will take full generator's responsibilities for waste material treated and disposed of off-site. Specifically these include designation of the facilities used and signing the waste profile forms and manifest. The contractor is required to certify to the USACE the accuracy of waste identification the contractor provides, the accuracy of manifest and disposal related documents and the status of all facilities and transporters selected. Is this interpretation correct?

A.45. The government and/or the contractor will sign the waste manifests and related disposal documents. See amended paragraph C.8.3.2.4.

Q.46. Reference L-16, Vol I d. Are corporate commitments submittal required for teamed subcontractors or only for the prime?

A.46. They are required for all team members. See questions and answers 11.a., and 27.

Q.47. Vol I e., What about financial management policies and procedures?

A.47. They are required for all team members. See question and answers 11.a., b., and c., and 33.

Q.48. Reference L-17, Vol II a., (2). Do you have any guidance for us on the makeup of the project team(s)? Should we use the sample task or should we assume different kinds of work?

A.48. Because of the broad scope of the contract, project teams should demonstrate the range of capability of the firm(s).

Q.49. Reference L-19, Volume III, Program management and project management appear to be used interchangeably. Is this intentional? Have we missed some subtle discriminators between the two?

A.49. In this paragraph, the terms are used interchangeably, and there are no subtle distinctions between the two.

WGI000213

**Q.50.** Reference L-20, Vol III, c (2), Quality control plans vary considerably depending on the phase of work. Does USACE have a preference among RI/FS, Remedial Design, and Remedial Action.

**A.50.** The words "during remediation" indicate that we require a remedial action quality control plan.

**Q.51.** Reference L-21, Vol III, d.(3). The whole list of documents is quite extensive. Does the USACE want all of those or would the overall plan that merely references the SOP's be acceptable?

**A.51.** Paragraph L.26.d will be amended to clarify requirements.

**Q.52.** Section C.2.1, The contractor is required to maintain a "...program management system..." Will a Delivery Order be issued for program management, or will this cost be allocated to each task delivery order?

**A.52.** The cost will be allocated to each task delivery order.

**Q.53.** Section C.2.2, This section indicates that " - Ordnance and chemical warfare agents may also be encountered, but may be remediated by others." Please clarify the extent of responsibility the TERC contractor will have for ordnance and chemical weapons, e.g., can the TERC contractor be required to remediate these items, and if so, how likely is that to occur.

**A.53.** Yes, the TERC contractor can be required to remediate these items if encountered, although it is contemplated that they will be remediated by others in accordance with current USACE policy.

**Q.54.** Section H.3., Please clarify if Delivery Orders will be issued to cover site visits, proposal costs, and negotiations of estimated costs for tasks, or will the contractor be expected to bear that cost?

**A.54.** Site visits determined necessary by the government will be paid by the government. The proposal costs and negotiations of estimated costs for tasks prior to the award of the delivery order will be borne by the contractor.

14

WGI000214

**Q.55.** Section I - Contract Clauses - Part III, Lists the clauses applicable to Delivery Orders for "Services (remediation)." Is it correct that all services which may be provided by the contractor under Delivery Orders issued to implement remedial action at the sites, as described in Section C., Paragraph 2.2, Work Statement, will be governed by these clauses? If this is not correct, please describe the types of services which are intended to be governed by these clauses.

**A.55.** The applicability of clauses listed in Section I will be determined by the nature of the work. The wage rates supplied for individual delivery orders may be used by the contractor to determine the nature of the work.

**Q.56.** Section L.25.b.(1), Please clarify the definition of "...other key personnel to be included on one project team." Is this team intended to replicate selected members of the key personnel listed in subsection (1) for the purpose of performing work at multiple sites.

**A.56.** See question and answer 48.

**Q.57.** Section L.25.b.(1), Is it necessary that project be completed in order to be used as company experience? Some long-term multi-site project/programs may be more relevant than completed projects.

**A.57.** Concur, will delete "completed".

**Q.58.** Page C-21, item 5.7.4. Define cost incidental to transportation of samples and materials that will be borne by the subcontractor.

