# Declaration No. II.

# ENGINEERING FORENSIC STUDIES OF PERFORMANCE OF THE MAN-MADE FEATURES BORDERING THE INNER HARBOR NAVIGATION CANAL AT THE LOWER 9TH WARD DURING HURRICANE KATRINA

Report to

**Katrina Canal Breaches Consolidated Litigation**

[Civil Action Number: 05-4182 "K" (2)]

United States District Court

Eastern District of Louisiana

Pertains to MR-GO, Robinson

(No. 06-2268)

By

Dr. Robert Bea

**Risk Assessment and Management Services**

Moraga, California

July 11, 2008

Format edits: July 15, 2008

55. The USACE has specific guidelines for work near or within federally constructed flood control projects (USACE 2005, Bea and Storesund 2008). These guidelines (USACE *Guidance for Work Proposed Near or Within a Federally Constructed Flood Control Projects*, 2005) stipulate (paragraphs 1. and 2., page General -1): *"The critical area is generally considered the area from 300 feet riverward to 500 feet landward of a flood control project centerline. In some instances the critical area is extended beyond 500 feet if any impact on the flood control project can be considered." "The Corps of Engineers provides engineering review to ensure that any work within or near the flood control unit does not reduce the level of protection and to assure the continued integrity of the flood control system."* Further, these guidelines stipulate (paragraphs 1 and 4.2., page Excavation and Backfill –1 and 2): *"Excavation and backfill in the critical area of a flood control project could have a direct impact on the stability of the flood control project. Improper excavation in the levee embankment or in the critical area can create unstable slopes and slope failures, which damage the levee embankment and weaken the flood protection structure. Additional damages to the levee embankment or flood protection structure can also be caused by underseepage conditions associated with piping and heave. This removal of material from the flood control structure foundation (piping) can ultimately produce collapse of a levee embankment or floodwall. All excavation and backfill activities within the critical area are to be reviewed and approved by the COE and the local sponsor before construction begins." "Care shall be taken to replace the natural foundation stratification and embankment zoning. <u>In lieu of selective stockpiling and zoned backfill, impervious materials from an approved borrow may be used</u>."* (underline added for emphasis). Thus the USACE had specific guidelines regarding excavations and backfill intended to prevent what developed during the EBIA navigation lock expansion site clearing operations.

56. The report by Bea and Storesund (2008) provides a detailed discussion of applicable USACE guidelines regarding excavations, backfilling and seepage – hydraulic connectivity considerations associated with adjacent flood protection structures. This detailed literature search and review did not disclose any specific procedures or processes implemented by the New Orleans District of the USACE to address potentially damaging effects of the excavations to remove underground facilities in the immediate vicinity of the flood protection structure protecting the Lower 9th Ward. It is evident that the primary concerns were focused on the IHNC lock expansion project motivated removal of potential above and below ground obstructions and on amelioration of the heavily polluted soils underlying the EBIA sites. It is also evident that there were no significant investigations or analyses regarding the potential damaging effects of the EBIA excavations and backfilling on the integrity of the man-made flood protection structures immediately adjacent to these excavations.

57. After a detailed review of all available borings and cone penetrometer test (CPT) probes (31 total), the locations of soil explorations were geo-referenced using a GIS interface overlaying aerial photographs of the area (Bea and Cobos-Roa 2008). From the pre- and post-Katrina LiDAR surveys and the USACE DM03 ground elevations, a longitudinal profile was drawn, locating the borings and CPTs. To include the explorations into this report, the 1966 DM03 borings had to be "measured" from the image versions of this report, as well as the laboratory testing results. The 2005 IPET borings are available in the IPET website (www.ipet.wes.army.mil).

58. Based on the available soil boring and CPT data and geologic maps of the area, the stratigraphic interpretation clearly shows that the embankment fills that compose the levees are mainly composed by clays (CL, CH), and an irregular Marsh (peat,swamp) layer underlies

Table 3: Median soil properties identified for soil layers used in stability analyses for the North Breach

| Material | Shear Strength Parameter | | | |
|---|---|---|---|---|
| | Su (psf) | φ (deg) | Su/p' | γ (pcf) |
| Clays (Fill) | 555 | | | 105 |
| Marsh (under levee) | 442 | | | 86 |
| Marsh (free field) | 250 | | | 86 |
| Sands | | 30 | | 110 |
| Overconsolidated "Crust" | 300 | | | 100 |
| Deep Clays (CH) | | | 0.26 | 110 |

75. Figure 49 shows results of the lateral stability factor of safety (ratio of 'driving' force to 'resisting' force) for the North Breach. These factors of safety are based on the use of mean (average, expected) values for all of the material parameters. For the case where the gap has formed and the excavation is either 60 feet from the levee – floodwall or at the toe of the levee, the 'best estimate' (Mean value) of the factor of safety becomes less than unity at a surge elevation of about + 9 feet (NGVD 88) – or about 6:00 am (CDT) on August 29, 2005.

76. These results indicate that the North Breach developed well before overtopping of the floodwall occurred and that this failure was clearly linked to the adjacent EBIA site clearing excavations and backfilling operations and their influences on underseepage and stability of the floodwall sections adjacent to the Lower 9th Ward.

Table A-1. Summary of permeability values.

| Author | K-range (cm/s) | | Observations |
|---|---|---|---|
| | Minimum | Maximum | |
| Hogan et al (2006) | $10^{-4}$ | $10^{-2}$ | K Varies with depth and peat type |
| Egglesmann (1975) | $10^{-4}$ | $8 \times 10^{-3}$ | Highly dependant on drainage time |
| Beckwith et al (2003) | $2 \times 10^{-3}$ | $2 \times 10^{-2}$ | Calculated high anisotropy ratios and variations with depth |
| Clymo (2004) | $10^{-6}$ | $2 \times 10^{-5}$ | Used falling head piezometers |
| Ronkanen et al (2005) | $10^{-5}$ | 0.30 | Vertical conductivity was usually higher than horizontal |

11. When selecting high permeability values for the Marsh deposit (e.g. $10^{-3}$ cm/s), this unit acts as a draining layer, conducting pore water pressures much faster beneath the levee. The effect of these values does not significantly increase the calculated hydraulic gradients on the levee toe, but it allows the potential for underseepage and water exiting at the levee toe.

12. If the Marsh is considered to have low permeabilies ($10^{-5}$ cm/s and lower), the system now behaves as a blanket as described by the USACE EM 1110-2-1913 (2000). The principle of the blanket theory is that pore water pressures underneath an embankment carried by an underlying aquifer will impose pressures in excess of hydrostatic conditions that can cause uplift and potential for blowout failures and sand boils.

13. Modeling the Marsh deposit as a "draining" layer or as a "blanket" has different impacts on the performance of the system. Both can be negative. First, if the Marsh is considered a permeable layer, pore water pressures will develop faster beneath the levee toe and can accelerate the material softening and/or produce internal erosion.

14. Second, when modeled as a low permeability material, the deposit generates excess pore water pressures by being recharged from below by the aquifer, and might experience uplift pressures that can lead to failure. For the two breach sites at IHNC, this turned out not be