UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: *Robinson*<br>(No. 06-2268) | |

## DECLARATION OF PIERCE O'DONNELL

1.      I am a member of the California State Bar in good standing, am admitted to appear before this Court *pro hac vice,* and a partner in O'Donnell & Associates PC, counsel of record for Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucille Franz (collectively, "Plaintiffs"). I have personal knowledge of the following facts and, if called and sworn, would competently testify as follows:

2.      Fact discovery and expert discovery on the Lock Expansion Project and WGI's work along the EBIA is ongoing. Plaintiffs' experts have yet to be deposed on their expert reports and Defendant's expert reports are not due until October 28, 2008.

3.      To date, Plaintiffs' counsel has not located any documents concerning any underseepage analysis performed by WGI or the Army Corps on the Lock Expansion Project.

4.      Plaintiffs allege that the Army Corps violated at least four of its own engineering manuals as well as one of its training manuals by failing to address and analyze potential underseepage issues associated with the Lock Replacement Project. Attached hereto are true and correct copies of the "Engineering and Design, Retaining and Flood Walls, EM 1110-2-2502" engineer manual, dated September 29, 1989, as Exhibit 8; "Engineering and Design, Seepage

1

Analysis and Control for Dams, EM 1110-2-1901" engineer manual, dated April 30, 1993, as Exhibit 9; the "Engineering and Design, Design and Construction of Levees, EM 1110-2-2504" engineer manual, dated March 31, 1994, as Exhibit 10; the "Engineering and Design, Design and Construction of Levees, EM 1110-2-1913" engineer manual, dated April 30, 2000, as Exhibit 11; and, finally, the "Seepage and Groundwater Control" analysis in the "Earthwork Quality Verification Training Course," as Exhibit 12.

5. Attached hereto as Exhibit 1 is a true and correct copy of the "FY 2007 United States Army Annual Financial Statements – Restated Civil Works Financials."

6. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from Alvin Joseph Clouatre's deposition transcript, dated June 20, 2008.

7. Attached hereto as Exhibit 3 is a true and correct copy of the "IHNC Lock Replacement Project East Bank Industrial Area, TERC T.O. 0026" project memorandum, dated February 21, 2002.

8. Attached hereto as Exhibit 4 is a true and correct copy of an "Inspectors Quality Assurance Report – Daily Log of Construction - Civil" completed by Alvin Joseph Clouatre, dated November 6, 2001.

9. Attached hereto as Exhibit 5 is a true and correct copy of an "Inspectors Quality Assurance Report – Daily Log of Construction - Civil" completed by Alvin Joseph Clouatre, dated April 6, 2001.

10. Attached hereto as Exhibit 6 is a true and correct copy of an "Inspectors Quality Assurance Report – Daily Log of Construction – Civil" completed by Alvin Joseph Clouatre, dated November 10-12, 2001.

11. Attached hereto as Exhibit 7 is a true and correct copy of Plaintiff's expert "Technical Report No. IV. Review of USACE Excavation and Backfill Guidelines and Practices Near Flood Control Structures," conducted and drafted by Dr. Robert Bea and Run Storesund, dated July 11, 2008.

12. Attached hereto as Exhibit 13 is a true and correct copy of excerpts from Melvin M.L. McElwee's deposition transcript, dated April 23, 2008.

13. Attached hereto as Exhibit 14 is a true and correct copy of the WGI's "Statement of Work Demolition and Site Preparation for Inner Harbor Navigation Canal Lock Replacement Project," dated June 1, 1999.

14. Attached hereto as Exhibit 15 is a true and correct copy of excerpts from Stephen Clay Roe's deposition transcript, dated April 17, 2008.

15. Attached hereto as Exhibit 16 is a true and correct copy of excerpts from Phillip Lee Stagg's deposition transcript, dated April 26, 2008.

16. Attached hereto as Exhibit 17 is a true and correct copy of excerpts of Plaintiff's expert "Declaration No. II. Engineering Forensic Studies of Performance of the Man-Made Features Bordering the Inner Harbor Navigation Canal at the Lower 9th Ward During Hurricane Katrina," drafted by Dr. Robert Bea and, dated July 11, 2008.

4

17. Attached hereto as Exhibit 18 is a true and correct copy of Dr. Robert Bea's April 16, 2008, Declaration submitted for Initial Disclosures in the MRGO track.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 31, 2008, in Los Angeles, California.

                                                <u>s/ Pierce O'Donnell</u>
                                                PIERCE O'DONNELL

5

## **CERTIFICATE OF SERVICE**

I, Pierce O'Donnell, hereby certify that on July 31, 2008, I caused to be served

**DECLARATION OF PIERCE O'DONNELL**, upon Defendants' counsel, Robin D. Smith,

George Carter, Keith Liddle, and Richard Stone by ECF and email at

robin.doyle.smith@usdoj.gov; george.carter@usdoj.gov, keith.liddle@usdoj.gov, and

richard.stone@usdoj.gov.

/s/ Pierce O'Donnell