UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | NUMBER: 05-4182 "K"(2) |
| * | | JUDGE DUVAL |
| * | | MAG. WILKINSON |
| * | | |
| * | | |
| PERTAINS TO: MRGO, Robinson * | | |
| (No. 06-2268) * | | |

**************************************************************************

## MOTION OF THE MRGO PSLC FOR LEAVE TO FILE MEMORANDUM AS *AMICUS CURIAE* IN SUPPORT OF THE ROBINSON PLAINTIFFS' OPPOSITION TO THE UNITED STATES OF AMERICA'S MOTION TO DISMISS COUNTS TWO AND THREE OF THE AMENDED COMPLAINT

The MRGO PSLC hereby requests leave to file its memorandum as *amicus curiae* in support of the Robinson Plaintiffs' Opposition to the United States of America's Motion to Dismiss Counts Two and Three of the Amended Complaint as it relates to the discretionary function exception raised in the United States's motion.

As the Court is aware, the MRGO PSLC is actively engaged in litigation against the United States for alleged defalcations that occurred at the East Bank Industrial Area of the Inner Harbor Navigational Canal.  The MRGO PSLC plaintiffs' have a very strong and direct interest in the resolution of a discretionary function exception ruling as the claims specified against the United States in the MRGO Administrative Master Complaint may be affected by ruling in the above referenced matter.

WHEREFORE, the MRGO PSLC prays that the Court grant leave to file its

memorandum as *amicus curiae* in support of the Robinson Plaintiffs' Opposition to the United States of America's Motion to Dismiss Counts Two and Three of the Amended Complaint as it relates to the discretionary function exception raised in the United States's motion.

A proposed Order is also attached.

**Respectfully Submitted,**

**APPROVED PLAINTIFFS LIAISON COUNSEL**

   /s/  Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

MR-GO PLAINTIFFS SUB-GROUP
LITIGATION COMMITTEE

s/ James Parkerson Roy
JAMES PARKERSON ROY
MR-GO PSLC Liaison Counsel
LA Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
Post Office Box 3668
Lafayette, Louisiana 70502
Telephone: (337) 593-4190 or (337) 233-3033
Email: jimr@wrightroy.com

for

MR-GO PLAINTIFFS SUB GROUP
LITIGATION COMMITTEE

Jonathan Andry (The Andry Law Firm,
   New Orleans, Louisiana)
Clay Mitchell (Levin, Papantonio, et al.,
   Pensacola, Florida)
Pierce O'Donnell (O'Donnell & Associates,
   Los Angeles, California)
James Parkerson Roy (Domengeaux, Wright, et al.,
   Lafayette, Louisiana)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 31st day of July, 2008.

    /s/ Joseph M. Bruno

Joseph M. Bruno