UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NUMBER: 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| PERTAINS TO: MRGO, Robinson | * | |
| (No. 06-2268) | * | |

*************************************************************************

## NOTICE OF MANUAL ATTACHMENT

NOW INTO COURT, through undersigned Counsel, comes the MRGO PSLC which hereby provides Notice of the Manual Attachment of Exhibits 1 through 17 to the Memorandum as *Amicus Curiae* in support of the Robinson Plaintiffs' Opposition to the United States of America's Motion to Dismiss Counts Two and Three of the Amended Complaint as the volume of the exhibits exceeds the electronic storage capacity of the Case Management/ Electronic Case Files System.

**Exhibits 1 through 17 to the Memorandum as *Amicus Curiae* in support of the Robinson Plaintiffs' Opposition to the United States of America's Motion to Dismiss Counts Two and Three of the Amended Complaint.**

FILED BY: Joseph M. Bruno, Plaintiffs' Liaison Counsel

FILE DATE: July 31, 2008

**ARE LOCATED IN THE CLERK'S OFFICE.**

WHEREFORE, the MRGO PSLC prays that the Court recognize the manual attachment of the Exhibits 1 through 17 to the Memorandum as *Amicus Curiae* in support of the Robinson Plaintiffs' Opposition to the United States of America's Motion to Dismiss Counts Two and Three of the Amended Complaint

**Respectfully Submitted,**
**APPROVED PLAINTIFFS LIAISON COUNSEL**

   /s/  Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com



MR-GO PLAINTIFFS SUB-GROUP
LITIGATION COMMITTEE

s/ James Parkerson Roy
JAMES PARKERSON ROY
MR-GO PSLC Liaison Counsel
LA Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
Post Office Box 3668
Lafayette, Louisiana 70502
Telephone: (337) 593-4190 or (337) 233-3033
Email: jimr@wrightroy.com

for

MR-GO PLAINTIFFS SUB GROUP
LITIGATION COMMITTEE

Jonathan Andry (The Andry Law Firm,
　New Orleans, Louisiana)
Clay Mitchell (Levin, Papantonio, et al.,
　Pensacola, Florida)
Pierce O'Donnell (O'Donnell & Associates,
　Los Angeles, California)
James Parkerson Roy (Domengeaux, Wright, et al.,
　Lafayette, Louisiana)

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 31st day of July, 2008.

　　　　　/s/ Joseph M. Bruno　　　　

Joseph M. Bruno