**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MRG | 001 | MRG-001-000000001 | MRG-001-000000001 | USACE; MVD; MVM | Charles Briggs | KC881 | 8/1/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Katrina New Orleans 9th Ward mod |
| FMA | 023 | FMA-023-000000001 | FMA-023-000000070 | Federal Emergency Management Agency | Samuel Smith | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Hurricane Katrina Action Request Forms |
| FMA | 023 | FMA-023-000000072 | FMA-023-000000310 | Federal Emergency Management Agency | Samuel Smith | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Hurricane Katrina Action Request Forms |
| FMA | 023 | FMA-023-000000312 | FMA-023-000000547 | Federal Emergency Management Agency | Samuel Smith | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Hurricane Katrina Action Request Forms |
| FMA | 023 | FMA-023-000000549 | FMA-023-000000551 | Federal Emergency Management Agency | Samuel Smith | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Hurricane Katrina Action Request Forms |
| FMA | 023 | FMA-023-000000553 | FMA-023-000001571 | Federal Emergency Management Agency | Samuel Smith | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Hurricane Katrina Action Request Forms |
| FMA | 023 | FMA-023-000001578 | FMA-023-000002084 | Federal Emergency Management Agency | Samuel Smith | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Hurricane Katrina Action Request Forms |
| FMA | 023 | FMA-023-000002087 | FMA-023-000002460 | Federal Emergency Management Agency | Samuel Smith | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Hurricane Katrina Action Request Forms |
| FMA | 023 | FMA-023-000002468 | FMA-023-000002602 | Federal Emergency Management Agency | Samuel Smith | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Hurricane Katrina Action Request Forms |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 023 | FMA-023-000002604 | FMA-023-000002748 | Federal Emergency Management Agency | Samuel Smith | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Hurricane Katrina Action Request Forms |
| FMA | 023 | FMA-023-000002751 | FMA-023-000002786 | Federal Emergency Management Agency | Samuel Smith | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Hurricane Katrina Action Request Forms |
| FMA | 023 | FMA-023-000002793 | FMA-023-000003357 | Federal Emergency Management Agency | Samuel Smith | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Hurricane Katrina Action Request Forms |
| FMA | 024 | FMA-024-000000001 | FMA-024-000000126 | Federal Emergency Management Agency | Samuel Smith | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Hurricane Katrina Action Request Forms |
| FMA | 024 | FMA-024-000000134 | FMA-024-000000709 | Federal Emergency Management Agency | Samuel Smith | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Hurricane Katrina Action Request Forms |
| FMA | 724 | FMA-724-000000041 | FMA-724-000000172 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 733 | FMA-733-000000001 | FMA-733-000000484 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 733 | FMA-733-000000605 | FMA-733-000000606 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 733 | FMA-733-000000788 | FMA-733-000000842 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 733 | FMA-733-000000993 | FMA-733-000001011 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 733 | FMA-733-000001015 | FMA-733-000001034 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 733 | FMA-733-000001062 | FMA-733-000001088 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 733 | FMA-733-000001095 | FMA-733-000001104 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 738 | FMA-738-000000001 | FMA-738-000000013 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 738 | FMA-738-000000041 | FMA-738-000000048 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 738 | FMA-738-000000067 | FMA-738-000000076 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 738 | FMA-738-000000083 | FMA-738-000000091 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 738 | FMA-738-000000095 | FMA-738-000000097 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 738 | FMA-738-000000112 | FMA-738-000000115 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 738 | FMA-738-000000120 | FMA-738-000000134 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 738 | FMA-738-000000188 | FMA-738-000000189 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 738 | FMA-738-000000197 | FMA-738-000000197 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 738 | FMA-738-000000209 | FMA-738-000000209 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 738 | FMA-738-000000213 | FMA-738-000000213 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 738 | FMA-738-000000225 | FMA-738-000000227 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 738 | FMA-738-000000343 | FMA-738-000000399 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 738 | FMA-738-000000416 | FMA-738-000000418 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 738 | FMA-738-000000430 | FMA-738-000000431 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 738 | FMA-738-000000451 | FMA-738-000000461 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 738 | FMA-738-000000463 | FMA-738-000000463 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 738 | FMA-738-000000481 | FMA-738-000000481 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 738 | FMA-738-000000491 | FMA-738-000000494 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 738 | FMA-738-000000497 | FMA-738-000000515 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 738 | FMA-738-000000528 | FMA-738-000000530 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 738 | FMA-738-000000533 | FMA-738-000000540 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 738 | FMA-738-000000555 | FMA-738-000000565 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 738 | FMA-738-000000567 | FMA-738-000000568 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 738 | FMA-738-000000589 | FMA-738-000000592 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 738 | FMA-738-000000619 | FMA-738-000000622 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 738 | FMA-738-000000656 | FMA-738-000000668 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 738 | FMA-738-000000680 | FMA-738-000000687 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 738 | FMA-738-000000718 | FMA-738-000000881 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 738 | FMA-738-000000890 | FMA-738-000000966 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 738 | FMA-738-000001028 | FMA-738-000001029 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 738 | FMA-738-000001047 | FMA-738-000001083 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 738 | FMA-738-000001121 | FMA-738-000001121 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 738 | FMA-738-000001235 | FMA-738-000001248 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 738 | FMA-738-000001251 | FMA-738-000001269 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 738 | FMA-738-000001294 | FMA-738-000001319 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 738 | FMA-738-000001328 | FMA-738-000001342 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 738 | FMA-738-000001348 | FMA-738-000001364 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 738 | FMA-738-000001379 | FMA-738-000001381 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 738 | FMA-738-000001392 | FMA-738-000001404 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 738 | FMA-738-000001411 | FMA-738-000001419 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 738 | FMA-738-000001490 | FMA-738-000001494 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 738 | FMA-738-000001502 | FMA-738-000001502 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 738 | FMA-738-000001505 | FMA-738-000001508 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 738 | FMA-738-000001516 | FMA-738-000001539 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 738 | FMA-738-000001545 | FMA-738-000001594 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 738 | FMA-738-000001598 | FMA-738-000001599 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 739 | FMA-739-000000029 | FMA-739-000001536 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 740 | FMA-740-000000001 | FMA-740-000000042 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 740 | FMA-740-000000262 | FMA-740-000000285 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 740 | FMA-740-000000307 | FMA-740-000000366 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 740 | FMA-740-000000618 | FMA-740-000000735 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 740 | FMA-740-000000853 | FMA-740-000001111 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 742 | FMA-742-000001663 | FMA-742-000001663 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 742 | FMA-742-000001973 | FMA-742-000002021 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 743 | FMA-743-000000001 | FMA-743-000000001 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 745 | FMA-745-000000001 | FMA-745-000001069 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 747 | FMA-747-000000001 | FMA-747-000000888 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 747 | FMA-747-000000959 | FMA-747-000000959 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 747 | FMA-747-000001006 | FMA-747-000001103 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 747 | FMA-747-000001108 | FMA-747-000001155 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 747 | FMA-747-000001286 | FMA-747-000001286 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 747 | FMA-747-000001347 | FMA-747-000001362 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 747 | FMA-747-000001364 | FMA-747-000001379 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 748 | FMA-748-000000254 | FMA-748-000001274 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 748 | FMA-748-000001277 | FMA-748-000001378 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 764 | FMA-764-000000001 | FMA-764-000000001 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 764 | FMA-764-000000222 | FMA-764-000000260 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 764 | FMA-764-000000268 | FMA-764-000000433 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 765 | FMA-765-000000001 | FMA-765-000000001 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 765 | FMA-765-000000026 | FMA-765-000000026 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 765 | FMA-765-000000038 | FMA-765-000000039 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 765 | FMA-765-000000290 | FMA-765-000000290 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 765 | FMA-765-000000412 | FMA-765-000000412 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 765 | FMA-765-000000499 | FMA-765-000000499 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 765 | FMA-765-000000741 | FMA-765-000000772 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 765 | FMA-765-000000820 | FMA-765-000000866 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 765 | FMA-765-000000939 | FMA-765-000000939 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 765 | FMA-765-000000994 | FMA-765-000001338 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 775 | FMA-775-000000109 | FMA-775-000000159 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 775 | FMA-775-000000165 | FMA-775-000000279 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 775 | FMA-775-000000304 | FMA-775-000000619 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 777 | FMA-777-000000001 | FMA-777-000002072 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 777 | FMA-777-000002175 | FMA-777-000002412 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 777 | FMA-777-000002615 | FMA-777-000003368 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 793 | FMA-793-000000219 | FMA-793-000000223 | Federal Emergency Management Agency | Paul Huang | KC882 | 8/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 260 | NED-260-000000001 | NED-260-000000001 | USACE; MVD; MVN; CEMVN-ED-FS | Richard Pinner | KC883 | 8/1/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | CAD and Boring Information with design plates. Free viewing software available at http://bentley.com/en-US/Products/Bentley+View/ |
| NED | 261 | NED-261-000000001 | NED-261-000000001 | USACE; MVD; MVN; CEMVN-ED-FS | Richard Pinner | KC883 | 8/1/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | CAD and Boring Information with design plates. Free viewing software available at http://bentley.com/en-US/Products/Bentley+View/ |
| NED | 262 | NED-262-000000001 | NED-262-000000001 | USACE; MVD; MVN; CEMVN-ED-FS | Richard Pinner | KC883 | 8/1/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | CAD and Boring Information with design plates. Free viewing software available at http://bentley.com/en-US/Products/Bentley+View/ |
| NED | 263 | NED-263-000000001 | NED-263-000000001 | USACE; MVD; MVN; CEMVN-ED-FS | Richard Pinner | KC883 | 8/1/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | CAD and Boring Information with design plates. Free viewing software available at http://bentley.com/en-US/Products/Bentley+View/ |
| NED | 264 | NED-264-000000001 | NED-264-000000001 | USACE; MVD; MVN; CEMVN-ED-FS | Richard Pinner | KC883 | 8/1/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | CAD and Boring Information with design plates. Free viewing software available at http://bentley.com/en-US/Products/Bentley+View/ |
| NED | 265 | NED-265-000000001 | NED-265-000000001 | USACE; MVD; MVN; CEMVN-ED-FS | Richard Pinner | KC883 | 8/1/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | CAD and Boring Information with design plates. Free viewing software available at http://bentley.com/en-US/Products/Bentley+View/ |
| NED | 266 | NED-266-000000001 | NED-266-000000001 | USACE; MVD; MVN; CEMVN-ED-FS | Richard Pinner | KC883 | 8/1/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | CAD and Boring Information with design plates. Free viewing software available at http://bentley.com/en-US/Products/Bentley+View/ |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 267 | NED-267-000000001 | NED-267-000000001 | USACE; MVD; MVN; CEMVN-ED-FS | Richard Pinner | KC883 | 8/1/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | CAD and Boring Information with design plates. Free viewing software available at http://bentley.com/en-US/Products/Bentley+View/ |
| NED | 259 | NED-259-000000001 | NED-259-000000339 | USACE; MVD; MVN; CEMVN-ED-S | Christie Nunez/Carl Broyles | KC884 | 8/1/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Stability Analysis of Bypass Channel Planned in EBIA. Includes design plates. |