UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | NUMBER: 05-4182 "K"(2) |
| * | | JUDGE DUVAL |
| * | | MAG. WILKINSON |
| * | | |
| * | | |
| PERTAINS TO: MRGO, Robinson * | | |
| (No. 06-2268) * | | |

**********************************************************************

## ORDER

Upon consideration of the The MRGO PSLC's Motion for Leave to file its memorandum as *amicus curiae* in support of the Robinson Plaintiffs' Opposition to the United States of America's Motion to Dismiss Counts Two and Three of the Amended Complaint as it relates to the discretionary function exception raised in the United States's motion, and good cause appearing,

IT IS HEREBY ORDERED, that the motion is GRANTED. The Ckerk is directed to file the Memorandum as *Amicus Curiae* in support of the Robinson Plaintiffs' Opposition to the United States of America's Motion to Dismiss Counts Two and Three of the Amended Complaint.

New Orleans, Louisiana, this 1st day of August, 2008.

Stanwood R. Duval, Jr.
United States District Judge