UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL | * | CIVIL ACTION NO. 05-4182 |
| BREACHES CONSOLIDATED | * | |
| LITIGATION | * | SECTION "K" (2) |
| | * | |
| | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE | * | |
| *Aguilar,* No. 07-4852 | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

*********************************************************************

### MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

**ON MOTION** of plaintiffs, Joseph Aguilar, III, et al, through undersigned counsel, and upon suggesting to the Court that they desire that Salvador M. Brocato, III, (Bar No. 26214) be enrolled as additional counsel of record along with Jim S. Hall to assist Jim S. Hall in trial of this matter.

Respectfully submitted:

| | |
|---|---|
| **JIM S. HALL & ASSOCIATES, LLC** | **SALVADOR M. BROCATO, III** |
| | |
| s/ Jim S. Hall | s/ Salvador M. Brocato, III |
| **JIM S. HALL, T.A.  (#21644)** | **SALVADOR M. BROCATO, III (#26214)** |
| **JOSEPH W. RAUSCH (11394)** | 800 N. Causeway Blvd., #100 |
| 800 N. Causeway Blvd., #100 | Metairie, LA 70001 |
| Metairie, LA 70001 | Telephone: (504) 832-7225 |
| Telephone: (504) 832-3000 | Facsimile: (504) 832-7225 |
| Facsimile: (504) 832-1799 | |

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on the 1st day of August, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of records.

s/ Jim S. Hall