UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO: 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Bloom, 07-6488 | * * | JUDGE DUVAL<br>MAG. WILKINSON |

*************************************************************************

## MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO STATE FARM'S GLOBAL MOTION TO DISMISS AND MOTION FOR ENTRY OF JUDGMENT

NOW INTO COURT, through undersigned counsel, comes Defendant, State Farm Fire and Casualty Company ("State Farm"), who respectfully moves this Court for an Order of Leave allowing State Farm to file a Reply to Plaintiffs' Opposition to State Farm's Motion for Entry of Final Judgment Pursuant to the Court's Post-*Sher* Case Management Order.

WHEREFORE, Defendant prays that it be granted leave to file its Reply, accordingly.

Respectfully submitted,

**/s/ David A. Strauss**
LINDSAY A. LARSON III **(T.A.)** #08053
DAVID A. STRAUSS #24665
SARAH SHANNAHAN MONSOUR # 30957
KING, KREBS & JURGENS, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile:  (504) 582-1233
llarson@kingkrebs.com
dstrauss@kingkrebs.com
smonsour@kingkrebs.com

{N0116030}                                  1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 1, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

**/s/ David A. Strauss**
**DAVID A. STRAUSS**

{N0116030}  2