UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO: 05-4182 "K"(2) |
| | * | |
| PERTAINS TO: INSURANCE, Bloom, 07-6488 | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |

*****************************************************************************

**O R D E R**

Upon consideration of State Farm Fire and Casualty Company's Motion for Leave to file a Reply to Plaintiffs' Memorandum in Opposition to State Farm's Global Motion to Dismiss and Motion for Entry of Final Judgment Pursuant to the Court's Post-*Sher* Case Management Order,

**IT IS HEREBY ORDERED** that State Farm Fire and Casualty Company's Motion for Leave to file its Reply is GRANTED.

New Orleans, Louisiana, this _____ day of August, 2008.

_____
**HONORABLE STANWOOD R. DUVAL, JR.,**
**UNITED STATES DISTRICT JUDGE**

.

{N0116038}