# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSILIDATED LITIGATION | * | |
| | * | SECTION "K" MAG. 2 |
| | * | |
| PERTAINS TO: INSURANCE | * | JUDGE STANWOOD R. DUVAL |
| <u>Gaubert</u>, 07-9768 | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |

*********************************************

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR ENTRY OF JUDGMENT

NOW INTO COURT, through undersigned counsel, comes Defendant Louisiana Citizens Property Insurance Corporation ("LCPIC"), who respectfully moves the Court for leave to file its Supplemental Memorandum in Support of Motion for Entry of Judgment.

LCPIC seeks to address several arguments and legal citations made by Plaintiff in his opposition that were not addressed in LCPIC's Motion. Furthermore, in response to the Motion to Dismiss, Plaintiff argues that he should be permitted to amend his Petition and LCPIC wishes to address this argument.

WHEREFORE Defendant LCPIC requests leave to file the attached Supplemental Memorandum.

**SIGNATURE LINE ON NEXT PAGE**

1

RESPECTFULLY SUBMITTED:

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing pleading has been filed with the Clerk of Court using the CM/ECF system, which will provide electronic service to all counsel of record.

This 1st day of August, 2008.

    s/ Laurent J. Demosthenidy

    Laurent Demosthenidy

  s/ Laurent J. Demosthenidy
Laurent J. Demosthenidy (La. Bar. #30473)
**HULSE & WANEK, APLC**
1010 Common St. Suite 2800
New Orleans, Louisiana 70112
Telephone:   (504) 524-6221
Facsimile:    (504) 529-4106
ljd@hulsewanek.com

**Attorney for Defendant,
Louisiana Citizens Property Insurance Corporation**

2