UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSILIDATED LITIGATION<br><br>PERTAINS TO: INSURANCE<br>    <u>Gaubert</u>, 07-9768 | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION NO. 05-4182<br><br>SECTION "K" MAG. 2<br><br>JUDGE STANWOOD R. DUVAL<br><br> MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

*******************************************

## **ORDER**

Considering the foregoing Motion Leave, it is hereby

**ORDERED** that Louisiana Citizens Property Insurance Corporation is granted leave to file its Supplemental Memorandum in Support of Motion for Entry of Judgment.

New Orleans, Louisiana this ____ day of _____, 2008.

_____
JUDGE STANWOOD R. DUVAL

1