UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K"  JUDGE DUVAL |
| PERTAINS TO: | | |
| | * | MAG. (2) MAG. WILKINSON |
| INSURANCE: FLOT, 07-03424 | | |

**************************************************************************

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

Bruce G. Feingerts of the law firm of Feingerts & Kelly PLC, Michael C. Darnell, and Murray, Darnell & Associates, L.L.C. hereby jointly move this Honorable Court to enroll Michael C. Darnell and the law firm of Murray, Darnell & Associates as additional counsel and trial attorneys for Marlin and Pamela Flot and Bruce G. Feingerts, of the law firm of Feingerts & Kelly PLC, formerly enrolled, withdrawn and now reentering as additional counsel for the plaintiffs. In support of this motion, movants state:

1. Movant, Bruce Feingerts is a member in good standing of the bar of this Court is a member in good standing of the United States District Court for the Eastern District of Louisiana, and a partner in the law firm of Feingerts & Kelly PLC;

2. Michael C. Darnell is a member in good standing of the United States District

|    | |
|----|---|
|    | Court for the Eastern District of Louisiana, among others.  Michael C. Darnell is a partner in the law firm of Murray, Darnell & Associates, LLC; |
| 3. | Pursuant to the United States District Court for the Eastern District of Louisiana Rule LR83.2.12(A), where counsel has appeared of record for a party, additional counsel may appear for that party upon motion of the counsel of record. |
| 4. | Michael C. Darnell and the law firm of Murray, Darnell & Associates, LLC will be actively involved in the litigation of this suit, including any hearings or other proceedings arising therefrom, and, therefore, movants respectfully request that Michael C. Darnell and the law firm of Murray, Darnell & Associates, LLC be enrolled and placed on the Docket Sheet for this case as trial attorney and additional counsel of record for the plaintiff, along with Bruce Feingerts of Feingerts & Kelly PLC, formerly enrolled, withdrawn, and now enrolling again, and that they be provided with Notices of Electronic Filings of pleadings, orders and deadlines via the CM/ECF system. |
| 5. | Michael C. Darnell is registered as a Filing User with the United States District Court for the Eastern District of Louisiana's Electronic Filing System.  Michael C. Darnell's email address for receipt of Notice of Electronic Filings of pleadings, orders and deadlines via the CM/ECF system is mdarnell99@aol.com. Bruce Feingerts is registered as a Filing User with the United States District Court for the Eastern District of Louisiana's Electronic Filing System.  Bruce Feingert's email address for receipt of Notice of Electronic Filings of pleadings, orders and deadlines via the CM/ECF system is bfeingerts@aol.com. |

**WHEREFORE**, undersigned pray that this Court enroll Michael C. Darnell, the law firm

of Murray, Darnell & Associates, and Bruce Feingerts, Feingerts & Kelly PLC, as additional counsel of record for the plaintiffs in this matter.

Respectfully submitted,

**Feingerts & Kelly, PLC**

*/s/ Bruce Feingerts*
Bruce Feingerts, Bar #5499
Feingerts & Kelly, PLC
365 Canal St., Ste. 2700
New Orleans LA 70130
Telephone: (504) 522-7791

and

**Murray, Darnell & Associates, LLC**

*/s/ Michael C. Darnell*
**Michael C. Darnell, Bar No. 4554**
**Edwin R. Murray, Bar No. 17069**
1540 N. Broad St.,
New Orleans, LA 70119
Telephone 504-945-0042

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing petition has been served upon all counsel of record by facsimile and/or electronic transmission on the 3rd day of August, 2008.

New Orleans, LA this _____ day of August, 2008.

*/s/ Michael C. Darnell*
 **Michael C. Darnell**