**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: KATRINA CANAL BREACHES          *          CIVIL ACTION NO. 05-4182
CONSOLIDATED LITIGATION

                                       *          SECTION "K"  JUDGE DUVAL
PERTAINS TO:

                                       *          MAG. (2) MAG. WILKINSON
INSURANCE: SANCHEZ, 07-01608

**********************************************************************

<u>ORDER</u>

On the joint Motion to Enroll Additional Counsel of Bruce L. Feingerts and Michael C.

Darnell  regarding the enrollment of Michael C. Darnell of the law firm of Murray, Darnell &

Associates, LLC as additional counsel of record to represent the plaintiffs in the above captioned

matter and in any hearings or other proceedings arising therefrom, and upon considering the

motion and the representations contained therein,

**IT IS HEREBY ORDERED** that the motion is GRANTED and that Michael C. Darnell

of the law firm of Murray, Darnell & Associates, LLC be and is hereby enrolled as additional

counsel of record to represent the plaintiffs in the above captioned matter and in any hearings or

other proceedings arising therefrom.

New Orleans, LA this _____ day of August, 2008.

_____
**Judge, United States District Court**