Effective 4/10/06

**FINANCIAL & CIVIL ALLOTMENT SHEET**

Receipt No. 358885
Deputy Clerk: CRM

AUG - 1 2008

ACCOUNT CODE:

6855XX Accounts
\_\_\_\_\_ - Restitution
\_\_\_\_\_ - U.S. Postal Service Forms
\_\_\_\_\_ - Petty Offense

REGISTRY FUND:

604700 Accounts
\_\_\_\_\_ - Cash Bonds
\_\_\_\_\_ - Land Condemnation
\_\_\_\_\_ - Deceased & Deserting Seaman

GENERAL & SPECIAL FUNDS:

\_\_\_\_\_ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
\_\_\_\_\_ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
          085000 - $5.00 / 510000 - $10.00

FILING FEES

\_\_\_\_\_ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 /086400 - $100.00 /510000 - $190.00
\_\_\_\_\_ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
          086900 - $20.00 / 510000 - $19.00
\_\_\_\_\_ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
\_\_\_\_\_ - Appeals Filing Fee (TOTAL $455.00) 086900 - $105.00 /086400 - $200.00 /510000 - $150.00
\_\_\_\_\_ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00

COPY FEES

\_\_\_\_\_ - Copies from public terminal (.10 per page - # of pages \_\_\_\_\_) 5114CR
\_\_\_\_\_ - Copies (.50 per page - # of pages \_\_\_\_\_) 322350
\_\_\_\_\_ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
\_\_\_\_\_ - Magnetic Tape Recordings \_\_\_\_\_ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00

MISCELLANEOUS ACCOUNTS

\_\_\_\_\_ - Certification (# of Cert. \_\_\_\_\_) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
\_\_\_\_\_ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
\_\_\_\_\_ - Records Search (TOTAL $26.00 Each) (# of names \_\_\_\_\_) 322360 - $15.00 / 510000 - $11.00
\_\_\_\_\_ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
\_\_\_\_\_ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
          Recovery of Costs - Jury Assessment \_\_\_\_\_ 322380

FINES & MISCELLANEOUS ACCOUNTS

\_\_\_\_\_ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
2x ✓ - Disciplinary Enforcement Fund ($15.00 Tri-annually (**$10.00 PRO HAC VICE**)) 6855XX

ACCOUNTS RECEIVABLE

Willard Shieffer
Frank Piccolo

\_\_\_\_\_ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

RECEIVED FROM (FIRM): Preis & Roy
CASE NUMBER: 05-4182        SECTION: K
CASE TITLE: J. Nicoletti B N. Namoge

PAYMENT OF: 10.00     CASH ✓    CHECK    MONEY ORDER
                      SEAMAN    PAUPER   NON CASH

---

Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

\_\_\_ 1. Cases requiring immediate action by the Court such as TRO, Injunction, Orders to Show Cause, etc.
\_\_\_ 2. Class Action
\_\_\_ 3. Antitrust
\_\_\_ 4. Patent, Trademark, Copyright
\_\_\_ 5. Civil Rights Case

\_\_\_ 6. Habeas Corpus & Other Convictions Petitions Title 28 USC Sec. 2255
\_\_\_ 7. Petitions for Stay of Execution Death Sentence
\_\_\_ 8. Social Security Case
\_\_\_ 9. All Others

Is this a THREE JUDGE COURT?   Yes \_\_\_ No \_\_\_
Is this a RELATED CASE?         Yes \_\_\_ No \_\_\_

Attorney of Record