UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re KATRINA CANAL BREACHES LITIGATION | * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" MAG. (2) |
| | * | JUDGE STANWOOD R. DUVAL, JR. |
| | * | MAG. JOSEPH C. WILKINSON, JR. |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The Court, having considered the foregoing Plaintiffs' Motion for Admission Pro Hac Vice filed on behalf of American Home Assurance Company and International Marine Underwriters, finds same to be meritorious and in the interests of justice; therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that John A.V. Nicoletti is hereby admitted to appear before this Court *pro hac vice* to serve as co-counsel for Movants, American Home Assurance Company and International Marine Underwriters, as prayed for in the aforesaid Motion, in the above captioned matter.

THUS DONE AND SIGNED this 31st day of July, 2008.

_____
THE HONORABLE STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE