UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| ALL BARGE | § | |
| | § | |

NOTICE OF PROTECTED LOG

The United States inadvertently produced claims documents protected under the Privacy Act in its August 3 and December 20, 2007 productions of the Katrina claims database. See Doc. Rec. Nos. 6832 and 9627, respectively. The inadvertantly produced documents are not related to the Katrina litigation and were accidentally mixed in with the Katrina claims when they were being administratively processed. The Court's Discovery Order concerning materials as to which privileges may be asserted provides "that the production of a document or ESI, in whole or part, shall not alone constitute a waiver of any privilege or other protection as to any portion of that document or ESI, in this or any other proceeding." See Doc. Rec. No. 5183. Accordingly, the United States hereby designates the following documents as protected under the Privacy Act and requests that they be destroyed by the receiving parties:

| CLAIM NUMBER | BATES RANGE |
| --- | --- |
| 07N15T0139232 | NRL121 - 0121 thru 0169 |
| 07N15T0211539 | NRL263 - 0109 |
| 07N15T0275207 | NPL016 - 0039 thru 0058 |
| 07N15T0232162 | FMD534 - 1776 thru 1782 |
| 07N15T0232163 | FMD534 - 1783 thru 1790 |
| 07N15T0232164 | FMD534 - 1791 thru 1797 |
| 07N15T0232165 | FMD534 - 1798 thru 1800 |
| 07N15T0232166 | FMD534 - 1801 thru 1810 |
| 07N15T0232167 | FMD534 - 1811 thru 1813 |
| 07N15T0232168 | FMD534 - 1823 thru 1830 |
| 07N15T0232169 | FMD534 - 1831 thru 1833 |
| 07N15T0232170 | FMD534 - 1834 thru 1836 |
| 07N15T0232171 | FMD534 - 1837 thru 1839 |
| 07N15T0232172 | FMD534 - 1840 thru 1842 |
| 07N15T0232173 | FMD534 - 1843 thru 1845 |
| 07N15T0232174 | FMD534 - 1846 thru 1848 |
| 07N15T0232175 | FMD534 - 1849 thru 1851 |
| 07N15T0232176 | FMD534 - 1852 thru 1854 |
| 07N15T0232177 | FMD534 - 1855 thru 1857 |
| 07N15T0256995 | NRL253 - 0001 thru 0065 |
| 07N15T0263386 | FMD533 - 1294 thru 1306 |

      07N15T0264942            NPL012 - 1464 thru 1469

      07N15T0270620            FMD534 - 1814 thru 1822

      07N15T0273965            NPL011 - 0222 thru 0227

     The United States also inadvertently produced documents with the above referenced August 3, 2007 Katrina claims database production that are not Katrina claims materials. The documents are listed on the claims database with claim numbers 07N15T0098497 and 07N15T0098498 with Bates numbers NRL095-2584 thru 2586 and NRL095-2587 thru 2589, respectively. These documents are not responsive to the Katrina litigation. Accordingly, the United States is clawing back these documents. The United States requests that these documents be destroyed by the receiving parties since they are not related to the Katrina litigation.

Any future productions of the Katrina claims database by the United States will not include any of the above referenced claim numbers or Bates ranges.  A Protected Log is attached.

                Respectfully submitted,

                GREGORY G. KATSAS
                Assistant Attorney General

                PHYLLIS J. PYLES
                Director, Torts Branch

                JAMES G. TOUHEY, JR.
                Assistant Director, Torts Branch

                s/ James F. McConnon, Jr.
                JAMES F. McCONNON, JR.
                Trial Attorney, Torts Branch, Civil Division
                U.S. Department of Justice
                Benjamin Franklin Station, P.O. Box 888
                Washington, D.C.  20044
                (202) 616-4400 / (202) 616-5200 (Fax)
                Attorneys for the United States

Dated: August 4, 2008

## CERTIFICATE OF SERVICE

I, James F. McConnon, Jr., hereby certify that on August 4, 2008, I served a true copy of the United States' Notice of Privilege Log upon all parties by ECF.

s/ James F. McConnon, Jr.

JAMES F. McCONNON, JR.