In re Katrina Canal Breaches Litigation No. 05-4182
Protected Log - Claims

| Date Produced | Production Media Number | Claim Number | Bates Range | Claimant Name | Protected Assertion |
|---|---|---|---|---|---|
| 8/3/2007 | KC030 | 07N15T0098497 | NRL095 - 2584 - 2586 | State of Louisiana | Inadvertant Production; Not Related to Katrina Litigation |
| 8/3/2007 | KC030 | 07N15T0098498 | NRL095 - 2587 - 2589 | State of Louisiana | Inadvertant Production; Not Related to Katrina Litigation |
| 8/3/2007; 12/20/2007 | KC032 | 07N15T0139232 | NRL121 - 0121 - 0169 | Tracey Pinkney | Privacy Act |
| 8/3/2007; 12/20/2007 | KC039 | 07N15T0211539 | NRL263 - 0109 | Sean Mickal | Privacy Act |
| 8/3/2007 | KC084 | 07N15T0275207 | NPL016 - 0039 - 0058 | Alvin Truesdale | Privacy Act |
| 8/3/2007 | KC040 | 07N15T0232162 | FMD534 - 1776 - 1782 | Richard Magnan | Privacy Act |
| 8/3/2007 | KC040 | 07N15T0232163 | FMD534 - 1783 - 1790 | Cornelia Finch | Privacy Act |
| 8/3/2007 | KC040 | 07N15T0232164 | FMD534 - 1791 - 1797 | Christian McWhester-Brandt | Privacy Act |
| 8/3/2007 | KC040 | 07N15T0232165 | FMD534 - 1798 - 1800 | John Dylewski | Privacy Act |
| 8/3/2007 | KC040 | 07N15T0232166 | FMD534 - 1801 - 1810 | Luis Rivera | Privacy Act |
| 8/3/2007 | KC040 | 07N15T0232167 | FMD534 - 1811 - 1813 | Olivia Brown | Privacy Act |
| 8/3/2007 | KC040 | 07N15T0232168 | FMD534 - 1823 - 1830 | Arleen Prochazka | Privacy Act |
| 8/3/2007 | KC040 | 07N15T0232169 | FMD534 - 1831 - 1833 | Maria Kammeyer | Privacy Act |
| 8/3/2007 | KC040 | 07N15T0232170 | FMD534 - 1834 - 1836 | Brian McGlasson | Privacy Act |
| 8/3/2007 | KC040 | 07N15T0232171 | FMD534 - 1837 - 1839 | Daniel Jarman | Privacy Act |
| 8/3/2007 | KC040 | 07N15T0232172 | FMD534 - 1840 - 1842 | Samuel Lott | Privacy Act |
| 8/3/2007 | KC040 | 07N15T0232173 | FMD534 - 1843 - 1845 | Luis Muniz Rodriguez | Privacy Act |
| 8/3/2007 | KC040 | 07N15T0232174 | FMD534 - 1846 - 1848 | Michael Newell | Privacy Act |
| 8/3/2007 | KC040 | 07N15T0232175 | FMD534 - 1849 - 1851 | Brittnie Taylor | Privacy Act |
| 8/3/2007 | KC040 | 07N15T0232176 | FMD534 - 1852 - 1854 | Delfin Dayrit | Privacy Act |
| 8/3/2007 | KC040 | 07N15T0232177 | FMD534 - 1855 - 1857 | Patricia Schultz | Privacy Act |
| 8/3/2007; 12/20/2007 | KC039R | 07N15T0256995 | NRL253 - 0001 - 0065 | John Sanders | Privacy Act |
| 8/3/2007 | KC046 | 07N15T0263386 | FMD533 - 1294 - 1306 | Donald Pettit | Privacy Act |
| 8/3/2007 | KC084 | 07N15T0264942 | NPL012 - 1464 - 1469 | Reginald McCoy | Privacy Act |
| 8/3/2007 | KC040 | 07N15T0270620 | FMD534 -1814 - 1822 | Olivia Brown | Privacy Act |
| 8/3/2007 | KC084 | 07N15T0273965 | NPL011 - 0222 - 0227 | Charles Faust (23969-175) | Privacy Act |