UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 SECTION "K" (2) |
| | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE *Aguilar,* No. 07-4852 | * * * | MAGISTRATE JUDGE WILKINSON |

*************************************************************************

### **ORDER**

**CONSIDERING THE FOREGOING;**

**IT IS ORDERED** that Salvador M. Brocato, III, (Bar No. 26214) be and he is hereby enrolled herein as additional counsel of record for the plaintiffs.

New Orleans, Louisiana this __4th__ day of ____August____, 2008.

_____
**J U D G E**