UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSILIDATED LITIGATION | * | |
| | * | SECTION "K" MAG. 2 |
| | * | |
| PERTAINS TO: INSURANCE | * | JUDGE STANWOOD R. DUVAL |
|     <u>Gaubert</u>, 07-9768 | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |

*********************************************

## ORDER

Considering the foregoing Motion Leave, it is hereby

**ORDERED** that Louisiana Citizens Property Insurance Corporation is granted leave to file its Supplemental Memorandum in Support of Motion for Entry of Judgment.

New Orleans, Louisiana this  4th  day of _____August_____, 2008.

_____
JUDGE STANWOOD R. DUVAL

1