UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO: LEVEE,<br>   ACTION NO. 07-7480<br>   RICHARD FERNANDEZ | CIVIL ACTION<br><br>NO. 05-4182 SECTION "K"(2) |

## MOTION TO WITHDRAW AND SUBSTITUE COUNSEL OF RECORD

**NOW COMES,** David E. Walle and Michael F. Bollman of the law firm of Bienvenu, Foster, Ryan & O'Bannon, LLC, who wish to withdraw as counsel of record for Scottsdale Insurance Company, in the above-entitled and numbered cause.

Concurrently, Defendant, Scottsdale Insurance Company, moves this Court to substitute Keely Y. Scott and Holly G. Hansen of the law firm of Crawford Lewis, PLLC in place of David E. Walle, Michael F. Bollman and the law firm of Bienvenu, Foster, Ryan & O'Bannon, LLC. Counsel represents that the requested substitution will not delay the progress of this case.

                              Respectfully submitted,

                              */s/ HG Hansen*
                              KEELY Y. SCOTT (#23932)
                              HOLLY G. HANSEN (#26902)
                              **CRAWFORD LEWIS, PLLC**
                              450 Laurel Street, Suite 1600
                              Post Office Box 3656
                              Baton Rouge, Louisiana 70821-3656
                              Telephone: (225) 343-5290
                              Facsimile: (225) 383-5508
                              kscott@crawford-lewis.com
                              hhansen@crawford-lewis.com

*[signature]*

David Edward Walle (#13199)
Michael F. Bollman (#17918)
**BIENVENU, FOSTER, RYAN & O'BANNON**
1010 Common St., Suite 2200
New Orleans, LA 70112-2401
Telephone: (504) 310-1500
dwalle@bfrob.com
mbollman@bfrob.com

## CERTIFICATE OF SERVICE

I HEREBY certify that on the 4th day of August, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*[signature]*
Holly G. Hansen

- 2 -