UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO: LEVEE,<br>    ACTION NO. 07-7480<br>    RICHARD FERNANDEZ | CIVIL ACTION<br><br>NO. 05-4182 SECTION "K"(2) |

## ORDER

Considering the foregoing *Motion to Withdraw and Substitute Counsel of Record*;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that David E. Walle and the law firm of Bienvenu, Foster, Ryan and O'Bannon, LLC be and the same is hereby withdrawn as counsel of record for Scottsdale Insurance Company in the above-entitled and numbered cause, and that the name of Keely Y. Scott and Holly G. Hansen of the law firm of Crawford Lewis, PLLC be and is hereby substituted in the place of David E. Walle of Bienvenu, Foster, Ryan & O'Bannon, LLC as counsel of record for Scottsdale Insurance Company.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE