UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2)  JUDGE DUVAL  MAG. WILKINSON |
| PERTAINS TO: | * * | |
| INSURANCE  07-3447 (Ballero v. Allstate) | * | |

## MOTION AND ORDER TO SEVER FROM INSURANCE UMBRELLA AND TRANSFER

**NOW INTO COURT**, through undersigned counsel, comes the defendant herein, Allstate Insurance Company, and which respectfully suggests to this Court the following:

That, in compliance with the Court's Case Management Order applying to matters under the insurance umbrella the plaintiff herein, Jerome Ballero, through counsel, submitted a settlement demand with a contractor's estimate and supporting documentation to defendant, Allstate Insurance Company.

Thereafter, and in light of the receipt of the settlement demand from the plaintiff, Allstate Insurance Company scheduled a mediation which proceeded forward at the mediation office of ADR, Inc. in Metairie, Louisiana on July 31, 2008.

During the course of the mediation offers were made by Allstate Insurance Company to Jerome Ballero in an effort to resolve the claims of Mr. Ballero. However, despite the offers that were made by Allstate Insurance Company to Mr. Ballero the parties were unable to reach a compromise settlement agreement and reached an impasse.

Accordingly, Allstate Insurance Company requests that this Court consider severing this cause of action from the insurance umbrella and transfer this matter pursuant to Local Rule 3.1.1 to the division from whence it was previously transferred while the Court awaited the decision in the "Sher versus Lafayette Insurance Company" matter. Allstate Insurance Company further suggests that, once this matter has been transferred, the division to which it is transferred can take the appropriate action insofar as scheduling a preliminary conference and trial.

> Respectfully submitted,
> INABNET & JONES, L.L.C
>
> /s/ Scott G. Jones
> SCOTT G. JONES (Bar No. 14408)
> 1331 West Causeway Approach
> Mandeville, Louisiana 70471
> Telephone: 985-624-9920
> Facsimile: 985-624-9940
> scott@inabnetjones.com

## CERTIFICATE OF SERVICE

I certify that on this 4 day of August, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel.

> /s/ Scott G. Jones
> SCOTT G. JONES