UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| *In Re:* KATRINA CANAL BREACHES | * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| CONSOLIDATED LITIGATION | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAG. WILKINSON |

PERTAINS TO:

INSURANCE   07-3447 (Ballero v. Allstate)*

## ORDER

Considering the Motion to Sever and to Transfer filed by Allstate Insurance Company herein;

IT IS HEREBY ORDERED that the above captioned matter is hereby severed and unconsolidated and is transferred to Division _____ for further handling.

Thus signed in New Orleans, Louisiana this _____ day of August, 2008.

_____
HONORABLE STANWOOD R. DUVAL, JR.