UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| *In Re:* KATRINA CANAL BREACHES | * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| CONSOLIDATED LITIGATION | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAG. WILKINSON |

*****************************************
PERTAINS TO:                                      *
                                                              *
INSURANCE    07-3447 (Ballero v. Allstate)*
*****************************************

## MEMORANDUM IN SUPPORT OF MOTION TO SEVER AND TRANSFER

MAY IT PLEASE THE COURT:

Previously, the above captioned matter was transferred to this Division and was made part of the Court's insurance umbrella. Recently, by way of a Case Management Order, this Court required that the plaintiffs submit a settlement demand, with supporting documentation and contractor's estimate by July 14, 2008. This Court further required the defendant to respond to the plaintiffs' settlement demand.

In these regards, the plaintiff herein submitted a settlement demand on July 23, 2008, and a mediation was scheduled and held in regards to this matter on July 31, 2008. During the course of the mediation the defendant made offers to the plaintiff for settlement but the parties were unable to reach a settlement agreement and an impasse occurred.

Accordingly, Allstate Insurance Company requests an Order severing this matter from the insurance umbrella and transferring it back to the original division from whence it came for further proceedings.

Respectfully submitted,
INABNET & JONES, L.L.C

/s/ Scott G. Jones
SCOTT G. JONES (Bar No. 14408)
1331 West Causeway Approach
Mandeville, Louisiana 70471
Telephone: 985-624-9920
Facsimile: 985-624-9940
scott@inabnetjones.com

## CERTIFICATE OF SERVICE

I certify that on this ___4___ day of August, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel.

/s/ Scott G. Jones
SCOTT G. JONES