UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K"  JUDGE DUVAL |
| PERTAINS TO: | | |
| | * | MAG. (2) MAG. WILKINSON |
| INSURANCE: TUMBLIN, 07-01602 | | |

**************************************************************************

## ORDER

On the joint Motion to Enroll Additional Counsel of Bruce L. Feingerts and Michael C. Darnell regarding the enrollment of Michael C. Darnell of the law firm of Murray, Darnell & Associates, LLC as additional counsel of record to represent the plaintiffs in the above captioned matter and in any hearings or other proceedings arising therefrom, and upon considering the motion and the representations contained therein,

**IT IS HEREBY ORDERED** that the motion is GRANTED and that Michael C. Darnell of the law firm of Murray, Darnell & Associates, LLC be and is hereby enrolled as additional counsel of record to represent the plaintiffs in the above captioned matter and in any hearings or other proceedings arising therefrom.

New Orleans, LA this __4th__ day of August, 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge