UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES                    CIVIL ACTION
          CONSOLIDATED LITIGATION
                                                  NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE                            JUDGE DUVAL
          Singer, 07-1574                          MAG. WILKINSON
          Dalen, 07-3404
          Richardson, 07-3455
          Pittman, 07-5758
          Lastie, 07-3443


**ORDER**

Plaintiffs in the referenced cases have filed a Motion for Extension of Time

seeking an additional thirty (30) days from the July 14, 2008 deadline provided in the

court's Post-Sher Insurance Umbrella Case Management Order, Record Doc. No. 13521,

to submit a written settlement offer to counsel for defendants.  Record Doc. No. 13794.

Plaintiffs' motion neither certifies that there is no objection nor notices the motion for

hearing.  Accordingly,

**IT IS ORDERED** that defense counsel in the referenced cases, Singer 07-1574

(Sidney Hardy), Dalen 07-3404 (Danna Schwab), Richardson 07-3455 (Danna Schwab),

Pittman 07-5758 (Simeon Reimonenq) and Lastie, 07-3443 (Danna Schwab), no later

than **August 8, 2008,** must either file a memorandum in opposition to the motion or

advise me in writing that they have no objection.   Thereafter, the motion will be determined on the record without oral argument.

New Orleans, Louisiana, this _____4th_____ day of August, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE