UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES        CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION  NO: 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Moore, 07-8621; Worgan, 07-8622; Woniger, 07-8623; Gaubert, 07-9768; Tardo, 08-1164; Tardo, 08-1165; Tardo, 08-1166 | * * * * * * * | JUDGE DUVAL  MAG. WILKINSON |

*****************************************************************************

### JOINT MOTION FOR STAY OF SETTLEMENT OBLIGATIONS UNDER THE COURT'S POST-SHER CASE MANAGEMENT ORDER

**NOW INTO COURT**, through undersigned counsel come Plaintiffs, Dian and Russell Tardo, Bruce Gaubert, Augostos Woniger, Jack Worgan, and Rhonda and Morris Moore ("Plaintiffs") and Defendant, State Farm Fire and Casualty Company ("State Farm"), and jointly move the Court for a Stay of the Parties' Settlement Obligations Under this Court's Post-*Sher* Case Management Order.

As will be explained in the accompanying Memorandum in Support, the above-captioned cases are subject to State Farm's Global Motion to Dismiss Flood Damage Claims, which is currently pending before Judge Duval. With respect to the above-captioned cases, State Farm's Global Motion to Dismiss seeks dismissal of the Plaintiffs' suits in their entirety. Additionally,

State Farm filed motions for entry of judgment in each of the above-referenced cases. Those motions are set to be heard on August 6, 2008. In light of these pending proceedings, the parties agree that settlement negotiations in these cases are premature.

**WHEREFORE**, Dian and Russell Tardo, Bruce Gaubert, Augostos Woniger, Jack Worgan, and Rhonda and Morris Moore and State Farm respectfully request the Court grant their Joint Motion for Stay of the Parties' Settlement Obligations Under the Court's Post-Sher Case Management Order.

Respectfully submitted,

**/s/ David A. Strauss**
DAVID A. STRAUSS (**T.A.**) #24665
CHRISTIAN A. GARBETT, SR. #26293
SARAH SHANNAHAN MONSOUR # 30957
KING, KREBS & JURGENS, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile: (504) 582-1233
dstrauss@kingkrebs.com
cgarbett@kingkrebs.com
smonsour@kingkrebs.com
Respectfully submitted:

**/s/ Stuart Barasch**
STUART T. BARASCH, #20650
THE HURRICANE LEGAL CENTER
910 Julia Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1944
Facsimile: (504) 525-1279

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all parties.

**/s/ David A. Strauss**

{N0115276}      2