## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO: 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Moore, 07-8621; Worgan, 07-8622; Woniger, 07-8623; Gaubert, 07-9768; Tardo, 08-1164; Tardo, 08-1165; Tardo, 08-1166 | * * * * * * * * | JUDGE DUVAL MAG. WILKINSON |

*****************************************************************************

### O R D E R

Having considered Plaintiffs' and Defendant's (State Farm Fire and Casualty Company) Joint Motion for Stay of the parties' settlement obligations under this Court's Post-*Sher* Case Management Order,

**IT IS HEREBY ORDERED** that Plaintiffs', Dian and Russell Tardo, Bruce Gaubert, Augostos Woniger, Jack Worgan, and Rhonda and Morris Moore, and Defendant's, State Farm Fire and Casualty Company, Joint Motion for Stay of the Parties' Settlement Obligations under this Court's Post-*Sher* Case Management Order is hereby granted and a stay is hereby entered exempting the parties from compliance with the settlement obligations under the Post-*Sher* Case Management Order. In the event that any of the above-captioned claims against State Farm

{N0115608}

survive State Farm's global Motion to Dismiss and/or State Farm's Motion for Entry of Judgment, the deadlines outlined in the Post-*Sher* Case Management Order will be transposed to commence on the date of entry of the Order in that case denying, in whole or in part, State Farm's global Motion to Dismiss and/or State Farm's Motion for Entry of Judgment.

New Orleans, Louisiana, this _____ day of _____, 2008.

                                              **HONORABLE JOSEPH C. WILKINSON, JR.**
                                              **UNITED STATES MAGISRATE JUDGE**