UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, <u>Holbrook</u>, 06-2617 | JUDGE DUVAL<br>MAG. WILKINSON |

# ORDER

In his in camera settlement report submitted in response to the court's previous order, Record Doc. No. 13792, Kevin Barreca, counsel for defendants, has advised that plaintiffs' counsel will be in trial on August 19, 2008, the date of the previously scheduled settlement conference, but that all counsel are available on September 16, 2008 at 3:00 p.m. Accordingly,

**IT IS ORDERED** that the SETTLEMENT CONFERENCE, previously set in the referenced <u>Holbrook</u> case on August 19, 2008, is hereby RESET on **SEPTEMBER 16, 2008 at 3:00 p.m.** before me.

New Orleans, Louisiana, this ___5th___ day of August, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**