UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:  ALL INSURANCE | * * | JUDGE DUVAL<br>MAG. WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR LEAVE TO FILE
## REPLY MEMORANDUM IN EXCESS OF 10 PAGES

NOW COME Katrina Canal Breaches Litigation Plaintiffs' Liaison Counsel, Joseph M. Bruno, Liaison Counsel for the Insurance PSLC, Calvin C. Fayard, Jr., and the Plaintiffs' Sub-Group Litigation Committee - Insurance, John Ellison, Jerry Joseph McKernan, Drew Ranier, and James Garner (collectively referred to as "the Insurance PSLC"), who respectfully move this Honorable Court for an Order, pursuant to Local Rule 7.8.1, allowing them to file their Reply Memorandum in Opposition to various memoranda filed opposing the Insurance PSLC's motion for entry of the proposed Case Management Order ("CMO") establishing an organizational system for the compensation of common benefit plaintiffs attorney fees and expenses, in a length in excess of 10

1

pages, for the following reasons:

1.

The Insurance PSLC submit that their Reply Memorandum collectively addresses all the issues set forth by every party opposing the Insurance PSLC's motion for a CMO establishing a common benefit fund. In order to effectively provide the Court with all the information necessary to reach a proper and just determination as to the myriad of issues presented by the opposing parties, the Insurance PSLC has addressed all issues in a single reply brief which exceeds the page limit permitted for a reply brief under the local rules. The Insurance PSLC believes it is better to address all issues in a single reply brief, rather than file multiple reply briefs. As such, the Insurance PSLC requests permission to file a single 20 page reply brief in response to all oppositions received to date.

2.

The arguments and citations presented in the Reply Memorandum are reasonably necessary to assist the Court in making its determination regarding the Insurance PSLC's motion for entry of the proposed CMO. The arguments and authorities presented in Insurance PSLC's reply memorandum will allow an adequate response on behalf of the Insurance PSLC and will aid the Court in deciding said motion.

WHEREFORE, the Insurance PSLC respectfully request leave to file their reply brief to various memoranda filed in opposition to the Insurance PSLC's motion for entry of the proposed CMO establishing an organizational system for the compensation of common benefit plaintiffs attorney fees and expenses, in a length in excess of 10 pages to a length of 20 pages.

Respectfully submitted,

S/ Joseph M. Bruno
Joseph M. Bruno,
Plaintiffs' Liaison counsel


Calvin C. Fayard, Jr.,
PSLC - Insurance Liaison Counsel
John N. Ellison
James M. Garner
Joseph J. McKernan
Drew A. Ranier,
PSLC - Insurance Committee

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of August, 2008, I presented the foregoing motion and order to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to all CM/ECF participants.

/s/ Joseph M. Bruno
Joseph M. Bruno