UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> § <br> § <br> § <br> PERTAINS TO: § <br> INSURANCE   (07-4786) § <br> *Donald Maclies and Betty Maclies v. Allstate* § <br> *Insurance Company* § <br> § | CIVIL ACTION <br> NO. 05-4182 "K"(2) <br> JUDGE DUVAL <br> MAG. WILKINSON |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, comes Peyton P. Murphy attorney for plaintiffs, **DONALD MACLIES AND BETTY MACLIES**, who move this Honorable Court to be withdrawn as counsel of record for the plaintiffs herein for the following reasons, to wit:

1.

Plaintiffs are being represented by other counsel.

WHEREFORE, Peyton P. Murphy prays that after due consideration is given herein that he be allowed to withdraw as counsel of record for plaintiffs, **DONALD MACLIES AND BETTY**

**MACLIES**, in this matter.

                                      Respectfully submitted:

                                      **MURPHY LAW FIRM**

                                      _____
                                      **PEYTON P. MURPHY (#22125)**
                                      7035 Jefferson Hwy
                                      Baton Rouge, LA 70806
                                      Telephone: (225) 928-8800
                                      Facsimile: (225) 928-8802

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing Motion and Order to Withdraw as Counsel of Record have this date been placed in the United States Mail, properly addressed and with sufficient postage affixed thereon to Defendants through counsel of record:

Charles M. Ponder, III
LOZES & PONDER
1010 Common Street, Suite 1700
New Orleans, LA 70012
ATTORNEY FOR ALLSTATE INSURANCE COMPANY

Baton Rouge, Louisiana, this 5 day of August, 2008.

_____
PEYTON P. MURPHY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K"(2) |
| | a. | JUDGE DUVAL |
| | b. | MAG. WILKINSON |
| | c. | |
| _____ | § | |
| | § | |
| PERTAINS TO: | § | |
| INSURANCE       (07-4786) | § | |
| *Donald Maclies and Betty Maclies v. Allstate* | § | |
| *Insurance Company* | § | |
| _____ | § | |

### ORDER

Considering the above and foregoing Motion to Withdraw As Counsel of Record;

**IT IS HEREBY ORDERED** that Peyton P. Murphy be hereby permitted to withdraw as counsel of record for, plaintiffs, **DONALD MACLIES AND BETTY MACLIES.**

**SIGNED**, in _____, Louisiana, this ____ day of _____, 2008.

_____
**HONORABLE STANLEY DUVAL**
**JUDGE, EASTERN DISTRICT OF LOUISIANA**