UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| *In Re: KATRINA CANAL BREACHES* | * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| *CONSOLIDATED LITIGATION* | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAG. WILKINSON |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PERTAINS TO:   *

INSURANCE   07-3394 (Haines v. Allstate)*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Considering the Motion to Sever and to Transfer filed by Allstate Insurance Company herein;

IT IS HEREBY ORDERED that the above captioned matter is hereby severed and unconsolidated and is transferred to Division _____ for further handling.

Thus signed in New Orleans, Louisiana this _____ day of August, 2008.

_____
HONORABLE STANWOOD R. DUVAL, JR.