UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION: K |
| PERTAINS TO: ROAD HOME | * * | MAGISTRATE: 2 |
| (State of Louisiana v. AAA Insurance, et al., No. 07-5528) | * * * | |

## MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, come National Security Fire & Casualty Company and Omega One Insurance Company, who respectfully request that Maryann G. Hoskins (La. #20869) be enrolled as additional counsel of record with Sidney W. Degan, III (La. #4804) and Julia A. Dietz (La. #18866) of the law firm Degan, Blanchard & Nash, 400 Poydras Street, Suite 2600, New Orleans, Louisiana 70130.

Maryann Hoskins is registered as a Filing User with the United States District Court for the Eastern District of Louisiana's Electronic Filing System. Maryann Hoskins' email address for receipt of Notice of Electronic Filings of pleadings, orders and deadlines via the CM/ECF system is mhoskins@degan.com.

Respectfully submitted,
DEGAN, BLANCHARD & NASH

/s/ Julia A. Dietz
Sidney W. Degan, III, (#4804)
Julia A. Dietz (#18866)
400 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone: (504) 529-3333
Facsimile: (504) 529-3337
Email: sdegan@degan.com
Email: jdietz@degan.com

*Attorneys for National Security Fire & Casualty Company and Omega One Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served this date, August 5, 2008, via electronic mail, upon all counsel of record.

/s/ Julia A. Dietz
Julia A. Dietz

2