UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION | § § § § § § | CIVIL ACTION <br> NO. 05-4182 "K"(2) <br> JUDGE DUVAL <br> MAG. WILKINSON |
| PERTAINS TO: <br> INSURANCE    (07-4786) <br> *Donald Maclies and Betty Maclies v. Allstate Insurance Company* | § § § § § § | |

## MOTION AND ORDER TO ENROLL AND WITHDRAWAL COUNSEL OF RECORD

NOW INTO COURT, comes Peyton P. Murphy attorney for plaintiffs, **DONALD MACLIES AND BETTY MACLIES**, who moves this Honorable Court to enroll as counsel of record for the plaintiffs:

> Jeffrey P. Berniard
> Berniard Law Firm
> 625 Baronne Street
> New Orleans, Louisiana 70113

Further, Peyton P. Murphy moves this Honorable Court to withdraw himself as counsel of

record for the plaintiffs, for the following reason to-wit:

Plaintiffs are being represented by other counsel.

WHEREFORE, Peyton P. Murphy prays that after due consideration is given herein that he be allowed to enroll Jeffrey P. Berniard as counsel of record for plaintiffs, **DONALD MACLIES AND BETTY MACLIES**, and withdraw himself as counsel of record for plaintiffs in this matter.

Respectfully submitted:

**MURPHY LAW FIRM**

_____
**PEYTON P. MURPHY (#22125)**
7035 Jefferson Hwy
Baton Rouge, LA 70806
Telephone: (225) 928-8800
Facsimile: (225) 928-8802

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing Motion and Order to Enroll and Withdraw as Counsel of Record have this date been placed in the United States Mail, properly addressed and with sufficient postage affixed thereon to Defendants through counsel of record:

Charles M. Ponder, III
LOZES & PONDER
1010 Common Street, Suite 1700
New Orleans, LA 70012
ATTORNEY FOR ALLSTATE INSURANCE COMPANY

Baton Rouge, Louisiana, this 5 day of August, 2008.

_____
PEYTON P. MURPHY