UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | § | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | § | **NO. 05-4182 "K"(2)** |
| | a. | **JUDGE DUVAL** |
| | b. | **MAG. WILKINSON** |
| | c. | |
| | § | |
| | § | |
| **PERTAINS TO:** | § | |
| **INSURANCE       (07-4786)** | § | |
| *Donald Maclies and Betty Maclies v. Allstate* | § | |
| *Insurance Company* | § | |
| | § | |

## ORDER

Considering the above and foregoing Motion to Enroll and Withdraw As Counsel of Record;

**IT IS HEREBY ORDERED** that Peyton P. Murphy be hereby permitted to enroll Jeffrey P. Berniard as counsel of record for plaintiffs, **DONALD MACLIES AND BETTY MACLIES**, and Peyton P. Murphy be hereby permitted to withdraw as counsel of record for plaintiffs, **DONALD MACLIES AND BETTY MACLIES.**

SIGNED, in _____, Louisiana, this ____ day of _____, 2008.

_____
**HONORABLE STANLEY DUVAL**
**JUDGE, EASTERN DISTRICT OF LOUISIANA**