UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO: 05-4182 "K"(2) |
| | * | |
| PERTAINS TO: INSURANCE, | * | JUDGE DUVAL |
| Moore, 07-8621; | * | |
| Worgan, 07-8622; | * | MAG. WILKINSON |
| Woniger, 07-8623; | * | |
| Gaubert, 07-9768; | * | |
| Tardo, 08-1164; | * | |
| Tardo, 08-1165; | * | |
| Tardo, 08-1166 | * | |

******************************************************************************

**O R D E R**

Upon consideration of State Farm Fire and Casualty Company's Motion for Leave to file a Reply to Plaintiffs' Memorandum in Opposition to State Farm's Motion for Entry of Final Judgment Pursuant to the Court's Post-*Sher* Case Management Order,

**IT IS HEREBY ORDERED** that State Farm Fire and Casualty Company's Motion for Leave to file its Reply is GRANTED.

New Orleans, Louisiana, this __5th__ day of August, 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge

{N0116773}