UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | § | CIVIL ACTION NO.: 05-4182 |
| CONSOLIDATED LITIGATION | § | |
| VERSUS | § | SECTION "K" |
| | § | |
| | § | MAGISTRATE (2) |
| | § | CONS. KATRINA CANAL |
| | § | |
| JAMES ALLEN, ET AL | § | |
|     Plaintiffs | § | CIVIL ACTION |
| VS. | § | No. 07-5111 |
| STATE FARM FIRE AND CASUALTY | § | SECTION "K" (2) |
| COMPANY | § | |
|     Defendant | § | |
| | § | |

## ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted by plaintiff, HERBERT NEWMAN REGARDING 12345 I-10 SERVICE ROAD, APARTMENT 1202, NEW ORLEANS, LA 70128 shall be and are hereby dismissed, without prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this _____ day of _____ ,2008.

_____
UNITED STATES DISTRICT JUDGE