UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: INSURANCE <u>MACLIES, 07-4786</u> | SECTION "K"(2) |

## ORDER

Before the Court is Plaintiff's Motion to Withdraw Counsel (Rec. Doc. 14303). Withdrawal of attorney Peyton Murphy, however, would result in Plaintiffs being unrepresented. The Court notes that attorney Jeffrey Berniard previously attempted to enroll as counsel, but the motion was denied by the Clerk as deficient because it was filed by an attorney who was not enrolled as counsel.  *See* Rec. Doc. 13449.  The Court recommends that attorney Peyton Murphy file a new motion that both enrolls new counsel and withdraws himself.  Accordingly,

**IT IS ORDERED** that the motion is **DENIED**.

New Orleans, Louisiana, this ___5th___ day of August, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE