UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | *<br>*<br>* CIVIL ACTION NO.: 05-4182 (2)<br>*<br>* JUDGE DUVAL, JR.<br>* |
| PERTAINS TO: | * MAGISTRATE WILKINSON, JR. |
| INSURANCE (Chehardy, No. 06-1672<br>C/W No. 06-1673<br>C/W No. 06-1674) | *<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO DISMISS WITH PREJUDICE

Plaintiffs, Larry and Glendy Forster respectfully request that their claims against Great Northern Insurance Company and the erroneously sued Chubb Custom Insurance Company be dismissed with prejudice. All other claims by all other plaintiffs asserted against all other defendants are reserved.

115485.doc

WHEREFORE, Larry and Glendy Forster pray that their claims against Great Northern Insurance Company and the erroneously sued Chubb Custom Insurance Company be dismissed with prejudice, specifically reserving all other claims by all other plaintiffs asserted against all other defendants.

Respectfully submitted,

_____
Joseph M. Bruno, 3604
The Law Offices of Joseph M. Bruno, APLC
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: 504/525-1335

_____
Joseph J. McKernan, 10027
McKernan Law Firm
8710 Jefferson Highway
Baton Rouge, Louisiana 70809
Telephone: 225/926-1234

Attorneys for Plaintiffs, Larry and Glendy Forster

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Motion to Dismiss With Prejudice has been served upon all counsel of record by electronic mail, facsimile, and/or placing same in the United States mail, postage prepaid and properly addressed this 6th day of August, 2008.

/s/ Joseph M. Bruno

115485.doc