UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.  05-4182 "K"(2) |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAG. WILKINSON |
| PERTAINS TO: | * | |
| INSURANCE      (07-4786) | * | |
| | * | |
| *Donald Maclies and Betty Maclies v.* | * | |
| | * | |
| *Allstate Insurance Company* | * | |
| _____ | * | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

**ON MOTION** of Jeffrey Berniard, attorney for Donald Maclies and Betty Maclies on suggesting to the court that mover desires to withdraw as attorney of record for the Plaintiffs because the Plaintiffs have not replied to Jeffrey Berniard's request for discovery documents nor have they been helpful in the prosecution of this matter.

At various junctures in the prosecution of this matter attorney Jeffrey Berniard has made attempts to contact the Plaintiffs for status updates and requests for documents to help prosecute their claims against the Defendant.  The Plaintiffs have not returned the attorneys calls and further have not submitted the requested documents necessary for their case.

Attorney Jeffrey Berniard recently obtained a settlement offer from the Defendants which he believes is a fair offer.  The Plaintiffs refused this offer yet still refuse to provide the necessary documents to help aid in the prosecution and possibly obtain a better offer.  Attorney Jeffrey Berniard submits this Motion to Withdraw after

several attempts at counseling the Plaintiffs in their best interest.  Attorney Jeffrey Berniard is under the reasonable belief that his services no longer can help these plaintiffs as they do not wish to take his advice on this matter.

A copy of this motion has been forwarded to the client, all opposing parties, and Dan Rees, Division of Administration, Office of Community Development, Legal Counsel for Disaster Recovery Unit, P.O. Box 4549, Baton Rouge, LA 70821.  Mr. Rees was forward a copy of this Motion and Order as a result of Plaintiff's having received a "Road Home" grant and therefore his office has an interest in this lawsuit.  The Plaintiffs have been notified of the necessity of obtaining other counsel and that client's present address is 1774 N. Gayoso St. New Orleans, LA. 70119 and their telephone number is 504-453-5164.

**WHEREFORE,** mover Jeffrey P. Berniard requests this Honorable Court grant the request and dismiss Jeffrey P. Berniard as counsel of record in this matter.

Respectfully Submitted,

/s/Jeffrey P. Berniard\_\_\_\_\_

Jeffrey P. Berniard (#29088)
Berniard & Wilson Law Firm, L.L.C.
625 Baronne Street
New Orleans, LA 70113
Telephone: (504) 527-6225
Facsimile: (504) 617-6300
Email:Jeffberniard@gmail.com

**CERTIFICATE OF SERVICE**

      I do hereby certify that I have on this 6th, day of August, 2008, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are not CM/ECF participants and to Donald Maclies and Betty Maclies, 1774 N. Gayoso St.New Orleans, LA. 700119, one copy certified mail and one copy First Class US MAIL.

      New Orleans, Louisiana, this 6th day of August, 2008.

      /s/Jeffrey P/ Berniard

      Jeffrey Berniard