UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
|     CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAG. WILKINSON |
| **PERTAINS TO:** | * | |
| **INSURANCE**    (07-4786) | * | |
| | * | |
| *Donald Maclies and Betty Maclies v.* | * | |
| | * | |
| *Allstate Insurance Company* | * | |
| _____ | * | |

## ORDER

**IT IS ORDERED** that Jeffrey Berniard be permitted to withdraw as attorney of record for Donald Maclies and Betty Maclies in this matter.

Order signed at New Orleans Louisiana on the _____ day of _____, 2008.

                                                                                 _____
                                                                                    JUDGE