UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES                      CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182 "K"(2)

PERTAINS TO:  INSURANCE, <u>Henry</u>, 07-9481         JUDGE DUVAL
                                                    MAG. WILKINSON

### ORDER ON MOTION

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed AND a copy be delivered to chambers eight days prior to the date set for hearing of the motion.  No memorandum in opposition to Defendant's Motion to Compel Answers to Interrogatories and Requests for Production of Documents, Record Doc. No. 13760, set for hearing on August 6, 2008 at 11:00 a.m. without oral argument, has been timely submitted.  Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the court that the motion has merit,

IT IS ORDERED that the motion is GRANTED and plaintiff is HEREBY ORDERED to respond to defendant's discovery requests fully and in writing, in accordance with Fed. R. Civ. P. 33 and 34, and to make all responsive documents available to defendant's counsel, within ten (10) days of entry of this order.  All objections, except on the basis of attorney-client privilege or work product doctrine, are

deemed waived. In addition, plaintiff must pay to defendant $450 in attorney's fees for her complete failure to respond to discovery served on January 31, 2008. Fed. R. Civ. P. 37(a)(5)(A).

New Orleans, Louisiana, this   6th   day of August, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE