UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:  ALL INSURANCE | * * | JUDGE DUVAL<br>MAG. WILKINSON |

*****************************************************************

## ORDER

Considering the Insurance PSLC's Motion for Leave to File Reply Memorandum in Excess of 10 Pages, in response to various oppositions filed in response to the Insurance PSLC's proposed common benefit Case Management Order,

**IT IS ORDERED** that the Insurance PSLC's Motion for Leave to File Their Reply Memorandum in Excess of 10 Pages is **GRANTED.**

New Orleans, Louisiana, this __6th__ day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE