UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
|  | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
|  | * | SECTION "K" (2) |
| *Boutte v. Lafarge*         05-5531 | * |  |
| *Mumford v. Ingram*    05-5724 | * |  |
| *Lagarde v. Lafarge*     06-5342 | * | JUDGE |
| *Perry v. Ingram*            06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*         06-7516 | * |  |
| *Parfait Family v. USA*  07-3500 | * | MAG. |
| *Lafarge v. USA*             07-5178 | * | JOSEPH C. WILKINSON, JR. |
|  | * |  |

**MOTION TO STRIKE LAFARGE NORTH AMERICA, INC'S MOTION FOR A PROTECTIVE ORDER BARRING "TOPIC 23" IN PLAINTIFFS' AMENDED SECOND RULE 30(B)(6) DEPOSITION NOTICE**

   **NOW COME** Barge Plaintiffs, through undersigned, who, for reasons expressed in the accompanying Memorandum, move for an Order striking as moot Record Doc. 14073, Lafarge's Motion for A Protective Order concerning a proposed deposition topic already subject of an appeal pending before Hon. Stanwood R. Duval, Jr.

                                                               Respectfully submitted,

                                                               /s/ Brian A. Gilbert,
                                                               Brian A. Gilbert, Esq.(21297)
                                                               LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
                                                               821 Baronne Street
                                                               New Orleans, Louisiana 70113
                                                               Telephone: (504) 885-7700
                                                               Telephone: (504) 581-6180
                                                               Facsimile: (504) 581-4336

e-mail: bgilbert@briangilbertlaw.com

/s/ Lawrence D. Wiedemann,
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com,
karl@wiedemannlaw.com,
karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
   Telephone: 504-834-0646
   e-mail: pistols42@aol.com

/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
Voice: 202-862-4320
Cell:   202-549-1454
Facsimile:  800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net,

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 6th day of August, 2008.

\s\Brian A. Gilbert