UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
      CONSOLIDATED LITIGATION

                                            NO. 05-4182

PERTAINS TO: INSURANCE                        SECTION "K"(2)
          MACLIES, 07-4786

## ORDER

Considering the Plaintiffs' Motion to Substitute and Withdraw Counsel (Rec. Doc. 14307), accordingly

**IT IS ORDERED** that the motion is **GRANTED.** Attorney Jeffrey P. Berniard is hereby enrolled as counsel on behalf of Plaintiffs Betty Maclies and Donald Maclies, and attorney Peyton P. Murphy is hereby withdrawn as counsel on behalf of aforesaid Plaintiffs.

New Orleans, Louisiana, this ___6th___ day of August, 2008.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**