UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br> <br> NO. 05-4182 <br> and consolidated cases <br> <br> SECTION "K"  (2) |
| PERTAINS TO:  BARGE | | |
| *Boutte v. Lafarge*        05-5531 <br> *Mumford v. Ingram*   05-5724 <br> *Lagarde v. Lafarge*    06-5342 <br> *Perry v. Ingram*          06-6299 <br> *Benoit v. Lafarge*       06-7516 <br> *Parfait Family v. USA* 07-3500 <br> *Lafarge v. USA*           07-5178 | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | <br> <br> JUDGE <br> STANWOOD R. DUVAL, JR. <br> <br> MAG. <br> JOSEPH C. WILKINSON, JR. |

**ORDER GRANTING EXPEDITED HEARING**

Considering the above and foregoing, it is hereby Ordered that Barge Plaintiffs' **Motion to Strike Lafarge North America, Inc's Motion for a Protective Order Barring "Topic 23" in Plaintiffs' Amended Second Rule 30(b)(6) Deposition Notice** is to be heard on an expedited basis.  Counsel are to submit any opposition on or before _____, 2008.

New Orleans, Louisiana, this ___ day of _____, 2008.

                                             _____
                                             **HON. JOSEPH C. WILKINSON, JR.**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 6th day of August, 2008.

                                                         \s\Brian A. Gilbert