# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | *<br>*<br>*<br>* | CIVIL ACTION |

IN RE:  KATRINA CANAL BREACHES  *
CONSOLIDATED LITIGATION  *  CIVIL ACTION
  *
  *  NO. 05-4182
PERTAINS TO:  BARGE  *  and consolidated cases
  *
  *  SECTION "K"  (2)
*Perry v. Ingram*        06-6299  *
  *
  *  JUDGE
  *  STANWOOD R. DUVAL, JR.
  *
  *  MAG.
_____  *  JOSEPH C. WILKINSON, JR.
  *

## MOTION TO ENROLL AND SUBSTITUTE COUNSEL

**NOW INTO COURT**, come Jimmie and Nellie Perry, and undersigned counsel Brian A. Gilbert, having been referred by original counsel all representation of plaintiffs, Jimmie Perry and Nellie Perry, in the above captioned matter, who respectfully move this Honorable Court to issue an order enrolling and substituting Brian A. Gilbert as Counsel of Record for Jimmie Perry and Nellie Perry.

It is so moved.

Respectfully submitted,

By:  _____/s/ Brian A. Gilbert,
_____      Brian A. Gilbert, Esq.(21297)
       LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
       821 Baronne Street
       New Orleans, Louisiana 70113

Telephone: (504) 885-7700
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: bgilbert@briangilbertlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 7th day of August, 2008.


\s\Brian A. Gilbert
BRIAN A. GILBERT