UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br>and consolidated cases<br><br>SECTION "K"  (2)<br><br>JUDGE<br>STANWOOD R. DUVAL, JR.<br><br>MAG.<br>JOSEPH C. WILKINSON, JR. |
| PERTAINS TO:  BARGE | |
| *Perry v. Ingram*          06-6299 | |

## ORDER

Considering the foregoing:

**IT IS ORDERED** that Brian A. Gilbert be and is hereby enrolled as counsel of record for Plaintiffs  Jimmie Perry and Nellie Perry in the above captioned matter.

New Orleans, Louisiana this _____ day of _____, 2008.

_____
**JUDGE**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 7th day of August, 2008.

                                            \s\Brian A. Gilbert
                                            BRIAN A. GILBERT