UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO:  BARGE | * * | |
| | * | SECTION "K"  (2) |
| *Lagarde v. Lafarge*      06-5342 | * * | |
| | * * * | JUDGE STANWOOD R. DUVAL, JR. |
| | * * * * | MAG. JOSEPH C. WILKINSON, JR. |

## MOTION TO ENROLL AND SUBSTITUTE COUNSEL

**NOW INTO COURT**, come plaintiffs Marenthia Lagarde, Donald Pritchett, Michael Lagarde, Joycelyn Moses, Anthony Dunn, and Joycelyn Carter, and undersigned counsel, Brian A. Gilbert, having been referred by original counsel all representation of plaintiffs, Marenthia Lagarde, Donald Pritchett, Michael Lagarde, Joycelyn Moses, Anthony Dunn, and Joycelyn Carter in this matter, who respectfully move this Honorable Court to issue an order enrolling and substituting Brian A. Gilbert as Counsel of Record for Marenthia Lagarde, Donald Pritchett, Michael Lagarde, Joycelyn Moses, Anthony Dunn, and Joycelyn Carter.

It is so moved.

Respectfully submitted,

By:       /s/ Brian A. Gilbert,

                                        Brian A. Gilbert, Esq.(21297)
                                        LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
                                        821 Baronne Street
                                        New Orleans, Louisiana 70113
                                        Telephone: (504) 885-7700
                                        Telephone: (504) 581-6180
                                        Facsimile: (504) 581-4336
                                        e-mail: bgilbert@briangilbertlaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 7th day of August, 2008.


                                        \s\Brian A. Gilbert
                                        **BRIAN A. GILBERT**