UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:<br>**KATRINA CANAL BREACHES**<br>**CONSOLIDATED LITIGATION**<br><br>**PERTAINS TO: INSURANCE**<br><br><br>**PAUL S. VOLPE**   NO.: 07-9421<br>and **JANICE C. VOLPE**<br><br>**VERSUS**<br><br>**ALLSTATE INSURANCE COMPANY** | § § § § § § § § § § § § § | **CIVIL ACTION NO. 05-4182 "K" (2)**<br><br>**JUDGE DUVAL**<br><br>**MAGISTRATE WILKINSON** |

### RULE 41(a) JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, the Plaintiffs, Paul S. Volpe and Janice C. Volpe, as well as Defendant, Allstate Insurance Company, through undersigned counsel and who hereby stipulate to the dismissal of the above-captioned matter, no. 07-9421, with prejudice.

WHEREFORE, the Plaintiffs, Paul S. Volpe and Janice C. Volpe, and Defendant, Allstate Insurance Company pray that this Rule 41 (a) Joint Stipulation of Dismissal with Prejudice will be deemed good and sufficient and the Court will sign the attached Order.

Respectfully submitted,

*/s/ Gregory J. Schwab*
**GREGORY J. SCHWAB #21075**
100 Ramey Road, Suite B
Houma, Louisiana 70360
Telephone: (985) 223-4457
Facsimile: (985) 851-5051
E-mail: gjschwab@exceedtech.net
Attorney for Allstate

1

        RANIER, GAYLE & ELLIOT, LLC

*/s/ N. Frank Elliot*
N. Frank Elliot (No. 23054)
Drew Ranier
Larry D. Dyess
1419 Ryan Street
Lake Charles, Louisiana 70601
Telephone: (337) 494-7171
Facsimile: (337) 494-7218
Attorney for Plaintiffs