UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:<br>KATRINA CANAL BREACHES §<br>CONSOLIDATED LITIGATION §<br>§<br>PERTAINS TO:  INSURANCE §<br>§<br>§<br>PAUL S. VOLPE          NO.: 07-9421 §<br>and JANICE C. VOLPE §<br>§<br>VERSUS §<br>§<br>ALLSTATE INSURANCE COMPANY §<br>_____ § | CIVIL ACTION NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

**<u>ORDER</u>**

Considering the Rule 41(a) Stipulation and Voluntary Dismissal with Prejudice by Paul S. Volpe and Janice C. Volpe;

It is hereby ORDERED that the above-captioned matter, no. 07-9421, is dismissed with prejudice.

_____
JUDGE, UNITED STATES DISTRICT COURT

1