## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182** |
| | **SECTION "K"** |
| **THIS DOCUMENT RELATES TO:** Insurance | **MAGISTRATE (2)** |
| **No. 06-5164,** *Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Monique Sauter regarding 6631 Center Street, New Orleans, LA 70124; Nicole Palet regarding 6960 B General Haig, New Orleans, LA 70124; Craig Gentry regarding 6960B General Haig Street, New Orleans, LA 70124; Sharon Merrell regarding 4851 Galahad Drive, New Orleans, LA 70127; Troy LaCabe regarding 5226 Spain St., New Orleans, LA 70122; Kris Bourgeois regarding 1515 Prentiss Ave., New Orleans, LA 70122; Denise Wade regarding 3907 Pauger St., New Orleans, LA 70122; Jessica Sacks regarding 6035 St. Roch Ave., New Orleans, LA 70122; Faye Nelson regarding 7600 Weaver Ave., New Orleans, LA 70127; Ericka Warren regarding 2114/2116 Selma St., New Orleans, LA 70122; Alysia Rowel regarding 5340 Glouscer Rd., New Orleans, LA 70127; Ginnylyn Blanchard, Jude M Blanchard regarding 1931 Rose St., Arabi, LA 70032; Dormella Carraby regarding 2526 Painters St., New Orleans, LA 70117; Jessie Gatlin regarding 7830 Newcastle St, New Orleans, LA 70126; Charles Wilson regarding 1749 Montbatten Dr., Marrero, LA 70072; Damon Johnson regarding 7534 Vanderklout Ave., New Orleans, LA 70127; TroyAnn LaFrance, Charles LaFrauce regarding 7741 & 7743 Mills St., New Orleans, LA 70126; Jamie Lemelle regarding 2113 Painters St., New Orleans, LA 70117; Troy Turner-Major, Bobbie S. Turner regarding 11251 Woodvine Ln, New Orleans, LA 70128; Glenda Griffin regarding 9942 Morrison Rd., New Orleans, LA 70127; Stephen Wood regarding 4900 Cleaveland Pl., Metairie, LA 70003; Barbara Bortle regarding 436 16th St., New Orleans, LA 70124; Cawanda Lennox regarding 2415** |

Lamanche St., New Orleans, LA 70117; Demetric Johnson regarding 5221 Edenboro Rd., New Orleans, LA 70127; Jacqueline Broden regarding 5145 N. Roman St., New Orleans, LA 70117; Larhonda Johnson regarding 2317 River Queen Dr., Violet, LA 70092; Nasim Tariq regarding 2517 Orleans Ave, New Orleans, LA 70119; Teresa Morris regarding 7830 Windward Ct., New Orleans, LA 70128; Denise Wilson regarding 4800 Coronado Dr., New Orleans, LA 70127; Coral Maher regarding 6100 Marshall Foch St., New Orleans, LA 70124; Gilberto Aviles regarding 7017 Fleur De Lis Dr., New Orleans, LA 70124; Gary Goldbard, Heather Goldbard regarding 7902 Feret St, New Orleans, LA 70118; Keith Williams, Tonetto Champ Williams regarding 7231 Voyageur Dr., New Orleans, LA 70129; Elizabeth Ellis regarding 5950 Doral Ct., New Orleans, LA 70128; Kimberly Bremermann-Black regarding 3220 & 3222 Jacob Dr., Chalmette, LA 70043; Gayle Rankins regarding 2109 Dunglin St., New Orleans, LA 70118; Mary Dumas regarding 10320 Morrison Rd., New Orleans, LA 70127; Reginald Sanders, Denise Sanders regarding 4800 Francisco Verrett, New Orleans, LA 70126; Andre White regarding 2116 Francis Ave., Violet, LA 70092; Nicole Kent, Marvin J. Kent Construction Co., Inc. regarding 1720 Sunset Ln., Harvey, LA 70058; Nicole Kent, Marvin J. Kent Construction Co., Inc. regarding 1920 Broadway Ave., Harvey, LA 70058; Nicole Kent, Marvin J. Kent Construction Co., Inc. regarding 2917 Hudson Ave., New Orleans, LA 70114; Nicole Kent, Marvin J. Kent Construction Co., Inc. regarding 23 Navigation Court, New Orleans, LA 70131; Zander Murray regarding 6111 Spain St, New Orleans, LA 70122; Paulet Peters regarding 4350 Kennon Ave, New Orleans, LA 70122; Curtis Deverny regarding 4609 New Orleans St, New Orleans, LA 70122; Curtis Deverny regarding 4611 New Orleans St, New Orleans, LA 70122; Anna Carter regarding 2719 Eagle St., New Orleans, LA 70118; Lula Leblanc regarding 2330 Jena St., New Orleans, LA 70115; Ruby

