UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § | CIVIL ACTION NO.: 05-4182 |
| VERSUS | § § | SECTION "K" |
| | § § | MAGISTRATE (2) |
| | § | CONS. KATRINA CANAL |
| JAMES ALLEN, ET AL | § § | |
| Plaintiffs | § | CIVIL ACTION |
| VS. | § | No. 07-5111 |
| STATE FARM FIRE AND CASUALTY COMPANY | § § | SECTION "K" (2) |
| Defendant | § § | |

**<u>ORDER</u>**

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted by plaintiff, HERBERT NEWMAN REGARDING 12345 I-10 SERVICE ROAD, APARTMENT 1202, NEW ORLEANS, LA 70128 shall be and are hereby dismissed, without prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this  7th  day of  August  ,2008.

_____
Stanwood R. Duval, Jr.
United States District Judge

-1-