UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * <br> * <br> * CIVIL ACTION NO.: 05-4182 (2) <br> * <br> * JUDGE DUVAL, JR. <br> * <br> * MAGISTRATE WILKINSON, JR. |
| PERTAINS TO: <br><br> INSURANCE (Chehardy, No. 06-1672 <br> C/W No. 06-1673 <br> C/W No. 06-1674) | * <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Motion to Dismiss With Prejudice;

**IT IS ORDERED** that the Motion to Dismiss be and hereby is **GRANTED,** and that the claims of Larry and Glendy Forster asserted herein against Great Northern Insurance Company and the erroneously sued Chubb Custom Insurance Company be and hereby are dismissed with prejudice, each party to bear their own costs. All other claims by all other plaintiffs asserted against all other defendants are hereby reserved.

New Orleans, Louisiana, this 7th day of August, 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge

115485.doc