UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2) |
| PERTAINS TO:  Insurance<br>Roderick Skelding and<br>Hazel Lesene<br>Civil Action No. 07-9775 | JUDGE DUVAL<br>MAG. WILKINSON |

### MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come plaintiffs Roderick Skelding and Hazel Lesene, and defendant, The Hanover Insurance Company who, pursuant to a settlement agreement executed by plaintiffs Roderick Skelding and Hazel Lesene, and defendant, The Hanover Insurance Company, jointly move this Court for the entry of an Order of Dismissal, dismissing the captioned lawsuit therein, and all claims with prejudice, each party to bear their own costs.

Respectfully submitted,

/s/ Kristin Milano
Timothy P. Farrelly, La. Bar No. 20543
Kristin J. Milano, La. Bar No. 30274
Nicaud & Sunseri, LLC
3000 18th Street
Metairie, LA  70002
(504) 837-1304
**Attorney for Plaintiffs**

And

/s/ Jason P. Franco
**LADONNA G. WILSON, T.A., La. Bar #28814**
**JASON P. FRANCO, La. Bar #30187**
**RALPH S. HUBBARD, III, La. Bar #7040**
**SETH A. SCHMEECKLE, La. Bar #27076**
**LUGENBUHL, WHEATON, PECK, RANKIN**
**& HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
**Attorneys for The Hanover Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August 2008, a copy of this pleading has been served upon all counsel of record in this action by depositing same in the United States Mail, properly addressed, first class postage prepaid.

/s/ Jason P. Franco