UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re:** | |
| **KATRINA CANAL BREACHES** § | **CIVIL ACTION NO. 05-4182 "K" (2)** |
| **CONSOLIDATED LITIGATION** § | |
| § | **JUDGE DUVAL** |
| *PERTAINS TO:   INSURANCE* § | |
| § | **MAGISTRATE WILKINSON** |
| **LEO and SHELLY WANG        NO.: 07-3088** § | |
| § | |
| **VERSUS** § | |
| § | |
| **ALLSTATE INSURANCE COMPANY** § | |
| § | |

**RULE 41(a) JOINT STIPULATION OF VOLUNTARY DISMISSAL
WITH PREJUDICE**

COMES NOW, the Plaintiffs, Leo and Shelly Wang, as well as Defendant, Allstate Insurance Company, through undersigned counsel and who hereby stipulate to the dismissal of this action in its entirety, with prejudice.

WHEREFORE, the Plaintiffs and Defendant pray that this Rule 41 (a) Joint Stipulation of Dismissal with Prejudice will be deemed good and sufficient and the Court will sign the attached Order.

RESPECTFULLY SUBMITTED,

*/s/ Gregory J. Schwab*
**GREGORY J. SCHWAB #21075**
100 Ramey Road, Suite B
Houma, Louisiana 70360
Telephone: (985) 223-4457
Facsimile:  (985) 851-5051
E-mail: gjschwab@exceedtech.net
Attorney for Allstate

1

*/s/ William P. Connick*
**WILLIAM P CONNICK, 14158**
CONNICK AND CONNICK, LLC
2551 Metairie Road
Metairie, LA 70001
Telephone: (504) 838-8777
Attorney for Plaintiff