UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:<br>**KATRINA CANAL BREACHES**<br>**CONSOLIDATED LITIGATION**<br><br>*PERTAINS TO: INSURANCE*<br><br>**LEO and SHELLY WANG       NO.: 07-3088**<br><br>**VERSUS**<br><br>**ALLSTATE INSURANCE COMPANY**<br>_____ | § **CIVIL ACTION NO. 05-4182 "K" (2)**<br>§<br>§ **JUDGE DUVAL**<br>§<br>§ **MAGISTRATE WILKINSON**<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Considering the Rule 41(a) Stipulation and Voluntary Dismissal with Prejudice by Paul S. Volpe and Janice C. Volpe;

It is hereby ORDERED that the above-captioned matter, no. 07-3088, is dismissed with prejudice.

_____
JUDGE, UNITED STATES DISTRICT COURT

1