UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182** |
| | **SECTION "K"** |
| **THIS DOCUMENT RELATES TO:** Insurance | **MAGISTRATE (2)** |
| **No. 07-5112,** *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim** of Gary Smith, Patrice Smith regarding 4867 Lurline St., New Orleans, LA 70127; Deborah Holloman regarding 3338 Allen St., New Orleans, LA 70122; Kelvin Randall regarding 7434 Strathmore Dr., New Orleans, LA 70128; Laurie McLester, Michael McLester regarding 3637 Mumphrey Rd., Chalmette, LA 70043; Sonya Caston-Pierre regarding 4558 Congress Dr., New Orleans, LA 70126; Jacqueline Gray regarding 2809 Washington Ave., New Orleans, LA 70113; Julie Fourroux, Henry A. Fourroux, III regarding 1494 Athis St., New Orleans, LA 70117; David Luke, Valencia L. Luke regarding 1451 Mirabeau Ave., New Orleans, LA 70122; Deborah Franklin, Nayant'a D. Haley regarding 3528 & 3530 Frenchmen St., New Orleans, LA 70122; James Bonck, Susan L. Bonck regarding 5701 Pasteur Blvd., New Orleans, LA 70122; Keith Menzies, Dawanna J. Menzies regarding 2118 Carnot St., New Orleans, LA 70122; Eugene Peeler regarding 5918 Jamison St., New Orleans, LA 70126; Wellman Braud regarding 2416 St. Ann St., New Orleans, LA 70119; Craig Owens-Penitski regarding 2101 Jena St., New Orleans, LA 70115; Patricia Payton, Rene Fleury regarding 6900 Mayo Rd., New Orleans, LA 70126; Kelly Talbert regarding 7451 Beau St., New Orleans, LA 70126; Roy Ragan regarding 3204 Ashley Dr., Violet, LA 70092; Chanel Pierre regarding 2545 Clover St., New Orleans, LA 70122; Lorne Hall regarding 5319 St. Anthony Ave., New Orleans, LA 70122; Joseph Poirier, Leann Poirier regarding 1408 Bayou Rd. Lot-F, St. Bernard, LA 70085; Amzie Fields, Florence Fields regarding 1810 Reynes St., New Orleans, LA 70117; Crystal |

Burgess regarding 14515 Duane Rd., New Orleans, LA 70128; Sherilyn Johnson, Milton Johnson Jr. regarding 2655 Myrtle St., New Orleans, LA 70122; Deborah Bienemy, Marshall Bienemy regarding 7943 Burke Rd., New Orleans, LA 70127; Beatrice Armstrong regarding 1853 Duels St., New Orleans, LA 70119; Jehad Kandous, Melissa Kandous regarding 309 Serpas Dr., Arabi, LA 70032; Ernest Carrie regarding 4520 Owens Blvd., New Orleans, LA 70122; Beverly McGee regarding 1639 St. Bernard Ave., New Orleans, LA 70116; Alva Brule' regarding 4124 Eagle St., New Orleans, LA 70118; Alva Brule' regarding 1715 & 1717 Touro St., New Orleans, LA 70116; SHARON WILLIAMS, CLAUDE WILLIAMS regarding 1521 VIRGINA MARIE PL., NEW ORLEANS, LA 70122; Dale Barriere regarding 7216 W. Tamaron Blvd., New Orleans, LA 70128; MARCIA TAYLOR, ARNESTA TAYLOR regarding 9870 E. WHEATON CIRCLE, NEW ORLEANS, LA 70127; Joy Battle, Ralph Benjamin Battle regarding 3707 Piedmont Dr, New Orleans, LA 70122; Edwin Watson, Vervian Watson regarding 4708 Marjorie Lane, New Orleans, LA 70122; Gilbert Larche regarding 8130 Lomond Rd., New Orleans, LA 70126; Wayne Ponthier, JoAnn Ponthier regarding 2409 Riverbend Dr., Violet, LA 70092; Tony Blanco, Wendy Blanco regarding 5926 Arts St., New Orleans, LA 70122; Corice Saunders regarding 7609 Stoneridge Pl., New Orleans, LA 70126; Anita Mitchell regarding 1st Loupe St., LaPlace, LA 70068; Jerry Cook, Dominique Y. Cook regarding 4 Kristen Court, New Orleans, LA 70128; Warren DeAgano regarding 1533 Palm St., Metairie, LA 70001; Will Smith, Julia J. Smith regarding 1441 N. Derbigny St., New Orleans, LA 70116; Timotea Bailey regarding 4811 Annette St., New Orleans, LA 70122; Frank Webster regarding 2509 & 2511 Lyndell Dr, Chalmette, LA 70043; Joyce Morris, Reginald J. Morris regarding 7440 Hansbrough Ave., New Orleans, LA 70127; Bungewauna Sylve regarding 7630 Pebble Dr., New Orleans, LA 70128; Leonard Joseph regarding 7642 Scottwood Dr., New Orleans, LA 70128; Nicola Newman regarding 6011 Craigie

