UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.  05-4182 "K"(2) |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAG. WILKINSON |
| **PERTAINS TO:** | * | |
| **INSURANCE     (07-4786)** | * | |
| | * | |
| *Donald Maclies and Betty Maclies v.* | * | |
| | * | |
| *Allstate Insurance Company* | * | |
| _____ | * | |

## ORDER

**IT IS ORDERED** that Plaintiffs' Motion to Withdraw Attorney Jeffrey Berniard (Doc. 14316) is DENIED.  Withdrawal of counsel at this time would leave Plaintiffs without any representation.  The Court will entertain such a motion if substitute counsel is added to the case.

Order signed at New Orleans Louisiana on the __7th__ day of __August__, 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge