UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION : INSURANCE** * | **Civil Action No. 05-cv-4182** |
| | **Pertains to 07-cv-4538** |
| **JERALD ALEXANDER, ET AL.** | **Section K** |
| **VERSUS** | **Judge Stanwood R. Duval, Jr.** |
| **AUTOMOBILE CLUB INTER-INSURANCE EXCHANGE, ET AL.** | **Magistrate 2** |
| | **Magistrate Judge Joseph C. Wilkinson, Jr.** |
| *This pleading applies only to Plaintiffs James and Maricia Sansone* | |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT,** comes Plaintiffs JAMES and MARICIA SANSONE, who respectfully request that their attorneys of record be substituted as follows:

Plaintiffs pray that the Becnel Law Firm, L.L.C. and specifically Daniel E. Becnel, Jr. be withdrawn as counsel of record and in his place, Gary M. Pendergrast, L.L.C., through Gary M. Pendergrast, 1515 Poydras Street, Ste. 2260, New Orleans, LA 70112 be entered as counsel of record for Plaintiffs JAMES and MARICIA SANSONE only.

**WHEREFORE,** Plaintiffs James and Maricia Sansone pray that after considering the foregoing, this Honorable Court will enter an order substituting Gary M. Pendergrast, L.L.C. for Becnel Law Firm, L.L.C. as their counsel of record.

                                                RESPECTFULLY SUBMITTED,

                                                /s/ Daniel E. Becnel, Jr.
                                                Becnel Law Firm, L.L.C.
                                                Daniel E. Becnel, Jr. (La. Bar 2926)
                                                106 W. 7th St., P.O. Drawer H
                                                Reserve, LA  70084
                                                (985) 536-1186
                                                (985) 536-6445 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing, Motion to Substitute Counsel of Record was served upon all parties through CM/ECF on this 7th day of August, 2008.

                                                /s/ Daniel E. Becnel, Jr.
                                                Daniel E. Becnel, Jr.