UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION : INSURANCE  *  JERALD ALEXANDER, ET AL.  VERSUS  AUTOMOBILE CLUB INTER-INSURANCE EXCHANGE, ET AL.  *This pleading applies only to Plaintiffs James and Maricia Sansone* | Civil Action No. 05-cv-4182  Pertains to 7-cv-4538  Section K  Judge Stanwood R. Duval, Jr.  Magistrate 2  Magistrate Judge Joseph C. Wilkinson, Jr. |

**ORDER**

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs JAMES and MARICIA SANSONE'S MOTION TO SUBSTITUTE COUNSEL OF RECORD is **GRANTED.**

**IT IS THUS ORDERED, ADJUDGED AND DECREED** that Gary M. Pendergrast, Esq., Gary M. Pendergrast, L.L.C. 1515 Poydras Street, Ste. 2260, New Orleans, LA 70112, (504) 523-0454, (504) 523-0464 (facsimile) shall be substituted for the Becnel Law Firm, L.L.C., Daniel E. Becnel, Jr. as counsel of record for Plaintiffs JAMES and MARICIA SANSONE only.

**SO ORDERED,** in New Orleans, Louisiana this ___ day of

_____, 2008.

                                                            _____
                                                            United States District Court Judge
                                                            Eastern District of Louisiana