UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Marcelin Billiot regarding 4660 Corinne St., New Orleans, LA 70127; Aubry Coleman regarding 7225 Friscoville Ave., Arabi, LA 70032; Doris Johnson regarding 1739 Lamanche St., New Orleans, LA 70117; Pamela Gipson regarding 11445 Curran Rd., New Orleans, LA 70128; Alvin Henry regarding 2826 Mandeville St., New Orleans, LA 70122; Antoinette Bradley regarding 414 & 416 S. Genois Street, New Orleans, LA 70119** |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Marcelin Billiot regarding 4660 Corinne St., New Orleans, LA 70127; Aubry Coleman regarding 7225 Friscoville Ave., Arabi, LA 70032; Doris Johnson regarding 1739 Lamanche St., New Orleans, LA 70117; Pamela Gipson regarding 11445 Curran Rd., New Orleans, LA 70128; Alvin Henry regarding 2826 Mandeville St., New Orleans, LA 70122; Antoinette Bradley regarding 414 & 416 S. Genois Street, New Orleans, LA 70119, who wish to voluntarily dismiss the claims against Defendant(s) American Family Home Insurance Company, American Modern Home Insurance Company, American Home Southern Insurance Company, American Home Western Insurance Company in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY:   /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 7th day of August, 2008.

  /s/ Joseph M. Bruno
Joseph M. Bruno