UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL | * | CIVIL ACTION NO.: 05-4182 |
| BREACHES CONSOLIDATED LITIGATION | * | |
| | * | JUDGE DUVAL |
| PERTAINS TO INSURANCE: 07-1805 | * | |
| PLAINTIFFS: | * | SECTION "K" |
| BRIAN J. AND TAMMY BOUVIER | * | |
| | * | MAGISTRATE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### STIPULATED ORDER OF DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(ii)

**IT IS STIPULATED,** by plaintiffs, Brian J. Bouvier and Tammy Bouvier, and defendant, State Farm Fire and Casualty Company, and subject to the approval of the Court that:

I.

All claims presented by the plaintiffs, Brian J. Bouvier and Tammy Bouvier, in their petition filed herein, shall be dismissed as to all defendants, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

II.

Each party shall bear their own costs.

III.

All remaining plaintiffs in the above entitled action hereby reserve their rights to proceed against State Farm Fire and Casualty Company as well as any other defendants named therein.

1

Respectfully submitted,
**CONNICK AND CONNICK, L.L.C.**

_____

**William P. Connick – 14158**
2551 Metairie Road
Metairie, Louisiana 70001
Telephone: (504) 838-8777
Facsimile: (504) 838-9903

**LAW OFFICE OF ROY F. AMEDEE, JR.**
**Roy F. Amedee, Jr. – 2449**
**Brent A. Klibert – 29296**
228 St. Charles Avenue, Suite 801
New Orleans, Louisiana 70130
Telephone: (504) 592-3222
Facsimile: (504) 592-8783

**PATRICK G. KEHOE, JR., A.P.L.C.**
**Patrick G. Kehoe, Jr. – 14419**
833 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 588-1110
Facsimile: (504) 588-1954

**LESTELLE & LESTELLE, A.P.L.C.**
**Terrence J. Lestelle – 08540**
**Andrea S. Lestelle – 08539**
**Jeffery B. Struckhoff – 30173**
3421 N. Causeway Blvd., Suite 602
Metairie, Louisiana 70002
Telephone: (504) 828-1224
Facsimile: (504) 828-1229

**ROBICHAUX LAW FIRM**
**J. Van Robichaux, Jr. – 11338**
Mailing Address: P.O. Box 792500
New Orleans, LA 70179
6305 Elysian Fields Ave., Suite 304
New Orleans, Louisiana 70122
Telephone: (504) 286-2022
Facsimile: (504) 282-6298

2

ALLAN BERGER & ASSOCIATES, A.P
Allan Berger – 2977
4173 Canal Street
New Orleans, Louisiana 70119
Telephone: (504) 486-9481
Facsimile: (504) 483-8130

-And-

HAILEY, MCNAMARA, HALL,
LARMANN & PAPALE, L.L.P.

_____
DAVID K. PERSONS, #2046
DANIEL R. HYNES, #07142
One Galleria Blvd., Suite 1400
Metairie, Louisiana 70001
Telephone: (504) 836-6500
Facsimile: (504) 836-6565
Counsel for Defendant,
**State Farm Fire & Casualty Company**

### **CERTIFICATE OF SERVICE**

I do hereby certify that, in accordance with the Eastern District of Louisiana's electronic filing procedures, I have on this 7TH day of August, 2008, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

_____
DAVID K. PERSONS