UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL | * | CIVIL ACTION NO.: 05-4182 |
| BREACHES CONSOLIDATED LITIGATION | * | |
| | * | JUDGE DUVAL |
| PERTAINS TO INSURANCE: 07-1805 | * | |
| PLAINTIFFS: | * | SECTION "K" |
| BRIAN J. AND TAMMY BOUVIER | * | |
| | * | MAGISTRATE WILKINSON |

## ORDER

Considering the foregoing Rule 41(a) Stipulation of Voluntary Dismissal:

**IT IS ORDERED** that the above entitled case, *only* with respect to plaintiffs, Brian J. Bouvier and Tammy Bouvier, is hereby dismissed with prejudice, each party to bear their own costs.

New Orleans, Louisiana this _____ day of _____, 2008

_____
**UNITED STATES DISTRICT JUDGE**

1