## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182** |
| | **SECTION "K"** |
| **THIS DOCUMENT RELATES TO:** Insurance | **MAGISTRATE (2)** |
| **No. 06-5164,** *Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Gwenita Morgan regarding 11300 Prentiss Ave., New Orleans, LA 70128; James Chaney regarding 4919 Gawain Dr., New Orleans, LA 70127; Tara Jones regarding 4709 Duplessis St., New Orleans, LA 70122; Dianne Laurent regarding 3440 Peoples Ave., New Orleans, LA 70122; Beth LeBlanc regarding 6780 Bellaire Dr, New Orleans, LA 70124; Sharon Prevost regarding 4871 Perelli Dr., New Orleans, LA 70127; Raymond Holmes regarding 5506 Warrington Dr., New Orleans, LA 70122; MARIA FORTI regarding 8509/11 DEERFIELD DR., CHALMETTE, LA 70043; Jane Robinson, L.B. Robinson regarding 7919 Alabama St., New Orleans, LA 70126; Janell Batiste regarding 7701 W. Cavelier Dr., New Orleans, LA 70129; Bridgete Baker regarding 7350 Briar Heath Dr., New Orleans, LA 70128; Karen Lewis, Emma Gauthier regarding 4642 Shalimar Dr., New Orleans, LA 70126; Tyrone McKnight regarding 22 Christopher Ct., New Orleans, LA 70128; Brenda Marion, Joseph Marion Jr. regarding 6801 Dorchester St., New Orleans, LA 70126; Melvin Bacchus regarding 12031 E. Barrington Dr., New Orleans, LA 70128; Sabrina Freeman regarding 3200 Moss Ln., Violet, LA 70092; Genell Nelson regarding 5010 Hauck Dr., New Orleans, LA 70127; Lisa Ambrose, Raymond Ambrose III regarding 13705 N. Cavalier Dr., New Orleans, LA 70129; Rickey Chopin, Thelma Johnson regarding 1436 Spain St, New Orleans, LA 70117; Delores Brual, Tommy Brual regarding 104 Dillard Dr., Avondale, LA 70094** |

## **UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE**

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Gwenita Morgan regarding 11300 Prentiss Ave., New Orleans, LA 70128; James Chaney regarding 4919 Gawain Dr., New Orleans, LA 70127; Tara Jones regarding 4709 Duplessis St., New Orleans, LA 70122; Dianne Laurent regarding 3440 Peoples Ave., New Orleans, LA 70122; Beth LeBlanc regarding 6780 Bellaire Dr, New Orleans, LA 70124; Sharon Prevost regarding 4871 Perelli Dr., New Orleans, LA 70127; Raymond Holmes regarding 5506 Warrington Dr., New Orleans, LA 70122; MARIA FORTI regarding 8509/11 DEERFIELD DR., CHALMETTE, LA 70043; Jane Robinson, L.B. Robinson regarding 7919 Alabama St., New Orleans, LA 70126; Janell Batiste regarding 7701 W. Cavelier Dr., New Orleans, LA 70129; Bridgete Baker regarding 7350 Briar Heath Dr., New Orleans, LA 70128; Karen Lewis, Emma Gauthier regarding 4642 Shalimar Dr., New Orleans, LA 70126; Tyrone McKnight regarding 22 Christopher Ct., New Orleans, LA 70128; Brenda Marion, Joseph Marion Jr. regarding 6801 Dorchester St., New Orleans, LA 70126; Melvin Bacchus regarding 12031 E. Barrington Dr., New Orleans, LA 70128; Sabrina Freeman regarding 3200 Moss Ln., Violet, LA 70092; Genell Nelson regarding 5010 Hauck Dr., New Orleans, LA 70127; Lisa Ambrose, Raymond Ambrose III regarding 13705 N. Cavalier Dr., New Orleans, LA 70129; Rickey Chopin, Thelma Johnson regarding 1436 Spain St, New Orleans, LA 70117; Delores Brual, Tommy Brual regarding 104 Dillard Dr., Avondale, LA 70094, who wish to voluntarily dismiss the claims against Defendant(s) American National General Insurance Company, American National Property and Casualty Company and ANPAC Louisiana Insurance Company in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each

party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY:   /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 7th day of August, 2008.

  /s/ Joseph M. Bruno
Joseph M. Bruno