UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| **THIS DOCUMENT RELATES TO:** Insurance | **MAGISTRATE (2)** |
| **No. 06-5164,** *Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Kenneth Davis regarding 4725 Duplessis St., New Orleans, LA 70122; Sharon Clark regarding 5416 Vassich St., New Orleans, LA 70126; Jiujiang Yu, Yan Gao regarding 342 20th St., New Orleans, LA 70124** |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Kenneth Davis regarding 4725 Duplessis St., New Orleans, LA 70122; Sharon Clark regarding 5416 Vassich St., New Orleans, LA 70126; Jiujiang Yu, Yan Gao regarding 342 20th St., New Orleans, LA 70124 against Defendant Electric Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
United States District Judge