# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Latasha Scott, Owen Scott regarding 7507 Scottwood Dr., New Orleans, LA 70118; Donald Collins regarding 7617 E. River Park Dr., Violet, LA 70092; Kerry Ridgley regarding 516 Cumberland St., River Ridge, LA 70123; Dolores Johnson regarding 5999 Grand Calliou Rd., Houma, LA 70363; Ann Thompson regarding 7132 Dorian St, New Orleans, LA 70126 |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Latasha Scott, Owen Scott regarding 7507 Scottwood Dr., New Orleans, LA 70118; Donald Collins regarding 7617 E. River Park Dr., Violet, LA 70092; Kerry Ridgley regarding 516 Cumberland St., River Ridge, LA 70123; Dolores Johnson regarding 5999 Grand Calliou Rd., Houma, LA 70363; Ann Thompson regarding 7132 Dorian St, New Orleans, LA 70126, who wish to voluntarily dismiss the claims against Defendant(s) Louisiana Farm Bureau Casualty Insurance Company and Louisiana Farm Bureau Mutual Insurance Company in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter

only, with prejudice, specifically reserving all rights against all other parties in any other

litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these

defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to

voluntarily dismiss their claims against these defendants in the above captioned matter only, with

prejudice, specifically reserving all rights against all other parties in any other litigation, each party to

bear their own costs.

Respectfully submitted:

BY:   /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record
by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other
electronic transmission this 7th day of August, 2008.

   /s/ Joseph M. Bruno
Joseph M. Bruno