UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
|  | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*  05-5531 | * |  |
| *Mumford v. Ingram*  05-5724 | * |  |
| *Lagarde v. Lafarge*  06-5342 | * | JUDGE |
| *Perry v. Ingram*  06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*  06-7516 | * |  |
| *Parfait Family v. USA*  07-3500 | * * * | MAGISTRATE JOSEPH C. WILKINSON, JR. |

**MEMORANDUM OF LAFARGE NORTH AMERICA INC. IN OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE LNA'S MOTION FOR A PROTECTIVE ORDER BARRING "TOPIC 23" IN PLAINTIFFS' AMENDED SECOND RULE 30(B)(6) DEPOSITION NOTICE**

Defendant Lafarge North America Inc. ("LNA") hereby opposes plaintiffs' motion to strike (Doc. 14324), which seeks to strike LNA's motion for a protective order concerning "Topic 23" in plaintiffs' amended second Rule 30(b)(6) notice (Doc. 14073).

Plaintiffs are simply wrong when they assert that the propriety of Topic 23 is pending before Judge Duval on appeal from Your Honor's July 2, 2008 order (Doc. 13711). That order expressly ruled only on plaintiffs' original second Rule 30(b)(6) notice of LNA, which did not include Topic 23; the order specifically did <u>not</u> rule on Topic 23, which plaintiffs sought to include in an amended deposition notice after LNA had already filed its motion for a protective order. Your Honor wrote as follows:

> In their opposition memorandum, plaintiffs seek a ruling concerning a new Topic No. 23 that they say was recently included in an amended Proposed Rule 30(b)(6) Notice of Deposition. No such topic number exists in the Notice of Deposition attached to Lafarge's motion and Lafarge has not briefed any argument concerning such a topic. Plaintiffs have neither attached a copy of the amended notice nor quoted the new topic in their memorandum. Thus, the court has no knowledge of the content of the proposed amended topic. Accordingly, <u>the court does not address plaintiffs' request</u>, and Lafarge need designate no witness concerning this topic at this time.

Doc. 13711 at p. 3 (emphasis added).

Because Your Honor's July 2, 2008 order specifically declined to address Topic 23 in plaintiffs' amended deposition notice, that Topic is not pending before Judge Duval in connection with plaintiffs' appeal from the July 2, 2008 order. Moreover, the CMO requires that this matter be brought before Your Honor, not Judge Duval. See Case Management and Scheduling Order No. 5 (Doc. 7724) at ¶ VI.B.2 ("All contested pretrial motions concerning discovery must be noticed for hearing before the magistrate judge."). Plaintiffs' motion to strike should therefore be dismissed.

    Respectfully submitted,

    Robert B. Fisher, Jr., T.A. (#5587)
    Derek A. Walker (#13175)
    Ivan M. Rodriguez (#22574)
    **CHAFFE MCCALL, L.L.P.**
    2300 Energy Centre
    1100 Poydras Street
    New Orleans, LA 70163-2300
    Telephone: (504) 585-7000
    Facsimile: (504) 585-7075
    Fisher@chaffe.com
    Walker@chaffe.com

/s/ John D. Aldock
John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone:  (504) 598-2715

*Attorneys for Lafarge North America Inc.*

## Certificate of Service

I hereby certify that I have on this 7th day of August, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/s/ John D. Aldock