# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | * | |
| **IN RE:  KATRINA CANAL BREACHES** | * | |
| **CONSOLIDATED LITIGATION** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO. 05-4182** |
| **PERTAINS TO:  BARGE** | * | **and consolidated cases** |
| | * | |
| | * | **SECTION "K"  (2)** |
| *Boutte v. Lafarge*          05-5531 | * | |
| *Mumford v. Ingram*          05-5724 | * | |
| *Lagarde v. Lafarge*         06-5342 | * | **JUDGE** |
| *Perry v. Ingram*            06-6299 | * | **STANWOOD R. DUVAL, JR.** |
| *Benoit v. Lafarge*          06-7516 | * | |
| *Parfait Family v. USA*      07-3500 | * | **MAG.** |
| *Lafarge v. USA*             07-5178 | * | **JOSEPH C. WILKINSON, JR.** |
| | * | |

## MOTION FOR LEAVE TO REPLY

   Barge Plaintiffs respectfully move for leave to reply to Lafarge's opposition to the Barge

Plaintiffs' Motion to Strike. Lafarge's opposition to the motion to strike is based upon the same

inaccuracies as the redundant motion for a protective order sought to be stricken.  The reply is

intended to alleviate any confusion giving rise to these inaccuracies.


                    Respectfully submitted,

                    /s/ Brian A. Gilbert,
                    Brian A. Gilbert, Esq.(21297)
                    LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
                    821 Baronne Street
                    New Orleans, Louisiana 70113
                         Telephone: (504) 885-7700
                         Telephone: (504) 581-6180
                         Facsimile: (504) 581-4336
                         e-mail: bgilbert@briangilbertlaw.com

                              /s/ Lawrence D. Wiedemann,
                              Lawrence D. Wiedemann.(13457)
                              Karl Wiedemann (18502)
                              Karen Wiedemann (21151)
                              WIEDEMANN & WIEDEMANN
                              821 Baronne Street
                              New Orleans, Louisiana 70113
                                    Telephone: (504) 581-6180
                                    Facsimile: (504) 581-4336
                                    e-mail: lawrence@wiedemannlaw.com,
                                    karl@wiedemannlaw.com, karen@wiedemannlaw.com,

                              /s/ Patrick J. Sanders
                              Patrick J. Sanders (18741)
                              3316 Ridgelake Drive
                              Suite 100
                              Metairie, LA 70002
                                    Telephone: 504-834-0646
                                    e-mail: pistols42@aol.com

                              /s/ Richard T. Seymour
                              Richard T. Seymour (D.C. Bar #28100)
                              Adele Rapport
                              Law Office of Richard T. Seymour, P.L.L.C.
                              1150 Connecticut Avenue N.W., Suite 900
                              Washington, D.C.  20036-4129
                                    Voice: 202-862-4320
                                    Cell:   202-549-1454
                                    Facsimile:  800-805-1065 and 202-828-4130
                                    e-mail: rick@rickseymourlaw.net,
                                          adele@rickseymourlaw.net


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 7th day of August, 2008.

                              \s\Brian A. Gilbert