# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO.    05-4182 |
| PERTAINS TO: | * | SECTION "K" (2) |
| *Little*, C.A. No. 06-9077 | | |

\*    \*    \*    \*    \*    \*    \*    \*

## MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come the plaintiffs, GWENDOLY LITTLE, wife of/and CHARLES E. LITTLE, JR., and on suggesting to the Court that all claims in the above, entitled and numbered cause have been compromised and, accordingly, plaintiffs desire to dismiss, all claims, against all defendants, with prejudice, each party to bear their own costs.

Respectfully submitted,

s/ Gary M. Pendergast
GARY M. PENDERGAST
Bar Roll No. 10420
1515 Poydras Street, Suite 2260
New Orleans, Louisiana 70112
Telephone: (504) 523-0454
Facsimile:  (504) 523-0464
E-Mail: GMPendergastLLC@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 8th day of August, 2008, served a copy of the foregoing on all counsel of record via CM/ECF System Notice of Electronic Filing.

s/ Gary M. Pendergast