## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * | **CIVIL ACTION** |
| | * | **NO.   05-4182** |
| **PERTAINS TO:** | * | **SECTION "K" (2)** |
| *Little*, **C.A. No. 06-9077** | | |

\* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing:

IT IS ORDERED that plaintiffs' claims in the above, entitled and numbered cause, be and the same are hereby dismissed, with prejudice, each party to bear their own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
**JUDGE, UNITED STATES DISTRICT COURT**

## CERTIFICATE OF SERVICE

**I hereby certify that I have on this 8th day of August, 2008, served a copy of the foregoing on all counsel of record via CM/ECF System Notice of Electronic Filing.**

s/ Gary M. Pendergast