UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Sylvia Van Buren regarding 7326 Vanderkloot Ave., New Orleans, LA 70127; Brenda Tureaud regarding 4422 South Derbigny, New Orleans, LA 70125; Carolyn Washington regarding 7543 Shorweood Blvd., New Orleans, LA 70128; Shane Sylvester regarding 5716 Wilton Dr., New Orleans, LA 70122; Diane Lambly regarding 154 12th St., New Orleans, LA 70124; Roslyn Davis regarding 12541 N. Lake Carmel Dr., New Orleans, LA 70128; Burnell Bell, Kim Reed regarding 4969 Pentland Dr., New Orleans, LA 70128; Gladys Sandifer, Linda Diann Sandifer regarding 5011 S. Robertson, New Orleans, LA 70115; Freida Neville regarding 14526 Tilbury Rd., New Orleans, LA 70129; Yolanda Stewart, Douglas Robertson regarding 7407 Means Ave., New Orleans, LA 70127; Lourdas Joseph regarding 9834 E. Wheaton Circle, New Orleans, LA 70127; Terry Billiot regarding 2412 Riverbend Drive, Violet, LA 70092; Frank Brauner regarding 121 N. Scott St., New Orleans, LA 70119; Jetter Melendez regarding 7539 Marquis St, New Orleans, LA 70128; John Battaglia, Terry Vinson Battaglia regarding 4412 Colony Dr., Meraux, LA 70075; Anthony Simmons, Diane Simmons regarding 6021 St. Anthony Ave., New Orleans, LA 70122; Robert Habisreitinger, Joann Habisreitinger regarding 928 Florida Blvd, New Orleans, LA 70124; Carolyn Jones, Louis Jones regarding 5200 Wentworth Drive, New Orleans, LA 70126; Cherrie Ferrer-Pansano regarding 1929 Linda Lou Dr., St. Bernard, LA 70085; Carol Chilson regarding 3628 Mumphrey Road, Chalmette, LA 70043; Barbara Ambrose regarding 4824 Charlene Dr., New Orleans, LA 70127; Kimmichele |

**McGloshen regarding 7670 Morel St., New Orleans, LA 70128; Jacqueline Washington regarding 6356 Pauline Dr., New Orleans, LA 70126; William Collins, Fred &;Vera Collins regarding 6840 Orleans Ave, New Orleans, LA 70124; Tonaira Bullock regarding 2252 New Orleans St, New Orleans, LA 70119; John Hart, Patsy Hart regarding 1454 Crescent Dr., New Orleans, LA 70122**

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Sylvia Van Buren regarding 7326 Vanderkloot Ave., New Orleans, LA 70127; Brenda Tureaud regarding 4422 South Derbigny, New Orleans, LA 70125; Carolyn Washington regarding 7543 Shorweood Blvd., New Orleans, LA 70128; Shane Sylvester regarding 5716 Wilton Dr., New Orleans, LA 70122; Diane Lambly regarding 154 12th St., New Orleans, LA 70124; Roslyn Davis regarding 12541 N. Lake Carmel Dr., New Orleans, LA 70128; Burnell Bell, Kim Reed regarding 4969 Pentland Dr., New Orleans, LA 70128; Gladys Sandifer, Linda Diann Sandifer regarding 5011 S. Robertson, New Orleans, LA 70115; Freida Neville regarding 14526 Tilbury Rd., New Orleans, LA 70129; Yolanda Stewart, Douglas Robertson regarding 7407 Means Ave., New Orleans, LA 70127; Lourdas Joseph regarding 9834 E. Wheaton Circle, New Orleans, LA 70127; Terry Billiot regarding 2412 Riverbend Drive, Violet, LA 70092; Frank Brauner regarding 121 N. Scott St., New Orleans, LA 70119; Jetter Melendez regarding 7539 Marquis St, New Orleans, LA 70128; John Battaglia, Terry Vinson Battaglia regarding 4412 Colony Dr., Meraux, LA 70075; Anthony Simmons, Diane Simmons regarding 6021 St. Anthony Ave., New Orleans, LA 70122; Robert Habisreitinger, Joann Habisreitinger regarding 928 Florida Blvd, New Orleans, LA 70124; Carolyn Jones, Louis Jones regarding 5200 Wentworth Drive, New Orleans, LA 70126; Cherrie Ferrer-Pansano regarding 1929

Linda Lou Dr., St. Bernard, LA 70085; Carol Chilson regarding 3628 Mumphrey Road, Chalmette, LA 70043; Barbara Ambrose regarding 4824 Charlene Dr., New Orleans, LA 70127; Kimmichele McGloshen regarding 7670 Morel St., New Orleans, LA 70128; Jacqueline Washington regarding 6356 Pauline Dr., New Orleans, LA 70126; William Collins, Fred &;Vera Collins regarding 6840 Orleans Ave, New Orleans, LA 70124; Tonaira Bullock regarding 2252 New Orleans St, New Orleans, LA 70119; John Hart, Patsy Hart regarding 1454 Crescent Dr., New Orleans, LA 70122, who wish to voluntarily dismiss the claims against Defendant(s) Liberty Mutual, Liberty Mutual Insurance Company and Liberty Mutual Fire Insurance Company in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

    Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

    WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

         Respectfully submitted:

         BY: /s/ Joseph M. Bruno
         JOSEPH M. BRUNO (# 3604)
         L. SCOTT JOANEN (# 21431)
         The Law Offices of Joseph M. Bruno
         855 Baronne Street
         New Orleans, Louisiana 70113
         Telephone: (504) 525-1335
         Facsimile:  (504) 581-1493


**CERTIFICATE OF SERVICE**

  I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 8th day of August, 2008.


         /s/ Joseph M. Bruno
         Joseph M. Bruno