**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NCS | 079 | NCS-079-000000001 | NCS-079-000000635 | USACE; MVD; MVN; CEMVD-OD-R | Lee A. Guillory | KC885 | 8/8/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections from July 2008 Review and Select Boxes |
| NCS | 080 | NCS-080-000000001 | NCS-080-000000354 | USACE; MVD; MVN; CEMVD-OD-R | Lee A. Guillory | KC885 | 8/8/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections from July 2008 Review and Select Boxes |
| NCS | 081 | NCS-081-000000001 | NCS-081-000000010 | USACE; MVD; MVN; CEMVD-OD-R | Lee A. Guillory | KC885 | 8/8/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections from July 2008 Review and Select Boxes |
| NCS | 082 | NCS-082-000000001 | NCS-082-000000572 | USACE; MVD; MVN; CEMVD-OD-R | Lee A. Guillory | KC885 | 8/8/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections from July 2008 Review and Select Boxes |
| NCS | 083 | NCS-083-000000001 | NCS-083-000000012 | USACE; MVD; MVN; CEMVD-OD-R | Lee A. Guillory | KC885 | 8/8/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections from July 2008 Review and Select Boxes |
| FMA | 767 | FMA-767-000000001 | FMA-767-000000049 | Federal Emergency Management Agency | Paul Huang | KC886 | 8/8/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 772 | FMA-772-000000001 | FMA-772-000001038 | Federal Emergency Management Agency | Paul Huang | KC886 | 8/8/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 809 | FMA-809-000000001 | FMA-809-000006176 | Federal Emergency Management Agency | Paul Huang | KC886 | 8/8/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 813 | FMA-813-000000001 | FMA-813-000002338 | Federal Emergency Management Agency | Paul Huang | KC886 | 8/8/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |