UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:<br>KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:  INSURANCE<br><br><br>PAUL S. VOLPE          NO.: 07-9421<br>and JANICE C. VOLPE<br><br>VERSUS<br><br>ALLSTATE INSURANCE COMPANY | § § § § § § § § § § § § § § | CIVIL ACTION NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

## ORDER

Considering the Rule 41(a) Stipulation and Voluntary Dismissal with Prejudice by Paul S. Volpe and Janice C. Volpe;

It is hereby ORDERED that the above-captioned matter, no. 07-9421, is dismissed with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this 8th day of August, 2008.

_____
JUDGE, UNITED STATES DISTRICT COURT

1