UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| *Perry v. Ingram*          06-6299 | * | |
| | * | |
| | * | JUDGE |
| | * | STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAG. |
| | * | JOSEPH C. WILKINSON, JR. |
| | * | |

## ORDER

Considering the foregoing:

**IT IS ORDERED** that Brian A. Gilbert be and is hereby enrolled as counsel of record for Plaintiffs Jimmie Perry and Nellie Perry in the above captioned matter.

New Orleans, Louisiana this  8th  day of    August   , 2008.

_____
JUDGE

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 7th day of August, 2008.

                                \s\Brian A. Gilbert
                                BRIAN A. GILBERT