UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | |
| | * | SECTION "K" (2) |
| *Lagarde v. Lafarge*       06-5342 | * * | |
| | * * * | JUDGE STANWOOD R. DUVAL, JR. |
| | * * * | MAG. JOSEPH C. WILKINSON, JR. |

## ORDER

Considering the foregoing:

**IT IS ORDERED** that Brian A. Gilbert be and is hereby enrolled as counsel of record for Plaintiffs Marenthia Lagarde, Donald Pritchett, Michael Lagarde, Joycelyn Moses, Anthony Dunn, and Joycelyn Carter, in the above captioned matter.

New Orleans, Louisiana this 8th day of August, 2008.

_____
JUDGE

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 7th day of August, 2008.


\s\Brian A. Gilbert
**BRIAN A. GILBERT**