UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:<br>**KATRINA CANAL BREACHES**<br>**CONSOLIDATED LITIGATION**<br><br>*PERTAINS TO:   INSURANCE*<br><br>**LEO and SHELLY WANG        NO.: 07-3088**<br><br>**VERSUS**<br><br>**ALLSTATE INSURANCE COMPANY** | § CIVIL ACTION NO. 05-4182 "K" (2)<br>§<br>§ JUDGE DUVAL<br>§<br>§ MAGISTRATE WILKINSON<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Considering the Rule 41(a) Stipulation and Voluntary Dismissal with Prejudice by Paul S. Volpe and Janice C. Volpe;

It is hereby ORDERED that the above-captioned matter, no. 07-3088, is dismissed with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this 8th day of August, 2008.

_____
JUDGE, UNITED STATES DISTRICT COURT

1