## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: **Insurance** | MAGISTRATE (2) |

**No. 06-5164,** *Abadie et al., v Aegis Security Insurance Co., et al.*

This pleading applies only to the claim of Elizabeth Blackwell regarding 2505 Cora Ann St, Violet, LA 70092; Tomas Donnelly regarding 201 French St, New Orleans, LA 70124; Lawrence Vinnett regarding 7610 Arbor Dr., New Orleans, LA 70126; Errol Marcelin regarding 7700 Edward St., New Orleans, LA 70126; Priscilla Barthelomew regarding 2421 Pauline St., New Orleans, LA 70117; Lakeisha Robichaux, Lakeisha White regarding 4963 Pentland Dr., New Orleans, LA 70128; Wardell Magee regarding 548 Holmes Blvd., Terrytown, LA 70056; Linda Green regarding 10122 Hammond St., New Orleans, LA 70127; Edith Montgomery, Charles Montgomery regarding 3307 Spain St., New Orleans, LA 70122; Diane Stewart regarding 4531 Majestic Oak Dr., New Orleans, LA 70126; Linda Darensbourg regarding 317 Warrington Dr., New Orleans, LA 70122; Marilyn Grant regarding 718 Lamanche Street, New Orleans, LA 70117; Pete Goodly, Marie Rose Beauvoir-Goodly regarding 6501 Manchester St., New Orleans, LA 70126; Yves Dejoie regarding 7432 Edward St., New Orleans, LA 70126; Robert Johnson regarding 2627 Daniel Dr., New Orleans, LA 70127; Audra Galle regarding 2231 Marigny St., New Orleans, LA 70117; Vianka Miranda, Modesto A. Miranda regarding 7711/13 West Laverne St., New Orelans, LA 70126; Linda Payne regarding 7121 E.Tamaron Blvd., New Orleans, LA 70128; Clayton Musacchia, Judy Musacchia regarding 7241 Ring St, New Orleans, LA 70124; Carmen Schnyder-Owens, Dale Owens regarding 1900 Wildair Dr, New Orleans, LA 70122; Sabrina Harris regarding 8720-22 Morrison Rd, New Orleans, LA 70127;

**Joseph Daniels, Sherald Daniels-Riley regarding 2339 Prentiss Ave., New Orleans, LA 70122; Connie Abadie regarding 7011 Chatelain Dr., New Orleans, LA 70128; Keith Darby regarding 5838 Peoples Ave., New Orleans, LA 70122; Aaron Watson, Christa Watson regarding 5050 E. St. Andrews Cir, New Orleasn, LA 70128; TRINA BARNES, HERBERT BARNES regarding 5751 WRIGHT RD, NEW ORLEANS, LA 70128; Lionel Simms, Charlene Cox-Simms regarding 2308 Penndale Ln, Harvey, LA 70058; Connie Dorsey, Don R. Dorsey regarding 7651 Michigan St., New Orleans, LA 70128; Adam Prout, Audrey Brooks Prout regarding 4201 Cadillac St., New Orleans, LA 70122**

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Elizabeth Blackwell regarding 2505 Cora Ann St, Violet, LA 70092; Tomas Donnelly regarding 201 French St, New Orleans, LA 70124; Lawrence Vinnett regarding 7610 Arbor Dr., New Orleans, LA 70126; Errol Marcelin regarding 7700 Edward St., New Orleans, LA 70126; Priscilla Barthelomew regarding 2421 Pauline St., New Orleans, LA 70117; Lakeisha Robichaux, Lakeisha White regarding 4963 Pentland Dr., New Orleans, LA 70128; Wardell Magee regarding 548 Holmes Blvd., Terrytown, LA 70056; Linda Green regarding 10122 Hammond St., New Orleans, LA 70127; Edith Montgomery, Charles Montgomery regarding 3307 Spain St., New Orleans, LA 70122; Diane Stewart regarding 4531 Majestic Oak Dr., New Orleans, LA 70126; Linda Darensbourg regarding 317 Warrington Dr., New Orleans, LA 70122; Marilyn Grant regarding 718 Lamanche Street, New Orleans, LA 70117; Pete Goodly, Marie Rose

Beauvoir-Goodly regarding 6501 Manchester St., New Orleans, LA 70126; Yves Dejoie regarding 7432 Edward St., New Orleans, LA 70126; Robert Johnson regarding 2627 Daniel Dr., New Orleans, LA 70127; Audra Galle regarding 2231 Marigny St., New Orleans, LA 70117; Vianka Miranda, Modesto A. Miranda regarding 7711/13 West Laverne St., New Orelans, LA 70126; Linda Payne regarding 7121 E.Tamaron Blvd., New Orleans, LA 70128; Clayton Musacchia, Judy Musacchia regarding 7241 Ring St, New Orleans, LA 70124; Carmen Schnyder-Owens, Dale Owens regarding 1900 Wildair Dr, New Orleans, LA 70122; Sabrina Harris regarding 8720-22 Morrison Rd, New Orleans, LA 70127; Joseph Daniels, Sherald Daniels-Riley regarding 2339 Prentiss Ave., New Orleans, LA 70122; Connie Abadie regarding 7011 Chatelain Dr., New Orleans, LA 70128; Keith Darby regarding 5838 Peoples Ave., New Orleans, LA 70122; Aaron Watson, Christa Watson regarding 5050 E. St. Andrews Cir, New Orleasn, LA 70128; TRINA BARNES, HERBERT BARNES regarding 5751 WRIGHT RD, NEW ORLEANS, LA 70128; Lionel Simms, Charlene Cox-Simms regarding 2308 Penndale Ln, Harvey, LA 70058; Connie Dorsey, Don R. Dorsey regarding 7651 Michigan St., New Orleans, LA 70128; Adam Prout, Audrey Brooks Prout regarding 4201 Cadillac St., New Orleans, LA 70122 against Defendants Auto Club Family Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this __8th__ day of ____August____, 2008.

_____
United States District Judge