UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO:<br>Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Marcelin Billiot regarding 4660 Corinne St., New Orleans, LA 70127; Aubry Coleman regarding 7225 Friscoville Ave., Arabi, LA 70032; Doris Johnson regarding 1739 Lamanche St., New Orleans, LA 70117; Pamela Gipson regarding 11445 Curran Rd., New Orleans, LA 70128; Alvin Henry regarding 2826 Mandeville St., New Orleans, LA 70122; Antoinette Bradley regarding 414 & 416 S. Genois Street, New Orleans, LA 70119 |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Marcelin Billiot regarding 4660 Corinne St., New Orleans, LA 70127; Aubry Coleman regarding 7225 Friscoville Ave., Arabi, LA 70032; Doris Johnson regarding 1739 Lamanche St., New Orleans, LA 70117; Pamela Gipson regarding 11445 Curran Rd., New Orleans, LA 70128; Alvin Henry regarding 2826 Mandeville St., New Orleans, LA 70122; Antoinette Bradley regarding 414 & 416 S. Genois Street, New Orleans, LA 70119 against Defendants American Family Home Insurance Company, American Modern Home Insurance Company, American Home Southern Insurance Company, American Home Western Insurance Company, in the

above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this __8th__ day of _____August_____, 2008.

_____
United States District Judge