UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL<br>BREACHES CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION NO.: 05-4182 <br><br> JUDGE DUVAL |
| PERTAINS TO INSURANCE: 07-1805 <br> PLAINTIFFS: <br> BRIAN J. AND TAMMY BOUVIER | * <br> * <br> * <br> * | <br> SECTION "K" <br><br> MAGISTRATE WILKINSON |

## ORDER

Considering the foregoing Rule 41(a) Stipulation of Voluntary Dismissal:

**IT IS ORDERED** that the above entitled case, *only* with respect to plaintiffs, Brian J. Bouvier and Tammy Bouvier, is hereby dismissed with prejudice, each party to bear their own costs.

New Orleans, Louisiana this ___8th___ day of _____August_____, 2008

_____
UNITED STATES DISTRICT JUDGE

1