UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br><br>MRGO & ROBINSON | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

**NOTICE OF CONTINUED VIDEO-TAPED FEDERAL**
**RULE 30(B)(6) DEPOSITION OF JOHN GRIESHABER, Ph.D.**

PLEASE TAKE NOTICE that Defendant Washington Group International, Inc. ("WGII"), pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, will continue the video-taped deposition upon oral examination of the UNITED STATES OF AMERICA, BY AND THROUGH DR. JOHN GRIESHABER, on the subjects set forth in Exhibits A and B of Plaintiffs' 30(b)(6) Notice (Doc. No. 13575) and which counsel for the United States designated Dr. Grieshaber to testify about during his previous June 27, 2008 deposition.

This deposition will take place on Thursday, August 21, 2008 at 9:00 a.m. at the United States Army Corps of Engineers' New Orleans District Headquarters, 7400 Leake

940372v.1

Avenue, New Orleans, Louisiana 70118. The deposition will be taken before a Notary Public or some other officer authorized to administer oaths under the law. The deposition will be recorded stenographically, as well as by videotape, audiotape and Real Time.

Dated: August 8, 2008

Respectfully submitted,

/s/ Heather S. Lonian
William D. Treeby, Bar No. 12901
Heather S. Lonian, Bar No. 29956
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361

Of Counsel:
Adrian Wager-Zito
Debra S. Clayman
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: 1-202-879-3939
Fax: 1-202-626-1700

*Attorneys for Defendant*
*Washington Group International, Inc.*

### CERTIFICATE

I hereby certify that a copy of the above and foregoing Notice of Deposition has been served upon Liaison Counsel and all other counsel of record via e-mail and/or electronic notice via the Court's CM/ECF system this 8th day of August, 2008.

/s/ Heather S. Lonian
Heather S. Lonian

940372v.1