# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Marcia Kavanaugh regarding 6116 Memphis, New Orleans, LA 70124; Bryant Carroll, Kelly V Carroll regarding 4515 S Johnson St, New Orleans, LA 70125 |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Marcia Kavanaugh regarding 6116 Memphis, New Orleans, LA 70124; Bryant Carroll, Kelly V Carroll regarding 4515 S Johnson St, New Orleans, LA 70125 against Defendants Encompass Insurance Company, Encompass Indemnity Company of America and Encompass Property and Casualty Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this  8th  day of    August   , 2008.

_____
United States District Judge