UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO:<br>Insurance<br><br>**No. 06-5164,** *Abadie et al., v Aegis Security Insurance Co., et al.* | MAGISTRATE (2) |
| | **This pleading applies only to the claim of Latasha Scott, Owen Scott regarding 7507 Scottwood Dr., New Orleans, LA 70118; Donald Collins regarding 7617 E. River Park Dr., Violet, LA 70092; Kerry Ridgley regarding 516 Cumberland St., River Ridge, LA 70123; Dolores Johnson regarding 5999 Grand Calliou Rd., Houma, LA 70363; Ann Thompson regarding 7132 Dorian St, New Orleans, LA 70126** |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Latasha Scott, Owen Scott regarding 7507 Scottwood Dr., New Orleans, LA 70118; Donald Collins regarding 7617 E. River Park Dr., Violet, LA 70092; Kerry Ridgley regarding 516 Cumberland St., River Ridge, LA 70123; Dolores Johnson regarding 5999 Grand Calliou Rd., Houma, LA 70363; Ann Thompson regarding 7132 Dorian St, New Orleans, LA 70126 against Defendants Louisiana Farm Bureau Casualty Insurance Company and Louisiana Farm Bureau Mutual Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this __8th__ day of _____August_____, 2008.

_____
United States District Judge