UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*    05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*    06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*    06-7516 | * | |
| *Parfait Family v. USA*    07-3500 | * | MAG. |
| *Lafarge v. USA*    07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

**BARGE PLAINTIFFS REPLY IN SUPPORT OF MOTION TO STRIKE**

    Undersigned fear that Lafarge might be lost in the weeds and unable to discern from memory or from review of a Docket Report that the subject of their redundant motion for a protective order has in fact been briefed by Lafarge, ruled upon by this Court, and is now incorporated within an appeal pending before Judge Duval. What was mistakenly numbered topic 22 in Barge Plaintiffs' amended deposition notice (as there were two entries mistakenly numbered 22), at some point came to be known as "Topic 23," which concerns Lafarge's adept financial maneuvers shifting ownership of Lafarge North America within several months of this suit being filed. The chronological meanderings of this very topic went thus:

05/27/2008    13280  BARGE (05-5531, 05-5724, 06-5342, 06-6299, 06-7516, 07-3500, 07-5178): MOTION for Protective Order With Respect to Plaintiffs' Notice of Proposed FRCP 30(b)(6) Deposition by Lafarge North America, Inc. Motion(s) referred to Joseph C. Wilkinson, Jr. Motion Hearing set for 6/11/2008 11:00 AM before Magistrate Judge Joseph C. Wilkinson Jr. (Attachments: # 1 Memorandum in Support, # 2 Memorandum - Exhibit 1, # 3 Memorandum - Exhibit 2, # 4 Memorandum - Exhibit 3, # 5 Memorandum - Exhibit 4, # 6 Memorandum - Exhibit 5, # 7

Memorandum - Exhibit 6, # 8 Memorandum - Exhibit 7, # 9 Memorandum - Exhibit 8, # 10 Memorandum - Exhibit 9, # 11 Memorandum - Exhibit 10, # 12 Memorandum - Exhibit 11, # 13 Memorandum - Exhibit 12, # 14 Proposed Order, # 15 Notice of Hearing, # 16 Local Rule 37.1E Certificate)(Reference: 05-5531, 05-5724, 06-5342, 06-6299, 06-7516, 07-3500, 07-5178)(Aldock, John) Modified on 5/28/2008 (caa, ). (Entered: 05/27/2008)

05/29/2008    13343   BARGE: AMENDED NOTICE to Take Deposition of Lafarge North America, Inc. by Ethel Mumford.(Reference: 05-5531, 05-5724, 06-5342, 06-6299, 06-7516, 07-3500, 07-5178)(Gilbert, Brian) Modified on 5/30/2008 (blg). (Entered: 05/29/2008)

06/02/2008    13392   BARGE: EXPARTE/CONSENT MOTION for Leave to File Supplemental Memorandum In Support of Protective Order Motion on Plaintiffs' Amended Second Rule 30(B)(6) Deposition Notice by Lafarge North America, Inc. Motion referred to Mag Judge Wilkinson. (Attachments: # 1 Proposed Pleading, # 2 Proposed Order)(Reference: BARGE (05-5531, 05-5724, 06-5342, 06-6299, 06-7516, 07-3500, 07-5178))(Aldock, John) Modified on 6/3/2008 (blg). Modified on 6/3/2008 (car, ). (Entered: 06/02/2008)

06/03/2008    13407   BARGE: ORDER granting 13392 Motion for Leave to File Supplemental Memorandum in Support of Motion for Protective Order On Plaintiffs Amended Second Rule 30(b)(6) Deposition Notice. Signed by Judge Stanwood R. Duval, Jr on 6/3/08. (Reference: BARGE (05-5531, 05-5724, 06-5342, 06-6299, 06-7516, 07-3500, 07-5178)(blg) (Entered: 06/03/2008)

06/03/2008    13408   BARGE: Supplemental Memorandum filed by Lafarge North America, Inc., in Support of 13280 MOTION for Protective Order With Respect to Plaintiffs' Notice of Proposed FRCP 30(b)(6) Deposition. (Reference: BARGE (05-5531, 05-5724, 06-5342, 06-6299, 06-7516, 07-3500, 07-5178)(blg) (Entered: 06/03/2008)

06/03/2008    13416   BARGE: RESPONSE/MEMORANDUM in Opposition filed by Ethel Mumford re 13280 MOTION for Protective Order With Respect to Plaintiffs' Notice of Proposed FRCP 30(b)(6) Deposition . (Attachments: # 1 Exhibit 1, # 2 Exhibit 2a, # 3 Exhibit 2b, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15)(Reference: 05-5531, 05-5724, 06-5342, 06-6299, 06-7516, 07-3500, 07-5178)(Gilbert, Brian) Modified on 6/4/2008 (blg). (Entered: 06/03/2008)

06/09/2008    13463   BARGE: EXPARTE/CONSENT MOTION for Leave to File Reply Memorandum In Support of Protective Order Motion on Plaintiffs' Amended Second Rule 30(b)(6) Deposition Notice by Lafarge North America, Inc. (Attachments: # 1 Proposed Pleading, # 2 Proposed Order)(Reference: BARGE (05-5531, 05-5724, 06-5342, 06-6299, 06-7516, 07-3500, 07-5178))(Aldock, John) Modified on 6/9/2008 (blg). (Entered: 06/09/2008)

