UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: BARGE | JUDGE DUVAL |
| *Mumford v. Ingram*          C.A. No. 05-5724<br>*Boutte v. Lafarge*           C.A. No. 05-5531<br>*Lagarde v. Lafarge*         C.A. No. 06-5342<br>*Perry v. Ingram Barge*    C.A. No. 06-6299<br>*Benoit v. Lafarge*            C.A. No. 06-7516<br>*Parfait Family v. USA*    C.A. No. 07-3500<br>*Lafarge v. USA*                C.A. No. 07-5178 | MAG. WILKINSON |

## ORDER GRANTING EXPEDITED HEARING

Considering Barge Plaintiffs' Motion to Expedite, Record Doc. No. 14328,

**IT IS ORDERED** that Barge Plaintiffs' Motion to Strike Lafarge North America, Inc.'s Motion for a Protective Order Barring "Topic 23" in Plaintiffs' Amended Second Rule 30(b)(6) Deposition Notice, Record Doc. No. 14324, will be heard on an expedited basis on the record without oral argument. Written opposition and a reply brief have already been filed. No further briefing will be permitted.

New Orleans, Louisiana, this   8th   day of August, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE