MINUTE ENTRY
WILKINSON, M.J.
AUGUST 6, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  Robinson, 06-2268 | JUDGE DUVAL<br>MAG. WILKINSON |

At the request of counsel, a status conference via telephone was conducted on this date.  Participating were Joseph Bruno, representing plaintiffs;  Robin Smith, representing the United States.  The purpose of the conference was to discuss the scheduling of depositions of expert witnesses in relation to the dates on which expert reports have been or will be exchanged. Competing views were discussed and the matter of expert witness deposition scheduling is under consideration both by counsel and the court.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
Hon. Stanwood R. Duval, Jr.

MJSTAR:  0 : 30