MINUTE ENTRY
WILKINSON, M.J.
AUGUST 8, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>             CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE<br>             Skelding 07-9775 | JUDGE DUVAL<br>MAG. WILKINSON |

In response to the parties' Joint Motion for Approval of Settlement, Record Doc. No. 13930, in the referenced Skelding case, I conducted a telephone conference on this date to obtain additional information in connection with the motion. Participating were Kristin Milano, representing plaintiffs, and Jason Franco, representing defendant. Counsel advised that only one of the two plaintiffs in the case is a Road Home grant recipient and that Road Home Program approval is not required as to the second plaintiff. Counsel also advised that they have or will shortly submit the necessary settlement approval forms to the Road Home Program pursuant to the court's "Case Management Order Re: Road Home Settlement Protocol," Record Doc. No. 13598, and that they no longer desire a ruling on their motion. Conditional dismissal orders reflecting settlement of the referenced Skelding case have already been entered by Judge Duval. Accordingly, at the request of counsel for both sides,

MJSTAR:   0:15

**IT IS ORDERED** that the parties' Joint Motion for Approval of Settlement, Record Doc. No. 13930, is DISMISSED AS MOOT.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE