MINUTE ENTRY
WILKINSON, M.J.
AUGUST 7, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:  ROAD HOME, INSURANCE<br>Louisiana State 07-5528 | JUDGE DUVAL<br>MAG. WILKINSON |

A status conference was held today in open court pursuant to my previous order, Record Doc. No. 13715.  Participating were Joseph Bruno, Plaintiffs' Liaison Counsel; Seth Schmeeckle, representing Standard Fire/Travelers Insurance Company and Defendants' Liaison Counsel; Douglas C. Longman, Jr., also representing Travelers; Dan Rees and Frank Dudenhefer, representing the State of Louisiana; David Strauss and Charles Chassaignac, representing State Farm Fire and Casualty Company; Minor Pipes, representing Allstate Insurance Company.

The status of the Road Home Program settlement approval process was discussed. Hundreds of insurance claim settlements are now being satisfactorily processed. However, IT IS ORDERED that a followup status conference to discuss how the parties and the court might address certain procedural and documentation issues that have arisen

MJSTAR:  2 : 00

during the processing of settlements will be conducted before me on **AUGUST 15, 2008**

**at 10:30 a.m.**

                                        JOSEPH C. WILKINSON, JR.
                                    UNITED STATES MAGISTRATE JUDGE

**<u>CLERK TO NOTIFY:</u>**
**HON. STANWOOD R. DUVAL, JR.**