UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * | CIVIL ACTION |
| | * | NO.   05-4182 |
| **PERTAINS TO:** | * | SECTION "K" (2) |
| *Little,* **C.A. No. 06-9077** | | |

\*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Considering the foregoing:

IT IS ORDERED that plaintiffs' claims in the above, entitled and numbered cause, be and the same are hereby dismissed, with prejudice, each party to bear their own costs.

NEW ORLEANS, LOUISIANA, this  11th  day of     August    , 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge