# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182** |
| | **SECTION "K"** |
| **THIS DOCUMENT RELATES TO: Insurance** | **MAGISTRATE (2)** |
| **No. 06-5164,** *Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Dyker Neyland regarding 2039 Louisa St., New Orleans, LA 70117; Joshua Robichaux regarding 4541 Laine Ave., New Orleans, LA 70126; Latasha Andrews regarding 3117-19 Touro Street, New Orleans, LA 70122** |

## <u>ORDER</u>

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Dyker Neyland regarding 2039 Louisa St., New Orleans, LA 70117; Joshua Robichaux regarding 4541 Laine Ave., New Orleans, LA 70126; Latasha Andrews regarding 3117-19 Touro Street, New Orleans, LA 70122 against Defendant Homesite Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 11th day of ____August____, 2008.

_____

United States District Judge