UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO: * | | MAGISTRATE (2) |
| * | | |
| ALL CASES * | | JUDGE DUVAL |
| * | | |
| * | | MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * | | |

## MOTION FOR RECUSAL

**COMES NOW** Ashton R. O'Dwyer, Jr., appearing *in propria persona*, as well as on behalf of his clients in Civil Action Nos. 05-4181, 06-1885, 06-4024, 06-4389, 06-5771, 06-5786, 06-6099, 07-0206, 07-3500, 07-3612, 07-5023 and 07-5040, and moves to recuse Stanwood R. Duval, Jr. from presiding over any and all "Victims of KATRINA" litigation.  This motion is filed upon the grounds that Duval's recusal is statutorily mandated by the clear provisions of 28 U.S.C. §455(b)(5)(iii) and Canon 3(C) of the Code of Conduct for United States Judges, because ". . . a person within the third degree of relationship . . ." to Duval, namely his son-in-law, the husband of his daughter, was ". . . known by the judge to have an interest that could be substantially affected by the outcome of the proceeding" sometime in March 2007, which knowledge should have resulted in Duval's immediately recusing himself at that time pursuant to the referenced statute and Canon.

-2-

        Respectfully submitted,

        **LAW OFFICES OF**
        **ASHTON R. O'DWYER, JR.**
        **Counsel for Plaintiffs**

        **By:**   **S/Ashton R. O'Dwyer, Jr.**
              **Ashton R. O'Dwyer, Jr.**
              **Bar No. 10166**
              **821 Baronne Street**
              **New Orleans, LA 70113**
              **Tel. 504-679-6166**
              **Fax. 504-581-4336**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing has been served upon all counsel of record via electronic filing with the Court, this 11th day of August 2008.

                S/Ashton R. O'Dwyer, Jr.