**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| | * | |
| ALL CASES | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that undersigned counsel will bring the attached Motion for Recusal for hearing before Judge Stanwood R. Duval, Jr.,[1] at 9:30 A.M., on the 3rd day of September, 2008, at the United States District Court, 500 Poydras Street, New Orleans, Louisiana 70130.

    Respectfully submitted,

    **LAW OFFICES OF**
    **ASHTON R. O'DWYER, JR.**
    **Counsel for Plaintiffs**

    **By:**  S/Ashton R. O'Dwyer, Jr.
         Ashton R. O'Dwyer, Jr.
         Bar No. 10166
         821 Baronne Street
         New Orleans, LA 70113
         Tel. 504-679-6166
         Fax. 504-581-4336

---

[1] Mover avers that Duval is already recused by operation of law, and more particularly by operation of 28 U.S.C. §455(b)(5)(iii) and Canon 3(C) of the Code of Conduct for United States Judges.

-1-

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 11th day of August 2008.

                                                S/Ashton R. O'Dwyer, Jr.