UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182 |
| PERTAINS TO: BARGE | * and consolidated cases<br>* |
| *Boutte v. Lafarge*        05-5531<br>*Mumford v. Ingram*     05-5724<br>*Lagarde v. Lafarge*     06-5342<br>*Perry v. Ingram*           06-6299<br>*Benoit v. Lafarge*         06-7516<br>*Parfait Family v. USA*  07-3500 | * SECTION "K"  (2)<br>*<br>*<br>* JUDGE<br>* STANWOOD R. DUVAL, JR.<br>*<br>* MAG.<br>* JOSEPH C. WILKINSON, JR.<br>* |

### NOTICE OF DEPOSITION

**TO: ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that defendant Lafarge North America, Inc., through undersigned counsel, will take the deposition of Richard Weisler for all permissible purposes allowed under the Federal Rules of Civil Procedure on August 15, 2008 at 10:00 o'clock a.m. before a duly authorized court reporter at the law offices of Chaffe McCall, LLP, 2300 Energy Centre, 1100 Poydras Street, New Orleans, LA 70163-2300, at which time and place you are hereby invited to attend, and continuing day-to-day until said examinations are concluded.

1154991-1

        Respectfully submitted,

        **CHAFFE McCALL, L.L.P.**

         /s/ Derek A. Walker
        Robert B. Fisher, Jr., T.A. (# 5587)
        Derek A. Walker (#13175)
        Ivan M. Rodriguez (#22574)
        2300 Energy Centre
        1100 Poydras Street
        New Orleans, LA 70163-2300
        Telephone: (504) 585-7000
        fisher@chaffe.com
        walker@chaffe.com

        Daniel A. Webb (#13294)
        **SUTTERFIELD & WEBB, LLC**
        Poydras Center
        650 Poydras Street, Suite 2715
        New Orleans, LA 70130
        Telephone: (504) 598-2715

        John D. Aldock
        **GOODWIN PROCTER LLP**
        901 New York Avenue, NW
        Washington, DC 20001
        Tel.: (202) 346-4240

        **ATTORNEYS FOR**
        **LAFARGE NORTH AMERICA INC.**

<u>**Certificate of Service**</u>

   I do hereby certify that I have on this 11th day of August, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic notification.

         /s/ Derek A. Walker

1154991-1       2