UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| _____ | § | |

**UNITED STATES OF AMERICA'S CONSENT/EX PARTE MOTION
FOR LEAVE TO FILE REPLY MEMORANDUM IN EXCESS OF 10 PAGES**

Defendant United States of America hereby moves this Court, pursuant to Local Rule 7.8.1E, for leave to file a reply memorandum in excess of 10 pages, for the reasons more fully set forth in the attached memorandum in support. Plaintiffs' counsel consents to the relief requested in this motion.

WHEREFORE, the United States respectfully requests that leave to file its reply in support of its motion to dismiss Counts Two and Three of the amended complaint be granted and theat the United States be permitted to file a reply memorandum up to 25 pages in length.

Respectfully Submitted,

GREGORY G. KATSAS
Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 s/ Robin D. Smith
Robin D. Smith
Senior Trial Counsel, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorney for the United States

 s/ Jeffrey P. Ehrlich
Jeffrey P. Ehrlich
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorney for the United States

## CERTIFICATE OF SERVICE

I, Jeffrey P. Ehrlich, hereby certify that on August 11, 2008, I served a true copy of the United States of America's Consent/Ex Parte Motion for Leave to File Reply Memorandum in Excess of 10 Pages and Supporting Memorandum of Law upon all parties by ECF.

s/    Jeffrey P. Ehrlich