UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| _____ | § | |

**MEMORANDUM OF LAW IN SUPPORT OF
CONSENT/EX PARTE MOTION FOR LEAVE
TO FILE REPLY MEMORANDUM IN EXCESS OF 10 PAGES**

Defendant United States of America has moved, pursuant to Local Rule 7.8.1E, for leave to file its Reply in Support of its Motion to Dismiss Counts Two and Three of the Amended Complaint, which will exceed 10 pages.  Good cause exists for leave to be granted and Plaintiffs, through counsel, have indicated that they do not oppose the relief sought.

The reply memorandum to be filed by the United States will contain a discussion of important legal defenses that relate to the Court's lack of jurisdiction over the subject matter of the claims at issue.  It will respond to arguments made both by Plaintiffs in their voluminous opposition papers and in the lengthy amicus memorandum filed in support of Plaintiffs' opposition.  These defenses are complex and require a thorough analysis of the case law and pertinent potions of the record, which cannot be accomplished in the 10 pages permitted by the Local Rule.

The United States therefore requests that leave be granted to permit it to file a reply up to 25 pages long.

                                        Respectfully Submitted,

                                        GREGORY G. KATSAS
                                        Assistant Attorney General

                                        PHYLLIS J. PYLES
                                        Director, Torts Branch

                                        JAMES G. TOUHEY, JR.
                                        Assistant Director, Torts Branch

                                         s/ Robin D. Smith
                                        Robin D. Smith
                                        Senior Trial Counsel, Torts Branch, Civil Division
                                        U.S. Department of Justice
                                        Benjamin Franklin Station, P.O. Box 888
                                        Washington, D.C.  20044
                                        (202) 616-4400 / (202) 616-5200 (Fax)
                                        Attorney for the United States

                                         s/ Jeffrey P. Ehrlich
                                        Jeffrey P. Ehrlich
                                        Trial Attorney, Torts Branch, Civil Division
                                        U.S. Department of Justice
                                        Benjamin Franklin Station, P.O. Box 888
                                        Washington, D.C.  20044
                                        (202) 616-4400 / (202) 616-5200 (Fax)
                                        Attorney for the United States