# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| _____ | § | |

## ORDER

Having considered Defendant United States of America's motion for leave to file a reply in support of its motion to dismiss in excess of the 10 pages permitted by the Local Rule, finding no opposition thereto, and for good cause shown,

**IT IS ORDERED** that Defendant United States of America is granted leave to file its reply memorandum in support of its motion to dismiss in excess of 10 pages, and that said memorandum may be up to 25 pages long.

New Orleans, Louisiana, this ____ day of August, 2008

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**