UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES**<br>**CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br><br>**NO. 05-4182** |
| **PERTAINS TO:**<br>**ALL INSURANCE** | **SECTION "K"(2)** |

## ORDER

For the reasons assigned in open court on August 8, 2008,

**IT IS ORDERED** that the Motion for Reconsideration of Post-Sher Insurance Umbrella Case Management Order (Doc. 13631) is **DENIED**.

New Orleans, Louisiana, this   11th   day of August, 2008.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**