UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NEW ORLEANS COFFEE COMPANY, INC. | * | CIVIL ACTION NO. 07-CV-08181 |
| | * | |
| VERSUS | * | JUDGE: DUVAL (K) |
| | * | |
| ALLSTATE INSURANCE COMPANY | * | MAGISTRATE: WILKINSON (2) |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ALLSTATE INSURANCE COMPANY'S
## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

Defendant, Allstate Insurance Company ("Allstate"), through undersigned counsel, respectfully moves this Court to withdraw Jennifer Gaubert Aertker as counsel of record for Allstate, and substitute Monica Gant Moton of Lewis, Brisbois, Bisgaard & Smith, LLP, as counsel of record for Allstate in this proceeding.

**WHEREFORE**, Defendant Allstate prays that the undersigned, Jennifer Gaubert Aertker, be withdrawn as counsel of record for Allstate, and that Monica Gant Moton of Lewis Brisbois Bisgaard & Smith, LLP, be substituted as counsel of record for Allstate in this proceeding.

RESPECTFULLY SUBMITTED,

/s/ Jennifer Gauber Aertker
Richard W. Bane (La. Bar #30383)
Jennifer Gaubert Aertker (La. Bar #30375)
Monica G. Moton (La. Bar # 27222)
LEWIS BRISBOIS BISGAARD & SMITH LLP
2014 West Pinhook, Suite 403
Lafayette, Louisiana 70508
Telephone: (337)326-5777
Facsimile: (337)504-3441
*Attorneys for Allstate Insurance Company*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing Motion to Withdraw and Substitute Counsel of Record by Allstate Insurance Company has been served electronically upon all counsel of record who utilize the CM/ECF system and has been mailed to all other counsel of record by placing same in United States First Class Mail, properly addressed and with sufficient postage affixed, this 11th day of August, 2008.

/s/ Jennifer Gauber Aertker

JENNIFER GAUBERT AERTKER