UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NEW ORLEANS COFFEE COMPANY, INC. | * | CIVIL ACTION NO. 07-CV-08181 |
| | * | |
| | * | |
| VERSUS | * | JUDGE: DUVAL (K) |
| | * | |
| ALLSTATE INSURANCE COMPANY | * | MAGISTRATE: WILKINSON (2) |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering Allstate Insurance Company's Motion to Withdraw and Substitute Counsel of Record:

**IT IS ORDERED** that Jennifer Gaubert Aertker be and is hereby withdrawn as counsel of record for Allstate, and Monica Gant Moton, of the law firm Lewis, Brisbois, Bisgaard & Smith, LLP, is substituted as counsel of record for Allstate in this proceeding.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

4824-5550-8482.1            - 3 -