UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>ALL INSURANCE | SECTION "K"(2) |

### ORDER

Having been advised by Counsel for the Insurance PSLC that they have chosen to withdraw the Insurance PSLC's Motion for Entry of the Organization and Compensation of Common Benefit Plaintiffs Attorneys' Case Management Order (Doc. 13688),

**IT IS ORDERED** that the Insurance PSLC's Motion for Entry of the Organization and Compensation of Common Benefit Plaintiffs Attorneys' Case Management Order (Doc. 13688) is **WITHDRAWN.**

New Orleans, Louisiana, this  11th  day of August, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE