UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>    BARGE | SECTION "K"(2) |

ORDER

Having reviewed the pleadings and considering the discussions had with counsel on July 24, 2008,

**IT IS ORDERED** that the Barge Plaintiffs' Motion for protective order Barring Defendant Lafarge From Having Contact (Doc. 13839) is **REFERRED** to Magistrate Judge Jay Wilkinson for hearing on **September 3, 2008 at 11:00 a.m.**

New Orleans, Louisiana, this   11th   day of August, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE