# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182** |
| | **SECTION "K"** |
| **THIS DOCUMENT RELATES TO:** Insurance | **MAGISTRATE (2)** |
| **No. 06-5164,** *Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Darryl Williams, Celestine Williams regarding 2226 Clouet St., New Orleans, LA 70117; Hazel White regarding 2213 Almonaster Ave., New Orleans, LA 70127; Sheila Green regarding 2230 Iberville St., New Orleans, LA 70119; Juan Matthews, Huntington Park Apartments regarding 7019 Crowder Blvd. Apt. 111, New Orleans, LA 70127; Kenyatta Smith regarding 14101 Curran Rd. Apt. A101, New Orleans, LA 70128; Isaac Cheatham regarding 7734 Coolidge Ct., New Orleans, LA 70125; Ruby Weber regarding 2600 Bartholomew St. Apt. G, new Orleans, LA 70117; Jean Taiwo regarding 8831 Middleboro Rd, New Orleans, LA 70127; Mildred Franklin, Ernest Franklin regarding 2112 Eads St, New Orleans, LA 70117; Harriet Allen-Williby regarding 4832 Viola St., New Orleans, LA 70126** |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Darryl Williams,

Celestine Williams regarding 2226 Clouet St., New Orleans, LA 70117; Hazel White regarding 2213

Almonaster Ave., New Orleans, LA 70127; Sheila Green regarding 2230 Iberville St., New Orleans,

LA 70119; Juan Matthews, Huntington Park Apartments regarding 7019 Crowder Blvd. Apt. 111,

New Orleans, LA 70127; Kenyatta Smith regarding 14101 Curran Rd. Apt. A101, New Orleans, LA

70128; Isaac Cheatham regarding 7734 Coolidge Ct., New Orleans, LA 70125; Ruby Weber

regarding 2600 Bartholomew St. Apt. G, new Orleans, LA 70117; Jean Taiwo regarding 8831

Middleboro Rd, New Orleans, LA 70127; Mildred Franklin, Ernest Franklin regarding 2112 Eads St,

New Orleans, LA 70117; Harriet Allen-Williby regarding 4832 Viola St., New Orleans, LA 70126,

who wish to voluntarily dismiss the claims against Defendant(s) Union National Fire Insurance

Company in the above captioned matter only, with prejudice, specifically reserving all rights against

all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect

to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs

to voluntarily dismiss the claims against these defendants in the above captioned matter only, with

prejudice, specifically reserving all rights against all other parties in any other litigation, each party to

bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these

defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to

voluntarily dismiss their claims against these defendants in the above captioned matter only, with

prejudice, specifically reserving all rights against all other parties in any other litigation, each party to

bear their own costs.

Respectfully submitted:

BY:   /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 12th day of August, 2008.


       /s/ Joseph M. Bruno
     Joseph M. Bruno