UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Darryl Williams, Celestine Williams regarding 2226 Clouet St., New Orleans, LA 70117; Hazel White regarding 2213 Almonaster Ave., New Orleans, LA 70127; Sheila Green regarding 2230 Iberville St., New Orleans, LA 70119; Juan Matthews, Huntington Park Apartments regarding 7019 Crowder Blvd. Apt. 111, New Orleans, LA 70127; Kenyatta Smith regarding 14101 Curran Rd. Apt. A101, New Orleans, LA 70128; Isaac Cheatham regarding 7734 Coolidge Ct., New Orleans, LA 70125; Ruby Weber regarding 2600 Bartholomew St. Apt. G, new Orleans, LA 70117; Jean Taiwo regarding 8831 Middleboro Rd, New Orleans, LA 70127; Mildred Franklin, Ernest Franklin regarding 2112 Eads St, New Orleans, LA 70117; Harriet Allen-Williby regarding 4832 Viola St., New Orleans, LA 70126 |

## **ORDER**

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Darryl Williams, Celestine Williams regarding 2226 Clouet St., New Orleans, LA 70117; Hazel White regarding 2213 Almonaster Ave., New Orleans, LA 70127; Sheila Green regarding 2230 Iberville St., New Orleans, LA 70119; Juan Matthews, Huntington Park Apartments regarding 7019 Crowder Blvd. Apt. 111, New Orleans, LA 70127; Kenyatta Smith regarding 14101 Curran Rd. Apt. A101, New Orleans, LA 70128; Isaac Cheatham regarding 7734 Coolidge Ct., New Orleans,

LA 70125; Ruby Weber regarding 2600 Bartholomew St. Apt. G, new Orleans, LA 70117; Jean Taiwo regarding 8831 Middleboro Rd, New Orleans, LA 70127; Mildred Franklin, Ernest Franklin regarding 2112 Eads St, New Orleans, LA 70117; Harriet Allen-Williby regarding 4832 Viola St., New Orleans, LA 70126 against Defendant Union National Fire Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
United States District Judge