UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE<br>       Alexander 07-4538 | JUDGE DUVAL<br>MAG. WILKINSON |

A status conference by telephone in which only plaintiffs' counsel in the Alexander mass joinder "Insurance" case and Defense Liaison Counsel will participate will be conducted by the undersigned magistrate judge in the referenced "Insurance-Mass Joinder" case on **August 27, 2008 at 2:00 p.m.** Prior to the conference, plaintiffs' counsel must provide me with a written, plaintiff-by-plaintiff report identifying the appropriate defendant as to each plaintiff's claim and describing the status of settlement efforts as to each plaintiff's claim. Counsel may participate in the conference by contacting my chambers at 504-589-7630 at the designated time.

New Orleans, Louisiana, this __12th__ day of August, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**