**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182** |
| | **SECTION "K"** |
| **THIS DOCUMENT RELATES TO:** Insurance | **MAGISTRATE (2)** |
| **No. 06-5164,** *Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Helen Anthony regarding 1936/38 Benton Street, New Orleans, La 70117** |

<u>UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF</u>

<u>MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO</u>

<u>DISMISS WITH PREJUDICE</u>

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Helen Anthony regarding 1936/38 Benton Street, New Orleans, La 70117, who wish to voluntarily dismiss her claim against Defendant(s) National Lloyds Insurance Company in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, plaintiff respectfully requests that this Court reopen this case with respect to the defendant for the sole purpose of addressing this motion, thereby allowing plaintiff to voluntarily dismiss the claim against the defendant in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, plaintiff prays that the Court reopen this case with respect to the defendant for the sole purpose of addressing this motion, thereby allowing plaintiff to voluntarily dismiss her claim against the defendant in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY:   /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493


## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 12th day of  August, 2008.


    /s/ Joseph M. Bruno
Joseph M. Bruno