UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * * | SECTION "K" (2) JUDGE: DUVAL |
| *Parfait Family v. USA*     07-3500 | * | MAG: WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**LAKE BORGNE BASIN LEVEE DISTRICT'S
RULE 12(b)(6) MOTION TO DISMISS**

**NOW INTO COURT**, through undersigned counsel, comes defendant Lake Borgne Basin Levee District, who respectfully submits this Rule 12(b)(6) Motion to Dismiss. Defendant Lafarge North America, Inc.'s First Supplemental and Amended Third Party Complaint fails to state a claim upon which relief can be granted, and Lake Borgne moves to dismiss the Administrative Master Complaint on the following grounds:

(1) The Third Party Complaint for tort contribution fails to state a claim upon which relief can be granted.

(2) The Third Party Complaint for tort indemnity fails to state a claim upon which relief can be granted.

In support of this motion, Lake Borgne refers the Court to the memorandum of law filed contemporaneously.

        Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Joseph E. Bearden, III
_____
**LAWRENCE J. DUPLASS (#5199)**
**ANDREW D. WEINSTOCK (#18495)**
**JOSEPH E. BEARDEN, III (#26188)**
**JENNIFER M. MORRIS (#29936)**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
(504) 832-3700
lduplass@duplass.com
andreww@duplass.com
jbearden@duplass.com
jmorris@duplass.com
**Attorneys for Lake Borgne Basin Levee District**

## C E R T I F I C A T E

I hereby certify that on the 12th day of August, 2008, a copy of the foregoing Rule 12(b)(6) Motion to Dismiss was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

        s/Joseph E. Bearden
    _____
    **JOSEPH E. BEARDEN, III #26188**
    jbearden@duplass.com