UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL | * | CIVIL ACTION |
| BREACHES CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * | |
| | * | SECTION "K" (2) |
| | * | JUDGE: DUVAL |
| *Parfait Family v. USA*          07-3500 | * | MAG: WILKINSON |

*****************************************************************************

## NOTICE OF HEARING

TO:     ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that Lake Borgne Basin Levee District's Rule 12(b)(6) Motion to Dismiss is hereby set for the 17th day of September, 2008 at 9:30 a.m.

>     Respectfully submitted,
>
>     **DUPLASS, ZWAIN, BOURGEOIS,**
>     **PFISTER & WEINSTOCK**
>
>     s/Joseph E. Bearden
>     _____
>     **LAWRENCE J. DUPLASS (#5199)**
>     **ANDREW D. WEINSTOCK (#18495)**
>     **JOSEPH E. BEARDEN, III (26188)**
>     **JENNIFER M. MORRIS (#29936)**
>     3838 N. Causeway Boulevard, Suite 2900
>     Metairie, Louisiana 70002
>     (504) 832-3700
>     lduplass@duplass.com
>     andreww@duplass.com
>     jbearden@duplass.com
>     jmorris@duplass.com
>     **Attorneys for Lake Borgne Basin Levee District**

## **C E R T I F I C A T E**

    I hereby certify that on the 12th day of August, 2008, a copy of the foregoing Notice of Hearing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

                             s/Joseph E. Bearden

                         **JOSEPH E. BEARDEN, III #26188**
                              jbearden@duplass.com