MINUTE ENTRY
WILKINSON, M.J.
AUGUST 11, 2008

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE<br>    Aaron 06-4746<br>    Aguilar 07-4852 | JUDGE DUVAL<br>MAG. WILKINSON |

A status conference was conducted in the referenced Aaron and Aguilar "Insurance-Mass Joinder" cases on August 11, 2008. Participating via telephone were: Joseph Rausch, representing plaintiffs; Defendants' Liaison Counsel Ralph Hubbard and Seth Schmeeckle.

Counsel reported that substantial progress toward settlement has been made in these cases. Specifically, about two-thirds of the more than 2,000 plaintiffs' claims asserted in these cases have been resolved. Plaintiffs' counsel reported that they are currently in some stage of settlement discussions with counsel for every named insurer defendant. Under these circumstances, the court is satisfied to permit the parties to

MJSTAR:  **0  :  35**

continue in their current settlement efforts, without severance of the remaining claims and scheduling of individual trial dates, at least for another 60 days.  Accordingly,

**IT IS ORDERED** that a followup conference via telephone in which only plaintiffs' counsel in Aaron/Aguilar and Defense Liaison Counsel will participate will be conducted in the referenced cases on **October 15, 2008 at 2:30 p.m.**  In the interim, plaintiffs' counsel will report to me whether a separate status conference to discuss settlement efforts with counsel for Lafayette Ins. Co. or any other particular carrier should be scheduled.  Prior to the followup conference, plaintiffs' counsel must provide me with an updated, detailed, plaintiff-by-plaintiff status report for both cases.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**