UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2) |
| **THIS DOCUMENT RELATES TO:**<br>Insurance<br><br>**No. 07-5112,** *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Ramone Castro, Moncelina Castro regarding 7149 E. Hermes St., New Orleans, LA 70126; Eric Burrell, Yolanda M. Burrell regarding 6821 Morrison Rd., New Orleans, LA 70126; Cynthia Davis, Hazel Davis regarding 5901 N. Oak Dr., Marrero, LA 70072; Bo Field, Monicker D. Field regarding 1748 & 1750 Reynes St., New Orleans, LA 70117; Elise Boyer regarding 3808 Gen. Pershing St., New Orleans, LA 70125; Paula St. Angelo, Michael St. Angelo regarding 2413 Warbler Dr., St. Bernard, LA 70085; ALESHIA WILLIAMS regarding 4743 ARTHUR DR., NEW ORLEANS, LA 70127; Valencia Battle regarding 3679 Fairmont Dr., New Orleans, LA 70122; WAYNE LEVET, ARDEN C. LEVET regarding 407 36TH ST., NEW ORLEANS, LA 70124; Vanessa Claverie regarding 3400 Angelique Dr, Violet, LA 70092; Dana Payton regarding 3636 St. Ferdinand St., New Orleans, LA 70126; Demetrius Dillon regarding 2017 N. Prieur St., New Orleans, LA 70116; Omar Mason regarding 6876 Farwood Rd, New Orleans, LA 70126; Joanna Penny regarding 5606 Stillwater Dr., New Orleans, LA 70128; Michelle Conerly regarding 13509 Saint Marie Dr., New Orleans, LA 70129; Kermit Hymel regarding 3820 Transcontinental, Metairie, LA 70006; Elmer Umbehagen regarding 2809 Corinne Dr, Chalmette, LA 70043; Keith Bordelon, Mary Palazzolo-Bordelon regarding 3944 Norwood Dr., Chalmette, LA 70043; Sherryl Rogers regarding 3837 Deerrun Ln, Harvey, LA 70058; Elvin Gillard, Rochelle Gillard regarding 1608 Ellingsworth Drive, Slidell, LA 71028; SANDRA MANN regarding 6764 MEMPHIS ST., NEW ORLEANS, LA** |

70124; Gwendolynn Lee regarding 1328 Marshal Dr, Marrero, LA 70072; Thera Ellison regarding 3528 Lake Christian, Gretna, LA 70056; Freddie Alexander, Karan Alexander regarding 1605 Somerset Pl, Marrero, LA 70072; Lynette Weber regarding 1533 Somerset Pl, Marrero, LA 70072; Alisha Coleman, Cardell Cook regarding 1517 Cartier Dr., LaPlace, LA 70068; Patricia Dabog regarding 2640 Delores Dr., Marrero, LA 70072; Suzanne Resendez, Lance Resendez regarding 3001 Karen Dr., Chalmette, LA 70043; Gloria Cole, Anthony Cole regarding 7437 Alabama St., New Orleans, LA 70126; Adonis Expose regarding 7119 E. Laverne St., New Orleans, LA 70126; Ronata Melancon, Anthony Melancon regarding 4710 Spain St., New Orleans, LA 70122; Kaahedrian Williams regarding 5008 Warren Dr., New Orleans, LA 70127; Ronald Laporte, Marianne C. Laporte regarding 5492 Hawthorne Pl., New Orleans, LA 70124; Ronald Laporte, Marianne C. Laporte regarding 5488 & 5490 Hawthorne Pl., New Orleans, LA 70124; Marvin Narcisse, Leda Narcisse Pitts regarding 5356 Pasteur Blvd., New Orleans, LA 70122; Leona Cordier, Leona Cordier regarding 5037 Pauger St., New Orleans, LA 70122; Ray Voigt, Mary Lee Voigt regarding 6522 Pontchartrain Blvd., New Orleans, LA 70124; Margaret Washington regarding 4727 Schindler Dr., New Orleans, LA 70127; Linda Foster regarding 6215 Carlislee, New Orleans, LA 70131; Mary Lane regarding 5043 StephenGirard Av, New Orleans, LA 70126; Joseph Dupuy, Frankie Dupuy regarding 2324 Charbonnet St., New Orleans, LA 70117; Phil Barre regarding 1524 Crescent St., New Orleans, LA 70122; Pierre Viguerie, Charlotte Vigurenie regarding 5411 S. Galvez, New Orleans, LA 70125; Paulette Dabney, Dave Dabney regarding 6090 Wright Rd., New Orleans, LA 70128

