# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182** |
| | **SECTION "K"** |
| **THIS DOCUMENT RELATES TO:** Insurance | **MAGISTRATE (2)** |
| **No. 07-5112,** *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Barbara Lombard regarding 4416 Wellington Avenue, New Orleans, LA 70122; Lawrence Uhde, Alice Uhde regarding 4030 Vendome Pl., New Orleans, LA 70125; Lawrence Uhde, Alice Uhde regarding 3630 Nashville Ave., New Orleans, LA 70125; Lawrence Uhde, Alice Uhde regarding 814 & 816 Wilson Dr., New Orleans, LA 70119; Lawrence Uhde, Alice Uhde regarding 4763 & 4765 Demontluzin, New Orleans, LA 70122; Lawrence Uhde, Alice Uhde regarding 2626 & 2628 Acacia St., New Orleans, LA 70122; Warren Dolese, Alice D. Dolese regarding 6868 & 6870 Argonne Blvd., New Orleans, LA 70124; Warren Dolese regarding 959 Harrison Ave., New Orleans, LA 70124; Charles Thomas regarding 6309 Debore Dr., New Orleans, LA 70126** |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Barbara Lombard regarding 4416 Wellington Avenue, New Orleans, LA 70122; Lawrence Uhde, Alice Uhde regarding 4030 Vendome Pl., New Orleans, LA 70125; Lawrence Uhde, Alice Uhde regarding 3630 Nashville Ave., New Orleans, LA 70125; Lawrence Uhde, Alice Uhde regarding 814 & 816 Wilson Dr., New Orleans, LA 70119; Lawrence Uhde, Alice Uhde regarding 4763 & 4765 Demontluzin, New Orleans, LA 70122; Lawrence Uhde, Alice Uhde regarding 2626 & 2628 Acacia St., New Orleans, LA 70122;

LA 70122; Warren Dolese, Alice D. Dolese regarding 6868 & 6870 Argonne Blvd., New Orleans, LA 70124; Warren Dolese regarding 959 Harrison Ave., New Orleans, LA 70124; Charles Thomas regarding 6309 Debore Dr., New Orleans, LA 70126, who wish to voluntarily dismiss the claims against Defendant(s) Encompass Indemnity Company, Encompass Insurance Company of America and Encompass Property and Casualty Company in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY:   /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 13th day of August, 2008.


   /s/ Joseph M. Bruno
Joseph M. Bruno