MINUTE ENTRY
DUVAL, J.
AUGUST 8, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO:  INSURANCE | NO. 05-4182 |
| (CHEHARDY) | SECTION "K"(2) |

MOTION for Reconsideration of Post-Sher Insurance Umbrella Case Management Order (CMO) of June 13, 2006 by Pltfs', doc. 13631

CASE MANAGER:  SHEENA DEMAS
COURT REPORTER:  JODI SIMCOX

APPEARANCES:  See the attached list.

Court begins at 10:08 a.m.
Case called; all present and ready.
Oral argument by parties.
This matter is DENIED, for the oral reasons stated on the record.
Court adjourned at 10:29 a.m.

JS-10 (:20)

## Sign IN Sheet
## Daily Calendar Report of 08/08/2008

### U. S. District Court - - Eastern District of Louisiana

### Judge: Duval, Stanwood R., Jr

| Time | Case | Doc | Description |
|---|---|---|---|
| (10:00 AM) | 2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation | 12856 | Motion Hearing RE: Doc #14147;Order Setting/Resetting Hearing on Motion; doc 12856 INS (07-5199, 07-5205): MTN to Vacate and to Dismiss Order Granting State Farm\'s Mtn to Dismiss and For Leave to Amend Complaints by R Acevedo, D Acevedo, A Abram, C Abram - ORAL ARGUMENT |
| | 2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation | 12857 | Motion Hearing RE: Doc #14147;Order Setting/Resetting Hearing on Motion; doc 12857 INS (07-4457, 07-6737, 07-5199, 07-5205): MTN for APPEAL OF MAGISTRATE JUDGE DECISION to District Court Denying Mtn for Leave to Amend - ORAL ARGUMENT |
| | 2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation | 13631 | Motion Hearing RE: Doc #14147;Order Setting/Resetting Hearing on Motion; doc 13631 INS (Chehardy): MTN for Reconsideration re 13521 Order - ORAL ARGUMENT |
| | ~~2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation~~ withdrawn | 13688 | ~~Motion Hearing RE: Doc #14147;Order Setting/Resetting Hearing on Motion; doc 13688 ALL INS: MTN for Entry of the Organization and Compensation of Common Benefit Plaintiffs Attorneys Case Management Order by Plaintiffs Liaison Counsel - ORAL ARGUMENT.~~ |

**Report Selection Criteria**

Judges Duval, Stanwood R., Jr

1. John Ellison - Chehardy Plaintiffs
2. Matt Schultz, Levin Papantonio - π's
3. Stuart Barasch - Hurricane Legal Ctr.
4. Wayne J. Lee - State Farm Fire & Casualty Company
5. Ernest Svenson - Hurricane Legal Center
6. Al Robert Jr. - "    "
7. Richard Fenton - Allstate
8. Charles Chassaignac - State Farm/liaison
9. Martin R. Sadler - Hartford entities, USAA

10. SALVADOR BROCATO - π's
11. Calvin Fayard π's
12. Frank Elliot π's
13. Frank Dudenhefer π's
14. Wanda Edwards π's
15. Ralph Hubbard - Defendant Liaison
16. Joseph Bruno π Liaison
17. Howard Kaplan   Lafayette Ins. Co.
18. Dale M Jacob   OLF (Levee)
19. Seth A. Schmeeckle  Δ Liaison
20. Robert I. Siegel - Lexington Ins. Co.
21. Laurent Demosthenidy  LA Citizens PIC
22. Maryann Hoskins - National Security, Omega One