UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| ALL BARGE | § | |
| _____ | § | |

NOTICE OF PRIVILEGE/PROTECTION LOG

Pursuant to the Court's Order of August 2, 2007 (Doc. Rec. No. 6815), Federal Rule of Civil Procedure 26(b)(5), the United States' Document Production Protocol (Doc. Rec. No. 5368), and the "Clawback" Order (Doc. Rec. No. 5183), the United States hereby designates the following documents as privileged:

| | | |
|---|---|---|
| FMA-730-000000160 | to | FMA-730-000000160; |
| FMA-730-000000161 | to | FMA-730-000000181; |
| FMA-730-000000182 | to | FMA-730-000000183; |
| FMA-730-000000184 | to | FMA-730-000000206; |
| FMA-730-000000207 | to | FMA-730-000000207; |
| FMA-732-000000001 | to | FMA-732-000000002; |
| FMA-746-000000069 | to | FMA-746-000000088; |
| FMA-746-000000232 | to | FMA-746-000000241; |
| FMA-746-000000266 | to | FMA-746-000000364; |
| FMA-746-000000401 | to | FMA-746-000000406; |
| FMA-746-000000805 | to | FMA-746-000000838; |
| FMA-746-000000902 | to | FMA-746-000000918; |
| FMA-746-000001025 | to | FMA-746-000001025; |

| | | |
|---|---|---|
| FMA-746-000001026 | to | FMA-746-000001053; |
| FMA-746-000001054 | to | FMA-746-000001074; |
| FMA-746-000001103 | to | FMA-746-000001258; |
| FMA-749-000000002 | to | FMA-749-000000007; |
| FMA-749-000000011 | to | FMA-749-000000016; |
| FMA-749-000000116 | to | FMA-749-000000117; |
| FMA-749-000000390 | to | FMA-749-000000396; |
| FMA-749-000000397 | to | FMA-749-000000405; |
| FMA-749-000000463 | to | FMA-749-000000465; |
| FMA-749-000000482 | to | FMA-749-000000484; |
| FMA-749-000000485 | to | FMA-749-000000488; |
| FMA-749-000000489 | to | FMA-749-000000496; |
| FMA-749-000000497 | to | FMA-749-000000501; |
| FMA-760-000001267 | to | FMA-760-000001271; |
| FMA-768-000000003 | to | FMA-768-000000003; |
| FMA-770-000000112 | to | FMA-770-000000112; |
| FMA-770-000000534 | to | FMA-770-000000591; |
| FMA-770-000000592 | to | FMA-770-000000592; |
| FMA-770-000000751 | to | FMA-770-000000851; |
| FMA-771-000000279 | to | FMA-771-000000329; |
| FMA-771-000000335 | to | FMA-771-000000404; |
| FMA-771-000000683 | to | FMA-771-000000698; |
| FMA-771-000000699 | to | FMA-771-000000703; |
| FMA-771-000000955 | to | FMA-771-000000955; |
| FMA-773-000000815 | to | FMA-773-000000816; |
| FMA-773-000001076 | to | FMA-773-000001084; |
| FMA-773-000001085 | to | FMA-773-000001086; |
| FMA-773-000001087 | to | FMA-773-000001087; |
| FMA-773-000001105 | to | FMA-773-000001105; |
| FMA-776-000000002 | to | FMA-776-000000006; |
| FMA-776-000000007 | to | FMA-776-000000012; |
| FMA-776-000000169 | to | FMA-776-000000170; |
| FMA-776-000000173 | to | FMA-776-000000181; |
| FMA-776-000000183 | to | FMA-776-000000188; |
| FMA-776-000000191 | to | FMA-776-000000192; |
| FMA-776-000000203 | to | FMA-776-000000211; |
| FMA-776-000000213 | to | FMA-776-000000229; |
| FMA-776-000000329 | to | FMA-776-000000330; |
| FMA-776-000000368 | to | FMA-776-000000382; |
| FMA-776-000000447 | to | FMA-776-000000459; |
| FMA-776-000000461 | to | FMA-776-000000470; |
| FMA-776-000000472 | to | FMA-776-000000476; |
| FMA-776-000000506 | to | FMA-776-000000530; |

