UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2) |
| THIS DOCUMENT RELATES TO:<br>Insurance<br><br>No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Johanna Charbonnet regarding 6601 Center St., New Orleans, LA 70124; Larry Hayes regarding 5230 St. Roch Ave., New Orleans, LA 70122; Oscar Joseph regarding 4635 New Orleans St., New Orleans, LA 70122; Terry Barthe regarding 1637 N. Tonti, New Orleans, LA 70119; Lynn Allen, William Allen regarding 4607 Elysian Fields, New Orleans, LA 70122 |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Johanna Charbonnet regarding 6601 Center St., New Orleans, LA 70124; Larry Hayes regarding 5230 St. Roch Ave., New Orleans, LA 70122; Oscar Joseph regarding 4635 New Orleans St., New Orleans, LA 70122; Terry Barthe regarding 1637 N. Tonti, New Orleans, LA 70119; Lynn Allen, William Allen regarding 4607 Elysian Fields, New Orleans, LA 70122 against Defendant Homesite Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
United States District Judge
