UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Rebecca Stewart regarding 5256/60 Constance St., New Orleans, LA 70115; Tyrone Jefferson regarding 1800 Arts St., New Orleans, LA 70117; Thomas Dunn regarding 101 Atlantic Ave., New Orleans, LA 70114** |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Rebecca Stewart regarding 5256/60 Constance St., New Orleans, LA 70115; Tyrone Jefferson regarding 1800 Arts St., New Orleans, LA 70117; Thomas Dunn regarding 101 Atlantic Ave., New Orleans, LA 70114 against Defendant Zurich American Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 13th day of August, 2008.

_____
United States District Judge