UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON 07-6247 |
| PERTAINS TO: INSURANCE | * * | |
| FILED IN: 07-6247 "K" (2) | * * | |
| LUZITA M. DAVIS     Plaintiff, | * * * | |
| VERSUS | * * | |
| STATE FARM FIRE AND CASUALTY COMPANY     Defendants. | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Luzita M. Davis, and Defendant, State Farm Fire And Casualty Company, who suggest to this Court that this matter has been fully and completely comprised and settled and therefore, State Farm Fire and Casualty Company, should be dismissed, with full prejudice, each party to bear its own costs.

1

Our File No.: 895.0722

Respectfully submitted,

_____
**Stephen S. Kreller (#28440)**
Murphy, Rogers, Sloss & Gambel, APLC
701 Poydras, Suite 400
New Orleans, LA 70139
Telephone No.: (504) 523-0400

-and-

_____
**PATRICK D. DeROUEN (#20535)**
**LAURIE L. DeARMOND (#26622)**
**CHAD J. PRIMEAUX (#30024)**
**GUY H. BUMPAS IV (#29546)**
Porteous, Hainkel & Johnson, L.L.P.
704 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3838

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of July, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

_____
PATRICK D. DeROUEN

2

Our File No.: 895.0722