UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON07-6247 |
| PERTAINS TO: INSURANCE | * * | |
| FILED IN: 07-6247 "K" (2) | * * | |
| LUZITA M. DAVIS<br>    Plaintiff, | * * * | |
| VERSUS | * * | |
| STATE FARM FIRE AND CASUALTY COMPANY<br>    Defendants. | * * * * | |

* * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Joint Motion to Dismiss,

**IT IS ORDERED, ADJUDGED AND DECREED** that the above and foregoing matter has been settled and comprised as to all parties and is hereby dismissed with prejudice each party to bear its own costs.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2008.

_____
**JUDGE**
**UNITED STATES DISTRICT COURT**

1

Our File No.: 895-0722