UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO:<br>Insurance | MAGISTRATE (2) |
| **No. 07-5112,** *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Paulette Sorina regarding 1214 Japonica St., New Orleans, LA 70117; Linda Licarsi regarding 3413 Bartolo, Meraux, LA 70075; Klebert Bergeron, Evelyn R. Bergeron regarding 4 Sable Ct., Arabi, LA 70032; Alexandra Payton regarding 1813 N Tonti St, New Orleans, LA 70119; Ray Schmidt, Helen Schmidt regarding 8600 Grant St., New Orleans, LA 70127; CAROLYN BAUMANN regarding 1660 FILMORE AVE., NEW ORLEANS, LA 70122; Annette Lawrence regarding 7579 Berg St., New Orleans, LA 70128; Judy Warren, not applicable regarding 4629 Chrysler St., New Orleans, LA 70127; Nancy Smith regarding 1933 Bridgehead St, Violet, LA 70092; Eva SanMartin regarding 253 Aurora Ave., Metairie, LA 70005; Herman Bailey, Veronica Bailey regarding 310 E. 24th St., Reserve, LA 70084; Monique Willis regarding 2048 Carver Dr., Marrero, LA 70072; Gwendolyn Ridgley regarding 5 Bethaney Ct., New Orleans, LA 70126; Delois Johnson regarding 129 Mary Jane Ln., New Orleans, LA 70128; Robert Berthelot, Edith G. Berthelot regarding 1824 Alexander St., Arabi, LA 70032; Rosella Andrews, Wallace Andrews regarding 8820 Lake Forest Blvd., New Orleans, LA 70127; Effie Michalos, Mary Tragelis regarding 7036-38 Orleans Ave., New Orleans, LA 70124; Janice Currie regarding 3017 Music St., New Orleans, LA 70122; Hervey Huxen regarding 3012 Karen Dr., Chalmette, LA 70043; Mark Chauffe, Vicki Chauffe regarding 3700 Despaux Dr., Chalmette, LA 70461; Kimberly Matthews regarding 4334 Randolph Ave., New Orleans, LA 70122; Herbert Carver regarding 5319 Wingate Dr., New Orleans, LA 70122; Francine |

|  | Thomas regarding 4619 Camelot Dr., New Orleans, LA 70127; Lydia Bosch regarding 5811 Marigny St, New Orleans, LA 70122; Denise Johnson regarding 812 Ridgewood Dr., Metairie, LA 70001; Kathleen Manske regarding 6444 Center St., New Orleans, LA 70124; Andria Chamberlain regarding 4919 Evangeline Dr., New Orleans, LA 70127; Joseph Maney, Iris Maney regarding 8735 Apricot St., New Orleans, LA 70118; Joseph Maney, Iris Maney regarding 7332 Cohn St., New Orleans, LA 70118; Joseph Spears regarding 1610 Gayoso St, New Orleans, LA 70125; Montreal Farve, Montreal Farve regarding 4910 Frankfort Street, New Orleans, LA 70126; CLAUDETTE VALLERY, Andre Vallery regarding 10730 KINNEIL RD., NEW ORLEANS, LA 70127; Charlene Mays regarding 4742 Venus St., New Orleans, LA 70122; Everett Henderson, Margaret Henderson regarding 131 Eastpoint Ct., New Orleans, LA 70128 |
|---|---|

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Paulette Sorina regarding 1214 Japonica St., New Orleans, LA 70117; Linda Licarsi regarding 3413 Bartolo, Meraux, LA 70075; Klebert Bergeron, Evelyn R. Bergeron regarding 4 Sable Ct., Arabi, LA 70032; Alexandra Payton regarding 1813 N Tonti St, New Orleans, LA 70119; Ray Schmidt, Helen Schmidt regarding 8600 Grant St., New Orleans, LA 70127; CAROLYN BAUMANN regarding 1660 FILMORE AVE., NEW ORLEANS, LA 70122; Annette Lawrence regarding 7579 Berg St., New Orleans, LA 70128; Judy Warren, not applicable regarding 4629 Chrysler St., New Orleans, LA 70127; Nancy Smith regarding 1933 Bridgehead St, Violet, LA 70092; Eva SanMartin regarding 253 Aurora Ave., Metairie, LA 70005; Herman Bailey, Veronica Bailey regarding 310 E. 24th St., Reserve, LA 70084; Monique Willis regarding 2048 Carver Dr., Marrero, LA 70072; Gwendolyn Ridgley regarding 5

Ridgley regarding 5 Bethaney Ct., New Orleans, LA 70126; Delois Johnson regarding 129 Mary Jane Ln., New Orleans, LA 70128; Robert Berthelot, Edith G. Berthelot regarding 1824 Alexander St., Arabi, LA 70032; Rosella Andrews, Wallace Andrews regarding 8820 Lake Forest Blvd., New Orleans, LA 70127; Effie Michalos, Mary Tragelis regarding 7036-38 Orleans Ave., New Orleans, LA 70124; Janice Currie regarding 3017 Music St., New Orleans, LA 70122; Hervey Huxen regarding 3012 Karen Dr., Chalmette, LA 70043; Mark Chauffe, Vicki Chauffe regarding 3700 Despaux Dr., Chalmette, LA 70461; Kimberly Matthews regarding 4334 Randolph Ave., New Orleans, LA 70122; Herbert Carver regarding 5319 Wingate Dr., New Orleans, LA 70122; Francine Thomas regarding 4619 Camelot Dr., New Orleans, LA 70127; Lydia Bosch regarding 5811 Marigny St, New Orleans, LA 70122; Denise Johnson regarding 812 Ridgewood Dr., Metairie, LA 70001; Kathleen Manske regarding 6444 Center St., New Orleans, LA 70124; Andria Chamberlain regarding 4919 Evangeline Dr., New Orleans, LA 70127; Joseph Maney, Iris Maney regarding 8735 Apricot St., New Orleans, LA 70118; Joseph Maney, Iris Maney regarding 7332 Cohn St., New Orleans, LA 70118; Joseph Spears regarding 1610 Gayoso St, New Orleans, LA 70125; Montreal Farve, Montreal Farve regarding 4910 Frankfort Street, New Orleans, LA 70126; CLAUDETTE VALLERY, Andre Vallery regarding 10730 KINNEIL RD., NEW ORLEANS, LA 70127; Charlene Mays regarding 4742 Venus St., New Orleans, LA 70122; Everett Henderson, Margaret Henderson regarding 131 Eastpoint Ct., New Orleans, LA 70128, who wish to voluntarily dismiss the claims against Defendant(s) Liberty Mutual, Liberty Mutual Fire Insurance Company and Liberty Mutual Insurance Company in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

  Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to

to voluntarily dismiss the claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY: /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 581-1493

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 13th day of August, 2008.

/s/ Joseph M. Bruno
Joseph M. Bruno