UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| **No. 07-5112,** *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Bertha Payton regarding 1740 Alvar St., New Orleans, LA 70117; Paulette Learson regarding 7525 Mayo Blvd., New Orleans, LA 70126; Louie Bordelon regarding 3512 Despaux Dr., Chalmette, LA 70043; Dylan Oliver regarding 7 South Oak Ridge Ct., New Orleans, LA 70125; Alvin Dominique regarding 4809 Frenchmen Street, New Orleans, LA 70130; DARLYNN MASON regarding 11050 HARROW RD., NEW ORLEANS, LA 70127; Charles Newman, Rhodie P. Newman regarding 5147 Wildair Dr., New Orleans, LA 70122; Cathy Holmes regarding 5127 Gallier Dr., New Orleans, LA 70126; Kenneth Brown regarding 637 S. Gayoso St., New Orleans, LA 70119; Treva Cola regarding 2611 Hollygrove St, New Orleans, LA 70118; Treva Cola regarding 5035 Mirabeau Ave, New Orleans, LA 70126; Wilbert Parker regarding 9145 Colapissa St, New Orleans, LA 70118; Angel Ricca, Greg Ricca regarding 3724 Lyndell Dr., Chalmette, LA 70043; Angel Ricca, Greg Ricca regarding 1829 Alexander Ave., Arabi, LA 70032; Yvette Simpson regarding 3816 Accicia, Harvey, LA 70058; Bobby Brown, Ann P. Brown regarding 1331 Reynes St., New Orleans, LA 70117; Diane Scofield, Scott Scofield regarding 3216 Dauterive Dr., Chalmette, LA 70043; Arthur Spears, Barbara C. Spears regarding 4834 Toulon St., New Orleans, LA 70129; Carl Gethers, Ruby Ducre gethers regarding 6151 Eastover Dr., New Orleans, LA 70128; Sandra Lee regarding 7537 Jonlee Blvd., New Orleans, LA 70128; Louvinia Alexander, Franklin A. Alexander regarding 7700 Briarwood Dr., New Orleans, LA 70128; Emily Johns regarding 4211 Stephen Girard Ave., New Orleans, LA 70126; Thais |

Bethune regarding 4468 Rosemont Pl., New Orleans, LA 70126; Susan Abadie regarding 7549 Jonlee Dr., New Orleans, LA 70128; Tonyell Woodridge regarding 4800 Donna Dr., New Orleans, LA 70127; Harmeet Guraya, Harmeet Guraya regarding 7800 Allison Rd., New Orleans, LA 70126; Aimee Landreneau regarding 5327 Cameron Blvd., New Orleans, LA 70122; Gwendolyn Phillips regarding 6134 Kuebel Dr., New Orleans, LA 70126; Ashey Forbes, Patrick J. Forbes regarding 1305 Kings Row, Slidell, LA 70461; Anthony Taylor regarding 5329 Douglass St., New Orleans, LA 70117; Anthony Jones regarding 2249 Dreux Ave., New Orleans, LA 70122; Mary Brown regarding 7250 Thornley Dr., New Orleans, LA 70126; John Adams regarding 29 Christopher Ct., New Orleans, LA 70128; Raquel Sandrock, Roy Sandrock III regarding 3813 Ventura Dr., Chalmette, LA 70043; Ahsaki George-Scharpon regarding 4810 Longfellow Dr., New Orleans, LA 70127; Laverne Johnson regarding 1720 Watling Dr., Marrero, LA 70072

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Bertha Payton regarding 1740 Alvar St., New Orleans, LA 70117; Paulette Learson regarding 7525 Mayo Blvd., New Orleans, LA 70126; Louie Bordelon regarding 3512 Despaux Dr., Chalmette, LA 70043; Dylan Oliver regarding 7 South Oak Ridge Ct., New Orleans, LA 70125; Alvin Dominique regarding 4809 Frenchmen Street, New Orleans, LA 70130; DARLYNN MASON regarding 11050 HARROW RD., NEW ORLEANS, LA 70127; Charles Newman, Rhodie P. Newman regarding 5147 Wildair Dr., New Orleans, LA 70122; Cathy Holmes regarding 5127 Gallier Dr., New Orleans, LA 70126; Kenneth Brown regarding 637 S.

Gayoso St., New Orleans, LA 70119; Treva Cola regarding 2611 Hollygrove St, New Orleans, LA 70118; Treva Cola regarding 5035 Mirabeau Ave, New Orleans, LA 70126; Wilbert Parker regarding 9145 Colapissa St, New Orleans, LA 70118; Angel Ricca, Greg Ricca regarding 3724 Lyndell Dr., Chalmette, LA 70043; Angel Ricca, Greg Ricca regarding 1829 Alexander Ave., Arabi, LA 70032; Yvette Simpson regarding 3816 Accicia, Harvey, LA 70058; Bobby Brown, Ann P. Brown regarding 1331 Reynes St., New Orleans, LA 70117; Diane Scofield, Scott Scofield regarding 3216 Dauterive Dr., Chalmette, LA 70043; Arthur Spears, Barbara C. Spears regarding 4834 Toulon St., New Orleans, LA 70129; Carl Gethers, Ruby Ducre gethers regarding 6151 Eastover Dr., New Orleans, LA 70128; Sandra Lee regarding 7537 Jonlee Blvd., New Orleans, LA 70128; Louvinia Alexander, Franklin A. Alexander regarding 7700 Briarwood Dr., New Orleans, LA 70128; Emily Johns regarding 4211 Stephen Girard Ave., New Orleans, LA 70126; Thais Bethune regarding 4468 Rosemont Pl., New Orleans, LA 70126; Susan Abadie regarding 7549 Jonlee Dr., New Orleans, LA 70128; Tonyell Woodridge regarding 4800 Donna Dr., New Orleans, LA 70127; Harmeet Guraya, Harmeet Guraya regarding 7800 Allison Rd., New Orleans, LA 70126; Aimee Landreneau regarding 5327 Cameron Blvd., New Orleans, LA 70122; Gwendolyn Phillips regarding 6134 Kuebel Dr., New Orleans, LA 70126; Ashey Forbes, Patrick J. Forbes regarding 1305 Kings Row, Slidell, LA 70461; Anthony Taylor regarding 5329 Douglass St., New Orleans, LA 70117; Anthony Jones regarding 2249 Dreux Ave., New Orleans, LA 70122; Mary Brown regarding 7250 Thornley Dr., New Orleans, LA 70126; John Adams regarding 29 Christopher Ct., New Orleans, LA 70128; Raquel Sandrock, Roy Sandrock III regarding 3813 Ventura Dr., Chalmette, LA 70043; Ahsaki George-Scharpon regarding 4810 Longfellow Dr., New Orleans, LA 70127; Laverne Johnson regarding 1720 Watling Dr., Marrero, LA 70072 against Defendant Auto Club Family Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all

other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this  13th  day of     August    , 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge