

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JEAN ROBERT, et al. | CIVIL ACTION |
| VERSUS | DOCKET NO. 07-6162 c/w 05-4182 |
| ALLSTATE INSURANCE COMPANY | JUDGE DUVAL |
| | MAGISTRATE JUDGE WILKINSON |

Joint Status Report

Now come counsel for plaintiffs and defendant, who provide the court with a joint status report pursuant to the court's request. This matter is comprised of claims by eight sets of plaintiffs. All but one of the cases are settled or pending settlement per Road Home approval. A list of the cases settled or pending approval of a proposed settlement are:

1. Diane Bercy -- settled pending Road Home approval.
2. Nina Bankston -- settled pending Road Home approval.
3. Larry & Naomi Williams -- settled pending Road Home approval.
4. Rodney Lesene -- settled pending Road Home approval.
5. Kyle & Christine Smith -- settled.
6. Robert, Janine & Yolima Mejia -- settled pending Road Home approval.

-1-

7. Barbara Age – settled.

The case of Jean Robert is pending and set for an informal settlement conference on August 22, 2008 at plaintiff counsel's office. The seven settled cases were settled on or before counsel meet on July 25, 2008 for an informal settlement conference.

Respectfully submitted,

*Kristin J. Milano*

Kristin J. Milano
Nicaud, Sunseri & Fradella, L.L.C.
3000 18th Street
Metairie, LA 70002
Telephone: 504.837.1304
Fax: 504.833.2843
Counsel for plaintiffs

James L. Donovan, Jr.
Donovan & Lawler, APLC
4640 Rye Street
Metairie, LA 70006
Telephone: 504.454.6808
Fax: 504.887.5885
Counsel for defendant, Allstate Insurance Company