UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, <u>Robert</u>, 07-6162 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

In response to my previous order, Record Doc. No. 13765, counsel have submitted a joint settlement report (filed separately in the record) advising that the claims of all plaintiffs in the referenced <u>Robert</u> matter have settled, <u>except</u> the claims of one plaintiff, Jean Robert, which are set for an informal settlement conference on August 22, 2008. Accordingly,

**IT IS ORDERED** that a status/settlement conference is set before me by telephone on **August 28, 2008 at 3:00 p.m.** Counsel must telephone my office at 504-589-7630 at the assigned time. At that conference, counsel must report to me either (a) that all claims of the sole remaining plaintiff have settled or (b) the status of their settlement discussions, including the specific amounts of and reasons for each side's settlement proposal.

New Orleans, Louisiana, this __13th__ day of August, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE