UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> §<br>§ <br> PERTAINS TO: INSURANCE § <br> *Kiefer, et al. v. Allstate, et al.* 06-5370 § <br> As to Plaintiffs Gail and Leroy Melton only § <br> § | CIVIL ACTION <br> NO. 05-4182 (K)(2) <br> JUDGE DUVAL <br> MAG. WILKINSON |

## MOTION FOR LIMITED REOPENING
## OF CASE TO DISMISS CLAIMS OF GAIL AND LEROY MELTON

NOW INTO COURT, through undersigned counsel, comes plaintiffs Gail and Leroy Melton, who respectfully request that their claim against defendant Louisiana Citizens Property Insurance Corporation be dismissed from *Kiefer*, et al. *v. Allstate*, et al. as Gail and Leroy Melton do not wish to proceed to prosecute the claims made in the complaint. This Motion seeks the limited reopening of the *Kiefer* case to dismiss Gail and Leroy Melton's claim in the above named and captioned litigation. Accordingly, plaintiffs move this Court for an entry of an order to (1) reopen the *Kiefer, et al.* proceeding, No. 06-5370, with respect to Louisiana Citizens Property Insurance Corporation for the limited purpose of addressing this Motion, and (2) dismiss, and at each party's cost, all claims asserted by plaintiffs Gail and Leroy Melton against Louisiana Citizens Property Insurance

Corporation in the *Kiefer* complaint.

Defense counsel has been contacted and has advised of no problems or concerns with this dismissal of Gail and Leroy Melton's claims against Louisiana Citizens Property Insurance Corporation pending in the *Kiefer* complaint.

**WHEREFORE,** plaintiffs Gail and Leroy Melton request that this Court enter an order as set forth above.

Respectfully submitted,

/s/ Calvin C. Fayard, Jr.
Wanda J. Edwards, #27448
Calvin C. Fayard, Jr., #5486
Fayard and Honeycutt, APC
519 Florida Avenue, SW
Denham Springs, Louisiana 70726
Telephone: 225/664-4193

and

Peyton P. Murphy, #22125
7035 Jefferson Highway
Baton Rouge, LA 70806
(225) 928-8800

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in the captioned matter.

/s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr.