UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES §<br>CONSOLIDATED LITIGATION §<br>§<br>§<br>§<br>─────────────────────────────§<br>§<br>PERTAINS TO:    INSURANCE §<br>*Kiefer, et al. v. Allstate, et al.*   06-5370 §<br>As to Plaintiffs Gail and Leroy Melton only §<br>─────────────────────────────§ | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

**IT IS ORDERED** that the above entitled and numbered cause which is administratively stayed, be opened for the limited purposes expressed herein; and

**IT IS FURTHER ORDERED** that the above entitled and numbered cause be and it hereby is dismissed only as to plaintiffs Gail and Leroy Melton, and their claims against their insurer and defendant Louisiana Citizens Property Insurance Corporation, as to all demands, all parties to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
JUDGE