- 1 -

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: LEVEE/MRGO<br>*Bourgeois*, No. 06-5131<br>*Ferdinand*, No. 06-5132<br>*Christophe*, No. 06-5134<br>*Williams*, No. 06-5137<br>*Porter*, No. 06-5140 | CIVIL ACTION<br><br>NO. 05-4182<br>& Consol. Cases<br><br>SECTION "K" (2)<br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

### MEMORANDUM IN SUPPORT OF EX PARTE MOTION OF DEFENDANT, BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS, FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS

**MAY IT PLEASE THE COURT:**

The Board of Commissioners of the Port of New Orleans ("Dock Board") recently filed a Motion for Judgment on the Pleadings to dismiss the remaining claims against it contained in the five actions captioned above (Doc. 13670). In order to respond to the arguments contained in Plaintiffs' opposition memorandum (Rec. Doc. 14388), the Dock Board respectfully requests leave to file the accompanying Reply Memorandum in Support. This Reply Memorandum will not simply rehash the arguments contained in the Dock Board's original

motion, but rather will specifically address the Plaintiffs' contentions and hopefully further assist the Court in evaluating the merits of the Dock Board's motion.

        Respectfully submitted,

        DAIGLE FISSE & KESSENICH, PLC

        BY:   /s/ Kirk N. Aurandt
              J. FREDRICK KESSENICH (7354)
              JONATHAN H. SANDOZ (23928)
              MICHAEL W. MCMAHON (23987)
              JON A. VAN STEENIS (27122)
              KIRK N. AURANDT (25336)
              P. O. Box 5350
              Covington, Louisiana 70434-5350
              Telephone: 985/871-0800
              Facsimile:  985/871-0899
              Attorneys for Defendant, The Board of
              Commissioners of the Port of New
              Orleans

## **CERTIFICATE OF SERVICE**

    I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the Court's ECF system, this 13th day of August, 2008.

                            /s/ Kirk N. Aurandt
                            KIRK N. AURANDT