UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO: LEVEE/MRGO<br>*Bourgeois,* No. 06-5131<br>*Ferdinand,* No. 06-5132<br>*Christophe,* No. 06-5134<br>*Williams,* No. 06-5137<br>*Porter,* No. 06-5140 | CIVIL ACTION<br><br>NO. 05-4182<br>& Consol. Cases<br><br>SECTION "K" (2)<br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

### ORDER

Considering the foregoing ex parte motion filed on behalf of the Board of Commissioners of the Port of New Orleans,

**IT IS ORDERED** that the Board of Commissioners of the Port of New Orleans is hereby granted leave to file the accompanying Reply Memorandum in Support of Motion for Judgment on the Pleadings in the above-captioned actions.

New Orleans, Louisiana, this ___ day of _____, 2008.

```
                                    _____
                                    STANWOOD R. DUVAL, JR.
                                    UNITED STATES DISTRICT JUDGE
```

Respectfully submitted,

DAIGLE FISSE & KESSENICH, PLC

BY:   /s/ Kirk N. Aurandt
      J. FREDRICK KESSENICH (7354)
      JONATHAN H. SANDOZ (23928)
      MICHAEL W. MCMAHON (23987)
      JON A. VAN STEENIS (27122)
      KIRK N. AURANDT (25336)
      P. O. Box 5350
      Covington, Louisiana  70434-5350
      Telephone:  985/871-0800
      Facsimile:   985/871-0899
      Attorneys for Defendant, The Board of
      Commissioners of the Port of New
      Orleans

## **CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the Court's ECF system, this 13th day of August, 2008.

      /s/ Kirk N. Aurandt
      KIRK N. AURANDT