UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Debra McClain regarding 9944 Grant St., New Orleans, LA 70127; Evelyn Adams, Chrisell Adams regarding 11210 Whiteside Rd., New Orleans, LA 70128; Chantelle Rohr, Christopher C. Rohr regarding 1012 Cougar Dr., Arabi, LA 70032; Geraldine Harrell regarding 4801 Redwood St., New Orleans, LA 70127; Raymond Johnson regarding 5405 Provinial, New Orleans, LA 70129; Richard Bailey, Wilma J. Bailey regarding 5540 Holley Ln, New Orleans, LA 70126; Kenneth Mora regarding 3817 Gallo Dr., Chalmette, LA 70043; John Wawak regarding 2100 Volpe Dr., Chalmette, LA 70043; Judy Ansardi regarding 313 Ocelot Dr., Arabi, LA 70032; Cynthia Benfatti regarding 7714 Hickman Ave., New Orleans, LA 70127; John Tedford, Ada Tedford regarding 4727 Bundy Rd., New Orleans, LA 70127; Shelly Randazzo, Bryan Randazzo regarding 3912 Mumphrey Rd., Chalmette, LA 70043 |

**UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE**

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Debra McClain regarding 9944 Grant St., New Orleans, LA 70127; Evelyn Adams, Chrisell Adams regarding 11210 Whiteside Rd., New Orleans, LA 70128; Chantelle Rohr, Christopher C. Rohr regarding 1012 Cougar Dr., Arabi, LA 70032; Geraldine Harrell regarding 4801 Redwood St., New Orleans, LA 70127; Raymond Johnson regarding 5405 Provinial, New Orleans, LA 70129; Richard Bailey,

Wilma J. Bailey regarding 5540 Holley Ln, New Orleans, LA 70126; Kenneth Mora regarding 3817 Gallo Dr., Chalmette, LA 70043; John Wawak regarding 2100 Volpe Dr., Chalmette, LA 70043; Judy Ansardi regarding 313 Ocelot Dr., Arabi, LA 70032; Cynthia Benfatti regarding 7714 Hickman Ave., New Orleans, LA 70127; John Tedford, Ada Tedford regarding 4727 Bundy Rd., New Orleans, LA 70127; Shelly Randazzo, Bryan Randazzo regarding 3912 Mumphrey Rd., Chalmette, LA 70043, who wish to voluntarily dismiss the claims against Defendant(s) Metropolitan Casulty Insurance Company, Metropolitan General Insurance Company and Metropolitan Property and Casulty Insurance Company in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:


BY: /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 581-1493


**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 14th day of August, 2008.


/s/ Joseph M. Bruno
Joseph M. Bruno