UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO:<br>Insurance | MAGISTRATE (2) |
| No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Bridgett Moore, Ava Mends regarding 2021 Betty Blvd, Marrero, LA 70072; James Dennis, Mildred Dennis regarding 248 Chad B. Baker St., Reserve, LA 70084; Rita Mae Johnson regarding 506 N.W. 2nd St., Reserve, LA 70084; Viola Cook regarding 184 E. 22nd St., Reserve, LA 70084; Cynthia Landry regarding 2304 & 2306 Milan St., New Orleans, LA 70115** |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Bridgett Moore, Ava Mends regarding 2021 Betty Blvd, Marrero, LA 70072; James Dennis, Mildred Dennis regarding 248 Chad B. Baker St., Reserve, LA 70084; Rita Mae Johnson regarding 506 N.W. 2nd St., Reserve, LA 70084; Viola Cook regarding 184 E. 22nd St., Reserve, LA 70084; Cynthia Landry regarding 2304 & 2306 Milan St., New Orleans, LA 70115, who wish to voluntarily dismiss the claims against Defendant(s) Union National Fire Insurance Company in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, with

prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY:   /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 14th day of August, 2008.

  /s/ Joseph M. Bruno
Joseph M. Bruno