UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, <u>Rico</u>, 06-4636 | JUDGE DUVAL<br>MAG. WILKINSON |

## **ORDER**

A status conference by telephone will be conducted by the undersigned magistrate judge in the referenced <u>Rico</u> case on **August 25, 2008 at 2:00 p.m.** Kristi Post, counsel for plaintiffs, and Steven Lozes, counsel for defendant, are ordered to participate in the conference by contacting my chambers at 504-589-7630 at the assigned time.

New Orleans, Louisiana, this __14th__ day of August, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE