UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES　　　　　　CIVIL ACTION
CONSOLIDATED LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　NO. 05-4182 "K"(2)

PERTAINS TO:  INSURANCE　　　　　　　　　JUDGE DUVAL
　　　　　　　Hurricane Legal Center　　　　　MAG. WILKINSON
　　　　　　　Mass Joinder Cases

　　　　Alexander 07-4455
　　　　Alexander 07-5768
　　　　Call 07-5769
　　　　Ansardi 07-5767
　　　　Aucoin 07-4458
　　　　Anderson 07-6737
　　　　Adams 07-5206
　　　　Adams 07-4459
　　　　Aguda 07-4457
　　　　Allen-Perkins 07-5204
　　　　Abram 07-5205
　　　　Acevedo 07-5208
　　　　Acevedo 07-5199

## ORDER

**IT IS ORDERED** that a status conference will be conducted by the undersigned magistrate judge in the referenced Hurricane Legal Center ("HLC") "Insurance-Mass Joinder" cases on **September 2, 2008 at 2:00 p.m.** The purpose of the conference is to determine and plan, if appropriate, how further proceedings in these cases may be conducted. HLC plaintiffs' counsel, Defense Liaison Counsel, counsel for State Farm and

counsel for Allstate must attend the conference in person.  Counsel for other defendants may but are not required to attend the conference in person.

**IT IS FURTHER ORDERED** that, no later than August 27, 2008, HLC plaintiffs' counsel must provide me with a written, plaintiff-by-plaintiff report identifying the appropriate defendant as to each plaintiff's claim and briefly summarizing the status of settlement efforts as to each plaintiff's claim.

New Orleans, Louisiana, this ___14th___ day of August, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**