UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Barbara Lombard regarding 4416 Wellington Avenue, New Orleans, LA 70122; Lawrence Uhde, Alice Uhde regarding 4030 Vendome Pl., New Orleans, LA 70125; Lawrence Uhde, Alice Uhde regarding 3630 Nashville Ave., New Orleans, LA 70125; Lawrence Uhde, Alice Uhde regarding 814 & 816 Wilson Dr., New Orleans, LA 70119; Lawrence Uhde, Alice Uhde regarding 4763 & 4765 Demontluzin, New Orleans, LA 70122; Lawrence Uhde, Alice Uhde regarding 2626 & 2628 Acacia St., New Orleans, LA 70122; Warren Dolese, Alice D. Dolese regarding 6868 & 6870 Argonne Blvd., New Orleans, LA 70124; Warren Dolese regarding 959 Harrison Ave., New Orleans, LA 70124; Charles Thomas regarding 6309 Debore Dr., New Orleans, LA 70126 |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Barbara Lombard regarding 4416 Wellington Avenue, New Orleans, LA 70122; Lawrence Uhde, Alice Uhde regarding 4030 Vendome Pl., New Orleans, LA 70125; Lawrence Uhde, Alice Uhde regarding 3630 Nashville Ave., New Orleans, LA 70125; Lawrence Uhde, Alice Uhde regarding 814 & 816 Wilson Dr., New Orleans, LA

70119; Lawrence Uhde, Alice Uhde regarding 4763 & 4765 Demontluzin, New Orleans, LA 70122; Lawrence Uhde, Alice Uhde regarding 2626 & 2628 Acacia St., New Orleans, LA 70122; Warren Dolese, Alice D. Dolese regarding 6868 & 6870 Argonne Blvd., New Orleans, LA 70124; Warren Dolese regarding 959 Harrison Ave., New Orleans, LA 70124; Charles Thomas regarding 6309 Debore Dr., New Orleans, LA 70126 against Defendants Encompass Indemnity Company, Encompass Insurance Company of America and Encompass Property and Casualty Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 14th day of August, 2008.

_____
United States District Judge