# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Phyllis Gioe regarding 2317 Lloyds Ave., Chalmette, LA 70043; Cedric Harrison regarding 6719 E. Hermes St., New Orleans, LA 70126; Jennifer Favalora, Bryan Favalora regarding 2800 Palmisano Blvd, Chalmette, LA 70043 |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

IT IS ORDERED, that the motion be and is hereby GRANTED, and that the claims of Plaintiffs Phyllis Gioe regarding 2317 Lloyds Ave., Chalmette, LA 70043; Cedric Harrison regarding 6719 E. Hermes St., New Orleans, LA 70126; Jennifer Favalora, Bryan Favalora regarding 2800 Palmisano Blvd, Chalmette, LA 70043 against Defendants Louisiana Farm Bureau Casualty Insurance Company and Louisiana Farm Bureau Mutual Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 14th day of August, 2008.

Stanwood R. Duval, Jr.
United States District Judge