UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182** |
| | **SECTION "K"** |
| **THIS DOCUMENT RELATES TO:** Insurance | **MAGISTRATE (2)** |
| **No. 07-5112,** *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Dorothy Washington regarding 1607 Jourdan Ave., New Orleans, LA 70117; Raymond Fernandes regarding 13624 N. Cavalier, New Orleans, LA 70129** |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Dorothy Washington regarding 1607 Jourdan Ave., New Orleans, LA 70117; Raymond Fernandes regarding 13624 N. Cavalier, New Orleans, LA 70129 against Defendants Kemper Auto & Home and Unitrin Preferred Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 14th day of August, 2008.

_____
United States District Judge