UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON 07-6247 |
| PERTAINS TO: INSURANCE | * | |
| FILED IN: 07-6247 "K" (2) | * | |
| LUZITA M. DAVIS<br>    Plaintiff, | * * | |
| VERSUS | * | |
| STATE FARM FIRE AND CASUALTY COMPANY<br>    Defendants. | * * * | |

* * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Joint Motion to Dismiss,

**IT IS ORDERED, ADJUDGED AND DECREED** that the above and foregoing matter has been settled and comprised as to all parties and is hereby dismissed with prejudice each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 14th day of August, 2008.

                                                JUDGE
                                                UNITED STATES DISTRICT COURT

1

Our File No.: 895-0722