# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GLORIA THERIOT AND JUDY JUNOT | * | CIVIL ACTION 07-4396 |
| | * | |
| VERSUS | * | JUDGE |
| | * | SECTION "K" |
| STATE FARM FIRE AND CASUALTY COMPANY | * | MAGISTRATE 2 |

## ORDER

Considering the foregoing Motion to Enroll Additional Counsel and Designate Trial Attorney;

**IT IS ORDERED** that Donna Bramlett Wood is hereby enrolled as additional counsel and designated Trial Attorney for State Farm Fire and Casualty Company and State Farm General Insurance Company in the above-captioned matter.

New Orleans, Louisiana this _____ day of August, 2008.

_____
**UNITED STATE DISTRICT JUDGE**