UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GEORGE A. JUNOT AND | * | CASE NO. 07-4395 |
| JUDY JUNOT | * | |
| | * | |
| VS. | * | SECTION "K" |
| | * | |
| STATE FARM FIRE AND | * | MAGISTRATE "2" |
| CASUALTY INSURANCE COMPANY | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### O R D E R

Considering the foregoing Motion to Enroll Additional Counsel and Designate Trial Attorney;

**IT IS ORDERED** that Donna Bramlett Wood is hereby enrolled as additional counsel and designated Trial Attorney for State Farm Fire and Casualty Company and State Farm General Insurance Company in the above-captioned matter.

New Orleans, Louisiana this _____ day of August, 2008.

_____
**UNITED STATE DISTRICT JUDGE**