UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO: INSURANCE<br><br>FILED IN: 08-00039 "K" (2)<br><br>ROLAND A. LANDRY AND DOROTHY LANDRY<br>    Plaintiff, | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br>NO.: 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
|---|---|---|
| VERSUS | *<br>* | |
| STATE FARM FIRE AND CASUALTY COMPANY AND STATE FARM INSURANCE COMPANIES<br>    Defendants. | *<br>*<br>*<br>* | |

## MOTION TO COMPEL RESPONSES TO DISCOVERY

**NOW INTO COURT**, through undersigned counsel, comes State Farm Fire & Casualty Company, and for the purpose of this Motion, respectfully represent:

1.

On or about February 23, 2008, Mover herein propounded Interrogatories and Request for Production of Documents to plaintiffs, Roland Landry and Dorothy Landry, through their

1

attorney of record, N. Frank Elliot, all of which is more fully set out in the Memorandum in Support of this motion and exhibits annexed thereto.

2.

The Interrogatories and Request for Production of Documents have not been answered and those answers are necessary to the defense of the above matter.

3.

Despite repeated verbal and written requests for answers to the Interrogatories and Request for Production of Documents, no response has been forthcoming.

4.

On May 21, 2008, undersigned counsel contacted plaintiff's counsel, N. Frank Elliot and Chad Collings, via telephone and discussed the outstanding discovery responses, during which plaintiff's counsel advised he would send the discovery. Again on June 19, 2008, undersigned counsel contacted plaintiff's counsel, Chad Collings, to discuss the status of plaintiff provided discovery responses. On July 31, 2008, another telephone conference was held between undersigned counsel and plaintiff's counsel, Chad Collings, to discuss the outstanding discovery responses. The Rule 37 conference has taken place and the matter was not resolved, all of which is more fully set out in the Memorandum in Support of this motion and exhibits annexed thereto.

5.

Accordingly, Mover is required to file this Motion to Compel Responses to Discovery and is therefore entitled to attorney's fees and costs made necessary by the prosecution of this rule and any other sanctions that may be deemed appropriate by this Honorable Court.

**WHEREFORE,** your Mover, State Farm Fire & Casualty Company, prays that plaintiffs, Roland Landry and Dorothy Landry, be ordered to appear and show cause as to why

they should not be compelled to answer the Interrogatories and Request for Production of Documents previously propounded to them, and why Mover herein should not be granted attorney's fees and costs for having to bring this Motion, for any other sanctions that may be deemed appropriate by this Honorable Court, and for all general and equitable relief.

Respectfully submitted,

**s/James R. Nieset, Jr.**
**James R. Nieset, Jr. (Bar No. 24856**
Porteous, Hainkel & Johnson
704 Carondelet Street
New Orleans, LA  70130-3774
Telephone:  (504) 581-3838

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 14th day of August, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Chad Collings

The following have been served a copy of the foregoing pleading on counsel via United States mail, properly addressed and first class postage prepaid:

N/A

/s/ James R. Nieset, Jr.
JAMES R. NIESET, JR., ESQ. (#24856)