UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO: INSURANCE<br><br>FILED IN: 08-00039 "K" (2)<br><br>ROLAND A. LANDRY AND DOROTHY LANDRY<br>     Plaintiff, | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br>NO.: 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| VERSUS | *<br>* | |
| STATE FARM FIRE AND CASUALTY COMPANY AND STATE FARM INSURANCE COMPANIES<br>     Defendants. | *<br>*<br>*<br>* | |

## O R D E R

**CONSIDERING** the above and foregoing,

**IT IS ORDERED** that Roland Landry and Dorothy Landry appear and show cause on the 3rd day of **September, 2008**, at **11 o'clock a.m.**, as to why they should not be compelled to answer the Interrogatories and Request for Production of Documents previously propounded to

4

they, and why the should not be cast for attorney's fees and costs in having to bring this Motion.

**NEW ORLEANS, LOUISIANA,** this _____ day of _____, 2008.

_____
**JUDGE**

5