# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION**<br><br>**PERTAINS TO: INSURANCE**<br><br>**FILED IN: 08-00039 "K" (2)**<br><br>**ROLAND A. LANDRY AND DOROTHY LANDRY**<br>       **Plaintiff,** | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | **CIVIL ACTION**<br>**NO.: 05-4182 "K" (2)**<br>**JUDGE DUVAL**<br>**MAG. WILKINSON** |
| **VERSUS** | *<br>* | |
| **STATE FARM FIRE AND CASUALTY COMPANY AND STATE FARM INSURANCE COMPANIES**<br>       **Defendants.** | *<br>*<br>*<br>* | |

## MEMORANDUM IN SUPPORT OF
## MOTION AND ORDER TO COMPEL RESPONSES TO DISCOVERY

MAY IT PLEASE THE COURT:

Counsel for STATE FARM FIRE AND CASUALTY COMPANY propounded

interrogatories and request for production of documents to the plaintiffs, Roland Landry and

Dorothy Landry, through their attorney, N. Frank Elliot on February 23, 2008.  As provided by

Rule 33 Sec. b(3) of the Federal Rules of Civil Procedure the answers to written interrogatories

6

and requests for production of documents must be served upon the party submitting the discovery pleadings within 30 days after service of same.

On May 21, 2008, undersigned counsel contacted plaintiff's counsel, N. Frank Elliot and Chad Collings, via telephone and discussed the outstanding discovery responses, during which plaintiff's counsel advised he would send the discovery. Again on June 19, 2008, undersigned counsel contacted plaintiff's counsel, Chad Collings, to discuss the status of plaintiff provided discovery responses. On July 31, 2008, another telephone conference was held between undersigned counsel and plaintiff's counsel, Chad Collings, to discuss the outstanding discovery responses. The Rule 37 conference has taken place and the matter was not resolved, all of which is more fully set out in the Memorandum in Support of this motion and exhibits annexed thereto.

As the record will reflect, no objection to defendant's interrogatories and request for production of documents has been filed, and the time for answering the discovery pleadings has expired.  Further, the plaintiff has failed to respond to mover's interrogatories and request for production of documents.

Therefore, in accordance with Rule 33(b) (5) of the Federal Rules of Civil Procedure, the mover, STATE FARM FIRE AND CASUALTY COMPANY, is entitled to an order compelling the plaintiff to answer the interrogatories and respond to the request for production of documents by a specific date, and further, the mover is entitled to an award of attorney's fees and expenses incurred in connection with the bringing of this motion.

Respectfully submitted,

**s/James R. Nieset, Jr.**
**James R. Nieset, Jr. (Bar No. 24856**
Porteous, Hainkel & Johnson
704 Carondelet Street
New Orleans, LA  70130-3774
Telephone:  (504) 581-3838

7

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 14th day of August, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Chad Collings


The following have been served a copy of the foregoing pleading on counsel via United States mail, properly addressed and first class postage prepaid:

N/A


/s/ James R. Nieset, Jr.
JAMES R. NIESET, JR., ESQ. (#24856)