UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO: INSURANCE<br><br>FILED IN: 08-00039 "K" (2)<br><br>ROLAND A. LANDRY AND DOROTHY LANDRY<br>    Plaintiff, | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br>NO.: 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| VERSUS | *<br>* | |
| STATE FARM FIRE AND CASUALTY COMPANY AND STATE FARM INSURANCE COMPANIES<br>    Defendants. | *<br>*<br>*<br>* | |

## RULE 37.1 CERTIFICATE

I, James R. Nieset, Jr., hereby certify that pursuant to the requirements of Rule 37.1 of the Uniform District Court Rules, I spoke to counsel for plaintiff on May 21, 2008, June 19, 2008 and July 31, 2008 in an attempt to amicably resolve the issues raised by this Motion to Compel, and to date have been unable to obtain discovery responses from plaintiffs, Roland Landry and Dorothy Landry, and, as of the date of this filing, no discovery responses have been provided for or on behalf of Roland Landry and Dorothy Landry.

9

Respectfully submitted,

**s/James R. Nieset, Jr.**
**James R. Nieset, Jr. (Bar No. 24856**
Porteous, Hainkel & Johnson
704 Carondelet Street
New Orleans, LA  70130-3774
Telephone:  (504) 581-3838

### CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 14th day of August, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Chad Collings


The following have been served a copy of the foregoing pleading on counsel via United States mail, properly addressed and first class postage prepaid:

N/A

/s/ James R. Nieset, Jr.
JAMES R. NIESET, JR., ESQ. (#24856)

10