UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO: INSURANCE<br><br>FILED IN: 08-00039 "K" (2)<br><br>ROLAND A. LANDRY AND DOROTHY LANDRY<br>    Plaintiff, | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br>NO.: 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| VERSUS | *<br>* | |
| STATE FARM FIRE AND CASUALTY COMPANY AND STATE FARM INSURANCE COMPANIES<br>    Defendants. | *<br>*<br>*<br>* | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE That Defendant, State Farm Fire and Casualty Company, will bring its Motion to Compel before the Honorable Judge Joseph C. Wilkinson, Jr., Magistrate for the United States Eastern District of Louisiana, at 500 Poydras Street, New Orleans, Louisiana on the 3rd day of September , 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard.

11

Respectfully submitted,

**s/James R. Nieset, Jr.**
**James R. Nieset, Jr. (Bar No. 24856**
Porteous, Hainkel & Johnson
704 Carondelet Street
New Orleans, LA 70130-3774
Telephone: (504) 581-3838

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 14th day of August, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Chad Collings

The following have been served a copy of the foregoing pleading on counsel via United States mail, properly addressed and first class postage prepaid:

N/A

/s/ James R. Nieset, Jr.
JAMES R. NIESET, JR., ESQ. (#24856)

12