## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION NO. 05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | |
| | * | **SECTION "K" JUDGE DUVAL** |
| **PERTAINS TO: SEVERED MASS** | * | |
| **JOINDER CASES** | * | |
| | * | **MAG. (2) MAG. WILKINSON** |
| **SEVERED FROM: AARON, 06-4746** | * | |
| | * | |
| **CLARA and MALCOM BROOKS** | * | **CIVIL ACTION NO. 07-1884** |
| | * | |
| **VERSUS** | * | |
| | * | **SECTION "K" (2)** |
| **STATE FARM FIRE & CASUALTY** | * | |
| **COMPANY** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>RULE 41 (a)(1)(i) STIPULATION OF DISMISSAL</u>

**NOW INTO COURT**, through undersigned counsel, come the Plaintiffs, Clara and Malcom Brooks, who have stipulated that there is no cause of action against State Farm Fire and Casualty Company as stated in the Plaintiffs' Complaint and Amended Complaint.  Therefore, Plaintiffs, Clara and Malcom Brooks, respectfully requests that this Honorable Court dismiss State Farm Fire and Casualty Company from this action, without prejudice, each party to bear its own cost.

*See signature line on following page*

Respectfully submitted,

**JIM S. HALL & ASSOCIATES**


s/Jim S. Hall
**JIM S. HALL, (Bar No.: 21644)**
**JOSEPH W. RAUSCH (Bar No.: 11394)**
800 N. Causeway Blvd., Suite #100
Metairie, Louisiana 70001
Telephone: (504) 832-3000
Facsimile: (504) 832-1799
*Counsel for Plaintiffs, Clara and Malcom Brooks*


## CERTIFICATE OF SERVICE

I hereby certify on this 15th day of August, 2008, a copy of the foregoing Rule 41 (a)(1)(i) Stipulation of Dismissal was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.


s/Jim S. Hall
JIM S. HALL