## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * | **CIVIL ACTION NO. 05-4182** |
| | * | |
| | * | |
| | * | **SECTION "K" JUDGE DUVAL** |
| **PERTAINS TO: SEVERED MASS JOINDER CASES** | * | |
| | * | |
| **SEVERED FROM: AARON, 06-4746** | * | |
| | * | **MAG. (2) MAG. WILKINSON** |
| **ODLIE L. HARRIS** | * | |
| | * | |
| **VERSUS** | * | **CIVIL ACTION NO. 07-1945** |
| | * | |
| **STATE FARM FIRE & CASUALTY COMPANY** | * | **SECTION "K" (2)** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>ORDER</u>

**CONSIDERING** the foregoing,

**IT IS ORDERED** that the Plaintiff's Rule 41(a)(1)(i) Stipulation of Dismissal is **GRANTED** and that Defendant, State Farm Fire and Casualty Company, be dismissed from this action, without prejudice, each party to bear its own cost.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
JUDGE