UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>* | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" JUDGE DUVAL |
| PERTAINS TO: SEVERED MASS<br>JOINDER CASES | *<br>* | |
| | * | MAG. (2) MAG. WILKINSON |
| SEVERED FROM: AARON, 06-4746 | *<br>* | |
| LARRY D. CASTON, SR. and<br>MILDRED NEWTON | *<br>* | CIVIL ACTION NO. 07-1890 |
| | * | |
| VERSUS | * | |
| | * | SECTION "K" (2) |
| STATE FARM FIRE & CASUALTY<br>COMPANY | *<br>* | |
| * * * * * * * * * * * * * * * * | | |

### RULE 41 (a)(1)(i) STIPULATION OF DISMISSAL

**NOW INTO COURT**, through undersigned counsel, come the Plaintiffs, Larry D. Caston, Sr. and Mildred Newton, who have stipulated that there is no cause of action against State Farm Fire and Casualty Company as stated in the Plaintiffs' Complaint and Amended Complaint. Therefore, Plaintiffs, Larry D. Caston, Sr. and Mildred Newton, respectfully requests that this Honorable Court dismiss State Farm Fire and Casualty Company from this action, without prejudice, each party to bear its own cost.

*See signature line on following page*

Respectfully submitted,

**JIM S. HALL & ASSOCIATES**


<u>s/Jim S. Hall</u>
**JIM S. HALL, (Bar No.: 21644)**
**JOSEPH W. RAUSCH (Bar No.: 11394)**
800 N. Causeway Blvd., Suite #100
Metairie, Louisiana 70001
Telephone: (504) 832-3000
Facsimile: (504) 832-1799
*Counsel for Plaintiffs, Larry D. Caston, Sr. and Mildred Newton*


**CERTIFICATE OF SERVICE**

I hereby certify on this 15th day of August, 2008, a copy of the foregoing Rule 41 (a)(1)(i) Stipulation of Dismissal was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.


<u>s/Jim S. Hall</u>
JIM S. HALL