MINUTE ENTRY
DUVAL, J.
AUGUST 8, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                            CIVIL ACTION
CONSOLIDATED LITIGATION

PERTAINS TO: INSURANCE                                  NO. 05-4182
 (HURRICANE LEGAL CENTER CASES-MASS JOINDER)
                                                        SECTION "K"(2)

(ACEVEDO I) 07-5199
(ABRAM) 07-5205
(AGUDA) 07-4457
(ANDERSON) 07-6737

MOTION to Vacate (Acevedo I, Abrams), doc. 12856
MOTION for Appeal of Denial of Leave to Amend (Aguda, Anderson Acevedo & Abram), doc. 12857

CASE MANAGER: SHEENA DEMAS
COURT REPORTER: JODI SIMCOX

APPEARANCES: See the attached list.

Court begins at 10:29 a.m.
Case called; all present and ready.
Oral argument by parties.
These matters are DENIED, for the oral reasons stated on the record.
Court adjourned at 12:10 p.m.

JS-10 (1:41)

# Sign IN Sheet
# Daily Calendar Report of 08/08/2008

## U. S. District Court - - Eastern District of Louisiana

**Judge: Duval, Stanwood R., Jr**

| Time | Case | Doc | Description |
|---|---|---|---|
| 10:00 AM | 2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation | 12856 | Motion Hearing RE: Doc #14147;Order Setting/Resetting Hearing on Motion; doc 12856 INS (07-5199, 07-5205): MTN to Vacate and to Dismiss Order Granting State Farm's Mtn to Dismiss and For Leave to Amend Complaints by R Acevedo, D Acevedo, A Abram, C Abram - ORAL ARGUMENT |
| | 2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation | 12857 | Motion Hearing RE: Doc #14147;Order Setting/Resetting Hearing on Motion; doc 12857 INS (07-4457, 07-6737, 07-5199, 07-5205): MTN for APPEAL OF MAGISTRATE JUDGE DECISION to District Court Denying Mtn for Leave to Amend - ORAL ARGUMENT |
| | 2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation | 13631 | Motion Hearing RE: Doc #14147;Order Setting/Resetting Hearing on Motion; doc 13631 INS (Chehardy): MTN for Reconsideration re 13521 Order - ORAL ARGUMENT |
| | 2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation *(withdrawn)* | 13688 | Motion Hearing RE: Doc #14147;Order Setting/Resetting Hearing on Motion; doc 13688 ALL INS: MTN for Entry of the Organization and Compensation of Common Benefit Plaintiffs Attorneys Case Management Order by Plaintiffs Liaison Counsel - ORAL ARGUMENT. |

**Report Selection Criteria**

**Judges** Duval, Stanwood R., Jr

1. John Ellison - Chehardy Plaintiffs
2. Matt Schultz, Levin Papantonio - Πs
3. Stuart Barasch - Hurricane Legal Ctr.
4. Wayne J. Lee - State Farm Fire & Casualty Company
5. Ernest Svenson - Hurricane legal center
6. Al Robert Jr. - "      "
7. Richard Fenton - Allstate
8. Charles Chassaignac - State Farm/liaison
9. Martin R. Sadler - Hartford entities, USAA

10. SALVADOR BROCATO - π's
11. Calvin Fazande π's
12. Frank Elliot π's
13. Frank Dudenhefer π's
14. Wanda Edwards π's
15. Ralph Hubbard - Defendant Liaison
16. Joseph Bruno π Liaison
17. HOWARD KAPLAN  LAFAYETTE INS. Co.
18. Dale M Jacobs  RF. (Levee)
19. Seth A. Schmeeckle Δ Liaison
20. Robert I. Siegel - Lexington Ins. Co.
21. Laurent Demosthenidy LA Citizens PIC
22. Maryann Hoskins - National Security, Omega One