UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE<br>         Mass Joinder Cases | JUDGE DUVAL<br>MAG. WILKINSON |

<u>Abadie</u>  06-5164
<u>Abadie</u>  07-5112
<u>Aaron</u>  06-4746
<u>Aguilar</u> 07-4852

## <u>ORDER</u>

**IT IS ORDERED** that a status conference will be conducted by the undersigned magistrate judge in the referenced "Insurance-Mass Joinder" cases on **August 27, 2008 at 2:00 p.m.**  The purpose of the conference is to determine and plan, if appropriate, how further proceedings in plaintiff's cases against <u>only</u> defendant Lafayette Insurance Co. may be conducted.  Plaintiffs' counsel and Howard Kaplan, counsel for Lafayette Insurance Co., must attend the conference in person.  Counsel for other defendants may but are not required to attend the conference.

**IT IS FURTHER ORDERED** that, no later than **August 25, 2008**, plaintiffs' counsel in both referenced <u>Abadie</u> cases must provide me with a list of plaintiffs named in both <u>Abadie</u> cases who are asserting claims against Lafayette Insurance Co. only.[1]

New Orleans, Louisiana, this   15th   day of August, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

---

[1] Plaintiffs' counsel in <u>Aaron</u> and <u>Aguilar</u> have already provided me with these lists and need not do so again at this time.

- 2 -