UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION               NO. 05-4182
                                      SECTION "K" (2)

*severed from Abadie*, 06-5164

EDMOND WOODFORK,                      CIVIL ACTION
              Plaintiff              No. 07-2264
                                      SECTION "K" (2)
VS.

STATE FARM FIRE AND CASUALTY
COMPANY,
              Defendant
*********************************************************************

<u>JOINT MOTION TO DISMISS WITH PREJUDICE</u>

Defendant, State Farm Fire and Casualty Company (hereinafter "State Farm"), through

undersigned counsel, has entered into a settlement agreement with plaintiff, Edmond Woodfork.

Therefore, plaintiff, Edmond Woodfork, hereby respectfully moves this Honorable Court to

dismiss, with prejudice, any and all claims asserted herein.

WHEREFORE, all claims asserted herein by the plaintiff, Edmond Woodfork, shall be

and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

{N0065200}

Respectfully submitted,

/s/ David A. Strauss
DAVID A. STRAUSS, #24665
LINDSAY A. LARSON, III, #8053
CHRISTIAN A. GARBETT, #26293
ADAM P. MASSEY, #29330
SARAH S. MONSOUR, #30957
KING, KREBS & JURGENS, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile: (504) 582-1233
Attorneys for State Farm Fire and
Casualty Company
dstrauss@kingkrebs.com
llarson@kingkrebs.com
cgarbett@kingkrebs.com
amassey@kingkrebs.com
smonsour@kingkrebs.com

/s/ Joseph M. Bruno
Joseph M. Bruno, #3604
L. Scott Joanen, #21431
The Law Office of Joseph M. Bruno
855 Baronne Street, Third Floor
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
jbruno@jbrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on _____, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following: Joseph M. Bruno and L. Scott Joanen.

s/ David A. Strauss_____

{N0065200}