UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE, <u>Ancar</u>, 07-4853 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

**IT IS ORDERED** that a status conference will be conducted by the undersigned magistrate judge in the referenced <u>Ancar</u> case on **August 26, 2008 at 10:30 a.m.**  The purpose of the conference is to determine and plan, if appropriate, how further proceedings in this case may be conducted.  Plaintiffs' counsel, Joseph Rausch, and Charles Chassaignac, counsel for State Farm, the only defendant in this case, must participate in the conference by contacting my chambers at 504-589-7630 at the assigned. time.

**IT IS FURTHER ORDERED** that, no later than **August 25, 2008 at noon**, plaintiffs' counsel must provide me with a written, plaintiff-by-plaintiff report briefly summarizing the status of settlement efforts as to each plaintiff's claim.

New Orleans, Louisiana, this ___15th___ day of August, 2008.

**CLERK TO NOTIFY:**                    JOSEPH C. WILKINSON, JR.
**HON. STANWOOD R. DUVAL, JR.**    UNITED STATES MAGISTRATE JUDGE