PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 700 | FMA-700-000000001 | FMA-700-000000166 | Federal Emergency Management Agency | Paul Huang | KC887 | 8/15/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 701 | FMA-701-000000001 | FMA-701-000000140 | Federal Emergency Management Agency | Paul Huang | KC887 | 8/15/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 702 | FMA-702-000000001 | FMA-702-000000057 | Federal Emergency Management Agency | Paul Huang | KC887 | 8/15/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 703 | FMA-703-000000001 | FMA-703-000000876 | Federal Emergency Management Agency | Paul Huang | KC887 | 8/15/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 704 | FMA-704-000000001 | FMA-704-000000038 | Federal Emergency Management Agency | Paul Huang | KC887 | 8/15/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 709 | FMA-709-000000001 | FMA-709-000000006 | Federal Emergency Management Agency | Paul Huang | KC887 | 8/15/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 721 | FMA-721-000000001 | FMA-721-000000145 | Federal Emergency Management Agency | Paul Huang | KC887 | 8/15/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 734 | FMA-734-000000001 | FMA-734-000000141 | Federal Emergency Management Agency | Paul Huang | KC887 | 8/15/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 750 | FMA-750-000000001 | FMA-750-000000122 | Federal Emergency Management Agency | Paul Huang | KC887 | 8/15/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for St Bernard and Jefferson Parish, LA |
| FMA | 754 | FMA-754-000000001 | FMA-754-000000001 | Federal Emergency Management Agency | Paul Huang | KC887 | 8/15/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for St Bernard and Jefferson Parish, LA |
| FMA | 755 | FMA-755-000000001 | FMA-755-000000003 | Federal Emergency Management Agency | Paul Huang | KC887 | 8/15/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for St Bernard and Jefferson Parish, LA |
| FMA | 756 | FMA-756-000000001 | FMA-756-000000003 | Federal Emergency Management Agency | Paul Huang | KC887 | 8/15/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for St Bernard and Jefferson Parish, LA |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 759 | FMA-759-000000001 | FMA-759-000000015 | Federal Emergency Management Agency | Paul Huang | KC887 | 8/15/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for St Bernard and Jefferson Parish, LA |
| FMA | 769 | FMA-769-000000001 | FMA-769-000001227 | Federal Emergency Management Agency | Paul Huang | KC887 | 8/15/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 770 | FMA-770-000000001 | FMA-770-000000851 | Federal Emergency Management Agency | Paul Huang | KC887 | 8/15/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 778 | FMA-778-000000001 | FMA-778-000000667 | Federal Emergency Management Agency | Paul Huang | KC887 | 8/15/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 779 | FMA-779-000000001 | FMA-779-000000750 | Federal Emergency Management Agency | Paul Huang | KC887 | 8/15/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 792 | FMA-792-000000001 | FMA-792-000000278 | Federal Emergency Management Agency | Paul Huang | KC887 | 8/15/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 811 | FMA-811-000000001 | FMA-811-000000056 | Federal Emergency Management Agency | Paul Huang | KC887 | 8/15/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 818 | FMA-818-000000001 | FMA-818-000000624 | Federal Emergency Management Agency | Paul Huang | KC887 | 8/15/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 790 | FMA-790-000000001 | FMA-790-000000828 | Federal Emergency Management Agency | Paul Huang | KC888 | 8/15/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 797 | FMA-797-000000001 | FMA-797-000001022 | Federal Emergency Management Agency | Paul Huang | KC888 | 8/15/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 800 | FMA-800-000000001 | FMA-800-000000048 | Federal Emergency Management Agency | Paul Huang | KC888 | 8/15/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 802 | FMA-802-000000001 | FMA-802-000000092 | Federal Emergency Management Agency | Paul Huang | KC888 | 8/15/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |

Case 2:05-cv-04182-SRD-JCW   Document 14490-1   Filed 08/15/08   Page 5 of 7

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EPA | 001 | EPA-001-000000001 | EPA-001-000000827 | United States Environmental Protection Agency; Water Quality Protection Division | Barbara Keeler | KC889 | 8/15/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Region 6 documents related to MRGO |
| EPA | 002 | EPA-002-000000001 | EPA-002-000000724 | United States Environmental Protection Agency; Water Quality Protection Division | Tim Landers | KC889 | 8/15/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Region 6 documents related to MRGO |
| EPA | 003 | EPA-003-000000001 | EPA-003-000001177 | United States Environmental Protection Agency; Water Quality Protection Division | Steve Bainter | KC889 | 8/15/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Region 6 documents related to MRGO and Florida Avenue Bridge |
| EPA | 004 | EPA-004-000000001 | EPA-004-000000305 | United States Environmental Protection Agency; Water Quality Protection Division | John Ettinger | KC889 | 8/15/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Region 6 documents related to MRGO |
| EPA | 005 | EPA-005-000000001 | EPA-005-000000163 | United States Environmental Protection Agency; Water Quality Protection Division | Sharon Parrish | KC889 | 8/15/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Region 6 documents related to MRGO |
| ENF | 008 | ENF-008-000000001 | ENF-008-000002005 | United States Environmental Protection Agency; Water Quality Protection Division | Patricia Taylor | KC890 | 8/15/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from United States Environmental Protection Agency - Information regarding the construction of the Lake Borgne Shoreline Protection Project |

Page 5 of 7                    8/15/2008

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| ENF | 009 | ENF-009-000000001 | ENF-009-000000533 | United States Environmental Protection Agency; Water Quality Protection Division | Patricia Taylor | KC891 | 8/15/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from United States Environmental Protection Agency - Engineering and other data regarding the construction of the Lake Borgne Shoreline Protection Project |
| ENF | 010 | ENF-010-000000001 | ENF-010-000000300 | United States Environmental Protection Agency; Water Quality Protection Division | Patricia Taylor | KC892 | 8/15/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from United States Environmental Protection Agency - Construction photographs and information regarding Lake Borgne Shoreline Protection Project |
| ENF | 011 | ENF-011-000000001 | ENF-011-000000410 | United States Environmental Protection Agency; Water Quality Protection Division | William Honker | KC893 | 8/15/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from United States Environmental Protection Agency - Power Point slides and photographs of Katrina flooding and damages as well as water resource meetings and SITREPs |
| ENF | 012 | ENF-012-000000001 | ENF-012-000000001 | United States Environmental Protection Agency; Water Quality Protection Division | William Honker | KC894 | 8/15/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from United States Environmental Protection Agency - Power Point slide show with photographs of Hurricane Katrina flooding and damages |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| ENF | 013 | ENF-013-000000001 | ENF-013-000000005 | United States Environmental Protection Agency; Water Quality Protection Division | Steve Vargo | KC895 | 8/15/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from United States Environmental Protection Agency - Power Point slide show with photographs of Hurricane Katrina flooding and damages |