UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION

NO. 05-4182 "K"(2)

PERTAINS TO:  INSURANCE, Ballero 07-3447

JUDGE DUVAL
MAG. WILKINSON

### ORDER

Before the Court is a Motion to Sever from Insurance Umbrella and Transfer. (Doc. 14292). It appears that substantial settlement efforts have been made in this case, without significant progress. Accordingly,

**IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Ballero case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby **SEPARATED** and **DECONSOLIDATED** from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and henceforth all future filings in C.A. No. 07-3447 on the docket of C.A. No. 07-3447, and not on the docket of C.A. No. 05-4182.

AUG 1 4 2008
**REALLOTTED TO**

**SECT. J**

____ Fee_____
____ Process_____
X_ Dktd_____
____ CtRmDep_____
____ Doc. No _____

**IT IS FURTHER ORDERED** that the Clerk randomly **REALLOT** this case as it was severed from a mass joinder case and transferred to this section under the *In re Katrina* protocol.

New Orleans, Louisiana, this ___13th___ day of August, 2008.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**

**CLERK TO NOTIFY:**
**MAG. JUDGE JOSEPH C. WILKINSON**