UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>*<br>* | CIVIL ACTION NO.<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br>INSURANCE CASE NO. 07-4396<br>(THERIOT v. STATE FARM) | *<br>*<br>*<br>*<br>* | |

### O R D E R

Considering the foregoing Motion to Enroll Additional Counsel and Designate Trial Attorney;

**IT IS ORDERED** that Donna Bramlett Wood is hereby enrolled as additional counsel and designated Trial Attorney for State Farm Fire and Casualty Company and State Farm General Insurance Company in the above-captioned matter.

New Orleans, Louisiana this _____ day of August, 2008.

_____
**UNITED STATES DISTRICT JUDGE**