UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Debra McClain regarding 9944 Grant St., New Orleans, LA 70127; Evelyn Adams, Chrisell Adams regarding 11210 Whiteside Rd., New Orleans, LA 70128; Chantelle Rohr, Christopher C. Rohr regarding 1012 Cougar Dr., Arabi, LA 70032; Geraldine Harrell regarding 4801 Redwood St., New Orleans, LA 70127; Raymond Johnson regarding 5405 Provinial, New Orleans, LA 70129; Richard Bailey, Wilma J. Bailey regarding 5540 Holley Ln, New Orleans, LA 70126; Kenneth Mora regarding 3817 Gallo Dr., Chalmette, LA 70043; John Wawak regarding 2100 Volpe Dr., Chalmette, LA 70043; Judy Ansardi regarding 313 Ocelot Dr., Arabi, LA 70032; Cynthia Benfatti regarding 7714 Hickman Ave., New Orleans, LA 70127; John Tedford, Ada Tedford regarding 4727 Bundy Rd., New Orleans, LA 70127; Shelly Randazzo, Bryan Randazzo regarding 3912 Mumphrey Rd., Chalmette, LA 70043 |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Debra McClain regarding 9944 Grant St., New Orleans, LA 70127; Evelyn Adams, Chrisell Adams regarding 11210 Whiteside Rd., New Orleans, LA 70128; Chantelle Rohr, Christopher C. Rohr regarding 1012 Cougar Dr., Arabi, LA 70032; Geraldine Harrell regarding

4801 Redwood St., New Orleans, LA 70127; Raymond Johnson regarding 5405 Provinial, New Orleans, LA 70129; Richard Bailey, Wilma J. Bailey regarding 5540 Holley Ln, New Orleans, LA 70126; Kenneth Mora regarding 3817 Gallo Dr., Chalmette, LA 70043; John Wawak regarding 2100 Volpe Dr., Chalmette, LA 70043; Judy Ansardi regarding 313 Ocelot Dr., Arabi, LA 70032; Cynthia Benfatti regarding 7714 Hickman Ave., New Orleans, LA 70127; John Tedford, Ada Tedford regarding 4727 Bundy Rd., New Orleans, LA 70127; Shelly Randazzo, Bryan Randazzo regarding 3912 Mumphrey Rd., Chalmette, LA 70043 against Defendants Metropolitan Casulty Insurance Company, Metropolitan General Insurance Company and Metropolitan Property and Casulty Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this  15th  day of   August  , 2008.

_____
United States District Judge