UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Bridgett Moore, Ava Mends regarding 2021 Betty Blvd, Marrero, LA 70072; James Dennis, Mildred Dennis regarding 248 Chad B. Baker St., Reserve, LA 70084; Rita Mae Johnson regarding 506 N.W. 2nd St., Reserve, LA 70084; Viola Cook regarding 184 E. 22nd St., Reserve, LA 70084; Cynthia Landry regarding 2304 & 2306 Milan St., New Orleans, LA 70115** |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Bridgett Moore, Ava Mends regarding 2021 Betty Blvd, Marrero, LA 70072; James Dennis, Mildred Dennis regarding 248 Chad B. Baker St., Reserve, LA 70084; Rita Mae Johnson regarding 506 N.W. 2nd St., Reserve, LA 70084; Viola Cook regarding 184 E. 22nd St., Reserve, LA 70084; Cynthia Landry regarding 2304 & 2306 Milan St., New Orleans, LA 70115 against Defendants Union National Fire Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 15th day of August, 2008.

Stanwood R. Duval, Jr.
United States District Judge