UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES            CIVIL ACTION
CONSOLIDATED LITIGATION
                                        NO. 05-4182

PERTAINS TO:                            SECTION "K"(2)
    Louisiana State, No. 07-5528

## AMENDED ORDER

The Court entered its Order and Reasons concerning the Motion of State Farm and Casualty Company and Certain other Insurer Defendants to Disqualify Plaintiff's Private Counsel (Rec. Doc. 14450) on August 13, 2008. In the last paragraph thereof, the Court stated, "**IT IS FURTHER ORDERED** that this case (Civ. A. No. 07-5528) be **STAYED** pending resolution of this motion." This language by no means was intended to interfere or disrupt the on-going settlement activity that is occurring with respect to the Insurance cases. Accordingly,

**IT IS ORDERED** that the last paragraph of Doc. 14450 is **AMENDED** to read as follows:

> **IT IS FURTHER ORDERED** that this case (Civ. A. No. 07-5528) be **STAYED** pending resolution of this motion. This stay does not apply to the on-going settlement protocol hearings and status conferences being conducted by Judge Wilkinson, including, but not limited to, the Joint Motion and Stipulation for Handling of Settlement Funds that counsel anticipate filing in the near future.

New Orleans, Louisiana, this  15th  day of August, 2008.

                                    _____
                                    STANWOOD R. DUVAL, JR.
                                    UNITED STATES DISTRICT COURT JUDGE