UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| PERTAINS TO:  BARGE | * * * * | NO. 05-4182 and consolidated cases SECTION "K"  (2) |
| *Boutte v. Lafarge*          05-5531 *Mumford v. Ingram*       05-5724 *Lagarde v. Lafarge*       06-5342 *Perry v. Ingram*             06-6299 *Benoit v. Lafarge*          06-7516 *Parfait Family v. USA*   07-3500 *Lafarge v. USA*              07-5178 | * * * * * * * * | JUDGE STANWOOD R. DUVAL, JR. MAG. JOSEPH C. WILKINSON, JR. |

**MEMORANDUM IN SUPPORT OF
MOTION TO PARTIALLY LIFT STAY AND FOR LIMITED REOPENING OF
*PARFAIT* CASE**

**MAY IT PLEASE THE COURT:**

The *Parfait* plaintiffs filed a Complaint for Compensatory and Exemplary Damages And for Reasonable Attorney's Fees and Taxable Costs In a Class Action Lawsuit, (Rec. Doc. 1 in Docket No. 05-4237 of September 26, 2005).  Plaintiffs, Melba Gibson, Kevin McFarland and Daniel Weber were added as named plaintiffs in that litigation in the *Parfait* plaintiffs' Fifth Supplemental and Amending Complaint in A Class Action Lawsuit (Rec. Doc. 21 in Docket No. 05-4237 of February 1, 2006).  Plaintiffs, Melba Gibson, Kevin McFarland and Daniel Weber later retained undersigned to represent their interests in the in the Barge Litigation Track.  Ms. Gibson signed a retainer agreement with undersigned on June 28, 2006; Mr. McFarland signed on June 27, 2006; and Mr.

Weber signed on February 3, 2008.  However, this Court later ordered the Administrative Closure and Stay all of the *Parfait* suits. (Rec. Doc. 13525 ).

      Undersigned respectfully moves the Court for an Order partially lifting the Stay and re-opening the matter as pertains to named *Parfait* Plaintiffs Melba Gibson, Kevin McFarland and Daniel Weber, in order to permit undersigned to enroll as counsel in their behalf. Pursuant to the aforementioned retainer agreements, undersigned has acted in the interest of said plaintiffs along with all of the Barge Plaintiffs in moving the Barge litigation forward.  In addition, undersigned are in contact with said *Parfait* plaintiffs, have provided written discovery responses specifically in their behalf, as named plaintiffs, and may seek to designate one or more of them for trial of individual claims in July 2009.

## CONCLUSION

      Mover is in possession of signed retainer agreements for Melba Gibson, Kevin McFarland and Daniel Weber with respect to their claims in the Industrial Canal Breach Litigation and has for all intense and purpose acted as counsel for said plaintiffs.   For the foregoing reasons, mover respectfully prays for an Order lifting the Stay on behalf of Melba Gibson, Kevin McFarland and Daniel Weber with respect to their claims in the Industrial Canal Breach Litigation.

      Respectfully submitted,

/s/ Brian A. Gilbert,
Brian A. Gilbert, Esq.(21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113

Telephone: (504) 885-7700
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: bgilbert@briangilbertlaw.com

/s/ Lawrence D. Wiedemann,
 Lawrence D. Wiedemann.(13457)
 Karl Wiedemann (18502)
 Karen Wiedemann (21151)
 WIEDEMANN & WIEDEMANN
 821 Baronne Street
 New Orleans, Louisiana 70113
 Telephone: (504) 581-6180
 Facsimile: (504) 581-4336
 e-mail: lawrence@wiedemannlaw.com,
 karl@wiedemannlaw.com,
 karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com

/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
Voice: 202-862-4320
Cell:   202-549-1454
Facsimile:  800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this15th  day of August, 2008.

\s\Brian A. Gilbert
BRIAN A. GILBERT