UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES  CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182

PERTAINS TO: <u>CALHOUN, 07-1889</u>  SECTION "K"(2)

## ORDER

Considering the Unopposed Motion to Dismiss filed by State Farm Fire & Casualty Company (Rec. Doc. 14042), accordingly,

**IT IS ORDERED** that the motion is **GRANTED**. The above-captioned matter is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

New Orleans, Louisiana, this   18th   day of August, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE