UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES            CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182 "K"(2)

PERTAINS TO:  INSURANCE, <u>Gorman</u>, 06-8500          JUDGE DUVAL
                                                        MAG.WILKINSON

## <u>ORDER</u>

I have received a letter dated August 13, 2008 from defense counsel in the referenced <u>Gorman</u> case, which has been separately filed in the record of both C.A. No. 06-8500 and C.A. No. 05-4182.  The letter is deemed the response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, concerning the status of settlement efforts.  Having reviewed this report and the record, it appears that settlement is not attainable in the short term and that further proceedings are required.  Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced <u>Gorman</u> case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a <u>copy</u> of this order and

AUG 15 2008

TRANSFERRED TO ⟶
SECT. R MAG. 1



henceforth all future filings in C.A. No. 06-8500 on the docket of C.A. No. 06-8500, and <u>not</u>

on the docket of C.A. No. 05-4182.

   **IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it

back to Section R(1), where it was previously allotted before its transfer to this consolidated

litigation, for future proceedings in Section R(1).


New Orleans, Louisiana, this _____15th_____ day of August, 2008.


JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE


**<u>CLERK TO NOTIFY</u>:**
**HON. STANWOOD R. DUVAL, JR.**
**HON. SARAH S. VANCE**

2