UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION NO. 05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | |
| | * | **SECTION "K" JUDGE DUVAL** |
| **PERTAINS TO: SEVERED MASS** | * | |
| **JOINDER CASES** | * | |
| | * | **MAG. (2) MAG. WILKINSON** |
| **SEVERED FROM: AARON, 06-4746** | * | |
| | * | |
| **CLARA and MALCOM BROOKS** | * | **CIVIL ACTION NO. 07-1884** |
| | * | |
| **VERSUS** | * | |
| | * | **SECTION "K" (2)** |
| **STATE FARM FIRE & CASUALTY** | * | |
| **COMPANY** | * | |

* * * * * * * * * * * * * * * * *

### ORDER

**CONSIDERING** the foregoing,

**IT IS ORDERED** that the Plaintiffs' Rule 41(a)(1)(i) Stipulation of Dismissal is **GRANTED** and that Defendant, State Farm Fire and Casualty Company, be dismissed from this action, without prejudice, each party to bear its own cost.

NEW ORLEANS, LOUISIANA, this __18th__ day of __August__, 2008.

_____
JUDGE