UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" JUDGE DUVAL |
| PERTAINS TO: SEVERED MASS JOINDER CASES | * * * | |
| SEVERED FROM: AARON, 06-4746 | * * | MAG. (2) MAG. WILKINSON |
| ODLIE L. HARRIS | * * | |
| VERSUS | * * | CIVIL ACTION NO. 07-1945 |
| STATE FARM FIRE & CASUALTY COMPANY | * * | SECTION "K" (2) |

* * * * * * * * * * * * * * * * *

### ORDER

**CONSIDERING** the foregoing,

**IT IS ORDERED** that the Plaintiff's Rule 41(a)(1)(i) Stipulation of Dismissal is **GRANTED** and that Defendant, State Farm Fire and Casualty Company, be dismissed from this action, without prejudice, each party to bear its own cost.

NEW ORLEANS, LOUISIANA, this ___18th___ day of ___August___, 2008.

_____
JUDGE