UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" JUDGE DUVAL |
| PERTAINS TO: SEVERED MASS JOINDER CASES | * * | |
| | * | MAG. (2) MAG. WILKINSON |
| SEVERED FROM: AARON, 06-4746 | * * | |
| LARRY D. CASTON, SR. and MILDRED NEWTON | * * | CIVIL ACTION NO. 07-1890 |
| | * | |
| VERSUS | * * | SECTION "K" (2) |
| STATE FARM FIRE & CASUALTY COMPANY | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

**CONSIDERING** the foregoing,

**IT IS ORDERED** that the Plaintiffs' Rule 41(a)(1)(i) Stipulation of Dismissal is **GRANTED** and that Defendant, State Farm Fire and Casualty Company, be dismissed from this action, without prejudice, each party to bear its own cost.

NEW ORLEANS, LOUISIANA, this __18th__ day of __August__, 2008.

_____
JUDGE