UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| PERTAINS TO: | * | |
| INSURANCE CASE NO. 07-4395 | * | |
| (JUNOT v. STATE FARM) | * | |
| | * | |

## ORDER

Considering the foregoing Motion to Enroll Additional Counsel and Designate Trial Attorney;

**IT IS ORDERED** that Donna Bramlett Wood is hereby enrolled as additional counsel and designated Trial Attorney for State Farm Fire and Casualty Company and State Farm General Insurance Company in the above-captioned matter.

New Orleans, Louisiana this 18th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE

-3-