343-79

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL** | * | **CIVIL ACTION NO.: 05-4182** |
| **BREACHES CONSOLIDATED** | * | |
| **LITIGATION** | * | |
| | * | |
| | * | **JUDGE : STANWOOD R. DUVALL, JR.** |
| | * | |
| | * | **SECTION: "K"** |
| | * | |
| | * | **MAGISTRATE: JOSEPH C.** |
| | * | **WILKINSON, JR. "2"** |
| **INSURANCE 07-8616** | * | |

### MEMORANDUM IN SUPPORT OF MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

On April 29, 2008, Defendant, State Farm Fire and Casualty Company, forwarded to Plaintiffs, Arnold Williams and Trena Williams, Interrogatories and Requests for Production of Documents pursuant to the Federal Rules of Civil Procedure, copies of which are attached hereto as Exhibit "A", in globo. At the time of this filing, State Farm Fire and Casualty Company has not received responses to this discovery.

Federal Rule of Civil Procedure 37 provides that "a party, upon reasonable notice to other parties and all persons affected thereby, may apply for an order compelling disclosure or discovery." Fed. R. Civ. P. 37 (a) (2006). Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, a party has thirty days from service to respond to interrogatories and requests for production of documents. More than three months have passed since Plaintiffs received State Farm's discovery requests. These responses were due by May 29, 2008. State Farm's counsel sent a letter to Plaintiff on July 16, 2008 requesting Plaintiffs' discovery responses. *See*

Correspondence to Michael C. Darnell, Edwin R. Murray, and Bruce L. Feingerts, dated July 16, 2008, attached as Exhibit "B". At the conference scheduled in that letter, defense counsel agreed to allow plaintiffs an additional 15 days to provide responses. *See* Correspondence to Michael C Darnell, Edwin R. Murray, and Bruce L. Feingerts, dated August 1, 2008, attached hereto as Exhibit "C". However, Plaintiffs have yet to deliver these responses.

For the foregoing reasons and pursuant to Federal Rule of Civil Procedure 37, State Farm is entitled to an order compelling Plaintiffs to serve State Farm with complete Answers to Interrogatories and Responses to the Requests for Production of Documents. State Farm is further entitled to an award of costs and attorney's fees incurred in bringing this motion.

Respectfully submitted,
BEAHM & GREEN

  /s/ Charles S. Green, Jr.
**CHARLES S. GREEN, JR. (#21627)**
**JOHN J. FISCHESSER II (#28351)**
Attorneys for Defendant
Suite 408
145 Robert E. Lee Boulevard
New Orleans, Louisiana 70124
Telephone (504) 288-2000
Facsimile (504) 288-2099
charlie@beahm.com
johnf@beahm.com

## CERTIFICATE

I hereby certify that on the 18th day of August, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

  /s/ Charles S. Green, Jr.

4