## BEAHM & GREEN
### ATTORNEYS AND COUNSELORS AT LAW

SUITE 408
145 ROBERT E. LEE BOULEVARD
NEW ORLEANS, LOUISIANA 70124-2552

FRANKLIN D. BEAHM**
CHARLES S. GREEN, JR.*†
TRACEY A. KINSLOW*◊
JOHN J. FISCHESSER II
A. REBECCA WILMORE
JACOB K. BEST
DAVID R. ADEN

*A PROFESSIONAL LAW CORPORATION
✦ALSO ADMITTED IN COLORADO AND TEXAS
†ALSO ADMITTED IN LOUISIANA AND TEXAS
◊ONLY ADMITTED IN TENNESSEE

TELEPHONE: (504) 288-2000
FACSIMILE:  (504) 288-2099
WEBSITE:    WWW.BEAHM.COM
E-MAIL:     FRANK@BEAHM.COM
E-MAIL:     CHARLIE@BEAHM.COM

NASHVILLE OFFICE
SUITE 1550
315 DEADERICK STREET
NASHVILLE, TN 37238-1550
TELEPHONE: (615) 736-2707
FACSIMILE: (615) 736-2705

July 16, 2008

Michael C. Darnell, Esq.
Edwin R. Murray, Esq.
1540 N. Broad Street
New Orleans, Louisiana 70119

Bruce L. Feingerts, Esq.
365 Canal Street, Suite 2700
New Orleans, Louisiana 70130

      RE:    Arnold Williams and Trena Williams vs. State Farm Fire and Casualty
            Company
            USDC, Eastern District of Louisiana
            No. 07-8616
            Our File No.: 343-79

Counsel:

      On April 29, 2008, I forwarded Interrogatories and Request for Production of Documents. As of today, I have not received any response to these discovery requests.

      In compliance with Rule 37.1E of the Rules of the Louisiana Federal Courts, I am scheduling a telephone conference on July 29, 2008 at 3:00 p.m. for the purpose of amicably resolving any problems you may have in responding to my discovery requests. It will be your responsibility to call my office at this time to discuss this matter. If the time and date of this conference are not convenient, please let me know and we can reschedule to a mutually convenient time.



EXHIBIT B

BEAHM & GREEN
ATTORNEYS AND COUNSELORS AT LAW

Thank you for your cooperation.

                                                   Cordially,
                                                   BEAHM & GREEN

                                                   Charles S. Green, Jr.
                                                   John J. Fischesser II

CSG/flw