# BEAHM & GREEN
### ATTORNEYS AND COUNSELORS AT LAW

SUITE 408

145 ROBERT E. LEE BOULEVARD

NEW ORLEANS, LOUISIANA 70124-2552

FRANKLIN D. BEAHM **◆**
CHARLES S. GREEN, JR. **†**
TRACEY A. KINSLOW **◦**
JOHN J. FISCHESSER II
A. REBECCA WILMORE
JACOB K. BEST
DAVID R. ADEN

**A PROFESSIONAL LAW CORPORATION**
**◆ ALSO ADMITTED IN COLORADO AND TEXAS**
**† ALSO ADMITTED IN LOUISIANA AND TEXAS**
**◦ ONLY ADMITTED IN TENNESSEE**

TELEPHONE: (504) 288-2000
FACSIMILE: (504) 288-2099
WEBSITE: WWW.BEAHM.COM
E-MAIL: FRANK@BEAHM.COM
E-MAIL: CHARLIE@BEAHM.COM

NASHVILLE OFFICE
SUITE 1550
315 DEADERICK STREET
NASHVILLE, TN 37238-1550
TELEPHONE: (615) 736-2707
FACSIMILE: (615) 736-2705

August 1, 2008

Michael C. Darnell, Esq.
Edwin R. Murray, Esq.
1540 N. Broad Street
New Orleans, Louisiana 70119

Bruce L. Feingerts, Esq.
365 Canal Street, Suite 2700
New Orleans, Louisiana 70130

RE: Arnold Williams and Trena Williams vs. State Farm Fire and Casualty Company
USDC No. 07-8616
Our File No.: 343-79

Dear Counsel:

This will confirm our Rule 37.1 telephone conference held on July 29, 2008 wherein State Farm has agreed to grant you an additional 15 days to respond to the discovery submitted to you on behalf of your clients. Please forward the responses, together with attachments, to my attention prior to the expiration of that extension and I will not file a Motion to Compel.

Thank you for your cooperation.

Cordially,
BEAHM & GREEN

**Charles S. Green, Jr.**

CSG/kns
bcc:  (email)
      (email)
      (email)
      30 & 18-R358-162

