343-79

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 |
| | * * | JUDGE : STANWOOD R. DUVALL, JR. |
| | * * | SECTION: "K" |
| | * * | MAGISTRATE: JOSEPH C. WILKINSON, JR. "2" |
| INSURANCE 07-8616 | * | |

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

## LOCAL RULE 37.1 CERTIFICATE

Undersigned counsel for the moving party hereby certifies, in compliance with Local Rule 37.1, counsel for Defendant, State Farm Fire and Casualty Company, has attempted to confer with Plaintiff's counsel through various means for the purpose of amicably resolving the issues which are the subject of the attached Motion to Compel Answers to Interrogatories and Requests for Production of Documents. As stated in its Motion, on April 29, 2008, Defendant, State Farm Fire and Casualty Company, served certain written Interrogatories and Request for Production of Documents upon Plaintiffs, Arnold Williams and Trena Williams. (See, Interrogatories and Request for Production of Documents attached hereto as Exhibit "A") Plaintiffs were then notified by correspondence dated July 16, 2008, that the responses to the Interrogatories and Request for Production of Documents were overdue and a Rule 37.1E conference was set. At that conference plaintiffs' counsel was given an additional 15 days to respond to said discovery. (See correspondence attached hereto as Exhibits "B" and "C") To date, however, plaintiffs have not responded to defendant's discovery requests.

Respectfully submitted,
BEAHM & GREEN

_/s/ Charles S. Green, Jr._
**CHARLES S. GREEN, JR. (#21627)**
**JOHN J. FISCHESSER II (#28351)**
Attorneys for Defendant
Suite 408
145 Robert E. Lee Boulevard
New Orleans, Louisiana 70124
Telephone (504) 288-2000
Facsimile (504) 288-2099
charlie@beahm.com
johnf@beahm.com

## **CERTIFICATE**

I hereby certify that on the 18th day of August, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

_/s/ Charles S. Green, Jr._