UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * | CIVIL ACTION NO. 05-4182 "K" (2) |
| | | JUDGE DUVAL |
| PERTAINS TO: MRGO, *Universal Health Services* (07-5016, 07-5286, 07-5254, 07-5350) | * * | MAGISTRATE JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**RESPONSE TO CASE MANAGEMENT AND SCHEDULING ORDER NO. 7
REGARDING PROTOCOL FOR THE IDENTIFICATION
OF INDIVIDUAL CASES FOR TRIAL**

NOW INTO COURT, through undersigned counsel, comes Universal Health Services, Inc. ("UHS"), a Plaintiff in four consolidated matters. On May 1, 2008, this Court issued Case Management and Scheduling Order No. 7.[1] Pursuant to this Scheduling Order, the parties in this matter are to "submit to the Court any unresolved issues regarding a protocol regarding the identification of individual cases for the purposes of individual merits trials in the event that Plaintiffs' class certification motions are denied or continued."[2]

---

[1]   *See* Exhibit 1.

[2]   *See id.* at 2.

"In the event that a class is not certified, or that the class certification motions are continued, the parties have been instructed to identify by January 15, 2009, those individual cases which they believe would be instructive to all the parties as to the relevant strengths and weaknesses of their cases."[3]  UHS has contacted Plaintiffs' liaison counsel in order to request that UHS be among the individual test cases.[4]  However, UHS is not privy to Plaintiffs' liaison counsel's proposed protocol regarding the selection of individual test cases.

UHS owns three campuses in the New Orleans area, each of which contained a number of health care facilities, and each of which was severely damaged due to the failure of the levees and floodwalls that were protecting New Orleans.[5]  They are:

- Chalmette Medical Center campus, including facilities located at 800 and 801 Virtue Street and at 9000 and 9001 Patricia Street ("CMC");

- Pendleton Methodist Hospital campus, including a six-story acute care facility located at 5620 Read Boulevard and ancillary buildings at a number of nearby locations on Read and Lake Forest Boulevards ("Pendleton"); and

- Lakeland Medical Center campus, including a three-story facility at 6000 Bullard Avenue and ancillary facilities at nearby locations on Bullard Avenue ("Lakeland").

Pursuant to the Amended MRGO Master Consolidated Class Action Complaint, and orders of the Court: (a) CMC is part of the Lower Ninth Ward and St. Bernard Sub-

---

[3]    *See id.* at 6-7.

[4]    *See* Exhibit 2, August 11, 2008 correspondence from James M. Garner to Joseph Bruno.

[5]    UHS also owns River Oaks Hospital ("River Oaks"), which is located at 1525 River Oaks West Road in Harahan, and which was closed for several weeks following Hurricane Katrina.  River Oaks suffered at least several hundred thousand dollars in damage.  River Oaks is currently UHS's only operational medical facility in the New Orleans area.

class of the MRGO category of class claims; and (b) Pendleton and Lakeland fall into the New Orleans East Sub-class.

UHS strongly believes that its case would be instructive to all the parties in this matter, and therefore, that UHS should be one of the individual test cases.  First, because UHS has properties in different locations, plaintiffs would be permitted to test cases in different sub-categories.

Second, UHS has a strong incentive to litigate its claims.  UHS is among the largest claimants against the U.S. Army Corps of Engineers, having suffered massive losses as the result of the damage to its three health care campuses and the resulting loss of business.  CMC, Pendleton and Lakeland all consisted of a main hospital and other facilities, such as doctors' offices and other health care centers.  The campuses sustained extensive water damage as a result of the failures of the levees and floodwalls.  The flood waters at CMC were approximately 11 to 12 feet high, and they were approximately 3 to 4 feet high at both Pendleton and Lakeland.  Due to the flooding, the CMC campus was subsequently demolished, and the lower levels of the buildings at Pendleton and Lakeland had to be gutted.  UHS's damages, including ongoing business interruption, currently exceed $500 million.

Third, the nature of the losses at issue with UHS – community hospitals that served the health care needs of the greater New Orleans area – counsels in favor of having these claims be among the first individual claims to proceed.  In this regard, it is worth noting that CMC, Pendleton and Lakeland provided over 400 hospital beds to the patients of New Orleans East and Chalmette, as well as employing over 2,000 doctors, nurses and other health care professionals and staff.

Fourth, UHS has complied with the procedures for asserting claims against the Corps. On March 1, 2007, UHS filed a Form 95 to notify the Corps of its claims for damages under both the Federal Tort Claims Act[6] and the Admiralty Extension Act.[7] These claims were received by the Corps and assigned claim numbers 07N15T0229251 and 07N15T0229239.[8] Thereafter, on August 29, 2007, UHS filed suit against the Corps and eleven other defendants.[9]

Because of the August 15, 2008 deadline to submit unresolved issues regarding protocol regarding identification of individual cases, and because UHS does not know the details of Plaintiffs' proposed protocol on this issue, UHS submits the instant memorandum to advise the

---

6   *See* Exhibit 3.

7   *See* Exhibit 4.

8   *See* Exhibits 3 and 4.

9   *See* Exhibit 5, *In re Katrina Canal Breaches Consolidated Litigation*, U.S. District Court, Eastern District of Louisiana, No. 05-4182, Sec. K(2) c/w *Universal Health Services, Inc. v. United States of America, et al.*, U.S. District Court, Eastern District of Louisiana, No. 07-5016, Sec. K(2).

Out of an abundance of caution, identical suits were filed on August 30, 2007, August 31, 2007, and September 4, 2007, bearing the captions *In re Katrina Canal Breaches Consolidated Litigation*, U.S. District Court, Eastern District of Louisiana, No. 05-4182, Sec. K(2) c/w *Universal Health Services, Inc. v. United States of America, et al.*, U.S. District Court, Eastern District of Louisiana, No. 07-5254, Sec. K(2); *In re Katrina Canal Breaches Consolidated Litigation*, U.S. District Court, Eastern District of Louisiana, No. 05-4182, Sec. K(2) c/w *Universal Health Services, Inc. v. United States of America, et al.*, U.S. District Court, Eastern District of Louisiana, No. 07-5286, Sec. K(2); and *In re Katrina Canal Breaches Consolidated Litigation*, U.S. District Court, Eastern District of Louisiana, No. 05-4182, Sec. K(2) c/w *Universal Health Services, Inc. v. United States of America, et al.*, U.S. District Court, Eastern District of Louisiana, No. 07-5350, Sec. K(2), respectively.

Court of its strong interest in being named as an individual test case on January 15, 2009 in the event that a class is not certified.

Respectfully submitted,

/s/ James M. Garner
JAMES M. GARNER (#19589)
JOHN T. BALHOFF, II (#24288)
ASHLEY G. COKER (#30446)
**SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 28th Floor
New Orleans, Louisiana  70112-1033
Telephone: (504) 299-2100
Facsimile:  (504) 299-2300
**ATTORNEYS FOR PLAINTIFF
UNIVERSAL HEALTH SERVICES**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on August 18, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record who have registered to receive electronic service, and I effected service upon all other counsel of record via United States Mail, postage prepaid and properly addressed.

/s/ James M. Garner
JAMES M. GARNER
