UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re KATRINA CANAL BREACHES LITIGATION | * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" MAG. (2) |
| PERTAINS TO: BARGE | | |
| | * | JUDGE STANWOOD R. DUVAL, JR. |
| *Boutte v. LaFarge*  05-5531 | | |
| *Mumford v. Ingram*  05-5724 | * | MAG. JOSEPH C. WILKINSON, JR. |
| *Lagarde v. LaFarge*  06-5342 | | |
| *Perry v. Ingram*  06-6299 | * | |
| *Benoit v. LaFarge*  06-7516 | | |
| *Parfait Family v. USA*  07-3500 | * | |
| *LaFarge v. USA*  07-5178 | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR LEAVE OF COURT TO FILE NEW YORK MARINE AND GENERAL INSURANCE COMPANY, AMERICAN HOME ASSURANCE COMPANY, AND THE NORTHERN ASSURANCE COMPANY OF AMERICA'S FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES AND CROSS-CLAIMS AGAINST LAFARGE NORTH AMERICA, INC. AND AMERICAN STEAMSHIP <u>OWNERS MUTUAL PROTECTION & INDEMNITY ASSOCIATION</u>

NOW INTO COURT, through undersigned counsel, come defendants New York Marine and General Insurance Company ("NYMAGIC"), American Home Assurance Company ("AHAC"), and The Northern Assurance Company of America ("NACA") who respectfully request leave of this Honorable Court pursuant to Rule 15 of the Federal Rules of Civil Procedure and Rule 7.3 of the Local Rules to file the attached Amended Answer, Affirmative

1

Defenses and Cross-Claims Against LaFarge North America, Inc. and American Steamship Owners Mutual Protection & Indemnity Association for the reasons more fully set forth in the attached supporting memorandum. Movants respectfully aver that consent to file the attached Amended Answer and Cross-Claims has not been obtained and opposition to such filing may be had. Movants further aver that the filing of this amended pleading and asserted cross-claims will not adversely affect the trial docket of this matter as this amended pleading and cross-claims is being filed within the applicable deadlines established by this Court's Scheduling Order.

WHEREFORE, the premises considered, in the interests of justice and fairness to the parties herein, NYMAGIC, AHAC and NACA respectfully request this Honorable Court grant the instant motion and issue an Order allowing the filing of the attached First Amended Answer, Affirmative Defenses and Cross-Claims Against LaFarge North America, Inc. and American Steamship Owners Mutual Protection & Indemnity Association into the record of this matter.

Respectfully submitted:

*/s/ Leah N. Engelhardt*
FRANK A. PICCOLO (02049)
LEAH N. ENGELHARDT (23232)
PREIS & ROY, APLC
601 Poydras Street, Suite 1700
New Orleans, LA 70130
Telephone:(504) 581-6062
Facsimile: (504) 522-9129

- and -

2

NICOLETTI HORNIG & SWEENEY
John A.V. Nicoletti (JN-7174)
Nooshin Namazi (NN-9449)
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
Telephone: (212) 220-3830
Facsimile: (212) 220-3780
Email: jnicoletti@nicolettihornig.com

COUNSEL FOR AMERICAN HOME
ASSURANCE COMPANY AND THE
NORTHERN ASSURANCE COMPANY OF
AMERICA

- and -

/s/ Robert H. Murphy
ROBERT H. MURPHY (9850)
MURPHY ROGERS SLOSS & GAMBEL
701 Poydras Street, Suite 400
New Orleans, LA 70139

COUNSEL FOR NEW YORK MARINE AND
GENERAL INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served on all counsel of record in these proceedings by:

( ) Hand Delivery        ( ) Prepaid U.S. Mail

( ) Facsimile            ( ) Federal Express

( √ ) ECF Filing         ( ) E-Mail

New Orleans, Louisiana, this 18th day of August, 2008.

/s/ Leah N. Engelhardt
LEAH N. ENGELHARDT

1528639

3