UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re KATRINA CANAL BREACHES LITIGATION | * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" MAG. (2) |
| PERTAINS TO: BARGE | * | JUDGE STANWOOD R. DUVAL, JR. |
| *Boutte v. LaFarge*     05-5531 | | |
| *Mumford v. Ingram*     05-5724 | * | MAG. JOSEPH C. WILKINSON, JR. |
| *Lagarde v. LaFarge*    06-5342 | | |
| *Perry v. Ingram*       06-6299 | * | |
| *Benoit v. LaFarge*     06-7516 | | |
| *Parfait Family v. USA* 07-3500 | * | |
| *LaFarge v. USA*        07-5178 | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF HEARING

PLEASE TAKE NOTICE defendants New York Marine and General Insurance Company ("NYMAGIC"), American Home Assurance Company ("AHAC"), and The Northern Assurance Company of America ("NACA") will bring their Motion for Leave of Court to File New York Marine and General Insurance Company, American Home Assurance Company, and The Northern Assurance Company of America's First Amended Answer, Affirmative Defenses and Cross-Claims Against LaFarge North America, Inc. and American Steamship Owners Mutual Protection & Indemnity Association for hearing before this Court on the 17TH day of

September, 2008, at 9:30 a.m. before The Honorable Stanwood R. Duval at the United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana.

    Respectfully submitted:

/s/ Leah N. Engelhardt
FRANK A. PICCOLO (02049)
LEAH N. ENGELHARDT (23232)
PREIS & ROY, APLC
601 Poydras Street, Suite 1700
New Orleans, LA 70130
Telephone:(504) 581-6062
Facsimile: (504) 522-9129

- and -

NICOLETTI HORNIG & SWEENEY
John A.V. Nicoletti (JN-7174)
Nooshin Namazi (NN-9449)
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
Telephone: (212) 220-3830
Facsimile: (212) 220-3780
Email: jnicoletti@nicolettihornig.com

COUNSEL FOR AMERICAN HOME
ASSURANCE COMPANY AND THE
NORTHERN ASSURANCE COMPANY
OF AMERICA

- and –

/s/ Robert H. Murphy
ROBERT H. MURPHY (9850)
MURPHY ROGERS SLOSS & GAMBEL
701 Poydras Street, Suite 400
New Orleans, LA 70139

COUNSEL FOR NEW YORK MARINE AND
GENERAL INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served on all counsel of record in these proceedings by:

( ) Hand Delivery            ( ) Prepaid U.S. Mail

( ) Facsimile                ( ) Federal Express

( √ ) ECF Filing             ( ) E-Mail

New Orleans, Louisiana, this 18th day of August, 2008.

                            /s/ *Leah N. Engelhardt*
                            LEAH N. ENGELHARDT

1528642