UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 "K" (2) CONS. KATRINA CANAL |
| PERTAINS TO INSURANCE | * | |
| | | JUDGE STANWOOD R. DUVAL, JR. |
| *Joyce Stall v. Scottsdale Insurance Company:  07-1233* | * | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing ex parte motion to bifurcate individual claims of Joyce Stall:

IT IS HEREBY ORDERED that the referenced proceeding, *Joyce Stall*, Civil Action No. 07-1233, be and hereby is bifurcated, and that the matter will be referred to Magistrate Judge Wilkinson, in accordance with Case Management Order No. 4, Section VII.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
JUDGE