UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO:   INSURANCE "06-7837" ALL CASES    (Patricia B. Mehrtens, et al, Plaintiff v. ALL LEVEE       Louisiana Citizens Fair Plan, et al.) ALL MRGO ALL INSURANCE ALL RESPONDER ALL ST. RITA ALL DREDGING LIMITATIONS LEVEE       (SPECIFIC CASE NUMBER(S)) MRGO        (SPECIFIC CASE NUMBER(S)) INSURANCE (SPECIFIC CASE NUMBER(S)) RESPONDER (SPECIFIC CASE NUMBER(S)) ST. RITA     (SPECIFIC CASE NUMBER(S)) DREDGING LIMIATIONS (SPECIFIC CASE NUMBER(S)) | |

## MOTION FOR FINAL DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes plaintiff, Patricia C. Mehrtens, as Executrix of the Estate of Francis B. Montalbano, and defendants, Eric C. Huerta and Premier Metro Group Insurance Agency, L.L.C., and, upon suggesting to the Court that all issues herein have been amicably settled and compromised between these parties hereto, and that these parties desire that this lawsuit be dismissed as to these defendants, including any and all incidental demands, and with full prejudice, respectfully move the court for entry of an order dismissing plaintiff's action, with prejudice, each party to bear its own costs, reserving plaintiff's rights to proceed against any remaining defendants.

Respectfully Submitted:

*[signature]*

**WILLIAM J. SALVAGGIO (#28211)**
1421 N. Causeway Boulevard, Suite 100
Metairie, Louisiana 70001-4148
Telephone: (504) 831-1031
Attorney for Plaintiffs

*[signature]*

**WARREN J. GREENWOOD, JR. (#14312)**
909 Poydras Street, Suite 3000
New Orleans, Louisiana 70112
Telephone: (504) 527-5550
Attorney for Defendants, Eric C. Huerta and
Premiere Metro Group Insurance Agency,
L.L.C.