UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION <br><br>_____ <br><br>PERTAINS TO: LEVEE <br>(La. Envtl. Action Network v. U.S. Army Corps of Engineers, 06-9147) | ) CIVIL ACTION No. 05-4182 "K" (2) <br>) <br>) JUDGE DUVAL <br>) <br>) MAG. WILKINSON <br>) <br>) <br>) |

**PLAINTIFF'S NOTICE OF REQUEST TO BE REMOVED FROM SERVICE LIST**

The Louisiana Environmental Action Network ("LEAN") respectfully requests that undersigned counsel for LEAN be removed from the service list in the Katrina Canal Breaches Consolidated Litigation. LEAN makes this request because on April 17, 2008, this Court issued judgment in LEAN's case (*La. Envtl. Action Network v. U.S. Army Corps of Engineers*, 06-9147). The delay for appeal has expired. Accordingly, there is no reason for LEAN to be served with pleadings filed in the consolidated Katrina cases.

Respectfully submitted on August 20, 2008

/s/ Adam Babich
_____
Adam Babich, SBN: 27177
Tulane Environmental Law Clinic
6329 Freret Street
New Orleans, Louisiana 70118
Telephone: (504) 862-8800; Fax: (504) 862-8721

*Counsel for Plaintiff Louisiana Environmental Action Network*

1

## CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing pleading has been served upon counsel of record by electronic means on August 20, 2008.

/s/ Adam Babich
_____
Adam Babich