# BARRASSO · USDIN · KUPPERMAN
# FREEMAN & SARVER, L.L.C.
## - COUNSELLORS AT LAW -



AUG 15 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

H. Minor Pipes, III
Direct Dial: (504) 589-9726
Direct Fax: (504) 589-9926
E-Mail: mpipes@barrassousdin.com

Our File Number
13,290

August 15, 2008

**VIA FAX**

Honorable Joseph C. Wilkinson, Jr.
United States Magistrate Judge
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

Re: *Ken and Pamela James v. Liberty Mutual*  07-3570 c/w
                                               05-4182

Dear Magistrate Wilkinson:

Pursuant to the Court's Order, Liberty Mutual is unable to make a settlement offer to the plaintiffs in this matter. The plaintiffs have yet to make an offer to Liberty and, more importantly, they have refused to respond to or participate in discovery as this matter has been stayed. As a result, Liberty Mutual has no information on which to consider an offer. As such, we request that this matter be severed from the Hurricane Katrina umbrella and reallotted for further proceedings.

Respectfully,

H. Minor Pipes, III

HMP/sh
cc: Randy J. Ungar, Esq. (via fax)