UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION No. 05-4182

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § SECTION "K" <br> § JUDGE STANWOOD R. DUVAL, JR. <br> § <br> § MAG. DIV. 2 <br> § MAG. JOSEPH C. WILKINSON, JR. <br> § |
| PERTAINS TO: <br><br> INSURANCE (Meyers, L, No. 06-9518) | § <br> § <br> § <br> § <br> § <br> § |

## JOINT MOTION TO DISMISS

COMES NOW, Linda Meyers wife of/and Adam Meyers, Plaintiffs, and The Standard Fire Insurance Company, incorrectly referred to as Travelers Insurance Company, Defendant, appearing herein through undersigned counsel, and on suggesting to the Court that the above matter has been compromised in full and that Plaintiffs desire to dismiss with prejudice the said cause against The Standard Fire Insurance Company, with each party to bear its own court costs.

Respectfully submitted:

_____
Keith Michael Couture (#22759)
Couture & Soileau, LLC
1427 W. Causeway Approach
Mandeville, LA. 70471
Phone: 985-674-4428
Fax: 985-674-4462

1

*Nadia de la Houssaye*

Nadia de la Houssaye (#24777) Trial Counsel
Gary J. Russo (#10828)
P. O. Drawer 3408
Lafayette, LA. 70502-3408
Telephone: (337) 262-9000
Fax: (337) 262-9001
Attorneys for The Standard Fire Insurance Co.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served on all counsel of record by fax this 20th day of August, 2008.

_____
Nadia de la Houssaye