UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION
                                        NO. 05-4182 "K"(2)

PERTAINS TO:  BARGE                     JUDGE DUVAL
                                        MAG. WILKINSON

## ORDER ON MOTIONS

APPEARANCES:  None (on the briefs)

MOTIONS:      (1)  Motion of Lafarge North America, Inc., for a Protective Order Barring "Topic 23" in Plaintiffs' Amended Second Rule 30(b)(6) Deposition Notice, Record Doc. No. 14073

              (2)  Barge Plaintiffs' Motion to Strike Lafarge North America, Inc.'s Motion for a Protective Order Barring "Topic 23" in Plaintiffs' Amended Second Rule 30(b)(6) Deposition Notice, Record Doc. No. 14324

O R D E R E D:

 (1) : GRANTED. The proposed deposition topic, however referred to and whenever it was added to or re-designated in any Rule 30(b)(6) deposition notice by the Barge plaintiffs, is in no way relevant to any claim or defense asserted in this matter and, further, is irrelevant to the subject matter of this action. Even if this topic could somehow be deemed relevant to the subject matter of this suit, merely because it concerns a defendant (a proposition with which I disagree), good cause to extend discovery to this far afield topic has not been established. This topic is not likely to lead to the discovery of admissible evidence. Fed. R. Civ. P. 26(b)(1). Lafarge need designate <u>no</u> witness at any Rule 30(b)(6) deposition concerning this topic.

 (2) : DENIED. If Judge Duval ultimately determines in connection with some pending appeal of one of my previous discovery rulings that this topic is somehow relevant, the

question of the inclusion of "Topic 23" in a Rule 30(b)(6) notice might be revisited. At this time, however, I find Lafarge's motion for a protective order concerning this topic well-founded, and I see no basis for striking it.

    New Orleans, Louisiana, this __20th__ day of August, 2008.

                                    JOSEPH C. WILKINSON, JR.
                                  UNITED STATES MAGISTRATE JUDGE