**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                 NO.: 05-4182 "K" (2)

PERTAINS TO: LEVEE                               JUDGE DUVAL
                                                 MAG. WILKINSON

_____

**LEVEE DEFENDANTS' TENTH PRELIMINARY LIST**
**OF EXHIBITS FOR POTENTIAL MERITS TRIAL(S)**

Pursuant to the Court's Case Management and Scheduling Order No. 7, entered May 1, 2008 (Docket No. 12935) ("CMO 7"), the undersigned defendants submit this tenth preliminary list of exhibits that may or will be introduced into evidence at any trial(s) on the merits.

This exhibit list is submitted jointly by all Levee defendants in order to comply with the Court's CMO 7, but the joint nature of this list does not mean that each defendant necessarily adopts, approves or endorses each exhibit contained in this list.

Although the Levee defendants have endeavored in good faith to prepare this tenth preliminary exhibit list, it is necessarily limited, because discovery in this case is not complete and will not close until March 2009.  Consequently, the Levee defendants have prepared this preliminary list on the basis of their best efforts and the information currently available, and

submit this list in accordance with the Court's CMO 7 and subject to later supplementation on the 20th day of every month as directed in CMO 7 (see CMO 7, § VI(A)(1)).

The following is a general list of the documents that may be introduced at the trial of this matter. At this point in the litigation it is not feasible to identify the specific documents that will be introduced.

1.    Relevant engineering manuals

2.    Relevant research reports

3.    Relevant survey reports

4.    Relevant memoranda (e.g., design, benchmark, and standard project hurricane)

5.    Relevant budget justification sheets

6.    Relevant court injunction documents

7.    Relevant General Accounting Office reports

8.    Relevant evaluation and reevaluation reports

9.    Relevant memoranda

10.   Relevant parts of IPET Report and underlying materials and supporting documents

11.   Relevant agreements, contracts, and correspondence between USACE and local levee authorities and contractors

12.   Relevant dredging permits

13.   Relevant design data (including but not limited to maps, charts, drawings, blueprints, memoranda, plans and specifications)

14.   Relevant inspection reports

15.   Relevant modeling data and depictions

16. Any document listed by any plaintiff or co-defendant in this matter, including but not limited to, those listed in initial disclosures, answers to interrogatories and requests to admit, response to requests for production of documents, correspondence, or any documents (hard copy or electrically stored information) in the document depositories developed in this matter

17. Legislative materials

18. Statutes and regulations

Dated:  August 20, 2008                Respectfully submitted,

                                        s/ Thomas P. Anzelmo_____
                                        McCRANIE, SISTRUNK, ANZELMO,
                                           HARDY, MAXWELL & McDANIEL
                                        Thomas P. Anzelmo, P.A. - #2533
                                        Mark E. Hanna - #19336
                                        Kyle P. Kirsch - #26363
                                        Andre J. Lagarde - #28649
                                        3445 N. Causeway Boulevard, Ste. 800
                                        Metairie, Louisiana 70002
                                        TELEPHONE:  (504) 831-0946
                                        FACSIMILE:  (504) 831-2492

                                        and

                                        LABORDE & NEUNER
                                        Ben L. Mayeaux - #19042
                                        James L. Pate - # 10333
                                        Gregory A. Koury - #26364
                                        One Petroleum Center, Suite 200
                                        1001 West Pinhook Road
                                        Lafayette, Louisiana 70503
                                        TELEPHONE:  (337) 237-7000
                                        FACSIMILE:  (337) 233-9450
                                        Attorneys for the ORLEANS LEVEE
                                        DISTRICT

s/ Charles M. Lanier, Jr.
CHRISTOVICH & KEARNEY, LLP
Charles M. Lanier, Jr. - #18299
J. Warren Gardner, Jr. - #5928
Elizabeth Cordes - #1786
Pan American Life Center
601 Poydras Street, Suite 2300
New Orleans, LA 70130-6078
TELEPHONE:  (504) 593-4272
FACSIMILE:  (504) 561-5743
Attorneys for the SEWERAGE AND WATER
BOARD OF NEW ORLEANS


s/ Gary M. Zwain
DUPLASS, ZWAIN, BOURGEOIS,
    MORTON, PFISTER & WEINSTOCK
Lawrence J. Duplass - #5199
Gary M. Zwain - #13809
Andrew D. Weinstock - #18495
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
TELEPHONE:  (504) 832-3700
FACSIMILE:  (504) 837-3119
Attorneys for the BOARD OF
COMMISSIONERS FOR THE EAST
JEFFERSON LEVEE DISTRICT


s/ Ralph S. Hubbard III
LUGENBUHL, WHEATON, PECK, RANKIN
    & HUBBARD
Ralph S. Hubbard III - # 7040
Joseph Guichet - # 24441
Rachel Meese - # 25457
601 Poydras Street
Pan American Life Center, Suite 2775
New Orleans, LA  70130-6027
TELEPHONE:  (504) 568-1990
FACSIMILE:  (504) 310-9195
Attorneys for ST. PAUL FIRE AND MARINE
INSURANCE COMPANY

5

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of August, 2008, a copy of the above and foregoing

**Levee Defendants' Tenth Preliminary List of Exhibits for Potential Merits Trials(s)** was

filed electronically with the Clerk of Court using the Court's CM/ECF system.  Notice of this

filing will be sent to all known counsel of record by operation of the Court's electronic filing

system.

                                       s/ Thomas P. Anzelmo_____
                                        McCRANIE, SISTRUNK, ANZELMO,
                                           HARDY, MAXWELL & McDANIEL
                                       3445 N. Causeway Boulevard, Ste. 800
                                       Metairie, Louisiana 70002
                                       TELEPHONE:  (504) 831-0946
                                       FACSIMILE:  (504) 831-2492
                                       E-MAIL:  tpa@mcsalaw.com