**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: KATRINA CANAL BREACHES       CIVIL ACTION
CONSOLIDATED LITIGATION

      NO.: 05-4182 "K" (2)

PERTAINS TO: BARGE       JUDGE DUVAL
      MAG. WILKINSON

---

**THE BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS**
**AND THE ORLEANS LEVEE DISTRICT'S EIGHTH PRELIMINARY**
**LIST OF WITNESSES FOR POTENTIAL MERITS TRIAL(S)**

Pursuant to the Court's Case Management and Scheduling Order No. 7, entered May 1, 2008 (Docket No. 12935) ("CMO 7"), the undersigned third-party defendants submit this eighth preliminary list of fact and expert witnesses whom may or will be called to testify at any trial(s) on the merits.

This witness list is submitted jointly by third-party defendants, the Board of Commissioners of the Port of New Orleans and the Orleans Levee District, in order to comply with the Court's CMO 7, but the joint nature of this list does not mean that each third-party defendant necessarily adopts, approves or endorses each witness named on this list.

Although the Board of Commissioners of the Port of New Orleans and the Orleans Levee District have endeavored in good faith to prepare this eighth preliminary witness list, it is necessarily limited, because discovery in this case is not complete and will not close until March 2009 with regard to any merits trial(s).  Consequently, the Board of Commissioners of the Port of New Orleans and the Orleans Levee District have prepared this preliminary list on the basis of their best efforts and the information currently available, and submit this list in accordance with the Court's CMO 7.

The following former and current USACE employees, most of whom were listed or referred to in the United States of America's Answers to the Levee Plaintiffs' First Set of Interrogatories or in the Attachment to the United States' Answers to the Levee Plaintiffs' First Set of Interrogatories, filed on June 14, 2007, may be called to testify in this matter:

Accardo, Christopher
Chief, Operations Division MVN
7400 Leake Avenue
New Orleans, LA 70118

Ashley, Chester
Resident Engineer
Hurricane Protection Office
CEMVN

Baumy, Walter O. Jr.
Chief, Engineering Division MVN
From 12/15/02 to present
CEMVN
7400 Leake Avenue
New Orleans, LA 70118

Becnel, Alfred P
Retired 1/8/81
Chief, Hydraulics & Hydrologic Branch
Engineering Division
From 7/27/69 – 1/8/81

Breerword, Gregory E.
Retired 1/3/07
Chief, Operations
From 12/15/02 – 6/25/05

Brouse, Gary
Planning, Programs & Project Mgt. Division
Floodwalls-West Branch & Vicinity
CEMVN
8. Broussard, Richard
7400 Leake Avenue
New Orleans, LA 70118

Caver, William
Retired from Corps
Currently working for Eustis Engineering

Colletti, Jerry
Asst. Chief, Operations Division
CEMVN
7400 Leake Avenue
New Orleans, LA 70118

Combe, Jay
Retired
Former Chief of Coastal Engineering Section
Hydraulics Branch

Decker, Charles
Retired 2/2/83
Chief, Regulatory Branch MVN
From 10/3/71 – 2/2/83

Duscha, Lloyd
Retired
Chief, Engineering Division in Civil Works
From 1979-1983

Edelman, Lester
Retired 1998
Chief Counsel for Army Corps of Engineers
From 1979-1998

-3-

Fairless, Robert
Retired 1/3/04
Contractor – Protection & Restoration Office

Goldman, Ronald C., P.E.
Chief Hydraulics Branch
USACE, Vicksburg District
4155 Clay St.
Vicksburg MS 39183

Guillot, Albert J.
Retired 1/2/99
Chief, Operations
From 6/9/96 – 1/2/99

Hatch, Henry J.
Retired 1992
Lt. General – Chief of Army Corps of Engineers
From 1988-1992

Heiberg, Elvin R.
Retired
Lt. General – Army Corps Chief of Engineers
From 1984-1988

Hill, Richard
Retired 1/2/99
Chief, Construction Division
From 10/1/94 – 1/2/99

Hubert, Leo
Retired
Lt. Colonel - New Orleans Deputy District Engineer
From 1975-1978

Judlin, Dan
Retired 10/2/94
Chief, Design
From 11/25/73 – 8/26/77

Laurent, Arthur
Retired
Former Chief of Hydraulics

Lowe, Michael
Operations Division, Readiness Branch
CEMVN

Miller, Gregory
7400 Leake Avenue
New Orleans, LA 70118

Mosher, Reed L., Ph.D.
Chief, Structural Mechanics Division
U.S. Army Corps of Engineers
Engineer Research and Development Center
Vicksburg, Mississippi

