UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

PERTAINS TO:     INSURANCE "06-7837"
ALL CASES     (Patricia B. Mehrtens, et al, Plaintiff v.
ALL LEVEE     Louisiana Citizens Fair Plan, et al.)
ALL MRGO
ALL INSURANCE
ALL RESPONDER
ALL ST. RITA
ALL DREDGING LIMITATIONS
LEVEE     (SPECIFIC CASE NUMBER(S))
MRGO     (SPECIFIC CASE NUMBER(S))
INSURANCE (SPECIFIC CASE NUMBER(S))
RESPONDER (SPECIFIC CASE NUMBER(S))
ST. RITA     (SPECIFIC CASE NUMBER(S))
DREDGING LIMIATIONS (SPECIFIC CASE NUMBER(S))

## ORDER

IT IS ORDERED that all claims and causes of action in this case against defendants, Eric C. Heurta and Premier Metro Group Insurance Agency, L.L.C., are hereby dismissed, with prejudice, each party to bear his/her or its own costs.

NEW ORLEANS, LOUISIANA, this 20th day of August, 2008.

_____
JUDGE

-3-