UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182 |
| PERTAINS TO: BARGE | * and consolidated cases<br>* |
| *Boutte v. Lafarge*    05-5531<br>*Mumford v. Ingram*    05-5724<br>*Lagarde v. Lafarge*    06-5342<br>*Perry v. Ingram*    06-6299<br>*Benoit v. Lafarge*    06-7516<br>*Parfait Family v. USA*    07-3500 | * SECTION "K"  (2)<br>*<br>*<br>* JUDGE<br>* STANWOOD R. DUVAL, JR.<br>*<br>* MAG.<br>* JOSEPH C. WILKINSON, JR.<br>* |

### NOTICE OF DEPOSITION

**TO: ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that defendant Lafarge North America, Inc., through undersigned counsel, will take the deposition of Melvin Spinks for all permissible purposes allowed under the Federal Rules of Civil Procedure on September 25, 2008 at 10:30 a.m. before a duly authorized court reporter at the law offices of Chaffe McCall, LLP, 1100 Poydras Street, 2300 Energy Centre, New Orleans, LA 70163, at which time and place you are hereby invited to attend, and continuing day-to-day until said examination is concluded.

1158209-1

Respectfully submitted,

**CHAFFE McCALL, L.L.P.**


    /s/ Derek A. Walker
Robert B. Fisher, Jr., T.A. (# 5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
fisher@chaffe.com
walker@chaffe.com

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715

John D. Aldock
**GOODWIN PROCTER LLP**
901 New York Avenue, NW
Washington, DC 20001
Tel.: (202) 346-4240

**ATTORNEYS FOR
LAFARGE NORTH AMERICA INC.**

### Certificate of Service

I do hereby certify that I have on this 20th day of August, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic notification.

    /s/ Derek A. Walker