UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*           05-5531 | * | |
| *Mumford v. Ingram*           05-5724 | * | |
| *Lagarde v. Lafarge*          06-5342 | * | JUDGE |
| *Perry v. Ingram*             06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*           06-7516 | * | |
| *Parfait Family v. USA*       07-3500 | * | MAG. |
| *Lafarge v. USA*              07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

## MOTION TO ENROLL AND SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT** come *Parfait* plaintiffs,  Melba Gibson, Kevin McFarland and Daniel Weber, through undersigned counsel and solely for the claims associated with the Barge Litigation Track and currently represented by Ashton O'Dwyer, La. Bar Roll No. 10166, of the Law Offices of Ashton R. O'Dwyer, Jr. LLC, and respectfully request that Brian A. Gilbert, La. Bar Roll No. 21297 of the Law Office of Brian A. Gilbert, PLC be enrolled and substituted as their counsel of record in the Barge Litigation Track of this matter. Movants respectfully submit that substitution of counsel shall not prejudice the other parties hereto or impede the progress of this matter.

It is so moved.

Respectfully submitted,

/s/ Brian A. Gilbert,
Brian A. Gilbert, Esq.(21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: bgilbert@briangilbertlaw.com

/s/ Ashton R. O'Dwyer, Jr.
Ashton R. O'Dwyer, Jr.
Law Offices of Ashton R. O'Dwyer, Jr. LLC
La. Bar Roll No. 10166
821 Baronne Street
New Orleans, LA 70113
Tel.: (504) 679-6166
Facsimile: (504) 581-4336
e-mail: arod@odwyerlaw.com

/s/ Lawrence D. Wiedemann,
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com,
karl@wiedemannlaw.com,
karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com

/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
Voice: 202-862-4320
Cell:   202-549-1454
Facsimile:  800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net,

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 20th  day of August, 2008

\s\Brian A. Gilbert
BRIAN A. GILBERT