UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*     05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*       06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*     06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA*        07-5178 | * * | JOSEPH C. WILKINSON, JR. |

## ORDER

Considering the foregoing motion:

**IT IS ORDERED, ADJUDGED AND DECREED** that, Melba Gibson, Kevin McFarland and Daniel Weber's, Motion to Enroll and Substitute Brian A. Gilbert as Counsel of Record in the Barge Litigation Track of this matter be and is hereby **GRANTED.**

New Orleans, Louisiana this____ day of _____, 2008.

_____
**STANWOOD R. DUVAL, JR.,
JUDGE, U.S. DISTRICT COURT**

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 15th day of August, 2008

\s\Brian A. Gilbert

BRIAN A. GILBERT