UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| PERTAINS TO: BARGE | * * * * | NO. 05-4182 and consolidated cases |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*           05-5531 | * | |
| *Mumford v. Ingram*      05-5724 | * | |
| *Lagarde v. Lafarge*        06-5342 | * | JUDGE |
| *Perry v. Ingram*              06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*           06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | MAG. |
| *Lafarge v. USA*                07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

## MOTION TO PARTIALLY LIFT STAY AND FOR LIMITED REOPENING OF *PARFAIT* CASE

**NOW COMES**, the Barge P.S.L.C., by and through Liaison Counsel, Brian A. Gilbert, who for good cause expressed in the accompanying memorandum moves this Honorable Court for an Order re-opening and lifting the Stay of the claims of *Parfait* plaintiffs, Melba Gibson, Daniel Weber and Kevin McFarland with respect to their claims in the Barge Litigation Track, in order that undersigned might prosecute same to their conclusion.

It is so moved.

Respectfully submitted,

/s/ Brian A. Gilbert,
Brian A. Gilbert, Esq.(21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: bgilbert@briangilbertlaw.com

/s/ Ashton R. O'Dwyer, Jr.
Ashton R. O'Dwyer, Jr.
Law Offices of Ashton R. O'Dwyer, Jr. LLC
La. Bar Roll No. 10166
821 Baronne Street
New Orleans, LA 70113
Tel.: (504) 679-6166
Facsimile: (504) 581-4336
e-mail: arod@odwyerlaw.com

/s/ Lawrence D. Wiedemann,
 Lawrence D. Wiedemann.(13457)
 Karl Wiedemann (18502)
 Karen Wiedemann (21151)
 WIEDEMANN & WIEDEMANN
 821 Baronne Street
 New Orleans, Louisiana 70113
 Telephone: (504) 581-6180
 Facsimile: (504) 581-4336
 e-mail: lawrence@wiedemannlaw.com,
 karl@wiedemannlaw.com,
 karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com

/s/ Richard T. Seymour

> Richard T. Seymour (D.C. Bar #28100)
> Law Office of Richard T. Seymour, P.L.L.C.
> 1150 Connecticut Avenue N.W., Suite 900
> Washington, D.C.  20036-4129
> Voice: 202-862-4320
> Cell:   202-549-1454
> Facsimile:  800-805-1065 and 202-828-4130
> e-mail: rick@rickseymourlaw.net

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 20th  day of August, 2008.

> \s\Brian A. Gilbert
> BRIAN A. GILBERT