UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION

NO. 05-4182 "K" (2)

PERTAINS TO:  MRGO

JUDGE DUVAL
MAG. WILKINSON

_____

**MRGO DEFENDANTS' ELEVENTH PRELIMINARY LIST OF
WITNESSES FOR POTENTIAL MERITS TRIAL(S)**

Pursuant to the Court's Case Management and Scheduling Order No. 7, entered

May 1, 2008 (Docket No. 12935) ("CMO 7"), the undersigned Defendants submit this

eleventh preliminary list of fact and expert witnesses that may or will be called to testify

at any trial(s) on the merits.

This witness list is submitted jointly, by all MRGO Defendants, in order to comply

with the Court's CMO 7, but the joint nature of this list does not mean that each

defendant necessarily adopts, approves, or endorses each witness named on this list.

Although the MRGO Defendants have endeavored in good faith to prepare this

eleventh preliminary witness list, it is necessarily limited, because discovery in this case

is not complete, and will not close until March 2009.  Consequently, MRGO Defendants

have prepared this preliminary list on the basis of their best efforts and the information

currently available, and submit this list in accordance with the Court's CMO 7 and

subject to later supplementation on the 20th day of every month as directed in CMO 7.

CMO 7, § IV(A)(1).[1]

**FACT WITNESSES**

Christopher Accardo
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject Matter:  Maintenance of the MRGO

Walter Baumy
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Design, construction and maintenance of the MRGO

Richard Broussard
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Design, construction and maintenance of the MRGO

---

[1] If counsel wishes to contact any current or former federal employees, such contact must be made through counsel for the United States.

941814v.1

Jerry Colletti
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
<u>Subject matter</u>:  Levee inspections

Gillen, Gerald III
Assistant Director - Orleans Levee District
6920 Franklin Avenue
New Orleans, LA 70122
<u>Subject matter</u>:  The Gulf Intracoastal Waterway ("GIWW") and the Inner-Harbor
Navigational Canal ("IHNC")

Geneva Grille, P.E.
110 Noble Drive
Belle Chasse, LA  70037
<u>Subject Matter</u>:  The engineering interface between the U.S. Army Corps of
Engineers and the Louisiana Department of Transportation, Lake Borgne Levee
District ("L.B.L.D."), Orleans Levee District ("O.L.D.") and various contractors
regarding the LPVHPP

Lee A. Guillory, P.E.
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
<u>Subject matter</u>:  Washington Group International, Inc.'s ("WGII") work for the
U.S. Army Corps of Engineers in the East Bank Industrial Area of New Orleans
between 1999 and May 2005, pursuant to Task Order 26

Victor Landry
Retired Director Orleans Levee District
329 Virginia St.
New Orleans, LA  70124
<u>Subject matter</u>:  The Gulf Intracoastal Waterway ("GIWW") and the IHNC

941814v.1

John Grieshaber, Ph.D.
U.S. Army Corps of Engineers
(mailing)
P.O. Box 60267
New Orleans, LA  70160-0267
(physical)
7400 Leake Avenue
New Orleans, LA  70118
<u>Subject matter</u>:  the IHNC

Melvin M.L. McElwee, Sr.
14154 Rev. Joseph White Road
Independence, LA  70443
<u>Subject matter</u>:  Experience(s) excavating along the IHNC

Gregory Miller
U.S. Army Corps of Engineers
(mailing)
P.O. Box 60267
New Orleans, LA  70160-0267
(physical)
7400 Leake Avenue
New Orleans, LA  70118
<u>Subject matter</u>:  Wetlands

James A. Montegut
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
<u>Subject matter</u>:  WGII's work for the U.S. Army Corps of Engineers in the East
Bank Industrial Area of New Orleans between early 2000 and May 2005, pursuant
to Task Order 26

941814v.1

Alfred Naomi
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
<u>Subject matter</u>:  LPVHPP project management

Richard Pinner
U.S. Army Corps of Engineers
(mailing)
P.O. Box 60267
New Orleans, LA  70160-0267
(physical)
7400 Leake Avenue
New Orleans, LA  70118
<u>Subject matter</u>:  Geotechnical analysis of soil

Nancy Powell
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
<u>Subject matter</u>:  Hydrology of MRGO

St. Paul Fire and Marine Insurance Company
Travelers Companies, Inc.
One Tower Square
Hartford, CT 06183
<u>Subject matter</u>:  Applicable St. Paul Fire and Marine Insurance Company policies

Stephen C. Roe
14054 West Cornell Avenue
Lakewood, CO  80228
<u>Subject matter</u>:  WGII's work for the U.S. Army Corps of Engineers in the East
Bank Industrial Area of New Orleans between July 1999 and June 2001, pursuant
to Task Order 26

