UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES<br>         CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, <u>Lakewood</u>, 06-9839 | JUDGE DUVAL<br>MAG. WILKINSON |

### **ORDER**

In response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, counsel for plaintiff has advised the court that a private mediation is set in this matter on September 18, 2008. Record Doc. No. 14535. Accordingly,

**IT IS ORDERED** that both Regina Wedig, counsel for plaintiff, and Holly Hansen or David Walle, counsel for defendant, must contact my chambers by telephone at 504-589-7630 on **September 19, 2008 at 10:30 a.m.**, the day after the scheduled mediation, to advise the court concerning the status of settlement and to plan further proceedings in this matter, if necessary.

New Orleans, Louisiana, this ___20th___ day of August, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE