**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: KATRINA CANAL BREACHES                  CIVIL ACTION
    CONSOLIDATED LITIGATION
                                               NO. 05-4182

PERTAINS TO: ROAD HOME                         SECTION "K" (2)
        Louisiana State, No. 07-5528


## RECEIPT

The undersigned acknowledges receipt of the Court's Order and Reasons (dated August

13, 2008) in the above referenced matter.

Baton Rouge, Louisiana, the ⟶20th⟵ day of August, 2008.


                                    ANGELE DAVIS
                                    LOUISIANA COMMISSIONER OF
                                    ADMINISTRATION