UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  BARGE | JUDGE DUVAL<br>MAG. WILKINSON |

### **ORDER**

Barge Plaintiffs' Motion for Protective Order, Record Doc. No. 13839, has been referred to me by the presiding district judge.  Record Doc. No. 14401.  Accordingly, as previously requested by counsel for plaintiffs, Record Doc. No. 13911, and pursuant to Local Rule 78.1E, oral argument on plaintiffs' Motion for Protective Order, Record Doc. No. 13839, is hereby set on **SEPTEMBER 3, 2008 at 10:30 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B-421, New Orleans, Louisiana.

New Orleans, Louisiana, this   21st   day of August, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE