# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | * | |
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*      05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*        06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*      06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAGISTRATE |
| *Lafarge v. USA*         07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

## LAFARGE NORTH AMERICA'S WITNESS AND EXHIBIT LIST REGARDING CLASS CERTIFICATION

Pursuant to the Court's Case Management and Scheduling Order No. 7, entered

May 1, 2008 (Docket No. 12935), Lafarge North America Inc. ("LNA") submits this witness and

exhibit list regarding class certification.

LNA has prepared this list based on the information it has gleaned from plaintiffs' class

certification motion and expert reports.  However, given that plaintiffs have yet to submit their

memorandum in support of class certification, it remains possible that supplementation of this

witness and exhibit list may become necessary.

## Preliminary List of Fact and Expert Witnesses

1.   Ethel Mumford
     c/o Barge PSLC
     Matters testified to on deposition, including facts and circumstances surrounding claims for damages in this case, including nature and extent of various harms alleged.

2.   Josephine Richardson:
     Matters testified to on deposition, including facts and circumstances surrounding claim for damages in this case, including nature and extent of various harms alleged.

3.   Jimmie Harris:
     Matters testified to on deposition, including facts and circumstances surrounding claim for damages in this case, including nature and extent of various harms alleged.

4.   Kismit Bougere
     c/o Barge PSLC
     Matters testified to on deposition, including facts and circumstances surrounding claim for damages in this case, including nature and extent of various harms alleged.

5.   Michael Riche
     c/o Barge PSLC
     Matters testified to on deposition, including facts and circumstances surrounding claim for damages in this case, including nature and extent of various harms alleged.

6.   Jacob R. Glaser
     c/o Barge PSLC
     Matters testified to on deposition, including facts and circumstances surrounding claim for damages in this case, including nature and extent of various harms alleged.

7.   Herman Koch
     c/o Barge PSLC
     Matters testified to on deposition, including facts and circumstances surrounding claim for damages in this case, including nature and extent of various harms alleged.

8.   Rico Sutton
     c/o Barge PSLC
     If Mr. Sutton continues as a proposed class representative, then subjects of testimony would include facts and circumstances surrounding claim for damages in this case, including nature and extent of various harms alleged, and any other matters testified to on deposition.[1]

9.   Joseph Nicholas Suhayda, Ph.D.

---

[1] Mr. Sutton failed to appear at his deposition, which was duly noticed for August 12, 2008.  On the morning of the deposition, plaintiffs' counsel advised that counsel would be unable to appear and the deposition would not take place.  Plaintiffs have not proffered a new date for Mr. Sutton's deposition.  LNA reserves the right to move to strike Mr. Sutton as a class representative based on the last minute cancellation of the deposition.)

LIBW/1686427.1

Coastal Oceanographic Consultant
Joseph Suhayda & Associates
285 Sunset Blvd.
Baton Rouge, LA 70808
Resume attached as Exh. E
 Expert in hydrology and coastal studies to address sources of flooding and damage and causes of flooding during Hurricane Katrina, including movement of water in the relevant waterways, issues relating to plaintiffs' proposed use of modeling in support of class certification, response to class certification opinions by plaintiffs' hydrology expert, and analysis of hydrologic issues relating to class certification as set forth in his expert report due on August 28, 2008.

10. Elissa P. Benedek, M.D.
  2311 E Stadium Blvd
  Suite 111
  Ann Arbor, MI 48104
  and/or
  Cheryl D. Wills, M.D.
  Case Western Reserve University
  5247 Wilson Mills Road, PMB 452
  Cleveland, OH 44143
 Experts in psychiatry and mental health to address whether personal injury in the form of mental distress can be assessed or evaluated on a class-wide basis, response to class certification opinions by plaintiffs' mental distress expert, and analysis of emotional distress issues as set forth in her expert report due on August 28, 2008.

11. William J. Thomassie, P.E.
  Infinity Engineering Consultants, LLC
  P.O. Box 24219
  New Orleans, LA 70184-0219
 Expert in structural engineering and damage assessment to address whether causation of damage and extent of damage to homes can be evaluated on a class-wide basis, as set forth in his expert report due on August 28, 2008.

12. Kenneth J. Boudreaux, Ph.D.
  Professor of Economics and Finance
  A.B. Freeman School of Business
  Tulane University
  New Orleans, LA
 Expert in business and finance to address whether claims for business loss can be assessed or evaluated on a class-wide basis as alleged by plaintiffs, to respond to class certification business loss opinions of plaintiffs' expert, and to address business loss issues as set forth in his expert report due on August 28, 2008.

13. Wade R. Ragas, Ph.D., MAI
  President

3

Real Property Associates, Inc.
3017 Harvard Avenue
Suite 204
Metairie, LA  70006

Expert in real estate markets and appraisal to address whether alleged property damage claims (including alleged diminution in value) can be assessed or evaluated on a class-wide basis as alleged by plaintiffs, to respond to class certification opinions advanced by plaintiffs' expert, and to address real estate issues as set forth in his expert report due on August 28, 2008.

14.     LNA may call any fact and expert witnesses advanced by the MRGO defendants on issues where their testimony would be germane to the Barge track as well, including as set forth in Rec. Doc. No. 8286 and attachments thereto.

15.     LNA may call any fact witnesses listed in Barge plaintiffs' list of class certification witnesses.

4

**Preliminary List of Exhibits**

1.      Records produced by named representative plaintiffs concerning claims for real property damage, personal property damage, emotional distress, personal injury, business loss, and other damage claims, including medical records and business records.

2.      Plaintiffs' interrogatory responses and responses to LNA's requests for admissions, including matters deemed admitted by operation of law by representative plaintiffs and/or individual plaintiffs who are members of the putative class.

3.      Transcripts of depositions of representative plaintiffs, including exhibits


4.      Transcripts of depositions of other witnesses deposed to date, including putative class members deposed as fact witnesses in the case, including exhibits.

5.      IPET, ILIT, and Team Louisiana reports and conclusions, including reports regarding multiple sources and causes of flooding in the proposed class area.

6.      SF-95 claim forms and insurance claims documents respecting claims for damage to homes, property and persons within the class area.

7.      Maps, photos, and/or other depictions of the class area to be identified and determined by counsel.

8.      Photographs of varying property damage within the proposed class area, including variations in the cause and extent of damage, including aerial photographs produced as LNA 005802-7772.

9.      Psychological evaluations of representative plaintiffs and other class members and produced by plaintiffs' mental health experts.

10.     Reports prepared by LNA's experts, including exhibits thereto.

5

11.   Any and all exhibits identified by the MRGO defendants in opposing the plaintiffs' class certification motion.

12.   LNA may rely on any exhibits included on Barge plaintiffs' exhibit list.

Respectfully submitted,

Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone:  (504) 585-7000
Facsimile:  (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com

  /s/ John D. Aldock
John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone:  (504) 598-2715

***Attorneys for Lafarge North America Inc.***

## Certificate of Service

I do hereby certify that I have on this 21st day of August, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/s/ John D. Aldock

LIBW/1686427.1