# EXHIBIT 1

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION * * NO. 05-4182 * and consolidated cases |
| PERTAINS TO:   BARGE | * SECTION "K" (2) |

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO:   BARGE

| *Boutte v. Lafarge_* | 05-5531 |
| *Mumford v. Ingram* | 05-5724 |
| *Lagarge v. Lafarge* | 06-5342 |
| *Perry v. Ingram* | 06-6299 |

\*  CIVIL ACTION

\*  NO. 05-4182
\*  and consolidated cases

\*  SECTION "K" (2)

\*  JUDGE
\*  STANWOOD R. DUVAL, JR.

\*  MAG. JOSEPH C. WILKINSON, JR.

## <u>AFFIDAVIT OF MATT BAILEY</u>

Personally appeared before the undersigned officer, duly authorized by law to administer oats, Matt Bailey, who after first being duly sworn, did state as follows:

1. I am over 18 years of age and competent to give testimony.  The facts set forth herein are based upon my personal knowledge.

2. I make this Affidavit in support of the Petition to admit me *pro hac vice* to appear and participate in the captioned civil action for Plaintiffs in the above matters.

3. I am an active member in good standing of the State Bar of California (SBN 218685) and an attorney with the law firm Khorrami, Pollard & Abir, LLP.  My business address is 444 South Flower Street, 33rd Floor, Los Angeles, California 90071.

4. I have been admitted to practice before the following courts:

   • California State Court;

   • USDC for the Central District of California;

- USDC for the Northern District of California.
- USDC for the Southern District of Florida (*Pro Hac Vice*).

5. I am in good standing and eligible to practice in all courts in which I am admitted.

6. I have never sought admission to practice before any federal or state appellate or trial court and been refused admission, either on a temporary or permanent basis.

7. I have not previously requested *pro hac vice* admission in the State of Louisiana.

8. I am qualified to practice before this Court, am of good moral character, and am not subject to any pending suspension, disbarment or professional discipline in any other court.

9. I have never been convicted of a crime.

10. I request permission of the Court to appear as counsel *pro hac vice* in this matter in association with the attorneys of record, Brian A. Gilbert, Larry D. Wiedemann, Karl Wiedemann, Karen Wiedemann, Patrick Sanders and Richard Seymour (admitted *pro hac*).

I declare under the penalty of perjury under the laws of the State of Louisiana and the

United States of America that the foregoing is true and correct.

_____

MATT BAILEY, Applicant


State of California          )
                             )
County of Los Angeles        )

Subscribed and sworn to (or affirmed) before me on this 14th day of August, 2008, by
Matt Bailey, proved to me on the basis of satisfactory evidence to be the person(s) who
appeared before me.

LINDA A. HUGHES
Commission # 1794258
Notary Public - California
Los Angeles County
My Comm. Expires Mar 23, 2012



# THE STATE BAR
# OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

August 8, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MATT CRAIG BAILEY, #218685 was admitted to the practice of law in this state by the Supreme Court of California on January 31, 2002; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records