# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | * | |
| | * | |
| | * | |
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **NO. 05-4182** |
| | * | **and consolidated cases** |
| **PERTAINS TO:   BARGE** | * | |
| | * | **SECTION "K" (2)** |
| *Boutte v. Lafarge_*        **05-5531** | * | |
| *Mumford v. Ingram*      **05-5724** | * | |
| *Lagarge v. Lafarge*     **06-5342** | * | |
| *Perry v. Ingram*         **06-6299** | * | **JUDGE** |
| | * | **STANWOOD R. DUVAL, JR.** |
| | * | |
| | * | **MAG. JOSEPH C. WILKINSON, JR.** |
| | * | |
| | * | |

## ORDER

Considering the foregoing Motion for Admission *Pro Hac Vice*,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that attorney Shawn

Khorrami be admitted *pro hac vice* to appear before this court as co-counsel for Plaintiffs in the

above-captioned matters along with Brian A. Gilbert, Patrick J. Sanders and Lawrence D.

Wiedemann, who will remain as local counsel.

New Orleans, Louisiana this _____ day of August, 2008.

 

 

_____
**UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the above and foregoing has been forwarded to all counsel of record by depositing the same in the U.S. Mail, postage prepaid, and/or via ECF upload, this _____ day of August, 2008.

\s\Brian A. Gilbert

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the above and foregoing has been forwarded to all counsel of record by depositing the same in the U.S. Mail, postage prepaid, and/or via ECF upload, this ___ day of August, 2008.

\s\Brian A. Gilbert