# EXHIBIT 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182<br>and consolidated cases |
| PERTAINS TO:  BARGE | SECTION "K" (2) |
| *Boutte v. Lafarge*       05-5531<br>*Mumford v. Ingram*    05-5724<br>*Lagarge v. Lafarge*     06-5342<br>*Perry v. Ingram*          06-6299 | JUDGE<br>STANWOOD R. DUVAL, JR.<br>MAG. JOSEPH C. WILKINSON, JR. |

## AFFIDAVIT OF DYLAN POLLARD

Personally appeared before the undersigned officer, duly authorized by law to administer oats, Dylan Pollard, who after first being duly sworn, did state as follows:

1. I am over 18 years of age and competent to give testimony. The facts set forth herein are based upon my personal knowledge.

2. I make this Affidavit in support of the Petition to admit me *pro hac vice* to appear and participate in the captioned civil action for Plaintiffs in the above matters.

3. I am an active member in good standing of the State Bar of California (SBN 180306), and am an inactive member of the State Bars of Georgia and Nevada (SBN 6090).

4. I am a partner with the law firm Khorrami, Pollard & Abir, LLP. My business address is 444 South Flower Street, 33rd Floor, Los Angeles, California 90071.

5. I have been admitted to practice before the following courts:

    - California State Court;

    - Georgia State Court;

- Nevada State Court;
- USDC for the Central District of California;
- USDC for the Eastern District of California;
- USDC for the District of Nevada;
- USDC for the Northern District of Georgia.

6. I am in good standing and eligible to practice in all courts in which I am admitted.

7. I have never sought admission to practice before any federal or state appellate or trial court and been refused admission, either on a temporary or permanent basis.

8. I have not previously requested *pro hac vice* admission in the State of Louisiana.

9. I am qualified to practice before this Court, am of good moral character, and am not subject to any pending suspension, disbarment or professional discipline in any other court.

10. I have never been convicted of a crime.

11. I request permission of the Court to appear as counsel *pro hac vice* in this matter in association with the attorneys of record, Brian A. Gilbert, Larry D. Wiedemann, Karl Wiedemann, Karen Wiedemann, Patrick Sanders and Richard Seymour (admitted *pro hac*).

I declare under the penalty of perjury under the laws of the State of Louisiana and the United States of America that the foregoing is true and correct.

_____
DYLAN POLLARD, Applicant

State of California            )
                               )
County of Los Angeles          )

Subscribed and sworn to (or affirmed) before me on this 14th day of August, 2008, by Dylan Pollard, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____

LINDA A. HUGHES
Commission # 1794258
Notary Public - California
Los Angeles County
My Comm. Expires Mar 23, 2012



**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

August 8, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DYLAN FRANKLIN POLLARD, #180306 was admitted to the practice of law in this state by the Supreme Court of California on December 13, 1995; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records