UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION * * NO. 05-4182 * and consolidated cases |
| PERTAINS TO: BARGE | * * SECTION "K" (2) |
| *Boutte v. Lafarge_* 05-5531<br>*Mumford v. Ingram* 05-5724<br>*Lagarge v. Lafarge* 06-5342<br>*Perry v. Ingram* 06-6299 | * * * * JUDGE * STANWOOD R. DUVAL, JR. * * MAG. JOSEPH C. WILKINSON, JR. |

## ORDER

Considering the foregoing Motion for Admission *Pro Hac Vice*,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that attorney Dylan Pollard be admitted *pro hac vice* to appear before this court as co-counsel for Plaintiffs in the above-captioned matters along with Brian A. Gilbert, Patrick J. Sanders and Lawrence D. Wiedemann, who will remain as local counsel.

New Orleans, Louisiana this ____ day of August, 2008.

_____
**UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the above and foregoing has been forwarded to all counsel of record by depositing the same in the U.S. Mail, postage prepaid, and/or via ECF upload, this 21 day of August, 2008.

\s\Brian A. Gilbert