## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182<br>and consolidated cases |
| PERTAINS TO:  BARGE | SECTION "K" (2) |
| *Boutte v. Lafarge_*   05-5531<br>*Mumford v. Ingram*   05-5724<br>*Lagarge v. Lafarge*   06-5342<br>*Perry v. Ingram*   06-6299 | JUDGE<br>STANWOOD R. DUVAL, JR.<br>MAG. JOSEPH C. WILKINSON, JR. |

### MOTION FOR ADMISSION *PRO HAC VICE*

Comes now the undersigned, Brian A. Gilbert, counsel of record for Plaintiffs in the above-referenced matters, Barge Plaintiffs' Liaison Counsel, and a member of good standing of the bar of this Court, and Patrick J. Sanders and Lawrence D. Wiedemann, counsel of record for Plaintiffs in the above-referenced matters, also members in good standing of the bar of this Court, and move this Honorable Court to admit attorney Sonia Tandon, *pro hac vice*, to appear before the Court in this matter.  Ms. Tandon is an attorney with Khorrami, Pollard & Abir, LLP, and will be assisting in the handling of this matter, with undersigned counsel as local counsel. Ms. Tandon is duly licensed to practice in the State of California and is a member in good standing of the State Bar of California, United States District Court, Central District of California.

An affidavit and Certificate of Good Standing from the State Bar of California are attached as Exhibit 1, respectively.

**WHEREFORE**, premises considered the undersigned respectfully requests that this Honorable Court admit Sonia Tandon, *pro hac vice*, for the purpose of representing Plaintiffs in the above-captioned matters, and for all other relief as is just and proper.

Respectfully submitted,

---

Lawrence D. Wiedemann, Esq. (13457)
Karl Wiedemann, Esq. (18502)
Karen Wiedemann, Esq. (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, LA 70113
Phone: 504/581-6180
Fax: 504/581-4336

---

Brian A. Gilbert, Esq. (21297)
LAW OFFICE OF BRIAN A. GILBERT
821 Baronne Street
New Orleans, LA 70113
Phone: 504/581-6180
Fax: 504/581-4336

---

Patrick J. Sanders, Esq. (18741)
Attorney At Law
3316 Ridgelake Drive
Metairie, LA 70002
Phone: 504/834-0646
Fax: 504/835-2401

## CERTIFICATE OF SERVICE

     I CERTIFY that a copy of the above and foregoing has been forwarded to all counsel of record by depositing the same in the U.S. Mail, postage prepaid, and/or via ECF upload, this __21__ day of August, 2008.

                                        \s\Brian A. Gilbert