# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>* and consolidated cases |
| PERTAINS TO: BARGE | *<br>* SECTION "K" (2) |
| *Boutte v. Lafarge_*  05-5531<br>*Mumford v. Ingram*  05-5724<br>*Lagarge v. Lafarge*  06-5342<br>*Perry v. Ingram*  06-6299 | *<br>*<br>*<br>* JUDGE<br>* STANWOOD R. DUVAL, JR.<br>*<br>* MAG. JOSEPH C. WILKINSON, JR. |

## ORDER

Considering the foregoing Motion for Admission *Pro Hac Vice*,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that attorney Sonia Tandon be admitted *pro hac vice* to appear before this court as co-counsel for Plaintiffs in the above-captioned matters along with Brian A. Gilbert, Patrick J. Sanders and Lawrence D. Wiedemann, who will remain as local counsel.

New Orleans, Louisiana this ____ day of August, 2008.

_____
**UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

    I CERTIFY that a copy of the above and foregoing has been forwarded to all counsel of record by depositing the same in the U.S. Mail, postage prepaid, and/or via ECF upload, this ____ day of August, 2008.

\s\Brian A. Gilbert