MINUTE ENTRY
WILKINSON, M.J.
AUGUST 21, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES               CIVIL ACTION
        CONSOLIDATED LITIGATION

                                                        NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, Stall, 07-1233           JUDGE DUVAL
                                                           MAG. WILKINSON

A status conference was conducted in the referenced Stall matter on this date. Participating via telephone were: Lana Crouch, representing plaintiff; Cynthia Thomas, representing defendant. Settlement possibilities were discussed. Counsel were reminded of their settlement evaluation and reporting obligations under the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4. Counsel were advised that if substantial settlement progress is not made by September 12, 2008, this case will be deconsolidated and transferred back to Section "J"(5) for scheduling future proceedings, if appropriate.

                                                              JOSEPH C. WILKINSON, JR
                                              UNITED STATES MAGISTRATE JUDGE

MJSTAR:  **0 : 20**