UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * <br> * NO. 05-4182 <br> * <br> * SECTION "K"(2) |
| PERTAINS TO: MRGO, BARGE, LEVEE | * <br> * JUDGE DUVAL <br> * <br> * MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## UNOPPOSED MOTION TO AMEND CASE MANAGEMENT AND SCHEDULING ORDER NO. 7

**NOW INTO COURT,** through its undersigned counsel, comes Defendant Washington Group International, Inc.[1] ("WGII") who respectfully moves to amend Case Management and Scheduling Order No. 7 ("CMO No. 7") as follows:

1. WGII will file its motion for summary judgment on or before September 25, 2008.

2. Any opposition thereto shall be filed no later than October 16, 2008.

---

[1] Subsequent to the activities alleged in Plaintiff's Complaint, WGII merged with URS Corporation, a Delaware Corporation. WGII is now a subsidiary of Washington Holdings, Inc., a Delaware Corporation (also known as Washington Division, URS). Washington Holdings, Inc. is a subsidiary of URS Holdings Inc., a Delaware Corporation. URS Holdings Inc. is a subsidiary of URS Corporation.

3. WGII's Reply Brief shall be filed no later than October 23, 2008.

4. The motion shall be heard on October 30, 2008.

Plaintiffs' Liaison Counsel has been consulted and has no opposition to the relief sought herein.

**WHEREFORE**, Defendant Washington Group International, Inc. prays that the Court enter an Order amending Case Management and Scheduling Order No. 7 ("CMO No. 7").

Dated:     August 22, 2008            Respectfully submitted,

/s/Heather S. Lonian
William D. Treeby, Bar No. 12901
Heather S. Lonian, Bar No. 29956
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone:  504-581-3200
Fax:  504-581-3361

Of Counsel:
Adrian Wager-Zito
Debra S. Clayman
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone:  1-202-879-3939
Fax: 1-202-626-1700

*Attorneys for Defendant*
*Washington Group International, Inc.*

### CERTIFICATE

I hereby certify that a copy of the above and foregoing Motion to Amend Case Management and Scheduling Order No. 7 has been served upon all counsel of record by

930525v.1

- 3 -

electronic notice via the Court's CM/ECF system, this 22nd day of August, 2008.

*/s/Heather S. Lonian*
Heather S. Lonian
