UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: MRGO, BARGE, LEVEE | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>*<br>* SECTION "K"(2)<br>*<br>* JUDGE DUVAL<br>*<br>* MAGISTRATE WILKINSON |

## O R D E R

Considering the foregoing Unopposed Motion to Amend Case Management Order No. 7;

**IT IS ORDERED** that the motion is **GRANTED** and that Case Management Order No. 7 hereby is amended as follows:

1. Washington Group International Inc. ("WGII") shall file its motion for summary judgment on or before September 25, 2008.

2. Any oppositions thereto shall be filed no later than October 16, 2008.

3. WGII shall file its Reply Brief no later than October 23, 2008.

899567v.1

- 2 -

4. WGII's motion for summary judgment shall be heard on October 30, 2008.

New Orleans, Louisiana, this _____ day of August, 2008.

_____<br>
UNITED STATES DISTRICT JUDGE