**LAW OFFICES OF REGINA SCOTTO WEDIG, LLC**
108 N. MYRTLE STREET
AMITE, LOUISIANA 70422
985-747-0440, fax: 985-747-0445
rswedig@bellsouth.net



August 19, 2008

Magistrate Judge Joseph C. Wilkinson, Jr.
500 Poydras Street
Room C-256
New Orleans, La. 70130

re: Lakewood Patio Homes Association, Inc. v. Scottsdale Insurance Company
Action No. 06-  9839  K/2
In Re Katrina Canal Breaches Consolidated Litigation: Civil Action No.
05-4182 -- K(2) Pertains to Insurance

Dear Judge Wilkinson:

Pursuant to Judge Duval's Post-Sher Insurance Umbrella Case Management Order (Doc. 13521) by this correspondence undersigned counsel for Lakewood Patio Homes Association, Inc. in advising that based on the recent settlement discussions, the parties have agreed to submit the case to mediation through MAPS on Sept. 18, 2008. Should that mediation be unsuccessful, this case may require the intervention of the Court to assist in settlement.

Respectfully,

Regina S. Wedig

cc: Holly Hansen, Esq. counsel for Scottsdale Insurance Company

___ Fee_____
___ Process_____
_X_/Dktd_____
___ CtRmDep_____
___ Doc. No._____