UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES     CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE, <u>Maclies</u>, 07-4786     JUDGE DUVAL
MAG. WILKINSON

### ORDER

**IT IS ORDERED** that a telephone status conference will be conducted by the undersigned magistrate judge in the referenced <u>Maclies</u> case on **SEPTEMBER 10, 2008 at 2:00 p.m.** Plaintiffs' counsel, Wanda Edwards, and Charles Ponder, counsel for defendant, must participate in the conference by contacting my chambers at 504-589-7630 at the assigned time.

New Orleans, Louisiana, this __22nd__ day of August, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE