UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re KATRINA CANAL BREACHES LITIGATION | * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" MAG. (2) |
| PERTAINS TO: BARGE | * | JUDGE STANWOOD R. DUVAL, JR. |
| *Boutte v. LaFarge* 05-5531 | | |
| *Mumford v. Ingram* 05-5724 | * | MAG. JOSEPH C. WILKINSON, JR. |
| *Lagarde v. LaFarge* 06-5342 | | |
| *Perry v. Ingram* 06-6299 | * | |
| *Benoit v. LaFarge* 06-7516 | | |
| *Parfait Family v. USA* 07-3500 | * | |
| *LaFarge v. USA* 07-5178 | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

Considering the foregoing *Ex Parte* Motion to Enroll Additional Counsel of Record,

IT IS ORDERED that Leah N. Engelhardt, Louisiana Bar No. 23232, of the law firm of Preis & Roy, 601 Poydras Street, Suite 1700, New Orleans, Louisiana, be enrolled as additional counsel of record with Frank A. Piccolo, Louisiana Bar No. 02049, for American Home Assurance Company and The Northern Assurance Company of America, in the above-captioned matter.

New Orleans, Louisiana, this _____ day of August 2008.

_____
UNITED STATES DISTRICT JUDGE