343-85

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.:  05-4182 |
| | * | |
| | * | JUDGE : STANWOOD R. DUVALL, JR. |
| | * | |
| | * | SECTION:  "K" |
| | * | |
| | * | MAGISTRATE: JOSEPH C. |
| | * | WILKINSON, JR. "2" |
| INSURANCE 07-9480 | * | |

## MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

Pursuant to Federal Rule of Civil Procedure 37, State Farm Fire and Casualty Company ("State Farm"), hereby moves this Court for an order compelling Tonice L. Duncan and Leon R. Duncan, to respond to the interrogatories and requests for the production of documents propounded herein by State Farm Fire and Casualty Company for reasons set forth more fully in the accompanying memorandum.

State Farm further moves for an award of reasonable expenses, including attorney's fees, incurred in bringing this motion.

Respectfully submitted,
BEAHM & GREEN


_/s/ Charles S. Green, Jr._
**CHARLES S. GREEN, JR. (#21627)**
**JOHN J. FISCHESSER II (#28351)**
Attorneys for Defendant
Suite 408
145 Robert E. Lee Boulevard
New Orleans, Louisiana 70124
Telephone (504) 288-2000
Facsimile (504) 288-2099
charlie@beahm.com
johnf@beahm.com


## **CERTIFICATE**

I hereby certify that on the 25th day of August, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

_/s/ Charles S. Green, Jr._