# BEAHM & GREEN
## ATTORNEYS AND COUNSELORS AT LAW
SUITE 408
145 ROBERT E. LEE BOULEVARD
NEW ORLEANS, LOUISIANA 70124-2552

FRANKLIN D. BEAHM**
CHARLES S. GREEN, JR.*†
TRACEY A. KINSLOW*°
JOHN J. FISCHESSER II
A. REBECCA WILMORE
JACOB K. BEST
DAVID R. ADEN

*A PROFESSIONAL LAW CORPORATION
**ALSO ADMITTED IN COLORADO AND TEXAS
†ALSO ADMITTED IN LOUISIANA AND TEXAS
°ONLY ADMITTED IN TENNESSEE

TELEPHONE: (504) 288-2000
FACSIMILE: (504) 288-2099
WEBSITE: WWW.BEAHM.COM
E-MAIL: FRANK@BEAHM.COM
E-MAIL: CHARLIE@BEAHM.COM

NASHVILLE OFFICE
SUITE 1550
315 DEADERICK STREET
NASHVILLE, TN 37238-1550
TELEPHONE: (615) 736-2707
FACSIMILE: (615) 736-2705

July 25, 2008

Michael C. Darnell, Esq.
1540 N. Broad Street
New Orleans, Louisiana 70119

RE: Tonice L. Duncan and Leon R. Duncan
vs. State Farm Fire and Casualty Company
CDC No.: 07-11085
USDC No.: 07-9480, Sect. "I", Mag. "2"
Our File No.: 343-85

Dear Mr. Darnell:

This will acknowledge receipt of your recent settlement demand for which I thank you. I forwarded it onto State Farm but it is impossible at this time to reasonably respond. You have submitted a demand for damage to your client's home, contents, as well as living expenses, yet you have not answered our discovery; nor have you submitted any documentation whatsoever to support the figures in your demand.

On May 20, 2008, I forwarded Interrogatories and Requests for Production of Documents. As of today, I have not received any response to these discovery requests.

In compliance with Rule 10, Section 1 of the Rules of the Louisiana District Courts, I am scheduling a telephone conference on **August 8, 2008 at 1:00 p.m.** for the purpose of amicably resolving any problems you may have in responding to my discovery requests. It will be your responsibility to call my office at this time to discuss this matter. If the time and date of this conference are not convenient, please let me know and we can reschedule to a mutually convenient time.

Please call should you have any questions.

Cordially,
BEAHM & GREEN

Charles S. Green, Jr.
John J. Fischesser II

CSG/flw

EXHIBIT B