343-85

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * * * * | CIVIL ACTION NO.: 05-4182<br><br>JUDGE : STANWOOD R. DUVALL, JR.<br><br>SECTION: "K"<br><br>MAGISTRATE: JOSEPH C. WILKINSON, JR. "2" |
| INSURANCE 07-9480 | * | |

### NOTICE OF HEARING

TO:  **TONICE L. DUNCAN and LEON R. DUNCAN**
*Through their counsel of record*
Michael C. Darnell
Edwin R. Murray
1540 North Broad Street
New Orleans, Louisiana 70119

Bruce L. Feingerts
365 Canal Street, Suite 2700
New Orleans, Louisiana 70130

PLEASE TAKE NOTICE that the Motion to Compel Answers to Interrogatories and Requests for Production of Documents filed by State Farm Fire and Casualty Company is set for hearing on the 10TH day of September, 2008 at 11:00 AM in Room B421, 500 Poydras Street, New Orleans, Louisiana, 70130.

7

Respectfully submitted,
BEAHM & GREEN


_/s/ Charles S. Green, Jr._
**CHARLES S. GREEN, JR. (#21627)**
**JOHN J. FISCHESSER II (#28351)**
Attorneys for Defendant
Suite 408
145 Robert E. Lee Boulevard
New Orleans, Louisiana 70124
Telephone (504) 288-2000
Facsimile (504) 288-2099
charlie@beahm.com
johnf@beahm.com


## CERTIFICATE

I hereby certify that on the 25th day of August, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

_/s/ Charles S. Green, Jr._

8