IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 08-30362

CVCS-4182-K

IN RE: KATRINA CANAL BREACHES LITIGATION

-------------------------------------------------------------

MAUREEN O'DWYER; ET AL

        Plaintiffs

ASHTON R O'DWYER, JR

        Appellant

  v.

DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT, STATE OF LOUISIANA; JOHNNY D BRADBERRY, Individually and in his official capacity as Secretary of the Department of Transportation and Development, State of Louisiana

        Defendants - Appellees

-------------------------------------------------------------

MAUREEN O'DWYER; ET AL

        Plaintiffs

ASHTON R. O'DWYER, JR

        Appellant

  v.

DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT, STATE OF LOUISIANA; JOHNNY D BRADBERRY; STATE OF LOUISIANA; KATHLEEN BLANCO, Governor, both individually and in her official capacity as Governor of the State of Louisiana; LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS; RICHARD L STALDER, Both individually and in his official capacity as Secretary, Department of Public Safety and Corrections

        Defendants - Appellees

-------------------------------------------------------------



MAUREEN O'DWYER; ET AL

        Plaintiffs

ASHTON R O'DWYER, JR

        Appellant

v.

STATE OF LOUISIANA; KATHLEEN BLANCO; DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT, STATE OF LOUISIANA; JOHNNY D BRADBERRY; GOVERNOR'S OFFICE OF HOMELAND SECURITY AND EMERGENCY PREPAREDNESS; COLONEL JEFF SMITH; DEPARTMENT OF SOCIAL SERVICES; ANN S WILLIAMS; LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS; RICHARD L STALDER

        Defendants - Appellees

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

Before KING, DENNIS, and OWEN, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that appellant's motion to stay execution of judgment and dispense with security pending appeal is DENIED.

MOT-21

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____ Deputy
New Orleans, Louisiana
AUG 2 0 2008

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 20, 2008

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 08-30362  In Re: Katrina Canal
       USDC No.  2:06-CV-6099
                 2:06-CV-5786
                 2:06-CV-4389
                 2:05-CV-4182

Enclosed is an order entered in this case.

                Sincerely,

                CHARLES R. FULBRUGE III, Clerk

                *Angelique D. Batiste*
        By: _____
                Angelique D. Batiste, Deputy Clerk
                504-310-7808

Mr Ashton R O'Dwyer Jr
Mr Michael C Keller
Ms Loretta Whyte, Clerk

MOT-2