UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re KATRINA CANAL BREACHES LITIGATION | * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" MAG. (2) |
| PERTAINS TO: BARGE | | |
| | * | JUDGE STANWOOD R. DUVAL, JR. |
| *Boutte v. LaFarge*       05-5531 | | |
| *Mumford v. Ingram*    05-5724 | * | MAG. JOSEPH C. WILKINSON, JR. |
| *Lagarde v. LaFarge*    06-5342 | | |
| *Perry v. Ingram*          06-6299 | * | |
| *Benoit v. LaFarge*       06-7516 | | |
| *Parfait Family v. USA* 07-3500 | * | |
| *LaFarge v. USA*          07-5178 | | |
| *  *  *  *  *  * | *  *  *  *  *  *  * | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE defendants New York Marine and General Insurance Company ("NYMAGIC"), American Home Assurance Company ("AHAC"), and The Northern Assurance Company of America ("NACA") will bring their Motion for Leave of Court to File New York Marine and General Insurance Company, American Home Assurance Company, and The Northern Assurance Company of America's First Amended Answer, Affirmative Defenses and Cross-Claims Against LaFarge North America, Inc. and American Steamship Owners Mutual Protection & Indemnity Association for hearing before this Court on the 17TH day of

September, 2008, at 9:30 a.m. before The Honorable Stanwood R. Duval at the United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana.

                      Respectfully submitted:

                      */s/ Frank A. Piccolo*
                      FRANK A. PICCOLO (02049)
                      LEAH N. ENGELHARDT (23232)
                      PREIS & ROY, APLC
                      601 Poydras Street, Suite 1700
                      New Orleans, LA 70130
                      Telephone:(504) 581-6062
                      Facsimile: (504) 522-9129

                      - and -

                      NICOLETTI HORNIG & SWEENEY
                      John A.V. Nicoletti (JN-7174)
                      Nooshin Namazi (NN-9449)
                      Wall Street Plaza
                      88 Pine Street, 7th Floor
                      New York, New York 10005-1801
                      Telephone: (212) 220-3830
                      Facsimile: (212) 220-3780
                      Email:  jnicoletti@nicolettihornig.com

                      COUNSEL FOR AMERICAN HOME
                      ASSURANCE COMPANY AND THE
                      NORTHERN ASSURANCE COMPANY
                      OF AMERICA

                      -    and –

                      */s/ Robert H. Murphy*
                      ROBERT H. MURPHY (9850)
                      MURPHY ROGERS SLOSS & GAMBEL
                      701 Poydras Street, Suite 400
                      New Orleans, LA 70139

                      COUNSEL FOR NEW YORK MARINE AND
                      GENERAL INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served on all counsel of record in these proceedings by:

( ) Hand Delivery      ( ) Prepaid U.S. Mail

( ) Facsimile      ( ) Federal Express

( √ ) ECF Filing      ( ) E-Mail

New Orleans, Louisiana, this 25th day of August, 2008.

                       /s/ Frank A. Piccolo
                       FRANK A. PICCOLO

1528642