UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re KATRINA CANAL BREACHES LITIGATION | * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" MAG. (2) |
| PERTAINS TO: BARGE | | |
| | * | JUDGE STANWOOD R. DUVAL, JR. |
| *Boutte v. LaFarge*          05-5531 | | |
| *Mumford v. Ingram*       05-5724 | * | MAG. JOSEPH C. WILKINSON, JR |
| *Lagarde v. LaFarge*       06-5342 | | |
| *Perry v. Ingram*              06-6299 | * | |
| *Benoit v. LaFarge*          06-7516 | | |
| *Parfait Family v. USA*   07-3500 | * | |
| *LaFarge v. USA*              07-5178 | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

THE COURT, having considered the foregoing Motion for Leave of Court to File New York Marine and General Insurance Company, American Home Assurance Company, and The Northern Assurance Company of America's First Amended Answer, Affirmative Defenses and Cross-Claims Against LaFarge North America, Inc. and American Steamship Owners Mutual Protection & Indemnity Association, finds same to be meritorious and in the interests of justice; therefore,

IT IS ORDERED, that leave is hereby GRANTED to file the First Amended Answer, Affirmative Defenses and Cross-Claims Against LaFarge North America, Inc. and American

Steamship Owners Mutual Protection & Indemnity Association in the record of this Court.

New Orleans, Louisiana this _____ day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE

1528897