UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 (K)(2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| | § | |
| **PERTAINS TO:   INSURANCE** | § | |
| *Kiefer, et al. v. Allstate, et al.*  06-5370 | § | |
| As to Plaintiffs Tony and Valorie Lyles only | § | |
| | § | |

**MOTION FOR LIMITED REOPENING
OF CASE TO DISMISS CLAIMS OF TONY AND VALORIE LYLES**

NOW INTO COURT, through undersigned counsel, comes plaintiffs Tony and Valorie Lyles, who respectfully request that their claim against defendant Louisiana Citizens Property Insurance Corporation be dismissed with prejudice from *Kiefer,* et al. *v. Allstate*, et al. as Tony and Valorie Lyles do not wish to proceed to prosecute the claims made in the complaint.  This Motion seeks the limited reopening of the *Kiefer* case to dismiss Tony and Valorie Lyles' claim in the above named and captioned litigation.  Accordingly, plaintiffs move this Court for an entry of an order to (1) reopen the *Kiefer, et al.* proceeding, No. 06-5370, with respect to Louisiana Citizens Property Insurance Corporation for the limited purpose of addressing this Motion, and (2) dismiss with prejudice, and at each party's cost, all claims asserted by plaintiffs Tony and Valorie Lyles against

Louisiana Citizens Property Insurance Corporation in the *Kiefer* complaint.

Defense counsel has been contacted and has no opposition with this dismissal of Tony and Valorie Lyles' claims against Louisiana Citizens Property Insurance Corporation pending in the *Kiefer* complaint.

**WHEREFORE,** plaintiffs Tony and Valorie Lyles request that this Court enter an order as set forth above.

Respectfully submitted,

/s/ Calvin C. Fayard, Jr.
Wanda J. Edwards, #27448
Calvin C. Fayard, Jr., #5486
Fayard and Honeycutt, APC
519 Florida Avenue, SW
Denham Springs, Louisiana 70726
Telephone: 225/664-4193

and

Peyton P. Murphy, #22125
7035 Jefferson Highway
Baton Rouge, LA 70806
(225) 928-8800

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in the captioned matter.

/s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr.