UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re KATRINA CANAL BREACHES LITIGATION | * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" MAG. (2) |
| PERTAINS TO: BARGE | * | JUDGE STANWOOD R. DUVAL, JR. |
| *Boutte v. LaFarge* 05-5531 | | |
| *Mumford v. Ingram* 05-5724 | * | MAG. JOSEPH C. WILKINSON, JR. |
| *Lagarde v. LaFarge* 06-5342 | | |
| *Perry v. Ingram* 06-6299 | * | |
| *Benoit v. LaFarge* 06-7516 | | |
| *Parfait Family v. USA* 07-3500 | * | |
| *LaFarge v. USA* 07-5178 | | |

* * * * * * * * * * * * *

### *EX PARTE* MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come American Home Assurance Company and The Northern Assurance Company of America, and move this Honorable Court for leave to enroll Leah N. Engelhardt, Louisiana Bar No. 23232, of the law firm of Preis & Roy, 601 Poydras Street, Suite 1700, New Orleans, Louisiana, 70130 as additional counsel of record with Frank A. Piccolo, Louisiana Bar No. 02049, of the law firm of Preis & Roy, 601 Poydras Street, Suite 1700, New Orleans, Louisiana, for American Home Assurance Company and The Northern Assurance Company of America, in the above-captioned matter.

WHEREFORE, American Home Assurance Company and The Northern Assurance Company of America, respectfully request that the Court grant this motion and admit Leah N. Engelhardt, Louisiana Bar No. 23232, of the firm of Preis & Roy, 601 Poydras Street, Suite 1700, New Orleans, Louisiana, 70130, as additional counsel of record with Frank A. Piccolo, (La Bar No. 02049), of the law firm of Preis & Roy, 601 Poydras Street, Suite 1700, New Orleans, Louisiana, for American Home Assurance Company and The Northern Assurance Company of America, in this matter.

Respectfully submitted:

/s/ Frank A. Piccolo
FRANK A. PICCOLO (02049)
LEAH N. ENGELHARDT (23232)
PREIS & ROY, APLC
601 Poydras Street, Suite 1700
New Orleans, LA 70130
Telephone:(504) 581-6062
Facsimile: (504) 522-9129

- and -

NICOLETTI HORNIG & SWEENEY
John A.V. Nicoletti (JN-7174)
Nooshin Namazi (NN-9449)
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
Telephone: (212) 220-3830
Facsimile: (212) 220-3780
Email:  jnicoletti@nicolettihornig.com

COUNSEL FOR AMERICAN HOME
ASSURANCE COMPANY AND THE
NORTHERN ASSURANCE COMPANY OF
AMERICA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served on all counsel of record in these proceedings by:

( ) Hand Delivery ( ) Prepaid U.S. Mail

( ) Facsimile ( ) Federal Express

( √ ) ECF Filing ( ) E-Mail

New Orleans, Louisiana, this 25th day of August, 2008.

                                     /s/ *Frank A. Piccolo*
                                    FRANK A. PICCOLO

1528808