PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 730 | FMA-730-000000010 | FMA-730-000000028 | Federal Emergency Management Agency | Paul Huang | KC899 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 730 | FMA-730-000000049 | FMA-730-000000060 | Federal Emergency Management Agency | Paul Huang | KC899 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 730 | FMA-730-000000067 | FMA-730-000000068 | Federal Emergency Management Agency | Paul Huang | KC899 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 730 | FMA-730-000000208 | FMA-730-000001303 | Federal Emergency Management Agency | Paul Huang | KC899 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 732 | FMA-732-000000741 | FMA-732-000000833 | Federal Emergency Management Agency | Paul Huang | KC899 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 736 | FMA-736-000000001 | FMA-736-000000003 | Federal Emergency Management Agency | Paul Huang | KC899 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 736 | FMA-736-000000020 | FMA-736-000000020 | Federal Emergency Management Agency | Paul Huang | KC899 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 746 | FMA-746-000000001 | FMA-746-000000068 | Federal Emergency Management Agency | Paul Huang | KC899 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 746 | FMA-746-000000089 | FMA-746-000000231 | Federal Emergency Management Agency | Paul Huang | KC899 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 746 | FMA-746-000000242 | FMA-746-000000265 | Federal Emergency Management Agency | Paul Huang | KC899 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 746 | FMA-746-000000365 | FMA-746-000000400 | Federal Emergency Management Agency | Paul Huang | KC899 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 746 | FMA-746-000000407 | FMA-746-000000804 | Federal Emergency Management Agency | Paul Huang | KC899 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 746 | FMA-746-000000839 | FMA-746-000000901 | Federal Emergency Management Agency | Paul Huang | KC899 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 746 | FMA-746-000000919 | FMA-746-000001024 | Federal Emergency Management Agency | Paul Huang | KC899 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 746 | FMA-746-000001075 | FMA-746-000001102 | Federal Emergency Management Agency | Paul Huang | KC899 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 746 | FMA-746-000001259 | FMA-746-000001322 | Federal Emergency Management Agency | Paul Huang | KC899 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |

8/25/2008

PRODUCTION LOG

In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 760 | FMA-760-000000001 | FMA-760-000000696 | Federal Emergency Management Agency | Paul Huang | KC899 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 760 | FMA-760-000000845 | FMA-760-000001266 | Federal Emergency Management Agency | Paul Huang | KC899 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 760 | FMA-760-000001272 | FMA-760-000001329 | Federal Emergency Management Agency | Paul Huang | KC899 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 761 | FMA-761-000000001 | FMA-761-000000001 | Federal Emergency Management Agency | Paul Huang | KC899 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 761 | FMA-761-000000016 | FMA-761-000000016 | Federal Emergency Management Agency | Paul Huang | KC899 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 761 | FMA-761-000000030 | FMA-761-000000054 | Federal Emergency Management Agency | Paul Huang | KC899 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 761 | FMA-761-000000061 | FMA-761-000001773 | Federal Emergency Management Agency | Paul Huang | KC899 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 768 | FMA-768-000000001 | FMA-768-000000002 | Federal Emergency Management Agency | Paul Huang | KC899 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 768 | FMA-768-000000004 | FMA-768-000001105 | Federal Emergency Management Agency | Paul Huang | KC899 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 771 | FMA-771-000000001 | FMA-771-000000278 | Federal Emergency Management Agency | Paul Huang | KC899 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 771 | FMA-771-000000330 | FMA-771-000000334 | Federal Emergency Management Agency | Paul Huang | KC899 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 771 | FMA-771-000000405 | FMA-771-000000682 | Federal Emergency Management Agency | Paul Huang | KC899 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 771 | FMA-771-000000704 | FMA-771-000000954 | Federal Emergency Management Agency | Paul Huang | KC899 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 771 | FMA-771-000000956 | FMA-771-000001323 | Federal Emergency Management Agency | Paul Huang | KC899 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 780 | FMA-780-000000001 | FMA-780-000000136 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 780 | FMA-780-000000638 | FMA-780-000000669 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 780 | FMA-780-000000678 | FMA-780-000000680 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 780 | FMA-780-000000684 | FMA-780-000001098 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 780 | FMA-780-000001175 | FMA-780-000001197 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 780 | FMA-780-000001495 | FMA-780-000001495 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 783 | FMA-783-000000001 | FMA-783-000000005 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 783 | FMA-783-000000023 | FMA-783-000000103 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 783 | FMA-783-000000165 | FMA-783-000000301 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 783 | FMA-783-000000304 | FMA-783-000000364 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 783 | FMA-783-000000396 | FMA-783-000000402 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 783 | FMA-783-000000496 | FMA-783-000000696 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 783 | FMA-783-000000701 | FMA-783-000000766 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 783 | FMA-783-000000819 | FMA-783-000000889 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 784 | FMA-784-000000031 | FMA-784-000000971 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 784 | FMA-784-000001002 | FMA-784-000001730 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 799 | FMA-799-000000001 | FMA-799-000000001 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 799 | FMA-799-000000068 | FMA-799-000000126 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 799 | FMA-799-000000130 | FMA-799-000000255 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 799 | FMA-799-000000259 | FMA-799-000000270 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 799 | FMA-799-000000274 | FMA-799-000000278 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 799 | FMA-799-000000303 | FMA-799-000000304 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 799 | FMA-799-000000310 | FMA-799-000000336 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 799 | FMA-799-000000340 | FMA-799-000000346 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 799 | FMA-799-000000350 | FMA-799-000001393 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 799 | FMA-799-000001401 | FMA-799-000001582 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 804 | FMA-804-000000001 | FMA-804-000003699 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 804 | FMA-804-000003749 | FMA-804-000003753 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 804 | FMA-804-000003757 | FMA-804-000003757 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 804 | FMA-804-000003759 | FMA-804-000003759 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 804 | FMA-804-000003762 | FMA-804-000005063 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 804 | FMA-804-000005067 | FMA-804-000005125 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 810 | FMA-810-000000001 | FMA-810-000000004 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 810 | FMA-810-000000053 | FMA-810-000000104 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |

