UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION NO. 05-4182 <br><br> SECTION "K" |
| THIS DOCUMENT RELATSE TO: <br> Insurance | * <br> * <br> * | MAGISTRATE (2) |
| No. 05-5164, Susan Abadie, et al v. <br> Aegis Security Insurance Co., et al. | * <br> * <br> * <br> * | This pleading applies only to the <br> claim of Pearl Short regarding <br> 2453 N. Robertson St., New Orleans, <br> La 70117 |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT,** through undersigned counsel comes plaintiff, Pearl Short, regarding 2453 North Robertson Street, New Orleans, La 70117, who wish to voluntarily dismiss the claims against Defendant, National Lloyds Insurance Company, in the above captioned matter only, with prejudice, specficially reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, this plaintiff respectfully requests that this Court reopen this case with respect to this defendant for the sole purpose of addressing this motion, thereby allowing this plaintiff to voluntarily dismiss the claims against this defendant in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, this plaintiff prays that the Court reopen this case with respect to this defendant for the sole purpose of addressing this motion, thereby allowing this plaintiff to voluntarily dismiss her claim against this defendant in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY: /s/ Joseph M. Bruno
JOSEPH M. BRUNO (#3604)
L. SCOTT JOANEN (#21431)
The Law Offices of Joseph M. Bruno, APLC
855 Baronne Street
New Orleans, La 70113
Telephone: (504) 561-6776
Facsimile: (504) 561-6775

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 25th day of August 2008.

/s/ Joseph M. Bruno
Joseph M. Bruno