UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | * | **CIVIL ACTION NO. 05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **SECTION "K"** |
| **THIS DOCUMENT RELATSE TO:** | * | |
| Insurance | * | **MAGISTRATE (2)** |
| | * | |
| **No. 05-5164, Susan Abadie, et al v.** | * | **This pleading applies only to the** |
| **Aegis Security Insurance Co., et al.** | * | **claim of Pearl Short regarding** |
| | * | **2453 N. Robertson St., New Orleans,** |
| | * | **La 70117** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

_____Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss With Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claim of Plaintiff(s) Pearl Short, regarding 2453 N. Robertson Street, New Orleans, La against Defendant National Lloyds Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE