# Chopin Wagar Richard & Kutcher

*Attorneys at Law*
A Limited Liability Partnership

**Thomas M. Richard**
Partner
Direct Telephone 504 830 3845
Telefax 504 836 9543
trichard@chopin.com

August 22, 2008

VIA FACSIMILE 504-589-7633
Honorable Joseph C. Wilkinson, Jr.
United States Magistrate Judge
United States District Court
500 Poydras Street
New Orleans, LA 70130

**RECEIVED AUG 22 2008**
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

Re:  *Lorraine Jupiter v. Automobile Club Inter-Insurance Exchange*
USDC No.: 07-1689 L (3)
Our File No.: 823.4547

Dear Magistrate Wilkinson:

On behalf of the defendant, Auto Club Family Insurance Company, we respectfully advise the Court that the parties have exchanged settlement offers in accordance with Judge Duval's "Post-Sher Insurance Umbrella Case Management Order." The parties have further conferred as to the possibility of whether future settlement negotiations might prove fruitful. Based on our discussions, the subject case does not appear to have good prospects for settlement. We therefore request that Your Honor render an order exercising your option to deconsolidate this case and returning it to its original sections for further disposition.

We respectfully await any further instructions or orders from the Court.

With kind regards, I remain

Very truly yours,

**THOMAS M. RICHARD**

TMR/clk

Two Lakeway Center, Suite 900  3850 North Causeway Boulevard
Metairie, LA 70002
Telephone 504 830 3838
Telefax 504 836 9540

**CHOPIN WAGAR RICHARD & KUTCHER, LLP**

August 22, 2008
Page 2

cc: <u>*Via Facsimile: 942-5968*</u>
Michael Darnell, Esq.
1540 N. Broad Street
New Orleans, LA 70119

<u>*Via Facsimile: 568-1521*</u>
Bruce L. Feingerts, Esq.
Feingerts & Kelly, PLC
365 Canal Street, Suite 2700
New Orleans, LA 70130