UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 SECTION "K" (2) |

*severed from Abadie*, 06-5164

| | |
|---|---|
| LARRY CAMBRICE, DARLENE CAMBRICE,      Plaintiffs VS. | CIVIL ACTION No. 07-2279 SECTION "K" (2) |

STATE FARM FIRE AND CASUALTY COMPANY,
     Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>ORDER</u>

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiffs, Larry Cambrice and Darlene Cambrice, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this _____ day of _____, 2008.

                                    _____
                                      USDC JUDGE STANWOOD R. DUVAL, JR.
                                      Section "K," Magistrate: 2