UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES            CIVIL ACTION
CONSOLIDATED LITIGATION
                                         NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE, Maclies, 07-4786     JUDGE DUVAL
                                             MAG. WILKINSON

## ORDER

The court has been advised and the record reflects that Wanda Edwards no longer represents plaintiffs in the referenced Maclies matter, and that plaintiffs are now represented by Jeffrey P. Berniard. Record Doc Nos. 12223, 12267 and 14327. Accordingly,

Jeffrey P. Berniard, counsel for plaintiffs, is advised that a telephone status conference has been scheduled by the undersigned magistrate judge in the Maclies case on **SEPTEMBER 10, 2008 at 2:00 p.m.** Record Doc. No. 14584. Plaintiffs' counsel, Jeffrey P. Berniard, and Charles Ponder, counsel for defendant, must participate in the conference by contacting my chambers at 504-589-7630 at the assigned time.

New Orleans, Louisiana, this ___25th___ day of August, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE