UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br><br>**NO. 05-4182** |
| **PERTAINS TO:**<br>*Stall* C.A. No. 07-1223 | **SECTION "K"(2)** |

## ORDER

Before the Court is an Ex Parte Motion to Bifurcate Individual Claims of Joyce Stall. (Doc. 14526). In this motion, defendant seeks to participate in the procedures set forth in CMO No. 4, Section VII concerning bifurcation. However, on June 13, 2008, the Court established a new protocol which has terminated that previous procedure. (Post-Sher Insurance Umbrella Case Management Order, Doc. 13521). The Post-Sher Order now controls the prosecution of this matter, and the parties should be engaging in the settlement protocol set forth therein. Accordingly,

**IT IS ORDERED** that the Ex Parte Motion to Bifurcate Individual Claims of Joyce Stall. (Doc. 14526) is **DENIED**.

New Orleans, Louisiana, this  26th  day of August, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE