UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: BARGE<br>*Boutte v. Lafarge* (05-5531)<br>*Mumford v. Ingram* (05-5724)<br>*Lagarde v. Lafarge* (06-5342)<br>*Perry v. Ingram* (06-6299)<br>*Benoit v. Lafarge* (06-7516)<br>*Parfait Family v. USA* (07-3500)<br>*Lafarge v. USA* (07-5178) | SECTION "K"(2) |

### ORDER

Considering the Motion to Enroll and Substitute Counsel of Record (Rec. Doc. 14543), accordingly,

**IT IS ORDERED** that the Motion is **GRANTED**. Brian A. Gilbert is hereby substituted for Ashton R. O'Dwyer for Plaintiffs Melba Gibson, Kevin McFarland and Daniel Weber in the above-captioned actions.

New Orleans, Louisiana, this __26th__ day of August, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE