UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**In RE:** KATRINA CANAL BREACHES * CIVIL ACTION NO.: 05-4182
CONSOLIDATED LITIGATION          *  JUDGE: DUVAL
                                 *  MAG. JUDGE: WILKINSON
**re: Kevin G. Rodney**          *
Case No.: 07-1742                *

## PLAINTIFF'S NOTICE OF REQUEST TO BE REMOVED FROM SERVICE LIST

Plaintiff, Kevin G. Rodney respectfully requests that the undersigned counsel for Kevin G. Rodney be removed from the service list in the Katrina Canal Breaches Consolidated Litigation. Plaintiff makes this request because plaintiffs case settled and the case was closed on April 28, 2008. Accordingly, there is no reason for plaintiffs counsel to be served with pleadings filed in the consolidated Katrina cases.

Respectfully **submitted,**

s/Gregory P. DiLeo
GREGORY P. DI LEO, LSBA #4943
JENNIFER B. EAGAN, LSBA #19847
Attorney for Plaintiff
Kevin G. Rodney
300 Lafayette Street, Suite 101
New Orleans, LA 70130
Telephone: (504) 522-3456
Facsimile: (504) 522-3888

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties.

s/Gregory P. DiLeo
**GREGORY P**. **DI LEO, ESQ.**