UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION No. 05-4182

In Re: KATRINA CANAL BREACHES § SECTION "K"
CONSOLIDATED LITIGATION § JUDGE STANWOOD R. DUVAL, JR.
§
§ MAG. DIV. 2
§ MAG. JOSEPH C. WILKINSON, JR.
§
PERTAINS TO: §
§
INSURANCE (Meyers, L, No. 06-9518) §
§
§

## JUDGMENT OF DISMISSAL

CONSIDERING THE FOREGOING MOTION TO DISMISS;

IT IS ORDERED by the Court that the above entitled and numbered action be and the same is hereby dismissed with prejudice against The Standard Fire Insurance Company, with each party to bear its own court costs.

Thus done and signed at <u>New Orleans</u>, Louisiana this ___ day of <u>   August   </u>, 2008.

_____
JUDGE

1