UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES  CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION  NO. 05-4182 "K" (2) |
| PERTAINS TO LEVEE: | * * | JUDGE DUVAL |
| ALL CASES | * * | MAG. WILKINSON |

## MOTION TO WITHDRAW AS COUNSEL

**NOW INTO COURT**, comes Roy J. Rodney, Jr., through undersigned counsel of the Rodney & Etter, L.L.C. law firm, and pursuant to Local Rule 83.3.11, moves this Court for an order permitting Roy J. Rodney to withdraw as counsel of record for CSX Transportation, Inc. and for CSX Corporation in this matter.  John K. Etter and the other counsel that are presently enrolled in this matter will continue to represent CSX Transportation, Inc. and CSX Corporation in this litigation.

**WHEREFORE**, Movers respectfully pray that this Court enter an order permitting Roy J. Rodney, Jr. to withdraw as counsel for CSX Transportation, Inc. and CSX Corporation in this matter

1

BY:  RODNEY & ETTER, L.L.C.

 s/ John K. Etter
John K. Etter (La. Bar No. 25,042)
Rodney & Etter, L.L.C.
620 North Carrollton Avenue
New Orleans, LA 70119
Telephone: (504)-483-3224
Facsimile: (504)-483-2259
E-mail: jke@rodneylaw.com

*Counsel for CSX Transportation, Inc. and CSX Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of August, 2008, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management.  All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

s/ John K. Etter