UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182<br>SECTION "K" |
| | JUDGE STANWOOD R. DUVAL, JR. |
| PERTAINS TO: | |
| | MAG. DIV.: 2 |
| INSURANCE(Meyers, L. No. 06-9518) | MAG.: JOSEPH C. WILKINSON, JR. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes plaintiffs, Linda and Adam Meyers which, pursuant to a settlement agreement executed by plaintiffs and The Standard Fire Insurance Company, incorrectly referred to as Travelers Insurance Company, move this Court for the entry of an Order of Dismissal, dismissing with prejudice all of plaintiffs' claims in the captioned lawsuit asserted against Eslava and Clements, Inc., with prejudice, with each party to bear its own costs.

Respectfully Submitted:

**COUTURE & SOILEAU, LLC**

/s/ Keith Couture_____
**KEITH COUTURE, #22759**
1427 West Causeway Approach
P.O. Box 2381
Mandeville, LA 70470-2381
Telephone: (985) 674-4428
Fax: (985) 967-9450
*Attorney for Linda and Adam Meyers*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of August 2008 a copy of the foregoing MOTION TO DISMISS WITH PREJUDICE BY LINDA AND ADAM MEYERS was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all CM/ECF participants.

Respectfully Submitted:

**COUTURE & SOILEAU, LLC**

*/s/ Keith Couture*_____
**KEITH COUTURE, #22759**
1427 West Causeway Approach
P.O. Box 2381
Mandeville, LA  70470-2381
Telephone:  (985) 674-4428
Fax:  (985) 967-9450
*Attorney for Linda and Adam Meyers*