UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**IN RE: KATRINA CANAL BREACHES**  CIVIL ACTION NO.: 05-4182
**CONSOLIDATED LITIGATION**  SECTION "K"

  JUDGE STANWOOD R. DUVAL, JR.

**PERTAINS TO:**
  MAG. DIV.: 2
**INSURANCE(Meyers, L. No. 06-9518)**  MAG.:JOSEPH C. WILKINSON, JR.
*************************************************************************

## ORDER

Considering the foregoing Motion to Dismiss With Prejudice,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Linda and Adam Meyers' claims in the captioned lawsuit against Eslava and Clements, Inc., are hereby DISMISSED WITH PREJUDICE with each party to bear its own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
_____ UNITED STATES DISTRICT JUDGE