MINUTE ENTRY
WILKINSON, M.J.
AUGUST 25, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, Rico, 06-4636 | JUDGE DUVAL<br>MAG. WILKINSON |

A status conference was conducted in the referenced Rico matter on this date. Participating via telephone were: Kristi Post, representing plaintiffs; Steven Lozes, representing defendant. Settlement possibilities were discussed. Counsel were reminded of their settlement evaluation and reporting obligations under the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4. Counsel were advised that if substantial settlement progress is not made by September 12, 2008, this case will be deconsolidated and transferred back to Section "F"(5) for scheduling future proceedings, if appropriate.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

MJSTAR:  0 : 10