UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 |
| | | SECTION K – JUDGE DUVAL |
| PERTAINS TO: | * * | MAG. (2) – MAG. WILKINSON |
| *INSURANCE: ACEVEDO, 07-5199* | * | |

**************************************

## FULL AND FINAL JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come Plaintiff, James B. Lykes, III and Defendant, Auto Club Family Insurance Company, and upon suggesting to the court that all matters between the Plaintiff, James B. Lykes, III and Defendant, Auto Club Family Insurance Company, have been amicably resolved and settled. Plaintiff, James B. Lykes, III Defendant, Auto Club Family Insurance Company, hereby move for an order dismissing the Petition of Plaintiff, James B. Lykes, III, only as to **CLAIMS AGAINST DEFENDANT, AUTO CLUB FAMILY INSURANCE COMPANY, WITH PREJUDICE, WITH EACH PARTY TO BEAR ITS OWN COSTS**.

Respectfully submitted,
**HURRICANE LEGAL CENTER**

BY: _____
**STUART T. BARASCH(#20650)**
1100 Poydras Street, Suite 2900
New Orleans, La 70160
Telephone: (504) 525-1944
*Attorneys for Plaintiff, James B. Lykes, III*

CHOPIN, WAGAR, RICHARD & KUTCHER, L.L.P.

By: _____
**THOMAS M. RICHARD (#2069)**
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Telephone: (504) 830-3838
Facsimile: (504) 836-9543
*Attorney for Defendant, Auto Club Family Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of August, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participant.

_____
**THOMAS M. RICHARD**