MINUTE ENTRY
WILKINSON, M.J.
AUGUST 26, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Ancar, 07-4853 | JUDGE DUVAL |
| | MAG. WILKINSON |

A conference to discuss the status of settlement was conducted by the undersigned magistrate judge on August 26, 2008 in the referenced Ancar case. Participating via telephone were: Plaintiffs' counsel, Joseph Rausch; Charles Chassaignac, counsel for State Farm.

This is a "Mass Joinder" case in the Insurance category of cases in this consolidated litigation. It was inadvertently omitted from the list of "Mass Joinder" cases submitted to the court by counsel that are excepted from the court's "Post-Sher Insurance Umbrella Case Management Order." Record Doc. No. 13521. Although the case includes more than 160 named plaintiffs and numerous allegedly affected properties, State Farm is the only defendant.

MJSTAR:  0 : 20

Counsel informed the court that an agreement in principle to settle all of the claims asserted in this case has been reached, that settlement funds and documents concerning about 70 of the plaintiffs have been exchanged, but that logistics concerning Road Home and mortgage company approvals and final approvals from some plaintiffs requires additional time before all settlements can be finalized. Plaintiffs' counsel advised that entry of a conditional dismissal order would not be appropriate at this time. Accordingly, further proceedings in this case will be conducted as follows:

**IT IS ORDERED** that a follow-up conference concerning the status of settlement is set in the Ancar case on **October 16, 2008 at 10:30 a.m.** before me. Plaintiffs' counsel, Joseph Rausch, and Charles Chassaignac, counsel for State Farm, must participate in the conference by contacting my chambers at 504-589-7630 at the assigned time.

**IT IS FURTHER ORDERED** that, no later than **December 18, 2008 at noon**, plaintiffs' counsel must provide me with a written, plaintiff-by-plaintiff report briefly summarizing the status of settlement efforts as to each plaintiff's claim in the Ancar case. A final status conference will be then be conducted before me on **December 19, 2008 at 10:30 a.m.**   Plaintiffs' counsel, Joseph Rausch, and Charles Chassaignac, counsel for State Farm, must appear before me in person at that time.

Counsel are instructed that December 19, 2008, is their deadline for finalizing their settlement of this action. If at that time settlements have not been completed sufficient to permit dismissal of this case in its entirety, those plaintiffs whose claims have not been settled will have their claims severed and randomly reallotted for scheduling of whatever further proceedings may be appropriate, unless good cause can be shown for some other action.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**