UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 |
| | | SECTION K – JUDGE DUVAL |
| PERTAINS TO: | * * | MAG. (2) – MAG. WILKINSON |
| INSURANCE: AGUILAR, 07-4852 | * * | |

*************************************

## ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss With Prejudice;

**IT IS ORDERED** that the Petition of Mary Elizabeth Green and Marland Lydell Keys be and is hereby **DISMISSED**, as against Defendant, Auto Club Family Insurance Company, with prejudice. This is a full and final dismissal of plaintiff's claims.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**JUDGE**