UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION K – JUDGE DUVAL |
| | * | |
| PERTAINS TO: | * | MAG. (2) – MAG. WILKINSON |
| | * | |
| INSURANCE: ABRAM, 07-5205 | * | |

*******************************************

## JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Catherine D. Rabito and Defendant, Auto Club Family Insurance Company, and upon suggesting to the court that all matters between the Plaintiff, Catherine D. Rabito, and Defendant, Auto Club Family Insurance Company, have been amicably resolved and settled. Plaintiff, Catherine D. Rabito and Defendant, Auto Club Family Insurance Company, hereby move for an order dismissing the Complaint of Plaintiff, with prejudice.

1

Respectfully submitted:

**HURRICANE LEGAL CENTER**

BY: _____
**STUART T. BARASCH (#20650)**
1100 Poydras Street, Suite 2900
New Orleans, LA 70160
Telephone: (504) 525-1944
*Attorneys for Plaintiff, Catherine D. Rabito*

**CHOPIN, WAGAR, RICHARD & KUTCHER, L.L.P.**

By: _____
**THOMAS M. RICHARD (#2069)**
**BRAD M. LACOMB (#29938)**
Two Lakeway Center
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Telephone: (504) 830-3838
*Attorneys for Defendant, Auto Club Family Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of August 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that I mailed by first-class mail and/or forwarded by facsimile the foregoing document and the notice of electronic filing to any non-CM/ECF participant.

_____
**THOMAS M. RICHARD**

2