UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES  * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION          * | |
|                                  * | SECTION K – JUDGE DUVAL |
|                                  * | |
| PERTAINS TO:                     * | MAG. (2) – MAG. WILKINSON |
|                                  * | |
| *INSURANCE: ABRAM, 07-5205*      * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss With Prejudice;

**IT IS ORDERED** that the Complaint of Catherine D. Rabito be and is hereby **DISMISSED**, as against Defendant, Auto Club Family Insurance Company, with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
JUDGE

3