UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION K – JUDGE DUVAL |
| | * | |
| PERTAINS TO: | * | MAG. (2) – MAG. WILKINSON |
| | * | |
| *INSURANCE: ACEVEDO, 07-5208* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## FULL AND FINAL JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Mario Morey and Defendant, Auto Club Family Insurance Company, and upon suggesting to the court that all matters between the Plaintiff, Mario Morey, and Defendant, Auto Club Family Insurance Company, have been amicably resolved and settled. Plaintiff, Mario Morey and Defendant, Auto Club Family Insurance Company, hereby move for an order dismissing the Petition of Plaintiff as to **CLAIMS AGAINST DEFENDANT, AUTO CLUB FAMILY INSURANCE COMPANY, WITH PREJUDICE, WITH EACH PARTY TO BEAR ITS OWN COSTS.**

1

Respectfully submitted:

**HURRICANE LEGAL CENTER**

BY: _____
STUART T. BARASCH (#20650)
1100 Poydras Street, Suite 2900
New Orleans, LA 70160
Telephone: (504) 525-1944
*Attorneys for Plaintiff, Mario Morey*

**CHOPIN, WAGAR, RICHARD
& KUTCHER, L.L.P.**

By: _____
THOMAS M. RICHARD (#2069)
BRAD M. LACOMB (#29938)
Two Lakeway Center
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Telephone: (504) 830-3838
*Attorneys for Defendant, Auto Club Family
Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of August, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that I mailed by first-class mail and/or forwarded by facsimile the foregoing document and the notice of electronic filing o any non-CM/ECF participant.

_____
THOMAS M. RICHARD

2