


| HOME | ABOUT US | PRACTICE AREAS | CURRENT CASES | ATTORNEYS | EXPERIENCE & RESULTS | NEWSROOM | CONTACT US |

**CURRENT CASES**

>> Vioxx
>> Ortho Evra
>> Avandia
>> ReNu
>> Wage and Hour Class Actions
>> Environmental Toxins

## INGRAM BARGE ING 4727 CASE

Hurricane Katrina was one of the deadliest and costliest hurricanes in United States history. Hurricane Katrina formed on August 23, 2005 and caused damage along a large portion of the north-central Gulf Coast. The area that was hit the hardest was New Orleans, Louisiana.

A class action lawsuit has been filed against those in charge of the Industrial Canal and Barge ING 4727 for their negligence which resulted in the breach of the Canal. Despite warnings to move the barge in anticipation of the looming storm, the barge remained at the Lafarge dock, where it eventually broke loose from its moorings. With winds upwards of 150 M.P.H., the barge broke through the concrete and steel floodwall, creating an extremely powerful surge of water that overwhelmed the residential area just behind. Flood waters reached as high as 15 to 20 feet and destroyed property as far away as St. Bernard Parish.

Khorrami Pollard & Abir, LLP, is representing individuals from these areas who sustained property loss, bodily injuries, the death of a family member, or other economic or emotional injuries caused by the flooding, destruction, ruin, loss and displacement caused by these events. Please Visit www.bargecase.com for more information.

**CURRENT CASES**

>> Avandia
>> Bextra
>> Celebrex
>> Click Fraud
>> Environmental Toxins
>> Fosamax
>> Gadolinium
>> Hepatitis C
>> HRT (Hormone Replacement Therapy)
>> Human Rights
>> Ingram Barge
>> Kugel Mesh Patch
>> Ortho Evra
>> Prempro
>> ReNu
>> Residential Habitability
>> Skycaps
>> Tobacco
>> Vaccines
>> Vioxx
>> Wage and Hour

Ingram Barge ING 4727 Case - Khorrami Pollard & Abir, LLP - KP&A

**Khorrami Pollard & Abir, LLP**

Resources  |  About Us  |  Practice Areas  |  Current Cases  |  Attorneys  |  Experience & Results  |  Newsroom  |  Contact Us

444 S. Flower Street 33rd Floor

Los Angeles, CA 90071

© 2008 kpalawyers.com  |  Privacy Policy  |  Terms of Use

**Tel** 213.596.6000 **FAX** 213.596.6010