UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> §<br>§<br>**PERTAINS TO:   INSURANCE** §<br>*Kiefer, et al. v. Allstate, et al.*   06-5370 §<br>As to Plaintiffs Tony and Valorie Lyles §<br>§ | CIVIL ACTION <br> NO. 05-4182 "K"(2) <br> JUDGE DUVAL <br>  MAG. WILKINSON |

## ORDER

**IT IS ORDERED** that the above entitled and numbered cause which is administratively stayed, be opened for the limited purposes expressed herein; and

**IT IS FURTHER ORDERED** that the above entitled and numbered cause be and it hereby is dismissed with prejudice only as to plaintiffs Tony and Valorie Lyles, and their claims against their insurer and defendant Louisiana Citizens Property Insurance Corporation, as to all demands, all parties to bear their own costs.

New Orleans, Louisiana, this __26th__ day of _____August_____, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE