UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In re KATRINA CANAL BREACHES LITIGATION | | * | CIVIL ACTION NO. 05-4182 |
| | | * | SECTION "K" MAG. (2) |
| PERTAINS TO: BARGE | | | |
| | | * | JUDGE STANWOOD R. DUVAL, JR. |
| *Boutte v. LaFarge* | 05-5531 | | |
| *Mumford v. Ingram* | 05-5724 | * | MAG. JOSEPH C. WILKINSON, JR. |
| *Lagarde v. LaFarge* | 06-5342 | | |
| *Perry v. Ingram* | 06-6299 | * | |
| *Benoit v. LaFarge* | 06-7516 | | |
| *Parfait Family v. USA* | 07-3500 | * | |
| *LaFarge v. USA* | 07-5178 | | |

*   *   *   *   *   *   *   *   *   *   *   *   *

**O R D E R**

Considering the foregoing *Ex Parte* Motion to Enroll Additional Counsel of Record,

IT IS ORDERED that Leah N. Engelhardt, Louisiana Bar No. 23232, of the law firm of Preis & Roy, 601 Poydras Street, Suite 1700, New Orleans, Louisiana, be enrolled as additional counsel of record with Frank A. Piccolo, Louisiana Bar No. 02049, of the law firm of Preis & Roy, 601 Poydras Street, Suite 1700, New Orleans, Louisiana, for American Home Assurance Company and The Northern Assurance Company of America, in the above-captioned matter.

New Orleans, Louisiana, this  26th  day of August 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge