# Law Office of Brian A. Gilbert, P.L.C.
## 821 Baronne Street
## New Orleans, Louisiana 70113

Telephone (504) 885-7700
Telephone (504) 581-6180
Facsimile  (504) 581-4336

bgilbert@briangilbertlaw.com
www.bargecase.com

August 21, 2008

Clerk's Office
500 Poydras Street, Room C-0151
New Orleans, LA   70130

     Re:    In Re Katrina Canal Breaches Consolidated Litigation
            USDC EDLA C.A. No. 05-4182 and consolidated cases
            Pertains to: BARGE

Dear Clerk:

     Enclosed please find Khorrami Pollard & Abir's check number **3506** in the amount of **$35.00** to cover the Pro Hac Vice enrollment fees for Shawn Khorrami, Dylan Pollard, Matt Bailey, H. Scott Leviant, Mark Ravis, Sonia Tando and Rebecca Kammerling.  The necessary documents were uploaded via ECF today.

     The telephone number for Khorammi Pollard & Abir is (213) 596-6000.  All of the above attorneys may be contacted at this number.

     Thank you for your courtesy and attention to this matter. If you have any questions, please do not hesitate to call my office.

                    Yours very truly,

                    **BRIAN A. GILBERT**

BAG/jrc
enclosure