# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES   *   CIVIL ACTION: 05 - 4182
    CONSOLIDATED LITIGATION   *
             *   SECTION " K " (2)
PERTAINS TO: <u>08-00039, Landry</u>   *
             *
* * * * * * * * * * * * * * * * * * * * * * * * *

_____

## MEMORANDUM IN OPPOSITION TO
## DEFENDANT'S MOTION TO COMPEL
_____

    **NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Roland A.

Landry and Dorothy Landry, and having been advised by the Court that undersigned

counsel's request to enroll was in fact granted by Judge Duval, plaintiffs respectfully request

that the hearing on State Farm Fire & Casualty Company's Motion to Compel be continued

for two (2) weeks and that plaintiffs be granted seven (7) days to provide responses to

defendant's discovery requests.

           **Respectfully submitted:**

           **THORNHILL & COLLINGS, L.C.**

           *s/ Chadwick W. Collings*
           **CHADWICK W. COLLINGS   # 25373**
           **1308 Ninth Street**
           **Slidell, Louisiana 70458**
           **(985) 641-5010**
           **(985) 641-5011 (facsimile)**
           **cwc@thornhillcollings.com**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2008, a copy of the foregoing
pleading was filed electronically with the Clerk of Court using the
CM/ECF system. Notice of this filing will be sent to all Counsel
of Record by operation of the court's electronic filing system.

*s/ Chadwick W. Collings*