UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182** <br> **SECTION "K"** |
| **PERTAINS TO:** | **JUDGE STANWOOD R. DUVAL, JR.** <br> **MAG. DIV.: 2** |
| **INSURANCE(Meyers, L. No. 06-9518)** | **MAG.:JOSEPH C. WILKINSON, JR.** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion to Dismiss With Prejudice,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Linda and Adam Meyers' claims in the captioned lawsuit against Eslava and Clements, Inc., are hereby DISMISSED WITH PREJUDICE with each party to bear its own costs.

New Orleans, Louisiana, this  27th  day of        August       , 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge