UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES    CIVIL ACTION
       CONSOLIDATED LITIGATION

NO. 05-4182

PERTAINS TO: INSURANCE    SECTION "K"(2)
       <u>ACEVEDO, 07-5199</u>

### ORDER

Considering the parties' Joint Motion to Dismiss (Rec. Doc. 14621), accordingly

**IT IS ORDERED** that the claims of Plaintiff James B. Lykes, III be **DISMISSED WITH PREJUDICE** as against Defendant Auto Club Family Insurance Company, with each party to bear their own costs.

New Orleans, Louisiana, this __27th__ day of August, 2008

                                                    STANWOOD R. DUVAL, JR.
                                            UNITED STATES DISTRICT JUDGE