UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 SECTION K – JUDGE DUVAL |
| PERTAINS TO: | * * | MAG. (2) – MAG. WILKINSON |
| INSURANCE: ABRAM, 07-5205 | * | |

### ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss With Prejudice;

**IT IS ORDERED** that the Complaint of Catherine D. Rabito be and is hereby **DISMISSED**, as against Defendant, Auto Club Family Insurance Company, with prejudice.

New Orleans, Louisiana, this 27th day of August, 2008.

Stanwood R. Duval, Jr.
United States District Judge

3