## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182<br><br>SECTION K – JUDGE DUVAL |
| PERTAINS TO: | * * | MAG. (2) – MAG. WILKINSON |
| *INSURANCE: ACEVEDO, 07-5208* | * | |

**************************************

### ORDER OF DISMISSAL

Considering the foregoing Full and Final Joint Motion to Dismiss With Prejudice;

**IT IS ORDERED** that the Complaint of Mario Morey be and is hereby **DISMISSED**, as against Defendant, Auto Club Family Insurance Company, with prejudice.

New Orleans, Louisiana, this 27th day of August, 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge

3