UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>* | CIVIL ACTION<br><br>NO. 05-4182<br>and consolidated cases |
| PERTAINS TO: BARGE | *<br>*<br>*<br>* | <br>SECTION "K" (2)<br>JUDGE: DUVAL<br>MAG: WILKINSON |
| *Parfait Family v. USA*   07-3500 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORLEANS LEVEE DISTRICT'S
## FRCP RULE 12(b)6 MOTION TO DISMISS

**NOW INTO COURT**, through its undersigned counsel, comes Defendant, Orleans Levee District ("OLD"), who wishes to adopt Lake Borgne Basin Levee District's FRCP 12(b)6 Motion to Dismiss Lafarge North America's First Supplemental and Amended Third Party Complaint (Rec. doc. 14411) in the above referenced matter.

**WHEREFORE**, Defendant, Orleans Levee District, prays that this Honorable Court grant the instant Motion based on Orleans Levee District adopting the arguments as set forth in Lake Borgne Levee District's Rule 12(b)6 Motion to Dismiss.

Respectfully submitted,

_____
THOMAS P. ANZELMO, T.A. (#2533)
MARK E. HANNA (#19336)
KYLE P. KIRSCH (#26363)
ANDRE J. LAGARDE (#28649)
DARCY E. DECKER (#30469)
MCCRANIE, SISTRUNK, ANZELMO,
HARDY, MAXWELL & MCDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, LA 70002
Telephone: (504) 831-0946
Facsimile: (504) 831-2492

-and-

JAMES L. PATE (#10333)
BEN L. MAYEAUX (#19042)
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, LA 70505-2828
Telephone: (337) 237-7000
ATTORNEYS FOR THIRD PARTY
DEFENDANT

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August __27__, 2008 a copy of the above and foregoing documents was filed electronically with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all participating counsel of record. I also certify that I have mailed the foregoing by United States Postal Service, First Class, to all non-CM/ECF participants.

_____
MARK E. HANNA (#19336)
mhanna@mcsalaw.com

2