UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * | |
| | * | SECTION "K" (2) |
| | * | JUDGE: DUVAL |
| | * | MAG: WILKINSON |
| *Parfait Family v. USA*      07-3500 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MEMORANDUM IN SUPPORT OF ORLEANS LEVEE DISTRICT'S FRCP RULE 12(b)(6) MOTION TO DISMISS

**MAY IT PLEASE THE COURT:**

The Orleans Levee District ("OLD") respectfully submits this Memorandum in Support of its FRCP 12(b)(6) Motion to Dismiss, adopting Lake Borgne Basin Levee District's Rule 12(b)(6) Motion to Dismiss Defendant Lafarge North America, Inc.'s ("LNA") First Supplemental and Amended Third Party Complaint. (Rec. doc. 14411).

More specifically, the OLD wishes to adopt the argument advanced by Lake Borgne Basin Levee District that LNA's Third Party Complaint for tort contribution fails to state a claim upon which relief can be granted. Further, the OLD wishes to adopt the Argument advanced by Lake Borgne Basin Levee District that LNA's Third Party Complaint and Cross-claim for tort indemnity fails to state a claim upon which relief can be granted.

**WHEREFORE**, the Orleans Levee District respectfully requests that this Honorable Court dismiss the First Supplemental and Amended Third Party Complaint against it for all the

1

reasons advanced by the Lake Borgne Basin Levee District in its FRCP 12(b)(6) Motion to Dismiss.

        Respectfully submitted,

*/s/ Thomas P. Anzelmo*

THOMAS P. ANZELMO, T.A. (#2533)
MARK E. HANNA (#19336)
KYLE P. KIRSCH (#26363)
ANDRE J. LAGARDE (#28649)
DARCY E. DECKER (#30469)
MCCRANIE, SISTRUNK, ANZELMO,
HARDY, MAXWELL & MCDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, LA 70002
Telephone: (504) 831-0946
Facsimile: (504) 831-2492

-and-

JAMES L. PATE (#10333)
BEN L. MAYEAUX (#19042)
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, LA 70505-2828
Telephone: (337) 237-7000
ATTORNEYS FOR THIRD PARTY DEFENDANT

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August __27__, 2008 a copy of the above and foregoing documents was filed electronically with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all participating counsel of record. I also certify that I have mailed the foregoing by United States Postal Service, First Class, to all non-CM/ECF participants.

_____
MARK E. HANNA (#19336)
mhanna@mcsalaw.com