UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES           CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION  NO. 05-4182 "K" (2) |
| PERTAINS TO LEVEE: | * * | JUDGE DUVAL |
| ALL CASES | * * | MAG. WILKINSON |

## ORDER

**CONSIDERING**, the foregoing Motion to Withdraw as Counsel;

It is hereby **ORDERED** that Roy J. Rodney, Jr. is permitted to withdraw as counsel for CSX Transportation, Inc. and CSX Corporation in the above-captioned matter. The Court notes that CSX Transportation, Inc. and CSX Corporation will continue to be represented by the other counsel that are enrolled for those entities.

New Orleans, Louisiana, this  27th   day of August, 2008.

JUDGE STANWOOD R. DUVAL, JR.
United States District Judge