UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> §<br>————————————————————§<br> §<br> **PERTAINS TO: INSURANCE** § <br> *Kiefer, et al. v. Allstate, et al.* 06-5370 § <br> As to Plaintiffs Melody Lee and Melody and § <br> Oliver Lee only § <br> §<br>————————————————————§ | CIVIL ACTION <br> NO. 05-4182 (K)(2) <br> JUDGE DUVAL <br> MAG. WILKINSON |

## MOTION FOR LIMITED REOPENING
## OF CASE TO DISMISS CLAIMS OF
## MELODY LEE AND MELODY AND OLIVER LEE

NOW INTO COURT, through undersigned counsel, comes plaintiffs Melody Lee and Melody and Oliver Lee, who respectfully request that their claim against defendant Allstate Insurance Company be dismissed from *Kiefer, et al. v. Allstate*, et al. as Melody Lee and Melody and Oliver Lee do not wish to further prosecute the claims made in the complaint. This Motion seeks the limited reopening of the *Kiefer* case to dismiss Melody Lee's and Melody and Oliver Lee's claims in the above named and captioned litigation. Accordingly, plaintiffs move this Court for an entry of an order to (1) reopen the *Kiefer, et al.* proceeding, No. 06-5370, with respect to Allstate Insurance Company for the limited purpose of addressing this Motion, and (2) dismiss, and at each party's cost, all claims asserted by plaintiffs Melody Lee and Melody and Oliver Lee against Allstate Insurance Company in the *Kiefer* complaint.

Defense counsel has been contacted and she has no opposition to the dismissal of Melody Lee's and Melody and Oliver Lee's claims against Allstate Insurance Company pending in the *Kiefer* complaint.

**WHEREFORE,** plaintiffs Melody Lee and Melody and Oliver Lee request that this Court enter an order as set forth above.

Respectfully submitted,

/s/ Calvin C. Fayard, Jr.
Wanda J. Edwards, #27448
Calvin C. Fayard, Jr., #5486
Fayard and Honeycutt, APC
519 Florida Avenue, SW
Denham Springs, Louisiana 70726
Telephone: 225/664-4193

and

Peyton P. Murphy, #22125
7035 Jefferson Highway
Baton Rouge, LA 70806
(225) 928-8800

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in the captioned matter.

/s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr.