**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
      CONSOLIDATED LITIGATION

                                            NO. 05-4182

PERTAINS TO: INSURANCE                           SECTION "K"(2)
      VICK, 07-2286

<u>**ORDER**</u>

Considering the parties' Joint Motion to Dismiss (Rec. Doc. 14558), accordingly

**IT IS ORDERED** that the all claims asserted herein by Plaintiff Robert Vick be

**DISMISSED WITH PREJUDICE**, with each party to bear their own costs.

New Orleans, Louisiana, this _____27th_____ day of August, 2008

_____
      **STANWOOD R. DUVAL, JR.**
      **UNITED STATES DISTRICT JUDGE**