UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: ROAD HOME<br>Louisiana State, No. 07-5528 | SECTION "K" (2) |

## EX PARTE MOTION TO SUBSTITUTE AND ENROLL COUNSEL

**NOW INTO COURT**, through undersigned counsel comes James D. "Buddy" Caldwell, Attorney General, State of Louisiana, respectfully moves that James D. "Buddy" Caldwell is now the proper plaintiff party, in place of Charles C. Foti, Jr.

Also, the Attorney General respectfully requests that Isabel B. Wingerter, Assistant Attorney General, Bar Number 20428 be permitted to enroll as additional counsel of record in this matter.

WHEREFORE, James D. "Buddy" Caldwell, Attorney General, State of Louisiana prays that this Court enter an Order substituting Charles C. Foti, Jr. and naming James D. "Buddy" Caldwell, Attorney General, State of Louisiana, proper plaintiff and permitting Isabel B. Wingerter, Assistant Attorney General to enroll as additional counsel.

Respectfully Submitted,

**JAMES D. "BUDDY" CALDWELL**
**ATTORNEY GENERAL**

Isabel B. Wingerter, La. Bar # 20428
Assistant Attorney General
1885 North Third Street
Baton Rouge, LA 70802
Telephone: 225-326-6400
Fax: 225-326-6498
/s/<u>Isabel B. Wingerter</u>

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 28th day of August, 2008, I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using CM/ECF system which will send notification of such filing to all the attorneys for all parties that have appeared.

                                                                                                 /s/Isabel B. Wingerter