UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: ROAD HOME<br>Louisiana State, No. 07-5528 | SECTION "K" (2) |

## ORDER

Considering the State's Ex Parte Motion to Substitute and Enroll Counsel filed in the above referenced matter:

**IT IS ORDERED** that the motion is granted and that Charles C. Foti, Jr. be substituted and name James D. "Buddy" Caldwell, Assistant Attorney General, State of Louisiana proper plaintiff.

**IT IS FURTHER ORDERED** that Isabel B. Wingerter be permitted to enroll as additional counsel for the referenced matters.

New Orleans, Louisiana, August 28, 2008.

                                                                      _____
                                                                      STANWOOD R. DUVALL, JR.
                                                                      DISTRICT JUDGE
                                                                      UNITED STATES DISTRICT COURT
                                                                      EASTERN DISTRICT OF LOUISIANA