UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES             CIVIL ACTION
        CONSOLIDATED LITIGATION
                                           NO. 05-4182

PERTAINS TO: ROAD HOME                     SECTION "K" (2)
        Louisiana State, No. 07-5528

## NOTICE OF COMPLIANCE WITH COURT ORDER

**NOW INTO COURT**, through undersigned counsel comes James D. "Buddy" Caldwell, Attorney General, State of Louisiana, who respectfully represents:

1.

In an Order and Reasons dated August 13, 2008, the Court ordered James D. "Buddy" Caldwell, Attorney General, State of Louisiana, to serve the Louisiana Commissioner of Administration with a copy of the Order and Reasons.

2.

An attached receipt shows the Court's Order and Reasons were served, by hand, on August 20, 2008.  The Order was accepted by the Commissioners' employee, Janet Tomeny.

Respectfully Submitted,

**JAMES D. "BUDDY" CALDWELL**
**ATTORNEY GENERAL**

Isabel B. Wingerter, La. Bar # 20428
Assistant Attorney General
1885 North Third Street
Baton Rouge, LA  70802
Telephone:  225-326-6400
Fax:  225-326-6498
/s/Isabel B. Wingerter

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of August, 2008, I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using CM/ECF system which will send notification of such filing to all the attorneys for all parties that have appeared.

/s/Isabel B. Wingerter