# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE: KATRINA CANAL BREACHES**
**CONSOLIDATED LITIGATION**

**CIVIL ACTION**

**NO. 05-4182**

**PERTAINS TO: ROAD HOME**
**Louisiana State, No. 07-5528**

**SECTION "K" (2)**

## RECEIPT

The undersigned acknowledges receipt of the Court's Order and Reasons (dated August

13, 2008) in the above referenced matter.

Baton Rouge, Louisiana, the _20th_ day of August, 2008.

ANGELE DAVIS
LOUISIANA COMMISSIONER OF
ADMINISTRATION