UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 SECTION K – JUDGE DUVAL |
| PERTAINS TO: | * * | MAG. (2) – MAG. WILKINSON |
| *INSURANCE: ABRAM, 07-5205* | * | |

### ORDER OF DISMISSAL

Considering the foregoing Full and Final Joint Motion to Dismiss With Prejudice;

IT IS ORDERED that the Petition of Mario Morey be and is hereby DISMISSED, as against Defendant, Auto Club Family Insurance Company, with prejudice, with each party to bear their own costs. This is a full and final dismissal of plaintiff's claims.

New Orleans, Louisiana, this 27th day of August, 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge

3