UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES       CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182

PERTAINS TO: BARGE                  SECTION "K"(2)
    *Boutte v. Lafarge* (05-5531)
    *Mumford v. Ingram* (05-5724)
    *Lagarde v. Lafarge* (06-5342)
    *Perry v. Ingram* (06-6299)

## ORDER

Considering the foregoing Motion for Admission Pro Hac Vice, accordingly,

**IT IS ORDERED** that the Motion is **GRANTED**. Attorney Dylan Pollard shall be admitted *pro hac vice* to appear as co-counsel for Plaintiffs in the above-captioned matters along with Brian A. Gilbert, Patrick J. Sanders and Lawrence D. Wiedemann, who will remain as local counsel.

New Orleans, Louisiana, this 27th day of August, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE