UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES               CIVIL ACTION
       CONSOLIDATED LITIGATION
                                            NO. 05-4182

PERTAINS TO: BARGE                          SECTION "K"(2)
   *Boutte v. Lafarge* (05-5531)
   *Mumford v. Ingram* (05-5724)
   *Lagarde v. Lafarge* (06-5342)
   *Perry v. Ingram* (06-6299)

## ORDER

Considering the foregoing Motion for Admission Pro Hac Vice, accordingly,

**IT IS ORDERED** that the Motion is **GRANTED**. Attorney Sonia Tandon shall be admitted *pro hac vice* to appear as co-counsel for Plaintiffs in the above-captioned matters along with Brian A. Gilbert, Patrick J. Sanders and Lawrence D. Wiedemann, who will remain as local counsel.

New Orleans, Louisiana, this 27th day of August, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE