UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES         CIVIL ACTION
CONSOLIDATED LITIGATION
                                      NO.: 05-4182 "K" (2)

PERTAINS TO: BARGE                    JUDGE DUVAL
                                      MAG. WILKINSON

_____

THE BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS
AND THE ORLEANS LEVEE DISTRICT'S NOTICE OF ADOPTING
(1) DEFENDANTS' CLASS CERTIFICATION EXPERT REPORTS IN
LEVEE AND MRGO, AND (2) LAFARGE NORTH AMERICA INC.'S EXPERT
REPORTS OF ELISSA P. BENEDEK, M.D. AND/OR CHERYL D. WILLS, M.D.
AS THEIR CLASS CERTIFICATION EXPERT REPORTS IN BARGE

Case Management and Scheduling Order No. 7, entered May 1, 2008 (Doc. 12935), as amended by Order dated June 26, 2008 (Doc. 13632) (hereinafter, "CMO No. 7, as amended"), requires that the written reports of class certification experts who may be called as witnesses for the Barge defendants and/or third-party defendants must be produced no later than August 28, 2008.

The Board of Commissioners of the Port of New Orleans (the "Port") and the Orleans Levee District (the "O.L.D."), in order to comply with the aforementioned requirement of CMO No. 7, as amended, hereby notifies the parties to the Barge litigation that the Port and the

O.L.D. hereby adopt (1) the below-listed defendants' class certification expert reports (together with any attachments thereto) in the LEVEE litigation and MRGO litigation; and (2) Lafarge North America Inc.'s expert reports of Elissa P. Benedek and/or Cheryl D. Wills, M.D. (together with any attachments thereto) as their class certification expert reports in the Barge litigation.

The defendants' class certification expert reports (together with any attachments thereto) in the LEVEE and MRGO litigation adopted as the Port's and the O.L.D. as their class certification expert reports in the Barge case include the following:

1. Report issued in the MRGO litigation and dated August 29, 2007 of **Robert A. Dalrymple**, expert in civil and coastal engineering;

2. Reports issued in the MRGO litigation and dated August 23, 2007 and August 28, 2007 of **James R. Danner, Jr.**, expert engineer who may address property damage;

3. Report issued in the Levee litigation and dated September 10, 2007 of **Paul Kuhlmeier**, expert in hydrology;

4. Report issued in the Levee litigation and dated September 10, 2007 of **James Richardson**, expert in economics;

5. Report issued in the MRGO litigation and dated August 28, 2007 of **Michael W. Truax**, expert in commercial and private real estate appraisal;

6. Report issued in the MRGO litigation and dated August 29, 2007 of **Kerry Dean Vandell**, expert economist who may address damage issues; and

7. Report issued in the MRGO litigation and dated August 29, 2007 of **Lee Wooten**, expert in geotechnical engineering who may address causation issues.

The Port and the O.L.D. believe that counsel for the other parties in the Barge litigation are already in possession of all of the aforementioned reports. However, if that is not the case, then upon notice and request thereof, counsel for the Port and the O.L.D. will make copies of any such reports available for prompt production thereof.

Dated:  August 28, 2008                                  Respectfully submitted,

s/ Thomas P. Anzelmo_____
McCRANIE, SISTRUNK, ANZELMO,
    HARDY, MAXWELL & McDANIEL
Thomas P. Anzelmo, P.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE:  (504) 831-0946
FACSIMILE:  (504) 831-2492

and

LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:  (337) 237-7000
FACSIMILE:  (337) 233-9450
Attorneys for the ORLEANS LEVEE
DISTRICT

        s/ Kirk Aurandt_____
        DAIGLE FISSE & KESSENICH, PLC
        J. Frederick Kessenich - #7354
        Jonathon H. Sandoz - #23928
        Michael W. McMahon - #23987
        Jon A. Van Steenis - #27122
        Kirk N. Aurandt - #25336
        P.O. Box 3530
        Covington, LA 70434-5350
        TELEPHONE:  (985) 871-0800
        FACSIMILE:  (985) 871-0899
        Attorneys for the BOARD OF
        COMMISSIONERS FOR THE PORT OF
        NEW ORLEANS

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of August, 2008, a copy of the above and foregoing **The Board of Commissioners of the Port of New Orleans and the Orleans Levee District's Notice of Adopting (1) Defendants' Class Certification Expert Reports in LEVEE and MRGO, and (2) Lafarge North America Inc.'s Expert Reports of Elissa P. Benedek, M.D. and/or Cheryl D. Wills, M.D. as Their Class Certification Expert Reports in Barge** was filed electronically with the Clerk of Court using the Court's CM/ECF system.  Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

        s/ Thomas P. Anzelmo_____
        McCRANIE, SISTRUNK, ANZELMO,
           HARDY, MAXWELL & McDANIEL
        3445 N. Causeway Boulevard, Ste. 800
        Metairie, Louisiana 70002
        TELEPHONE:  (504) 831-0946
        FACSIMILE:  (504) 831-2492
        E-MAIL:  tpa@mcsalaw.com