# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § § § § **PERTAINS TO:   INSURANCE** *Kiefer, et al. v. Allstate, et al.*   06-5370 As to Plaintiffs Melody Lee and Melody and Oliver Lee only § § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) **JUDGE DUVAL** **MAG. WILKINSON** |

## ORDER

**IT IS ORDERED** that the above entitled and numbered cause which is administratively stayed, be opened for the limited purposes expressed herein; and

**IT IS FURTHER ORDERED** that the above entitled and numbered cause be and it hereby is dismissed only as to plaintiffs Melody Lee and Melody and Oliver Lee, and their claims against their insurer and defendant Allstate Insurance Company, as to all demands, all parties to bear their own costs.

New Orleans, Louisiana, this __28th__ day of _____August_____, 2008.

Stanwood R. Duval, Jr.
United States District Judge