UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Katrina Canal Breaches** | * | **CIVIL ACTION NO. 05-4182** |
| **Consolidated Litigation** | * | |
| | * | **SECTION: "K" (2)** |
| **Pertains to:** | * | |
| **INSURANCE** | * | **JUDGE: DUVAL** |
| **CASE NO. 07-1607** | * | |
| **JOANNA REBOUL v.** | * | **MAGISTRATE: WILKINSON** |
| **State Farm Fire and Casualty Company** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JOINT MOTION AND ORDER FOR DISMISSAL

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, **JOANNA REBOUL**, and defendant, State Farm Fire and Casualty Company, who suggest to this Honorable Court that all issues in the above entitled and numbered cause have been resolved and settled and that this cause should be dismissed with full prejudice, each party to bear their own cost;

**IT IS ORDERED, ADJUDGED AND DECREED** that the above, entitled and numbered cause is hereby dismissed with full prejudice, each party to bear their own costs.

Judgment read, rendered and signed in _____, Louisiana this _____ day of _____, 2008.

_____
**JUDGE**

Page 1 of 2

Respectfully submitted,

*/s/ signature*

**TERRENCE J. LESTELLE**, Bar No. 08540
**ANDREA S. LESTELLE**, Bar No. 08539
**JEFFERY B. STRUCKHOFF**, Bar No. 30173
Lestelle and Lestelle, APLC
3421 North Causeway Boulevard, Suite 602
Metairie, Louisiana  70002
Telephone: (504) 828-1225
Facsimile: (504) 828-1229
ATTORNEYS FOR PLAINTIFF

*/s/ signature*

**SIDNEY J. HARDY**, Bar No. 1938
McCranie, Sistrunk, Anzelmo,
  Hardy, Maxwell & McDaniel
3445 N. Causeway Blvd., Ste. 800
Metairie, Louisiana  70002
Telephone: 504-831-0946
Facsimile: 504-831-2492
ATTORNEY FOR DEFENDANT