UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Katrina Canal Breaches** | * | **CIVIL ACTION NO. 05-4182** |
| **Consolidated Litigation** | * | |
| | * | **SECTION: "K" (2)** |
| **Pertains to:** | * | |
| **INSURANCE** | * | **JUDGE: DUVAL** |
| **CASE NO. 07-1607** | * | |
| **JOANNA REBOUL v.** | * | **MAGISTRATE: WILKINSON** |
| **State Farm Fire and Casualty Company** | * | |
| | * | |

*********************************************************************

## ORDER

**IT IS ORDERED, ADJUDGED AND DECREED** that the above, entitled and numbered cause is hereby dismissed with full prejudice, each party to bear their own costs.

Judgment read, rendered and signed in _____, Louisiana this _____ day of _____, 2008.

_____
**JUDGE**