# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION:  05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | |
| | * | |
| | * | |
| PERTAINS TO INSURANCE | * | SECTION "K"(2) |
| (Abadie 06-5164) | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION FOR LIMITED REOPENING OF CASE IN ORDER TO HAVE PLAINTIFFS' CLAIMS DISMISSED WITH PREJUDICE

**NOW INTO COURT**, come Defendants, ZC Sterling Insurance Agency Inc., ZC Sterling Corporation, and Plaintiffs who jointly move this Court for entry of an order to (1) reopen *Abadie, et al vs. Aegis, et al.*, No. 06-5164 with respect to ZC Sterling Insurance Agency Inc., ZC Sterling Corporation solely for the limited purpose of addressing this motion and (2) dismiss with prejudice and at each party's cost all of the claims asserted by Plaintiffs against ZC Sterling Insurance Agency Inc., ZC Sterling Corporation, including without limitation their claims arising under their respective policies of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling.

**WHEREFORE**, Plaintiffs, ZC Sterling Insurance Agency Inc., and ZC Sterling Corporation pray that this Court enter an order which (1) reopens *Abadie, et al vs. Aegis, et al.*, No. 06-5164 with respect to ZC Sterling Insurance Agency Inc., ZC Sterling Corporation solely for the limited purpose of addressing this motion and (2) dismisses with prejudice and at each

party's cost all of the Plaintiffs' claims asserted in the captioned matter, including without limitation their claims arising under their respective policies of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling.

Respectfully submitted,


BY:  /s/ Joseph M. Bruno
The Law Offices of Joseph M. Bruno
JOSEPH M. BRUNO, #3604
855 Baronne Street, Third Floor
New Orleans, Louisiana 70113
Telephone (504)561-6776
Attorneys for Plaintiffs


HAILEY, McNAMARA, HALL,
LARMANN & PAPALE, L.L.P.
BY: /s/ Daniel  M. Redmann
DOMINIC J. OVELLA, #15030 – T.A.
dovella@hmhlp.com
SEAN P. MOUNT, #27584
smount@hmhlp.com
DANIEL M. REDMANN, #30685
dredmann@hmhlp.com
One Galleria Boulevard, Suite 1400
Metairie, Louisiana  70001
Telephone: (504) 836-6500

Attorneys for Defendants,

ZC Sterling Insurance Agency Inc.,
ZC Sterling Corporation.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify thayt a copy of the foregoing Motion to Dismiss With Prejudice has been

served upon all counsel of record by electronic mail, facsimile, and/or placing same in the United

States mail, postage prepaid and properly addresses this 28th day of August, 2008.


**<u>/s/ Joseph M. Bruno</u>**