UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | * | **CIVIL ACTION:  05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | |
| | * | |
| | * | |
| **PERTAINS TO INSURANCE** | * | **SECTION "K"(2)** |
| **(Abadie 06-5164)** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Joint Motion;

**IT IS ORDERED ADJUDGED AND DECREED** that all claims asserted in the above captioned matter against ZC Sterling Insurance Agency Inc. and ZC Sterling Corporation are hereby **DISMISSED WITH PREJUDICE** at each party's cost.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**UNITED STATES DISTRICT COURT JUDGE**