## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE:   KATRINA CANAL BREACHES                    CIVIL ACTION
          CONSOLIDATED LITIGATION
                                           NO. 05-4182

                                           SECTION "K" (2)

PERTAINS TO: MR-GO

---

### MOTION TO INTERVENE
### IN MR-GO MASTER CONSOLIDATED CLASS ACTION

**Entergy New Orleans, Inc., Entergy Louisiana, L.L.C., Entergy Services, Inc., Entergy Corporation,** and **Hartford Steam Boiler Inspection and Insurance Company**, appearing through undersigned counsel, move the Court for leave to intervene as plaintiffs in the MR-GO Master Consolidated Class Action, in order to assert the claims set forth in their proposed Complaint in Intervention, a copy of which is attached hereto.  This motion to intervene is asserted pursuant to rules 24(b) and (c), and rule 23(d) of the Federal Rules of Civil Procedure.

As stated more fully in the attached memorandum in support,

Applicants seek through this intervention to change their status in the class action from that of unnamed plaintiffs to named plaintiffs.  Applicants do <u>not</u> wish to become class representatives.  Nor do counsel for Applicants seek to become class counsel.

In the alternative, should this Motion to Intervene be denied, Applicants seek to enter an appearance through undersigned counsel, pursuant to Rule 23(c)(2)(B).

WHEREFORE, Applicants pray that an order be issued herein by the Court allowing Entergy New Orleans, Inc., Entergy Louisiana, L.L.C., Entergy Services, Inc., Entergy Corporation, and Hartford Steam Boiler Inspection and Insurance Company to file the attached Complaint in Intervention naming them as additional plaintiffs in this civil class action.

Respectfully submitted on August ___28___, 2008,

> Ewell E. Eagan Jr. (La. Bar No. 5239), T.A.
> A. Gregory Grimsal (La. Bar No. 6332)
> Wendy Hickok Robinson (La. Bar No. 25225)
> Gordon, Arata, McCollam,
>   Duplantis & Eagan, L.L.P.
> 201 St. Charles Avenue, 40th Floor
> New Orleans, Louisiana  70170-4000
>       Telephone: (504) 582-1111
>       Fax: (504) 582-1121
>
> By:_____/s/Wendy Hickok Robinson_____
>
> and

O.H. Storey (Arkansas Bar No. 69078)
Marcus V. Brown (La. Bar No. 18817)
Leila A. D'Aquin (La. Bar No. 18884)
Entergy Services, Inc.
639 Loyola Avenue, Suite 2600
New Orleans, LA  70113
Tel:  504-576-2765

Attorneys for Plaintiffs, Entergy New Orleans,
Inc., Entergy Louisiana, L.L.C., Entergy
Services, Inc., and Entergy Corporation

Elisa T. Gilbert (ETG 5713), T.A.
Brendan R. O'Brien (BO 9033)
The Gilbert Firm, LLC
325 East 57th
New York, NY 10022

and

Ernest E. Svenson (La. Bar No. 17164)
The Svenson Law firm, LLC
432 Henry Clay Avenue
New Orleans, LA 70118-5724
Tel: 504-208-5199

Attorneys    for    Hartford    Steam    Boiler
Inspection and Insurance Company

## C E R T I F I C A T E

I  hereby  certify  that  on  this  ___28th___  day  of  August,  2008,  I
electronically  filed  the  foregoing  MOTION  TO  INTERVENE,  as  well  as  the
MEMORANDUM IN SUPPORT, CERTIFICATE OF CONFERENCE, and NOTICE
OF HEARING with the Clerk of Court by using the CM/ECF system which will
send a notice of electronic filing to all counsel of record.  I further certify that I
mailed the foregoing document and the notice of electronic filing by first-class
mail, postage prepaid to all non-CM/ECF participants.

_____/s/Wendy Hickok Robinson_____