**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

IN RE:   **KATRINA CANAL BREACHES**        **CIVIL ACTION**
       **CONSOLIDATED LITIGATION**

                                    **NO. 05-4182**

                                    **SECTION "K" (2)**

**PERTAINS TO: MR-GO**

---

**CERTIFICATE OF LOCAL RULE 7.6E CONFERENCE**
**REGARDING MOTION TO INTERVENE**
**IN MR-GO MASTER CONSOLIDATED CLASS ACTION**

Applicants for Intervention **Entergy New Orleans, Inc., Entergy Louisiana, L.L.C., Entergy Services, Inc., Entergy Corporation,** and **Hartford Steam Boiler Inspection and Insurance Company**, state that in compliance with Local Rule 7.6E, counsel for class plaintiffs, Joseph M. Bruno, was contacted and he advised that he does <u>not</u> oppose the intervention herein by Applicants.   Undersigned counsel also contacted counsel for defendant United States, Robin D. Smith, and counsel for defendant Washington Group International, Inc., William D. Treeby, by letter on August 25, 2008 to

determine if they would consent to the filing and granting of this motion to intervene.   Counsel for defendants have since advised that they oppose the Applicants' intervention in this matter.

Ewell E. Eagan Jr. (La. Bar No. 5239), TA
A. Gregory Grimsal (La. Bar No. 6332)
Wendy Hickok Robinson (La. Bar No. 25225)
Gordon, Arata, McCollam,
  Duplantis & Eagan, L.L.P.
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana  70170-4000
        Telephone: (504) 582-1111
        Fax: (504) 582-1121

By:_____/s/Wendy Hickok Robinson_____

and

O.H. Storey (Arkansas Bar No. 69078)
Marcus V. Brown (La. Bar No. 18817)
Leila A. D'Aquin (La. Bar No. 18884)
Entergy Services, Inc.
639 Loyola Avenue, Suite 2600
New Orleans, LA  70113
Tel:  504-576-2765

Attorneys for Plaintiffs, Entergy New Orleans, Inc., Entergy Louisiana, L.L.C., Entergy Services, Inc., and Entergy Corporation

Elisa T. Gilbert (ETG 5713), T.A.
Brendan R. O'Brien (BO 9033)
The Gilbert Firm, LLC
325 East 57th
New York, NY 10022

and

Ernest E. Svenson (La. Bar No. 17164)
The Svenson Law firm, LLC
432 Henry Clay Avenue
New Orleans, LA 70118-5724
Attorneys    for    Hartford    Steam    Boiler
Inspection and Insurance Company