UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2) |

PERTAINS TO: MR-GO

---

### MEMORANDUM IN SUPPORT OF MOTION TO INTERVENE<br>IN MR-GO MASTER CONSOLIDATED CLASS ACTION

**Entergy New Orleans, Inc., Entergy Louisiana, L.L.C., Entergy Services, Inc., Entergy Corporation,** and **Hartford Steam Boiler Inspection and Insurance Company** (together "Applicants"), appearing through undersigned counsel, move the Court for leave to intervene as plaintiffs in the MR-GO Master Consolidated Class Action, in order to assert the claims set forth in their proposed Complaint in Intervention, a copy of which is attached hereto.  This motion to intervene is asserted pursuant to rules 24(b) and (c), and rule 23(d) of the Federal Rules of Civil Procedure.

Applicants seek through this intervention to change their status in the class action from that of unnamed plaintiffs to named plaintiffs. Applicants do <u>not</u> wish to become class representatives. Nor do counsel for Applicants seek to become class counsel. Further, Applicants do not challenge the adequacy of representation of the class by existing parties or plaintiffs' class counsel. Rather, Applicants desire to be represented by their own counsel. *See County of Suffolk v. Long Island Lighting Co.,* 710 F.Supp. 1407, 1422 (E.D. N.Y. 1989); *Ramsey v. Arata,* 406 F.Supp. 435, 442 (N.D. Tex. 1975).

Applicants seek permissive intervention under Federal Rule of Civil Procedure 24(b), as their claims have questions of law and fact in common with the main action. In fact, Applicants' claims are virtually identical to those asserted in the class action; the only substantive difference between the complaints is that Applicants name only the United States and Washington Group International, Inc. as defendants, and not the Boards of Commissioners of the Orleans Parish Levee District and the Lake Borne Basin Levee District, or the St. Paul Fire and Marine Insurance Company. Applicants do not present any new, additional issues in the litigation.

The intervention will not unduly delay or prejudice the adjudication of the rights of the original parties. The intervention will not re-open any matters that have already been resolved. Moreover, Applicants are positioned to be ready to proceed with initial disclosures, are prepared to issue and respond to any necessary discovery, and can timely participate in any pretrial motion practice as scheduled by the Court.

Additionally, Applicants can be prepared to try their case against the United States and Washington Group International, Inc. in June 2009, should such be ordered by the Court. Applicants believe that they would be appropriate trial plaintiffs in the class suit. In particular, the inclusion of Applicants as intervening plaintiffs will assist with the cohesive litigation of damages issues. *See* 5 Abla Conte & Herbert Newberg, *Newberg on Class Actions* § 16:9 (4th Ed. 2002), and cases cited therein.

Finally, since Entergy is a utility actively attempting to restore necessary infrastructure to the City of New Orleans, its ability to play an active role in this class action litigation in an effort to obtain a time-sensitive recovery will benefit all the citizens of New Orleans.

Applicants respectfully ask that an order be issued herein by the Court allowing Entergy New Orleans, Inc., Entergy Louisiana, L.L.C., Entergy Services, Inc., Entergy Corporation, and Hartford Steam Boiler Inspection and Insurance Company to file the attached Complaint in Intervention naming them as additional plaintiffs in this civil class action.

Submitted on August __28__, 2008,

        Ewell E. Eagan Jr. (La. Bar No. 5239), TA
        A. Gregory Grimsal (La. Bar No. 6332)
        Wendy Hickok Robinson (La. Bar No. 25225)
        Gordon, Arata, McCollam,
          Duplantis & Eagan, L.L.P.
        201 St. Charles Avenue, 40th Floor
        New Orleans, Louisiana  70170-4000
           Telephone: (504) 582-1111
           Fax: (504) 582-1121

        By:_____/s/Wendy Hickok Robinson_____

and

O.H. Storey (Arkansas Bar No. 69078)
Marcus V. Brown (La. Bar No. 18817)
Leila A. D'Aquin (La. Bar No. 18884)
Entergy Services, Inc.
639 Loyola Avenue, Suite 2600
New Orleans, LA  70113
Tel:  504-576-2765
Fax:  504-294-5302

Attorneys for Plaintiffs, Entergy New Orleans, Inc., Entergy Louisiana, L.L.C., Entergy Services, Inc., and Entergy Corporation


Elisa T. Gilbert (ETG 5713), T.A.
Brendan R. O'Brien (BO 9033)
The Gilbert Firm, LLC
325 East 57th
New York, NY 10022

and

Ernest E. Svenson (La. Bar No. 17164)
The Svenson Law firm, LLC
432 Henry Clay Avenue
New Orleans, LA 70118-5724
Tel: 504-208-5199

Attorneys for Hartford Steam Boiler Inspection and Insurance Company


# C E R T I F I C A T E

I hereby certify that on this ___28th___ day of August, 2008, I electronically filed the foregoing MEMORANDUM IN SUPPORT OF MOTION TO INTERVENE with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail, postage prepaid to all non-CM/ECF participants.

_____/s/Wendy Hickok Robinson_____