UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   KATRINA CANAL BREACHES<br>             CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2) |

PERTAINS TO: MR-GO

___

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Applicants for Intervention **Entergy New Orleans, Inc., Entergy Louisiana, L.L.C., Entergy Services, Inc., Entergy Corporation,** and **Hartford Steam Boiler Inspection and Insurance** will bring the attached Motion to Intervene in MR-GO Consolidated Class Action for hearing before the Honorable Stanwood R. Duval, Jr., United States District Judge, Eastern District of Louisiana on **Wednesday, September 17, 2008 at 9:30 o'clock a.m.,** or as soon thereafter as counsel can be heard.

Respectfully submitted on August __28__, 2008,

Ewell E. Eagan Jr. (La. Bar No. 5239), TA
A. Gregory Grimsal (La. Bar No. 6332)
Wendy Hickok Robinson (La. Bar No. 25225)
Gordon, Arata, McCollam,
  Duplantis & Eagan, L.L.P.
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana 70170-4000
        Telephone: (504) 582-1111
        Fax: (504) 582-1121

By:      /s/Wendy Hickok Robinson

and

O.H. Storey (Arkansas Bar No. 69078)
Marcus V. Brown (La. Bar No. 18817)
Leila A. D'Aquin (La. Bar No. 18884)
Entergy Services, Inc.
639 Loyola Avenue, Suite 2600
New Orleans, LA 70113

Attorneys for Plaintiffs, Entergy New Orleans, Inc., Entergy Louisiana, L.L.C., Entergy Services, Inc., and Entergy Corporation

Elisa T. Gilbert (ETG 5713), T.A.
Brendan R. O'Brien (BO 9033)
The Gilbert Firm, LLC
325 East 57th
New York, NY 10022

and

Ernest E. Svenson (La. Bar No. 17164)
The Svenson Law firm, LLC
432 Henry Clay Avenue
New Orleans, LA 70118-5724

Attorneys for Hartford Steam Boiler Inspection and Insurance Company

<u>C E R T I F I C A T E</u>

I hereby certify that on this <u>  28th  </u> day of August, 2008, I electronically filed the foregoing NOTICE OF HEARING with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail, postage prepaid to all non-CM/ECF participants.

<u>        /s/Wendy Hickok Robinson        </u>