UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
        CONSOLIDATED LITIGATION

                                        NO. 05-4182

PERTAINS TO:  05-4181, 06-1885, 06-4024     SECTION "K"(2)
              06-4389, 06-5771, 06-5786
              06-6099, 07-0206, 07-3500
              07-3612, 07-5023, 07-5040


## ORDER

Before the Court is Plaintiff's Motion for Disqualification of Plaintiffs' counsel for alleged conflicts of interest.  (Rec. Doc. 10331).  Attorney Ashton O'Dwyer asserts that attorneys Daniel E. Becnel, Jr., Calvin C. Fayard, Jr., and D. Blayne Honeycutt should be disqualified as counsel for plaintiffs because they simultaneously represent the State of Louisiana in a putative class action seeking reimbursement of Road Home payments from insurers.  Mr. O'Dwyer also observes that the appointment of private counsel for the State and the compensation arrangement for such counsel may violate Louisiana law.

The Court finds that Mr. O'Dwyer's motion raises the same substantive arguments that were brought before the Court by various insurance company defendants in their Motion to Disqualify Plaintiff's Private Counsel (Rec. Doc. 10937).  This Court addressed this motion in its Order and Reasons issued on August 13, 2008 (Rec. Doc. 14450).  In that Order, this Court denied the motion concerning the conflict of interest allegations,[1] and deferred ruling on the

---

[1] The Court notes that Mr. O'Dwyer nor his clients necessarily have standing to assert a conflict of interest in this case.  However, resolution of the standing issue is not necessary considering that this Court found no relevant conflict of interest existed.

motion regarding the Attorney General's compliance with Louisiana's statutory guidelines. Because that Order satisfies the grounds for disqualification alleged in the motion now pending, the Court will reassert that Order and Reasons herein. Accordingly,

**IT IS ORDERED** that the Court **ADOPTS** its Order and Reasons dated August 13, 2008 (Rec. Doc. 14450) as if restated herein; and

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Disqualify Counsel (Rec. Doc. 10937) is **DENIED IN PART AND DEFERRED IN PART** in accordance with that Order.

New Orleans, Louisiana, this __28th__ day of August, 2008.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**