UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | JUDGE DUVAL |
| PERTAINS TO: 07-3066<br>PLAINTIFFS: RITA AND LARRY BARARD | MAGISTRATE WILKINSON |

## JOINT MOTION TO DISMISS CASE

On joint motion of plaintiffs, Rita and Larry Barard, and of defendant, Allstate Insurance Company, all parties appearing herein through undersigned counsel of record, and on suggesting to this Honorable Court that this matter has been compromised and settled and, therefore, should be dismissed, with full prejudice as to all of plaintiffs' rights therein, each party to bear its own costs.

Respectfully submitted,

/s/ Gary M. Pendergast
GARY M. PENDERGAST (10420)
1515 Poydras Street, Suite 2260
New Orleans, LA 70112
Telephone: (504) 523-0454
Facsimile: (504) 523-0464

Attorneys for plaintiff(s),
Rita and Larry Barard

-1-

/s/ James L. Donovan, Jr.
JAMES L. DONOVAN, JR. (1337)
DONOVAN & LAWLER, APLC
4640 Rye Street
Metairie, LA 70006
Telephone:  (504) 454-6808
Facsimile:  (504) 887-5885
Email:  jdonovan@donovanlawler.com

Attorneys for defendant,
Allstate Insurance Company

### CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

- **James L. Donovan, Jr.**
  jdonovan@donovanlawler.com,jtaulli@donovanlawler.com

- **Gary Michael Pendergast**
  GMPendergastLLC@aol.com,limo1462@aol.com

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

N/A.

/s/ James L. Donovan, Jr.

-2-