UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, <u>Haines</u> 07-3394 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

Before the Court is a Motion to Sever from Insurance Umbrella and Transfer. (Doc. 14304). It appears that substantial settlement efforts have been made in this case, without significant progress. Accordingly,

**IT IS ORDERED** that the Motion to Sever (Doc. 14304) is **GRANTED**.

**IT IS FURTHER ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced <u>Haines</u> case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby **SEPARATED** and **DECONSOLIDATED** from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently.

**IT IS FURTHER ORDERED** that the Clerk is hereby **DIRECTED** to docket this order on the docket of C.A. No. 05-4182, and a <u>copy</u> of this order and all future filings in

AUG 2 8 2008

REALLOTTED TO
SECT. R MAG. 5

C.A. No. 07-3394 on the docket of C.A. No. 07-3394. No future filings in this case shall appear on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk randomly **REALLOT** this case as it was severed from a mass joinder case and transferred to this section under the *In re Katrina* protocol.

New Orleans, Louisiana, this ___27th___ day of August, 2008.

_____
STANWOOD R. DUVAL, JR.
**UNITED STATES DISTRICT COURT JUDGE**

**CLERK TO NOTIFY:**
**MAG. JUDGE JOSEPH C. WILKINSON**