# LARZELERE PICOU WELLS SIMPSON LONERO, LLC

ATTORNEYS AT LAW
SUITE 1100 - TWO LAKEWAY CENTER
3850 N. CAUSEWAY BOULEVARD
METAIRIE, LOUISIANA 70002
TELEPHONE (504) 834-6500
FAX: (504) 834-6565

SCOT P. KOLOSKI
skoloski@lpwsl.com

25 August 2008

**VIA TELEFACSIMILE**



Honorable Joseph C. Wilkinson, Jr.
Magistrate Judge
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

    RE:   *In Re Katrina Canal Breaches Consolidated Litigation*
           USDC, EDLA No. 05-4182, "K" (2)
           Pertains to: *Barbara Montelepre* 06-8520
           Our File No: 000800-06297

Dear Judge Wilkinson:

    Pursuant to the Court's post-*Sher* insurance umbrella Case Management Order, plaintiff forwarded a settlement demand as well as some supporting documentation. Undersigned counsel forwarded this information along with plaintiff's documentation to Republic Fire And Casualty Insurance Company and, subsequently, Republic made a settlement offer based upon the information provided. After discussing the matter further with counsel for plaintiff, it was determined that, as the parties are substantially far apart with regard to settlement, a settlement conference would not be productive at this time. Additional discovery, including the depositions of plaintiff and her experts likely will need to be conducted before any further talks regarding settlement can occur.

    Accordingly, in light of the foregoing, the parties request that this matter be separated and deconsolidated from *In Re: Katrina Canal Breaches Consolidated Litigation*, EDLA 05-4182, so that it may proceed to resolution independently.

___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
___ Doc. No.

# LARZELERE PICOU WELLS SIMPSON LONERO, L.L.C.

Honorable Joseph C. Wilkinson, Jr.
RE: *Montelepre v. Republic*
25 August 2008
Page 2

    Should you have any questions or concerns whatsoever, please do not hesitate to contact us.

Very respectfully,

Scot P. Koloski

SPK/cch

cc:    Philip Montelepre, Esq. (via telefacsimile)