UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION: 05 - 4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **SECTION " K " (2)** |
| **PERTAINS TO: <u>08-00039, Landry</u>** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

_____

**UNOPPOSED MOTION TO CONTINUE HARING ON
DEFENDANT'S MOTION TO COMPEL**

_____

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Roland A. Landry and Dorothy Landry, and herewith respectfully request that the hearing on defendant, State Farm Fire & Casualty Company's Motion to Compel be continued for two (2) weeks. Undersigned counsel has spoken with counsel for defendant who has advised that his client has no opposition to this motion.

**Respectfully submitted:**

**THORNHILL & COLLINGS, L.C.**

*s/ Chadwick W. Collings*
**CHADWICK W. COLLINGS   # 25373
1308 Ninth Street
Slidell, Louisiana 70458
(985) 641-5010
(985) 641-5011 (facsimile)**
<u>cwc@thornhillcollings.com</u>

---

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2008, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all Counsel of Record by operation of the court's electronic filing system.

*s/ Chadwick W. Collings*