UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION: 05 - 4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **SECTION " K " (2)** |
| **PERTAINS TO: <u>08-00039, Landry</u>** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

_____

**ORDER**
_____

Considering the foregoing *Motion to Continue*, it is hereby ordered that the hearing on defendant, State Farm Fire & Casualty Company's Motion to Compel be continued; and is re-set to be heard on September 17, 2008, at 11:00 a.m.

Signed in New Orleans, Louisiana on this _____ day of _____, 2008.

_____
**UNITED STATES MAGISTRATE JUDGE**