UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES         CIVIL ACTION
CONSOLIDATED LITIGATION

                                      NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE, Montelepre, 06-8520     JUDGE DUVAL
                                                MAG. WILKINSON

## ORDER

I have received a letter dated August 25, 2008 from defense counsel in the referenced Montelepre case, which has been separately filed in the record of both C.A. No. 06-8520 and C.A. No. 05-4182. The letter is deemed the response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p.4, concerning the status of settlement efforts. Having reviewed this report and the record, it appears that settlement is not attainable in the short term and that further proceedings are required. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Montelepre case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and

AUG 2 8 2008

TRANSFERRED TO
SECT. J MAG. 1

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No___

henceforth all future filings in C.A. No. 06-8520 on the docket of C.A. No. 06-8520, and not on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it back to Section "J" (1), where it was previously allotted before its transfer to this consolidated litigation, for future proceedings in Section "J" (1).

New Orleans, Louisiana, this ___26th___ day of August, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
HON. STANWOOD R. DUVAL, JR.
HON. CARL J. BARBIER

2