UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
|  | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
|  | * | SECTION "K" (2) |
| *Boutte v. Lafarge*  05-5531 | * |  |
| *Mumford v. Ingram*  05-5724 | * |  |
| *Lagarde v. Lafarge*  06-5342 | * | JUDGE |
| *Perry v. Ingram*  06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*  06-7516 | * |  |
| *Parfait Family v. USA*  07-3500 | * | MAG. |
| *Lafarge v. USA*  07-5178 | * | JOSEPH C. WILKINSON, JR. |
|  | * |  |

**NOTICE OF MANUAL ATTACHMENT OF EXHIBITS 26 AND 27
RELATIVE TO OBJECTIONS TO AND APPEAL TO DISTRICT COURT OF
MAGISTRATE JUDGE RULING DENYING LEAVE TO WITHDRAW
MATTERS DEEMED ADMITTED BY LAPSE OF TIME**

Due to size and bandwidth limitations, Barge Plaintiffs proffer by hand directly to Judge Duval and Magistrate Wilkinson a compact disc containing Exhibits 26 and 27, consisting of all documents and materials produced by Plaintiffs' experts Melvin Spinks and Gennardo Marino in connection with class certification.

Respectfully submitted,

/s/ Brian A. Gilbert,
Brian A. Gilbert, Esq.(21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700

Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: bgilbert@briangilbertlaw.com

/s/ Lawrence D. Wiedemann,
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com,
karl@wiedemannlaw.com,
karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com

/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
Voice: 202-862-4320
Cell:   202-549-1454
Facsimile:  800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net,

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, and that a copy of same has been forwarded to the Hon. Magistrate Joseph C. Wilkinson, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 29 day of August, 2008.

\s\Brian A. Gilbert