UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*          05-5531 | * | |
| *Mumford v. Ingram*      05-5724 | * | |
| *Lagarde v. Lafarge*       06-5342 | * | JUDGE |
| *Perry v. Ingram*              06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*           06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | MAG. |
| *Lafarge v. USA*               07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

**SUPPLEMENTAL RESPONSES TO REQUESTS FOR PRODUCTION
PROPOUNDED BY BARGE ENTITIES**

**NOW COME** plaintiffs, through the Barge Plaintiffs' Subgroup Litigation Committee, who supplement as follows their original Answers to Interrogatories Nos. 5, 11, and 14.  Undersigned reserve the right to supplement, and will continue to do so as information is obtained.

NOTE: The Plaintiffs' Subgroup Litigation Committee and individual counsel are involved in cooperative efforts to obtain requested information, which is being acquired and provided on a continuous supplementary basis, in accord with Lafarge's agreement to receive supplementation on a rolling basis so long as defense counsel are provided sufficient information to "chew on" and so as to permit Lafarge to engage in meaningful discovery efforts.  Plaintiffs will continue to uphold this agreement.  Further, plaintiffs' committee will provide additional named plaintiff verifications on the most reasonable and timely basis possible, given that many, if not most, are still displaced and dependent upon mail for transmittal of verifications, and must locate notaries public in their current

residential locations. As to materials already produced, plaintiffs hold the good faith belief, based upon reasonable searches and investigation, that all responsive materials in those named plaintiffs' possession, custody and control have already been produced. Additional search and investigation will continue however, in good faith, in order to supplement if at all possible.

**REQUEST FOR PRODUCTION NO. 17:**

Any photos and other proof of damages and expenditures caused by flooding for which compensation is claimed in this case and provided by any person to proposed class counsel (see www.bargecase.com).

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

Plaintiffs object to the extent that the materials sought exceed those provided by named plaintiffs, in accord with Rule 37.1 conversations with Lafarge counsel, in which Lafarge agreed that despite the language contained in the request, Lafarge is entitled only to such information from named class representatives.

Plaintiffs reiterate their original responses to the extent that all materials sought by the request that are in the possession, custody or control of named plaintiffs have already been provided. Named plaintiffs are engaged in efforts to obtain additional materials, but such materials are scattered among various sources, are in various stages of decay and disorganiztion due to flooding and frequent movement about various evacuation locations. They are anticipated to include ownership, sale and transfer, documents, construction, salvage, remediation, renovation and repair records and invoices, work orders, damage estimates, and the like, if such are in the possession, custody or control of named plaintiffs.

As the PSLC has explained to Lafarge, additional responsive information is being gathered as to named plaintiffs who are not direct clients of the PSLC, and will be provided upon receipt, as per agreement between the PSLC and counsel for Lafarge to accept ongoing supplementation, provided initial responses allow opposing counsel "something to chew on."

To the extent that Lafarge deems insufficient the quality of photos thus far produced, Lafarge may arrange upon mutually convenient terms and at Lafarge's expense to inspect and replicate offsite all named plaintiffs' photos currently in named plaintiffs possession, custody or control.

Plaintiffs additionally reiterate their original response to Request No. 17.

**REQUEST FOR PRODUCTION NO. 21:**

Any documents evidencing or relating to damage to real property that you claim to have suffered and for which you seek compensation in this litigation, including but not limited to ownership records, records regarding reconstruction or reconditioning, and any sale or transfer records.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 21:**

Please see Supplemental Response to Request for Production No. 17, above.

Plaintiffs additionally reiterate their original Response to Request for Production No. 21.

**REQUEST FOR PRODUCTION NO. 22:**

Any documents relating to emotional distress that you claim to have suffered and for which you seek compensation in this litigation, including medical records regarding the alleged condition(s) or injur(ies) and any records regarding the same or similar conditions that pre-existed August 29, 2005.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 22:**

Requests have been made for named plaintiffs' documents responsive to the request, and will be provided upon receipt.

Additionally, plaintiffs reiterate their original Response to Request for Production No. 22.

**REQUEST FOR PRODUCTION NO. 23:**

Any documents relating to any personal injury other than emotional distress that you claim to have suffered and for which you seek compensation in this litigation, including medical records regarding the alleged condition(s) or injury(ies) and any records regarding the same or similar conditions that pre-existed August 29, 2005.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 23:**

Named plaintiffs are not at this time seeking damages for personal injuries - other than emotional injuries - which did not result in death. Named plaintiffs are pursuing wrongful death claims. Those named plaintiffs other than Josephine Long Richardson pursuing wrongful death claims are in the process of gathering documents responsive to the request, and are subject to all delays inherent in the processes of obtaining records from health care providers, Office of Vital Records, Coroners' Offices, funeral and burial organizations, and will provide responsive supplementation as soon as it is available.

