From: Law Office of Brian A. Gilbert [mailto:bgilbert@briangilbertlaw.com]
Sent: Friday, April 04, 2008 2:21 PM
To: 'Walker, Derek'
Subject: RE: Katrina Canal Breaches - Amended Resp RFA attached


Responses are not intended to be limited to class reps.  Meant to fix this before originally sending it to you.  Also provides a few instances of supplementation.


From: Walker, Derek [mailto:walker@chaffe.com]
Sent: Friday, April 04, 2008 1:26 PM
To: Law Office of Brian A. Gilbert
Subject: RE: Katrina Canal Breaches - Amended Resp RFA attached


Can you translate? what does this mean?


From: Law Office of Brian A. Gilbert [mailto:bgilbert@briangilbertlaw.com]
Sent: Friday, April 04, 2008 11:49 AM
To: Walker, Derek
Subject: Katrina Canal Breaches - Amended Resp RFA attached



Brian A. Gilbert, Esq.

Law Office of Brian A. Gilbert, P.L.C.
821 Baronne Street
New Orleans, Louisiana  70113
Phone:  504/885-7700
Phone:  5-4/581-6180
Facsimile:  504/581-4336
www.bargecase.com

No virus found in this incoming message.
Checked by AVG.
Version: 7.5.524 / Virus Database: 270.6.9/1637 - Release Date: 8/27/2008 7:01 AM