UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 SECTION "K" (2) |

*severed from Abadie*, 06-5164

| | |
|---|---|
| VIVIAN EDWARDS, EDGAR EDWARDS Plaintiffs | CIVIL ACTION No. 07-2567 SECTION "K" (2) |

VS.

STATE FARM FIRE AND CASUALTY
COMPANY,
    **Defendant**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims

asserted herein by the plaintiffs, Vivian Edwards and Edgar Edwards, shall be and are hereby

dismissed, with prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this 29th day of   August  , 2008.

_____
USDC JUDGE STANWOOD R. DUVAL, JR.
Section "K," Magistrate: 2

{N0083916}