## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO: BARGE<br>Boutte, No. 05-5531<br>Mumford, No. 05-5724<br>Lagarde, No. 06-5342<br>Perry, No. 06-6299<br>Benoit, No. 06-7516 | CIVIL ACTION<br><br>NO. 05-4182<br>& Consol. Cases<br><br>SECTION "K" (2)<br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

### MOTION OF THIRD-PARTY DEFENDANT, THE BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS, FOR SUMMARY JUDGMENT

**NOW INTO COURT,** through undersigned counsel, comes third-party defendant, The Board of Commissioners of the Port of New Orleans ("Dock Board"), who, for the reasons set forth more fully in the accompanying Memorandum in Support, and upon suggesting to this Honorable Court that there are no genuine issues of material fact and that the Dock Board is entitled to judgment as a matter of law, hereby moves this Honorable Court under Federal Rule of Civil Procedure 56 to dismiss the Third-Party Complaints of defendant/third-party plaintiff, Lafarge North America, Inc., against the Dock

Board in the above-referenced actions, with prejudice, each party to bear its own costs.

Respectfully submitted,

DAIGLE FISSE & KESSENICH, PLC

BY: /s/ Kirk N. Aurandt
J. FREDRICK KESSENICH (7354)
JONATHAN H. SANDOZ (23928)
MICHAEL W. MCMAHON (23987)
JON A. VAN STEENIS (27122)
KIRK N. AURANDT (25336)
P. O. Box 5350
Covington, Louisiana 70434-5350
Telephone: 985/871-0800
Facsimile: 985/871-0899
Attorneys for Third-Party Defendant,
The Board of Commissioners of the Port
of New Orleans

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the Court's ECF system, this 29th day of August, 2008.

/s/ Kirk N. Aurandt
KIRK N. AURANDT