# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:  BARGE<br>Boutte, No. 05-5531<br>Mumford, No. 05-5724<br>Lagarde, No. 06-5342<br>Perry, No. 06-6299<br>Benoit, No. 06-7516 | CIVIL ACTION<br><br>NO.  05-4182<br>& Consol. Cases<br><br>SECTION "K" (2)<br>JUDGE  DUVAL<br><br>MAGISTRATE WILKINSON |

## STATEMENT OF UNCONTESTED MATERIAL FACTS

**NOW INTO COURT**, through undersigned counsel, comes third-party defendant, The Board of Commissioners of the Port of New Orleans ("Dock Board"), who, in further support of its Motion for Summary Judgment, respectfully avers that the following material facts are uncontested:

1.  Plaintiffs have filed five separate actions against defendant, Lafarge North America, Inc. ("Lafarge"), which have been grouped together in the Barge category of the Katrina litigation umbrella.[1]

---

[1] These actions are:  (1) Ethel Mumford, et al. v. Ingram Barge Company, et al., No. 05-5724 (class action)(hereinafter "Mumford"); (2) Marenthia Lagarde, et al. v. Lafarge North America, Inc., No. 06-5342 (non-class action)(hereinafter "Lagarde"); (3) Mary Short Benoit, et al. v. Lafarge North America, et al., No. 06-7516 (class action)(removed from  Civil District Court for the Parish of Orleans)(hereinafter "Benoit"); (4) Jimmie A. Perry, et al. v. Ingram Barge Company, et al., No. 06-6299 (non-class action)(removed from Civil District Court for the Parish of Orleans)(hereinafter "Perry"); (5) Blair Boutte, et al. v. Lafarge North America, Inc., No. 05-5531 (class action)(hereinafter "Boutte").

2. Plaintiffs, in their various Complaints and Petitions filed in the above-referenced actions, have not designated their claims against Lafarge, as admiralty and maritime claims.[2]

3. In the Plaintiffs' five actions referenced above, Lafarge has filed separate Third-Party Complaints against the Dock Board and others.[3]

4. In its Third-Party Complaints, Lafarge demands that a judgment be entered in favor of Plaintiffs solely against the Dock Board and the other third-party defendants, and not against Lafarge.[4]

5. In its Third-Party Complaints, Lafarge alleges that:

> [B]arge ING 4727 broke free from her moorings and was drawn through one of four pre-existing breaches in the walls of the IHNC. The barge ING 4727 did not cause that breach or any other breach in those structures; nor did it cause any of the injuries or damages complained of by the plaintiffs in this action.[5]

---

[2] See, Mumford Complaints: (1) Suit for Damages Trial by Jury [No. 05-5724 Rec. Doc. No. 1]; (2) First Supplemental and Amended Complaint [No. 05-5724 Rec. Doc. No. 5]; (3) Second Supplemental and Amended Complaint [No. 05-4419 Rec. Doc. No. 43]; (4) Third Supplemental and Amended Complaint [No. 05-4419 Rec. Doc. No. 129]; (5) Supplemental and Amended Complaint Adding Defendants Zito Fleeting, LLC and Zito Fleeting, Inc. [No. 05-4419 Rec. Doc. 449]; (6) Fifth Supplemental and Amended Complaint [No. 05-4419 Rec. Doc. No. 719]; and (7) Sixth Supplemental and Amended Complaint [No. 05-4182 Rec. Doc. No. 8779]; Benoit Class Action Petition for Damages [No. 06-7516 Rec. Doc. No. 1-2]; Perry Petition for Damages [No. 06-6299 Rec. Doc. No. 1-2]; Lagarde Complaint [No. 06-5342 Rec. Doc. No. 1]; and Boutte Class Action Complaint [No. 05-5531 Rec. Doc. No. 1].

