## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO:  BARGE
Boutte, No. 05-5531
Mumford, No. 05-5724
Lagarde, No. 06-5342
Perry, No. 06-6299
Benoit, No. 06-7516

CIVIL ACTION

NO.  05-4182
& Consol. Cases

SECTION "K" (2)
JUDGE  DUVAL

MAGISTRATE WILKINSON

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Motion of Third-Party Defendant, The

Board of Commissioners of the Port of New Orleans, for Summary Judgment, will

be heard on the 17th day of September, 2008, at 9:30 a.m., before the Honorable

Stanwood R. Duval, Jr., United States District Judge, United States District Court

for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana

70130.

- 1 -

Respectfully submitted,

DAIGLE FISSE & KESSENICH, PLC

BY:   /s/ Kirk N. Aurandt
       J. FREDRICK KESSENICH (7354)
       JONATHAN H. SANDOZ (23928)
       MICHAEL W. MCMAHON (23987)
       JON A. VAN STEENIS (27122)
       KIRK N. AURANDT (25336)
       P. O. Box 5350
       Covington, Louisiana  70434-5350
       Telephone:  985/871-0800
       Facsimile:  985/871-0899
       Attorneys for Third-Party Defendant,
       The Board of Commissioners of the Port
       of New Orleans

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the Court's ECF system, this 29th day of August, 2008.

/s/ Kirk N. Aurandt
KIRK N. AURANDT

- 2 -