MINUTE ENTRY
WILKINSON, M.J.
AUGUST 27, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE<br>    Alexander, 07-4538 | JUDGE DUVAL<br>MAG. WILKINSON |

A status conference was conducted on this date in the referenced Alexander case. Participating were Kevin Klibert and Gary Pendergast (via telephone), representing plaintiffs. No appearances were made by any defendants.

This is a "Mass Joinder" case in the Insurance category of cases in this consolidated litigation. The case includes 109 named plaintiffs and numerous insurer defendants.

Counsel informed the court that agreements in principle to settle 67 of the claims asserted in this case have been reached, that settlement funds and documents concerning the plaintiffs are being prepared, but that logistics concerning Road Home and mortgage company approvals, funds exchange and document execution require additional time

MJSTAR:  0 : 30

before the settlements can be finalized. Counsel also advised that settlement discussions are ongoing as to 33 of the remaining claims, with only ten (10) claims having had no settlement discussions at this time. The court is satisfied with the efforts made by counsel to date to resolve these matters. Accordingly, further proceedings in this case will be conducted as follows:

**IT IS ORDERED** that a follow-up conference concerning the status of settlement is set in the Alexander case on **October 14, 2008 at 10:30 a.m.** before me. Plaintiffs' counsel, Kevin Klibert and Gary Pendergast, must participate in the conference by contacting my chambers at 504-589-7630 at the assigned time. Defense Liaison Counsel must also participate. Counsel are instructed that as settlements are finalized, motions and orders to dismiss should be submitted to the court, as appropriate.

**IT IS FURTHER ORDERED** that, no later than **December 18, 2008 at noon**, plaintiffs' counsel must provide me with a written, plaintiff-by-plaintiff report briefly summarizing the status of settlement efforts as to each plaintiff's claim in the Alexander case. A final status conference will be then be conducted before me on **December 19, 2008 at 10:30 a.m.** Plaintiffs' counsel and Defense Liaison Counsel must appear before me in person at that time.

Counsel are instructed that **December 19, 2008**, is their deadline for finalizing their settlement of this action. If at that time settlements have not been completed sufficient to permit dismissal of this case in its entirety, those plaintiffs whose claims have not been settled will have their claims severed and randomly reallotted for scheduling of whatever further proceedings may be appropriate, unless good cause can be shown for some other action.

                                        JOSEPH C. WILKINSON, JR.
                                        UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**