UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, <u>Landry</u>, 08-39 | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:   Defendant's Motion to Compel Responses to Discovery, Record Doc. No. 14476

O R D E R E D:

 XXX : GRANTED IN PART AND DENIED IN PART.[1] The motion is granted in that plaintiffs must provide defendant with answers to the subject interrogatories and written responses to the subject requests for production, together with production of all responsive materials, no later than **September 10, 2008**. The motion is denied in part insofar as it requests an award of fees and costs incurred in connection with this motion. Under the circumstances described in the opposition memorandum and in the letter of plaintiffs' counsel dated August 27, 2008, which has been separately filed in the record, no such award will be made at this time. Fed. 37(a)(5)(A)(iii).

New Orleans, Louisiana, this   28th   day of August, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1] The request contained in plaintiff's opposition memorandum for a continuance of this motion is denied. The sole basis for the motion was plaintiffs' failure to respond. Once responses are provided as required in this order, if deficiencies remain, counsel must confer in a good faith effort to resolve them, Local Rule 37.1E; Fed. R. Civ. P. 37(a)(2)(B), after which a new motion addressed to particular unresolved issues may be filed, if appropriate. Counsel are also reminded that this case is subject to the obligations imposed by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, which must be complied with.