## Law Office of Brian A. Gilbert, P.L.C.
### 821 Baronne Street
### New Orleans, Louisiana 70113

Telephone (504) 885-7700    bgilbert@briangilbertlaw.com
Telephone (504) 581-6180
Facsimile   (504) 581-4336

August 29, 2008

**Via Facsimile 589-7633**
Hon. Joseph C. Wilkinson, Jr.
United States Magistrate
500 Poydras Street, Room B409
New Orleans, Louisiana 70130

      Re: *In re Katrina Canal Breaches Consol., USDC, EDLA, No. 05-4182, Section "K" (2); BARGE*

Dear Magistrate Wilkinson:

  We recognize that your ruling on Lafarge's Motion for Sanctions incorporated a September 5, 2008 deadline for written discovery responses. In keeping with our obligations to provide ongoing supplementation of response and consistent with your order we have been receiving and compiling information intended for production on that date. However, due to the exigency of Hurricane Gustav, as reflected by Chief Judge Berrigan's cancellation of all proceedings in the Eastern District Tuesday and Wednesday, September 2nd and 3rd, 2008, BARGE plaintiffs will require additional time to comply with your deadline.

  With kindest regards, I am,

                  Yours truly,

                  \s\**BRIAN A. GILBERT**
                  Barge Plaintiffs' Liaison

BAG/jrc
cc: Hon. Stanwood R. Duval, Jr. via facsimile 589-2393
cc: All counsel via ECF