UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, <u>Robert</u>, 07-6162 | JUDGE DUVAL |
| | MAG. WILKINSON |

## ORDER

The referenced <u>Robert</u> case was dismissed by order issued by the presiding district judge on August 26, 2008.  Record Doc. No. 14638.  Accordingly,

**IT IS ORDERED** that the status/settlement conference previously set before me in this matter on August 28, 2008 is hereby CANCELLED.

New Orleans, Louisiana, this __28th__ day of August, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE