UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE<br>          Hurricane Legal Center<br>          Mass Joinder Cases | JUDGE DUVAL<br>MAG. WILKINSON |

     Alexander 07-4455
     Alexander 07-5768
     Call 07-5769
     Ansardi 07-5767
     Aucoin 07-4458
     Anderson 07-6737
     Adams 07-5206
     Adams 07-4459
     Aguda 07-4457
     Allen-Perkins 07-5204
     Abram 07-5205
     Acevedo 07-5208
     Acevedo 07-5199

## **ORDER**

Because the court will be closed on September 2, 2008 in anticipation of Hurricane Gustav, **IT IS ORDERED** that the status conference set before the undersigned magistrate judge in the referenced Hurricane Legal Center ("HLC") "Insurance-Mass

Joinder" cases on **September 2, 2008 at 2:00 p.m.** is **POSTPONED**, to be reset by the court at a later date.

New Orleans, Louisiana, this 29th day of August, 2008.

*[signature]*

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**