UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Katrina Canal Breaches** * | | **CIVIL ACTION NO. 05-4182** |
| **Consolidated Litigation** * | | |
| * | | **SECTION: "K" (2)** |
| **Pertains to:** * | | |
| **INSURANCE** * | | **JUDGE: DUVAL** |
| **CASE NO. 07-1607** * | | |
| **JOANNA REBOUL v.** * | | **MAGISTRATE: WILKINSON** |
| **State Farm Fire and Casualty Company** * | | |
| * | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**IT IS ORDERED, ADJUDGED AND DECREED** that the above, entitled and numbered cause is hereby dismissed with full prejudice, each party to bear their own costs.

Judgment read, rendered and signed in ___New Orleans___, Louisiana this _29th_ day of ___August___, 2008.

_____
JUDGE