UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*************

## ORDER ON MOTIONS

Because the court will be closed on September 2 and 3, 2008 in anticipation of Hurricane Gustav, **IT IS ORDERED** that the oral argument set before the undersigned magistrate judge on **September 3, 2008** in the following cases is **CANCELLED. The motions will be decided on the briefs, without oral argument.**

03-2742 c/w 05-2668 Turner v. Kansas City Southern Railway Company: EEOC's Motion to Quash Notice of 30(b)(6) Deposition of the EEOC and for Protective Order, Record Doc. No. 84

05-4182  In re Katrina Canal Breaches:  Barge Plaintiffs' Motion for Protective Order Barring ex Parte Contact with Any Member of the Putative Class, Etc., Record Doc. No. 13839

06-3942-J Halmekangas v. State Farm:  Defendant's Motion to Compel, Record Doc. No. 85

07-4533-K  Andry v. FEMA:  Motion of Michael Lebas for Protective Order Pursuant to Fed. R. Civ. P. 26(c), Record Doc. No. 18

07-9090-J Huda v. Lockheed Martin:  Plaintiff's Motion to Compel Answers to Discovery and to Compel More Particularized Responses to Discovery, Record Doc. No. 26

New Orleans, Louisiana, this   29th   day of August, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE