UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>*<br>* | CIVIL ACTION:  05-4182 |
| PERTAINS TO INSURANCE<br>(Abadie 06-5164) | *<br>* | SECTION "K"(2) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Joint Motion;

**IT IS ORDERED ADJUDGED AND DECREED** that all claims asserted in the above captioned matter against ZC Sterling Insurance Agency Inc. and ZC Sterling Corporation are hereby **DISMISSED WITH PREJUDICE** at each party's cost.

New Orleans, Louisiana, this __29th__ day of __August__, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE