-1-

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | JUDGE DUVAL |
| PERTAINS TO:  07-3066<br>PLAINTIFFS:  RITA AND LARRY BARARD | MAGISTRATE WILKINSON |

## ORDER OF DISMISSAL

IT IS ORDERED that the above-entitled and numbered cause be, and the same is hereby dismissed, with prejudice.

New Orleans, Louisiana, this  29th  day of _____August_____, 2008.

_____
J U D G E

-1-