FILED 08 AUG 27 14:27 USDC-LAE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION NO. 05-4182 |
| | * | JUDGE: DUVAL ("K") |
| | * | |
| PERTAINS TO: INSURANCE<br>*Thao N. Nguyen and Myloc T. Nguyen v.*<br>*Allstate Insurance Company*, No. 06-4818 | * <br> * <br> * <br> * | MAGISTRATE: WILKINSON ("2") |

* * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO DISMISS WITH PREJUDICE

Plaintiffs Thao N. Nguyen and Myloc T. Nguyen have resolved their dispute with defendant Allstate Insurance Company. As a result of this settlement, plaintiffs respectfully request that all of their claims and this lawsuit be dismissed, with prejudice, each party to bear its own costs.

**WHEREFORE,** Plaintiffs Thao N. Nguyen and Myloc T. Nguyen pray that their claims and this lawsuit be dismissed, with prejudice.

Respectfully Submitted,

Scott G. Wolfe, Jr. (30122)
The Wolfe Law Offices, LLC
4821 Prytania Street
New Orleans, Louisiana 70115
Telephone: (504) 894-9653
Facsimile: (866) 761-8934

*Attorney for Thao and Myloc Nguyen*

___ Fee_____
___ Process___
_X_ Dktd_____
_✓_ CtRmDep__
___ Doc. No___

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion to Dismiss With Prejudice and Order has been served upon all counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this 27th day of August, 2008.

_____