FILED 08 AUG 29 12:48 USDC-LAE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182<br><br>JUDGE: DUVAL ("K") |
| PERTAINS TO: INSURANCE<br>*Thao N. Nguyen and Myloc T. Nguyen v. Allstate Insurance Company*, No. 06-4818 | * * * * | MAGISTRATE: WILKINSON ("2") |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Dismiss;

**IT IS ORDERED** that the Motion be and hereby is **GRANTED** and that all of the claims asserted by Thao N. Nguyen and Myloc T. Nguyen and this lawsuit are dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 28th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

115053