UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                               CIVIL ACTION
CONSOLIDATED LITIGATION
                                                           NO. 05-4182

PERTAINS TO:                                               SECTION "K"(2)
   *BARGE*

## ORDER

Before the Court is a Motion to Partially Lift Stay and for Limited Reopening of *Parfait* Case (Doc. 14544).  In order to accomplish that which present counsel for Melba Gibson, Daniel Weber and Kevin McFarland seeks, it is required that their claims be severed from the *Parfait* matter and assigned a separate case number.  Accordingly,

**IT IS ORDERED** that present counsel for Melba Gibson, Daniel Weber and Kevin McFarland shall file within 30 days of this order, an amended complaint for these three individuals.  This pleading shall be filed with the Clerk on paper, not electronically.  the caption of the Amended Complaint shall contain only these plaintiffs names and the relevant defendants.  It shall also be accompanied by a copy of the original complaint and a copy of this order.  Upon filing, the clerk will assign a new docket number and will allot it directly to this section of the Court and shall consolidate same under the BARGE umbrella using the procedures in place.  All pleadings regarding that claim shall thereafter bear the "BARGE" flag, and with the appropriate the new title and docket number when appropriate under the directions of the CMOs in place.

**IT IS FURTHER ORDERED** that plaintiffs shall serve the new amended complaint, a copy of the original complaint or Notice of Removal and a copy of this order on all opposing counsel and any defendant that has not yet appeared.

**IT IS FURTHER ORDERED** that any substantive motions pending must be refiled in any newly assigned cases to which they pertain should new counsel intend to pursue that relief.

New Orleans, Louisiana, this 29th day of August, 2008.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**