UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES   CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE, <u>Olivier</u>, 06-9574   JUDGE DUVAL
MAG. WILKINSON

## ORDER

I have received a letter dated August 28, 2008, from defense counsel in the referenced <u>Olivier</u> case, which has been separately filed in the record of both C.A. No. 06-9574 and C.A. No. 05-4182. The letter is deemed the response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts. Having reviewed this report and the record, it appears that settlement is not attainable in the short term and that further proceedings are required. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced <u>Olivier</u> case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a <u>copy</u> of this order and

AUG 28 2008

TRANSFERRED TO

SECT. L MAG. 4

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep____
___ Doc. No____

henceforth all future filings in C.A. No. 06-9574 on the docket of C.A. No. 06-9574, and <u>not</u> on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it back to Section "L" (4), where it was previously allotted before its transfer to this consolidated litigation, for future proceedings in Section "L" (4).

New Orleans, Louisiana, this ___28th___ day of August, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

<u>**CLERK TO NOTIFY**</u>:
HON. STANWOOD R. DUVAL, JR.
HON. ELDON E. FALLON

2