**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  KATRINA CANAL BREACHES                      CIVIL ACTION
          CONSOLIDATED LITIGATION

                                                     NO. 05-4182

PERTAINS TO: ROAD HOME                                    SECTION "K" (2)
              Louisiana State, No. 07-5528

**ORDER**

     Considering the State's Ex Parte Motion to Substitute and Enroll Counsel filed in

the above referenced matter:

     **IT IS ORDERED** that the motion is granted and that Charles C. Foti, Jr. be

substituted and name James D. "Buddy" Caldwell, Assistant Attorney General, State of

Louisiana proper plaintiff.

     **IT IS FURTHER ORDERED** that Isabel B. Wingerter be permitted to enroll as

additional counsel for the referenced matters.

     New Orleans, Louisiana, August 29, 2008.

_____
                    Stanwood R. Duval, Jr.
                    United States District Judge