UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION NO. 05-4182 "K"(2) |
| | * | JUDGE: DUVAL SECTION: "K" |
| PERTAINS TO: | | |
| | * | MAGISTRATE: 2 |
| INSURANCE CIVIL ACTION NO.: 06-7909 TERRY G. THOMAS | * | JUDGE: WILKINSON |
| V. | * | |
| D. BIANCHINI TULLY and ALLSTATE INSURANCE COMPANY | | |

**JOINT MOTION AND ORDER TO DISMISS WITH PREJUDICE**

NOW INTO COURT, through undersigned counsel, comes Plaintiff Terry G. Thomas and Defendant, Allstate Insurance Company, and on suggesting to the court that all issues and claims which have arisen in connection with the above entitled and numbered cause have been amicably settled and compromised, who jointly move the court to dismiss all claims that were or may have been asserted herein by the Plaintiff, Terry G. Thomas, with full prejudice, and with each party to bear their own costs.

1

Respectfully submitted,

| | |
|---|---|
| *[signature]* | LABORDE & NEUNER<br>*[signature]* |
| GARY M. PENDERGAST - #10420<br>1515 Poydras Street, Suite 2260<br>New Orleans, LA 70112<br>Phone: (504) 523-0454<br>**ATTORNEY FOR PLAINTIFF** | FRANK X. NEUNER, JR. - #07674<br>MELISSA LUTGRING THERIOT - #22628<br>GREGORY A. KOURY - #26364<br>JEREMY N. MORROW - #29358<br>DANIEL J. POOLSON, JR. - #30676<br>One Petroleum Center, Suite 200<br>1001 West Pinhook Road<br>Lafayette, Louisiana 70503<br>P.O. Box 52828 (70505-2828)<br>Phone: (337) 237-7000<br>Fax: (337) 233-9450<br>**ATTORNEYS FOR ALLSTATE** |

## CERTIFICATE OF SERVICE

I hereby certify that on ~~July~~ September 4, 2008, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system.

*[signature]*
COUNSEL