UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION NO. 05-4182 "K"(2) |
| | * | JUDGE: DUVAL<br>SECTION: "K" |
| PERTAINS TO: | | |
| | * | MAGISTRATE: 2 |
| INSURANCE CIVIL ACTION NO.: 06-7909<br>TERRY G. THOMAS | | JUDGE: WILKINSON |
| | * | |
| V. | * | |
| D. BIANCHINI TULLY and<br>ALLSTATE INSURANCE COMPANY | | |

**ORDER**

Considering the foregoing Joint Motion to Dismiss;

IT IS ORDERED that all claims that were or may have been asserted herein by Terry G. Thomas against Allstate Insurance Company are hereby dismissed with full prejudice, with each party to bear their own court costs.

THUS DONE AND SIGNED AT _____, Louisiana this \_\_\_\_\_ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

3