UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182<br>SECTION "K" (2) |
| JAMES ALLEN, ET AL<br>**Plaintiffs**<br><br>VS.<br><br>STATE FARM FIRE AND CASUALTY<br>COMPANY,<br>**Defendant** | CIVIL ACTION<br>No. 07-5111<br>SECTION "K" (2) |

*************************************************************************

### PARTIAL JOINT MOTION TO DISMISS WITH PREJUDICE

Defendant, State Farm Fire and Casualty Company (hereinafter "State Farm"), through undersigned counsel, has entered into a settlement agreement with plaintiffs, James Allen regarding claim no. 18-R264-776, James & Dorothy Anderson regarding claim no. 18-R209-222, James & Audrey Anderson regarding claim no. 18-R171-241, Mary Barre regarding claim no. 18-R336-153, Alice Bartholomew regarding claim no. 18-R265-819, Warren & Augustine Bastian regarding claim no. 18-R330-194, Gus Bennett regarding claim no. 18-R339-491, Wellington & Adele Blanchard regarding claim no. 18-R485-549, Eddie Brown regarding claim no. 18-R486-189, Jessie Brumfield regarding claim no. 18-R254-524, Pamela Burton regarding claim no. 18-R482-155, Forest Buxton regarding claim no. 18-R340-644, Anthony Cacioppo

regarding claim no. 18-R242-736, Anthony & Della Caples regarding claim no. 18-R356-527, Henry Cook regarding claim no. 18-R507-430, Lee & Barbara Mae Crosier regarding claim no. 18-R260-961, William & Vanessa Dean regarding claim no. 18-R234-151, Cynthia Franklin regarding claim no. 18-R244-947, Byron & Mildred Gay regarding claim no. 18-R173-339, Elvin & Brenda Gillard regarding claim no. 18-R360-719, Veronica Gillard regarding claim no. 18-R532-139, Kenneth Goodman regarding claim no. 18-R350-469, Edward & Martrenia Hawkins regarding claim no. 18-R330-142, Monique Hurst regarding claim no. 18-R166-191, Brenda Jackson regarding claim no. 18-R312-263, Harrison Johnson regarding claim no. 18-R349-110, Kim Johnson regarding claim no. 18-R499-299, Tonya Johnson regarding claim no. 18-R343-853, Geraldine Joseph regarding claim no. 18-R265-759, Ingrid & Armstead Kieffer regarding claim no. 18-R338-300, Markus Klein regarding claim no. 18-R352-760, Sebastian & Helen Krieger regarding claim no. 18-R330-113, Laura Landry regarding claim no. 18-R232-813, Ethel Lee regarding claim no. 18-R234-196, Carlo & Rose Majoria regarding claim no. 18-R338-901, Zandra Marinovic regarding claim no. 18-R166-993, Ketell Marson regarding claim no. 18-R265-954, Doris & Raymond Mitchell regarding claim no. 18-R213-359, Joycelyn Murphy regarding claim no. 18-R358-352, Stephen Nickles regarding claim no. 18-R176-177, Steve & Brenda Nolan regarding claim no. 18-R258-768, Ella Oliver regarding claim no. 18-R347-334, Carrie & George Parker regarding claim no. 18-R357-724, Joseph Parker regarding claim no. 18-R353-149, Beverly Perez regarding claim no. 18-R352-521, Leslie & Daniel Raphael regarding claim no. 18-R163-851, Claire Reimonina regarding claim no. 18-R255-189, Carrie Reynolds & Henry Williams regarding claim no. 18-R485-849, Brenda & Roger Richard regarding claim no. 18-R533-433, Rachel Robertson regarding claim no. 18-R351-599, Annie Ro-Varis regarding claim no. 18-R167-095, Kerry Sabathia regarding claim no. 18-R526-534,

Gerald & Lillian Singleton regarding claim no. 18-R484-914, Tarika Smith regarding claim no. 18-R236-146, Alfred & Janice Sylvester regarding claim no. 18-R356-517, Juanita Thomas regarding claim no. 18-R486-927, Stanley Tucker regarding claim no. 18-R242-114, Russell Vappie regarding claim no. 18-R331-537, Randy Vaughn regarding claim no. 18-R355-927, Frank Vonhoven regarding claim no. 18-R171-434, Bienvil & Carol Ann Warren regarding claim no. 18-R325-707, Ella Webb regarding claim no. 18-R264-493, Susan Wells regarding claim no. 18-R351-822, Sandy & Cecil Wheeler regarding claim no. 18-R244-233 and Darren Williams regarding claim no. 18-R164-665. Therefore, the above-mentioned plaintiffs hereby respectfully move this Honorable Court to dismiss, with prejudice, any and all claims asserted herein.

WHEREFORE, all claims asserted herein by the above-mentioned plaintiffs, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

Respectfully submitted,

/s/ David A. Strauss
DAVID A. STRAUSS, #24665
LINDSAY A. LARSON, III, #8053
CHRISTIAN A. GARBETT, #26293
ADAM P. MASSEY, #29330
SARAH S. MONSOUR, #30957
KING, KREBS & JURGENS, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile: (504) 582-1233
Attorneys for State Farm Fire and
Casualty Company
dstrauss@kingkrebs.com
llarson@kingkrebs.com
cgarbett@kingkrebs.com
amassey@kingkrebs.com
smonsour@kingkrebs.com

/s/ Joseph M. Bruno
Joseph M. Bruno, #3604
L. Scott Joanen, #21431
The Law Office of Joseph M. Bruno
855 Baronne Street, Third Floor
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
jbruno@jbrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following: Joseph M. Bruno and L. Scott Joanen.

s/ David A. Strauss

{N0126693}