UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182<br>SECTION "K" (2) |
| JAMES ALLEN, ET AL<br>Plaintiffs | CIVIL ACTION<br>No. 07-5111<br>SECTION "K" (2) |
| VS. | |
| STATE FARM FIRE AND CASUALTY<br>COMPANY,<br>Defendant | |

*************************************************************************

## ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiffs, James Allen regarding claim no. 18-R264-776, James & Dorothy Anderson regarding claim no. 18-R209-222, James & Audrey Anderson regarding claim no. 18-R171-241, Mary Barre regarding claim no. 18-R336-153, Alice Bartholomew regarding claim no. 18-R265-819, Warren & Augustine Bastian regarding claim no. 18-R330-194, Gus Bennett regarding claim no. 18-R339-491, Wellington & Adele Blanchard regarding claim no. 18-R485-549, Eddie Brown regarding claim no. 18-R486-189, Jessie Brumfield regarding claim no. 18-R254-524, Pamela Burton regarding claim no. 18-R482-155, Forest

Buxton regarding claim no. 18-R340-644, Anthony Cacioppo regarding claim no. 18-R242-736, Anthony & Della Caples regarding claim no. 18-R356-527, Henry Cook regarding claim no. 18-R507-430, Lee & Barbara Mae Crosier regarding claim no. 18-R260-961, William & Vanessa Dean regarding claim no. 18-R234-151, Cynthia Franklin regarding claim no. 18-R244-947, Byron & Mildred Gay regarding claim no. 18-R173-339, Elvin & Brenda Gillard regarding claim no. 18-R360-719, Veronica Gillard regarding claim no. 18-R532-139, Kenneth Goodman regarding claim no. 18-R350-469, Edward & Martrenia Hawkins regarding claim no. 18-R330-142, Monique Hurst regarding claim no. 18-R166-191, Brenda Jackson regarding claim no. 18-R312-263, Harrison Johnson regarding claim no. 18-R349-110, Kim Johnson regarding claim no. 18-R499-299, Tonya Johnson regarding claim no. 18-R343-853, Geraldine Joseph regarding claim no. 18-R265-759, Ingrid & Armstead Kieffer regarding claim no. 18-R338-300, Markus Klein regarding claim no. 18-R352-760, Sebastian & Helen Krieger regarding claim no. 18-R330-113, Laura Landry regarding claim no. 18-R232-813, Ethel Lee regarding claim no. 18-R234-196, Carlo & Rose Majoria regarding claim no. 18-R338-901, Zandra Marinovic regarding claim no. 18-R166-993, Ketell Marson regarding claim no. 18-R265-954, Doris & Raymond Mitchell regarding claim no. 18-R213-359, Joycelyn Murphy regarding claim no. 18-R358-352, Stephen Nickles regarding claim no. 18-R176-177, Steve & Brenda Nolan regarding claim no. 18-R258-768, Ella Oliver regarding claim no. 18-R347-334, Carrie & George Parker regarding claim no. 18-R357-724, Joseph Parker regarding claim no. 18-R353-149, Beverly Perez regarding claim no. 18-R352-521, Leslie & Daniel Raphael regarding claim no. 18-R163-851, Claire Reimonina regarding claim no. 18-R255-189, Carrie Reynolds & Henry Williams regarding claim no. 18-R485-849, Brenda & Roger Richard regarding claim no. 18-R533-433, Rachel Robertson regarding claim no. 18-R351-599, Annie Ro-Varis regarding claim no. 18-

R167-095, Kerry Sabathia regarding claim no. 18-R526-534, Gerald & Lillian Singleton regarding claim no. 18-R484-914, Tarika Smith regarding claim no. 18-R236-146, Alfred & Janice Sylvester regarding claim no. 18-R356-517, Juanita Thomas regarding claim no. 18-R486-927, Stanley Tucker regarding claim no. 18-R242-114, Russell Vappie regarding claim no. 18-R331-537, Randy Vaughn regarding claim no. 18-R355-927, Frank Vonhoven regarding claim no. 18-R171-434, Bienvil & Carol Ann Warren regarding claim no. 18-R325-707, Ella Webb regarding claim no. 18-R264-493, Susan Wells regarding claim no. 18-R351-822, Sandy & Cecil Wheeler regarding claim no. 18-R244-233 and Darren Williams regarding claim no. 18-R164-665, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court. The claims of the other named class representatives remain.

New Orleans, Louisiana, this _____ day of _____, 2008.

                                               _____
                                               USDC JUDGE STANWOOD R. DUVAL, JR.
                                               Section "K," Magistrate: 2