FILED 08 AUG 27 16:40 USDC-LAE

# THORNHILL & COLLINGS, L.C.
### ATTORNEYS AND COUNSELORS AT LAW

TOM W. THORNHILL
CHADWICK W. COLLINGS
MITCHELL A. PALMER

CORNER OF GAUSE AND NINTH
1308 NINTH STREET
SLIDELL, LA 70458

☎(985) 641-5010
FAX: (985) 641-5011

www.thornhilllawfirm.com
e-mail: office@thornhilllawfirm.com
cwc@thornhillcollings.com

August 27, 2008

**VIA U.S. MAIL & FACSIMILE – (504) 589-7633**

Hon. Joseph C. Wilkinson, Jr.
Magistrate Judge
U.S.D.C. of Eastern District of Louisiana
500 Poydras Street, Room B409
New Orleans, LA 70130

*[handwritten: Note in the record 8/27/08]*

RE:   *Roland & Dorothy Landry vs. State Farm Fire & Casualty Company & State Farm Insurance Companies*
Case No.: 08-0039 c/w 05-4182 (*In Re Katrina Canal Breaches*);
Section: K (2)
Our File No.: 13035

*[handwritten: see R/o # 14235 7/31/08]*

Dear Judge Wilkinson:

There is currently pending a Motion to Compel filed by State Farm in the above captioned matter which is set for hearing Wednesday, September 3, 2008. On July 2, 2008, I filed a Motion and Order to Enroll as Counsel of record in the above captioned matter (document number 13709), however, I have reviewed the voluminous record and I have been unable to find where the Court ever granted my motion to enroll. This leaves me in the difficult situation of being unable to sign pleadings on my client's behalf. Additionally, my client's former counsel, Frank Elliot, is out of his office all week and I have been unable to get in touch with him.

I previously left a message with Judge Duval's minute clerk about this situation, but I have not yet heard back from her. I have also spoken with counsel for State Farm about this situation. Further, I have begun drafting responses to State Farm's discovery, but without an order from the Court allowing me to enroll, I am hesitant to sign these responses. With all of that having been said, I would welcome an oppprotunity to have a telephone conference with your honor and opposing counsel to discuss the matter further. Thank you in advance for your consideration, and should you have any questions regarding the foregoing, please do not hesitate to call.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

Hon. Joseph C. Wilkinson, Jr.
August 27, 2008
Page 2 of 2

Sincerely,

Chadwick W. Collings

CWC/kbd

cc: James R. Nieset, Jr. – (Via Facsimile – (504) 581-4069)