UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GERALD NORMAN | * | CIVIL ACTION NO.: 08-1650 |
| versus | * | SECTION: K |
| STATE FARM FIRE AND CASUALTY COMPANY | * | MAG. 2 |

### MOTION TO DISMISS

**ON MOTION** of plaintiff, Gerald Norman, appearing herein through undersigned counsel of record, and on suggesting to the Court that this matter has been compromised and settled and therefore should be dismissed, with full prejudice, each party to bear their own costs.

_____
Brent A. Klibert (#292296)
Law Offices of Roy F. Amedee, Jr.
228 St. Charles Avenue, Suite 801
New Orleans, LA 70130
Telephone: (504) 592-3222

APPROVED THIS _____ DAY OF _____, 2008.

_____
GERALD NORMAN

- 1 -

DRD 895.1015

- 2 -

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this ___8___ day of ___September___, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: **Dan Richard Dorsey.**

_____
BRENT A. KLIBERT

DRD 895.1015