- 3 -

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GERALD NORMAN | * | CIVIL ACTION NO.: 08-1650 |
| versus | * | SECTION: K |
| STATE FARM FIRE AND CASUALTY COMPANY | * | MAG. 2 |

*********************************************************************

## ORDER OF DISMISSAL

**CONSIDERING THE FOREGOING**:

**IT IS ORDERED** that the petition of plaintiff, Gerald Norman, in the above numbered and entitled cause of action be and the same is hereby dismissed, with full prejudice, each party to bear their own costs

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2008.

_____
**JUDGE**

- 3 -

DRD 895.1015