**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, Robinson, No. 06-2268 | § | |
| _____ | § | |

**UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFFS' CORRECTED MOTION FOR *IN CAMERA*
INSPECTION**

The United States of America, by and through its undersigned counsel, hereby respectfully moves the Court for a 14 day extension of time, through and including September 22, 2008, in which to respond to the plaintiffs' Corrected Motion for *In Camera* Inspection.  The Motion was served on the United States on August 29, 2008, and is scheduled for a hearing on September 17, 2008.  Per Local Rule 7.5E, the United States' response to the plaintiffs' Motion would be due on September 9, 2008.

Counsel for the United States require additional time to formulate their response to the plaintiffs' Motion because Hurricane Gustav has prevented United States counsel from being able to confer with the United States Army Corps of Engineers in New Orleans concerning plaintiffs' Motion.  The undersigned counsel certifies that plaintiffs' counsel have been consulted and express no opposition to the requested extension.

A proposed Order is attached hereto.

Respectfully submitted,


GREGORY G. KATSAS
Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: September 8, 2008

## **CERTIFICATE OF SERVICE**

I, James F. McConnon, Jr., hereby certify that on September 8, 2008, I served a true copy of "United States' Unopposed Motion for Extension of Time to Respond to Plaintiffs' Corrected Motion for *In Camera* Inspection" upon all counsel of record by ECF, electronic mail, or first class mail.

<u>/s/ James F. McConnon, Jr.</u>
James F. McConnon, Jr.