UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ § | | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, Robinson, No. 06-2268 | § | |
| _____ § | | |

## ORDER

Having considered defendant United States of America's Unopposed Motion for an Extension of Time to Respond to Plaintiffs' Corrected Motion for *In Camera* Inspection, and for good cause shown, it is hereby ORDERED that defendant's Motion is hereby GRANTED. The United States may have an additional fourteen (14) days, to and including September 22, 2008 to respond to plaintiffs' Corrected Motion for *In Camera* Inspection.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE