UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
|  | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*     05-5531 | * |  |
| *Mumford v. Ingram*   05-5724 | * |  |
| *Lagarde v. Lafarge*   06-5342 | * | JUDGE |
| *Perry v. Ingram*        06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*     06-7516 | * |  |
| *Parfait Family v. USA*  07-3500 | * * * | MAGISTRATE JOSEPH C. WILKINSON, JR. |

### EX PARTE / CONSENT MOTION OF LAFARGE NORTH AMERICA INC. FOR EXTENSION OF HEARING DATE ON PENDING MOTIONS

Lafarge North America Inc. ("LNA") hereby moves for an extension of the September 17, 2008 hearing date that has been established with respect to the motions identified below. The dislocations caused by Hurricane Gustav have interfered with LNA's ability to prepare and coordinate opposition memoranda which would be due on September 9, 2008 (i.e., tomorrow).

The motions for which LNA seeks extensions are as follows:

1. <u>Plaintiffs' Objections to and Appeal to District Court of Magistrate Judge's Ruling Denying Leave to Withdraw Matters Deemed Admitted (Doc. 14708).</u>  LNA requests a one-week extension of the hearing date for this motion, to September 24, 2008.  Counsel for plaintiffs has consented to the requested extension.

2. <u>Motion for Leave to File New York Marine and General Insurance Company, American Home Assurance Company, and the Northern Assurance Company of America's First Amended Answer, Affirmative Defenses and Cross-Claims Against LNA and American Steamship Owners Mutual Protection & Indemnity Association</u> (Doc. 14591).  LNA requests an extension of the hearing date for this motion, to October 1, 2008, which is the Court's next available hearing date.  Counsel for LNA has contacted counsel for each of the insurers bringing this motion, who have no objection to the proposed extension.

3. <u>Motion to Dismiss by Lake Borgne Levee District and Orleans Levee District</u> (Docs. 14411 and 14648).  LNA requests an extension on this hearing date to October 1, 2008.  LNA has contacted counsel for both the Lake Borgne Basin Levee District and the Orleans Levee District, who have no objection to this extension.

4. <u>Board of Commissioners for the Port of New Orleans' Motion for Summary Judgment</u> (Doc. 14710).  LNA requests an extension on this hearing date to October 15, 2008.  As grounds for this longer extension, LNA states that this motion for summary judgment requires additional work and coordination beyond what can be accomplished in one week.  LNA has contacted counsel for the Dock Board, who has no objection to this proposed extension.

A proposed order is attached.

                                                    Respectfully submitted,

                                                    /s/ Derek A. Walker
                                                    Robert B. Fisher, Jr., T.A. (#5587)
                                                    Derek A. Walker (#13175)
                                                    **CHAFFE MCCALL, L.L.P.**
                                                    2300 Energy Centre
                                                    1100 Poydras Street
                                                    New Orleans, LA 70163-2300
                                                    Telephone:  (504) 585-7000
                                                    Facsimile:  (504) 585-7075
                                                    Fisher@chaffe.com
                                                    Walker@chaffe.com

                                                    John D. Aldock
                                                    Mark S. Raffman
                                                    **GOODWIN PROCTER LLP**
                                                    901 New York Avenue, N.W.
                                                    Washington, DC 20001
                                                    Telephone:  (202) 346-4240

                                                    Daniel A. Webb (#13294)
                                                    **SUTTERFIELD & WEBB, LLC**
                                                    Poydras Center
                                                    650 Poydras Street, Suite 2715
                                                    New Orleans, LA 70130
                                                    Telephone:  (504) 598-2715

                                                    ***Attorneys for Lafarge North America Inc.***

September 8, 2008

## Certificate of Service

    I hereby certify that I have on this 8th day of September, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

                                                    /s/ Derek A. Walker