UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * <br> * <br> *   CIVIL ACTION <br> * <br> *   NO. 05-4182 <br> *   and consolidated cases |
| PERTAINS TO: BARGE | * <br> *   SECTION "K" (2) |
| *Boutte v. Lafarge*              05-5531 <br> *Mumford v. Ingram*         05-5724 <br> *Lagarde v. Lafarge*          06-5342 <br> *Perry v. Ingram*                06-6299 <br> *Benoit v. Lafarge*             06-7516 <br> *Parfait Family v. USA*      07-3500 | * <br> * <br> *   JUDGE <br> *   STANWOOD R. DUVAL, JR. <br> * <br> *   MAGISTRATE <br> *   JOSEPH C. WILKINSON, JR. <br> * |

## ORDER

Considering Lafarge North America Inc.'s Motion For Extension of Hearing Date on Pending Motions,

**IT IS ORDERED** that said Motion is hereby **GRANTED**.

The following motion is reset for hearing on September 24, 2008:

- Plaintiffs' Objections to and Appeal to District Court of Magistrate Judge's Ruling Denying Leave to Withdraw Matters Deemed Admitted (Doc. 14708);

LIBW/1687747.1

The following motions are reset for hearing on October 1, 2008:

- Motion for Leave to File New York Marine and General Insurance Company, American Home Assurance Company, and the Northern Assurance Company of America's First Amended Answer, Affirmative Defenses and Cross-Claims Against LNA and American Steamship Owners Mutual Protection & Indemnity Association (Doc. 14591); and

- Motion to Dismiss by Lake Borgne Levee District and Orleans Levee District (Docs. 14411 and 14648).

The following motion is reset for hearing on October 15, 2008:

- Board of Commissioners for the Port of New Orleans' Motion for Summary Judgment (Doc. 14710).

NEW ORLEANS, Louisiana, this _____ day of _____, 2008.

_____
United States District Judge