UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: KATRINA CANAL BREACHES** § | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** § | **NO. 05-4182 "K"(2)** |
| § | **JUDGE DUVAL** |
| § | **MAG. WILKINSON** |
| § | |
| § | |
| **PERTAINS TO: INSURANCE** § | |
| *Kiefer, et al. v. Allstate, et al.* 06-5370 § | |
| As to Plaintiff Marguerite Williams only | |

## ORDER

**IT IS ORDERED** that the above entitled and numbered cause which is administratively stayed, be opened for the limited purposes expressed herein; and

**IT IS FURTHER ORDERED** that the above entitled and numbered cause be and it hereby is dismissed with prejudice only as to plaintiff Marguerite Williams, and her claims against her insurer and defendant Louisiana Citizens Property Insurance Corporation, as to all demands, all parties to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
JUDGE