**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

**IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION**

**PERTAINS TO: INSURANCE CASES**

*Greenwood*, No. 07-6194

**CIVIL ACTION NO. 05-4182**

**SECTION "K" (2)**

**JUDGE DUVAL**

**MAG. WILKINSON**

**JOINT MOTION AND INCORPORATED MEMORANDUM FOR TEMPORARY LIFTING OF STAY ORDER FOR PURPOSE OF DISMISSING ALL CLAIMS OF PLAINTIFFS ROY GREENWOOD AND JUNE GREENWOOD WITH PREJUDICE**

**NOW INTO COURT,** come Plaintiffs, Roy Greenwood and June Greenwood (hereinafter "Plaintiffs"), and defendant, Homesite Insurance Company (hereinafter "Homesite"), who respectfully aver as follows:

I.

Plaintiffs filed suit against Homesite in the matter entitled *Roy Greenwood and June Greenwood vs. Homesite Insurance Company*, No. 07-6194 (hereinafter the "*Greenwood Matter*"), asserting claims under their homeowner's policy for damages associated with or resulting from Hurricane Katrina and its aftermath and/or the subsequent handling, investigation and/or adjustment of their claim under the policy.

II.

The *Greenwood Matter* was transferred to this section and consolidated with the above captioned *In Re Katrina Canal Breaches Consolidated Litigation* under the Insurance Umbrella.

III.

By virtue of this Court's Order, all matters within the *In Re Katrina* Insurance Umbrella are currently stayed.

IV.

Plaintiffs and Homesite represent that all differences between Plaintiffs and Homesite have been settled and compromised and that Plaintiffs desire to dismiss all claims asserted against Homesite in the *Greenwood Matter*.

V.

Accordingly, Plaintiffs and Homesite jointly move this Court for entry of an order (1) to temporarily lift the stay of the *In Re Katrina* Insurance Umbrella solely for the limited purpose of addressing this motion and (2) to dismiss, with prejudice and with each party to bear its own costs, all of the claims of Plaintiffs against Homesite in the *Greenwood Matter*, including without limitation all claims arising under Plaintiffs' policy of insurance for damages associated with or resulting from Hurricane Katrina and its aftermath and/or all claims arising out of the handling, investigation and/or adjustment of Plaintiffs' claim.

**WHEREFORE,** Plaintiffs and Homesite pray that this Court enter an order which (1) temporarily lifts the stay of the *In Re Katrina* Insurance Umbrella solely for the limited purpose of addressing this motion and (2) dismisses, with prejudice and with each party to bear its own costs, all claims asserted by Plaintiffs Roy Greenwood and June Greenwood against Homesite in the *Greenwood Matter*, including without limitation all claims arising under Plaintiffs' policy of insurance for damages associated with or resulting from Hurricane Katrina and its aftermath and/or all claims arising out of the handling, investigation and/or adjustment of Plaintiffs' claim.

Respectfully submitted

BY: ______________________________

J. Douglas Sunseri, (Bar #19173)
Edward J. Vocke, IV (Bar #22882)
Peter Joseph Perez, Jr. (Bar #31525)
**Nicaud, Sunseri & Fradella, L.LC.**
3000 18th Street
Metairie, LA 70002
Telephone: (504) 837-1304
Facsimile: (504) 833-2843

**COUNSEL FOR PLAINTIFFS, ROY GREENWOOD AND JUNE GREENWOOD**

BY: ______________________________

Neil C. Abramson (Bar #21436)
Nora B. Bilbro (Bar #22955)
**Phelps Dunbar LLP**
365 Canal Street • Suite 2000
New Orleans, LA 7130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130
**And**
Marshall M. Redmon (Bar #18398)
**Phelps Dunbar LLP**
445 North Boulevard, Suite 701
Baton Rouge, LA 70802
Telephone: (225) 346-0285
Facsimile: (225) 381-9197

**COUNSEL FOR DEFENDANT, HOMESITE INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 8th day of ~~July~~ September, 2008, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants and that I have mailed by United States Postal Service the document to all non-CM/ECF participants.

[signature]



NO.99876992.1