MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 8, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Canella, 07-1015 | JUDGE DUVAL<br>MAG. WILKINSON |

A conference was conducted in the referenced Canella case by the undersigned magistrate judge on this date. Participating via telephone were: Lana Crouch, representing plaintiff; Steven Lozes, representing defendant. After the conference, counsel for plaintiff advised the court that a meeting of counsel to discuss settlement is set in this matter on September 18, 2008, and – in my view – the parties ought to be able amicably to reach a compromise without further court action. Accordingly, counsel must advise me, in writing, no later than **September 22, 2008,** whether this case has settled so that a deconsolidation, severance and reallotment order may be rendered unnecessary.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR: **0 : 20**