UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
       CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

PERTAINS TO:  MRGO                            JUDGE DUVAL
                                                      MAG. WILKINSON

## **ORDER**

At the request of Carmelite Bertaut, counsel for Washington Group International, Inc., and upon being advised that counsel for the proposed intervenors does not object, IT IS ORDERED that the deadline for Washington Group International, Inc. to file its opposition to the Motion to Intervene in MR-GO Class Action, Record Doc. No. 14697, is extended until Friday, September 12, 2008.

New Orleans, Louisiana, this   8th   day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE