MINUTE ENTRY
WILKINSON, M.J.
AUGUST 27, 2008

        UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE | JUDGE DUVAL |
|     Mass Joinder Cases (Lafayette Ins. Co.) | MAG. WILKINSON |

      Abadie  06-5164
      Abadie  07-5112
      Aaron  06-4746
      Aguilar 07-4852

      A status conference was conducted by the undersigned magistrate judge on August 27, 2008 in the referenced "Insurance-Mass Joinder" cases concerning only those claims asserted against defendant Lafayette Insurance Company.  Participating were: Joseph Bruno, Scott Joanen, Robert Warner and Joseph Rausch, representing plaintiffs in the referenced Aaron, Aguilar and Abadie cases; Howard Kaplan, Neal Scharmer and Leo Wegmann, representing defendant, Lafayette Insurance Company.

MJSTAR:  **1 : 30**

The purpose of the conference was to discuss the status of settlement efforts and to determine and plan, if appropriate, how further proceedings in plaintiff's cases against <u>only</u> defendant Lafayette may be conducted.  The court finds that settlement efforts conducted thus far by the parties without substantial court intervention concerning the claims against Lafayette have <u>not</u> been satisfactory.  While most other insurance companies named as defendants in these and other mass joinder cases in the Insurance category of the consolidated litigation have succeeded in reaching large numbers of settlements, only a few of the hundreds of claims against Lafayette have been resolved. If the parties are unable to devise a system or process that will result in substantial numbers of settlements in the very near future, it appears that it may be necessary for the court to sever the claims against Lafayette for individual treatment and setting of trial schedules and/or to address some of these claims separately via a single Master Class Action Complaint against Lafayette so that class certification motions may be filed and proceed to hearing.  Before the court will require the parties to engage in motion practice to determine what case management order for these cases against Lafayette should be entered, counsel for plaintiffs and Lafayette will be provided one final opportunity to develop a process designed to settle these claims.  Accordingly,

**IT IS ORDERED** that a followup conference will be conducted before me on **September 11, 2008 at 2:30 p.m.** so that counsel may report on their settlement efforts

and express their views on the effectiveness of those efforts. The court will then determine how further proceedings will be conducted as to the claims against Lafayette Insurance Company.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**