UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES           CIVIL ACTION
        CONSOLIDATED LITIGATION
                                         NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, <u>Landry</u>, 08-39     JUDGE DUVAL
                                         MAG. WILKINSON

## ORDER ON MOTION

APPEARANCES:  None (on the briefs)

MOTION:       Plaintiffs' Unopposed Motion to Continue Hearing on Defendant's Motion to Compel, Record Doc. No. 14706

<u>O R D E R E D</u>:

 <u>XXX</u> : DISMISSED AS MOOT.  Plaintiff's request for a continuance of the referenced motion was denied in footnote 1 of my previous order issued August 28, 2008, granting in part and denying in part defendant's motion to compel.  Record Doc. No. 14713.

New Orleans, Louisiana, this ____9th____ day of September, 2008.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE