UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>*<br>* | CIVIL ACTION<br>NO.: 05-4182 (K)(2)<br><br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:   INSURANCE | *<br>* | |
| GERALD NORMAN VS. STATE FARM<br>FIRE AND CASUALTY COMPANY | *<br>* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO DISMISS

**ON MOTION** of plaintiff, Gerald Norman, appearing herein through undersigned counsel of record, and on suggesting to the Court that this matter has been compromised and settled and therefore should be dismissed, with full prejudice, each party to bear their own costs.

_____
Brent A. Klibert (#292296)
Law Offices of Roy F. Amedee, Jr.
228 St. Charles Avenue, Suite 801
New Orleans, LA 70130
Telephone: (504) 592-3222

APPROVED THIS _____ DAY OF _____, 2008.

_____
GERALD NORMAN

- 1 -

DRD 895.1015