- 2 -

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this ___8___ day of *September*, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: **Dan Richard Dorsey.**

_____
**BRENT A. KLIBERT**

- 2 -

DRD 895.1015