UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE, <u>Duncan</u>, 07-9480 | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER ON MOTION

APPEARANCES:  None (on the briefs)

MOTION:  Defendant's Motion to Compel Answers to Interrogatories and Requests for Production of Documents, Record Doc. No. 14589

O R D E R E D:

 XXX : CONTINUED.  This motion was noticed for hearing before me on September 10, 2008, and written opposition was required to be filed no later than September 2, 2008. Because of the court closure and evacuation due to Hurricane Gustav, **IT IS ORDERED** that the deadline for filing written opposition to this motion is extended to **September 16, 2008**.  Thereafter, the motion will be decided on the record without oral argument.

New Orleans, Louisiana, this   9th   day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE