# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | * | |
| IN RE:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*    05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*    06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*    06-7516 | * | |
| *Parfait Family v. USA*    07-3500 | * | MAG. |
| *Lafarge v. USA*    07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

## AMENDED NOTICE OF DEPOSITION OF WILLIAM J. THOMASSIE, REDESIGNATING FOR VIDEOTAPED APPEARANCE

YOU ARE HEREBY NOTIFIED that the Barge Plaintiffs, through undersigned  counsel,

will conduct the oral deposition of William J. Thomassie, P.E. beginning at 10:00 a.m. on the 10th

day of September, 2008, at the offices of Chaffe-McCall, L.L.P., 1100 Poydras Street, Suite 2300,

New Orleans, Louisiana, before an officer authorized to administer oaths, and shall continue from

day to day until completed.  This deposition shall be videotaped.


                  Respectfully submitted,

                  /s/ Brian A. Gilbert,
                  Brian A. Gilbert, Esq.(21297)
                  LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
                  821 Baronne Street
                  New Orleans, Louisiana 70113
                      Telephone: (504) 885-7700
                      Telephone: (504) 581-6180
                      Facsimile: (504) 581-4336

e-mail: bgilbert@briangilbertlaw.com


/s/ Lawrence D. Wiedemann,
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com,
karl@wiedemannlaw.com, karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com

/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)

Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
Voice: 202-862-4320
Cell:   202-549-1454
Facsimile:  800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net,

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 9h day of September, 2008.

\s\Brian A. Gilbert