UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | * | |
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*      05-5531 | * | |
| *Mumford v. Ingram*      05-5724 | * | |
| *Lagarde v. Lafarge*     06-5342 | * | JUDGE |
| *Perry v. Ingram*        06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*      06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAGISTRATE |
| | * | JOSEPH C. WILKINSON, JR. |
| | * | |

ORDER

Considering Lafarge North America Inc.'s Motion For Extension of Hearing Date on

Pending Motions,

**IT IS ORDERED** that said Motion is hereby **GRANTED**.

The following motion is reset for hearing on September 24, 2008:

- Plaintiffs' Objections to and Appeal to District Court of Magistrate Judge's

Ruling Denying Leave to Withdraw Matters Deemed Admitted (Doc. 14708);

LIBW/1687747.1

The following motions are reset for hearing on October 1, 2008:

      - Motion for Leave to File New York Marine and General Insurance Company, American Home Assurance Company, and the Northern Assurance Company of America's First Amended Answer, Affirmative Defenses and Cross-Claims Against LNA and American Steamship Owners Mutual Protection & Indemnity Association (Doc. 14591); and

      - Motion to Dismiss by Lake Borgne Levee District and Orleans Levee District (Docs. 14411 and 14648).

The following motion is reset for hearing on October 15, 2008:

      - Board of Commissioners for the Port of New Orleans' Motion for Summary Judgment (Doc. 14710).

NEW ORLEANS, Louisiana, this _____9th_____ day of ___September___, 2008.


_____
          Stanwood R. Duval, Jr.
        United States District Judge

2