UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K"  JUDGE DUVAL |
| PERTAINS TO: | | |
| | * | MAG. (2) MAG. WILKINSON |
| INSURANCE: LALUMIA, 07-01586 | | |

******************************************************************************

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

Bruce G. Feingerts, counsel of record for Jennifer and Jessica Lalumia, and Michael C. Darnell, and Murray, Darnell & Associates, L.L.C. hereby jointly move this Honorable Court to enroll Michael C. Darnell and the law firm of Murray, Darnell & Associates as trial attorneys and additional counsel for the plaintiffs. In support of this motion, movants state:

1. Movant, Bruce Feingerts is a member in good standing of the bar of this Court;

2. Michael C. Darnell is a member in good standing of the United States District Court for the Eastern District of Louisiana, among others. Michael C. Darnell is a partner in the law firm of Murray, Darnell & Associates, LLC;

3. Pursuant to the United States District Court for the Eastern District of Louisiana Rule LR83.2.12(A), where counsel has appeared of record for a party, additional counsel may

appear for that party upon motion of the counsel of record.

  4. Michael C. Darnell and the law firm of Murray, Darnell & Associates, LLC will be actively involved in the litigation of this suit, including any hearings or other proceedings arising therefrom, and, therefore, movants respectfully request that Michael C. Darnell and the law firm of Murray, Darnell & Associates, LLC be enrolled and placed on the Docket Sheet for this case as trial attorney and additional counsel of record for the plaintiffs and that he be provided with Notices of Electronic Filings of pleadings, orders and deadlines via the CM/ECF system.

  5. Michael C. Darnell is registered as a Filing User with the United States District Court for the Eastern District of Louisiana's Electronic Filing System. Michael C. Darnell's email address for receipt of Notice of Electronic Filings of pleadings, orders and deadlines via the CM/ECF system is mdarnell@murraydarnell.com.

  **WHEREFORE**, undersigned pray that this Court enroll Michael C. Darnell and the law firm of Murray, Darnell & Associates as additional counsel of record for the plaintiffs in this matter.

        Respectfully submitted,

        **Feingerts & Kelly, PLC**

        */s/ Bruce Feingerts*
        Bruce Feingerts, Bar #5499
        Feingerts & Kelly, PLC
        365 Canal St., Ste. 2700
        New Orleans LA 70130
        Telephone: (504) 522-7791

        and

        **Murray, Darnell & Associates, LLC**

        */s/ Michael C. Darnell*
        **Michael C. Darnell, Bar No. 4554**
        **Edwin R. Murray, Bar No. 17069**
        1540 N. Broad St.,
        New Orleans, LA 70119
        Telephone 504-945-0042

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing petition has been served upon all counsel of record by facsimile and/or electronic transmission on the 9th day of September, 2008.

New Orleans, LA this 9th day of September, 2008.

        */s/ Michael C. Darnell*
        **Michael C. Darnell**