UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: INSURANCE CASES<br><br>*Greenwood*, No. 07-6194 | CIVIL ACTION NO. 05-4182<br><br>SECTION "K" (2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |

## ORDER

Considering the foregoing Joint Motion and Incorporated Memorandum for Temporary Lifting of Stay Order For Purpose of Dismissing All Claims of Plaintiffs Roy Greenwood and June Greenwood With Prejudice;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion is Granted and that this Court's stay order is temporarily lifted for the sole purpose of addressing the Joint Motion and Incorporated Memorandum for Temporary Lifting of Stay Order For Purpose of Dismissing All Claims of Plaintiffs Roy Greenwood and June Greenwood With Prejudice;

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that all claims of Plaintiffs Roy Greenwood and June Greenwood asserted against Homesite Insurance Company in the consolidated proceeding entitled *Roy Greenwood and June Greenwood vs. Homesite Insurance Company*, No. 07-6194, including without limitation all claims arising under Plaintiffs' policy of insurance for damages associated with or resulting from Hurricane Katrina and its aftermath and/or all claims arising out of the handling, investigation and/or adjustment of Plaintiffs' claim, are hereby **DISMISSED**, with prejudice and with each party to bear its own costs.

NO.99877001.1

New Orleans, Louisiana, this __9th__ day of __September__, 2008.

_____
UNITED STATES DISTRICT JUDGE