UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: *Robinson* C.A.No. 06-2268 | SECTION "K"(2) |

## ORDER

Due to the disruption of the Court's calendar caused by Hurricane Gustav,

**IT IS ORDERED** that the hearing on the United States of America's Motion to Dismiss Counts Two and Three of the Amended Complaint (Doc. 13653) is **CONTINUED** from Wednesday, September 10, 2008 to **Friday, September 12, 2008 at 10:30 a.m.**

New Orleans, Louisiana, this __9th__ day of September, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE