UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | |
| * | | NUMBER: 05-4182 "K"(2) |
| * | | |
| * | | JUDGE DUVAL |
| * | | |
| PERTAINS TO: MRGO, Robinson * | | MAG. WILKINSON |
| (No. 06-2268) * | | |

******************************************************************************

MOTION OF THE MRGO PSLC, AS *AMICUS CURIAE*,

FOR LEAVE TO FILE SUR REPLY

**NOW INTO COURT**, through undersigned counsel, comes the comes the MRGO PSLC, as *amicus curiae*, which moves for leave to file its Sur Reply to the defendant United States of America's Reply Memorandum.

For reasons more fully set forth in the attached Memorandum in Support, the points addressed in the MRGO PSLC's Sur Reply are essential for the Court's consideration relative to the discretionary function exception argument set forth for the first time in the United States's Reply Memorandum.

WHEREFORE, the MRGO PSLC, as *amicus curiae*, prays for an Order by the Court granting leave to file the attached Sur Reply.

                              **Respectfully Submitted,**

                              **APPROVED PLAINTIFFS LIAISON COUNSEL**

                                 /s/  Joseph M. Bruno
                              JOSEPH M. BRUNO (La. Bar # 3604)
                              Law Offices of Joseph M. Bruno
                              855 Baronne Street
                              New Orleans, Louisiana 70113
                              Telephone: (504) 525-1335
                              Facsimile: (504) 561-6775
                              Email: jbruno@jbrunolaw.com

MR-GO PLAINTIFFS SUB-GROUP
LITIGATION COMMITTEE

s/ James Parkerson Roy
JAMES PARKERSON ROY
MR-GO PSLC Liaison Counsel
LA Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
Post Office Box 3668
Lafayette, Louisiana 70502
Telephone: (337) 593-4190 or (337) 233-3033
Email: jimr@wrightroy.com


for

MR-GO PLAINTIFFS SUB GROUP
LITIGATION COMMITTEE

Jonathan Andry (The Andry Law Firm,
   New Orleans, Louisiana)
Clay Mitchell (Levin, Papantonio, et al.,
    Pensacola, Florida)
Pierce O'Donnell (O'Donnell & Associates,
    Los Angeles, California)
James Parkerson Roy (Domengeaux, Wright, et al.,
    Lafayette, Louisiana)


**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 9th day of September, 2008.


    /s/ Joseph M. Bruno
    Joseph M. Bruno