UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K"  JUDGE DUVAL |
| PERTAINS TO: | | |
| | * | MAG. (2) MAG. WILKINSON |
| INSURANCE: SERIO, 07-03845 | | |

**************************************************************************

## ORDER

On the joint Motion to Enroll Additional Counsel of Bruce L. Feingerts and Michael C. Darnell regarding the **enrollment** of **Michael C. Darnell** of the law firm of Murray, Darnell & Associates, LLC **and Bruce Feingerts**, Feingerts & Kelly PLC, as additional counsel of record to represent the plaintiff in the above captioned matter and in any hearings or other proceedings arising therefrom, and upon considering the motion and the representations contained therein,

**IT IS HEREBY ORDERED** that the motion is GRANTED and that **Michael C. Darnell** of the law firm of Murray, Darnell & Associates, LLC **and Bruce Feingerts**, Feingerts & Kelly PLC be and they are hereby enrolled as additional counsel of record to represent the plaintiff in the above captioned matter and in any hearings or other proceedings arising therefrom.

New Orleans, LA this _____ day of September, 2008.

_____
**Judge, United States District Court**