UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * | CIVIL ACTION<br>NO.: 05-4182 (K)(2)<br><br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:  INSURANCE | * <br> * | |
| GERALD NORMAN VS. STATE FARM<br>FIRE AND CASUALTY COMPANY | * <br> * <br> * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL

**CONSIDERING THE FOREGOING**:

**IT IS ORDERED** that the petition of plaintiff, Gerald Norman, in the above numbered and entitled cause of action be and the same is hereby dismissed, with full prejudice, each party to bear their own costs

**NEW ORLEANS, LOUISIANA**, this <u>10th</u> day of <u>   September   </u>, 2008.

_____
JUDGE

- 3 -

DRD 895.1015