UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | § | CIVIL ACTION NO.: 05-4182 |
| CONSOLIDATED LITIGATION | § | |
| VERSUS | § | SECTION "K" |
| | § | |
| | § | MAGISTRATE (2) |
| | § | CONS. KATRINA CANAL |
| | § | |
| JAMES ALLEN, ET AL | § | |
|     Plaintiffs | § | CIVIL ACTION |
| VS. | § | No. 07-5111 |
| STATE FARM FIRE AND CASUALTY | § | SECTION "K" (2) |
| COMPANY | § | |
|     Defendant | § | |
| | § | |

## VOLUNTARY MOTION TO DISMISS WITHOUT PREJUDICE

**NOW INTO COURT,** through undersigned counsel comes plaintiff,Patrick Kennedy

REGARDING 316 Parish Dr., Arabi, LA 70032; upon suggesting to the Court that plaintiffs wish

to voluntarily  dismiss their claims against defendant State Farm Fire and Casualty Company,

without prejudice, reserving their rights against all other parties in any other litigation, each party

to bear their own costs.

**WHEREFORE,** these plaintiffs pray the Court allow these plaintiffs to voluntarily dismiss their claims against defendant State Farm Fire and Casualty Company in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted,

**LAW OFFICES OF JOSEPH M. BRUNO**

**/s/ Joseph M. Bruno**
**Joseph M. Bruno (3604)**
**L. Scott Joanen (21431)**
855 Baronne Street
New Orleans, LA 70113
PH (504) 525-1335
FX:(504) 581-1493

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion upon all counsel of record via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 10th day of September , 2008.

**/s/ Joseph M. Bruno**