UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | |
| * | | NUMBER: 05-4182 "K"(2) |
| * | | |
| * | | JUDGE DUVAL |
| * | | |
| PERTAINS TO: MRGO, Robinson * | | MAG. WILKINSON |
| (No. 06-2268) * | | |

**************************************************************************

## ORDER

Upon consideration of the Motion of the MRGO PSLC, as *amicus curiae*, For Leave To File Sur Reply, and good cause appearing:

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. The Clerk is directed to file the attached Sur Reply.

New Orleans, Louisiana, this 10th day of September, 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge