GRIESHABER (VOL II), JOHN

8/21/2008

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: KATRINA CANAL BREACHES      CIVIL ACTION

CONSOLIDATED LITIGATION            NO. 05-4182 K2

                                   JUDGE DUVAL

PERTAINS TO:  MRGO AND ROBINSON

               (No. 06-2268)


(V O L U M E   II)


        Rule 30(b)(6) deposition of THE UNITED

STATES OF AMERICA, BY AND THROUGH THE UNITED

STATES ARMY CORPS OF ENGINEERS' DESIGNEE JOHN

GRIESHABER, Ph.D., P.E., given at the U.S. Army

Corps of Engineers New Orleans District

offices, 7400 Leake Avenue, New Orleans,

Louisiana 70118-3651, on August 21st, 2008.


REPORTED BY:

        JOSEPH A. FAIRBANKS, JR., CCR, RPR

        CERTIFIED COURT REPORTER #75005



GRIESHABER (VOL II), JOHN

1      A.   I'm not familiar with that.

2      Q.   **Are you familiar with the difference**

3   **between engineering manuals and engineering**

4   **regulations?**

5      A.   Yes, I am.

6      Q.   **Is it your understanding that**

7   **engineering regulations convey mandatory policy**

8   **requirements for management of engineering**

9   **functions?**

10     A.   That is probably a definition of them,

11   yes.

12     Q.   **If a project manager wanted to get a**

13   **variance from a mandatory requirement of an**

14   **engineering regulations, what steps would he**

15   **have to go through?**

16          MR. STONE:

17               Objection.   That's overly broad,

18          and it's a hypothetical without any

19          facts set up in it so it's incomplete

20          and misleading.

21     A.   Okay.  Ask the question again so I

22   don't forget.

23   EXAMINATION BY MR. JOANEN:

24     Q.   **If a project manager chose to**

25   **deviate -- or wanted to deviate from an**

GRIESHABER (VOL II), JOHN

8/21/2008

14

1    stability of the wall.

2        Q.    Okay.  And you testified in response

3    to Mr. Bruno's questions that the construction

4    manager Lee Guillory cannot create a minimum

5    control line by himself.

6            Could Lee Guillory, as an experienced

7    civil engineer with that Corps of Engineers New

8    Orleans District, determine whether or not the

9    remediation work in the East Bank Industrial

10   Area violated that minimum control line for

11   that levee and floodwall, if he had it?

12           MR. JOANEN:

13               Object to form.

14       A.    If he had a minimum control line, he

15   most certainly contain determine whether or not

16   it violates.

17   EXAMINATION BY MR. TREEBY:

18       Q.    What other engineering considerations

19   would Lee Guillory as construction manager for

20   the New Orleans District on Task Order No. 26

21   normally have available to him to evaluate

22   whether or not remediation work done by

23   Washington Group called for further evaluation

24   by other engineers in the New Orleans District?

25       A.    He probably would have wanted some

GRIESHABER (VOL II), JOHN

1   type of information on backfilling criteria.

2   There's a set of plans and specifications that

3   the contractor is going by, and the engineering

4   consideration speaks to a logic of why we're

5   doing things in certain ways in the plans and

6   specifications.  Since this job was fairly

7   simplistic, the only way you could endanger the

8   flood system is by some form of inappropriate

9   excavation or inappropriate backfill.  And as

10  long as he had something that related back to

11  that, he should be in good shape.

12      Q.   Okay.  Dr. Grieshaber, I want you to

13  look at a particular page in Exhibit 10.  We'll

14  do 10 for now and we'll probably pull them out

15  as we need them.  Here's a copy of Exhibit 10.

16  Let's have a look at the originals.

17          I'm going to have you look at a

18  particular page in this exhibit, and we'll find

19  it for you in a minute.  They're not in Bates

20  order number.  They're I think in logical

21  order, but -- okay.  The page I want you to

22  look at is the first page -- it's turned the

23  other way, which has a number at the bottom,

24  WGI 076654.

25      A.   Okay.