UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES § | CIVIL ACTION |
| CONSOLIDATED LITIGATION § | NO. 05-4182 "K" (2) |
| § | JUDGE DUVAL |
| _____§ | MAG. WILKINSON |
| § | |
| PERTAINS TO: § | |
| LEVEE, MRGO, RESPONDER, BARGE § | |
| § | |
| FILED IN: § | |
| 05-4181, 05-5531, 05-5724, 06-1885, 06-2268, § | |
| 06-4024, 06-4634, 06-4931, 06-5042, 06-5054, § | |
| 06-5116, 06-5118, 06-5127, 06-5128, 06-5131, § | |
| 06-5132, 06-5134, 06-5137, 06-5140, 06-5142, § | |
| 06-5159, 06-5161, 06-5163, 06-5342, 06-5771, § | |
| 06-6299, 06-7516, 07-206, 07-647, 06-8708, § | |
| 07-1073, 07-1113, 07-1271, 07-1284, 07-1285, § | |
| 07-1286, 07-1288, 07-1289, 07-2741, 07-2742, § | |
| 07-3173, 07-3500, 07-4225, 07-4226, 07-4227, § | |
| 07-4271, 07-4353, 07-4386, 07-4504, 07-4519, § | |
| 07-4522, 07-4544, 07-4568, 07-4607, 07-4608, § | |
| 07-4724, 07-4774, 07-4775, 07-4837, 07-4851, § | |
| 07-4901, 07-4902, 07-4903, 07-4906, 07-4911, § | |
| 07-4913, 07-4914, 07-4920, 07- 4942, 07-4943, § | |
| 07-4945, 07-4944, 07-5022, 07-5030, 07-5044, § | |
| 07-5063, 07-5070, 07-5082, 07-5096, 07-5097, § | |
| 07-5098, 07-5105, 07-5130, 07-5134, 07-5137, § | |
| 07-5141, 07-5174, 07-5178, 07-5191, 07-5389, § | |
| 07-5396, 07-5397, 07-5494, 07-5495, 07-5496, § | |
| 08-0719, 08-1151, 08-1171, 08-1192, 08-1212, § | |
| 08-1213, 08-1429, 08- 1707 § | |
| _____§ | |

ORDER

Considering the foregoing Motion to Enroll filed on behalf of the United States of America:

**IT IS ORDERED** that the Motion to Enroll is hereby **GRANTED** and the Clerk of Court shall enroll Rupert Mitsch as counselor of record for defendant, the United States of America.

New Orleans, Louisiana, this  10th  day of      September     , 2008.

_____
United States District Judge