**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: KATRINA CANAL BREACHES     *     **CIVIL ACTION NO. 05-4182**
CONSOLIDATED LITIGATION

                           *     **SECTION "K"  JUDGE DUVAL**

PERTAINS TO:

                           *     **MAG. (2) MAG. WILKINSON**

INSURANCE: WATSON, 07-03462

**************************************************************************

<u>**ORDER**</u>

On the joint Motion to Enroll Additional Counsel of Bruce L. Feingerts and Michael C. Darnell  regarding the **enrollment** of **Michael C. Darnell** of the law firm of Murray, Darnell & Associates, LLC **and Bruce Feingerts**, Feingerts & Kelly PLC, as additional counsel of record to represent the plaintiffs in the above captioned matter and in any hearings or other proceedings arising therefrom, and upon considering the motion and the representations contained therein,

    **IT IS HEREBY ORDERED** that the motion is GRANTED and that **Michael C. Darnell** of the law firm of Murray, Darnell & Associates, LLC **and Bruce Feingerts**, Feingerts & Kelly PLC be and they are hereby enrolled as additional counsel of record to represent the plaintiffs in the above captioned matter and in any hearings or other proceedings arising therefrom.

New Orleans, LA this __10th__ day of September, 2008.

**Judge, United States District Court**