UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:<br>**KATRINA CANAL BREACHES**<br>**CONSOLIDATED LITIGATION**<br><br>*PERTAINS TO:   INSURANCE*<br><br>**TRACY COMBS, et al      NO.: 07-3427**<br><br>**VERSUS**<br><br>**ALLSTATE INSURANCE COMPANY** | § **CIVIL ACTION NO. 05-4182 "K" (2)**<br>§<br>§ **JUDGE DUVAL**<br>§<br>§ **MAGISTRATE WILKINSON**<br>§<br>§<br>§<br>§<br>§<br>§ |

### RULE 41(a) (1) JOINT STIPULATION OF
### VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, the Plaintiffs, Tracy and Jon Combs, as well as Defendant, Allstate Insurance Company, through undersigned counsel and who hereby stipulate to the dismissal of Defendant, Allstate Insurance Company, such that Plaintiffs' reserve their rights to pursue their claim against Allstate Insurance Company under United States District Court Case #08-1523.

WHEREFORE, the Plaintiffs and Defendant pray that this Rule 41 (a) (1) Joint Stipulation of Dismissal with Prejudice will be deemed good and sufficient and the Court will sign the attached Order.

Respectfully submitted,

 /s/ Gregory J. Schwab
**GREGORY J. SCHWAB #21075**
423 Goode Street
Houma, Louisiana 70360
Telephone:  (985) 223-4457
Facsimile:   (985) 851-5051
E-mail: gjschwab@exceedtech.net
Attorney for Allstate

And

/s/ Patrick G. Kehoe, Jr.
**PATRICK G. KEHOE, JR., Bar No. 14419**
833 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 588-1110
Facsimile: (504) 588-1954
Email: pgkehoejr@kehoejr.com
Attorney for Plaintiffs - Tracy and Jon Combs