UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:<br>**KATRINA CANAL BREACHES**<br>**CONSOLIDATED LITIGATION**<br><br>*PERTAINS TO:  INSURANCE*<br><br>**TRACY COMBS, et al**     NO.: 07-3427<br><br>**VERSUS**<br><br>**ALLSTATE INSURANCE COMPANY** | § **CIVIL ACTION NO. 05-4182 "K" (2)**<br>§<br>§ **JUDGE DUVAL**<br>§<br>§ **MAGISTRATE WILKINSON**<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Considering the Rule 41(a) Stipulation and Voluntary Dismissal with Prejudice;

It is hereby ORDERED that Defendant, Allstate Insurance Company in the above entitled matter is dismissed with prejudice and reserving Plaintiffs' rights to pursue their claim against Allstate Insurance Company under United States District Court Case #08-1523.

_____
JUDGE, UNITED STATES DISTRICT COURT