UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Merrill, 07-1518 | JUDGE DUVAL<br>MAG.WILKINSON |

## ORDER

I have received a letter dated August 29, 2008 from defense counsel in the referenced Merrill case, which has been separately filed in the record of both C.A. No. 07-1518 and C.A. No. 05-4182. The letter is deemed the response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts. Having reviewed this report and the record, it appears that settlement is not attainable in the short term and that further proceedings are required. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Merrill case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and

SEP - 9 2008

TRANSFERRED TO

SECT. S MAG. 1

___ Fee_____
___ Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No _____

henceforth all future filings in C.A. No. 07-1518 on the docket of C.A. No. 07-1518, and <u>not</u> on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it back to Section "S" (1), where it was previously allotted before its transfer to this consolidated litigation, for future proceedings in Section "S" (1), since the "Valued Policy Law" issue that was the subject of Record Doc. No. 3 in the original case has also now been resolved by the Fifth Circuit.

New Orleans, Louisiana, this ___9th___ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
HON. STANWOOD R. DUVAL, JR.
HON. MARY ANN VIAL LEMMON