

# BARRASSO·USDIN·KUPPERMAN
# FREEMAN & SARVER, L.L.C.
## -COUNSELLORS A

**U. S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

FILED  SEP 1 0 2008

**LORETTA G. WHYTE**
**CLERK**

H. Minor Pipes, III
Direct Dial: (504) 589-9726
Direct Fax: (504) 589-9926
E-Mail: mpipes@barrassousdin.com

Our File Number
13,393

September 9, 2008

**VIA FAX**

Honorable Joseph C. Wilkinson, Jr.
United States Magistrate Judge
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

Re:    *Frank and Barbera Cina v. Liberty Mutual (07-260)* c/w 05-4182

Dear Magistrate Wilkinson:

I represent Liberty Mutual in the above referenced matter consolidated in the Katrina umbrella. The parties have exchanged initial settlement offers but this case does not appear to be a strong candidate for settlement. Specifically, Liberty Mutual has offered to mediate this case on numerous occasions and on at least two occasions mediations have been cancelled by the plaintiffs. There has been no response to Liberty Mutual's counter offer at this time, and we believe deconsolidation of this case and re-allotting it to be set for trial appears to be the best way to move this case forward. If you have any questions, feel free to give me a call.

With best personal regards, I remain

Respectfully,

H. Minor Pipes, III

HMP/kdf
cc:    Shaun Smith, Esq. (via fax 504-586-1290)



RECEIVED
SEP - 9 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

504-589-9700 · FAX: 504-589-9701
909 POYDRAS STREET, SUITE 2400 · NEW ORLEANS, LOUISIANA 70112

117260