**BARKLEY & THOMPSON, L.C.**
ATTORNEYS AND COUNSELLORS AT LAW

CHARLES M. PISANO

1515 POYDRAS STREET
SUITE 2350
NEW ORLEANS • LOUISIANA 70112

TELEPHONE: (504) 595-3350
TELECOPIER: (504) 595-3355
E-MAIL: cpisano@barkleythompson.com





September 9, 2008
(By fax and U.S. mail)

Honorable Joseph C. Wilkinson, Jr.
United States Magistrate Judge
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

    Re:  *In Re Katrina Canal Breaches Consolidated Litigation*
         United States District Court for the Eastern District of Louisiana
         No. 05-4182, Division "K"(2)
         Pertains to:  *Doussan Properties, LLC vs. Illinois Union Ins. Co.*
         No. ~~2007-11638~~ 07-9685 c/w 05-4182 K(2)

Dear Judge Wilkinson:

    Pursuant to the Post-Sher Insurance Umbrella Case Management Order issued by Judge Duval on June 13, 2008, the parties have exchanged written correspondence and have engaged in additional discussions by telephone regarding the possibility of settlement of this matter. The parties remain substantially far apart and believe that there is ***not*** a strong likelihood of settlement. Accordingly, the parties request that this matter be deconsolidated from the *In Re: Katrina Canal Breaches Consolidated Litigation*, and transferred back to Judge Vance for further proceedings.

                                                    Respectfully,

                                                  Charles M. Pisano
                                                  Counsel for Plaintiff
                                                  Doussan Properties, LLC

cc(by fax and mail): Rebecca Y. Cooper