343-84

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL | * | CIVIL ACTION NO.:  05-4182 |
| BREACHES CONSOLIDATED | * | |
| LITIGATION | * | |
| | * | |
| | * | JUDGE : STANWOOD R. DUVALL, JR. |
| | * | |
| | * | SECTION: "K" |
| | * | |
| | * | MAGISTRATE: JOSEPH C. |
| | * | WILKINSON, JR. "2" |
| INSURANCE 07-9481 | * | |

■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■

## MOTION TO DISMISS FOR
## FAILURE TO COMPLY WITH ORDER COMPELLING DISCOVERY

NOW INTO COURT, through undersigned counsel, comes defendant, State Farm Fire and Casualty Company, who moves this Court to dismiss the lawsuit filed by Rita Boskent Henry, with prejudice, all for the reasons more fully set forth in the attached Memorandum.

Respectfully submitted,
BEAHM & GREEN


_/s/ Charles S. Green, Jr._
**CHARLES S. GREEN, JR. (#21627)**
**JOHN J. FISCHESSER II (#28351)**
Attorneys for Defendant
Suite 408
145 Robert E. Lee Boulevard
New Orleans, Louisiana 70124
Telephone (504) 288-2000
Facsimile (504) 288-2099
charlie@beahm.com
johnf@beahm.com

## CERTIFICATE

I hereby certify that on the 10th day of September, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

_/s/ Charles S. Green, Jr._