## BEAHM & GREEN
ATTORNEYS AND COUNSELORS AT LAW

SUITE 408
145 ROBERT E. LEE BOULEVARD
NEW ORLEANS, LOUISIANA 70124-2552

FRANKLIN D. BEAHM**
CHARLES S. GREEN, JR.*†
TRACEY A. KINSLOW**°
JOHN J. FISCHESSER II
A. REBECCA WILMORE
JACOB K. BEST
DAVID R. ADEN

*A PROFESSIONAL LAW CORPORATION
*ALSO ADMITTED IN COLORADO AND TEXAS
†ALSO ADMITTED IN LOUISIANA AND TEXAS
°ONLY ADMITTED IN TENNESSEE

TELEPHONE: (504) 288-2000
FACSIMILE: (504) 288-2099
WEBSITE: WWW.BEAHM.COM
E-MAIL: FRANK@BEAHM.COM
E-MAIL: CHARLIE@BEAHM.COM

NASHVILLE OFFICE
SUITE 1550
315 DEADERICK STREET
NASHVILLE, TN 37238-1550
TELEPHONE: (615) 736-2707
FACSIMILE: (615) 736-2705

April 1, 2008

Michael C. Darnell, Esq.
Edwin R. Murray, Esq.
1540 N. Broad Street
New Orleans, Louisiana 70119

Bruce L. Feingerts, Esq.
365 Canal Street, Suite 2700
New Orleans, Louisiana 70130

    RE:    Rita Boskent Henry vs. State Farm Fire and Casualty Company
             USDC No.: 07-9481, Sect. "T", Mag. "5"
             Our File No.: 343-84

Dear Counsel:

    On January 31, 2008, I forwarded Interrogatories and Requests for Production of Documents. As of today, I have not received any response to these discovery requests.

    In compliance with Rule 37.1E of the Rules of the Louisiana Federal Courts, I am scheduling a telephone conference on **April 9, 2008 at 3:00 p.m.** for the purpose of amicably resolving any problems you may have in responding to my discovery requests. It will be your responsibility to call my office at this time to discuss this matter. If the time and date of this conference are not convenient, please let me know and we can reschedule to a mutually convenient time.

                                       Cordially,
                                       BEAHM & GREEN

                                       **Charles S. Green, Jr.**
                                       **John J. Fischesser II**

CSG/kns


EXHIBIT B