# BEAHM & GREEN
### ATTORNEYS AND COUNSELORS AT LAW
SUITE 408
145 ROBERT E. LEE BOULEVARD
NEW ORLEANS, LOUISIANA 70124-2552

FRANKLIN D. BEAHM**
CHARLES S. GREEN, JR.*†
TRACEY A. KINSLOW*°
JOHN J. FISCHESSER II
A. REBECCA WILMORE
JACOB K. BEST
ANDREW W. LEE

*A PROFESSIONAL LAW CORPORATION
*ALSO ADMITTED IN COLORADO AND TEXAS
†ALSO ADMITTED IN LOUISIANA AND TEXAS
°ONLY ADMITTED IN TENNESSEE

TELEPHONE: (504) 288-2000
FACSIMILE: (504) 288-2099
WEBSITE:   WWW.BEAHM.COM
E-MAIL:    FRANK@BEAHM.COM
E-MAIL:    CHARLIE@BEAHM.COM

NASHVILLE OFFICE
SUITE 1550
315 DEADERICK STREET
NASHVILLE, TN 37238-1550
TELEPHONE: (615) 736-2707
FACSIMILE: (615) 736-2705

August 26, 2008

*VIA FACSIMILE: (504) 942-5968*
*& U.S. MAIL*

Michael C. Darnell, Esq.
1540 N. Broad Street
New Orleans, Louisiana 70119

      RE:   Rita Boskent Henry vs. State Farm Fire and Casualty Company
             USDC No.: 07-9481, Sect. "T", Mag. "5"
             Our File No.: 343-84

Dear Mr. Darnell:

     Attached please find a copy of the Judgment rendered in connection with the Motion to Compel Discovery I filed in this matter. As you can see, your responses were due on **8/16/08**. Please forward your discovery responses in accordance with this Order within fifteen days of today's date.

     Thank you for your cooperation.

                                                           Cordially,
                                                            BEAHM & GREEN

                                                             Charles S. Green, Jr.

CSG/flw
Enclosure

