343-84

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 |
| | * * | JUDGE : STANWOOD R. DUVALL, JR. |
| | * * | SECTION: "K" |
| | * * | MAGISTRATE: JOSEPH C. WILKINSON, JR. "2" |
| **INSURANCE 07-9481** | * | |

## NOTICE OF HEARING

TO:  **RITA BOSKENT HENRY**
*Through her counsel of record*
Michael C. Darnell
1540 North Broad Street
New Orleans, Louisiana 70119

PLEASE TAKE NOTICE that the Motion to Dismiss for Failure to Comply With Order Compelling Discovery filed by State Farm Fire and Casualty Company is set for hearing on the 1st day of October, 2008 at 9:30 AM in Room C352, 500 Poydras Street, New Orleans, Louisiana, 70130.

Respectfully submitted,
BEAHM & GREEN


_/s/ Charles S. Green, Jr._
**CHARLES S. GREEN, JR. (#21627)**
**JOHN J. FISCHESSER II (#28351)**
Attorneys for Defendant
Suite 408
145 Robert E. Lee Boulevard
New Orleans, Louisiana 70124
Telephone (504) 288-2000
Facsimile (504) 288-2099
charlie@beahm.com
johnf@beahm.com

## CERTIFICATE

I hereby certify that on the 10th day of September, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

_/s/ Charles S. Green, Jr._