UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION _____ | CIVIL ACTION NO. 05-4182 |
| **PERTAINS TO INSURANCE:** | SECTION K-2 |

*Aguda,* 07-4457
*Anderson,* 07-6737
*Abram,* 07-5205
*Acevedo,* 07-5199

### MOTION FOR LEAVE TO WITHDRAW AS CO-COUNSEL OF RECORD

Counsel for Plaintiffs move this court to permit Ernest E. Svenson and Al J. Robert, Jr. to withdraw as co-counsel of record for plaintiffs in these proceedings. Mr. Svenson and Mr. Robert were retained as counsel to assist solely in the preparation and argument of the motions that were heard by this Court on August 8, 2008 (Rec. Docs. 12856 and 12857). The court has since rendered a decision regarding these motions.

Plaintiffs will still be represented in this matter by Mr. Stuart T. Barasch, who shall continue to serve as Trial Attorney for Plaintiffs. Additionally, plaintiffs are also represented by Mr. Lawrence Centola, Jr. in these proceedings.

Accordingly, Mr. Svenson and Mr. Robert move the Court to permit them to withdraw as co-counsel for plaintiffs in this matter.

|  |  |
|---|---|
|  | RESPECTFULLY SUBMITTED, |
| **_Ernest E. Svenson_** | **_Stuart T. Barasch_** |
| Ernest E. Svenson, 17164 | STUART T. BARASCH, 20650, T.A. |
| Svenson Law Firm | Hurricane Legal Center |
| 123 Walnut Street, Suite 1001 | 910 Julia Street |
| New Orleans, Louisiana 70118 | New Orleans, LA 70113 |
| (504) 208-5199 | (504) 525-1944 |
| esvenson@gmail.com | sbarasch1@aol.com |

**_/s Al Robert, Jr._**
Al J. Robert, Jr., 29401
Law Office of Al J. Robert, Jr., LLC
6040 Laurel Street,
New Orleans, Louisiana 70118
(504) 309-4852
ajr@ajrobert.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2008, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                   **_/s Al Robert, Jr._**
                                                   AL J. ROBERT, JR.