UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                                CIVIL ACTION
CONSOLIDATED LITIGATION
_____                             NO. 05-4182

**PERTAINS TO INSURANCE:**                                  SECTION K-2

*Aguda,* 07-4457
*Anderson,* 07-6737
*Abram,* 07-5205
*Acevedo,* 07-5199

## ORDER

Considering the Motion for Leave to Withdraw as Co-Counsel of Record,

**IT IS ORDERED** that the Motion for Leave to Withdraw as Co-Counsel of Record for Plaintiffs is **GRANTED** and that the names of Ernest E. Svenson and Al J. Robert, Jr. be withdrawn as co-counsel for Plaintiffs.

New Orleans, Louisiana, this _____ day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE