DARLEEN M. JACOBS, J.D., LLM(IN ADMIRALTY)*+**
AL SARRAT, J.D.
RENÉ LOVELACE, J.D.
ROBERT A. PRESTON, JR

*A PROFESSIONAL CORPORATION
+CERTIFIED AS SPECIALIST
IN CIVIL TRIAL ADVOCACY
**ALSO ADMITTED IN NEW YORK

LISA A. GRAVES
SHEILA HUDSPEATH
PARALEGAL

## Law Offices
## Jacobs, Sarrat & Lovelace
*An Association for the Practice of Law*

823 ST. LOUIS STREET
NEW ORLEANS, LOUISIANA 70112
(504) 522-0155
FAX (504) 522-3819

CABLE ADDRESS
"DARJAC"

JEFFERSON PARISH OFFICE
1525 LAPALCO BLVD., UNIT 25
HARVEY, LA 70058
(504) 361-4626

VIOLET OFFICE
5807 E. JUDGE PEREZ DR.
VIOLET, LA 70092
(504) 682-3228

HONORABLE S. SANFORD LEVY
OF COUNSEL
1902-1989
EDGAR J. MONJURE
OF COUNSEL
1912-1971

OFFICES:
(504) 522-3287
(504) 522-0155

RES: (504) 524-2955

September 8, 2008

Honorable Judge Joseph C. Wilkinson, Jr.
United States Magistrate
United States District Court
500 Poydras Street
New Orleans, LA 70130

RE:  Levy vs. axis Surplus (All Cases)
    2:06cv05731 c/w 05-4182 K(2)
    2:06cv05732 c/w 05-4182 K(2)
    2:06cv05733 c/w 05-4182 K(2)

Dear Judge Wilkinson:

Both myself and my opponent Kyle Kirsch who represents the insurance company have made substantial settlement efforts to settle the above cases, to no avail. We would like to move forward and resolve this litigation with a trial. We would therefore appreciate it if the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order" would be terminated in the above cases and that these cases be separated and deconsolidated. We await your response to our request and appreciate your hard work and endeavors.

Very truly yours,

(Miss) Darleen M. Jacobs

DMJ/mab
cc:  Kyle P. Kirsch, Esq.