| | | |
|---|---|---|
| DARLEEN M. JACOBS, J.D., LLM(IN ADMIRALTY)*+**<br>AL SARRAT, J.D.<br>RENÉ LOVELACE, J.D.<br>ROBERT A. PRESTON, JR<br><br>*A PROFESSIONAL CORPORATION<br>+CERTIFIED AS SPECIALIST<br>IN CIVIL TRIAL ADVOCACY<br>**ALSO ADMITTED IN NEW YORK<br><br>LISA A. GRAVES<br>SHEILA HUDSPEATH<br>PARALEGAL | *Law Offices*<br>**Jacobs, Sarrat & Lovelace**<br>*An Association for the Practice of Law*<br>823 ST. LOUIS STREET<br>NEW ORLEANS, LOUISIANA 70112<br>(504) 522-0155<br>FAX (504) 522-3819<br><br>CABLE ADDRESS<br>"DARJAC" | HONORABLE S. SANFORD LEVY<br>OF COUNSEL<br>1902-1989<br>EDGAR J. MONJURE<br>OF COUNSEL<br>1912-1971<br><br>OFFICES:<br>(504) 522-3287<br>(504) 522-0155<br><br>RES: (504) 524-2955 |

JEFFERSON PARISH OFFICE
1525 LAPALCO BLVD., UNIT 25
HARVEY, LA 70058
(504) 361-4626

VIOLET OFFICE
5807 E. JUDGE PEREZ DR.
VIOLET, LA 70092
(504) 682-3228



September 8, 2008

Honorable Judge Joseph C. Wilkinson, Jr.
United States Magistrate
United States District Court
500 Poydras Street
New Orleans, LA 70130

RECEIVED
SEP - 9 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

RE: Levy vs. axis Surplus (All Cases)
2:06cv05731  c/w 05-4182 K(2)
2:06cv05732  c/w 05-4182 K(2)
2:06cv05733  c/w 05-4182 K(2)

*File in both of these records*

Dear Judge Wilkinson:

Both myself and my opponent Kyle Kirsch who represents the insurance company have made substantial settlement efforts to settle the above cases, to no avail. We would like to move forward and resolve this litigation with a trial. We would therefore appreciate it if the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order" would be terminated in the above cases and that these cases be separated and deconsolidated. We await your response to our request and appreciate your hard work and endeavors.

Very truly yours,

(Miss) Darleen M. Jacobs

DMJ/mab
cc: Kyle P. Kirsch, Esq.