| | | |
|---|---|---|
| DARLEEN M. JACOBS, J.D., LLM(IN ADMIRALTY)*+** <br> AL SARRAT, J.D. <br> RENÉ LOVELACE, J.D. <br> ROBERT A. PRESTON, JR <br><br> *A PROFESSIONAL CORPORATION <br> +CERTIFIED AS SPECIALIST <br> IN CIVIL TRIAL ADVOCACY <br> **ALSO ADMITTED IN NEW YORK <br><br> LISA A. GRAVES <br> SHEILA HUDSPEATH <br> PARALEGAL | *Law Offices* <br> **Jacobs, Sarrat & Lovelace** <br> *An Association for the Practice of Law* <br><br> 823 ST. LOUIS STREET <br> NEW ORLEANS, LOUISIANA 70112 <br> (504) 522-0155 <br> FAX (504) 522-3819 <br><br> CABLE ADDRESS <br> "DARJAC" | HONORABLE S. SANFORD LEVY <br> OF COUNSEL <br> 1902-1989 <br> EDGAR J. MONJURE <br> OF COUNSEL <br> 1912-1971 <br><br> OFFICES: <br> (504) 522-3287 <br> (504) 522-0155 <br><br> RES: (504) 524-2955 |

| JEFFERSON PARISH OFFICE | VIOLET OFFICE |
|---|---|
| 1525 LAPALCO BLVD., UNIT 25 | 5807 E. JUDGE PEREZ DR. |
| HARVEY, LA 70058 | VIOLET, LA 70092 |
| (504) 361-4626 | (504) 682-3228 |

September 8, 2008

RECEIVED
SEP - 9 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

Honorable Judge Joseph C. Wilkinson, Jr.
United States Magistrate
United States District Court
500 Poydras Street
New Orleans, LA 70130

RE: Levy vs. axis Surplus (All Cases)
    2:06cv05731 c/w 05-4182 K(2)
    2:06cv05732 c/w 05-4182 K(2)
    2:06cv05733 c/w 05-4182 K(2)

Dear Judge Wilkinson:

    Both myself and my opponent Kyle Kirsch who represents the insurance company have made substantial settlement efforts to settle the above cases, to no avail. We would like to move forward and resolve this litigation with a trial. We would therefore appreciate it if the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order" would be terminated in the above cases and that these cases be separated and deconsolidated. We await your response to our request and appreciate your hard work and endeavors.

Very truly yours,

(Miss) Darleen M. Jacobs

DMJ/mab
cc:    Kyle P. Kirsch, Esq.