MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 10, 2008

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Smith, 06-4945 | JUDGE DUVAL |
| | MAG. WILKINSON |

A status conference was conducted in this case on this date via telephone. Participating were: Eric Derbes, representing plaintiff; Seth Schmeeckle, representing defendant, Hanover Insurance Co. The purpose of the conference was to determine whether this case should be dismissed at the conclusion of the evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521.

It appears from the record that all claims against all defendants have either been settled (by agreement of the parties) or dismissed (by reason of In re Katrina Canal Breaches Litig., 495 F.3d 191, 214 (5th Cir. 2007) and Sher v. Lafayette Ins. Co., No. 07-C-2441, 2008 WL 928486, at *6-7 (La. Apr. 8, 2008)). Plaintiff's counsel must confirm

MJSTAR: 0 : 10

whether or not dismissal of the case is now appropriate so that the case can be closed and advise me in writing via fax of the status of the case no later than **September 12, 2008**.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE