UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> §<br>§ <br> PERTAINS TO:   INSURANCE § <br> *Kiefer, et al. v. Allstate, et al.*  06-5370 § <br> As to Plaintiffs Anthony and Lori Dorsey § <br> § | CIVIL ACTION <br> NO. 05-4182 (K)(2) <br> JUDGE DUVAL <br> MAG. WILKINSON |

## MOTION FOR LIMITED REOPENING OF CASE
## TO DISMISS CLAIMS OF ANTHONY AND LORI DORSEY

NOW INTO COURT, through undersigned counsel, come plaintiffs Anthony and Lori Dorsey, who respectfully request that their claim against defendant Louisiana Citizens Insurance Company be dismissed from *Kiefer,* et al. *v. Allstate*, et al. as Anthony and Lori Dorsey do not wish to further prosecute the claims made in the complaint. This Motion seeks the limited reopening of the *Kiefer* case to dismiss Anthony and Lori Dorsey's claims in the above named and captioned litigation. Accordingly, plaintiffs move this Court for an entry of an order to (1) reopen the *Kiefer, et al.* proceeding, No. 06-5370, with respect to Louisiana Citizens Insurance Company for the limited purpose of addressing this Motion, and (2) dismiss with prejudice, and at each party's cost, all claims asserted by plaintiffs Anthony and Lori Dorsey against Louisiana Citizens Insurance Company in

the *Kiefer* complaint.

Defense counsel has been contacted and has no opposition to the dismissal of Anthony and Lori Dorsey's claims against Louisiana Citizens Insurance Company pending in the *Kiefer* complaint.

**WHEREFORE,** plaintiffs Anthony and Lori Dorsey request that this Court enter an order as set forth above.

                                        Respectfully submitted,

                                        /s/ Calvin C. Fayard, Jr.
                                        Wanda J. Edwards, #27448
                                        Calvin C. Fayard, Jr., #5486
                                        Fayard and Honeycutt, APC
                                        519 Florida Avenue, SW
                                        Denham Springs, Louisiana 70726
                                        Telephone: 225/664-4193

                                        and

                                        Peyton P. Murphy, #22125
                                        7035 Jefferson Highway
                                        Baton Rouge, LA 70806
                                        (225) 928-8800

                                        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in the captioned matter.

                              /s/ Calvin C. Fayard, Jr.
                              Calvin C. Fayard, Jr.