### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: KATRINA CANAL BREACHES** § | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** § | **NO. 05-4182 (K)(2)** |
| § | **JUDGE DUVAL** |
| § | **MAG. WILKINSON** |
| **PERTAINS TO:  INSURANCE** § | |
| *Kiefer, et al. v. Allstate, et al.* 06-5370 § | |
| As to Plaintiff Carol McGee § | |

### MOTION FOR LIMITED REOPENING OF CASE
### TO DISMISS CLAIMS OF CAROL MCGEE

NOW INTO COURT, through undersigned counsel, comes plaintiff Carol McGee, who respectfully requests that her claim against defendant Travelers Insurance Company and/or Fidelity National Insurance Company be dismissed from *Kiefer,* et al. *v. Allstate,* et al. as Carol McGee does not wish to further prosecute the claims made in the complaint. This Motion seeks the limited reopening of the *Kiefer* case to dismiss Carol McGee's claims in the above named and captioned litigation. Accordingly, plaintiff moves this Court for an entry of an order to (1) reopen the *Kiefer, et al.* proceeding, No. 06-5370, with respect to Travelers Insurance Company and/or Fidelity National Insurance Company for the limited purpose of addressing this Motion, and (2) dismiss with prejudice, and at each party's cost, all claims asserted by plaintiff Carol McGee against Travelers Insurance Company and/or Fidelity National Insurance Company in the *Kiefer* complaint.

Defense counsel has been contacted and has no opposition to the dismissal of Carol McGee's claims against Travelers Insurance Company and/or Fidelity National Insurance pending in the *Kiefer* complaint.

**WHEREFORE,** plaintiff Carol McGee requests that this Court enter an order as set forth above.

Respectfully submitted,

/s/ Calvin C. Fayard, Jr.
Wanda J. Edwards, #27448
Calvin C. Fayard, Jr., #5486
Fayard and Honeycutt, APC
519 Florida Avenue, SW
Denham Springs, Louisiana 70726
Telephone: 225/664-4193

and

Peyton P. Murphy, #22125
7035 Jefferson Highway
Baton Rouge, LA 70806
(225) 928-8800

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in the captioned matter.

/s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr.