UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO INSURANCE: *Bloom* (07-6488) | JUDGE STANWOOD K. DUVAL MAGISTRATE JUDGE WILKINSON |

## PLAINTIFF'S EX PARTE MOTION TO CORRECT FILING

On June 13, 2008, this Court issued an order captioned "Post-*Sher* Insurance Umbrella Case Management Order."[1] Among other things, this Court ordered that "[a]ny defendant who contends that a final judgment of dismissal should be entered in any particular case because no other claims are asserted in the particular case must file a motion for entry of judgment."[2] In response to the foregoing Order, State Farm filed Motions for Entry of Judgment alleging that Plaintiffs in the following cases "seek to recover for damages caused by flood alone:" *Tardo* (08-1164); *Tardo* (08-1165); *Tardo* (08-1166); *Woniger* (07-8623); *Moore* (07-8622); *Worgan* (07-8621); *Bloom* (07-6488) and *Gaubert* (07-9768).[3]

---

[1] 05-4182, Rec. Doc. 13521
[2] *Id.* at p. 2.
[3] *See* Motions for Entry of Judgment, 05-4182. Rec. Docs. 13823, 13824, 13819, 13808, 13812, 13815, 13809, and 13810.

1

On July 29, 2008, Hurricane Legal Center filed an Opposition Memorandum (Rec. Doc. 14125) to State Farm's Motions for Entry of Judgment in the above-referenced cases. Hurricane Legal Center mistakenly included the claims of Christopher and Gladys Bloom (Case No. 07-6488) in their opposition. Notably, counsel for the Blooms filed their own opposition to State Farm's Motion for Entry of Judgment (Rec. Doc. 14148).

Accordingly, counsel for Hurricane Legal Center respectfully moves this Court to strike any reference of the Bloom matter (Case No. 07-6488) from the Opposition Memorandum filed by Hurricane Legal Center on July 29, 2008 (Rec. Doc. 14125) and to also correct the associated docket entry to remove the reference to the Bloom matter. Counsel for the Blooms and State Farm have been advised of this motion and do not object to the granting of the requested relief.

Respectfully submitted,

*s/Stuart Barasch*
STUART BARASCH (20650)
Hurricane Legal Center
910 Julia Street
New Orleans, LA 70113
Tel. (504) 525-1944
Fax (504) 525-1279
E-mail: sbarasch1@aol.com

CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2008, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all enrolled parties.

*s/Stuart Barasch*
STUART BARASCH