UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES  CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182 "K"(2)

PERTAINS TO INSURANCE:
*Bloom* (07-6488)

JUDGE STANWOOD K. DUVAL
MAGISTRATE JUDGE WILKINSON

### ORDER

Considering Plaintiff's Ex Parte Motion to Correct Filing;

**IT IS ORDERED** that any reference made to the Bloom matter (Case No. 07-6488) in Rec. Doc. 14125 is hereby stricken;

**IT IS FURTHER ORDERED** that the July 29, 2008 docket entry for Rec. Doc. 14125 shall be modified to remove any reference to Christopher Bloom and/or Case No. 07-6488.

New Orleans, Louisiana this _____ day of September, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE