**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO.: 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| PERTAINS TO: INSURANCE | * | |
| | * | |
| FILED IN: 06-09990 "K" (2) | * | |
| | * | |
| ANDREW S. PALUMBO | * | |
|      Plaintiff, | * | |
| | * | |
| VERSUS | * | |
| | * | |
| ELAINE BILSTAD and STATE FARM FIRE AND CASUALTY COMPANY | * | |
| | * | |
| | * | |
|      Defendants. | * | |

* * * * * * * * * * * * * * * * * *

<u>**MOTION TO SUBSTITUTE COUNSEL OF RECORD**</u>

NOW INTO COURT, through undersigned counsel comes defendant, State Farm Fire & Casualty Company, who suggests to the Court that Chad J. Primeaux of the law firm Porteous, Hainkel, and Johnson LLP is no longer counsel for defendant in this matter and is to be succeeded in this litigation by Heather A. England Reznik of the law firm Porteous, Hainkel, and Johnson LLP.

WHEREFORE, mover, State Farm Fire & Casualty Company, prays that Chad J. Primeaux of the law firm Porteous, Hainkel, and Johnson LLP be withdrawn as counsel and be

1

succeeded in this litigation by Heather A. England Reznik of the law firm Porteous, Hainkel, and

Johnson LLP as counsel for defendant in this matter.

Respectfully submitted:

PORTEOUS, HAINKEL & JOHNSON, LLP

____**s/ Patrick D. DeRouen**_____
PATRICK D. DEROUEN (#20535)
LAURIE L. DEARMOND (#26622)
CHAD J. PRIMEAUX (#30024)
GUY H. BUMPAS IV (#29546)
704 Carondelet Street
New Orleans, Louisiana 70130
Telephone:  (504) 581-3838
pderouen@phjlaw.com
ldearmond@phjlaw.com
cprimeaux@phjlaw.com
gbumpas@phjlaw.com

-and-

HEATHER A. ENGLAND REZNIK (#29175)
704 Carondelet Street
New Orleans, Louisiana 70130
Telephone:  (504) 581-3838
hengland@phjlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2008, I electronically filed the

foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of

electronic filing to all counsel of record.

_____**s/ Patrick D. DeRouen**_____
**PATRICK D. DeROUEN**

Our File No.: 895.0331