## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE | * * | |
| FILED IN: 06-09990 "K" (2) | * * | |
| ANDREW S. PALUMBO      Plaintiff, | * * * | |
| VERSUS | * * | |
| ELAINE BILSTAD and STATE FARM FIRE AND CASUALTY COMPANY      Defendants. | * * * * | |

* * * * * * * * * * * * * * * * * *

## ORDER

The foregoing motion considered:

IT IS ORDERED BY THE COURT that Chad J. Primeaux of the law firm Porteous, Hainkel, and Johnson LLP is hereby withdrawn as counsel of record for defendant, State Farm Fire & Casualty Company, and that Heather A. England Reznik of the law firm Porteous, Hainkel, and Johnson LLP be enrolled as counsel of record, and that Chad J. Primeaux be removed from the CM/ECF filing list for this matter.

1

Our File No.: 895.0331

2

Signed this _____ day of _____, 2008, in New Orleans, Louisiana.


_____
**JUDGE**

2

Our File No.: 895.0331