UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | |
| PERTAINS TO:  INSURANCE | * | JUDGE:  DUVAL |
| | * | |
| Case No. 07-5850 | * | MAGISTRATE:  WILKINSON |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

## JOINT MOTION TO REOPEN CASE AND TO DISMISS

Plaintiff Dorothy B. Skau has resolved her dispute with defendant Liberty Mutual Fire Insurance Company ("Liberty Mutual").  As a result of this settlement, plaintiff and defendant respectfully request that this Court reopen this case for the sole purpose of addressing this motion, and that the claims of Dorothy B. Skau and this lawsuit be dismissed, with prejudice, each party to bear their own costs.

        Respectfully submitted,

          /s/ Andrea S. Lestelle
        **Terrence J. Lestelle - 08540**
        **Andrea S. Lestelle - 08539**
        **Jeffery B. Struckhoff – 30173**
        **LESTELLE & LESTELLE, APLC**
        3421 N. Causeway Blvd., Suite 602
        Metairie, Louisiana 70002
        Telephone:  504-828-1224
        Facsimile:  504-828-1229
        **Attorneys for Plaintiff**

      And

       /s/ H. Minor Pipes, III
      **H. Minor Pipes, III, 24603**
      **Catherine F. Giarrusso, 29875**
      **BARRASSO USDIN KUPPERMAN**
       **FREEMAN & SARVER, L.L.C.**
      909 Poydras Street, Suite 1800
      New Orleans, Louisiana 70112
      Telephone:  (504) 589-9700
      **Attorneys for Liberty Mutual Fire Insurance Company**

## **CERTIFICATE OF SERVICE**

   I do hereby certify that I have on this **11th** day of **September, 2008**, electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are not CM/ECF participants.

       /s/ Andrea S. Lestelle
      **ANDREA S. LESTELLE**