UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | |
| PERTAINS TO: INSURANCE | * | JUDGE: DUVAL |
| | * | |
| Case No. 07-5850 | * | MAGISTRATE: WILKINSON |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

## ORDER

Considering the foregoing Joint Motion to Reopen Case and to Dismiss:

**IT IS ORDERED** that the Joint Motion to Reopen Case and to Dismiss be and hereby is **GRANTED** and that all claims asserted by Plaintiff Dorothy B. Skau are dismissed, with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**UNITED STATES DISTRICT JUDGE**