UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
CONSOLIDATED LITIGATION
                                             NO. 05-4182 "K"(2)

PERTAINS TO:  INSURANCE                       JUDGE DUVAL
              Hurricane Legal Center          MAG. WILKINSON
              Mass Joinder Cases

        Alexander 07-4455
        Alexander 07-5768
        Call 07-5769
        Ansardi 07-5767
        Aucoin 07-4458
        Anderson 07-6737
        Adams 07-5206
        Adams 07-4459
        Aguda 07-4457
        Allen-Perkins 07-5204
        Abram 07-5205
        Acevedo 07-5208
        Acevedo 07-5199

## ORDER

**IT IS ORDERED** that the status conference previously set before the undersigned

magistrate judge in the referenced Hurricane Legal Center ("HLC") "Insurance-Mass

Joinder" cases on September 2, 2008 and postponed due to schedule disruptions caused

by Hurricane Gustav, is hereby RESET on **SEPTEMBER 29, 2008 at 2:00 p.m.**

The purpose of the conference is to determine and plan, if appropriate, how further proceedings in these cases may be conducted. HLC plaintiffs' counsel, Defense Liaison Counsel, counsel for State Farm, counsel for Allstate and a representative of the Nielsen Law Firm must attend the conference in person. Counsel for other defendants may but are not required to attend the conference in person.

New Orleans, Louisiana, this ____11th____ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

- 2 -