UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K" (2) |
| PERTAINS TO LEVEE: | * * | JUDGE DUVAL |
| LEDUFF, No. 06-5260 | * * | MAG. WILKINSON |

## JOINT NOTICE/STIPULATION OF VOLUNTARY DISMISSAL OF CSX TRANSPORTATION, INC. AND CSX CORPORATION

**NOTICE IS HEREBY GIVEN** by Bobby LeDuff and all other plaintiffs in Civil Action 06-5260 and defendants CSX Transportation, Inc. and CSX Corporation[1] that Civil Action No. 06-5260 is hereby dismissed without prejudice against defendants CSX Transportation, Inc. and CSX Corporation only, under Fed. R. Civ. P. 41(a). Defendants CSX Transportation, Inc. and CSX Corporation have not been served with a citation or complaint, nor have they filed an answer or a motion for summary judgment. Every party is to bear his, her, or its own costs, and the plaintiffs reserve all rights against all other defendants.

---

[1] CSX Corporation specifically reserves its objection to personal jurisdiction.

1160057-1

1

Counsel for CSX Transportation, Inc. and CSX Corporation consent to this dismissal,[2] and a proposed order is attached.

**FOR THE PLAINTIFFS:**

s/ Randall Hart        Date:        9/11/08
RANDALL HART (#23119)
BROUSSARD & HART LLC
1301 Common Street
Lake Charles, Louisiana 70601
Telephone: (337) 439-2450
Facsimile: (337) 439-3450

PETER B. SCHNEIDER (#00791615)
KEITH GRADY (#00786853)
WILLIAM T. JONES, Jr. (#24032601)
801 Congress, 4th Floor
Houston, Texas 77002
Telephone: (713) 228-2200
Facsimile (713) 228-2210

**FOR CSX TRANSPORTATION, INC. and CSX CORPORATION**

s/ Brent A. Talbot        Date:        9/11/08
BRENT A. TALBOT (#19174)
JONATHAN C. MCCALL (#9227)
  -of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075

---

[2] Plaintiffs previously attempted to dismiss the CSX entities, but their motion was denied due to plaintiffs' failure to indicate the defendants' consent (see Doc. 3583).

1160057-1                                    2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of September, 2008, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

s/ Brent A. Talbot