# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 "K" (2) |
| | * | |
| PERTAINS TO LEVEE: | * * | JUDGE DUVAL |
| LEDUFF, No. 05-5260 | * * | MAG. WILKINSON |

## ORDER

Upon the foregoing Joint Notice/Stipulation of Voluntary Dismissal of CSX Transportation, Inc. and CSX Corporation without prejudice, the actions and claims of the plaintiffs in matter 06-5260 against CSX Transportation, Inc. and CSX Corporation are hereby DISMISSED without prejudice, each party to bear his, her, or its own costs.

New Orleans, Louisiana, this _____ day of September, 2008.


_____
JUDGE STANWOOD R. DUVAL, JR.
United States District Judge

1160303-1