UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | |
| | * | CIVIL ACTION NO.: 05-4182 |
| | * | |
| PERTAINS TO: | * * | JUDGE: DUVAL |
| INSURANCE: *Acevedo,* 07-5199 | * * | MAGISTRATE: WILKINSON |

* * * * * * * * * * * * * * * * * * * *

PARTIAL MOTION TO DISMISS

Plaintiffs listed below wish to dismiss without prejudice defendants listed below. The plaintiffs respectfully request that all of their claims against the defendants listed below in this lawsuit be dismissed, without prejudice, each party to bear its own costs. All claims against all other parties are specifically reserved.

**WHEREFORE,** Plaintiffs listed below pray that their claims against the defendants listed below in this lawsuit be dismissed, without prejudice, each party to bear its own costs.

Plaintiffs

- Adams, Lela
- Ariatti, Jr., Donald R.
- Blount, Louise & William
- Boudreaux, Gloria
- Brown, Loretta
- Casse, Doris

- Dexter, Onitha
- Doescher, Althea
- Fletcher, Wayne & Mona
- Frady, Kirk
- Grandison, Lucille
- Griffin-Sip, Delores
- Harris, Sadonia
- Hinkle, Carolyn
- Johnson, Marian
- Kelt-Kapesis, Joanne
- LaFontaine, Miguel & Lidia
- Lunt, Charles & Judy
- Lunt, Charles & Judy
- Lunt, Charles & Judy
- Major, Melvin & Williams, Tara
- McClain, Francis & Elizabeth
- McDonald, Ruth
- Mitchell, Betty
- Monsour, George & Beverly
- Montegut, Edgar & Belinda
- Perez, Jr., Armando
- Perriatt, Lester & Gloria
- Perriatt, Lester & Gloria
- Piear, Sr. Betty & Warren

- Pierce, Arthur & Twila
- Pinkney, Luella & Elliot
- Powell, Frank H. & Dorothy D.
- Robinson, Aline
- Salle, Mamie
- Sampson, Harold & Emma
- Waddell, Melba
- White, Lydia & Segue, Mitton
- Williams, Bernice
- Wright, Janet

<u>Defendants</u>

- Lafayette Insurance Company
- United Fire & Casualty Insurance
- United Fire Group

Respectfully submitted,

_____
STUART T. BARASCH (20650)
HURRICANE LEGAL CENTER. LLC
910 Julia Street
New Orleans, Louisiana 70113
Telephone:   (504) 525-1944
Facsimile:   (504) 525-1279
Email: sblawoffice@aol.com

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Motion to Dismiss has been served upon all counsel of record by placing same in the United States Mail, postage prepaid and properly addressed, this _11_ day of _September_, 2008.

_____
STUART BARASCH