UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES  *
CONSOLIDATED LITIGATION         *
                                *
_____  *   CIVIL ACTION NO.: 05-4182
                                *
PERTAINS TO:                    *   JUDGE: DUVAL
                                *
INSURANCE:    *Acevedo*, 07-5199 *   MAGISTRATE: WILKINSON
                                *
* * * * * * * * * * * * * * * * *

ORDER

Considering the foregoing Partial Motion to Dismiss;

**IT IS ORDERED** that the Partial Motion to Dismiss be and hereby is **GRANTED** and that all of the claims asserted against the defendants listed below in this lawsuit be dismissed, with prejudice, each party to bear its own costs. All claims against all parties are reserved.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

Plaintiffs

- Adams, Lela
- Ariatti, Jr., Donald R.
- Blount, Louise & William
- Boudreaux, Gloria
- Brown, Loretta

- Casse, Doris
- Dexter, Onitha
- Doescher, Althea
- Fletcher, Wayne & Mona
- Frady, Kirk
- Grandison, Lucille
- Griffin-Sip, Delores
- Harris, Sadonia
- Hinkle, Carolyn
- Johnson, Marian
- Kelt-Kapesis, Joanne
- LaFontaine, Miguel & Lidia
- Lunt, Charles & Judy
- Lunt, Charles & Judy
- Lunt, Charles & Judy
- Major, Melvin & Williams, Tara
- McClain, Francis & Elizabeth
- McDonald, Ruth
- Mitchell, Betty
- Monsour, George & Beverly
- Montegut, Edgar & Belinda
- Perez, Jr., Armando
- Perriatt, Lester & Gloria
- Perriatt, Lester & Gloria

- Piear, Sr. Betty & Warren
- Pierce, Arthur & Twila
- Pinkney, Luella & Elliot
- Powell, Frank H. & Dorothy D.
- Robinson, Aline
- Salle, Mamie
- Sampson, Harold & Emma
- Waddell, Melba
- White, Lydia & Segue, Mitton
- Williams, Bernice
- Wright, Janet

Defendants

- Lafayette Insurance Company
- United Fire & Casualty Insurance
- United Fire Group