UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
       CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

PERTAINS TO:  MRGO, Robinson, 06-2268          JUDGE DUVAL
MAG. WILKINSON

## ORDER ON MOTIONS

APPEARANCES:   None (on the briefs)

MOTIONS:
(1) Plaintiffs' Motion for Leave to File Corrected Motion for In Camera Inspection, Record Doc. No. 14731
(2) Plaintiffs' Motion for In Camera Inspection, Record Doc. No. 14675
(3) United States' Unopposed Motion for Extension of Time to Respond to Plaintiffs' Corrected Motion for In Camera Inspection, Record Doc. No. 14736

O R D E R E D:

(1) : GRANTED.

(2) : DISMISSED AS MOOT.  Plaintiffs have been granted leave to file their Corrected Motion for In Camera Inspection, and therefore this previously filed Motion for In Camera Inspection is moot.

(3) : GRANTED.  Due to disruptions caused by Hurricane Gustav, the deadline for filing written opposition to plaintiffs' Corrected Motion for In Camera Inspection is extended to **September 22, 2008**.  Thereafter, the motion will be determined on the record without oral argument.

New Orleans, Louisiana, this   11th   day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE