UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: *Robinson*<br>(No. 06-2268) | |

### NOTICE OF INCLUSION OF EXHIBIT re:
### OPPOSITION TO MOTION TO DISMISS (DOC. 14246)

**MAY IT PLEASE THE COURT:**

    Defendant United States of America, has filed, pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), a Motion to Dismiss Counts Two and Three of the Plaintiffs' Amended Complaint. The *Robinson* Plaintiffs timely filed their Opposition on July 31, 2008.

    During oral argument for the above referenced motion, undersigned counsel expects to reference language included in the attached "Exhibit A," a Technical Appendix to the IPET Report. As a courtesy to the Court and to opposing counsel, undersigned counsel hereby provides a copy of this document prior to the hearing via this Notice.

Dated: September 11, 2008            Respectfully submitted,

                                                  **O'Donnell & Associates P.C.**

                                                  By: <u>s/ Pierce O'Donnell</u>

                                                  Pierce O'Donnell (*pro hac vice*)
                                                  550 S. Hope St., Suite 1000
                                                  Los Angeles, California 90071
                                                  Phone: (213) 347-0290
                                                  Fax: (213) 347-0298

**Law Offices of Joseph M. Bruno**
By: s/ Joseph M. Bruno
Joseph M. Bruno (LSBA No. 3604)
855 Baronne Street
New Orleans, Louisiana 70133
Telephone: (504) 525-1335
Facsimile: (504) 581-1493

**The Andry Law Firm, LLC**
By: s/ Jonathan B. Andry
Jonathan B. Andry (LSBA No. 20081)
610 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 586-8899
Facsimile: (504) 585-1788

**Domengeaux Wright Roy & Edwards LLC**
Bob F. Wright (LSBA No. 13691)
James P. Roy (LSBA No. 11511)
556 Jefferson Street, Suite 500
P.O. Box 3668
Lafayette, Louisiana 70502-3668
Telephone: (337) 233-3033
Facsimile: (337) 233-2796

**Fayard & Honeycutt**
Calvin C. Fayard, Jr. (LSBA No. 5486)
Blayne Honeycutt (LSBA No. 18264)
519 Florida Avenue, S.W.
Denham Springs, Louisiana 70726
Telephone: (225) 664-4193
Facsimile: (225) 664-6925

**Girardi & Keese**
Thomas V. Girardi (*pro hac vice*)
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 489-5330
Facsimile: (213) 481-1554

**Ranier, Gayle & Elliot, LLC**
N. Frank Elliot III
1419 Ryan Street
Lake Charles, LA 70601
Telephone: (337) 494-7171
Facsimile: (337).494.7218

**Levin, Papantonio, Thomas, Mitchell Echsner & Proctor, P.A.**
Clay Mitchell (*pro hac vice*)
Matt Schultz (*pro hac vice*)
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502-5996
Telephone: (850) 435-7140
Facsimile: (850) 436-6123

**McKernan Law Firm**
Joseph Jerry McKernan (LSBA No 10027)
John Smith (LSBA No. 23308)
8710 Jefferson Highway
Baton Rouge, Louisiana 70809
Telephone: (225) 926-1234
Facsimile: (225) 926-1202

**Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC**
Gerald E. Meunier  (LSBA 9471)
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 522-2304
Facsimile: (504) 528-9973

| | |
|---|---|
| **Law Office of Elwood C. Stevens, Jr., a Professional Law Corporation** <br> Elwood C. Stevens, Jr. (LSBA No. 12459) <br> 1205 Victor II Boulevard <br> P.O. Box 2626 <br> Morgan City, Louisiana 70381 <br> Telephone: (985) 384-8611 <br> Facsimile: (985) 385-4861 | **Cotchett, Pitre, Simon & McCarthy** <br> Joseph W. Cotchett (*pro hac vice*) <br> 840 Malcolm Road, Suite 200 <br> Burlingame, California 94010 <br> Telephone: (650) 697-6000 <br> Facsimile: (650) 697-0577 |
| **Law Office of Frank J. D'Amico, Jr. APLC** <br> Frank J. D'Amico, Jr. (LSBA No. 17519) <br> Richard M. Exnicios, Esq. (LSBA No. 25666) <br> 622 Baronne Street <br> New Orleans, LA 70113 <br> Telephone: (504) 525-9561 <br> Fax: 504-525-9522 | **Robinson, Calcagnie & Robinson, Inc.** <br> Mark Robinson (Cal State Bar No. 54426 <br> 620 Newport Center Drive – 7th Floor <br> Newport Beach, CA 92660 <br> 1-888-701-1288 |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 11th day of September, 2008.

                                                    /s/ Joseph M. Bruno

                                                    Joseph M. Bruno