# Inner Harbor Navigation Canal (IHNC) Seepage Analysis

In the IPET Final Draft Report (June 1, 2006), it noted that other possible modes of failure beside overtopping/erosion for the breaches of the IHNC I-wall along the Lower Ninth Ward included "sliding instability and piping and erosion from underseepage." The report goes on to say that "*Piping and erosion from underseepage is unlikely because the I-walls were founded in a clay levee fill, a marsh layer made up of organics, clay and silt, and a clay layer. Because of the thickness, the low permeabilities of these materials, and the relatively short duration of the storm, this failure mode was considered not likely and was eliminated as a possible mode of failure.*" In the NSF-Berkeley report (ILIT Final Report, July 31, 2006), they stated "*This greatly underestimates the permeability, and especially the laterally permeability of the marsh deposits. It also continues the very dangerous assumption that underseepage was not a serious problem for 'short duration' storm surge loading that plagued the original design of many sections of the New Orleans regional defense system, and led to use of sheetpile curtains that far too short to effectively (and safely) cut off underseepage flows.*"

The value of coefficient of permeability assigned to the marsh layer in the NSF-Berkeley report was $10^{-2}$ cm/sec. This is three orders of magnitude higher than the highest coefficient of permeability IPET determined from consolidation tests on undisturbed samples of the marsh layer, as shown in Figure V-17-15. Consolidation tests performed by IPET show that the coefficient of permeability of the marsh material decreases as consolidation pressure decreases, from a maximum of $10^{-5}$ cm/sec for low consolidation pressures, to values as low as $10^{-8}$ cm/sec for consolidation pressure equal to 4,000 psf.

Weber (1969) found a similar variation of permeability with effective overburden pressure using field permeability (piezometer) tests on peat in the California Delta, as shown in Figure V-17-15. Weber's peat coefficient of permeability values are roughly the same as the values determined from the IPET consolidation tests on marsh material from New Orleans, but the scatter of the values from consolidation tests is greater. The difference may be due to the fact that the consolidation tests represent point values, whereas the field tests represent average values for a larger volume of soil. There may also be some inherent differences between the materials.

The permeability values for the marsh materials used by NSF-Berkeley in their seepage analyses were at least **1,000** times too high. Their values are higher than the permeability values for the sand layer at the London Avenue Canal determined from field pump tests. The NSF-Berkeley report states, "*The values of lateral permeability used in these analyses were based on experience with similar geologic units from other regions, our own field observations, and the accumulated reports indicating high lateral permeability. A best-estimated coefficient of lateral permeability of $k_h \sim 10^{-2}$ cm/sec was modeled for the most open of the marsh sub-strata.*" There is no possible or plausible explanation for NSF-Berkeley's choice of permeability values for the marsh material. These permeability values were also used in all of their PLAXIS analyses, and they were higher than any other material, including the sand layers.

**EXHIBIT A**



Figure V-17-15. Values of marsh permeability measured by IPET in consolidation tests on New Orleans marsh material, and by Weber (1969) in field piezometer tests on California Delta peat.

In order to demonstrate the effects of more realistic permeability values for the marsh material on the performance of the IHNC I-wall along the Lower Ninth Ward, the IPET team has conducted a series of transient finite element analyses.

The data available to assess the stratigraphy of the area includes borings from the General Design Memorandum (GDM), borings taken after the failure, and cone penetration tests taken after the failure. The locations of these borings and cone penetration tests are shown in Figure V-17-16. Note that all borings taken after the failure were at the levee toe. The GDM contains 10 borings on the levee centerline (2-U, 3, 4, 5, 6-U, and 7 in the vicinity of the breach), and four at the levee toe (2-UT, 3T, 4T, and 6UT). A centerline profile under the levee is represented in Figure V-17-17 and is based on both pre-Katrina and post-Katrina borings. This section shows 60 to 70 ft of predominantly fine-grained Holocene (i.e., less than 10,000 years old) shallow water and terrestrial sediments overlying the Pleistocene surface (i.e., older than 10,000 years). Holocene sediments are separated into various depositional environments in Figure V-17-17, based on soil texture, organic content, and other physical and engineering properties. Engineering properties of these layers are described in greater detail below.

The GDM borings indicate the levee fill properties for the north and south breach areas are similar, consisting of compacted CL and CH materials. The average moist unit weight of the fill was estimated to be 109 pcf.

