

Figure V-17-29. Contours of Total Head for Steady-State Solution, Canal Elevation = 12.5 ft, Head at Protected Side = -6 ft (Equipotential Lines = -4, -2, 0, 2, 4, 6, 8, 10, 12 ft)



Figure V-17-30. Contours of Total Head for Transient Solution, Canal Elevation = 12.5 ft, Head at Protected Side = -6 ft (Equipotential Lines = -4, -2, 0, 2, 4, 6, 8, 10, 12 ft)



Figure V-17-31. Contours of Total Head for Steady-State Solution, Canal Elevation = 12.5 ft, Head at Protected Side = -6 ft (Equipotential Lines = -4, -2, 0, 2, 4, 6, 8, 10, 12 ft)



Figure V-17-32. Contours of Total Head for Transient Solution, Canal Elevation = 12.5 ft, Head at Protected Side = -6 ft (Equipotential Lines = -4, -2, 0, 2, 4, 6, 8, 10, 12 ft)

In conclusion, the NSF-Berkeley findings and recommendations on underseepage, especially regarding the IHNC breaches along the Lower Ninth Ward, stated in their 31 July 2006 final report, are based on unrealistic and unproven permeability values that led to faulty and deceptive analysis results, typical garbage in garbage out. The writers of the NSF-Berkeley report either did not completely read the IPET Draft Final Report or they intentionally ignored information that did not support their hypothesis. The NSF-Berkeley report states, "*Unfortunately, even IPET's own analyses do not suggest a high likelihood of failure of the north breach section at the canal water levels present as early as 5:00 am (approximately Elev. +9 feet, MSL), so this would not appear to be the explanation for the observed in the neighborhood. Instead, it is proposed that observed water rise on the inboard (protected) side Florida Avenue was more likely the result of large underseepage flows through the highly pervious "marsh" deposits along this frontage.*"

IPET's slope stability analyses show that failure of the IHNC East Bank, North Breach at the Lower Ninth Ward could occur before the canal water level reached the top of the wall. There is clear evidence that water levels in the northern region of the Lower Ninth Ward, south of Florida Avenue, were rising early in the morning of August 29, 2005. Several eyewitness accounts had water flowing into houses and down streets between 0430 and 0500. Stopped clock data has the water level in this area at Elevation +3.0 by 0600, which makes the depth of water between 5 and

10 ft. These observed water levels and the associated volume of water needed to achieve them in the northern region of the Lower Ninth Ward, south of Florida Avenue, **did not come from underseepage** as suggested by the NSF-Berkeley report. This can only occur if the levee is breached, which is what the IPET Draft Final Report stated, "*Eyewitness reports indicate that water level in the 9th Ward near Florida Avenue was rising when the water level in the IHNC was still below the top of the wall. Stability analyses indicate that foundation failure would occur before overtopping at the north breach on the east side of the IHNC. This breach location is thus the likely source of the early flooding in the 9th Ward.*" Even with outrageously unrealistically high permeability values used by the NSF-Berkeley group, underseepage could not produce the volume of water observed in this area. The NSF-Berkeley group would have realized this if they had reviewed the hydrograph for the Lower Ninth Ward inundation presented in Appendix V-11 and reproduced here in Figure V-17-33.



Figure V-17-33. Hydrograph for the Lower Ninth Ward Inundation

The IPET slope stability analyses show that the levee would become unstable when the water level in the canal reached approximately Elevation +11.2 NAVD 88. Figure V-17-34 shows the reprint of the hydrograph for the IHNC, Figure 129, IPET Volume IV – Storm, page IV-185. The hydrograph shows that the water level in the canal at 0500 could have been Elevation +11.0, depending on which gage reading is used. Based on the variability of the soil properties and the gage readings that make up the hydrograph, the IPET analyses **would appear** to provide a probable explanation for the observed water in the neighborhood and foundation failure that resulted in the north breach. In order for this foundation failure to develop, it did not require unrealistic underseepage to occur to cause the breach.



