- 1 -

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO:<br>    ALL LEVEE<br>    ALL MRGO<br>    ALL BARGE | JUDGE DUVAL |
| | MAG. WILKINSON |

## ORLEANS LEVEE DISTRICT'S SIXTH NOTICE OF PRODUCTION AND NOTICE OF PRIVILEGE LOG

In response to the written discovery propounded by the Plaintiffs to the Orleans Levee District in the MRGO and Levee Class Certification Actions, the written discovery propounded by the Plaintiffs to the Orleans Levee District in the common liability MRGO and Levee categories, the written discovery propounded by Washington Group International, Inc. to the Orleans Levee District in the common liability MRGO category, and the written discovery propounded by Lafarge North America Inc. to the Orleans Levee District in the Barge category, the Orleans Levee District has produced, in addition to the documents and materials previously produced, the documents identified in the production log attached hereto as Exhibit 1.

Such discovery documents produced by the Orleans Levee District may be obtained by any party to this litigation directly from Docusource, whose contact information is as follows:

> Docusource
> Attn:  Kay Sloan
> 201 St. Charles Avenue, Suite 101
> New Orleans, Louisiana 70170
> Telephone:  (504) 588-2679
> Facsimile:  (504)
> Email:  **ksloan@docusource-lss.com**

A copy of the Orleans Levee District's Privilege Log is attached hereto as Exhibit 2.

Dated:  September 12, 2008                    Respectfully submitted,

    s/ Thomas P. Anzelmo_____
McCRANIE, SISTRUNK, ANZELMO,
   HARDY, MAXWELL & McDANIEL
Thomas P. Anzelmo, P.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE:  (504) 831-0946
FACSIMILE:  (504) 831-2492

and

LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:  (337) 237-7000
FACSIMILE:  (337) 233-945
Attorneys for the ORLEANS LEVEE DISTRICT

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of September, 2008, a copy of the above and foregoing **Orleans Levee District's Sixth Notice of Production and Notice of Privilege Log** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

    s/ Thomas P. Anzelmo_____
    McCRANIE, SISTRUNK, ANZELMO,
       HARDY, MAXWELL & McDANIEL
    3445 N. Causeway Boulevard, Ste. 800
    Metairie, Louisiana 70002
    TELEPHONE: (504) 831-0946
    FACSIMILE: (504) 831-2492
    E-MAIL: tpa@mcsalaw.com