Orleans Levee District - Production Log as of 04/18/08

| BOX# | Sources | Begdoc# | Enddoc# | DEPARTMENT / CUSTODIAN | PRODUCTION_ DATE | PRODUCTION_SET |
|---|---|---|---|---|---|---|
| 1 | LVS | OLD-LVS-B01-00302127 | OLD-LVS-B01-00303786 | FINANCE DEPT | 9/8/2008 | MRGO / BARGE PROD04 |
| 5 | LVS | OLD-LVS-B05-00303787 | OLD-LVS-B05-00305821 | FINANCE DEPT | 9/8/2008 | MRGO / BARGE PROD04 |
| 6 | LVS | OLD-LVS-B06-00305822 | OLD-LVS-B06-00307677 | FINANCE DEPT | 9/8/2008 | MRGO / BARGE PROD04 |
| 7 | LVS | OLD-LVS-B07-00307678 | OLD-LVS-B07-00309174 | FINANCE DEPT | 9/8/2008 | MRGO / BARGE PROD04 |
| 8 | LVS | OLD-LVS-B08-00309175 | OLD-LVS-B08-00310339 | FINANCE DEPT | 9/8/2008 | MRGO / BARGE PROD04 |
| 10 | LVS | OLD-LVS-B10-00310340 | OLD-LVS-B10-00311832 | FINANCE DEPT | 9/8/2008 | MRGO / BARGE PROD04 |
| 11 | LVS | OLD-LVS-B11-00311833 | OLD-LVS-B11-00313416 | FINANCE DEPT | 9/8/2008 | MRGO / BARGE PROD04 |
| 12 | LVS | OLD-LVS-B12-00313417 | OLD-LVS-B12-00315127 | FINANCE DEPT | 9/8/2008 | MRGO / BARGE PROD04 |
| 13 | LVS | OLD-LVS-B13-00315128 | OLD-LVS-B13-00316824 | FINANCE DEPT | 9/8/2008 | MRGO / BARGE PROD04 |
| 14 | LVS | OLD-LVS-B14-00316825 | OLD-LVS-B14-00318483 | FINANCE DEPT | 9/8/2008 | MRGO / BARGE PROD04 |
| 17 | LVS | OLD-LVS-B17-00318484 | OLD-LVS-B17-00319807 | FINANCE DEPT | 9/8/2008 | MRGO / BARGE PROD04 |
| 15 | LVS | OLD-LVS-B15-00320234 | OLD-LVS-B15-00321597 | FINANCE DEPT | 9/8/2008 | MRGO / BARGE PROD04 |
| 1C | LVS | OLD-LVS-B01C-00321598 | OLD-LVS-B01C-00322959 | FINANCE DEPT | 9/8/2008 | MRGO / BARGE PROD04 |
| 2C | LVS | OLD-LVS-B02C-00322960 | OLD-LVS-B02C-00324001 | FINANCE DEPT | 9/8/2008 | MRGO / BARGE PROD04 |
| 3C | LVS | OLD-LVS-B03C-00324002 | OLD-LVS-B03C-00326315 | FINANCE DEPT | 9/8/2008 | MRGO / BARGE PROD04 |
| 4C | LVS | OLD-LVS-B04C-00326316 | OLD-LVS-B04C-00327718 | FINANCE DEPT | 9/8/2008 | MRGO / BARGE PROD04 |
| 5C | LVS | OLD-LVS-B05C-00327719 | OLD-LVS-B05C-00329452 | FINANCE DEPT | 9/8/2008 | MRGO / BARGE PROD04 |

Orleans Levee District - Production Log as of 04/18/08

| BOX# | Sources | Begdoc# | Enddoc# | DEPARTMENT / CUSTODIAN | PRODUCTION_DATE | PRODUCTION_SET |
|---|---|---|---|---|---|---|
| 1N | BARG | OLD-BARG-B01N-00363758 | OLD-BARG-B01N-00364719 | ENGINEERING DEPT | 9/8/2008 | MRGO / BARGE PROD04 |
| 2N | BARG | OLD-BARG-B02N-00364720 | OLD-BARG-B02N-00366159 | ENGINEERING DEPT | 9/8/2008 | MRGO / BARGE PROD04 |
| 3N | BARG | OLD-BARG-B03N-00366160 | OLD-BARG-B03N-00367606 | ENGINEERING DEPT | 9/8/2008 | MRGO / BARGE PROD04 |
| 4N | BARG | OLD-BARG-B04N-00367607 | OLD-BARG-B04N-00369106 | ENGINEERING DEPT | 9/8/2008 | MRGO / BARGE PROD04 |
| 5N | BARG | OLD-BARG-B05N-00369107 | OLD-BARG-B05N-00370363 | ENGINEERING DEPT | 9/8/2008 | MRGO / BARGE PROD04 |
| 6N | BARG | OLD-BARG-B06N-00370364 | OLD-BARG-B06N-00372061 | ENGINEERING DEPT | 9/8/2008 | MRGO / BARGE PROD04 |
| 7N | BARG | OLD-BARG-B07N-00372062 | OLD-BARG-B07N-00373163 | ENGINEERING DEPT | 9/8/2008 | MRGO / BARGE PROD04 |
| 8N | BARG | OLD-BARG-B08N-00373164 | OLD-BARG-B08N-00379817 | ENGINEERING DEPT | 9/8/2008 | MRGO / BARGE PROD04 |
| 9N | BARG | OLD-BARG-B09N-00379818 | OLD-BARG-B09N-00380906 | ENGINEERING DEPT | 9/8/2008 | MRGO / BARGE PROD04 |
| 10N | BARG | OLD-BARG-B10N-00380907 | OLD-BARG-B10N-00382475 | ENGINEERING DEPT | 9/8/2008 | MRGO / BARGE PROD04 |
| 11N | BARG | OLD-BARG-B11N-00382476 | OLD-BARG-B11N-00384774 | ENGINEERING DEPT | 9/8/2008 | MRGO / BARGE PROD04 |
| 12N | BARG | OLD-BARG-B12N-00384775 | OLD-BARG-B12N-00385011 | ENGINEERING DEPT | 9/8/2008 | MRGO / BARGE PROD04 |