# GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
### A PROFESSIONAL LAW CORPORATION

REGIONAL OFFICES:

ONE SHELL SQUARE
701 POYDRAS STREET, 40th FLOOR
NEW ORLEANS, LOUISIANA 70139-4003
Telephone: (504) 525-6802
Telecopy: (504) 525-2456

1301 MCKINNEY, SUITE 1400
HOUSTON, TEXAS 77010
Telephone: (713) 599-0700
Telecopy: (713) 599-0777

118 EAST GARDEN STREET
PENSACOLA, FLORIDA 32502
Telephone: (850) 436-7000
Telecopy: (850) 436-7099

Three Sanctuary Blvd., Third Floor
Mandeville, LA 70471
www.gjtbs.com

Writer's Direct Telephone: 985-674-6710
Telecopy: 985-674-6681
E-mail: cthomas@gjtbs.com

Please reply to the Mandeville Office

4021 AMBASSADOR CAFFERY PARKWAY
BUILDING A, SUITE 175
LAFAYETTE, LA 70503
Telephone: (337) 735-1760
Telecopy: (337) 993-0933

7730 CARONDELET AVENUE,
SUITE 110
ST. LOUIS, MISSOURI 63105
Telephone: (314) 725-0525
Telecopy: (314) 725-7150

1213 31ST AVENUE
GULFPORT, MISSISSIPPI 39501
Telephone: (228) 214-4250
Telecopy: (228) 214-9650

September 12, 2008

Cynthia J. Thomas, Director

*Via Fax #504-589-7633*
Hon. Joseph C. Wilkinson, Jr.
United States Magistrate Judge
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

      RE:   In Re: Katrina Canal Breaches Consolidated Litigation,
               Pertains to: Insurance, <u>Stall</u>, 07-1233
               USDC No.: CV 05-4182 "K" (2)
               Our File: NS0337-168

Dear Judge Wilkinson:

     Pursuant to this Court's Minute Entry of August 21, 2008 (Doc. 14575) and on behalf of defendant Scottsdale Insurance Company, we respectfully advise the Court that the parties are close to settling this matter. In accordance with Judge Duval's "Post-Sher Insurance Umbrella Case Management Order", the parties have further conferred as to the possibility of whether future settlement negotiations might prove fruitful. Based on our discussions, the subject case appears to have good prospects for settlement at this stage as the only issue remaining concerns whether depreciation is recoverable. We therefore request that Your Honor render an Order exercising your option to deconsolidate this case and return it to its original section for further disposition.

     We respectfully await any further instructions or orders from the Court. Thank you for your attention to this matter.

                                                  Sincerely,

                                                  Cynthia J. Thomas

CJT/sk

# GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
A PROFESSIONAL LAW CORPORATION

Hon. Joseph C. Wilkinson, Jr.
United States Magistrate Judge
September 12, 2008
Page 2

cc:   J. Douglas Sunseri, Esq., via e-mail: jdsunseri@nsflaw.com
      Svetlana Crouch, Esq.. via e-mail: scrouch@nsflaw.com
      Edward Vocke, Esq., via e-mail: evocke@nsflaw.com

New Orleans, Louisiana   Houston, Texas   Pensacola, Florida   Lafayette, Louisiana   Mandeville, Louisiana
St. Louis, Missouri   Gulfport, Mississippi