PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EPA | 010 | EPA-010-000000001 | EPA-010-000000088 | United States Environmental Protection Agency; Water Quality Protection Division; Region 6 | Barbara Keeler | KC904 | 9/12/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Documents related to MRGO |
| EPA | 011 | EPA-011-000000001 | EPA-011-000000002 | United States Environmental Protection Agency; Water Quality Protection Division; Region 6 | Tim Landers | KC904 | 9/12/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Map related to MRGO |
| EPA | 012 | EPA-012-000000001 | EPA-012-000000117 | United States Environmental Protection Agency; Water Quality Protection Division; Region 6 | Michael Vaughan | KC904 | 9/12/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Quality Assurance Project Plan related to MRGO |
| EPA | 013 | EPA-013-000000001 | EPA-013-000003480 | United States Environmental Protection Agency; Water Quality Protection Division; Region 6 | Patricia Taylor | KC904 | 9/12/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Documents related to Lake Borgne Project |
| FMA | 757 | FMA-757-000000001 | FMA-757-000000200 | Federal Emergency Management Agency | Paul Huang | KC904 | 9/12/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for St. Bernard Parish, LA |
| FMA | 763 | FMA-763-000000001 | FMA-763-000000004 | Federal Emergency Management Agency | Paul Huang | KC904 | 9/12/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for St. Bernard Parish, LA |
| FMA | 705 | FMA-705-000000001 | FMA-705-000000348 | Federal Emergency Management Agency | Paul Huang | KC905 | 9/12/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program in Jefferson Parish, LA |
| FMA | 723 | FMA-723-000000001 | FMA-723-000000258 | Federal Emergency Management Agency | Paul Huang | KC905 | 9/12/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program in Jefferson Parish, LA |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 728 | FMA-728-000246826 | FMA-728-000246953 | Federal Emergency Management Agency | Paul Huang | KC905 | 9/12/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re soil survey of the west bank of Jefferson Parish, LA |
| FMA | 744 | FMA-744-000039111 | FMA-744-000039111 | Federal Emergency Management Agency | Paul Huang | KC905 | 9/12/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re soil survey of the west bank of Jefferson Parish, LA |
| FMA | 782 | FMA-782-000054033 | FMA-782-000054116 | Federal Emergency Management Agency | Paul Huang | KC905 | 9/12/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re soil survey of the west bank of Jefferson Parish, LA |
| FMA | 785 | FMA-785-000000001 | FMA-785-000000076 | Federal Emergency Management Agency | Paul Huang | KC905 | 9/12/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program in Jefferson Parish, LA |
| FMA | 785 | FMA-785-000000097 | FMA-785-000000436 | Federal Emergency Management Agency | Paul Huang | KC905 | 9/12/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program in Jefferson Parish, LA |
| FMA | 785 | FMA-785-000000438 | FMA-785-000000686 | Federal Emergency Management Agency | Paul Huang | KC905 | 9/12/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program in Jefferson Parish, LA |
| FMA | 786 | FMA-786-000000001 | FMA-786-000000535 | Federal Emergency Management Agency | Paul Huang | KC905 | 9/12/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program in Jefferson Parish, LA |
| FMA | 801 | FMA-801-000000001 | FMA-801-000000091 | Federal Emergency Management Agency | Paul Huang | KC905 | 9/12/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program in Jefferson Parish, LA |
| FMA | 801 | FMA-801-000000093 | FMA-801-000000105 | Federal Emergency Management Agency | Paul Huang | KC905 | 9/12/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program in Jefferson Parish, LA |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 801 | FMA-801-000000115 | FMA-801-000000147 | Federal Emergency Management Agency | Paul Huang | KC905 | 9/12/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program in Jefferson Parish, LA |
| FMA | 801 | FMA-801-000000150 | FMA-801-000000423 | Federal Emergency Management Agency | Paul Huang | KC905 | 9/12/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program in Jefferson Parish, LA |
| FMA | 801 | FMA-801-000000453 | FMA-801-000000505 | Federal Emergency Management Agency | Paul Huang | KC905 | 9/12/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program in Jefferson Parish, LA |
| FMA | 801 | FMA-801-000000523 | FMA-801-000000523 | Federal Emergency Management Agency | Paul Huang | KC905 | 9/12/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program in Jefferson Parish, LA |
| FMA | 801 | FMA-801-000000533 | FMA-801-000000557 | Federal Emergency Management Agency | Paul Huang | KC905 | 9/12/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program in Jefferson Parish, LA |
| FMA | 801 | FMA-801-000000559 | FMA-801-000000574 | Federal Emergency Management Agency | Paul Huang | KC905 | 9/12/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program in Jefferson Parish, LA |
| FMA | 801 | FMA-801-000000588 | FMA-801-000000600 | Federal Emergency Management Agency | Paul Huang | KC905 | 9/12/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program in Jefferson Parish, LA |
| FMA | 801 | FMA-801-000000602 | FMA-801-000000641 | Federal Emergency Management Agency | Paul Huang | KC905 | 9/12/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program in Jefferson Parish, LA |
| FMA | 801 | FMA-801-000000647 | FMA-801-000000656 | Federal Emergency Management Agency | Paul Huang | KC905 | 9/12/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program in Jefferson Parish, LA |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 801 | FMA-801-000000663 | FMA-801-000000690 | Federal Emergency Management Agency | Paul Huang | KC905 | 9/12/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program in Jefferson Parish, LA |
| FMA | 816 | FMA-816-000000001 | FMA-816-000001380 | Federal Emergency Management Agency | Paul Huang | KC905 | 9/12/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program in Jefferson Parish, LA |
| FMA | 820 | FMA-820-000000001 | FMA-820-000000015 | Federal Emergency Management Agency | Paul Huang | KC905 | 9/12/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program in Jefferson Parish, LA |
| FMA | 821 | FMA-821-000000001 | FMA-821-000002308 | Federal Emergency Management Agency | Paul Huang | KC905 | 9/12/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program in Jefferson Parish, LA |