UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | § § § § § § § | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:   INSURANCE<br>*Kiefer, et al. v. Allstate, et al.*   06-5370<br>As to Plaintiff Anthony and Lori Dorsey | § § § § | |

## ORDER

**IT IS ORDERED** that the above entitled and numbered cause which is administratively stayed, be opened for the limited purposes expressed herein; and

**IT IS FURTHER ORDERED** that the above entitled and numbered cause be and it hereby is dismissed with prejudice only as to plaintiffs Anthony and Lori Dorsey, and their claims against their insurer and defendant Louisiana Citizens Insurance Company, as to all demands, all parties to bear their own costs.

New Orleans, Louisiana, this ___11th___ day of _____September_____, 2008.

_____
JUDGE