# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO.: 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE | * | MAG. WILKINSON |
| | * | |
| FILED IN: 06-09990 "K" (2) | * | |
| | * | |
| ANDREW S. PALUMBO | * | |
|      Plaintiff, | * | |
| | * | |
| VERSUS | * | |
| | * | |
| ELAINE BILSTAD and STATE FARM FIRE AND CASUALTY COMPANY | * | |
| | * | |
| | * | |
|      Defendants. | * | |

* * * * * * * * * * * * * * * * *

## ORDER

The foregoing motion considered:

IT IS ORDERED BY THE COURT that Chad J. Primeaux of the law firm Porteous, Hainkel, and Johnson LLP is hereby withdrawn as counsel of record for defendant, State Farm Fire & Casualty Company, and that Heather A. England Reznik of the law firm Porteous, Hainkel, and Johnson LLP be enrolled as counsel of record, and that Chad J. Primeaux be removed from the CM/ECF filing list for this matter.

1

Our File No.: 895.0331

Signed this  11th  day of _____ September _____, 2008, in New Orleans, Louisiana.

_____
**JUDGE**