# LAW OFFICES OF ROY F. AMEDEE, JR.
### *ATTORNEYS AT LAW*
### 228 ST. CHARLES AVENUE
### SUITE 801
### NEW ORLEANS, LOUISIANA  70310
_____

*Telephone: 504-592-3222*
*Facsimile: 504-592-8783*
*E-mail: Ramedeejr@AoL.com*
*Brent@Klibertlaw.com*

*ROY F. AMEDEE, JR.\**

*BRENT A. KLIBERT*

*NOTARIES PUBLIC*
_____
*\*MASTER OF LAWS*
*ENERGY AND ENVIRONMENT*

**September 12, 2008**

Magistrate Joseph C. Wilkinson, Jr.
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

Re:    In Re Katrina Canal Breaches Consolidated Litigation 05-4182
          Pertains to Lomax vs. State Farm Fire and Casualty Co. 08-1651

Dear Magistrate Wilkinson:

I am sending this letter after an immediate prior conversation with defense counsel, Dan R. Dorsey.  A settlement demand has been sent to the defendant in this case and the defendant has made a counter offer.  A deposition is set for Monday, September 15, 2008.  We ask that this case not be deconsolidated at this time since we feel that settlement will be likely in the near future.

With best wishes and kindest regards, I remain

Very Truly Yours,

Brent A. Klibert