# THE SCHWAB LAW FIRM

ATTORNEYS AT LAW
7847 Main Street
Post Office Box 7095
Houma, Louisiana 70361

JERRY H. SCHWAB           (985) 868-1342
DANNA E. SCHWAB      Fax: (985) 868-1345
KATHRYN W. RICHARD

September 12, 2008

Honorable Joseph C. Wilkinson, Jr.
United States Magistrate Judge
Eastern District Court
State of Louisiana
B409 Hale Boggs Federal Bldg.
500 Poydras St.
New Orleans, LA  70130

      Re.:    **Bonnie and James Dalen vs. Allstate Insurance Company**
              **Case No. 07-3404, Katrina Canal Breaches Litigation No. 05-4182**
              **K-2, Allstate Claim No. 5113292246; Our File No. 07-1492**

Dear Judge Wilkinson:

      In accordance with the Post-Sher Insurance Umbrella Case Management Order entered by Judge Duval and this Court on June 12, 2008, and on behalf of Allstate Insurance Company ("Allstate"), I hereby request that you set the above-referenced matter for a court-conducted settlement conference as soon as possible.  Although the plaintiffs have not fully complied with the June 12, 2008 Order, plaintiffs did send a demand and it has been requested that they supplement their production. (Please see letter dated August 19, 2008, attached hereto.)  In addition, the parties are currently involved in settlement negotiations and Allstate believes that there is a strong likelihood of settlement.  As such, Allstate does not believe that it is in either party's interest to set this matter for trial.  In the event that settlement is not confected, I would then request that the above-referenced matter be separated from the Insurance Umbrella and assigned to a district court judge for completion of discovery and trial.

      Please let me know if you would like any additional information regarding this matter.

      With kindest regards, I am,

                              Very truly yours,

                              DANNA E. SCHWAB

DES/jl
Enclosure