UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, <u>Smith</u>, 06-4945 | JUDGE DUVAL<br>MAG. WILKINSON |

### JUDGEMENT/ORDER OF DISMISSAL

As requested by plaintiff's counsel in his letter dated September 11, 2008, which had been separately filed in the record, all claims asserted by and against all parties having been settled and/or dismissed pursuant to <u>In re Katrina Canal Breaches Litig.</u>, 495 F.3d 191, 214 (5th Cir. 2007),

**IT IS ORDERED, ADJUDGED AND DECREED** that the referenced <u>Smith</u> case, C.A. No. 06-4945, is hereby DISMISSED WITH PREJUDICE. The Clerk is directed to file and docket this judgement/order of dismissal in both C.A. Nos. 05-4182 and 06-4945 and mark the referenced <u>Smith</u> case CLOSED.

New Orleans, Louisiana, this __11th__ day of September, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

CLERK TO NOTIFY:
HON. JOSEPH C. WILKINSON, JR.