**Danna Schwab**

| | |
|---|---|
| From: | Estelle Mahoney [emahoney@theschwablawfirm.com] |
| Sent: | Monday, August 25, 2008 10:41 AM |
| To: | 'Andrea S. Lestelle' |
| Cc: | 'Danna Schwab' |
| Subject: | RE: Dalen and Lastie v. Allstate correspondence |
| Attachments: | 5114491417_Lastie_Flood[1].pdf |

Andrea-

We have **nothing** in the file to back up your clients' demand.

We need the items that the COM says to provide and what the letter from Danna says we need.

We need a contractor's estimate for wind damage only. We need receipts for the completed repairs.

We need receipts and other documentation/an explanation of ALE.

We see that flood paid $100,000 for the dwelling and $37,100 for contents. The wind limit was $110,000.

If we add your demand to the flood limits and to what we have already paid, that amounts to $124,625.64, almost $15,000.00 in excess of the insured value of the property.

You also include BB coverage in your demand. However, you have failed to tell us what property was damaged under BB coverage. The fence was obviously damaged by flood.

The flood file, a copy of which is attached reveals an exterior water line of 14 feet and an interior water line of 10 feet.

We are willing and even anxious to resolve the matter. However, we cannot recommend that Allstate pay any more based on what we have in the file-Perhaps if the Plaintiffs were to agree to a deposition in spite of the current stay order, we could have a starting point.

I am sure you understand that we need to be able to justify/back-up any settlement recommendations with documentation.

Estelle Mahoney

**From:** Andrea S. Lestelle [mailto:alestelle@lestellelaw.com]
**Sent:** Friday, August 22, 2008 8:08 PM
**To:** Estelle Mahoney
**Subject:** Dalen and Lastie v. Allstate correspondence

**Estelle, I received form letters from Danna regarding the Dalen and Lastie demands, but they don't set forth with particularity what items you still need. Please advise as soon as you can.**
**Thanks and enjoy your weekend. Andrea**

**Andrea S. Lestelle**
**Lestelle & Lestelle**
**3421 N. Causeway Blvd.**
**Suite 602**

1