# THE SCHWAB LAW FIRM
ATTORNEYS AT LAW
7847 Main Street
Post Office Box 7095
Houma, Louisiana 70361

JERRY H. SCHWAB                                                                                                  (985) 868-1342
DANNA E. SCHWAB                                                                                         Fax:   (985) 868-1345
KATHRYN W. RICHARD

September 11, 2008

Honorable Magistrate Joseph C. Wilkinson, Jr.
500 Poydras Street
Room B409
New Orleans, LA  70130

      Re:    **Re:    Compliance With Post-Sher Insurance Umbrella
                  Case Management Order, Entered June 13, 2008
                  Lois Washington  vs. Allstate Insurance Company
                  Docket #07-3461    Allstate Claim #5114388506    Our File #07-1507**

Dear Magistrate Judge Wilkinson:

       In accordance with the Post-Sher Insurance Umbrella Case Management Order entered by Judge Duval and this Court on June 12, 2008, and on behalf of Allstate Insurance Company ("Allstate"), I hereby request that the above-referenced matter be separated from the Insurance Umbrella and assigned to a district court judge for completion of discovery and trial.  Plaintiff failed to comply with the June 12, 2008 Order and, in particular, failed to provide Allstate with a written settlement offer and the required supporting documentation.  By letter dated August 15, 2008, a copy of which is attached, Allstate's counsel invited plaintiff's counsel to submit the required information despite the July 14, 2008 deadline.  To date, plaintiff has failed to provide the requested information.  As a result, settlement is highly unlikely at this time.

       Please let me know if you would like any additional information regarding this matter.

                                            Sincerely,

                                            **THE SCHWAB LAW FIRM**

                                            */s/ Danna E. Schwab*
                                             Danna E. Schwab

DES/jl
cc:    Patrick Kehoe