UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: MRGO | | |

### REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant Washington Group International, Inc. ("WGII"), which pursuant to Local Rule 78.1E, respectfully requests permission to argue orally the Motion to Intervene In MR-GO Master Consolidated Class Action of Entergy New Orleans, Inc., Entergy Louisiana, L.L.C., Entergy Services, Inc., Entergy Corporation, and Hartford Steam Boiler Inspection and Insurance Company (Rec. Doc. 14697). Oral argument will clarify the issues of fact and law and assist the Court in making a correct disposition of the motion.

**WHEREFORE**, counsel for WGII respectfully moves this Court to grant oral argument for said motion on the scheduled motion date on the 17th day of September, 2008, at 11:00 a.m.

944476v.1

- 2 -

Dated: September 12, 2008                Respectfully submitted,


/s/Heather S. Lonian
William D. Treeby, Bar No. 12901
Carmelite M. Bertaut , Bar No. 3054
Heather S. Lonian, Bar No. 29956
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone:  504-581-3200
Fax:  504-581-3361

Of Counsel:

Adrian Wager-Zito
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone:  202-879-3939
Fax:  202-626-1700

*Attorneys for Defendant*
*Washington Group International, Inc.*


**C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Request for Oral Argument has been served upon all counsel of record through the Court's CM/ECF electronic filing system or by placing same in the United States mail, postage prepaid and properly addressed, this 12th day of September, 2008

/s/Heather S. Lonian

944476v.1