MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 11, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, <u>Mejia</u>, 06-2786 | JUDGE DUVAL<br>MAG. WILKINSON |

A status conference was conducted in this case on this date via telephone. Participating were: Kenneth Fonte, representing plaintiffs; Jeffrey Lozes, counsel for defendant. The purpose of the conference was to determine how this case should proceed at the conclusion of the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521.

Counsel advised that the case presents a strong possibility for settlement if the parties could be permitted to schedule and complete a private mediation within the next 30 days. Accordingly, this case will not be deconsolidated and reallotted at this time. Instead,

MJSTAR: **0 : 10**

IT IS ORDERED that counsel must provide me with a written report, no later than September 30, 2008, setting out the results of their private mediation and/or describing their other settlement efforts and results, if any. After reviewing the report, I will determine how further proceedings in this court might occur.

                                                    JOSEPH C. WILKINSON, JR.
                                          UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY;
HON. STANWOOD R. DUVAL, JR.