MINUTE ENTRY
WILKINSON, M. J.
SEPTEMBER 12, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:   INSURANCE<br>Williams, 06-6861<br>Scieneaux, 06-3990<br>Heintz, 06-3999<br>Wilson, 07-3835 | JUDGE DUVAL<br>MAG. WILKINSON |

At the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, the court has been advised by defense counsel by letter separately filed in the record that settlements have been confirmed in the four (4) referenced cases. By copy of this minute entry, Judge Duval is advised so that he may enter appropriate 60-day conditional dismissal orders in the four (4) referenced cases only.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.

MJSTAR:  0 : 05