UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES      CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182 "K"(2)

PERTAINS TO:   INSURANCE      JUDGE DUVAL
                        Alfonso, 06-8801      MAG. WILKINSON
                        Flores, 06-8176
                        Dixon, 07-5852
                        Smith, 07-3833

In response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, I have received a letter dated September 12, 2008 from defense counsel with attached status report concerning several cases, including the referenced cases, which has been separately filed in the record of the referenced cases and C.A. No. 05-4182. It appears that the parties have made substantial progress toward resolution of the referenced matters and that settlement discussions are continuing. In light of the settlement efforts made in these cases to date, they will not be deconsolidated and reallotted at this time. Instead, the parties will be permitted a short additional time period within which to attempt to resolve these cases amicably without extensive litigation activity. Accordingly,

**IT IS ORDERED** that the parties will continue their settlement efforts during the next 30 days, after which defense counsel must provide me with an updated written

report concerning the status of settlement in the referenced cases no later than **October 17, 2008**.

New Orleans, Louisiana, this __12th__ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.