MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 11, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE<br>    Mass Joinder Cases (Lafayette Ins. Co.) | JUDGE DUVAL<br>MAG. WILKINSON |

<u>Abadie</u>  06-5164
<u>Abadie</u>  07-5112
<u>Aaron</u>  06-4746
<u>Aguilar</u> 07-4852

A followup status conference by telephone was conducted by the undersigned magistrate judge on September 11, 2008 in the referenced "Insurance-Mass Joinder" cases concerning only those claims asserted against defendant Lafayette Insurance Company. Participating were: Joseph Bruno and Joseph Rausch, representing plaintiffs in the referenced <u>Aaron</u>, <u>Aguilar</u> and <u>Abadie</u> cases; Howard Kaplan, representing defendant, Lafayette Insurance Company.

MJSTAR:  **0 : 20**

Counsel advised that the conference to discuss settlement in the Aaron and Aguilar cases for claims against only defendant Lafayette has been rescheduled for September 25, 2008, due to Hurricane Gustav. Settlement discussions in the Abadie cases concerning claims against Lafayette are occurring now. Accordingly, the parties will be given some additional time, hopefully to produce tangible settlement results.

**IT IS ORDERED** that a followup conference will be conducted before me by telephone on **September 30, 2008 at 2:30 p.m.** so that counsel may report on their settlement efforts and express their views on the effectiveness of those efforts. The court will then determine how further proceedings will be conducted as to the claims against Lafayette Insurance Company.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**