C. GORDON JOHNSON, JR.
JAMES S. THOMPSON
MICHAEL K. FITZPATRICK
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
PATRICK D. DEROUEN
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES F. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON

EMAIL ADDRESS OF WRITER
ewall@phjlaw.com

DIRECT DIAL OF WRITER:
(225) 336-8928

**PORTEOUS, HAINKEL AND JOHNSON, L.L.P.**
343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WWW.PHJLAW.COM

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

WILLIAM A. PORTEOUS, JR. (1899-1960)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
LAURIE L. DeARMOND
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.
MICHAEL W. COLLINS
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE L. TROWBRIDGE
GUY H. BUMPAS, IV
MICHAEL J. MADERE
HEATHER A. ENGLAND REZNIK
RALPH J. AUCOIN, JR.
CLAIBORNE W. BROWN
DENIA D. SYLVE

OF COUNSEL:
CHAD J. PRIMEAUX
ELEANOR W. WALL
JULIANNE T. ECHOLS
JESSE WALES*
CAROLINE D. BARKERDING

*Licensed in OR & CA only

PLEASE REPLY TO:
**BATON ROUGE**

September 10, 2008

Honorable Magistrate Wilkinson
United States District Court
Eastern District of Louisiana
500 Poydras
New Orleans, Louisiana 70130

Re:  In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION
     CIVIL ACTION: 05-4182
     PERTAINS TO: INSURANCE, Miri, 07-6775

Dear Magistrate Wilkinson:

June 30, 2008, undersigned counsel contacted Mr. Robert Angelle (Plaintiff's attorney) to inquire if Plaintiff intended to provide a written demand by July 14, 2008. Mr. Angelle indicated verbally that Mr. Widmer (Plaintiff's previous attorney) had provided State Farm with an estimate and that he (Mr. Angelle) was going to adopt the same estimate as a demand.

State Farm had received the estimate Mr. Angelle was referring to in March of 2007. Soon thereafter, State Farm requested additional information from Plaintiff, including a line item estimate and an indication of damages alleged to be due to flood and damages alleged to be due to wind. As of this date, State Farm has not received any additional information clarifying the estimate or the demand.

Undersigned counsel did relay a verbal counter offer to Plaintiff's attorney that was rejected. Plaintiff's attorney indicated he will put a demand package together for State Farm in the future. State Farm intends to continue to negotiate with Plaintiff's attorney in order to try and reach an amicable resolution. State Farm contends that the court may be of valuable assistance in helping the parties reach an amicable resolution to this matter.

Sincerely,

ELEANOR W. WALL

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No _____