UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, <u>Miri</u>, 07-6775 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

I have received a letter dated September 10, 2008 from defense counsel in the referenced <u>Miri</u> case, which has been separately filed in the record of both C.A. No. 07-6775 and C.A. No. 05-4182. The letter is deemed the response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts. Having reviewed this report, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced <u>Miri</u> case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a <u>copy</u> of this order and henceforth all future filings in C.A. No. 07-6775 on the docket of C.A. No. 07-6775, and <u>not</u> on the docket of C.A. No. 05-4182.

**TRANSFERRED TO**

**SECT. C MAG. 3**     SEP 15 2008

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it back to Section "C" (3), where it was previously allotted before its transfer to this consolidated litigation, for future proceedings in Section "C" (3).

If counsel for <u>both</u> sides believe that a settlement conference with the court is likely to result in amicable resolution of this matter before further litigation activities are undertaken, they may contact the assigned magistrate judge to whom the case is being reallotted and request that a settlement conference be scheduled.

New Orleans, Louisiana, this ___10th___ day of September, 2008.

                                          JOSEPH C. WILKINSON, JR.
                                        UNITED STATES MAGISTRATE JUDGE

<u>**CLERK TO NOTIFY**</u>:
HON. STANWOOD R. DUVAL, JR.
HON. HELEN G. BERRIGAN
HON. DANIEL E. KNOWLES, III