# ZATZKIS, McCARTHY & ASSOCIATES, L.L.C.
### ATTORNEYS AT LAW
SUITE 2750
650 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130
TELEPHONE: (504) 523-2266     FACSIMILE: (504) 593-9921

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2008 SEP 11 PM 4:58
LORETTA G. WHYTE
CLERK

LANNY R. ZATZKIS, LL.M.*+
KAREN D. McCARTHY
*IN TAXATION
+ALSO ADMITTED IN TEXAS & COLORADO

YVETTE A. D'AUNOY

WRITER'S DIRECT DIAL: (504) 670-3107
E MAIL: Lanny@Zatzkis.com

September 11, 2008

**BY FAX: 589-7633**
The Honorable Magistrate Judge
Joseph C. Wilkinson, Jr.
United States District Court
Eastern District of Louisiana

    Re: Iteld, Bernstein & Associates, L.L.C.
       v. The Hanover Insurance Company et al
       Proceedings Number: 06-3418 c/w 05-4182-K(2)

Dear Magistrate Wilkinson:

    In accordance with your order of June 13, 2008, opposing counsel, Kristopher T. Wilson, and I have exchanged settlement positions, had several telephone conferences and conferred again today. We are both of the opinion that this case does not "...represent a strong likelihood of settlement." We request that you hold a conference in which counsel, our clients and the insurance company adjuster are all present to discuss the issues in the case on a date and time convenient to all. We look forward to hearing from you.

Very truly yours,

Lanny R. Zatzkis

LRZ
cc: Kristopher T. Wilson, Esq.
    Bruce J. Iteld, M.D.
    Marc Bernstein, M.D.
    Harold Asher, C.P.A.



RECEIVED
SEP 11 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

Fee___
Process___
Dktd___
CtRmDep___
Doc. No___