UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES    CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE, Iteld, 06-3418    JUDGE DUVAL
MAG.WILKINSON

### ORDER

I have received a letter dated September 11, 2008 from plaintiff's counsel in the referenced Iteld case, which has been separately filed in the record of both C.A. No. 06-3418 and C.A. No. 05-4182. The letter is deemed the response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts. Having reviewed this report and the record, it appears that settlement is not attainable in the short term and that further proceedings are required. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Iteld case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and

TRANSFERRED TO
SECT.R MAG1



SEP 15 2008

henceforth all future filings in C.A. No. 06-3418 on the docket of C.A. No. 06-3418, and <u>not</u> on the docket of C.A. No. 05-4182.

IT IS ~~FURTHER ORDERED~~ that the Clerk REALLOT this case and transfer it back to Section "R" (1), where it was previously allotted before its transfer to this consolidated litigation, for future proceedings in Section "R" (1).

If all parties desire "a conference in which counsel, our clients and the insurance company adjuster are all present to discuss the issues in the case," as stated in the letter, presumably for settlement purposes, they may request that the assigned magistrate judge to whom the case is being reallotted schedule one, at her discretion, on her calendar.

New Orleans, Louisiana, this \_\_\_11th\_\_\_ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
HON. STANWOOD R. DUVAL, JR.
HON. SARAH S. VANCE
HON. SALLY SHUSHAN

2