LAW OFFICES
# Lozes & Ponder*
*NOT A PARTNERSHIP

1010 Common Street
Suite 1700
New Orleans, LA 70112
(504) 581-4455
FAX (504) 587-9408

Steven M. Lozes
Jeffery P. Lozes
Charles M. Ponder, III

E-mail: cmponder@bellsouth.net

September 12, 2008

RECEIVED
SEP 1 2 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

Honorable Magistrate Judge Joseph C. Wilkinson, Jr.
500 Poydras Street
Room B409
New Orleans, Louisiana

RE: *Donald and Betty Maclies v. Allstate Insurance Company*
USE No.: 07-4786
Claim No. 5113650526
D/L: 8/29/05
Our File No.: AFL-458

Dear Judge Wilkinson:

In furtherance of the status conference convened in the above matter on Tuesday, September 10, 2008 and in accordance with the Post-Sher Insurance Umbrella Case Management Order entered by Judge Duval and this Court on June 12, 2008, on behalf of Allstate Insurance Company ("Allstate"), I request that the above-referenced matter be separated and de-consolidated from the Insurance Umbrella and assigned to Judge Fallon for completion of discovery and trial. As discussed in our conference, a companion lawsuit for the same dwelling (double) is pending before Judge Fallon as follows:

*Samuel Maclies, et al v. Allstate Insurance Company*
USE No.: 07-3492
Claim No. 5113650526
D/L: 8/29/05
Our File No.: AFL-385

On behalf of Allstate, I ask that the matters be consolidated following transfer if you and Judge Fallon agree with the foregoing request.

Both matters are already assigned to you and I will attend the settlement conference scheduled during our conference this week for October 2, 2008 at 2:00 p.m. in your chambers.

Please let me know if you need additional information regarding these matters.

With our regards, I remain

Very truly yours,

Charles M. Ponder, III

CMP,III/mee

cc:   Mr. Jeffrey P. Berniard
      625 Baronne Street
      New Orleans, Louisiana 70113

      Mr. Donald R. Maclies
      Mr. Samuel Maclies
      1774 No. Gayoso
      New Orleans, Louisiana 70119