MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 10, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: INSURANCE, Maclies, 07-4786 | CIVIL ACTION<br><br>NO. 05-4182 "K"(2)<br><br>JUDGE DUVAL<br>MAG. WILKINSON |

A status conference was conducted in this case on this date via telephone. Participating were: Jeffrey Berniard, representing plaintiffs; Charles Ponder, representing defendant. The purpose of the conference was to determine how this case should proceed at the conclusion of the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521.

Counsel advised that they have recommended to their clients a settlement amount, but that Road Home Program assignment/subrogation issues have prevented final approval of any settlement by their clients. In addition, counsel advised that this case is substantially related to "Maclies v. Allstate," C.A. No. 07-3492-L(2), which involves the same building (a double on Felicity Street in New Orleans bearing two street addresses) and the same parties, which case is set for trial before Judge Fallon on November 3, 2008. Counsel

MJSTAR: 0 : 10

SEP 1 5 2008

TRANSFERRED TO SECT. L

suggested that in light of dismissal of the flood coverage claim as a result of the captioned Katrina Consolidated Litigation, the two Maclies cases against Allstate should now be consolidated for all further proceedings, including trial and a settlement conference. Accordingly,

**IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Maclies case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and henceforth all future filings in C.A. No. 07-4786 on the docket of C.A. No. 07-4786, and not on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk transfer this case to Section "L" (2), so that Judge Fallon may consider whether it should be consolidated for future proceedings in Section "L" (2) with C.A. No. 07-3492.

**IT IS FURTHER ORDERED** that a settlement conference concerning both Maclies cases, C.A. Nos. 07-3492-"L"(2) and 07-4786-"L"(2), will be conducted before United States Magistrate Judge Joseph C. Wilkinson, Jr. on **October 2, 2008 at 2:00 p.m.** Because

plaintiffs Samuel and Donald Maclies are proceeding pro se in C.A. No. 07-3492, they are hereby instructed that they must attend the settlement conference in person.

                                                         JOSEPH C. WILKINSON, JR.
                                                         UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.
HON. ELDON FALLON