# Longman Russo
A PROFESSIONAL LAW CORPORATION

GARY J. RUSSO
Also Admitted To Practice In Texas
GJRUSSO@LRFIRM.COM

CHASE TOWER, SUITE 1600
600 JEFFERSON STREET
LAFAYETTE, LOUISIANA 70501
(337) 262-9000   FAX (337) 262-9001

MAILING ADDRESS:
P.O. BOX 3408
LAFAYETTE, LOUISIANA 70502-3408

OUR FILE NUMBER:
canal breaches

September 12, 2008

Magistrate Joseph C. Wilkinson, Jr.
United States Magistrate Judge
USDC, Eastern District of Louisiana
B409 Hale Boggs Federal Building
500 Poydras Street
New Orleans, LA 70130

RECEIVED
SEP 12 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

Re:  Travelers/Standard Fire
     *In Re: Katrina Canal Breaches Consolidated Litigation*

Dear Your Honor:

   I am pleased to report that we have had some success in resolving the cases our firm is handling on behalf of The Standard Fire Insurance Company that are currently included in the *In Re: Katrina Canal Breaches Consolidated Litigation* matter. We have followed the format in the Case Management Order and in those cases where we have received a settlement demand and sufficient back up information we have had success in getting those cases resolved. Unfortunately, there are a number of cases that we have not received a settlement demand or back up information and as such there has been no progress in those cases.

   I am enclosing a spreadsheet providing a status on all of the cases. So far we have been successful in at least having settlement conference in 11 cases (some involving multiple properties) and have confirmed settlements in 9. There are a couple of cases awaiting re-inspection and/or confirmation or acceptance of settlement offer from the insureds. We have had some delay as a result of the Hurricane, but are continuing our efforts to get the balance of these cases at least in settlement conferences. Please let us know if there is additional information which you need.

   Thank you for your continuing efforts. With kindest regards, I am

                                    Very truly yours,

                                    Gary J. Russo

GJR:LL wilkinson.01.doc
Enclosure

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

In Re: Katrina Canal Breaches Consolidated Litigation – Master List of Travelers/Standare Fire Insurance Company – being handled by Gary Russo (337-262-9000) of Longman Russo, APLC

