UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LUCILLE RICHARDSON** | * | |
| | * | |
| Plaintiff, | * | **CIVIL ACTION NO.: 07-7092** |
| | * | |
| **VERSUS** | * | **JUDGE:  Sect. "K"** |
| | * | |
| **ALLSTATE INSURANCE COMPANY** | * | **MAGISTRATE: "2"** |
| **AND ALLSTATE INDEMNITY** | * | |
| **COMPANY** | * | |
| | * | |
| **Defendant.** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO SUBSTITUTE**

**NOW INTO COURT,** through undersigned counsel, comes defendant, Allstate Insurance Company, who requests this Honorable Court allow undersigned to replace its previously filed Status Report (Doc. No. 14854 filed September 12, 2008) with the Status Report filed contemporaneously with this motion.

Wherefore, defendant, Allstate Insurance Company, prays that its motion to substitute be granted.

**RESPECTFULLY SUBMITTED:**

**THE SCHWAB LAW FIRM**

 **/s/ Danna E. Schwab**
**DANNA E. SCHWAB( #20367), T.A.**
**7847 MAIN STREET**
**P. O. BOX 7095**
**HOUMA, LOUISIANA 70361**
**TELEPHONE: (985) 868-1342**
**Attorney for Allstate Insurance Company**

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

  **/s/ Danna E. Schwab**
**DANNA E. SCHWAB**