# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHAWN L. HOLAHAN** | * | |
| | * | |
| **Plaintiff,** | * | **CIVIL ACTION NO.: 07-9348** |
| | * | |
| **VERSUS** | * | **JUDGE: "T"** |
| | * | |
| **ALLSTATE INSURANCE COMPANY,** | * | **MAGISTRATE: "2"** |
| | * | |
| | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER ON MOTION TO REMOVE AND REPLACE MEMORANDUM IN SUPPORT OF MOTION TO COMPEL

Let the Status Report (Doc. 14854 filed September 12, 2008) be removed and replaced with the Status Report filed contemporaneously with defendant's Motion to Substitute.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**JUDGE**