UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Gambino, 06-8636 | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER

I have received a letter dated September 12, 2008 from defense counsel with attached status report concerning several cases, including the referenced Gambino case, which has been separately filed in the record of both C.A. No. 06-8636 and C.A. No. 05-4182. The letter is deemed the response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts. Having reviewed this report and the record, it appears that settlement is not attainable in the short term and that further proceedings are required. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Gambino case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution

TRANSFERRED TO

SECT. R    SEP 1 5 2008

independently. The Clerk is hereby **DIRECTED** to docket a <u>copy</u> of this order and henceforth all future filings in C.A. No. 06-8636 on the docket of C.A. No. 06-8636, and <u>not</u> on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it back to Section "R", where it was previously allotted before its transfer to this consolidated litigation, for future proceedings in Section "R" (2).

New Orleans, Louisiana, this ___15th___ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
HON. STANWOOD R. DUVAL, JR.
HON. SARAH S. VANCE