UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                          CIVIL ACTION
CONSOLIDATED LITIGATION
                                                       NO. 05-4182 "K"(2)

PERTAINS TO:  INSURANCE, <u>Deane</u>, 07-2820           JUDGE DUVAL
                                                       MAG.WILKINSON

<u>**ORDER**</u>

I have received a letter dated September 12, 2008 from defense counsel with attached status report concerning several cases, including the referenced <u>Deane</u> case, which has been separately filed in the record of both C.A. No. 07-2820 and C.A. No. 05-4182.  The letter is deemed the response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts.  Having reviewed this report and the record, it appears that settlement is not attainable in the short term and that further proceedings are required.  Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced <u>Deane</u> case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution

independently. The Clerk is hereby **DIRECTED** to docket a <u>copy</u> of this order and henceforth all future filings in C.A. No. 07-2820 "K" (2) on the docket of C.A. No. 07-2820 "K" (2), and <u>not</u> on the docket of C.A. No. 05-4182.

New Orleans, Louisiana, this ____15th____ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

<u>CLERK TO NOTIFY</u>:
**HON. STANWOOD R. DUVAL, JR.**

2