UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION

                                                  NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE, <u>Jones</u>, 07-3851         JUDGE DUVAL
                                                  MAG.WILKINSON

## ORDER

I have received a letter dated September 12, 2008 from defense counsel with attached status report concerning several cases, including the referenced <u>Jones</u> case, which has been separately filed in the record of both C.A. No. 07-3851 and C.A. No. 05-4182. The letter is deemed the response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts. Having reviewed this report and the record, it appears that settlement is not attainable in the short term and that further proceedings are required. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced <u>Jones</u> case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution

REALLOTTED TO

SECT. I MAG. 3

SEP 1 5 2008

independently. The Clerk is hereby **DIRECTED** to docket a <u>copy</u> of this order and henceforth all future filings in C.A. No. 07-3851 on the docket of C.A. No. and 07-3851, <u>not</u> on the docket of C.A. No. 05-4182.

      **IT IS FURTHER ORDERED** that the Clerk randomly REALLOT this case to <u>both</u> a district judge section and a magistrate judge section for future proceedings.

New Orleans, Louisiana, this _____15th_____ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**<u>CLERK TO NOTIFY:</u>**
**HON. STANWOOD R. DUVAL, JR.**

2