MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 15, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Niles, 07-4894 | JUDGE DUVAL<br>MAG. WILKINSON |

  Based on the written reports received from counsel at the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, both of which have been separately filed in the record, I conducted a conference via telephone on this date. Participating were John Redmann, counsel for plaintiff, and Michael Breinin, counsel for defendant. During the conference, counsel jointly advised the court that a settlement has been confirmed in the referenced Niles case. By copy of this minute entry, Judge Duval is advised so that he may enter an appropriate 60-day conditional dismissal order in the referenced Niles case only.

        New Orleans, Louisiana, this   15th   day of September, 2008.

                     JOSEPH C. WILKINSON, JR
CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.      UNITED STATES MAGISTRATE JUDGE

MJSTAR:  0 : 10