UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES           CIVIL ACTION
CONSOLIDATED LITIGATION
                                        NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE, Volpe, 07-6363  JUDGE DUVAL
                                        MAG. WILKINSON

### ORDER

I have received a letter dated September 12, 2008 from defense counsel with attached status report concerning several cases, including the referenced Volpe case, which has been separately filed in the record of both C.A. No. 07-6363 and C.A. No. 05-4182. The letter is deemed the response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts. Having reviewed this report and the record, it appears that settlement is not attainable in the short term and that further proceedings are required. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Volpe case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution

TRANSFERRED TO

SECT. I

SEP 15 2008 

independently. The Clerk is hereby **DIRECTED** to docket a <u>copy</u> of this order and henceforth all future filings in C.A. No. 07-6363 on the docket of C.A. No. 07-6363, and <u>not</u> on the docket of C.A. No. 05-4182.

    **IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it back to Section "I", where it was previously allotted before its transfer to this consolidated litigation, for future proceedings in Section "I" (2).

    New Orleans, Louisiana, this \_\_\_15th\_\_\_ day of September, 2008.

                                        JOSEPH C. WILKINSON, JR.
                                        UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY**:
**HON. STANWOOD R. DUVAL, JR.**
**HON. LANCE M. AFRICK**