UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WENDY AND BERT ST. ROMAIN, JR., | * | |
| | * | |
| PLAINTIFFS, | * | CIVIL ACTION NO. 08-1307 |
| | * | |
| VERSUS | * | JUDGE BARBIER |
| | * | |
| ALLSTATE INSURANCE COMPANY, | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| DEFENDANT | * | |
| | * | SECT. J, MAG. 3 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### EXPARTE MOTION TO CONTINUE HEARING ON ALLSTATE'S MOTION TO STRIKE REPORT AND TESTIMONY OF KENNETH SAVAGE

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Defendant, Allstate Insurance Company ("Allstate") files this Motion to Continue Hearing on its Motion to Strike Report and Testimony of Kenneth Savage ("Motion") originally set for September 17th at 9:30 a.m. for the following reasons:

1. Allstate issued a homeowner's policy to the plaintiffs under which they filed suit to recover alleged unpaid funds for their residence stemming from Hurricane Katrina.

2. Allstate's hearing was originally set for September 17, 2008 at 9:30 a.m. and due to complications with Hurricane Ike, the defendants are unable to attend the hearing on that date.

3. Therefore, Allstate seeks a continuance on its Motion to October 1, 2008 at 9:30 a.m.

4. This Motion is not made for the purposes of delay, but so that Allstate will have an opportunity to prepare and attend the hearing on its Motion. .

5. Allstate consulted plaintiff's counsel on September 15, 2008 and they indicated there was no opposition.

Respectfully submitted

/s/ Arthur J. Lentini

Arthur J. Lentini, APLC (#8520)
6620 Riverside Drive, Suite 312
Metairie, Louisiana 70003
Telephone: (504) 780-8700

**OF COUNSEL:**
Stephen H. Lee
J.B. (Trey) Henderson, III
**DOYLE, RESTREPO, HARVIN & ROBBINS, LLP**
6660 Riverside Drive, Suite 212
Metairie, Louisiana 70003
Telephone: (504) 456-5809
600 Travis, Suite 4700
Houston, Texas 77002
Telephone (713) 228-5100

**ATTORNEYS FOR ALLSTATE INSURANCE COMPANY**

## CERTIFICATE OF SERVCIE

I hereby certify that a copy of the above and foregoing document has been served upon all counsel of record by electronic filing, this 15th day of September, 2008

/s/ Arthur J. Lentini
_____