UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WENDY AND BERT ST. ROMAIN, JR., | * | |
| | * | |
| PLAINTIFFS, | * | CIVIL ACTION NO. 08-1307 |
| | * | |
| | * | |
| VERSUS | * | JUDGE BARBIER |
| | * | |
| ALLSTATE INSURANCE COMPANY, | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| DEFENDANT | * | |
| | * | SECT.  J, MAG. 3 |

*********************************************

## ORDER GRANTING EXPARTE MOTION TO CONTINUE HEARING ON ALLSTATE'S MOTION TO STRIKE REPORT AND TESTIMONY OF KENNETH SAVAGE

On this day came on to be heard Allstate's Exparte Motion to Continue Hearing on their Motion to Strike Report and Testimony of Kenneth Savage, and after reviewing the same, the Court is of the opinion that the Motion should be granted and the Hearing on Allstate's Motion has been continued and is re-set for October 1, 2008 at 9:30 a.m.

**ORDERED** that Allstate's hearing on their Motion to Strike Report and Testimony of Kenneth Savage is re-set for October 1, 2008

SIGNED on this _____ day of _____, 2008

_____
PRESIDING JUDGE