**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
A LAW CORPORATION
SUITE 2775, PAN AMERICAN LIFE CENTER
601 POYDRAS STREET
NEW ORLEANS, LA 70130-6027

LaDonna G. Wilson
Tel: (504) 568-1990
Fax: (504) 310-9195

e-mail:
lwilson@lawla.com

September 12, 2008

<u>**VIA FACSIMILE AND U.S. MAIL**</u>
Magistrate Joseph C. Wilkinson, Jr.
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room B409
New Orleans, LA 70130

RECEIVED SEP 12 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

Re:  Yvonne A. Blount et al v.
The Hanover Insurance Group
USDC, Eastern District of Louisiana, R-1
Our File No. 00572-06646

Dear Magistrate Wilkinson:

Pursuant to the Court's post-*Sher* insurance umbrella Case Management Order, Plaintiff forwarded a settlement demand as well as supporting documentation on July 14, 2008. Undersigned counsel forwarded this information along with Plaintiff's documentation to Hanover. Following a review of the demand and supporting documentation, Hanover made a settlement offer based on the information provided.

While Plaintiff and Hanover have not reached a settlement, Hanover believes that a settlement conference would be beneficial in resolving this matter. Accordingly, Hanover requests this matter remain under the insurance umbrella and requests a settlement conference to assist the parties in resolution of this matter.

Please feel free to contact me if you wish to discuss this matter further.

Very truly yours,

LaDonna G. Wilson

LGW/sg