# NICAUD & SUNSERI, L.L.C.
A Group of Professional Law Corporations
3000 18th Street
Metairie, Louisiana 70002

*Albert J. Nicaud\**
*J. Douglas Sunseri\**
*Svetlana "Lana" Crouch*
*Timothy P. Farrelly*
*Kristin J. Milano*
*Edward C. Vocke, IV*
*Peter J. Perez, Jr.*
*(\*A Professional Law Corporation)*

*Telephone (504) 837-1304*
*Facsimile (504) 833-2843*

September 15, 2008

**VIA FAX ONLY 310-1501**
Magistrate Judge Joseph Wilkinson

RE:   Joyce Stall v. Scottsdale Insurance Company
      USDC #: 07-1233 "J" (5)
      Our file #: 8002-06-1932

Dear Magistrate Wilkinson:

Please be advised the above-referenced case has been settled this morning by the parties. Accordingly, please remove this case from any further docket proceedings.

Thank you for your attention to this matter.

Sincerely,

Edward C. Vocke, IV

ECV/eah

cc:   Cynthia Thomas (VIA FAX: 985-674-6681)