UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO: 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Bloom, 07-6488 | * * | JUDGE DUVAL<br>MAG. WILKINSON |

*********************************************************************

**MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD AND TO DESIGNATE AS TRIAL ATTORNEY**

**NOW INTO COURT**, through undersigned counsel, comes defendant, State Farm Fire and Casualty Company, and moves this Honorable Court for an order adding David A. Strauss, Louisiana Bar #24665, of the law firm of King, Krebs & Jurgens as additional counsel of record and to designate as trial attorney for defendant, State Farm Fire and Casualty Company. In support of this motion, the undersigned submits that Mr. David A. Strauss is duly licensed to practice law in the State of Louisiana and is a partner with the law firm of King, Krebs & Jurgens, P.L.L.C.

Respectfully submitted,

/s/ Lindsay A. Larson
LINDSAY A. LARSON III (T.A.) #08053
DAVID A. STRAUSS #24665
SARAH SHANNAHAN MONSOUR # 30957
KING, KREBS & JURGENS, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile: (504) 582-1233
llarson@kingkrebs.com
dstrauss@kingkrebs.com
smonsour@kingkrebs.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

/s/ Lindsay A. Larson
LINDSAY A. LARSON