# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO: 05-4182 "K"(2) |
| | * | |
| PERTAINS TO: INSURANCE, Bloom, 07-6488 | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |

*************************************************************************

### ORDER

Considering the foregoing motion;

**IT IS HEREBY ORDERED** that David A. Strauss of King, Krebs & Jurgens be added as additional counsel of record and designated as trial attorney for defendant, State Farm Fire and Casualty Company.

New Orleans, Louisiana, on this _____ day of _____, 2008.

_____
**UNITED STATES DISTRICT JUDGE**