# MUSGRAVE, MCLACHLAN & PENN, L.L.C.
### ATTORNEYS AT LAW

1515 POYDRAS STREET, SUITE 2380
NEW ORLEANS, LOUISIANA 70112
TELEPHONE (504) 799-4300
FACSIMILE (504) 799-4301

R. TODD MUSGRAVE
E-MAIL: rtm@mmpfirm.com

**Baton Rouge Office**

153 THIRD STREET
BATON ROUGE, LA 70801
TELEPHONE (225) 382-3931
FACSIMILE (225) 377-7641

September 12, 2008

U.S. District Court
Eastern District of Louisiana
Magistrate Judge Wilkinson
500 Poydras Street, Rm B409
New Orleans, LA 70130

RE: Our File No. 40411
Russell & Diane Tardo, et al vs.
Western World Insurance Company, et al
USDC, Eastern District, Case No. 05-4182, Sec. "K"(2)
In re: *Tardo* C.A. No. 08-1167, 08-1168

Dear Magistrate Judge Wilkinson:

The purpose of this letter is to advise on the likelihood of settlement of the above captioned matters, in accordance with this Court's Post-Sher Insurance Umbrella Case Management Order. This firm represents Western World Insurance Company in these matters.

At this time, there has not been substantial progress in settlement negotiations as the parties are still far apart on the value of the case, however, negotiations are ongoing. We have conferred with counsel for the plaintiffs on numerous occasions regarding this case and I feel that we have established an open line of communication, however, based on the estimates and settlement demands received from plaintiff's counsel, I do not feel that this case presents a strong likelihood of settlement at this time.

Cordially,

R. Todd Musgrave

RTM/bjc

cc: Stuart T. Barasch, Esq.