# CHEHARDY, SHERMAN, ELLIS, MURRAY, RECILE, GRIFFITH, STAKELUM & HAYES, L.L.P.

ATTORNEYS AT LAW

LAWRENCE E. CHEHARDY*
DAVID R. SHERMAN*†°
MICHAEL H. ELLIS*
JULIAN R. MURRAY, JR.*
GEORGE B. RECILE*
JACQUELINE G. GRIFFITH*
P. J. STAKELUM III*
STEVEN E. HAYES †
ROBERT G. STASSI
ALVIN A. LEBLANC, JR.*
STEPHEN D. MARX
MICHAEL H. RASCH*
JAMES M. FANTACI ¥
JACQUELINE H. BLANKENSHIP *

SUITE 1100
ONE GALLERIA BOULEVARD
METAIRIE, LOUISIANA 70001
TELEPHONE: (504) 833-5600
FAX: (504) 833-8080

MAILING ADDRESS: POST OFFICE BOX 931
METAIRIE, LOUISIANA 70004-0931
E-Mail: pjs@chchardy.com
Direct Line: (504) 830-4155

DON M. RICHARD
ELLEN S. FANTACI«
CHARLES O. TAYLOR
CARL L. ASPELUND
PAOLA PAOLI CORRADA
PRESTON L. HAYES

OF COUNSEL:
PATRICIA E. PANNELL*‡
PAULA PERRONE

*PROFESSIONAL CORPORATION
† BOARD CERTIFIED TAX ATTORNEY
°LL.M. IN TAXATION
«LL.M. IN HEALTH LAW
‡ALSO ADMITTED IN SOUTH CAROLINA
¥ALSO ADMITTED IN VIRGINIA

September 12, 2008

**VIA FAX & U.S. MAIL:**

Honorable Joseph C. Wilkinson, Jr.
U.S. District Court
Eastern District of Louisiana
500 Poydras Street, Room B409
New Orleans, LA 70130

RE: Associated Hospital Services, Inc. adv.
American Zurich Insurance Company
United States District Court, Eastern District of Louisiana
Civil Action No. 07-5764; Sect. J; Mag. 3
Our File No.: 24326.003

Dear Judge Wilkinson:

I am submitting this letter pursuant to a provision in the case management order which requires that we advise you by today as to the prospects for settlement. I have spoken with Rich King, counsel for the defendant insurer, and here is what we have come up with:

Rich and I have exchanged settlement offers. We are still considerably far apart. However, Rich's latest offer, while unlikely to be accepted by my client, does not involve an insignificant sum of money. We cannot offer any assurances that the case will, in fact, be settled, but believe that there is at least a reasonable possibility that the parties may be able to resolve their differences prior to trial.

With kind regards, I am

Very truly yours,

P J STAKELUM III
For the Firm

CHEHARDY, SHERMAN, ELLIS, MURRAY, RECILE, GRIFFITH, STAKELUM & HAYES, L.L.P.

Honorable Joseph C. Wilkinson, Jr.
September 12, 2008

Page 2

PJS:tn
cc:　Mr. Richard E. King
　　　Ms. Jennifer Elsensohn
　　　Mr. Matthew J. Lindsay

I:\Associated Hospital Services, Inc\Letters\Judge Wilkinson.wpd