UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES　　　　　　　CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE　　　　　　　　　　　JUDGE DUVAL
Associated Hospital Services, Inc., 07-5764　　　MAG. WILKINSON

### ORDER

I have received a letter dated September 12, 2008 from plaintiff's counsel in the referenced Associated Hospital Services case, which has been separately filed in the record of both C.A. No. 07-5764 and C.A. No. 05-4182. The letter is deemed the response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts. Having reviewed this report and the record, it appears that settlement is not attainable in the short term and that further proceedings are required. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Associated Hospital Services case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and

TRANSFERRED TO

SEP 16 2008

SECT. J MAG. 3

henceforth all future filings in C.A. No. 07-5764 on the docket of C.A. No. 07-5764, and not on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it back to Section "J" (3), where it was previously allotted before its transfer to this consolidated litigation, for future proceedings in Section "J" (3).

New Orleans, Louisiana, this \_\_\_\_15th\_\_\_\_ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
HON. STANWOOD R. DUVAL, JR.
HON. CARL J. BARBIER