UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL | * | CIVIL ACTION NO. 05-4182 |
| BREACHES CONSOLIDATED LITIGATION | * | "K" (2) |
| | * | |
| PERTAINS TO INSURANCE: 07-1818 | * | JUDGE DUVAL |
| PLAINTIFF(S): MICHAEL PIAZZA | * | |
| | * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## STIPULATED ORDER OF DISMISSAL, PURSUANT TO F.R.C.P. 41(a)(1)(ii)

**IT IS STIPULATED,** by all parties to this action that:

I.

All claims presented by plaintiff in Civil Action No. 07-1818 shall be dismissed with prejudice as to all parties pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

II.

Each party shall bear his or its own costs and attorney's fees.

III.

The parties agree that plaintiff reserves all of his rights to proceed in any other lawsuit which he has filed against State Farm Fire and Casualty Company, through other counsel, with respect to the damages which were at issue in the above-captioned matter.

Respectfully Submitted:

**ROBICHAUX LAW FIRM**

BY: _____
**J. VAN ROBICHAUX, JR., #11338**
**BRIAN PAGE, #30941**
P.O. Box 792500
6305 Elysian Fields Avenue, Suite 406
New Orleans, LA 70122
Telephone: (504) 286-2022
Facsimile: (504) 286-2044
Counsel for Plaintiff,
**Michael Piazza**

Respectfully Submitted:

**HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.**

BY: _____
**DAVID K. PERSONS, #2046**
**DANIEL R. HYNES, # 07142**
One Galleria Blvd.-Suite 1400
Metairie, Louisiana 70001
Telephone: (504) 836-6500
Facsimile: (504) 836-6565
Counsel for Defendant,
**State Farm Fire & Casualty Company**

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 16TH day of September, 2008, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record:

_____
**DAVID K. PERSONS**