UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL<br>BREACHES CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION NO. 05-4182 <br> "K" (2) |
| PERTAINS TO INSURANCE: 07-1818<br>PLAINTIFF(S): MICHAEL PIAZZA | * <br> * <br> * | JUDGE DUVAL <br><br> MAGISTRATE WILKINSON |

## ORDER

Considering the foregoing Rule 41(a) Stipulation of Voluntary Dismissal, **IT IS ORDERED** that the above-entitled and numbered case be and hereby is dismissed with prejudice, each party to bear his or its own costs. It is further **ORDERED** that plaintiff reserves all of his rights to proceed in any other lawsuit which he has filed against State Farm Fire and Casualty Company, through other counsel, with respect to the damages which were at issue in the above-captioned matter.

New Orleans, Louisiana this _____ day of _____, 2008.

_____
**UNITED STATES DISTRICT JUDGE**

DKP Library:1659-62980-DKP/rjp6070