UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATION LITIGATION | * | |
| | * | JUDGE:  STANWOOD R. DUVAL, JR. |
| PERTAINS TO INSURANCE: | * | |
| FILED IN: 07-0245-SRD-JCW | * | MAG.: JOSEPH C.WILKINSON, III |
| | * | |
| JEAN GARRETT MICHEL, | * | |
| versus | * | |
| STATE FARM FIRE AND CASUALTY | * | |
| INSURANCE COMPANY and | * | |
| LOUIS LANZA, | * | |

*************************************************************************

## JOINT MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel of record, comes Plaintiff, JEAN GARRETT MICHEL, and Defendants, STATE FARM FIRE AND CASUALTY COMPANY ("State Farm"), in its capacity as a WYO Program carrier only, and LOUIS LANZA, who each and all do hereby stipulate and agree that this matter has been amicably resolved as to State Farm, in its capacity as a WYO Program carrier only, and Louis Lanza, and that Defendants, State Farm and Louis Lanza should be dismissed, with prejudice, with each party to bear its own costs and expenses.  Plaintiff reserves all rights against State Farm Fire and Casualty Company as the homeowners insurer only.

WHEREFORE, said parties pray that this Court issue an order dismissing both State Farm, in its capacity as a WYO Program carrier only, and Louis Lanza from the above

1

referenced case, with prejudice, and with each party to bear its own costs and expenses. Plaintiff reserves all rights against State Farm Fire and Casualty Company as the homeowners insurer only.

**SUBMITTED AND APPROVED:**

**NIELSEN LAW FIRM, LLC**

*/s/ Joseph J. Aguda, Jr.*
GERALD J. NIELSEN, #17078
JOSEPH J. AGUDA, JR., #27762
3838 N. Causeway Blvd., Suite 2850
Metairie, Louisiana 70002
P: (504) 837-2500; F: (504) 832-9165
Counsel for Defendants,
State Farm Fire and Casualty Company and Louis Lanza

- AND -

*/s/ Wayne E. Garrett*
J. Browne Larose, III #8047
Wayne E. Garrett, #5947
635 North Carrollton Avenue
New Orleans, Louisiana 70119
P: (504) 486-0191
Counsel for Plaintiff, Jean Garrett Michel

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of September, 2008 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Adrianne L. Baumgartner
    Porteous, Hainkel & Johnson, LLP
    Counsel for State Farm Fire and Casualty Company
    (In its capacity as homeowner carrier)

                              */s/ Joseph J. Aguda, Jr.*
                              Joseph J. Aguda, Jr.