ALBERT J. DERBES, III\*¹
ALBERT J. DERBES, IV¹
ERIC J. DERBES¹ ²
WILBUR J. "BILL" BABIN, JR.
BEAU P. SAGONA\*\*

MELANIE M. MULCAHY
FREDERICK L. BUNOL

\*BOARD CERTIFIED TAX ATTORNEY
\*\*BOARD CERTIFIED ESTATE PLANNING
 AND ADMINISTRATION SPECIALIST
¹ ALSO ADMITTED IN TEXAS
² ALSO ADMITTED IN WISCONSIN

# THE DERBES LAW FIRM, L.L.C.

ATTORNEYS AT LAW
NOTARIES PUBLIC

MAILING ADDRESS:
P.O. Box 8176
METAIRIE, LOUISIANA 70011-8176

PHYSICAL ADDRESS:
3027 RIDGELAKE DRIVE
METAIRIE, LOUISIANA 70002

TELEPHONE: 504-837-1230
FACSIMILE:  504-837-2214

www.derbeslaw.com
Email: fbunol@derbeslaw.com
Personal Fax: 504-832-0327

SEPTEMBER 11, 2008

**Via Facsimile (504) 589-7633**

Magistrate Joseph C. Wilkinson, Jr.
500 Poydras Street
Room B409
New Orleans, LA 70130

Re:   *Juanita Smith v. Fidelity National Insurance Company, et al.*
      USDC, Eastern District Case No. 06-4945, Sect. C, Mag. 1
      Our File No. 1131-6

Dear Judge Wilkinson:

On July 17, 2007, the Court dismissed all claims Plaintiff had against Hanover Insurance Company, except those claims arising out of Hurricane Katrina levee-breach related flooding. Subsequent to that Order, the 5th Circuit Court of Appeals ruled that Hurricane Katrina levee-breach related flooding was not a covered cause of loss under the Hanover Homeowners Insurance Policy that was issued to the Plaintiff.

There being no further claims to prosecute against Hanover Insurance Company or any other defendant in this case, Plaintiff hereby requests that you dismiss, with prejudice, the above captioned proceeding.

Please feel free to contact me if you have any questions.

Very truly yours,

Frederick L. Bunol

cc:   Seth Schmeadly via facsimile (504) 310-9195
      Juanita Smith