UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Gray, 07-3419 | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER

I have received a letter dated September 10, 2008 from Raymon G. Jones, counsel in the referenced Gray case, which has been separately filed in the record of both C.A. No. 07-3419 and C.A. No. 05-4182. The letter is deemed the response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts. Having reviewed this report and the record, it appears that settlement is not attainable in the short term and that further proceedings are required. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Gray case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and

REALLOTTED TO   SEP 1 6 2008

SECT.R MAG3   

henceforth all future filings in C.A. No. 07-3419 on the docket of C.A. No. 07-3419, and <u>not</u> on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk randomly REALLOT this case to <u>both</u> a district judge section and a magistrate judge section for future proceedings.

New Orleans, Louisiana, this ___15th___ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**<u>CLERK TO NOTIFY</u>:**
**HON. STANWOOD R. DUVAL, JR.**