UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                 NO. 05-4182 "K"(2)

PERTAINS TO:  INSURANCE, Creighton, 07-3411      JUDGE DUVAL
                                                 MAG. WILKINSON

### ORDER

I have received a letter dated September 11, 2008 from Raymon G. Jones, counsel in the referenced Creighton case, which has been separately filed in the record of both C.A. No. 07-3411 and C.A. No. 05-4182.  The letter is deemed the response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts.  Having reviewed this report and the record, it appears that settlement is not attainable in the short term and that further proceedings are required.  Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Creighton case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and

**REALLOTTED TO**
**SECT. N MAG 1**   SEP 1 6 2008

henceforth all future filings in C.A. No. 07-3411 on the docket of C.A. No. 07-3411, and <u>not</u>

on the docket of C.A. No. 05-4182.

      **IT IS FURTHER ORDERED** that the Clerk randomly REALLOT this case to <u>both</u>

a district judge section and a magistrate judge section for future proceedings.

New Orleans, Louisiana, this _____15th_____ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**<u>CLERK TO NOTIFY</u>:**
**HON. STANWOOD R. DUVAL, JR.**