# GIEGER, LABORDE & LAPEROUSE, L.L.C.

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800
TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

HOUSTON OFFICE:
SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027
TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

ERNEST P. GIEGER, JR.[1,2]
KENNETH H. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1]
ROBERT I. SIEGEL[1,2]
ANDREW A. BRAUN[1,2]
LEO R. McALOON III[1,5]
JOHN E. W. BAAY II[1,2,3]
ANDREW M. ADAMS[1,2]
MARGARET L. SUNKEL[1]

BRENDAN P. DOHERTY
DANIEL G. RAUH
COLETTE A. SALTER
RACHEL G. WEBRE
JASON D. BONE[3,4]
WILLIAM A. BAROUSSE
KRYSTENA L. HARPER
DAVID B. WILSON
AMANDA B. RIZZO
MICHAEL D. CANGELOSI

TARA E. CLEMENT
KELLEY W. STRAIN
CARSON W. STRICKLAND
WILLIAM F. HANNES, JR.[5]
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE[2]
ERIC C. WALTON
MARK T. MAHFOUZ
MICHAEL E. HILL
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
ALISTAIR M. WARD

[1] LAW CORPORATION
[2] ALSO ADMITTED IN TEXAS
[3] ALSO ADMITTED IN MISSISSIPPI
[4] ALSO ADMITTED IN FLORIDA
[5] ONLY ADMITTED IN TEXAS

September 12, 2008

Writer's E-Mail Address:
EWALTON@GLLLAW.COM

The Honorable Joseph C. Wilkinson, Jr.   **Via facsimile: 504-589-7633**
United States District Court
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, #B409
New Orleans, LA 70130

*file in both cases* /s/

RECEIVED
SEP 15 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

Re:   *In Re: Katrina Canal Breaches Consolidated Litigation*
      USDC, E.D. No. 05-4182, Sect. "K" Mag. 2
      Pertains to Insurance: Ellzey 07-1849 K(2)
      Our File No.: 0095-21-7

Dear Judge Wilkinson:

Pursuant to Judge Duval's Post-Sher Insurance Umbrella Case Management Order [Doc. 13521], by this correspondence undersigned counsel for Lexington in the above-referenced matter is advising that Lexington has not received a settlement demand from the plaintiff and thus at this time, this case does not present a strong likelihood of settlement without the intervention of the Court.

With kind regards, I am

Very Truly Yours,

*/s/ Eric C. Walton*

ERIC C. WALTON

ECW/lcw