# MURPHY, ROGERS, SLOSS & GAMBEL

A PROFESSIONAL LAW CORPORATION

ONE SHELL SQUARE
701 POYDRAS STREET
SUITE 400
NEW ORLEANS, LOUISIANA 70139
TELEPHONE (504) 523-0400
FACSIMILE (504) 523-5574

200 WEST THOMAS STREET
HAMMOND, LOUISIANA 70401
TELEPHONE (985) 340-2007
FACSIMILE (985) 340-2005

EMAIL FIRM@MRSNOLA.COM

ROBERT H. MURPHY
E. CARROLL ROGERS
PETER B. SLOSS
CARY J. GAMBEL
PETER B. TOMPKINS
CHARLES L. WHITED, JR.
JOHN H. MUSSER, V
RONALD J. WHITE
MOLLY B. HALLORAN
JEFFREY A. RAINES
EMILY STEVENS HARDIN
MARK T. MAHFOUZ
DONALD R. WING
ESTHER A. REDMANN
STEPHEN S. KRELLER
LEAH R. RHODES

OF COUNSEL
SCOTT E. OLIPHANT

12 September 2008

**Via Fax**
The Honorable Judge Joseph C. Wilkinson
500 Poydras Street, B-409
New Orleans, LA 70130

Re: Lundy Enterprises v. Wausau Insurance et al
C.A. No. 05-4182 "K" (2), Lundy 06-3509
United States District Court, Eastern District of La.
MRS&G Ref: 1572/3099

Dear Judge Wilkinson:

Pursuant to the court's Post-*Sher* Insurance Umbrella Case Management Order (Rec. Doc. 13521), the parties in the captioned case have conferred and wish to advise that they do not believe there is a strong likelihood of settlement in this case. Although plaintiff made the settlement demand required by that order, both defendants' counsel have responded that they have no settlement authority to offer in response. Nevertheless, the plaintiffs believe a settlement conference with the court would be worthwhile.

Please do not hesitate to contact the undersigned if you have any comments or questions. In the interim, with best regards, we remain

Very truly yours,

MURPHY, ROGERS, SLOSS & GAMBEL

Peter B. Sloss
Robert H. Murphy
Gary J. Gambel

The Honorable Joseph C. Wilkinson
12 September 2008
Page 2

PBS/ers
cc:   Lawrence J. Duplass
      Judy Barasso
      Bailey Smith