UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE, Kavanagh, 06-11384 | JUDGE DUVAL<br>MAG. WILKINSON |

**ORDER**

I have received a letter dated September 12, 2008 from defense counsel in the referenced Kavanagh case, which has been separately filed in the record of both C.A. No. 06-11384 and C.A. No. 05-4182. In response to the letter, I conducted a telephone conference on this date. Participating were: David Kavanagh, representing plaintiff; and William Barousse, representing defendant. Counsel are actively engaged in ongoing settlement discussions. Accordingly, further action in the referenced Kavanagh case will be DEFERRED for two (2) weeks pending the outcome of these discussions. Counsel must contact me by telephone on **September 30, 2008 at 10:30 a.m.** to advise me of the status of settlement in the Kavanagh case, so that I may determine whether deconsolidation for purposes of setting a trial schedule will then be appropriate.

New Orleans, Louisiana, this ___16th___ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**