UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION
                                        NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE (Lundy, 06-3509)          JUDGE DUVAL
                                        MAG.WILKINSON

## ORDER

I have received a letter dated September 12, 2008 from plaintiff's counsel in the referenced Lundy case, which has been separately filed in the record of both C.A. No. 06-3509 and C.A. No. 05-4182. The letter is deemed the response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts. Having reviewed this report and the record, it appears that settlement is not attainable in the short term and that further proceedings are required. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Lundy case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a <u>copy</u> of this order and

**TRANSFERRED TO**
**SECT. S MAG 1**

SEP 16 2008



henceforth all future filings in C.A. No. 06-3509 on the docket of C.A. No. 06-3509, and not on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it back to Section "S" (1), where it was previously allotted before its transfer to this consolidated litigation, for future proceedings in Section "S" (1). Judge Lemmon is hereby advised that a scheduling order concerning the completion of discovery was previously set in this case, so that it appears that only a final pretrial conference, trial date and deadline for filing of motions need now be set.

If all parties "believe a settlement conference with the court would be worthwhile," as stated in the letter, they may request that the assigned magistrate judge to whom the case is being reallotted schedule one, at her discretion, on her calendar.

New Orleans, Louisiana, this ____15th____ day of September, 2008.

JOSEPH C. WILKINSON, JR.

**CLERK TO NOTIFY:**
HON. STANWOOD R. DUVAL, JR.
HON. MARY ANN VIAL LEMMON
HON. SALLY SHUSHAN

2