UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2) |
| PERTAINS TO: MR-GO | |

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM
IN SUPPORT OF MOTION TO INTERVENE
<u>IN MR-GO MASTER CONSOLIDATED CLASS ACTION</u>**

NOW INTO COURT, through undersigned counsel, comes **Entergy New Orleans, Inc., Entergy Louisiana, L.L.C., Entergy Services, Inc., Entergy Corporation,** and **Hartford Steam Boiler Inspection and Insurance Company** (together "Applicants"), which respectfully move for leave to file the attached Reply Memorandum in Support of their Motion to Intervene. Applicants' Motion to Intervene is set for hearing on Wednesday, September 17, 2008, at 11 a.m.   Defendant Washington Group International, Inc. has

2

requested oral argument on the Motion. In support of this Motion for Leave to File Reply Memorandum, Applicants represent:

1.

Defendant United States filed a response in opposition to Applicants' Motion to Intervene on September 9, 2008.

2.

Defendant Washington Group International, Inc. filed a response to Applicants Motion to Intervene on September 12, 2008, an extended deadline agreed to by the parties following Hurricane Gustav.

3.

Applicants desire to submit this reply to the assertions made in Defendants' Oppositions to Applicants' Motion to Intervene.

4.

Applicants' Reply Memorandum briefly responds to Defendants' arguments; it does not raise any new issues. Accordingly, the filing of this reply should not result in any delay of the matter.

WHEREFORE, for the foregoing reasons, Applicants request that this Court grant leave to file the attached Reply Memorandum.

Respectfully submitted on September __16__, 2008,

> Ewell E. Eagan Jr. (La. Bar No. 5239), T.A.
> A. Gregory Grimsal (La. Bar No. 6332)
> Wendy Hickok Robinson (La. Bar No. 25225)
> Gordon, Arata, McCollam,
>   Duplantis & Eagan, L.L.P.
> 201 St. Charles Avenue, 40th Floor
> New Orleans, Louisiana  70170-4000
>         Telephone: (504) 582-1111
>         Fax: (504) 582-1121
>
> By:_____/s/Wendy Hickok Robinson_____
>
> and
>
> O.H. Storey (Arkansas Bar No. 69078)
> Marcus V. Brown (La. Bar No. 18817)
> Leila A. D'Aquin (La. Bar No. 18884)
> Entergy Services, Inc.
> 639 Loyola Avenue, Suite 2600
> New Orleans, LA  70113
> Tel:  504-576-2765
>
> Attorneys for Plaintiffs, Entergy New Orleans, Inc., Entergy Louisiana, L.L.C., Entergy Services, Inc., and Entergy Corporation
>
> Elisa T. Gilbert (ETG 5713), T.A.
> Brendan R. O'Brien (BO 9033)
> The Gilbert Firm, LLC
> 325 East 57th
> New York, NY 10022
>
> and

>Ernest E. Svenson (La. Bar No. 17164)
>The Svenson Law firm, LLC
>432 Henry Clay Avenue
>New Orleans, LA 70118-5724
>Tel: 504-208-5199
>
>Attorneys for Hartford Steam Boiler Inspection and Insurance Company

C E R T I F I C A T E

I hereby certify that on this ___16th___ day of September, 2008, I electronically filed the foregoing MOTION FOR LEAVE TO FILE REPLY MEMORANDUM and REPLY MEMORANDUM IN SUPPORT OF MOTION TO INTERVENE with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.  I further certify that I mailed the foregoing documents and the notice of electronic filing by first-class mail, postage prepaid to all non-CM/ECF participants.

>_____/s/Wendy Hickok Robinson_____