UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2) |

PERTAINS TO: MR-GO

___

## <u>O R D E R</u>

Considering the foregoing Motion for Leave to File Reply Memorandum in Support of Motion to Intervene,

IT IS ORDERED that the Motion for Leave is GRANTED.

IT IS FURTHER ORDERED that the Clerk file the attached Reply Memorandum into the Court record.

New Orleans, Louisiana, this ___ day of _____, 2008.

_____
United States District Judge