# BARRASSO·USDIN·KUPPERMAN
# FREEMAN & SARVER, L.L.C.
## -COUNSELLORS AT LAW-

**Susan M. Rogge**
Direct Dial: (504) 589-9722
E-Mail: srogge@barrassousdin.com

Our File Number

14,528

September 12, 2008

**VIA U.S. MAIL & HAND DELIVERY**

Honorable Magistrate Joseph C. Wilkinson, Jr.
500 Poydras Street
Room B409
New Orleans, LA 70130

      Re:    *Debra Cloud v. Allstate Insurance Company*
              Civil Action No. 06-6093

*[handwritten: both records 05-4182]*

Dear Magistrate Judge Wilkinson:

      In accordance with the Post-Sher Insurance Umbrella Case Management Order entered by Judge Duval and this Court on June 12, 2008, and on behalf of Allstate Insurance Company ("Allstate"), I am writing this letter to advise you of the status of settlement negotiations. This case was previously dismissed with prejudice and Judge Duval recently granted plaintiffs' motion for new trial on August 26, 2008, reinstating the case. In its Order granting the new trial, Rec. Doc. No. 22, Case No. 06-6093, the Court ordered the parties to comply with the settlement protocol set forth in the Post-Sher Insurance Case Management Order dated June 12, 2008. On September 9, 2008, Allstate sent plaintiffs a letter requesting a written settlement offer and supporting documentation as required by the Post-Sher Insurance Umbrella Case Management Order. Because of the unique posture of this case, Allstate does not believe that it is in either party's interest to set this matter for trial or set a settlement conference at this time, but rather allow the parties time to exchange written settlement offers.

      Please let me know if you would like any additional information regarding this matter.

*[handwritten: I disagree. A trial date will encourage the parties to move forward.]*

                        Very Truly Yours

                        Susan M. Rogge/CB
                        Attorney for Allstate Insurance Company

cc:    Michael Riley, Attorney for Plaintiffs

504-589-9700 · FAX: 504-589-9701
909 POYDRAS STREET, SUITE 2400 · NEW ORLEANS, LOUISIANA 70112

117371