# NIELSEN LAW FIRM, L.L.C.

GERALD J. NIELSEN

THOMAS C. PENNEBAKER
JOHN D. CARTER
WILLIAM T. TREAS
KIM HUONG A. TRAN
JOSEPH J. AGUDA JR.
DOROTHY L. TARVER
ALLEN D. KINCANNON
WILLIAM R. DeJEAN
CHRISTOPHER J. BELL
MICHAEL D. BREININ
BRANDON S. STOCKSTILL

3838 NORTH CAUSEWAY BOULEVARD
SUITE 2850
METAIRIE, LOUISIANA 70002
PHONE (504) 837-2500
FAX (504) 832-9165
E-MAIL: tpennebaker@nielsenlawfirm.com

JASON M. VERDIGETS
MICHAEL C. WEBER
DOUGLAS K. FOSTER
BRENT M. BURNS
KENNETH M. WAGUESPACK JR
KRISTIE E. LUKE
KEITH M. DETWEILER

Of Counsel
FRANZ L. ZIBILICH
DEANI BEARD MILANO

September 12, 2008

VIA Fax (504) 589-7633

Honorable Magistrate Joseph C. Wilkinson, Jr.
500 Poydras Street
Room B409
New Orleans, LA 70130

RE: *St. Ann Protector, et al. v. Fidelity National Ins. Co.*, Case No. 07-4893
Prop Address: 2017 and 2017 ½ Governor Nicholls Street, New Orleans, LA
Policy #: 17-2510194927
DOL: 8/29/05
Our File No.: 2.01.515

Dear Magistrate Judge Wilkinson:

In accordance with the Post-Sher Insurance Umbrella Case Management Order entered by Judge Duval and this Court on June 12, 2008, and on behalf of Fidelity National Insurance Company ("Fidelity"), I hereby request that the above-referenced matter be separated from the Insurance Umbrella and assigned to a district court judge for completion of discovery and trial. Plaintiff(s) failed to comply with the June 12, 2008 Order and, in particular, failed to provide Fidelity with a written settlement offer and the required supporting documentation. On August 14, 2008, Fidelity's counsel invited plaintiff's counsel to submit the required information despite the July 14, 2008 deadline. To date, plaintiff has failed to provide the requested information. As a result, settlement is highly unlikely at this time.

Please let me know if you would like any additional information regarding this matter.

Sincerely,

Keith M. Detweiler