| | # NIELSEN LAW FIRM, L.L.C. | |
|---|---|---|
| GERALD J. NIELSEN | | JASON M. VERDIGETS |
| THOMAS C. PENNEBAKER | | MICHAEL C. WEBER |
| JOHN D. CARTER | 3838 NORTH CAUSEWAY BOULEVARD | DOUGLAS K. FOSTER |
| WILLIAM T. TREAS | SUITE 2850 | BRENT M. BURNS |
| KIM HUONG A. TRAN | METAIRIE, LOUISIANA 70002 | KENNETH M. WAGUESPACK JR |
| JOSEPH J. AGUDA JR. | PHONE (504) 837-2500 | KRISTIE E. LUKE |
| DOROTHY L. TARVER | FAX (504) 832-9165 | KEITH M. DETWEILER |
| ALLEN D. KINCANNON | E-MAIL: tpennebaker@nielsenlawfirm.com | |
| WILLIAM R. DeJEAN | | Of Counsel |
| CHRISTOPHER J. BELL | | FRANZ L. ZIBILICH |
| MICHAEL D. BREININ | | DEANI BEARD MILANO |
| BRANDON S. STOCKSTILL | | |

September 12, 2008

VIA Fax (504) 589-7633

Honorable Magistrate Joseph C. Wilkinson, Jr.
500 Poydras Street
Room B409
New Orleans, LA 70130

    RE:    *St. Ann Protector, et al. v. Fidelity National Ins. Co.*, Case No. 07-4895
            Prop Address: 1530 Rousselin Drive, New Orleans, LA 70119
            Policy #: 17-7700659431
            DOL: 8/29/05
            Our File No.: 2.01.516

Dear Magistrate Judge Wilkinson:

    In accordance with the Post-Sher Insurance Umbrella Case Management Order entered by Judge Duval and this Court on June 12, 2008, and on behalf of Fidelity National Insurance Company ("Fidelity"), I hereby request that the above-referenced matter be separated from the Insurance Umbrella and assigned to a district court judge for completion of discovery and trial. Plaintiff(s) failed to comply with the June 12, 2008 Order and, in particular, failed to provide Fidelity with a written settlement offer *and* the required supporting documentation. On August 14, 2008, Fidelity's counsel invited plaintiff's counsel to submit the required information despite the July 14, 2008 deadline. To date, plaintiff has failed to provide the requested information. As a result, settlement is highly unlikely at this time.

    Please let me know if you would like any additional information regarding this matter.

                                            Sincerely,

                                            Keith M. Detweiler



RECEIVED
SEP 12 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.