| | | |
|---|---|---|
| Seth A. Schmeeckle<br>Tel.: (504) 568-1990<br>Fax: (504) 310-9195 | **LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**<br>A LAW CORPORATION<br>SUITE 2775 PAN AMERICAN LIFE CENTER<br>601 POYDRAS STREET<br>NEW ORLEANS, LOUISIANA 70130 | e-mail:<br>sschmeeckle@lawla.com |

September 12, 2008

<u>*Via Telefax*</u>
Honorable Joseph C. Wilkinson
United States Magistrate Judge, E.D. La.
United States Courthouse, Room B409
500 Poydras Street
New Orleans, Louisiana 70130

RECEIVED SEP 12 2008 CHAMBERS OF U.S. MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR.

Re:   *In Re: Katrina Canal Breaches Consolidated Litigation*
      *USDC – EDLA -* Civil Action No. 05-4182, Section "K"
      *Leon Zoller v. USAA Casualty Insurance Company*
      *USDC – EDLA –* Civil Action No. 07-5717
      Our File No.: 21594-07390

Dear Judge Wilkinson:

The parties to the captioned matter exchanged demands and counteroffers in conformity with the Post-Sher Case Management Order. Despite the parties' diligent efforts, this matter has not resolved nor does it appear that resolution is possible in the near future. Accordingly, our client requests that this matter be severed, deconsolidated, and transferred back to Section I which was the section this matter had been originally assigned prior to consolidation.

With best regards, I am

Respectfully,

Seth A. Schmeeckle

SAS/msb
cc:   Terrence J. Lestelle, Esq. (via telefax)
      Andrea S. Lestelle, Esq. (via telefax)
      Jeffrey B. Struckhoff, Esq. (via telefax)
      Martin Sadler, Esq. (via telefax)