# GIEGER, LABORDE & LAPEROUSE, L.L.C.

ERNEST P. GIEGER, JR.[1,2]
KENNETH H. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1]
ROBERT I. SIEGEL[1,2]
ANDREW A. BRAUN[1,2]
LEO R. McALOON III[1,2]
JOHN E. W. BAAY II[1,2,3]
ANDREW M. ADAMS[1,2]
MARGARET L. SUNKEL[1]

BRENDAN P. DOHERTY
DANIEL G. RAUH
COLETTE A. SALTER
RACHEL G. WEBRE
JASON D. BONE[3,4]
WILLIAM A. BAROUSSE
KRYSTENA L. HARPER
DAVID B. WILSON
AMANDA B. RIZZO
MICHAEL D. CANGELOSI

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800
TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

HOUSTON OFFICE:
SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027
TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

TARA E. CLEMENT
KELLEY S. COLLINS
CARSON W. STRICKLAND
WILLIAM F. HANNES, JR.[5]
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE[2]
ERIC C. WALTON
MARK T. MAHFOUZ
MICHAEL E. HILL
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
ALISTAIR M. WARD

[1] LAW CORPORATION
[2] ALSO ADMITTED IN TEXAS
[3] ALSO ADMITTED IN MISSISSIPPI
[4] ALSO ADMITTED IN FLORIDA
[5] ONLY ADMITTED IN TEXAS

September 12, 2008

Writer's E-Mail Address:
WBAROUSSE@GLLLAW.COM

RECEIVED SEP 12 2008 CHAMBERS OF MAGISTRATE JUDGE WILKINSON, JR.

The Honorable Joseph C. Wilkinson, Jr.
United States District Court
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, #B409
New Orleans, LA 70130

Via facsimile: 504-589-7633

*File in the record of both 05-4182 [illegible]*

Re: *Dorothy Durden v. Lexington Insurance Company*
USDC, E.D. No. 05-4182, pertains to 06-10827, Sect. "K" Mag. 2
Our File No.: 0092-87-6

Dear Judge Wilkinson:

Pursuant to Judge Duval's Post-Sher Insurance Umbrella Case Management Order [Doc. 13521], by this correspondence undersigned counsel for Lexington in the above-referenced matter is advising that he has conferred with counsel for Plaintiff and Plaintiff will be making a demand in the near future and will provide Lexington with further documentation that will aid in the resolution of this matter. Therefore, counsel for both parties request that they be allowed an additional thirty days during which they can exchange further information and after which time they can inform this Honorable Court whether this matter will require a trial on the merits.

With Kindest Regards,

William Barousse

cc: Patrick Kehoe