UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                       CIVIL ACTION
CONSOLIDATED LITIGATION
                                                    NO. 05-4182 "K"(2)

PERTAINS TO:  INSURANCE, Durden, 06-10827           JUDGE DUVAL
                                                    MAG. WILKINSON

## ORDER

I have received a letter dated September 12, 2008 from defense counsel in the

referenced Durden case, which has been separately filed in the record of both C.A. No. 06-

10827 and C.A. No. 05-4182.  The letter is deemed the response to the court's "Post-Sher

Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning

the status of settlement efforts.  Having reviewed this report and the record, it appears that

settlement is not attainable in the short term and that further proceedings are required.

Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-

Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the

referenced Durden case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and

DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation,

Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution

independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and

**TRANSFERRED TO**

**SECT. L MAG. 1**

SEP 16 2008



henceforth all future filings in C.A. No. 06-10827 on the docket of C.A. No. 06-10827, and

not on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it

back to Section "L" (1), where it was previously allotted before its transfer to this

consolidated litigation, for future proceedings in Section "L" (1).

New Orleans, Louisiana, this _____16th_____ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**
**HON. ELDON E. FALLON**

2