LaDonna G. Wilson
Tel.: (504) 568-1990
Fax (504) 310-9195

**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
A LAW CORPORATION
SUITE 2775, PAN AMERICAN LIFE CENTER
601 POYDRAS STREET
NEW ORLEANS, LA 70130-6027

e-mail:
lwilson@lawla.com

September 12, 2008

**VIA FACSIMILE AND U.S. MAIL**
Magistrate Joseph C. Wilkinson, Jr.
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room B409
New Orleans, LA 70130

Re: Alice Mayeur v.
Hanover Insurance Company
USDC, E.D., No. 07-1481
Our File No. 00572-07187

Dear Magistrate Wilkinson:

Pursuant to the Court's post-*Sher* insurance umbrella Case Management Order, Plaintiff forwarded a settlement demand as well as supporting documentation on July 14, 2008. Undersigned counsel forwarded this information along with Plaintiff's documentation to Hanover. Following a review of the demand and supporting documentation, Hanover made a settlement offer based on the information provided. Plaintiff has failed to respond to Hanover's offer.

As the parties have had no meaningful settlement negotiations, Hanover believes that a settlement conference would not be beneficial in resolving this matter. Accordingly, Hanover requests this matter be deconsolidated from the *In Re Katrina* insurance umbrella so that we may proceed with this matter.

Please feel free to contact me if you wish to discuss this matter further.

Very truly yours,

LaDonna G. Wilson

LGW/sg

@PFDesktop\::ODMA/MHODMA/INTERWOVEN;Lugenbuhl;#334107;1