# NIELSEN LAW FIRM, L.L.C.

GERALD J. NIELSEN

THOMAS C. PENNEBAKER
JOHN D. CARTER
WILLIAM T. TREAS
KIM HUONG A. TRAN
JOSEPH J. AGUDA JR.
ALLEN D. KINCANNON
WILLIAM R. DeJEAN
CHRISTOPHER J. BELL
MICHAEL D. BREININ
BRANDON S. STOCKSTILL

3838 NORTH CAUSEWAY BOULEVARD
SUITE 2850
METAIRIE, LOUISIANA 70002
PHONE (504) 837-2500
FAX (504) 832-9165
E-MAIL: GJNielsen@aol.com

JASON M. VERDIGETS
MICHAEL C. WEBER
DOUGLAS K. FOSTER
BRENT M. BURNS
KENNETH M. WAGUESPACK JR
KRISTIE E. LUKE
KEITH M. DETWEILER

*Of Counsel*
FRANZ L. ZIBILICH
DEANI BEARD MILANO

September 12, 2008

Honorable Magistrate Joseph C. Wilkinson, Jr.
500 Poydras Street
Room B409
New Orleans, LA 70130

*File in the record of both 05-4182*

Re: Ivker, et al. v. State Farm Fire and Casualty Company, Susan Geohegan and XYZ Insurnace Company
CASE NO. 06-8942 - SSV - SS

Dear Magistrate Judge Wilkinson:

In accordance with the Post-Sher Insurance Umbrella Case Management Order entered by Judge Duval and this Court on June 12, 2008, and on behalf of State Farm Fire and Casualty Company and Susan Geohegan, I hereby request that the above-referenced matter be separated from the Insurance Umbrella and assigned to a district court judge for completion of discovery and trial. This matter was originally pending before Judge Sarah S. Vance, Case No. 06-8942. Although Plaintiffs have submitted a settlement demand, the demand was not accompanied by supporting documentation. Settlement appears unlikely at this time.

Please let me know if you would like any additional information regarding this matter.

Very Truly Yours

/s/ Joseph J. Aguda, Jr.
Joseph J. Aguda, Jr.

cc: Brian D. Katz
820 O'Keefe Ave
New Orleans, LA 70113

