# LEWIS BRISBOIS BISGAARD & SMITH LLP

ATTORNEYS AT LAW

2014 WEST PINHOOK, SUITE 403, LAFAYETTE, LA 70508
PHONE: 337.326.5777 | FAX: 337.504.3341 | WEBSITE: www.lbbslaw.com

SARAH R. SMITH
DIRECT DIAL: 337.205.4528
E-MAIL: srsmith@lbbslaw.com

September 12, 2008

*RECEIVED SEP 12 2008 — CHAMBERS OF U.S. MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR.*

**VIA FACSIMILE AND FIRST CLASS MAIL**

Honorable Magistrate Judge Joseph C. Wilkinson, Jr.
United States District Court
500 Poydras Street, Room B409
New Orleans, LA 70130

Re:   In Re Katrina Canal Breaches Consolidated Litigation, Case No. 05-4182, K-2
      Pertains to: Insurance

      Michael Hunter, M.D. v. Allstate Ins. Co., No. 07-6090

Dear Judge Wilkinson:

In accordance with the Post-Sher Insurance Umbrella Case Management Order entered by Judge Duval and this Court on June 12, 2008, and on behalf of Allstate Insurance Company ("Allstate"), we hereby request that the above-referenced matter be separated from the Insurance Umbrella and assigned to a district court judge for completion of discovery and trial.

Plaintiff, Michael Hunter, failed to comply with the June 12, 2008 Order and failed to provide Allstate with a written settlement offer and the required supporting documentation. By letters dated July 24, 2008 and August 18, 2008, we invited Plaintiff's counsel to submit an offer and the required information despite their missing the July 14, 2008 deadline. (See, copies of correspondence dated July 24, 2008 and August 18, 2008 directed to plaintiff's counsel enclosed herewith.) To date, Plaintiff has failed to provide the requested information or any response. As a result, settlement is highly unlikely at this time.

If there are any questions or if the Court requires any additional information, please contact the undersigned.

Very truly yours,

Maureen O'Connor Sullivan of
LEWIS BRISBOIS BISGAARD & SMITH LLP

ATLANTA | CHICAGO | FORT LAUDERDALE | LAFAYETTE | LAS VEGAS | LOS ANGELES | NEW ORLEANS | NEW YORK
ORANGE COUNTY | PHOENIX | SACRAMENTO | SAN BERNARDINO | SAN DIEGO | SAN FRANCISCO | TAMPA | TUCSON
4828-5116-0067.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
September 12, 2008
Page 2

cc:    Michael Darnell
       Bruce Feingarts
       Sarah R. Smith (firm)

Enclosures

4828-5116-0067.1

# LEWIS BRISBOIS BISGAARD & SMITH LLP

ATTORNEYS AT LAW

2014 WEST PINHOOK, SUITE 403, LAFAYETTE, LA 70508
PHONE: 337.326.5777 | FAX: 337.504.3341 | WEBSITE: www.lbbslaw.com

SARAH R. SMITH
DIRECT DIAL: 337.205.4528
E-MAIL: srsmith@lbbslaw.com

August 18, 2008

**VIA FACSIMILE and First Class Mail**

Mr. Michael C. Darnell
Murray, Darnell & Associates, LLC
1540 N. Broad Street
New Orleans, LA 70119

Mr. Bruce L. Feingarts
Feingarts & Kelly, PLC
365 Canal Street, Suite 2700
New Orleans, LA 70130

Re: Michael Hunter, M.D. v. Allstate Insurance Co.
USDC (E.D. La.), Case No. 07-6090, Section L-1, Consolidated with 05-
Compliance With Post-Share Insurance Umbrella
Case Management Order, Entered June 13, 2008, Dkt. No. 13598

Gentlemen:

As you are aware, on June 13, 2008, the Court entered the Post-*Sher* Insurance Umbrella Case Management Order (the "Order") directing all plaintiffs in cases not excepted by the Order to submit a written settlement offer no later than July 14, 2008 (Order at 3). The purpose of this Order was to "maximize settlement possibilities and to facilitate the receipt of a good-faith counteroffer from defendants." *Id.* To achieve this goal, plaintiffs were instructed to attach the following types of documents in support of their settlement offer:

