

450 Laurel Street, Suite 1600
Post Office Box 3656
Baton Rouge, LA 70821-3656
225.343.5290 Telephone
225.383.5508 Facsimile

September 12, 2008



RECEIVED
SEP 1 2 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

**VIA FACSIMILE (504) 589-7633**
Magistrate Joseph C. Wilkinson, Jr.
500 Poydras Street, Rm B409
New Orleans, LA 70130

Re:  Fernandez Nursing Home, et al v. Scottsdale Insurance Company
     USDC No. 07-7480 "N"
     Our File No. 1129.518

Dear Honorable Wilkinson:

This correspondence is respectfully submitted in compliance with the Court's deadline for the parties to advise the status of settlement negotiations. The parties attended a private mediation on August 21, 2008, at Alternative Dispute Resolution in Metairie, LA.

The mediation did not resolve the claim. The parties are working now to set a second mediation and Scottsdale Insurance Company will seriously participate in negotiations – in efforts to resolve the remaining aspects of the claim.

We trust that the above is sufficient. Should anything further be required, please do not hesitate to contact us.

With kind regards, I am

Very truly yours,

CRAWFORD LEWIS

*HG Hansen*
Keely Y. Scott
Holly G. Hansen

HGH:tlh
G:\Scottsdale\518-Fernandez\cp\plstry\9-10-08 Court Deadline.doc

Baton Rouge                                                               New Orleans