# LARZELERE PICOU WELLS SIMPSON LONERO, LLC

ATTORNEYS AT LAW
SUITE 1100 - TWO LAKEWAY CENTER
3850 N. CAUSEWAY BOULEVARD
METAIRIE, LOUISIANA 70002
TELEPHONE (504) 834-6500

LEE M. PEACOCKE
lpeacocke@lpwsl.com

FAX: (504) 834-6565

12 September 2008

**VIA TELEFACSIMILE ONLY**

Honorable Joseph C. Wilkinson, Jr.
Magistrate Judge
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

RECEIVED
SEP 1 2 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

RE: *In Re Katrina Canal Breaches Consolidated Litigation*
USDC, EDLA No. 05-4182, "K" (2)
Pertains to: *Gordon Martine*, No. 06-4842
Our File No. 000800-06350

*[handwritten: Tele in the record of both cases]*

Dear Judge Wilkinson:

Pursuant to the Court's Post-*Sher* Insurance Umbrella Case Management Order, plaintiffs forwarded a settlement demand without supporting documentation to counsel for Republic Fire And Casualty Insurance Company. Undersigned counsel forwarded this settlement demand to Republic Fire And Casualty Insurance Company. Subsequently, Republic made a settlement offer based upon the lack of information provided. Plaintiffs subsequently rejected the settlement offer of Republic. Plaintiffs further believe that they have provided sufficient information to Republic for consideration of their settlement demand.

Prior to the transfer and consolidation of this action to the *In Re Katrina Canal Breaches Consolidated Litigation*, EDLA 05-4182, the parties participated in a settlement conference with Magistrate Judge Sally Shushan, who expressed an interest in remaining involved in further settlement negotiations. Counsel for Republic Fire And Casualty Insurance Company respectfully submits that another settlement conference with Magistrate Shushan would be productive. Counsel for plaintiffs are of the opinion that the case should proceed to trial.

## LARZELERE PICOU WELLS SIMPSON LONERO, L.L.C.

Honorable Joseph C. Wilkinson, Jr.
RE: *Martine v. Republic*
12 September 2008
Page 2

    Accordingly, in light of the foregoing, the parties request that this matter be separated and deconsolidated from *In Re Katrina Canal Breaches Consolidated Litigation*, EDLA 05-4182, so that it may proceed to resolution independently.

    Should you have any questions or concerns whatsoever, please do not hesitate to contact us.

Very respectfully,

Lee M. Peacocke

**APPROVAL:**

_[signature]_ 9/12/2008
**Counsel for plaintiffs,**    *DATE*
Gordon Martine and Marie Martine

LMP/cch

cc:  James A. Harry, Esq. (via e-mail)
      William J. Coughlin, Esq. (via telefax)