

## LABORDE & NEUNER
### ATTORNEYS AT LAW

CLIFFE E. LABORDE III
FRANK X. NEUNER, JR. *
JAMES L. PATE
LOUIS SIMON II
BEN L. MAYEAUX
ROBERT E. TORIAN
JAMES D. HOLLIER
MELISSA L. THERIOT *
KEVIN P. MERCHANT
JENNIE P. PELLEGRIN
GREGORY A. KOURY

PROFESSIONAL LAW CORPORATIONS
* ALSO ADMITTED IN TEXAS

ONE PETROLEUM CENTER
SUITE 200
1001 W. PINHOOK ROAD
P.O. BOX 52828 (70505-2828)
LAFAYETTE, LOUISIANA 70503
TELEPHONE: (337) 237-7000
FACSIMILE: (337) 233-9450
www.LN-Law.com

C. E. LABORDE, JR.
(1913-1985)

BRANDON W. LETULIER
JASON T. REED
WILL MONTZ
JEREMY N. MORROW
JED M. MESTAYER
DANIEL J. POOLSON, JR.
LAURA T. ROUGEAU
PHILIP H. BOUDREAUX, JR.
L'REECE DAVID

September 12, 2008

**VIA FACSIMILE**

RECEIVED
SEP 1 2 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

Honorable Joseph C. Wilkinson, Jr.
United States Magistrate Judge
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

RE:   *In re Katrina Canal Breaches Consolidated Litigation*
      United States District Court for the Eastern District of Louisiana
      No. 05-4182, Division "K"(2)
      Pertains to:   C.R. Pittman Construction Company, Inc. and C.R. Pittman v.
                     Transcontinental Insurance Company
                     Civil Action No.: 07-4534 c/w 05-4182
                     Our File No.: 16788

Dear Judge Wilkinson:

Pursuant to the Post-Sher Insurance Umbrella Case Management Order issued by the Court on June 13, 2008, the parties have discussed settlement possibilities, and plaintiffs, C.R. Pittman Construction Company, Inc. and C.R. Pittman, are continuing to gather additional documentation in connection with the claim. In addition, there are coverage issues in this matter which may need to be addressed by the Court, which include the water exclusion. The parties have no objection to continuing to explore the possibility of settlement, and in that regard, would be interested in participating in a settlement conference with Your Honor.

Thank you for your attention.

Sincerely,

Robert E. Torian
Counsel for Transcontinental Insurance Company

RET/tsh
cc:  Mr. Gilbert V. Andry, IV *(via facsmile)*