C. GORDON JOHNSON, JR.
JAMES S. THOMPSON
MICHAEL K. FITZPATRICK
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
PATRICK D. DEROUEN
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON

# PORTEOUS, HAINKEL AND JOHNSON, L.L.P.

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WWW.PHJLAW.COM

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
LAURIE L. DeARMOND
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.
MICHAEL W. COLLINS
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE L. TROWBRIDGE
GUY H. BUMPAS, IV
MICHAEL J. MADERE
HEATHER A. ENGLAND REZNIK
RALPH J. AUCOIN, JR.
CLAIBORNE W. BROWN
DENIA D. SYLVE

OF COUNSEL:

CHAD J. PRIMEAUX
ELEANOR W. WALL
JULIANNE T. ECHOLS
JESSE WALES*
CAROLINE D. BARKERDING

*Licensed in OR & CA only

EMAIL ADDRESS OF WRITER
ejohnson@phjlaw.com

DIRECT DIAL OF WRITER:
(225) 336-8915

September 10, 2008

PLEASE REPLY TO:
**BATON ROUGE**

Hon. Joseph C. Wilkinson, Jr.
USDC Eastern District
B409 Hale Boggs Federal Bldg.
500 Poydras Street
New Orleans, LA 70130

Re:   Horace & Jeanette Johnson v. State Farm Fire and Casualty Company and
      State Farm General Insurance Company
      Suit No.:  USDC Eastern District Section K No. 08-1652 c/w 05-4182 Div. K
      Our File No.:  895.0846

Dear Magistrate Wilkinson:

In compliance with the Post-Sher Case Management Order reporting deadline, I offer the following regarding settlement negotiations in the above referenced matter.

Although both sides are making progress toward a resolution, it appears that an impasse is likely. There is an apparent disagreement as to rights of the insured and obligations of the insurer in context of combined compensation under both flood and homeowner's policies. State Farm Fire and Casualty Company believes that a settlement conference or private mediation would be helpful in negotiating this deadlock. We would be happy to engage in either process at the Court's discretion.

Claim No. 18-R167-566/18-R491-759

September 10, 2008
Hon. Joseph C. Wilkinson, Jr.
Page 2

      With kindest personal regards, I am

                          Very truly yours,

                          JAMES ERIC JOHNSON

JEJ/amk

cc:    Mr. Brent A. Klibert via fax
       (504) 592-3222

Claim No. 18-R167-566/18-R491-759