UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Johnson, 08-1652 | JUDGE DUVAL<br>MAG.WILKINSON |

### ORDER

I have received a letter dated September 10, 2008 from James Eric Johnson, defendant's counsel in the referenced <u>Johnson</u> case, which has been separately filed in the record of both C.A. No. 06-3418 and C.A. No. 05-4182. The letter is deemed the response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts. Having reviewed this report and the record, it appears that settlement is not attainable in the short term and that further proceedings are required. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced <u>Johnson</u> case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a <u>copy</u> of this order and

REALLOTTED TO

**SECT. N MAG 5**

SEP 1 6 2008

henceforth all future filings in C.A. No. 08-1652 on the docket of C.A. No. 08-1652, and <u>not</u> on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk randomly REALLOT this case to <u>both</u> a district judge section and a magistrate judge section for future proceedings.

If all parties "believe[ ] that a settlement conference . . . would be helpful in negotiating this deadlock," as stated in the letter, they may request that the assigned magistrate judge to whom the case is being reallotted schedule one, at his or her discretion, on his or her calendar.

New Orleans, Louisiana, this ____16th____ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

2