MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 16, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE, Hammer, 06-9152 | JUDGE DUVAL<br>MAG. WILKINSON |

Based on the written report received from defense counsel at the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, which has been separately filed in the record, I conducted a settlement conference via telephone on this date.  Participating were:  Sam Tenenbaum, representing plaintiff; and Mary Jackson, representing defendant.  Shortly after the conference, defense counsel advised the court, by letter that has also been filed in the record, that a settlement has been confirmed in the referenced Hammer case.  By copy of this minute entry, Judge Duval is advised so that he may enter an appropriate 60-day conditional dismissal order in the referenced Hammer case only.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

MJSTAR:  **0  :  10**