UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
|  | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * * | and consolidated cases |
|  | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*             05-5531 | * |  |
| *Mumford v. Ingram*          05-5724 | * |  |
| *Lagarde v. Lafarge*          06-5342 | * | JUDGE |
| *Perry v. Ingram*               06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*             06-7516 | * |  |
| *Parfait Family v. USA*       07-3500 | * | MAG. |
| *Lafarge v. USA*                 07-5178 | * | JOSEPH C. WILKINSON, JR. |
|  | * |  |

*CONSENT* MOTION FOR EXTENSION OF TIME

**NOW COMES** the Barge P.S.L.C., through undesigned counsel, who, for the reasons expressed herein, respectfully move for an extension of time to file Barge Plaintiffs' Memorandum in Support of Barge Plaintiffs' Motion to Certify the Class and Subclasses, To Appoint Class Counsel, and to Approve Plaintiffs' Proposed Trial Plan, currently due on **September 22, 2008.**

Undersigned counsel certifies that they have conferred with counsel for defendants, Lafarge North America, who are not opposed to an extension of time through the close of **September 29, 2008.**

**WHEREFORE PREMISES CONSIDERED**, Barge P.S.L.C. respectfully prays that this Court enter an order granting Barge P.S.L.C.'s motion for extension of time to file Barge Plaintiffs' Memorandum in Support of Barge Plaintiffs' Motion to Certify the Class through the close of

September 29, 2008.

    It is so moved.

                           Respectfully submitted,

                            /s/ Brian A. Gilbert,
                   Brian A. Gilbert, Esq.(21297)
            LAW OFFICE OF BRIAN A. GILBERT, P.L.C.

            821 Baronne Street
            New Orleans, Louisiana 70113
            Telephone: (504) 885-7700

            Telephone: (504) 581-6180
            Facsimile: (504) 581-4336
            e-mail: bgilbert@briangilbertlaw.com

            /s/ Lawrence D. Wiedemann,
             Lawrence D. Wiedemann.(13457)
             Karl Wiedemann (18502)
             Karen Wiedemann (21151)
             WIEDEMANN & WIEDEMANN

             821 Baronne Street
             New Orleans, Louisiana 70113
             Telephone: (504) 581-6180
             Facsimile: (504) 581-4336
             e-mail: lawrence@wiedemannlaw.com,
             karl@wiedemannlaw.com,
             karen@wiedemannlaw.com,

            /s/ Patrick J. Sanders
            Patrick J. Sanders (18741)
            3316 Ridgelake Drive
            Suite 100
            Metairie, LA 70002
            Telephone: 504-834-0646
            e-mail: pistols42@aol.com

       /s/ Richard T. Seymour
       Richard T. Seymour (D.C. Bar #28100)
       Law Office of Richard T. Seymour, P.L.L.C.
       1150 Connecticut Avenue N.W., Suite 900
       Washington, D.C.  20036-4129
       Voice: 202-862-4320
       Cell:   202-549-1454
       Facsimile:  800-805-1065 and 202-828-4130
     e-mail: rick@rickseymourlaw.net,

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 17th day of September 2008.

       \s\Brian A. Gilbert
       BRIAN A. GILBERT