UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*   05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. Lafarge*   06-5342 | * | JUDGE |
| *Perry v. Ingram*   06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*   06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | MAG. |
| *Lafarge v. USA*   07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

**ORDER**

Considering the foregoing motion:

**IT IS ORDERED, ADJUDGED AND DECREED** that Barge P.S.L.C.'s Consent Motion for Extension of Time, be and is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that due date for Barge Plaintiffs Class Certification Memoranda is extended through the close of September 29, 2008.

New Orleans, Louisiana this____ day of _____, 2008.

_____
STANWOOD R. DUVAL, JR.,
JUDGE, U.S. DISTRICT COURT