MINUTE ENTRY
WILKINSON, M. J.
SEPTEMBER 16, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
        CONSOLIDATED LITIGATION
                                              NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, Holbrook, 06-2617     JUDGE DUVAL
                                              MAG. WILKINSON

    A settlement conference was conducted on this date before the undersigned magistrate judge. Although substantial progress toward settlement was made, a stalemate was reached and it appears that further proceedings are necessary.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR: **1 : 10**