

# LABORDE & NEUNER
## ATTORNEYS AT LAW

CLIFFE E. LABORDE III
FRANK X. NEUNER, JR. *
JAMES L. PATE
LOUIS SIMON II
BEN L. MAYEAUX
ROBERT E. TORIAN
JAMES D. HOLLIER
MELISSA L. THERIOT *
KEVIN P. MERCHANT
JENNIE P. PELLEGRIN
GREGORY A. KOURY

PROFESSIONAL LAW CORPORATIONS
* ALSO ADMITTED IN TEXAS

ONE PETROLEUM CENTER
SUITE 200
1001 W. PINHOOK ROAD
P.O. BOX 52828 (70505-2828)
LAFAYETTE, LOUISIANA 70503
TELEPHONE: (337) 237-7000
FACSIMILE: (337) 233-9450
www.LN-Law.com

C. E. LABORDE, JR.
(1913-1983)

BRANDON W. LETULIER
JASON T. REED
WILL MONTZ
JEREMY N. MORROW
JED M. MESTAYER
DANIEL J. POOLSON, JR.
LAURA T. ROUGEAU
PHILIP H. BOUDREAUX, JR.
L'REECE DAVID

September 12, 2008



*VIA FACSIMILE (504) 589-7633*

Honorable Joseph C. Wilkinson, Jr.
United States Magistrate Judge
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

Re:   In Re: Katrina Litigation;
       pertaining to: Hardy Chiropractic Center, Inc. v. Transportation Insurance
       Company
       Consolidated Civil Action No.: 05-4182
       Our File No.: 16737
       *Transferred from:*
       Docket No.: 07-9438, Section "I", Judge: Africk, Magistrate: Knowles
       *Removed from:*
       Docket No. 2007-11071, Sec. 5, Div. "K", Civil District Court, Parish of Orleans

Dear Judge Wilkinson:

Pursuant to the Post-Sher Insurance Umbrella Case Management Order issued on June 13, 2008, the parties have discussed the matter and believe that there is a strong likelihood that this case can be amicably resolved through informal settlement negotiations once all of the proper supporting documents are compiled and exchanged. Thus, the parties agree that this case may be maintained in the Insurance Umbrella pending further settlement discussions.

Thank you for your efforts, and please give me a call if you would like to discuss this matter further.

Sincerely,

Will Montz

WM/jbh
cc: Mr. Michael C. Darnell (via fax 504-942-5968)
945-0042