UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES         CIVIL ACTION
CONSOLIDATED LITIGATION
                                       NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE (Hardy, 07-9438)    JUDGE DUVAL
                                            MAG. WILKINSON

## ORDER

I have received a letter dated September 12, 2008, from defense counsel in the referenced Hardy case, which has been separately filed in the record of both C.A. No. 07-9438 and C.A. No. 05-4182. The letter is deemed the response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts. Although this report optimistically predicts "a strong likelihood that this case can be amicably resolved through informal settlement negotiations," I have conferred with defense counsel and attempted (but failed) to contact plaintiff's counsel, and it appears that no settlement proposals have in fact been exchanged and that insufficient information concerning plaintiff's claim has been provided to date. Thus, I must conclude that settlement is not attainable in the short term and that further proceedings are required. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Hardy case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

REALLOTTED TO

SECT. I MAG. 3                SEP 17 2008

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and henceforth all future filings in C.A. No. 07-9438 on the docket of C.A. No. 07-9438, and not on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it back to Section "I" (3), where it was previously allotted before its transfer to this consolidated litigation, for future proceedings in Section "I" (3). Counsel are encouraged to get cracking and actually talk real settlement figures with each other.

New Orleans, Louisiana, this \_\_\_16th\_\_\_ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
HON. STANWOOD R. DUVAL, JR.
HON. LANCE M. AFRICK

2