# James A. Harry
## Attorney At Law
### 27830 Church of God Road
### Springfield, LA, 70462
### (225) 294-8127

September 12, 2008

Re: *Christie and August Bertonieze, Sr. v. Lexington Insurance Company*
USED EDLA, No.: 05-4182 c/w 06-5297, 07-7269, Sect.: K, Mag.: 2
Our File No.: 0092-56-6

Dear Honorable Magistrate Judge Wilkinson:

In compliance with the *Post-Sher Insurance Umbrella Case Management Order* signed June 13, 2008, please be advised that counsel for the parties have conferred in the above referenced matter, and counsel for both parties believe that the above referenced case does not present a strong likelihood of settlement.

Kindest regards,

Michael D. Cangelosi
Attorney for Defendant

Kindest regards,

James A. Harry
Attorney for Plaintiffs



RECEIVED
SEP 12 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.