UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES             CIVIL ACTION
CONSOLIDATED LITIGATION
                                          NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE, Bertoniere, 06-5297,    JUDGE DUVAL
                         07-7269                MAG. WILKINSON

## ORDER

I have received a letter dated September 12, 2008 from Michael D. Cangelosi ad James A. Harry, counsel in the referenced Bertoniere case, which has been separately filed in the records of C.A. No. 06-5297, C.A. No. 07-7269 and C.A. No. 05-4182. The letter is deemed the response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts. Having reviewed this report and the record, it appears that settlement is not attainable in the short term and that further proceedings are required. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Bertoniere cases only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that these cases are hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that they may proceed to resolution

**TRANSFERRED TO**

SEP 17 2008

**SECT. R**   both cases

independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and henceforth all future filings in C.A. No. 06-5297 and C.A. No. 07-7269 on the dockets of C.A. No. 06-5297 and C.A. No. 07-7269, and not on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk REALLOT these cases and transfer them back to Section "R" (2), where they were previously allotted before their transfer to this consolidated litigation, for future proceedings in Section "R" (2).

New Orleans, Louisiana, this ___16th___ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
HON. STANWOOD R. DUVAL, JR.
HON. SARAH S. VANCE

2