# NIELSEN LAW FIRM, L.L.C.

GERALD J. NIELSEN

THOMAS C. PENNEBAKER
JOHN D. CARTER
WILLIAM T. TREAS
KIM HUONG A. TRAN
JOSEPH J. AGUDA JR.
DOROTHY L. TARVER
ALLEN D. KINCANNON
WILLIAM R. DeJEAN
CHRISTOPHER J. BELL
MICHAEL D. BREININ
BRANDON S. STOCKSTILL

3838 NORTH CAUSEWAY BOULEVARD
SUITE 2850
METAIRIE, LOUISIANA 70002
PHONE (504) 837-2500
FAX (504) 832-9165
E-MAIL: GJNielsen@aol.com

JASON M. VERDIGET
MICHAEL C. WEBE
DOUGLAS K. FOSTE
BRENT M. BURN
KENNETH M. WAGUESPACK J
KRISTIE E. LU
KEITH M. DETWEILE

Of Couns
FRANZ L. ZIBILIC
DEANI BEARD MILAN

September 12, 2008

VIA FACSIMILE:
504-589-7633

Honorable Magistrate Joseph C. Wilkinson, Jr.
500 Poydras Street
Room B409
New Orleans, LA 70130

Re: Graciela Niles v. Allstate Insurance Company
USDC Eastern District of La Case No.: 07-4894
Our File No.: 1.05.395

Dear Magistrate Judge Wilkinson:

In accordance with the Post-Sher Insurance Umbrella Case Management Order entered by Judge Duval and this Court on June 12, 2008, and on behalf of Allstate Insurance Company ("Allstate"), I hereby request that the above-referenced matter be separated from the Insurance Umbrella and assigned to a district court judge for completion of discovery and trial. Although the parties exchanged the required settlement documents, settlement appears unlikely at this time.

Please let me know if you would like any additional information regarding this matter.

Very Truly Yours,

Michael D. Breinin

MDB/jg
cc: John W. Redmann

# LAW OFFICE OF JOHN W. REDMANN, LLC

**JOHN W. REDMANN**
john@redmannlaw.com

OF COUNSEL
EUGENE P. REDMANN
MARIA R. TREFFINGER
RICHARD L. ROOT
CARL S. JOLIVETTE

September 12, 2008

<u>Via Fax 504-589-7633 and U.S. Mail</u>

Magistrate Joseph C. Wilkinson, Jr.
500 Poydras Street
Room B409
New Orleans, LA 70130

*[handwritten note: Tk. u koff / remits 05-4182]*

RE: Graciela Niles v. Allstate Ins. Co
USDC, Eastern District of Louisiana, Case No. 07-4894, Sect. K, Mag. 2
Property Address: 3517 Martinique Ave, Apt. A-D, Kenner, LA 70065
**Written Notification of Settlement Status**

Magistrate Wilkinson:

    Counsel for both parties spoke after counsel for Defendant, Michael D. Breinin, had prepared and faxed a letter to your honor regarding the settlement status in this case. In speaking with opposing counsel and making a good faith effort to come to a settlement in this matter, both counsel for Defendant and the undersigned agreed that while no specific figure has been agreed upon as of yet, another telephone conference will be had on the morning of Monday, September 15, 2008, to see what can be done in resolving this matter amicably. We also agreed that, failing a resolution on Monday morning, a trial date should be set in this case.

*[RECEIVED SEP 12 2008 CHAMBERS OF U.S. MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR.]*

Sincerely,

John W. Redmann

JWR/rwt
cc: Opposing Counsel

---

TELEPHONE: 504-433-5550, TELEFAX: 504-433-5556
2901 NORTH CAUSEWAY BOULEVARD, SUITE 201, METAIRIE, LA 70002
WEBSITE: www.redmannlaw.com