UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO: 05-4182 "K"(2) |
| | * | |
| PERTAINS TO: INSURANCE, Bloom, 07-6488 | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |

******************************************************************************

## ORDER

Considering the foregoing motion;

**IT IS HEREBY ORDERED** that David A. Strauss of King, Krebs & Jurgens be added as additional counsel of record and designated as trial attorney for defendant, State Farm Fire and Casualty Company.

New Orleans, Louisiana, on this 17th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE

{N0128506}                                                                 1