**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re:
**KATRINA CANAL BREACHES**                  §    **CIVIL ACTION NO. 05-4182 "K" (2)**
**CONSOLIDATED LITIGATION**                  §
                                             §    **JUDGE DUVAL**
*PERTAINS TO:   INSURANCE*                   §
                                             §    **MAGISTRATE WILKINSON**
**LLOYD ROGERS, et al        NO.: 07-2747**  §
                                             §
**VERSUS**                                   §
                                             §
**ALLSTATE INSURANCE COMPANY**               §
_____     §

## ORDER

Considering the Rule 41(a) Stipulation and Voluntary Dismissal with Prejudice;

It is hereby ORDERED that Defendant, Allstate Insurance Company in the above entitled matter is dismissed with prejudice, with each party bearing its own costs.  Plaintiffs reserve their right to pursue their claim against Allstate Insurance Company in Civ. A. No. 08-1522.

New Orleans, Louisiana, this 17th day of September, 2008.


_____
JUDGE, UNITED STATES DISTRICT COURT