UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATION LITIGATION | * | |
| | * | JUDGE: STANWOOD R. DUVAL, JR. |
| PERTAINS TO INSURANCE: | * | |
| FILED IN: 07-0245-SRD-JCW | * | MAG.: JOSEPH C.WILKINSON, III |
| | * | |
| JEAN GARRETT MICHEL, | * | |
| versus | * | |
| STATE FARM FIRE AND CASUALTY | * | |
| INSURANCE COMPANY and | * | |
| LOUIS LANZA, | * | |

******************************************************************************

## ORDER

Considering the foregoing Joint Motion to Dismiss:

IT IS ORDERED that Defendants, State Farm Fire and Casualty Company, in its capacity as a WYO Program Carrier only, and Louis Lanza, is hereby DISMISSED, with prejudice, from the above referenced matter, each party to bear its own costs. Plaintiff reserves all rights against State Farm Fire and Casualty Company as the homeowners insurer only.

New Orleans, Louisiana, this 17th day of September, 2008.

_____
THE HONORABLE STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE