UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re KATRINA CANAL BREACHES LITIGATION | * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" MAG. (2) |
| PERTAINS TO: BARGE | * | JUDGE STANWOOD R. DUVAL, JR. |
| *Boutte v. LaFarge* 05-5531 | | |
| *Mumford v. Ingram* 05-5724 | * | MAG. JOSEPH C. WILKINSON, JR. |
| *Lagarde v. LaFarge* 06-5342 | | |
| *Perry v. Ingram* 06-6299 | * | |
| *Benoit v. LaFarge* 06-7516 | | |
| *Parfait Family v. USA* 07-3500 | * | |
| *LaFarge v. USA* 07-5178 | | |
| *  *  *  * *  * | * | *  *  *  *  * |

**EXCESS INSURERS' MOTION FOR LEAVE TO FILE MEMORANDUM IN REPLY TO AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION & INDEMNITY ASSOCIATION, INC.'S OPPOSITION TO MOTION FOR LEAVE OF COURT TO FILE NEW YORK MARINE AND GENERAL INSURANCE COMPANY, AMERICAN HOME ASSURANCE COMPANY, AND THE NORTHERN ASSURANCE COMPANY OF AMERICA'S FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES AND CROSS-CLAIMS**

MAY IT PLEASE THE COURT:

NOW INTO COURT, through undersigned counsel, come American Home Assurance Company ("AHAC"), The Northern Assurance Company of America ("NACA") and New York Marine and General Insurance Company ("NYMAGIC") (hereinafter, collectively referred to as

the "Excess Insurers") and respectfully file this motion for leave to file a reply memorandum in further support of their motion pursuant to Rule 15(a) of the Federal Rules of Civil Procedure for leave of the Court to file an Amended Answer to assert Cross-Claims against defendants Lafarge North America, Inc. ("Lafarge") and American Steamship Owners Mutual Protection & Indemnity Association, Inc. (the "Club"). This is the Excess Insurers' first request for leave to amend their answer.

As more fully set forth in the Excess Insurers' memorandum, the reply response is necessary to address a new argument raised by the Club in opposition (*i.e.* seeking a ruling on issue preclusion) and also to correct the record concerning certain misstatements about Court Orders and Excess Insurers' positions.

Respectfully submitted:

/s/ *Frank A. Piccolo*
FRANK A. PICCOLO (02049)
PREIS & ROY, APLC
601 Poydras Street, Suite 1700
New Orleans, LA 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129

- and -

NICOLETTI HORNIG & SWEENEY
John A.V. Nicoletti (JN-7174)
Nooshin Namazi (NN-9449)
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
Telephone: (212) 220-3830
Facsimile: (212) 220-3780
Email: jnicoletti@nicolettihornig.com
File No.: 10000478 JAVN/NN

        COUNSEL FOR AMERICAN HOME ASSURANCE COMPANY AND THE NORTHERN ASSURANCE COMPANY OF AMERICA

        - and -

        /s/ Robert H. Murphy
        ROBERT H. MURPHY (9850)
        MURPHY ROGERS SLOSS & GAMBEL
        701 Poydras Street, Suite 400
        New Orleans, LA 70139

        COUNSEL FOR NEW YORK MARINE AND GENERAL INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served on all counsel of record in these proceedings by:

    (   ) Hand Delivery         (   ) Prepaid U.S. Mail

    (   ) Facsimile            (   ) Federal Express

    ( √ ) ECF Filing          (   ) E-Mail

New Orleans, Louisiana, this 17th day of September, 2008.

        /s/ Frank A. Piccolo
        FRANK A. PICCOLO

1531575

X:\Public Word Files\1\478\Legal\Katrina Case - E.D. La\MOL by Excess Insurers Motion to Leave to File Amened Answer\Reply\Motion by Excess Insurers' Reply Motion for Leave to File Amended Answer.9.15.08.mm.doc