USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
THE NORTHERN ASSURANCE COMPANY :
OF AMERICA and AMERICAN HOME : 08 Civ. 3289 (CSH) (AJP)
ASSURANCE COMPANY, :
  :
　　　　　　　　Plaintiffs, :
  :
　　　-against- : MEMORANDUM
  : AND ORDER
LAFARGE NORTH AMERICA, INC. and :
AMERICAN STEAMSHIP OWNERS MUTUAL :
PROTECTION AND INDEMNITY :
ASSOCIATION, INC., :
  :
　　　　　　　　Defendants. :
-------------------------------------------------------------- x

HAIGHT, Senior District Judge:

　　Having considered the most recent correspondence of counsel,[1] the Court denies the application of defendant Lafarge North America, Inc. for an order enjoining the plaintiffs The Northern Assurance Company of America and American Home Assurance Company (the "Excess Underwriters") from proceeding with a motion before Judge Duval in the Eastern District of Louisiana for leave to amend their pleadings in the litigation pending before him.

　　Assuming without deciding that this Court would have the discretionary power to enjoin such a litigation step in another District, I decline to exercise it. The Excess Underwriters' motion before Judge Duval does not violate this Court's Memorandum and Order reported at 2008 WL 3457220 (S.D.N.Y. Aug.12, 2008), which read fairly and in context does no more than stay the plaintiffs' action in this Court.

　　Moreover, Judge Duval's Order dated August 29, 2008 makes it clear that Judge Duval,

---

[1] Clyne letter dated August 28, 2008; Nicoletti letter dated August 29, 2008; Fromm letter dated September 2, 2008.

having been made fully aware by counsel, perhaps belatedly, of the complexities of the litigation in this Court, is fully cognizant of the foci of the liability litigation before his Court and the coverage litigation before this Court. The plaintiffs' motion to amend their pleadings falls under Fed. R. Civ. P. 15(a) and is addressed to Judge Duval's sound discretion. Other parties in that case may file papers in opposition. Judge Duval will exercise his discretion as he thinks right, given the totality of the circumstances in the case before him. This Court will not interfere in that process.

Application for an injunction denied. SO ORDERED.

Dated: New York, New York
September 8, 2008

                                              CHARLES S. HAIGHT, JR.
                                     SENIOR UNITED STATES DISTRICT JUDGE