UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re KATRINA CANAL BREACHES LITIGATION | * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" MAG. (2) |
| PERTAINS TO: BARGE | * | JUDGE STANWOOD R. DUVAL, JR. |
| *Boutte v. LaFarge*   05-5531 | | |
| *Mumford v. Ingram*   05-5724 | * | MAG. JOSEPH C. WILKINSON, JR |
| *Lagarde v. LaFarge*   06-5342 | | |
| *Perry v. Ingram*   06-6299 | * | |
| *Benoit v. LaFarge*   06-7516 | | |
| *Parfait Family v. USA*   07-3500 | * | |
| *LaFarge v. USA*   07-5178 | | |
| * * * * * * | * * * * * * | |

## ORDER

THE COURT, having considered the foregoing Motion for Leave to File Memorandum in Reply to American Steamship Owners Mutual Protection & Indemnity Association, Inc.'s Opposition to Motion for Leave of Court to File New York Marine and General Insurance Company, American Home Assurance Company, and The Northern Assurance Company of America's First Amended Answer, Affirmative Defenses and Cross-Claims,

IT IS ORDERED, that leave is hereby GRANTED to file the Memorandum in Reply to American Steamship Owners Mutual Protection & Indemnity Association, Inc.'s Opposition to Motion for Leave of Court to File New York Marine and General Insurance Company, American

Home Assurance Company, and The Northern Assurance Company of America's First Amended Answer, Affirmative Defenses and Cross-Claims in the record of this Court.

New Orleans, Louisiana this _____ day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE

1531585