UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, <u>Duncan</u>, 07-9480 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER ON MOTION

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed AND a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to Defendant's Motion to Compel Answers to Interrogatories and Requests for Production of Documents, Record Doc. No. 14589, set for hearing on September 17, 2008 at 11:00 a.m. without oral argument, has been timely submitted. Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the court that the motion has merit in part,

**IT IS ORDERED** that the motion is GRANTED IN PART AND DENIED IN PART, as follows. Plaintiffs are HEREBY ORDERED to respond to defendant's Requests for Production of Documents fully and in writing, in accordance with Fed. R. Civ. P. 34(b), and to make all responsive documents available to defendant's counsel,

within ten (10) days of entry of this order. All objections, except on the basis of attorney-client privilege or work product doctrine, are deemed waived.

The motion is denied in part insofar as it seeks answers to interrogatories. Defendant violated Fed. R. Civ. P. 33(a)(1) in submitting an excessive number of interrogatories without first seeking leave of court to do so. No answers to these excessive interrogatories will be required. Defendant may reduce its interrogatories to the prescribed limit and resubmit them to plaintiffs.

The motion is denied as to its request for attorney's fees and costs. The motion has been granted in part and denied in part. Under these circumstances, I find that a just apportionment of the fees and expense is that each party should bear its own. Fed. R. Civ. P. 37(a)(5)(C).

New Orleans, Louisiana, this \_\_\_17th\_\_\_ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE