MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 16, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE<br>    Galatas, 07-3084<br>    Schulz, 07-3081<br>    Hernandez, 07-3083 | JUDGE DUVAL<br>MAG. WILKINSON |

Based on the written reports received from defense counsel in the referenced cases at the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, all of which have been separately filed in the appropriate records, I conducted a settlement conference via telephone on this date. Participating were: Brian Eiselen, representing plaintiffs; and Gregory Schwab, representing defendant with State Farm adjuster Karen Barbee. Shortly after the conference, counsel jointly advised the court that settlements have been reached in all three referenced cases, subject to Road Home Program approval. By copy of this

MJSTAR:  0 : 10

minute entry, Judge Duval is advised so that he may enter an appropriate 90-day conditional dismissal order in the referenced cases only.

                                        JOSEPH C. WILKINSON, JR.
                                      UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**