MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 16, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
CONSOLIDATED LITIGATION
                                             NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE                       JUDGE DUVAL
   Branch, 07-3086                          MAG.WILKINSON
   Bacques, 07-3087

I have received letters dated September 12, 2008 from defense counsel in the referenced cases, which have been separately filed in the record of both the referenced cases and C.A. No. 05-4182. The letters are deemed the response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts. In response to the letters, I conducted a telephone conference on this date. Participating were: Brian Eiselen, representing plaintiffs; Gregory Schwab and State Farm adjuster Karen Barbee, representing defendant. Defense counsel is located in Houma. Ongoing settlement discussions in these cases were interrupted due to disruptions caused by the storm. Counsel are actively

MJSTAR:  0 : 10

engaged in good faith settlement discussions that have been effective and successful in other cases. Accordingly, further action in the referenced cases will be DEFERRED for two (2) weeks pending the outcome of these discussions.  Counsel must contact me by telephone **on September 29, 2008 at 10:30 a.m.** to advise me of the status of settlement in the referenced cases, so that I may determine whether deconsolidation and reallotment for purposes of setting trial schedules might then be appropriate.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**