# GREGORY J. SCHWAB
A LIMITED LIABILITY COMPANY
## ATTORNEY AT LAW

100 RAMEY ROAD, SUITE B
HOUMA, LOUISIANA 70360
Telephone: (985) 223-4457
Facsimile: (985) 851-5051
EMAIL: gjschwab@exceedtech.net



September 12, 2008

*VIA: Facsimile (504) 589-7633*

Honorable Magistrate Joseph C. Wilkinson, Jr.
500 Poydras Street
Room B409
New Orleans, LA 70130

Re: *Claire Galatas vs. Allstate Insurance Co.*
USDC 07-3084  05-4182

Dear Magistrate Judge Wilkinson:

In accordance with the Post-Sher Insurance Umbrella Case Management Order entered by Judge Duval and this Court on June 12, 2008, and on behalf of Allstate Insurance Company ("Allstate"), I hereby request that you kindly grant 30 more days before separating this matter from the Insurance Umbrella and assign it to a district court judge for completion of discovery and trial. Although the parties exchanged the required settlement documents, we have yet to be able to meet to discuss settlement. We were scheduled to meet on August 28, 2008 to discuss the case with our clients present in an attempt to resolve our dispute. Due to Hurricane Gustav, the meeting had to be rescheduled and we are hopeful that meeting will occur within the next 30 days.

Please let me know if you would like any additional information regarding this matter.

Very Truly Yours

Gregory J. Schwab

cc: Brian J. Eiselen
Connick and Connick LLC