UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. |
| | * | NO. 05-4182 |
| | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO: | | MAGISTRATE WILKINSON |
| | * | |
| INSURANCE (Pierce, Marion, No. 07-3844) | | |
| | * | |

**MOTION TO DISMISS**

COMES NOW, Marion Pierce, plaintiff, appearing herein through undersigned counsel, and on suggesting to the Court that the above consolidated matter bearing Docket No. 07-3884, has been compromised in full and that Plaintiff desires to dismiss with prejudice the said cause against The Standard Fire Insurance Company, and the entities incorrectly referred to in the Plaintiff's complaint, St. Paul Travelers Group, The Travelers Indemnity Company and Automobile Insurance Company of Hartford, Connecticut, One of the Travelers Property and Casualty [Insurance] Companies, with each party to bear its own court costs.

1

Respectfully submitted:

/s/ Jeffery B. Struckhoff
Andrea S. Lestelle
Jeffery Bryan Struckhoff
Terrence Jude Lestelle
Lestelle & Lestelle
3421 N. Causeway Blvd., Suite 602
Metairie, LA 70002-3726
504-828-1224

ATTORNEYS FOR PLAINTIFF, MARION PIERCE

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 18, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following to all counsel of record.

/s/ Jeffery B. Struckhoff
.