UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **IN RE:  KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **NO. 05-4182 "K" (2)** |
| **PERTAINS TO:** | * | |
| | * | **JUDGE DUVAL** |
| **ALL LEVEE, MRGO,** | * | |
| **RESPONDER CASES AND** | * | **MAG. WILKINSON** |
| | * | |
| **NOS.   07-3500** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that the following named Plaintiffs in Civil Action No. 07-3500:

> **The Parfait Family**
> **Helen Frank (individually and as Administratrix of the Succession of Richard Frank, and on behalf of any and all heirs, survivors, relatives and beneficiaries of the deceased),**
> **Michelle "Mink" Jones**
> **Kenneth Williams**
> **Derrick Williams**
> **Ladanya Williams**
> **Cadorra Williams**
> **Valerie Williams, on her own behalf and on behalf of her minor children,**
>   **Chrishawn Williams**
>   **Jamon Williams, and**
>   **Tameka Williams**
> **Andrew Hill**
> **Maria Washington, on her own behalf and on behalf of her minor**

-1-

children,
  Janisha Washington
  Andrew Washington
  Charles Washington
  Mekhi Washington
**Tammy McFarland**
**Joshua McFarland**
**Kelly Augusta**
**Artis Ulmer, Sr.**
**Ruth Ulmer**
**Artis Ulmer, Jr., on his own behalf and on behalf of his son,**
  Roche Easpdron
**Patricia Harris**
**Bernon Barnes**
**Charles Ulmer, Sr.**
**Charles Ulmer, Jr.**
**Derick Ulmer**
**Dennis Ulmer**
**Kevin McFarland**
**Charles Hollaway**
**Joseph Smith**
**Clarisa McCoy**
**Wardell Luter**
**Janet Luter**
**Christopher Luter and his wife**
  Tracy Luter, on their own behalf and on behalf of their minor
children,
  Tranard Luter, and
  Crista Luter
**Linda Molaison**
**Gail Brown, on her own behalf and on behalf of her minor children,**
  Aaron Pulliam, and
  Brandon Pulliam
**Shelia Martin**
**Keith Martin**
**Contrice Phipps**
**Reverend Curtis Coleman, Sr., on his own behalf and on behalf of his entire Congregation and the Ephesian Missionary Baptist Church**
**Mary P. Mingo**
**Rachel Goldsmith**
**Gayle LeBlanc**
**Michael LeBlanc, and his spouse,**
  Larice Taylor LeBlanc, on their own behalf and on behalf of their minor child,
  Mika Jane LeBlanc
**Jessie Arbuthnot**

-3-

**Curtis Coleman, Sr.**
**Curtis Coleman, Jr.**
**Jerome Coleman**
**Keith Coleman**
**Carnese Williams**
**Raymond Hunter**
**William Hunter**
**AndrewWilliams**
**Eric Williams**
**Winston Williams**
**Paul Mosley, Sr.**
**Paul Mosley, Jr.**
**Brandon Mosley**
**Hope Mosley**
**Shaqual Mosley**
**Shannel Mosley**
**Ivan Mosley**
**Betty Mosley**
**Margarite Rochon**
**Raymond Hunter**
**Naomi Hunter**
**Vanessa Carter**
**Chris McCormick**
**Michele Armour**
**Monique Armour**
**Mitchell Armour III**
**Augustine Greenwood**
**Rosemary Greenwood, in her own behalf and on behalf of her minor children,**
**Jasemine and**
**Jasemine and**
**Yasemine Greenwood**
**Daniel Weber, individually and in his capacity as Administrator of the Succession of his spouse, Rosetta Marrero, and as personal representative of the deceased, and on behalf of any and all heirs, survivors, relatives and beneficiaries of the deceased, known or unknown**
**Lamont Marrero**
**Edward Marrero**
**Renzoll Marrero**
**Peter Thibodeaux**
**Agnes Mae Recasner**
**Quiana Whitney**
**Carl Recasner**
**Bobby Recasner**
**Tyrone Moffett and his fiancé,**

-4-

    **Ashley Robinson, on their own behalfs and on behalf of their minor child,**
    **Ty' Janie Moffett**
    **Bruce Hayes**
    **Marinesha Green, on her own behalf and on behalf of her minor child,**
    **Bruce Hayes III**
    **Emma Martin**
    **Ollie Rickney**
    **Ryan Ward**
    **Tinisha Sims, on her own behalf and on behalf of her minor children,**
    **Kiyera Sims, and**
    **Garnycia Reed**
    **Broderick Mack**
    **Antonio Green**
    **Ebony Gordon**
    **Melba Gibson**
    **Emmanuel Joseph LeBlanc**
    **Gertrude LeBlanc**
    **Ardell Joseph LeBlanc**
    **LeShaun Monique LeBlanc**
    **Cyndria LeBlanc**
    **Arianya LeBlanc**
    **Paul Mosley**
    **Betty Mosely**
    **Troy Louis, and his spouse,**
    **Erika Louis, on their own behalfs and on behalf of their minor children,**
    **Gregory Williams,**
    **Erik Louis,**
    **Darrion Louis,**
    **Shekinah Louis**
    **Raymond Joseph**
    **Claudia Rattler**
    **Terry Rattler**
    **Renelle Rattler**

do hereby appeal to the United States Court of Appeals for the Fifth Circuit from the "Judgment" of the Honorable Stanwood R. Duval, Jr. dated September 17, 2008 (Record Document No. 16), a copy of which is appended hereto and marked for identification as Exhibit No. 1.

-5-

>Respectfully submitted,
>
>**LAW OFFICES OF**
>**ASHTON R. O'DWYER, JR.**
>
>By:   S/Ashton R. O'Dwyer, Jr.
>       Ashton R. O'Dwyer, Jr.
>       Bar No. 10166
>       821 Baronne Street
>       New Orleans, LA 70113
>       Telephone: (504) 679-6166
>       Facsimile: (504) 581-4336

## CERTICATE OF SERVICE

I hereby certify that on September 18, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

>       S/ Ashton R. O'Dwyer, Jr.