UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
CONSOLIDATED LITIGATION
                                             NO. 05-4182 "K"(2)

PERTAINS TO:  INSURANCE, Katz, 07-3444       JUDGE DUVAL
                                             MAG. WILKINSON


**ORDER**

At the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, the court has been advised by defense counsel, by letter separately filed in the record, that the referenced case has been settled.  By copy of this order, entry, Judge Duval is advised so that he may enter appropriate 60-day conditional dismissal order in the referenced Katz case only.

New Orleans, Louisiana, this ____18th____ day of September, 2008.


                                    JOSEPH C. WILKINSON, JR
                                    UNITED STATES MAGISTRATE JUDGE


CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.