UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2) |
| PERTAINS TO: | * | |
| | * | JUDGE DUVAL |
| ALL LEVEE, MRGO, | * | |
| RESPONDER CASES AND | * | MAG. WILKINSON |
| | * | |
| NOS.  07-3500 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that the following named Plaintiffs in Civil Action

No. 07-3500:

> **The Parfait Family**
> **Helen Frank (individually and as Administratrix of the Succession of**
> **Richard Frank, and on behalf of any and all heirs, survivors, relatives**
> **and beneficiaries of the deceased),**
> **Michelle "Mink" Jones**
> **Kenneth Williams**
> **Derrick Williams**
> **Ladanya Williams**
> **Cadorra Williams**
> **Valerie Williams, on her own behalf and on behalf of her minor**
> **children,**
> **  Chrishawn Williams**
> **  Jamon Williams, and**
> **  Tameka Williams**
> **Andrew Hill**
> **Maria Washington, on her own behalf and on behalf of her minor**

children,
  Janisha Washington
  Andrew Washington
  Charles Washington
  Mekhi Washington
Tammy McFarland
Joshua McFarland
Kelly Augusta
Artis Ulmer, Sr.
Ruth Ulmer
Artis Ulmer, Jr., on his own behalf and on behalf of his son,
  Roche Easpdron
Patricia Harris
Bernon Barnes
Charles Ulmer, Sr.
Charles Ulmer, Jr.
Derick Ulmer
Dennis Ulmer
Kevin McFarland
Charles Hollaway
Joseph Smith
Clarisa McCoy
Wardell Luter
Janet Luter
Christopher Luter and his wife
  Tracy Luter, on their own behalf and on behalf of their minor
children,
  Tranard Luter, and
  Crista Luter
Linda Molaison
Gail Brown, on her own behalf and on behalf of her minor children,
  Aaron Pulliam, and
  Brandon Pulliam
Shelia Martin
Keith Martin
Contrice Phipps
Reverend Curtis Coleman, Sr., on his own behalf and on behalf of his
entire Congregation and the Ephesian Missionary Baptist Church
Mary P. Mingo
Rachel Goldsmith
Gayle LeBlanc
Michael LeBlanc, and his spouse,
  Larice Taylor LeBlanc, on their own behalf and on behalf of their
minor child,
  Mika Jane LeBlanc
Jessie Arbuthnot

**Curtis Coleman, Sr.**
**Curtis Coleman, Jr.**
**Jerome Coleman**
**Keith Coleman**
**Carnese Williams**
**Raymond Hunter**
**William Hunter**
**AndrewWilliams**
**Eric Williams**
**Winston Williams**
**Paul Mosley, Sr.**
**Paul Mosley, Jr.**
**Brandon Mosley**
**Hope Mosley**
**Shaqual Mosley**
**Shannel Mosley**
**Ivan Mosley**
**Betty Mosley**
**Margarite Rochon**
**Raymond Hunter**
**Naomi Hunter**
**Vanessa Carter**
**Chris McCormick**
**Michele Armour**
**Monique Armour**
**Mitchell Armour III**
**Augustine Greenwood**
**Rosemary Greenwood, in her own behalf and on behalf of her minor children,**
**Jasemine and**
**Jasemine and**
**Yasemine Greenwood**
**Daniel Weber, individually and in his capacity as Administrator of the Succession of his spouse, Rosetta Marrero, and as personal representative of the deceased, and on behalf of any and all heirs, survivors, relatives and beneficiaries of the deceased, known or unknown**
**Lamont Marrero**
**Edward Marrero**
**Renzoll Marrero**
**Peter Thibodeaux**
**Agnes Mae Recasner**
**Quiana Whitney**
**Carl Recasner**
**Bobby Recasner**
**Tyrone Moffett and his fiancé,**

**Ashley Robinson, on their own behalfs and on behalf of their minor
child,
Ty' Janie Moffett
Bruce Hayes
Marinesha Green, on her own behalf and on behalf of her minor
child,
Bruce Hayes III
Emma Martin
Ollie Rickney
Ryan Ward
Tinisha Sims, on her own behalf and on behalf of her minor children,
Kiyera Sims, and
Garnycia Reed
Broderick Mack
Antonio Green
Ebony Gordon
Melba Gibson
Emmanuel Joseph LeBlanc
Gertrude LeBlanc
Ardell Joseph LeBlanc
LeShaun Monique LeBlanc
Cyndria LeBlanc
Arianya LeBlanc
Paul Mosley
Betty Mosely
Troy Louis, and his spouse,
Erika Louis, on their own behalfs and on behalf of their minor
children,
Gregory Williams,
Erik Louis,
Darrion Louis,
Shekinah Louis
Raymond Joseph
Claudia Rattler
Terry Rattler
Renelle Rattler**

do hereby appeal to the United States Court of Appeals for the Fifth Circuit from the
"Judgment" of the Honorable Stanwood R. Duval, Jr. dated September 17, 2008 (Record
Document No. 16), a copy of which is appended hereto and marked for identification as
Exhibit No. 1.

-4-

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.**

**By:   S/Ashton R. O'Dwyer, Jr.**
       **Ashton R. O'Dwyer, Jr.**
       **Bar No. 10166**
       **821 Baronne Street**
       **New Orleans, LA 70113**
       **Telephone: (504) 679-6166**
       **Facsimile: (504) 581-4336**

## CERTICATE OF SERVICE

I hereby certify that on September 18, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

S/ Ashton R. O'Dwyer, Jr.