UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO: * | | MAGISTRATE (2) |
| NO. 07-3500 * | | |
| * | | JUDGE DUVAL |
| * | | |
| * | | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * *

### PLAINTIFFS' PROPOSED
### FINAL APPEALABLE JUDGMENT

Considering the Court's Order and Reasons of May 27, 2008 (Record Document No. 13315) in Civil Action No. 07-3500, and upon the express determination that there is no just reason for delay, the Court does hereby enter Final Appealable Judgment in favor of defendant the United States of America, and against plaintiffs, with prejudice, pursuant to the provisions of Rule 54(b), Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 17th day of September 2008.

_____
JUDGE

-1-

EXHIBIT
no. 1