UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE, <u>Watson</u>, 07-3462 | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER

At the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, the court has been advised by defense counsel, by letter separately filed in the record, that the referenced case has been settled.  By copy of this order, entry, Judge Duval is advised so that he may enter appropriate 60-day conditional dismissal order in the referenced <u>Watson</u> case only.

New Orleans, Louisiana, this   18th   day of September, 2008.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.