MINUTE ENTRY
DUVAL, J.
SEPTEMBER 12, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                     CIVIL ACTION
CONSOLIDATED LITIGATION

PERTAINS TO:  MRGO, ROBINSON                     NO. 05-4182
No. 06-2268

                                                 SECTION "K"(2)


MOTION to dismiss Counts Two and Three of Plaintiffs' Amended Complaint (doc. 13527-2),
by the United States of America, doc. 13653.


CASE MANAGER:  BARRY JOHNSON
COURT REPORTER:  TONI TUSA

APPEARANCES:  See the attached list.

Court begins at 10:33 a.m.
Case called and all present and ready.
Oral argument by parties.
Pltf offer exhibits 1 & 2, admitted.
The Court informed the parties to file a motion and order to change all deadlines based upon
a new Non Jury Trial of April 20, 2009 at 9:00 a.m. in lieu of January 20, 2009.
This matter is SUBMITTED.
Court adjourns at 12:10 p.m.


JS-10 (1:43)

**SIGN IN SHEET FOR C.A. 05-4182 "K"(2)**
**FRIDAY, SEPTEMBER 12, 2008 AT 10:30 A.M.**

**IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION**
**MRGO, ROBINSON (Ref: CA 06-2268) - MOTION TO DISMISS COUNTS TWO AND**
**THREE OF PLAINTIFFS' AMENDED COMPLAINT (DOC 13527-2), BY THE USA,**
**DOC. 13653**

| ATTORNEY | PARTY |
|---|---|
| Joseph M. Bruno | MRGO PSLC - Liaision Counsel |
| Scott Joanen | MRGO PSLC |
| Elwood Stevens | MRGO - Robinson, et al |
| Jonathan Andry | MRGO - Robinson & PSLC |
| Brendan O'Brien | AIG - Subrogated Pltfs |
| Robin Smith | USA |
| Jeff Ehrlich | USA |
| Pierce O'Donnell | Robinson. PSLC-MRGO |
| Calvin Fayard | " " |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

AO 187(Rev. 4/82)

# EXHIBIT AND WITNESS LIST

| VS.<br><br>IN RE KATRINA CANAL<br>BREACHES CONSOLIDATED<br>LITIGATION<br>PERTAINS TO MRGO,<br>ROBINSON<br>NO. 06-2268 | | DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA |
|---|---|---|
| PLAINTIFF'S ATTORNEY<br>SEE ATTACHED LIST | DEFENDANT'S ATTORNEY<br>SEE ATTACHED LIST | DOCKET NUMBER<br>05-4182 "K"(2) |
| | | TRIAL DATE(S)<br>SEPTEMBER 12, 2008 |
| PRESIDING JUDGE<br>STANWOOD R. DUVAL, JR. | COURT REPORTER<br>TONI TUSA | COURTROOM DEPUTY<br>BARRY JOHONSON |

| PLTF.<br>NO. | DEFT.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/12/08 | X | X | Deposition of USA by & thru U S Army Corps of Engineers' designee Lee Guillory 6/30/08 |
| 2 | | " | X | X | Deposition of USA by & thru U S Army Corps of Engineers designee John Grieshaber, Ph.D., P.E. 6/27/08 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages