# GIEGER, LABORDE & LAPEROUSE, L.L.C.

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
**NEW ORLEANS, LOUISIANA 70139-4800**
TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

ERNEST P. GIEGER, JR.[1,2]
KENNETH H. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1]
ROBERT I. SIEGEL[1,2]
ANDREW A. BRAUN[1,2]
LEO R. McALOON III[1,2]
JOHN E. W. BAAY II[1,2,3]
ANDREW M. ADAMS[1,2]
MARGARET L. SUNKEL[1]

BRENDAN P. DOHERTY
DANIEL G. RAUH
COLETTE A. SALTER
RACHEL G. WEBRE
JASON D. BONE[3,4]
WILLIAM A. BAROUSSE
KRYSTENA L. HARPER
DAVID B. WILSON
AMANDA B. RIZZO
MICHAEL D. CANGELOSI

TARA E. CLEMENT
KELLEY S. COLLINS
CARSON W. STRICKLAND
WILLIAM F. HANNES, JR.[5]
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE[2]
ERIC C. WALTON
MARK T. MAHFOUZ
MICHAEL E. HILL
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
ALISTAIR M. WARD

[1] LAW CORPORATION
[2] ALSO ADMITTED IN TEXAS
[3] ALSO ADMITTED IN MISSISSIPPI
[4] ALSO ADMITTED IN FLORIDA
[5] ONLY ADMITTED IN TEXAS

HOUSTON OFFICE:
SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027
TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

September 12, 2008

Writer's E-Mail Address:
WBAROUSSE@GLLLAW.COM

*RECEIVED SEP 12 2008 CHAMBERS OF U.S. MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR.*

The Honorable Joseph C. Wilkinson, Jr.
United States District Court
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, #B409
New Orleans, LA 70130

**Via facsimile: 504-589-7633**

*[handwritten: File in both records 05-4182]*

Re:   *Christopher Burns v. Lexington Insurance Company*
      USDC, E.D. No. 05-4182, pertains to 06-7806, Sect. "K" Mag. 2
      Our File No.: 0092-86-6

Dear Judge Wilkinson:

Pursuant to Judge Duval's Post-Sher Insurance Umbrella Case Management Order [Doc. 13521], by this correspondence undersigned counsel for Lexington in the above-referenced matter is advising that he has conferred with counsel for Plaintiff and counsel for both parties believe that this case will be resolved within the next sixty days. Plaintiff has made a demand and Lexington will either counter offer Plaintiff's demand or in the alternative, file a motion which it believes will likely resolve this matter. Therefore, counsel for both parties do not anticipate that a trial on the merits will be necessary in this matter.

With Kindest Regards,

William Barousse

cc:   Kenny Charbonnet