UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                NO. 05-4182

PERTAINS TO:                                    SECTION "K"(2)
      Mooney C.A. No. 06-4703

## ORDER AND REASONS

Before the Court is a Motion for Entry of Judgment Pursuant to the Court's Post-Sher

Case Management Order (Doc. 13818) filed by State Farm Fire and Casualty Company ("State

Farm").  No opposition has been  filed to this motion,  and the Court finds the motion to have

merit as the Louisiana Supreme Court in *Sher v. Lafayette Ins. Co.,* No. 07-C_2441, 2008 WL

928486, at *6-7 (La. Apr. 8, 2008), and the United States Fifth Circuit Court of Appeals in *In re*

*Katrina Canal Breaches Consolidated Litig.*, 495 F.3d 191, 214 (5th Cir. 2007), have both

essentially ruled that the exclusions in Louisiana homeowners' insurance policies of coverage for

damages caused by the flood that resulted form the various levee breaches in the aftermath of

Hurricane Katrina are valid and unambiguous.  Accordingly,

   **IT IS ORDERED** that the Motion for Entry of Judgment Pursuant to the Court's Post-

Sher Case Management Order (Doc. 13818) is **GRANTED** and judgment shall be entered in

favor of State Farm Fire and Casualty Company and against Patrick S. Mooney and Rebecca

Mooney dismissing this action with prejudice with each party to bear its, his or her respective

costs.

   New Orleans, Louisiana, this __18th__ day of September, 2008.


                              _____
                                 STANWOOD R. DUVAL, JR.
                              UNITED STATES DISTRICT COURT JUDGE