UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 (K)(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO:   INSURANCE *Kiefer, et al. v. Allstate, et al.*  06-5370 As to Plaintiffs Warren and Lynette Gordon only | |

## MOTION FOR LIMITED REOPENING
## OF CASE TO DISMISS CLAIMS OF WARREN AND LYNETTE GORDON

NOW INTO COURT, through undersigned counsel, come plaintiffs Warren and Lynette Gordon, who respectfully request that their claims against defendant Liberty Mutual Insurance Company be dismissed with prejudice from *Kiefer,* et al. *v. Allstate*, et al. as all claims between the parties have been compromised and settled.

This Motion seeks the limited reopening of the *Kiefer* case to dismiss Warren and Lynette Gordon's claims in the above named and captioned litigation.  Accordingly, plaintiffs move this Court for an entry of an order to (1) reopen the *Kiefer, et al.* proceeding, No. 06-5370, with respect to Liberty Mutual Insurance Company for the limited purpose of addressing this Motion, and (2) dismiss with prejudice, and at each party's cost, all claims asserted by plaintiffs Warren and

Lynette Gordon against Liberty Mutual Insurance Company in the *Kiefer* complaint.

Defense counsel has been contacted and has no opposition with the dismissal of Warren and Lynette Gordon's claims against Liberty Mutual Insurance Company pending in the *Kiefer* complaint.

**WHEREFORE**, plaintiffs Warren and Lynette Gordon request that this Court enter an order as set forth above.

Respectfully submitted,

/s/ Calvin C. Fayard, Jr.
Wanda J. Edwards, #27448
Calvin C. Fayard, Jr., #5486
Fayard and Honeycutt, APC
519 Florida Avenue, SW
Denham Springs, Louisiana 70726
Telephone: 225/664-4193

and

Peyton P. Murphy, #22125
7035 Jefferson Highway
Baton Rouge, LA 70806
(225) 928-8800

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in the captioned matter.

/s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr.