UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**IN RE KATRINA CANAL BREACHES**            **CIVIL ACTION**
**CONSOLIDATED LITIGATION**

                                                             **NO. 05-4182**

**PERTAINS TO:**                                          **SECTION "K"(2)**
        Mooney C.A. No. 06-4703

## JUDGMENT

Considering the foregoing order,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment herein in favor of defendant, State Farm Fire and Casualty Company, and against Patrick S. Mooney and Rebecca Mooney, dismissing the complaint with prejudice, with each party to pay its respective costs.

New Orleans, Louisiana, the __18th__ day of September, 2008.

                                                        **STANWOOD R. DUVAL, JR.**
                             **UNITED STATES DISTRICT COURT JUDGE**