UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>K. Jones C.A. No. 06-9151 | SECTION "K"(2) |

## JUDGMENT

Considering the foregoing order,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment herein in favor of defendant, State Farm Fire and Casualty Company, and against Kenneth Jones and Lorie James-Jones, dismissing the complaint with prejudice, with each party to pay his, her or its respective costs.

New Orleans, Louisiana, the 18th day of September, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE