# LEWIS BRISBOIS BISGAARD & SMITH LLP

ATTORNEYS AT LAW

2014 WEST PINHOOK, SUITE 403, LAFAYETTE, LA 70508
PHONE: 337.326.5777 | FAX: 337.504.3341 | WEBSITE: www.lbbslaw.com

SARAH R. SMITH
DIRECT DIAL: 337.205.4528
E-MAIL: srsmith@lbbslaw.com

September 12, 2008

RECEIVED
SEP 1 2 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

**VIA FACSIMILE AND FIRST CLASS MAIL**

Honorable Magistrate Judge Joseph C. Wilkinson, Jr.
United States District Court
500 Poydras Street, Room B409
New Orleans, LA 70130

Re: In Re Katrina Canal Breaches Consolidated Litigation, Case no. 05-4182, K/2
Pertains to: Insurance –

<u>R&M Glynn, Inc. v. Allstate Ins. Co., No. 06-8589</u>

*[handwritten: File in both records]*

Dear Judge Wilkinson:

In accordance with the Post-Sher Insurance Umbrella Case Management Order entered by Judge Duval and this Court on June 12, 2008, and on behalf of Allstate Insurance Company, we hereby request that the above-referenced matter be separated from the Insurance Umbrella and assigned to a district court judge for completion of discovery and trial.

Although the parties exchanged the required offers and counteroffers and supporting materials and met to discuss settlement, settlement appears unlikely at this time.

If you require and additional information, please contact the undersigned.

Very truly yours,

Sarah R. Smith for
LEWIS BRISBOIS BISGAARD & SMITH LLP

cc: Lawrence J. Centola
Maureen O. Sullivan (firm)

ATLANTA | CHICAGO | FORT LAUDERDALE | LAFAYETTE | LAS VEGAS | LOS ANGELES | NEW ORLEANS | NEW YORK
ORANGE COUNTY | PHOENIX | SACRAMENTO | SAN BERNARDINO | SAN DIEGO | SAN FRANCISCO | TAMPA | TUCSON
4825-3141-0179.1