UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA LEVEE BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION: "K"(2) |
| PERTAINS TO: INSURANCE | JUDGE: DUVAL |
| *Rodney* C.A. No. 07-1742 | |
| | MAGISTRATE: WILKINSON |

**JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

**NOW INTO COURT**, through under signed counsel, come plaintiff, Kevin G. Rodney, and defendant, American National Property and Casualty Company, and respectfully submit to this Honorable Court that a settlement of all claims has been reached in this matter, and that plaintiff wishes to dismiss any and all claims against defendant, American National Property and Casualty Company, with prejudice, with each party to bear its own costs.

1

Respectfully submitted,

| | |
|---|---|
| BY:   **/s/ Jennifer B. Eagan**<br>    **Gregory P. DiLeo (Bar #4943)**<br>    **Jennifer B. Eagan (Bar #19847)**<br>    300 Lafayette Street, Suite 101<br>    New Orleans, Louisiana 70130<br>    Telephone: (504) 522-3456<br>    Facsimile: (504) 522-3888 | **LARZELERE PICOU WELLS**<br>  **SIMPSON LONERO, LLC**<br>Suite 1100 - Two Lakeway Center<br>3850 N. Causeway Boulevard<br>Metairie, Louisiana 70002<br>Telephone: (504) 834-6500<br>Facsimile: (504) 834-6565 |
| **ATTORNEYS FOR PLAINTIFF, KEVIN G. RODNEY** (e-filed with counsel's express approval and permission) | BY:   **/s/ Angie Arceneaux Akers**<br>    **Jay M. Lonero - 20642**<br>    **jlonero@lpwsl.com**<br>    **Christopher R. Pennison - 22584**<br>    **cpennison@lpwsl.com**<br>    **Angie Arceneaux Akers - 26786**<br>    **aakers@lpwsl.com**<br><br>**ATTORNEYS FOR AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY** |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 18th day of September, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

                                                 /s/ Angie Arceneaux Akers_____