UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * <br> * NO. 05-4182 <br> * <br> * SECTION "K"(2) <br> * |
| PERTAINS TO: MRGO, BARGE, LEVEE | * <br> * JUDGE DUVAL <br> * <br> * MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION TO AMEND CASE MANAGEMENT AND SCHEDULING ORDER NO. 7

**NOW INTO COURT,** through its undersigned counsel, comes Defendant Washington Group International, Inc. [1] ("WGII") and Plaintiffs Liaison Counsel, who respectfully move to amend Case Management and Scheduling Order No. 7 ("CMO No. 7") as follows:

1.  WGII will file its motion for summary judgment on or before October 9, 2008.

---

[1] Subsequent to the activities alleged in Plaintiff's Complaint, WGII merged with URS Corporation, a Delaware Corporation. WGII is now a subsidiary of Washington Holdings, Inc., a Delaware Corporation (also known as Washington Division, URS). Washington Holdings, Inc. is a subsidiary of URS Holdings Inc., a Delaware Corporation. URS Holdings Inc. is a subsidiary of URS Corporation.

- 2 -

2. Any opposition thereto shall be filed no later than October 30, 2008.

3. WGII's Reply Brief shall be filed no later than November 6, 2008.

4. The motion shall be heard on November 13, 2008.

**WHEREFORE**, Defendant Washington Group International, Inc. and Plaintiffs Liaison Counsel pray that the Court enter an Order amending Case Management and Scheduling Order No. 7 ("CMO No. 7").

Dated:     September 18, 2008          Respectfully submitted,

                                                                /s/Heather S. Lonian
William D. Treeby, Bar No. 12901
Heather S. Lonian, Bar No. 29956
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361

Of Counsel:
Adrian Wager-Zito
Debra S. Clayman
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: 1-202-879-3939
Fax: 1-202-626-1700

*Attorneys for Defendant
Washington Group International, Inc.*

- 2 -

945456v.1

- 3 -

        /s/ *Joseph M. Bruno*
JOSEPH M. BRUNO, Bar No. 3604
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana  70113
Telephone:  (504) 525-1335
Facsimile:  (504) 561-6775
Email:  jbruno@brunolaw.com

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Joint Motion to Amend Case Management and Scheduling Order No. 7 has been served upon all counsel of record by electronic notice via the Court's CM/ECF system, this 18th day of September, 2008.

        */s/Heather S. Lonian*
Heather S. Lonian