# INABNET & JONES, L.L.C.
## Counselors at Law

1331 West Causeway Approach
Mandeville, LA 70471
Telephone: (985) 624-9920
Facsimile: (985) 624-9940



RAYMON G. JONES
raymon@inabnetjones.com

215-38

September 12, 2008

Honorable Magistrate Joseph C. Wilkinson, Jr.
United States District Court
500 Poydras Street, Room B409
New Orleans, Louisiana 70130

    **RE:**    **Watson v. Allstate Insurance Company**
           **USDC CA# 07-3462**

Dear Magistrate Judge Wilkinson:

    In accordance with the Post-Sher Insurance Umbrella Case Management Order entered by Judge Duval and this Court on June 12, 2008, and on behalf of Allstate Insurance Company ("Allstate"), this is to advise that this matter is settled. As such, Allstate does not believe that it is in either party's interest to set this matter for trial.

    Please let me know if you would like any additional information regarding this matter.

Very truly yours,

Raymon G. Jones

RGJ/kmb
cc:    Patrick G. Kehoe
        Joseph M. Bruno
        Bruce L. Feingerts