UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO INSURANCE: *Bloom* (07-6488) | JUDGE STANWOOD K. DUVAL MAGISTRATE JUDGE WILKINSON |

### ORDER

Considering Plaintiff's Ex Parte Motion to Correct Filing;

**IT IS ORDERED** that any reference made to the Bloom matter (Case No. 07-6488) in Rec. Doc. 14125 is hereby stricken;

**IT IS FURTHER ORDERED** that the July 29, 2008 docket entry for Rec. Doc. 14125 shall be modified to remove any reference to Christopher Bloom and/or Case No. 07-6488.

New Orleans, Louisiana this __18th__ day of September, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE