# ARTHUR J. LENTINI
*A Professional Law Corporation*

6620 Riverside Drive　　　　　　　　　　　　　　　　　　　　Telephone (504) 780-8700
Suite 312　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile (504) 780-8770
Metairie, Louisiana 70003　　　　　　　　　　　　　　　　　E-mail: artlent@hotmail.com

September 11, 2008

**First Class Mail**
Honorable Magistrate Judge Joseph C. Wilkinson, Jr.
500 Poydras Street
Room B409
New Orleans, Louisiana 70130

　　　　Re:　Civil Action No. 08-1309; *Eugene Reyes v. Allstate Insurance Company;*
　　　　　　In the United States District Court for the Eastern District of Louisiana

Dear Magistrate Judge Wilkinson:

　　In accordance with the Post-Sher Umbrella Case Management Order ("Order") entered by Judge Duval and this Court on June 12, 2008, and on behalf of Allstate Insurance Company ("Allstate"), I hereby request that the above-styled matter be separated from the Insurance Umbrella and assigned to a district court judge for completion of discovery and trial.

　　Although the parties exchanged settlement documents, a dispute remains as to which portion of the damage was caused by wind and which portion was caused by flood. As a result, even though the parties discussed settlement, settlement appears unlikely at this time.

　　Please let me know if you would like any additional information regarding this matter.

　　　　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　　　ARTHUR J. LENTINI

AJL/jhl

cc:　Stuart T. Barasch, *via* facsimile (504) 525-1279