UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES         CIVIL ACTION
CONSOLIDATED LITIGATION
                                       NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE (Reyes, 08-1309)   JUDGE DUVAL
                                           MAG. WILKINSON

## ORDER

I have received a letter dated September 11, 2008 from defense counsel in the referenced Reyes case, which has been separately filed in the record of both C.A. No. 08-1309 and C.A. No. 05-4182. The letter is deemed the response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts. Having reviewed this report and the record, it appears that settlement is not attainable in the short term and that further proceedings are required. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Reyes case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and

SEP 18 2008
TRANSFERRED TO
SECT. C MAG. 4

___ Fee ___
___ Process ___
X Dktd ___
___ CtRmDep ___
___ Doc. No ___

henceforth all future filings in C.A. No. 08-1309 on the docket of C.A. No. 08-1309, and <u>not</u> on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it back to Section "C" (4), where it was previously allotted before its transfer to this consolidated litigation, for future proceedings in Section "C" (4).

New Orleans, Louisiana, this ____18th____ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
HON. STANWOOD R. DUVAL, JR.
HON. HELEN G. BERRIGAN

2