# ARTHUR J. LENTINI
*A Professional Law Corporation*

6620 Riverside Drive  
Suite 312  
Metairie, Louisiana 70003

Telephone (504) 780-8700  
Facsimile (504) 780-8770  
E-mail: artlent@hotmail.com

September 11, 2008

**First Class Mail**  
Honorable Magistrate Judge Joseph C. Wilkinson, Jr.  
500 Poydras Street  
Room B409  
New Orleans, Louisiana 70130

Re:   Case No. 07-5961; *Arthur & Shirley Burton; Kevin Wells v. Allstate Insurance Company*; In the United States District Court for the Eastern District of Louisiana

9023-25 Palmetto Street, New Orleans, Louisiana 70118 and 602 A-B-C Webster Street, Kenner, Louisiana 70062

Dear Magistrate Judge Wilkinson:

In accordance with the Post-Sher Umbrella Case Management Order ("Order") entered by Judge Duval and this Court on June 12, 2008, and on behalf of Allstate Insurance Company ("Allstate"), I hereby request that the *Burton* mass action [1] styled above, be separated from the Insurance Umbrella, severed, and assigned to a district court judge for completion of discovery and trial for the following two reasons:

(1) Although the parties exchanged settlement documents regarding Arthur & Shirley Burton's claims, a dispute remains as to which portion of the damage was caused by flood and which portion was caused by wind. As a result, settlement appears unlikely at this time.

(2) Kevin Wells is a named plaintiff in the above-referenced cause. However, in violation of the Order, we still have not received any demand or supporting documentation regarding Mr. Wells' claim despite bringing this matter to the attention of opposing counsel in our July 23, 2008 and August 14, 2008 letters. As such, Allstate has no basis for a counter-offer.

Please let me know whether I can provide you with any additional information.

---

[1] The above-referenced case is a mass action consisting of two plaintiffs – Arthur and Shirley Burton and Kevin Wells.

**First Class Mail**
Honorable Magistrate Judge Joseph C. Wilkinson, Jr.
September 11, 2008
Page 2

Very truly yours,

ARTHUR J. LENTINI

AJL/jhl

cc:     Stuart T. Barasch, *via* facsimile (504) 525-1279