UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*   05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. Lafarge*   06-5342 | * | JUDGE |
| *Perry v. Ingram*   06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*   06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | MAG. |
| *Lafarge v. USA*   07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

**MOTION FOR APPOINTMENT
OF BARGE P.S.L.C. MEMBERS**

**MAY IT PLEASE THE COURT:**

**NOW COMES** the Barge Plaintiffs' Subgroup Litigation Committee, Shawn Khorrami, Matt C. Bailey, and H. Scott Leviant, who respectfully move the Court for appointment of additional members. The Barge PSLC has associated as co-counsel for Barge Plaintiffs the nationally renown class action, mass tort and complex litigation firm, Khorrami, Pollard and Abir. Several of its members, including Messrs. Khorrami, Bailey and Leviant, were recently sponsored by the Barge PSLC for admission *pro hac vice* on behalf of the Barge Plaintiffs, and are now enrolled as such. Undersigned nominate and seek appointment and confirmation of Shawn Khorrami, Matt C. Bailey, and H. Scott Leviant, all of Khorrami, Pollard and Abir, to the Barge Plaintiffs' Subgroup Litigation

Committee, for reasons more fully shown in the supporting memorandum and submissions made herewith.

It is so moved, this 18th day of September, 2008.

Respectfully Submitted,

/s/ Brian A. Gilbert,
Brian A. Gilbert, Esq.(21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
  Telephone: (504) 885-7700
  Telephone: (504) 581-6180
  Facsimile: (504) 581-4336
  e-mail: bgilbert@briangilbertlaw.com

/s/ Lawrence D. Wiedemann,
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
  Telephone: (504) 581-6180
  Facsimile: (504) 581-4336
  e-mail: lawrence@wiedemannlaw.com,
  karl@wiedemannlaw.com,
  karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
  Telephone: 504-834-0646
  e-mail: pistols42@aol.com

/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900

        Washington, D.C.  20036-4129
            Voice: 202-862-4320
            Cell:    202-549-1454
            Facsimile:  800-805-1065 and 202-828-4130
            e-mail: rick@rickseymourlaw.net,

/s/ Lawrence A. Wilson
Lawrence A. Wilson (N.Y.S.B.A. #2487908)
David W. Drucker (N.Y.S.B.A. #1981562)
Wilson, Grochow, Druker & Nolet
Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279-0003
        Telephone: (212) 608-4400
        Facsimile: (212) 227-5159
        e-mail: lwilson@wgdnlaw1.com,
ddruker@wgdnlaw1.com

/s/Shawn Khorrami
Shawn Khorrami (CA SBN #14011)
H. Scott Leviant (CA SBN #200834)
Matt C. Bailey (CA SBN #218685)
Khorrami, Pollard & Abir, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
        Telephone: (213) 596-6000
        Facsimilie: (213) 596-6010
        e-mail:  Skhorrami@kpalawyers.com;
        hsleviant@kpalawyers.com;
        Mbailey@kpalawyers.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 18th day of September, 2008.

\s\Brian A. Gilbert