UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*        05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*           06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*        06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAG. |
| *Lafarge v. USA*            07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

**MEMORANDUM IN SUPPORT OF
MOTION FOR APPOINTMENT OF BARGE P.S.L.C. MEMBERS**

**MAY IT PLEASE THE COURT:**

The Barge Plaintiffs' Subgroup Litigation Committee has associated Khorrami, Pollard and Abir, a leading law firm in the area of complex litigation.  Since their association, KPA's attorneys have 'hit the ground running,' and are a vital force on the Barge Plaintiffs' behalf.  They been admitted *pro hac vice*, and in full integration with the undersigned, have undertaken a highly visible and substantial role in every aspect of the case - class certification and trial, appeals, depositions and discovery, investigation and research, pleadings development and drafting, records and data management, planning and scheduling, client contact and database management, public relations,

1

staff and support acquisition and outsourcing, litigation finance - all of which are invaluable as the number of plaintiff retainers grows, as the case spawns various key legal and factual issues, and as class certification and trial approach. Their attorneys have traveled to New Orleans repeatedly - to contribute to systematization and organization of the litigation, to conduct depositions, to personally examine all manner of the parties' contentions and evidence, and participate equally with the undersigned in every aspect of the case.  They have joined the PSLC's litigation and management committees, have opened lines of communication with opposing counsel, have brought undersigned's staff to their Los Angeles offices to train their staff members, and along with the current PSLC members, they bring into the mix a highly successful and well known track record developed over many years of class actions, mass torts and complex litigation in matters such as Bextra, Vioxx, Thimerosal, environmental toxins, tobacco, wage and hour litigation, to name but a few. Their additional manpower and expertise are key ingredients to the PSLC's efforts.  Additional information concerning the Khorrami, Pollard and Abir is available at http://www.khorrami.com/index.html.

     Shawn Khorrami, Matt C. Bailey and H. Scott Leviant are nominated by the undersigned for appointment to the Barge Plaintiffs' Subgroup Litigation Committee.

     **Shawn Khorrami** is the founding partner of Khorrami, Pollard & Abir, LLPb ("KP&A") in Los Angeles, California. Mr. Khorrami has represented plaintiffs in many types of complex litigation including, but not limited to, consumer fraud, wage and hour violations, pharmaceutical litigation, environmental law and toxic torts, product liability litigation, catastrophic personal injury, medical negligence/malpractice, nursing home abuse, police misconduct, premises liability, residential habitability, tobacco and wrongful death. He has also served on National Plaintiffs'

Steering and Executive Committees and has been appointed lead and liaison counsel and co-counsel in a number of cases. His curriculum vitae is attached as **Exhibit A.** A certificate of good standing was recently submitted with a Motion for *Pro Hac Vice* Admission.

**Matt Bailey** plays a leading role in KP&A's class action and pharmaceutical/medical device litigation practice, as well as our appellate practice. He has successfully represented clients on a wide range of complex legal issues, on both an individual and class action level. Matt's experience ranges from wage and hour employment issues to matters dealing with civil/constitutional rights, product liability, consumer fraud and unfair business practices. His curriculum vitae is attached as **Exhibit B.** A certificate of good standing was recently submitted with a Motion for *Pro Hac Vice* Admission.

**H. Scott Leviant** has significant experience handling matters dealing with complex commercial litigations, class actions, appellate matters and civil trials. His training and education in both scientific and economic matters have enabled him to excel in complex litigation. He has obtained several published appellate decisions, authored and co-authored a number of articles, and frequently contributes to lectures for an assortment of educational seminars. Outside of KP&A, Scott is the Editor-in-Chief of *The Complex Litigator,* a blog website focusing on class action lawsuits and complex litigation. His curriculum vitae is attached as **Exhibit C.** A certificate of good standing was recently submitted with a Motion for *Pro Hac Vice* Admission.

## CONCLUSION

The addition and appointment of Shawn Khorrami, Matt C. Bailey and H. Scott Leviant to the Barge PSLC will promote the interests of the Barge Plaintiffs, and will further the Court's goals of an efficient and timely resolution of this case. For the foregoing reasons, undersigned respectfully move for appointment and confirmation of these additional members to the Barge Plaintiffs'

Subgroup Litigation Committee.

Respectfully Submitted,

/s/ Brian A. Gilbert,
Brian A. Gilbert, Esq.(21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
    Telephone: (504) 885-7700
    Telephone: (504) 581-6180
    Facsimile: (504) 581-4336
    e-mail: bgilbert@briangilbertlaw.com

/s/ Lawrence D. Wiedemann,
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
    Telephone: (504) 581-6180
    Facsimile: (504) 581-4336
    e-mail:   lawrence@wiedemannlaw.com,
    karl@wiedemannlaw.com,
    karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
    Telephone: 504-834-0646
    e-mail: pistols42@aol.com

/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
    Voice: 202-862-4320
    Cell:   202-549-1454

        Facsimile:  800-805-1065 and 202-828-4130
        e-mail: rick@rickseymourlaw.net,

/s/ Lawrence A. Wilson
Lawrence A. Wilson (N.Y.S.B.A. #2487908)
David W. Drucker (N.Y.S.B.A. #1981562)
Wilson, Grochow, Druker & Nolet
Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279-0003
    Telephone: (212) 608-4400
    Facsimile: (212) 227-5159
    e-mail:  lwilson@wgdnlaw1.com,
ddruker@wgdnlaw1.com

/s/Shawn Khorrami
Shawn Khorrami (CA SBN #14011)
H. Scott Leviant (CA SBN #200834)
Matt C. Bailey (CA SBN #218685)
Khorrami, Pollard & Abir, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
    Telephone: (213) 596-6000
    Facsimilie: (213) 596-6010
    e-mail:  Skhorrami@kpalawyers.com;
    hsleviant@kpalawyers.com;
    Mbailey@kpalawyers.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 18th day of September, 2008.

    \s\Brian A. Gilbert