UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: BARGE | and consolidated cases |
| | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 | |
| *Mumford v. Ingram* 05-5724 | |
| *Lagarde v. Lafarge* 06-5342 | JUDGE |
| *Perry v. Ingram* 06-6299 | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | |
| *Parfait Family v. USA* 07-3500 | MAG. |
| *Lafarge v. USA* 07-5178 | JOSEPH C. WILKINSON, JR. |

## MOTION FOR SUBSTITUTION AND APPOINTMENT OF BARGE P.S.L.C. MEMBERS

Considering the Barge Plaintiffs' Subgroup Litigation Committee's **Motion for Appointment Of Barge P.S.L.C. Members**, it is hereby **ORDERED** that the motion be, and is hereby, **GRANTED**.

**FURTHER ORDERED**, attorneys for the Barge Plaintiffs, Shawn Khorrami, Matt C. Bailey, and H. Scott Leviant are hereby accepted and appointed to the Barge Plaintiffs' Subgroup Litigation Committee.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**HON. STANWOOD R. DUVAL, JR.**
**U. S. DISTRICT JUDGE**

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 18th day of September, 2008.


                                 \s\Brian A. Gilbert