UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION<br><br>NO. 05-4182<br>and consolidated cases |
| PERTAINS TO:   BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*          05-5531<br>*Mumford v. Ingram*    05-5724<br>*Lagarge v. Lafarge*     06-5342<br>*Perry v. Ingram*          06-6299<br>*Benoit v. Lafarge*        06-7516<br>*Parfait Family v. USA* 07-3500<br>*Lafarge v. USA*           07-5178 | * * * * * * * * * | JUDGE<br>STANWOOD R. DUVAL, JR.<br><br>MAG. JOSEPH C. WILKINSON, JR. |

### AFFIDAVIT OF SHAWN KHORRAMI IN SUPPORT OF APPLICATION FOR APPOINTMENT TO THE PLAINTIFFS' SUBGROUP LITIGATION COMMITTEE

I, SHAWN KHORRAMI, declare as follows:

1. I am an active member in good standing of the State Bar of California (SBN 180411) and partner with the law firm Khorrami, Pollard & Abir, LLP.  My business address is 444 South Flower Street, 33rd Floor, Los Angeles, California 90071 and my business telephone number is (213) 596-6000.  I am qualified to practice before this Court, am of good moral character, and am not subject to any pending suspension, disbarment or professional discipline in any other court.  I have never been convicted of a crime.

2. I graduated with honors from Pepperdine University School of Law in 1995, after earning my undergraduate degree in mathematics, economics and computer programming at UCLA.  I am admitted to practice law in California and have been

admitted *pro hac vice* before courts in several states across the country. I have submitted an affidavit in support of an application for admission *pro hac vice* before this Court.

3. I founded this firm in February 1996, three months after being admitted to practice law. Since then, my firm has grown from a solo practice to one of the largest plaintiff-only firms in California. In July, 2007, the firm changed its name to Khorrami, Pollard & Abir, LLP.

4. Since I started practicing law, I have represented plaintiffs in many types of complex litigation including, but not limited to, consumer fraud, wage and hour violations, pharmaceutical litigation, environmental law and toxic torts, product liability litigation, catastrophic personal injury, medical negligence/malpractice, nursing home abuse, police misconduct, premises liability, residential habitability, tobacco and wrongful death.

5. I believe that my track record qualifies me for this Court's appointment to the Plaintiff's Subgroup Litigation Committee, as I have previously served on National Plaintiffs' Steering and Executive Committees and have been appointed lead and liaison counsel and co-counsel in a number of cases, including, but not limited to, the following:

   a. The Vaccine Cases, California Superior Court, JCCP No. 4246. I was appointed co-liaison and lead counsel in The Vaccine Cases. Numbering in the thousands, the plaintiffs in these cases are comprised of mainly children who have alleged injuries in connection with exposure to mercury from Thimerosal, a preservative found in vaccines;

b. <u>Vaccine Omnibus Proceedings</u>, Court of Federal Claims, Washington D.C.  I am a member of the Plaintiffs' Steering Committee on vaccine cases pending in the Court of Federal Claims in Washington D.C.  These cases have presented unique procedural and discovery issues;

c. <u>Kids Against Pollution v. American Dental Association, *et al.*</u>, California Superior Court, County of San Francisco Case Nos. 322109 and 322110.   I was appointed lead counsel in this case involving mercury exposure from amalgam dental fillings;

d. <u>In re Prempro Products Liability Litigation</u>, MDL Docket No. 4:03-cv-1507 WRW. Hon. William R. Wilson, Jr., Judge, Eastern District of Arkansas.  MDL involving hormone replacement therapy, taken by millions of women each year.  Among the injuries alleged by plaintiffs are breast cancer, blood clots, and strokes.   I was appointed to both of the Plaintiffs' Steering Committees for the class and individual cases; the Governing Committee of the Plaintiff's Steering Committee; the Science Committee;

e. <u>In re Vioxx Cases</u>, Los Angeles Superior Court, Judicial Council Coordinated Proceeding No. 4247.  I was appointed member of the Plaintiffs' Steering Committee and trial selection committee before the complex division of the Superior Court, overseeing nearly 5,000 individual and class cases involving the painkiller Vioxx;

f. <u>Zalis, et al. v. Pfizer, et al.</u>, Los Angeles Superior Court Case No. BC327801.  I was appointed lead and liaison counsel before the complex division of the

Superior Court in re individual cases involving the painkillers Celebrex and Bextra;

6. Currently, I represent thousands of plaintiffs in a variety of mass torts. Among them are individuals who were allegedly injured by defective products such as Avandia, Digitek, Zyprexa, Kugel Mesh Patch, and Fosamax.

