UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * CIVIL ACTION * * NO. 05-4182 * and consolidated cases |
| PERTAINS TO:   BARGE | * * SECTION "K" (2) |
| *Boutte v. Lafarge_*             05-5531 *Mumford v. Ingram*         05-5724 *Lagarge v. Lafarge*         06-5342 *Perry v. Ingram*               06-6299 *Benoit v. Lafarge*            06-7516 *Parfait Family v. USA*    07-3500 *Lafarge v. USA*               07-5178 | * * * * JUDGE * STANWOOD R. DUVAL, JR. * * MAG. JOSEPH C. WILKINSON, JR. * * |

**AFFIDAVIT OF MATT C. BAILEY IN SUPPORT OF APPLICATION FOR APPOINTMENT TO THE PLAINTIFFS' SUBGROUP LITIGATION COMMITTEE**

I, MATT C. BAILEY, declare as follows:

1.     I am active member in good standing of the State Bar of California.  My California State Bar Number is 218685.  I am also admitted, in good standing, to practice as an attorney in the United States District Courts for the Central and Northern Districts of California.  I am also presently admitted, *pro hac vice,* to practice on a limited basis in the Southern District of Florida and before this Court.  I have never been subject to discipline by the State Bar of California.

2.     I am employed as a senior associate with the law firm Khorrami, Pollard & Abir, LLP.  My business address is 444 South Flower Street, 33rd Floor, Los Angeles, California 90071 and my business telephone number is (213) 596-6000.

3. I received my *Juris Doctor* from Pepperdine University School of Law in 2001, after earning my undergraduate degree in political science and philosophy, with honors, from the University of Washington.

4. Since being admitted, my principle area of practice has been complex litigation. I have successfully represented clients on a wide range of complex legal issues, on both an individual and class action level. My experience ranges from wage and hour employment issues, mass tort, consumer fraud and unfair business practices, product liability and civil/constitutional rights.

5. Presently, I am involved in over twenty (20) class action cases at various stages of litigation, and have participated in the litigation of well over fifty (50) proposed class action cases since being admitted to practice law. Among others, these cases include the following which were successfully litigated on behalf of the respective classes:

- *Lockette v. Ross Stores, Inc*, Northern District of California Case No. CV 03430 MMC (Hon. Maxine M. Chesney) (Settlement pending in nation-wide FLSA collective action case alleging claims for unpaid overtime based on misclassification of assistant managers as exempt).

- *Cossey v. BCI Coca-Cola Bottling Co. of Los Angeles*, LASC Case No BC367978 (Hon. Anthony J. Mohr) (Class Settlement of claims alleging employer failed to pay overtime and meal and rest periods).

- *Alba v. PJ USA, et al*, Central District of California Case No. CV-05-7487 (Hon. George H. Wu) (Class settlement on behalf of two certified subclasses alleging misclassification of exempt status, failure to pay overtime, failure to provide lawful meal and rest periods).

- *Checkmate v. Yahoo*, Central District of California Case No. CV 05-4588 CAS (Settlement approved in nationwide class case alleging that defendant charged advertising clients for fraudulent pay-per-click internet advertising);

- *Hurtado v. TEG/LVI, Environmental Services Inc.*, LASC Case No. BC276468 (Hon. Carl J. West, Judge, Central Civil West, Dept. 311). (Class Action case alleging that employer failed to pay employees prevailing wages, overtime, and

rest breaks. Plaintiffs prevailed at trial on the issue of entitlement to unpaid prevailing wages on a public works project).

- *The Great Escape Promotion Cases*, California Superior Court, JCCP 4343 (statewide settlement of claims alleging grocery chain failed to honor travel promotion after consumers complied with purchase terms and conditions approved in 2005)

- *Ho v. Samsung*, Sacramento County Superior Court Case No. 03AS03429 (no trial court assigned) (Class this certified class action case, alleging that defendant failed to honor its consumer rebates, was settled in 2005);

- *Cornwell v. Platinum Auto Haus*, LASC Case No. BC318495 (Hon. Maureen Duffy-Lewis, Judge, Los Angeles Superior Court, Dept. 38) (this certified class action case, alleging that defendant overcharged consumers for State Auto Licensing fees and Smog testing, settled in 2005).

- *Becker v. Bally Total Fitness*, LASC Case No. BC 277 804 (Hon. John P. Shook, Judge, Los Angeles Superior Court, Dept. 53) (certified class action case, alleging that defendant overcharged members for health club contracts, settled in 2004).

- *Dennis v. Travelocity*, LASC Case No. BC273172 (Hon. Victoria Chaney, Judge, Central Civil West, Dept. 324) (this certified class action case, alleging that defendants failed to honor travel benefit promotion, was settled in 2003).

6. In addition to the forgoing, I also have participated in several class action appeals, including *Thomas v. Conros*, E033235 (Cal., Fourth App. Dist., 2003) (*Unpublished*) (concluding that trial court abused discretion in concluding proposed class was not sufficiently ascertainable); *Goldstein v. Ralphs Grocery Co.*, 122 Cal. App. 4th 229, 230 (Cal. App. 2d Dist. 2004) (dismissing appeal of trial denial of a special motion to strike class action); *Checkmate v. Yahoo*, Ninth Cir Case No. 07-55594 (March 17, 2008) (*Unpublished*).

7. Among other organizations, I am a member of the Consumer Attorneys Association of Los Angeles, the Consumer Attorneys of California, and the California Employment Lawyers Association.

I declare under the penalty of perjury under the laws of the State of Louisiana and the United States of America that the foregoing is true and correct.

Executed on this 10th day of September, 2008, in Los Angeles, California.

_____

Matt C. Bailey, "Declarant"