UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO:  BARGE<br><br>*Boutte v. Lafarge*          05-5531<br>*Mumford v. Ingram*      05-5724<br>*Lagarde v. Lafarge*       06-5342<br>*Perry v. Ingram*            06-6299<br>*Benoit v. Lafarge*          06-7516<br>*Parfait Family v. USA*   07-3500<br>*Lafarge v. USA*             07-5178 | CIVIL ACTION<br><br>Case No.:  05-4182<br>and consolidated cases<br><br>SECTION "K" (2)<br><br>Hon. Stanwood R. Duval, Jr.<br>Magistrate Judge Joseph C. Wilkinson, Jr. |

## AFFIDAVIT OF H. SCOTT LEVIANT IN SUPPORT OF APPLICATION FOR APPOINTMENT TO THE PLAINTIFFS' SUBGROUP LITIGATION COMMITTEE

I, H. Scott Leviant, declare:

     1.     I am active member in good standing of the State Bar of California.  My California State Bar Number is 200834.  I am also admitted, in good standing, to practice as an attorney in the United States Supreme Court, the Ninth Circuit Court of Appeals, and the United States District Courts for the Central, Northern and Southern Districts of California.  I have never been subject to discipline by the State Bar of California.  I have been evaluated and determined to be of good moral character by the State Bar of California and the United States

Supreme Court, which (1) requires sponsors with knowledge to attest to the character of an applicant for admission to the United States Supreme Court's bar, and (2) requires applicants to submit detailed information regarding their moral fitness to practice before that Court.

2. I am employed as a Senior Associate at the law firm of KHORRAMI POLLARD & ABIR LLP. My business address is 444 South Flower Street, 33rd Floor, Los Angeles, California 90071 and my business telephone number is (213) 596-6000.

3. I received my undergraduate degree from Occidental College, graduating *cum laude*, where I majored in economics and received a "minor" emphasis in mathematics. I received my *Juris Doctor* degree from the University of Southern California Law Center, graduating in 1994.

4. Since I started practicing law, I have represented plaintiffs in many types of complex litigation including, but not limited to, cases involving consumer fraud, wage and hour violations, pharmaceutical litigation, environmental law and toxic torts, product liability litigation, catastrophic personal injury, medical negligence/malpractice, residential habitability, and wrongful death.

5. I have participated in the litigation of class actions since 1997. Among others, these include:

    (a) *Howard, et al. v. America Online, Inc.*, U.S. District Court, Central District of California Case No. CV97-01642 AAH;

    (b) *The Great Escape Promotion Cases*, California Superior Court, JCCP 4343;

    (c) *Grair v. GlaxoSmithKline*, Los Angeles Superior Court Case No. BC288536;

    (d) *Bouverat v. Park West Gallery, Inc., et al.*, U.S. District Court, Southern District of Florida Case No. 08-21331 CIV Jordan/McAliley;



(e) *Bautista v. Park West Gallery, Inc. et al.*, U.S. District Court, Central District of California Case No. CV08-03717 MRP(RZx);

(f) *Cossey v. Coca Cola Bottling Co.*, Los Angeles Superior Court Case No. BC367978;

(g) *Moore, et al. v. T-Mobile USA, Inc., et al.*, U.S. District Court, Central District of California Case No. CV 08-3108 GW(AGRx);

(h) *Roman v. Advanced-Tech Security Services, Inc.*, Los Angeles Superior Court Case No. BC348282;

(i) *Settle, et al. v. Automobile Club of Southern California*, Los Angeles Superior Court Case No. BC297163;

(j) *Bermant v. Banc Of America Investment Services, Inc.*, Los Angeles Superior Court Case No. BC342505;

(k) *Bermant v. Banc Of America Investment Services, Inc.*, U.S. District Court, Central District of California Case No. SACV 06-167 AHS(MLGx);

(l) *Alfred v. Centek Capital Group, Inc.*, Los Angeles Superior Court Case No. 326706;

(m) *Ghazaryan v. Diva Limousine, Ltd.*, Los Angeles Superior Court Case No. BC352186;

(n) *Gonzalez v. Hospital Housekeeping Systems*, Los Angeles Superior Court Case No. BC377451;

(o) *Gomez, et al. v. Lincare, Inc.*, Orange County Superior Court Case No. 05CC00109;

3



(p) *DeJoseph, et al. v. Michaels Stores, Inc.*, U.S. District Court, Central District of California Case No. CV 07-1489 GW(JWJx);

