MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 18, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Palumbo, 06-7922 | JUDGE DUVAL  MAG. WILKINSON |

At the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, the court has been advised by plaintiff's counsel, Gary Pendergast, that the referenced Palumbo case has settled, pending Road Home approval. By copy of this minute entry, Judge Duval is advised so that he may enter appropriate 90-day conditional dismissal order in the referenced Palumbo case only.

New Orleans, Louisiana, this  18th  day of September, 2008.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.

MJSTAR:  0 : 02