UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |
| PERTAINS TO: BARGE<br>Boutte, No. 05-5531<br>Mumford, No. 05-5724<br>Lagarde, No. 06-5342<br>Perry, No. 06-6299<br>Benoit, No. 06-7516 | |

## ORLEANS LEVEE DISTRICT'S MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes third-party defendant, the Orleans Levee District (the "OLD"), who for the reasons set forth more fully in the accompanying supporting memorandum, and upon suggesting to this Honorable Court that there are no genuine issues of material fact and that the OLD is entitled to judgment as a matter of law, hereby moves this Honorable Court under Federal Rule of Civil Procedure 56 to dismiss the Third-Party Complaints of defendant/third-party plaintiff, Lafarge North America, Inc., against the OLD in the above-referenced actions, with prejudice, each party to bear its own costs.

- 2 -

Dated:  September 19, 2008	Respectfully submitted,

        s/ Thomas P. Anzelmo_____
McCRANIE, SISTRUNK, ANZELMO,
   HARDY, MAXWELL & McDANIEL
Thomas P. Anzelmo, P.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE:  (504) 831-0946
FACSIMILE:  (504) 831-2492

and

LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:  (337) 237-7000
FACSIMILE:  (337) 233-9450
Attorneys for the ORLEANS LEVEE DISTRICT

887010v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of September, 2008, a copy of the above and foregoing **Orleans Levee District's Motion for Summary Judgment** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

<div style="margin-left:50%">

s/ Thomas P. Anzelmo_____
McCRANIE, SISTRUNK, ANZELMO,
   HARDY, MAXWELL & McDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE:  (504) 831-0946
FACSIMILE:  (504) 831-2492
E-MAIL:  tpa@mcsalaw.com

</div>

3

887010v.1