UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO: BARGE | JUDGE DUVAL |
| Boutte, No. 05-5531<br>Mumford, No. 05-5724<br>Lagarde, No. 06-5342<br>Perry, No. 06-6299<br>Benoit, No. 06-7516 | MAG. WILKINSON |

## STATEMENT OF UNCONTESTED MATERIAL FACTS

NOW INTO COURT, through undersigned counsel, comes third-party defendant, the Orleans Levee District (the "OLD"), who, in further support of its Motion for Summary Judgment, adopts the Statement of Uncontested Material Facts of Third-Party Defendant, The Board of Commissioners of the Port of New Orleans (Doc. 14710-3), filed with this Honorable Court on August 29, 2008 in connection with the above-captioned matters and concerning the Third-Party Complaints of defendant/third-party defendant, Lafarge North

- 1 -

America, Inc. ("Lafarge"), against the Port of New Orleans, the OLD and other third-party defendants.

Dated:  September 19, 2008                           Respectfully submitted,

                                                                s/ Thomas P. Anzelmo_____
McCRANIE, SISTRUNK, ANZELMO,
   HARDY, MAXWELL & McDANIEL
Thomas P. Anzelmo, P.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE:  (504) 831-0946
FACSIMILE:  (504) 831-2492

and

LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:  (337) 237-7000
FACSIMILE:  (337) 233-9450
Attorneys for the ORLEANS LEVEE DISTRICT

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of September, 2008, a copy of the above and foregoing **Statement of Uncontested Material Facts** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

    s/ Thomas P. Anzelmo_____
    McCRANIE, SISTRUNK, ANZELMO,
       HARDY, MAXWELL & McDANIEL
    3445 N. Causeway Boulevard, Ste. 800
    Metairie, Louisiana 70002
    TELEPHONE: (504) 831-0946
    FACSIMILE: (504) 831-2492
    E-MAIL: tpa@mcsalaw.com