UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. |
| | * | |
| | * | NO. 05-4182 |
| | * | |
| | * | JUDGE DUVAL |
| _____ | * | |
| PERTAINS TO: | * | MAGISTRATE WILKINSON |
| | * | |
| INSURANCE (Pierce, Marion, No. 07-3844) | * | |
| _____ | * | |

**ORDER OF DISMISSAL**

CONSIDERING THE FOREGOING MOTION TO DISMISS;

IT IS ORDERED by the Court that the above consolidated action bearing Docket No. 07-3844, be and the same is hereby dismissed with prejudice against The Standard Fire Insurance Company, and the entities incorrectly referred to in the Plaintiff's petition, St. Paul Travelers Group, The Travelers Indemnity Company and Automobile Insurance Company of Hartford, Connecticut, One of the Travelers Property and Casualty [Insurance] Companies, with each party to bear its own court costs.

New Orleans, Louisiana this 19th day of  September , 2008.

_____
UNITED STATES DISTRICT JUDGE