UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE *Kiefer, et al. v. Allstate, et al.* 06-5370 As to Plaintiffs Warren and Lynette Gordon only | |

## ORDER

**IT IS ORDERED** that the above entitled and numbered cause which is administratively stayed, be opened for the limited purposes expressed herein; and

**IT IS FURTHER ORDERED** that the above entitled and numbered cause be and it hereby is dismissed with prejudice only as to plaintiffs Warren and Lynette Gordon, and their claims against their insurer and defendant Liberty Mutual Insurance Company, as to all demands, all parties to bear their own costs.

New Orleans, Louisiana, this __19th__ day of __September__, 2008.

Stanwood R. Duval, Jr.
United States District Judge