UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA LEVEE BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION: "K"(2) |
| PERTAINS TO: INSURANCE *Rodney* C.A. No. 07-1742 | JUDGE: DUVAL |
| | MAGISTRATE: WILKINSON |

## ORDER

Considering the foregoing *Joint Motion for Voluntary Dismissal with Prejudice*;

**IT HEREBY IS ORDERED, ADJUDGED AND DECREED** that all allegations, claims and/or causes of action brought on behalf of plaintiff, Kevin G. Rodney, against defendant, American National Property and Casualty Company, in the above-numbered and captioned matter be and they are hereby dismissed, with prejudice, with each party to bear its own costs.

**THUS DONE AND SIGNED** on this __19th__ day of _____September_____ 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge

1