UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: MRGO, BARGE, LEVEE | * <br> * CIVIL ACTION<br> *<br> * NO. 05-4182<br> *<br> * SECTION "K"(2)<br> *<br> *<br> * JUDGE DUVAL<br> *<br> * MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing Joint Motion to Amend Case Management Order No. 7;

**IT IS ORDERED** that the motion is **GRANTED** and that Case Management Order No. 7 hereby is amended as follows:

1. Washington Group International Inc. ("WGII") shall file its motion for summary judgment on or before October 9, 2008.

2. Any oppositions thereto shall be filed no later than October 30, 2008.

3. WGII shall file its Reply Brief no later than November 6, 2008.

945459v.1

- 2 -

      4.      WGII's motion for summary judgment shall be heard on November 13, 2008.

New Orleans, Louisiana, this 19th day of September, 2008.

                                                        UNITED STATES DISTRICT JUDGE

945459v.1