UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Khan, 06-5252 | JUDGE DUVAL<br>MAG.WILKINSON |

## ORDER

Defense counsel in the referenced <u>Khan</u> case has orally advised my office that plaintiff's counsel was unable to provide the settlement information required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, so that there are no settlement efforts on which to report in writing by September 12, 2008, as required by the order. Accordingly, it appears that settlement is not attainable in the short term and that further proceedings are required. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced <u>Khan</u> case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and RECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a <u>copy</u> of this order and

TRANSFERRED TO

SECT. F MAG. 5     SEP 1 6 2008

henceforth all future filings in C.A. No. 06-5252 on the docket of C.A. No. 06-5252, and <u>not</u> on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it back to Section "F" (5), where it was previously allotted before its transfer to this consolidated litigation, for future proceedings in Section "F" (5).

New Orleans, Louisiana, this ___15th___ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

<u>**CLERK TO NOTIFY**</u>:
**HON. STANWOOD R. DUVAL, JR.**
**HON. MARTIN L.C. FELDMAN**

2