UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES            CIVIL ACTION
CONSOLIDATED LITIGATION
                                         NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE (Holbrook, 06-2617)   JUDGE DUVAL
                                         MAG. WILKINSON

## ORDER

I have conducted a settlement conference in the referenced Holbrook case at the conclusion of the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts. Although substantial settlement progress was made and the parties are not far from agreement, an impasse apparently has been reached, and it appears that further proceedings are required. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Holbrook case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and

SEP 18 2008

TRANSFERRED TO

MAG. 3

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

henceforth all future filings in C.A. No. 06-2617 on the docket of C.A. No. 06-2617, and <u>not</u> on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it back to Magistrate Section (3), where it was previously allotted before its transfer to this consolidated litigation, for future proceedings in Section "K" (3).

New Orleans, Louisiana, this ___17th___ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
HON. STANWOOD R. DUVAL, JR.
HON. DANIEL E. KNOWLES, III

2