# ARTHUR J. LENTINI
*A Professional Law Corporation*

6620 Riverside Drive
Suite 312
Metairie, Louisiana 70003

Telephone (504) 780-8700
Facsimile (504) 780-8770
E-mail: artlent@hotmail.com

September 11, 2008

**First Class Mail**
Honorable Magistrate Judge Joseph C. Wilkinson, Jr.
500 Poydras Street
Room B409
New Orleans, Louisiana 70130

    Re:    Civil Action No. 07-8880; *Mervin Jefferson, et al. v. Allstate Insurance Company;* In the United States District Court for the Eastern District of Louisiana

            7575 Forest Glen Road, New Orleans, Louisiana 70127; 7611 Crestmont Road, New Orleans, Louisiana 70126; and 5821 Winchester Park Drive, New Orleans, Louisiana 70128

Dear Magistrate Judge Wilkinson:

    In accordance with the Post-Sher Umbrella Case Management Order ("Order") entered by Judge Duval and this Court on June 12, 2008, and on behalf of Allstate Insurance Company ("Allstate"), I hereby request that the *Jefferson* mass action [1] styled above, be separated from the Insurance Umbrella, severed, and assigned to a district court judge for completion of discovery and trial. I also request that, once severed from the Insurance Umbrella, the case be consolidated with its duplicate suit, Case no. 07-8947; *Jefferson et al v. Louisiana Property Insurance Corp., et al;* In the United States District Court for the Eastern District of Louisiana:[2]

    (1)    Although the parties exchanged settlement documents regarding Mr. Jefferson's claims, a dispute still exists as to which portion of the damage was caused by wind and which portion was caused by flood. As a result, settlement appears unlikely at this time.

---

[1] The above-referenced case is a mass action consisting of two plaintiffs – Mervin Jefferson and Merlin McGhee.

[2] Mr. Jefferson and Ms. McGhee also filed suit against Allstate and three other carriers. One of the carriers, apparently, removed from state court at the same time as Allstate. Thus, two suits filed by Jefferson now exist in which Allstate is named as a defendant. On August 27, 2008, Scottsdale Insurance Company, one of the co-defendants in the duplicate suit, filed a motion to have the cases against the four carriers severed for improper joinder.

**First Class Mail**
Honorable Magistrate Judge Joseph C. Wilkinson, Jr
September 11, 2008
Page 2

(2) Merlin McGhee is a named plaintiff in the above-referenced cause. However, in violation of the Order, we still have not received any demand or supporting documentation regarding Ms. McGhee's claim despite bringing this matter to the attention of opposing counsel in our July 24, 2008 and August 14, 2008 letters. As such, Allstate has no basis for a counter-offer.

Additionally, our search on PACER and inquiry to determine whether the Court had ruled on Allstate's Motion for Final Judgment (Docket No. 13623) set for hearing on July 23, 2008 leads us to conclude that the motion is still under advisement. However, in the interests of judicial efficiency, I wanted to bring to the Court's attention that the Motion may be unresolved before the Court releases this case. Please let me know whether I can provide you with any additional information.

Very truly yours,

ARTHUR J. LENTINI

AJL/jhl

cc:   Stuart T. Barasch, *via* facsimile (504) 525-1279