

**Crawford Lewis**
Professional Limited Liability Company

450 Laurel Street, Suite 1600
Post Office Box 3656
Baton Rouge, LA 70821-3656
225.343.5290 Telephone
225.383.5508 Facsimile

September 17, 2008

**VIA FACSIMILE (504) 589-7633**
Magistrate Joseph C. Wilkinson, Jr.
500 Poydras Street, Rm B409
New Orleans, LA 70130

Re:  *Mervin Jefferson, et al v. Louisiana Citizens, et al.*
USDC No. 07-8947, Sec. "A"; Magistrate 4
Our File No. 1129.525

Dear Honorable Wilkinson:

   This correspondence is respectfully submitted on behalf of Scottsdale Insurance Company ("Scottsdale") in connection with the Court's order for the parties to advise the status of settlement negotiations. There has been some confusion due to the fact that the plaintiffs' action is against multiple insurers for different locations insured under separate and distinct policies. Scottsdale removed the suit from state court to federal court and the action was assigned to Judge Zainey, Action no. 07-8947.

   My firm has very recently enrolled as defense counsel in the aforementioned action for Scottsdale in place of former defense counsel. In response to the cumulation of actions and joinder of multiple insurers, we filed a Motion for Misjoinder and to Sever in the above action on Scottsdale's behalf. The motion is set for hearing on the briefs today and there is no opposition.

   Judge Zainey's law clerk has recently informed us that the state court action was also removed by co-defendant, Allstate Insurance Company, to federal court and that the entire action was consolidated with the *In Re Katrina litigation*, Action no. 05-4182 pending before Judge Duval. We understand from our discussions with the law clerk that the Court intends to transfer action no. 07-8947 to the consolidated *In Re Katrina* litigation, Action no. 05-4182 in response to Scottsdale's Motion for Misjoinder and Severance in order to avoid duplicity of suits.

   Given the above, and in efforts to comply with the Court's case management order, we take this opportunity to advise that the Plaintiffs and Scottsdale have not participated in serious settlement negotiations. Because of the multiple locations insured by Scottsdale, we expect a private mediation will be necessary once discovery is complete. We are uncertain as to the potential for settlement before trial as we do not yet know plaintiffs' position as to claim value.

Baton Rouge                                                                                   New Orleans

Thank you in advance for your review of this matter. Should anything further be required, please do not hesitate to contact us.

With kind regards, I am

                              Very truly yours,

                              CRAWFORD LEWIS

                              *HG Hansen*
                              Keely Y. Scott
                              Holly G. Hansen

cc    Stuart Thomas Barasch (via facsimile)
      John William Waters, Jr. (via facsimile)