MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 18, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, <u>Marseilles</u>, 06-6845 | JUDGE DUVAL<br>MAG. WILKINSON |

At the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, I conducted a telephone conference in the referenced <u>Marseilles</u> case. Participating were: Stephen Schott, representing plaintiff; Kristopher Wilson, representing defendant, Hanover Insurance Co.

Counsel advised that all claims against all defendants have either been settled (by agreement of the parties) or dismissed (by reason of <u>In re Katrina Canal Breaches Litig.</u>, 495 F.3d 191, 214 (5th Cir. 2007) and <u>Sher v. Lafayette Ins. Co.</u>, No. 07-C-2441, 2008 WL 928486, at *6-7 (La. Apr. 8, 2008)). Accordingly, by copy of this minute entry, Judge Duval is advised so that he may enter a Judgment/Order of Dismissal in the referenced <u>Marseilles</u> case only.

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR: **0 : 05**