MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 19, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Lakewood, 06-9839 | JUDGE DUVAL<br>MAG. WILKINSON |

Pursuant to my previous order, Record Doc. No. 14550, I conducted a telephone conference on this date. During the conference, Regina Wedig, counsel for plaintiff, and Holly Hansen, counsel for defendant, jointly advised the court that at the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, a settlement has been reached in the referenced Lakewood case, pending Road Home Program approval. By copy of this minute entry, Judge Duval is advised so that he may enter a 90-day conditional dismissal order in the referenced Lakewood case only.

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR: **0 : 05**