PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 269 | NED-269-000000001 | NED-269-000000105 | USACE;MVD;MVN;Engineering Division;Structural Design Branch | Robert Dauenhauer | KC906 | 9/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | IHNC Florida Avenue Plans |
| FMA | 829 | FMA-829-000000001 | FMA-829-000011023 | Federal Emergency Management Agency | Paul Huang | KC907 | 9/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 735 | FMA-735-000000001 | FMA-735-000000020 | Federal Emergency Management Agency | Paul Huang | KC908 | 9/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 737 | FMA-737-000000001 | FMA-737-000000043 | Federal Emergency Management Agency | Paul Huang | KC908 | 9/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 773 | FMA-773-000000001 | FMA-773-000000279 | Federal Emergency Management Agency | Paul Huang | KC908 | 9/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 773 | FMA-773-000000281 | FMA-773-000000814 | Federal Emergency Management Agency | Paul Huang | KC908 | 9/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 773 | FMA-773-000000817 | FMA-773-000001075 | Federal Emergency Management Agency | Paul Huang | KC908 | 9/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 773 | FMA-773-000001088 | FMA-773-000001104 | Federal Emergency Management Agency | Paul Huang | KC908 | 9/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 773 | FMA-773-000001106 | FMA-773-000001331 | Federal Emergency Management Agency | Paul Huang | KC908 | 9/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 788 | FMA-788-000000001 | FMA-788-000000266 | Federal Emergency Management Agency | Paul Huang | KC908 | 9/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 808 | FMA-808-000000001 | FMA-808-000000450 | Federal Emergency Management Agency | Paul Huang | KC908 | 9/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 812 | FMA-812-000000001 | FMA-812-000000421 | Federal Emergency Management Agency | Paul Huang | KC908 | 9/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 773 | FMA-773-000001332 | FMA-773-000001332 | Federal Emergency Management Agency | Paul Huang | KC909 | 9/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Video from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 773 | FMA-773-000001333 | FMA-773-000001333 | Federal Emergency Management Agency | Paul Huang | KC910 | 9/19/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Video from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |