UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                 NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE, Jefferson, 07-8880       JUDGE DUVAL
                                                 MAG. WILKINSON

### ORDER

I have received a letter dated September 11, 2008 from defense counsel in the referenced Jefferson case, which has been separately filed in the record of both C.A. No. 07-8880 and C.A. No. 05-4182.[1] The letter is deemed the response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts. Having reviewed this report and the record, it appears that settlement is not attainable in the short term and that further proceedings are required. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Jefferson case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation,

---

[1] I have also received a letter from defense counsel in Jefferson v. La. Citizens, 07-8947 "A"(4), concerning alleged duplicate suit-filing, which I have also considered and ordered filed in the record.

SEP 18 2008
TRANSFERRED TO
SECT. C MAG. 4

Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and henceforth all future filings in C.A. No. 07-8880 on the docket of C.A. No. 07-8880, and not on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it back to Section "C" (4), where it was previously allotted before its transfer to this consolidated litigation, for future proceedings in Section "C" (4). If defense counsel asserts that this case should be consolidated with another case pending in Section "A" (4), he must file an appropriate motion.

New Orleans, Louisiana, this ___18th___ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
HON. STANWOOD R. DUVAL, JR.
HON. HELEN G. BERRIGAN
HON. JAY C. ZAINEY

2