# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | * | |
| **IN RE:  KATRINA CANAL BREACHES** | * | |
| **CONSOLIDATED LITIGATION** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO. 05-4182** |
| **PERTAINS TO:  BARGE** | * | **and consolidated cases** |
| | * | |
| | * | **SECTION "K"  (2)** |
| *Boutte v. Lafarge*     **05-5531** | * | |
| *Mumford v. Ingram*     **05-5724** | * | |
| *Lagarde v. Lafarge*     **06-5342** | * | **JUDGE** |
| *Perry v. Ingram*     **06-6299** | * | **STANWOOD R. DUVAL, JR.** |
| *Benoit v. Lafarge*     **06-7516** | * | |
| *Parfait Family v. USA*     **07-3500** | * | **MAG.** |
| *Lafarge v. USA*     **07-5178** | * | **JOSEPH C. WILKINSON, JR.** |
| | * | |

## ORDER

Considering the foregoing motion:

**IT IS ORDERED, ADJUDGED AND DECREED** that Barge P.S.L.C.'s Consent Motion

for Extension of Time, be and is hereby **GRANTED.  IT IS FURTHER ORDERED** that the due

date for Barge Plaintiffs' and Lafarge North America's Class Certification Exhibit Lists is extended

through the close of September 26, 2008.

New Orleans, Louisiana this___ day of _____, 2008.



_____
STANWOOD R. DUVAL, JR.,
JUDGE, U.S. DISTRICT COURT

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon

counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or

ECF upload, this 19th day of September 2008.


\s\Brian A. Gilbert
BRIAN A. GILBERT