

# Crawford Lewis
Professional Limited Liability Company

450 Laurel Street, Suite 1600
Post Office Box 3656
Baton Rouge, LA 70821-3656
225.343.5290 Telephone
225.383.5508 Facsimile

September 12, 2008

**VIA FACSIMILE (504) 589-7633**
Magistrate Joseph C. Wilkinson, Jr.
500 Poydras Street, Rm B409
New Orleans, LA 70130

Re:   Lakewood Patio Homes Association, Inc. v. Scottsdale Insurance Company
      No. 06-9839 United States District Court, Eastern District of Louisiana
      Our File No: 1129.523

Dear Honorable Wilkinson:

This correspondence is respectfully submitted in compliance with the Court's deadline for the parties to advise the status of settlement negotiations. The parties have a private mediation set for September 18, 2008 and intend to fully explore settlement options at that time. It is anticipated that a settlement will be reached assuming both sides are reasonable during negotiations.

We trust that the above is sufficient. Should anything further be required, please do not hesitate to contact us.

With kindest regards, I remain

Sincerely,

CRAWFORD LEWIS

Keely Y. Scott
Holly G. Hansen

HGH:tlh
G:\Scottsdale\523- Lakewood\cp\platty\9-10-08 Court Deadline.doc



Baton Rouge                                                                    New Orleans