FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 SEP 19 AM 11:05

LORETTA G. WHYTE
CLERK

## THE SCHWAB LAW FIRM
ATTORNEYS AT LAW
7847 Main Street
Post Office Box 7095
Houma, Louisiana 70361



JERRY H. SCHWAB
DANNA E. SCHWAB
KATHRYN W. RICHARD

(985) 868-1342
Fax: (985) 868-1345

September 15, 2008

Honorable Magistrate Joseph C. Wilkinson, Jr.
500 Poydras Street
Room B409
New Orleans, LA 70130

*File in both records 05-4182*

Re:   Compliance with Post-Sher Insurance Umbrella
      Case Management Order, Entered June 13, 2008
      Twanda Christopher versus Allstate Insurance Company
      Docket #07-3389   Allstate Claim #5113702202   Our File #07-1481

Dear Magistrate Judge Wilkinson:

   In the press of business in providing the court with dozens of status report letters on our insurance umbrella cases, we erred in the status report on this matter. We should have asked that the matter be severed rather than set for a settlement conference. Accordingly, we ask that this status report letter be accepted and replace Document Record Number 14834.

   Regretting any inconvenience this may have caused and with kind regards, I am

Sincerely,

THE SCHWAB LAW FIRM

/s/ Danna E. Schwab
Danna E. Schwab

DES/jl
cc:   Patrick Kehoe

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

## THE SCHWAB LAW FIRM
ATTORNEYS AT LAW
7847 Main Street
Post Office Box 7095
Houma, Louisiana 70361

JERRY H. SCHWAB
DANNA E. SCHWAB
KATHRYN W. RICHARD

(985) 868-1342
Fax: (985) 868-1345

September 15, 2008

Honorable Magistrate Joseph C. Wilkinson, Jr.
500 Poydras Street
Room B409
New Orleans, LA 70130

Re:   Compliance With Post-Sher Insurance Umbrella
      Case Management Order, Entered June 13, 2008
      Twanda Christopher versus Allstate Insurance Company
      Docket #07-3389/ Allstate Claim #5113702202   Our File #07-1481

Dear Magistrate Judge Wilkinson:

   In accordance with the Post-Sher Insurance Umbrella Case Management Order entered by Judge Duval and this Court on June 12, 2008, and on behalf of Allstate Insurance Company ("Allstate"), I hereby request that the above-referenced matter be separated from the Insurance Umbrella and assigned to a district court judge for completion of discovery and trial. Plaintiff failed to comply with the June 12, 2008 Order and, in particular, failed to provide Allstate with a written settlement offer and the required supporting documentation. By letter dated August 14, 2008, a copy of which is attached, Allstate's counsel invited plaintiff's counsel to submit the required information despite the July 14, 2008 deadline. To date, plaintiff has failed to provide the requested information. All he did was re-package and re-date his prior demand of May 30, 2007 and add a number of Allstate produced documents. As a result, settlement is highly unlikely at this time.

   Please let me know if you would like any additional information regarding this matter.

Sincerely,

THE SCHWAB LAW FIRM

/s/ Danna E. Schwab
Danna E. Schwab

DES/jl
cc:   Patrick Kehoe