# INABNET & JONES, L.L.C.
## Counselors at Law

1331 West Causeway Approach
Mandeville, LA 70471
Telephone: (985) 624-9920
Facsimile: (985) 624-9940

RAYMON G. JONES
raymon@inabnetjones.com

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2008 SEP 19 AM 11: 04
LORETTA G. WHYTE
CLERK

RECEIVED
SEP 15 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

215-42

September 12, 2008

Honorable Magistrate Joseph C. Wilkinson, Jr.
United States District Court
500 Poydras Street, Room B409
New Orleans, Louisiana 70130

RE: Althea Allain v. Allstate Insurance Company
    USDC CA # 07-3400

Dear Magistrate Judge Wilkinson:

In accordance with the Post-Sher Insurance Umbrella Case Management Order entered by Judge Duval and this Court on June 12, 2008, and on behalf of Allstate Insurance Company ("Allstate"), I hereby request that the above-referenced matter be separated from the Insurance Umbrella and assigned to a district court judge for completion of discovery and trial. Although the parties exchanged the required settlement documents, settlement appears unlikely at this time.

Please let me know if you would like any additional information regarding this matter.

Very truly yours,

Raymon G. Jones

RGJ/kmb
cc:   Brian Page

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____