FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 SEP 19 AM 11: 04

LORETTA G. WHYTE
CLERK

# INABNET & JONES, L.L.C.
## Counselors at Law

1331 West Causeway Approach
Mandeville, LA 70471
Telephone: (985) 624-9920
Facsimile: (985) 624-9940

RAYMON G. JONES
raymon@inabnetjones.com

215-43

September 12, 2008

Honorable Magistrate Joseph C. Wilkinson, Jr.
United States District Court
500 Poydras Street, Room B409
New Orleans, Louisiana 70130

RE:   Channing and Tonia Branch v. Allstate Insurance Company
      USDC CA # 07-3405

Dear Magistrate Judge Wilkinson:

In accordance with the Post-Sher Insurance Umbrella Case Management Order entered by Judge Duval and this Court on June 12, 2008, and on behalf of Allstate Insurance Company ("Allstate"), I hereby request that the above-referenced matter be separated from the Insurance Umbrella and assigned to a district court judge for completion of discovery and trial. Plaintiffs failed to comply with the June 12, 2008 Order and, in particular, failed to provide Allstate with a written settlement offer and the required supporting documentation. On August 26, 2008, Allstate's counsel invited plaintiffs' counsel to submit the required information despite the July 14, 2008 deadline. (See August 26, 2008 letter to plaintiffs' counsel.) To date, plaintiffs have failed to provide the requested information. As a result, settlement is highly unlikely at this time.

Please let me know if you would like any additional information regarding this matter.

Very truly yours,

Raymon G. Jones

RGJ/kmb
Enclosure
cc:   Patrick G. Kehoe
      Allan Berger

___ Fee_____
___ Process_____
X   Dktd_____
___ CtRmDep_____
___ Doc. No._____