FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 SEP 19 AM 11:05

LORETTA G. WHYTE
CLERK

**THE SCHWAB LAW FIRM**
ATTORNEYS AT LAW
7847 Main Street
Post Office Box 7095
Houma, Louisiana 70361

JERRY H. SCHWAB
DANNA E. SCHWAB
KATHRYN W. RICHARD



(985) 868-1342
Fax (985) 868-1345

September 12, 2008

Honorable Magistrate Joseph C. Wilkinson, Jr.
500 Poydras Street
Room B409
New Orleans, LA 70130

*File in both records*
*05-4182*

Re: Compliance with Post-Sher Insurance Umbrella
Case Management Order, Entered June 13, 2008
Brent and Yoshi Gaugis vs. Allstate Insurance Company
Docket #07-3422  Allstate Claim #5113669807  Our File #07-1494

Dear Magistrate Judge Wilkinson:

    In accordance with the Post-Sher Insurance Umbrella Case Management Order entered by Judge Duval and this Court on June 12, 2008, and on behalf of Allstate Insurance Company ("Allstate"), I hereby request that the above-referenced matter be separated from the Insurance Umbrella and assigned to a district court judge for completion of discovery and trial. Plaintiff failed to comply with the June 12, 2008 Order and, in particular, failed to provide Allstate with a written settlement offer and the required supporting documentation. By letter dated August 14, 2008, a copy of which is attached, Allstate's counsel invited plaintiff's counsel to submit the required information despite the July 14, 2008 deadline. To date, plaintiff has failed to provide virtually all of the required information and that which was provided was not in the form required. On September 10, 2008, Plaintiff's counsel faxed a demand for $217,779.95 accompanied only by an eight (8) page hand, written contents list which is not totaled. As a result, settlement is highly unlikely at this time.

    Please let me know if you would like any additional information regarding this matter.

Sincerely,

**THE SCHWAB LAW FIRM**

*/s/Danna E. Schwab*

Danna E. Schwab

EEM/mw

cc: Roy F. Amadee, Jr.

___ Fee_____
___ Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No._____