UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
CONSOLIDATED LITIGATION
                                             NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE Gaugis, 07-3422       JUDGE DUVAL
                                             MAG. WILKINSON

## ORDER

I have received a letter dated September 12, 2008 from Danna E. Schwab, counsel in

the referenced Gaugis case, which has been separately filed in the record of both C.A. No.

07-3422 and C.A. No. 05-4182.  The letter is deemed the response to the court's "Post-Sher

Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning

the status of settlement efforts.  Having reviewed this report and the record, it appears that

settlement is not attainable in the short term and that further proceedings are required.

Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-

Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the

referenced Gaugis case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and

DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation,

Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution

independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and

SEP 19 2008
REALLOTTED TO
SECT. R MAG. 5



henceforth all future filings in C.A. No. 07-3422 on the docket of C.A. No. 07-3422, and not

on the docket of C.A. No. 05-4182.

     **IT IS FURTHER ORDERED** that the Clerk randomly REALLOT this case to both

a district judge section and a magistrate judge section for future proceedings.

New Orleans, Louisiana, this _____19th_____ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**<u>CLERK TO NOTIFY:</u>**
**HON. STANWOOD R. DUVAL, JR.**

2