UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO:  INSURANCE, Wang, 07-3435

CIVIL ACTION

NO. 05-4182 "K"(2)

JUDGE DUVAL
MAG. WILKINSON

## ORDER

I have received a letter dated September 11, 2008 from Danna E. Schwab, counsel in

the referenced Wang case, which has been separately filed in the record of both C.A. No. 07-

3435 and C.A. No. 05-4182.  The letter is deemed the response to the court's "Post-Sher

Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning

the status of settlement efforts.  Having reviewed this report and the record, it appears that

settlement is not attainable in the short term and that further proceedings are required.

Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-

Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the

referenced Wang case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and

DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation,

Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution

independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and

**SEP 1 9 2008**

**REALLOTTED TO**

**SECT. C MAG. 5**



henceforth all future filings in C.A. No. 07-3435 on the docket of C.A. No. 07-3435, and <u>not</u>

on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk randomly REALLOT this case to <u>both</u>

a district judge section and a magistrate judge section for future proceedings.

New Orleans, Louisiana, this ____19th____ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

<u>**CLERK TO NOTIFY:**</u>
**HON. STANWOOD R. DUVAL, JR.**

2