FILED '08 SEP 19 12:53 USDC-LAE

RECEIVED
SEP 15 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON JR.

# THE SCHWAB LAW FIRM
### ATTORNEYS AT LAW
7847 Main Street
Post Office Box 7095
Houma, Louisiana 70361

JERRY H. SCHWAB
DANNA E. SCHWAB
KATHRYN W. RICHARD

(985) 868-1342
Fax: (985) 868-1345

September 11, 2008

Honorable Magistrate Joseph C. Wilkinson, Jr.
500 Poydras Street
Room B409
New Orleans, LA 70130

*[handwritten: File in both records 05-4182]*

Re:   Compliance With Post-Sher Insurance Umbrella
      Case Management Order, Entered June 13, 2008
      Eddie & Oda Varnado vs. Allstate Insurance Company
      Docket #07-3436   Allstate Claim #5113994718   Our File #07-1506

Dear Magistrate Judge Wilkinson:

        In accordance with the Post-Sher Insurance Umbrella Case Management Order entered by Judge Duval and this Court on June 12, 2008, and on behalf of Allstate Insurance Company ("Allstate"), I hereby request that the above-referenced matter be separated from the Insurance Umbrella and assigned to a district court judge for completion of discovery and trial. Plaintiff failed to comply with the June 12, 2008 Order and, in particular, failed to provide Allstate with a written settlement offer and the required supporting documentation. By letter dated August 14, 2008, a copy of which is attached, Allstate's counsel invited plaintiff's counsel to submit the required information despite the July 14, 2008 deadline. To date, plaintiff has failed to provide the requested information. As a result, settlement is highly unlikely at this time.

        Please let me know if you would like any additional information regarding this matter.

                                Sincerely,

                                THE SCHWAB LAW FIRM

                                /s/ Danna E. Schwab
                                Danna E. Schwab

DES/jl
cc:   Patrick Kehoe