FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 SEP 19 AM 11:05

LORETTA G. WHYTE
CLERK



RECEIVED
SEP 15 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON

# THE SCHWAB LAW FIRM

ATTORNEYS AT LAW
7847 Main Street
Post Office Box 7095
Houma, Louisiana 70361

JERRY H. SCHWAB
DANNA E. SCHWAB
KATHRYN W. RICHARD

(985) 868-1342
Fax  (985) 868-1345

September 11, 2008

Honorable Magistrate Joseph C. Wilkinson, Jr.
500 Poydras Street
Room B409
New Orleans, LA 70130

      *file in both*
*records*
*05-4182*

  **Re:**  **Compliance With Post-Sher Insurance Umbrella**
       **Case Management Order, Entered June 13, 2008**
       **Augustus Marshall vs. Allstate Insurance Company**
       **Docket #07-3449**   **Allstate Claim #5114158321**   **Our File #07-1501**

Dear Magistrate Judge Wilkinson:

    In accordance with the Post-Sher Insurance Umbrella Case Management Order entered

by Judge Duval and this Court on June 12, 2008, and on behalf of Allstate Insurance Company

("Allstate"), I hereby request that the above-referenced matter be separated from the Insurance

Umbrella and assigned to a district court judge for completion of discovery and trial. Plaintiff

failed to comply with the June 12, 2008 Order and, in particular, failed to provide Allstate with a

written settlement offer and the required supporting documentation. By letter dated August 14,

2008, a copy of which is attached, Allstate's counsel invited plaintiff's counsel to submit the

required information despite the July 14, 2008 deadline. To date, plaintiff has failed to provide

the requested information. As a result, settlement is highly unlikely at this time.

    Please let me know if you would like any additional information regarding this matter.

_____ Fee_____
_____ Process_____
__X__ Dktd_____
_____ CtRmDep_____
_____ Doc. No._____

Sincerely,

**THE SCHWAB LAW FIRM**

*/s/ Danna E. Schwab*
 Danna E. Schwab

DES/jl
cc:    Patrick Kehoe