UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION

NO. 05-4182 "K"(2)

PERTAINS TO:  INSURANCE, Marshall, 07-3449

JUDGE DUVAL
MAG. WILKINSON

## ORDER

I have received a letter dated September 11, 2008 from Danna E. Schwab, counsel in the referenced <u>Marshall</u> case, which has been separately filed in the record of both C.A. No. 07-3449 and C.A. No. 05-4182.  The letter is deemed the response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts.  Having reviewed this report and the record, it appears that settlement is not attainable in the short term and that further proceedings are required. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced <u>Marshall</u> case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a <u>copy</u> of this order and

SEP 1 9 2008

'REALLOTTED TO
SECT. S MAG. 1



_____ Fee_____
_____ Process_____
__X__ Dktd_____
_____ CtRmDep_____
_____ Doc. No_____

henceforth all future filings in C.A. No. 07-3449 on the docket of C.A. No. 07-3449, and <u>not</u>

on the docket of C.A. No. 05-4182.

   **IT IS FURTHER ORDERED** that the Clerk randomly REALLOT this case to <u>both</u>

a district judge section and a magistrate judge section for future proceedings.


   New Orleans, Louisiana, this _____19th_____ day of September, 2008.


                                   _____
                                   JOSEPH C. WILKINSON, JR.
                                   UNITED STATES MAGISTRATE JUDGE


<u>CLERK TO NOTIFY</u>:
**HON. STANWOOD R. DUVAL, JR.**