UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Richardson, 07-3455 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

I have received a letter dated September 12, 2008 from Danna E. Schwab, counsel in the referenced Richardson case, which has been separately filed in the record of both C.A. No. 07-3455 and C.A. No. 05-4182. The letter is deemed the response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts. Having reviewed this report and the record, it appears that settlement is not attainable in the short term without further court proceedings. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Richardson case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and

SEP 19 2008

[REALLOTTED TO
SECT. A MAG. 1

___ Fee
___ Process
X  Dktd
___ CtRmDep
___ Doc. No

henceforth all future filings in C.A. No. 07-3455 on the docket of C.A. No. 07-3455, and <u>not</u> on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk randomly REALLOT this case to <u>both</u> a district judge section and a magistrate judge section for future proceedings.

If all parties request "a court-conducted settlement conference as soon as possible" because they believe that "there is a strong likelihood of settlement," as stated in the letter, they may request that the assigned magistrate judge to whom the case is being reallotted schedule one, at his or her discretion, on his or her calendar.

New Orleans, Louisiana, this ___19th___ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**<u>CLERK TO NOTIFY</u>:**
**HON. STANWOOD R. DUVAL, JR.**

2