UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION
                                       NO. 05-4182 "K"(2)

PERTAINS TO:  INSURANCE, Turner, 07-3460          JUDGE DUVAL
                                       MAG. WILKINSON

## ORDER

I have received a letter dated September 11, 2008 from Raymon G. Jones, counsel in the referenced Turner case, which has been separately filed in the record of both C.A. No. 07-3460 and C.A. No. 05-4182. The letter is deemed the response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts. Having reviewed this report and the record, it appears that settlement is not attainable in the short term and that further proceedings are required. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Turner case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and

SEP 1 9 2008
REALLOTTED TO
SECT. J MAG. 5

Fee
Process
Dktd
CtRmDep
Doc. No

henceforth all future filings in C.A. No. 07-3460 on the docket of C.A. No. 07-3460, and <u>not</u>

on the docket of C.A. No. 05-4182.

   **IT IS FURTHER ORDERED** that the Clerk randomly REALLOT this case to <u>both</u>

a district judge section and a magistrate judge section for future proceedings.


New Orleans, Louisiana, this _____19th_____ day of September, 2008.


_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE


**<u>CLERK TO NOTIFY</u>:**
**HON. STANWOOD R. DUVAL, JR.**

2