MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 19, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE (Muller, 06-9108) | JUDGE DUVAL<br>MAG. WILKINSON |

At the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, I conducted separate telephone conferences with all counsel concerning the status of settlement in the referenced <u>Muller</u> case on this date. Participating were: Robert Angelle and Sidney Angelle, representing plaintiffs; Simeon Reimonenq, Jr., representing defendant. It appears that settlement is not attainable in the short term and that further proceedings are required. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced <u>Muller</u> case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

MJSTAR: 0 : 15

SEP 19 2008

TRANSFERRED TO
SECT. S MAG. 3

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and henceforth all future filings in C.A. No. 06-9108 on the docket of C.A. No. 06-9108, and not on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it back to Section "S" (3), where it was previously allotted before its transfer to this consolidated litigation, for future proceedings in Section "S" (3).

                                                                     JOSEPH C. WILKINSON, JR.
                                                                  UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
HON. STANWOOD R. DUVAL, JR.
HON. MARY ANN VIAL LEMMON