# STONE PIGMAN WALTHER WITTMANN L.L.C.

## COUNSELLORS AT LAW

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361
www.stonepigman.com

MARY BUBBETT JACKSON
DIRECT DIAL: (504) 593-0837
DIRECT FAX: (504) 596-0837
E-Mail: mjackson@stonepigman.com

OUR FILE NUMBER

27,237

September 16, 2008



RECEIVED
SEP 16 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

**VIA FACSIMILE**

Honorable Magistrate Judge Joseph C. Wilkinson, Jr.
U.S. District Court, Eastern District of Louisiana
500 Poydras Street, Courtroom B421
New Orleans, LA 70130

Re:     *Jason Hammer, et al v. State Farm Fire and Casualty Company, et al.,* United
        States District Court, Eastern District of Louisiana, C.A. No. 06-9152

Dear Magistrate Judge Wilkinson:

        Per your instructions during our telephone settlement conference this afternoon,
please be advised that Case No. 06-9152, *Jason Hammer v. State Farm Fire and Casualty
Company, et al.* has been settled.

        Please do not hesitate to contact me if you require additional information.

        With kind regards, I remain

                        Sincerely,

                        Mary Bubbett Jackson

MBJ/mjs

945112v.1

## STONE PIGMAN WALTHER WITTMANN L.L.C.

### COUNSELLORS AT LAW

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361
www.stonepigman.com

MARY BUBBETT JACKSON
DIRECT DIAL: (504) 593-0837
DIRECT FAX: (504) 596-0837
E-Mail: mjackson@stonepigman.com

OUR FILE NUMBER

27,237

September 12, 2008

**VIA HAND DELIVERY**

Honorable Magistrate Judge Joseph C. Wilkinson, Jr.
U.S. District Court, Eastern District of Louisiana
500 Poydras Street, Courtroom B421
New Orleans, LA 70130

*File in both records 05-4182 not*

**Re:** *Jason Hammer, et al v. State Farm Fire and Casualty Company, et al.*, United States District Court, Eastern District of Louisiana, C.A. No. 06-9152

Dear Magistrate Judge Wilkinson:

In accordance with the provisions of the Post-*Sher* Insurance Umbrella Case Management Order (the "CMO") entered in this matter on June 13, 2008, State Farm has consulted with counsel for plaintiff Jason Hammer and, based upon those discussions, prepared this report on the status of the *Jason Hammer v. State Farm* matter, case no. 06-9152.

As required in the CMO, on July 15, 2008, counsel for Mr. Hammer sent State Farm a settlement demand, which State Farm responded to on July 29, 2008. Counsel for the parties have spoken recently, and Mr. Hammer is preparing a response to State Farm's counter-offer. At this time, the parties are not very far apart in their demands. In addition, State Farm currently has pending a Motion to Dismiss this matter based upon the water damage exclusion language found in the renters policy issued to Mr. Hammer. Under these circumstances, the parties believe that this matter may be settled expeditiously and without the need for a trial on the merits. Therefore, at this time, the parties request that the Court allow them additional time to engage in settlement negotiations before reallocating this matter back to Section "J" to be set for trial.

Please do not hesitate to contact me if you require additional information.

With kind regards, I remain

Sincerely,

Mary Bubbett Jackson

MBJ

RECEIVED
SEP 1 2 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

944504v.1