MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 19, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE | JUDGE DUVAL<br>MAG. WILKINSON |

     A telephone conference with Liaison Counsel was conducted by me on this date concerning the status of putative class actions asserting alleged class claims beyond the Chehardy/Sher flood exclusion claim, including all such claims asserted in the previously filed Insurance Master Class Action Complaint.  Participating via telephone were: Joseph Bruno, Plaintiffs' Liaison Counsel, and Ralph Hubbard, Defendants' Liaison Counsel.

     **IT IS ORDERED** that Liaison Counsel must submit to me a written statement setting out their suggestions concerning future handling of the subject putative class actions, together with a list of all such cases currently included in the Insurance category

MJSTAR:  **0  : 02**

of the captioned consolidated litigation, no later than **September 24, 2008**. Thereafter, the court will determine whether a followup status conference or some other action will be taken with respect to these cases.

JOSEPH C. WILKINSON, JR.  
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:  
HON. STANWOOD R. DUVAL, JR.