# Montgomery Barnett

MONTGOMERY, BARNETT, BROWN,
READ, HAMMOND & MINTZ, LLP
33rd Floor, 1100 Poydras St.
New Orleans, LA 70163-3200
Phone: (504) 585-3200
Fax: (504) 585-7688
www.monbar.com

*FILED EASTERN DISTRICT OF LA 2008 SEP 19 PM 5:15 LORETTA G. WHYTE CLERK*

Date: September 19, 2008

From: **PHILIP S. BROOKS, JR.**
Direct Line: (504) 585-7648
E-mail: pbrooks@monbar.com

To: The Honorable Standwood R. Duval, Jr.   FAX: (504) 589-2393

cc: Janet Daley, Esq.

Total Pages: 4, including cover sheet

Our File #: 11724.01

---

Marion -

Should this letter and attachment be filed electronically as well?   *Court will file. per Janet*

Yvette Maranto,



RECEIVED
SEP 19 2008
CHAMBERS OF
U. S. DISTRICT JUDGE
STANWOOD R. DUVAL, JR.

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No

**NOTICE:**
This facsimile transmission is legally privileged and confidential. If you are not the intended recipient, please telephone immediately to notify us and we will arrange for its return. Any unauthorized dissemination or copying of this communication is strictly prohibited.



# Montgomery
# Barnett

### ATTORNEYS & COUNSELORS AT LAW

3200 ENERGY CENTRE ■ 1100 POYDRAS STREET ■ NEW ORLEANS, LOUISIANA 70163-3200
504 585 3200 TELEPHONE ■ 504 585 7688 FACSIMILE ■ WWW.MONBAR.COM

PHILIP S. BROOKS, JR.
pbrooks@monbar.com

(504) 585-7648

September 19, 2008

**VIA FACSIMILE** - (504) 589-2393
The Honorable Stanwood R. Duval, Jr.
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C368
New Orleans, LA 70130

**RECEIVED SEP 1 9 2008 CHAMBERS OF U.S. DISTRICT JUDGE STANWOOD R. DUVAL, JR.**

Re: *In Re Katrina Canal Breaches Litigation*
C.A. No. 05-4182, Section "K" (2)
Pertains to: BARGE
Our File No. 11724.1

Dear Judge Duval:

Along with the law firm of Thacher, Proffitt & Wood, LLP, we represent Defendant American Steamship Owner's Mutual Protection and Indemnity Association, Inc. (the "American Club") in the above-referenced matter. We write to attach an Order issued yesterday, September 18, 2008, by Judge Haight regarding the insurance coverage dispute between the American Club and Lafarge, N.A., Inc. pending in the U.S. District Court for the Southern District of New York. In this Order, Judge Haight granted the American Club's motion for summary judgment and denied Lafarge's cross-motion for summary judgment on the issue of insurance coverage. As stated in the Order, Judge Haight's written reasons supporting his opinion will be forthcoming. By copy of this letter to counsel of record in the BARGE litigation track, we are notifying them of this development. Once Judge Haight issues his written decision, we will promptly forward it to Your Honor and counsel.

Sincerely,

Philip S. Brooks, Jr.

PSB, Jr./ynm
Attachment

MONTGOMERY, BARNETT, BROWN, READ, HAMMOND & MINTZ, L.L.P.
BATON ROUGE ■ GULFPORT ■ MANDEVILLE ■ NEW ORLEANS

The Honorable Stanwood R. Duval, Jr.
September 19, 2008
Page: 2

cc: Brian A. Gilbert, Esq. (via e-mail w/ attach.)
Robert R. Fisher, Jr., Esq. (via e-mail w/ attach.)
Derek A. Walker, Esq. (via e-mail w/ attach.)
John D. Aldock, Esq. (via e-mail w/ attach.)
Mark S. Raffman, Esq. (via e-mail w/ attach.)
Frank A. Piccolo, Esq. (via e-mail w/ attach.)
John A.V. Nicoletti, Esq. (via e-mail w/ attach.)
Robert H. Murphy, Esq. (via e-mail w/ attach.)
Daniel Webb, Esq. (via e-mail w/ attach.)
Janet Daley, Esq. (via facsimile w/ attach.)

H:\Brook\Ingram Barge 1727 11734 01\CORRESPONDENCE\Duval ltr.wpd

SEP-19-2008 FRI 10:52 AM    FAX NO.    P. 04
Case 2:05-cv-04182-SRD-JCW   Document 15158   Filed 09/19/08   Page 4 of 5
Case 1:06-cv-03123-CSH   Document 67   Filed 09/18/2008   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY ASSOCIATION,
INC.

                    Plaintiff,

    -against-

LAFARGE NORTH AMERICA, INC.,

                    Defendant.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/18/08

06 Civ. 3123 (CSH)

ORDER

HAIGHT, Senior District Judge:

    The motion of Plaintiff American Steamship Owners Mutual Protection and Indemnity Association, Inc. for summary judgment is GRANTED.

    The cross-motion of Defendant Lafarge North America, Inc. for summary judgment is DENIED.

    The Court's opinion giving the reasons for these decisions will be filed subsequently.

    The Order scheduling a trial of the action to begin on October 6, 2008 is VACATED.

    Counsel for Plaintiff are directed to settle a Judgment consistent with this Order on seven (7) calendar days' notice.

    It is SO ORDERED.

Dated: New York, New York
September 18, 2008

CHARLES S. HAIGHT, JR.
SENIOR UNITED STATES DISTRICT JUDGE

```
*********************
***  RX REPORT   ***
*********************


RECEPTION OK

TX/RX NO                6348
RECIPIENT ADDRESS
DESTINATION ID
ST. TIME                09/20 10:02
TIME USE                00'36
PGS.                    4
RESULT                  OK
```