FILED 08 SEP 19 12:52 USDC-LAE



# THE SCHWAB LAW FIRM
ATTORNEYS AT LAW
7847 Main Street
Post Office Box 7095
Houma, Louisiana 70361

JERRY H. SCHWAB
DANNA E. SCHWAB
KATHRYN W. RICHARD

(985) 868-1342
Fax: (985) 868-1345

September 12, 2008

Honorable Magistrate Joseph C. Wilkinson, Jr.
500 Poydras Street
Room B409
New Orleans, LA 70130

Re: Compliance With Post-Sher Insurance Umbrella
Case Management Order, Entered June 13, 2008
Lucille Richardson vs. no. 07-3586 Allstate Insurance Company
Our file # 07-151-

Dear Magistrate Judge Wilkinson:

In accordance with the Post-Sher Insurance Umbrella Case Management Order entered by Judge Duval and this Court on June 12, 2008, and on behalf of Allstate Insurance Company ("Allstate"), I hereby request that the above-referenced matter be separated from the Insurance Umbrella and assigned to a district court judge for completion of discovery and trial. Plaintiff failed to comply with the June 12, 2008 Order and, in particular, failed to provide Allstate with a written settlement offer and the required supporting documentation. By letter dated August 14, 2008, a copy of which is attached, Allstate's counsel invited plaintiff's counsel to submit the required information despite the July 14, 2008 deadline. To date, plaintiff has failed to provide most of the required information and that which was provided was not in the form required. Further, Plaintiff's counsel has issued a $96,132.85 settlement demand (including 25% attorney's fees calculated on that demand) on a Landlords Package Policy (#5113422314) that carries limits of only $52,788. As a result, settlement is highly unlikely at this time.

Please let me know if you would like any additional information regarding this matter.

Sincerely,

THE SCHWAB LAW FIRM

/s/ Danna E. Schwab

Danna E. Schwab

DES/jl
cc: Patrick Kehoe

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

FILED 08 SEP 19 12:53 USDC-LAE

# THE SCHWAB LAW FIRM
ATTORNEYS AT LAW
7847 Main Street
Post Office Box 7095
Houma, Louisiana 70361

JERRY H. SCHWAB  
DANNA E. SCHWAB  
KATHRYN W. RICHARD

(985) 868-1342  
Fax: (985) 868-1345

September 12, 2008

Honorable Magistrate Joseph C. Wilkinson, Jr.  
500 Poydras Street  
Room B409  
New Orleans, LA 70130

*File in both records*  
*05-4182*

Re: Compliance With Post-Sher Insurance Umbrella  
Case Management Order, Entered June 13, 2008  
Lucille Richardson vs. no. 07-3586 Allstate Insurance Company  
Our file # 07-151-

Dear Magistrate Judge Wilkinson:

In accordance with the Post-Sher Insurance Umbrella Case Management Order entered by Judge Duval and this Court on June 12, 2008, and on behalf of Allstate Insurance Company ("Allstate"), I hereby request that the above-referenced matter be separated from the Insurance Umbrella and assigned to a district court judge for completion of discovery and trial. Plaintiff failed to comply with the June 12, 2008 Order and, in particular, failed to provide Allstate with a written settlement offer and the required supporting documentation. By letter dated August 14, 2008, a copy of which is attached, Allstate's counsel invited plaintiff's counsel to submit the required information despite the July 14, 2008 deadline. To date, plaintiff has failed to provide most of the required information and that which was provided was not in the form required. Further, Plaintiff's counsel has issued a $96,132.85 settlement demand (including 25% attorney's fees calculated on that demand) on a Landlords Package Policy (#5113422314) that carries limits of only $52,788. As a result, settlement is highly unlikely at this time.

Please let me know if you would like any additional information regarding this matter.

Sincerely,

THE SCHWAB LAW FIRM

/s/ Danna E. Schwab

Danna E. Schwab

DES/jl  
cc:   Patrick Kehoe

___ Fee_____  
___ Process_____  
X   Dktd_____  
___ CtRmDep_____  
___ Doc. No._____