MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 19, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Lynch, 07-4384 | JUDGE DUVAL<br>MAG. WILKINSON |

    I have received a letter dated September 12, 2008 from plaintiffs' counsel in the referenced Lynch case, which has been separately filed in the record of both C.A. No. 07-4384 and C.A. No. 05-4182.  The letter is deemed the response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts.  In response to the letter, I have separately conferred with plaintiff's counsel, Wiley G. Lastrapes, Jr., and defendant's counsel, Gordon P. Serou, Jr., concerning settlement.  Accordingly, further action in the referenced Lynch matter is hereby DEFERRED, and a settlement conference is set in this matter before me on **October 14, 2008 at 11:00 a.m.**  At that time, if the case is not settled, I will determine whether deconsolidation for purposes of setting a trial schedule will then be appropriate.

                                                                   JOSEPH C. WILKINSON, JR.
CLERK TO NOTIFY:                                      UNITED STATES MAGISTRATE JUDGE
HON. STANWOOD R. DUVAL, JR.

MJSTAR:  0 : 02