MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 19, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                          CIVIL ACTION
CONSOLIDATED LITIGATION
                                                       NO. 05-4182 "K"(2)

PERTAINS TO:  INSURANCE, Theriot, 06-9910             JUDGE DUVAL
                                                       MAG. WILKINSON

I have received a letter dated September 15, 2008 from defense counsel in the referenced Theriot case, which has been separately filed in the record of both C.A. No. 06-9910 and C.A. No. 05-4182.  The letter is deemed the response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts. It appears that good faith further discussions may result in settlement. Accordingly, further action in the referenced Theriot matter is hereby DEFERRED, and a settlement conference is set in this matter before me on **October 2, 2008 at 10:30 a.m.**   At that time, if the case is not settled, I will determine whether deconsolidation for purposes of setting a trial schedule will then be appropriate.

CLERK TO NOTIFY:                             JOSEPH C. WILKINSON, JR.
HON. STANWOOD R. DUVAL, JR.                 UNITED STATES MAGISTRATE JUDGE

MJSTAR:  **0 : 02**