UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION

                                       NO. 05-4182 "K"(2)

PERTAINS TO:  INSURANCE, Marseilles, 06-6845          JUDGE DUVAL
                                       MAG. WILKINSON

## JUDGEMENT/ORDER OF DISMISSAL

The court having been advised by counsel for both sides that all claims asserted

by and against all parties have been settled and/or dismissed pursuant to In re Katrina

Canal Breaches Litig., 495 F.3d 191, 214 (5th Cir. 2007),

**IT IS ORDERED, ADJUDGED AND DECREED** that the referenced

Marseilles case, C.A. No. 06-6845, is hereby DISMISSED WITH PREJUDICE.  The

Clerk is directed to file and docket this judgement/order of dismissal in both C.A. Nos.

05-4182 and 06-6845 and mark the referenced Marseilles case CLOSED.

New Orleans, Louisiana, this __19th__ day of September, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

CLERK TO NOTIFY:
HON. JOSEPH C. WILKINSON, JR.