UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                 NO. 05-4182 "K"(2)

PERTAINS TO:  INSURANCE, Adams, 07-3429          JUDGE DUVAL
                                                 MAG. WILKINSON

## ORDER

I have received a letter dated September 11, 2008 from Raymon G. Jones, counsel in

the referenced Adams case, which has been separately filed in the record of both C.A. No.

07-3429 and C.A. No. 05-4182.  The letter is deemed the response to the court's "Post-Sher

Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning

the status of settlement efforts.  Having reviewed this report and the record, it appears that

settlement is not attainable without further court proceedings.  Accordingly, **IT IS**

**ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance

Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Adams case

only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and

DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation,

Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution

independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and

SEP 19 2008

'REALLOTTED TO
SECT. L  MAG. 4

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No

henceforth all future filings in C.A. No. 07-3429 on the docket of C.A. No. 07-3429, and not on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk randomly REALLOT this case to both a district judge section and a magistrate judge section for future proceedings.

If all parties seek a "court-conducted settlement conference as soon as possible" and because they believe that "there is a strong likelihood of settlement," as stated in the letter, they may request that the assigned magistrate judge to whom the case is being reallotted schedule one, at his or her discretion, on his or her calendar.

New Orleans, Louisiana, this ____19th____ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

2