MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 19, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, <u>Jones</u>, 06-9874 | JUDGE DUVAL<br>MAG. WILKINSON |

    At the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, the court has been advised by plaintiffs' counsel, Gary Pendergast, that the referenced <u>Jones</u> case has settled, pending Road Home approval.  By copy of this minute entry, Judge Duval is advised so that he may enter an appropriate 90-day conditional dismissal order in the referenced <u>Jones</u> case only.

    New Orleans, Louisiana, this   22nd   day of September, 2008.

                                                           JOSEPH C. WILKINSON, JR
CLERK TO NOTIFY:                  UNITED STATES MAGISTRATE JUDGE
HON. STANWOOD R. DUVAL, JR.

MJSTAR:  **0 : 05**