UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>   BARGE | SECTION "K"(2) |

### ORDER

Before the Court is a Motion for Leave of Court to File New York Marine and General Insurance Company, American Home Assurance Company, and the Northern Assurance Company of America's First Amended Answer, Affirmative Defenses and Cross-Claims Against Lafarge North America, Inc. and American Steamship Owners Mutual Protection & Indemnity Association. (Doc. 14591). While this motion normally should be noticed and heard by Magistrate Judge Wilkinson, the Court finds that it will directly consider this motion. In addition, this order is to clarify the Order of September 9, 2008 (Doc. 14759) in this respect only. Accordingly,

**IT IS ORDERED** that the Motion for Leave of Court to File New York Marine and General Insurance Company, American Home Assurance Company, and the Northern Assurance Company of America's First Amended Answer, Affirmative Defenses and Cross-Claims Against Lafarge North America, Inc. and American Steamship Owners Mutual Protection & Indemnity Association. (Doc. 14591) is **SET FOR HEARING with oral argument on October 1, 2008 at 9:30 a.m. before the undersigned.**

New Orleans, Louisiana, this __22nd__ day of September, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE