# BARRASSO·USDIN·KUPPERMAN
# FREEMAN & SARVER, L.L.C.
- COUNSELLORS AT LAW -

Susan M. Rogge
Direct Dial: (504) 589-9722
E-Mail: srogge@barrassousdin.com

Our Files:
14,270
14,272

September 12, 2008

**VIA U.S. MAIL & HAND DELIVERY**

Honorable Magistrate Joseph C. Wilkinson, Jr.
500 Poydras Street
Room B409
New Orleans, LA  70130

Re: *William R. Baird, et al. v. Encompass Insurance Co., et al.*, No. 06-153;
*Diane W. Rogers v. Encompass Insurance Co., et al.*, No. 06-152

Dear Magistrate Judge Wilkinson:

    In accordance with the Post-Sher Insurance Umbrella Case Management Order entered by Judge Duval and this Court on June 12, 2008, and on behalf of Encompass Insurance Company ("Encompass"), I write to advise you of the settlement status of these two cases, both involving the same plaintiffs' counsel and defense counsel.  Plaintiffs provided Encompass with "Proof of Loss" documents which included a demand and estimates from a public adjuster.  No other documents or information were provided, such as a contents list, Road Home information, etc.  In order to respond to the public adjuster estimates containing new damages submitted by plaintiffs in their "Proof of Loss", Encompass requested an inspection of the properties.  The inspection did not occur until August 13, 2008.  After completion of the inspections, Encompass requested the additional documentation set forth in Judge Duval's Post-Sher Insurance Umbrella Case Management Order so that it could make a counter-offer, but has not yet received any additional documents or information.[1]  However, the parties plan to meet in person on September 17, 2008 to exchange additional information and documents and attempt to settle the claims.  Based on discussions with plaintiffs' counsel, Encompass believes that there is a strong likelihood of settlement.  As such, Encompass does not believe that it is in either party's interest to set this matter for trial at this time.  If the Court is inclined, it may be helpful to schedule a settlement conference in mid to late October.  In the meantime, the parties plan to attempt to settle it themselves and will advise the Court immediately if any settlement is reached.

---

[1]     A copy of correspondence from Encompass' counsel to Plaintiffs' counsel is attached. Plaintiffs have not responded in writing to any of the attached letters.

504-589-9700 · FAX: 504-589-9701
909 POYDRAS STREET, SUITE 2400 · NEW ORLEANS, LOUISIANA 70112    117374

BARRASSO · USDIN · KUPPERMAN · FREEMAN & SARVER, L.L.C.

Page 2
September 12, 2008

Please let me know if you would like any additional information regarding this matter.

Very Truly Yours

*Susan M. Rogge /cb*

Susan M. Rogge
Attorney for Encompass Insurance Company

SMR/cb
Enclosures

cc:   Phillip Lee and Joseph Bruno, Attorney for Plaintiffs

# BARRASSO·USDIN·KUPPERMAN
# FREEMAN & SARVER, L.L.C.
### -COUNSELLORS AT LAW-

**Susan M. Rogge**
Direct Dial: (504) 589-9722
E-Mail: srogge@barrassousdin.com

Our Files:
14,270
14,272

July 2, 2008

Joseph M. Bruno, Esq.
Bruno & Bruno
855 Baronne Street
New Orleans, Louisiana 70113

    Re: *William R. Baird, et al. v. Encompass Insurance Co., et al.;*
      <u>*Diane W. Rogers v. Encompass Insurance Co., et al.*</u>

Dear Mr. Bruno,

   I understand you have now substituted as counsel in the above captioned cases. We received a demand letter with "proof of loss" for the claims of Diane Rogers and William Baird. Encompass reserves its right to all defenses based upon the lack of timeliness of the "proof of loss" submitted on these two claims. Subject to this reservation of rights, Encompass requests an inspection of these properties. Our adjuster is generally available in July. Please provide me with available dates for an inspection of the two properties. Thank you.

              Sincerely,

              Susan M. Rogge

SMR/cb

# BARRASSO · USDIN · KUPPERMAN
# FREEMAN & SARVER, L.L.C.
## - COUNSELLORS AT LAW -

**Susan M. Rogge**
Direct Dial: (504) 589-9722
E-Mail: srogge@barrassousdin.com

Our Files:
14,270
14,272

July 29, 2008

**VIA FACSIMILE and U.S. MAIL**

Joseph M. Bruno, Esq.
Bruno & Bruno
855 Baronne Street
New Orleans, Louisiana 70113

      Re:    *William R. Baird, et al. v. Encompass Insurance Co., et al.;*
                  *Diane W. Rogers v. Encompass Insurance Co., et al.*

Dear Mr. Bruno:

      We received your proof of loss on the above referenced claims that you sent to Encompass directly. In the future, please send all correspondence regarding these claims to me. As you know, we have requested an inspection of these properties so we can respond to your demands. I am waiting to hear from you regarding available dates. Also, please let me know as soon as possible whether the "proof of loss" demands you submitted are intended to be your clients' settlement demand pursuant to the Court's Order dated 06/13/08, Rec. Doc. No. 13521, a copy of which is attached. I look forward to hearing from you soon. Thank you.

