UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 "K" (2) |
| | * * | JUDGE DUVAL MAG. WILKINSON |
| FILED IN:  05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0225, 06-0225, 06-0886, 06-1885, 06-2152, 06-2278, 06-2824, 06-4024, 06-4065, 06-4066, 06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159, 06-5161, 06-5260, 06-5260, 06-5162, 06-5771, 06-5937, 07-0206, 07-0621, 07-1073, 07-1271, 07-1285 | * * * * * * * * * * | |
| PERTAINS TO: MRGO | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF RECORDS DEPOSITION

TO:  To All Defendants and their respective counsel,
Through Defense Liaison Attorney of Record:
Ralph S. Hubbard, III
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130-6041

PLEASE TAKE NOTICE that plaintiffs, through their undersigned counsel, will take the records deposition of **Greater New Orleans, Inc.,** formerly known as the Chamber of Commerce/New Orleans and the River Region, f/k/a Chamber of Commerce of the New Orleans

Area, f/k/a New Orleans Chamber of Commerce, f/k/a New Orleans Association of Commerce, f/k/a New Orleans Progressive Union, on **October 20, 2008 at 10:00 a.m.** at the Andry Law Firm, 610 Baronne Street, New Orleans, Louisiana 70113, in accordance with the Federal Rules of Civil Procedure, before a Notary Public.

> As used herein, the term "Documents" shall mean or refer to all written or graphic matter of every kind of description, however, produced or reproduced, whether draft or final, original or reproduction, ad all tangible things within the scope of Federal Rule of Procedure 30(b)(6), specifically including, but not limited to: writings, graphs, charts, photographs, satellite and or radar imagery, telephone records, data compilations (from which information can be obtained, translated, if necessary by the respondent through detection devices into reasonably usable form), letters, correspondence, e-mail communications, memorandum, minutes, notes, contracts, agreements, books, diaries, time sheets, laboratory books, logs, bulletins, circular, notices, rules, regulations, prospects, directions, teletype, messages, inter-office communications, reports, company worksheets, credit files, evidence of indebtedness negotiable instruments, telegrams, mailgrams, books, news releases, newspapers, magazines, advertisements, periodicals, pamphlets, sketches, drawings, statements, reports, articles of incorporation, by-laws, directives minutes of meetings, proposals, offers, orders, acknowledgments, evaluations, recommendations, annual reports, analyses, feasibility studies or market studies, disbursement requests or orders, charts, graphs, indices, projections, forms, data sheets, data processing discs, or readable computer-produced interpretations thereof, booklets, articles, and summaries, abstracts, compilations or paraphrases of any of the foregoing, or material similar to any of the forgoing, however, denominated, which are in the possession, custody or control of the party upon whom this subpoena and/or request for production of documents is served or to which said party can obtain access. The subpoena and/or request calls for originals, unless otherwise specified, and for all copies when originals are not available.

In accordance with the Notice of Records Deposition, a subpoena will be issued for the production of the following records:

1.  A copy of any and all documents maintained by any of your offices concerning the Mississippi River Gulf Outlet and Gulf Tidewater Channel in connection with questions posed by the St. Bernard Police Jury or the Waterways Committee of the St. Bernard Council of the Chamber of Commerce, New Orleans area, to the New Orleans Dock Board and the United States Army Corps of Engineers.

2.  A copy of any and all documents maintained by any of your offices concerning the design of the Mississippi River Gulf Outlet and Gulf Tidewater Channel.

3.  A copy of any and all documents maintained by any of your offices concerning the construction of the Mississippi River Gulf Outlet and Gulf Tidewater Channel.

4.  A copy of any and all documents maintained by any of your offices concerning the maintenance of the Mississippi River Gulf Outlet and Gulf Tidewater Channel.

Respectfully submitted,

APPROVED PLAINTIFFS' LIAISON COUNSEL

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (LSBA No. 3604)
PLAINTIFFS' LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775


MR-GO PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE

/s/ Jonathan B. Andry
JONATHAN B. ANDRY
The Andry Law Firm
610 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 586-8899
Facsimile: (504) 586-8933

For

MR-GO PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE
Jonathan B. Andry
Clay Mitchell
Pierce O'Donnell
James Parkerson Roy

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing notice was served upon all counsel of record by placing same in the United States mail, properly addressed and with first class postage, or by facsimile, or other electronic transmission this 22nd day of September, 2008.

/s/ Jonathan B. Andry
JONATHAN B. ANDRY