MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 19, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Baird, 06-153 | JUDGE DUVAL<br>MAG. WILKINSON |

    I have received a letter dated September 12, 2008 from defense counsel in the referenced Baird case, which has been separately filed in the record of both C.A. No. 06-153 and C.A. No. 05-4182. The letter is deemed the response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts. In response to the letter, I have conferred with defense counsel, Susan Rogge, concerning settlement. Active settlement negotiations are ongoing. Accordingly, further action in the referenced Baird matter is hereby DEFERRED, and a settlement conference is set in this matter before me on **October 31, 2008 at 2:00 p.m.** At that time, if the case is not settled, I will determine whether deconsolidation for purposes of setting a trial schedule will then be appropriate.

CLERK TO NOTIFY:  
HON. STANWOOD R. DUVAL, JR.

                          JOSEPH C. WILKINSON, JR.  
                          UNITED STATES MAGISTRATE JUDGE

MJSTAR: 0 : 02