UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" MAG "2" |
| PERTAINS TO: ROAD HOME<br>*State of Louisiana, C.A. No. 07-5528* | JUDGE DUVAL<br>MAGISTRATE JUDGE WILKINSON |

*******************************************************************

## MOTION FOR EXTENSION OF TIME TO RESPOND

**NOW INTO COURT,** comes Plaintiff State of Louisiana, through undersigned private counsel, who respectfully moves this Honorable Court for an Order extending the time in which the Louisiana Commissioner of Administration shall inform this Court of his/her concurrence or the lack thereof regarding the Attorney General's appointment of private counsel.

The Order in question was issued on August 13, 2008 at Document #14450 of the *Katrina Canal Breaches Consolidated Litigation* docket. The Order compelled the Louisiana Attorney General to serve the Order upon the Louisiana Commissioner of Administration in an effort to determine whether the Commissioner concurred with the General's appointment of private counsel in the Road Home litigation. The Order required the Commissioner to address the Court's question

1

in forty-five (45) days.

As per the Order, a notice of compliance was served via the Court's electronic case management system. On August 21, 2008, at Document #14556, Attorney General James D. "Buddy" Caldwell notified the Court that service upon the Commission of Administration was effectuated on August 20, 2008. The Order is silent as to whether the forty-five (45) day period commenced upon the date of the original Order or the date of service upon the Commissioner.

If the Court intended the period to begin at the date of the original order, the deadline would be September 27, 2008. If the Order intended the forty-five (45) day period should commence upon service to the Commissioner, the deadline for reply would be October 4, 2008. It is assumed that the period should commence upon service to the Commissioner, since the Commissioner must perform the required determination; however, in an abundance of caution and for good cause shown, the State requests additional time for the response.

Hurricanes Gustav and Ike and their dire aftermaths have consumed the attention of the Louisiana Commissioner of Administration as well as many other state officers. The lack of electricity and other hindrances have created a severe backlog in performance of the duties of the Commissioner and others. Upon consideration of the above, we respectfully request the Louisiana Commissioner of Administration be allowed to comply with the Order of the Court on or before October 21, 2008. Defense Liaison Counsel, Ralph Hubbard, has been contacted and he has no opposition to the extension of time.

WHEREFORE, Plaintiff moves for an order extending the forty-five day period set in the Order found at Document #14450 until October 21, 2008.

Respectfully submitted:

THE STATE OF LOUISIANA
Honorable James D. "Buddy" Caldwell (No. 2211)
ATTORNEY GENERAL,
STATE OF LOUISIANA
1885 North Third Street, 6th Floor
Baton Rouge, LA 70802
Ph.: 225-326-6040
Fax: 225-326-6097

AND

   /s/   Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr. (No. 5486)
FAYARD & HONEYCUTT, A.P.C.
519 Florida Avenue, S.W.
Denham Springs, LA 70726
Ph.: 225-664-4193
Fax: 225-664-6925
Email: calvinfayard@fayardlaw.com

AND

Paul G. Aucoin (No. 2604)
PAUL G. AUCOIN, ATTORNEY AT LAW
135 Goodwill Plantation
Vacherie, LA 70090-5240
Ph.: 225-265-7906
Fax: 225-265-7906
Email: aucoinp@bellsouth.net

AND

Joseph J. McKernan (No. 10027)
MCKERNAN LAW FIRM
8710 Jefferson Highway
Baton Rouge, LA 70809
Ph.: 225-926-1234
Fax: 225-926-1202
Email: jemckernam@mckernanlawfirm.com

AND

3

Drew A. Ranier (No. 8320)
RANIER, GAYLE & ELLIOTT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
Ph.: 337-494-7171
Fax: 337-494-7219
Email: drainer@rgelaw.com

AND

Frank C. Dudenhefer, Jr. (No. 5117)
THE DUDENHEFER LAW FIRM
A Limited Liability Company
Pan American Life Center
601 Poydras Street, Suite 2655
New Orleans, LA 70130
Ph.: 504-525-2553
Fax: 504-523-2508
Email: FCDLaw@aol.com

AND

James P. Roy (No. 11511)
DOMENGEAUX WRIGHT ROY & EDWARDS LLC
556 Jefferson Street, Suite 500
P. O. Box 3668
Lafayette, LA 70502-3668
Ph.: 337-233-3033
Fax: 337-232-8213
Email: jimr@wrightroy.com

AND

James R. Dugan, II (No. 24785)
**MURRAY LAW FIRM**
650 Poydras Street, Suite 1250
New Orleans, LA 70130
Ph.: 504-648-0180
Fax: 504-648-0181
Email: jdugan@dugan-lawfirm.com

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

                                             /s/ Calvin C. Fayard, Jr.
                                        CALVIN C. FAYARD, JR.