UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| FILED IN: 05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0225, 06-0225, 06-0886, 06-1885, 06-2152, 06-2278, 06-2824, 06-4024, 06-4065, 06-4066, 06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159, 06-5161, 06-5260, 06-5260, 06-5162, 06-5771, 06-5937, 07-0206, 07-0621, 07-1073, 07-1271, 07-1285 | * * * * * * * * * * * | |
| PERTAINS TO: MRGO | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF VIDEOTAPED FEDERAL RULE 30(b)(6) DEPOSITION**

TO:   To All Defendants and their respective counsel,
Through Defense Liaison Attorney of Record:
Ralph S. Hubbard, III
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130-6041

PLEASE TAKE NOTICE that plaintiffs, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, will take the videotaped deposition upon oral examination of **the Board of Commissioners of the Port of New Orleans** concerning the documents requested herein.

The oral examination will take place on **Wednesday, October 22, 2008 at 10:00 a.m.** at the Andry Law Firm, 610 Baronne Street, New Orleans, Louisiana 70113, and will continue from day to day until completed. The deposition will be taken before a Notary Public or some other officer authorized to administer oaths under the law. This deposition is taken for discovery and use at trial and for any other purpose permitted under the Federal Code of Civil Procedure. The deposition will be recorded stenographically and by video tape. You are invited to attend and examine the witness if you so desire.

The Board of Commissioners of the Port of New Orleans is requested to designate one or more officers, directors, or managing agents, or other persons who consent to testify as the person most knowledgeable concerning each subject on its behalf, and to set forth, for each person designated, the matters on which the person will testify. The deponent is requested to designate documents responsive to this Notice two (2) business days prior to the deposition.

## DEFINITIONS

As used herein, the term "Documents" shall mean or refer to all written or graphic matter of every kind of description, however, produced or reproduced, whether draft or final, original or reproduction, ad all tangible things within the scope of Federal Rule of Procedure 30(b)(6), specifically including, but not limited to: writings, graphs, charts, photographs, satellite and or radar imagery, telephone records, data compilations (from which information can be obtained, translated, if necessary by the respondent through detection devices into reasonably usable form), letters, correspondence, e-mail communications, memorandum, minutes, notes, contracts, agreements, books, diaries, time sheets, laboratory books, logs, bulletins, circular, notices, rules, regulations, prospects, directions, teletype, messages, inter-office communications, reports, company worksheets, credit files, evidence of indebtedness negotiable instruments, telegrams, mailgrams, books, news releases, newspapers, magazines, advertisements, periodicals, pamphlets, sketches, drawings,

statements, reports, articles of incorporation, by-laws, directives minutes of meetings, proposals, offers, orders, acknowledgments, evaluations, recommendations, annual reports, analyses, feasibility studies or market studies, disbursement requests or orders, charts, graphs, indices, projections, forms, data sheets, data processing discs, or readable computer-produced interpretations thereof, booklets, articles, and summaries, abstracts, compilations or paraphrases of any of the foregoing, or material similar to any of the forgoing, however, denominated, which are in the possession, custody or control of the party upon whom this subpoena and/or request for production of documents is served or to which said party can obtain access. The subpoena and/or request calls for originals, unless otherwise specified, and for all copies when originals are not available.

In accordance with the Notice of Deposition, a subpoena will be issued for the production of the following records:

1. A copy of any and all documents maintained by any of your offices concerning the Mississippi River Gulf Outlet and Gulf Tidewater Channel in connection with questions posed by the St. Bernard Police Jury or the Waterways Committee of the St. Bernard Council of the Chamber of Commerce, New Orleans area, to the New Orleans Dock Board and the United States Army Corps of Engineers.

2. A copy of any and all documents maintained by any of your offices concerning the design of the Mississippi River Gulf Outlet and Gulf Tidewater Channel.

3. A copy of any and all documents maintained by any of your offices concerning the construction of the Mississippi River Gulf Outlet and Gulf Tidewater Channel.

4. A copy of any and all documents maintained by any of your offices concerning the maintenance of the Mississippi River Gulf Outlet and Gulf Tidewater Channel.

5. A copy of any and all documents maintained by any of your offices concerning the Mississippi River Gulf Outlet and Gulf Tidewater Channel.

6. A copy of any and all documents maintained by any of your offices concerning any lobbying activities engaged in by the Port of New Orleans, or the Board of Commissioners of the Port of New Orleans related to the Mississippi River Gulf Outlet and Gulf Tidewater Channel.

**THIS DEPOSITION IS NOT FOR RECORDS ONLY.**

        Respectfully submitted,

        APPROVED PLAINTIFFS' LIAISON COUNSEL

        */s/ Joseph M. Bruno*
        JOSEPH M. BRUNO (LSBA No. 3604)
        PLAINTIFFS' LIAISON COUNSEL
        Law Offices of Joseph M. Bruno
        855 Baronne Street
        New Orleans, Louisiana 70113
        Telephone: (504) 525-1335
        Facsimile: (504) 561-6775

        MR-GO PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE

        */s/ Jonathan B. Andry*
        JONATHAN B. ANDRY
        The Andry Law Firm
        610 Baronne Street
        New Orleans, Louisiana 70113
        Telephone: (504) 586-8899
        Facsimile: (504) 586-8933

        For

        MR-GO PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE
        Jonathan B. Andry
        Clay Mitchell
        Pierce O'Donnell
        James Parkerson Roy

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing notice was served upon all counsel of record by placing same in the United States mail, properly addressed and with first class postage, or by facsimile, or other electronic transmission this 22nd day of September, 2008.

/s/ Jonathan B. Andry
JONATHAN B. ANDRY