# King, Krebs & Jurgens, P.L.L.C.
COUNSELORS AT LAW

201 ST. CHARLES AVENUE
45TH FLOOR
NEW ORLEANS, LOUISIANA 70170
TELEPHONE: (504) 582-3800
FAX: (504) 582-1233
E-MAIL: info@kingkrebs.com
www.kingkrebs.com

**RECEIVED SEP 1 2 2008 CHAMBERS OF U.S. MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR.**

HENRY A. KING (1)
PATRICIA A. KREBS (1)
GEORGE B. JURGENS III
ROBERT J. BURVANT (1)
J. GRANT COLEMAN, LLM (2)(4)
ERIC E. JARRELL
LEN R. BRIGNAC (3)(5)(1)
TIMOTHY S. MADDEN
ROBERT J. STEFANI, JR. (2)(7)

JAMES D. BERCAW
LINDSAY A. LARSON III
DAVID A. STRAUSS (1) (8)
JEFFREY M. BURMASTER
ROBERT C. SCRUGGS (9)
DOUGLAS P. MATTHEWS
MICHAEL L. VINCENZO
CHRISTIAN A. GARBETT, SR.

Of Counsel:
FREDERICK W. BRADLEY
CHARLOTTE P. LIVINGSTON

HOUSTON OFFICE:
6363 Woodway, Suite 820
HOUSTON, TEXAS 77057
PHONE: (713) 334-5644
FAX: (713) 334-5628

AFFILIATED OFFICES:
NEW DELHI, INDIA
ATHENS, GREECE

JOANN MANTIS (6)
JOHN A. CANGELOSI
MICHAEL D. ROCHE
REBECCA H. DIETZ (2) (10)
ADAM P. MASSEY
M. TEREZE MATTA
MEGAN COLE MISKO (11)
SUSAN E. DINNEEN (2) (10)

MONICA M. WALDRON
MICHAEL J. CERNIGLIA (13)
SARAH S. MONSOUR
ASHLEY N. PAYNE
SUSAN KELLER-GARCIA
JUSTIN M. CHOPIN
PAUL G. VAN HOOSE

(1) ALSO ADMITTED IN TEXAS
(2) ALSO ADMITTED IN WASHINGTON, D.C.
(3) ALSO ADMITTED IN FLORIDA
(4) BOARD CERTIFIED SPECIALIST IN TAXATION
(5) REGISTERED PATENT ATTORNEY
(6) ALSO ADMITTED IN GREECE
(7) ALSO ADMITTED IN NEW YORK
(8) ALSO ADMITTED IN ILLINOIS
(9) ADMITTED IN TEXAS ONLY
(10) ALSO ADMITTED IN MARYLAND
(11) ALSO ADMITTED IN TENNESSEE
(13) ALSO ADMITTED IN COLORADO

WRITER'S DIRECT LINE: (504) 582-3816
E-MAIL: dstrauss@kingkrebs.com

September 12, 2008

**VIA E-MAIL**
Magistrate Joseph C. Wilkinson, Jr.
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Re: *Bloom v. State Farm Fire and Casualty Company*
U.S.D.C. No. 07-6488, Sect. K, Mag. 2
*In Re: Katrina Canal Breaches Litigation*, U.S.D.C. No. 05-4182, Sect. K, Mag. 2
Our File No. 2760-204

Dear Judge Wilkinson:

Pursuant to the parties' obligation under the Court's June 13, 2008 Post-*Sher* Case Management Order, we write to advise you of the parties' position regarding the likelihood of settlement of the above-referenced case. The parties have conferred and agree that settlement at this time is not likely. The parties believe that additional time to conduct discovery is necessary before meaningful settlement negotiations can take place.

Additionally, the above-referenced case is subject to a Motion to Dismiss the case in its entirety as well a Motion for Entry of Judgment, both of which are currently pending before Judge Duval. Plaintiffs opposed both of these motions. Judge Duval has yet to issue a ruling on either motion.

Very truly yours,

David A. Strauss
Lindsay A. Larson
Sarah S. Monsour
*Counsel for State Farm Fire and Casualty Company*

cc: *Counsel for Plaintiffs*:
William T. Jones, Jr. (via email)
Julie Jacobs (via email)

{N0128492}