# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § § | CIVIL ACTION<br><br>No. 05-4182<br><br>SECTION "K"<br>JUDGE STANWOOD R. DUVAL, JR.<br><br>MAG. DIV. 2<br>MAG. JOSEPH C. WILKINSON, JR. |
| PERTAINS TO:<br><br>INSURANCE (Bourgeois, No. 07-1930) | | |

## JOINT MOTION TO DISMISS

COMES NOW, Elodie Bourgeois, Plaintiff, and The Standard Fire Insurance Company, incorrectly referred to as St. Paul Travelers Group/ St. Paul Fire and Casualty Insurance Company, appearing herein through undersigned counsel, and on suggesting to the Court that the above matter as respects civil action number 07-1930 only, has been compromised in full and that Plaintiff desire to dismiss with prejudice the said cause against The Standard Fire Insurance Company, with each party to bear its own court costs.

Respectfully submitted:

Bruce L. Feingerts (#5499)
FEINGERTS & KELLY, PLC
365 Canal St., Suite 2700
New Orleans, LA.  70130
Phone: 504-568-1515
Fax: 504-568-1521
Counsel for Plaintiff

Gary Jude Russo (#10828)
LONGMAN RUSSO
600 Jefferson St., Suite 1600
P.O. Drawer 3408
Lafayette, LA.  70502
Phone: 337-262-9000
Fax: 337-262-9001
Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 22, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/S/ Gary J. Russo
Gary J. Russo