UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION<br><br>No. 05-4182 |
| _____ | § § | SECTION "K" |
| PERTAINS TO: | § § | JUDGE STANWOOD R. DUVAL, JR. |
| INSURANCE (Bourgeois, No. 07-1930) | § § § § | MAG. DIV. 2<br>MAG. JOSEPH C. WILKINSON, JR. |
| _____ | § | |

**JUDGMENT OF DISMISSAL**

CONSIDERING THE FOREGOING JOINT MOTION TO DISMISS;

IT IS ORDERED by the Court that the above matter as respects civil action number 07-1930 only, is hereby dismissed with prejudice against The Standard Fire Insurance Company, with each party to bear its own court costs.

Thus done and signed at _____, Louisiana this _____ day of _____, 2008.

_____
JUDGE

1