UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES § | CIVIL ACTION | |
| CONSOLIDATED LITIGATION § | NO. 05-4182 "K" (2) | |
| § | JUDGE DUVAL | |
| § | MAG. WILKINSON | |
| § | | |
| PERTAINS TO: § | | |
| ALL LEVEE § | | |
| ALL MRGO § | | |
| ALL BARGE § | | |
| § | | |

NOTICE OF AMENDED PRIVILEGE LOG

On July 16, 2008, the United States filed a Privilege Log asserting attorney-client privilege pursuant to the Discovery Order concerning materials as to which privileges may be asserted, over Bates range MVD-003-000001594 thru1595.  See Doc. Rec. Nos. 13847 and 5183, respectively.  The Privilege Log is being amended to reflect that this Bates range has been produced by the United States.  See Doc. Rec. No. 6944.  Accordingly, the United States hereby designates the following documents as privileged:

    MVD-003-000001586  to  MVD-003-000001588;

    MVD-003-000001591  to  MVD-003-000001593;

    MVD-003-000001596  to  MVD-003-000001598;

    MVD-003-000001599  to  MVD-003-000001603;

    NED-187-000000377  to  NED-187-000000378.

A privilege log is attached.

This Notice of Amended Privilege Log is respectfully submitted,

>GREGORY G. KATSAS
>Assistant Attorney General
>
>PHYLLIS J. PYLES
>Director, Torts Branch
>
>JAMES G. TOUHEY, JR.
>Assistant Director, Torts Branch
>
> s/ James F. McConnon, Jr.
>JAMES F. McCONNON, JR.
>Trial Attorney, Torts Branch, Civil Division
>U.S. Department of Justice
>Benjamin Franklin Station, P.O. Box 888
>Washington, D.C.  20044
>(202) 616-4400 / (202) 616-5200 (Fax)
>Attorneys for the United States

Dated: September 22, 2008

## CERTIFICATE OF SERVICE

I, James F. McConnon, Jr., hereby certify that on September 22, 2008, I served a true copy of the "United States' Notice of Amended Privilege Log" upon all parties by ECF.

   s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.