Amended Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
Documents Inadvertently Released in August 10, 2007 Production

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| MVD-003-000001586 | MVD-003-000001588 | Attorney-Client | 20030612 | Sloan, G R | USACE MVD | Bryant, Cecil R | USACE MVD | Emails dated 6/3/2003 to 6/12/2003 regarding Request for Comments, Suspense regarding IHNC Lock HTRW Information; IHNC TERC Contract Reprogramming Request/Liability Concerns.  These e-mails reflect Corps attorneys communications with Corps employees. |
| | | | | Kuz, Annette B | USACE MVD | Cobb, Stephen | USACE MVD | |
| | | | | Bryant, Cecil R | USACE MVD | Vish, David A | USACE MVD | |
| | | | | Lucyshyn, John | USACE HQ02 | Hampton, Susan | USACE MVD | |
| | | | | | | Lee, Harold | USACE MVD | |
| | | | | | | Harden, Michael | USACE MVD | |
| | | | | | | Miami, Jeanine M | USACE MVD | |
| | | | | | | Burrow, Mary E | USACE MVD | |
| | | | | | | Johnson, Richard R | USACE MVD | |
| | | | | | | Ashley, John A | USACE MVD | |
| | | | | | | Waguestock. Leslie S | USACE MVD | |
| | | | | | | Barton, Charles B | USACE MVD | |
| | | | | | | Price, Cassandra P | USACE MVD | |
| | | | | | | McDonald, Barnie L | USACE MVD | |
| | | | | | | Segrest, John C | USACE MVD | |
| | | | | | | Merritt, James E | USACE MVD | |
| | | | | | | Kuz, Annette B | USACE MVD | |
| | | | | | | Bryant, Cecil R | USACE MVD | |
| | | | | | | Lucyshyn, John | USACE HQ02 | |
| | | | | | | Mahon, John J | USACE HQ02 | |
| | | | | | | MacEvoy, John A | USACE HQ02 | |
| | | | | | | Sloan, G Rogers | USACE MVD | |
| | | | | | | Frederick, Denise D | USACE MVN | |
| | | | | | | Northey, Robert D | USACE MVN | |
| | | | | | | Burdine, Carol S | USACE MVN | |
| | | | | | | Cottone, Elizabeth W | USACE MVN | |
| | | | | | | Podany, Thomas J | USACE MVN | |
| | | | | | | Demma, Marcia A | USACE MVN | |
| MVD-003-000001591 | MVD-003-000001593 | Attorney-Client | XXXXXXX | | | | | New Orleans District Provides the COR, Quality Assurance Services, and Engineering Services under Tulsa District Contract #DACA56-94-D-0021, Task Order 0026, Remedial Action of the East Bank Industrial Area Issued 12 July 1999.  This document is an attachment to the e-mails listed at MVD-003-000001586 thru 1588. |
| MVD-003-000001596 | MVD-003-000001598 | Attorney-Client | XXXXXXX | | | | | IHNC Lock Replacement HTRW Information. This document is an attachment to the e-mails listed at MVD-003-000001586 thru 1588. |
| MVD-003-000001599 | MVD-003-000001603 | Attorney-Client | 20030613 | Kilroy, Maurya | USACE MVN | Barton, Charles B | USACE MVD | Email dated 6/13/2003 regarding CEMVN-RE Comments regarding recently discovered PCB contamination, IHNC; with attachment CEMVN-RE Comments.  These documents reflect Corps attorney communications with Corps employees. |
| | | | | | | Price, Cassandra P | USACE MVD | |
| | | | | | | McDonald, Barnie L | USACE MVD | |
| | | | | | | Lewis, William C | USACE MVN | |
| | | | | | | Cruppi, Janet R | USACE MVN | |
| | | | | | | Kopec, Joseph G | USACE MVN | |
| | | | | | | Gutierrez, Judith Y | USACE MVN | |
| | | | | | | Lambert, Dawn M | USACE MVN | |
| | | | | | | Kilroy, Maurya | USACE MVN | |

Revised September 22, 2008

Amended Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
Documents Inadvertently Released in August 10, 2007 Production

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| NED-187-000000377 | NED-187-000000378 | Attorney-Client | 200212XX | Russo, Edmund J | USACE MVN | Nachman, Gwendolyn B | USACE MVN | 3 Emails between Corps attorney and Corps employees regarding Gulf Intracoastal Inland Waterways Project. |
| | | | | O'Cain, Keith J | USACE MVN | Satterlee, Gerard S | USACE MVN | |
| | | | | Nachman, Gwendolyn B | USACE MVN | Breerwood, Gregory E | USACE MVN | |
| | | | | | | Hull, Falcolm E | USACE MVN | |
| | | | | | | Cottone, Elizabeth W | USACE MVN | |
| | | | | | | Mathies, Linda G | USACE MVN | |
| | | | | | | Schinetsky, Steven A | USACE MVN | |
| | | | | | | Morgan, Robert W | USACE MVN | |
| | | | | | | O'Cain, Keith J | USACE MVN | |
| | | | | | | Rawson, Donald E | USACE MVN | |
| | | | | | | Falk, Tracy A | USACE MVN | |
| | | | | | | Russo, Edmond J | USACE MVN | |

Revised September 22, 2008