UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO:  BARGE | * * | |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*         05-5531 | * | |
| *Mumford v. Ingram*      05-5724 | * | |
| *Lagarde v. Lafarge*     06-5342 | * | JUDGE |
| *Perry v. Ingram*           06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*        06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAG. |
| *Lafarge v. USA*            07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

## ORDER

Considering the foregoing motion:

**IT IS ORDERED, ADJUDGED AND DECREED** that Barge P.S.L.C.'s Consent Motion for Extension of Time, be and is hereby **GRANTED.  IT IS FURTHER ORDERED** that the due date for Barge Plaintiffs' and Lafarge North America's Class Certification Exhibit Lists is extended through the close of September 26, 2008.

New Orleans, Louisiana this 22nd day of September, 2008.

_____
STANWOOD R. DUVAL, JR.,
JUDGE, U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 19th day of September 2008.

\s\Brian A. Gilbert
BRIAN A. GILBERT