# EXHIBIT 1

# U.S. Department of Justice

*Civil Division, Torts Branch*
*Federal Tort Claims Act Staff*

---

| | | |
|---|---|---|
| *James F. McConnon, Jr.*<br>*Trial Attorney* | *Post Office Box 888, Benjamin Franklin Station*<br>*Washington, D.C. 20044* | *Telephone: (202) 353-2604*<br>*Facsimile: (202) 616-5200* |

JGT:JFMcConnon
157-0-272

July 16, 2008

VIA E-MAIL

Hugh P. Lambert
Lambert & Nelson
701 Magazine Street
New Orleans, LA 70130-3629
hugh@lambertandnelson.com

Re: Notice of Privilege Regarding Greg Breerwood Deposition

Dear Mr. Lambert:

    This letter is to inform you that the United States is asserting the attorney-client privilege over its documents at Bates range NED-187-000000377 thru 0378 which were inadvertantly produced to the parties to this litigation. During your July 10, 2008 deposition of Greg Breerwood, the United States provided oral notice on the record of its intent to assert a privilege over these documents. This notice was in accordance with the Discovery Order concerning materials as to which privileges may be asserted. See Doc. Rec. No. 5183. The United States has filed the enclosed Notice and Privilege Log with the Court today regarding this matter per CMO No. 4, ¶ IV(C)(3)(e). See Doc. Rec. No. 3299.

    The three e-mails contained within the referenced Bates range are communications between Corps employees and Gwendolyn Nachman, Corps attorney. Moreover, the e-mail at NED-187-000000378 clearly identifies Ms. Nachman as being with the New Orleans District Office of Counsel and indicates that the e-mail is Attorney Work Product. These documents are privileged attorney-client communications and/or protected by the Attorney Work Product Doctrine.

  The Discovery Order provides that we are to meet and confer in order to reach an agreement regarding the assertion of privilege that may apply to these documents within 20 days after notice. Accordingly, please contact me within the next 20 days to resolve this matter. You may contact me at (202) 353-2604.

                  Sincerely,

                  James F. McConnon, Jr.
                  Trial Attorney
                  Torts Branch (FTCA Staff)

Enclosures

CF: Joseph Bruno

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: ALL LEVEE ALL MRGO ALL BARGE | § § § § § | |

## NOTICE OF PRIVILEGE LOG

The United States inadvertently produced privileged documents in its August 10, 2007 document production. See Doc. Rec. No. 6944. The Court's "Clawback" Order provides "that the production of a document or ESI, in whole or part, shall not alone constitute a waiver of any privilege or other protection as to any portion of that document or ESI, in this or any other proceeding." See Doc. Rec. No. 5183. Accordingly, the United States hereby designates the following documents as privileged:

MVD-003-000001586 - 1588;

MVD-003-000001591 - 1595;

MVD-003-000001596 - 1598;

MVD-003-000001599 - 1603;

NED-187-000000377 - 0378

The United States first became aware of the inadvertant release of the privileged documents at bates range NED-187-000000377 thru 0378 when they were provided by Hugh Lambert, Plaintiffs' counsel, during the deposition of Greg Breerwood on July 10, 2008. Additionally, the United States first became aware of the inadvertant release of the privileged documents at bates ranges MVD-003-000001586 thru 1588 and MVD-003-000001591 thru 1603 when they were provided by Scott Joanen, Plaintiffs' counsel, during the deposition of John Saia on July 14, 2008. The United States' notice of privilege over the documents was made orally on the record during both depositions in accordance with CMO No. 4, ¶ IV(C)(3)(e). See Doc. Rec. No. 3299. A privilege log is attached.

                                        Respectfully submitted,

                                        GREGORY G. KATSAS
Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C. 20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: July 16, 2008

2

# CERTIFICATE OF SERVICE

I, James F. McConnon, Jr., hereby certify that on July 16, 2008, I served a true copy of the United States' Notice of Privilege Log upon all parties by ECF.

s/ James F. McConnon, Jr.

JAMES F. McCONNON, JR.

Case 2:05-cv-04182-SRD-JCW   Document 13847-2   Filed 07/16/2008   Page 1 of 2
In Re Katrina Canal Breaches Litigation, No. 05-4182
Documents Inadvertently Released in August 10, 2007 Production

