# EXHIBIT 3

McConnon, Jim (CIV)

| | |
|---|---|
| **From:** | McConnon, Jim (CIV) |
| **Sent:** | Monday, August 04, 2008 12:37 PM |
| **To:** | Hugh P. Lambert |
| **Cc:** | Alexis Bevis; Liddle, Keith (CIV); Levine, Paul (CIV); Hinds, Antoinette (CIV); Marvray, Charles (CIV); Carter, George (CIV); Jones, Marjorie Kaye (CIV) |
| **Subject:** | FW: 16 Jul 08 Notice of Privilege Log (Clawback) Filed with Court Today |
| **Attachments:** | pdf.pdf; pdf.pdf; McConnon_James_87840800003c.pdf |

Hugh

  Today is the 20th day since the United States provided you with notice of its intent to claw back the documents referenced in the attachment that you attempted to produce in the Breerwood deposition. I have not heard back from you regarding whether you have any objections to the United States asserting a privilege over the referenced documents in the Breerwood deposition. Please call or e-mail me today with your decision. I called your office today to speak to you about this matter, but I was informed that you are on vacation. Thanks. Jim

**From:** McConnon, Jim (CIV)
**Sent:** Wednesday, July 16, 2008 3:59 PM
**To:** Hugh P. Lambert
**Cc:** 'jbruno@jbrunolaw.com'; Levine, Paul (CIV); Hinds, Antoinette (CIV); Marvray, Charles (CIV); Carter, George (CIV)
**Subject:** 16 Jul 08 Notice of Privilege Log (Clawback) Filed with Court Today

Hugh,

  Please see my attached letter (third attachment), Notice of Privilege Log (second attachment) and Privilege Log (first attachment). Jim

JAMES F. MCCONNON, JR.
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
(202) 353-2604
(202) 616-5200 (fax)
(410) 271-9662 (cell)

8/4/2008