# EXHIBIT 4

| | |
|---|---|
| **From:** | McConnon, Jim (CIV) |
| **Sent:** | Monday, August 04, 2008 1:15 PM |
| **To:** | 'Scott Joanen' |
| **Cc:** | 'jbruno@jbrunolaw.com'; Levine, Paul (CIV); Liddle, Keith (CIV); Hinds, Antoinette (CIV); Marvray, Charles (CIV); Carter, George (CIV); Jones, Marjorie Kaye (CIV) |
| **Subject:** | FW: 16 Jul 08 Notice of Privilege Log (Clawback) Filed with Court Today |
| **Attachments:** | pdf.pdf; pdf.pdf; McConnon_James_87840802003c.pdf |

Scott,

Per our conversation today, it is my understanding that the Plaintiffs want to contest the United States' assertion of privilege over the documents you attempted to introduce at the Saia deposition. The "clawback" order provides that the "parties shall attempt to reach agreement regarding the assertion of privilege or protection that may apply to the document or ESI." In an attempt to reach an agreement, please let me know the rational for wanting to contest the privilege assertions over the documents you attempted to introduce at the Saia deposition. Thanks. Jim

Jim McConnon
(202) 353-2604

---

**From:** McConnon, Jim (CIV)
**Sent:** Monday, August 04, 2008 11:53 AM
**To:** 'Scott Joanen'
**Cc:** Levine, Paul (CIV); Hinds, Antoinette (CIV); Marvray, Charles (CIV); Carter, George (CIV); Jones, Marjorie Kaye (CIV); Liddle, Keith (CIV); 'jbruno@jbrunolaw.com'
**Subject:** RE: 16 Jul 08 Notice of Privilege Log (Clawback) Filed with Court Today

Scott,

Today is the 20th day since the United States provided you with notice of its intent to claw back the documents referenced in the attachment that you attempted to produce in the Saia deposition. I have not heard back from you regarding whether you have any objections to the United States asserting a privilege over the referenced documents in the Saia deposition. Please call or e-mail me today with your decision. I tried calling your office today, but only received a voice mail message. Thanks. Jim

Jim McConnon
(202) 353-2604

---

**From:** Scott Joanen [mailto:scott@jbrunolaw.com]
**Sent:** Wednesday, July 16, 2008 4:55 PM
**To:** McConnon, Jim (CIV)
**Subject:** RE: 16 Jul 08 Notice of Privilege Log (Clawback) Filed with Court Today

Thanks. I'll be in Yankee Stadium Saturday night so it'll be pretty hard to mess up.

Scott Joanen
The Law Office of Joseph M. Bruno, APLC
855 Baronne Street
New Orleans, LA, 70113
Telephone: (504) 525-1335
Toll Free: 1-800-966-1335
Facsimile: (504) 561-6775
Email: scott@jbrunolaw.com

8/4/2008

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have recieved this transmission in error, please immediately notify us by telephone at (504) 525-1335.

**From:** McConnon, Jim (CIV) [mailto:Jim.McConnon@usdoj.gov]
**Sent:** Wednesday, July 16, 2008 3:50 PM
**To:** Scott Joanen
**Cc:** Levine, Paul (CIV); Hinds, Antoinette (CIV); Marvray, Charles (CIV); Carter, George (CIV)
**Subject:** RE: 16 Jul 08 Notice of Privilege Log (Clawback) Filed with Court Today

O'kay, have a good vacation. Jim

Jim McConnon
(202) 353-2604

---

**From:** Scott Joanen [mailto:scott@jbrunolaw.com]
**Sent:** Wednesday, July 16, 2008 4:43 PM
**To:** McConnon, Jim (CIV)
**Subject:** RE: 16 Jul 08 Notice of Privilege Log (Clawback) Filed with Court Today

Jim,

I'm headed out of the office for a few days r& r in New York for the rest of the week. I'll be returning Monday. Once I get caught up on Monday a.m. I'll email you to check availability for the rest of the week. Personally, I don't see what we'll need to discuss because I don't see the emails as anything I need to be concerned about, but I need to check in with the chiefs around here to make sure I've fulfilled their expectations about this issue.

Scott Joanen
The Law Office of Joseph M. Bruno, APLC
855 Baronne Street
New Orleans, LA, 70113
Telephone: (504) 525-1335
Toll Free: 1-800-966-1335
Facsimile: (504) 561-6775
Email: scott@jbrunolaw.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have recieved this transmission in error, please immediately notify us by telephone at (504) 525-1335.

**From:** McConnon, Jim (CIV) [mailto:Jim.McConnon@usdoj.gov]
**Sent:** Wednesday, July 16, 2008 3:30 PM
**To:** Scott Joanen
**Cc:** Levine, Paul (CIV); Hinds, Antoinette (CIV); Marvray, Charles (CIV); Carter, George (CIV)
**Subject:** RE: 16 Jul 08 Notice of Privilege Log (Clawback) Filed with Court Today

Scott,

    That will be fine. Just let me know when you are available. Jim

Jim McConnon
(202) 353-2604

---

**From:** Scott Joanen [mailto:scott@jbrunolaw.com]
**Sent:** Wednesday, July 16, 2008 4:25 PM

8/4/2008

Please see my attached letter (third attachment), Notice of Privilege Log (second attachment) and Privilege Log (first attachment). Jim

JAMES F. MCCONNON, JR.
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
(202) 353-2604
(202) 616-5200 (fax)
(410) 271-9662 (cell)

8/4/2008