UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | |
| | § | No. 05-4182 |
| | § | |
| _____ | § | SECTION "K" |
| | § | JUDGE STANWOOD R DUVAL, JR |
| PERTAINS TO: | § | |
| | § | MAG. DIV. 2 |
| INSURANCE (Dicorte 06-8270) | § | MAG. JOSEPH C. WILKINSON, JR. |
| | § | |
| _____ | § | _____ |

## MOTION TO DISMISS

NOW COMES, Patricia Dicorte, plaintiff, appearing herein through undersigned counsel, and on suggesting to the Court that the above matter has been compromised in full and that Plaintiff desires to dismiss with prejudice the said cause against AAA Contractors with each party to bear its own court costs.

Respectfully submitted:

/s/ Brian J. Houghtaling
Brian J. Houghtaling, II (30258)
Attorney for Plaintiff
3500 N. Hullen
Metairie, LA 70002
Telephone: 504-456-8600
Facsimile:  504-456-8624

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 22, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Gary J. Russo and James Thomas Busenlener and Max Jeffrey Cohen.

                                                        /s/ Brian J. Houghtaling
                                                        Brian J. Houghtaling