UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES           §        CIVIL ACTION
CONSOLIDATED LITIGATION                  §
                                         §          No. 05-4182
                                         §
_____      §        SECTION "K"
                                         §        JUDGE STANWOOD R DUVAL, JR
PERTAINS TO:                             §
                                         §         MAG. DIV. 2
INSURANCE (Dicorte 06-8270)              §        MAG. JOSEPH C. WILKINSON, JR.
                                         §
_____      §_____

## ORDER

CONSIDERING THE FOREGOING MOTION TO DISMISS;

IT IS ORDERED by the Court that the above entitled and numbered action be and the

same is hereby dismissed with prejudice against AAA Contractors with each party to bear its

own court costs.

NEW ORLEANS, Louisiana this ____ day of _____, 2008.


                                    _____
                                            J U D G E


1