UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182 "K" (2) |
| PERTAINS TO: LEVEE | JUDGE DUVAL<br>MAG. WILKINSON |

### LEVEE DEFENDANTS' ELEVENTH PRELIMINARY LIST
### OF WITNESSES FOR POTENTIAL MERITS TRIAL(S)

Pursuant to the Court's Case Management and Scheduling Order No. 7, entered May 1, 2008 (Docket No. 12935) ("CMO 7"), the undersigned defendants submit this eleventh preliminary list of fact and expert witnesses whom may or will be called to testify at any trial(s) on the merits.

This witness list is submitted jointly by all Levee defendants in order to comply with the Court's CMO 7, but the joint nature of this list does not mean that each defendant necessarily adopts, approves or endorses each witness named on this list.

Although the Levee defendants have endeavored in good faith to prepare this eleventh preliminary witness list, it is necessarily limited, because discovery in this case is not complete and will not close until March 2009.  Consequently, the Levee defendants have prepared this preliminary list on the basis of their best efforts and the information currently available, and

submit this list in accordance with the Court's CMO 7 and subject to later supplementation on the 20th day of every month as directed in CMO 7 (see CMO 7, §VI(A)(1)).

**NON-CURRENT USACE EMPLOYEES:**

Becnel, Alfred P
Retired 1/8/81
Chief, Hydraulics & Hydrologic Branch
Engineering Division
From 7/27/69 – 1/8/81

Bayley, Fred H. III

Breerword, Gregory E.
Retired 1/3/07
Chief, Operations
From 12/15/02 – 6/25/05

Caver, William
Retired from Corps
Currently working for Eustis Engineering

Combe, Jay
Retired
Former Chief of Coastal Engineering Section
Hydraulics Branch

Decker, Charles
Retired 2/2/83
Chief, Regulatory Branch MVN
From 10/3/71 – 2/2/83

Duscha, Lloyd
Retired
Chief, Engineering Division in Civil Works
From 1979-1983

Edelman, Lester
Retired 1998
Chief Counsel for Army Corps of Engineers
From 1979-1998

Fairless, Robert
Retired 1/3/04
Contractor – Protection & Restoration Office
(504) 862-2237

Guillot, Albert J.
Retired 1/2/99
Chief, Operations
From 6/9/96 – 1/2/99

Hatch, Henry J.
Retired 1992
Lt. General – Chief of Army Corps of Engineers
From 1988-1992

Heiberg, Elvin R.
Retired
Lt. General – Army Corps Chief of Engineers
From 1984-1988

Hill, Richard
Retired 1/2/99
Chief, Construction Division
From 10/1/94 – 1/2/99

Hubert, Leo
Retired
Lt. Colonel - New Orleans Deputy District Engineer
From 1975-1978

Judlin, Dan
Retired 10/2/94
Chief, Design
From 11/25/73 – 8/26/77

Laurent, Arthur
Retired
Former Chief of Hydraulics

Nettles, C.J. (retired)
Retired 7/1/88
Chief, Operations
From 1/13/80 – 7/1/88

Picciola, Rodney
Former Chief, Foundation and Materials Branch
Engineering Division

Richardson, Jim
Retired 1/3/02
Engineering Div, Geotechnical Branch

Romero, Jorge
Retired 1/3/04
Engineering Division, Structures Branch
From 3/13/86 – 1/3/04

Rush, Early
Retired
Colonel –New Orleans District Chief of Engineers
From 1975-1978

Sands, Colonel Tom
Former District Engineer, MVN

Satterlee, Jr., Gerard S.
Retired
Chief of Engineering Division
Currently with Fenstermaker
(504) 582-2201

Schorr, Henry
Retired 2/28/93
Chief, Operations
From 7/31/88 – 2/28/93

Soileau, Cecil W.
Retired 4/30/93
Chief, Hydraulics Branch, Engineering Division MVN
From 6/14/81 - 4/30/93

Tickner, Wilfred E.
Transferred 4/25/99
Chief, Engineering Division MVN
From 2/4/90 - 4/24/99

