UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, Robinson, No. 06-2268 | § | |
| | § | |

**DEFENDANT UNITED STATES' EX PARTE/CONSENT MOTION
TO FILE EXHIBIT UNDER SEAL**

NOW INTO COURT comes the defendant United States of America which respectfully moves to file under seal and for *in camera* review Exhibit 5 which is a United States Army Corps of Engineers' (Corps) declaration used in support of the Defendant United States' Response to Plaintiffs' Corrected Motion for *In Camera* Inspection. See Doc. Rec. No. 15198.

In support of this motion, the Court is respectfully referred to the Defendant United States' Memorandum in Support of Ex Parte/Consent Motion to File Exhibit Under Seal and the entire record.

The undersigned counsel certifies that plaintiffs' counsel has been consulted and

consented to the United States filing Exhibit 5 under seal.

                                              Respectfully submitted,


                                              GREGORY G. KATSAS
                                              Assistant Attorney General

                                              PHYLLIS J. PYLES
                                              Director, Torts Branch

                                              JAMES G. TOUHEY, JR.
                                              Assistant Director, Torts Branch

                                                s/ James F. McConnon, Jr.
                                              JAMES F. McCONNON, JR.
                                              Trial Attorney, Torts Branch, Civil Division
                                              U.S. Department of Justice
                                              Benjamin Franklin Station, P.O. Box 888
                                              Washington, D.C.  20044
                                              (202) 616-4400/ (202) 616-5200 (Fax)
                                              Attorneys for the United States

Dated: September 22, 2008

## **CERTIFICATE OF SERVICE**

      I, James F. McConnon, Jr., hereby certify that on September 22, 2008, I served a true copy of the "Defendant United States' Ex Parte/Consent Motion to File Exhibit Under Seal" upon all parties by ECF.

                                            s/ James F. McConnon, Jr.
                                            JAMES F. McCONNON, JR.