UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, Robinson, No. 06-2268 | § | |
| _____ | § | |

**DEFENDANT UNITED STATES' MEMORANDUM IN SUPPORT
OF EX PARTE/CONSENT MOTION TO FILE EXHIBIT UNDER SEAL**

NOW INTO COURT comes the defendant United States of America which respectfully moves to file under seal for Court review *in camera* Exhibit 5 which is a United States Army Corps of Engineers' (Corps) declaration used in support of the Defendant United States' Response to Plaintiffs' Corrected Motion for *In Camera* Inspection. See Doc. Rec. No. 15198.

The plaintiffs have objected to the United States' assertion of the attorney-client privilege under Fed. R. Civ. P. 26(b)(5) over Corps' documents they recently introduced during the depositions of two retired Corps employees and have filed a Corrected Motion for *In Camera* Inspection of the privileged Corps' documents. See Doc. Rec. No. 14731.

The United States has responded to the Plaintiffs' Corrected Motion for *In Camera* Inspection articulating the reasons why the Court should uphold its assertion of the attorney-client privilege over the disputed Corps' documents. See Doc. Rec. No. 15198. The United States' response to the plaintiffs' motion includes Exhibit 5 which is a Corps' declaration

describing the nature of the attorney-client protected confidential communications between counsel and their clients that are in the Corps' documents.

The submission of the Corps' declaration for *in camera* review does not constitute a waiver of the attorney-client privilege or any other privilege. Therefore, all such privileges are expressly preserved.

WHEREFORE, the United States respectfully requests that the Court grant its ex parte/consent motion and permit the filing of Exhibit 5 under seal and review said exhibit only *in camera*.

A proposed Order is attached hereto.

                                              Respectfully submitted,

                                              GREGORY G. KATSAS
                                              Assistant Attorney General

                                              PHYLLIS J. PYLES
                                              Director, Torts Branch

                                              JAMES G. TOUHEY, JR.
                                              Assistant Director, Torts Branch

                                              s/ James F. McConnon, Jr.
                                              JAMES F. McCONNON, JR.
                                              Trial Attorney, Torts Branch, Civil Division
                                              U.S. Department of Justice
                                              Benjamin Franklin Station, P.O. Box 888
                                              Washington, D.C. 20044
                                              (202) 616-4400/ (202) 616-5200 (Fax)
                                              Attorneys for the United States

Dated: September 22, 2008

## CERTIFICATE OF SERVICE

 I, James F. McConnon, Jr., hereby certify that on September 22, 2008, I served a true copy of the "Defendant United States' Memorandum in Support of Ex Parte/Consent Motion to File Exhibit Under Seal" upon all parties by ECF.

          s/ James F. McConnon, Jr.
          JAMES F. McCONNON, JR.