UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, Robinson, No. 06-2268 | § | |
| _____ | § | |

## ORDER

Having considered Defendant United States of America's Ex Parte/Consent Motion to File Exhibit Under Seal, and for good cause shown, it is hereby ORDERED that defendant's Motion is hereby GRANTED. Exhibit 5 to the Defendant United States' Response to Plaintiffs' Correction Motion for *In Camera* Inspection shall be filed under seal within 5 business days of the date of this Order. The Court shall review this exhibit *in camera*.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE