UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, <u>Frank</u>, 06-1386 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

At the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, plaintiffs' counsel has confirmed to me, by letter dated September 22, 2008, filed separately in the record, that this case has been settled in its entirety. Since the partial dismissal orders previously entered by Judge Duval, Record Doc. Nos. 38 and 39, do not appear to address all parties identified as defendants, Judge Duval is hereby advised so that he may enter a 60-day order of dismissal as to the entire case and the Clerk may mark this case CLOSED and remove it from the active docket.

New Orleans, Louisiana, this __22nd__ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.