MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 19, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE, Lennix, 07-1206 | JUDGE DUVAL<br>MAG. WILKINSON |

    Based on the written report received from counsel for defendant at the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, which has been separately filed in the record of both C.A. No. 07-1206 and C.A. No. 05-4182, I conducted a conference via telephone on this date. Participating were:  Gerald Weeks, representing plaintiffs; and Sarah Smith and Maureen Sullivan, representing defendant.  During the conference, counsel jointly advised the court that a settlement has been confirmed in the referenced Lennix case.  By copy of this minute entry, Judge Duval is advised so that he may enter an appropriate 60-day conditional dismissal order in the referenced Lennix case only.

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR:  **0 : 10**