MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 19, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Lewis, 06-3996 | JUDGE DUVAL |
| | MAG. WILKINSON |

I have received a letter dated September 12, 2008 from defense counsel in the referenced Lewis case, which has been separately filed in the record of both C.A. No. 06-3996 and C.A. No. 05-4182. The letter is deemed the response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts. The decision of whether the referenced Lewis matter should be deconsolidated and reallotted is hereby DEFERRED, pending the private mediation which the parties have scheduled on October 14, 2008. Accordingly,

**IT IS ORDERED** that counsel must call me together at the conclusion of their private mediation to advise me of the status of their settlement negotiations. At that time, I will determine whether deconsolidation for purposes of setting a trial schedule will then be appropriate.

CLERK TO NOTIFY:  
HON. STANWOOD R. DUVAL, JR.

JOSEPH C. WILKINSON, JR.  
UNITED STATES MAGISTRATE JUDGE

MJSTAR:  0 : 10