UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION NO.:  05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K"(2) |
| PERTAINS TO: | * | |
| CONNIE ABADIE, 06-5164 | * | |

* * * * * * * * * * * * * * * * * * * * * * *

**JOINT MOTION FOR LIMITED REOPENING OF CASE FOR THE PURPOSE OF
DISMISSING CERTAIN HANOVER CLAIMANTS WITH PREJUDICE**

**NOW INTO COURT**, comes Allmerica Financial Benefit Insurance Company, Hanover American Insurance Company and The Hanover Insurance Company, (collectively "Hanover") and the following plaintiffs:

1. Fred L. Finch III
2. Laverne Williams Taylor
3. Jimmy Taylor
4. Steven & Josephine Gautreau
5. Eric K. Morgan
6. Keith Sartor
7. Helen McConduit Wilderson, Rosabelle M. Forte, Jacqueline Forte McKay
8. Stacy Garrison Noah
9. Michael Caminita
10. Eraina B. Shorty

1

11. Troy & Stacey Adams

12. Billy Wayne & Charlene Ratcliff

13. Robyn B. Contreras

14. Georgia Modica

15. Clarence Collins

16. Eve Smith Reeves

17. Cedric & Cheryl Beaulieu Davillier

18. Thaddeus & Santa Ann WiltzCarrier Plummer

19. Elmer & Louise Turner White

20. Joseph & Joyce Baptiste

21. Keith McGee

22. Rosalia Orfanello

23. Landries D. Jackson

24. Spencer Butler

25. Bobby Green and John C. Davis, III

26. Irene Simmons

27. Louis & Ashley Richardson

28. Joseph & Linda Papania

(collectively "Certain Plaintiffs")

who aver that they have entered into a settlement agreement settling a portion of the claims filed by the Certain Plaintiffs in the captioned litigation, and that the Certain Plaintiffs are no longer pursuing their remaining claims. Accordingly, the Certain Plaintiffs and Hanover jointly move this Court for entry of an order to (1) reopen *Abadie et al. vs. Aegis et al.*, No. 06-5164, with

respect to Hanover for the limited purpose of addressing this motion, (2) dismiss with prejudice and at each party's cost all of the claims asserted by the Certain Plaintiffs against Hanover, including without limitation their claims arising under any property insurance policies for damages sustained either in Hurricanes Katrina and/or Rita, and/or claims based on the subsequent claim handling thereof, and (3) administratively close *Abadie et al. vs. Aegis et al.*, No. 06-5164, with respect to the remaining defendants after ruling on the instant motion.

**WHEREFORE**, Fred L. Finch III, Laverne Williams Taylor, Jimmy Taylor, Steven & Josephine Gautreau, Eric K. Morgan, Keith Sartor, Helen McConduit Wilderson, Rosabelle M. Forte, Jacqueline Forte McKay, Stacy Garrison Noah, Michael Caminita, Eraina B. Shorty, Troy & Stacey Adams, Billy Wayne & Charlene Ratcliff, Robyn B. Contreras, Georgia Modica, Clarence Collins, Eve Smith Reeves, Cedric & Cheryl Beaulieu Davillier, Thaddeus & Santa Ann WiltzCarrier Plummer, Elmer & Louise Turner White, Joseph & Joyce Baptiste, Keith McGee, Rosalia Orfanello, Landries D. Jackson, Spencer Butler, Bobby Green and John C. Davis, III, Irene Simmons, Louis & Ashley Richardson, Joseph & Linda Papania, and Hanover pray that this Court enter an order which (1) reopens *Abadie et al. vs. Aegis et al.*, No. 06-5164, with respect to Hanover for the limited purpose of addressing this motion, (2) dismisses with prejudice and at each party's cost any and all of the claims of Fred L. Finch III, Laverne Williams Taylor, Jimmy Taylor, Steven & Josephine Gautreau, Eric K. Morgan, Keith Sartor, Helen McConduit Wilderson, Rosabelle M. Forte, Jacqueline Forte McKay, Stacy Garrison Noah, Michael Caminita, Eraina B. Shorty, Troy & Stacey Adams, Billy Wayne & Charlene Ratcliff, Robyn B. Contreras, Georgia Modica, Clarence Collins, Eve Smith Reeves, Cedric & Cheryl Beaulieu Davillier, Thaddeus & Santa Ann WiltzCarrier Plummer, Elmer & Louise Turner White, Joseph & Joyce Baptiste, Keith McGee, Rosalia Orfanello, Landries D. Jackson,

Spencer Butler, Bobby Green and John C. Davis, III, Irene Simmons, Louis & Ashley Richardson, and Joseph & Linda Papania against Hanover, including without limitation their claims arising under any property insurance policies for damages sustained in Hurricanes Katrina and/or Rita, and/or claims based on the subsequent claim handling thereof, and (3) administratively close *Abadie et al. vs. Aegis et al.*, No. 06-5164, with respect to the remaining defendants after ruling on the instant motion.

Respectfully submitted,

/s/ Joseph M. Bruno
**Joseph M. Bruno, T.A., La. Bar # 3604**
**Plaintiffs' Liaison Counsel**
Bruno & Bruno
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
Facsimile: (504)581-1493
E-Mail:        jbruno@brunobrunolaw.com

**And**

/s/ Ralph S. Hubbard, III
**Ralph S. Hubbard, III, T.A., La. Bar #7040**
**Defendants' Liaison Counsel**
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195
E-Mail:        rhubbard@lawla.com

## CERTIFICATE OF SERVICE

    I hereby certify that, on the 23rd day of September 2008, a copy of the foregoing **JOINT MOTION FOR LIMITED REOPENDING OF CASE FOR THE PURPOSE OF DISMISSING CERTAIN HANOVER CLAIMANTS WITH PREJUDICE** was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system and/or U.S. mail.

                                                            /s/ Joseph M. Bruno