UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182** |
| | **SECTION "K"** |
| **THIS DOCUMENT RELATES TO:**<br>Insurance | **MAGISTRATE (2)** |
| **No. 07-5112,** *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Terri Cerniglia, Sean Cerniglia regarding 2221 Venus Pl., Violet, LA 70092; Paula Grier regarding 10800 Dreux Ave., New Orleans, LA 70127; Louise White regarding 6115 N. Johnson St., New Orleans, LA 70117; Davis Decareaux, Carmen Decareaux regarding 7023 Kenison St., New Orleans, LA 70124; Vanessa Collins regarding 4916-18 Cucullu St., New Orleans, LA 70115; Kevin Rieth, Pamela Rieth regarding 5842 Catina St., New Orleans, LA 70124; Kevin Rieth, Pamela Rieth regarding 5830-32 Louisville, New Orleans, LA 70124; Eleay Smith regarding 2208 Tennessee St., New Orleans, LA 70117; ROSIE PARKER regarding 2941 MARIGNY ST, NEW ORLEANS, LA 70122; Nicholas Glover regarding 3626 E. Grand Lake Blvd., Kenner, LA 70065; Gregory Dandridge, Valita M. Gibson-Dandridge regarding 3710-12 Republic, New Orleans, LA 70122; Gracie Armstrong, Terry Lee Armstrong regarding 7097 E. Tamaron Blvd., New Orleans, LA 70128; Glenn Fraychineaud, Sunday Fraychineaud regarding 2021 Egret Dr., St. Bernard, LA 70085; Jessie Myles regarding 2056 Betty Blvd., Marrero, LA 70072; Angelle Bode, Terry Bode, Jr. regarding 3309 Despaux, Chalmette, LA 70043; Anthony Bellow, Melveen Bellow regarding 1713 & 1715 Alvar St., New Orleans, LA 70117; Rita Harrison regarding 2431 Eagle St., New Orleans, LA 70118; Calvin Hamilton regarding 4754-56 Bonita Dr., New Orleans, LA 70126; Davis Decareaux, Carmen Decareaux regarding 7007 Kenison St., New Orleans, LA 70124; Carol Pequeno, Ricardo Pequeno regarding 1100 Rue Toulouse, Slidell, LA 70458; Rene Aubert, Brenda Aubert** |

regarding 7024 W. Tamaron Blvd, New Orleans, LA 70128; Kimberly Herbert regarding 4425 Stella Dr., Meraux, LA 70075; Merlene Walker, Clinard W Walker Jr. regarding 3448 Derby Pl., New Orleans, LA 70119; Michelle Perkins regarding 7848 North Coronet Court, New Orleans, LA 70126; LUCRETIA BRISCOE regarding 1539/41 N. GALVEZ ST., NEW ORLEANS, LA 70119; Milton Carr, Deandra Clark regarding 905 & 907 Charbonnet, New Orleans, LA 70117; Milton Carr, Deandra M. Carr regarding 5800 & 5802 Charbonnet, New Orleans, LA 70117; Elaine Joseph, Elaine Joseph regarding 5405 North Rampart Street, New Orleans, LA 70117; MARLON RAINEY, LATRELL N. RAINEY regarding 4747 DONNA DR, NEW ORLEANS, LA 70127; ELMER WASHINGTON regarding 7611 SHAW AVE., NEW ORLEANS, LA 70127; Warren Buggage, Lawana G. Buggage regarding 2137 Egania St., New Orleans, LA 70117; Sylvia Rushing regarding 7561 Wave Dr., New Orleans, LA 70128; Deidra Pierre regarding 8801 Tilford Rd., New Orleans, LA 70127; DEBRA BONDS regarding 3121 JOLIET ST., NEW ORLEANS, LA 70118; Earl Falls, Melva M. Falls regarding 4435 Allen St., New Orleans, LA 70122; Stanley Sauliny regarding 2651 Prentiss Ave., New Orleans, LA 70122; ANDREA RATLIFF, JOESPH regarding 5931 PAULINE DR, NEW ORLEANS, LA 70126; MAGDALENE SHROPSHIRE regarding 5608 ST. BERNARD AVE., NEW ORLEANS, LA 70122; Tonya Watson, Russell Hill regarding 7231 Thornley Dr., New Orleans, LA 70126; Jackie Spencer, Louis B. Joseph regarding 2420 Spain St., New Orleans, LA 70117; Zelda Magee regarding 9857 Andover Dr., New Orleans, LA 70127; Margie Lawrence regarding 4217-19 S. Derbigny St, New Orleans, LA 7125; Ernie Campo regarding 1800 Goldfinch Rd., Poydras, LA 70085; Carl O Neal, Sharon Christian regarding 3821 Dulaney Dr., Harvey, LA 70058; Mary Williams regarding 4317 Sybil St., New Orleans, LA 70122; Sebastian Krieger regarding 1717 Heights Dr., St. Bernard, LA 70085; Marie Stevenson regarding 124 E. 24th St., Reserve, LA 70084; Sophie Foster regarding 2919 & 2921 Republic St., New Orleans, LA 70119; Maryse Ralls,

