MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 22, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE, <u>Canella</u>, 07-1015 | JUDGE DUVAL<br>MAG. WILKINSON |

At the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, and pursuant to my previous order, Record Doc. No. 14743, the court has been advised via telephone by Steven Lozes, counsel for defendant, confirmed by Doug Sunseri, counsel for plaintiff, by letter separately filed in the record, that a settlement has been reached in the referenced case. By copy of this minute entry, Judge Duval is advised so that he may enter an appropriate 60-day dismissal order in the referenced <u>Canella</u> case only.

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR:  0 : 10