UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES　　　　　　　　　　CIVIL ACTION
CONSOLIDATED LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　　　　　NO. 05-4182

PERTAINS TO:　　　　　　　　　　　　　　　　　　SECTION "K"(2)
　　*Vanderbrook*　C.A. No. 05-6323

## ORDER AND REASONS

Before the Court is Defendant the Standard Fire Insurance Company's Renewed Motion for Entry of FRCP 54(b) Final Judgment (Doc. 13703) and a Renewed Motion for Entry of FRCP 54(b) Final Judgment by the Hanover Insurance Company (Doc. 13704). These motions both seek entry of judgment in the *Vanderbrook* matter based on the ruling of the United States Court of Appeals in *In re Katrina Canal Breaches Consol. Litig.*, 495 F.3d 191 (5th Cir. 2007), *cert. denied sub nom. Chehardy v. Allstate Indem. Co.*, 128 S. Ct. 1231 (2008) and the Louisiana Supreme Court's decision in *Sher v. Lafayette Ins. Co.,* No. 07-C2441, 2008 WL 928486, at *6-7 (La. Apr. 8, 2008), which held essentially that the exclusions in Louisiana homeowners' insurance policies of coverage for damages caused by the flood that resulted from the various levee breaches in the aftermath of Hurricane Katrina are valid and unambiguous.

Based on these rulings, this Court entered its Post-*Sher* Insurance Umbrella Case Management Order, in which it ruled:

> that all claims asserted by plaintiffs in this consolidated litigation against any insurer defendant alleging failure of the defendant to provide plaintiffs with flood damage coverage under an insurance policy that excludes such coverage, including all allegations that a class action should be certified concerning such a flood claim, as DISMISSED WITH PREJUDICE.

Doc. 13521 at 2. Defendants also rely on this order as a basis for these motions.

Thus, the motions are well-taken and furthermore are unopposed. Accordingly, finding no just reason for delay, pursuant to Fed. R. Civ. P. 54(b),

**IT IS ORDERED** that Defendant the Standard Fire Insurance Company's Renewed Motion for Entry of FRCP 54(b) Final Judgment (Doc. 13703) and a Renewed Motion for Entry of FRCP 54(b) Final Judgment by the Hanover Insurance Company (Doc. 13704) are **GRANTED,** and counsel shall submit to the Court a separate judgment as to each defendant and the proper plaintiffs **no later than October 15, 2008.**

New Orleans, Louisiana, this  22nd day of September, 2008.

                              **STANWOOD R. DUVAL, JR.**
                           **UNITED STATES DISTRICT COURT JUDGE**