MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 23, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE, Roberts, 06-2315 | JUDGE DUVAL<br>MAG. WILKINSON |

    At the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, the court has been advised by Bailey Smith, counsel for defendant, that a settlement has been reached in the referenced case.  By copy of this minute entry, Judge Duval is advised so that he may enter an appropriate 60-day dismissal order in the referenced Roberts case only.

**CLERK TO NOTIFY:**　　　　　　　　　　　　JOSEPH C. WILKINSON, JR.
**HON. STANWOOD R. DUVAL, JR.**　　　　UNITED STATES MAGISTRATE JUDGE

MJSTAR:  **0 : 02**