UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>    Jefferson C.A. 07-8880 | SECTION "K"(2) |

## ORDER

Before the Court is Defendant's Motion for Entry of Final Judgment (Doc. 13623) which was filed by Allstate Insurance Company. As this case is no longer before the Court, it having been separated and de-consolidated from the above-captioned matter (Doc. 15079),

**IT IS ORDERED** that the Court cannot rule on Defendants' Motion for Entry of Final Judgment (Doc. 13623) and is **DENIED** without prejudice to be re-urged before the proper judge.

New Orleans, Louisiana, this 22nd day of September, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE