**MINUTE ENTRY**
**DUVAL, J.**
**September 18, 2008**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br>**NO. 05-4182** |
| **PERTAINS TO:**<br>    **LEVEE** | **SECTION "K"(2)** |

        Attending a telephonic status conference held this date were liaison counsel:

   Joseph Bruno for LEVEE plaintiffs
   Ralph Hubbard for LEVEE defendants.

The purpose of the status conference was to ascertain the status of the Levee litigation. A general report thereon was delivered by liaison counsel at the time.

JS-10: 20 MINS.