UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 "K" (2) |
| PERTAINS TO INSURANCE: 07-1795 PLAINTIFFS: MICHAEL P. PALMISANO AND LORRAINE S. PALMISANO | * * * | JUDGE DUVAL MAGISTRATE WILKINSON |

## ORDER

Considering the foregoing Rule 41(a) Stipulation of Voluntary Dismissal,

**IT IS ORDERED** that the above-entitled case is hereby dismissed with prejudice, each party to bear his, her or its own costs.

New Orleans, Louisiana this __23rd__ day of __September__, 2008.

_____
UNITED STATES DISTRICT JUDGE

DKP Library:RP6513