UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION<br><br>No. 05-4182 |
| _____<br>PERTAINS TO:<br><br>INSURANCE (Bourgeois, No. 07-1930)<br><br>_____ | § § § § § § § § | SECTION "K"<br>JUDGE STANWOOD R. DUVAL, JR.<br><br>MAG. DIV. 2<br>MAG. JOSEPH C. WILKINSON, JR. |

**JUDGMENT OF DISMISSAL**

CONSIDERING THE FOREGOING JOINT MOTION TO DISMISS;

IT IS ORDERED by the Court that the above matter as respects civil action number 07-1930 only, is hereby dismissed with prejudice against The Standard Fire Insurance Company, with each party to bear its own court costs.

Thus done and signed at New Orleans, Louisiana this 23rd day of September, 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge

1