# INABNET & JONES, L.L.C.
### Counselors at Law

1331 West Causeway Approach
Mandeville, LA 70471
Telephone: (985) 624-9920
Facsimile: (985) 624-9940

**RAYMON G. JONES**
raymon@inabnetjones.com



215-14

September 10, 2008

Honorable Magistrate Joseph C. Wilkinson, Jr.
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room B409
New Orleans, LA 70130

RE:  Morris and Rosalie Lee v. Allstate Insurance Company
     USDC CA #07-3441

Dear Magistrate Judge Wilkinson:

In accordance with the Post-Sher Insurance Umbrella Case Management Order entered by Judge Duval and this Court on June 12, 2008, and on behalf of Allstate Indemnity Company ("Allstate"), I hereby request that you set the above-referenced matter for a court-conducted settlement conference as soon as possible. The parties have fully complied with the June 12, 2008 Order and exchanged written offers and counteroffers. In addition, the parties are currently involved in settlement negotiations and Allstate believes that there is a strong likelihood of settlement. As such, Allstate does not believe that it is in either party's interest to set this matter for trial.

Please let me know if you would like any additional information regarding this matter.

Sincerely,

Raymon G. Jones

RGJ/njc

cc:   Patrick G. Kehoe, Jr.
      Terrence J. Lestelle
      Wendy N. Enerson (via email)