UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § § § | CIVIL ACTION<br><br>No. 05-4182<br><br>SECTION "K"<br>JUDGE STANWOOD R DUVAL, JR<br><br>MAG. DIV. 2<br>MAG. JOSEPH C. WILKINSON, JR. |
| PERTAINS TO:<br><br>INSURANCE (Dicorte 06-8270) | | |

## ORDER

CONSIDERING THE FOREGOING MOTION TO DISMISS;

IT IS ORDERED by the Court that the above entitled and numbered action be and the same is hereby dismissed with prejudice against AAA Contractors with each party to bear its own court costs.

NEW ORLEANS, Louisiana this 23rd day of September, 2008.

_____
JUDGE

1