UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATE LITIGATION | * | |
| | * | NO. 05-4182 |
| | * | SECTION "K" (2) |
| PERTAINS TO: LEVEE & MR-GO | * | |
| | * | |

**********************************************************************

### LEVEE & MR-GO PSLCS' JOINT MOTION TO MODIFY CASE MANAGEMENT AND SCHEDULING ORDER NO. 7 TO DEFER CLASS ACTION CERTIFICATION PROCEEDINGS

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, and Paragraph X of Case Management and Scheduling Order No. 4, (Record Doc. 3299), the LEVEE & MR-GO PSLC jointly move for an order modifying Case Management and Scheduling Order No. 7 to defer the LEVEE & MR-GO class action certification proceedings until a decision in *Robinson v. United States* has been rendered. In support of this Motion, the Court is respectfully referred to the LEVEE & MR-GO PSLCs' Joint Memorandum in Support of this Motion, and the entire record.

WHEREFORE, the LEVEE & MR-GO PSLCs jointly pray that the Court modify Case Management and Scheduling Order No. 7 to defer the LEVEE & MR-GO class action certification proceedings until a decision in *Robinson v. United States* has been rendered.

**Respectfully Submitted,**

**APPROVED PLAINTIFFS LIAISON COUNSEL**

   /s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
The Law Offices of Joseph M. Bruno,
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

**MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE**

/s/ James Parkerson Roy
JAMES PARKERSON ROY (La. Bar # 11511)
MR-GO PSLC LIAISON COUNSEL
Domengeaux Wright Roy & Edwards LLC
P.O.Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: (337) 233-2796
Email: jimr@wrightroy.com

For
**MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE**

Jonathan Andry
Clay Mitchell
Pierce O'Donnell
James Parkerson Roy

**LEVEE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**

/s/Gerald E. Meunier
GERALD E. MEUNIER (La. Bar #9471)
LEVEE PSLC LIAISON COUNSEL
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Telephone: (504) 522-2304
Facsimile: (504) 528-9973
Email: gmeunier@gainsben.com

For

**LEVEE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**
Gerald E. Meunier
Daniel E. Becnel, Jr.
Joseph M. Bruno
D. Blayne Honeycutt
Hugh P. Lambert
Darlene Jacobs
Walter Dumas

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 23rd of September, 2008.

      /s/ Joseph M. Bruno