UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATE LITIGATION<br><br>PERTAINS TO: LEVEE & MR-GO | *<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br><br>NO. 05-4182<br>SECTION "K" (2) |

*************************************************************************

## ORDER

**CONSIDERING THE FOREGOING**, it is ORDERED that LEVEE & MRGO PSLCS' Joint Motion to Modifying Case Management and Scheduling Order No. 7 to Defer Class Action Certification Proceedings be and hereby is **GRANTED**.  A subsequent order re-setting the class action certification hearing will be issued at a later date.

New Orleans, Louisiana, this _____ day of October, 2008.

_____
**UNITED STATES DISTRICT COURT JUDGE**