UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>*<br>* SECTION "K"(2)<br>* |
| PERTAINS TO: MRGO, BARGE, LEVEE | *<br>* JUDGE DUVAL<br>*<br>* MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JOINT MOTION TO EXTEND DEADLINE FOR SUBMISSION OF
JOINT PROPOSED PROTOCOL FOR SELECTION OF CASES**

**NOW INTO COURT,** through its undersigned counsel, comes Defendant Washington Group International, Inc. [1] ("WGII") and Plaintiffs Liaison Counsel, who respectfully move to extend the deadline for the submission of the Joint Proposed Protocol for Selection of Cases from September 24, 2008 (Rec. Doc. 14720) to September 29, 2008. The parties have conferred regarding the Joint Proposed Protocol, and respectfully submit that this

---

[1] Subsequent to the activities alleged in Plaintiff's Complaint, WGII merged with URS Corporation, a Delaware Corporation. WGII is now a subsidiary of Washington Holdings, Inc., a Delaware Corporation (also known as Washington Division, URS). Washington Holdings, Inc. is a subsidiary of URS Holdings Inc., a Delaware Corporation. URS Holdings Inc. is a subsidiary of URS Corporation.

brief extension may assist the parties in reaching a consensus as to certain issues regarding the Protocol.

**WHEREFORE**, Defendant Washington Group International, Inc. and Plaintiffs Liaison Counsel pray that the Court extend the deadline for the submission of the Joint Proposed Protocol for the Selection of Cases from September 24, 2008 to September 29, 2008.

Dated:   September 23, 2008        Respectfully submitted,

*/s/Heather S. Lonian*
William D. Treeby, Bar No. 12901
Heather S. Lonian, Bar No. 29956
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone:  504-581-3200
Fax:  504-581-3361

Of Counsel:
Adrian Wager-Zito
Debra S. Clayman
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone:  1-202-879-3939
Fax: 1-202-626-1700

*Attorneys for Defendant*
*Washington Group International, Inc.*

 */s/ Joseph M. Bruno*
JOSEPH M. BRUNO, Bar No. 3604
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana  70113
Telephone:  (504) 525-1335
Facsimile:  (504) 561-6775
Email:  jbruno@brunolaw.com

- 3 -

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Joint Motion to Extend Deadline has been served upon all counsel of record by electronic notice via the Court's CM/ECF system, this 23rd day of September, 2008.

                                                  */s/Heather S. Lonian*
                                                  Heather S. Lonian

946073v.1