UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO: MRGO, BARGE, LEVEE | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>*<br>* SECTION "K"(2)<br>*<br>* JUDGE DUVAL<br>*<br>* MAGISTRATE WILKINSON |

## **O R D E R**

Considering the foregoing Joint Motion to Extend Deadline for Submission of Joint Proposed Protocol for Selection of Cases;

IT IS **ORDERED** that the motion is **GRANTED**, and that the deadline for the submission of the Joint Proposed Protocol for Selection of Cases is extended to September 29, 2008.

New Orleans, Louisiana, this ____ day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE

945459v.1