UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: *Barard* C.A. No. 06-7939 | SECTION "K"(2) |

## STIPULATION OF DISMISSAL

IT IS HEREBY stipulated by plaintiff, Gina Barard, and defendant, Lexington Insurance Company, through undersigned counsel, that the aforesaid action has been amicably resolved and that this action should be dismissed with prejudice, each party to bear its own costs.

Respectfully Submitted,

/s/ J. Douglas Sunseri
J. DOUGLAS SUNSERI (#19173)
DAWN DANNA MARULLO (#28011)
SVETLANA "LANA" CROUCH (#29814)
NICAUD, SUNSERI & FRADELLA L.L.C.
3000 18th Street
Metairie, LA 70002
(504) 837-1304

*Attorneys for Plaintiff Gina Barard*

-and-

/s/ William Barousse
ROBERT I. SIEGEL, (#12063)
JOHN E.W. BAAY II, T.A. (#22928)
WILLIAM A. BAROUSSE  (#29748)
**GIEGER, LABORDE & LAPEROUSE, LLC**
SUITE - 4800 One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone:     (504) 561-0400
Facsimile:      (504) 561-1011

*Attorneys for Lexington Insurance Company*