UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                                NO. 05-4182

PERTAINS TO: *Barard* C.A. No. 06-7939                          SECTION "K"(2)

## ORDER

Considering the *Joint Stipulation of Dismissal* filed by the parties in this matter,

IT IS ORDERED that the claims of Gina Barard against Lexington Insurance Company be

dismissed, with prejudice, from the above captioned action with each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE