UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES      CIVIL ACTION
       CONSOLIDATED LITIGATION

       NO. 05-4182

PERTAINS TO: ROAD HOME      SECTION "K"(2)
       Louisiana State, No. 07-5528

## ORDER

Before the Court is a Motion for Extension of Time to File by Attorney General James D. "Buddy" Caldwell (Rec. Doc. 15186). Defendants in this matter have no objection to this motion. The Court has reviewed the motion and finds that it has merit. However, the Court has determined that an extension of time to October 10, 2008 is appropriate in light of the complications caused by Hurricanes Gustav and Ike. This extension will provide ample time for the Commissioner of Administration to give her consent to any representation of the State of Louisiana by private counsel while ensuring that these proceedings are not unnecessarily prolonged.[1] Accordingly,

**IT IS ORDERED** that the Attorney General's motion is **GRANTED.** The Commissioner of Administration shall have until **October 10, 2008** to communicate her concurrence or lack thereof regarding the Attorney General's appointment of private counsel. Should the Commissioner not communicate her concurrence with the Court, the Court will determine that the Commissioner does not concur with the appointment of private counsel.

---

[1] The Court notes that its prior order it inadvertently referred to the Commissioner of Administration Angele Davis using masculine form. The Court apologizes for its error.

New Orleans, Louisiana, this ___23rd___ day of September, 2008.

                                                        **STANWOOD R. DUVAL, JR.**
                                              **UNITED STATES DISTRICT JUDGE**