FILED '08 SEP 22 15:45 USDC-LAE

# LEWIS BRISBOIS BISGAARD & SMITH LLP

ATTORNEYS AT LAW

2014 WEST PINHOOK, SUITE 403, LAFAYETTE, LA 70508
PHONE: 337.326.5777 | FAX: 337.504.3341 | WEBSITE: www.lbbslaw.com

SARAH R. SMITH
DIRECT DIAL: 337.205.4528
E-MAIL: srsmith@lbbslaw.com

September 12, 2008

RECEIVED
SEP 1 2 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

**VIA FACSIMILE**

Honorable Magistrate Joseph C. Wilkinson, Jr.
United States District Court
500 Poydras Street, Room B409
New Orleans, LA 70130

Re:  In Re Katrina Canal Breaches Consolidated Litigation, Case no. 05-4182, K-2
     Pertains to: Insurance - Lennix, Raynell v Allstate, Case No. 07-1206

Dear Magistrate Wilkinson:

In accordance with the Post-Sher Insurance Umbrella Case Management Order entered by Judge Duval and this Court on June 12, 2008, and on behalf of Allstate Insurance Company ("Allstate"), please accept this letter as a report on settlement efforts in the captioned matter. The parties have fully complied with the June 12, 2008 Order and exchanged written offers and counteroffers. In addition, the parties are currently involved in settlement negotiations, and Allstate believes that there is a strong likelihood of settlement. As such, Allstate does not believe that it is in either party's interest to set this matter for trial.

Please let me know if you would like any additional information regarding this matter.

Very truly yours,

Sarah R. Smith for
LEWIS BRISBOIS BISGAARD & SMITH LLP

cc:  Gerald Weeks /π
     318-442-3045

ATLANTA | CHICAGO | FORT LAUDERDALE | LAFAYETTE | LAS VEGAS | LOS ANGELES | NEW ORLEANS | NEW YORK
ORANGE COUNTY | PHOENIX | SACRAMENTO | SAN BERNARDINO | SAN DIEGO | SAN FRANCISCO | TAMPA | TUCSON

4850-3128-0899.1