FILED 08 SEP 22 15:45 USDC-LAE

# INABNET & JONES, L.L.C.
## Counselors at Law

1331 West Causeway Approach
Mandeville, LA 70471
Telephone: (985) 624-9920
Facsimile: (985) 624-9940



RECEIVED
SEP 2 2 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

SCOTT G. JONES
scott@inabnetjones.com

215-26

September 19, 2008

Honorable Magistrate Joseph C. Wilkinson, Jr.
United States District Court
500 Poydras Street, Room B409
New Orleans, Louisiana 70130

RE: Asif Gafur v. Allstate Insurance Company
USDC No.: 07-3406

Dear Magistrate Judge Wilkinson:

As a follow-up to prior correspondence of September 12, 2008 from my office, and in reference to the recent Dismissal Order rendered herein, I would ask that the Court reinstate Mr. Gafur's cause of action and sever and deconsolidated it from the insurance umbrella for the following reasons:

The claim of Asif Gafur for Katrina damages resulted in at least two suits being filed by Mr. Gafur. In addition to our present matter it is my understanding that Mr. Gafur was also represented by Joseph Bruno in one of the mass actions that Mr. Bruno has handled. Information that we have received from the Law Office of Judy Barrasso indicated to us that Mr. Gafur's claims for Katrina damages on this property in question were settled, through Mr. Bruno's office, during mass mediations that took place several months ago. We were provided with that information by Ms. Barrasso's office (I believe through Minor Pipes) shortly before the scheduled mediation with Mr. Gafur that we had set for July 31, 2008 in our present action. When we presented the reported prior settlement to Mr. Gafur's attorney, Andrea Lestelle, we were provided with the attached letter of February 29, 2008, signed by Mr. Gafur in which he discharges Joseph Bruno as his attorney but indicates that "we still want you to represent us in our claim against Army Corps of Engineers MRGO."

Based on the receipt of that letter we contacted the office of Mr. Bruno who insisted that they still represented Mr. Gafur and had settled his claim for $16,000.

Honorable Magistrate Joseph C. Wilkinson, Jr.
September 19, 2008
Page 2

Accordingly, we suggested to attorney Lestelle that, if Mr. Gafur was willing to accept the $16,000 in settlement from Allstate, we would also consider our matter resolved. In response, we were informed that Mr. Gafur did not want to accept $16,000, and once again, it was repeated to us that Mr. Bruno did not have the authority to enter into such a settlement, if indeed such a settlement was ever entered into.

Accordingly, we proceeded no further with our mediation with Mr. Gafur on July 31, 2008 as his demand for settlement was well above the $16,000 that he had been offered.

In light of all of this information, the letter of September 12, 2008 was sent in error (even though it was sent based on information that we had been provided about the settlement of Mr. Gafur's case).

Accordingly, and based upon the continued information that we have about the Law Office of Andrea & Terrence Lestelle continuing to represent Mr. Gafur on his Katrina claims, we would ask that the Court please reinstate Mr. Gafur's lawsuit against Allstate referenced above. In light of the failure of settlement of this, and the unlikelihood that it will settle anytime in the near future, we would also ask that this matter be deconsolidated and severed from the insurance umbrella and allotted appropriately.

My apologies for any confusion that this may have caused. I thank you very much for your time and attention to this.

Sincerely,

Scott G. Jones

SGJ/kmb
cc:   Terry Lestelle