UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: INSURANCE<br>GAFUR, 07-3406 | SECTION "K"(2) |

### ORDER

Defense counsel, Scott G. Jones, erroneously advised this Court that the <u>Gafur</u> case had settled, and a 60-day Conditional Dismissal Order was therefore entered (Doc. 15039). By letter dated September 19, 2008, a copy of which has been filed separately in both CA No. 05-4182 and 07-3406, defense counsel has now advised that because of confusion arising from multiple representation of both plaintiff and defendant, the <u>Gafur</u> case has <u>not</u> been settled and dismissal was not appropriate. Accordingly,

**IT IS ORDERED** that my dismissal order is hereby **VACATED** and this case is **REOPENED**. The <u>Gafur</u> case will remain consolidated in the captioned insurance umbrella pending Magistrate Judge Wilkinson's investigation of the problem of multiple representation of parties in this action.

New Orleans, Louisiana, this ___23rd___ day of September, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Jay Wilkinson