UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO: INSURANCE, Jebreel, 06-5388

CIVIL ACTION

NO. 05-4182 "K"(2)

JUDGE DUVAL
MAG. WILKINSON

## ORDER

I have received no report in response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts. Thus, I contacted plaintiffs' counsel, Perry Nicosia, by telephone and determined that this case is not currently in a posture to settle. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Jebreel case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and henceforth all future filings in C.A. No. 06-5388 on the docket of C.A. No. 06-5388, and not on the docket of C.A. No. 05-4182.

SEP 2 3 2008

TRANSFERRED TO

SECT. I MAG. 4

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it back to Section "I"(4), where it was previously allotted before its transfer to this consolidated litigation, for future proceedings in Section "I"(4).

New Orleans, Louisiana, this _____23rd_____ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**
**HON. LANCE M. AFRICK**