UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION
                                       NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE, Drez, 06-7487   JUDGE DUVAL
                                        MAG. WILKINSON

### ORDER

I have received no report in response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts. Thus, I contacted defense counsel, James R. Nieset, Jr., by telephone and determined that no significant settlement activity is ongoing. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Drez case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and henceforth all future filings in C.A. No. 06-7487 on the docket of C.A. No. 06-7487, and not on the docket of C.A. No. 05-4182.

SEP 23 2008
TRANSFERRED TO
SECT. I MAG. 5

___ Fee _____
___ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No _____

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it back to Section "I"(5), where it was previously allotted before its transfer to this consolidated litigation, for future proceedings in Section "I"(5).

New Orleans, Louisiana, this ___23rd___ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
HON. STANWOOD R. DUVAL, JR.
HON. LANCE M. AFRICK