# LARZELERE PICOU WELLS SIMPSON LONERO, LLC

ATTORNEYS AT LAW
SUITE 1100 - TWO LAKEWAY CENTER
3850 N. CAUSEWAY BOULEVARD
METAIRIE, LOUISIANA 70002
TELEPHONE (504) 834-6500

ANGIE ARCENEAUX AKERS
aakers@lpwsl.com

FAX: (504) 834-6565

22 September 2008

**VIA TELEFACSIMILE**

TO BE SIGNED

SIGNED
SEP 2 2 2008
CLERK
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

Honorable Joseph C. Wilkinson, Jr.
Magistrate Judge
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

RE: *In Re Katrina Canal Breaches Consolidated Litigation*
USDC, EDLA No. 05-4182, "K" (2)
Pertains to: *Barbara Kimble v. Republic Fire And Casualty*, 06-4800
Our File No: 000800-06272

Dear Judge Wilkinson:

Pursuant to the Court's post-*Sher* insurance umbrella Case Management Order, the parties have been actively involved in settlement discussions in the above-referenced matter. The parties think that the case presents a strong likelihood of settlement, but they have now reached a point in the discussions where they are of the opinion that a settlement conference with the court would facilitate resolution of this matter.

Should you have any questions regarding the above or need any additional information, please do not hesitate to contact us.

Very respectfully,

Angie Arceneaux Akers

cc: Seth Bloom, Esq.