UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES  CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE, Kimble, 06-4800  JUDGE DUVAL
MAG.WILKINSON

### ORDER

I have received a letter dated September 22, 2008 from defense counsel in the referenced Kimble case, which has been separately filed in the record of both C.A. No. 06-4800 and C.A. No. 05-4182. The letter is deemed the response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts. Having reviewed this report and the record, it appears that counsel are unable to reach a settlement without court intervention. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Kimble case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and

SEP 22 2008
TRANSFERRED TO
SECT. S MAG. 3



henceforth all future filings in C.A. No. 06-4800 on the docket of C.A. No. 06-4800, and <u>not</u> on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it back to Section "S" (3), where it was previously allotted before its transfer first to the "Valued Policy Law" consolidation and then to this consolidated litigation, for future proceedings in Section "S" (3).

If all parties seek a settlement conference with the court because they believe that "the case presents a strong likelihood of settlement," as stated in the letter, they may request that the assigned magistrate judge to whom the case is being reallotted schedule one, at his or her discretion, on his or her calendar.

New Orleans, Louisiana, this \_\_\_\_22nd\_\_\_\_ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

<u>**CLERK TO NOTIFY**</u>:
**HON. STANWOOD R. DUVAL, JR.**
**HON. MARY ANN VIAL LEMMON**
**HON. DANIEL E. KNOWLES, III**