# GIEGER, LABORDE & LAPEROUSE, L.L.C.

ERNEST P. GIEGER, JR.[1,2]
KENNETH H. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1]
ROBERT I. SIEGEL[1,2]
ANDREW A. BRAUN[1,2]
LEO R. McALOON III[1,2]
JOHN E. W. BAAY II[1,2,3]
ANDREW M. ADAMS[1,2]
MARGARET L. SUNKEL[1]

BRENDAN P. DOHERTY
DANIEL G. RAUH
COLETTE A. SALTER
RACHEL G. WEBRE
JASON D. BONE[3,4]
WILLIAM A. BAROUSSE
KRYSTENA L. HARPER
DAVID B. WILSON
AMANDA B. RIZZO
MICHAEL D. CANGELOSI

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800

TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

HOUSTON OFFICE:
SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027

TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

TARA E. CLEMENT
KELLEY S. COLLINS
CARSON W. STRICKLAND
WILLIAM F. HANNES, JR.[5]
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE[2]
ERIC C. WALTON
MARK T. MAHFOUZ
MICHAEL E. HILL
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
ALISTAIR M. WARD

[1] LAW CORPORATION
[2] ALSO ADMITTED IN TEXAS
[3] ALSO ADMITTED IN MISSISSIPPI
[4] ALSO ADMITTED IN FLORIDA
[5] ONLY ADMITTED IN TEXAS

September 11, 2008

Writer's E-Mail Address: MSUNKEL@GLLLAW.COM
Writer's Direct Telephone: (504) 654-1317

**Via Fax: 504- 589-7633**

Magistrate Judge Joseph C. Wilkinson, Jr.
500 Poydras Street
Room C-256
New Orleans, Louisiana 70130

Re:   *Stephen Katz v. Lexington Insurance Company*
      Eastern District Court of Louisiana - Civil Action No. 05-4182 "K" (2),
      In Re: Katrina Canal Breaches Consolidated Litigation-
      Civil Action No. 05-4182 "K"(2), Insurance (Katz, No. 06-8690 c/w 07-1846)
      Our File No.: 0093-47-6

Dear Judge Wilkinson:

Pursuant to Judge Duval's Post-Sher Insurance Umbrella Case Management Order [Doc. 13521], by this correspondence, undersigned counsel for Lexington Insurance Company in the above-referenced matter advises that the parties, in full compliance with the above referenced Case Management Order, are involved in settlement negotiations which they fully believe have a strong likelihood of effectuating a settlement; accordingly, the parties respectfully request that the Court set the matter for a Court monitored settlement conference.

Respectfully,

Amanda B. Rizzo

ABR/flj

cc:   Andrea S. Lestelle