UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES              CIVIL ACTION
CONSOLIDATED LITIGATION
                                            NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE                      JUDGE DUVAL
            Katz, 06-8690                   MAG. WILKINSON
            Katz, 07-1846

## ORDER

I have received a letter dated September 11, 2008 from defense counsel in the referenced Katz, cases, which has been separately filed in the record of C.A. No. 06-8690, C.A. No. 07-1846 and C.A. No. 05-4182. The letter is deemed the response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts. Although the letter indicates "a strong likelihood of effectuating a settlement," it also requests "a Court monitored settlement conference." Thus, it appears that settlement is not attainable through counsel alone without further court proceedings. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Katz cases only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that these cases are hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that they may proceed to resolution

SEP 2 3 2008
TRANSFERRED TO
SECT. N MAG. 5

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No____

independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and henceforth all future filings in C.A. Nos. 06-8690 and C.A. No. 07-1846 on the docket of C.A. Nos. 06-8690 and C.A. No. 07-1846, and not on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk REALLOT these cases and transfer them back to Section "N" (5), where they were previously allotted before their transfer to this consolidated litigation, for future proceedings in Section "N" (5).

If all parties request "a Court monitored settlement conference" because they believe that there is a "strong likelihood of effectuating a settlement," as stated in the letter, they may request that the assigned magistrate judge to whom the cases are being reallotted schedule one, at her discretion, on her calendar.

New Orleans, Louisiana, this ___22nd___ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
HON. STANWOOD R. DUVAL, JR.
HON. KURT D. ENGELHARDT
HON. ALMA CHASEZ