FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 SEP 23 PM 2: 23

LORETTA G. WHYTE
CLERK

## NICAUD & SUNSERI, L.L.C.
A Group of Professional Law Corporations
3000 18th Street
Metairie, Louisiana 70002

Albert J. Nicaud*
J. Douglas Sunseri*
Svetlana "Lana" Crouch
Timothy P. Farrelly
Kristin J. Milano
Edward C. Vocke, IV
Peter J. Perez, Jr.

(*A Professional Law Corporation)

Telephone (504) 837-1304
Facsimile (504) 833-2843

September 22, 2008

**Via Fax 589-7633 and U.S. Mail**
Honorable Joseph C. Wilkinson, Jr.
U.S. District Court
Eastern District of Louisiana
500 Poydras St.
New Orleans, LA 70130

RECEIVED
SEP 22 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

Re:  Nettie Bridges v. Allstate Insurance Company, et al.
     USDC #06-4385; Section "J"
     Our File: 9005-06-1832

Dear Judge Wilkinson:

Please accept this correspondence as confirmation that the captioned matter has been settled.

Thank you for your consideration in this regard.

Sincerely,

J. DOUGLAS SUNSERI

JDS/dfp