# LARZELERE PICOU WELLS SIMPSON LONERO, LLC

### ATTORNEYS AT LAW
SUITE 1100 - TWO LAKEWAY CENTER
3850 N. CAUSEWAY BOULEVARD
METAIRIE, LOUISIANA 70002
TELEPHONE (504) 834-6500

MARY K. DENNARD
mdennard@lpwsl.com

FAX (504) 834-6565

September 12, 2008

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 SEP 23 PM 2: 23

LORETTA G. WHYTE
CLERK

**VIA FACSIMILE**
Honorable Joseph C. Wilkinson, Jr.
Magistrate Judge
United States District Court - Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

RECEIVED
SEP 1 2 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON

  RE: *In Re Katrina Canal Breaches Consolidated Litigation*
    USDC, EDLA No. 05-4182, "K" (2)
    **Pertains to: Edwin R. Murray 07-9511** v.
    Our File No.: 000800-07192

Dear Judge Wilkinson:

  Pursuant to the Court's post-*Sher* insurance umbrella Case Management Order, plaintiff forwarded a settlement demand and a written estimate of damage. We forwarded this information to Republic Fire And Casualty Insurance Company and, subsequently, Republic made a settlement offer to plaintiff. After discussing the matter further with counsel for plaintiff, the parties have decided to pursue private mediation of the claim which they are attempting to schedule in October of 2008. Therefore, they do not recommend that the case be de-consolidated from *In Re Katrina* at this time.

  The parties will advise whether mediation is successful in due course.

  Should you have any questions or concerns whatsoever, please do not hesitate to contact us.

    Regards,

    *Mary K. Dennard*

    Mary K. Dennard

MKD/cmc
cc: Michael C. Darnell, Esq.
  Bruce L. Feingerts, Esq.