UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
CONSOLIDATED LITIGATION
                                              NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE, Murray, 07-9511        JUDGE DUVAL
                                              MAG. WILKINSON

### ORDER

I have received a letter dated September 12, 2008 from defense counsel, Mary Dennard, in the referenced Murray case, which has been separately filed in the record of both C.A. No. 07-9511 and C.A. No. 05-4182. This letter is deemed the response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning settlement efforts to date. In addition, I have conferred separately by telephone with Michael Darnell, plaintiff's counsel. The parties have agreed to conduct a private mediation. Accordingly,

**IT IS ORDERED** that counsel must confer by telephone immediately and schedule their private mediation within the next thirty (30) days.

**IT IS FURTHER ORDERED** that counsel for both sides must contact my office by telephone at 504-589-7630 on **October 31, 2008 at 11:00 a.m.** to advise me whether a settlement has been reached. If not, I will determine at that time whether this case should be separated, deconsolidated and transferred back to Section "L" (1 ), where it was previously

allotted before its transfer to this consolidated litigation, for future proceedings, including scheduling of trial, in Section "L" (1).

New Orleans, Louisiana, this __23rd__ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.