FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 SEP 23 AM 10:

LORETTA G. WHYTE
CLERK

# NICAUD & SUNSERI, L.L.C.
A Group of Professional Law Corporations
3000 18th Street
Metairie, Louisiana 70002

Albert J. Nicaud*
J. Douglas Sunseri*
Svetlana "Lana" Crouch
Timothy P. Farrelly
Kristin J. Milano
Edward C. Vocke, IV
Peter J. Perez, Jr.

(*A Professional Law Corporation)

Telephone (504) 837-1304
Facsimile (504) 833-2843

September 22, 2008

RECEIVED
SEP 22 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

**Via Fax 589-7633 and U.S. Mail**
Honorable Joseph C. Wilkinson, Jr.
U.S. District Court
Eastern District of Louisiana
500 Poydras St.
New Orleans, LA 70130

Re: *Gloria Calhoun v. Allstate Insurance Company*
USDC #: 06-6145 "F" (2)
Our File No: 9010-06-1865

Dear Judge Wilkinson:

Please accept this correspondence as confirmation that the captioned matter has been settled.

Thank you for your consideration in this regard.

Sincerely,

J. DOUGLAS SUNSERI

JDS/dfp