MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 22, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                 NO. 05-4182 "K"(2)

PERTAINS TO:  INSURANCE, Calhoun, 06-6145        JUDGE DUVAL
                                                 MAG. WILKINSON


        At the conclusion of the settlement evaluation process required by the court's "Post-

Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, the court has

been advised by plaintiff's counsel, Doug Sunseri, by letter filed separately in the record, and

orally by defense counsel, Steve Lozes, that the referenced Calhoun case has settled. By copy

of this minute entry, Judge Duval is advised so that he may enter an appropriate 60-day

conditional dismissal order in the referenced Calhoun case only.


 **CLERK TO NOTIFY:**                        JOSEPH C. WILKINSON, JR.
**HON. STANWOOD R. DUVAL, JR.**        UNITED STATES MAGISTRATE JUDGE



MJSTAR:  **0 : 02**