UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE, <u>Calhoun</u>, 06-6145 | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER ON MOTION

APPEARANCES:  None (on the briefs)

MOTION:    Plaintiff's Motion for Approval of Settlement by Road Home Program for the State of Louisiana, Record Doc. No. 13204

<u>O R D E R E D</u>:

 <u>XXX</u> :  DISMISSED AS MOOT: Plaintiff's counsel, Doug Sunseri, has advised that Road Home approval has now been received and only the delivery of funds remains for settlement to be finalized. Therefore, this motion is moot.

New Orleans, Louisiana, this   23rd   day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE