UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY ASSOCIATION,
INC.

       Plaintiff,

                  06 Civ. 3123 (CSH)

-against-

LAFARGE NORTH AMERICA, INC.,        ORDER

       Defendant.

-----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/18/08

HAIGHT, Senior District Judge:

  The motion of Plaintiff American Steamship Owners Mutual Protection and Indemnity Association, Inc. for summary judgment is GRANTED.

  The cross-motion of Defendant Lafarge North America, Inc. for summary judgment is DENIED.

  The Court's opinion giving the reasons for these decisions will be filed subsequently.

  The Order scheduling a trial of the action to begin on October 6, 2008 is VACATED.

  Counsel for Plaintiff are directed to settle a Judgment consistent with this Order on seven (7) calendar days' notice.

  It is SO ORDERED.

Dated: New York, New York
September 18, 2008

                    CHARLES S. HAIGHT, JR.
                    SENIOR UNITED STATES DISTRICT JUDGE