MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 23, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Knight 06-7771 | JUDGE DUVAL<br>MAG. WILKINSON |

At the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, the court has been advised by Christopher Lawler, counsel for defendant, that a settlement has been reached in the referenced case. In addition, a copy of a "Motion for Dismissal," executed by plaintiff's counsel, has been provided to the court and separately filed in the record. By copy of this minute entry, Judge Duval is advised so that he may enter an appropriate 60-day dismissal order in the referenced Knight case only.

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR: **0 : 05**