MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 23, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE, <u>Lemmon</u>, 06-5023 | JUDGE DUVAL<br>MAG. WILKINSON |

At the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, the court has been advised by Irma Netting, counsel for plaintiff, that a settlement has been reached in the referenced case. By copy of this minute entry, Judge Duval is advised so that he may enter an appropriate 60-day dismissal order in the referenced <u>Lemmon</u> case only.

**CLERK TO NOTIFY:**                        JOSEPH C. WILKINSON, JR.
**HON. STANWOOD R. DUVAL, JR.**       UNITED STATES MAGISTRATE JUDGE

MJSTAR:  0 : 02