MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 23, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Palmer, 06-7540 | JUDGE DUVAL<br>MAG. WILKINSON |

At the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, I conducted a settlement conference on this date in the referenced Palmer case. Participating were: David Kavanagh, representing plaintiff via telephone, and Steven Lozes, in person. Active settlement discussions are ongoing. Plaintiff will provide defendant with a firm settlement counter-offer this afternoon, and counsel will continue their negotiations. **IT IS ORDERED** that counsel must jointly contact my office by telephone on **September 30, 2008 at 10:30 a.m.** for followup discussions concerning settlement.

CLERK TO NOTIFY:                          JOSEPH C. WILKINSON, JR
HON. STANWOOD R. DUVAL, JR.               UNITED STATES MAGISTRATE JUDGE

MJSTAR:  **0 : 15**