UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| MERVIN JEFFERSON, ET AL. | CIVIL ACTION |
|---|---|
| VERSUS | NO. 07-08947   SECT. A, MAG. 4 |
| LOUISIANA CITIZENS PROPERTY, ET AL. | JUDGE JAY C. ZAINEY |
| | MAGISTRATE KAREN WELLS ROBY |

### DEFENDANT SCOTTSDALE INSURANCE COMPANY'S MOTION FOR MISJOINDER AND TO SEVER CLAIMS

**NOW INTO COURT,** through undersigned counsel, comes defendant, Scottsdale Insurance Company and moves this Court to grant its Motion for Misjoinder of the claims asserted by Plaintiffs, Mervin Jefferson and Merlin McGhee, under Rules 20(a) and 21 of the Federal Rules of Civil Procedure and to sever the claims of Plaintiffs against the Defendants in the above captioned litigation as the claims involve different properties covered by different insurance policies (and issued by different insurers) allegedly damaged by Hurricane Katrina. The Memorandum In Support of this Motion sets forth more fully the basis of the request for severance.

### CERTIFICATE OF CONSENT

The undersigned counsel has spoken to all defense counsel who consent to the filing of this motion. The undersigned has attempted to contact Plaintiffs' counsel but was unable to reach him prior to this filing.

Respectfully submitted,

/s/ Holly H. Hansen
KEELY Y. SCOTT (#23932)
HOLLY G. HANSEN (#26902)
**CRAWFORD LEWIS, PLLC**
450 Laurel Street, Suite 1600
Post Office Box 3656
Baton Rouge, Louisiana 70821-3656
Telephone: (225) 343-5290
Facsimile: (225) 383-5508
kscott@crawford-lewis.com
hhansen@crawford-lewis.com

## CERTIFICATE OF SERVICE

I HEREBY certify that on the 27th day of August, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Holly G. Hansen
Holly G. Hansen