- 9 -

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| MERVIN JEFFERSON, ET AL. | CIVIL ACTION |
|---|---|
| VERSUS | NO. 07-08947   SECT. A, MAG. 4 |
| LOUISIANA CITIZENS PROPERTY, ET AL. | JUDGE JAY C. ZAINEY |
| | MAGISTRATE KAREN WELLS ROBY |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Motion for Mis-joinder and To Sever Claims filed on behalf of Defendant, Scottsdale Insurance Company, will come on hearing on the 17th day of September, 2008, at 9:00 a.m. before the Honorable Jay C. Zainey of the United States District Court, New Orleans, Louisiana.

_____
U.S. DISTRICT JUDGE