MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 23, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Michel, 07-245 | JUDGE DUVAL<br>MAG. WILKINSON |

I have received no report in response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts. Thus, I contacted plaintiff's counsel, Wayne Garrett, by telephone and determined that the settlement proposals either made or that will be made by the remaining parties are far apart. All parties have settled and been dismissed, <u>except</u> plaintiff's claims against the homeowner's insurer, and it appears that further court proceedings are necessary. Accordingly,

MJSTAR:  0 : 05

SEP 2 4 2008

TRANSFERRED TO

SECT. S

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

IT IS ORDERED that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Michel case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

IT IS FURTHER ORDERED that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby DIRECTED to docket a copy of this order and henceforth all future filings in C.A. No. 07-245 on the docket of C.A. No. 07-245, and not on the docket of C.A. No. 05-4182.

IT IS FURTHER ORDERED that the Clerk REALLOT this case and transfer it back to Section "S," where it was previously allotted before its transfer to this consolidated litigation, for future proceedings in Section "S"(2).

New Orleans, Louisiana, this ___23rd___ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
HON. STANWOOD R. DUVAL, JR.
HON. MARY ANN VIAL LEMMON