UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES           CIVIL ACTION
CONSOLIDATED LITIGATION
                                        NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE, Sensebe, 06-5255    JUDGE DUVAL
                                            MAG. WILKINSON

## ORDER

I have received no report in response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts. Thus, I contacted plaintiffs' counsel, Perry Nicosia, by telephone and determined that this case is not currently in a posture to settle. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Sensebe case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and henceforth all future filings in C.A. No. 06-5255 on the docket of C.A. No. 06-5255, and not on the docket of C.A. No. 05-4182.

SEP 2 3 2008

TRANSFERRED TO

SECT. N MAG. 5

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No ___

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it back to Section "N"(5), where it was previously allotted before its transfer to this consolidated litigation, for future proceedings in Section "N"(5).

New Orleans, Louisiana, this ___23rd___ day of September, 2008.

					JOSEPH C. WILKINSON, JR.
					UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
HON. STANWOOD R. DUVAL, JR.
HON. KURT D. ENGELHARDT