UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NUMBER: 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| PERTAINS TO: MRGO, Robinson | * | |
| (No. 06-2268) | * | |

******************************************************************************

## *CORRECTED* MEMORANDUM IN SUPPORT OF MOTION FOR *IN CAMERA* INSPECTION

**NOW INTO COURT,** through undersigned counsel, comes the Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz, who request that the Court perform an incamera review of documents, as more fully set forth below.

On May 23, 2007, the Court issued its Discovery Order Concerninmg Materials As to Which Privileges May be Asserted.

In July, 2008, Plaintiffs undertook the depositions of Greg Breerwood and John Saia regarding their knowledge of events while they were employed by the United States Corps of Engineers. Certain documents were referenced as the basis for a line of inquiry. Counsel for the United States asserted an attorney-client privilege regrding those documents.

By letter dated July 16, 2008, counsel for the United States informed Plaintiffs in writing that it was asserting the attorney-client privilege over the above referenced documents. A

telephonic meet and confer was held on August 4, 2008; however, an amicable resolution was not reached

Plaintiff now timely file their *Corrected* Motion for *In Camera* Inspection.  The documents at issue have been provided to the Court under separate cover.

**Respectfully Submitted,**

**APPROVED PLAINTIFFS' LIAISON COUNSEL**

   /s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS' LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com


**MR-GO PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**
   /s/ James Parkerson Roy
JAMES PARKERSON ROY (La. Bar # 11511)
MR-GO PSLC LIAISON COUNSEL
Domengeaux Wright Roy & Edwards LLC
P.O.Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

For

MR-GO PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE
Jonathan Andry

        Clay Mitchell
        Pierce O'Donnell
        James Parkerson Roy

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing Corrected Memorandum in Support of Motion for in Camera Inspection upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 29th day of August, 2008.

        /s/ Joseph M. Bruno

        Joseph M. Bruno