UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NUMBER: 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| PERTAINS TO: MRGO, Robinson | * | |
| (No. 06-2268) | * | |

*********************************************************************

**NOTICE OF HEARING RE: CORRECTED MOTION FOR *IN CAMERA* INSPECTION**

**PLEASE TAKE NOTICE** that the Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz, on Wednesday, September 17, 2008 at 11:00 a.m. at the United States District Courthouse, Court Room B421, 500 Camp Street, New Orleans, Louisiana, and before U.S. Magistrate Judge Joseph C. Wilkinson, Jr., will bring on for hearing the Motion for In Camera Inspection.

                         **Respectfully Submitted,**

                         **APPROVED PLAINTIFFS' LIAISON COUNSEL**

                          /s/ Joseph M. Bruno
                        JOSEPH M. BRUNO (La. Bar # 3604)
                        PLAINTIFFS' LIAISON COUNSEL
                        Law Offices of Joseph M. Bruno
                        855 Baronne Street
                        New Orleans, Louisiana 70113
                        Telephone: (504) 525-1335
                        Facsimile: (504) 561-6775
                        Email: jbruno@jbrunolaw.com

>MR-GO PLAINTIFFS' SUB-GROUP LITIGATION
>COMMITTEE
>   /s/ James Parkerson Roy
>JAMES PARKERSON ROY (La. Bar # 11511)
>MR-GO PSLC LIAISON COUNSEL
>Domengeaux Wright Roy & Edwards LLC
>P.O.Box 3668
>Lafayette, LA. 70502
>Telephone: (337) 593-4190 or (337) 233-3033
>Facsimile: 337-233-2796
>Email: jimr@wrightroy.com
>
>For
>
>MR-GO PLAINTIFFS' SUB-GROUP LITIGATION
>COMMITTEE
>Jonathan Andry
>Clay Mitchell
>Pierce O'Donnell
>James Parkerson Roy

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing Notice of Hearing Re: Corrected Motion For *in Camera* Inspection upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 29th day of August, 2008.

>   /s/ Joseph M. Bruno
>
>Joseph M. Bruno