UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: MRGO | § § § § § § | |

**AMENDED NOTICE OF VIDEO-TAPED
DEPOSITION OF GERALD J. DICHARRY**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Washington Group International, Inc. ("WGII") will take the deposition upon oral examination of GERALD J. DICHARRY.

This deposition will take place on Thursday, October 2, 2008 at 3:00 p.m. at the law offices of Stone Pigman Walther Wittmann LLC, 546 Carondelet Street, New Orleans, Louisiana 70130. The deposition will be taken before a Notary Public or some other officer authorized to administer oaths under the law. The deposition will be recorded stenographically, as well as by videotape, audiotape and Real Time.

945887v.1

-2-

Dated: September 24, 2008        Respectfully submitted,

                                                   */s/ William D. Treeby*
William D. Treeby, Bar No. 12901
Heather S. Lonian, Bar No. 29956
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361

Of Counsel:
Adrian Wager-Zito
Debra S. Clayman
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: 1-202-879-3939
Fax: 1-202-626-1700

*Attorneys for Defendant
Washington Group International, Inc.*

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Notice of Deposition has been served upon all counsel of record via the Court's CM/ECF electronic notice system, this 24th day of September, 2008.

                                                   */s/ William D. Treeby*
                                                   William D. Treeby

945887v.1