UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES        CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE, Phillips, 07-3416        JUDGE DUVAL
MAG. WILKINSON

## ORDER

I have received a report dated September 12, 2008 from plaintiff's counsel, Michael Darnell, and a letter dated September 12, 2008 from defense counsel, Raymon Jones, in the referenced Phillips case, which have been separately filed in the record of both C.A. No. 07-3416 and C.A. No. 05-4182. These materials are responses to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning their settlement efforts to date. In addition, I have conferred separately by telephone with Michael Darnell, plaintiff's counsel, and Raymon Jones, defense counsel, concerning the settlement efforts of the parties to date. Although plaintiff requests an opportunity to conduct private mediation, no private mediation has in fact been scheduled in this case, and defendant requests "a court-conducted settlement conference as soon as possible." Counsel do not agree on a method that will effectuate settlement. Thus, it appears that further court proceedings may be required. Accordingly,

SEP 23 2008

REALLOTTED TO
SECT. R MAG. 3

**IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order,"Record Doc. No. 13521, in the referenced Phillips case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby DIRECTED to docket a copy of this order and henceforth all future filings in C.A. No. 07-3416 on the docket of C.A. No. 07-3416 and not on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk randomly REALLOT this case for future proceedings in newly allotted district judge and magistrate judge sections.

If all parties agree to set "a court-conducted settlement conference as soon as possible, as suggested in defense counsel's letter, they may request that the assigned magistrate judge to whom the case is being reallotted schedule one, at his or her discretion, on his or her calendar.

New Orleans, Louisiana, this ___23rd___ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.