# INABNET & JONES, L.L.C.
## Counselors at Law

1331 West Causeway Approach
Mandeville, LA 70471
Telephone: (985) 624-9920
Facsimile: (985) 624-9940

SCOTT G. JONES
scott@inabnetjones.com

215-27

September 17, 2008

Honorable Magistrate Joseph C. Wilkinson, Jr.
United States District Court
500 Poydras Street, Room B409
New Orleans, Louisiana 70130

*[handwritten: File in both records 05-4182 and]*

RE: Peter Gabb v. Allstate Insurance Company
USDC CA # 07-3431

Dear Magistrate Judge Wilkinson:

We previously forwarded correspondence to your office in this matter on September 10, 2008, and were notified, thereafter, that a letter and a recommendation had been faxed by the plaintiff on September 12, 2008.

In response to the plaintiff's recommendation this is to reiterate that, to date, the plaintiff has failed to abide by this Court's CMO and have not provided documentation or a settlement demand. Accordingly, we reiterate our request that this matter be deconsolidated and severed from the insurance umbrella.

Thank you for your time and attention to this.

Very truly yours,

Scott G. Jones

SGJ/kmb
cc: Michael C. Darnell