UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
STATE OF LOUISIANA

| | | |
|---|---|---|
| JOHN PETER DILLMANN, III, ET AL | * | CIVIL ACTION NO.: 06-5292 |
| | * | |
| | * | |
| | * | JUDGE FALLON |
| VERSUS | * | |
| | * | |
| AMERICAN NATIONAL PROPERTY AND CASUALTY | * | MAGISTRATE KNOWLES |
| | * | |
| | * | |
| | * | |

*************************************************************************

## MOTION TO DISMISS

**ON MOTION** of plaintiff, John Dillmann, appearing herein through undersigned counsel of record, and on suggesting to the Court that this matter has been resolved and therefore should be dismissed, with full prejudice, each party to bear their own costs.

Respectfully submitted:

GAUTHIER, HOUGHTALING
& WILLIAMS, L.L.P.

s/Stephen M. Huber
JOHN W. HOUGHTALING, BAR NO. 25099
JAMES M. WILLIAMS, BAR NO. 26141
STEPHEN M. HUBER, BAR # 24463
3500 N. Hullen Street
Metairie, LA  70002
Telephone:    (504) 456-8600
Facsimile:     (504) 456-8624
ATTORNEYS FOR PLAINTIFF

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                              s/Stephen M. Huber
                                              STEPHEN M. HUBER