UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
STATE OF LOUISIANA

| | | |
|---|---|---|
| JOHN PETER DILLMANN, III, ET AL | * | CIVIL ACTION NO.: 06-5292 |
| | * | |
| | * | |
| | * | JUDGE FALLON |
| VERSUS | * | |
| | * | |
| AMERICAN NATIONAL PROPERTY | * | MAGISTRATE KNOWLES |
| AND CASUALTY | * | |
| | * | |
| | * | |

**************************************************************************

## **ORDER**

**CONSIDERING** the foregoing Motion to Dismiss,

**IT IS ORDERED** that Motion to Dismiss is **GRANTED** and that the above numbered and entitled cause be and the same is hereby dismissed, with full prejudice, each party to bear their own costs

**NEW ORLEANS, LOUISIANA**, this \_\_\_\_ day of _____, 2008.

_____
**JUDGE**

- 1 -