UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
CONSOLIDATED LITIGATION
                                             NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE, Gabb, 07-3431         JUDGE DUVAL
                                              MAG. WILKINSON

## ORDER

I have received a report dated September 12, 2008 from plaintiff's counsel, Michael Darnell, and two letters dated September 10 and 17, 2008 from defense counsel, Raymon Jones, in the referenced Gabb case, which have been separately filed in the record of both C.A. No. 07-3431 and C.A. No. 05-4182. These materials are responses to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts. In addition, I have conferred separately by telephone with both counsel concerning the status of their settlement efforts. Although plaintiff requests private mediation, defendant seeks scheduling of further court proceedings. No private mediation has in fact been scheduled, and counsel do not agree that private mediation will effectuate settlement. It appears that settlement is not attainable in the short term and that further court proceedings are required. Accordingly,

**IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Gabb case only is terminated.

SEP 23 2008

REALLOTTED TO
SECT. C MAG. 5

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and henceforth all future filings in C.A. No. 07-3431 on the docket of C.A. No. 07-3431 and not on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk randomly REALLOT this case for future proceedings.

New Orleans, Louisiana, this \_\_\_\_23rd\_\_\_\_ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**