UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES * | | CIVIL ACTION NO.:  05-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | SECTION "K"(2) |
| PERTAINS TO: * | | |
| CONNIE ABADIE, 06-5164 * | | |

* * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Joint Motion for Limited Reopening of Case for the Purpose of Dismissing Certain Hanover Claimants With Prejudice;

**IT IS ORDERED ADJUDGED AND DECREED** that this Court's stay order is temporarily lifted for the sole purpose of addressing the Joint Motion for Limited Reopening of Case for the Purpose of Dismissing Hanover;

**IT IS HEREBY FURTHER ORDERED ADJUDGED AND DECREED** that all of the claims of Fred L. Finch III, Laverne Williams Taylor, Jimmy Taylor, Steven & Josephine Gautreau, Eric K. Morgan, Keith Sartor, Helen McConduit Wilderson, Rosabelle M. Forte, Jacqueline Forte McKay, Stacy Garrison Noah, Michael Caminita, Eraina B. Shorty, Troy & Stacey Adams, Billy Wayne & Charlene Ratcliff, Robyn B. Contreras, Georgia Modica, Clarence Collins, Eve Smith Reeves, Cedric & Cheryl Beaulieu Davillier, Thaddeus & Santa Ann WiltzCarrier Plummer, Elmer & Louise Turner White, Joseph & Joyce Baptiste, Keith McGee, Rosalia Orfanello, Landries D. Jackson, Spencer Butler, Bobby Green and John C. Davis, III, Irene Simmons, Louis & Ashley Richardson, and Joseph & Linda Papania including

1

without limitation their claims arising under their policy of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling against Allmerica Financial Benefit Insurance Company, Hanover American Insurance Company and The Hanover Insurance Company are hereby **DISMISSED WITH PREJUDICE** at each party's cost.

New Orleans, Louisiana, this 24th day of September, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE