UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____§ | | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| _____§ | | |

DEFENDANT UNITED STATES' MOTION
FOR SUMMARY JUDGMENT

Pursuant to Rule 56(b), Fed. R. Civ. P., the United States moves for a summary judgment dismissing with prejudice the part of Plaintiffs' claim that alleges their damage was caused by the negligent operation and maintenance of the Mississippi River-Gulf Outlet.  In

support of this motion, the Court is respectfully referred to the United States' Memorandum of Law in support of this motion, the exhibits submitted herewith, and the entire record.

        Respectfully submitted,

        GREGORY G. KATSAS
        Assistant Attorney General

        THOMAS DUPREE
        Deputy Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY, JR.
        Assistant Director, Torts Branch
        Civil Division

        s/ Robin D. Smith
        ROBIN D. SMITH
        Senior Trial Counsel
        JOHN A. WOODCOCK
        Trial Attorney, Torts Branch, Civil Division
        U.S. Department of Justice
        Benjamin Franklin Station, P.O. Box 888
        Washington, D.C.  20044
        (202) 616-4289 / (202) 616-5200 (Fax)
        Attorneys for the Defendant United States

## CERTIFICATE OF SERVICE

I certify that on September 24, 2008, a true copy of the foregoing was served on all counsel of record by ECF.

s/ Robin D. Smith
Robin D. Smith
