UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, Robinson (06-2268) | § | |
| | § | |

DEFENDANT UNITED STATES' STATEMENT
OF UNCONTESTED FACTS

1. On the morning of August 29, 2005, Hurricane Katrina struck southeast Louisiana and triggered what would become one of the worst disasters ever to befall an American city. M. Kok, et al., Polder Flood Simulations for Greater New Orleans: Hurricane Katrina August 2005, at 1 (July 30, 2007) (Ex. 7) [hereinafter "Katrina Real Run" Flood Report]; L. De Wit et al., Flow Modeling New Orleans– Mississippi River Gulf Outlet 4 (Final Report) (June 23, 2008) (Ex. 1) [hereinafter Katrina Surge Report].

2. The storm overtopped levees and floodwalls throughout southeast Louisiana. "Katrina Real Run" Flood Report 1; Katrina Surge Report 4.

3. The storm also caused the levees and floodwalls in the New Orleans area to fail or breach in more than 50 locations. "Katrina Real Run" Flood Report 1; Katrina Surge Report 4.

4. Water rushed into New Orleans and flooded over 80 percent of the city—more than ten feet deep in some neighborhoods. "Katrina Real Run" Flood Report 1; Katrina Surge Report 4.

5. Flooding of the city of New Orleans was caused by several sources (or causes): breaches, overtopping (of the levees and flood control structures), and rainfall. "Katrina Real Run" Flood Report 1; Katrina Surge Report 4.

6. Plaintiffs' experts modeled the flow dynamics of Hurricane Katrina in six scenarios, applying the storm dynamics to the actual topography of the Lake Borgne region and to five hypothetical topographies. Katrina Surge Report 4-5.

7. Plaintiffs' experts first simulated the surge that developed across the land and seascape that actually existed on August 29, 2005—the "Katrina Real Run" scenario. Katrina Surge Report 4-5 (Ex. 1), 7-36 (Ex. 10; full copy of report).

8. Plaintiffs' experts second simulated the surge that would have developed if there had been no MRGO when the storm struck and the wetlands had been in pristine condition—the "No MRGO" scenario. Katrina Surge Report 4-5 (Ex. 1), 37-63 (Ex. 10; full copy of report).

9. Plaintiffs' experts third simulated the surge that would have developed if the MRGO had been at its design dimensions (depth and width) and the wetlands pristine—the

"MRGO as Designed" scenario.  Katrina Surge Report 4-5 (Ex. 1), 64-89 (Ex. 10, full copy of report).

10.  Plaintiffs' experts compared the storm surge in the "MRGO as Designed" scenario to the surge in the "Katrina Real Run" scenario and concluded that the surges were "almost similar."  Katrina Surge Report 90 (Ex. 1).

11.  The models created by Plaintiffs' experts showed that the surge at the MRGO Reach 2 levee in the "MRGO as Designed" scenario would have been "a tiny bit higher" (less than 2.4 inches) than the surge at the levee during the storm.  Id.

12.  The models created by Plaintiffs' experts showed that the surge at the MRGO Reach 1 levees would have been six inches lower in the "MRGO as Designed" scenario and would have been about five inches lower at the IHNC floodwall.  Id.

13.  Plaintiffs' experts also modeled the waves that were produced by the storm, and they modeled the waves that would have been produced in the "MRGO as Designed" scenario.  See C. Gautier et al., Wave Modeling New Orleans—Mississippi River Gulf Outlet 8 (Final Report) (July 9, 2008) (Ex. 3).

14.  Plaintiffs' experts concluded that the "significant" wave height on the MRGO Reach 2 levee in the "MRGO as Designed" scenario would have been "roughly" one foot lower than the height in the "Katrina Real Run" scenario, i.e.,, about six feet high rather than seven.  See id. App. E at 35.

15.  Plaintiffs' experts modeled erosion and breach development in only two scenarios—the "Katrina Real Run" scenario and the "No MRGO" scenario.  See Robert Bea &

3

Rune Storesund, Technical Report No. I:  Analyses of Breaching of MR-GO Reach 2 EBSBs During Hurricane Katrina & The 'Neutral' MR-GO Hurricane Katrina Conditions, at 46-47 (June 11, 2008) (noting that they did not evaluate effects of 1958 "MRGO as Designed" conditions on wave-induced erosion of levees) (Ex. 4) [hereinafter Bea Technical Report I]; Expert Report of Robert Glenn Bea 4 (Ex. 9) (complete list of studies by Bea); see generally Robert Bea, Declaration No. I:  Engineering Forensic Studies of Performance of the Man-made Features Bordering the Reach 2 of the Mississippi River-Gulf Outlet (MR-GO) During Hurricane Katrina (July 11, 2008) (Ex. 14); Robert Bea, Declaration No. III: Engineering Forensic Studies of Performance of the Man-made Features Bordering the Reach 2 of the Mississippi River-Gulf Outlet (MR-GO) During Hurricane Katrina (July 11, 2008) (Ex. 15).

 16. Plaintiffs' experts simulated the flow of water through breaches into the St. Bernard and New Orleans East polders in only two scenarios—the "Katrina Real Run" scenario and the "No MRGO" scenario.  See "Katrina Real Run" Flood Report 1 (Ex. 7); see also M. Kok et al., Polder Flood Simulations for Greater New Orleans:  the Neutral MRGO Scenario 7, 17-18, 25-27 (Ex. 8).

 17. Plaintiffs' experts did not model the effect of surge and waves on levees and floodwalls in the "MRGO as Designed" scenario—the "no negligence" scenario—nor did they simulate flooding in the "MRGO as Designed" scenario.  See ""Katrina Real Run" Flood Report 1; "No MRGO" Flood Report 7; Bea Technical Report No. 1, 46-47 (Final Report)

(July 11, 2008) (Ex. 4); Expert Report of Robert Glenn Bea 4 (Ex. 9) (complete list of studies by Bea).

18. Based on a simulation of the flow of water in the "Katrina Real Run" scenario, Plaintiffs' experts concluded that overtopping and breaching were the main causes of flooding in New Orleans East. "Katrina Real Run" Flood Report 34 (Ex. 7).

19. Based on a simulation of the flow of water in the "Katrina Real Run" scenario, Plaintiffs' experts concluded that "the main causes for the flooding of the populated area inside the St. Bernard bowl are the breaches in the IHNC and MRGO." Id. at 45.

20.  The overtopping of the MRGO levee during Hurricane Katrina was not enough to fill the wetlands basin between the MRGO and the 40-Arpent levee up to the crest elevation of the 40-Arpent levee.  Id. at 44.

Respectfully Submitted,

GREGORY G. KATSAS
Assistant Attorney General

THOMAS DUPREE
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR
Assistant Director, Torts Branch

 s/ Robin D. Smith
ROBIN D. SMITH
Senior Trial Counsel
JOHN A. WOODCOCK
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4289 / (202) 616-5200 (Fax)
Attorneys for the Defendant United States