UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| PERTAINS TO: MRGO, Robinson (06-2268) | § | |
| | § | |

NOTICE OF HEARING

TO:   All Counsel of Record.

PLEASE TAKE NOTICE THAT, in accordance with this Court's order regarding the scheduling of substantive motions (see Rec. Doc. 13438-3, at 3), the undersigned will hear the United States of America's Motion for Partial Summary Judgment at the Courtroom of the Honorable Stanwood R. Duval, Jr., United States Courthouse at 500 Poydras Street, New Orleans, LA, 70130, on the 29th day of October, 2008 at 1:30 p.m.

New Orleans, Louisiana, this ___ day of _____, 2008.

_____
Judge Stanwood R. Duval, Jr.
Eastern District of Louisiana