UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| PERTAINS TO: MRGO, Robinson (06-2268) | § | |
| | § | |

NOTICE OF MANUAL ATTACHMENT

All pinpoint citations in the United States' Memorandum of Law In Support of Defendant's Motion For Partial Summary Judgment have been submitted by ECF. For purposes of completeness, the following exhibits are manually submitted herewith in their entirety via CD-ROM.

L. De Wit et al., Flow Modeling New Orleans - Mississippi River Gulf Outlet (Final Report) (June 23, 2008) (Ex. 10)

March 11, 2008, Hearing Transcript (Ex. 11)

C. Gautier et al., Wave Modeling New Orleans - Mississippi River Gulf Outlet (Final Report) (July 9, 2008) (Ex. 12)

Robert Bea & Rune Storesund, Technical Report No. 1: Analysis of Breaching of MR-GO Reach 2 EBSBs During Hurricane Katrina & The 'Neutral' MR-GO Hurricane Katrina Conditions (Final Report) (July 11, 2008) (Ex. 13)

Robert Bea, Declaration No. I: Engineering Forensic Studies of Performance of the Man-Made Features Bordering the Reach 2 of the Mississippi River - Gulf Outlet (MR-GO) During Hurricane Katrina (Final Report) (July 11, 2008) (Ex. 14)

Robert Bea, Declaration No. III: Engineering Forensic Studies of Performance of the Man-Made Features Bordering the Mississippi River - Gulf Outlet (MR-GO) During 'Neutral' MR-GO Hurricane Katrina Conditions (Final Report) (July 11, 2008) (Ex. 15)

M. Kok et al., Polder Flood Simulations for Greater New Orleans: Hurricane Katrina August 2005 (July 2007) (Ex. 16)

M. Kok et al., Polder Flood Simulations for Greater New Orleans: the Neutral MRGO Scenario (July 2008) (Ex. 17)

Robert Bea, Expert Report of Robert Glenn Bea, Ph.D., P.E. (July 14, 2008) (Ex. 18)

This notice of manual attachment is respectfully submitted,

>GREGORY G. KATSAS
>Assistant Attorney General
>
>THOMAS DUPREE
>Deputy Assistant Attorney General
>
>PHYLLIS J. PYLES
>Director, Torts Branch
>
>JAMES G. TOUHEY, JR.
>Assistant Director, Torts Branch
>
>  s/ Robin D. Smith
>ROBIN D. SMITH
>Senior Trial Counsel
>DANIEL M. BAEZA
>Trial Attorney
>Torts Branch, Civil Division
>U.S. Department of Justice
>P.O. Box 888
>Benjamin Franklin Station
>Washington, D.C. 20044
>(202) 616-4289 (tel.)
>(202) 616-5200 (fax)
>Robin.D.Smith@usdoj.gov
>Dan.Baeza@usdoj.gov
>Attorneys for Defendant United States

Dated: September 24, 2008