# Exhibit 1

# Flow Modeling New Orleans - Mississippi River Gulf Outlet

## Hurricane Katrina August 2005

FINAL REPORT
Scenario 1, 2A, 2B, 2C, 2D, 3

L. de Wit, B. Maaskant, M. Kok and J.K. Vrijling

23rd June 2008
Ref: LdW/1474/08202/D





# Preface

This research project has been carried out in the period January – June 2008. The objective of the project is to gain insight in the flow dynamics during Hurricane Katrina and the influence of the MRGO there on. The results depend on the data available for input and the results might change if new data comes available. In our opinion, the best available data is used.

The project team has the following members: M. Kok Ph.D. MSc. (project manager), B. Maaskant MSc. (all from Delft University of Technology) and L. de Wit MSc. (Svašek Hydraulics). Reviewer of the project is Professor J.K. Vrijling Ph.D. MSc. (Delft University of Technology).

Delft, 23rd June 2008





# Contents

**Preface**..................................................................................................**2**

**Contents**...............................................................................................**3**

**1   Introduction** ....................................................................................**4**
   1.1   General introduction ................................................................... 4
   1.2   Objectives ................................................................................. 4
   1.3   Modeling approach ..................................................................... 4
   1.4   Definition .................................................................................. 6

**2   Simulations**....................................................................................**7**
   2.1   Scenario 1: Katrina ................................................................... 7
       2.1.1   Description of Scenario ..................................................... 7
       2.1.2   FINEL model input data...................................................... 7
       2.1.3   Calibration.................................................................... 12
       2.1.4   Results......................................................................... 15
   2.2   Scenario 2C: The 'virgin' no-MRGO Scenario and a simulated Katrina storm
       with pre-Katrina MRGO levees and 40 Arpent levee crest at 6.5 ft+NAVD.............. 37
       2.2.1   Description of Scenario ................................................... 37
       2.2.2   FINEL model input data.................................................... 37
       2.2.3   Results......................................................................... 42
   2.3   Scenario 3: The maintained MRGO Scenario and a simulated Katrina storm........... 64
       2.3.1   Description of Scenario ................................................... 64
       2.3.2   FINEL model input data.................................................... 64
       2.3.3   Results......................................................................... 68
   2.4   Hydrographs, overtopping rates and discharges MRGO all Scenarios.................... 90
       2.4.1   Hydrographs all Scenarios ................................................ 90
       2.4.2   Overtopping rates all Scenarios......................................... 100
       2.4.3   Discharge at MRGO Reach 1 and 2 all Scenarios................................... 110

**3   Conclusions** .................................................................................**112**

**4   References**....................................................................................**114**

**Appendix A:   Additional Scenarios**.................................................**115**
   A.1   Scenario 2A: The 'virgin' no-MRGO Scenario and a simulated Katrina storm
       without MRGO levees with 40 Arpent levee crest at 17.5 ft+NAVD...................... 115
       A.1.1   Description of Scenario ................................................... 115
       A.1.2   FINEL model input data.................................................... 115
       A.1.3   Results......................................................................... 119
   A.2   Scenario 2B: The 'virgin' no-MRGO Scenario and a simulated Katrina storm
       without MRGO levees with 40 Arpent levee crest at 6.5 ft+NAVD ...................... 142
       A.2.1 Description of Scenario........................................................ 142
       A.2.2 FINEL model input data ....................................................... 142
       A.2.3   Results......................................................................... 146
   A.3   Scenario 2D: The 'virgin' no-MRGO Scenario and a simulated Katrina storm
       with spoil piles along the MRGO and 40 Arpent levee crest at 6.5 ft+NAVD.......... 170
       A.3.1   Description of Scenario ................................................... 170
       A.3.2   FINEL model input data.................................................... 170
       A.3.3   Results......................................................................... 174





# 1      Introduction

## 1.1      General introduction

On the morning of August 29, 2005, Hurricane Katrina struck southeast Louisiana and triggered what would become one of the worst disasters ever to befall an American city. The storm overtopped levees and floodwalls throughout southeast Louisiana and also caused the levees and floodwalls in the New Orleans area to fail or breach in more than 50 locations. Water rushed into New Orleans and flooded over 80 percent of the city - more than ten feet deep in some neighborhoods.

