# Exhibit 3

# Wave Modeling New Orleans - Mississippi River Gulf Outlet

## Hurricane Katrina August 2005

FINAL REPORT

C. Gautier, M. Kok, and J.K. Vrijling

July 9th, 2008
Ref: cg/1474/08109/F




 

# Preface

This report describes numerical modeling of the waves in the Lake Borgne vicinity of New Orleans (Figure 1.1) during hurricane Katrina on August 29th, 2005. This report also describes model runs using varying scenarios of the MRGO configuration. This project was a joint effort by the Delft University of Technology and Svašek Hydraulics of the Netherlands and undertaken January-May 2008. The Client is the Law Offices of Joseph M. Bruno, New Orleans, Louisiana.




# Contents

**Preface** .................................................................................................. 3

**Contents** ............................................................................................... 4

**1   Introduction** ................................................................................... 6
   1.1   General introduction ................................................................. 6
   1.2   Objectives ................................................................................ 6
   1.3   Description of the area .............................................................. 7
   1.4   Approach ................................................................................. 8

**2   General set up SWAN simulations** ............................................... 9
   2.1   Introduction ............................................................................. 9
   2.2   Computational grids, bathymetry and boundary conditions ............. 10
   2.3   Wind and water levels .............................................................. 11
   2.4   Physical and numerical settings .................................................. 12
   2.5   Output .................................................................................... 13

**3   SWAN Scenario 1** ........................................................................ 15
   3.1   Introduction ............................................................................. 15
   3.2   Input Scenario 1 ....................................................................... 15
   3.3   Results Scenario 1 .................................................................... 15

**4   SWAN Scenario 2C** ..................................................................... 17
   4.1   Introduction ............................................................................. 17
   4.2   Sensitivity tests for influence of vegetation on waves .................... 18
   4.3   Input Scenario 2C ..................................................................... 21
   4.4   Results Scenario 2C .................................................................. 23

**5   Conclusions** ................................................................................ 25

**6   References** ................................................................................. 26

Tables

Figures




## list of figures

1.1     Location of the study area (within text)
2.1     Position of computational grids and bathymetry for A-grid
2.2     Scenario 1: Bathymetry for C, M, F and G grids [feet relative to NAVD88]
2.3     Scenario 1: Wind fields [knots] 04:00, 05:00, 06:00, 07:00, 08:00 and 09:00am
2.4.a   Scenario 1: Water level fields grid A 4:00, 5:00, 06:00, 7:00, 8:00 and 9:00am LT
2.4.b   Scenario 1: Water level fields grid M 4:00, 5:00, 06:00, 7:00, 8:00 and 9:00am LT based on ADCIRC data from Robinson experts and FINEL (de Wit, 2008).
2.5.a   WAM output locations (red dots);
2.5.b   WAM spectra on incoming wave boundary
2.6     Output locations
3.1.a   Scenario 1: SWAN results Hs [ft] and wave direction, 4:00 and 5:00 am on grid A
3.1.b   Scenario 1: SWAN results Hs [ft] and wave direction, 6:00 and 7:00 am on grid A
3.1.c   Scenario 1: SWAN results Hs [ft] and wave direction, 8:00 and 9:00 am on grid A
3.2.a   Scenario 1: SWAN results Hs [ft] and wave direction, 4:00 and 5:00 am on grid M
3.2.b   Scenario 1: SWAN results Hs [ft] and wave direction, 6:00 and 7:00 am on grid M
3.2.c   Scenario 1: SWAN results Hs [ft] and wave direction, 8:00 and 9:00 am on grid M
3.3.a   Scenario 1: SWAN results Hs [ft] and wave direction, 4:00 and 5:00 am on grid MFG
3.3.b   Scenario 1: SWAN results Hs [ft] and wave direction, 6:00 and 7:00 am on grid MFG
3.3.c   Scenario 1: SWAN results Hs [ft] and wave direction, 8:00 and 9:00 am on grid MFG
3.4.a   Scenario 1: SWAN results peak wave period Tp [s], 4:00 and 5:00 am on grid A
3.4.b   Scenario 1: SWAN results peak wave period Tp [s], 6:00 and 7:00 am on grid A
3.4.c   Scenario 1: SWAN results peak wave period Tp [s], 8:00 and 9:00 am on grid A
3.5.a   Scenario 1: SWAN results peak wave period Tp [s], 4:00 and 5:00 am on grid M
3.5.b   Scenario 1: SWAN results peak wave period Tp [s], 6:00 and 7:00 am on grid M
3.5.c   Scenario 1: SWAN results peak wave period Tp [s], 8:00 and 9:00 am on grid M
3.6.a   Scenario 1: SWAN results peak wave period Tp [s], 4:00 and 5:00 am on grid MFG
3.6.b   Scenario 1: SWAN results peak wave period Tp [s], 6:00 and 7:00 am on grid MFG
3.6.c   Scenario 1: SWAN results peak wave period Tp [s], 8:00 and 9:00 am on grid MFG
3.7     Scenario 1: Wave energy spectra t3 (8am).
3.8.a   Scenario 1: SWAN computed wave spectra on rays 1-6, 4:00 and 5:00 am
3.8.b   Scenario 1: SWAN wave spectra for rays 1-6, 6am till 9am
3.9.a   Output locations for additional spectra
3.9.b:  Scenario 1: SWAN wave spectra for 8 locations and 6 time steps
3.10.a-l:   Scenario 1: SWAN wave parameters on rays
4.1     Decay of incident wave height as function of propagation distance through light vegetation (SWAN results and analytical model)
4.2     Friction coefficients applied in SWAN tests (within text)
4.3     Results SWAN tests for influence friction on waves
4.4     Scenario 2C: Bathymetry for C, M, F and G grids
4.5     Impression of cypress trees in swampy areas (within text)
4.6     Scenario 2C: Applied friction coefficient for SWAN computations
4.7     Scenario 2C: Example reduced wind field [knots] 7 am for version g
4.8     Scenario 2C: Surge water level fields based on data from FINEL and ADCIRC
4.9.a   Scenario 2C version i: SWAN results wave height [ft] and wave dir 4-5am grid MFG
4.9.b   Scenario 2C version i: SWAN results wave height [ft] and wave dir 6-7am grid MFG
4.9.c   Scenario 2C version i: SWAN results wave height [ft] and wave dir 8-9am grid MFG
4.10    Scenario 2C version g&h: SWAN results wave height [ft] and wave dir 8am grid MFG
4.11.a  Scenario 2C version i: SWAN results peak wave period [s] 4-5am grid MFG
4.11.b  Scenario 2C version i: SWAN results peak wave period [s] 6-9am grid MFG
4.12.ab Scenario 2C version g: SWAN wave parameters on rays at 8 am
4.12.cd Scenario 2C version h: SWAN wave parameters on rays at 8 am
4.12.ef Scenario 2C version i: SWAN wave parameters on rays at 8 am




