# Exhibit 4

# Technical Report No. I.

# Analyses of Breaching of MR-GO Reach 2 EBSBs During Hurricane Katrina & The 'Neutral' MR-GO Hurricane Katrina Conditions

Report to

**Katrina Canal Breaches Consolidated Litigation**

[Civil Action Number: 05-4182 "K" (2)]

United States District Court

Eastern District of Louisiana

Pertains to MR-GO, Robinson

[No. 06-2268)

By

Dr. Robert Bea and Rune Storesund

**Risk Assessment and Management Services**

Moraga, California

July 11, 2008

In addition to EBSB configuration and elevation information, Aerial LiDAR is also useful to identify the presence of vegetation that may reduce the height of wind-generated storm waves onto the EBSB.  At locations where the vegetation is higher than the maximum wave elevation, significant damping is expected to occur.  The degree of vegetation at this site was moderate, so a moderate degree of damping is likely to have occurred at this site during the actual passing of Hurricane Katrina.  Standard numerical modeling analyses, however, do not directly capture damping effects of the vegetation and additional research and development is required to refine these analyses.



Figure 35:  A view of the raw LiDAR data points showing vegetation on either side of the MR-GO EBSB in the vicinity of Station 497+00.



Figure 36: A cross sectional view of the EBSB section at Station 497+00. Note the height of the vegetation on the inboard and outboard sides of the EBSB.

Figures 35 and 36 provide a view of the raw Aerial LiDAR scans performed near Station 497+00. Figure 35 is an aerial oblique view that is color coded based on elevation. Red colors are low elevation and blue colors are higher elevations. Figure 36 provides a cross sectional view of the EBSB. Note the heights of the vegetation on the outboard side of the EBSB. Some patches of vegetation are actually higher than the crest of the EBSB, implying some degree of wave attenuation as the waves pass from the open Lake Borgne region towards the hurricane protection 'levee.'

## VI.  HYDRODYNAMIC LOADING

Hydrodynamic loading considered for these analyses were based on studies by de Wit et al (2008), Gautier et al (2008a, 2008b). Two scenarios were considered for wave-induced erosion analyses in this report; the first (Scenario 1), modeled the actual conditions along the Lake Borgne/MR-GO region at the time of Hurricane Katrina and the second scenario (Scenario 2C, also referred to as Scenario 2Ci in some figures) considered a Neutral MR-GO with no navigation channel and no degradation of the wetlands and surrounding marshes at the time of Hurricane Katrina.  Scenario 3 (not evaluated in this study) was an analysis to calculate

hydrodynamics in the Lake Borgne/MR-GO region assuming that the MR-GO navigation channel was constructed and the original wetlands/marshes were in perfect condition, with no reduction in spatial extents from the documented 1956 wetland/marsh conditions.

Hydrodynamic information for Scenario 1 and Scenario 2C was provided (de Wit et al., 2008; Gautier et al., 2008a; 2008b) on an hourly basis between 0400 (CDT) and 0900 (CDT). The study site (Station 497+00) is described as Location 3 in the de Wit et al (2008), Gautier et al (2008a, 2008b) reports.

The simulations performed in this study used one-hour time steps, with interpolated hydrodynamic values between the hourly reported values used to approximate wave-induced erosion on the flood face of the MR-GO EBSBs. For example, the reported hydrodynamic values at 0400 (CDT) and 0500 (CDT) were used to calculate interpolated hydrodynamic values at 0530 (CDT). The interpolated hydrodynamic values at 0530 (CDT) were then used to simulate wave-induced erosion between 0400 and 0500 (CDT). Storm surge elevations were based on FINEL models (Gautier et al., 2008a; 2008b), not ADCIRC models. Table 3 presents a summary of the hydrodynamic values used in the Scenario 1. The values in italics were hydrodynamic values from Gautier et al (2008a) used to interpolate the simulation hydrodynamics (on the half-hour).

Table 3:  Summary of Scenario 1 Hydrodynamic Values at Station 497+00 (Actual MR-GO)

| Time (CDT) | Storm Surge (ft) NAVD88 | Significant Wave Height (ft) | Wave Period (s) | Overtopping (ft³/s/ft) |
|---|---|---|---|---|
| *0400* | *9.2* | *1.9* | *3.8* | *0.0* |
| 0430 | 10.1 | 2.0 | 4.0 | 0.0 |
| *0500* | *11.0* | *2.1* | *4.2* | *0.0* |
| 0530 | 12.0 | 2.7 | 4.5 | 0.0 |
| *0600* | *13.0* | *3.3* | *4.7* | *0.0* |
| 0630 | 14.2 | 4.1 | 4.9 | 0.0 |
| *0700* | *15.4* | *4.9* | *5.1* | *0.0* |
| 0730 | 16.6 | 5.5 | 5.4 | 0.2 |
| *0800* | *17.8* | *6.0* | *5.6* | - - - |
| 0830 | 16.1 | 4.8 | 5.2 | 0.2 |
| *0900* | *14.3* | *3.6* | *4.7* | - - - |

Table 4 presents a summary of the hydrodynamic values used in the Scenario 2C simulations. The values in italics were hydrodynamic values from Gautier et al (2008b) used to interpolate the simulation hydrodynamics (on the half-hour).