# Exhibit 5

## Declaration No. I.

# ENGINEERING FORENSIC STUDIES OF PERFORMANCE OF THE MAN-MADE FEATURES BORDERING THE REACH 2 OF THE MISSISSIPPI RIVER-GULF OUTLET (MR-GO) DURING HURRICANE KATRINA

Report to

**Katrina Canal Breaches Consolidated Litigation**

[Civil Action Number: 05-4182 "K" (2)]

United States District Court

Eastern District of Louisiana

Pertains to MR-GO, Robinson

(No. 06-2268)

By

Dr. Robert Bea

**Risk Assessment and Management Services**

Moraga, California

July 11, 2008

*Hurricane Katrina Hydrodynamic Conditions*

36.     Table 1 summarizes the principal conditions and characteristics that were integrated into the Hurricane Katrina surge, current, and wave analytical models developed by Wit et al 2008, and Gautier et al 2008 to serve as input for analyses of the performance characteristics of the MR-GO Reach 2 man-made hurricane flood protection structures. Scenario 1 is for the Hurricane Katrina 'as was' conditions. The Scenario 2-series and Scenario 3 are for various elements associated with a hurricane 'Neutral' MR-GO. The term 'Vegetation' in Table 1 refers to the existing vegetation associated with the MR-GO environment at the time of Hurricane Katrina and with the environment for 'Neutral' MR-GO conditions.

Table 1: Summary of simulation Scenarios for characterization and description of MR-GO Reach 1 and Reach 2 Hurricane Katrina surge, current, and wave characteristics.

| Scenario | MR-GO channel | GIWW channel | Reach 2 EBSBs | 40 Arpent Levee | Vegetation |
|---|---|---|---|---|---|
| **1** | **Existing 8/29/2005** | **Existing 8/29/2005** | **Existing 8/29/2005** | **Existing 8/29/2005** | **Existing 8/29/2005** |
| 2A | None | Pre-construction | None | LPV authorized & no flow past | Pre-construction |
| 2B | None | Pre-construction | None | Existing 8/2005 & flow to Miss. River | Pre-construction |
| **2C 'Neutral' MR-GO** | **Pre-construction** | **Pre -construction** | **Existing 8/29/2005** | **Existing 8/29/2005** | **Pre-construction** |
| 2D | None | Pre-construction | Existing 9/9/1965 | Existing 8/29/2005 | Pre-construction |
| 3 | As authorized | As authorized | Existing 8/29/2005 | Existing 8/29/2005 | Pre-construction |

37.    These 'Neutral' MR-GO Hurricane Katrina Conditions were analyzed to help determine how the design, construction, operation, and maintenance of the MR-GO affected the performance of the man-made flood protection structures during Hurricane Katrina (Bea 2008). The 'base case' for the 'Neutral' MR-GO Hurricane Katrina Conditions is identified in Table 2 as Scenario 2C. The other Scenario 2 and Scenario 3 analyses are intended to provide insights into the affects of the MR-GO design, construction, operation, and maintenance parameters important to the performance characteristics of the man-made structures associated with Reach 1 and Reach 2.

38.    The 'Neutral' MR-GO Hurricane Katrina Conditions assessment is based on the contention that the Congressionally authorized MR-GO navigation project should 'do no harm' to the environment and to the man-made hurricane flood protection structures that defend this region from hurricane flooding.  Thus, if there would be negative effects of the MR-GO that would have substantial deleterious effects on these elements, then it was incumbent that the USACE properly address and mitigate these negative effects. Such negative effects as destruction and degradation of the natural hurricane flood protection features (barrier beaches, land bridges, marshes, wetlands, swamps, salinity increases resulting in degradation of vegetation and habitats) and those associated with constructed works (e.g. protective berms for flood protection levees and other man-made structures, channel water flow increasing surge elevations, channel effects increasing hurricane waves and currents and channel induced erosion of both natural and man-made flood protection elements) have been addressed in development of the 'Neutral' MR-GO Hurricane Katrina Conditions addressed in this Declaration.

39.     The negative effects of the MR-GO could have and should have been addressed by mitigating elements applied directly to the MR-GO channel itself and to the adjacent man-made flood protection structures. It was incumbent on the USACE to address these potential environmental effects in the MR-GO environmental impact statement (USACE 1976). The scientific and engineering technology, although not as well developed as today, did exist to properly address these effects (see Appendix B in Declaration by Robert Glenn Bea dated September 17, 2007; USACE 1975; Bretschneider and Collins 1966; Woolley and Shabman 2008; Colten 2006; ILIT 2006; Team Louisiana 2007; Coastal Environments 1984; Arnold 2007, 2008). In fact, the history of the development of the MR-GO project (*MR-GO Timeline 1722 A.D. – Present*, Katrina Consolidated Litigation Committee, 2008) clearly shows that the USACE was aware of and in fact did consider many of the critical negative impacts. It is also clear, that preoccupations with continued development of navigable waterways, budgets, and schedules led to decisions not to mitigate these important impacts. Today, MR-GO channel mitigations are being developed and evaluated by the USACE as part of the *Mississippi River Gulf Outlet Deep-Draft De-Authorization Report* to Congress (USACE 2008a), the *Louisiana Coastal Protection and Restoration Project* (LCPRA, USACE 2008b), and the MR-GO Reach 2 man-made flood protection structures mitigations included in the *Hurricane and Storm Damage Reduction System Design Guidelines* (USACE 2008c). Potential channel mitigating measures include placing barriers or gates at the Gulf of Mexico – MR-GO entrance, at the intersection of the MR-GO with the GIWW, and at the IHNC (Seabrook), restoring natural protective features (barrier beaches, wetlands, marshes, swamps), providing armoring of channel banks, and provision of foreshore protection to protect the EBSB and other similar levee alignments.