# Exhibit 6

# Declaration No. III.

# ENGINEERING FORENSIC STUDIES OF PERFORMANCE OF THE MAN-MADE FEATURES BORDERING THE MISSISSIPPI RIVER – GULF OUTLET (MR-GO) DURING 'NEUTRAL' MR-GO HURRICANE KATRINA CONDITIONS

Report to

**Katrina Canal Breaches Consolidated Litigation**

[Civil Action Number: 05-4182 "K" (2)]

United States District Court

Eastern District of Louisiana

Pertains to MR-GO, Robinson

(No. 06-2268)

By

Dr. Robert Bea

**Risk Assessment and Management Services**

Moraga, California

July 11,  2008

**Performance of Reach 1 and Reach 2 Hurricane Flood Protection Structures During 'Neutral' MR-GO Hurricane Katrina**

*Summary of Hurricane Katrina Surge, Current and Wave Conditions as Affected by MR-GO – The 'Neutral' MR-GO Hurricane Katrina Conditions*

59.     An extensive study has been performed by Kemp (2008), Kemp and van Heerden (2008), Wit, et al (2008), and Gautier, et al (2008) of the Hurricane Katrina surge, current and wave conditions as affected by the design, construction, and maintenance of the MR-GO. Extensive data development and analytical efforts were made to develop realistic 'baseline' conditions and characteristics that would allow realistic descriptions and characterizations of the Hurricane Katrina 'as-was' surge, current, and wave characteristics. These conditions, characteristics, and descriptions are identified by Wit, et al (2008) and Gautier, et al (2008) as Scenario 1.

60.     In addition, extensive data development and analytical efforts were made to develop realistic conditions and characteristics that would allow accurate descriptions of the Hurricane Katrina 'could have been' surge, current, and wave characteristics. These 'could have been' characteristics were intended to identify how the design, construction, and maintenance of the MR-GO and the associated natural and man-made features affected the Hurricane Katrina surge, current, and wave conditions. The 'Neutral' MR-GO Conditions are identified as Scenario 2C. There are three sub-cases that represent the 'best estimate', 'lower bound', and 'higher bound' conditions, respectively. The best estimate condition will be referred to as Scenario 2C. This approach enables recognition of 'natural' and 'modeling' uncertainties (Bea 2007a, 2006). Parametric studies of the effects of different elements that comprise these conditions, characteristics, and descriptions are identified by Wit, et al (2008) and Gautier, et al (2008) as Scenarios 2A-2D and 3.

61.     Table 2 summarizes the principal conditions and characteristics integrated into the Hurricane Katrina surge, current, and wave analytical models.

Table 2: Summary of simulation Scenarios for characterization and description of MR-GO Reach 1 and Reach 2 Hurricane Katrina surge, current, and wave characteristics

| Scenario | MR-GO channel | GIWW channel | Reach 2 EBSBs | 40 Arpent Levee | Vegetation |
|---|---|---|---|---|---|
| **1** | **Existing 8/2005** | **Existing 8/2005** | **Existing 8/2005** | **Existing 8/2005** | **Existing 8/2005** |
| 2A | None | Pre MR-GO | None | LPV authorized & no flow past | Pre MR-GO 1958 |
| 2B | None | Pre MR-GO | None | Existing 8/2005 & flow to Miss. River | Pre MR-GO 1958 |
| **2C 'Neutral' MR-GO** | **Pre-construction** | **Pre MR-GO** | **Existing 8/2005** | **Existing 8/2005** | **Pre MR-GO 1958** |
| 2D | None | Pre MR-GO | Existing 8/1965 | Existing 8/2005 | Pre MR-GO 1958 |
| 3 | As authorized | As authorized | Existing 8/2005 | Existing 8/2005 | Pre MR-GO 1958 |

62.     These 'Neutral' MR-GO Conditions were studied to help determine how the design, construction, and maintenance of the MR-GO affected the performance of the man-hade hurricane flood protection structures during Hurricane Katrina. The 'base case' for the 'Neutral' MR-GO Hurricane Katrina conditions is identified in Table 2 as Scenario 2C. The other Scenario 2 and Scenario 3 analyses are intended to provide insights into the affects of the MR-GO design, construction, and maintenance parameters important to the performance characteristics of the man-made structures associated with Reach 1 and Reach 2.

63.     The 'Neutral' MR-GO Hurricane Katrina assessment is based on the assumption that the Congressionally authorized MR-GO project should 'do no harm' to the environment and

to the man-hade hurricane flood protection structures that defend this region from hurricane flooding.  Thus, it is further assumed that if there would be negative effects of the MR-GO that would have substantial deleterious effects on these elements, then it was incumbent that the USACE properly address and mitigate these negative effects.  Such negative effects as destruction and degradation of the natural hurricane flood protection features, salinity increases resulting in degradation of vegetation (marshes, swamps, wetlands, forests) both natural and associated with other constructed works (e.g. protective berms for flood protection levees and other man-made structures), water flow increases resulting in increases in surge elevations and durations above critical elevations, channel effects resulting in increases in the intensity of the hurricane waves and currents and in erosion of both natural and man-hade hurricane flood protection elements have been addressed in development of the 'Neutral' MR-GO Hurricane Katrina conditions addressed in this declaration.

64.     The primary locations identified for outputs from the analytical models are shown in Figure 32. Based on the analytical results provided by Wit, et al (2008), the surge hydrographs associated with these locations are summarized in Figure 33. These surge hydrographs are based on retaining the man-hade hurricane flood protection structures in their pre-Katrina conditions – there is no breaching, only overtopping.