# Exhibit 7

# Polder Flood Simulations for Greater New Orleans

## Hurricane Katrina August 2005

July 2007




# Polder Flood Simulations for Greater New Orleans

## Hurricane Katrina August 2005

M. Kok, M. Aalberts, B. Maaskant and L. de Wit

July 30, 2007




# Preface

The objective of the project is to discern the contributions of various water inputs that combined led to the flooding of the three polders that comprise Greater New Orleans (GNO) during hurricane Katrina August 2005. State-of-the art computer models are used to assess these contributions. Like all computer models simulations, the output quality is dependent upon the input parameters and accuracy of the base grid. Our team has endeavored to use the best available data in this simulation.

The project team consists of M. Kok Ph.D. MSc. (project manager), B. Maaskant MSc, M. Aalberts BSc (all from the Delft University of Technology, Netherlands) and L. de Wit MSc (Svasek B.V., Netherlands). The project was independently reviewed by Professor J.K.Vrijling MSc (Delft University of Technology).

Delft July 30, 2007.




i

# Contents

1  Introduction ............................................................................................................... 1
    1.1 Hurricane Katrina ................................................................................................ 1
    1.2 Objectives ........................................................................................................... 1
    1.3 General modelling approach ............................................................................... 1
    1.4 Definitions ........................................................................................................... 3
2 Input data and Model setup ........................................................................................ 4
    2.1 Assumptions ........................................................................................................ 4
    2.2 Data ..................................................................................................................... 4
    2.3 General Model setup ........................................................................................... 6
3 Orleans Metro ............................................................................................................ 9
    3.1 Calibration of the model ..................................................................................... 9
    3.2 What-if scenarios .............................................................................................. 17
4 New Orleans East ..................................................................................................... 26
    4.1 Calibration of the model ................................................................................... 26
    4.2 What-if scenarios .............................................................................................. 32
5 Saint Bernard ........................................................................................................... 37
    5.1 Calibration of the model ................................................................................... 37
    5.2 What-if scenarios .............................................................................................. 43
5 Conclusions .............................................................................................................. 51
6 References ................................................................................................................ 52




# 1  Introduction

## 1.1 Hurricane Katrina

On the morning of August 29, 2005, Hurricane Katrina struck southeast Louisiana and triggered what would become one of the worst disasters ever to befall an American city. The storm overtopped levees and floodwalls throughout southeast Louisiana and also caused the levees and floodwalls in the New Orleans area to fail or breach in more than 50 locations. Water rushed into New Orleans and flooded over 80 percent of the city - more than ten feet deep in some neighborhoods [9].

Flooding of the city of New Orleans was caused by several sources (or causes): breaches, overtopping (of the levees and flood control structures) and rainfall. The question to be addressed in this report is to determine the relative contribution of the flooding sources for selected sites within each polder or bowl.

## 1.2 Objectives

The objectives of this research project include:
1. The use of computer models to generate flood simulations for the three polders or bowls (Orleans Metro bowl, New Orleans East bowl, and St Bernard bowl) that comprise the greater New Orleans area, utilizing the best available input data;
2. The assessment of the relative contribution of the main causes of flooding (breaches, overtopping, and rainfall) in the three polders utilizing water depth graphs (hydrographs) for selected locations.

## 1.3 General modelling approach

The flooding of New Orleans is simulated with the dedicated software package Sobek-1D2D [7]. Sobek-1D2D was developed by WL-Delft Hydraulics and is used worldwide in flood simulations. It has proved to be a reliable and stable program to simulate floods. It is the standard model used in the Netherlands for flood simulation [6]. Flooding is simulated with a combination of 1D (one-dimensional) and 2D (two-dimensional) elements; canals and boundaries are modeled as 1D elements and the flooding itself is modeled as a 2D process. Sobek-1D2D uses the robust numerical Delft Scheme to model the water motion (equations of Saint Venant) in the 1D and 2D elements. The results show detailed spatial information about water levels, velocities and rise rates over time and arrival times at desired locations.

The flooding of New Orleans is simulated in the three bowls (figure 1.1 - Orleans Metro bowl, New Orleans East bowl and St Bernard bowl) with three separate and independent model grids and simulations utilizing the Sobek1D2D computer flooding model.

 

Flood simulations Greater New Orleans                                                    July 2007



*Figure 1.1 The three bowls that comprise Greater New Orleans.*

In general, the following approach was used. First, a grid data base model of the three polders was built. Two pumping stations in the Orleans Metro bowl are included in the model, because they were (partly) functioning during Katrina. Next, calculations with the three models were made using all sources of the flooding, and the results calibrated using available data of the flooding (mainly eye witness reports). The next step was the creation of 'what-if scenarios', for example what would have happened without the breaches, and so on. The following sources of the flooding are taken into account for the three bowls:
- Rainfall and pumping stations
- Overtopping of the levees and flood control structures
- Breaches of levees and/or floodwalls.

