# Exhibit 8

# Polder Flood Simulations for Greater New Orleans: the neutral MRGO scenario

July 2008





# Polder Flood Simulations for Greater New Orleans: the neutral MRGO scenario

M. Kok, M. Aalberts, W. Kanning, B. Maaskant, L. de Wit

July 9, 2008

# Preface

This research project has been carried out in the period January – May 2008. The objective of the project is to gain insight in the flow dynamics during Hurricane Katrina and the influence of the MRGO there on. The results depend on the data available for input and the results might change if new data comes available. In our opinion, the best available data is used.

The project team has the following members: M. Kok Ph.D. MSc. (project manager), B. Maaskant MSc., W. Kanning MSc. and M. Aalbers MSc. (all from Delft University of Technology). Reviewer of the project is Professor J.K. Vrijling MSc. (Delft University of Technology).

Delft, 9th July 2008





# Index

**1  Introduction** .......................................................................... **7**
   1.1  General introduction ................................................................... 7
   1.2  Objective .................................................................................... 7
   1.3  Flood scenario............................................................................ 7

**2  New Orleans Central Polder**........................................... **9**
   2.1  Breach locations and boundary conditions......................... 9
   2.2  Simulation results.................................................................... 10
   2.3  Results at specified locations ............................................... 12

**3  New Orleans East**............................................................ **17**
   3.1  Breach locations and boundary conditions......................... 17
   3.2  Simulation results.................................................................... 18
   3.3  Results at specified locations ............................................... 20

**4  St Bernard polder**........................................................... **25**
   4.1  Breach locations and boundary conditions......................... 25
   4.2  Simulation results.................................................................... 27
   4.3  Results at specified locations ............................................... 28

**5  Conclusions** ...................................................................... **35**

**6  References**.......................................................................... **37**



# 1    Introduction

## 1.1    General introduction

On the morning of August 29, 2005, Hurricane Katrina struck southeast Louisiana and triggered what would become one of the worst disasters ever to befall an American city. The storm overtopped levees and floodwalls throughout southeast Louisiana and also caused the levees and floodwalls in the New Orleans area to fail or breach in more than 50 locations. Water rushed into New Orleans and flooded over 80 percent of the city - more than ten feet deep in some neighborhoods.

Flooding of the city of New Orleans was caused by several sources (or causes): breaches, overtopping (of the levees and flood control structures) and rainfall. One of the causes of the breaches might be the amplified surges generated by the Mississippi River Gulf Outlet (MRGO). The MRGO is a free-flowing man-made navigation channel connecting the Gulf of Mexico to the interior of the City of New Orleans. The MRGO project was approved by the U.S. Congress under the Rivers and Harbor Act of 1956. Construction began in 1958 and was completed in 1965. It was authorized as a 76-mile ship channel with a 36 foot controlling depth, 500 feet wide at the bottom and 650 feet wide at the top, that would cut through the marshes of lower St. Bernard Parish and across the shallow waters of Breton Sound.

In this report we investigate the flooding of the three polders in New Orleans, and this report is a follow up of our report **"Polder Flood Simulations for Greater New Orleans Hurricane Katrina August 2005"** of July 2007.

## 1.2    Objective

The objective of this study is to better understand the flooding of the three polders in New Orleans, using the scenario of a neutral MRGO. The water levels of a neutral MRGO scenario was assessed by the FINEL model **("Flow Modeling New Orleans -Mississippi River Gulf Outlet Hurricane Katrina August 2005").**

## 1.3    Flood scenario

In this paragraph a brief overview is given of the hydraulic boundary conditions, breaches and overtopping of flood simulations of a neutral MRGO scenario ("scenario 2C").
The characteristics of Scenario 2C:
- No swamp, marsh, trees or vegetation loss in wetlands
- No MRGO channel
- MRGO Levee as existed before Katrina
- 40-Arpent levee as existed before Katrina
The breaching scenarios used in these simulations are presented in the appendix. The breaching scenarios are incorporated as boundary conditions and are given to us by professor Bob Bea.



