# Exhibit 9

# Expert Report

of

# Robert Glenn Bea, Ph.D., P.E.

Prepared for:

Katrina Canal Breaches Consolidated Litigation
[Civil Action Number: 05-4182 "K" (2)]

United States District Court
Eastern District of Louisiana

## Pertains to MR-GO, Robinson

(C. A. No. 06-2268)

Moraga, California

July 14, 2008

# - INDEX -

**PREFACE**

**SUMMARY OF CONCLUSIONS**

**DECLARTIONS**   (**attached**)

    I.    <u>Engineering forensic studies of performance of the man-made features bordering the Reach 2 of the Mississippi River- Gulf Outlet (MR-GO) during Hurricane Katrina.</u>

    II.    <u>Engineering forensic studies of performance of the man-made features bordering the Inner Harbor Navigation Canal at the Lower 9th Ward during Hurricane Katrina.</u>

    III.    <u>Engineering forensic studies of performance of the man-made features bordering the Mississippi River – Gulf Outlet (MR-GO) during 'Neutral' MR-GO Hurricane Katrina Conditions.</u>

**TECHNICAL REPORTS**   (**attached**)

    I.    Performance of the MR-GO Reach 2 EBSBs during Hurricane Katrina and during 'Neutral' MR-GO Hurricane Katrina Conditions.

    II.    Performance of the navigation structures at Bayou Dupre and Bayou Bienvenue during Hurricane Katrina.

    III.    Performance of the man-made hurricane flood protection structures at the Lower 9th Ward during Hurricane Katrina.

    IV.    Review of USACE excavation and backfill guidelines and practices near flood control structures.

    V.    Technical Guidance Available for Design, Construction, and Maintenance of the MR-GO and LPV.

    VI.    Case Study of the SELA Dwyer Road Drainage Pumping Station Improvement, Discharge Tubes, and Canal.

**VITAE**       (**attached**)

**PREFACE**

This Expert Report is submitted on behalf of the Plaintiffs in *Robinson v. United States* (Civil Action No. 06-2268, US District Court for the Eastern District of Louisiana, Section "k"(2), Judge Duval). The purpose of this Expert Report is to define and characterize the multiple adverse effects the Mississippi River Gulf Outlet ("MR-GO") itself, as well as its accompanying authorization for replacement of the Inner Harbor Navigation Canal ("IHNC") Lock, had on the performance of the Lake Pontchartrain, and Vicinity, Hurricane Protection Project ("LPV") Reach 1, Reach 2, and IHNC hurricane flood protection structures (Figure 1) during Hurricane Katrina. The Report consists of three (3) main Declarations and six (6) supporting Technical Reports (Figure 2).

The Declarations provide engineering forensic studies relative to:

(i) the performance of the hurricane flood protection structures along Reach 2 of the MR-GO during Hurricane Katrina Conditions, the reasons for breaches, failures, and overtopping that developed with respect to those features, and the role that the MR-GO played in the development of breaches, failures, and overtopping along Reach 2 (Declaration No. 1);

(ii) the particular impact of the IHNC Lock Replacement Project activities on the breaching / failure of the hurricane flood protection structures on the east bank of the IHNC along the Lower 9th Ward (Declaration No. 2); and

(iii) breaches, failures, and overtopping which <u>would</u> have occurred during Hurricane Katrina Conditions had the MR-GO been properly designed, constructed and maintained, *i.e.* during 'Neutral' MR-GO Hurricane Katrina Conditions (Declaration No. 3).

2



Figure 1: MR-GO Reach 1 and Reach 2 (USACE IPET 2007).



Figure 2: Structure of Declarations and Technical Reports.

The Technical Reports (Figure 2) summarize detailed studies to evaluate the:

(i) performance of the Reach 2 earthen man-made flood protection structures during Hurricane Katrina and during 'Neutral' MR-GO Hurricane Katrina Conditions (Technical Report No. 1);

(ii) performance of the Reach 2 navigation structures at Bayou Dupre and Bayou Bienvenue during Hurricane Katrina (Technical Report No. 2);

(iii) performance of the man-made flood protection structures adjacent to the Lower 9th Ward during Hurricane Katrina (Technical Report No. 3);

(iv) excavation and backfilling guidelines and procedures appropriate for activities adjacent to man-made flood protection structures (Technical Report No. 4);

(v) knowledge and technology available to properly address design, construction, operation, and maintenance of channels and coastal protection structures (Technical Report No. 5); and

(vi) Case Study of the SELA Dwyer Road Drainage Pumping Station Improvement, Discharge Tubes, and Canal (Technical Report No. 6).

In addition to my own forensic engineering studies, this Expert Report is founded and relies on data, information and knowledge contained in the following Expert Reports that are also submitted on behalf of the Plaintiffs in *Robinson v. United States* (Figure 3):

- *Impact of the Mississippi River Gulf Outlet: Geology & Geomorphology* (FitzGerald, Penland, Milanes, Miner, Westphal 2008);

- *Effects of the Mississippi River Gulf Outlet on Coastal Wetlands and other Ecosystems in Southeastern Louisiana* (Day and Shaffer 2008);

4

- *Survey and Spatial Data in the Vicinity of the Mississippi River Gulf Outlet* (Morris 2008);

- *Flow Modeling New Orleans – Mississippi River Gulf Outlet* (Wit, Maaskant, Kok, Vrijling 2008);

- *Wave Modeling New Orleans – Mississippi River Gulf Outlet* (Gautier, Kok, Vrijling 2008);

- *Mississippi River Gulf Outlet - Effects on Storm Surge, Waves, and Flooding during Hurricane* (Kemp 2008); and

- *Polder Flood Simulations for Greater New Orleans: the Neutral MR-GO Scenario* (Kok, Aalberts, Kanning, Maaskant, de Wit et al 2008).



Figure 3: Structure of Expert Reports.