UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | Case No.: 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 *Mumford v. Ingram* 05-5724 *Lagarde v. Lafarge* 06-5342 *Perry v. Ingram* 06-6299 *Benoit v. Lafarge* 06-7516 *Parfait Family v. USA* 07-3500 *Lafarge v. USA* 07-5178 | Hon. Stanwood R. Duval, Jr. Magistrate Judge Joseph C. Wilkinson, Jr. |

# BARGE PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE OF COURT TO FILE MEMORANDUM IN SUPPORT OF MOTION FOR CLASS CERTIFICATION IN EXCESS OF PAGE LENGTH LIMITATION

**MAY IT PLEASE THE COURT:**

The Barge Plaintiffs' Subgroup Litigation Committee, through Barge Plaintiffs' Liaison Counsel, respectfully moves the Court, *ex parte*, for leave to file a Memorandum in support of Barge Plaintiffs' Motion for Class Certification in excess of the page length limitation set forth in Local Civil Rule 7.8.1E.

Local Civil Rule 7.8.1E, entitled "Length of Memoranda and Briefs," provides:

> Except with prior permission of the judge, no trial brief or memorandum supporting or opposing a motion shall exceed 25 pages in length, exclusive of exhibits. A reply brief or memorandum, if any, shall not exceed 10 pages, excluding exhibits.

On September 29, 2008, Barge Plaintiffs will file their Memorandum of Points and Authorities in Support of Barge Plaintiffs' Motion for Class Certification. Due to the significance of that Motion, the size of the proposed class, and the amount in controversy, Barge Plaintiffs request, *ex parte*, twice the customary page limit for their Memorandum (i.e., 50 pages). Barge Plaintiffs do not oppose the Court setting, as a condition, that a similar allowance be granted to Defendants for their Opposition Memorandum.

It is so moved.

Dated: September 24, 2008                      Respectfully submitted,

                                               By: /s/  Brian Gilbert
                                               Brian A. Gilbert, Esq.(21297)
                                               LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
                                               821 Baronne Street
                                               New Orleans, Louisiana 70113
                                               Telephone: (504) 885-7700
                                               Telephone: (504) 581-6180
                                               Facsimile: (504) 581-4336
                                               bgilbert@briangilbertlaw.com


                                                /s/  H. Scott Leviant
                                               SHAWN KHORRAMI  (CA Bar #180411)
                                               DYLAN POLLARD  (CA Bar #180306)
                                               H. SCOTT LEVIANT  (CA Bar #200834)
                                               MATT BAILEY  (CA Bar #218685)
                                               444 S. Flower St., Thirty-Third Floor
                                               Los Angeles, California 90071
                                               Telephone:    (213) 596-6000
                                               Facsimile:    (213) 596-6010
                                               skhorrami@kpalawyers.com
                                               dpollard@kpalawyers.com
                                               hsleviant@kpalawyers.com
                                               mbailey@kpalawyers.com

        /s/  Lawrence D. Wiedemann
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
lawrence@wiedemannlaw.com
karl@wiedemannlaw.com
karen@wiedemannlaw.com


        /s/  Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
pistols42@aol.com


        /s/  Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
Voice: 202-862-4320
Cell:    202-549-1454
Facsimile:  800-805-1065 and 202-828-4130
rick@rickseymourlaw.net

*Attorneys for Barge Plaintiffs*

## CERTIFICATE OF SERVICE

    I do hereby certify that I have on this 24th day of September 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

                                        /s/  Brian Gilbert
                                        Brian Gilbert