# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | CIVIL ACTION |
| | Case No.: 05-4182 and consolidated cases |
| **PERTAINS TO: BARGE** | SECTION "K" (2) |
| *Boutte v. Lafarge*         05-5531<br>*Mumford v. Ingram*      05-5724<br>*Lagarde v. Lafarge*       06-5342<br>*Perry v. Ingram*             06-6299<br>*Benoit v. Lafarge*          06-7516<br>*Parfait Family v. USA*  07-3500<br>*Lafarge v. USA*              07-5178 | Hon. Stanwood R. Duval, Jr.<br>Magistrate Judge Joseph C. Wilkinson, Jr. |

# [PROPOSED] ORDER

Considering Barge Plaintiffs' *ex parte* application for leave to file a Memorandum in support of Barge Plaintiffs' Motion for Class Certification that exceeds the page length limitation set forth in Local Civil Rule 7.8.1E, and good cause appearing on the reasons set forth in that application,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Barge Plaintiffs, by and through Barge Plaintiffs' Liaison Counsel, are granted leave to file a Memorandum in support of Barge Plaintiffs' Motion for Class Certification in excess of the page length limitation set forth in Local Civil Rule 7.8.1E.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Barge Plaintiffs may file a Memorandum in support of their Motion for Class Certification of up to 50 pages/____ pages in length, excluding any table of authorities, table of contents or exhibits in support of the Memorandum and Motion.

**IT IS SO ORDERED.**

Dated: _____

                                           Hon. STANWOOD R. DUVAL, JR.
                                        UNITED STATES DISTRICT COURT JUDGE

## **CERTIFICATE OF SERVICE**

    I do hereby certify that I have on this 24th day of September 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

                                                /s/ Brian Gilbert
                                                Brian Gilbert