UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO:<br>Insurance | MAGISTRATE (2) |
| No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Janet Martz regarding 10942 S. Hardy St., New Orleans, LA 70127; Anita Mitchell regarding 143 Chad B. Baker St., Reserve, LA 70084 |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Janet Martz regarding 10942 S. Hardy St., New Orleans, LA 70127; Anita Mitchell regarding 143 Chad B. Baker St., Reserve, LA 70084 against Defendants AMICA Mutual Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 24th day of September, 2008.

Stanwood R. Duval, Jr.
United States District Judge