UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION<br>* NO. 05-4182<br>* SECTION "K"(2)<br>* JUDGE DUVAL<br>* MAGISTRATE WILKINSON |
| PERTAINS TO: MRGO, BARGE, LEVEE | |

**O R D E R**

Considering the foregoing Joint Motion to Extend Deadline for Submission of Joint Proposed Protocol for Selection of Cases;

IT IS **ORDERED** that the motion is **GRANTED**, and that the deadline for the submission of the Joint Proposed Protocol for Selection of Cases is extended to September 29, 2008.

New Orleans, Louisiana, this 24th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE

945459v.1