FILED
U.S. DISTRICT COURT

# GIEGER, LABORDE & LAPEROUSE, L.L.C.

2008 SEP 23 PM 2: 23

LORETTA G. WHYTE
CLERK

ERNEST P. GIEGER, JR.[1,2]
KENNETH H. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1]
ROBERT I. SIEGEL[1,3]
ANDREW A. BRAUN[1,3]
LEO R. McALOON III[1,2]
JOHN E. W. BAAY II[1,2,3]
ANDREW M. ADAMS[1,2]
MARGARET L. SUNKEL[1]

BRENDAN P. DOHERTY
DANIEL G. RAUH
COLETTE A. SALTER
RACHEL G. WEBRE
JASON D. BONE[3,4]
WILLIAM A. BAROUSSE
KRYSTENA L. HARPER
DAVID B. WILSON
AMANDA B. RIZZO
MICHAEL D. CANGELOSI

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800
TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

HOUSTON OFFICE:
SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027
TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

TARA E. CLEMENT
KELLEY W. STRAIN
CARSON W. STRICKLAND
WILLIAM F. HANNES, JR.[5]
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE[2]
ERIC C. WALTON
MARK T. MAHFOUZ
MICHAEL E. HILL
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
ALISTAIR M. WARD

[1] LAW CORPORATION
[2] ALSO ADMITTED IN TEXAS
[3] ALSO ADMITTED IN MISSISSIPPI
[4] ALSO ADMITTED IN FLORIDA
[5] ONLY ADMITTED IN TEXAS

September 12, 2008

Writer's E-Mail Address: DWILSON@GLLLAW.COM
Writer's Direct Telephone: (504) 654-1316

Via Fax: 504- 589-7633

Magistrate Judge Joseph C. Wilkinson, Jr.
500 Poydras Street
Room C-256
New Orleans, LA 70130

Re: Blair Boutte and Shelly Fleming Boutte v. Lexington Insurance Company
Civil Action No.: 07-9489, Sec. "I," Mag. 3
In Re: Katrina Canal Breaches Consolidated Litigation-
Civil Action No. 05-4182 "K"(2)
Our File No.: 0093-55-6

Dear Judge Wilkinson:

Pursuant to Judge Duval's Post-Sher Insurance Umbrella Case Management Order [Doc. 13521], by this correspondence undersigned counsel for Lexington in the above-referenced matter is advising that based on the recent demand made on behalf of plaintiffs and Lexington's response to same Lexington does not feel that this case presents a strong likelihood of settlement without the intervention of the Court.

Respectfully,

David B. Wilson

RECEIVED
SEP 12 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

cc: Michael C. Darnell, Esq. (via e-mail)

*[handwritten note: "Fill in both records 05-4182 and ..."]*