FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 SEP 23 PM 2: 23

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES  * CIVIL ACTION NO. 05-4182
CONSOLIDATED LITIGATION
                              * SECTION "K" JUDGE DUVAL
PERTAINS TO:
                              * MAG. (2) MAG. WILKINSON
INSURANCE: BOUTTE, 07-9489
*********************************************************************

### PLAINTIFFS' RECOMMENDATION TO MAGISTRATE WILKINSON RE: POST-SHER INSURANCE UMBRELLA CASE MANAGEMENT ORDER

In response to Magistrate Wilkinson's request, on behalf of the plaintiffs, it is our good faith opinion that the above-captioned Hurricane Katrina case can and should be settled in a formal Mediation format. Our clients prefer to settle this case in this manner, and we have communicated our request to Mediate to defense counsel. We are ready to Mediate the case at the earliest possible date. Therefore, we do not recommend that this case be de-consolidated at this time.

Respectfully submitted,

**Feingerts & Kelly, PLC**

/s/ *Bruce Feingerts*
Bruce Feingerts, Bar #5499
Feingerts & Kelly, PLC
365 Canal St., Ste. 2700
New Orleans LA 70130
Telephone: (504) 522-7791



RECEIVED
SEP 15 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

and

Murray, Darnell & Associates, LLC

/s/ Michael C. Darnell
Michael C. Darnell, Bar No. 4554
Edwin R. Murray, Bar No. 17069
1540 N. Broad St.,
New Orleans, LA 70119
Telephone 504-945-0042

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing petition has been served upon all counsel of record by facsimile and/or electronic transmission on the 12th day of September, 2008.

New Orleans, LA this 12th day of September, 2008.

/s/ Michael C. Darnell
Michael C. Darnell