UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES              CIVIL ACTION
CONSOLIDATED LITIGATION
                                            NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE (Boutte, 07-9489)   JUDGE DUVAL
                                            MAG. WILKINSON

## ORDER

I have received a report dated September 12, 2008 from plaintiffs' counsel, Michael Darnell, and a letter dated September 12, 2008 from defense counsel, David Wilson, in the referenced Boutte case, which have been separately filed in the record of both C.A. No. 07-9489 and C.A. No. 05-4182. These materials are responses to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning their settlement efforts to date. Although plaintiff requests an opportunity to conduct private mediation, defendant states that it "does not feel that this case presents a strong likelihood of settlement without the intervention of the Court." Thus, it appears that settlement is not attainable in the short term and that further court proceedings are required. Accordingly,

**IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Boutte case only is terminated.

SEP 23 2008

TRANSFERRED TO

SECT. I  MAG. 3

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby DIRECTED to docket a copy of this order and henceforth all future filings in C.A. No. 07-9489 on the docket of C.A. No. 07-9489, and not on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it back to Section "I"(3), where it was previously allotted before its transfer to this consolidated litigation, for future proceedings in Section "I"(3).

If all parties believe that a court-conducted settlement conference may result in settlement, they may jointly request that the assigned magistrate judge to whom the case is being reallotted schedule one, at his discretion, on his calendar.

New Orleans, Louisiana, this ___23rd___ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.
HON. LANCE M. AFRICK
HON. DANIEL E. KNOWLES, III