# PORTEOUS, HAINKEL AND JOHNSON, L.L.P.

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

C. GORDON JOHNSON, JR.
JAMES S. THOMPSON
MICHAEL K. FITZPATRICK
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
PATRICK D. DEROUEN
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
LAURIE L. DeARMOND
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.
MICHAEL W. COLLINS
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE L. TROWBRIDGE
GUY H. BUMPAS, IV
MICHAEL J. MADERE
HEATHER A. ENGLAND REZNIK
RALPH J. AUCOIN, JR.
CLAIBORNE W. BROWN
DENIA D. SYLVE

OF COUNSEL:

CHAD J. PRIMEAUX
ELEANOR W. WALL
JULIANNE T. ECHOLS
JESSE WALES*
CAROLINE D. BARKERDING

*Licensed in OR & CA only

EMAIL ADDRESS OF WRITER
jnieset@phjlaw.com

DIRECT DIAL OF WRITER:
(504) 412-6253

September 19, 2008

**VIA FACSIMILE: (504) 589-7633**
Honorable Magistrate Wilkinson
United States District Court
Eastern District of Louisiana
500 Poydras
New Orleans, LA 70130

Re:   In Re: **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION**
      CIVIL ACTON: 05-4182
      PERTAINS TO: INSURANCE, Landry, 08-0039
      Our File No.: 895.0979

Dear Magistrate Wilkinson:

Undersigned counsel wrote to plaintiffs' counsel, Chadwick Collings, to advise that the deadline to submit a demand pursuant to the Post-Sher Insurance Umbrella Case Management Order has passed. Since no demand was received State Farm was unable to respond. State Farm intends to continue to exchange information and negotiate with plaintiffs' counsel in order to reach an amicable resolution. State Farm contends that the court may be of valuable assistance in helping the parties resolve this matter by separating and deconsolidating this case from the Katrina Canal Breaches Consolidated Litigation for all purposes and transferring it back to Section "B" (3), where it was previously allotted.

Sincerely,

JAMES R. NIESET, JR.
RALPH J. AUCOIN, JR.

JRN,JR/rja
Cc: Chad Collings (via facsimile (985) 641-5010)

TOTAL P.02