**DUPLASS
ZWAIN
BOURGEOIS
PFISTER &
WEINSTOCK**

LAWRENCE J. DUPLASS
GARY M. ZWAIN (1)
DAVID J. BOURGEOIS
C. MICHAEL PFISTER
ANDREW D. WEINSTOCK (1)
GEOFFREY P. CLEMENT
GUYTON H. VALDIN, JR.
KELLY CAMBRE BOGART
CHRISTIAN B. BOGART

JOSEPH G. GLASS (2)
KEVIN R. DERHAM (3)
JOSEPH E. BEARDEN, III
JAIME M. CAMBRE
COREY M. OUBRE
GISSELL M. FERRIOL
CHRISTINA M. KOCKE (4)
NICOLE M. BOYER
RYAN M. MALONE

WILLIAM J. GUSTE, IV
JENNIFER M. MORRIS
PHILIP G. WATSON

— SPECIAL COUNSEL —
DAVID M. CAMBRE

(1) also admitted in Texas
(2) also admitted in Mississippi
(3) also admitted in Maryland
(4) also admitted in Oklahoma

September 12, 2008

**VIA FAX: (504) 589-7633**

Magistrate Joseph C. Wilkinson, Jr.
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room B409
New Orleans, LA 70130

[RECEIVED SEP 12 2008 CHAMBERS OF U.S. MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR.]

Re: *Marc L. Robert and Darlene Robert vs.
The American Insurance Company/Fireman's Fund Insurance*
USDC, Eastern District, Civil Action No. 07-6853 K-2
Our File No. 07-FFH-124

Dear Magistrate Wilkinson:

Undersigned counsel represents The American Insurance Company/Fireman's Fund Insurance Company in the above-captioned litigation. Plaintiff counsel is Bruce Feingerts. As per the Case Management Order (Document 13521), please be advised that this case does not have a strong likelihood of settlement.

Sincerely yours,

DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK

LAWRENCE J. DUPLASS

LJD/kas

cc: Bruce L. Feingerts (via fax: 504-568-1521)

A PROFESSIONAL LAW CORPORATION
29TH FLOOR, THREE LAKEWAY CENTER    3838 N. CAUSEWAY BLVD.    METAIRIE, LOUISIANA 70002
TELEPHONE 504.832.3700    FAX 504.837.3119
www.duplass.com