UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES         CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE, Robert, 07-6853    JUDGE DUVAL
MAG. WILKINSON

## ORDER

I have received a report dated September 12, 2008 from plaintiffs' counsel, Michael Darnell, and a letter dated September 12, 2008 from defense counsel, Lawrence Duplass, in the referenced Robert case, which have been separately filed in the record of both C.A. No. 07-6853 and C.A. No. 05-4182. These materials are responses to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning their settlement efforts to date. Although plaintiff requests an opportunity to conduct private mediation, defendant states that "this case does not have a strong likelihood of settlement." Counsel do not agree that private mediation will effectuate settlement. Thus, it appears that settlement is not attainable in the short term and that further court proceedings are required. Accordingly,

**IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Robert case only is terminated.

SEP 23 2008
TRANSFERRED TO
SECT. I MAG. 3

___ Fee____
___ Process____
X Dktd____
___ CtRmDep____
___ Doc. No____

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby DIRECTED to docket a copy of this order and henceforth all future filings in C.A. No. 07-6853 on the docket of C.A. No. 07-6853, and not on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it back to Section "I"(3), where it was previously allotted before its transfer to this consolidated litigation, for future proceedings in Section "I"(3).

The parties remain free to schedule a private mediation, as suggested in plaintiff counsel's report, if they agree to do so.

New Orleans, Louisiana, this ___23rd___ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.
HON. LANCE M. AFRICK