# KEOGH, COX & WILSON, LTD.
## ATTORNEYS AT LAW

STEPHEN R. WILSON
JOHN P. WOLFF, III*
STEVEN C. JUDICE
ANDREW BLANCHFIELD
EDWARD F. STAUSS, III
KIRK L. LANDRY*
GRACELLA SIMMONS
NANCY B. GILBERT
COLLIN J. LEBLANC
CHAD A. SULLIVAN, R.N., J.D.++
CHRISTOPHER K. JONES
MARY ANNE WOLF**
STEPHEN M. WHITLOW

701 MAIN STREET (70802)
P.O. BOX 1151 (70821)
BATON ROUGE, LOUISIANA
(225) 383-3796
FAX (225) 343-9612
kcwlaw@kcwlaw.com

TORI S. BOWLING
TIFFANY N. THORNTON
MICHAEL M. THOMPSON
REBECCA H. KLAR
VIRGINIA J. MCLIN

SPECIAL COUNSEL
ANDREW J. HODGES IV

*LICENSED IN LOUISIANA & TEXAS
++REGISTERED NURSE
** REGISTERED ELECTRICAL ENGINEER

OF COUNSEL:
JOHN R. KEOGH
JOHN E. COX

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2008 SEP 24 AM 11:00
LORETTA G. WHYTE
CLERK

September 23, 2008

VIA FAX - 504-589-7633
and U.S. Mail

RECEIVED
SEP 23 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

Honorable Magistrate Judge Joseph C. Wilkinson, Jr.
US District Court
Eastern District of Louisiana
500 Poydras Street
Room B409
New Orleans, LA 70130

RE: Compliance with Post-*Sher* Insurance Umbrella Case Management Order,
Entered June 13, 2008
Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION
PERTAINS TO: Insurance: 06-7603 (*Stevenson v. Amica*)
CIVIL ACTION NO. 05-4182
Our File No.: 63.22759

Dear Magistrate Judge Wilkinson:

We recently discussed this matter by telephone. We did not receive a settlement demand from the plaintiffs in this matter until September 12, 2008, well after the deadline imposed by the Post-*Sher* Insurance Umbrella Case Management Order entered by Judge Duval in this court on June 12, 2008. Moreover, the settlement demand did not comply with the CMO; none of the documents either referenced in the demand or itemized in the CMO were attached. Accordingly, settlement is highly unlikely at this time.

Thus, on behalf of Amica Mutual Insurance Company, we request the above-referenced matter be separated from the Insurance Umbrella and assigned to a District Court Judge for completion of discovery and trial.

Honorable Magistrate Judge Joseph C. Wilkinson, Jr.
September 23, 2008
Page 2

  Please advise whether you need additional information regarding this matter, as we remain

  With kindest regards,

            Very truly yours,

            KEOGH, COX & WILSON, LTD.

            *[signature: John P. Wolff]*

            JOHN P. WOLFF, III
            NANCY B. GILBERT
            CHRISTOPHER K. JONES

CKJ/kw

cc: Mr. Allen Berger