UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                  CIVIL ACTION
CONSOLIDATED LITIGATION
                                               NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE (Stevenson, 06-7603)    JUDGE DUVAL
                                               MAG. WILKINSON

## ORDER

I have received no report in response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts. I contacted defense counsel, Christopher Jones, by telephone and determined that no settlement activity is ongoing. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Stevenson case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and henceforth all future filings in C.A. No. 06-7603 on the docket of C.A. No. 06-7603, and not on the docket of C.A. No. 05-4182.

SEP 23 2008
TRANSFERRED TO
SECT. A MAG. 3

___ Fee_____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No____

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it back to Section "A"(3), where it was previously allotted before its transfer to this consolidated litigation, for future proceedings in Section "A"(3).

New Orleans, Louisiana, this ___23rd___ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**
**HON. JAY C. ZAINEY**