# NICAUD & SUNSERI, L.L.C.
A Group of Professional Law Corporations
3000 18th Street
Metairie, Louisiana 70002

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 SEP 23 PM 2: 23

LORETTA G. WHYTE
CLERK

*Albert J. Nicaud\**
*J. Douglas Sunseri\**
*Svetlana "Lana" Crouch*
*Timothy P. Farrelly*
*Kristin J. Milano*
*Edward C. Vocke, IV*
*Peter J. Perez, Jr.*

(*A Professional Law Corporation)

Telephone (504) 837-1304
Facsimile (504) 833-2843

September 22, 2008

RECEIVED
SEP 22 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

**Via Fax 589-7633 and U.S. Mail**
Honorable Joseph C. Wilkinson, Jr.
U.S. District Court
Eastern District of Louisiana
500 Poydras St.
New Orleans, LA 70130

Re:   *Rawn & Bonnie Davis v. Lexington Insurance Co.*
      USDC No. 06-4811, Sec. "S", Mag. 2
      Our File No. 0609-06-1817    RE:    Rawn & Bonnie Davis vs.
      Lexington Insurance Co.
      USDC No. 06-4811, Sec. "S", Mag. 2
      Our File No. 0609-06-1817

Dear Judge Wilkinson:

Please accept this correspondence as confirmation that the captioned matter has been settled.

Thank you for your consideration in this regard.

Sincerely,

J. DOUGLAS SUNSERI

JDS/dfp