# DONOVAN & LAWLER
A PROFESSIONAL LAW CORPORATION
4640 RYE STREET
METAIRIE, LA 70006

CHRISTOPHER E. LAWLER
JAMES L. DONOVAN, JR.
JAMES F. RYAN
P. M. DONOVAN
CHRISTOPHER P. LAWLER

BRANDI F. ERMON

(504) 454-6808
FAX: (504) 887-5885

JAMES L. DONOVAN
(1920-1991)

DARRIN M. O'CONNOR
5100 VILLAGE WALK
SUITE 110
COVINGTON, LA 70433
(985) 809-8020
FAX: (985) 809-8022

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 SEP 23 PM 2: 23

LORETTA G. WHYTE
CLERK

*File in both records 05-4182*

## FAX TRANSMITTAL SHEET

DATE: 9-23-08

FILE NO.: _____

TO: Judge Wilkinson

FAX NO.: 589-7633

FROM: Christopher P. Lawler

PAGES: 2, including this cover sheet

RE: Case # 06-7771
Larry Knight v. Allstate

See attached Motion for dismissal

## CONFIDENTIALITY NOTICE

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity to whom this transmission is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

LARRY D. KNIGHT AND HIS WIFE
IVORY BUTLER KNIGHT

CIVIL ACTION

DOCKET NO. 06-7771

VERSUS

SECTION K (DUVAL)

ALLSTATE INSURANCE COMPANY

MAGISTRATE 3 (KNOWLES)

## MOTION FOR DISMISSAL

NOW INTO COURT, through undersigned counsel, come plaintiffs, Larry D. Knight and Ivory Butler Knight, who suggest to this Court that this case has been fully compromised and settled and should be dismissed, with prejudice, with each party to bear its own costs, and accordingly,

WHEREFORE, based upon the foregoing, plaintiffs request an order of this Court for dismissal, with prejudice, of their complaint, with each party to bear its own costs.

Respectfully submitted:

_____
DAVID L. COLVIN (#4353)
SCOTT GLENDENING (#28049)
230 Huey P. Long Avenue
Gretna, LA 70053
(504) 367-9001
(504) 367-0650
Attorneys for plaintiffs



RECEIVED
SEP 2 3 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON JR.