FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2008 SEP 23 AM 10:41
LORETTA G. WHYTE
CLERK



**LAW OFFICES**
**Lozes & Ponder***

*NOT A PARTNERSHIP

1010 Common Street
Suite 1700
New Orleans, LA 70112
(504) 581-4455
FAX (504) 587-9408

Steven M. Lozes
Jeffery P. Lozes
Charles M. Ponder, III

Felicien P. Lozes
1930-2007

E-Mail: stevelozes@bellsouth.net

September 12, 2008

Honorable Magistrate Joseph C. Wilkinson, Jr.
500 Poydras Street
Room B409
New Orleans, LA 70130

Re: *Rico et al v. Encompass Indemnity Co.*
USDC No. 06-4636

*Canella v. Allstate Insurance Co.*
USDC No. 05-4182 / 07-1015

Dear Magistrate Judge Wilkinson:

In accordance with the Post-Sher Insurance Umbrella Case Management Order entered by Judge Duval and this Court on June 12, 2008, and on behalf of Allstate Insurance Company/Encompass Insurance Company ("Allstate"), I hereby request that you set the above-referenced matters for a court-conducted settlement conference as soon as possible. The parties have fully complied with the June 12, 2008 Order and exchanged written offers and counteroffers. In addition, the parties are currently involved in settlement negotiations and counsel believes that there is a strong likelihood of settlement. As such, defendants do not believe that it is in either party's interest to set these matters for trial.

Please let me know if you would like any additional information regarding this matter.

Very Truly Yours

Steven M. Lozes

cc:    J. Douglas Sunseri, Esq. - 504.833.2843
       Kristi A. Post, Esq. - 504.566.1652