343-79

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 |
| | * * | JUDGE : STANWOOD R. DUVALL, JR. |
| | * * | SECTION: "K" |
| | * * | MAGISTRATE: JOSEPH C. WILKINSON, JR. "2" |
| INSURANCE 07-8616 | * | |

## MEMORANDUM IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO COMPLY WITH ORDER COMPELLING DISCOVERY

MAY IT PLEASE THE COURT:

Mover, State Farm Fire and Casualty Company, show that on April 29, 2008, certain Interrogatories and Requests for Production of Documents were propounded to plaintiffs, Arnold Williams and Trena Williams. (*see Interrogatories and Requests for Production of Documents attached hereto as Exhibit "A"*) Pursuant to Federal Rules of Civil Procedure 33 and 34, the plaintiffs were required to serve a copy of the Answers, Responses, and/or Objections thereto within thirty (30) days from the date of service of said Interrogatories and Requests for Production of Documents. On July 16, 2008, the undersigned counsel notified plaintiffs that the discovery responses were overdue. (*See correspondence to plaintiffs' counsel dated July16, 2008 attached hereto as Exhibit "B"*)

Because nearly four months had elapsed and undersigned counsel had not received plaintiffs' discovery responses, on August 18, 2008 counsel was left with no alternative but to file a Motion to Compel Discovery, which was scheduled for hearing on the 3rd day of September, 2008. Following that scheduled hearing date, for which plaintiffs' submitted no Opposition, a judgment was rendered

ordering plaintiffs to provide discovery responses to State Farm within ten days of the entry of the Order, and also to pay State Farm $450.00 in attorney's fees. (*See copy of Order on Motion attached hereto as Exhibit "C"*)

To date, more than five (5) months have elapsed since these Interrogatories and Requests for Production of Documents have been propounded to the plaintiffs, and the plaintiffs have not responded to same. Accordingly, State Farm Fire and Casualty Company moves that this Court dismiss the above-captioned matter, with prejudice, at plaintiff's cost.

## **LAW AND ARGUMENT**

Federal Rule of Civil Procedure 37 (b) (2) provides as follows:

If a party or an officer, director, or managing agent of a party or a person designated under Rule 30(b)(6) or 31(a) to testify on behalf of a party fails to obey an order to provide or permit discovery, including an order made under subdivision (a) of this rule or Rule 35, or if a party fails to obey an order entered under Rule 26(f), the court in which the action is pending may make such orders in regard to the failure as are just, and among others the following:

(C) An order striking out pleadings or parts thereof, or staying further proceedings until the order is obeyed, or dismissing the action or proceeding or any part thereof, or rendering a judgment by default against the disobedient party;

In lieu of any of the foregoing orders or in addition thereto, the court shall require the party failing to obey the order or the attorney advising that party or both to pay the reasonable expenses, including attorney's fees, caused by the failure, unless the court finds that the failure was substantially justified or that other circumstances make an award of expenses unjust.

A Motion to Compel was filed pursuant Federal Rules of Civil Procedure 33 and 34 and that Motion was unopposed by the plaintiffs. Magistrate Judge Wilkinson on September 9, 2008 issued an Order compelling plaintiffs, Arnold Williams and Trena Williams, to respond to these discovery requests within ten (10) days. To date, plaintiff has refused to comply with the Order. Therefore, pursuant to Federal Rule of Civil Procedure 37 (b) (2), State Farm Fire and Casualty Company moves this Court to dismiss the plaintiffs' claim with prejudice and at their costs. Additionally, Movers seek attorney's fees and costs incurred in the bringing of this Motion to Dismiss.

WHEREFORE, State Farm Fire and Casualty Company moves this Court to grant this Motion to Dismiss for Failure to Comply with Order Compelling Discovery thereby dismissing the claims of Arnold Williams and Trena Williams, with prejudice, all at costs of plaintiff and awarding Mover costs and attorney's fees incurred in bringing the Motion to Dismiss.

        Respectfully submitted,
        BEAHM & GREEN


        */s/ Charles S. Green, Jr.*
        **CHARLES S. GREEN, JR. (#21627)**
        **JOHN J. FISCHESSER II (#28351)**
        Attorneys for Defendant
        Suite 408
        145 Robert E. Lee Boulevard
        New Orleans, Louisiana 70124
        Telephone (504) 288-2000
        Facsimile (504) 288-2099
        charlie@beahm.com
        johnf@beahm.com


## CERTIFICATE

I hereby certify that on the 24th day of September, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        */s/ Charles S. Green, Jr.*