343-79

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES           CIVIL ACTION
CONSOLIDATED LITIGATION
                                         NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, Williams, 07-8616   JUDGE DUVAL
                                             MAG. WILKINSON

### ORDER ON MOTION

Defendant's Motion to Compel Answers to Interrogatories and Requests for Production of Documents, Record Doc. No. 14522, was noticed for hearing on September 3, 2008. Therefore, written opposition to the motion was due to be filed no later than August 26, 2008, Local Rule 7.5E, well before the court was closed (September 2 through 5, 2008) due to Hurricane Gustav. No opposition memorandum was filed. Accordingly, the motion is deemed unopposed, and, further, it appearing to the court that the motion has merit,

IT IS ORDERED that the motion is GRANTED. Plaintiffs are HEREBY ORDERED to respond to defendant's discovery requests fully and in writing, in accordance with Fed. R. Civ. P. 33 and 34, and to make all responsive documents available to defendant's counsel, within ten (10) days of entry of this order. All objections, except on the basis of attorney-client privilege or work product doctrine, are


EXHIBIT C

deemed waived. In addition, plaintiffs must pay to defendant $450 in attorney's fees for their complete failure to respond to discovery served on April 29, 2008. Fed. R. Civ. P. 37(a)(5)(A).

New Orleans, Louisiana, this \_\_\_9th\_\_\_ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

2