MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 24, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES      CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE      JUDGE DUVAL
      Albert, 07-1593      MAG. WILKINSON
      Bickham, 07-1582
      Gascon, 07-1591
      Gibson, 07-1598
      Grossley, 07-1584
      Harness, 07-1569
      Marco, 07-1580
      Martin, 07-1590
      Morgan, Lester, 07-1578
      Poree, 07-1592
      Taylor, 07-1585
      Snyder, 07-1577

    Based on the written reports I have received from Sidney Hardy, counsel for State Farm, in the actions referenced above at the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, all of which have been separately filed in the record, I conducted conferences via telephone with Mr. Hardy. During these conferences, as reflected in the

MJSTAR: **0 : 10**

status reports, defense counsel has confirmed that the referenced cases have all been settled. By copy of this minute entry, Judge Duval is advised so that he may enter appropriate 60-day conditional dismissal orders in the referenced cases only.

**CLERK TO NOTIFY:**  JOSEPH C. WILKINSON, JR.
**HON. STANWOOD R. DUVAL, JR.**  UNITED STATES MAGISTRATE JUDGE