*File in bot records* [signature]

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES     *     CIVIL ACTION NO. 05-4182
CONSOLIDATED LITIGATION

                                                             *     SECTION "K" JUDGE DUVAL

PERTAINS TO:

                                                             *     MAG. (2) MAG. WILKINSON

INSURANCE: PITTMAN, 07-9069
**********************************************************************

### PLAINTIFFS' RECOMMENDATION TO MAGISTRATE WILKINSON RE:
### POST-SHER INSURANCE UMBRELLA CASE MANAGEMENT ORDER

In response to Magistrate Wilkinson's request, on behalf of the plaintiff, it is our good faith opinion that the above-captioned Hurricane Katrina case can and should be settled in a formal Mediation format. Our client prefers to settle this case in this manner, and we have communicated our request to Mediate to defense counsel. We are ready to Mediate the case at the earliest possible date. Therefore, we do not recommend that this case be de-consolidated at this time.

                                                          Respectfully submitted,

                                                          **Feingerts & Kelly, PLC**

                                                          */s/ Bruce Feingerts*
                                                          Bruce Feingerts, Bar #5499
                                                          Feingerts & Kelly, PLC
                                                          365 Canal St., Ste. 2700
                                                          New Orleans LA 70130
                                                          Telephone: (504) 522-7791



RECEIVED SEP 15 2008 CHAMBERS OF U.S. MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR.

and

Murray, Darnell & Associates, LLC

/s/ *Michael C. Darnell*
**Michael C. Darnell, Bar No. 4554**
**Edwin R. Murray, Bar No. 17069**
1540 N. Broad St.,
New Orleans, LA 70119
Telephone 504-945-0042

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing petition has been served upon all counsel of record by facsimile and/or electronic transmission on the 12th day of September, 2008.

New Orleans, LA this 12th day of September, 2008.

/s/ *Michael C. Darnell*
**Michael C. Darnell**