MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 24, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES　　　　　　　CIVIL ACTION
CONSOLIDATED LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　NO. 05-4182 "K"(2)

PERTAINS TO:  INSURANCE, <u>Alfonso</u> (Rinaldo) 06-8801　JUDGE DUVAL
　　　　　　　　　　　　　　　　　　　　　　　　　　MAG. WILKINSON


　　　I have received a report dated September 12, 2008 from plaintiff's counsel, Michael Darnell, and a letter with attached status report concerning several cases, including the <u>Rinaldo</u> claim, dated September 12, 2008 from defense counsel, in the referenced <u>Alfonso</u> "mass joinder" case, which have been separately filed in the record of both C.A. No. 06-8801 and C.A. No. 05-4182.  These materials are responses to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning their settlement efforts to date.  In addition, I have conferred separately by telephone with Michael Darnell, plaintiff's counsel, and Gary Russo, defense counsel, concerning the settlement efforts of the parties to date.  By my previous order dated September 12, 2008, counsel for defendant and plaintiff Rinaldo have been granted through **October 17, 2008** to schedule a private mediation, and a followup report

MJSTAR:  0 : 15

concerning their settlement efforts must be provided to me by that date. At that time, I will determine what further action might be appropriate in this case.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.