UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Pittman, 07-9069 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

I have received a report dated September 12, 2008 from plaintiff's counsel, Michael Darnell, and a letter dated September 12, 2008 from defense counsel, Gary Schwab, in the referenced <u>Pittman</u> case, which have been separately filed in the record of both C.A. No. 07-9069 and C.A. No. 05-4182. These materials are responses to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning settlement efforts to date. In addition, I have conferred separately by telephone with Michael Darnell, plaintiff's counsel, and Gary Schwab, defense counsel, concerning the settlement efforts of the parties to date. Counsel reported that a private mediation was in fact conducted on September 17, 2008, but <u>no</u> settlement was reached. The mediation consumed six (6) hours, and the last offers exchanged by the parties were far apart. Although counsel may continue their private mediation efforts, it appears to the court that settlement is not attainable in the short term through private mediation and that further court proceedings are required. Accordingly,

SEP 25 2008

TRANSFERRED TO
SECT. J MAG. 1



**IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced <u>Pittman</u> case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby DIRECTED to docket a <u>copy</u> of this order and henceforth all future filings in C.A. No. 07-9069 on the docket of C.A. No. 07-9069, and <u>not</u> on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case to Section "J"(1), where it was previously allotted before transfer to this consolidated litigation, for future proceedings in Section "J"(1).

New Orleans, Louisiana, this ___25th___ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.
HON. CARL J. BARBIER