# LARZELERE PICOU WELLS SIMPSON LONERO, LLC

ATTORNEYS AT LAW
SUITE 1100 - TWO LAKEWAY CENTER
3850 N. CAUSEWAY BOULEVARD
METAIRIE, LOUISIANA 70002
TELEPHONE (504) 834-6500
FAX (504) 834-6565

SCOT P. KOLOSKI
skoloski@lpwsl.com

RECEIVED
SEP 24 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

24 September 2008

**VIA TELEFACSIMILE ONLY**

Honorable Joseph C. Wilkinson, Jr.
Magistrate Judge
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

RE: *In Re Katrina Canal Breaches Consolidated Litigation*
USDC, EDLA No. 05-4182 "K" (2)
Pertains to: *Edward Held*, No. 07-1610
Our File No: 000800-06314

Dear Judge Wilkinson:

Further to the Court's post-*Sher* Case Management Order, this will advise that the plaintiff, Edward Held, and defendant, Republic Fire And Casualty Insurance Company, parties in the above referenced litigation have reached an agreement as to the settlement of this matter, subject to the approval of the Road Home Program.

Should you have any questions, please feel free to contact us at your convenience.

Respectfully,

Scot P. Koloski

SPK/llg

cc: Honorable Judge Stanwood R. Duval, Jr. (via telefacsimile only)
Brian Page, Esq. (via telefacsimile only)