## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA* 07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

### MOTION FOR LEAVE TO FILE BARGE PLAINTIFFS' SEVENTH AMENDED CONSOLIDATED CLASS ACTION COMPLAINT FOR DAMAGES

**NOW COMES** the Barge Plaintiffs' Subgroup Litigation Committee, through undersigned, who, upon suggesting that good cause exists, and in the interests of justice and for reasons expressed in the accompanying Memorandum, respectfully move the Court for an Order granting leave to file the Barge Plaintiffs' Seventh Amended Consolidated Class Action Complaint for Damages pursuant to Fed. R. Civ. P. 16(b)(4) and 15(a)(2). Barge Plaintiffs also incorporate a request that Arcola Sutton, sought to be named a *Mumford* plaintiff by way of the proposed amendment, be recognized as a proposed class representative and substituted for previously proposed class representatives Harris Irvin and Rico Sutton, neither of whom wish to serve.

It is so moved, this 25th day of September, 2008.

Respectfully Submitted,

/s/ Brian A. Gilbert,
Brian A. Gilbert, Esq.(21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
    Telephone: (504) 885-7700
    Telephone: (504) 581-6180
    Facsimile: (504) 581-4336
    e-mail: bgilbert@briangilbertlaw.com

/s/ Lawrence D. Wiedemann,
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
    Telephone: (504) 581-6180
    Facsimile: (504) 581-4336
    e-mail: lawrence@wiedemannlaw.com,
    karl@wiedemannlaw.com,
    karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
    Telephone: 504-834-0646
    e-mail: pistols42@aol.com

/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
    Voice: 202-862-4320
    Cell:   202-549-1454
    Facsimile:  800-805-1065 and 202-828-4130
    e-mail: rick@rickseymourlaw.net,

/s/ Lawrence A. Wilson
Lawrence A. Wilson (N.Y.S.B.A. #2487908)
David W. Drucker (N.Y.S.B.A. #1981562)


       Wilson, Grochow, Druker & Nolet
       Woolworth Building
       233 Broadway, 5th Floor
       New York, NY 10279-0003
        Telephone: (212) 608-4400
        Facsimile: (212) 227-5159
        e-mail: lwilson@wgdnlaw1.com,
      ddruker@wgdnlaw1.com

       /s/Shawn Khorrami
       Shawn Khorrami (CA SBN #14011)
       H. Scott Leviant (CA SBN #200834)
       Matt C. Bailey (CA SBN #218685)
       Khorrami, Pollard & Abir, LLP
       444 S. Flower Street, 33rd Floor
       Los Angeles, California 90071
        Telephone: (213) 596-6000
        Facsimilie: (213) 596-6010
        e-mail:  Skhorrami@kpalawyers.com;
        hsleviant@kpalawyers.com;
        Mbailey@kpalawyers.com

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 25th day of September, 2008.

        \s\Brian A. Gilbert