# LARZELERE PICOU WELLS SIMPSON LONERO, LLC

ATTORNEYS AT LAW
SUITE 1100 - TWO LAKEWAY CENTER
3850 N. CAUSEWAY BOULEVARD
METAIRIE, LOUISIANA 70002
TELEPHONE (504) 834-6500
FAX (504) 834-6565

ANGIE ARCENEAUX AKERS
aakers@lpwsl.com

24 September 2008

**RECEIVED**
SEP 24 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

## VIA TELEFACSIMILE

Honorable Joseph C. Wilkinson, Jr.
Magistrate Judge
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

*File with records*

RE: *In Re Katrina Canal Breaches Consolidated Litigation*
USDC, EDLA No. 05-4182, "K" (2)
**Pertains to:** *Louis Turner, et al. v. Republic Fire And Casualty, 06-8706*
Our File No: 000800-06270

Dear Judge Wilkinson:

The parties have reached a settlement agreement in this matter, but they are waiting on the approval of the Road Home to finalize the settlement. Undersigned counsel understands that all necessary documents have been submitted to the Road Home. Accordingly, we respectfully request that you enter a 90-day order of dismissal in this matter.

Should you have any questions regarding the above or need any additional information, please do not hesitate to contact us.

Very respectfully,

Angie Arceneaux Akers

cc: Patrick Kehoe, Esq.