UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO LEVEE: | * * | JUDGE DUVAL |
| ADAMS (Dawn), No. 07-4391 | * * | MAG. WILKINSON |

### JOINT NOTICE/STIPULATION OF VOLUNTARY DISMISSAL OF CSX TRANSPORTATION, INC. AND "CSX TRANSPORTATION CORPORATION"

**NOTICE IS HEREBY GIVEN** by Dawn Adams and all other plaintiffs in Civil Action 07-4391 and defendant CSX Transportation, Inc. that Civil Action No. 07-4391 is hereby dismissed without prejudice against defendants CSX Transportation, Inc. and "CSX Transportation Corporation"[1] only, under Fed. R. Civ. P. 41(a). Defendants CSX Transportation, Inc. and "CSX Transportation Corporation" have not been served with a citation or complaint, nor have they filed an answer or a motion for summary judgment. Every party is to bear his, her, or its own costs, and the plaintiffs reserve all rights against all other defendants.

---

[1] There is no juridical entity named "CSX Transportation Corporation."

1159737-1

1

Counsel for CSX Transportation, Inc. consents to this dismissal, and a proposed order is attached.

**FOR THE PLAINTIFFS:**

s/ Stephen B. Murray, Jr.   Date: 09/25/08
STEPHEN B. MURRAY, SR. (#9858)
STEPHEN B. MURRAY, JR. (#23877)
MURRAY LAW FIRM
650 Poydras Street
Poydras Center, Suite 1100
New Orleans, Louisiana 70130
Telephone: (504) 525-8100
Facsimile (504) 584-5249

RONNIE G. PENTON (#10462
GAIR M. OLDENBURG (#5029)
LAW OFFICES OF RONNIE G. PENTON
2250 Gause Blvd., East., Suite 310
Slidell, Louisiana 70458
Telephone: (985) 643-1747
Facsimile: (985) 646-1487

**FOR CSX TRANSPORTATION, INC.:**

s/ Brent A. Talbot   Date: 09/25/08
BRENT A. TALBOT (#19174)
JONATHAN C. MCCALL (#9227)
   -of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of September, 2008, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

s/ Brent A. Talbot