UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K" (2) |
| PERTAINS TO LEVEE: | * * | JUDGE DUVAL |
| ADAMS (Dawn), No. 07-4391 | * * | MAG. WILKINSON |

### ORDER

Upon the foregoing Joint Notice/Stipulation of Voluntary Dismissal of CSX Transportation, Inc. and "CSX Transportation Corporation" without prejudice, the actions and claims of the plaintiffs in matter 07-4391 against CSX Transportation, Inc. and "CSX Transportation Corporation" are hereby DISMISSED without prejudice, each party to bear his, her, or its own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

JUDGE STANWOOD R. DUVAL, JR.
United States District Judge

1159760-1