FILED '08 SEP 22 15:45 USDC-LAE

# HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.

### ATTORNEYS AT LAW

W MARVIN HALL
LAURENCE E. LARMANN
RICHARD T. SIMMONS, JR.
DOMINIC J. OVELLA
MICHAEL R. MENTZ
C. KELLY LIGHTFOOT
W. EVAN PLAUCHÉ
MICHAEL J. VONDENSTEIN
JOHN T. CULOTTA
DAVID K. PERSONS
JOHN E. UNSWORTH, JR.
CAROLINE D. IBOS
JOSEPH L. SPILMAN, III
CLAUDE A. GRECO
W. GLENN BURNS
JAMES W. HAILEY, III
KEVIN O. LARMANN
DARREN A. PATIN
ANNE E. MEDO
GABRIEL J. VENINATA
SEAN P. MOUNT

APPELLATE COUNSEL
ALAYNE R. CORCORAN

ONE GALLERIA BOULEVARD
SUITE 1400
METAIRIE, LOUISIANA 70001
TELEPHONE: (504) 836-6500
TELECOPIER: (504) 836-6565

MAILING ADDRESS:
P.O. BOX 8288
METAIRIE, LA 70011-8288

NEW ORLEANS OFFICE
1100 POYDRAS STREET
SUITE 2900
NEW ORLEANS, LA 70163
TELEPHONE: (504) 799-2271
TELECOPIER: (504) 836-6565

GULFPORT OFFICE
1611 23RD AVENUE
SUITE 101
GULFPORT, MS 39501
TELEPHONE: (228) 864-5556
TELECOPIER: (228) 864-5545

BATON ROUGE OFFICE
10725 PERKINS ROAD
SUITE 200
BATON ROUGE, LOUISIANA 70810
TELEPHONE: (225) 766-5567
TELECOPIER: (225) 766-5548

www.haileymcnamara.com

OF COUNSEL
JAMES W. HAILEY, JR.
HENRY D. McNAMARA, JR
ANTONIO E. PAPALE, JR.
JOHN F. YOUNG, JR.
JAMES D. GARVEY, JR.
ROBERT D. FORD

WILLIAM R. SEAY, JR.
KATIE M. CUSIMANO
DAVID B. ESTES
CHARLES F. WARTELLE
DAVID C. BACH
BRAD D. FERRAND
DANIEL M. REDMANN
DANIEL R. HYNES
LAUREN E. BRISBI
JUSTIN E. ALSTERBERG
SHAILENDRA U. KULKARNI

*PROFESSIONAL CORP.
ALSO ADMITTED IN:
V ALABAMA
◊ IOWA
∇ MARYLAND
† MISSISSIPPI
° ONLY IN MISSISSIPPI
± TEXAS
∧ WASHINGTON, D.C.

September 16, 2008

**Via Facsimile (504) 589-7633**
Magistrate Joseph C. Wilkinson, Jr.
United States District Court
500 Poydras Street
New Orleans, LA 70130

Re: **Status of Severed Atwood Group of Hurricane Katrina Cases**

Dear Judge Wilkinson:

In keeping with your request, attached is a spreadsheet which lists the status of the thirty seven severed Atwood cases, as well as case number 07-7217. This case was a non-Atwood duplicate filing by several plaintiffs, including Thomas Gray and Bessie Perez, who were also plaintiffs in the Atwood group.

Of these thirty eight total cases, State Farm has settled twenty nine of them. Five have been voluntarily dismissed, without any payment by State Farm. Two of the cases were duplicate filings, wherein separate attorneys filed suit on behalf of the same plaintiffs, regarding the same property. State Farm previously settled these cases with Joseph Bruno. As a result, the claims of these two plaintiffs in the Atwood group (H. Hebert and J. Everhardt) are still pending. The only two cases which are still pending, without settlement of a duplicate lawsuit, are those by Claudia Bodet and Denise Zeairs, both of whom are represented by Bruce Feingerts.

RECEIVED SEP 16 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

With kind regards, I remain

                                              Sincerely,

                                              *[signature]*

DKP/rjp                                       **DAVID K. PERSONS**
Enclosure

cc:     Bruce Feingerts   (via facsimile)
        Sid Hardy          (via facsimile)

