MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 23, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, <u>Burke</u>, 06-10852 | JUDGE DUVAL<br>MAG. WILKINSON |

  At the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, the court has been advised by John Venezia, counsel for plaintiffs, and Steven Lozes, counsel for defendant, that a settlement has been reached in the referenced <u>Burke</u> case. By copy of this minute entry, Judge Duval is advised so that he may enter an appropriate 60-day conditional dismissal order in the referenced <u>Burke</u> case only.

                   JOSEPH C. WILKINSON, JR.
                   UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

MJSTAR: **0 : 10**