**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE KATRINA CANAL BREACHES                         CIVIL ACTION
CONSOLIDATED LITIGATION

                                                      NO. 05-4182

PERTAINS TO:        INSURANCE
                    Perniciaro,  07-1804              SECTION "K"(2)

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this

action have firmly agreed upon a compromise subject to Louisiana Recovery Authority/Road

Home Program approval,

**IT IS ORDERED** that this action be and it is hereby dismissed without costs and

without prejudice to the right, upon good cause shown within 90 (ninety) days, to reopen the

action or seek summary judgment enforcing the compromise if settlement is not consummated

within a reasonable time.  The Court retains jurisdiction for all purposes, including enforcing the

settlement agreement entered into by the parties.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE**
**BEEN SUBPOENAED, EVERY WITNESS MUST BE**
**NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this __25th__ day of September, 2008.

_____
        **STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**