FILED '08 SEP 22 15:45 USDC-LAE

*original*

# McCranie Sistrunk Anzelmo Hardy Maxwell & McDaniel PC

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 SEP 22 AM 10:47

LORETTA G. WHYTE
CLERK

3445 N. Causeway Blvd.   Suite 800   Metairie, LA 70002
(504) 831-0946   (504) 831-2492 Fax   www.mcsalaw.com

**Sidney J. Hardy**
Direct Dial: (504) 846-8407
E-Mail: shardy@mcsalaw.com

RECEIVED

SEP 16 2008

CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

September 16, 2008

**Via Fax (504) 589-7633**

Magistrate Judge Joseph C. Wilkinson, Jr.
United States District Court, Eastern District of Louisiana
500 Poydras Street, Room B409
New Orleans, Louisiana 70130

*File in all records*
*of attached*
*cases*
*and in*
*05-4182*

    Re:   Ailes Cases

Dear Judge Wilkinson:

        Per our conversation yesterday, I have attached to this letter a list of the individual plaintiffs who were a part of the Ailes mass action, their individual case numbers, each plaintiff's attorney, and the status of the cases as of September 16, 2008. You will note that we are awaiting Road Home approval on several cases in which we have reached an agreement as to the dollar figure.

        Judge Wilkinson, I trust that the above information has been provided in a format that you find useful. If you need any additional information about these cases, please do not hesitate to contact Roy Beard or me.

                    Very truly yours,

                    Sidney J. Hardy

SJH/sw
Enclosure
cc:     Bruce Feingerts, Esq. - via fax 504-568-1521
        Patrick Kehoe, Esq. - via fax 504-588-1954
        William P. Connick, Esq. - 504-838-9903
        Roy F. Amedee, Jr., Esq. - 504-592-8783
        Andrea s. Lestelle, Esq. - 504-828-1229
        J. Van Robichaux, Jr., Esq. - 504-282-6298
        Randy J. Ungar, Esq. - 504-566-1652
        Allan Berger, Esq. - 504-483-8130

## STATUS OF AILES CASES

| Plaintiffs | Suit No. | Plaintiff Atty | Status |
|---|---|---|---|
| | | | Open |
| Ailes, Patricia | 07-1595 | Feingerts | Open |
| Albert, Gloria | 07-1593 | | Settled 12/07 |
| Banks, Anthony | 07-1573 | Kehoe | *Reached a figure on settlement (Waiting to hear about liens and Road Home) 12/07 |
| Banks, Lawrence | 07-1603 | | Open |
| Bickham, Esco & Peggy | 07-1582 | Kehoe | Settled 07/08 |
| Bickham, Esco & Peggy | 07-1581 | Kehoe | *Reached a figure on settlement (Road Home Issue) 07/08 |
| Bishop, Thomas & Gay | | | Open |
| Hilliard, William | 07-1579 | Feingerts | Open |
| Braud, Edgar & Lauren | 07-1572 | Feingerts | Open |
| Briscoe, Brazella & Canary | 07-1564 | Van Robichaux | Open |
| Briscoe, Brazella & Canary | 07-1568 | Van Robichaux | Open |
| Carreras, Garnell | 07-1562 | Van Robichaux | *Reached a figure on settlement (Road Home Issue) 07/08 |
| Ellis, Elaine | 07-1599 | Van Robichaux | Open |
| Engolia, Anthony | 07-1561 | | *Reached a figure on settlement (Road Home Issue)12/07 |
| Flenner, Thomas | 07-1575 | | Settled 12/07 |
| Gascon, Theresa | 07-1591 | | *Reached a figure on settlement (Road Home Issue) 12/07 |
| Gibson, Edwina | 07-1598 | Kehoe | Settled 07/08 |
| Grossley, Elgin & Barb | 07-1584 | Amedee | Settled 12/07 |
| Guste, Colette | 07-1596 | Kehoe | Open |
| Harness, Sylvia | 07-1569 | Van Robichaux | Settled 08/08 |
| Harris, Stanley & Susan | 07-1566 | Van Robichaux | Open |
| Howerton, Donald, et al | 07-1594 | Kehoe | Open |
| Jobert, Francis | 07-1570 | Connick | Open |
| Johnson, Calvin | 07-1563 | Kehoe | Open |
| Kennerson, Sarah | 07-1604 | Feingerts | Open |
| Lalumia, Jessica & Jennifer | 07-1586 | Feingerts | Open |
| Leon, Shelita | 07-1609 | Connick | *Reached a figure on settlement (Road Home Issue) 07/08 |
| Levin, Gerald | 07-1606 | | Open |
| Marco, Donald&Gwendolyn | 07-1580 | Connick | Settled 11/07 |
| Martin, Rosemary&Dominic | 07-1590 | Lestelle | Settled 07/08 |
| Meyers, Carolyn, et al | 07-1600 | Feingerts | Open |
| Mix, Ellis | 07-1571 | Kehoe | Open |
| Morgan, Lester, et al | 07-1578 | Lestelle | Settled 07/08 |
| Morgan, Gilda, et al | 07-1583 | Connick | Settled 07/08 |

## STATUS OF AILES CASES

| Plaintiffs | Suit No. | Plaintiff Atty | Status |
|---|---|---|---|
| Pier, Elizabeth | 07-1605 | | Open |
| Poree, Ursula | 07-1592 | Lestelle | Settled pre-suit in 2006 |
| Reboul, Joanna | 07-1607 | Van Robichaux | Settled 12/07 |
| Robinson, Allison & Todd | 07-1587 | Amedee | Open |
| Roy, Julius, et al | 07-1565 | Lestelle | Open |
| Sanchez, Sheddrick, et al | 07-1608 | Feingerts | Open |
| Schwankhart, Eugene, et al | 07-1601 | Van Robichaux | Open |
| Sciambra, Cheryl | 07-1597 | Kehoe | *Reached a figure on settlement (Road Home Issue) 07/08 |
| Singer, Allen & Charity | 07-1574 | Lestelle | *Reached a figure on settlement (Road Home Issue) 07/08 |
| Snyder, William, et al | 07-1577 | Lestelle | Settled 12/07 |
| Starnes, Doris | 07-1588 | Amedee | Open |
| Taylor, Roselda | 07-1585 | Connick | Settled 07/08 |
| Tumblin, William, et al | 07-1602 | Feingerts | Open |
| Villere, Harold & Flora | 07-1567 | Lestelle | *Reached a figure on settlement (Road Home Issue) 07/08 |
| Villere, Georgia | 07-1589 | Lestelle | Settled 07/08 |
| Wade, Jr. Tanya & Johnell | 07-1576 | Connick | *Reached a figure on settlement (Road Home Issue) 12/07 |