## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182

PERTAINS TO: INSURANCE                            SECTION "K"(2)
Poree, 07-1592

**************************************

### ORDER OF DISMISSAL

The Court having been advised that all of the parties to this action have firmly agreed upon

a compromise,

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice

to the right, upon good cause shown, within 60 (sixty) days, to reopen the action or to seek summary

judgment enforcing the compromise if settlement is not consummated within a reasonable time.  The

Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into

by the parties.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE
BEEN SUBPOENAED, EVERY WITNESS MUST BE
NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this ___25th___ day of September, 2008.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE**