UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES         CIVIL ACTION
CONSOLIDATED LITIGATION
                                     NO. 05-4182

PERTAINS TO:                         SECTION "K"(2)
   BARGE

## ORDER

The Court has reviewed the Motion for Leave of Court to File New York Marine and General Insurance Company, American Home Assurance Company, and the Northern Assurance Company of America's First Amended Answer, Affirmative Defenses and Cross-Claims Against Lafarge North America, Inc. and American Steamship Owners Mutual Protection & Indemnity Association (Doc. 14591) and finds that oral argument will not aid the Court in rendering its decision. Accordingly,

**IT IS ORDERED** that the Oral Argument scheduled for October 1, 2008 at 9:30 a.m. is **CANCELLED.**

New Orleans, Louisiana, this  25th  day of September, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE