MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 24, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE<br>        Atwood, 07-1789<br>        Boniol, 07-1790<br>        Doyle, 07-1788<br>        Faust, 07-1814<br>        Frederic, 07-1806<br>        Gerlinger, 07-1782<br>        Gregoire, 07-1792<br>        Hahn, 07-1785<br>        Hebert, 07-1794<br>        Hueschen, 07-1793<br>        Isbell, 07-1791<br>        Jennings, 07-1801<br>        Marsh, 07-1807<br>        Matern, 07-1815<br>        Mayeux, 07-1799<br>        O'Donnell, 07-1813<br>        Perez, 07-1800<br>        Perniciaro, 07-1804<br>        Perniciaro, 07-1803<br>        Phillips, 07-1816<br>        Power, 07-1798<br>        Reichert, 07-1797<br>        Savarese, 07-1819<br>        Terranova, 07-1809 | JUDGE DUVAL<br>MAG. WILKINSON |

MJSTAR:  **0 : 10**

Based on the written report dated September 16, 2008 I have received from David Persons, counsel for State Farm, in the actions referenced above at the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, all of which have been separately filed in the record, I conducted conferences via telephone with Mr. Persons. During these conferences, as reflected in the status report, defense counsel has confirmed that the referenced cases have all been settled, conditioned upon approval of the Road Home Program.  By copy of this minute entry, Judge Duval is advised so that he may enter appropriate 90-day conditional dismissal orders in the referenced cases only.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**