UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MERVIN JEFFERSON ET AL. | CIVIL ACTION |
| VERSUS | NO. 07-8947 |
| LOUISIANA CITIZENS PROPERTY INSURANCE CORP. ET AL. | SECTION "K" (2) |

## ORDER

After transfer of this matter by Judge Zainey to Section "K" (2) on September 9, 2008, Record Doc. No. 18, the Clerk, in accordance with normal procedure, reset before me the settlement conference previously set before Magistrate Judge Roby on September 30, 2008. However, I already have conferences set in other cases at that date and time, so I am not available to conduct a settlement conference at that time. Accordingly,

**IT IS ORDERED** that the settlement conference reset in this matter before me on September 30, 2008 is hereby CANCELLED.

New Orleans, Louisiana, this __25th__ day of September, 2008.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**