UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:  MRGO, <u>Robinson</u> 06-2268 | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:        United States' Ex Parte Motion to File Exhibit Under Seal, Record Doc. No. 15202

O R D E R E D:

 XXX : GRANTED.  Good cause exists to file under seal the United States' Exhibit 5 to its Response to Plaintiffs' Corrected Motion for in Camera Inspection, Record Doc. No. 15198, which is the declaration under penalty of perjury of Denise D. Frederick, District Counsel in the Office of Counsel of the New Orleans District of the United States Army Corps of Engineers.  The declaration describes in some detail the contents of documents as to which the United States asserts the attorney-client privilege and the protection of the work product doctrine.  The United States represents that plaintiffs' counsel has no objection to filing the exhibit under seal.  Accordingly, the Clerk of Court is directed to file under seal the United States' Exhibit 5, pending further order of the court.

New Orleans, Louisiana, this   25th   day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE