MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 24, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION  NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, <u>Martin</u>, 06-7703 | JUDGE DUVAL  MAG. WILKINSON |

At the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, the court has been advised by defense counsel, Angie Akers, by letter filed separately in the record, that the referenced <u>Martin</u> case has settled, pending Road Home approval. By copy of this minute entry, Judge Duval is advised so that he may enter an appropriate 90-day conditional dismissal order in the referenced <u>Martin</u> case only.

New Orleans, Louisiana, this   25th   day of September, 2008.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.

MJSTAR: **0 : 02**