MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 25, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Short, 07-6478 | JUDGE DUVAL<br>MAG. WILKINSON |

At the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, the court has been advised by Jacob Braud, counsel for defendant, that a settlement has been reached in the referenced Short case, and that a dismissal order concerning this same claim by plaintiff, duplicated in the Susan Abadie mass joinder case, 07-5112, has already been entered. By copy of this minute entry, Judge Duval is advised so that he may enter an appropriate 60-day conditional dismissal order in the referenced Short case only. Defense counsel will follow up with a formal motion to dismiss with prejudice.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

MJSTAR: **0 : 02**