MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 24, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Turner, 06-8706 | JUDGE DUVAL |
| | MAG. WILKINSON |

At the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, the court has been advised by defense counsel, Angie Akers, by letter filed separately in the record, that the referenced Turner case has settled, pending Road Home approval. By copy of this minute entry, Judge Duval is advised so that he may enter an appropriate 90-day conditional dismissal order in the referenced Turner case only.

New Orleans, Louisiana, this  25th  day of September, 2008.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.

MJSTAR:  0 : 02