## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182

PERTAINS TO: BARGE                               SECTION "K"(2)
        *Boutte v. Lafarge* **(05-5531)**
        *Mumford v. Ingram* **(05-5724)**
        *Lagarde v. Lafarge* **(06-5342)**
        *Perry v. Ingram* **(06-6299)**
        *Benoit v. Lafarge* **(06-7516)**
        *Parfait Family v. USA* **(07-3500)**
        *Lafarge v. USA* **(07-5178)**

## ORDER

Considering Barge Plaintiffs' *ex parte* application for leave to file a Memorandum in

Support of Barge Plaintiffs' Motion for Class Certification,

**IT IS ORDERED** that the Motion is **GRANTED.**

Considering the Motion for Leave to File Reply (Rec. Doc. 13942), accordingly,

**IT IS ORDERED** that the Motion is **GRANTED**.  Barge Plaintiffs may file a

memorandum in excess of the provisions in the Local Rules.  Barge Plaintiffs may file a

memorandum no greater than 50 pages in length, excluding any table of authorities, table of

contents, or exhibits.

New Orleans, Louisiana, this _____25th_____ day of September, 2008.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**