UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: *Robinson* C.A. No. 06-2268 | SECTION "K"(2) |

### ORDER

Having been apprised of the filing of Defendant United States' Motion for Summary Judgment (Doc. 15317) which seeks the dismissal with prejudice of the part of Plaintiffs' claim that alleges their damage was caused by the negligent operation and maintenance of the Mississippi River-Gulf Outlet,

**IT IS ORDERED** that the following schedule is established:

| | |
|---|---|
| September 24, 2008 | Motion for Summary Judgment was filed. |
| October 15, 2008 | Opposition to Motion must be filed. |
| October 22, 2008 | Reply Memorandum to Motion must be filed. |
| October 29, 2008 | Oral Argument on the Motion for Summary Judgment shall be had at 1:30 p.m. |

New Orleans, Louisiana, this  25th  day of September, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE