PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MRG | 001 | MRG0010001 | MRG0010170 | USACE | Office of the Chief Engineer, Board of Engineers for Rivers and Harbors | KC911 | 9/26/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Legislative History Documents, Reports and Studies Files from 1902 - 1954 re MRGO. |
| MRG | 002 | MRG0020001 | MRG0020396 | USACE | Office of the Chief Engineer, Board of Engineers for Rivers and Harbors | KC911 | 9/26/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Legislative History Documents, Reports and Studies Files from 1902 - 1954 re MRGO. |
| MRG | 003 | MRG0030001 | MRG0030385 | USACE | Office of the Chief Engineer, Board of Engineers for Rivers and Harbors | KC911 | 9/26/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Legislative History Documents, Reports and Studies Files from 1902 - 1954 re MRGO. |
| MRG | 004 | MRG0040001 | MRG0040033 | USACE | Office of the Chief Engineer, Board of Engineers for Rivers and Harbors | KC911 | 9/26/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Legislative History Documents, Reports and Studies Files from 1902 - 1954 re MRGO. |
| MRG | 005 | MRG0050001 | MRG0050354 | USACE | Office of the Chief Engineer, Board of Engineers for Rivers and Harbors | KC911 | 9/26/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Legislative History Documents, Reports and Studies Files from 1902 - 1954 re MRGO. |
| MRG | 006 | MRG0060001 | MRG0060446 | USACE | Office of the Chief Engineer, Board of Engineers for Rivers and Harbors | KC911 | 9/26/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Legislative History Documents, Reports and Studies Files from 1902 - 1954 re MRGO. |
| MRG | 007 | MRG0070001 | MRG0070415 | USACE | Office of the Chief Engineer, Board of Engineers for Rivers and Harbors | KC911 | 9/26/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Legislative History Documents, Reports and Studies Files from 1902 - 1954 re MRGO. |