# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182<br>SECTION "K" (2) |

*severed from Abadie*, 06-5164

| | |
|---|---|
| CAROLYN HART,<br>　　　　Plaintiff | CIVIL ACTION<br>No. 07-2249<br>SECTION "K" (2) |

VS.

STATE FARM FIRE AND CASUALTY
COMPANY,
　　　Defendant

**************************************************************************

## ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims

asserted herein by the plaintiff, Carolyn Hart, shall be and are hereby dismissed, with prejudice,

with each party to bear their respective costs of court.

New Orleans, Louisiana, this 25th day of September, 2008.

_____
USDC JUDGE STANWOOD R. DUVAL, JR.
Section "K," Magistrate: 2

{N0072050}