UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Micheal Babatude, Lisikat Babatude regarding 2608 Via Cerritas, Harvey, LA 70058; Kirk Barbarin, Barbara Syncere regarding 4635 Venus Street, New Orleans, LA 70122; Clifford Curtis, Dorothy Curtis regarding 4925 Crowder Blvd., New Orleans, LA 70127; Ron Perry, Renetta B. Perry regarding 4742 Charlmark Dr., New Orleans, LA 70127** |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Micheal Babatude, Lisikat Babatude regarding 2608 Via Cerritas, Harvey, LA 70058; Kirk Barbarin, Barbara Syncere regarding 4635 Venus Street, New Orleans, LA 70122; Clifford Curtis, Dorothy Curtis regarding 4925 Crowder Blvd., New Orleans, LA 70127; Ron Perry, Renetta B. Perry regarding 4742 Charlmark Dr., New Orleans, LA 70127, who wish to voluntarily dismiss the claims against Defendant(s) Lexington Insurance Company, in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, with

prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

    Respectfully submitted:

    BY:  /s/ Joseph M. Bruno
    JOSEPH M. BRUNO (# 3604)
    L. SCOTT JOANEN (# 21431)
    The Law Offices of Joseph M. Bruno
    855 Baronne Street
    New Orleans, Louisiana 70113
    Telephone: (504) 525-1335
    Facsimile:  (504) 581-1493

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 26th day of September, 2008.

    /s/ Joseph M. Bruno
    Joseph M. Bruno