# DUPLASS ZWAIN BOURGEOIS PFISTER & WEINSTOCK

LAWRENCE J. DUPLASS
GARY M. ZWAIN (1)
DAVID J. BOURGEOIS
C. MICHAEL PFISTER
ANDREW D. WEINSTOCK (1)
GEOFFREY P. CLEMENT
CLAYTON H. VALDIN, JR.
KELLY CAMBRE BOGART
CHRISTIAN B. BOGART
JOSEPH G. GLASS (2)

KEVIN R. DERHAM (4)
JOSEPH E. BEARDEN, III
JAIME M. CAMBRE
COREY M. OUBRE
GISSEL M. FERRIOL
CHRISTINA M. KOCKE
NICOLE M. BOYER
RYAN M. MALONE
WILLIAM J. GUSTE, IV
JENNIFER M. MORRIS

—SPECIAL COUNSEL—
DAVID M. CAMBRE

—OF COUNSEL—
KENNETH J. BERKE

(1) also admitted in Texas
(2) also admitted in Mississippi
(3) also admitted in Oklahoma
(4) also admitted in Maryland

September 23, 2008

<u>**VIA FACSIMILE ONLY – 589-7633**</u>

Honorable Magistrate Joseph C. Wilkinson, Jr.
USDC, Eastern District of Louisiana
500 Poydras Street
B409 Hale Boggs Federal Building
New Orleans, LA 70130

Re:   *Timothy A. Blount v. Allstate Insurance Company, et al*
      Docket No. 06-7547
      DZB File No.: FFA-06356

Dear Magistrate Wilkinson:

This correspondence is in response to the June 13, 2008 Post-Sher Insurance Umbrella Case Management Order issued.

This case does not present a likelihood of settlement, as settlement negotiations are currently at an impasse. The following is a brief chronology of the settlement negotiations history of this matter.

Undersigned counsel made numerous attempts to elicit a settlement demand from Plaintiff's counsel in this matter. To that effect, on May 7, 2008, undersigned counsel forwarded correspondence to Plaintiff's counsel requesting a settlement demand. On July 14, 2008, Plaintiff's counsel forwarded a settlement demand, but it was directed to Allstate and not undersigned counsel's client, the insurance agent. On July 29, 2008, undersigned counsel again requested a settlement demand directed to the agent. On August 20, 2008, Plaintiff's counsel submitted a settlement demand to undersigned

A PROFESSIONAL LAW CORPORATION

29TH FLOOR, THREE LAKEWAY CENTER     3838 N. CAUSEWAY BLVD.     METAIRIE, LOUISIANA 70002
TELEPHONE 504.832.3700     FAX 504.837.3119
www.duplass.com

Gino J. Rendeiro, Esq.
July 29, 2008
Page 2

counsel. We have been in settlement negotiations since that time. However, settlement negotiations have been unsuccessful. Undersigned counsel is in the process of attempting to schedule a mediation in this matter, in November. Undersigned counsel believes it would be beneficial to all parties to schedule a court-conducted settlement conference.

I you need any additional information, please do not hesitate to contact me.

With kindest regards, I remain,

                Sincerely,

                DUPLASS, ZWAIN, BOURGEOIS,
                PFISTER & WEINSTOCK

                GISSEL M. FERRIOL

GMF/cab