# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT COURT

| | | |
|---|---|---|
| PEARL W. SHORT | * | CIVIL ACTION NO: 07-6478 |
| VERSUS | * | JUDGE: |
| NATIONAL LLOYDS INSURANCE COMPANY | * | SECTION: "K" (2) |

*************************************************************

## JOINT MOTION TO DISMISS WITH PREJUDICE

Defendant, National Lloyds Insurance Company, through undersigned counsel, has entered into a settlement agreement with plaintiff, Pearl W. Short. Therefore, plaintiff, Pearl W. Short, hereby respectfully moves this Honorable Court to dismiss, with prejudice, any and all claims asserted herein.

**WHEREFORE**, all claims asserted herein by the plaintiff, Pearl W. Short, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

/s/ S. Jacob Braud
S. Jacob Braud, #28318
Allen & Gooch, A Law Corporation
3900 N. Causeway Blvd, Suite 1450
Metairie, Louisiana 70002
Telephone: (504) 836-5280
Facsimile: (504) 836-5284
Attorney for National Lloyds Ins. Co.
JacobBraud@AllenGooch.com

/s/ Joseph Bruno
Joseph M. Bruno, #3604
L. Scott Joanen, #21431
The Law Office of Joseph M. Bruno
855 Barrone Street, Third Floor
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
jbruno@jbrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Joseph M. Bruno and L. Scott Joanen.

                                        /s/ S. Jacob Braud