# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PEARL W. SHORT** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NUMBER: 07-6478** |
| **NATIONAL LLOYDS INSURANCE COMPANY** | * | **SECTION "K" MAG.: (2)** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT OF DISMISSAL

Now into Court, through undersigned counsel comes plaintiff, Pearl Short, and on suggesting to the Court that she desires to dismiss, with prejudice, National Lloyds Insurance Company, in this matter:

**IT IS ORDERED** that National Lloyds Insurance Company be and it is hereby dismissed with prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this ____ day of _____, 2008.

_____
**JUDGE STANWOOD R. DUVAL, JR.**