# KAVANAGH & RENDEIRO

ATTORNEYS AND COUNSELORS AT LAW
HIBERNIA HOMESTEAD BUILDING
810 UNION STREET • SECOND FLOOR
NEW ORLEANS, LOUISIANA
70112

TELEPHONE 504 / 529-5100
FAX 504 / 529-3700
TOLL FREE 800 / 529-5100



September 24, 2008

Magistrate Joseph C. Wilkinson, Jr.
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, La. 70130

Fax No. 589-7633

Re:   No. 2006-7547
      Timothy A. Blount

Dear Judge Wilkinson:

Per your request, I submit the following status on the above captioned matter.

On or about August 14, 2008, plaintiff settled with defendant, Allstate Insurance Company. We have written to the Louisiana Road Home for settlement approval but as of this date have not received confirmation of settlement. Counsel may file a joint motion for approval of the allocation of the settlement if necessary.

On or about August 20, 2008, plaintiff made an offer to settle with remaining defendant, Kenneth Taylor, for the full amount of $174,000.00. On August 22, 2008, defendant made a counter offer of $32,000.00.

Currently, I am out of town due to a family emergency. However, should you need any additional information, please contact my paralegal, June Bergeron.

With kindest regards, I remain

Very truly yours,

**Dictated but not read.**

Gino J. Rendeiro

GJR/jmb