UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * * | |
| CONSOLIDATED LITIGATION | * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*         05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*      06-5342 | * | JUDGE |
| *Perry v. Ingram*             06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*         06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAGISTRATE |
| *Lafarge v. USA*              07-5178 | * * | JOSEPH C. WILKINSON, JR. |

### LAFARGE NORTH AMERICA'S WITNESS AND EXHIBIT LIST REGARDING CLASS CERTIFICATION

Pursuant to the Court's Case Management and Scheduling Order No. 7, entered May 1, 2008 (Docket No. 12935), Lafarge North America Inc. ("LNA") submits this witness and exhibit list regarding class certification.

LNA has prepared this list based on the information it has gleaned from plaintiffs' class certification motion and expert reports. However, given that plaintiffs have yet to submit their memorandum in support of class certification, and given that plaintiffs' expressed theories of class certification have shifted and varied over time including since the filing of their class certification motion in May 2008, it remains possible or even likely that supplementation of this witness and exhibit list may become necessary.

## List of Fact and Expert Witnesses

1. Ethel Mumford
   c/o Barge PSLC
   Matters testified to on deposition, including facts and circumstances surrounding claims for damages in this case, including nature and extent of various harms alleged.

2. Josephine Richardson:
   Matters testified to on deposition, including facts and circumstances surrounding claim for damages in this case, including nature and extent of various harms alleged.

3. Jimmie Harris:
   Matters testified to on deposition, including facts and circumstances surrounding claim for damages in this case, including nature and extent of various harms alleged.

4. Kismit Bougere
   c/o Barge PSLC
   Matters testified to on deposition, including facts and circumstances surrounding claim for damages in this case, including nature and extent of various harms alleged.

5. Michael Riche
   c/o Barge PSLC
   Matters testified to on deposition, including facts and circumstances surrounding claim for damages in this case, including nature and extent of various harms alleged.

6. Jacob R. Glaser
   c/o Barge PSLC
   Matters testified to on deposition, including facts and circumstances surrounding claim for damages in this case, including nature and extent of various harms alleged.

7. Herman Koch
   c/o Barge PSLC
   Matters testified to on deposition, including facts and circumstances surrounding claim for damages in this case, including nature and extent of various harms alleged.

8. Rico Sutton
   c/o Barge PSLC
   If Mr. Sutton continues as a proposed class representative, then subjects of testimony would include facts and circumstances surrounding claim for damages in this case, including nature and extent of various harms alleged, and any other matters testified to on deposition.[1]

---

[1] Mr. Sutton failed to appear at his deposition, which was duly noticed for August 12, 2008. On the morning of the deposition, plaintiffs' counsel advised that counsel would be unable to appear and the deposition would not take place. Plaintiffs have not proffered a new date for Mr. Sutton's deposition. Plaintiffs have stated that they are withdrawing Mr. Sutton as a class representative. If not, LNA objects to Mr. Sutton being named and reserves the right to move to strike Mr. Sutton as a class representative based on the last minute cancellation of the deposition.

9. Joseph Nicholas Suhayda, Ph.D.
Coastal Oceanographic Consultant
Joseph Suhayda & Associates
285 Sunset Blvd.
Baton Rouge, LA  70808
Expert in hydrology and coastal studies to address sources of flooding and damage and causes of flooding during Hurricane Katrina, including movement of water in the relevant waterways, issues relating to plaintiffs' proposed use of modeling in support of class certification, response to class certification opinions by plaintiffs' hydrology expert, and analysis of hydrologic issues relating to class certification as set forth in his expert report submitted on August 28, 2008.

10. Elissa P. Benedek, M.D.
2311 E Stadium Blvd
Suite 111
Ann Arbor, MI  48104
Expert in psychiatry and mental health to address whether personal injury in the form of mental distress can be assessed or evaluated on a class-wide basis, response to class certification opinions by plaintiffs' mental distress expert, and analysis of emotional distress issues as set forth in her expert report submitted on August 28, 2008.  (Dr. Benedek will be withdrawn upon confirmation, in plaintiffs' memorandum in support of their motion for class certification, that plaintiffs are no longer seeking to certify a class with respect to claims concerning emotional distress).

11. William J. Thomassie, P.E.
Infinity Engineering Consultants, LLC
P.O. Box 24219
New Orleans, LA  70184-0219
Expert in structural engineering and damage assessment to address whether causation of damage and extent of damage to homes and other structures can be evaluated on a class-wide basis, as set forth in his expert report submitted on August 28, 2008.

12. Kenneth J. Boudreaux, Ph.D.
Professor of Economics and Finance
A.B. Freeman School of Business
Tulane University
New Orleans, LA
Expert in business and finance to address whether claims for business loss can be assessed or evaluated on a class-wide basis as alleged by plaintiffs, to respond to class certification business loss opinions of plaintiffs' expert, and to address business loss issues as set forth in his expert report submitted on August 28, 2008.

13. Wade R. Ragas, Ph.D., MAI
President
Real Property Associates, Inc.
3017 Harvard Avenue

   Suite 204
   Metairie, LA  70006

   Expert in real estate markets and appraisal to address whether alleged property damage claims (including alleged diminution in value) can be assessed or evaluated on a class-wide basis as alleged by plaintiffs, to respond to class certification opinions advanced by plaintiffs' expert, and to address real estate issues as set forth in his expert report submitted on August 28, 2008.

14. LNA may call any fact and expert witnesses advanced by the MRGO defendants on issues where their testimony would be germane to the Barge track as well, including as set forth in Rec. Doc. No. 8286 and attachments thereto.

