UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE (Blount, 06-7547) | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER

I have received a letter dated September 24, 2008 from plaintiff's counsel, Gino Rendeiro, and a letter dated September 23, 2008 from defense counsel, Gissel Ferriol, in the referenced Blount case, which have been separately filed in the record of both C.A. No. 06-7547 and C.A. No. 05-4182. The letters are deemed the response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts. Having reviewed the letters and the record, it appears that while a partial settlement between plaintiff and the insurer defendant has been reached, subject to Road Home Program approval, settlement is not attainable in the short term between plaintiff and the agent defendant and that further proceedings as to the remaining claim are required. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Blount case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

SEP 25 2008

TRANSFERRED TO
SECT. L MAG. 5

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No ____

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and henceforth all future filings in C.A. No. 06-7547 on the docket of C.A. No. 06-7547, and not on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it back to Section "L" (5), where it was previously allotted before its transfer to this consolidated litigation, for future proceedings in Section "L" (5).

If all parties seek a "court-conducted settlement conference" because they believe that "it would be beneficial to all parties," as stated in defense counsel's letter, they may request that the assigned magistrate judge to whom the case is being reallotted schedule one, at her discretion, on her calendar.

New Orleans, Louisiana, this ___25th___ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
HON. STANWOOD R. DUVAL, JR.
HON. ELDON E. FALLON
HON. ALMA CHASEZ