# GIEGER, LABORDE & LAPEROUSE, L.L.C.

ERNEST P. GIEGER, JR.[1,2]
KENNETH H. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1]
ROBERT I. SIEGEL[1,2]
ANDREW A. BRAUN[1,2]
LEO R. McALOON III[1,2]
JOHN E. W. BAAY II[1,2,3]
ANDREW M. ADAMS[1,2]
MARGARET L. SUNKEL[1]

BRENDAN P. DOHERTY
DANIEL G. RAUH
COLETTE A. SALTER
RACHEL G. WEBRE
JASON D. BONE[3,4]
WILLIAM A. BAROUSSE
KRYSTENA L. HARPER
DAVID B. WILSON
AMANDA B. RIZZO
MICHAEL D. CANGELOSI

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800
TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

HOUSTON OFFICE:
SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027
TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

TARA E. CLEMENT
KELLEY W. STRAIN
CARSON W. STRICKLAND
WILLIAM F. HANNES, JR.[5]
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE[2]
ERIC C. WALTON
MARK T. MAHFOUZ
MICHAEL E. HILL
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
ALISTAIR M. WARD

[1] LAW CORPORATION
[2] ALSO ADMITTED IN TEXAS
[3] ALSO ADMITTED IN MISSISSIPPI
[4] ALSO ADMITTED IN FLORIDA
[5] ONLY ADMITTED IN TEXAS

September 15, 2008

Writer's E-Mail Address:
MCANGELOSI@GLLLAW.COM

*Via Facsimile*

Magistrate Judge Joseph C. Wilkinson, Jr.
United States District Court
Eastern District of Louisiana
B409 Hale Boggs Federal Building
500 Poydras Street 70130

Re: *Wanda Theriot et al v. Lexington Insurance Company et al*
USDC EDLA, Civil Action No.: 06-9910, Sec. S, Mag. Div. "2"
Our File No.: 0094-32-6

Dear Judge Wilkinson:

In compliance with the Post-*Sher* Insurance Umbrella Case Management Order signed June 13, 2008, please be advised that counsel have conferred in the above referenced matter. Both sides are now in the process of attempting to settle this case, and it is likely that a settlement will be reached without the need for a trial. We will notify chambers the moment any agreement is made between the parties.

Kindest regards,

Michael D. Cangelosi

MDC/sz
cc: Richard J. Garrett

RECEIVED
SEP 1 5 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.