# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | CIVIL ACTION |
| | Case No.:  05-4182 and consolidated cases |
| **PERTAINS TO:  BARGE** | SECTION "K" (2) |
| *Boutte v. Lafarge*          05-5531 *Mumford v. Ingram*      05-5724 *Lagarde v. Lafarge*      06-5342 *Perry v. Ingram*          06-6299 *Benoit v. Lafarge*        06-7516 *Parfait Family v. USA*  07-3500 *Lafarge v. USA*          07-5178 | Hon. Stanwood R. Duval, Jr.  Magistrate Judge Joseph C. Wilkinson, Jr. |

# BARGE PLAINTIFFS' CLASS CERTIFICATION EXHIBIT LIST AS OF SEPTEMBER 19, 2008

Barge Plaintiffs may rely upon all or some subset of the following exhibits to support their Memorandum of Points and Authorities in Support of Class Certification:

Ingram - Lafarge Transportation Agreement, IBCO 001.

8/25/06 and 8/26/06 Daily Boat Logs of Connie Z, IBCO 244, 245.

Barge Unloading Report, LNA 105.

Lafarge New Orleans Terminal Hurricane Preparation Checklist, LNA 113.

Joseph C. Domino, Inc. Policies and Procedures manual, DOM 00014 - 149.

8/27/05 Regina H Daily Log, DOM 10 - 12.

8/27/05 Regina H Daily Log, DOM 13.

Invoice for services of Regina H to top around ING 4727 on 8/27/05.

Certificate of Documentation, Regina H, DOM 150.

Zito Service Agreement, IBCO 716 - 727.

Zito Fleeting invoice, service date 8/25/05, re ING 4727, IBCO 243.

Ingram Log Reports/ Zito Log Reports IBCO 1405-1505

Zito Fleeting invoices, IBCO 1287, 1290, 1304, 1336.

Ingram Towing Vendor Information, IBCO 1351- 1371.

Vessel Status History for ING 4745, IBCO 1372-1375.

Daily position Report- David North, generated on August 26, 2005 IBCO 1376-1381.



Impact Weather notices, IBCO 649, 650, 651, 665, 668, 671.

IHNC lockmaster's logs, pages 1001, 1002, including dates 8/26 - 8/28, and lock closure entries; Exhibit 367 in the Phase I Benchbook.

Curricula  Vitae of Donald J. Green, Ray Helmer, John Kilpatrick, Hugh Fossier, Mark Townsend, M.D., Richard H. Weisler, M.D., Melvin Spinks, Michael Bernitsas, Hector Pazos, Robert Bartlett, Gennardo Marino, any and all other plaintiffs' expert witnesses; Barge PSLC 000217-000298.

Sobek flood animation incorporating Barge plaintiffs' experts' inputs. Included in Spinks report and attachments.

Getty Images of ING 4727 and Lower Ninth Ward, including those produced at PSLC 000748-000751.

All aerial, satellite and other images/imaging of the Industrial Canal, Lafarge Facility, Ingram Barge ING 4727, eastern Industrial Canal floodwall, breaches in the Industrial Canal Floodwalls, and floodwaters near the east side of  Industrial Canal  - from August 28, 2005 through August 31, 2005, whether visual, infrared, magnetic, radar, and other imaging methods, through clouds and unobstructed, showing time data, and locations, and sources of such imagery.

Any and all photos of ING 4727 including those produced as, LNA001088-001117, 001126-001127, PSLC 000748-000751, 000801-000871(Kye Harbor), 000874, 000877

Any and all photos and video of Lafarge Facility and dock, including those produced as LNA001118-001125, 001128-001135, PSLC 000680-000735, 000873, 000878, 000880



Photos of IHNC floodwall and breaches, including those produced as LNA 001138-001182, PSLC 000113-000117, 000872,  000876, 000879,

Photos of the damages areas in the Lower Ninth Ward, including those produced as LNA 001183-001360. PSLC 000748-000751, 000881-000918

Client Damage photos, including those produced at Barge PSLC 000309-000679, Richardson 000011-000019, 000022-000026, Harris 000006, 000130-000325, Bougere 000059-000063, Riche 000183-000184, Glaser 000045-000064, Shanks 000057-000074, Gibson 000007, Lagarde 000005-000012, 000019, 000021-000025, 000027, 000028, 000031-000038, 000043-000048, 000049-000138, Dean 000003-000004, Reed 001-038, Alford 000026-000038, Koch 001148-001150, Leon 000007-000010, Boutte 047, 105, 121, 126

Photos of mooring ropes used at LNA New Orleans Terminal during Hurricane Katrina, including those produced at PSLC 000752-000800.

Photos of damage to IHNC, 17th Street, and London Avenue floodwalls, including those produced at LNA 000760-000769, 000791-000807, 001162-001171, 001180-001182, 007773,

Bea video at rtsp://169.229.131.16:554/events/publicaffairs/bea.rm, produced in Barge Plaintiffs May 2008 Supplemental Responses to Requests for Production.

Designated portions of Rachael Burnett's deposition, with exhibits.

Ingram Traffic Report, IBCO 0241.

ING 4727 Vessel Status History, IBCO 0231 - 0238.



4

8/25/05 email from David North re "East Canal Info Update - Tropical Storm Katrina," with attached Daily Position Report(s), IBCO 1454 - 1465.

8/26/05 1:09 pm email from David North, with attached Daily Position Report(s),  IBCO 1466 - 1476.

