UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                 NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE, Mathews, 06-4915         JUDGE DUVAL
                                                 MAG. WILKINSON

### ORDER

I received no report in response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts. Thus, I contacted plaintiff's counsel by telephone and determined that discovery is ongoing, and plaintiff desires deconsolidation so that further proceedings may be conducted. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Mathews case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and henceforth all future filings in C.A. No. 06-4915 on the docket of C.A. No. 06-4915, and not on the docket of C.A. No. 05-4182.

TRANSFERRED TO

SECT. R MAG. 5



SEP 2 6 2008

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it back to Section "R"(5), where it was previously allotted before its transfer to this consolidated litigation, for future proceedings in Section "R"(5).

New Orleans, Louisiana, this __25th__ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**