UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION

NO. 05-4182 "K"(2)

PERTAINS TO:  INSURANCE, Mehrtens, 06-7837

JUDGE DUVAL
MAG. WILKINSON

## ORDER

I received no report in response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts in the referenced case.  Thus, I contacted plaintiff's counsel by telephone, who advised that no response to his settlement submissions has been received from defendants. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Mehrtens case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and henceforth all future filings in C.A. No. 06-7837 on the docket of C.A. No. 06-7837, and not on the docket of C.A. No. 05-4182.

**TRANSFERRED TO**
**MAG 3**

SEP 2 6 2008



**IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it back to Magistrate Section 3, where it was previously allotted before its transfer to this consolidated litigation, for future proceedings in Section "K"(3).

New Orleans, Louisiana, this _____25th_____ day of September, 2008.


JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE


**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**