# LAW OFFICES OF
# WILEY G. LASTRAPES, JR.

PLACE ST. CHARLES • SUITE 4314 • 201 ST. CHARLES AVENUE
NEW ORLEANS, LOUISIANA 70170

WILEY G. LASTRAPES, JR.

(504) 799-6464
(888) 593-9026
FAX (504) 529-1782
WILEY@LASTRAPESLAW.COM

September 12, 2008

*Via Fax 504-589-7633*

The Honorable Joseph C. Wilkinson, Jr.
500 Poydras Street
Room B409
New Orleans, LA 70130

Re: **Betty and Wesley Lynch vs. American Security Insurance Company**
     **USDC EDLA, Civil Action No.: 07-4384, K(2)**

Dear Judge Wilkinson:

In accordance with the Post-Sher Insurance Umbrella Case Management Order, the parties are advising that there is a strong likelihood that the case will be settled. We should know for sure within the next couple of weeks and will be back in touch with you in the event the case has not settled within that time frame.

With my kindest regards, I remain

Very truly yours,

Wiley G. Lastrapes, Jr.

WGLjr:bjw
cc: Gordon P. Serou, Jr., Esq. (Via email)

*299-3421*

RECEIVED
SEP 1 2 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.