FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 SEP 23 AM 10:41

LORETTA G. WHYTE
CLERK

# LEWIS BRISBOIS BISGAARD & SMITH LLP

ATTORNEYS AT LAW

200 WEST PINHOOK, SUITE 403, LAFAYETTE, LA 70508
PHONE: 337.326.5777 | FAX: 337.504.3341 | WEBSITE: www.lbbslaw.com

SARAH R. SMITH
DIRECT DIAL: 337.205.4528
E-MAIL: srsmith@lbbslaw.com

September 12, 2008

RECEIVED
SEP 15 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

**VIA FACSIMILE AND FIRST CLASS MAIL**

Magistrate Judge Joseph C. Wilkinson, Jr.
United States District Court
500 Poydras Street, Room B409
New Orleans, LA 70130

*[handwritten: File - h both records (05-4182) ml]*

Re: In Re Katrina Canal Breaches Consolidated Litigation, Case no. 05-4182, K-2
Pertains to: Insurance - Lewis, Alvin v Allstate, Case No. 06-3996

Dear Magistrate Judge Wilkinson:

In accordance with the Post-Sher Insurance Umbrella Case Management Order entered by Judge Duval and this Court on June 12, 2008, and on behalf of Allstate Insurance Company ("Allstate"), please accept this letter as a report on settlement efforts in the captioned matter.

The parties have complied with the June 12, 2008 Order and exchanged written offers and counteroffers. In addition, the parties are currently involved in settlement negotiations and have scheduled a mediation. Allstate currently believes that there is a likelihood of settlement. As such, Allstate does not believe that it is in the parties' interest to transfer this case to another section of the Court or to set it for trial.

Please contact the undersigned if there are any questions or the Court requires any additional information.

*[handwritten: set on October 14, 2008 10 a.m.]*

Very truly yours,

Sarah R. Smith for
LEWIS BRISBOIS BISGAARD & SMITH LLP

cc: David Cannella
Maureen O. Sullivan (firm)

ATLANTA | CHICAGO | FORT LAUDERDALE | LAFAYETTE | LAS VEGAS | LOS ANGELES | NEW ORLEANS | NEW YORK
ORANGE COUNTY | PHOENIX | SACRAMENTO | SAN BERNARDINO | SAN DIEGO | SAN FRANCISCO | TAMPA | TUCSON

4817-7623-8851.1