UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION

NO. 05-4182 "K"(2)

PERTAINS TO:  INSURANCE Duncan, 07-9480

JUDGE DUVAL
MAG. WILKINSON

## ORDER

I have received a report dated September 12, 2008 from plaintiff's counsel, Michael

Darnell, in the referenced Duncan case, which has been separately filed in the record of both

C.A. No. 07-9480 and C.A. No. 05-4182.  This report is plaintiff's response to the court's

"Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4,

concerning settlement efforts to date.  In addition, I have conferred separately by telephone

with Michael Darnell, plaintiff's counsel, and Charles Green, defense counsel, concerning

the settlement efforts of the parties to date.  Although plaintiff requests an opportunity to

conduct private mediation, no private mediation has in fact been scheduled in this case, and

counsel do not agree that private mediation will effectuate settlement. Thus, it appears that

settlement is not attainable in the short term and that further court proceedings are required.

Accordingly,

**IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher

Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced

Duncan case only is terminated.

_____ Fee_____
_____ Process_____
__X__ Dktd_____
_____ CtRmDep_____
_____ Doc. No _____

SEP 2 5 2008
TRANSFERRED TO
SECT. I

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby DIRECTED to docket a copy of this order and henceforth all future filings in C.A. No. 07-9480 on the docket of C.A. No. 07-9480 and not on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case for future proceedings to district judge section "I," with the case remaining in magistrate judge section (2), where it was pending before its transfer to this consolidated litigation, for future proceedings in Section "I"(2).

The parties remain free to schedule a private mediation, if they agree to do so.

New Orleans, Louisiana, this ___25th___ day of September, 2008.


_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.
HON. LANCE M. AFRICK