UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES  CIVIL ACTION
CONSOLIDATED LITIGATION
NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE (Henry, 07-9481)  JUDGE DUVAL
MAG. WILKINSON

## ORDER

I have received a report dated September 12, 2008 from plaintiff's counsel, Michael Darnell, in the referenced <u>Henry</u> case, which has been separately filed in the record of both C.A. No. 07-9481 and C.A. No. 05-4182. This report is plaintiff's response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning settlement efforts to date. In addition, I have conferred separately by telephone with Michael Darnell, plaintiff's counsel, and Charles Green, defense counsel, concerning the settlement efforts of the parties to date. Although plaintiff requests an opportunity to conduct private mediation, no private mediation has in fact been scheduled in this case, and counsel do not agree that private mediation will effectuate settlement. Thus, it appears that settlement is not attainable in the short term and that further court proceedings are required. Accordingly,

**IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced <u>Henry</u> case only is terminated.

SEP 25 2008

TRANSFERRED TO
SECT. F MAG. 5

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby DIRECTED to docket a copy of this order and henceforth all future filings in C.A. No. 07-9481 on the docket of C.A. No. 07-9481 and not on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it back to Section "F"(5), where it was previously allotted before its transfer to this consolidated litigation, for future proceedings in Section "F"(5).

The parties remain free to schedule a private mediation, if they agree to do so.

New Orleans, Louisiana, this ___25th___ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.
HON. MARTIN L.C. FELDMAN