UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES        CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE (Cage, 06-7585)        JUDGE DUVAL
MAG. WILKINSON

## ORDER

I received no report in response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts. Thus, I contacted defense counsel by telephone and determined that discovery is ongoing and, upon its completion, the parties plan to conduct a mediation. Settlement does not appear imminent. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Cage case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and henceforth all future filings in C.A. No. 06-7585 on the docket of C.A. No. 06-7585, and not on the docket of C.A. No. 05-4182.

TRANSFERRED TO

SECT F MAG 1

SEP 2 6 2008

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it back to Section "F"(1), where it was previously allotted before its transfer to this consolidated litigation, for future proceedings in Section "F"(1).

New Orleans, Louisiana, this ___25th___ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**