UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES        CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE, Gaubert, 07-9768        JUDGE DUVAL
MAG. WILKINSON

### ORDER

All pending motions to dismiss in the referenced <u>Gaubert</u> case have been denied. No report concerning settlement efforts of the type required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, has been received. It appears that settlement is not attainable in the short term and that further proceedings are required. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced <u>Gaubert</u> case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a <u>copy</u> of this order and henceforth all future filings in C.A. No. 07-9768 on the docket of C.A. No. 07-9768, and <u>not</u> on the docket of C.A. No. 05-4182.

SEP 2 5 2008
TRANSFERRED TO
**SECT. C MAG. 1**

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No _____

IT IS FURTHER ORDERED that the Clerk REALLOT this case and transfer it back to Section "C"(1), where it was previously allotted before its transfer to this consolidated litigation, for future proceedings in Section "C"(1).

New Orleans, Louisiana, this ___25th___ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**
**HON. HELEN G. BERRIGAN**