UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Flot, 07-3424 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

I have received a report dated September 12, 2008 from plaintiff's counsel, Michael Darnell, and a letter dated September 11, 2008 from defense counsel, Danna Schwab, in the referenced <u>Flot</u> case, which have been separately filed in the record of both C.A. No. 07-3424 and C.A. No. 05-4182. These materials are responses to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning their settlement efforts to date. In addition, I have conferred separately by telephone with Michael Darnell, plaintiff's counsel, and Danna Schwab, defense counsel, concerning the settlement efforts of the parties to date. Although plaintiff requests an opportunity to conduct private mediation, defense counsel reports that private mediation has already been conducted previously in this case, without success or substantial progress toward settlement. Defendant requests that the case be "separated from" this consolidated litigation and "assigned to a district judge for completion of discovery and trial" and states that settlement is "highly unlikely at this time." Thus, it appears that settlement is not attainable in the short term and that further court proceedings are required. Accordingly,

SEP 25 2008

REALLOTTED TO
SECT. S MAG. 3

**IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Flot case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby DIRECTED to docket a copy of this order and henceforth all future filings in C.A. No. 07-3424 on the docket of C.A. No. 07-3424 and not on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk randomly REALLOT this case for future proceedings in newly allotted district judge and magistrate judge sections.

New Orleans, Louisiana, this ___25th___ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.