# HUVAL VEAZEY FELDER & AERTKER
### — A LIMITED LIABILITY COMPANY —
## ATTORNEYS AT LAW

**STEFINI W. SALLES**
Special Counsel
SSalles@hvfa-law.com

532 EAST BOSTON STREET
COVINGTON, LA 70433
PHONE: (985) 809-3800
FAX: (985) 809-3801
www.hvfa-law.com

RECEIVED
LAFAYETTE
101 FEU FOLLET, SUITE 101
P.O. BOX 80948
LAFAYETTE, LA 70598-0948
PHONE: (337) 234-5350
FAX: (337) 234-5350

Please Respond to the Covington Office
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

September 22, 2008

Magistrate Wilkinson
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

Re: *Mary and Oscar Williams and Elvira Gray v. Security Plan Fire Insurance Company*, Civil Action No. 07-300-J, ED of Louisiana

Dear Magistrate Wilkinson:

In furtherance of your telephone conference with Tom Huval, we have determined that the above referenced matter was also consolidated into the *In Re Katrina Canal Breaches Consolidated Litigation*, Docket No. 05-4182. Mr. Pat Kehoe is representing plaintiffs in the above referneced matter. We have made a settlement offer to plaintiff's counsel, but to date, he has not responded.

Please contact us should you need any additional information. With kind regards, we remain

Sincerely,

Thomas H. Huval
Stefini W. Salles

SWS/mimi
cc: Patrick G. Kehoe, Jr., Esq.