UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE (Worgan, 07-8621) | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER

All pending motions to dismiss in the referenced Worgan case have been denied. No report concerning settlement efforts of the type required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, has been received. It appears that settlement is not attainable in the short term and that further proceedings are required. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Worgan case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and henceforth all future filings in C.A. No. 07-8621 on the docket of C.A. No. 07-8621, and not on the docket of C.A. No. 05-4182.

SEP 25 2008
REALLOTTED TO
SECT. B MAG. 1

___ Fee____
___ Process____
X  Dktd____
___ CtRmDep____
___ Doc. No____

**IT IS FURTHER ORDERED** that the Clerk randomly REALLOT this case to <u>both</u> a district judge section and a magistrate judge section, for future proceedings.

New Orleans, Louisiana, this ___25th___ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**<u>CLERK TO NOTIFY</u>:**
**HON. STANWOOD R. DUVAL, JR.**