UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Woniger, 07-8623 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

All pending motions to dismiss in the referenced <u>Woniger</u> case have been denied. No report concerning settlement efforts of the type required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, has been received. It appears that settlement is not attainable in the short term and that further proceedings are required. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced <u>Woniger</u> case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a <u>copy</u> of this order and henceforth all future filings in C.A. No. 07-8623 on the docket of C.A. No. 07-8623, and <u>not</u> on the docket of C.A. No. 05-4182.

SEP 2 5 2008
REALLOTTED TO
SECT. C MAG. 1

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep____
___ Doc. No ____

**IT IS FURTHER ORDERED** that the Clerk randomly REALLOT this case to <u>both</u> a district judge section and a magistrate judge section, for future proceedings.

New Orleans, Louisiana, this \_\_\_\_25th\_\_\_\_ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**