UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES            CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE, Bodet, 07-1810    JUDGE DUVAL
MAG. WILKINSON

## ORDER

I have received a report dated September 12, 2008 from plaintiff's counsel, Michael Darnell, and a letter dated September 16, 2008 from defense counsel, David Persons, in the referenced Bodet case, which have been separately filed in the record of both C.A. No. 07-1810 and C.A. No. 05-4182. These materials are responses to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning their settlement efforts to date. In addition, I have conferred separately by telephone with Michael Darnell, plaintiff's counsel, and David Persons, defense counsel, concerning the settlement efforts of the parties to date. Although plaintiff requests an opportunity to conduct private mediation, no private mediation has in fact been scheduled in this case, and defendant requests a court-conducted settlement conference. Counsel do not agree that private mediation will effectuate settlement. Thus, it appears that settlement is not attainable in the short term without further court proceedings. Accordingly,

SEP 25 2008

REALLOTTED TO
SECT. J MAG. 1

**IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Bodet case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby DIRECTED to docket a copy of this order and henceforth all future filings in C.A. No. 07-1810 on the docket of C.A. No. 07-1810 and not on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk randomly REALLOT this case for future proceedings in newly allotted district judge and magistrate judge sections

The parties remain free to schedule a private mediation if they agree to do so. If all parties believe that a court-conducted settlement conference may result in settlement, they may request that the assigned magistrate judge to whom the case is being reallotted schedule one, at his or her discretion, on his or her calendar.

New Orleans, Louisiana, this ___25th___ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.