UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                     CIVIL ACTION
CONSOLIDATED LITIGATION
                                                  NO. 05-4182 "K"(2)

PERTAINS TO:  INSURANCE, Zeairs, 07-1811          JUDGE DUVAL
                                                  MAG. WILKINSON

## ORDER

I have received a report dated September 12, 2008 from plaintiff's counsel, Michael

Darnell, and a letter dated September 16, 2008 from defense counsel, David Persons, in the

referenced Zeairs case, which have been separately filed in the record of both C.A. No. 07-

1811 and C.A. No. 05-4182.  These materials are responses to the court's "Post-Sher

Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning

their settlement efforts to date.  In addition, I have conferred separately by telephone with

Michael Darnell, plaintiff's counsel, and David Persons, defense counsel, concerning the

settlement efforts of the parties to date.  Although plaintiff requests an opportunity to conduct

private mediation, no private mediation has in fact been scheduled in this case, and defendant

requests a court-ordered settlement conference.  Counsel do not agree that private mediation

will effectuate settlement.  Thus, it appears that settlement is not attainable in the short term

without further court proceedings.  Accordingly,

SEP 25 2008

REALLOTTED TO

SECT. C MAG. 3

Fee_____
Process_____
Dktd_____
CtRmDep____
Doc. No_____

**IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced <u>Zeairs</u> case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby DIRECTED to docket a <u>copy</u> of this order and henceforth all future filings in C.A. No. 07-1811 on the docket of C.A. No. 07-1811 and <u>not</u> on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk randomly REALLOT this case for future proceedings in newly allotted district judge and magistrate judge sections

The parties remain free to schedule a private mediation if they agree to do so. If all parties believe that a court-conducted settlement conference may result in settlement, they may request that the assigned magistrate judge to whom the case is being reallotted schedule one, at his or her discretion, on his or her calendar.

New Orleans, Louisiana, this _____25th_____ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.