*File in both records*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO: | * | SECTION "K" JUDGE DUVAL |
| INSURANCE: KENNERSON, 07-01604 | * | MAG. (2) MAG. WILKINSON |

**************************************************************

### PLAINTIFF'S RECOMMENDATION TO MAGISTRATE WILKINSON RE: POST-SHER INSURANCE UMBRELLA CASE MANAGEMENT ORDER

In response to Magistrate Wilkinson's request, on behalf of the plaintiff, it is our good faith opinion that the above-captioned Hurricane Katrina case can and should be settled in a formal Mediation format. Our client prefers to settle this case in this manner, and we have communicated our request to Mediate to defense counsel. We are ready to Mediate the case at the earliest possible date. Therefore, we do not recommend that this case be de-consolidated at this time.

Respectfully submitted,

**Feingerts & Kelly, PLC**

/s/ *Bruce Feingerts*
Bruce Feingerts, Bar #5499
Feingerts & Kelly, PLC
365 Canal St., Ste. 2700
New Orleans LA 70130
Telephone: (504) 522-7791



and

**Murray, Darnell & Associates, LLC**

*/s/ Michael C. Darnell*
**Michael C. Darnell, Bar No. 4554**
**Edwin R. Murray, Bar No. 17069**
1540 N. Broad St.,
New Orleans, LA 70119
Telephone 504-945-0042

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing petition has been served upon all counsel of record by facsimile and/or electronic transmission on the 12th day of September, 2008.

New Orleans, LA this 12th day of September, 2008.

*/s/ Michael C. Darnell*
**Michael C. Darnell**