MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 26, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Diaz, 07-4370 | JUDGE DUVAL |
| | MAG. WILKINSON |

     At the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, I have been orally advised by plaintiffs' counsel, Allen Borne, Jr., confirmed by letter separately submitted by his office and filed in the record, that the referenced Diaz case has been settled, pending Road Home approval. By copy of this minute entry, Judge Duval is advised so that he may enter an appropriate 90-day conditional dismissal order in the referenced Diaz case only.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.

MJSTAR: **0 : 05**