UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K" (2) |
| PERTAINS TO LEVEE: | * * | JUDGE DUVAL |
| ADAMS (Dawn), No. 07-4391 | * * | MAG. WILKINSON |

## ORDER

Upon the foregoing Joint Notice/Stipulation of Voluntary Dismissal of CSX Transportation, Inc. and "CSX Transportation Corporation" without prejudice, the actions and claims of the plaintiffs in matter 07-4391 against CSX Transportation, Inc. and "CSX Transportation Corporation" are hereby DISMISSED without prejudice, each party to bear his, her, or its own costs.

New Orleans, Louisiana, this 26th day of September, 2008.

JUDGE STANWOOD R. DUVAL, JR.
United States District Judge

1159760-1