MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 26, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                     CIVIL ACTION
CONSOLIDATED LITIGATION
                                                  NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE, Wightkin, 07-6614         JUDGE DUVAL
                                                  MAG. WILKINSON

    At the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, the court has been advised by plaintiffs' counsel, David Katz, that the referenced Wightkin case has settled, pending Road Home approval. By copy of this minute entry, Judge Duval is advised so that he may enter an appropriate 90-day conditional dismissal order in the referenced Wightkin case only.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.

MJSTAR: **0 : 05**