UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Marilyn Cayce, Stephen Scanlan regarding 5623 General Haig St., New Orleans, LA 70124; Marilyn Cayce regarding 5618 Orleans Ave., New Orleans, LA 70124 |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Marilyn Cayce, Stephen Scanlan regarding 5623 General Haig St., New Orleans, LA 70124; Marilyn Cayce regarding 5618 Orleans Ave., New Orleans, LA 70124 against Defendants Encompass Indemnity Company, Encompass Insurance Company of America, Encompass Property and Casualty Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 26th day of September, 2008.

_____
United States District Judge