UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                 CIVIL ACTION
CONSOLIDATED LITIGATION
                                              NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE (Sanchez, 07-1608)     JUDGE DUVAL
                                              MAG. WILKINSON

## ORDER

I have received a report dated September 12, 2008 from plaintiff's counsel, Michael Darnell, and a letter dated September 16, 2008 from defense counsel, Sidney Hardy, in the referenced Sanchez case, with attached status report concerning 49 cases, which have been separately filed in the record of both C.A. No. 07-1608 and C.A. No. 05-4182. These materials are responses to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning their settlement efforts to date. In addition, I have conferred separately by telephone with Michael Darnell, plaintiff's counsel, and Sidney Hardy, defense counsel, concerning the settlement efforts of the parties to date, and I have reviewed the confidential settlement position paper submitted by defendant concerning the Sanchez case. Although plaintiff requests an opportunity to conduct private mediation, defendant believes that private mediation will not be beneficial, and defendant requests that settlement conferences should be scheduled with the court. The actual settlement offers exchanged by the parties to date are extremely far apart. Thus, it appears that settlement is not attainable in the short term without further court proceedings. Accordingly,

TRANSFERRED TO
SECT I MAG 1

SEP 2 6 2008

**IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Sanchez case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby DIRECTED to docket a copy of this order and henceforth all future filings in C.A. No. 07-1608 on the docket of C.A. No. 07-1608 and not on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case to Section "I"(1), where it was previously pending before transfer to this consolidated litigation, for future proceedings in Section "I"(1).

If all parties believe that a court-conducted settlement conference may result in settlement, they may jointly request that the assigned magistrate judge to whom the case is being reallotted schedule one, at his or her discretion, on his or her calendar.

New Orleans, Louisiana, this ___25th___ day of September, 2008.

CLERK TO NOTIFY:  
HON. STANWOOD R. DUVAL, JR.

JOSEPH C. WILKINSON, JR.  
UNITED STATES MAGISTRATE JUDGE