# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.  05-4182 |
| | SECTION "K" JUDGE STANWOOD DUVAL, JR |
| PERTAINS TO:  BARGE | MAGISTRATE: (2) JUDGE WILKINSON |

| | |
|---|---|
| Boutte v. LaFarge | 05-5531 |
| Mumford v. Ingram | 05-5734 |
| Lagrande v. LaFarge | 06-5342 |
| Perry v. Ingram | 06-6299 |
| Benoit v. LaFarge | 06-7516 |
| Parfait Family v. USA | 07-3500 |
| LaFarge v. USA | 07-5178 |
| In Re:  Unique | 06-3313 |

## UNIQUE TOWING'S PRELIMINARY WITNESS AND EXHIBIT LIST

**NOW INTO COURT,** through undersigned counsel, come Unique Towing, Inc., and pursuant to the Court's Case Management  and Scheduling Order No. 5 entered on September 18, 2007, adopts the Preliminary Exhibit List and Witness List filed by LaFarge North American on or about September 22, 2008 as its Preliminary Witness and Exhibit List.

Respectfully submitted on September 25, 2008.

WAITS, EMMETT & POPP

s/ John F. Emmett
JOHN F. EMMETT (1861)
1515 Poydras Street, Suite 1950
New Orleans, Louisiana 70112
Telephone:   (504) 581-1301
Facsimile:    (504) 585-1796
E-mail:         jemmett@wep-law.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all counsel of record by filing same with the Court's electronic filing system, or by U.S. mail, postage prepaid and properly addressed, this September 25, 2008.

s/ John F. Emmett
JOHN F. EMMETT