UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 |
| PERTAINS TO:  BARGE | * <br> * <br> * | and consolidated cases <br><br> SECTION "K"  (2) |
| *Boutte v. Lafarge*          05-5531 <br> *Mumford v. Ingram*      05-5724 <br> *Lagarde v. Lafarge*       06-5342 <br> *Perry v. Ingram*             06-6299 <br> *Benoit v. Lafarge*          06-7516 <br> *Parfait Family v. USA*  07-3500 <br> *Lafarge v. USA*              07-5178 | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | <br><br> JUDGE <br> STANWOOD R. DUVAL, JR. <br><br> MAG. <br> JOSEPH C. WILKINSON, JR. |

### *EX PARTE* MOTION TO SUBSTITUTE EXHIBIT TO MOTION FOR LEAVE TO FILE BARGE PLAINTIFFS' SEVENTH AMENDED CONSOLIDATED CLASS ACTION COMPLAINT FOR DAMAGES

NOW COMES the Barge Plaintiffs Subgroup Litigation Committee, through undersigned, upon suggesting that the Committee wishes to substitute the version of the proposed Seventh Amended Class Action Complaint for Damages offered last week as an exhibit to their motion for leave to file same.  The version attached hereto is sought to be filed instead.  The substitution clarifies the Barge Plaintiffs intention not to seek certification of an emotional damages subclass, consistent with representations to Lafarge North America, Inc., and with the impending submission of the Barge Plaintiffs memorandum in support of their motion for class certification.

For the foregoing reasons, it is so moved, this 29th day of September, 2008.

Respectfully Submitted,

/s/ Brian A. Gilbert,
Brian A. Gilbert, Esq.(21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
    Telephone: (504) 885-7700
    Telephone: (504) 581-6180
    Facsimile: (504) 581-4336
    e-mail: bgilbert@briangilbertlaw.com

/s/ Lawrence D. Wiedemann,
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
    Telephone: (504) 581-6180
    Facsimile: (504) 581-4336
    e-mail: lawrence@wiedemannlaw.com,
    karl@wiedemannlaw.com,
    karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
    Telephone: 504-834-0646
    e-mail: pistols42@aol.com

/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C. 20036-4129
    Voice: 202-862-4320
    Cell:  202-549-1454
    Facsimile: 800-805-1065 and 202-828-4130
    e-mail: rick@rickseymourlaw.net,

/s/ Lawrence A. Wilson
Lawrence A. Wilson (N.Y.S.B.A. #2487908)
David W. Drucker (N.Y.S.B.A. #1981562)

Wilson, Grochow, Druker & Nolet
Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279-0003
   Telephone: (212) 608-4400
   Facsimile: (212) 227-5159
   e-mail:   lwilson@wgdnlaw1.com,
ddruker@wgdnlaw1.com


/s/Shawn Khorrami
Shawn Khorrami (CA SBN #14011)
H. Scott Leviant (CA SBN #200834)
Matt C. Bailey (CA SBN #218685)
Khorrami, Pollard & Abir, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
   Telephone: (213) 596-6000
   Facsimilie: (213) 596-6010
   e-mail:  Skhorrami@kpalawyers.com;
   hsleviant@kpalawyers.com;
   Mbailey@kpalawyers.com


## CERTIFICATE OF SERVICE

   I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 29th day of September, 2008.


\s\Brian A. Gilbert