MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 26, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE<br>    Kneale, 08-123<br>    Hahn, 08-122 | JUDGE DUVAL<br>MAG. WILKINSON |

At the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, I conducted a telephone conference in the referenced Kneale and Hahn cases. Participating were plaintiffs' counsel, Brian Page, and defense counsel, Al Giraud. Counsel jointly advised the court that the referenced cases have settled, pending Road Home approval. By copy of this minute entry, Judge Duval is advised so that he may enter appropriate 90-day conditional dismissal orders in the referenced Kneale and Hahn cases only.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.

MJSTAR: **0 : 05**