UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Yul Brown regarding 1730 St. Roch Ave., New Orleans, LA 70117; Douglass Holly regarding 5125 Parris Ave., New Orleans, LA 70122; Michelle Lawrence regarding 3715 Elsian Fields Ave., New Orleans, LA 70122; Sherry Hill regarding 3949 Nottingham Dr., New Orleans, LA 70127; Richard Patin, Joy R. Patin regarding 831 Robert E. Lee Blvd., New Orleans, LA 70124; Louis Holmes regarding 2632 Comet St., New Orleans, LA 70131 |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Yul Brown regarding 1730 St. Roch Ave., New Orleans, LA 70117; Douglass Holly regarding 5125 Parris Ave., New Orleans, LA 70122; Michelle Lawrence regarding 3715 Elsian Fields Ave., New Orleans, LA 70122; Sherry Hill regarding 3949 Nottingham Dr., New Orleans, LA 70127; Richard Patin, Joy R. Patin regarding 831 Robert E. Lee Blvd., New Orleans, LA 70124; Louis Holmes regarding 2632 Comet St., New Orleans, LA 70131 against Defendant Lexington Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 29th day of September, 2008.

_____
United States District Judge