# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Sally Breithoff, William Breithoff regarding 7315 Beryl St., New Orleans, LA 70124; Stephen Foster regarding 13 Catahoula Ct., Kenner, LA 70065 |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Sally Breithoff, William Breithoff regarding 7315 Beryl St., New Orleans, LA 70124; Stephen Foster regarding 13 Catahoula Ct., Kenner, LA 70065 against Defendant Auto Club Family Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 29th day of September, 2008.

_____
United States District Judge