MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 29, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION

                                                 NO. 05-4182 "K"(2)

PERTAINS TO:  INSURANCE, Royal & Sun, 06-10796    JUDGE DUVAL
                                                  MAG. WILKINSON


        I received no report at the conclusion of the settlement evaluation process required

by the court's "Post-Sher Insurance Umbrella Case Management Order." Record Doc.

No. 13521.  Thus, I contacted plaintiff's counsel, Bernard Ticer, to discuss the settlement

status of the case. It appears both from the record, Record Doc. No. 8 in C.A. No. 06-

10796, and from the representations of counsel that the referenced Royal & Sun case was

transferred and included in this consolidated litigation based on claims relating to issues

that are being addressed in the MRGO and Dredging categories of cases and that have

nothing to do with the flood-exclusion insurance issues addressed by this court and in

Sher. Accordingly, the Clerk is hereby DIRECTED to remove and delete this case from


MJSTAR:  **0 : 05**

the Insurance category of cases and to re-designate it as both a MRGO and Dredging case

for future administrative and docketing purposes.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

- 2 -