**Seth A. Schmeeckle**
Tel: (504) 568-1990
Fax: (504) 310-9195

## LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
A LAW CORPORATION
SUITE 2775, PAN AMERICAN LIFE CENTER
601 POYDRAS STREET
**NEW ORLEANS, LA 70130-6027**

e-mail:
sschmeeckle@lawla.com

September 24, 2008



*Via Telefax*
Magistrate Joseph C. Wilkinson, Jr.
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room B409
New Orleans, Louisiana 70130

Re:   **Virgil and Brenda Sorina v. Hanover Insurance Group**
      **United States District Court for the Eastern District of Louisiana**
      **(Recently transferred from the Southern ~~District~~ of Texas - No. H-06-2778)**
      **Our File No.: 00572- 06875**

Dear Judge Wilkinson:

In follow up to your telephone call on September 23, 2008, this letter is to advise Your Honor that the above referenced case settled in principle on or about July 27, 2008. The release and motion to dismiss were furnished to plaintiffs' counsel, Mr. Harold Dutton, on or about August 8, 2008. We are presently waiting to receive the executed release and dismissal from Mr. Dutton. However, we understand from speaking with Mr. Dutton that there has been some delay in securing his client's execution of the release due to the recent hurricanes.

We respectfully request that Your Honor keep this case consolidated in the *In Re: Katrina Canal Breaches Consolidated Litigation* Insurance Umbrella for an additional short period of time to finalize the necessary paper work. To assist all those involved in concluding their efforts, we would respectfully suggest that Your Honor schedule a status conference in this matter for sometime in the next three to four weeks that would require attendance of all parties in the event the matter has not been formally dismissed.

With kindest regards, I am

Respectfully,

Seth A. Schmeeckle

SAS/msb
cc:    Mr. Harold V. Dutton, Jr. (via telefax)