UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE, <u>Sorina</u>, 06-9885 | JUDGE DUVAL<br>MAG. WILKINSON |

## **ORDER**

At the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, the court was advised by defense counsel, Seth Schmeeckle, by letter separately filed in the record, that settlement had tentatively been reached. Harold Dutton, Jr., plaintiffs' counsel, has now orally notified my office by telephone that the settlement has been confirmed and will be consummated shortly. By copy of this order, Judge Duval is advised so that he may enter an appropriate 60-day conditional dismissal order in the referenced <u>Sorina</u> case only.

New Orleans, Louisiana, this   29th   day of September, 2008.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.