MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 26, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Lomax, 08-1651 | JUDGE DUVAL<br>MAG. WILKINSON |

At the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, I conducted a telephone conference in the referenced Lomax case. Participating were: Brent Klibert, representing plaintiffs; Dan Dorsey, representing defendant. The parties have exchanged settlement proposals and it appears that a settlement conference may aid resolution. Accordingly, a **Settlement Conference** is set before the undersigned magistrate judge in the referenced Lomax case on **NOVEMBER 19, 2008 at 2:00 p.m.**

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.

MJSTAR:  0 : 15