UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                      CIVIL ACTION
CONSOLIDATED LITIGATION

                                                   NO. 05-4182 "K"(2)

PERTAINS TO:  INSURANCE, <u>Theriot</u>, 06-9910     JUDGE DUVAL
                                                   MAG. WILKINSON

<u>**ORDER**</u>

At the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, the court has been advised by defense counsel, Michael D. Cangelosi, by letter separately filed in the record, that settlement has been confirmed in the referenced case. Accordingly,

**IT IS ORDERED** that the settlement conference previously set in this matter before me on October 2, 2008, is hereby CANCELLED.  By copy of this order, Judge Duval is advised so that he may enter an appropriate 60-day conditional dismissal order in the referenced <u>Theriot</u> case only.

New Orleans, Louisiana, this __29th__ day of September, 2008.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.