UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION
                                                          NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE, Howerton, 07-1594          JUDGE DUVAL
                                                          MAG. WILKINSON

## ORDER

I have received a letter dated September 16, 2008 from defense counsel, Sidney Hardy, in the referenced Howerton case, with attached status report concerning 49 cases, which have been separately filed in the record of both C.A. No. 07-1594 and C.A. No. 05-4182. These materials are a response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4. No report has been received from plaintiffs' counsel. In addition, I have conferred separately by telephone with defense counsel concerning the settlement status of these cases. It appears that settlement is not attainable in the short term without further court proceedings. Accordingly,

**IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Howerton case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation,

SEP 29 2008
TRANSFERRED TO
SECT. L MAG. 3



Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby DIRECTED to docket a copy of this order and henceforth all future filings in C.A. No. 07-1594 on the docket of C.A. No. 07-1594, and not on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it back to Section "L"(3), where it was previously allotted before its transfer to this consolidated litigation, for future proceedings in Section "L"(3).

If all parties believe that a court-conducted settlement conference may result in settlement, they may jointly request that the assigned magistrate judge to whom the case is being reallotted schedule one, at his discretion, on his calendar.

New Orleans, Louisiana, this ___26th___ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.
HON. ELDON E. FALLON
HON. DANIEL E. KNOWLES, III