UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO:<br>Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Marcia Douse regarding 202 Liberty Terrace Dr., New Orleans, LA 70126; Denise Walker regarding 3905 Camphagne Dr., Chalmette, LA 70043; Denise Walker regarding 2120 S River Park, Violet, LA 70092; Carl Hooper regarding 4720 Owens Blvd., New Orleans, LA 70122; Denise Meade regarding 2422 Verbena St., New Orleans, LA 70122; Marion Stoltz regarding 2805 Decomine Dr., Chalmette, LA 70043; Gwendolyn Alexander, Thomas McMillan regarding 3134 N. Rochblave St., New Orleans, LA 70117; Jennifer Klink, George Klink regarding 3305 Lena Dr., Chalmette, LA 70043; Wallace Joseph, Jean Joseph Cummings regarding 5523 St. Ferdinand St., New Orleans, LA 70126; Patsy Christoffer regarding 2416 Plaza Dr., Chalmette, LA 70043; Vianka Miranda, Modesto A. Miranda regarding 7943 Edgelake Court, New Orelans, LA 70126; Linda Thomas regarding 11661 W Barrington Dr, New Orleans, LA 70128; Charles Ricard regarding 2078-80 S Dennis St., New Orleans, LA 70112; Thomas Rickerson, Karen D. Rickerson regarding 3804 Charles Dr., Chalmette, LA 70043; Charles Bloodsworth, Joy Bloodsworth regarding 600 Daryl Dr., Chalmette, LA 70043; Evelyn Hyams, Edward H. Hyams Jr. regarding 4654 Francisco Varrett Dr., New Orleans, LA 70126 |

**UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF**

**MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO**

**DISMISS WITH PREJUDICE**

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Marcia Douse regarding 202 Liberty Terrace Dr., New Orleans, LA 70126; Denise Walker regarding 3905 Camphagne Dr., Chalmette, LA 70043; Denise Walker regarding 2120 S River Park, Violet, LA 70092; Carl Hooper regarding 4720 Owens Blvd., New Orleans, LA 70122; Denise Meade regarding 2422 Verbena St., New Orleans, LA 70122; Marion Stoltz regarding 2805 Decomine Dr., Chalmette, LA 70043; Gwendolyn Alexander, Thomas McMillan regarding 3134 N. Rochblave St., New Orleans, LA 70117; Jennifer Klink, George Klink regarding 3305 Lena Dr., Chalmette, LA 70043; Wallace Joseph, Jean Joseph Cummings regarding 5523 St. Ferdinand St., New Orleans, LA 70126; Patsy Christoffer regarding 2416 Plaza Dr., Chalmette, LA 70043; Vianka Miranda, Modesto A. Miranda regarding 7943 Edgelake Court, New Orelans, LA 70126; Linda Thomas regarding 11661 W Barrington Dr, New Orleans, LA 70128; Charles Ricard regarding 2078-80 S Dennis St., New Orleans, LA 70112; Thomas Rickerson, Karen D. Rickerson regarding 3804 Charles Dr., Chalmette, LA 70043; Charles Bloodsworth, Joy Bloodsworth regarding 600 Daryl Dr., Chalmette, LA 70043; Evelyn Hyams, Edward H. Hyams Jr. regarding 4654 Francisco Varrett Dr., New Orleans, LA 70126, who wish to voluntarily dismiss the claims against Defendant(s) Metropolitan Property & Casualty Insurance Company, Metropolitan Casualty Insurance Company, Metropolitan General Insurance, in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY: /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 581-1493

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 29th day of September, 2008.

/s/ Joseph M. Bruno
Joseph M. Bruno