UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Kathleen Pride, Joseph Pride regarding 2021 Cenpanni Dr., Poydras, LA 70085; Kenneth McElrath, Vrena R. McElrath regarding 6013 Wildair Dr, New Orleans, LA 70122; Greer Gibson regarding 2226 Charbonnet St., New Orleans, LA 70117; Arthur Hammock, Alice Jane Hammock regarding 6810 Louisville Street, New Orleans, LA 70124; Ivette Gray, Derek Gray regarding 83 Marywood Ct., New Orleans, LA 70128; Iola Wooden regarding 213 Priest St., Westwego, LA 70084; Ricky Nelson regarding 265 Chad B. Baker St., Reserve, LA 70084; Harry Decossas, Ann M. Decossas regarding 1127 Friscoville, Arabie, LA 70032 |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Kathleen Pride, Joseph Pride regarding 2021 Cenpanni Dr., Poydras, LA 70085; Kenneth McElrath, Vrena R. McElrath regarding 6013 Wildair Dr, New Orleans, LA 70122; Greer Gibson regarding 2226 Charbonnet St., New Orleans, LA 70117; Arthur Hammock, Alice Jane Hammock regarding 6810 Louisville Street, New Orleans, LA 70124; Ivette Gray, Derek Gray regarding 83 Marywood Ct., New Orleans, LA 70128; Iola Wooden regarding 213 Priest St., Westwego, LA 70084; Ricky Nelson regarding 265 Chad B. Baker St., Reserve, LA 70084; Harry Decossas, Ann M. Decossas regarding 1127 Friscoville, Arabie, LA 70032, who wish to voluntarily dismiss the claims against Defendant(s)

Metropolitan Property & Casualty Insurance Company, Metropolitan Casualty Insurance Company, Metropolitan General Insurance, in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY:   /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 29th day of September, 2008.

                                                      /s/ Joseph M. Bruno
                                                    Joseph M. Bruno