UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Kathleen Pride, Joseph Pride regarding 2021 Cenpanni Dr., Poydras, LA 70085; Kenneth McElrath, Vrena R. McElrath regarding 6013 Wildair Dr, New Orleans, LA 70122; Greer Gibson regarding 2226 Charbonnet St., New Orleans, LA 70117; Arthur Hammock, Alice Jane Hammock regarding 6810 Louisville Street, New Orleans, LA 70124; Ivette Gray, Derek Gray regarding 83 Marywood Ct., New Orleans, LA 70128; Iola Wooden regarding 213 Priest St., Westwego, LA 70084; Ricky Nelson regarding 265 Chad B. Baker St., Reserve, LA 70084; Harry Decossas, Ann M. Decossas regarding 1127 Friscoville, Arabie, LA 70032** |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Kathleen Pride, Joseph Pride regarding 2021 Cenpanni Dr., Poydras, LA 70085; Kenneth McElrath, Vrena R. McElrath regarding 6013 Wildair Dr, New Orleans, LA 70122; Greer Gibson regarding 2226 Charbonnet St., New Orleans, LA 70117; Arthur Hammock, Alice Jane Hammock regarding 6810 Louisville Street, New Orleans, LA 70124; Ivette Gray, Derek Gray regarding 83 Marywood Ct., New Orleans, LA 70128; Iola Wooden regarding 213 Priest

St., Westwego, LA 70084; Ricky Nelson regarding 265 Chad B. Baker St., Reserve, LA 70084; Harry Decossas, Ann M. Decossas regarding 1127 Friscoville, Arabie, LA 70032 against Defendants Metropolitan Property & Casualty Insurance Company, Metropolitan Casualty Insurance Company, Metropolitan General Insurance, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

      New Orleans, Louisiana, this _____ day of _____, 2008.

                                            _____
                                            United States District Judge