# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| _____ | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| _____ | § | |

## DEFENDANT UNITED STATES OF AMERICA'S MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 26(c)(1), Fed. R. Civ. P., the United States hereby moves for a protective order to preclude discovery of topic 37 of Plaintiffs' 30(b)(6) Notice of Deposition for the United States of America, By and Through the United States Army Corps of Engineers on the basis that this topic seeks the premature disclosure of expert testimony. In support of this motion, the Court is respectfully referred to the United States' Memorandum of Law in support of this motion and the entire record.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

THOMAS DUPREE
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

  /s/Daniel M. Baeza
DANIEL M. BAEZA
Trial Attorney
ROBIN D. SMITH
Senior Trial Counsel
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
(202) 616-4916 (tel.)
(202) 616-5200 (fax)
Dan.Baeza@usdoj.gov
Attorneys for Defendant United States

**CERTIFICATE OF SERVICE**

I, Daniel M. Baeza, hereby certify that on September 29, 2008, I served a true copy of United States' Motion for Protective Order upon all parties by ECF.

                                                                     s/    Daniel M. Baeza
                                                                     DANIEL M. BAEZA