**A.58.** The costs incidental to transportation of construction materials to the USACE Division laboratory would include packaging and shipping costs of materials to the laboratory. No materials can arrive COD to the Division Laboratory. However, these are reimbursable costs under this contract. Paragraph C-21 will be amended.

**Q.59.** Page C-1, item 1. Do the personnel (provided by the contractor) with current training as required by OSHA include locally hired crafts as well as contractor's staff?

**A.59.** Yes.

15

WGI000215

**Q.60.** Page L-19, item f(7) (a). One of the projects we plan to discuss has used over 700 small and small disadvantaged businesses. To fully respond with this item would require over 30 pages. Can this information be included in an appendix?

**A.60.** No.

**Q.61.** Can the Corps provide any more information regarding funding for the DOE TERC?

**A.61.** No, see question and answer 40.

**Q.62.** L.24.b(2) States that Volume I should "include names and addresses of affiliates as well as the contractual agreements and/or corporate commitments binding the firms to the contract". We understand this to mean that the Corps wants copies of the Teaming Agreements for all firms on the team to be included. These agreements can be quite lengthy (greater than 10 pages each). Can these be excluded from the 100-page limitation of this volume?

**A.62.** Yes, paragraph L.23 will be amended to reflect this exclusion.

**Q.63.** L.24.e(5) Required a copy of each firms CAS Disclosure Statement. Can these be excluded from the page limitations?

**A.63.** Yes, see questions and answers 5, 11.b., and 28.

**Q.64.** L.28.b. requires salaries for non-key professionals. It is not possible to identify all professionals who are likely to work on unknown task orders over a period of years. Do you want average salaries for professional categories or rate ranges (minimum-maximum) for each category?

**A.64.** Provide average salaries for professional categories. Paragraph L.28.b will be amended to reflect this.

**Q.65.** Section L. Will the Corps consider a list of acronyms/abbreviations to be included with the Table of contents (excluded from page count)?

**A.65.** Yes, paragraph L.23 will be amended to reflect this.

16

WGI000216

**Q.66.** The attached article in Defense Cleanup indicates that key DOE officials have no knowledge of the subject TERC Contract or have no intention to make use of it. Please clarify to what extent DOE has formally agreed to make use of this contract vehicle.

**A.66.** See question and answer 41.

**Q.67.** Item L.25.a.(1) refers to key personnel including dual assignments. It lists corporate officials and chiefs (e.g. Chief Regulatory Specialist, Chief Hydrogeologist). Since title and responsibilities vary among companies and government entities, please describe the Corps' expectations for these positions and their involvement on dual assignments.

**A.67.** The expectations are that the positions requested in Section L.25.a.(1) are the technical supervisors of the project level personnel the Section C qualifications describe. The intent is that the supervisors or other managers of the project personnel have the same minimum requirements as those they supervise. With regard to dual assignments, they could be dual from the standpoint of being both a chief and a project person, or they could be dual in that some personnel may share technical functions, such as one person may be both a chemist and a regulatory specialist. There are no instructions to the offerors regarding these dual assignments and you should use your business judgement to propose satisfactory staffing. Se questions and answers 17 and 20.

**Q.68.** Volume I is limited to 100 pages. The only technical material excluded is the audited financial statements. We are also required to provide Cost Accounting System disclosure statements and lists of contracts over $1,000,000 and $10,000,000. Each of these items may be a lengthy document for each firm. Since we are required to provide these items, and we have no control over their length, can these items also be excluded from the page limits for Volume I?

**A.68.** See questions and answers 5, 11.b., 28, and 63 for the CAS disclosure statements and questions 11.a., 27, and 46 for Corporate Commitments.

**Q.69.** Volume V asks for salaries of key employees, key professional personnel , and non-key professionals. Are bid category (average) rates acceptable or do you require actual salaries?