Verhoeven regarding 7215-7221 Regent Street, New Orleans, LA 70124; Don Williams regarding 183032 Hope, New Orleans, LA 70119; Leroy Carter regarding 1340 Denmark Street, Slidell, LA 70461; Bruce Wallace, Camile Wallace regarding 4969 N. Rampart St., New Orleans, LA 70117; Leroy Paul regarding 3500 N. Claiborne Ave., New Orleans, LA 70117; Larnette Smith, Emmett Smith regarding 7151 Pinebrook Dr., New Orleans, LA 70128; Peggy St. Romain regarding 930 Turquoise St., New Orleans, LA 70124; Morris Burka regarding 6319 Story St., New Orleans, LA 70118; Barbara Howells regarding 38 West Park Place, New Orleans, LA 70124; Kay McCaskill-Morrison regarding 21 Fontainebleau Dr, New Orleans, LA 70125; William (Bill) Dooley, William G Dooley Jr regarding 5769 Cameron Blvd, New Orleans, LA 70122; Carolyn Walter regarding 5860 Louis Prima Dr. West, New orleans, LA 70128; Henry Latten regarding 8502 Palm St., New Orleans, LA 70118; Lena Fulton regarding 2228 Pirate Dr., Chalmette, LA 70043; Lawrence Lynchard, Barbara Lynchard regarding 3426 Clermont Dr., New Orleans, LA 70122; Eddie Blanco regarding Kids For Less/Lake Forest Plaza/Read Blvd., New Orleans, LA 70127; Lionel Gaspard, Margaret Gaspard regarding 7541 Fieldston Rd., New Orleans, LA 70126; Edna Marchand regarding 8931 Colapissa St., New Orleans, LA 70118; Leoner King regarding 7433 Kenyon Rd., New Orleans, LA 70127; Marrel David, Deanna David regarding 3504 Karen dr., Chalmette, LA 70043; Lawrence Everette regarding 2208 Velma Dr., Meraux, LA 70052; Lois Labranche regarding 5806 Eads St., New Orleans, LA 70122; Delores Price regarding 4828 Camelot Dr., New Orleans, LA 70127; Shanel Morgan, Felix Jackson regarding 11252 King Richard Drive, New Orleans, LA 70128; Patrick Wilson regarding 3830 Napoleon Ave., New Orleans, LA 70125; Reginald Brumfield, Desiree M Brumfield regarding 5034 Dreaux Ave, New Orleans, LA 70126; Lillian Kirsch regarding 6227 General Diaz, New Orleans, LA 70124; Gary Greco

regarding 7255 Canal Blvd., New Orleans, LA 70124; Rodrick Howard regarding 4532 Crowder Blvd., New Orleans, LA 70125; Pam Moriarty regarding 209 Spencer Ave., New Orleans, LA 70124; Cleo Henry regarding 1960 Benefit St., New Orleans, LA 70122; Priscilla Quest, Chris Quest regarding 2454 Treasure St., New Orleans, LA 70122; Joseph Boucree regarding 1743 King Dr., New Orleans, LA 70122; Kathleen Hartwell regarding 129 Cawthorn Dr., Slidell, LA 70458; Annette Harris, Thomas C. Harris regarding 7800 Windward Ct., New Orleans, LA 70128; Christine Breault, Joseph Breault regarding 2611 Octavia St, New Orleans, LA 70115; Tyrone Humphrey, Pamela J. Humphrey regarding 5849 Louis Prima Dr. E., New Orleans, LA 70128; Alan Weinberger regarding 12 Chatham Dr., New Orleans, LA 70122; Michael Bourg, Cynthia S. Bourg-Steigerwald regarding 6653 Fleur de Lis, New Orleans, LA 70124; Penny Tate regarding 2 W. Blueridge Ct., New Orleans, LA 70128; Shelly Scheuermann regarding 39 West Park Place, New Orleans, LA 70124; Beth Goddard regarding 3000 Transcontinental Dr, Metairie, LA 70006; Annette Powell regarding 5642 N. Morgate Dr, New Orleans, LA 70127; Deidre Wright regarding 5854 Louis Prema Dr., New Orleans, LA 70128; Edith Price regarding 4700 Donna Dr, New Orleans, LA 70127; Wilbur Serpas regarding 5725 Wildear Dr, New Orleans, LA 70122; Nellie Piazza regarding 7717 Lady Gray St., New Orleans, LA 70127; Vicki Johnston regarding 4610-12 S. Johnson, New Orleans, LA 70125; Richard Glory, Susan Glory regarding 4917/19 St. Anthony St., New Orleans, LA 70122; William Martinez, Lorraine Martinez regarding 7532 Wilson St., Violet, LA 70092; Evelyn Wicker, James C. Wicker regarding 8750 Curran Rd., New Orleans, LA 70127; Ado Bezue regarding 4882 Brittany Court, New Orleans, LA 70129; Eleni Levendis regarding 5853/5855 Colbert St, New Orleans, LA 70124; William Rachuba regarding 2019 Corinne Dr., Chalmette, LA 70043; Jan Brandon regarding 6 Packenham Ave., Chalmette, LA 70043;