Rd., New Orleans, LA 70126; Ronald Laporte regarding 5478 & 5480 Hawthorne Pl, New Orleans, LA 70124; Wesley William regarding 157 Middle Park Place, New Orleans, LA 70124; Curtis Liverett, Dam Phuong regarding 5740 Bundy Rd., New Orleans, LA 70126; Jack Barrow, Dorothy Mae Barrow regarding 2818 General Ogden St., New Orleans, LA 70118; Alfred Jefferson, Troylynn Crayton Jefferson regarding 3331 Annette St., New Orleans, LA 70122; Michael Dupree, Gail S. Dupree regarding 2721 Marquez Dr., Meraux, LA 70075; Cynthia Dorsey, Dwight Dorsey regarding 4603 New Orleans St., New Orleans, LA 70122; Ronald Gaines, Fay Gaines regarding 1609 & 1611 N. Broad St., New Orleans, LA 70119; Judy Favalora, Steve J. Favalora regarding #27 W. Pamela Pl., Arabi, LA 70032; Steve Favalora, Judy D. Favalora regarding 3820 & 3822 Fenelon St., Chalmette, LA 70043; Steve Favalora, Judy D. Favalora regarding 3820 & 3822 Fenelon St., Chalmette, LA 70043; Steve Favalora, Judy D. Favalora regarding 6000 N. Prieur St., Arabi, LA 70032; Steve Favalora regarding 6607 & 6609 N. Prieur St., Arabi, LA 70032; Alpha DeRouen regarding 2429 Pecan Dr., Chalmette, LA 70043; Lacroix Rob, Sheri regarding 6751 Memphis St., New Orleans, LA 70124; Florine Jenkins regarding 2321 Delery St., New Orleans, LA 70117; Claudell St. Julien, Hazel A. St. Julien regarding 2014 St. Maurice St., New Orleans, LA 70117; Mallory Coats, Shirley M. Johnson regarding 29 S. Oakridge Ct., New Orleans, LA 70128; Jack Conlee, Darien regarding 500 Dauphine St., New Orleans, LA 70112; Isadore Krieger, Mildred L. Krieger regarding 5583 Bellaire Dr., New Orleans, LA 70124; Ruth Atkins, Karen Gustave regarding 5107 Wentworth Dr., New Orleans, LA 70126; George Ellis regarding 17 Nassau Dr., Metairie, LA 70005; Joseph Georgusis regarding 401 Northline, Metairie, LA 70005; Joel de Sliva regarding 4834 Evangeline Dr., New Orleans, LA 70127; Ronald Plauche, Marlene R. Plauch regarding 1707 Aycock St., Arabi, LA 70032; Kathleen Cuccia, Anthony Cuccia regarding 2017 Brigade Dr., Chalmette,

LA 70043; Mary Johnson regarding 5653 Campus Blvd., New Orleans, LA 70126; Andree Bonnaffons regarding 2817 Corinne, Chalmette, LA 70043; Fergus Maurice, Paulette Maurice regarding 3830 Verrett St., St. Bernard, LA 70085; Paul Ragas regarding 2709 Golden Dr., Chalmette, LA 70043; Robert Till regarding 2213 Veronica Dr., Chalmette, LA 70043; Marie Farve regarding 1829 Mazant St., New Orleans, LA 70117; W.G. Clemons, Jeannie C. Clemons regarding 13458 Lourdes St., New Orleans, LA 70129; Sue Saltalamaccia, Preston Saltalamaccia regarding 1621 Yscloskey Hwy., St. Bernard, LA 70085; Julian Sims regarding 440 Woodvine Ave., Metairie, LA 70005; Connie James regarding 2630 Le Page St, New Orleans, LA 70119; Jennifer Diaz, Jennifer Diaz regarding 1961 Treasure Street, New Orleans, LA 70122; Kemberley Washington regarding 5319 Pasteur Blvd., New Orleans, LA 70122; Cynthia Falls, Louis Falls, Sr. regarding 4769 East View, New Orleans, LA 70126; Eva Wilson regarding 3006 Mandeville St., New Orleans, LA 70122; Karen Custard, Kennika Custard regarding 7616 Woodbine Dr., New Orleans, LA 70126; Marie Sperry regarding 1500 W. Esplanade Ave. Unit 1-D, Kenner, LA 70065; Mary Ann Logreco, Florine B. Peters & Raymond A. Peters regarding 6344 Vicksburg St., New Orleans, LA 70124; Wilfred Rosenmeir, Rose M. Rosenmeir regarding 439 16th St., New Orleans, LA 70124; Mattie White, Charles White regarding 1489 Gardena Dr., New Orleans, LA 70122; Jerald Barnes, Elizabeth Barnes regarding 11025 Chaucer St., New Orleans, LA 70127; Horace Williams regarding 6729 Dorchester St., New Orleans, LA 70126; St. Julien Eli regarding 2612&2614 Castiglione St., New Orleans, LA 70119; Melvin McKendall, Selina McKendall regarding 5033 Paris Ave., New Orleans, LA 70122; Noel Dominick regarding 2235 Athis St., New Orleans, LA 70122; Twyla Torregano regarding 6600 Dorchester St., New orleans, LA 70126; Genene Starks regarding 5117 Elysian Fields Ave., New Orleans, LA 70122; Jeffrey Schaffer, Toby Schaffer regarding 232 & 234 W. Kelvilworth St.,