06/09/2008    13469   BARGE: ORDER granting 13463 Motion for Leave to File Reply. Signed by Judge Stanwood R. Duval, Jr on 6/9/08. (Reference: BARGE (05-5531, 05-5724, 06-5342, 06-6299, 06-7516, 07-3500, 07-5178)(blg) (Entered: 06/09/2008)

06/09/2008    13471  BARGE (05-5531, 05-5724, 06-5342, 06-6299, 06-7516, 07-3500, 07-5178): REPLY to Response to Motion filed by Lafarge North America, Inc. re 13280 MOTION for Protective Order With Respect to Plaintiffs' Notice of Proposed FRCP 30(b)(6) Deposition. (Reference: BARGE (05-5531, 05-5724, 06-5342, 06-6299, 06-7516, 07-3500, 07-5178)(blg) (Entered: 06/09/2008)

07/02/2008    13711  BARGE (05-5531, 05-5724, 06-5342, 06-6299, 06-7516, 07-3500, 07-5178) ORDER dismissing in part, granting in part and denying in part 13280 Motion for Protective Order. Signed by Magistrate Judge Joseph C. Wilkinson, Jr. (Reference: 05-5531, 05-5724, 06-5342, 06-6299, 06-7516, 07-3500, 07-5178)(car, ) (Entered: 07/03/2008)

07/14/2008    13804  BARGE (05-5531, 05-5724, 06-5342, 06-6299, 06-7516, 07-3500, 07-5178): MOTION for APPEAL OF MAGISTRATE JUDGE DECISION to District Court re 13711 Order on Motion for Protective Order by Ethel Mumford. Motion Hearing set for 8/6/2008 09:30 AM before Judge Stanwood R. Duval Jr. (Attachments: # 1 Memorandum in Support, # 2 Notice of Hearing, # 3 Verification)(Reference: 05-5531, 05-5724, 06-5342, 06-6299, 06-7516, 07-3500, 07-5178)(Gilbert, Brian) Modified on 7/15/2008 (blg). (Entered: 07/14/2008)

Plaintiffs noticed Lafarge's deposition. Lafarge moved for a protective order. Plaintiffs amended the deposition notice to include what is known as "Topic 23," but which was mistakenly designated in the amended notice as a second topic numbered "22."[1] Lafarge sought and was granted leave to supplement their motion, and thus briefed their opposition to the topic. This Court was under the impression that this topic was not included in the notice or memoranda, but ruled anyway, that Lafarge need not produce a witness as to this topic. Plaintiffs appealed this ruling. Lafarge is misinformed, their opposition to the plaintiffs' Motion to Strike contains misinformation, and Barge

---

[1] 22. Any and all facts and circumstances relevant to nature, timing, purpose, occurrence and effects of 2006 stock reacquisition, divestiture, merger, sale, acquisition of Lafarge North America, Inc., to, through, and/or involving Efalar, Inc., Lafarge, SA, Lafarge Group, Cementia Holding Company, Blue Circle North America; the owners, directors, structure, relationships and purposes of any and all of the foregoing; any and all facts and circumstances surrounding and/or contained in Year 2006 SEC filings by any or all of the foregoing; purpose, intent and effects of any and all of the foregoing relative to this litigation and/or to any laws, statutes or regulations governing afore described conduct; any and all facts and circumstances surrounding Rice, et al v. Lafarge North America, Inc., et al, Civil Action 268974V, and consolidated cases, Circuit Court for Montgomery County, Maryland.

22. Any and all other relevant factual matters disclosed by deponent(s) of which the deponent(s) have knowledge.

Plaintiffs pray that either counsel for Lafarge or this Court recognize Lafarge's error. Further, Barge Plaintiffs pray that this Court, although this topic is currently subject to District Court review, recognize the importance of the proposed inquiry, and the fervor with which Lafarge seeks to avoid it.

Respectfully submitted,

/s/ Brian A. Gilbert,
Brian A. Gilbert, Esq.(21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
    Telephone: (504) 885-7700
    Telephone: (504) 581-6180
    Facsimile: (504) 581-4336
    e-mail: bgilbert@briangilbertlaw.com

/s/ Lawrence D. Wiedemann,
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
    Telephone: (504) 581-6180
    Facsimile: (504) 581-4336
    e-mail: lawrence@wiedemannlaw.com,
    karl@wiedemannlaw.com, karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
    Telephone: 504-834-0646
    e-mail: pistols42@aol.com

/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Adele Rapport

Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
   Voice: 202-862-4320
   Cell:   202-549-1454
   Facsimile:  800-805-1065 and 202-828-4130
   e-mail: rick@rickseymourlaw.net,
            adele@rickseymourlaw.net

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 7th day of August, 2008.

\s\Brian A. Gilbert