**ORDER**

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Ramone Castro, Moncelina Castro regarding 7149 E. Hermes St., New Orleans, LA 70126; Eric Burrell, Yolanda M. Burrell regarding 6821 Morrison Rd., New Orleans, LA 70126; Cynthia Davis, Hazel Davis regarding 5901 N. Oak Dr., Marrero, LA 70072; Bo Field, Monicker D. Field regarding 1748 & 1750 Reynes St., New Orleans, LA 70117; Elise Boyer regarding 3808 Gen. Pershing St., New Orleans, LA 70125; Paula St. Angelo, Michael St. Angelo regarding 2413 Warbler Dr., St. Bernard, LA 70085; ALESHIA WILLIAMS regarding 4743 ARTHUR DR., NEW ORLEANS, LA 70127; Valencia Battle regarding 3679 Fairmont Dr., New Orleans, LA 70122; WAYNE LEVET, ARDEN C. LEVET regarding 407 36TH ST., NEW ORLEANS, LA 70124; Vanessa Claverie regarding 3400 Angelique Dr, Violet, LA 70092; Dana Payton regarding 3636 St. Ferdinand St., New Orleans, LA 70126; Demetrius Dillon regarding 2017 N. Prieur St., New Orleans, LA 70116; Omar Mason regarding 6876 Farwood Rd, New Orleans, LA 70126; Joanna Penny regarding 5606 Stillwater Dr., New Orleans, LA 70128; Michelle Conerly regarding 13509 Saint Marie Dr., New Orleans, LA 70129; Kermit Hymel regarding 3820 Transcontinental, Metairie, LA 70006; Elmer Umbehagen regarding 2809 Corinne Dr, Chalmette, LA 70043; Keith Bordelon, Mary Palazzolo-Bordelon regarding 3944 Norwood Dr., Chalmette, LA 70043; Sherryl Rogers regarding 3837 Deerrun Ln, Harvey, LA 70058; Elvin Gillard, Rochelle Gillard regarding 1608 Ellingsworth Drive, Slidell, LA 71028; SANDRA MANN

regarding 6764 MEMPHIS ST., NEW ORLEANS, LA 70124; Gwendolynn Lee regarding 1328 Marshal Dr, Marrero, LA 70072; Thera Ellison regarding 3528 Lake Christian, Gretna, LA 70056; Freddie Alexander, Karan Alexander regarding 1605 Somerset Pl, Marrero, LA 70072; Lynette Weber regarding 1533 Somerset Pl, Marrero, LA 70072; Alisha Coleman, Cardell Cook regarding 1517 Cartier Dr., LaPlace, LA 70068; Patricia Dabog regarding 2640 Delores Dr., Marrero, LA 70072; Suzanne Resendez, Lance Resendez regarding 3001 Karen Dr., Chalmette, LA 70043; Gloria Cole, Anthony Cole regarding 7437 Alabama St., New Orleans, LA 70126; Adonis Expose regarding 7119 E. Laverne St., New Orleans, LA 70126; Ronata Melancon, Anthony Melancon regarding 4710 Spain St., New Orleans, LA 70122; Kaahedrian Williams regarding 5008 Warren Dr., New Orleans, LA 70127; Ronald Laporte, Marianne C. Laporte regarding 5492 Hawthorne Pl., New Orleans, LA 70124; Ronald Laporte, Marianne C. Laporte regarding 5488 & 5490 Hawthorne Pl., New Orleans, LA 70124; Marvin Narcisse, Leda Narcisse Pitts regarding 5356 Pasteur Blvd., New Orleans, LA 70122; Leona Cordier, Leona Cordier regarding 5037 Pauger St., New Orleans, LA 70122; Ray Voigt, Mary Lee Voigt regarding 6522 Pontchartrain Blvd., New Orleans, LA 70124; Margaret Washington regarding 4727 Schindler Dr., New Orleans, LA 70127; Linda Foster regarding 6215 Carlislee, New Orleans, LA 70131; Mary Lane regarding 5043 StephenGirard Av, New Orleans, LA 70126; Joseph Dupuy, Frankie Dupuy regarding 2324 Charbonnet St., New Orleans, LA 70117; Phil Barre regarding 1524 Crescent St., New Orleans, LA 70122; Pierre Viguerie, Charlotte Vigurenie regarding 5411 S. Galvez, New Orleans, LA 70125; Paulette Dabney, Dave Dabney regarding 6090 Wright Rd., New Orleans, LA 70128 against Defendants American National General

Insurance Company, American National Property and Casualty Company and ANPAC Louisiana Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

    New Orleans, Louisiana, this \_\_\_\_ day of _____, 2008.

                                                  _____
                                                  United States District Judge