| | | |
|---|---|---|
| FMA-776-000000532 | to | FMA-776-000000533; |
| FMA-776-000000535 | to | FMA-776-000000544; |
| FMA-776-000000546 | to | FMA-776-000000553; |
| FMA-776-000000555 | to | FMA-776-000000561; |
| FMA-776-000000565 | to | FMA-776-000000566; |
| FMA-776-000000571 | to | FMA-776-000000571; |
| FMA-776-000000589 | to | FMA-776-000000594; |
| FMA-776-000000602 | to | FMA-776-000000618; |
| FMA-780-000000681 | to | FMA-780-000000683; |
| FMA-780-000001099 | to | FMA-780-000001174; |
| FMA-780-000001198 | to | FMA-780-000001494; |
| FMA-783-000000006 | to | FMA-783-000000022; |
| FMA-783-000000104 | to | FMA-783-000000164; |
| FMA-783-000000302 | to | FMA-783-000000303; |
| FMA-783-000000365 | to | FMA-783-000000395; |
| FMA-783-000000403 | to | FMA-783-000000495; |
| FMA-783-000000697 | to | FMA-783-000000700; |
| FMA-783-000000767 | to | FMA-783-000000818; |
| FMA-785-000000077 | to | FMA-785-000000078; |
| FMA-785-000000079 | to | FMA-785-000000084; |
| FMA-785-000000085 | to | FMA-785-000000088; |
| FMA-785-000000089 | to | FMA-785-000000091; |
| FMA-785-000000092 | to | FMA-785-000000096; |
| FMA-785-000000437 | to | FMA-785-000000437; |
| FMA-794-000000001 | to | FMA-794-000000036; |
| FMA-799-000000002 | to | FMA-799-000000067; |
| FMA-799-000000127 | to | FMA-799-000000129; |
| FMA-799-000000256 | to | FMA-799-000000258; |
| FMA-799-000000271 | to | FMA-799-000000273; |
| FMA-799-000000279 | to | FMA-799-000000289; |
| FMA-799-000000290 | to | FMA-799-000000302; |
| FMA-799-000000305 | to | FMA-799-000000309; |
| FMA-799-000000337 | to | FMA-799-000000339; |
| FMA-799-000000347 | to | FMA-799-000000349; |
| FMA-799-000001394 | to | FMA-799-000001398; |
| FMA-799-000001399 | to | FMA-799-000001400; |
| FMA-801-000000092 | to | FMA-801-000000092; |
| FMA-801-000000106 | to | FMA-801-000000114; |
| FMA-801-000000148 | to | FMA-801-000000149; |
| FMA-801-000000424 | to | FMA-801-000000452; |
| FMA-801-000000506 | to | FMA-801-000000522; |
| FMA-801-000000524 | to | FMA-801-000000532; |
| FMA-801-000000558 | to | FMA-801-000000558; |

| | | |
|---|---|---|
| FMA-801-000000575 | to | FMA-801-000000587; |
| FMA-801-000000601 | to | FMA-801-000000601; |
| FMA-801-000000642 | to | FMA-801-000000646; |
| FMA-801-000000657 | to | FMA-801-000000662; |
| FMA-804-000003700 | to | FMA-804-000003737; |
| FMA-804-000003748 | to | FMA-804-000003748; |
| FMA-804-000003754 | to | FMA-804-000003756; |
| FMA-804-000003758 | to | FMA-804-000003758; |
| FMA-804-000003760 | to | FMA-804-000003761; |
| FMA-804-000005064 | to | FMA-804-000005066; |
| FMA-810-000000005 | to | FMA-810-000000034; |
| FMA-810-000000035 | to | FMA-810-000000036; |
| FMA-810-000000037 | to | FMA-810-000000038; |
| FMA-810-000000039 | to | FMA-810-000000042; |
| FMA-810-000000043 | to | FMA-810-000000052; |
| FMA-810-000000105 | to | FMA-810-000000125; |
| FMA-810-000000140 | to | FMA-810-000000142; |
| FMA-810-000000151 | to | FMA-810-000000178; |
| FMA-810-000000179 | to | FMA-810-000000281; |
| FMA-810-000000297 | to | FMA-810-000000297; |
| FMA-810-000000298 | to | FMA-810-000000324; |
| FMA-810-000000325 | to | FMA-810-000000380; |
| FMA-810-000000381 | to | FMA-810-000000715; |
| FMA-810-000000850 | to | FMA-810-000000852; |
| FMA-810-000000879 | to | FMA-810-000000883; |
| FMA-810-000001013 | to | FMA-810-000001013; |
| FMA-810-000001026 | to | FMA-810-000001058; |
| FMA-810-000001146 | to | FMA-810-000001146; |
| FMA-810-000001148 | to | FMA-810-000001154; |
| FMA-810-000001156 | to | FMA-810-000001161; |
| FMA-810-000001168 | to | FMA-810-000001170; |
| FMA-810-000001177 | to | FMA-810-000001177; |
| FMA-810-000001180 | to | FMA-810-000001181; |
| FMA-810-000001182 | to | FMA-810-000001182; |
| FMA-810-000001183 | to | FMA-810-000001184; |
| FMA-810-000001185 | to | FMA-810-000001198; |
| FMA-810-000001257 | to | FMA-810-000001257; |
| FMA-810-000001258 | to | FMA-810-000001259; |
| FMA-810-000001269 | to | FMA-810-000001270; |
| FMA-810-000001286 | to | FMA-810-000001323; |
| FMA-810-000001324 | to | FMA-810-000001332; |
| FMA-810-000001422 | to | FMA-810-000001454; |
| FMA-810-000001475 | to | FMA-810-000001503; |