Naomi, Alfred
Project Manager
7400 Leake Avenue
New Orleans, LA 70118

Nettles, C.J. (retired)
Retired 7/1/88
Chief, Operations
From 1/13/80 – 7/1/88

Picciola, Rodney
Former Chief, Foundation and Materials Branch
Engineering Division

Pinner, Richard
7400 Leake Avenue
New Orleans, LA 70118

Richardson, Jim
Retired 1/3/02
Engineering Div, Geotechnical Branch

Romero, Jorge
Retired 1/3/04
Engineering Division, Structures Branch
From 3/13/86 – 1/3/04

Rush, Early
Retired
Colonel –New Orleans District Chief of Engineers
From 1975-1978

Russo, Edmund
7400 Leake Avenue
New Orleans, LA 70118

Sands, Colonel Tom
Former District Engineer, MVN

Satterlee, Jr., Gerard S.
Retired
Chief of Engineering Division
Currently with Fenstermaker
1100 Poydras Street, Suite 1550
New Orleans, LA 70163

Schorr, Henry
Retired 2/28/93
Chief, Operations
From 7/31/88 – 2/28/93

Soileau, Cecil W.
Retired 4/30/93
Chief, Hydraulics Branch, Engineering Division MVN
From 6/14/81 - 4/30/93

Stutts, David "Van"
Engineering Division, Hydraulics
CEMVN
7400 Leake Avenue
New Orleans, LA 70118

Swindler, Roger
Operations Division, Central Evaluation Section
CEMVN

Tickner, Wilfred E.
Transferred 4/25/99
Chief, Engineering Division MVN
From 2/4/90 - 4/24/99

Tisdale, Robert L.
CAO 9/25/99
Chief, Operations
From 11/14/93 - 3/16/96

Varuso, Richard
7400 Leake Avenue
New Orleans, LA 70118

Ventola, Ron
Retired 3/31/07
Chief, Regulatory Branch
From 9/13/87 – 3/31/07

Vojkovich, Frank
Engineering Division
Structure Foundations Section
CEMVN

Wall, John
Retired
Lt. General – Director of Civil Works

Winer, Harley
7400 Leake Avenue
New Orleans, LA 70118

ADDITIONAL WITNESSES:

Berryhill, Carolyn
128 West Harrison
Baton Rouge, LA 70802
Subject Matter:  Her personal observations regarding the IHNC and surrounding vicinity, prior, during and subsequent to Hurricane Katrina

Bollinger, James
Comptroller - Orleans Levee District
6001 Stars & Stripes Blvd., Suite 202
New Orleans, LA 7012
Subject Matter:  The scope of authority of the Orleans Levee District and its duties and
responsibilities as they relate to the flood control structures in the proposed class area.

Gillen, Gerald III
Assistant Director - Orleans Levee District
6920 Franklin Avenue
New Orleans, LA 70122
Subject matter:  The Gulf Intracoastal Waterway ("GIWW") and the Inner-Harbor Navigational
Canal ("IHNC")

Grille, Geneva, P.E.
Louisiana Department of Transportation and Development
110 Noble Drive
Belle Chasse, LA 70037
Subject Matter:  DOTD involvement with the GIWW and IHNC

Keller, Deborah
Board of Commissioners of the Port of New Orleans
(*mailing*)
P.O. Box 60046
New Orleans, LA  70160
(*physical*)
1350 Port of New Orleans Place
New Orleans, LA  70130
Subject matter:  Port development; interface between U.S. Army Corps of Engineers,
Levee Board, and Dock Board

Kiefer, Carol
Director of Safety and Risk – Orleans Levee District
6001 Stars & Stripes Blvd., Suite 202
New Orleans, LA 70126
Subject Matter:  Insurance coverage available to the Orleans Levee District

Landry, Victor
Retired Director Orleans Levee District
329 Virginia St.
New Orleans, LA 70124
Subject matter:  The GIWW and the IHNC

-8-

McGill, Ronald
3005 Shannon Drive
Violet, LA 70092
Subject Matter:  His personal observations regarding the IHNC and surrounding vicinity, prior, during and subsequent to Hurricane Katrina