941814v.1

Edmund Russo
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
<u>Subject matter</u>:  Maintenance of the MRGO

Phillip L. Staggs
225 S. Tropical Trail
Meritt Island, FL  32952
<u>Subject matter</u>:  WGII's work for the U.S. Army Corps of Engineers in the East
Bank Industrial Area of New Orleans between July 2000 and April 2005, pursuant
to Task Order 26

Gerard S. Satterlee, Jr., P.E.
1100 Poydras St., Suite 1550
New Orleans, LA 70163
<u>Subject matter</u>:  Levee design, construction, and maintenance

Spencer, Stevan G., P.E.
Executive Director - Orleans Levee District
New Orleans, LA 70122
<u>Subject matter</u>:  The GIWW and the IHNC

David V. "Vann" Stutts
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
<u>Subject matter</u>:  Design, construction and maintenance of the MRGO

6

Richard Varuso
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
<u>Subject matter</u>:  Design, construction and maintenance of the MRGO

Harley Winer
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
<u>Subject matter</u>:  Effects of storm surge on the MRGO

941814v.1

## EXPERT WITNESSES

| EXPERT | SPONSORING PARTY | SUBJECT MATTER/ EXPERTISE |
|---|---|---|
| **Charles T. Brigden**<br>Clarion Associates, Inc.<br>601 South LaSalle Street<br>Suite 600<br>Chicago, IL  60605 | Orleans Levee District, East Jefferson Levee District, Lake Borgne Levee District, and Sewerage & Water Board | commercial and private real estate appraisal, feasibility studies, and market studies |
| **Louis D. Britsch**<br>Geologist<br>Engineering Division<br>New Orleans District<br>U.S. Army Corps of Engineers | The United States | geologic/geomorphic development; mapping/analysis/causes of land loss |
| **Prof. Robert A. Dalrymple**<br>Civil Engineering Department<br>210 Latrobe Hall<br>Johns Hopkins University<br>Baltimore, MD  21218 | Washington Group International, Inc. | civil and coastal engineering (including storm surge, waves, water flow, overtopping and tides) in connection with the breaches along the eastside of the Industrial Canal |
| **Stephen R. DeLoach**<br>P.E., L.S.<br>Associate Director of Engineering, Design and Construction<br>Smithsonian Institution | The United States | Area: LIDAR and datums |
| **Bruce A. Ebersole, P.E.**<br>Chief, Flood & Storm Protection Division<br>Coastal & Hydraulics Laboratory, USACE | The United States | civil hydrology engineering/hydrodynamic loadings/levee walls/ influences of MRGO |
| **Steve Fitzgerald**<br>Harris County Flood Control District, Houston, TX | The United States | hydrology/interior drainage |

941814v.1

| EXPERT | SPONSORING PARTY | SUBJECT MATTER/ EXPERTISE |
|---|---|---|
| **Michael W. Flores, P.E.** GCR & Associates, Inc. UNO Research and Technology Park 2021 Lakeshore Drive Suite 100 New Orleans, LA  70122 | Orleans Levee District, East Jefferson Levee District, Lake Borgne Levee District, and Sewerage & Water Board | land surveying |
| **Suzanne Hawes** Project Manager for the Environment New Orleans District U.S. Army Corps of Engineers | The United States | Area: wetlands and environmental compliance |
| **Brian Jarvinen** Formerly with National Hurricane Center | The United States, Orleans Levee District, East Jefferson Levee District, Lake Borgne Levee District, Sewerage and Water Board, and Washington Group International, Inc. | meteorology/storm surge research, modeling and reporting/results of storm surge events and effects |
| **William Klein, Jr.** General Biologist, Ecological Planning and Restoration Section, Environmental Branch, New Orleans District U.S. Army Corps of Engineers | The United States | wetlands/environmental compliance |
| **Paul D. Kuhlmeier, Ph.D., P.E., P.G.** 5296 E. Softwood Drive Boise, ID  83716 | Orleans Levee District, East Jefferson Levee District, Lake Borgne Levee District, and Sewerage & Water Board | hydrology, hydraulics, and hydrological and geological engineering |