8/25/2008

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 810 | FMA-810-000000126 | FMA-810-000000139 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 810 | FMA-810-000000143 | FMA-810-000000150 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 810 | FMA-810-000000282 | FMA-810-000000296 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 810 | FMA-810-000000716 | FMA-810-000000849 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 810 | FMA-810-000000853 | FMA-810-000000878 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 810 | FMA-810-000000884 | FMA-810-000001012 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 810 | FMA-810-000001014 | FMA-810-000001025 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 810 | FMA-810-000001059 | FMA-810-000001145 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |

8/25/2008

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 810 | FMA-810-000001147 | FMA-810-000001147 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 810 | FMA-810-000001155 | FMA-810-000001155 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 810 | FMA-810-000001162 | FMA-810-000001167 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 810 | FMA-810-000001171 | FMA-810-000001176 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 810 | FMA-810-000001178 | FMA-810-000001179 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 810 | FMA-810-000001199 | FMA-810-000001256 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 810 | FMA-810-000001260 | FMA-810-000001268 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 810 | FMA-810-000001271 | FMA-810-000001285 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |

8/25/2008

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 810 | FMA-810-000001333 | FMA-810-000001421 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 810 | FMA-810-000001455 | FMA-810-000001474 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 810 | FMA-810-000001525 | FMA-810-000001612 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 810 | FMA-810-000001617 | FMA-810-000001662 | Federal Emergency Management Agency | Paul Huang | KC900 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| NED | 268 | NED-268-000000001 | NED-268-000000203 | USACE; MVD; MVN; Engineering-Geology Unit | Louis del Britsch | KC901 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Active Geological Faults and Land Change in Southeastern Louisiana |
| EPA | 006 | EPA-006-000000001 | EPA-006-000001839 | United States Environmental Protection Agency; Water Quality Protection Division; Region 6 | Patricia Taylor | KC902 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Documents related to Lake Borgne Shoreline Restoration Project and MRGO (Dredging; closure and effect on ecosystem) |
| EPA | 007 | EPA-007-000000001 | EPA-007-000000750 | United States Environmental Protection Agency; Water Quality Protection Division; Region 6 | Steve Bainter | KC902 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Documents related to Lake Borgne Shoreline Restoration Project and MRGO (Dredging; closure and effect on ecosystem) |