Named plaintiffs, and all others, reserve the right to seek compensation for non-fatal personal injuries should an appropriate class not be certified by the Court.

Plaintiffs additionally reiterate their original Response to Request for Production No. 23.

**REQUEST FOR PRODUCTION NO. 24:**

Any documents evidencing or relating to damage to personal property that you claim to have suffered and for which you seek compensation in this litigation, including evidence of title and value.

**SUPPLEMENTAL AND AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 24:**

Named plaintiffs are in the process of gathering all requested information in their possession, custody or control, to the extent it exists, and will supplement accordingly when such information, if any, becomes available.

This supplementation will be made to the extent that named plaintiffs are asserting claims for loss or destruction of movable property. Plaintiffs additionally reiterate their original Response to Request for Production No. 24.

**REQUEST FOR PRODUCTION NO. 25:**

Any documents relating to businesses for which lost income is sought, including financial statements and documents reflecting income and expenses, both pre- and post-Katrina.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 25:**

Named plaintiffs are engaged in ongoing efforts to locate any additional responsive materials in their possession, custody or control, if such exist, but as stated above, said materials may be scattered, destroyed or otherwise unavailable, and are believed in good faith to have already been produced by those named plaintiffs who have already responded. Counsel for named plaintiffs are

engaged in requests for IRS tax information, leases, books, ledgers, etc., and expect to provide same when received.

Plaintiffs additionally reiterate their original Response to Request No. 25.

**REQUEST FOR PRODUCTION NO. 26:**

Any documents evidencing or relating to any claim that a named plaintiff is asserting for lost wage income or lost rental income, including wage or income records pre- and post-Katrina.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 26:**

Please see Supplemental Response to Request for Production No. 25, above.

**REQUEST FOR PRODUCTION NO. 35:**

_____Any documents relating to real property for which damages are sought by the proposed representative plaintiffs, including but not limited to ownership records, documents evidencing liens, mortgages, or other similar interests in such property, and appraisals or evaluations of such property at any time.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 35:**

As stated above, named plaintiffs who have not already provided these items in their possession, custody or control, are engaged in efforts to obtain and provide those in their possession, custody and control, and will do, subject to the difficulties and delays described above.  Named plaintiffs are making their best efforts to comply in good faith.

Additionally, plaintiffs reiterate their original Response to Request No. 35.

RESPECTFULLY SUBMITTED,

**WIEDEMANN & WIEDEMANN**

/s/ Lawrence D. Wiedemann
LAWRENCE D. WIEDEMANN, (13457)

KARL WIEDEMANN, (18502)

KAREN WIEDEMANN, (21151)
821 Baronne Street

New Orleans, Louisiana 70113

Telephone: (504) 581-6180

Attorneys for Plaintiffs

**LAW OFFICE OF BRIAN A. GILBERT**

/s/ Brian A. Gilbert
BRIAN A. GILBERT (21297)

821 Baronne Street

New Orleans, Louisiana 70113

Telephone: (504) 885-7700

Attorney for Plaintiffs

/s/ Patrick J. Sanders
PATRICK J. SANDERS
Attorney at Law
3316 Ridgelake Drive
Metairie, Louisiana 70002
Telephone: (504) 834-0646
Attorney for Plaintiffs

**BARGE PSLC**

### CERTIFICATE OF SERVICE

 I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 24 day of January, 2008.

\s\Brian A. Gilbert
BRIAN A. GILBERT

RFP 17, 21, 22, 23, 24, 25, 26 and 35
1.

RESPECTFULLY SUBMITTED,

          **WIEDEMANN & WIEDEMANN**

          <u>/s/ Lawrence D. Wiedemann</u>
          LAWRENCE D. WIEDEMANN, (13457)
          KARL WIEDEMANN, (18502)
          KAREN WIEDEMANN, (21151)
          821 Baronne Street
          New Orleans, Louisiana 70113
          Telephone: (504) 581-6180
          Attorneys for Plaintiffs

          **LAW OFFICE OF BRIAN A. GILBERT**

/s/ Brian A. Gilbert
BRIAN A. GILBERT (21297)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Attorney for Plaintiffs


/s/ Patrick J. Sanders
PATRICK J. SANDERS
Attorney at Law
3316 Ridgelake Drive
Metairie, Louisiana 70002
Telephone: (504) 834-0646
Attorney for Plaintiffs

**BARGE PSLC**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 24 day of January, 2008.


\s\Brian A. Gilbert
BRIAN A. GILBERT