[3] See, Answer and Third-Party Complaint in Lagarde [No. 05-4419 Rec. Doc. No. 333]; Answer and Third-Party Complaint in Perry [No. 05-4419 Rec. Doc. No. 391]; Answer and Third-Party Complaint in Benoit [No. 05-4419 Rec. Doc. No. 597]; Third-Party Complaint of Defendant Lafarge North America, Inc. Against the Board of Commissioners of the Port of New Orleans, et al. in Boutte [No. 05-4419 Rec. Doc. No. 203]; Answer to Sixth Supplemental and Amended Complaint and Third-Party Complaint in Mumford [No. 05-4182 Rec. Doc. No. 9032].

[4] See, Lafarge Third-party Complaints in: Lagarde at Prayer (3) [No. 05-4419 Rec. Doc. No. 333 at p. 24]; Benoit at Prayer (3) [No. 05-4419 Rec. Doc. No. 597 at p. 29]; Perry at Prayer (3) [No. 05-4419 Rec. Doc. No. 391 at p. 23]; Boutte at Prayer (3) (Prayer reads, "If plaintiffs are entitled to judgment, said judgment be solely against third-party defendants, the Dock Board and/or the Orleans Levee District.")[No. 05-4419 Rec. Doc. No. 203 at p. 11]; Mumford at Prayer (3)[No. 05-4182 Rec. Doc. No. 9032 at p. 24-25].

[5] See, Lafarge Third-Party Complaints in: Benoit at Article XV [No. 05-4419 Rec. Doc. No. 597]; Perry at Article XV [No. 05-4419 Rec. Doc. No. 391]; Boutte at Article XIV [No. 05-4419 Rec. Doc. No.

6. In its Third-Party Complaints, Lafarge seeks to recover from the Dock Board the "full amount" of any liability that Lafarge may incur to Plaintiffs.[6]

7. In its Third-Party Complaints, Lafarge alleges that the Plaintiffs' damages were caused by the negligent acts of the Dock Board and the other third-party defendants.[7]

Respectfully submitted,

DAIGLE FISSE & KESSENICH, PLC

BY: /s/ Kirk N. Aurandt
J. FREDRICK KESSENICH (7354)
JONATHAN H. SANDOZ (23928)
MICHAEL W. MCMAHON (23987)
JON A. VAN STEENIS (27122)
KIRK N. AURANDT (25336)
P. O. Box 5350
Covington, Louisiana 70434-5350
Telephone: 985/871-0800
Facsimile: 985/871-0899
Attorneys for Board of Commissioners
of the Port of New Orleans

---

203]; Lagarde at Article XV [No. 05-4419 Rec. Doc. Doc. 333]; Mumford at ¶ 16 [No. 05-4182 Rec. Doc. No. 9032].

[6] See, Lafarge Third-party Complaints in: Lagarde at Article XLIX & Prayer (4) [No. 05-4419 Rec. Doc. No. 333]; Benoit at Article L & Prayer (4) [No. 05-4419 Rec. Doc. No. 597]; Perry at Article XLIX & Prayer (4) [No. 05-4419 Rec. Doc. No. 391]; Boutte at Article XXIX & Prayer (4) [No. 05-4419 Rec. Doc. No. 203]; Mumford at ¶¶ 65, 78 & Prayer (4)[No. 05-4182 Rec. Doc. No. 9032].

[7] See, Lafarge Third-Party Complaints in: Lagarde at Articles XXXV, XXXVI, XLVI, & XLVIII [No. 05-4419 Rec. Doc. No. 333]; Benoit at Articles XXXVI, XXXVII, XLVII, & XLIX [No. 05-4419 Rec. Doc. No. 597]; Perry at Articles XXXV, XXXVI, XLVI, & XLVIII [No. 05-4419 Rec. Doc. No. 391]; Boutte at Articles XV, XVI, XXVI (incorrectly numbered as "Article XVI", & XXVIII [No. 05-4419 Rec. Doc. No. 203]; Mumford at ¶¶ 62, 63, 64, 76 & 77 [No. 05-4182 Rec. Doc. No. 9032].

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the Court's ECF system, this 29th day of August 2008.

/s/ Kirk N. Aurandt
KIRK N. AURANDT