Beneath the fill is a marsh unit about 17 ft thick. The marsh layer is composed of organic material from the cypress swamp that occupied the area, together with silt and clay deposited in the marsh. Because the upper 8 to 9 ft of this unit has different material properties than the lower portion, it was divided into two layers, Marsh 1 and Marsh 2. Water contents and saturated unit weights determined from samples of marsh material taken from the toe are shown in Figures V-17-18 and V-17-19, respectively. These figures clearly depict the differences in the marsh layers.

Water contents, unit weights, and undrained shear strengths are shown in Table V-17-5, and these properties for the Marsh 2 layer are shown in Table V-17-6. These properties are based on samples from post-Katrina borings at the levee toe. The average saturated unit weight of the Marsh 1 layer is about 105 pcf. Water contents of the Marsh 1 layer are as high as 80%. The average water content is approximately 49%. The average saturated unit weight of the Marsh 2 layer is about 80 pcf. Water contents of the Marsh 2 layer are as high as 442%. The average water content is approximately 175%. The marsh 1 layer is mostly CH material. The Marsh 2 layer is fibrous at the top, and more amorphous near the bottom, indicating more advanced decomposition of the older organic materials at depth.

Table V-17-5
Properties of Marsh 1 Layer from Post-Katrina Borings at Toe

| Marsh 1 Layer | | | | | |
|---|---|---|---|---|---|
| Number of Samples = 16 | | | | | |
|  | Mean | Standard Deviation | COV | Max | Min |
| %w | 49 | 17 | 0.342 | 80.2 | 21.9 |
| Saturated Unit Weight (pcf) | 104 | 9 | 0.081 | 120.5 | 92.2 |
| $S_u$ (psf) | 550 | 214 | 0.389 | 3195 | 90.0 |

Table V-17-6
Properties of Marsh 2 Layer from Post-Katrina Borings at Toe

| Marsh 2 Layer | | | | | |
|---|---|---|---|---|---|
| Number of Samples = 12 | | | | | |
|  | Mean | Standard Deviation | COV | Max | Min |
| %w | 175 | 96 | 0.549 | 441.6 | 90.9 |
| Saturated Unit Weight (pcf) | 78.4 | 7 | 0.091 | 87.1 | 63.4 |
| $S_u$ (psf) | 195.3 | 116 | 0.595 | 336 | 64.6 |

Table V-17-7
Properties of Interdistributary Clay from Post-Katrina Borings at Toe

| Interdistributary Clay | | | | | |
|---|---|---|---|---|---|
| Number of Samples = 45 | | | | | |
|  | Mean | Standard Deviation | COV | Max | Min |
| %w | 60 | 12 | 0.208 | 77.2 | 25 |
| Saturated Unit Weight (pcf) | 101.1 | 6 | 0.063 | 125 | 93.6 |

Beneath the marsh layers is a layer of interdistributary clay with an average Liquid Limit of about 79% and an average Plastic Limit of 26%. Based on consolidation test results presented in the GDM, the clay is normally consolidated throughout its depth. The average saturated unit weight of the clay is about 100 pcf, and the average water content is approximately 60%. Water content and unit weights are summarized in Table V-17-7.

Beneath the clay is a layer of Beach Sand. This layer is not involved in the observed or calculated mechanisms of instability, and its strength is therefore of little importance in stability analyses, except as a more resistant layer beneath the clay.

Figure V-17-20 shows the cross section of the north IHNC breach selected for the seepage analysis.



Figure V-17-16. IHNC – East Bank (Between Florida Ave. and North Claiborne Ave.), Boring and CPTU Location Map



Figure V-17-17. IHNC East Bank, Centerline Geologic Section Showing South (Lower Ninth Ward) and North Breaches



Figure V-17-18. IHNC – East Bank (Between Florida Ave. and North Claiborne Ave.), % w Versus Elevation (ft, NAVD 88) from Toe Borings



Figure V-17-19. IHNC – East Bank (Between Florida Ave. and North Claiborne Ave.), Wet Unit Weight versus Elevation (ft, NAVD 88) from Post-Katrina Borings

Figure V-17-20 shows the cross section of the north IHNC breach selected for the seepage analysis. Figure V-17-21 shows the finite element mesh used for the seepage analyses performed for the IHNC canal, north breach. Figure V-17-22 show the materials used in the first series of finite element seepage analyses of the IHNC canal, north breach and the coefficient of permeability values used in the first series of the analyses. Figure V-17-23 shows the rise portion of the IPET-constructed hydrograph for IHNC canal. This hydrograph is used to specify the water level on the canal side of the model and the time rise during the transient analysis. As the water level rise in the canal, the protected side boundary water is raised from -11.5 to -6.0 to simulate the shut down of the pumps and the heavy rainfall.