Figure V-17-34. Hydrograph for IHNC

This calls into question the rest of the NSF-Berkeley investigation of the breaches along the IHNC east bank Lower Ninth Ward. They stated that the failure of south breach was due to underseepage. The NSF-Berkeley group states the crevasse splay shown in the foreground of Figure V-17-35 (Figure 6.45, NSF-Berkeley report ILIT Final Report, July 31, 2006) was due to reverse underseepage. The NSF-Berkeley report states, *"Finally, clear and uncompromising evidence of the high lateral permeability of these deposits at this site is presented in Figure 6.45, which shows a well-developed classic crevasse splay that resulted from reverse underseepage through these same highly pervious marsh deposits as the ponded floodwaters drained out from the Lower Ninth Ward after the hurricane passed."*

A much more plausible explanation for the crevasse splay shown in the foreground of Figure V-17-35 is that it was caused by erosion when the Lower Ninth Ward drained back into the canal, Figure V-17-36. While the NSF-Berkeley group tries to use unclear and compromised evidence from observations to bolster their underseepage hypothesis, they overlooked the direct comparison of field observations between the south breach at the east bank of the IHNC Lower Ninth Ward, Figure V-17-37, and the I-wall on Citrus back levee along the GIWW, Figures V-17-38, V-17-39, and V17-40. The NSF-Berkeley report stated that the damage along Citrus Back Levee was due to: *"Scour trenches developed along the full length of the floodwall on the protected side, as overtopping cascaded over the tops of the floodwalls. In many instances, these trenches were located several feet from the base of wall (indicating progressive*

*tilting of the floodwalls, and thus the waters falling farther to the inboard side) and some had widths of 7 feet or more."* They go on to state: *"These scour-induced trenches reduced the lateral support for the sheetpiles and the concrete floodwall they supported, and the lateral forces of the outboard side storm surge pushed the laterally unbraced floodwall sideways."*

Comparing the scour trench located on the protected side of what was the I-wall running along the east bank of IHNC, south breach Lower Ninth Ward shown in Figure V-17-37, with the scour trench on the protected side of the I-wall of the Citrus Back Levee shown in Figure V-17-38, and the IPET slope stability analysis for the I-wall at the east bank IHNC at south breach show it to be stable, with water to the top of the wall, one would have to conclude that the most plausible explanation for the breach is scour of the protected side support of the I-wall from overtopping.

While the IPET team believes it is the importance to consider all possible modes of failure, it is most important to consider realistic materials and scenarios in order to help future designers understand the failures of the New Orleans Hurricane Protection System that took place so that it is not repeated in the future.

Because the unrealistic permeability assigned to the marsh material for the NSF-Berkeley seepage analyses was at least 1,000 times too high, the results of the seepage analyses described in that report do not reflect the real seepage conditions in the field. Because it was assigned such a high permeability, the marsh layer appeared in those analyses to have very low resistance to seepage, and to respond very quickly to the rise in canal water level. This behavior is not consistent with the actual behavior of marsh material and peat, especially when consolidated under the weight of the levees. Based on this mistaken choice of marsh permeability, and the ensuing unrepresentative analytical results, the authors of the NSF-Berkeley report offered this advice regarding design analyses:

> *"Exoneration, a priori, of underseepage dangers should be discontinued immediately, and underseepage analyses should be required for the full regional flood protection system."*

This is misguided advice based on an assumed permeability for the marsh material that is at least three orders of magnitude higher than the actual permeability. Underseepage analyses performed using this inappropriate value of permeability are misleading, and do not provide a reasonable basis for design to prevent or mitigate underseepage problems.



Figure V-17-35. Aerial view of the south breach at east bank of the IHNC (at the west end of the Lower Ninth Ward), showing in crevasse splay generated by reverse drainage flow. (Figure 6.45, NSF-Berkeley report (ILIT Final Report, July 31, 2006)



Figure V-17-36. Aerial view of the south breach at east bank of the IHNC (at the west end of the Lower Ninth Ward), showing turbulent water flow coming out of the Lower Ninth Ward after the hurricane passed



Figure V-17-37. Scour and Erosion Leading to the Failure of the I-Wall on the IHNC adjacent to the South Breach (Lower Ninth Ward)



Figure V-17-38. Scour trench on the protected side of Citrus Back Levee I-wall. (Figure 7.14, NSF-Berkeley report (ILIT Final Report, July 31, 2006)



Figure V-17-39. Another section of the Citrus Back Levee I-wall showing erosion of the levee, lateral deflection, and tilting from overtopping