| Civil Action | Case Caption | Claimant | Demand & Backup | Status | Attorney |
|---|---|---|---|---|---|
| 06-8801 | Frank Alfonso, et al versus Traveles Insurance Co. and Travelers Indemnity Co. | Alfonso, Frank | | settled | Page, Brian 504-286-2022 |
| 06-8801 | Frank Alfonso, et al versus Traveles Insurance Co. and Travelers Indemnity Co. | Hyver, Robert | | settled | Page, Brian 504-286-2022 |
| 06-8801 | Frank Alfonso, et al versus Traveles Insurance Co. and Travelers Indemnity Co. | Eddy, Charles & Vivian | | settled | Page, Brian 504-286-2022 |
| 06-8801 | Frank Alfonso, et al versus Traveles Insurance Co. and Travelers Indemnity Co. | Gremillion, Michael & Marie | | settled | Page, Brian 504-286-2022 |
| 06-8801 | Frank Alfonso, et al versus Traveles Insurance Co. and Travelers Indemnity Co. | Killeen, Sandra | | settled | Page, Brian 504-286-2022 |
| 06-8801 | Frank Alfonso, et al versus Traveles Insurance Co. and Travelers Indemnity Co. | Cerise Victor & York, Anne | | waiting on confirmation of settlement | Kehoe, Patrick 504-588-1110 |
| 06-6861 | Ruby Williams and Edward Williams, Jr. versus Standard Fire Insurance Company/Travelers and Insurance Counselors Inc. | Williams, Ruby | | settled | Kavanagh, David 504-529-5100 |
| 06-3990 | Brion Scieneaux and Dierde Scieneaux versus The Standard Fire Insurance Company | Scieneaux, Brion | | settled | Cannella, David 504-299-1214 |
| 06-3999 | Carol Ann Heintz versus The Standard Fire Insurance Company | Heintz, Carol | | settled | Cannella, David 504-299-1214 |
| 06-8176 | John Flores and Jean Flores versus Travelers Insurance Compay | Flores, John & Jean | | waiting on confirmation settlement of 2 claims- inspection to take place and set another settlement meeting | Sanders, Patrick 504-834-0646 |
| 07-3835 | Patricia and Clarence Wilson versus The Standard Fire Insurance Company, et al | Wilson, Patricia & Clarence | | settled | Amedee, Roy 504-592-3222 |
| 06-8801 | Frank Alfonso, et al versus Traveles Insurance Co. and Travelers Indemnity Co. | Rinaldo, Louise | not yet | being rescheduled | Feingerts, Bruce 504-522-7791 |
| 06-7687 | Jennifer McKnight and Scott McKnight versus Martin Insurance Agency, Inc., Lexington Insurance Company and Travelers Insurance Company | Jennifer McKnight | not yet | | Pendergast, Gary 504-523-0454 |
| 07-5852 ~~07-8892~~ | Funches Dixon, et al versus The Standard Fire Insurance Company and the Travelers Indemnity Co. | Dixon, Funches & Sharese Matthews Dixon | demand | being scheduled | Douglas, Darcy 713-228-2200 |
| 06-7286 | Eugene Latapie versus St. Paul Travelers Insurance Company | Latapie, Eugene | not yet | | Riley, Michael 504-588-1110 |
| 06-8636 | Frank Gambino and Lucrezia Gambino versus The Standard Fire Insurance Company and Alliance Insurance Agency Services, Inc. | Gambino, Frank & Lurezia #2 | none received | | Gambino, Derek 504-523-5413 |
| 07-3845 | Michael Serio versus The Standard Fire Insurance Company, et al | Serio, Michael | none received | | Amedee, Roy 504-592-3222 and/or Feingerts, Bruce 504-522-7791 |
| 06-4927 | Pelican Graphics, L.L.C. versus United States Fidelity & Guaranty | Pelican Graphics | none received | | Wolfe, Scott (504) 894-9653 |
| 07-2820 | Jennifer Luscy Deane, et al versus Travelers Property Casualty Company of America | Luscy, Luscy, William D., Luscy Johnathan M., Luscy, William J. III | none received | | Luscy, William J., III 504-837-5597 |
| 07-3576 | Eileen Fabregas versus The Standard Fire Insurance Company | Fabregas, Eileen | none received | | Sunseri, Doug 504-837-1304 |
| 07-3833 | Ada & Anthony Smith versus The Standard Fire Insurance Company | Smith, Ada & Anthony | none received | supposed to be settled with Jim Hall | Amedee, Roy 504-592-3222 |
| 07-3851 | Rosemarie Palmer Jones versus the Standard Fire Insurance Company, et al | Jones, Rosemarie Palmer | none received | | Amedee, Roy 504-592-3222 |
| 07-4581 | Kathy and Louis Frught versus Standard Fire Insurance Company | Frught, Kathy & Louis Frught | none received | | Starns, Remi 225-936-7819 |
| 07-4787 | Charles Gray and Sadie Gray versus Travelers Casualty and Surety Company | Gray, Charles & Sadie Gray #2 | none received | | Favret, Clarence 504-636-3280 |
| 07-6363 | Paul Volpe and Diane Volpe versus The Standard Fire Insurance Company, St. Paul's Travelers Insurance Company and The Travelers Indemnity Company | Volpe, Paul & Diane Volpe | none received | | Elliott, N. Frank 337-494-7171 |
| 07-6364 | Milton A. Caruso versus The Standard Fire Insurance Company, et al | Caruso, Milton | none received | | Elliott, N. Frank 337-494-7171 |