1. a contractor's estimate or other estimate of the claimed damage to the structure;
2. a list, including the estimated value, of any personal property being claimed;
3. receipts or other documents concerning any additional living expense, business income or business extra expense being claimed;
4. an explanation or report stating how the damage was caused by a covered peril;
5. a statement concerning the status of any Louisiana Road Home application, including the amount and date of any grant received;
6. a statement concerning the status of any Small Business Administration (SBA) application, including the amount of any loan received; and
7. a statement concerning whether plaintiff had flood insurance in effect at the time of the loss, the name of the flood insured and the amounts received for each

ATLANTA | CHICAGO | FORT LAUDERDALE | LAFAYETTE | LAS VEGAS | LOS ANGELES | NEW ORLEANS | NEW YORK
ORANGE COUNTY | PHOENIX | SACRAMENTO | SAN BERNARDINO | SAN DIEGO | SAN FRANCISCO | TAMPA | TUCSON

4823-8086-7586.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
August 18, 2008
Page 2

     coverage (e.g., structure, contents, additional living expenses, business interruption.)

  To date, you and your client have failed to submit a written settlement offer and the required materials. Consequently, Allstate cannot, at this time, provide a settlement counter-offer as required by the Order. Please note that we have until September 12, 2008 to notify the Court of the likelihood of settlement. In the event your client is interested in settling his claim, we encourage you to submit a demand package well in advance of the September 12, 2008 deadline so Allstate can properly evaluate and make a good faith counter-offer. If we don't receive such information by September 1, 2008, we will inform the Court that you and your client have failed to comply with the Order and request the case be deconsolidated from the umbrella and set for trial.

  We look forward to hearing from you.

            Very truly yours,

            Sarah R. Smith for
            LEWIS BRISBOIS BISGAARD & SMITH LLP

SRS/mbr

cc: Maureen O. Sullivan *(firm)*

4823-8086-7586.1

# LEWIS BRISBOIS BISGAARD & SMITH LLP

ATTORNEYS AT LAW

2014 WEST PINHOOK, SUITE 403, LAFAYETTE, LA 70508
PHONE: 337.326.5777 | FAX: 337.504.3341 | WEBSITE: www.lbbslaw.com

SARAH R. SMITH
DIRECT DIAL: 337.205.4528
E-MAIL: srsmith@lbbslaw.com

July 24, 2008

35331-687

**VIA FACSIMILE and First Class Mail**

Mr. Michael C. Darnell
Murray, Darnell & Associates, LLC
1540 N. Broad Street
New Orleans, LA 70119

Mr. Bruce L. Feingarts
Feingarts & Kelly, PLC
365 Canal Street, Suite 2700
New Orleans, LA 70130

Re: Michael Hunter, M.D. v. Allstate Insurance Co.
USDC (E.D. La.), Case No. 07-6090, Section L-1

Gentlemen:

Under the Post-*Sher* Insurance Umbrella Case Management Order of July 13, 2008, issued as a result of the Supreme Court's decision in *Sher v. Lafayette Ins. Co.*, Judge Duval ordered that all plaintiffs provide the relevant insurance company defendant with a written demand on or before July 14, 2008. A copy of the Order is attached for your convenience.

We did not receive the required written demand in the captioned matter and are requesting that you forward it to us at your earliest opportunity, as well as the required supporting documentation. If we have not received your submission on or before August 6, 2008, we will seek guidance from the Court on remedies for non-compliance with the Order.

Should you have any questions, please do not hesitate to contact us.

Very truly yours,

Sarah R. Smith for
LEWIS BRISBOIS BISGAARD & SMITH LLP

SRS/mbr

cc: Maureen O. Sullivan *(firm)*

Enclosure: Order

CHICAGO | FORT LAUDERDALE | LAFAYETTE | LAS VEGAS | LOS ANGELES | NEW ORLEANS | NEW YORK
ORANGE COUNTY | PHOENIX | SACRAMENTO | SAN BERNARDINO | SAN DIEGO | SAN FRANCISCO | TUCSON

4833-1605-8114.1