7. I also represent thousands of Skycaps across the country in relation to wage and hour violations.

8. I have served as lead or class counsel in many dozens of class actions, each having between a few thousand to millions of putative class members involving anything from pharmaceuticals, to product liability, to labor and employment, to consumer fraud. Among others, these include:

   a. Becker v. Balley Total Fitness, Los Angeles Superior Court Case No. BC290380;

   b. King v. CVS/Caremark Corp., et al., U.S. District Court, Southern District of Florida Case No. 07 21824 CIV Graham/O'Sullivan;

   c. Pollard v. Ericsson, Los Angeles Superior Court Case No. BC 288072;

   d. The Great Escape Promotion Cases, California Superior Court, JCCP 4343;

   e. Checkmate v. Yahoo, U.S. District Court, Central District of California Case No. CV 05-4588 CAS;

   f. Click Defense, Inc. v. Google, U.S. District Court, Northern District of California Case No. C 05 02579 RMW;

   g. Grair v. GlaxoSmithKline, Los Angeles Superior Court Case No. BC288536;

   h. Bouverat v. Park West Gallery, Inc., et al., U.S. District Court, Southern District of Florida Case No. 08 21331 CIV Jordan/McAliley;

    i. <u>Angelino v. DaimlerChrysler Corp.</u>, California Superior Court, County of San Diego Case No. GIC 765729;

    j. <u>Hurtado, et al. v. TEG/LVI Environmental Services</u>, Los Angeles Superior Court Case No. BC276468;

    k. <u>Alba, et al. v. Papa John's, et al.</u>, U.S. District Court, Central District of California Case No. CV 05 7487 GAF;

    l. <u>Bautista v. Park West Gallery, Inc. et al.</u>, U.S. District Court, Central District of California Case No. CV08 03717 MRP(RZx);

    m. <u>Lockette v. Ross Stores, Inc.</u>, U.S. District Court, Northern District of California Case No. CV 03430 MMC;

    n. <u>Cossey v. Coca Cola Bottling Co.</u>, Los Angeles Superior Court Case No. BC367978;

    o. <u>Moore, et al. v. T-Mobile USA, Inc., et al.</u>, U.S. District Court, Central District of California Case No. CV 08 3108 GW(AGRx);

9. Additionally, I have handled numerous environmental toxic cases including cases involving toxic chemicals such as di(2-ethylhexyl)pythalate (DEHP), mercury, perchloroethylene, polychlorinated biphenyls (PCB's), DDT, toluene, diesel, lindane and lead. I have successfully litigated these cases in State and Federal Courts against chemical manufacturers, consumer item manufacturers and distributors, and mining and mineral-extraction interests.

10. I have also represented numerous plaintiffs in civil rights actions. Currently, I represent a class of tens of thousands of prisoners who suffer from Hepatitis C – a potentially fatal disease – due to the lack of adequate health care in the prison. I also

represent individual plaintiffs in cases involving everything from alleged rape by police officers to use of excessive force, to less lethal munitions.

11. In addition to handling the above cases, I have lectured at various seminars, I have also testified on multiple occasions as an invited expert before the House of Representatives

12. I am a member of the American Bar Association, The American Association for Justice, the Consumer Attorneys of Los Angeles and California, and the Board of Governors of the Consumer Attorneys of California.

I declare under the penalty of perjury under the laws of the State of Louisiana and the United States of America that the foregoing is true and correct.

Executed on this 10th day of September, 2008, in Los Angeles, California.

_____
Shawn Khorrami, "Declarant"