(q) *Sauceda/Morales, et al. v. United Autocare Center, LLC*, Los Angeles Superior Court Case No. BC354587;

(r) *Handler v. Oppenheimer & Co., Inc.*, Los Angeles Superior Court Case No. BC343542;

(s) *Butler v. Oberman, Tivoli, Miller & Pickert, Inc.*, Los Angeles Superior Court Case No. BC339051;

(t) *Laliberte v. Pacific Mercantile Bank*, Orange County Superior Court Case No. 03CC07092;

(u) *Huggett v. Red Robin International, Inc.*, U.S. District Court, Central District of California Case No. SACV06-181 JVS(RNBX);

(v) *Alvarez v. The May Department Stores Company*, Los Angeles Superior Court Case No. BC303042;

(w) *Stevens v. Safeway, Inc.*, U.S. District Court, Central District of California Case No. CV05-1988 MMM(SHx);

(x) *Iniguez v. Del Montell Motors, Ltd. dba Santa Monica BMW*, Los Angeles Superior Court Case No. BC362896;

(y) *Kaewsawang, et al. v. Sara Lee Fresh, Inc., et al.*, Los Angeles Superior Court Case No. BC360109;

(z) *Lords, et al. v. Starbucks Corporation*, Orange County Superior Court Case No. 05CC00130;



 (aa) *Bennett v. Regents Of The University Of California*, Los Angeles Superior Court Case No. BC160056;

 (bb) *Costa, et al. v. Vitas Healthcare Corporation of California*, Los Angeles Superior Court Case No. BC313552;

 (cc) *Santos, et al. v. Vitas Healthcare Corporation of California*, Los Angeles Superior Court Case No. BC359356;

 (dd) *Clark, et al. v. FPMI Solutions, Inc.*, U.S. District Court, Central District of California Case No.CV05-1543 JFW(MANx);

 (ee) *In re Paradise Memorial Park Litigation*, Los Angeles Superior Court Lead Case No. BC130375;

 (ff) *In re Lincoln Memorial Park Litigation*, Los Angeles Superior Court Lead Case No. BC133643;

6. I have prosecuted appeals in approximately 20 class action matters. In connection with those appeals, I have participated in appeals resulting in published appellate decisions concerning class actions. Among others, those include:

 (a) *Laliberte v. Pacific Mercantile Bank*, 147 Cal.App.4th 1, 53 Cal.Rptr.3d 745 (2007);

 (b) *Alvarez v. May Dept. Stores Co.*, 143 Cal.App.4th 1223, 49 Cal.Rptr.3d 892 (2006);

 (c) *Howard, et al. v. America Online, Inc.*, 208 F.3d 741 (9th Cir. 2000).

7. In addition to my work on complex litigation matters and class actions, I have authored published articles and columns on issues related to class actions, including:

 (a) H. Scott Leviant, *Unintended Consequences*, 6 U.C. Davis Bus. L.J. 18 (2006), at http://blj.ucdavis.edu/article.asp?id=636 (May 1, 2006);



5

  (b)  H. Scott Leviant, *Cutting Class*, DAILY JOURNAL (Los Angeles), April 15, 2008;

  (c)  H. Scott Leviant, *Leveling The Playing Field*, DAILY JOURNAL (Los Angeles), May 4, 2007;

  (d)  H. Scott Leviant, *A Bad Meal Deal: 'Brinker' Gets the Incentive Question Wrong*, DAILY JOURNAL (Los Angeles), August 6, 2008;

  (e)  H. Scott Leviant & Jason E. Barsanti, *Maximize Recovery in Unpaid Wage Cases*, FORUM, January/February 2008;

  (f)  H. Scott Leviant, *Improving Rule 12(b)(6) survival odds: Some considerations for effective RICO pleading*, CIVIL RICO REPORT, Volume 15, Number 22, April 26, 2000 (LRP Publications).

8. In addition to publications in industry newspapers, periodicals and journals, I am the Supervising Editor, primary author and founder of the legal blog The Complex Litigator (http://www.thecomplexlitigator.com).  The Complex Litigator reports and comments on news and topics relevant to class action and complex litigation practice.

9. Among other organizations, I am a member of the Consumer Attorneys Association of Los Angeles, the Consumer Attorneys of California, and the California Employment Lawyers Association.

 I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this declaration was executed by me on this 5th day of September 2008, at Los Angeles, California.



              H. Scott Leviant, "Declarant"