                                  Sincerely,

                                  Susan M. Rogge

SMR/cb
Enclosure

*Signed in Ms. Rogge's absence to avoid delay.*

# BARRASSO · USDIN · KUPPERMAN
# FREEMAN & SARVER, L.L.C.
### - COUNSELLORS AT LAW -

**Susan M. Rogge**
Direct Dial: (504) 589-9722
E-Mail: srogge@barrassousdin.com

Our Files:
14,270
14,272

August 11, 2008

**VIA FACSIMILE and U.S. MAIL**

Joseph M. Bruno, Esq.
Bruno & Bruno
855 Baronne Street
New Orleans, Louisiana 70113

Re: *William R. Baird, et al. v. Encompass Insurance Co., et al.;*
*Diane W. Rogers v. Encompass Insurance Co., et al.*

Dear Mr. Bruno:

      I spoke with your assistant Donsalin today and confirmed that Encompass' adjuster will inspect Ms. Roger's house on Wednesday, August 13 at 9:00 am. Our adjuster will also attempt to inspect the Baird property that afternoon. As your assistant advised, our adjuster has you and your client's permission to enter the Baird home through the back sliding glass door, as I understand the home is gutted, boarded up and the Bairds are out of town this week. We will let you know if he has any problem entering the house and if we need to reschedule that inspection.

      As you know, Judge Duval ordered that by July 14, 2008, all plaintiffs must submit settlement offers to the insurers for each hurricane case under the Katrina umbrella. I previously sent you a copy of that order. Under Judge Duval's order, the insurers are required to give a counter-offer by August 14, 2008. As of this date, we have not received a settlement offer from you pursuant to the Judge's order. To the extent your "proof of loss" that you sent to Encompass directly with the public adjuster's estimate was your demand, please confirm this in writing. Also, please provide the additional information outlined in Judge Duval's order, including the status of any road home applications, amounts received, etc. As of now, we are unable to give you a written counter-offer as required by the Court order without having this additional information and completion of the inspections. We will send a counter-offer upon receipt of the requested information and after the inspections of plaintiffs' properties. Please call me with any questions.

                             Sincerely,

                             Susan M. Rogge

SMR/cb

*Signed in Ms. Rogge's absence to avoid delay.*

504-589-9700 · FAX: 504-589-9701
909 POYDRAS STREET, SUITE 2400 · NEW ORLEANS, LOUISIANA 70112

57006

# BARRASSO · USDIN · KUPPERMAN
# FREEMAN & SARVER, L.L.C.
### - COUNSELLORS AT LAW -

**Susan M. Rogge**
Direct Dial: (504) 589-9722
E-Mail: srogge@barrassousdin.com

Our Files:
14,270
14,272

August 28, 2008

**VIA FACSIMILE and U.S. MAIL**

Joseph M. Bruno, Esq.
Bruno & Bruno
855 Baronne Street
New Orleans, Louisiana 70113

      Re:   *William R. Baird, et al. v. Encompass Insurance Co., et al.;*
               *Diane W. Rogers v. Encompass Insurance Co., et al.*

Dear Mr. Bruno:

      I have previously requested on numerous occasions that you confirm whether the "proof of loss" you sent to our claims representative directly was intended to be your clients' settlement demand pursuant to Judge Duval's Order requiring plaintiffs to submit settlement demands by July 14, 2008. I have not received any response from you in this regard. Also, I requested you provide additional information as outlined in Judge Duval's Order including the following information:

- List including estimated value of any personal property being claimed

- Receipts or other documents concerning additional living expenses being claimed

- Explanation or report stating how the damage was caused by a covered peril

- Statement concerning the status of any Louisiana Road Home application, including the amount and date of any grant received

- Statement concerning the status of any Small Business Administration application including the amount of any loan received

- Statement concerning whether plaintiff had flood insurance in effect at the time of loss and amounts received for each coverage

BARRASSO · USDIN · KUPPERMAN · FREEMAN & SARVER, L.L.C.

Page #
August 28, 2008

*See* Judge Duval's Post-Sher Order, Rec. Doc. No. 13521, p.3. We have still received none of the information outlined above. Our adjuster has now re-inspected the properties. We would like to meet in person to discuss settlement of these cases and ask that you be prepared to provide the requested information during our meeting. I am available September 10. Please let me know if this date works for you. Thank you.

                                  Sincerely,

                                  Susan M. Rogge

SMR/cb

*Signed in Ms. Rogge's absence to avoid delay.*

57006