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| MVD-003-000001586 | MVD-003-000001588 | Attorney-Client | 20030612 | Sloan, G R | USACE MVD | Bryant, Cecil R | USACE MVD | Emails dated 6/3/2003 to 6/12/2003 regarding Request for Comments, Suspense regarding IHNC Lock HTRW Information; IHNC TERC Contract Reprogramming Request/Liability Concerns. These e-mails reflect Corps attorneys communications with Corps employees. |
| | | | | Kuz, Annette B | USACE MVD | Cobb, Stephen | USACE MVD | |
| | | | | Bryant, Cecil R | USACE MVD | Vish, David A | USACE MVD | |
| | | | | Lucyshyn, John | USACE HQ02 | Hampton, Susan | USACE MVD | |
| | | | | | | Lee, Harold | USACE MVD | |
| | | | | | | Harden, Michael | USACE MVD | |
| | | | | | | Miami, Jeanine M | USACE MVD | |
| | | | | | | Burrow, Mary E | USACE MVD | |
| | | | | | | Johnson, Richard R | USACE MVD | |
| | | | | | | Ashley, John A | USACE MVD | |
| | | | | | | Waguestock, Leslie S | USACE MVD | |
| | | | | | | Barton, Charles B | USACE MVD | |
| | | | | | | Price, Cassandra P | USACE MVD | |
| | | | | | | McDonald, Barnie L | USACE MVD | |
| | | | | | | Segrest, John C | USACE MVD | |
| | | | | | | Merritt, James E | USACE MVD | |
| | | | | | | Kuz, Annette B | USACE MVD | |
| | | | | | | Bryant, Cecil R | USACE MVD | |
| | | | | | | Lucyshyn, John | USACE HQ02 | |
| | | | | | | Mahon, John J | USACE HQ02 | |
| | | | | | | MacEvoy, John A | USACE HQ02 | |
| | | | | | | Sloan, G Rogers | USACE MVD | |
| | | | | | | Frederick, Denise D | USACE MVN | |
| | | | | | | Northey, Robert D | USACE MVN | |
| | | | | | | Burdine, Carol S | USACE MVN | |
| | | | | | | Cottone, Elizabeth W | USACE MVN | |
| | | | | | | Podany, Thomas J | USACE MVN | |
| | | | | | | Demma, Marcia A | USACE MVN | |
| MVD-003-000001591 | MVD-003-000001595 | Attorney-Client | XXXXXXXX | | | | | New Orleans District Provides the COR, Quality Assurance Services, and Engineering Services under Tulsa District Contract #DACA56-94-D-0021, Task Order 0026, Remedial Action of the East Bank Industrial Area Issued 12 July 1999 and copy of statute. This document is an attachment to the e-mails listed at MVD-003-000001586 thru 1588. |
| MVD-003-000001596 | MVD-003-000001598 | Attorney-Client | XXXXXXXX | | | | | IHNC Lock Replacement HTRW Information. This document is an attachment to the e-mails listed at MVD-003-000001586 thru 1588. |
| MVD-003-000001599 | MVD-003-000001603 | Attorney-Client | 20030613 | Kilroy, Maurya | USACE MVN | Barton, Charles B | USACE MVD | Email dated 6/13/2003 regarding CEMVN-RE Comments regarding recently discovered PCB contamination, IHNC; with attachment CEMVN-RE Comments. These documents reflect Corps attorney communications with Corps employees. |
| | | | | | | Price, Cassandra P | USACE MVD | |
| | | | | | | McDonald, Barnie L | USACE MVD | |
| | | | | | | Lewis, William C | USACE MVN | |
| | | | | | | Cruppi, Janet R | USACE MVN | |
| | | | | | | Kopec, Joseph G | USACE MVN | |
| | | | | | | Gutierrez, Judith Y | USACE MVN | |
| | | | | | | Lambert, Dawn M | USACE MVN | |
| | | | | | | Kilroy, Maurya | USACE MVN | |

Case 2:05-cv-04182-SRD-JCW   Document 12847-2   Filed 07/16/2008   Page 2 of 2

In Re Katrina Canal Breaches Litigation, No. 05-4182
Documents Inadvertently Released in August 10, 2007 Production

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| NED-187-000000377 | NED-187-000000378 | Attorney-Client | 200212XX | Russo, Edmund J | USACE MVN | Nachman, Gwendolyn B | USACE MVN | 3 Emails between Corps attorney and Corps employees regarding Gulf Intracoastal Inland Waterways Project. |
| | | | | O'Cain, Keith J | USACE MVN | Satterlee, Gerard S | USACE MVN | |
| | | | | Nachman, Gwendolyn B | USACE MVN | Breerwood, Gregory E | USACE MVN | |
| | | | | | | Hull, Falcolm E | USACE MVN | |
| | | | | | | Cottone, Elizabeth W | USACE MVN | |
| | | | | | | Mathies, Linda G | USACE MVN | |
| | | | | | | Schinetsky, Steven A | USACE MVN | |
| | | | | | | Morgan, Robert W | USACE MVN | |
| | | | | | | O'Cain, Keith J | USACE MVN | |
| | | | | | | Rawson, Donald E | USACE MVN | |
| | | | | | | Falk, Tracy A | USACE MVN | |
| | | | | | | Russo, Edmond J | USACE MVN | |