Tisdale, Robert L.
CAO 9/25/99
Chief, Operations
From 11/14/93 - 3/16/96

Ventola, Ron
Retired 3/31/07
Chief, Regulatory Branch
From 9/13/87 – 3/31/07

Wall, John
Retired
Lt. General – Director of Civil Works

**CURRENT USACE EMPLOYEES:**

Accardo, Christopher
Chief, Operations Division MVN
(504) 862-1417

Ashley, Chester
Resident Engineer
Hurricane Protection Office
CEMVN
(504) 862-1056
Room 186

Baumy, Walter O. Jr.
Chief, Engineering Division MVN
From 12/15/02 to present
CEMVN
(504) 862-2240
Room 302

Brouse, Gary
Planning, Programs & Project Mgt. Division
Floodwalls-West Branch & Vicinity
CEMVN
(504) 862-2707
Room 142

Colletti, Jerry
Asst. Chief, Operations Division
CEMVN
(504) 862-2302
Room 286

Lowe, Michael
Operations Division, Readiness Branch
CEMVN
(504) 862-2244
Room 292

Mosher, Reed L., Ph.D.
Chief, Structural Mechanics Division
U.S. Army Corps of Engineers
Engineer Research and Development Center
Vicksburg, Mississippi
(601) 634-3956

Naomi, Alfred
Project Manager
(504) 862-2377

Swindler, Roger
Operations Division, Central Evaluation Section
CEMVN
(504) 862-2278
Room 276

Stutts, David "Van"
Engineering Division, Hydraulics
CEMVN
(504) 862-2423

Vojkovich, Frank
Engineering Division
Structure Foundations Section
CEMVN
(504) 862-1034
Room 116

**ADDITIONAL WITNESSES:**

Spencer, Stevan G., P.E.
Executive Director Orleans Levee District
6920 Franklin Avenue
New Orleans, LA 70122

Gillen, Gerald III
Assistant Director Orleans Levee District
6920 Franklin Avenue
New Orleans, LA 70122

Landry, Victor
Retired Director Orleans Levee District
329 Virginia St.
New Orleans, LA 70124

Campbell, Fran
Executive Director East Jefferson Levee District
203 Plauche Court
Harahan, LA   70123

Goldman, Ronald C., P.E.
Chief Hydraulics Branch
USACE, Vicksburg District
4155 Clay St.
Vicksburg MS 39183

Becker, Joseph
Sewerage and Water Board of New Orleans
625 St. Joseph Street Room 201
New Orleans, LA 70165

Moeinian, Bobby
Sewerage and Water Board of New Orleans
625 St. Joseph Street Room 201
New Orleans, LA 70165

Winford, Ronald
Sewerage and Water Board of New Orleans
625 St. Joseph Street Room 201
New Orleans, LA 70165

Fontan, Chris
Sewerage and Water Board of New Orleans
625 St. Joseph Street Room 201
New Orleans, LA 70165

Burkhalter, Rufus
Sewerage and Water Board of New Orleans
625 St. Joseph Street Room 201
New Orleans, LA 70165

Any of the 160, more or less, people who were involved or participated in the investigation or subsequent report of the Interagency Performance Evaluation Task Force (IPET), including but not limited to:

Jaeger, John J., Ph.D., P.E.
Chief, Engineering and Construction
U.S. Army Corps of Engineers
Huntington District
Huntington, West Virginia

Stroupe, Wayne
Public Affairs Office
U.S. Army Corps of Engineers
Engineer Research and Development Center
Vicksburg, Mississippi

Stevenson, Jeremy
U.S. Army Corps of Engineers
Huntington District
Huntington, West Virginia

Martin, Denise
Computer Scientist
Information Technology Laboratory
U.S. Army Corps of Engineers
Engineer Research and Development Center
Vicksburg, Mississippi

Garster, James K.
Topographic Engineering Center
U.S. Army Corps of Engineers
Engineer Research and Development Center
Alexandria, Virginia

Ebersole, Bruce A., P.E.
Chief, Flood and Storm Protection Division
Coastal and Hydraulics Laboratory
U.S. Army Corps of Engineers
Engineer Research and Development Center
Vicksburg, Mississippi

Resio, Donald T., Ph.D.
Senior Scientist
Coastal and Hydraulics Laboratory
U.S. Army Corps of Engineers
Engineer Research and Development Center
Vicksburg, Mississippi