Michael Ralls regarding 632 A, B, C, D North Alexander St., New Orleans, LA 70119; Maryse Ralls, Michael Ralls regarding 2538 & 2840 D'Abadie St., New Orleans, LA 70119; Maryse Ralls, Michael Ralls regarding 8940-42 Dinkins St.., New Orleans, LA 70127; Joycelyn McKennies regarding 3005 Cornell, Marrero, LA 70072; Michael Moore, Katherine Moore regarding 7013 Ridgefield Dr., New Orleans, LA 70128; Johnny Speed, Ruby T. regarding 2331 Josephine St., New Orleans, LA 70113; Charles Johnson regarding 4711 Ray Ave., New Orleans, LA 70126; Marie Judge regarding 4965 Lafon Dr., New Orleans, LA 70124; James Seaberry regarding 7146 Warfield St., New Orleans, LA 70126; Adham Hussain, Alice Matilda Hussain regarding 5023 St. Ferdinand Dr., New Orleans, LA 70126; Denise Meggs, Cedric R. Meggs regarding 5100 Sandhurst Dr., New Orleans, LA 70126; Denise Meggs, Cedric R. Meggs regarding 3862 Pauger St., New Orleans, LA 70122; Patricia Thompson regarding 2620-22 Allen St., New Orleans, LA 70119; Gloria Malter regarding 141 18th St., New Orleans, LA 70124; Robert Collier, Mildred Collier regarding 5501 Holley Ln., New Orleans, LA 70126; Bobbie Short regarding 326 S. Pierce St., New Orleans, LA 70119; Kathy Vignaud regarding 4851 Gallier Dr., New Orleans, LA 70126; Donisia Wise regarding 2144 Hope St., New Orleans, LA 70119; Donisia Wise regarding 2621-23 Touro St., New Orleans, LA 70119; Sidney Lherisse, Marcia Lherisse regarding 4818 St. Anthony Ave., New Orleans, LA 70122; Cynthia Thibodeaux regarding 1600 & 1602 N. Dorgenois, New Orleans, LA 70119; Roxanna Bonner-Rodgers regarding 2327 N. Claiborne, New Orleans, LA 70117; Cheryl Lewis regarding 2842 St. Anthony St., New Orleans, LA 70119; Delores Moline, Warren Moline, Sr. regarding 6162 S. Laverne St., New Orleans, LA 70126; Rommell Robertson, Alma Davis Robertson regarding 4340 Duplessis St., New Orleans, LA 70122; Marion Hess regarding 6623-25 Catina St., New Orleans, LA 70124; Joseph Patin regarding 5340 Norgate Dr., New Orleans, LA 70127; Staford Cola, Lillian T. Cola