Flooding of the city of New Orleans was caused by several sources (or causes): breaches, overtopping (of the levees and flood control structures) and rainfall. One of the causes of the breaches might be the amplified surges generated by the Mississippi River Gulf Outlet (MRGO). The MRGO is a free-flowing man-made navigation channel connecting the Gulf of Mexico to the interior of the City of New Orleans. The MRGO project was approved by the U.S. Congress under the Rivers and Harbor Act of 1956.  Construction began in 1958 and was completed in 1965. It was authorized as a 76-mile ship channel with a 36 foot controlling depth, 500 feet wide at the bottom and 650 feet wide at the top, that would cut through the marshes of lower St. Bernard Parish and across the shallow waters of Breton Sound.

Following Hurricane Katrina, engineers and scientists noted that levees and floodwalls adjacent to the MRGO project had failed catastrophically. Other levees and floodwalls failed also, for example on the Orleans Metro drainage canals and the New Orleans East Back Levee (van Heerden and Bryan 2006 [Ref. 1], Team Louisiana 2007, ILIT 2006, IPET 2006, 2007).  The scientific question is whether linkage between proximity to the MRGO project and failures of floodwalls and levees constructed under the Lake Pontchartrain & Vicinity Hurricane Protection project (LPV) is entirely coincidental.  This study is in support of studies been undertaken by Robinson experts in the determination of the surge dynamics in the Lake Borgne funnel east of New Orleans.

## 1.2      Objectives

The objectives of this study are to better understand the flow dynamics of the surge event during Hurricane Katrina and the MRGO's impacts on the flooding. This is known as Scenario 1. A second scenario was modeled, one designed to determine the hydrodynamics of a storm such as Katrina, and its impacts, if the MRGO had not been built and there had not been wetlands destruction. The situation without MRGO, with pre-Katrina MRGO levees and the 40 Arpent levee at its pre-Katrina elevation of 6.5 ft is called Scenario 2C. In the Appendix some variations on Scenario 2 without MRGO and without the wetland destruction are included, namely Scenario 2A, 2B and 2D. Scenario 2A was run without MRGO levees and assuming the 40 Arpent levee crest at an elevation of 17.5 ft, because through the discovery process US Army Corps of Engineers officials have stated that if the Lake Pontchartrain and Vicinity (LPV) hurricane protection levees had not been built alongside the MRGO channel, then the 40 Arpent levees would have been the location of the LPV levees. Scenario 2B simulates the situation similar to Scenario 2C, but without MRGO levees. Scenario 2D is equal to Scenario 2B, but spoil piles along MRGO Reach 2 are included. Scenario 3 represents the situation if the MRGO had been maintained at authorized dimensions.

## 1.3      Modeling approach

The numerical model FINEL generates detailed information about water motion in the area of study. Our present study is focused in Southeast Louisiana being centered on Lake Borgne and the MRGO (see Figure 1.1 for the model area). Three scenario runs are executed; one simulating the actual Katrina event with the topography and geomorphology as present in early August 2005 including the MRGO channel (Reach 1 and 2); the MRGO levees and the highly degraded wetlands. The second simulation (2C) reflects the 1958 healthy wetlands conditions with a no-MRGO situation (No Reach 2, pre-MRGO GIWW/Reach 1, levees along MRGO as





Flow Modeling MRGO                                              FINAL REPORT 23rd June 2008

==highlight==before Katrina, and 40 Arpent levee as is before Katrina). The third simulation reflects the 1958 healthy wetlands conditions with a MRGO maintained at authorized dimensions (depth and width MRGO as designed, pre-Katrina levees along MRGO).== The model area for Scenario 1 and 3 includes the IHNC, MRGO Reach 1 and 2, the west part of Lake Borgne including the GIWW, the west boundary is the 40 Arpent levee (see Figure 1.1). For Scenario 2C the area between the 40 Arpent levee and Mississippi is included in the model area. In the appendix some additional Scenario 2 simulations (2A, 2B, 2D) can be found. Scenario 2A is similar to 2C, but without levees along the MRGO and the 40 Arpent levee is at 17.5 ft to represent a potential LPV levee and the grid ends at this levee. Scenario 2B is also similar to 2C, but without levees along the MRGO. Scenario 2D is similar to Scenario 2B, but with spoil piles along MRGO Reach 2. A summary of all scenarios is shown in Table 1.1.