# 1      Introduction

## 1.1    General introduction

On the morning of August 29, 2005, Hurricane Katrina struck southeast Louisiana and triggered what would become one of the worst disasters ever to befall an American city. The storm overtopped levees and floodwalls throughout southeast Louisiana and also caused the levees and floodwalls in the New Orleans area to fail or breach in more than 50 locations. Water rushed into New Orleans and flooded over 80 percent of the city - more than ten feet deep in some neighborhoods.

Flooding of the city of New Orleans originated from several sources (or causes): breaches, overtopping (of the levees and flood control structures) and rainfall. The breaches were, among others, caused by waves. This is the topic of this report. The complex wave field generated during Hurricane Katrina in Lake Borgne that would have impacted the Mississippi River Gulf Outlet (MRGO) would have consisted of two basic kinds of waves reflecting their source; one group being the ocean swells generated offshore that would have long periods and could possibly have reached the MRGO Reach 2; and the second type waves generated locally in Lake Borgne as a result of the wind blowing across the lake. The ocean swells would have periods of up to 16 seconds between crests, while the wind generated waves would have expected periods between 3 and 7 seconds. The ocean swells would be somewhat reduced in height and possible totally assimilated by the wind-generated waves as they crossed the wetlands between the coast and Lake Borgne while the wind waves heights would be related to the fetch (distance over which the wind blows) and wind direction. Both wave types would have a limiting maximum height based on the depth of water the waves would be traversing (frictional drag of the bottom).

What is lacking in Louisiana is real wave data during the passage of major hurricanes. During Katrina, other than some questionable wave data collected in Lake Pontchartrain, no data exists in the nearshore and especially in water bodies such as Lake Borgne. This necessitates the use of wave simulation models to try to decipher what happens in the MRGO during passage of major hurricanes.

Additionally, one of the main factors which was not known until now was the influence of waves on the erosion of the levees along the Mississippi River Gulf Outlet (MRGO). This present report describes model runs for two different scenarios each depicting a variation on the configuration of the MRGO and funnel area. The main body of the report covers runs performed with surge surfaces generated by a combination of ADCIRC data from the Robinson experts, and FINEL data from de Wit (2008). Additional runs are presented in the appendices.