We have chosen to present the results at specific locations (sites). However, the model results are available for all sites. The impact of all scenarios was assessed with the Delft1D2D model, with one exception. The impact of the scenario "only rainfall and 100% pumps available" was assessed using a spreadsheet model, which includes rainfall and the capacities of the pumping stations.  The Delft1D2D model is able to include the sewage system and the pumping stations, but this could not be accomplished within the deadline as indicated by counsel.






*Figure 4.4 Comparison model simulated and IPET flood hydrographs, New Orleans East bowl.*

As discussed previously, in extreme events such as Katrina it is difficult if not impossible to get direct measurement of some input data such as water levels at the time of a breach, especially right at the breach location. However, the differences between the computer model results and the calibration data are fully acceptable. For the purpose of this study the model results are very credible.

## 4.2 What-if scenarios

In this paragraph several "what-if scenarios" for the New Orleans East bowl will be presented. These scenarios will provide more information on the contribution to the flood by the different causes of the flood, like overtopping versus rainfall versus breaching and so on.

Five (5) different scenarios were modeled for the New Orleans East bowl, namely:
1) Scenario all causes and represented by the curve '**All Causes',**
2) Scenario without breaches (inclusive overtopping and rainfall) and represented by the curve or line '**No Breaches'**,
3) Scenario only overtopping (without breaches and without rainfall) and represented by the curve '**Only Overtopping'**
4) Scenario only rainfall without pumps (without breaches and without overtopping) represented by the curve marked '**Rain no pumps'**, and
5) Scenario only rainfall with 100% pump capacity (without breaches and without overtopping) represented by the curve '**Rain 100% pumps'**.




Scenario 1 is equal to the Katrina event. Scenario 2 is the Katrina event without any breaches, only overtopping of the pre-Katrina levees/flood walls and rainfall contribute to the flooding. In scenario 3 only overtopping of the pre-Katrina levees/flood walls is considered. Scenarios 4 and 5 show the upper and lower bound or brackets of the water levels in the situation if flooding had only being due to rainfall and there had been no breaches and/or overtopping. Scenario 4 shows the water levels with only rainfall, when no water is pumped out (upper bound of the water levels due to rainfall). Scenario 5 shows the water levels with only rainfall, when all pumps in New Orleans East function at 100% of their rated pump capacity according to IPET [3]. During Katrina the pumps did not function in New Orleans East [3].

At five locations in the bowl, indicated in figure 4.5, water level changes have been measured for each of the five scenarios.



*Figure 4.5 Water level locations scenario runs New Orleans East*

 

Figures 4.6-4.10 show the changes in water levels on the five locations. The difference between the black solid and orange dashed line is caused by the breaches and erosion that occurred during the storm. The difference between the black line and the green dashed-dot line is caused by the breaches and rainfall. The difference between the green dashed-dot line and the orange dashed line is the water that comes into the polder due to rainfall.

The scenarios show that overtopping and breaches are the main causes of flood water in New Orleans East. Along the east side (Willow Brook & Six Flags - sites 4 and 5) the flooding is dominated by the breaches in the Back levee. The inner levee (Maxent Levee) does create two compartments within the polder. Along the west side of the New Orleans East bowl overtopping and breaching appear to contribute almost equal amounts to the flooding, with overtopping dominating.

Rainfall has a smaller influence on the final water level in this bowl than overtopping or the breaches. The lower bound approach for the contribution of rainfall flooding (scenario 5 - only rain with 100% pump capacity) shows no substantial rain water at these five locations. Also in the upper bound approach (scenario 4 - only rain without pumps) there is not much rainwater at these locations.



*Figure 4.6 Water levels location 1 New Orleans East*



34



## 5.2 What-if scenarios

In this paragraph several "what-if scenarios" for Saint Bernard will be presented. These scenarios will provide more information on the contribution to the flood by the different causes of the flood, like overtopping versus rainfall versus breaching and so on.