# 3    New Orleans East

## 3.1    Breach locations and boundary conditions

In the modelling of the New Orleans East polder, the boundary conditions at the North side have not been changed. These boundary conditions are the same as in the previous simulations of the hurricane Katrina event (Kok et al, 2007). The boundary conditions on southern part of New Orleans East have been changed using the FINEL results from scenario 2C.

There are two breaches defined in the New Orleans East polder, numbered one and two (see Figuur 3-1). The time of breaching and the accompanying boundary condition are given in the Tabel 3-1 and Figuur 3-2.



*Figuur 3-1:    Two breach locations in the New Orleans East polder.*

| Breach | Water height at time of breach | Time of breach |
|---|---|---|
| 1 (Air Products Plant) | 10.89 ft (3.32m) | 6:00 |
| 2 (Railroad) | 9.39 ft (2.86m) | 5:00 |

*Tabel 3-1:    Boundary conditions breaches 1 and 2 New Orleans East polder.*





*Figuur 3-2:    Boundary conditions breaches 1 and 2 New Orleans East polder.*

## 3.2    Simulation results

The figures below (Figuur 3-3) show the flood development in the New Orleans East polder. The flooding differs significantly from the original New Orleans East flooding in Kok et al, 2007. This is mainly because in this flood simulation the breaching in the Back levee does not occur. This was the main entry point for the floodwater in the original flood simulation (Kok et al, 2007). Two other originally modelled breaches that contributed significantly to the flooding occurred in the Citrus Back levee, these two breaches are also excluded in this simulation. Breaches in the IHNC levee are also excluded from the simulation.





18



*Figuur 3-3:    Progressive snapshots of the computed water depth inside the New Orleans East polder.*



# 4 St Bernard polder

## 4.1 Breach locations and boundary conditions

In Figuur 4-1 the three breach locations in the St. Bernard polder are shown, one breach along the MRGO levee near Bienvenue and two in the IHNC near Lower Ninth Ward.



*Figuur 4-1:    Four breach locations in the St. Bernard polder.*

The boundary conditions used in the flood simulations are the results of the FINEL scenario 2C calculations. Tabel 4-1 and Figuur 4-2 show the boundary conditions and moment of breaching of breach number one.

| Breach | Water height at time of breach | Time of breach |
|---|---|---|
| 1 (Bienvenue) | 15.5ft = 4.72m | 09:00 |

*Tabel 4-1:    Boundary conditions breaches 1 and 2 St. Bernard polder.*

The time of breaching is after the peak of the storm surge, according to Bob Bea this is because of the overtopping that causes erosion.

Tabel 4-2and Figuur 4-3 show the boundary conditions and moment of breaching of breaches number two and three.

| Breach | Water height at time of breach | Time of breach |
|---|---|---|
| 2 (North) | 12.5ft = 3.81m | 07:30 |
| 3 (South) | 12.5ft = 3.81m | 09:00 |

*Tabel 4-2:    Boundary conditions breaches 3 and 4 St. Bernard polder.*





*The orange line MRGO Dupre (original ADCIRC) is the same as the green line MRGO Bienvenue (original ADCIRC).

*Figuur 4-2:    Boundary conditions breach 1 St. Bernard polder.*



*Figuur 4-3:    Boundary conditions breaches 2 and 3 St. Bernard polder.*



## 4.2   Simulation results

The flood simulation shows (Figuur 4-4) that the wetlands between the 40-Arpent levee and the MRGO are filled with water mainly due to overtopping of the MRGO levee. The water height at the 40-Arpent levee is approximately 0.6 meter (= 2 ft) under the crest of the levee. This is consistent with the FINEL results. The water in the Saint Bernard residential area originates from the two breaches in the IHNC. The most southern part of the residential area has only minor flooding due to rainfall.



Figuur 4-4:    *Progressive snapshots of the computed water depth inside the St. Bernard polder.*