# STATUS OF SEVERED ATWOOD GROUP OF CASES

## SETTLED CASES

| No. | Plaintiff Name(s) | Claim Number | Case Number | Plaintiff's Attorney | Disposition | Date |
|---|---|---|---|---|---|---|
| 1 | Atwood, John and Gretchen | 18-R241-037 | 07-1789 | Lestelle | Settled | 08/21/08 |
| 2 | Boniol, John | 18-R339-849 | 07-1790 | Robichaux | Settled | 08/22/08 |
| 3 | Bouvier, Brian and Tammy | 18-R232-245 | 07-1805 | Connick | Settled | 05/31/08 |
| 4 | Doyle, Frank and Ruth | 18-R350-806 | 07-1783 | Kehoe | Settled | 12/20/07 |
| 5 | Doyle, Jeanne and William "Buddy" | 18-R341-563 | 07-1788 | Kehoe | Settled | 08/21/08 |
| 6 | Faust, Muriel | 18-R170-690 | 07-1814 | Robichaux | Settled | 08/22/08 |
| 7 | Frederic, Charles G. and Darnell, Jr. | 18-R254-059 | 07-1806 | Connick | Settled | 05/31/08 |
| 8 | Gerlinger, Eric and Joy Bulot | 18-R335-883 | 07-1782 | Robichaux | Settled | 08/22/08 |
| 9 | Gregoire, Joseph | 18-R337-152 | 07-1792 | Robichaux | Settled | 08/22/08 |
| 10 | Hahn, Randy and Hope Gonzales | 18-R478-564 | 07-1785 | Robichaux | Settled | 08/22/08 |
| 11 | Hebert, Marsha and Donald | 18-R261-983 / 18-R261-992 | 07-1794 | Robichaux | Settled | 08/22/08 |
| 12 | Hueschen, Jr., Lester | 18-R356-105 | 07-1793 | Kehoe | Settled | 08/21/08 |
| 13 | Isbell, John | 18-R210-044 | 07-1791 | Kehoe | Settled | 12/20/07 |
| 14 | Jennings, Wanda Melan and Gary | 18-R171-428 | 07-1801 | Robichaux | Settled | 08/22/08 |
| 15 | Marsh, Charles J. & Michele E. Power | 18-R173-002 | 07-1807 | Kehoe | Settled | 08/21/08 |
| 16 | Matern, Nolan and Sandra | 18-R336-897 | 07-1815 | Robichaux | Settled | 08/22/08 |
| 17 | Mayeux, Wayne | 18-R237-071 | 07-1799 | Connick | Settled | 07/16/08 |
| 18 | O'Donnell, Theresa B. and Kenneth | 18-R329-058 | 07-1813 | Kehoe | Settled | 08/21/08 |
| 19 | Palmisano, Michael P. & Lorraine S. | 18-R164-922 | 07-1795 | Lestelle | Settled | 08/25/08 |
| 20 | Perez, Bessie and Thomas P. Gray | 18-R269-501 | 07-1800 | Robichaux | Settled | 08/22/08 |
| 21 | Perez, Bessie and Thomas P. Gray | 18-R269-501 | 07-7217* | Robichaux | Settled | 08/22/08 |
| 22 | Perniciaro, Brossie & Gwendolyn | 18-R486-135 | 07-1804 | Kehoe | Settled | 08/22/08 |
| 23 | Perniciaro, Brossie & Gwendolyn | 18-R486-135 | 07-1803 | Kehoe | Settled | 08/22/08 |
| 24 | Phillips, Charles J. | 18-R262-084 | 07-1808 | Kehoe | Settled | 12/20/07 |
| 25 | Phillips, Leonard & Annie | 18-R349-073 | 07-1816 | Kehoe | Settled | 08/21/08 |

* DUPLICATE FILING BY SAME ATTORNEYS; NOT PART OF ATWOOD GROUP, BUT HAS BEEN SETTLED.

1

# STATUS OF SEVERED ATWOOD GROUP OF CASES

## SETTLED CASES (continued)

| No. | Plaintiff Name(s) | Claim Number | Case Number | Plaintiffs' Attorney | Disposition | Date |
|---|---|---|---|---|---|---|
| 26 | Power, William "Pat" | 18-R531-146 | 07-1798 | Kehoe | Settled | 12/20/07 |
| 27 | Reichert, Shirley Salez | 18-R330-787 | 07-1797 | Robichaux | Settled | 08/22/08 |
| 28 | Savarese, Dina | 18-R247-379 | 07-1819 | Kehoe | Settled | 12/20/07 |
| 29 | Terranova, Christine | 18-R170-516 | 07-1809 | Kehoe | Settled | 12/20/07 |

## DISMISSED CASES

| No. | Plaintiff Name(s) | Claim Number | Case Number | Plaintiffs' Attorney | Disposition | Date |
|---|---|---|---|---|---|---|
| 30 | Cerise, Victor and Ann | None | 07-1802 | Robichaux | Dismissed | 06/01/07 |
| 31 | Killeen, Sandra | None | 07-1796 | Robichaux | Dismissed | 06/01/07 |
| 32 | Nicolopoulos, Sotirious & Panagloea | 18-R330-236 | 07-1812 | Robichaux | Dismissed | 07/25/08 |
| 33 | Palmisano, Michael P. & Lorraine S. | 18-R164-966 | 07-1817 | Lestelle | Dismissed | 07/01/08 |
| 34 | Piazza, Michael | 18-R232-214 | 07-1818 | Robichaux | Dismissed | 09/16/08 |

## DUPLICATE FILED CASES
(SEPARATE SUITS BY DIFFERENT ATTORNEYS, REGARDING SAME PLAINTIFF AND PROPERTY)

| No. | Plaintiff Name(s) | Claim Number | Case Number | Plaintiffs' Attorney | Disposition | Date |
|---|---|---|---|---|---|---|
| 35 | Everhardt, Joann | 18-R249-521 | 07-1787 | Robichaux | Duplicate Case (#07-2638 settled with Joseph Bruno) | 07/18/08 |
| 36 | Hebert, Harold and Stacy Gorman | 18-R240-156 | 07-1784 | Kehoe | Duplicate Case (#07-5111 settled with Joseph Bruno) | 02/20/08 |

## PENDING CASES

| No. | Plaintiff Name(s) | Claim Number | Case Number | Plaintiffs' Attorney | Disposition | Date |
|---|---|---|---|---|---|---|
| 37 | Bodet, Claudia Mouton | 18-R253-984 | 07-1810 | Feingerts | Pending | |
| 38 | Zeairs, Denise | 18-R257-532 | 07-1811 | Feingerts | Pending | |

2