15. LNA may call any fact witnesses listed in Barge plaintiffs' list of class certification witnesses.

## List of Exhibits

1. Records produced by named representative plaintiffs concerning claims for real property damage, personal property damage, emotional distress, personal injury, business loss, and other damage claims; including but not limited to medical records, business records; tax records, including personal tax returns, business tax records, and property tax records; property records, including title documents, mortgages, leases, and judgments of possess; records of rental income; records of relief requested including, *Road Home*, FEMA assistance, and Small Business Administration applications and correspondence; and records regarding rebuilding and salvage, including receipts, invoices, and estimates.

2. Plaintiffs' interrogatory responses and responses to LNA's requests for admissions, including matters deemed admitted by operation of law by representative plaintiffs and/or individual plaintiffs who are members of the putative class.

3. Transcripts of depositions of representative plaintiffs, including exhibits.

4. Transcripts of depositions of other fact witnesses deposed to date, including putative class members deposed as fact witnesses in the case, including exhibits.

5. Transcripts of depositions of plaintiffs' class certification expert witnesses, including John Kilpatrick, Gennaro Marino, Melvin Spinks, and Donald Green, and including exhibits thereto.

6. Transcripts of depositions of LNA's class certification expert witnesses, including exhibits thereto.

7. U.S. Army Corps of Engineers Interagency Performance Evaluation Task Force (IPET), Independent Levee Investigation Team (ILIT), and Team Louisiana reports and conclusions,

including final and draft reports and underlying data, regarding multiple sources and causes of flooding in the proposed class area.

8.   SF-95 claim forms respecting claims for damage to homes, property and persons within the proposed class area, including SF-95 forms signed by proposed representative plaintiffs and by class members.

9.   Property records for properties in the Lower Ninth Ward and other neighborhoods that are or may be part of the alleged class, specific bates numbers to be supplied.

10.   Complaints and/or legal pleadings in other cases filed by proposed class representatives regarding damages alleged by them and relating to Hurricane Katrina.

11.   Complaints and/or legal pleadings in other cases regarding flood damage in the proposed class area commenced by other members of the proposed class..

12.   Insurance claims documents respecting claims for damage to homes, businesses, and property within the proposed class area, including documents produced by proposed representative plaintiffs.

13.   Maps, photos, and/or other depictions of the class area, including the location of representative plaintiffs' property, and locations of levees, levee breaches, man-made and natural geographic features, LNA's New Orleans terminal and similar points of interest, to be identified and determined by counsel, including that produced as LNA 007818.

14.   Photographs of varying property damage within the proposed class area, including variations in the cause and extent of damage, including aerial photographs produced as LNA 005802-7772.

15.   Maps and photographs documenting direction of water flow and flooding levels, including those produced as LNA 001183-1343.

6

16.	Weather data showing the path of Hurricane Katrina and weather conditions during Hurricane Katrina, such as wind speed and direction at locations of interest, including those produced as LNA 001067-1078.

17.	Astronomical data, including that produced as LNA 001389.

18.	Documents regarding evacuation issued in advance of Hurricane Katrina and documents issued by the United States Coast Guard regarding hurricane conditions, including those produced as LNA 001066, 001069-1070.

19.	Form retention agreement from plaintiffs' counsel.

20.	City of New Orleans Department of Safety and Permits Damage Assessment Reports produced as LNA 007821-7832.

21.	Psychological evaluations of representative plaintiffs and other class members and produced by plaintiffs' mental health experts.

22.	Reports prepared by LNA's experts (Wade Ragas, William Thomassie, Joseph Suhayda, Kenneth Boudreaux, and Elissa Benedek), including exhibits thereto and supporting documents referenced in those reports.  (The report of Dr. Benedek will be withdrawn upon confirmation in plaintiffs' memorandum in support of class certification that plaintiffs are not seeking to certify a class with respect to emotional distress.)

23.	Newspaper articles reflecting difficulty of ascertaining correct title to immovable property in connection with *Road Home* program and title documents relating to the representative plaintiffs.

24.	Media reports related to events during Hurricane Katrina or the failure of the hurricane protection system, including those produced as LNA 001079-1080.

25. Any and all exhibits identified by the MRGO defendants in opposing the plaintiffs' class certification motion.

26. Reports prepared by experts in the MRGO/Levee litigation and transcripts of depositions of these expert witnesses, and including exhibits thereto.

27. LNA may rely on any exhibits included on Barge plaintiffs' exhibit list.

    Respectfully submitted,

    Robert B. Fisher, Jr., T.A. (#5587)
    Derek A. Walker (#13175)
    Ivan M. Rodriguez (#22574)
    **CHAFFE MCCALL, L.L.P.**
    2300 Energy Centre
    1100 Poydras Street
    New Orleans, LA 70163-2300
    Telephone: (504) 585-7000
    Facsimile: (504) 585-7075
    Fisher@chaffe.com
    Walker@chaffe.com

    /s/ John D. Aldock
    John D. Aldock
    Richard M. Wyner
    Mark S. Raffman
    **GOODWIN PROCTER LLP**
    901 New York Avenue, N.W.
    Washington, DC 20001
    Telephone: (202) 346-4240

    Daniel A. Webb (#13294)
    **SUTTERFIELD & WEBB, LLC**
    Poydras Center
    650 Poydras Street, Suite 2715
    New Orleans, LA 70130
    Telephone: (504) 598-2715

    *Attorneys for Lafarge North America Inc.*

## Certificate of Service

I do hereby certify that I have on this 26th day of September, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/s/ John D. Aldock