8/26/05 email from Patrick Morton to Victor Schubert re "Buzzi Fleet," IBCO 1427.

8/27/05 email from Zito Dispatch to Patrick Morton, with attachment,  IBCO 1410 - 1416.

8/27/05 email from Zito Dispatch to Patrick Morton, with attachment, IBCO 1417 - 1421.

8/27/05 email from Zito Dispatch to Anthony Gex, Ingram manager Patrick Morton etc., IBCO 0728, describing Zito fleet  closures.

8/27/05 email from manager David North re "East Canal Info Update, etc.," with attachment, IBCO 1477 - 1506.

8/27/05 email from Zito Dispatch re "Barges in Fleet/Fiber Lift Covers," IBCO 1422 - 1425.

8/26/05 "Barges In Fleet," IBCO 1406 - 1409.

Internet content from www.ingrammarinegroup.com/terminals_lafarge.asp, stating, inter alia, "Ingram affiliates operate the unloading dock at Silvergrove,  KY for Lafarge Corporation...etc."



September 1, 2005 correspondence from Ingram Barge to Frank Lazarowicz re "Declaration of Force Majeure-Hurricane Katrina," LNA 282.

9/19/05 correspondence from Daniel Mecklenborg re demand for indemnity, IBCO 1404.

August 2005 towing vendors, IBCO 1357 - 1359.

8/16/05 email from Rachael Burnett to Carrie Jenks, etc., re MidSouth Gulf Coast Terminal Inventory; LNA 115 - 116.

Multi-page email from Carrie Jenks discussing stock shortages, LNA 268 - 274.

8/17/05 email from Rachael Burnett to John Haverkamp, etc., re ING 4727; LNA 120.

8/17/05 email from Rachael Burnett to A.J. Guthrie, etc., re 2 HOT loads of "H" for NOLA/Wlake; LNA 119.

8/18/05 email from Rachael Burnett to Carrie Jenks, etc., re MidSouth Gulf Coast Inventory 8/18/05; LNA 121.

8/22/05 email from Brad Adkins to Jay Darlington re HOT HOT HOT BARGES; LNA 125.

8/22/05 email from Rachael Burnett to A.J. Guthrie re "H" Plans for Gulf; LNA 127.

8/23/05 email from Rachel Burnett to Brad Adkins re "H" Update for the Gulf; LNA 128.

8/29/05 email from Jon Erbes to John Caldwell re "NOLA?" inquiring as to NOLA terminal emergency plan, LNA 275.



8/29/05 email from Carrie Jenks to Jon Erbes, etc., re "NOLA Barges in Gulf," LNA 148.

8/29/05 email from Rachael Burnett to Rich Corzine re "Ingram Coming to Joppa Plant," LNA 278.

Email and Barge Summary attachment from Steve Buie, LNA 158 - 164.

9/1/05 email from Rachael Burnett to A.J. Guthrie, etc., re "Katrina," LNA 284.

Undated email from Jay Darlington to Jon Erbes re "Barges," LNA 250.

Terminal Inventory Analysis documents, updated 8/16/05, 8/23/05 and 8/24/05, LNA 117, 134 and 137; and Lafarge South Daily Ash Inventory August 29, 2005, LNA 258.

Document bearing "NWO Terminal" at upper left, LNA 106.

Shipyard Supply's "Response to Records Subpoena," pleading and attached invoice for 2" x 720' blue mooring line sold to Lafarge, invoice date August 8, 2005.

Lafarge New Orleans Work Schedule, LNA 468.

Barge unloading report produced as LNA 000105.

New Orleans Terminal shipping document produced at LNA 000106.

Diagram, DOM 00009.



Joseph C. Domino invoice produced as Domino 000008.

Zito Dispatch records of 8/24 - 8/26/05 re ING 4727 produced at Barry Boudreaux deposition.

Zito Algiers Fleet dispatch reports 8/25 - 8/28/05 produced at Barry Boudreaux deposition.

Six pages of handwritten 8/27 notes produced at Barry Boudreaux deposition.

Sabel Steel Service note pad page bearing contact information for Shannon Brake and Chad Wershable produced at Barry Boudreaux deposition.

Detailed Calling By Day logs produced at Barry Boudreaux deposition, to include pages 15, and 25-30 of 38 total pages.

Zito Invoices to Ingram, IBCO 1287, 1290, 1304, 1336.

National Weather Service National Hurricane Center Katrina Graphics Archive consisting of 23 downloaded pages depicting course of Hurricane Katrina from 8/25/05 11:00 a.m. - 8/30/05 10:00 a.m..

CNN.com three page article, "Forecasters: Katrina to aim for Mississippi, Louisiana;" Exhibit 362 in Phase I, Benchbook.

United States Coast Guard Sector New Orleans Marine Safety Bulletin, Volume V, Issues XXXIII, XXXIV, XXXV.

United States Coast Guard Marine Safety Manual, Ports and Waterways Safety, Volume VI.



USCG Sector New Orleans Hurricane Plan, IBCO 0006 - 156.

CG 2692 Report of Maritime Accident, Injury or Death, IBCO 246, 247.