**A.69.** See question and answer 64.

17

WGI000217

**Q.70.** In the Sample Problem - Southwestern Division Site you state (page SWDPROJ-4) "Groundwater is not contaminated at the former Disposal Area #1." In paragraph 6.1.1 (page SWDPROJ-8) you state "Given that groundwater contamination in Area #1 is not yet fully characterized,..." Should the second reference (Paragraph 6.1.1) be to Area #2.

**A.70.** Yes, in both the SWD and DOE Sample Projects, the reference in 6.1.1 to the groundwater contamination should be to Area #2. The paragraphs will be amended to reflect that change.

**Q.71.** Are Women's Business Enterprises (WBE) included in the DBE category or are they included in a separate category?

**A.71.** WBEs do not quality as a small disadvantaged business unless they are from a disadvantaged background. However Clause I-36 encourages the prime contractor to utilize woman owned businesses.

**Q.72.** L.26.d.2.d, Chemical Quality Management Plan, Volume III: You state that the Laboratory Quality Management Plan will normally include the offeror's standard operating procedures for performing, documenting and enforcing the quality control operations of both prime and subcontract work including inspecting and testing both on-site and off-site. Does Tulsa want to see all SOPs for Prime and subcontractors, the volume of which could be quite extensive?

**A.72.** See question and answer 51.

**Q.73.** L.24.b., Corporate Commitment Volume I: You state that the offeror shall submit a list of all on-going contracts. Do you only want to see the corporate commitments for the Prime Contractor or for all the subcontractors?

**A.73.** For all member of the proposed Team.

**Q.74.** C.8.3.1.2, Identification of the Disposal Facility: You state that a minimum of three quotes will be submitted with each Proposal for treatment, storage or disposal of each waste stream. If the team, consisting of the prime and its subcontractors, possesses in-house TSD facilities, must three quotes still be obtained or can the Prime directly subcontract TSD services to a team subcontractor?

**A.74.** In-house (members of the proposed team) TSD Facilities may be utilized if advantageous to the project for cost/schedule/quality or other reasons. However, adequate justification/documentation, including three quotations, must be provided.

18

**Q.75.** Section A, Number 6, Additional Information, Cover Sheet:  You state that under this solicitation, approximately 60% of the subcontracted dollars are expected to be awarded to small business concerns and approximately 7% of the subcontracted dollars to small disadvantaged business concerns.  In the event that a significant portion of required subcontracting could potentially be for TSD services, and given that essentially no TSD facilities are owned by SB/SDBs, can the amounts subcontracted for TSD services be excluded from this small business/small disadvantaged business requirements of 60% and 7% respectively?

**A.75.** The 60% and 7% are goals, not requirements, and the goals will not be changed.

**Q.76.** Page C-8, Par 4.1.1.1.  It appears inconsistent to require all of the Key Personnel working this contract to be registered, certified, etc., but the Program Manager is not.  Is this an omission or doesn't the Corps require the Program Manager to be a registered professional?

**A.76.** The Corps does not require the Program Manager to be registered; however, the minimum requirements can always be exceeded.

**Q.77.** Page L-12, Paragraph L.23.C.(c).  The referenced section for SOP's appears to be incorrect.  If so, please provide the correct reference.

**A.77.** The SOPs intended for exclusion are those contained in the Corporate Chemical Quality Management Plan (CCQMP) described in section L.26.d.(3). However, since the CCQMP is already exempted, the reference to the SOPs will be deleted from L.23.c.

**Q.78.** Please clarify how the sentence "Large sheet shall count as two pages." relates to the rest of the paragraph.

**A.78.** The sentence is redundant and will be removed.

**Q.79.** Page L-13, Paragraph L.23.f.  The page limit on the sample problem appears particularly onerous.  Please consider a combination of increasing the page limit or exempting the cost estimate.

**A.79.** The page limit will not be increased, the cost estimate will not be exempted.

19

WGI000219

**Q.80.** Page L-20, Paragraph L.26.d.(2)(b). Does this refer to a requirement that standard LQMP's from each laboratory list laboratories they intend to use as subcontractors? If not, please clarify this requirement.