Donaled Rojas regarding 2116 Brigade Dr., Chalmette, LA 70043; Dennis Terry regarding 6843 Mine Blvd., New Orleans, LA 70124; Kathleen Morgan regarding 5846 Louis XIV St, New Orleans, LA 70124; Consetta Duplessis regarding 2735 Wistene, New Orleans, LA 70122; Ira Bennett, Mr. Joseph Greeck regarding 2926 Laussat Pl. Apt.A, New Orleans, LA 70117; Victor Manuel, Travis & Kim Williams regarding 2900 Daniel Dr, Violet, LA 70092; Robin Powell, Elray Barkley regarding 3011 Louisiana Ave. Pkwy., New Orleans, LA 70125; Randy Harris regarding 4958 Pecan St., New Orleans, LA 70126; Brenda Singleton, Felix Mathieu regarding 1742 Tricou St., New Orleans, LA 70117; Albert Aguillard regarding 6812 Seagull Ln. Apt. C, New Orleans, LA 70126; Birdie Gaines regarding 3223 Mistletoe, New Orleans, LA 70118; Lucy Johnson, Darren Johnson regarding 6813 Lake Kenilworth APT 215, New Orleans, LA 70126; Patricia Frank regarding 2128 Almonaster Ave., New Orleans, LA 70117; Geraldine Tenner regarding 2626 Tupelo St., New Orleans, LA 70117; Roosevelt Bell regarding 3724 S. Galvez St., New Orleans, LA 70125; Rosa Ray regarding 5840 Law St., New Orleans, LA 70117; Dorothy Miller regarding 1412 St. Ferdinand, New Orleans, LA 70117; Norina Pennington regarding 4924 Venus St, New Orleans, LA 70122; Mary Stewart regarding 5110 Law St., New Orleans, LA 70117; Lyndsey Dehart regarding 2899 Sugarloaf Dr. Lot 115, Lake Charles, LA 70607; Lorraine Surtain regarding 2112 Feliciana Street, New Orleans, LA 70117; Helen Smithf regarding 3734 Calhoun St., New Orleans, LA 70128; Lee Gilyot, Julie Gilyot regarding 120 South Cortez St., New Orleans, LA 70119; Ella Foster regarding 1130 Delery St., New Orleans, LA 70117; Clarence Barrow, regarding 3170 St Benard Ave, New Orleans, LA 70119; Andria Milton, regarding 4233 & 4235 Holly Grove St., New Orleans, LA 70118; Lynette Bailey, regarding 7310 Carl Pepper Dr. Apt. D, New Orleans, LA 70126; Martin Millsaps, regarding 7407 Cornwall Pl., New Orleans, LA 70126; Anitra Covington, regarding 812 Delery

Street, New Orleans, LA 70117; Robert Freire, regarding 2801 Hopedale Hwy, St. Bernard, LA 70085; Dolores Lee Gibson, regarding 3120 Monroe St, New Orleans, LA 70118; Mattie Simon, regarding 1129/31 Forstall St., New Orleans, LA 70117; Mattie Simon, regarding 5118 N. Derbigny St., New Orleans, LA 70117; Mattie Simon, regarding 20/22 St. Claude Ave., New Orleans, LA 70117; Ray Worthy, regarding 1661 Humanity St., New Orleans, LA 70122; Ray Worthy, regarding 1659 Humanity St., New Orleans, LA 70122; Ray Worthy, regarding 3929 Iroquois St., New Orleans, LA 70126; Ray Worthy, regarding 2324-2326 Ursulines Ave., New Orleans, LA 70119