New Orleans, LA 70124; Dayle Summer, Michelle Summer regarding 3021 Maureen Lane, Meraux, LA 70075; Dianne Neese regarding 2505 Nancy Dr., Meraux, LA 70075; Aquanette Singleton, Joseph Singleton regarding 8428 Palm St., New Orleans, LA 70118; Alvin McFadden regarding 2401 Monticello Ave., New Orleans, LA 70117; Enrique Cerda, Leila Cerda regarding 8524 Benjamin Dr., Chalmette, LA 70043; Janie Marchand regarding 2600 Lamanche St., New Orleans, LA 70117; Laura Brown regarding 3515 Cecil Street, New Orleans, LA 70118; Jackie Duchave, Connell Anderson, Sr. regarding 5716 Fourth St., Violet, LA 70092; Anne Hall regarding 6830 Lewisville, New Orleans, LA 70124; Allen Tyler, Debra Thomas-Tyler regarding 6712 W. Laverne St., New Orleans, LA 70126; Cathy Vappie regarding 7521 Farwood Dr., New Orleans, LA 70126; Arthur Crescioni regarding 3516 Decomine Dr., Chalmette, LA 70043; Lennete Burns regarding 1000 N. Broad St., New Orleans, LA 70119; REGINA JONES regarding 215 ADAMS ST., NEW ORLEANS, LA 70118; OD RAIFORD regarding 2235 3RD, NEW ORLEANS, LA 70113; Erma Merrill regarding 2501 Forstall St, New Orleans, LA 70117; OZZIE TOOMER regarding 5830 BACCICH, NEW ORLEANS, LA 70122; Kelana Cager regarding 6071 Wildair Dr., New Orleans, LA 70122; Juanita Bass regarding 736 S. Jefferson Davis Pkwy., New Orleans, LA 70119; Cynthia Landry regarding 2239 Peniston St., New Orleans, LA 70115; Joseph Bienemy regarding 1128 Flood St., New Orleans, LA 70117; Annie Wallace regarding 2713 South Rocheblave, New Orleans, LA 70125; Laura Selders regarding 609 Cardinal St., Laplace, LA 70068; Charles Tyler regarding 2013 N Roman Street, New Orleans, LA 70116; Charlie Lopez regarding 2100 Rue Racine, Marrero, LA 70072; GWENDOLYN WASHINGTON regarding 931 N. DERBIGNY ST, NEW ORLEANS, LA 70116; LUCILLE JOHNSON regarding 4817-19 DREXEL DR, NEW ORLEANS, LA 70125; Rhiannon Cannon regarding 3621 Pakenham Drive,

Chalmette, LA 70043; Warren Reine, Connie J. Reine regarding 7121 Ridgefield Dr., New Orleans, LA 70128; ERNEST WELLS regarding 2131 MARAIS ST, NEW ORLEANS, LA 70117; Bernadine Amar regarding 3638 Metropolitan St, New Orleans, LA 70126; William Evans, Nolvia H. Evans regarding 6830 General Haig St., New Orleans, LA 70124; Dolores Thompson-MaGee regarding 2517 Andry St., New Orleans, LA 70117; Henrietta Morris, James Charles Morris regarding 5115 St. Claude Ave., New Orleans, LA 70117; Delores Barnes regarding 2026 Mathis, Marrero, LA 70072; Lolita Major regarding 2104 Liccardi, Violet, LA 70092; Wanda Beaulieu, Melvin Beaulieu, Sr. regarding 2680 & 2682 Acacia St., New Orleans, LA 70122; Merrick Joachim, Maklary Chasity regarding 3619 Delambert St, Chalmette, LA 70043; James Stoetzner regarding 3723 Richelieu Ct, Chalmette, LA 70043; Mary Butler regarding 2100 Constantine, New Orleans, LA 70072; Ernest George, Warren J. Green regarding 4341 Cartier Ave., New Orleans, LA 70122; James Stimage, Valencia Stimage regarding 6951 & 6953 Bunkerhill Rd., New Orleans, LA 70127; Deidre Phillips regarding 4558 & 4560 Francis Dr., New Orleans, LA 70126; Carlette Myers, Carlette Myers regarding 3414 Shangri La, Chalmette, LA 70043; Heidi Kieff, Billy Kieff regarding 2913 Volpe Dr., Chalmette, LA 70043; Brandy Foster regarding 6750 Bundy Rd., New Orleans, LA 70127; Troy House, Dana E. Hill-House regarding 4534 Paris Ave., New Orleans, LA 70122; Arthur Robertson, Linda A. Robertson regarding 2663 Jonquil St., New Orleans, LA 70122; Marjorie Porter regarding 2700 Soniat St., New Orleans, LA 70115; Jerry Pederson regarding 3615 McKain, New Orleans, LA 70126; Weinburg Allen, Joetta Allen regarding 8431 Lomond Dr., New Orlans, LA 70127; Gloria Baker regarding 5020 Columbia St., New Orleans, LA 70126; Kent Scott regarding 1917 Martin Luther King Dr., New Orleans, LA 70113; Kevin Penn regarding 3419 & 3421 Louisiana Avenue Pkwy., New Orleans, LA 70125; Mack Julien regarding 6341 Franklin