      FMA-810-000001504    to    FMA-810-000001524;
      FMA-810-000001613    to    FMA-810-000001616.

In addition, pursuant to the Court's Order of August 2, 2007 (Doc. Rec. No. 6815), Federal Rule of Civil Procedure 26(b)(5), the United States' Document Production Protocol (Doc. Rec. No. 5368), and the "Clawback" Order (Doc. Rec. No. 5183), the United States hereby designates the following documents as protected under the Privacy Act, 5 U.S.C. § 552a:

| | | |
|---|---|---|
| FMA-730-000000001 | to | FMA-730-000000009; |
| FMA-730-000000029 | to | FMA-730-000000048; |
| FMA-730-000000061 | to | FMA-730-000000066; |
| FMA-730-000000069 | to | FMA-730-000000073; |
| FMA-730-000000074 | to | FMA-730-000000074; |
| FMA-730-000000075 | to | FMA-730-000000159; |
| FMA-732-000000003 | to | FMA-732-000000330; |
| FMA-732-000000331 | to | FMA-732-000000740; |
| FMA-736-000000004 | to | FMA-736-000000019; |
| FMA-736-000000021 | to | FMA-736-000000234; |
| FMA-736-000000235 | to | FMA-736-000002154; |
| FMA-760-000000697 | to | FMA-760-000000844; |
| FMA-761-000000002 | to | FMA-761-000000015; |
| FMA-761-000000017 | to | FMA-761-000000028; |
| FMA-761-000000029 | to | FMA-761-000000029; |
| FMA-761-000000055 | to | FMA-761-000000060; |
| FMA-780-000000137 | to | FMA-780-000000494; |
| FMA-780-000000495 | to | FMA-780-000000637; |
| FMA-780-000000670 | to | FMA-780-000000677; |
| FMA-784-000000001 | to | FMA-784-000000030; |
| FMA-784-000000972 | to | FMA-784-000000977; |
| FMA-784-000000978 | to | FMA-784-000000980; |
| FMA-784-000000981 | to | FMA-784-000000984; |
| FMA-784-000000985 | to | FMA-784-000000986; |
| FMA-784-000000987 | to | FMA-784-000000997; |
| FMA-784-000000998 | to | FMA-784-000001001. |

The United States' Privilege/Protection Log is attached.

                                                                 Respectfully submitted,

                                                                 GREGORY G. KATSAS
                                                                 Assistant Attorney General

                                                                 PHYLLIS J. PYLES
                                                                 Director, Torts Branch

                                                                 JAMES G. TOUHEY, JR.
                                                                 Assistant Director, Torts Branch

                                                                 _s/ James F. McConnon, Jr._
                                                                 JAMES F. McCONNON, JR.
                                                                Trial Attorney, Torts Branch, Civil Division
                                                                U.S. Department of Justice
                                                                Benjamin Franklin Station, P.O. Box 888
                                                                Washington, D.C.  20044
                                                                (202) 616-4400/ (202) 616-5200 (Fax)
                                                                Attorneys for the United States

Dated: August 13, 2008

## **CERTIFICATE OF SERVICE**

      I, James F. McConnon, Jr., hereby certify that on August 13, 2008, I served a true copy of the United States' Notice of Privilege/Protection Log upon all parties by ECF.

                                              s/ James F. McConnon, Jr.
                                              JAMES F. McCONNON, JR.