Miller, Clayton
Board of Commissioners of the Port of New Orleans
(*mailing*)
P.O. Box 60046
New Orleans, LA  70160
(*physical*)
1350 Port of New Orleans Place
New Orleans, LA  70130
Subject matter:  Industrial real estate

Murph, Arthur
105 Berkeley Drive
New Orleans, LA 70131
Subject Matter:  His personal observations regarding the IHNC and surrounding vicinity, prior, during and subsequent to Hurricane Katrina

Orlesh, Michael
Board of Commissioners of the Port of New Orleans
(*mailing*)
P.O. Box 60046
New Orleans, LA  70160
(*physical*)
1350 Port of New Orleans Place
New Orleans, LA  70130
Subject matter:  Historical overview

Plauche, Jeffrey
Board of Commissioners of the Port of New Orleans
(*mailing*)
P.O. Box 60046
New Orleans, LA  70160
(*physical*)
1350 Port of New Orleans Place
New Orleans, LA  70130
Subject matter:  Permitting

Redden, Jennifer
GIS Coordinator – USACOE
167 North Main Street
Memphis, TN 38013
Subject Matter:  Compilation and imagery of FEMA Blue Roof data, including how, when, by whom and why such data was compiled and imagery was made thereof, what the data and imagery represents, and the geographic dispersion of the blue roofs

Richard, Joseph
Director/Managing Partner – Postewaite & Netterville, APAC
2324 Severn Avenue
Metairie, LA 70001
Subject Matter:  Finances/financial condition of the Orleans Levee District

Richardson, Lisa
Board of Commissioners of the Port of New Orleans
(*mailing*)
P.O. Box 60046
New Orleans, LA  70160
(*physical*)
1350 Port of New Orleans Place
New Orleans, LA  70130
Subject matter:  Project Coordination

St. Cyr-Butler, Delores
12276 East Glenhaven Drive
Baton Rouge, LA 70815
Subject Matter:  Her personal observations regarding the IHNC and surrounding vicinity, prior, during and subsequent to Hurricane Katrina

Smith, John, P.E.
USACOE
4155 Clay Street
Vicksburg, MS 39183
Subject Matter:  Use of USACOE Hydrology Engineering Center/River Analysis System computer modeling to prepare incremental flooding source analysis for the New Orleans Metro Area during the Hurricane Katrina time period measured in water surface elevations over time

Spalluto, Lenny
Board of Commissioners of the Port of New Orleans
(*mailing*)
P.O. Box 60046
New Orleans, LA  70160
(*physical*)
1350 Port of New Orleans Place
New Orleans, LA  70130
Subject matter:  Dredging

Spencer, Stevan G., P.E.
Executive Director Orleans Levee District
6920 Franklin Avenue
New Orleans, LA 70122
Subject matter:  The GIWW and the IHNC

Tribble, Ahsha, Ph.D.
Executive Director
DOC/NOAA/NWS/NCEP
TPC/National Hurricane Center
11691 SW 17th Street
Miami, FL 33165

Villavasso, William
New Orleans Sewerage & Water Board
625 Saint Joseph Street
New Orleans, LA
Subject Matter:  His working at S&WB Pump Stations 5 and his personal observations regarding
the IHNC and surrounding vicinity, prior, during and subsequent to Hurricane Katrina

Williams, Sidney
4564 Candy Lane
Lilburn, GA 30047
Subject Matter:  His personal observations regarding the IHNC and surrounding vicinity, prior,
during and subsequent to Hurricane Katrina

Any of the 160, more or less, people who were involved or participated in the investigation or
subsequent report of the Interagency Performance Evaluation Task Force (IPET), including but
not limited to:

-11-

Ebersole, Bruce A., P.E.
Chief, Flood and Storm Protection Division
Coastal and Hydraulics Laboratory
U.S. Army Corps of Engineers
Engineer Research and Development Center
Vicksburg, Mississippi

Foster, Jerry, P.E.
Headquarters, U.S. Army Corps of Engineers
Washington, DC

Garster, James K.
Topographic Engineering Center
U.S. Army Corps of Engineers
Engineer Research and Development Center
Alexandria, Virginia

Hawes, Sue
U.S. Army Corps of Engineers
7400 Leake Avenue
New Orleans, LA 70118

Jaeger, John J., Ph.D., P.E.
Chief, Engineering and Construction
U.S. Army Corps of Engineers
Huntington District
Huntington, West Virginia