941814v.1

| EXPERT | SPONSORING PARTY | SUBJECT MATTER/ EXPERTISE |
|---|---|---|
| **Dr. Reed L. Mosher** Chief Structural Mechanics Division, USACE | The United States | civil geotechnical engineering/project evaluation/ performance assessment |
| **Erik L. Nelson, Ph.D., P.E.** 2740 Dallas Parkway Suite 220 Dallas, TX 75093 | Orleans Levee District, East Jefferson Levee District, Lake Borgne Levee District, and Sewerage & Water Board | architectural engineering |
| **Billy R. Prochaska, P.E.** 9935 Hillyard Baton Rouge, LA 70809 | Orleans Levee District, East Jefferson Levee District, Lake Borgne Levee District, and Sewerage & Water Board | geotechnical engineering |
| **Dr. Donald T. Resio** Senior Scientist Coastal & Hydraulics Laboratory U.S. Army Corps of Engineers | The United States | hydrodynamic forces/oceanography/ wind and wave interaction and probability analysis |
| **James A. Richardson, Ph.D.** 3200 CEBA Building Louisiana State University Baton Rouge, LA 70803 | Orleans Levee District, East Jefferson Levee District, Lake Borgne Levee District, and Sewerage & Water Board | economics |
| **Gregory C. Rigamer** GCR & Associates, Inc. UNO Research and Technology Park 2021 Lakeshore Drive Suite 100 New Orleans, LA 70122 | Orleans Levee District, East Jefferson Levee District, Lake Borgne Levee District, and Sewerage & Water Board | demographics, cultural heritage and urban planning |

10

| EXPERT | SPONSORING PARTY | SUBJECT MATTER/ EXPERTISE |
|---|---|---|
| **Richard W. Roddewig, MAI** Clarion Associates, Inc. 601 South LaSalle Street Suite 600 Chicago, IL  60605 | Orleans Levee District, East Jefferson Levee District, Lake Borgne Levee District, and Sewerage & Water Board | commercial and private real estate appraisal, feasibility studies, and market studies |
| **Deborah Senn, Esq.** Deborah Senn Expert Services Seattle, Washington | The United States | insurance |
| **Francisco Silva-Tulla, Sc.D., P.E. and T. William Lambe, Sc.D., P.E.** GeoEngineering and Environment 12 Baskin Road Lexington, MA  02421 | Washington Group International, Inc. | civil and geotechnical engineering relating to the cause of failure of the levee/ floodwalls along the eastside of the Industrial Canal |
| **Michael W. Truax, MAI** Truax, Robles & Baldwin, LLC 3045 Ridgelake Drive Suite 100 Metairie, LA  70002 | Orleans Levee District, East Jefferson Levee District, Lake Borgne Levee District, Sewerage & Water Board, and Washington Group International, Inc. | commercial and private real estate appraisal |
| **Prof. Kerry D. Vandell** The Paul Merage School of Business, University of California-Irvine 429 SB Irvine, CA  92697 | Washington Group International, Inc. | economics; proposed class allegations of diminution of real estate values |
| **Dr. Joannes Westerink** Dept. Of Civil Engineering & Geological Sciences, University of Notre Dame | The United States | storm surge modeling |

941814v.1

| EXPERT | SPONSORING PARTY | SUBJECT MATTER/ EXPERTISE |
|---|---|---|
| **Dr. Thomas F. Wolff** Associate Dean for Graduate Studies, College of Engineering Michigan State University | The United States | geotechnical engineering |

Dated:  August 20, 2008

Respectfully submitted,


_/s/Gary M. Zwain_

Gary M. Zwain, 13809
Lawrence J. Duplass, 5199
     Of
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119

Attorneys for Board of Commissioners for the Lake Borgne Basin Levee District

_/s/Ralph S. Hubbard_

Ralph S. Hubbard III, T.A., 7040
Joseph P. Guichet, 24441
     Of
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, Louisiana  70130
Telephone:  (504) 568-1990
Facsimile:   (504) 310-9195

Attorneys for St. Paul Fire and Marine Insurance Company

941814v.1

/s/Thomas P. Anzelmo
Thomas P. Anzelmo, 2533
Mark E. Hanna, 19336
Kyle P. Kirsch, 26363
Andre J. Lagarde, 28649
     Of
McCranie, Sistrunk, Anzelmo, Hardy,
  Maxwell & McDaniel
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana  70002
Telephone:  (504) 831-0946
Facsimile:  (504) 831-2492

And

James L. Pate, 10333
Ben L. Mayeux, 19042
     Of
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, Louisiana  70505-2828
Telephone:  (337) 237-7000

Attorneys for the Board of Commissioners
for the Orleans Levee District

/s/Heather S. Lonian
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
     Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

Of counsel
Adrian Wager-Zito
Julia E. McEvoy
Debra S. Clayman
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-4645
Facsimile:  (202) 626-1700

Attorneys for Washington Group
International, Inc.

/s/Robin D. Smith
Robin D. Smith
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Telephone:  (202) 616-4289
Facsimile:   (202) 616-5200

Attorney for United States

941814v.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing MRGO Defendants'
Eleventh Preliminary List of Witnesses For Potential Witnesses Trial has been served
upon all counsel of record through the Court's CM/ECF electronic filing system or by
placing same in the United States mail, postage prepaid and properly addressed, this 20th
day of August, 2008.

*/s/Heather S. Lonian*

941814v.1