8/25/2008

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EPA | 008 | EPA-008-000000001 | EPA-008-000000130 | United States Environmental Protection Agency; Water Quality Protection Division; Region 6 | Michael Vaughan | KC902 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Mississippi River Gulf Outlet (MRGO) Channel Restoration and Mitigation Plan and Addendum |
| EPA | 009 | EPA-009-000000001 | EPA-009-000001978 | United States Environmental Protection Agency; Water Quality Protection Division; Region 6 | Tim Landers | KC902 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Documents related to Lake Borgne Shoreline Restoration Project and MRGO (Dredging; closure and effect on ecosystem) |
| FMA | 749 | FMA-749-000000001 | FMA-749-000000001 | Federal Emergency Management Agency | Paul Huang | KC903 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 749 | FMA-749-000000008 | FMA-749-000000010 | Federal Emergency Management Agency | Paul Huang | KC903 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 749 | FMA-749-000000017 | FMA-749-000000115 | Federal Emergency Management Agency | Paul Huang | KC903 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 749 | FMA-749-000000118 | FMA-749-000000389 | Federal Emergency Management Agency | Paul Huang | KC903 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 749 | FMA-749-000000406 | FMA-749-000000462 | Federal Emergency Management Agency | Paul Huang | KC903 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 749 | FMA-749-000000466 | FMA-749-000000481 | Federal Emergency Management Agency | Paul Huang | KC903 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |

8/25/2008

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 749 | FMA-749-000000502 | FMA-749-000000950 | Federal Emergency Management Agency | Paul Huang | KC903 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 776 | FMA-776-000000001 | FMA-776-000000001 | Federal Emergency Management Agency | Paul Huang | KC903 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 776 | FMA-776-000000013 | FMA-776-000000168 | Federal Emergency Management Agency | Paul Huang | KC903 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 776 | FMA-776-000000171 | FMA-776-000000172 | Federal Emergency Management Agency | Paul Huang | KC903 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 776 | FMA-776-000000182 | FMA-776-000000182 | Federal Emergency Management Agency | Paul Huang | KC903 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 776 | FMA-776-000000189 | FMA-776-000000190 | Federal Emergency Management Agency | Paul Huang | KC903 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 776 | FMA-776-000000193 | FMA-776-000000202 | Federal Emergency Management Agency | Paul Huang | KC903 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 776 | FMA-776-000000212 | FMA-776-000000212 | Federal Emergency Management Agency | Paul Huang | KC903 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |

8/25/2008

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 776 | FMA-776-000000230 | FMA-776-000000328 | Federal Emergency Management Agency | Paul Huang | KC903 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 776 | FMA-776-000000331 | FMA-776-000000367 | Federal Emergency Management Agency | Paul Huang | KC903 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 776 | FMA-776-000000383 | FMA-776-000000446 | Federal Emergency Management Agency | Paul Huang | KC903 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 776 | FMA-776-000000460 | FMA-776-000000460 | Federal Emergency Management Agency | Paul Huang | KC903 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 776 | FMA-776-000000471 | FMA-776-000000471 | Federal Emergency Management Agency | Paul Huang | KC903 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 776 | FMA-776-000000477 | FMA-776-000000505 | Federal Emergency Management Agency | Paul Huang | KC903 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 776 | FMA-776-000000531 | FMA-776-000000531 | Federal Emergency Management Agency | Paul Huang | KC903 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 776 | FMA-776-000000534 | FMA-776-000000534 | Federal Emergency Management Agency | Paul Huang | KC903 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |

8/25/2008

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 776 | FMA-776-000000545 | FMA-776-000000545 | Federal Emergency Management Agency | Paul Huang | KC903 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 776 | FMA-776-000000554 | FMA-776-000000554 | Federal Emergency Management Agency | Paul Huang | KC903 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 776 | FMA-776-000000562 | FMA-776-000000564 | Federal Emergency Management Agency | Paul Huang | KC903 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 776 | FMA-776-000000567 | FMA-776-000000570 | Federal Emergency Management Agency | Paul Huang | KC903 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 776 | FMA-776-000000572 | FMA-776-000000588 | Federal Emergency Management Agency | Paul Huang | KC903 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 776 | FMA-776-000000595 | FMA-776-000000601 | Federal Emergency Management Agency | Paul Huang | KC903 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 776 | FMA-776-000000619 | FMA-776-000000891 | Federal Emergency Management Agency | Paul Huang | KC903 | 8/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |

8/25/2008