Figure V-17-24 shows the initial steady-state underseepage conditions used for the transient analysis. It is important to keep in mind that soil above the phreatic surface is not fully saturated; and in order for seepage flow to occur, the soil most become fully saturated, which requires time. Figure V-17-25 shows the steady-state solution for the canal water level at 12.5 (top of the wall) and the protected side at -6.0. The phreatic surface in the protected side levee does not intersect the protected side slope. The phreatic surface intersects the protected side water surface (elevation -6.0) at the toe of the levee (elevation -6.0). The exit gradient at the levee toe is less than 0.30.



Figure V-17-20. Profile of the North Breach at IHNC East bank, View Looking North



Figure V-17-21. Finite element mesh of the north breach of IHNC east bank.

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.



Figure V-17-22. Materials and coefficient of permeability values used in the first series of IHNC finite element seepage analyses.



Figure V-17-23. Hydrograph starting 8/28/2005 at 12:00 AM



Figure V-17-24. Contours of Total Head for Steady-State Solution, Canal Elevation = 1.13 ft applied from x=0 to x = 202 ft, Head at Protected Side = -11.5 ft, (Equipotential Lines = -10, -8, -6, -4, -2, 0 ft)



Figure V-17-25. Contours of Total Head for Steady-State Solution, Canal Elevation = 12.5 ft, Head at Protected Side = -6 ft (Equipotential Lines = -4, -2, 0, 2, 4, 6, 8, 10, 12 ft)

Figure V-17-26 shows the results of the transient finite element seepage analysis for the most realistic representation of the geometry and material property. It can be seen that the seepage conditions have not reached the steady-state condition. The levee on the canal side has not even reached full saturation.

As designed, the pre-Katrina site conditions were a clay blanket starting at the toe of the levee on the canal side. This is similar to the clay blanket used upstream of a dam to reduce underseepage and seepage pressures down stream. While unlikely, a worst case condition would be that the clay blanket had the same permeability as the marsh material, Figure V-17-27. Figure V-17-28 shows the initial steady-state underseepage conditions used for the transient analysis. V-17-29 shows the steady state solution for the canal water level at 12.5 (top of the wall) and the protected side at -6.0 for no clay blanket. The phreatic surface intersects the protected levee slope.

Figure V-17-30 shows the results of the transient finite element seepage analysis for the clay blanket with the same permeability as the marsh material. Again, the levee on the canal side does not even reach full saturation.

In order to answer questions raised by NRC based on NSF Berkeley analyses, another unrealistic set of conditions were assessed. These conditions included no clay blanket, and increasing the permeability of the marsh by 100 times beyond the highest limit of published values. Figure V-17-31 shows the steady state solution for the canal water level at 12.5 (top of the wall) and the protected side at -6.0 for 100 times increase in permeability. Figure V-17-32 shows the results of the transient finite element seepage analysis for the 100 times increase in marsh permeability. Even with this completely unrealistically high permeability, the seepage does not reach the steady state conditions.

Table V-17-8 shows a comparison of the exit gradient for the steady state condition and transient analysis of the storm surge in the canal. The transient solution has a 40 percent reduction in uplift pressure on the protected side as compared to the steady state analysis. The transient solution also has a 48 percent reduction in the exit gradient as compared to the steady state solution.

| Table V-17-8 Comparison of Exit Gradient for Steady State Condition and Transient Analysis ||||||||
|---|---|---|---|---|---|---|---|
| | Total Head at Sheetpile on Protected Side (ft) | Uplift Force on Protected Side (kips) | Percent Reduction in Uplift from Steady State | Change in Head at Toe of Levee (ft) | Length of Seepage Path (ft) | Exit Gradient = H/L | Percent Reduction in Gradient from Steady State |
| Steady State | 10 | 11.4 | | 6-4.59=1.41 | 10.79-6=4.79 | 0.29 | |
| Transient | 6 | 6.8 | 40 | 6-5.30=0.70 | 10.79-6=4.79 | 0.15 | 48 |



Figure V-17-26. Contours of Total Head for Transient Solution, Canal Elevation = 12.5 ft, Head at Protected Side = -6 ft (Equipotential Lines = -4, -2, 0, 2, 4, 6, 8, 10, 12 ft)



Figure V-17-27. Clay Blanket Assumed to have the same permeability as Marsh #1



Figure V-17-28. 2D Contours of Total Head for Steady-State Solution, Canal Elevation = 1.13 ft applied from x=0 to x = 202 ft, Head at Protected Side = -11.5 ft (Equipotential Lines = -10, -8, -6, -4, -2, 0 ft)