Sharp, Michael K., Ph.D., P.E.
Technical Director, Civil Works Infrastructure
Geotechnical and Structures Laboratory
U.S. Army Corps of Engineers
Engineer Research and Development Center
Vicksburg, Mississippi

Moentenich, Brian L., P.E.
Hydroelectric Design Center
U.S. Army Corps of Engineers
Portland District
Portland, Oregon

Moser, David, Ph.D.
Chief Economist
U.S. Army Corps of Engineers,
Institute for Water Resources
Alexandria, Virginia

Foster, Jerry, P.E.
Headquarters, U.S. Army Corps of Engineers
Washington, DC

Poindexter, Larry

Powell, Nancy

Wiggins, Elizabeth

**EXPERT WITNESSES:**

Charles T. Brigden
Clarion Associates, Inc.
601 South LaSalle Street
Suite 600
Chicago, IL  60605
Subject Matter/Expertise:  Commercial and private real estate appraisal, feasibility studies, and market studies

Robert A. Dalrymple
Civil Engineering Department
210 Latrobe Hall
Johns Hopkins University
Baltimore, MD  21218
Subject Matter/Expertise:  Civil and coastal engineering (including storm surge, waves, water flow, overtopping and tides) in connection with the breaches along the eastside of the Industrial Canal

Bruce A. Ebersole, P.E.
Chief, Flood & Storm
Protection Division
Coastal & Hydraulics
Laboratory, USACE
Subject Matter/Expertise:  Civil hydrology engineering/hydrodynamic loadings/levee walls/influences of MRGO

Steve Fitzgerald
Harris County Flood Control
District, Houston, TX
Subject Matter/Expertise: Hydrology/interior drainage

Michael W. Flores, P.E.
GCR & Associates, Inc.
UNO Research and Technology
Park
2021 Lakeshore Drive
Suite 100
New Orleans, LA  70122
Subject Matter/Expertise:  Land surveying

Brian Jarvinen
Formerly with National Hurricane Center
Subject Matter/Expertise:  Meteorology/storm surge research, modeling and reporting/results of storm surge events and effects

William Klein, Jr.
General Biologist, Ecological Planning and Restoration Section
Environmental Branch
New Orleans District
USACE
Subject Matter/Expertise:  Wetlands/environmental compliance

Paul D. Kuhlmeier, Ph.D., P.E., P.G.
5296 E. Softwood Drive
Boise, ID 83716
Subject Matter/Expertise:  Hydrology, hydraulics, and hydrological and geological engineering

Dr. Reed Mosher
Chief, Structural Mechanics Division
USACE
Subject Matter/Expertise:  Civil geotechnical engineering/project evaluation/performance assessment

Erik L. Nelson, Ph.D., P.E.
2740 Dallas Parkway
Suite 220
Dallas, TX 75093
Subject Matter/Expertise:  Architectural engineering

Billy R. Prochaska, P.E.
9935 Hillyard
Baton Rouge, LA 70809
Subject Matter/Expertise:  Geotechnical engineering

Dr. Donald T. Resio
Senior Scientist
Coastal & Hydraulics Laboratory
USACE
Subject Matter/Expertise:  Hydrodynamic forces/oceanography/ wind and wave interaction and probability analysis

James A. Richardson, Ph.D.
3200 CEBA Building
Louisiana State University
Baton Rouge, LA  70803
Subject Matter/Expertise:  Economics

Gregory C. Rigamer
GCR & Associates, Inc.
UNO Research and Technology Park
2021 Lakeshore Drive
Suite 100
New Orleans, LA  70122
Subject Matter/Expertise:  Demographics, cultural heritage and urban planning

Richard W. Roddewig, MAI
Clarion Associates, Inc.
601 South LaSalle Street
Suite 600
Chicago, IL  60605
Subject Matter/Expertise:  Commercial and private real estate appraisal, feasibility studies, and market studies

Deborah Senn, Esq.
Deborah Senn Expert Services
Seattle, Washington
Subject Matter/Expertise:  Insurance

Francisco Silva-Tulla, Sc.D., P.E. and T. William Lambe, Sc.D., P.E.
GeoEngineering and Environment
12 Baskin Road
Lexington, MA  02421
Subject Matter/Expertise:  Civil and geotechnical engineering relating to the cause of failure of the levee/ floodwalls along the eastside of the Industrial Canal