regarding 56 Gordon Plaza, New Orleans, LA 70126; Joseph Dominick regarding 1818-20 Agriculture St., New Orleans, LA 70119; Wayne Cola regarding 12 Assumption Place, New Orleans, LA 70129; Kimberly Williams, Lance Williams regarding 2331 Tennessee St., New Orleans, LA 70117; Charles Mays regarding 5110 Gallier Dr., New Orleans, LA 70126; Walter Gabriel regarding 11019 S. Hardy St., New Orleans, LA 70127; Walter Gabriel regarding 7451 Scootsdale, New Orleans, LA 70127; Barbara White regarding 7811-13 Mill St., New Orleans, LA 70126; Mary Bell, David Bell Jr. regarding 7401 Farwood Dr., New Orleans, LA 70126; Renette Hall, John Jarreau regarding 4800 Virgilian St., New Orleans, LA 70126; Henry Smith, Brenda Smith regarding 5860 Winchester Park Dr., New Orleans, LA 70128; Glayds Phillip regarding 421 & 423 N. Galvez, New Orleans, LA 70119; David Johnson regarding 4840 Crowder Blvd, New Orleans, LA 70127; Sharron Lamberson regarding 5728 Royal St., New Orleans, LA 70117; Valezques Esteves, Sylvia Esteves regarding 1437 Music St., New Orleans, LA 70119; Celina Johnson regarding 7510 Means Ave., New Orleans, LA 70127; Melvina Lambert, Archie Lambert Jr regarding 1838 Alvar St., New Orleans, LA 70117; Helen Young, Edwin G. Young regarding 11287 Winrock Dr., New Orleans, LA 70128; William Paige, Shirley B Paige regarding 4613 Virgilian St., New Orleans, LA 70126; Gertrude Weatherspoon, Mattie L. Crier regarding 4728-30 Shalimar Dr., New Orleans, LA 70126; Morris Gallo regarding 125-25 1/2 Sixth St., Chalmette, LA 70043; Henrietta Celestin, Israel Clestin regarding 7636 Marquis St., New Orleans, LA 70128; Letress Washington regarding 945 W. Krueger Lane, Westwego, LA 70094

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Terri Cerniglia, Sean

Cerniglia regarding 2221 Venus Pl., Violet, LA 70092; Paula Grier regarding 10800 Dreux Ave., New Orleans, LA 70127; Louise White regarding 6115 N. Johnson St., New Orleans, LA 70117; Davis Decareaux, Carmen Decareaux regarding 7023 Kenison St., New Orleans, LA 70124; Vanessa Collins regarding 4916-18 Cucullu St., New Orleans, LA 70115; Kevin Rieth, Pamela Rieth regarding 5842 Catina St., New Orleans, LA 70124; Kevin Rieth, Pamela Rieth regarding 5830-32 Louisville, New Orleans, LA 70124; Eleay Smith regarding 2208 Tennessee St., New Orleans, LA 70117; ROSIE PARKER regarding 2941 MARIGNY ST, NEW ORLEANS, LA 70122; Nicholas Glover regarding 3626 E. Grand Lake Blvd., Kenner, LA 70065; Gregory Dandridge, Valita M. Gibson-Dandridge regarding 3710-12 Republic, New Orleans, LA 70122; Gracie Armstrong, Terry Lee Armstrong regarding 7097 E. Tamaron Blvd., New Orleans, LA 70128; Glenn Fraychineaud, Sunday Fraychineaud regarding 2021 Egret Dr., St. Bernard, LA 70085; Jessie Myles regarding 2056 Betty Blvd., Marrero, LA 70072; Angelle Bode, Terry Bode, Jr. regarding 3309 Despaux, Chalmette, LA 70043; Anthony Bellow, Melveen Bellow regarding 1713 & 1715 Alvar St., New Orleans, LA 70117; Rita Harrison regarding 2431 Eagle St., New Orleans, LA 70118; Calvin Hamilton regarding 4754-56 Bonita Dr., New Orleans, LA 70126; Davis Decareaux, Carmen Decareaux regarding 7007 Kenison St., New Orleans, LA 70124; Carol Pequeno, Ricardo Pequeno regarding 1100 Rue Toulouse, Slidell, LA 70458; Rene Aubert, Brenda Aubert regarding 7024 W. Tamaron Blvd, New Orleans, LA 70128; Kimberly Herbert regarding 4425 Stella Dr., Meraux, LA 70075; Merlene Walker, Clinard W Walker Jr. regarding 3448 Derby Pl., New Orleans, LA 70119; Michelle Perkins regarding 7848 North Coronet Court, New Orleans, LA 70126; LUCRETIA BRISCOE regarding 1539/41 N. GALVEZ ST., NEW ORLEANS, LA 70119; Milton Carr, Deandra Clark regarding 905 & 907 Charbonnet, New Orleans, LA 70117; Milton Carr, Deandra M. Carr regarding 5800 & 5802 Charbonnet, New Orleans, LA 70117; Elaine Joseph, Elaine Joseph regarding 5405 North Rampart