*Table 1.1 FINEL MRGO Scenarios for hurricane Katrina conditions*

| Scenario | MRGO channel | GIWW channel | Reach 2 EBSBs | 40 Arpent Levee | Vegetation |
|---|---|---|---|---|---|
| 1 | Existing 8/2005 | Existing 8/2005 | Existing 8/2005 | Existing 8/2005 | Existing 8/2005 |
| 2C | None | Pre MRGO | Existing 8/2005 | Existing 8/2005 & grid extension to Mississippi | Pre MRGO 1958 |
| 3 | As authorized | As authorized | Existing 8/2005 | Existing 8/2005 | Pre MRGO 1958 |
| 2A | None | Pre MRGO | None | LPV authorized | Pre MRGO 1958 |
| 2B | None | Pre MRGO | None | Existing 8/2005 & grid extension to Mississippi | Pre MRGO 1958 |
| 2D | None | Pre MRGO | Spoil piles 8/1965 | Existing 8/2005 & grid extension to Mississippi | Pre MRGO 1958 |

The FINEL numerical model was developed by Svašek Hydraulics and the Fluid Mechanics section of the Civil Engineering faculty of the Delft University of Technology in the Netherlands. The model has been used for hydrodynamic simulations all over the world. The validity and calibration of the model has been extensively tested on projects such as the Western Scheldt estuary, the North Sea (the Netherlands), Dublin flooding (North Ireland), Hazira (India), Posorja (Ecuador), etc. For publications carried out with FINEL and a technical description see [Ref. 2 & 3].

The numerical flow model FINEL is based on the depth averaged equations for 2-dimensional horizontal flow, the equations of Saint Venant. In FINEL this system of equations is solved with a robust numerical finite element method, which can easily handle drying and flooding. The FINEL model is based on the same principles as the SOBEK model, which is used in the flooding study carried out in 2007 [Ref. 4]. The reason that we use the FINEL model is that the model area in FINEL is divided into a number of triangles, the so-called elements, instead of a grid consisting of squares which is used in SOBEK. The size and distribution of the triangles can vary over the grid, so complicated geometries are easily represented in the schematization and the grid can be more detailed in areas of specific interest. (See Figure 2.1). This is very important in the complex area around New Orleans, with channels which require a lot of detail adjacent to higher ground which require less.





Flow Modeling MRGO                                                    FINAL REPORT 23rd June 2008



*Figure 1.1: FINEL flow model area. Solid red line shows model area Scenario 1, 2A and 3, the dashed red line shows the extra area included in Scenario 2B, 2C and 2D.*

## 1.4   Definition

The following definitions are used in this report:

| | |
|---|---|
| Water level | Water height above or below zero NAVD88 |
| Water depth | Water height or elevation above ground level |
| IPET | Interagency Performance Evaluation Task Force |
| NOAA | National Oceanic & Atmospheric Administration |
| Grid | Computational layer in which the considered area is divided in triangular shaped elements, for each element the water motion is calculated |
| Polder or bowl | Area that is below sea level and is enclosed by an uninterrupted chain of water retaining structures, levees and/or high ground |
| MRGO | Mississippi River Gulf Outlet |
| IHNC | Inner Harbor Navigation Canal |
| GIWW | Gulf Intracoastal Water Way |
| NAVD88 | NAVD88 2004.65 datum |



6



# 2    Simulations

## 2.1    Scenario 1: Katrina

### 2.1.1    Description of Scenario

Scenario 1 is the 'Katrina real run'. The Katrina event is simulated in the FINEL model. Here the model is run to as precisely as possible mimic the physical environment immediately prior to Hurricane Katrina's landfall, and the actual Katrina storm. The Finel model allows one to better understand the hydrodynamics and interpret the various impacts of MRGO.

### 2.1.2    FINEL model input data

The FINEL model is set up to utilize the metric system, so all data is thus subsequently converted to feet. The coordinate system used in the simulations is UTM (zone 15 R). Input data that was received in longitude and latitude was translated accordingly.

**Model grid**
The model grid used in FINEL consists of triangles with varying size.  The elements are small in areas of interest and large in other areas. In this way accurate results can be obtained in an efficient way. The grid size varies from 250 m (820 ft) at Lake Borgne and the St. Bernard polder to 30 m (98 ft) in the channels. The total number of elements is approximately 152,000. See Figure 2.1 below for an impression of the model grid.