The numerical wave model SWAN is used to characterize the wave hydrodynamic conditions along the GIWW and MRGO during Hurricane Katrina. The flow simulations of the surge (Kemp 2008) and currents (De Wit et al, 2008) are described elsewhere in the Levee Litigation's Team submissions to the court.


## 1.2    Objectives

The SWAN model was used to derive wave spectra on Lake Borgne and more specifically along the MRGO Reach 2 that were generated during hurricane Katrina, August 2005. The




wave spectra are being used to assess the impact of the presence of the deep, wide and unmaintained MRGO channel during hurricane Katrina on the Lake Pontchartrain and Vicinity (LPV) flood protection structures along the MRGO.



Figure 1.1: Location of the study area.

## 1.3   Description of the area

The MRGO is situated in Louisiana (USA) and connects New Orleans with the Gulf of Mexico, just east of the Mississippi River. The area of interest, indicated by the red oval in Figure 1.1, is Reach 2 of the MRGO. This is an area where the LPV levees were extensively damaged by waves and some miles destroyed during hurricane Katrina.

The MRGO, excavated in the 1950's and early 1960's is approximately 2000 ft wide (Van Heerden et al, 2007) and has a water depth of circa 40 ft (relative to NAVD88). The land between New Orleans and the Gulf mainly consists of swamps. During Katrina the high surge water levels associated with levee breaches inundated large areas.

As pointed out earlier the waves developed in the MRGO are a combination of locally generated wind waves and deep ocean swell penetrating from the Gulf onto the canal. The latter is strongly dependent on the distance from the Gulf and the strength and direction of the wind field during the storm.

 

## 1.4    Approach

The SWAN wave model is used to simulate the waves during Katrina. SWAN computes on a grid how waves generate, dissipate and propagate under the influence of wind, bathymetry, water levels, currents and incoming waves. See Appendix A for a brief explanation on SWAN. The input data provided by the client was converted into a SWAN compatible format. Output is given for a number of pre described output locations in the area of interest.

For this study, SWAN version 40.51AB is used in the stationary mode. The assumption was made that the winds and surge vary slowly enough for the waves to reach equilibrium. IPET in their Volume IV, appendix 4 (page IV-4-31) [ref 1] come to the same conclusion. It is concluded that the steady-state solution is adequate for the simulations.

In the main body of this report two scenarios are presented:
Scenario 1:     Katrina real run (base case)
Scenario 2C:    Katrina "neutral MRGO" conditions
                This scenario is simulated in three different ways to assess the sensitivity for various vegetation options

In the appendices the following additional runs are presented:
Scenario 2A:    Katrina "neutral MRGO" without levees, 40 Arpent levee at 6.5ft (App B)
Scenario 2B:    Katrina "neutral MRGO" without levees, 40 Arpent levee at 17.5ft (App C)
Scenario 3:     Katrina "neutral MRGO" with original dimensions (Appendix D)




# APPENDIX E:    Scenario 3 "MRGO-as-designed scenario"

## E.1 Introduction Scenario 3

This chapter deals with Scenario 3, the "MRGO-as-designed scenario". We run a Katrina storm with a scenario run modified with a MRGO channel as originally designed.

Scenario 3 consists of the Katrina storm in combination with:
- the MRGO levees along their current alignment at their pre-Katrina elevations,
- the MRGO channel (Reach 1 and reach 2) at its authorized width, depth, and alignment and with
- the pre-MRGO (1958) wetlands/swamps (incl trees where they used to be) and shoreline.

The authorized dimensions of the MRGO, as originally designed, refer to a bottom width of 500 ft, slopes 1:2 and a depth of 36 ft.

## E.2 Input Scenario 3

The position and resolution of the computational grids is equal to those in Scenario 1. Also the wave boundary conditions, numerical settings, output locations and most physical settings are the same. Since the difference between the scenarios are limited to the area within computational grid C, the Scenario 1 results on the base grid (A) are valid for Scenario 3 too.

Input for Scenario 3 that differs from Scenario 1:
- Bathymetry
- Bottom friction
- Wind
- Water levels

**Bathymetry Scenario 3**

The bathymetry for Scenario 3 consists of the Scenario 2A-bathymetry to which the MRGO at its design dimensions is added. MRGO Reach 1 and 2 have dimensions of 36 feet deep, 500 feet wide at the bottom and 650 feet wide at the top, as provided by the Robinson experts.

The levees along the MRGO Reach 1 and 2 are at the actual pre-Katrina crest heights, as provided by the Robinson experts. These were also present in the bathymetry of Scenario 1.