For the St. Bernard bowl seven different internal flooding model scenarios were developed:
1) Scenario all causes represented as the line '**All causes**'
2) Scenario without breaches (inclusive overtopping and rainfall) represented by the line or curve '**No Breaches**'
3) Scenario without breaches at MRGO (inclusive breaches at IHNC, overtopping and rainfall) represented by the curve '**No Breaches MRGO**'
4) Scenario without breaches at IHNC (inclusive breaches at MRGO, overtopping and rainfall) represented by the line '**No Breaches INHC**'
5) Scenario only overtopping (without breaches and without rainfall) represented by the curve '**Only Overtopping**'
6) Scenario only rainfall without pumps (without breaches and without overtopping) represented by the line '**Rain no pumps**'
7) Scenario only rainfall with 100% pump capacity (without breaches and without overtopping) represented by the curve '**Rain 100% pumps**'

Scenario 1 is equal to the Katrina event. Scenario 2 is the Katrina event without all the breaches whether MRGO or INHC and flooding is due to overtopping of the pre-Katrina levees/flood walls and rainfall. In scenario 3 the breaches at MRGO are left out. These breaches are the eroded MRGO levee and the two breaches at Bayou Bienvenue and Bayou Dupree. In scenario 4 the breaches at IHNC are left out, these breaches are the North and South breach at the IHNC. Scenario 5 considers only overtopping of the pre-Katrina levees/flood walls. Scenarios 6 and 7 show the upper and lower bound or limits of the flooding if there had been no breaches and no overtopping. Scenario 6 shows the water levels with only rainfall, when no water is pumped out (upper bound of the water levels due to rainfall). Scenario 7 shows the water levels with only rainfall, when all pumps in St. Bernard function at 100% of their rated pump capacity according to IPET [3]. During Katrina the pumps did not function in St. Bernard [3].

At ten locations in the bowl, indicated in figure 5.5, internal flooding water level changes have been computed for each of the 7 scenarios. The locations 1 to 6 are pair wise located along lines perpendicular to the 40-Arpent levee. The northern location of each pair has a lower surface elevation than the southern one, therefore the development in time of the flooding (water level) for each scenario is different for both locations in the same pair.

 

Flood simulations Greater New Orleans										July 2007



*Figure 5.5 Water level locations scenario runs St. Bernard bowl.*

Figures 5.6-5.15 show the changes in water levels on the ten locations. The flooding that is represented by the difference between the black solid (All Causes) and red dashed (No Breaches) line is that caused by all the breaches and levee erosion that occurred during the storm. The difference between the black (All Causes) and gray (No Breaches INHC) line is the flooding that resulted from the two big the breaches along the IHNC into the Lower Ninth ward. The contribution to the overall internal flooding resulting from the breaches of the MRGO levee are depicted by the difference between the black (All Causes) and purple dashed (NO Breaches MRGO) lines. Flooding due to rainfall, such a there is, is depicted by the difference between the green dashed-dot line (Only Overtopping) and the red dashed line (No Breaches).

The model results depicted in Figures 5.6 to 5.15 clearly show the real importance of elevation in this polder in relation to the depth of flooding. Rainfall for example flows into the lower lying areas, and the higher lying locations hardly show any flood level increase with the two scenarios (scenario 6 and 7) that only consider rain. In the under bound approach (scenario 7 - only rain with 100% pump capacity) only the relatively low lying locations 1 and 7 show a small amount of rain water, being less than one foot. The upper bound approach (scenario 6 - only rain without pumps) also does not show much rainwater flooding. The scenario that considers only overtopping shows some flood water at the lower western part of the Lower 9th Ward (location 1). The overtopping from the IHNC is not enough to fill more of the St. Bernard bowl beyond the Lower Ninth ward.

The overtopping of the MRGO levee is not enough to fill the Wetlands basin between MRGO and 40-Arpent levee up to the crest elevation of the 40-Arpent levee. This is significant as the model shows that if the structures along the INHC and MRGO had not breached, there would have been limited flooding in the St Bernard bowl.




==Therefore the main causes for the flooding of the populated area inside the St. Bernard bowl are the breaches in the IHNC and MRGO.==

An interesting observation is that without the IHNC breaches almost the same volume of flood water enters the populated area of the St. Bernard bowl compared with the scenario off MRGO breaches plus overtopping plus rain. Without the IHNC breaches it takes a little longer in the western part of the bowl to reach the peak water level, but the peak itself is only marginally lower. In the eastern part of the bowl the influence of the IHNC breaches on the development of the water level is even smaller. The IHNC breaches do however influence the outflow of the water out of the Lower 9th Ward and Chalmette. Floodwater 'leaked' out of the bowl through the INHC breaches for many days after the storm had passed. Without these breaches the flood water can only flow over the 40-Arpent levee into the wetlands, therefore after the peak the flood water level decreases slower without the IHNC breaches.

On the other hand, the scenario with only the IHNC breaches, overtopping and rainfall (without MRGO breaches), reveals that the St. Bernard bowl still suffers significant flooding although flood depths are significantly less than the scenario that includes the MRGO breaches.