All documents, writings, photos, video, recordings, diagrams, email, statements, accounts, narratives, transcripts, communications, correspondence, memoranda, records, reports, data, notes and all other things received, obtained, reviewed, considered and/or generated in connection with United States Coast Guard Activity Number 2516389 (August 29, 2005 incident involving Ingram Barge ING 4727 - Katrina - New Orleans, Louisiana); any and all witness accounts provided to USCG concerning ING 4727 and other breakaway barges during Katrina; any and all writings, things, photos, email, documents communications, reports and records provided to the USCG by Lafarge, Ingram and/or any and all other persons and entities concerning the breakaway of ING 4727 and/or breach(es) of the Industrial Canal floodwall during Katrina, including those documents received in response to FOIA Request on the USCG, FOIA H06-014, FOIA 07-0860 dated November 2, 2007 and includes a Marine Information for Safety and Law Enforcement System printouts and Enclosures to Investigation Activity 2516389.

USCG Report of Investigation in the Circumstances Surrounding the Incedent Involving Hurrican Katrina ING4727/Breakaway-Grounding, including investigative Report: Grounding of Hopper Barge ING4727, LNA001361-001388

All documents, writings, and things produced by USCG in response to FOIA 05-161 of November 15, 2005 and which includes ING4727 Vessel Documentation.

Any and all writings, broadcasts, communications, bulletins, email, reports, records, documents, recordings, video, transcripts and other documents and things by which USCG communicated with and/or issued warnings to maritime entities concerning Hurricane Katrina.



USCG log setting Port Condition Whiskey and/or Xray, Yankee, Zulu; LNA 001066-001067, 001069.

USCG Press Release, "Coast Guard Urges Mariners to Prepare for Hurricane Katrina;" dated August 27, 2005 08:43:54 CST, LNA 001068

USCG Press Release, "Media Advisory - Website Launched to Provide Latest Coast Guard Information On Hurricane Katrina Operations," dated August 27, 2005, 09:11:13 CST.

USCG Press Release, "Media Advisory - Coast Guard Prepares for Hurricane Katrina, dated August 27, 2005 18:17:22 CST.

USCG Sector New Orleans Hurricane Plan in effect on August 29, 2005,

U.S. Department of Commerce, Certified True Copies of Meteorological records of the National Climatic Data Center for the period of 08/25/2005 - 08/30/2005 dated January 17, 2007 and certified by Thomas R. Karl.

National Weather Service, National Hurricane Center, Katrina Graphics Archives,web content http://www.nhc.noaa.gov/archive2005/KATRINA graphics.shtml  framea 8 - 31.

National Weather Service, National Hurricane Center, Huricane Katrina Forecase/Advisory Bulletins  for August 26- 29, 2005, web content http:/www.nhc.noaa.gov/archive/2005/mar/all22005.fstadv

State of Emergency proclamation by Kathleen Blanco, Proclamation No.: 48 KBB 2005, dated August 26, 2005.



The Brookings Institute Hurricane Katrina Timeline, pp. 1-5.

GNOBFA Barge Fleeting Standard of Care & Streamlined Inspection Program Guide Book, IBCO 158 - 226.

Tropical Cyclone Report, Hurricane Katrina 23-30 August 2005, Richard D. Knabb, Jamie R. Thome, and Daniel P. Brown, National Hurricane Center, December 20, 2005, Updated August 10, 2006 for tropical wave history, storm surge, tornadoes, surface observations, fatalities and damage cost estimates.

Ingram Barge Maintenance Manager Job Description, Cook deposition Exhibit 5.

Stanley Cook's "Feb 07" diagram of the Lafarge dock, Exhibit 4 of his deposition.

Timeline chart of events prepared by Don Green.

Regulations/standards of care chart prepared by Don Green.

Ingram Barge Company's Supplemental Responses to Phase II Requests for Productions and attachments including email thread beginning with August 26, 2005 4:39 p.m. email from Cornel Smith at Teco.

Ingram Marine Group, Safety Policy and Procedure Manual, revised November 2003.

Joseph C. Domino's Policies and Procedures Manual, No. 022, Dom 0014-0149.

Web content - About TECO Bulk Terminal.



Recorded and/or transcribed statement of Arthur Murph referenced in his deposition and previously produced to counsel; Murph 000001-000016

Any and all tapes and/or transcripts Centanni Interviews, including those produced as LNA 001605-LNA004143, 05778-05801.

Any and all LSU documents, writings, statements, photos, video, models, simulations, recordings, publications, memoranda, correspondence, communications, records, logs, reports, data, summaries, test results, measurements, calculations, notes, narratives, and other writings and things generated, obtained, reviewed and/or considered in connection with any and all information, opinions, findings, and conclusions expressed in the Executive Summary and Sections (1), (2), (3), (6), (7), (8), and (12) of "Annual Interim Progress Report - Assessment and Remediation of Public Health Impacts Due to Hurricanes and Major Flooding Events - HEF (2001-06)-01 (Year 4)"; available at http://www.publichealth.hurricane.lsu.edu/TeanLA.htm

Any and all data, measurements, report, documents, writings, communications, things, studies, calculations, records, texts, publications, opinions, notes, statements, accounts, narratives, interviews, and all other materials and things in the possession, custody of control of LSU pertaining to breaches of the Industrial Canal Floodwall during Katrina and/or flooding in the Lower Ninth Ward and St. Bernard, and/or Ingram Barge 4727.