**A.80.** See question and answer 51.

**Q.81.** Page L-21, Paragraph L.26.d.(3)(b). Will the standard CQMP's need to list each laboratory the offeror intends to use for the contract?

**A.81.** See question and answer 51.

**Q.82.** Page SWDPROJ-7, paragraph 5.1. Should we assume the disposition of treated soil, after sampling and analysis confirms clean up level attainment, is not part of this contract?

**A.82.** Yes, a paragraph will be added to the sample project to clarify this.

**Q.83.** Page SWDPROJ-7, paragraph 5.1. Does the Interim Response Action at Area 2 have any provision for water treatment or disposal?

**A.83.** No, paragraphs 5.1 and 6.2 will be amended to clearly identify required elements of the IRA. Water treatment or disposal of extracted groundwater will not be included for the IRA. However, disposal of media associated with installation of extraction wells will be included.

**Q.84.** Page SWDPROJ-10, Paragraph 6.1.6. Please clarify the reference to Appendix A.

**A.84.** The reference will be changed to Attachment 5. The Truscott wage rates will be added to Attachment 5 in the amendment. The DOE project will be amended similarly.

**Q.85.** Page L-14, Paragraph L.24.b.(1) Teaming Arrangements. This provision states: "The actual goals will depend on how much total small and disadvantaged business participation is included in the teaming arrangement." Does this mean that the 60%/7% SBE/SDBE goals are flexible, subject to the SBE/SDBE capacity of the proposed team? If not, what does it mean?

**A.85.** Yes.

20

WGI000220

**Q.86.** Under the proposal format, section L.24.d.(1), on page L-16, which covers corporate commitments under "Volume I - Business/Management/Technical Approach", the offeror must submit a list of all ongoing (at the time of the TERC Proposal submittal) contracts over $1 million in value. In our case, answering this question will take up about 20 pages of volume I, which has a total page limitation of 100. Our concern is that other sections of volume I may suffer due to the page limitation. What do you suggest? Should we choose representative projects over $1 million to include in our proposal?

**A.86.** No, see question and answer 11.a.

**Q.87.** Reference L.24.d. Corporate Commitments. Can a summary/recap of contracts over $1 million be used in lieu of a complete listing since the listing will exceed the volume of page limitation?

**A.87.** No, see question and answer 11.a.

**Q.88.** Will Tulsa District hold interviews or oral interrogatories with firms short-listed for selection?

**A.88.** The current plan is to conduct oral discussions with the firms in the competitive range. However, if no areas of uncertainty exist after initial evaluation of the proposals, the discussion phase may not be required.

**Q.89.** Can you comment on the January 28,. 1994 "Defense Cleanup" article which states that cleanup officials at Sandia and Los Alamos have no plans to use the TERC and that officials at DOE's Albuquerque Operations office know nothing about the TERC?

**A.89.** See question and answer 41.

**Q.90.** If a subcontractor (big business) to the TERC Prime Contractor (big business) hires a small business subcontractor, does the money to the small business count toward the prime's small business goal?

**A.90.** No.

21

WGI000221

**Q.91.** If a prime (large) subcontracts to a small business, who then subs part to another firm (large), do all the dollars paid to the small business count in meeting the prime's SB goals of 60%?

**A.91.** Yes, however, as stated in paragraph L.24.b.(1) it is not the Government's aim to encourage large business to broker work through small and disadvantaged business.

**Q.92.** With regard to the Prime contractor's effort to team for this procurement and to compete tasks through SB/SDB set asides subcontract procurement how is the SB/SDB status determined?

**Q.92.a.** First with regard to firms the prime contractor wishes to put on the team as a dedicated team member, i.e., provide teaming agreements as required by the RFP Section L.24 b.(2). Must the potential team member qualify under the SIC Code for the specific scope of work for which they are being added to the team or must they only qualify under the 1629 SIC code that defines the prime contractor for this RFP (Section L.17)?