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss without Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Monique Sauter regarding 6631 Center Street, New Orleans, LA 70124; Nicole Palet regarding 6960 B General Haig, New Orleans, LA 70124; Craig Gentry regarding 6960B General Haig Street, New Orleans, LA 70124; Sharon Merrell regarding 4851 Galahad Drive, New Orleans, LA 70127; Troy LaCabe regarding 5226 Spain St., New Orleans, LA 70122; Kris Bourgeois regarding 1515 Prentiss Ave., New Orleans, LA 70122; Denise Wade regarding 3907 Pauger St., New Orleans, LA 70122; Jessica Sacks regarding 6035 St. Roch Ave., New Orleans, LA 70122; Faye Nelson regarding 7600 Weaver Ave., New Orleans, LA 70127; Ericka Warren regarding 2114/2116 Selma St., New Orleans, LA 70122; Alysia Rowel regarding 5340 Glouscer Rd., New Orleans, LA 70127; Ginnylyn Blanchard, Jude M Blanchard regarding 1931 Rose St., Arabi, LA 70032; Dormella Carraby regarding 2526 Painters St., New Orleans,

LA 70117; Jessie Gatlin regarding 7830 Newcastle St, New Orleans, LA 70126; Charles Wilson regarding 1749 Montbatten Dr., Marrero, LA 70072; Damon Johnson regarding 7534 Vanderklout Ave., New Orleans, LA 70127; TroyAnn LaFrance, Charles LaFrauce regarding 7741 & 7743 Mills St., New Orleans, LA 70126; Jamie Lemelle regarding 2113 Painters St., New Orleans, LA 70117; Troy Turner-Major, Bobbie S. Turner regarding 11251 Woodvine Ln, New Orleans, LA 70128; Glenda Griffin regarding 9942 Morrison Rd., New Orleans, LA 70127; Stephen Wood regarding 4900 Cleaveland Pl., Metairie, LA 70003; Barbara Bortle regarding 436 16th St., New Orleans, LA 70124; Cawanda Lennox regarding 2415 Lamanche St., New Orleans, LA 70117; Demetric Johnson regarding 5221 Edenboro Rd., New Orleans, LA 70127; Jacqueline Broden regarding 5145 N. Roman St., New Orleans, LA 70117; Larhonda Johnson regarding 2317 River Queen Dr., Violet, LA 70092; Nasim Tariq regarding 2517 Orleans Ave, New Orleans, LA 70119; Teresa Morris regarding 7830 Windward Ct., New Orleans, LA 70128; Denise Wilson regarding 4800 Coronado Dr., New Orleans, LA 70127; Coral Maher regarding 6100 Marshall Foch St., New Orleans, LA 70124; Gilberto Aviles regarding 7017 Fleur De Lis Dr., New Orleans, LA 70124; Gary Goldbard, Heather Goldbard regarding 7902 Feret St, New Orleans, LA 70118; Keith Williams, Tonetto Champ Williams regarding 7231 Voyageur Dr., New Orleans, LA 70129; Elizabeth Ellis regarding 5950 Doral Ct., New Orleans, LA 70128; Kimberly Bremermann-Black regarding 3220 & 3222 Jacob Dr., Chalmette, LA 70043; Gayle Rankins regarding 2109 Dunglin St., New Orleans, LA 70118; Mary Dumas regarding 10320 Morrison Rd., New Orleans, LA 70127; Reginald Sanders, Denise Sanders regarding 4800 Francisco Verrett, New Orleans, LA 70126; Andre White regarding 2116 Francis Ave., Violet, LA 70092;