Ave., New Orleans, LA 70122; Cleveland Johnson, Chequita Brooks-Johnson regarding 1965 North Galvez St., New Orleans, LA 70119; Pearline Baker regarding 3217 Hollygrove St., New Orleans, LA 70118; Johannes Gilds, Jacques Gilds (deceased) regarding 6334 N. Miro St., New Orleans, LA 70117; Mary Cenance, James J. Cenance, Sr. regarding 2005 Centanni Dr., Poydras, LA 70095; Sylvia Scott regarding 1306 Arts St., New Orleans, LA 70117; Glen Minor, Cynthia Y. Minor regarding 10921 Kinnell Rd., New Orleans, LA 70127; Shean Williams regarding 6317 Dauphine St., New Orleans, LA 70117; Alton Bates, Jacquelyn G. Bates regarding 18 Gordon Plaza Dr., New Orleans, LA 70126; Norman Nolan regarding 2236-38 Flood St., New Orleans, LA 70117; Corey Donaldson, Lionel Donaldson Jr regarding 2334 Flood St., New Orleans, LA 70117; Tess Lassai regarding 1816 Sixth St., New Orleans, LA 70115; Derrick Jones regarding 8005 Lehigh, New Orleans, LA 70127; Chris Brown regarding 1009 N. Galvez, New Orleans, LA 70116; Freddie Ross regarding 5137 Painters St, New Orleans, LA 70122; Jullin Renthrope regarding 5851 Kensington Blvd., New Orleans, LA 70127; Thurston Wright regarding 2501 Piety St., New Orleans, LA 70117; Leroy Shaw regarding 1222-24 Villere St., New Orleans, LA 70116; James Palazzo regarding 607 Bonnabel Blvd., Metairie, LA 70005; Darren Myles regarding 4549 Viola St., New Orleans, LA 70126; Gilbert Cook regarding 4421 Jeanne Marie Pl, New Orleans, LA 70122; Cheryl Washington regarding 4858 Bergerac St., New Orleans, LA 70129; Ray Worthy regarding 1671 Humanity, New Orleans, LA 70122; Ray Worthy regarding 1665 Humanity, New Orleans, LA 70122; Alvin Carter regarding 2838 Metropolitan St., New Orleans, LA 70126; Marilyn Wright regarding 2525 Arts St., New Orleans, LA 70117; Joyce Sylva regarding 2518 Robert st., New Orleans, LA 70115; Betty Robins regarding 3118 Hamilton St, New Orleans, LA 70118; Shawn Cooper regarding 7010 Cove Dr., New Orleans, LA 70126; John Dares, Loretta Dares regarding 7029 & 7031 Wuerpel

St., New Orleans, LA 70124; Trebor Blanton regarding 1319 S. Derbigny, New Orleans, LA 70125; Beverly Cusimano regarding 6425 Memphis St., New Orleans, LA 70124; Juevell Smith regarding 1527 & 1527 1/2 Deslonde St., New Orleans, LA 70117; Albert Riley regarding 2522 & 2524 Delachaise St., New Orleans, LA 70115; Leo Day, Dorothy Day regarding 2258 & 2260 N. Miro St., New Orleans, LA 70117; Michael Henry, Chauv Henry regarding 7940 Mullet St., New Orleans, LA 70126; Janice Glenn regarding 1224-24 1/2 N. Rendon St., New Orleans, LA 70119; Gwendolyn Dennis regarding 1599 Jefferson St., LaPlace, LA 70068; Ethel Bender regarding 2108-10 Philip St., New Orleans, LA 70113; Ethel Bender regarding 2120 Philip St., New Orleans, LA 70113; Illona Smith regarding 838 Kathy Dr., Gretna, LA 70056; Helen Noel regarding 2425 S. Tonti St., New Orleans, LA 70125; Carolyn Tilton regarding 1639 N. Johnson St., New Orleans, LA 70116; Patricia Kirts regarding 1642 Tricou St., New Orleans, LA 70117; Kenya Clinton regarding 72116 Rimmy Mede Dr,  ; Robert Kroptavich regarding 3715 Ole Miss Dr., Kenner, LA 70065; Janet Harris regarding 6126 N. Prieur St., New Orleans, LA 70117; Joseph Sherman regarding 8708 Edinburgh St., New Orleans, LA 70118; Brenda Robinson regarding 718 Central Ave. Apt. 202, New Orleans, LA 70121; James Bonck regarding 54015 Highway 433, Slidell, LA 70461