Martin, Denise
Computer Scientist
Information Technology Laboratory
U.S. Army Corps of Engineers
Engineer Research and Development Center
Vicksburg, Mississippi

Moentenich, Brian L., P.E.
Hydroelectric Design Center
U.S. Army Corps of Engineers
Portland District
Portland, Oregon

Moser, David, Ph.D.
Chief Economist
U.S. Army Corps of Engineers,
Institute for Water Resources
Alexandria, Virginia

Poindexter, Larry

Powell, Nancy
U.S. Army Corps of Engineers
7400 Leake Avenue
New Orleans, LA 70118

Resio, Donald T., Ph.D.
Senior Scientist
Coastal and Hydraulics Laboratory
U.S. Army Corps of Engineers
Engineer Research and Development Center
Vicksburg, Mississippi

Sharp, Michael K., Ph.D., P.E.
Technical Director, Civil Works Infrastructure
Geotechnical and Structures Laboratory
U.S. Army Corps of Engineers
Engineer Research and Development Center
Vicksburg, Mississippi

Stevenson, Jeremy
U.S. Army Corps of Engineers
Huntington District
Huntington, West Virginia

Stroupe, Wayne
Public Affairs Office
U.S. Army Corps of Engineers
Engineer Research and Development Center
Vicksburg, Mississippi

Wiggins, Elizabeth

EXPERT WITNESSES:

Charles T. Brigden
Clarion Associates, Inc.
601 South LaSalle Street
Suite 600
Chicago, IL  60605
Subject Matter/Expertise:  Commercial and private real estate appraisal, feasibility studies, and market studies

Robert A. Dalrymple
Civil Engineering Department
210 Latrobe Hall
Johns Hopkins University
Baltimore, MD  21218
Subject Matter/Expertise:  Civil and coastal engineering (including storm surge, waves, water flow, overtopping and tides) in connection with the breaches along the eastside of the Industrial Canal

Bruce A. Ebersole, P.E.
Chief, Flood & Storm
Protection Division
Coastal & Hydraulics
Laboratory, USACE
Subject Matter/Expertise:  Civil hydrology engineering/hydrodynamic loadings/levee walls/influences of MRGO

Steve Fitzgerald
Harris County Flood Control
District, Houston, TX
Subject Matter/Expertise: Hydrology/interior drainage

Michael W. Flores, P.E.
GCR & Associates, Inc.
UNO Research and Technology
Park
2021 Lakeshore Drive
Suite 100
New Orleans, LA  70122
Subject Matter/Expertise:  Land surveying

Jeff Harris
Hydrologic Engineering Center
USACE
Subject Matter/Expertise:  Storm surge modeling, hydrology

Brian Jarvinen
Formerly with National Hurricane Center
Subject Matter/Expertise:  Meteorology/storm surge research, modeling and reporting/results of storm surge events and effects

William Klein, Jr.
General Biologist, Ecological Planning and Restoration Section
Environmental Branch
New Orleans District
USACE
Subject Matter/Expertise:  Wetlands/environmental compliance

Paul D. Kuhlmeier, Ph.D., P.E., P.G.
5296 E. Softwood Drive
Boise, ID 83716
Subject Matter/Expertise:  Hydrology, hydraulics, and hydrological and geological engineering

Dr. Reed Mosher
Chief, Structural Mechanics Division
USACE
Subject Matter/Expertise:  Civil geotechnical engineering/project evaluation/performance assessment

Erik L. Nelson, Ph.D., P.E.
2740 Dallas Parkway
Suite 220
Dallas, TX 75093
Subject Matter/Expertise:  Architectural engineering

Gib A. Owen
Chief, Ecological Planning and Restoration Section
Environmental Branch
New Orleans District
USACE
Subject Matter/Expertise:  Wetlands/environmental compliance

Billy R. Prochaska, P.E.
9935 Hillyard
Baton Rouge, LA 70809
Subject Matter/Expertise:  Geotechnical engineering

Dr. Donald T. Resio
Senior Scientist
Coastal & Hydraulics Laboratory
USACE
Subject Matter/Expertise:  Hydrodynamic forces/oceanography/ wind and wave interaction and probability analysis

James A. Richardson, Ph.D.
3200 CEBA Building
Louisiana State University
Baton Rouge, LA  70803
Subject Matter/Expertise:  Economics