Michael W. Truax, MAI
Truax, Robles & Baldwin, LLC
3045 Ridgelake Drive
Suite 100
Metairie, LA  70002
Subject Matter/Expertise:  Commercial and private real estate appraisal

Prof. Kerry D. Vandell
The Paul Merage School of Business, University of California-Irvine
429 SB
Irvine, CA  92697
Subject Matter/Expertise:  Economics; proposed class allegations of diminution of real estate values

Dr. Joannes Westerink
Dept. Of Civil Engineering & Geological Sciences
University of Notre Dame
Subject Matter/Expertise:  storm surge modeling

Dr. Thomas F. Wolff
Associate Dean for Graduate
Studies, College of Engineering
Michigan State University
Subject Matter/Expertise:  Geotechnical engineering

Anyone listed or referred to in discovery, including Rule 26 Initial Disclosures and answers to interrogatories and requests for admissions, and responses to requests for production.

Anyone else with any factual knowledge, information, or data concerning the Lake Pontchartrain, Louisiana and Vicinity Hurricane Protection Project, Hurricane Katrina, the causes of any levee breach or failure mode related to this litigation, or any allegation in Plaintiffs' Complaint.

Anyone listed or actually called as a witness by any party in this litigation.

Dated:  September 22, 2008          Respectfully submitted,

                                    s/ Thomas P. Anzelmo_____
                                    McCRANIE, SISTRUNK, ANZELMO,
                                       HARDY, MAXWELL & McDANIEL
                                    Thomas P. Anzelmo, P.A. - #2533
                                    Mark E. Hanna - #19336
                                    Kyle P. Kirsch - #26363
                                    Andre J. Lagarde - #28649
                                    3445 N. Causeway Boulevard, Ste. 800
                                    Metairie, Louisiana 70002
                                    TELEPHONE:  (504) 831-0946
                                    FACSIMILE:  (504) 831-2492

                                    and

LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:  (337) 237-7000
FACSIMILE:  (337) 233-9450
Attorneys for the ORLEANS LEVEE
DISTRICT


s/ Charles M. Lanier, Jr._____
CHRISTOVICH & KEARNEY, LLP
Charles M. Lanier, Jr. - #18299
J. Warren Gardner, Jr. - #5928
Elizabeth Cordes - #1786
Pan American Life Center
601 Poydras Street, Suite 2300
New Orleans, LA 70130-6078
TELEPHONE:  (504) 593-4272
FACSIMILE:  (504) 561-5743
Attorneys for the SEWERAGE AND WATER
BOARD OF NEW ORLEANS


s/ Gary M. Zwain_____
DUPLASS, ZWAIN, BOURGEOIS,
   MORTON, PFISTER & WEINSTOCK
Lawrence J. Duplass - #5199
Gary M. Zwain - #13809
Andrew D. Weinstock - #18495
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
TELEPHONE:  (504) 832-3700
FACSIMILE:  (504) 837-3119
Attorneys for the BOARD OF
COMMISSIONERS FOR THE EAST
JEFFERSON LEVEE DISTRICT

        s/ Ralph S. Hubbard III_____
        LUGENBUHL, WHEATON, PECK, RANKIN
          & HUBBARD
        Ralph S. Hubbard III - # 7040
        Joseph Guichet - # 24441
        Rachel Meese - # 25457
        601 Poydras Street
        Pan American Life Center, Suite 2775
        New Orleans, LA  70130-6027
        TELEPHONE:  (504) 568-1990
        FACSIMILE:  (504) 310-9195
        Attorneys for ST. PAUL FIRE AND MARINE
        INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of September, 2008, a copy of the above and foregoing **Levee Defendants' Eleventh Preliminary List of Witnesses for Potential Merits Trial(s)** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

        s/ Thomas P. Anzelmo_____
        McCRANIE, SISTRUNK, ANZELMO,
          HARDY, MAXWELL & McDANIEL
        3445 N. Causeway Boulevard, Ste. 800
        Metairie, Louisiana 70002
        TELEPHONE:  (504) 831-0946
        FACSIMILE:  (504) 831-2492
        E-MAIL: tpa@mcsalaw.com