Street, New Orleans, LA 70117; MARLON RAINEY, LATRELL N. RAINEY regarding 4747 DONNA DR, NEW ORLEANS, LA 70127; ELMER WASHINGTON regarding 7611 SHAW AVE., NEW ORLEANS, LA 70127; Warren Buggage, Lawana G. Buggage regarding 2137 Egania St., New Orleans, LA 70117; Sylvia Rushing regarding 7561 Wave Dr., New Orleans, LA 70128; Deidra Pierre regarding 8801 Tilford Rd., New Orleans, LA 70127; DEBRA BONDS regarding 3121 JOLIET ST., NEW ORLEANS, LA 70118; Earl Falls, Melva M. Falls regarding 4435 Allen St., New Orleans, LA 70122; Stanley Sauliny regarding 2651 Prentiss Ave., New Orleans, LA 70122; ANDREA RATLIFF, JOESPH regarding 5931 PAULINE DR, NEW ORLEANS, LA 70126; MAGDALENE SHROPSHIRE regarding 5608 ST. BERNARD AVE., NEW ORLEANS, LA 70122; Tonya Watson, Russell Hill regarding 7231 Thornley Dr., New Orleans, LA 70126; Jackie Spencer, Louis B. Joseph regarding 2420 Spain St., New Orleans, LA 70117; Zelda Magee regarding 9857 Andover Dr., New Orleans, LA 70127; Margie Lawrence regarding 4217-19 S. Derbigny St, New Orleans, LA 7125; Ernie Campo regarding 1800 Goldfinch Rd., Poydras, LA 70085; Carl O Neal, Sharon Christian regarding 3821 Dulaney Dr., Harvey, LA 70058; Mary Williams regarding 4317 Sybil St., New Orleans, LA 70122; Sebastian Krieger regarding 1717 Heights Dr., St. Bernard, LA 70085; Marie Stevenson regarding 124 E. 24th St., Reserve, LA 70084; Sophie Foster regarding 2919 & 2921 Republic St., New Orleans, LA 70119; Maryse Ralls, Michael Ralls regarding 632 A, B, C, D North Alexander St., New Orleans, LA 70119; Maryse Ralls, Michael Ralls regarding 2538 & 2840 D'Abadie St., New Orleans, LA 70119; Maryse Ralls, Michael Ralls regarding 8940-42 Dinkins St.., New Orleans, LA 70127; Joycelyn McKennies regarding 3005 Cornell, Marrero, LA 70072; Michael Moore, Katherine Moore regarding 7013 Ridgefield Dr., New Orleans, LA 70128; Johnny Speed, Ruby T. regarding 2331 Josephine St., New Orleans, LA 70113; Charles Johnson regarding 4711 Ray Ave., New Orleans, LA 70126; Marie Judge regarding 4965 Lafon Dr., New