*Figure 2.1: Model grid FINEL Scenario 1. Note the grid is denser in channel areas to more accurately simulate the flow conditions.*

**Bathymetry and Topography**

The bathymetry consists of a combination of LIDAR data (land surface), bathymetry data (provided by Robinson experts), GEODAS (US government) data, the actual pre-Katrina levee heights, and the MRGO/IHNC bathymetry provided by the Robinson experts. The GIWW has the dimensions of 150 ft wide and 12 ft deep as provided by the Robinson experts. The resulting depths in the model area are shown in Figure 2.2. Note that Scenario 1 is run with the levee heights as they existed prior to Katrina without breaches; therefore the volume of water flowing into the St. Bernard polder will be an underestimation of the real volume that flowed into St. Bernard during Katrina (during Katrina there were breaches along the MRGO). The main focus of this study is the flow conditions and dynamics in the MRGO fronting of the Lake Pontchartrain and Vicinity (LPV) levees.





## 2.3    Scenario 3: The maintained MRGO Scenario and a simulated Katrina storm

### 2.3.1    Description of Scenario

Scenario 3 simulates the situation of a MRGO channel maintained at its design dimensions with the levees along the MRGO at their actual pre-Katrina heights and the Katrina storm. For all other input a situation similar to the late 1950s is envisioned:

(1)     MRGO Reach 1 and 2 are modeled as approved by the U.S. Congress under the Rivers and Harbor Act of 1956 (PL 84-455) and  authorized as a 76-mile ship channel with a 36 foot controlling depth, 500 feet wide at the bottom and 650 feet wide at the top, that would cut through the marshes of lower St. Bernard Parish and across the shallow waters of Breton Sound (USACE, 1999);

(2)     The levees along MRGO Reach 1 and 2 are input at their pre-Katrina crest elevations.

(3)     The pre-MRGO (1958) wetlands/swamps elevations and shoreline are used;

(4)     The Cypress trees originally present between the MRGO and the 40 Arpent levees have influence on the water current velocities and the wind velocities. A higher Manning's roughness is used for the  Cypress forests reflecting their greater frictional impacts on surge currents, and the wind velocities are reduced by 80% inside the Cypress forests due to the wind break/canopy effect of tall forests

### 2.3.2    FINEL model input data

The FINEL model is set up to utilize the metric system, so all data is thus subsequently converted to feet. The coordinate system used in the simulations is UTM (zone 15 R). Input data that was received in longitude and latitude was translated accordingly.

**Model grid**
The model grid used for Scenario 3 is equal to the model grid used in Scenario 1, see section 2.1.2.

**Bathymetry and Topography**
The bathymetry for Scenario 3 is modified, starting with the bathymetry of Scenario 2A, to represent the conditions prior to the construction of the MRGO together with the MRGO (Reach 1 and 2) at its design dimensions. MRGO Reach 1 and 2 have dimensions of 36 feet deep, 500 feet wide at the bottom and 650 feet wide at the top and the GIWW has the dimensions of 150 feet wide and 12 feet deep (source Robinson experts). The levees along the MRGO Reach 1 and 2 are at the actual pre-Katrina crest heights, as provided by Robinson experts. The resulting topography and bathymetry in the model area are shown in Figure 2.26.





## 2.4 Hydrographs, overtopping rates and discharges MRGO all Scenarios

### 2.4.1 Hydrographs all Scenarios

The hydrographs for all Scenarios including Scenario 2A, 2B, and 2D (Appendix) are shown in Figures 2.38 a-h. The locations of the hydrographs are given in Figure 2.37. Surge peaks in the MRGO Reach 2 for Scenario 1 are around 18 ft+NAVD88, in the MRGO Reach 1 around 16.5 ft+NAVD88, and 17.5ft+NAVD88 in the IHNC.

Scenario 2C shows surges between Scenario 1 and 2B (lower than Scenario 1 and higher than Scenario 2B). Compared with Scenario 1, the peak surge is reduced by almost 1.5 ft at Bayou Dupre to about 16.5 ft+NAVD88, by almost 1 ft at MRGO Halfway to just over 17 ft+NAVD88, and by less than 0.5 ft at Bayou Bienvenue to just under 17.5 ft+NAVD88. In Reach 1 the peak surge is lowered by up to 2 ft to 15.5 ft+NAVD88, in the south IHNC the peak surge is lowered by 3 ft to 14.5 ft+NAVD88. Surge durations are also drastically reduced by up to 2 hours (see Figure 2.28.d for example) reflecting a much lower discharge entering the IHNC. The water level conditions on Lake Pontchartrain are unchanged, so the hydrographs close by (IHNC@Seabrook and IHNC@Lake P) are similar. The peak in Scenario 2C is not delayed.