The GIWW has the dimensions of 150 feet wide and 12 feet deep (similar as in Scenario 1), as provided by the Robinson experts.

The resulting depths in the model area are shown in Figure E1. The adjusted bathymetry for Scenario 3 is only included in computational grids C, M, F and G.




**Bottom friction Scenario 3**

In Scenario 3 the Cypress forest south west of Lake Borgne is included albeit that it is cut by the MRGO. Where trees are present, the bottom friction coefficient is raised from 0.015 to 2.0 (see also explanation for bottom friction of Scenario 2C and Figure 4.5). The marshes have a friction coefficient of 0.49. In the MRGO and on its levees we did not include any vegetation ; hence the friction coefficient is 0.015 here.

There are three different values for the friction coefficient (Cfr=stem rigidity * Diameter [m] * number/$m^2$ * Height [m]):
- Cypress forest            Cfr= 0.9      * 0.5   *      0.9    *     5      = 2.0
- Spartina (moderate)       Cfr= 0.5      * 0.01  *      49     *     2      = .49
- Flat (Lake, Channel, Ocean)   Cfr= 0.015 (SWAN's default value)

The perimeter of the Cypress forest is as we received it from the Robinson experts (Ivor van Heerden), see Figure 4.5. The larger bottom friction is only included in computational grids M and F. Figure E2 shows the friction coefficient as input for the SWAN computations.

**Wind Scenario 3**

Inside the cypress forest the influence of the wind is reduced by the trees. Therefore the wind velocities are reduced by 80% (percentage provided to us by the Robinson experts) inside Cypress forests. Along the MRGO channel, the wind is not reduced, which makes the wind for this scenario different from Scenario 2A/B/C.

The reduced wind is only included in computational grids M and F. Figure E3 shows the wind velocities as input for the SWAN computations. The resolution of the wind file for Scenario 3 is 500 m x 500 m (1640 ft x 1640 ft) which is twice as fine as in Scenario 1.

**Water levels Scenario 3**

The water level data consists of non-uniform data fields based on the combination of ADCIRC S08 simulations for Scenario 3 performed by the Robinson experts and FINEL simulations for Scenario 3 (Wit, de 2008). The water levels for Scenario 3 are only included in computational grids M, F and G. Figure E.4 shows the water levels as input for the SWAN computations.

### E.3 SWAN results Scenario 3

**General**

NB:
When comparing the results of Scenario 3 with other scenarios one should keep in mind that the output locations have the same coordinates, but not necessarily the same elevation. The names "levee", "toe" etc are based on Scenario 1.

In Scenario 3 the MRGO has its authorized dimensions which are smaller than its actual size. The Cypress forest is present south west of Lake Borgne. The levees are in place.

Scenario 1 revealed that the waves grow as they cross the MRGO; we expect smaller waves in Scenario 3 as the MRGO is narrower. Also the trees and marh vegetation will dampen the waves since they reduce the wind velocity and physically obstruct the waves. The water




34

levels of Scenario 3, using a combination of FINEL and ADCIRC output, are more or less similar to the ones from Scenario 1.

**Scenario 3: SWAN results at output locations**

Tables E1.a and b present the significant wave height, peak period, wave direction and water level for a few locations on the seven output rays. On the levee the significant wave height of Scenario 3 is roughly 1 ft less than of Scenario 1. The maximum significant wave height at a levee output location is 6.0 ft on location 1. The maximum period occurs on locations 1,2,6 and is 4.2 s.

**Scenario 3: 2d-overview of significant wave height - Hs**

Figures E5.a-c show 2d-plots of the significant wave height. One can recognize the MRGO with higher waves and the Cypress trees with lower waves. The larger waves on the MRGO are present over a narrower width than in Scenario 1.

**Scenario 3: 2d-overview of peak wave period - Tp**

Figure E6a-c shows 2d-plots of the peak period. The period varies between circa 3 and 7 seconds. On 8 am the wave periods are highest.

**Scenario 3: Wave parameters along the rays**

Figures E7a-b present the wave parameters (including bottom friction coefficient and water levels) along the seven rays in the area of interest at 8:00 am local time.

The location of the rays can be found in Figure 2.6. The colored dots have the same position as the ones in Scenario 1, but since the MRGO has been changed in Scenario 3, their vertical elevation is different. One can see that the cross section of the MRGO is smaller than in Scenario 1.

The variation in friction coefficient depends on the presence of the vegetation causing additional friction. One can see that the wave height reduces as the friction coefficient increases.