New Jourdan, LLC Articles of Organization, Initial, Annual and Interim Reports, any and all books, ledgers, bank account statements, accounting records, banking receipts, checks, drafts, deposits, and any and all other writings in the possession, custody or control of New Jourdan, LLC reflecting receipt, deposit, payment, transfer, investment, withdrawal and/or disposition of any and all funds forming any part of settlement with Arthur Murph and/or purchase and/or



sale of 1739 Jourdan Avenue and/or 105 Berkley Drive; any and all documents and things in

the possession, custody or control of New Jourdan, LLC pertinent to and/or reflecting terms of

settlement with Arthur Murph including but not limited to writings, agreements, covenants,

contracts, release, compromise, transaction, payments, receipts, and all other writings and

things responsive to the request; any and all factual accounts, statements, narratives, reports

and recollections in the custody, control or possession of New Jourdan, LLC obtained from

Arthur Murph and/or Jeanne Murph relative to events observed and/or perceived during

Hurricane Katrina, including the certificate of good standing  and annual report purchased

from the Louisiana Secretary of State Website.

Any and all documents, writings, things, recordings, records, reports, logs, histories and any

other type of material relating to NOPD Item No. H-49870-05.

Any and all 8/29/05 911 calls, tapes, logs, reports, etc. from persons in affected areas and

produced by LNA.

Photos and video provided by James Reed of his home, flooding there, and effects of flooding

including those produced at Reed 0001-038.

LA Secretary of State filings by New Jourdan, LLC and/or New Berkley, LLC including those

produced by New Jordan pursuant to a Rule 45 FRCP request.

February 9, 2006 act of sale ("Cash Sale" of 105 Berkley Drive, New Orleans, Louisiana, from

Hummel Construction, LLC to Jeanne Church Murph and Arthur L. Murph, Jr.   Any and all

evidence of mortgage, promissory notes, settlement statements, agreements, covenants,

correspondence, memoranda, abstracts, disclosures, addenda, attachments, buy-sell

agreements, conditions, terms, and any and all other writings generated, obtained and/or

executed in connection with, ancillary to, precedent to and/or antecedent to 105 Berkley Drive,



and/or bearing the name(s) of any seller, buyer, mortgagor, mortgagee and/or intervenor and/or any other party(ies) to said sale and /or agreements ancillary matters in the possession, custody or control of True Title and/or G. Patrick Hand, Esq. and/or others.  Any and all Crescent Bank notes, records, logs, requests, carbon copies, photo copies, correspondence, orders, payments, receipts, registers, statements, ledgers and other writings and documents in your possession, custody or control related to Crescent Bank and Trust Official Check No. 794153976 dated 02-09-06 payable to True Title in the amount of $227, 236.36 re Purchase of 105 Berkley, NOLA, True Title  000001-000114.

January 21, 2005, act of sale ("Cash Sale" of 1739 Jourdan Avenue, New Orleans, Louisiana, from  Shirley Priestly, Laverne Fleming, Jennifer Fernandez, Vanus Priestly and Wayne Priestly to Jeanne A. Church Murph and Arthur L. Murph, Jr.Any and all evidence of mortgage, promissory notes, settlement statements, agreements, covenants, correspondence, memoranda, abstracts, disclosures, addenda, attachments, buy-sell agreements, conditions, terms, and any and all other writings generated, obtained and/or executed in connection with, ancillary to, precedent to and/or antecedent to 1739 Jourdan Avenue and/or bearing the name(s) of any seller, buyer, mortgagor, mortgagee and/or intervenor and/or any other party(ies) to said sale.

Any and all logs, notes, correspondence, reports, statements, records, accounts, photos, video, recordings and other documents, writings and things memorializing any and all observations of Inner Harbor Navigation Canal Lockmaster Michael O'Dowd and/or any and all other persons in the lockmaster's station on August 29, 2005 concerning any and all flooding, breaches of the IHNC floodwalls, presence and/or movements of Ingram Barge ING 4727, and any and all other events, circumstances and occurrences during Katrina, including ERD-014-0000000 produced by U.S. on Vol. KC815.



Final report, interim reports and all drafts of The Performance Evaluation of the New Orleans and Southeast Lousiana Hurricane Protection System conducted by The Interagency Evaluation Task Force (IPET), including but not limited to Appendix, E by Westerink, Ebersoll and Winer.   Any and all information and documents used or generated by the IPET, including but not limited to any and all reference material, backup material, data, reports, exhibit material, studies, test results, photographs, diagrams, radar illustrations, models, simulations, calculations, memoranda, e-mails, etc. Any and all information and documents used or generated by IPET specifically regarding that portion of the March 10 2006 interim final release report containing the physics calculations that address the feasibility of a barge, such as barge ING 4727, having struck the Inner Harbor Navigation Canal east bank flood wall and/or levee adjacent to the 9th Ward Neighborhood thereby contributing to the breach or collapse thereof. Any and all other information and documents used or generated by the IPET, including any and all reference material, backup material, data, reports, exhibit material, hypotheses, studies, test results, photographs, diagrams, radar illustrations, models, simulations, calculations, memoranda, e-mails, etc. that in any manner addresses the feasibility of a barge , such as barge ING 4727, having struck the Inner Harbor Navigation Canal east bank flood wall and/or levee adjacent to the 9th Ward Neighborhood thereby contributing to the breach or collapse thereof and causing the adjacent neighborhood to flood.