**A.92.a.** The potential team member must qualify under the SIC Code for the specific scope of work for which they are being added to the team.

**Q.92.b.** Second with regard to subcontractors identified by the prime as candidates for set aside procurement competitions, must these firms qualify as SB/SDB under the SIC code for the specific scope being competed?

**A.92.b.** Yes.

**Q.92.c.** Thirdly, specifically regarding SIC Code 8731 which has a $17.5 million ceiling and a 500-man size limit, do these firms qualify as SB/SDB for investigations, studies, and remedial design efforts for the TERC procurement.

**A.92.c.** No, unless the work required is specifically for physical and biological research and development.

**Q.93.** Referencing RFP page C-39, paragraph 10.3, site visits. Will the USACE pay for the contractors participation in initial scoping site visits?

**A.93.** See question and answer 54.

22

WGI000222

**Q.94.** Referencing RFP page H-5 - Delivery Orders. What will dictate whether Fixed Fee or Award Fee is selected as the contract payment mechanism for each Delivery order?

**A.94.** A Fixed-Fee or Award-Fee determination will be made by the Government. However, it is subject to negotiation.

**Q.95.** Section L.23, Page L-11. Please clarify which information should be with each volume vs. on every page of the proposal. More specifically, must the name, address, and telephone number of the prime contractor and all team subcontractors be provided only once in each volume or on every page?

**A.95.** The name, address, and telephone number of the prime and team subcontractors is required only with each volume. The volume number is required on every page. Paragraph L.23 will be clarified.

**Q.96.** Section L.23, Pages L-12 to L-13. Please clarify which documents you anticipate will be included as appendices. Will appendices be included within the respective volume page counts?

**A.96.** The organization of the submittal with respect to appendices is up to your best business judgement. The appendices will not be excluded from the page counts unless the material contained therein is exempted under the appropriate section of paragraph L.23.

**Q.97.** Section L.23, pages L-12 to L-13. If the prime contractor for the TERC contract is to be a single company (not a joint venture) but the submittal will include several other significant subcontractors, should the organization charts be provided for the prime contractor only or for the prime contractor and all major subcontractors?

**A.97.** Organization charts are required for the Prime and all Team members.

**Q.98.** Section L.24.b.(2), Page L-14. Are signed contracts or teaming agreements to be included in this section or are signed corporate commitment letters more appropriate? Do these documents count in the page count or can they also be included in an appendix?

**A.98.** Reference the sentence "Include names and addresses of affiliates as well as the contractual agreements and/or corporate commitments binding the firms to this contract". Either is acceptable. They will be excluded from the page count. See question and answer 62.

23

WGI000223

**Q.99.** Section L.24.d. Page L-16. Should corporate commitments be provided for prime contractor only or for the prime contractor and all major subcontractors?

**A.99.** They should be provided for the prime and all team members. See question and answers 11.a, 27, 46, 68, 86, and 87.

**Q.100.** Section L.24.d. Page L-16. Should indefinite delivery contracts valued at less than $1 million be listed separately or only those over $1 million?

**A.100.** Only those over $1 million require listing.

**Q.101.** Section L.24.e., Page L-16. Please clarify which items requested in paragraphs e(1) through e(7) are required for the prime contractor only and which are required from major subcontractors as well.

**A.101.**     Item 1 is required for only the prime.
Item 2 is required for only the prime.
Item 3 is required for each firm in the team.
Item 4 is required for each firm in the team.
Item 5 is required for each firm in the team, if applicable.
Item 6 is required for only the prime.
Item 7 is required for only the prime.

**Q.102.** Section L.25.a.(1), Page L-16. How many resumes are required for the chief (or senior level) project managers? We note that this is the only key personnel position that is plural.

**A.102.** There are no maximums or minimums in numbers of resumes, only on number of pages.

**Q.103.** Section L.25.e.and f., page L-19. Should the information requested in these two paragraphs be provided for prime contractors only or for major subcontractors as well?