Nicole Kent, Marvin J. Kent Construction Co., Inc. regarding 1720 Sunset Ln., Harvey, LA 70058; Nicole Kent, Marvin J. Kent Construction Co., Inc. regarding 1920 Broadway Ave., Harvey, LA 70058; Nicole Kent, Marvin J. Kent Construction Co., Inc. regarding 2917 Hudson Ave., New Orleans, LA 70114; Nicole Kent, Marvin J. Kent Construction Co., Inc. regarding 23 Navigation Court, New Orleans, LA 70131; Zander Murray regarding 6111 Spain St, New Orleans, LA 70122; Paulet Peters regarding 4350 Kennon Ave, New Orleans, LA 70122; Curtis Deverny regarding 4609 New Orleans St, New Orleans, LA 70122; Curtis Deverny regarding 4611 New Orleans St, New Orleans, LA 70122; Anna Carter regarding 2719 Eagle St., New Orleans, LA 70118; Lula Leblanc regarding 2330 Jena St., New Orleans, LA 70115; Ruby Verhoeven regarding 7215-7221 Regent Street, New Orleans, LA 70124; Don Williams regarding 183032 Hope, New Orleans, LA 70119; Leroy Carter regarding 1340 Denmark Street, Slidell, LA 70461; Bruce Wallace, Camile Wallace regarding 4969 N. Rampart St., New Orleans, LA 70117; Leroy Paul regarding 3500 N. Claiborne Ave., New Orleans, LA 70117; Larnette Smith, Emmett Smith regarding 7151 Pinebrook Dr., New Orleans, LA 70128; Peggy St. Romain regarding 930 Turquoise St., New Orleans, LA 70124; Morris Burka regarding 6319 Story St., New Orleans, LA 70118; Barbara Howells regarding 38 West Park Place, New Orleans, LA 70124; Kay McCaskill-Morrison regarding 21 Fontainebleau Dr, New Orleans, LA 70125; William (Bill) Dooley, William G Dooley Jr regarding 5769 Cameron Blvd, New Orleans, LA 70122; Carolyn Walter regarding 5860 Louis Prima Dr. West, New orleans, LA 70128; Henry Latten regarding 8502 Palm St., New Orleans, LA 70118; Lena Fulton regarding 2228 Pirate Dr., Chalmette, LA 70043; Lawrence Lynchard, Barbara Lynchard regarding 3426 Clermont Dr., New Orleans, LA 70122;

Eddie Blanco regarding Kids For Less/Lake Forest Plaza/Read Blvd., New Orleans, LA 70127; Lionel Gaspard, Margaret Gaspard regarding 7541 Fieldston Rd., New Orleans, LA 70126; Edna Marchand regarding 8931 Colapissa St., New Orleans, LA 70118; Leoner King regarding 7433 Kenyon Rd., New Orleans, LA 70127; Marrel David, Deanna David regarding 3504 Karen dr., Chalmette, LA 70043; Lawrence Everette regarding 2208 Velma Dr., Meraux, LA 70052; Lois Labranche regarding 5806 Eads St., New Orleans, LA 70122; Delores Price regarding 4828 Camelot Dr., New Orleans, LA 70127; Shanel Morgan, Felix Jackson regarding 11252 King Richard Drive, New Orleans, LA 70128; Patrick Wilson regarding 3830 Napoleon Ave., New Orleans, LA 70125; Reginald Brumfield, Desiree M Brumfield regarding 5034 Dreaux Ave, New Orleans, LA 70126; Lillian Kirsch regarding 6227 General Diaz, New Orleans, LA 70124; Gary Greco regarding 7255 Canal Blvd., New Orleans, LA 70124; Rodrick Howard regarding 4532 Crowder Blvd., New Orleans, LA 70125; Pam Moriarty regarding 209 Spencer Ave., New Orleans, LA 70124; Cleo Henry regarding 1960 Benefit St., New Orleans, LA 70122; Priscilla Quest, Chris Quest regarding 2454 Treasure St., New Orleans, LA 70122; Joseph Boucree regarding 1743 King Dr., New Orleans, LA 70122; Kathleen Hartwell regarding 129 Cawthorn Dr., Slidell, LA 70458; Annette Harris, Thomas C. Harris regarding 7800 Windward Ct., New Orleans, LA 70128; Christine Breault, Joseph Breault regarding 2611 Octavia St, New Orleans, LA 70115; Tyrone Humphrey, Pamela J. Humphrey regarding 5849 Louis Prima Dr. E., New Orleans, LA 70128; Alan Weinberger regarding 12 Chatham Dr., New Orleans, LA 70122; Michael Bourg, Cynthia S. Bourg-Steigerwald regarding 6653 Fleur de Lis, New Orleans, LA 70124; Penny Tate regarding 2 W. Blueridge Ct., New Orleans, LA 70128;