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss without Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Gary Smith, Patrice Smith regarding 4867 Lurline St., New Orleans, LA 70127; Deborah Holloman regarding 3338 Allen St., New Orleans, LA 70122;

Kelvin Randall regarding 7434 Strathmore Dr., New Orleans, LA 70128; Laurie McLester, Michael McLester regarding 3637 Mumphrey Rd., Chalmette, LA 70043; Sonya Caston-Pierre regarding 4558 Congress Dr., New Orleans, LA 70126; Jacqueline Gray regarding 2809 Washington Ave., New Orleans, LA 70113; Julie Fourroux, Henry A. Fourroux, III regarding 1494 Athis St., New Orleans, LA 70117; David Luke, Valencia L. Luke regarding 1451 Mirabeau Ave., New Orleans, LA 70122; Deborah Franklin, Nayant'a D. Haley regarding 3528 & 3530 Frenchmen St., New Orleans, LA 70122; James Bonck, Susan L. Bonck regarding 5701 Pasteur Blvd., New Orleans, LA 70122; Keith Menzies, Dawanna J. Menzies regarding 2118 Carnot St., New Orleans, LA 70122; Eugene Peeler regarding 5918 Jamison St., New Orleans, LA 70126; Wellman Braud regarding 2416 St. Ann St., New Orleans, LA 70119; Craig Owens-Penitski regarding 2101 Jena St., New Orleans, LA 70115; Patricia Payton, Rene Fleury regarding 6900 Mayo Rd., New Orleans, LA 70126; Kelly Talbert regarding 7451 Beau St., New Orleans, LA 70126; Roy Ragan regarding 3204 Ashley Dr., Violet, LA 70092; Chanel Pierre regarding 2545 Clover St., New Orleans, LA 70122; Lorne Hall regarding 5319 St. Anthony Ave., New Orleans, LA 70122; Joseph Poirier, Leann Poirier regarding 1408 Bayou Rd. Lot-F, St. Bernard, LA 70085; Amzie Fields, Florence Fields regarding 1810 Reynes St., New Orleans, LA 70117; Crystal Burgess regarding 14515 Duane Rd., New Orleans, LA 70128; Sherilyn Johnson, Milton Johnson Jr. regarding 2655 Myrtle St., New Orleans, LA 70122; Deborah Bienemy, Marshall Bienemy regarding 7943 Burke Rd., New Orleans, LA 70127; Beatrice Armstrong regarding 1853 Duels St., New Orleans, LA 70119; Jehad Kandous, Melissa Kandous regarding 309 Serpas Dr., Arabi, LA 70032; Ernest Carrie regarding 4520 Owens Blvd., New Orleans, LA 70122; Beverly

McGee regarding 1639 St. Bernard Ave., New Orleans, LA 70116; Alva Brule' regarding 4124 Eagle St., New Orleans, LA 70118; Alva Brule' regarding 1715 & 1717 Touro St., New Orleans, LA 70116; SHARON WILLIAMS, CLAUDE WILLIAMS regarding 1521 VIRGINA MARIE PL., NEW ORLEANS, LA 70122; Dale Barriere regarding 7216 W. Tamaron Blvd., New Orleans, LA 70128; MARCIA TAYLOR, ARNESTA TAYLOR regarding 9870 E. WHEATON CIRCLE, NEW ORLEANS, LA 70127; Joy Battle, Ralph Benjamin Battle regarding 3707 Piedmont Dr, New Orleans, LA 70122; Edwin Watson, Vervian Watson regarding 4708 Marjorie Lane, New Orleans, LA 70122; Gilbert Larche regarding 8130 Lomond Rd., New Orleans, LA 70126; Wayne Ponthier, JoAnn Ponthier regarding 2409 Riverbend Dr., Violet, LA 70092; Tony Blanco, Wendy Blanco regarding 5926 Arts St., New Orleans, LA 70122; Corice Saunders regarding 7609 Stoneridge Pl., New Orleans, LA 70126; Anita Mitchell regarding 1st Loupe St., LaPlace, LA 70068; Jerry Cook, Dominique Y. Cook regarding 4 Kristen Court, New Orleans, LA 70128; Warren DeAgano regarding 1533 Palm St., Metairie, LA 70001; Will Smith, Julia J. Smith regarding 1441 N. Derbigny St., New Orleans, LA 70116; Timotea Bailey regarding 4811 Annette St., New Orleans, LA 70122; Frank Webster regarding 2509 & 2511 Lyndell Dr, Chalmette, LA 70043; Joyce Morris, Reginald J. Morris regarding 7440 Hansbrough Ave., New Orleans, LA 70127; Bungewauna Sylve regarding 7630 Pebble Dr., New Orleans, LA 70128; Leonard Joseph regarding 7642 Scottwood Dr., New Orleans, LA 70128; Nicola Newman regarding 6011 Craigie Rd., New Orleans, LA 70126; Ronald Laporte regarding 5478 & 5480 Hawthorne Pl, New Orleans, LA 70124; Wesley William regarding 157 Middle Park Place, New Orleans, LA 70124; Curtis Liverett, Dam Phuong regarding 5740 Bundy Rd., New Orleans, LA 70126; Jack Barrow,

Dorothy Mae Barrow regarding 2818 General Ogden St., New Orleans, LA 70118; Alfred Jefferson, Troylynn Crayton Jefferson regarding 3331 Annette St., New Orleans, LA 70122; Michael Dupree, Gail S. Dupree regarding 2721 Marquez Dr., Meraux, LA 70075; Cynthia Dorsey, Dwight Dorsey regarding 4603 New Orleans St., New Orleans, LA 70122; Ronald Gaines, Fay Gaines regarding 1609 & 1611 N. Broad St., New Orleans, LA 70119; Judy Favalora, Steve J. Favalora regarding #27 W. Pamela Pl., Arabi, LA 70032; Steve Favalora, Judy D. Favalora regarding 3820 & 3822 Fenelon St., Chalmette, LA 70043; Steve Favalora, Judy D. Favalora regarding 3820 & 3822 Fenelon St., Chalmette, LA 70043; Steve Favalora, Judy D. Favalora regarding 6000 N. Prieur St., Arabi, LA 70032; Steve Favalora regarding 6607 & 6609 N. Prieur St., Arabi, LA 70032; Alpha DeRouen regarding 2429 Pecan Dr., Chalmette, LA 70043; Lacroix Rob, Sheri regarding 6751 Memphis St., New Orleans, LA 70124; Florine Jenkins regarding 2321 Delery St., New Orleans, LA 70117; Claudell St. Julien, Hazel A. St. Julien regarding 2014 St. Maurice St., New Orleans, LA 70117; Mallory Coats, Shirley M. Johnson regarding 29 S. Oakridge Ct., New Orleans, LA 70128; Jack Conlee, Darien regarding 500 Dauphine St., New Orleans, LA 70112; Isadore Krieger, Mildred L. Krieger regarding 5583 Bellaire Dr., New Orleans, LA 70124; Ruth Atkins, Karen Gustave regarding 5107 Wentworth Dr., New Orleans, LA 70126; George Ellis regarding 17 Nassau Dr., Metairie, LA 70005; Joseph Georgusis regarding 401 Northline, Metairie, LA 70005; Joel de Sliva regarding 4834 Evangeline Dr., New Orleans, LA 70127; Ronald Plauche, Marlene R. Plauch regarding 1707 Aycock St., Arabi, LA 70032; Kathleen Cuccia, Anthony Cuccia regarding 2017 Brigade Dr., Chalmette, LA 70043; Mary Johnson regarding 5653 Campus Blvd., New Orleans, LA 70126; Andree

Bonnaffons regarding 2817 Corinne, Chalmette, LA 70043; Fergus Maurice, Paulette Maurice regarding 3830 Verrett St., St. Bernard, LA 70085; Paul Ragas regarding 2709 Golden Dr., Chalmette, LA 70043; Robert Till regarding 2213 Veronica Dr., Chalmette, LA 70043; Marie Farve regarding 1829 Mazant St., New Orleans, LA 70117; W.G. Clemons, Jeannie C. Clemons regarding 13458 Lourdes St., New Orleans, LA 70129; Sue Saltalamaccia, Preston Saltalamaccia regarding 1621 Yscloskey Hwy., St. Bernard, LA 70085; Julian Sims regarding 440 Woodvine Ave., Metairie, LA 70005; Connie James regarding 2630 Le Page St, New Orleans, LA 70119; Jennifer Diaz, Jennifer Diaz regarding 1961 Treasure Street, New Orleans, LA 70122; Kemberley Washington regarding 5319 Pasteur Blvd., New Orleans, LA 70122; Cynthia Falls, Louis Falls, Sr. regarding 4769 East View, New Orleans, LA 70126; Eva Wilson regarding 3006 Mandeville St., New Orleans, LA 70122; Karen Custard, Kennika Custard regarding 7616 Woodbine Dr., New Orleans, LA 70126; Marie Sperry regarding 1500 W. Esplanade Ave. Unit 1-D, Kenner, LA 70065; Mary Ann Logreco, Florine B. Peters & Raymond A. Peters regarding 6344 Vicksburg St., New Orleans, LA 70124; Wilfred Rosenmeir, Rose M. Rosenmeir regarding 439 16th St., New Orleans, LA 70124; Mattie White, Charles White regarding 1489 Gardena Dr., New Orleans, LA 70122; Jerald Barnes, Elizabeth Barnes regarding 11025 Chaucer St., New Orleans, LA 70127; Horace Williams regarding 6729 Dorchester St., New Orleans, LA 70126; St. Julien Eli regarding 2612&2614 Castiglione St., New Orleans, LA 70119; Melvin McKendall, Selina McKendall regarding 5033 Paris Ave., New Orleans, LA 70122; Noel Dominick regarding 2235 Athis St., New Orleans, LA 70122; Twyla Torregano regarding 6600 Dorchester St., New orleans, LA 70126; Genene Starks regarding 5117 Elysian Fields

Ave., New Orleans, LA 70122; Jeffrey Schaffer, Toby Schaffer regarding 232 & 234 W. Kelvilworth St., New Orleans, LA 70124; Dayle Summer, Michelle Summer regarding 3021 Maureen Lane, Meraux, LA 70075; Dianne Neese regarding 2505 Nancy Dr., Meraux, LA 70075; Aquanette Singleton, Joseph Singleton regarding 8428 Palm St., New Orleans, LA 70118; Alvin McFadden regarding 2401 Monticello Ave., New Orleans, LA 70117; Enrique Cerda, Leila Cerda regarding 8524 Benjamin Dr., Chalmette, LA 70043; Janie Marchand regarding 2600 Lamanche St., New Orleans, LA 70117; Laura Brown regarding 3515 Cecil Street, New Orleans, LA 70118; Jackie Duchave, Connell Anderson, Sr. regarding 5716 Fourth St., Violet, LA 70092; Anne Hall regarding 6830 Lewisville, New Orleans, LA 70124; Allen Tyler, Debra Thomas-Tyler regarding 6712 W. Laverne St., New Orleans, LA 70126; Cathy Vappie regarding 7521 Farwood Dr., New Orleans, LA 70126; Arthur Crescioni regarding 3516 Decomine Dr., Chalmette, LA 70043; Lennete Burns regarding 1000 N. Broad St., New Orleans, LA 70119; REGINA JONES regarding 215 ADAMS ST., NEW ORLEANS, LA 70118; OD RAIFORD regarding 2235 3RD, NEW ORLEANS, LA 70113; Erma Merrill regarding 2501 Forstall St, New Orleans, LA 70117; OZZIE TOOMER regarding 5830 BACCICH, NEW ORLEANS, LA 70122; Kelana Cager regarding 6071 Wildair Dr., New Orleans, LA 70122; Juanita Bass regarding 736 S. Jefferson Davis Pkwy., New Orleans, LA 70119; Cynthia Landry regarding 2239 Peniston St., New Orleans, LA 70115; Joseph Bienemy regarding 1128 Flood St., New Orleans, LA 70117; Annie Wallace regarding 2713 South Rocheblave, New Orleans, LA 70125; Laura Selders regarding 609 Cardinal St., Laplace, LA 70068; Charles Tyler regarding 2013 N Roman Street, New Orleans, LA 70116; Charlie Lopez regarding 2100 Rue Racine, Marrero, LA 70072; GWENDOLYN

WASHINGTON regarding 931 N. DERBIGNY ST, NEW ORLEANS, LA 70116; LUCILLE JOHNSON regarding 4817-19 DREXEL DR, NEW ORLEANS, LA 70125; Rhiannon Cannon regarding 3621 Pakenham Drive, Chalmette, LA 70043; Warren Reine, Connie J. Reine regarding 7121 Ridgefield Dr., New Orleans, LA 70128; ERNEST WELLS regarding 2131 MARAIS ST, NEW ORLEANS, LA 70117; Bernadine Amar regarding 3638 Metropolitan St, New Orleans, LA 70126; William Evans, Nolvia H. Evans regarding 6830 General Haig St., New Orleans, LA 70124; Dolores Thompson-MaGee regarding 2517 Andry St., New Orleans, LA 70117; Henrietta Morris, James Charles Morris regarding 5115 St. Claude Ave., New Orleans, LA 70117; Delores Barnes regarding 2026 Mathis, Marrero, LA 70072; Lolita Major regarding 2104 Liccardi, Violet, LA 70092; Wanda Beaulieu, Melvin Beaulieu, Sr. regarding 2680 & 2682 Acacia St., New Orleans, LA 70122; Merrick Joachim, Maklary Chasity regarding 3619 Delambert St, Chalmette, LA 70043; James Stoetzner regarding 3723 Richelieu Ct, Chalmette, LA 70043; Mary Butler regarding 2100 Constantine, New Orleans, LA 70072; Ernest George, Warren J. Green regarding 4341 Cartier Ave., New Orleans, LA 70122; James Stimage, Valencia Stimage regarding 6951 & 6953 Bunkerhill Rd., New Orleans, LA 70127; Deidre Phillips regarding 4558 & 4560 Francis Dr., New Orleans, LA 70126; Carlette Myers, Carlette Myers regarding 3414 Shangri La, Chalmette, LA 70043; Heidi Kieff, Billy Kieff regarding 2913 Volpe Dr., Chalmette, LA 70043; Brandy Foster regarding 6750 Bundy Rd., New Orleans, LA 70127; Troy House, Dana E. Hill-House regarding 4534 Paris Ave., New Orleans, LA 70122; Arthur Robertson, Linda A. Robertson regarding 2663 Jonquil St., New Orleans, LA 70122; Marjorie Porter regarding 2700 Soniat St., New Orleans, LA 70115; Jerry Pederson

regarding 3615 McKain, New Orleans, LA 70126; Weinburg Allen, Joetta Allen regarding 8431 Lomond Dr., New Orlans, LA 70127; Gloria Baker regarding 5020 Columbia St., New Orleans, LA 70126; Kent Scott regarding 1917 Martin Luther King Dr., New Orleans, LA 70113; Kevin Penn regarding 3419 & 3421 Louisiana Avenue Pkwy., New Orleans, LA 70125; Mack Julien regarding 6341 Franklin Ave., New Orleans, LA 70122; Cleveland Johnson, Chequita Brooks-Johnson regarding 1965 North Galvez St., New Orleans, LA 70119; Pearline Baker regarding 3217 Hollygrove St., New Orleans, LA 70118; Johannes Gilds, Jacques Gilds (deceased) regarding 6334 N. Miro St., New Orleans, LA 70117; Mary Cenance, James J. Cenance, Sr. regarding 2005 Centanni Dr., Poydras, LA 70095; Sylvia Scott regarding 1306 Arts St., New Orleans, LA 70117; Glen Minor, Cynthia Y. Minor regarding 10921 Kinnell Rd., New Orleans, LA 70127; Shean Williams regarding 6317 Dauphine St., New Orleans, LA 70117; Alton Bates, Jacquelyn G. Bates regarding 18 Gordon Plaza Dr., New Orleans, LA 70126; Norman Nolan regarding 2236-38 Flood St., New Orleans, LA 70117; Corey Donaldson, Lionel Donaldson Jr regarding 2334 Flood St., New Orleans, LA 70117; Tess Lassai regarding 1816 Sixth St., New Orleans, LA 70115; Derrick Jones regarding 8005 Lehigh, New Orleans, LA 70127; Chris Brown regarding 1009 N. Galvez, New Orleans, LA 70116; Freddie Ross regarding 5137 Painters St, New Orleans, LA 70122; Jullin Renthrope regarding 5851 Kensington Blvd., New Orleans, LA 70127; Thurston Wright regarding 2501 Piety St., New Orleans, LA 70117; Leroy Shaw regarding 1222-24 Villere St., New Orleans, LA 70116; James Palazzo regarding 607 Bonnabel Blvd., Metairie, LA 70005; Darren Myles regarding 4549 Viola St., New Orleans, LA 70126; Gilbert Cook regarding 4421 Jeanne Marie Pl, New Orleans, LA 70122; Cheryl

Washington regarding 4858 Bergerac St., New Orleans, LA 70129; Ray Worthy regarding 1671 Humanity, New Orleans, LA 70122; Ray Worthy regarding 1665 Humanity, New Orleans, LA 70122; Alvin Carter regarding 2838 Metropolitan St., New Orleans, LA 70126; Marilyn Wright regarding 2525 Arts St., New Orleans, LA 70117; Joyce Sylva regarding 2518 Robert st., New Orleans, LA 70115; Betty Robins regarding 3118 Hamilton St, New Orleans, LA 70118; Shawn Cooper regarding 7010 Cove Dr., New Orleans, LA 70126; John Dares, Loretta Dares regarding 7029 & 7031 Wuerpel St., New Orleans, LA 70124; Trebor Blanton regarding 1319 S. Derbigny, New Orleans, LA 70125; Beverly Cusimano regarding 6425 Memphis St., New Orleans, LA 70124; Juevell Smith regarding 1527 & 1527 1/2 Deslonde St., New Orleans, LA 70117; Albert Riley regarding 2522 & 2524 Delachaise St., New Orleans, LA 70115; Leo Day, Dorothy Day regarding 2258 & 2260 N. Miro St., New Orleans, LA 70117; Michael Henry, Chauv Henry regarding 7940 Mullet St., New Orleans, LA 70126; Janice Glenn regarding 1224-24 1/2 N. Rendon St., New Orleans, LA 70119; Gwendolyn Dennis regarding 1599 Jefferson St., LaPlace, LA 70068; Ethel Bender regarding 2108-10 Philip St., New Orleans, LA 70113; Ethel Bender regarding 2120 Philip St., New Orleans, LA 70113; Illona Smith regarding 838 Kathy Dr., Gretna, LA 70056; Helen Noel regarding 2425 S. Tonti St., New Orleans, LA 70125; Carolyn Tilton regarding 1639 N. Johnson St., New Orleans, LA 70116; Patricia Kirts regarding 1642 Tricou St., New Orleans, LA 70117; Kenya Clinton regarding 72116 Rimmy Mede Dr,  ; Robert Kroptavich regarding 3715 Ole Miss Dr., Kenner, LA 70065; Janet Harris regarding 6126 N. Prieur St., New Orleans, LA 70117; Joseph Sherman regarding 8708 Edinburgh St., New Orleans, LA 70118; Brenda Robinson regarding 718 Central Ave. Apt. 202, New Orleans, LA 70121;

James Bonck regarding 54015 Highway 433, Slidell, LA 70461 against Defendants, in the above captioned matter only, be dismissed without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this  7th  day of    August   , 2008.

_____
United States District Judge