Gregory C. Rigamer
GCR & Associates, Inc.
UNO Research and Technology Park
2021 Lakeshore Drive
Suite 100
New Orleans, LA  70122
Subject Matter/Expertise:  Demographics, cultural heritage and urban planning

Richard W. Roddewig, MAI
Clarion Associates, Inc.
601 South LaSalle Street
Suite 600
Chicago, IL  60605
Subject Matter/Expertise:  Commercial and private real estate appraisal, feasibility studies, and market studies

Deborah Senn, Esq.
Deborah Senn Expert Services
Seattle, Washington
Subject Matter/Expertise:  Insurance

-16-

Dr. Leonard A. Shabman
Resources for the Future
Washington, DC
Subject Matter/Expertise:  Decision making

Francisco Silva-Tulla, Sc.D., P.E. and T. William Lambe, Sc.D., P.E.
GeoEngineering and Environment
12 Baskin Road
Lexington, MA  02421
Subject Matter/Expertise:  Civil and geotechnical engineering relating to the cause of failure of
the levee/ floodwalls along the eastside of the Industrial Canal

Michael W. Truax, MAI
Truax, Robles & Baldwin, LLC
3045 Ridgelake Drive
Suite 100
Metairie, LA  70002
Subject Matter/Expertise:  Commercial and private real estate appraisal

Prof. Kerry D. Vandell
The Paul Merage School of Business, University of California-Irvine
429 SB
Irvine, CA  92697
Subject Matter/Expertise:  Economics; proposed class allegations of diminution of real estate
values

David A. Vigh, Ph.D.
Environmental Team Leader, Mississippi Valley Division
USACE
Subject Matter/Expertise:  Wetlands/environmental compliance

Jeffrey C. Walker
SAIC, GSTI Division
Subject Matter/Expertise:  LIDAR

Dr. Joannes Westerink
Dept. Of Civil Engineering & Geological Sciences
University of Notre Dame
Subject Matter/Expertise:  storm surge modeling

Dr. Thomas F. Wolff
Associate Dean for Graduate
Studies, College of Engineering
Michigan State University
Subject Matter/Expertise:  Geotechnical engineering

Dr. Douglas Woolley
Retired Prof. Economics
Radford University
Subject Matter/Expertise:  Decision making

David B. Zilkoski
Director, National Geodetic Survey
National Ocean & Atmospheric Administration
Subject Matter/Expertise:  Geodetic datums

Anyone listed or referred to in discovery, including Rule 26 Initial Disclosures and answers to interrogatories and requests for admissions, and responses to requests for production.

Anyone else with any factual knowledge, information, or data concerning the Lake Pontchartrain, Louisiana and Vicinity Hurricane Protection Project, Hurricane Katrina, the causes of any levee breach or failure mode related to this litigation, or any allegation in Plaintiffs' Complaint.

Anyone listed or actually called as a witness by any party in this litigation.

Dated:  August 20, 2008                    Respectfully submitted,

s/ Thomas P. Anzelmo_____
McCRANIE, SISTRUNK, ANZELMO,
   HARDY, MAXWELL & McDANIEL
Thomas P. Anzelmo, P.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE:  (504) 831-0946
FACSIMILE:  (504) 831-2492

and

-18-

LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:  (337) 237-7000
FACSIMILE:  (337) 233-9450
Attorneys for the ORLEANS LEVEE
DISTRICT


s/ Kirk Aurandt
DAIGLE FISSE & KESSENICH, PLC
J. Frederick Kessenich - #7354
Jonathon H. Sandoz - #23928
Michael W. McMahon - #23987
Jon A. Van Steenis - #27122
Kirk N. Aurandt - #25336
P.O. Box 3530
Covington, LA 70434-5350
TELEPHONE:  (985) 871-0800
FACSIMILE:  (985) 871-0899
Attorneys for the BOARD OF
COMMISSIONERS FOR THE PORT OF
NEW ORLEANS

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 20th day of August, 2008, a copy of the above and foregoing **The Board of Commissioners of the Port of New Orleans and the Orleans Levee District's Eighth Preliminary List of Witnesses for Potential Merits Trial(s)** was filed electronically with the Clerk of Court using the Court's CM/ECF system.  Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

s/ Thomas P. Anzelmo_____
McCRANIE, SISTRUNK, ANZELMO,
   HARDY, MAXWELL & McDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE:  (504) 831-0946
FACSIMILE:  (504) 831-2492
E-MAIL:  tpa@mcsalaw.com

-20-