Orleans, LA 70124; James Seaberry regarding 7146 Warfield St., New Orleans, LA 70126; Adham Hussain, Alice Matilda Hussain regarding 5023 St. Ferdinand Dr., New Orleans, LA 70126; Denise Meggs, Cedric R. Meggs regarding 5100 Sandhurst Dr., New Orleans, LA 70126; Denise Meggs, Cedric R. Meggs regarding 3862 Pauger St., New Orleans, LA 70122; Patricia Thompson regarding 2620-22 Allen St., New Orleans, LA 70119; Gloria Malter regarding 141 18th St., New Orleans, LA 70124; Robert Collier, Mildred Collier regarding 5501 Holley Ln., New Orleans, LA 70126; Bobbie Short regarding 326 S. Pierce St., New Orleans, LA 70119; Kathy Vignaud regarding 4851 Gallier Dr., New Orleans, LA 70126; Donisia Wise regarding 2144 Hope St., New Orleans, LA 70119; Donisia Wise regarding 2621-23 Touro St., New Orleans, LA 70119; Sidney Lherisse, Marcia Lherisse regarding 4818 St. Anthony Ave., New Orleans, LA 70122; Cynthia Thibodeaux regarding 1600 & 1602 N. Dorgenois, New Orleans, LA 70119; Roxanna Bonner-Rodgers regarding 2327 N. Claiborne, New Orleans, LA 70117; Cheryl Lewis regarding 2842 St. Anthony St., New Orleans, LA 70119; Delores Moline, Warren Moline, Sr. regarding 6162 S. Laverne St., New Orleans, LA 70126; Rommell Robertson, Alma Davis Robertson regarding 4340 Duplessis St., New Orleans, LA 70122; Marion Hess regarding 6623-25 Catina St., New Orleans, LA 70124; Joseph Patin regarding 5340 Norgate Dr., New Orleans, LA 70127; Staford Cola, Lillian T. Cola regarding 56 Gordon Plaza, New Orleans, LA 70126; Joseph Dominick regarding 1818-20 Agriculture St., New Orleans, LA 70119; Wayne Cola regarding 12 Assumption Place, New Orleans, LA 70129; Kimberly Williams, Lance Williams regarding 2331 Tennessee St., New Orleans, LA 70117; Charles Mays regarding 5110 Gallier Dr., New Orleans, LA 70126; Walter Gabriel regarding 11019 S. Hardy St., New Orleans, LA 70127; Walter Gabriel regarding 7451 Scootsdale, New Orleans, LA 70127; Barbara White regarding 7811-13 Mill St., New Orleans, LA 70126; Mary Bell, David Bell Jr. regarding 7401 Farwood Dr., New Orleans, LA 70126; Renette Hall, John Jarreau regarding 4800 Virgilian St., New

Orleans, LA 70126; Henry Smith, Brenda Smith regarding 5860 Winchester Park Dr., New Orleans, LA 70128; Glayds Phillip regarding 421 & 423 N. Galvez, New Orleans, LA 70119; David Johnson regarding 4840 Crowder Blvd, New Orleans, LA 70127; Sharron Lamberson regarding 5728 Royal St., New Orleans, LA 70117; Valezques Esteves, Sylvia Esteves regarding 1437 Music St., New Orleans, LA 70119; Celina Johnson regarding 7510 Means Ave., New Orleans, LA 70127; Melvina Lambert, Archie Lambert Jr regarding 1838 Alvar St., New Orleans, LA 70117; Helen Young, Edwin G. Young regarding 11287 Winrock Dr., New Orleans, LA 70128; William Paige, Shirley B Paige regarding 4613 Virgilian St., New Orleans, LA 70126; Gertrude Weatherspoon, Mattie L. Crier regarding 4728-30 Shalimar Dr., New Orleans, LA 70126; Morris Gallo regarding 125-25 1/2 Sixth St., Chalmette, LA 70043; Henrietta Celestin, Israel Clestin regarding 7636 Marquis St., New Orleans, LA 70128; Letress Washington regarding 945 W. Krueger Lane, Westwego, LA 70094, who wish to voluntarily dismiss the claims against Defendant(s) Allstate Insurance Company in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY:   /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 23rd day of  September,  2008.

/s/ Joseph M. Bruno
Joseph M. Bruno