The hydrographs for Scenario 1 and 3 are almost similar; however some small differences are visible. At Lake Borgne (MRGO Reach 2 and GIWW@NOE Back Levee) the surge peak the Scenario 3 hydrograph is a tiny bit higher (increase <0.2 ft) than Scenario 1. Reason is the reduced size of the MRGO in Scenario 3 which reduces the transport capacity of water away from the peak surge at Lake Borgne. At the MRGO Reach 1 and the IHNC this mechanism is also visible, but now it works the other way. The peak surges are reduced in Scenario 3 at the MRGO Reach 1 (reduction up to 0.4 ft) and the IHNC (reduction up to 0.5 ft).

Scenario 2A shows higher peak surges than Scenario 2B, but lower than Scenario 1. Compared with Scenario 1, the peak surge is reduced by almost 1.5 ft at Bayou Dupre to about 16.5 ft+NAVD88, by 2 ft at MRGO Halfway to 16 ft+NAVD88, and by 2 ft at Bayou Bienvenue to just over 15.5 ft+NAVD88. Following the MRGO Reach 2 northeast the peak is delayed; 0 minutes at Bayou Dupre and 30 minutes at Bayou Bienvenue. Also in Reach 1 and in the south part of the IHNC the delay is 30 minutes. In Reach 1 the peak surge is lowered by 1 ft to just under 16 ft+NAVD88, in the south IHNC the peak surge is lowered by 2.5 ft to 15 ft+NAVD88. Surge durations are also drastically reduced by up to 2 hours (see Figure 2.28.d_ for example) reflecting a much lower discharge entering the IHNC as a consequence of the 'blocking action' of the cypress swamps and intact marshes. The water level conditions on Lake Pontchartrain are unchanged, so the hydrographs close by (IHNC@Seabrook and IHNC@Lake P) are similar.

Scenario 2B shows different hydrographs compared to Scenarios 1 and 3. The peak surge is delayed and lowered. The peak surge is reduced by 1.5 ft at Bayou Dupre to about 16 ft+NAVD88, by 3.5 ft at MRGO Halfway to just under 15 ft+NAVD88, and by 4 ft at Bayou Bienvenue to just under 14 ft+NAVD88. Following the MRGO Reach 2 northeast the peak is delayed; 0 minutes at Bayou Dupre and 30 minutes at Bayou Bienvenue. In Reach 1 the peak surge is lowered by 3.5 ft to 13 ft+NAVD88 and delayed by about 40 minutes. In the south IHNC the peak surge is lowered by 4.5 ft to 13 ft+NAVD88 and delayed by about 30 minutes. Surge durations are also drastically reduced by up to 2 hours (see Figure 2.28.d_ for example) reflecting a much lower discharge entering the IHNC as a consequence of the 'blocking action' of the cypress swamps and intact marshes and the overtopping of the 40 Arpent levee. The water level conditions on Lake Pontchartrain are unchanged, so the hydrographs close by (IHNC@Seabrook and IHNC@Lake P) are similar.

The hydrographs in Scenario 2D are similar to the hydrographs in Scenario 2B (difference in peak surge less than 1 ft).







*Figure 2.37: Output locations FINEL hydrographs*








*Figure 2.38a: FINEL hydrographs (line of Scenario 3 lies under Scenario 1, also the Scenarios 2 lines lie under each other)*








*Figure 2.38b: FINEL hydrographs (line of Scenario 3 lies under Scenario 1)*









*Figure 2.38c: FINEL hydrographs (line of Scenario 3 lies under Scenario 1)*

 

Flow Modeling MRGO                                    FINAL REPORT 23rd June 2008





*Figure 2.38d: FINEL hydrographs (line of Scenario 3 lies under Scenario 1)*









*Figure 2.38e: FINEL hydrographs (line of Scenario 3 lies under Scenario 1)*

 





*Figure 2.38f: FINEL hydrographs (all Scenarios are similar)*