Any and all draft reports, preliminary reports and final report, for both Volume I  (Main Text and Executive Summary) and Volume II (Appendices) of ILIT;"Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005; any and all reference material, backup material, data, reports, exhibit material, data, calculations, studies, test results, photographs, diagrams, radar illustrations, imaging, models, simulations, calculations, e-mails, etc referenced or relied on by said report including but not limited to all materials referenced by Volume II, Appendices, including Appendix A "Terrestrial LIDAR Imagery of New Orleans Levees Affected by Hurricane Katrina", Appendix B, "Boring Logs", Appendix C, "CPT LOGS", Appendix D "STE Laboratory



Testing", Appendix E, "U.C. Berkeley Laboratory Testing and ILIT In-Situ Field Vane

Shearing Testing", Appendix F: Looking Back, Appendix G: Looking Forward; Appendix H:

"How Safe is Safe?" and Appendix I "Erosion Test Results on New Orleans Levee Samples;"

any and all reference material, backup material, data, reports, exhibit material, studies, test

results, photographs, diagrams, radar illustrations, models, simulations, calculations, e-mails,

etc., that pertain to the two breaches that occurred to the east bank flood wall or levee adjacent

to the 9th Ward Neighborhood including but not limited to any and all documents concerning

ING 4727 and what role if any it possibly had; Any and all documents, things, accounts, texts,

studies, statements, assumptions, data, calculations and other writings, things, facts and

opinions received, obtained, reviewed, relied upon and/or generated in connection with the

ILIT's conclusions.

Any and all materials, documents and things produced by the Louisiana Governor's Office of

Homeland Security and Emergency Preparedness in response to Barge Plaintiffs' Fed. R. Civ.

P 45 request.

February 20, 2008 correspondence of from Michael Gold in response to Barge Plaintiffs' Fed.

R. Civ. P. 45 request to the National Institute of Standards and Technology and/or National

Science Foundation, stating the absence of any materials concerning the "stopped clock

method" implemented to surmise flood times.

Lists of Timepieces Collected/Timepieces Recovered printed 2/26/2008 and produced by LNA.

Years 2000 - present U.S. Census data pertinent to proposed class geography.

LNA 000485 - 000738 provided via by-hand delivery of compact disc on or about January 18,

2008.



Cellular telephone records of Jennifer Fernandez, for billing cycle 02/15/06 - 03/14/06 and relating to cellular telephone number (504)289-4816, page 8 of 12.

Any and all SEC and/or other transactional, securities and other records, documents and things regarding transactions involving Lafarge North America, Lafarge SA and/or Efalar, owners, directors and officers thereof, relationships there-between, and/or timing, nature, purpose and effects of any and all such transactions.

Certified copies of any and all policies of insurance purporting to extend to any defendant(s) coverage for the events and damages subject of suit.

Quicktime movie content from http://www.washingtonpost.com/wp-dyn/content/panorama/2005/09/29/PA2005092900922.html and http://www.washingtonpost.com/wp-dyn/content/panorama/2005/10/03/PA2005100301672.html

Photos of WGI borrow pits along the eastern side of the IHNC. PSLC 000083-000086.

ABC News broadcast - David Muir's interview of Joe Edwards - containing images of scrape marks along inside of eastern IHNC floodwall near south breach.

Animations of reconstruction of movements of ING 4727 and impacts with eastern IHNC floodwall, and floodwall failures.

Any and all articles, notices, advertisements, statements, newspapers, periodicals, magazines and other publicly communicated accounts of the breakaway of the ING 4727 and/or the breach of the Industrial Canal floodwall, including those produced as Lagarde 000001-



0000048, 0000125, 000138, Warren 000043, R.Green 000016-000028, PSLC 000052 -
000082, PSLC 000113 - 000117, PSLC 000299, PSLC 000120-000214, Weber 000001.

Any and all documents and things produced by the United States in 05-4182.

Any and all documents produced by the Sewerage & Water Board, SWB-ED-F0013-021756 to
SWB-ED-F0054-21892, SWB-ED-M0001-000147 to 153,SWB-ED-M0001-000139to 000146;
SWB-ED-M0001-000069 to 000078; SWB-ED-F0021-019634 to 19635; SWB-ED-F0022-
019645 to 19649; SWB-ED-F0022-019659 to 19649; SWB-ED-F0030-019705; SWB-ED-
F0030-019708 to 19709; SWB-ED-F0031-015415 to 15416; SWB-ED-F0032-003519 to 3526;
SWB-ED-F0032-001155 to 1157.

Any and all financial, revenue, tax, inventory, and/or ownership records of business in the
proposed class geography; including those produced as Riche 000024-000182, 000198-
000283. Glaser 000001-000044, , Daniels 000026-000040, Gibson 000013 - 000064, Sutton
000001-000051, Perry 000103-000200,  Koch 000489-000553, 001142-001147, Daniels
000043, Boutte 00001 - 000027, Perry 000102, Sutton 000036.

Any and all leases and income records relevant to rental property in the proposed class
geography including those produced as  Warren 000034-000041, Perry 000201-000215, Koch
000518-000553,Moses 000001-000003.

Any and all ownership documents relative to real property in the proposed class geography
including  those produced as Benoit 000001-00008, Adams 000003-000008, Daniels 000001-
000025, 000041-000042, R.Green 000001, 000005-000015, 000029-000032, D.Green 000001-
000005, 000011-000048, J.Green 000001, E.Green 000001-000003, Leon 000001-000003,
Dean 000001-000013, 000016, Mumford 000001-000013, 000016-000023, Richardson
000006-000010, 000045-000049, Riche 000001-000023, Koch 000005-000023, 001142-



001147, Boutte 000001-000025, Harris 0000123, Warren 000001-000032, Gibson 000001-000006, Shanks 000006-000007, Lagarde 000161-000167, Alford 000001-000025, Perry 000001-000008, Sutton 000041.

Any and all residential contents inventories, ownership documents, valuation documents including those produced at Shanks 000025-000035, Harris 000005, Lagarde 000141-000142, Lagarde 000156-000159, 000169- 000171, Adams 000002, 000010-000012, Dean 000011-000013, R.Green 000029-000032, D.Green 000045, Bougere 000065-000066, 000112-000120, Riche 000043, Riche 000172-000175, Warren 000033, Glaser 000071-000072, Pritchett 000001, Mumford 000001-000013, 000101-000102, Perry 000009-000019, 000093-000102, Moses 000001-000003, Harris 000005, Daniels 000043-000050, Leon 000004-000006.

Any and all appraisal and/or evaluation documents as to real property in the proposed class geography; Are there specific documents pertinent to specific properties.

Any and all construction, repair, remediation documents relevant to real property in the proposed class geography, including those produced as Gibson 000065-000086, Koch 000025-000488, 000554-000824, 001151--001166, Mumford 000040, 000048-000061, 000064-000065, 000076-000079, 000083-000089,  Richardson 000045-000049, 000053-000114, Harris 000007-0000122, 0000126-0000129.

Any and all evidence of evaluation and/or payment by homeowners and/or flood insurers, the LRA, and/or any other entity generating documents reflecting damages and/or compensation therefor including those produced at Harris 000001-000002, 0000124-000125, Sutton 000001, Riche 000177-000182, 000185-000197, Glaser 000068-000072, Bougere 000064-000066, Gibson 000002, Warren 000020-000032, Shanks 000019-000024, Koch 000380-000488, Lagarde 000139-000142, 000145-000160, Daniels 000017-000025, R.Green 000006, 000008-000012, Dean 000006-000010, 000014-000015, Adams 000003, Alford 000001-000002,



Bougere 000114-000118, Perry 000020-00092, Mumford 000014-000015, 000024-000030, Richardson 000027-000044, 000118- 000119, Harris 114-125, Richardson 000020, Harris 000004-000005, Glaser 000067-000066, 000070-000072, Koch 000032, 000059, 000360, Shanks 000009-000018, Benoit 00001-00004, Adams 00001, Daniels 000014, D.Green 000001-000003, Alford 000003-000025, Lagarde 0169 - 000171, Perry 000009-000012, 000028, 000032, Mumford 000031-000039, 000041-000047, 000066-000075, Bougere 000119-000120.

Any and all documents and things reflecting business losses by class members including those produced at Riche 000024-000182, 000198-000283 and 000284-010284(to be produced September 5, 2008) Glaser 000001-000044, , Daniels 000026-000040, Gibson 000013 - 000064, Sutton 000001-000041, Perry 000103-000200,  Koch 000489-000553, 001142-001147, (Lease Agreements/rental receipts) Warren 000034-000041, Perry 000201-000215, Koch 000518-000553. (Miscellaneous Business Documents) Daniels 000043, Boutte 00001 - 000027, Perry 000102, Sutton 000036.

Any and all documents and things reflecting property loss by class members including insurance documents and claims including those produced at Richardson 000020, Harris 000004-000005, Glaser 000067-000066, 000070-000072, Koch 000032, 000059, 000360, Shanks 000009-000018, Benoit 00001-00004, Adams 00001, Daniels 000014, D.Green 000001-000003, Alford 000003-000025, Lagarde 000169 - 000171, Perry 000009-000012, 000028, 000032, Mumford 000031-000039, 000041-000047, 000066-000075, 000090-000106, Bougere 000119-000120.

Any and all documents and things reflecting emotional damages by class members including those produced as Bougere 000002 through 000058, 000119-0150; Weber 000003-000023-000052, Carter 00001-00016 and Perry 000232-000694(to be produced on September 5, 2008).



Any documents relating to any personal injury other than emotional distress including personal injury caused by aggravation of preexisting conditions to include those produced at Weber 000053-000145, Koch 000871-001142, Shanks 000038-000056 and Perry 000232-000694 (to be produced on September 5, 2008).

Any and all documents relating to wrongful death including those produced at Weber 000002, D.Green 000010 and Richardson 000021, 000050-000052.

Any and all documents and things pertinent to environmental pollution/contamination including those produced at Aurora 000001 through 000017.

Any and all data, files, photos, exhibits and other contents contained on discs provided to Lafarge North America, including but not limited to discs bearing identification codes 080520_1544 and 080702_1720.

Video provided by Sal Gutierrez taken at St. Bernard Parish Courthouse.

Storm track animation .gif identified as at200512_verify.gif.

Certified copies of any and all policies of insurance purporting to extend to any defendant(s) coverage for the events and damages subject of suit including but not limited to those issued by CNA to Unique Towing, Policy No. H 1016190, by Gulf Coast Marine to Joseph C. Domino, GCM 20586, by The American Club to Lafarge North America on March 31, 2005, LNA 000006-000066, by Marsh USA to Ingram Industries, IBCO 0395-0496, by Marsh to Ingram Industries, IBCO0248-0315, by Marsh to Ingram , IBCO 0316-0394,Underwriters at Lloyds, London to Ingram IBCO 0497-0570.



Any and all depositions of unavailable witnesses, and/or for purposes of rebuttal, impeachment or refreshment of recollection.

Any and all documents and things provided to Barge Entities pursuant to discovery requests to Barge Plaintiffs.

Any and all discovery responses, exhibits, attachment and production by Ingram Barge Company, Lafarge North America, Zito Towing, Zito Fleeting, Domino Towing, Unique Towing, and any and all other parties to Robinson and/or Katrina Canal Breaches Consolidated Litigation.

Any and all materials, texts, treatises, data, calculations, witness accounts, photos, video, depictions, charts, graphs and other things relied upon, reviewed, and/or considered by any expert witnesses in Barge and/or MRGO litigation tracks.

Any and all charts, maps, demonstratives, charts, graphics and other demonstrative evidence or exhibits displaying expert opinion, and/or the things, locations and events subject of suit.

Any and all In Re Ingram Barge Company, etc. Phase I and/or Phase II Trial Exhibits, 05-4419 c/w 06-3313.

Any and all exhibits and attachments to any and all depositions in 05-4419 and/or 06-3313 and/or 05-4182 and/or Robinson.

Any and all pleadings, memoranda, exhibits, proof, attachment submissions and other items in the record of 05-4419 and/or 06-3313 and/or 05-4182 and/or Robinson.



Reports of the following experts designated by Barge Plaintiffs:  John Kilpatrick, Ph.D., Don Green, Robert Bartlett, P.E., Melvin Spinks, P.E., Gennaro Marino, Ph.D., P.E., Ray Helmer, Jr., P.E., Hector Pazos, P.E.

Excerpts of depositions of Earl Smith, Edward Busch, Edward Van der Muelen, Gerald McNeill, Raymond Grabert, Annette Gaskin, Roland Johnson, Louis Robin, Eric Thigpen, Barry Boudreaux, David Castaing, Arthur Gutherie, Terry Adams, William Villavasso.

Any pre-existing statements/affidavits/declarations of any identified deponents or experts.

Census 2000 Tables

Census Tract Reference Maps

2004 Zip Code Census Business Patterns

Photos of IHNC

LNA 000113

LNA 000193-000194

LNA 000133-134

A Failure of Initiative: The Final Report of the Select Bipartisan Committee to Investigate the Preparation for and Response to Hurricane Katrina [http://katrina.house.gov/full_katrina_report.htm]



Hurricane Katrina: Hearing on the Preparedness and Response by the State of Louisiana Before a Select Committee (Dec. 14, 2005) (Statement of Colonel Jeff Smith, Deputy Director, Louisiana Office of Homeland Security and Emergency Preparedness) [http://katrina.house.gov/hearings/12_14_05/witness_list_121405.htm ]

Hurricane Katrina: Hearing on the Preparedness and Response by the State of Louisiana Before a Select Committee (Dec. 14, 2005) (statement of Kathleen Blanco, Governor of Louisiana). [ http://katrina.house.gov/hearings/12_14_05/witness_list_121405.htm ]

Katrina Deceased Victims Reports [http://www.dhh.louisiana.gov/offices/reports.asp?ID=192&Detail=207]

Map of Class Area

Discovery Document produced by named plaintiffs and Proposed Class Reps:
- Ownership records and records of expenses for renovation/reconstruction:
  - Glaser 000076-000078, Koch 001264-001303

Documents relating to emotional distress:
- Perry 000232-000694

Documents relating to any personal injury other than emotional distress:
- Richardson 000120-000171, R. Green 000033-000202, 000231-000239, Adams 000013-000037, Dunn 000001-000037, Warren 000044-000198,



Documents evidencing or relating to damage to personal property including residential content inventories:

- Carter 000017-000042, Daniels 000051-000078, Mumford 000158-000185, Alford 000026-000081, Weber 000146-000173, McFarland 000004-000031, Harris 000326-000348, Bougere 000119-000146, R. Green 000203-0000230

Documents relating to businesses for which lost income is sought:

- Glaser 000079-000214, Koch 001250-001263, Mumford 000107-000157

Documents reflecting business income and expenses, Pre-Katrina,

- Riche  000284-009883
- Any SF-95 forms
- Glaser 000074

Administrative claims relating to Hurricane Katrina

- McFarland 000001-000003, Glaser 000073, Koch 001474-002045

Documents evidencing or relating to insurance claims

- Koch 001304-001473

Deposition testimony of witnesses who may have seen or heard the ING 4727casue or contribute to the northern breach of the INHC retaining wall and the subsequent flooding of the Lower Ninth Ward and St. Bernard Parish. To include but not limited to:

- Carolyn Berryhill
- Antonio Guy
- Gloria Guy
- Dakeia Johnson
- Earl Lackings

25



- Ernest Offray

- Damon Peters

- Patrina Peters

- Kendrick Pounds

- Wallace Rainey

- Richard Reiss

- Clarence Sartin

- Andrew Sartin

- Delores St. Cyr-Butler

- William Villavasso

- Christopher Weaver

- Sidney Williams

Deposition Testimony of any and all persons deposed in the Katrina Canal Breaches

Consolidated Litigation/MRGO/Robinson/Ingram, Unique and/or Domino Limitation Actions.

To include but not limited to:

- Christopher John Accardo

- Terry Mark Adams

- Jennifer Arnold

- Larry Edward Arnold

- George Bacutta, PhD

- Walter A. Baumy

- Carolyn Berryhill

- Brian Bonnano

- Barry Boudreaux

- Kenneth Boudreaux

- Polly Boudreaux

- Gregory E. Breerwood

- Richard Warren Broussard



- Kismit Bougere
- Robert Buisson, Jr.
- Edward Busch
- David Scott Castaing
- Alvin Joseph Clouatore
- Gerard A. Colletti
- Stanley Vernon Cook
- Robert Cornwall
- Michelle Cressy Daigle
- Robert A. Dalrymple, Phd
- James R. Danner, Jr
- Ernest Edwards
- David Feagly
- Anthony Franz
- Lucille Franz
- Sherwood M. Gagliano
- Annette Gaskin
- Jacob Robert Glaser
- Raymond Grabert
- Donald Green
- John Grieshaber
- Lee Guillory
- Arthur James Guthrie
- Salvador Gutierez
- James Hanchey
- Jimmie Harris
- Suzanne Hawes
- Richard Heck



- Lt. General Melvin Heiberg, III, PE
- John Heurkamp
- Gary Holman
- Leo Hubert, Jr
- Greg Jarell
- Dakeia Johnson
- D'Antoinette Johnson
- Roland Johnson
- Sally Ann Shepard Susan Oster Jones
- John Kilpatrick
- Herman Koch
- Earl Lackings
- Victor Landry
- Kent Lattimore
- Richard Maguno
- Genaro Marino, Phd, PE
- Rachel (Burnett) Mays
- Donald McCrosky
- Melvin McElwee, Sr.
- Ronald McGill
- Gerald Thomas McNeill
- Daniel Mecklenborg
- Gregory Miller
- James Montegut, III
- Chad Morris
- Patrick Morton
- Ethel Mumford
- Arthur Lee Murph



- Alfred Charles Naomi
- Erik Nelson
- Scott Nobles
- Dennis O'Connor
- Kenneth Odinet, Sr.
- Ernest Joseph Offray
- Keith O'Kain
- Wade Ragas
- James R. Reed
- Damond Peters
- Patrina Peters
- Richard B. Pinner, PhD
- Kendrick Pounds
- Nancy Powell
- James Richardson, PhD
- Josephine Richardson
- Michael Riche
- Louis Robin
- Monica Robinson
- Norman Robinson
- Henry (Junior) Rodriguez
- James Louis Ruiz
- Col. Early Rush
- Edmund Russo
- Delores St. Cyr-Butler
- John P. Saia
- Thomas A. Sands
- Andrew Sartin



- Charles Savoye
- Robert Schroeder, Jr.
- David Shert
- Pankaj Shah
- Edward Shearer, P.E
- Wilson Matthew Simmons
- Earl J. Smith
- Frances Arlene Smith
- Tanya Smith
- Cecil Soleau
- Melvin Spinks
- Phillip Staggs
- David Van Stutts
- Joseph Suhayda
- Henry Peter Tassin
- Eric Thigpen
- William J. Thomassie, P.E.
- Peter Tufaro
- Michael Truax
- Kerry Vandell
- Edward Vandermuelen
- David Van Stutts
- Richard James Varuso
- Anne Veigel
- William Joseph Villavasso
- Johannes Vrijiling
- Christopher Weaver
- Daniel Weber



- John Whiteley

- David Wade Williams

- Sidney Williams

- Harley Winer

- R. Lee Wooten

Any and all discovery responses and documents to be produced on behalf of Arcola Sutton.

Any and all exhibits listed, offered, relied upon, proffered, demonstrated, published or introduced by any other party or parties.

Any and all exhibits yet to be investigated, discovered, determined and/or identified.

The above lists represent Barge Plaintiffs' best efforts.  Active discovery is ongoing and plaintiffs reserve the right to supplement or amend in accord with law and court order.

Dated: September 26, 2008                    Respectfully submitted,

By: /s/  Brian Gilbert
      Brian A. Gilbert, Esq.(21297)
      LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
      821 Baronne Street
      New Orleans, Louisiana 70113
      Telephone: (504) 885-7700
      Telephone: (504) 581-6180
      Facsimile: (504) 581-4336
      bgilbert@briangilbertlaw.com



/s/  H. Scott Leviant
SHAWN KHORRAMI  (CA Bar #180411)
DYLAN POLLARD  (CA Bar #180306)
H. SCOTT LEVIANT  (CA Bar #200834)
MATT BAILEY  (CA Bar #218685)
444 S. Flower St., Thirty-Third Floor
Los Angeles, California 90071
Telephone:     (213) 596-6000
Facsimile:     (213) 596-6010
skhorrami@kpalawyers.com
dpollard@kpalawyers.com
hsleviant@kpalawyers.com
mbailey@kpalawyers.com


/s/  Lawrence D. Wiedemann
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
lawrence@wiedemannlaw.com
karl@wiedemannlaw.com
karen@wiedemannlaw.com


/s/  Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
pistols42@aol.com


/s/  Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
Voice: 202-862-4320
Cell:    202-549-1454
Facsimile:  800-805-1065 and 202-828-4130
rick@rickseymourlaw.net

*Attorneys for Barge Plaintiffs*



32

**<u>CERTIFICATE OF SERVICE</u>**

I do hereby certify that I have on this 26th day of September 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/s/  Brian Gilbert
Brian Gilbert