**A.103.** For prime contractors only.

24

WGI000224

**Q.104.** Does a sub-contractor have to perform a percentage of its work or services with its own work force? If not, doesn't that leave the door open for primes to subcontract with a sub who could in turn funnel dollars either back to the prime or to a large business thus negating the objective of utilizing small business concerns.

**A.104.** No percentage of the work or services is specified to be performed by a subcontractor. It is not the aim of the Government to encourage large business to broker work through small and disadvantaged businesses. Government contract administration procedures will prevent this from happening.

**Q.105.** It is our understanding from the SBA's size standard office in Washington DC, that SIC Code 8744, Base Maintenance, revised to include "Environmental Services", will be available for implementation approximately April of this year. We also were informed by the SBA that the TERC Prime Contractors will be able to issue SUBCONTRACTS under the size standard set in 8744 when those projects meet the criteria. Will the Corps' Contracting Division please confirm our understanding and address the applicability of this newly revised SIC code?

**A.105.** Tulsa District has not been made aware of any time tables regarding the availability of SIC Code 8744. Should SIC Code 8755 become available, its applicability will be reviewed for application to these contracts.

25

WGI000225

**Q.106.** Reference DOE Sample Project, paragraph 6.1.4 and reference to paragraph C-5. Is the Contractor Quality Control Plan required to be consistent with ER 1110-1-263, DOE Order 5700.6C. QAMS 005/80 or another quality program?

**A.106.** The Contractor Quality Control Plan is not required to be consistent with any of the referenced quality programs, two of which deal exclusively with chemical quality management. It should focus on the overall contractor quality management, including quality control for design and construction activities. The requirements for the Contractor Quality Control Plan are included in Section C.5 of the RFP. Currently, compliance with DOE Order 5700.6C is not required, but may be required on a delivery order basis.

**Q.107.** We would like to present the attached example of font differentiation for your review and request that 7 or 8 point size be allowed in simple figures, graphical and tabular presentations in the proposal. We intend to have presentations that are easy to readable and legible-if we were to use 10 point as a minimum, many of the graphics would expand to full page size or 11" x 17" size, thus impacting page count.

**A.107.** The font size minimum will remain at 10 point. See question and answer 24.b.

**Q.108.** Will the fringes dollar amounts be provided for Wage Decision Number TX910043 and TX930027?

**A.108.** There are no fringes applicable to this type of construction (Heavy/Highway) in the counties specified.

**Q.109.** Reference Preproposal Conference: Requirement for graphic font size of 10 point and larger as noted at Preproposal Conference. Please reconsider minimum font size for graphics. The use of a 10 point font on all graphics will make them cumbersome and the larger the font the more room the graphics require. Please review the following:

| | |
|---|---|
| 10 point in Times | 10 point in Universe |
| 9 point in Times | 9 point in Universe |
| 8 point in Times | 8 point in Universe |

**A.109.** See questions and answers 24.b. and 107.

Q.110.  Reference Paragraph L.24.b.(2).  Is the term "affiliates" used here mean the prime contractor's family of companies or rather Joint Venture partners and/or subcontractors?

A.110.  The term "affiliates" is used incorrectly here.  What is intended is "team members".  See question and answer 62, and paragraph L.24.b.(2) will be amended.

Q.111.  Reference Paragraph L.24.d.  For IDT contracts, would it be acceptable to provided following information about the Delivery Orders (Dos) verses the present requirement to save space?

> Q.111.a.  Number of completed Dos with total dollar figure.
> Q.111.b.  Number of on-going Dos with committed and expended dollars.
> Q.111.c.  Total value of the contract with dollars spent, committed, and capacity remaining.

This could require a significant amount as presently written for companies with multiple subcontractors who have IDTs with numerous small on-going Dos.

A.111.  No, see amended paragraph L.23.a.

Q.112.  Reference Paragraph L.24.e.(1),(2), and (7).  Are the referenced paragraphs not more germane for the prime contractor or the Joint Venture than for the subcontractors especially the SB/SDB subcontractors?  Would USACE-Tulsa consider relieving these requirements for:

> Q.112.a.  All but the prime contractor?
> Q.112.b.  All SB/SDB subcontractors?

A.112.  See question and answer 101.

Q.113.  Reference Paragraph L.25.a.(6).  Please explain what is required.  As long as key personnel are identified by company as required in L.25.a (1) -(5) is there a need to answer L.25.a(6)?

A.113.  No, see amended paragraph L.25.a.(6) and questions and answers 22.a., b., and c.

WGI000227

**Q.114.**  Reference Paragraph L.26.d.(2)(d).  Can it be assumed that "...enforcing the quality control operations of both prime and subcontract work..." refers to the operations of the laboratory with it as prime (for analytical work assigned to it) and not to the TERC prime contractor and TERC subcontractors?

**A.114.**  See amended paragraph L.26.d.; paragraph L.26.d.(2) has been deleted in its entirety.

**Q.115.**  Reference Paragraph L.28.f.:  Would USACE-Tulsa consider amending this requirement to be for personnel and payroll policies and procedures from the prime contractor only?

**A.115.**  The requirement applies to all team members, not all subcontractors.

    **Q.115.a.**  Would USACE-Tulsa allow the large business subcontractors to provide a certified listing for their policies and procedures?

    **A.115.a.**  If the subcontractors are not team members, the personnel and payroll policies and procedures are not required.  If the subcontractors are team members, the personnel and payroll policies and procedures are required.

    **Q.115.b.**  Would USACE-Tulsa relieve the requirement altogether for SB/SDB subcontractors?

    **A.115.b.**  If the subcontractors are not team members, the personnel and payroll policies and procedures are not required.  If the subcontractors are team members, the personnel and payroll policies and procedures are required.

**Q.116.**  Reference Sample Problem Southwestern Division, Paragraph 4 Description and 4.3.7.  Paragraph 4.  Area #2 states that the "subsurface contamination comprises approximately 50 acres.  The area of contamination extends to the plant boundary."  Paragraph 4.3.7 states "Characterize the extent of the Area #2 groundwater contaminant leading edge plume," should we assume that the leading edge is at the plant boundary?

**A.116.**  Yes.

WGI000228

**Q.117.** Reference Page L-18, Volume II, Paragraph b (2) through (6). In the abstracts to present company experience required in paragraph (1), does the Tulsa District want progress monitoring, cost control techniques, productivity monitoring, promoting harmonious labor relations, and results of affirmative action plans (as requested in paragraph (2) through (6)) for each of the ten specific projects or how our firm has experienced or approached these functions in general?

**A.117.** For each of the ten specific projects.

**Q.118.** Reference Sample Project Southwestern Division Site, described in Attachment 3. I believe there may be a typographical error on page SWDPROJ-8, Section 6.1.1, line 7. Should the phrase that begins, "Given that groundwater contamination in Area #1 is not yet fully characterized...," actually be referring to Area #2? The question arises because groundwater is stated not to be contaminated in Area #1 on page SWDPROJ-4, line 3, and groundwater in Area #2 is stated to require characterization on page SWDPROJ-6, Section 4.3.7. The identical question to the Sample Project - DOE Site described in Attachment 4.

**A.118.** Yes, see question and answer #70 and amended pages in sample projects.

**Q.119.** Reference Section L.25.a(6), Last Sentence. This paragraph is requesting company type information. The last sentence, however, implies you are looking for personnel information. Please clarify.

**A.119.** The paragraph is requesting personnel information, not company information. See question and answer 22.a.

**Q.120.** Reference L.26.(3), Last Sentence. (Assume L.26.d.(3)) Please clarify. If the offerors' CQMP addresses both field and laboratory chemistry related activities, is it necessary to still submit an individual Laboratory Quality Management Manual?

**A.120.** No, the offeror <u>MAY</u> submit the requested information in LQMMs if it is more convenient for him to do so.