Shelly Scheuermann regarding 39 West Park Place, New Orleans, LA 70124; Beth Goddard regarding 3000 Transcontinental Dr, Metairie, LA 70006; Annette Powell regarding 5642 N. Morgate Dr, New Orleans, LA 70127; Deidre Wright regarding 5854 Louis Prema Dr., New Orleans, LA 70128; Edith Price regarding 4700 Donna Dr, New Orleans, LA 70127; Wilbur Serpas regarding 5725 Wildear Dr, New Orleans, LA 70122; Nellie Piazza regarding 7717 Lady Gray St., New Orleans, LA 70127; Vicki Johnston regarding 4610-12 S. Johnson, New Orleans, LA 70125; Richard Glory, Susan Glory regarding 4917/19 St. Anthony St., New Orleans, LA 70122; William Martinez, Lorraine Martinez regarding 7532 Wilson St., Violet, LA 70092; Evelyn Wicker, James C. Wicker regarding 8750 Curran Rd., New Orleans, LA 70127; Ado Bezue regarding 4882 Brittany Court, New Orleans, LA 70129; Eleni Levendis regarding 5853/5855 Colbert St, New Orleans, LA 70124; William Rachuba regarding 2019 Corinne Dr., Chalmette, LA 70043; Jan Brandon regarding 6 Packenham Ave., Chalmette, LA 70043; Donaled Rojas regarding 2116 Brigade Dr., Chalmette, LA 70043; Dennis Terry regarding 6843 Mine Blvd., New Orleans, LA 70124; Kathleen Morgan regarding 5846 Louis XIV St, New Orleans, LA 70124; Consetta Duplessis regarding 2735 Wistene, New Orleans, LA 70122; Ira Bennett, Mr. Joseph Greeck regarding 2926 Laussat Pl. Apt.A, New Orleans, LA 70117; Victor Manuel, Travis & Kim Williams regarding 2900 Daniel Dr, Violet, LA 70092; Robin Powell, Elray Barkley regarding 3011 Louisiana Ave. Pkwy., New Orleans, LA 70125; Randy Harris regarding 4958 Pecan St., New Orleans, LA 70126; Brenda Singleton, Felix Mathieu regarding 1742 Tricou St., New Orleans, LA 70117; Albert Aguillard regarding 6812 Seagull Ln. Apt. C, New Orleans, LA 70126; Birdie Gaines regarding 3223 Mistletoe, New Orleans, LA 70118; Lucy Johnson, Darren

Johnson regarding 6813 Lake Kenilworth APT 215, New Orleans, LA 70126; Patricia Frank regarding 2128 Almonaster Ave., New Orleans, LA 70117; Geraldine Tenner regarding 2626 Tupelo St., New Orleans, LA 70117; Roosevelt Bell regarding 3724 S. Galvez St., New Orleans, LA 70125; Rosa Ray regarding 5840 Law St., New Orleans, LA 70117; Dorothy Miller regarding 1412 St. Ferdinand, New Orleans, LA 70117; Norina Pennington regarding 4924 Venus St, New Orleans, LA 70122; Mary Stewart regarding 5110 Law St., New Orleans, LA 70117; Lyndsey Dehart regarding 2899 Sugarloaf Dr. Lot 115, Lake Charles, LA 70607; Lorraine Surtain regarding 2112 Feliciana Street, New Orleans, LA 70117; Helen Smithf regarding 3734 Calhoun St., New Orleans, LA 70128; Lee Gilyot, Julie Gilyot regarding 120 South Cortez St., New Orleans, LA 70119; Ella Foster regarding 1130 Delery St., New Orleans, LA 70117; Clarence Barrow, regarding 3170 St Benard Ave, New Orleans, LA 70119; Andria Milton, regarding 4233 & 4235 Holly Grove St., New Orleans, LA 70118; Lynette Bailey, regarding 7310 Carl Pepper Dr. Apt. D, New Orleans, LA 70126; Martin Millsaps, regarding 7407 Cornwall Pl., New Orleans, LA 70126; Anitra Covington, regarding 812 Delery Street, New Orleans, LA 70117; Robert Freire, regarding 2801 Hopedale Hwy, St. Bernard, LA 70085; Dolores Lee Gibson, regarding 3120 Monroe St, New Orleans, LA 70118; Mattie Simon, regarding 1129/31 Forstall St., New Orleans, LA 70117; Mattie Simon, regarding 5118 N. Derbigny St., New Orleans, LA 70117; Mattie Simon, regarding 20/22 St. Claude Ave., New Orleans, LA 70117; Ray Worthy, regarding 1661 Humanity St., New Orleans, LA 70122; Ray Worthy, regarding 1659 Humanity St., New Orleans, LA 70122; Ray Worthy, regarding 3929 Iroquois St., New Orleans, LA 70126; Ray Worthy, regarding 2324-2326 Ursulines Ave., New Orleans,

LA 70119 against Defendants, in the above captioned matter only, be dismissed without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this __7th__ day of ____August____, 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge