# Exhibit 1



**US Army Corps of Engineers**®

*Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System*

*Final Report of the Interagency Performance Evaluation Task Force*

*Volume 1 – Executive Summary and Overview*

*26 March 2007*



INTERIM FINAL

(Subject to Revision)

# Executive Summary

## Introduction

This report, Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, is the final report of a series concerning the in-depth analysis of the New Orleans and Southeast Louisiana Hurricane Protection System conducted by the Interagency Performance Evaluation Task Force (IPET). The IPET was established by the Chief of Engineers to determine the facts concerning the performance of the hurricane protection system in New Orleans and Southeast Louisiana during Hurricane Katrina. The analyses conducted by the IPET and the information presented in this report are designed to answer five principal questions that comprised the IPET mission:

- The System: What were the pre-Katrina characteristics of the hurricane protection system (HPS) components; how did they compare to the original design intent?

- The Storm: What was the surge and wave environment created by Katrina and the forces incident on the levees and floodwalls?

- The Performance: How did the levees and floodwalls perform, what insights can be gained for the effective repair of the system, and what is the residual capability of the undamaged portions? What was the performance of the interior drainage system and pump stations and their role in flooding and unwatering of the area?

- The Consequences: What were the societal-related consequences of the flooding from Katrina to include economic, life and safety, environmental, and historical and cultural losses?

- The Risk: What were the risk and reliability of the hurricane protection system prior to Katrina, and what will they be following the planned repairs and improvements (Dec. 2007)?

The knowledge gained in answering these questions 1) was applied directly to the design and construction of immediate and longer term repairs, 2) was used to assess the integrity of and plan remedial actions for the sections of the hurricane protection system not severely damaged, 3) is being used in the ongoing efforts to enhance the capabilities of the system to achieve 100-year levels of protection, and 4) provide analytical methods and a body of knowledge to assist in planning and designing more effective protection measures in the future. The IPET analytical tools and information bases are being transitioned to the Louisiana Coastal Protection and Restoration Study (LaCPR), to assist in developing effective approaches for higher levels of protection.

The nine volumes of the final report provide a detailed documentation of a broad, multi-disciplinary analysis of the hurricane protection system and its performance during Hurricane Katrina. The frequent professional interaction and review comments provided by the American

Society of Civil Engineers (ASCE) External Review Panel and the strategic oversight of the National Research Council (NRC) Committee on New Orleans Regional Hurricane Protection Projects have made substantial contributions to the conduct of the analysis and development of the results described in this report. This volume, Volume I, Executive Summary and Overview, provides an overview of the IPET and its efforts, a synopsis of the performance of the hurricane protection system during Katrina and a summary of the principal findings and lessons learned. All are described in more detail in Volumes II–IX. Since the hurricane protection system is only designed to manage flooding in the metropolitan New Orleans basin, wind-based consequences and any direct consequences exterior to the hurricane protection system are excluded from this report. In addition, the IPET did not examine organizational and jurisdictional issues that impacted the effectiveness of the physical hurricane protection system. These issues are being examined by a separate team in the Hurricane Performance Decision Chronology Study whose results will be reported separately.

This report and all other IPET-produced documents are available on the IPET Web site, *https://IPET.wes.army.mil*.

## Summary of Findings

**The System:** The system did not perform as a system. In some areas it was not completed, and in others, datum misinterpretation and subsidence reduced its intended protective elevation. The capacity for protection varied because of some structures that provided no reliable protection above their design elevations and others that had inadequate designs leaving them vulnerable at water elevations significantly below the design intent. The designs of the levee-floodwall structures along the outfall canals were particularly inadequate. A series of incremental decisions that went from the original "barrier" plan to the "parallel protection" structures ultimately constructed, systematically increased the inherent risk in the system without recognition or acknowledgment.

**The Storm:** Katrina created record surge and wave conditions along the east side of New Orleans and the coast of Mississippi. Peak water levels along the Plaquemines and St. Bernard levees and within the Inner Harbor Navigation Canal (IHNC) were significantly higher than the structures leading to massive overtopping and eventually breaching. Wave heights during Katrina were typically similar to those assumed for the design of the structures, except for Plaquemines Parish where they were higher than the design assumptions. Wave periods, however, were three times longer than the design assumptions, particularly along the east side of St. Bernard and Plaquemines Parishes. The longer period more energetic waves created much greater potential for runup and overtopping. Conditions within Lake Pontchartrain were roughly equal to the design criteria for the shoreline structures. The Mississippi River Gulf Outlet channel, presumed to be a major factor in propagating storm surge into the IHNC, was demonstrated to have little impact on storm water levels for large storms.

**The Performance:** With the exception of four foundation design failures, all of the major breaches were caused by overtopping and subsequent erosion. Reduced protective elevations increased the amount of overtopping, erosion and subsequent flooding, particularly in Orleans

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

East. <mark>Ironically, the structures that ultimately breached performed as designed, providing protection until overtopping occurred and then becoming vulnerable to catastrophic breaching.</mark> The levee-floodwall designs for the 17th Street and London Avenue Outfall Canals and IHNC were inadequate for the complex and challenging environment. In four cases the structures failed catastrophically prior to water reaching design elevations. A significant number of structures that were subjected to water levels beyond their design limits performed well. Typically, in the case of floodwalls, they represented more conservative design assumptions and, for levees, use of higher quality, less erodible materials.

**The Consequences:** Approximately 80 percent of New Orleans was flooded, in many areas with depth of flooding exceeding 15 ft. The majority, approximately two-thirds overall in areas such as Orleans East Bank and St Bernard, of the flooding and half of the economic losses can be attributed to water flowing through breaches in floodwalls and levees. There were at least 727 fatalities in the five parishes in and around New Orleans, and over 70 percent of the fatalities were people over age 70. The poor, elderly, and disabled, the groups least likely to be able to evacuate without assistance, were disproportionately impacted. Direct property losses exceeded $20 billion, and 78 percent of those losses were in residential areas. There was an additional loss of over $7 billion in public structures and utilities. The indirect consequences were equally disastrous. The breakdown in New Orleans' social structure, loss of cultural heritage, and dramatically altered physical, economic, political, social, and psychological character of the area are unprecedented in the United States. In themselves, these create a formidable barrier to recovery. Where water depths were small, recovery has been almost complete. In areas where water depths were greater, little recovery or reinvestment has taken place.

**The Risk:** The prototype risk assessment process can identify the areas most vulnerable to future flooding and with the highest residual risk. Given more consistent levels of protection that will exist in the 2007 time frame, in many areas, level of risk is closely associated with the property values and population densities in the subbasins and the elevation of the area (potential for deep flooding) The exception is in the areas bounded by the IHNC where the reliability of protection will be lower because of legacy structures (types and elevation) and continued threat of high surge and wave conditions. Final risk results will be published at the completion of the risk analysis.

## Summary of Lessons Learned

**The System:** Planning and design methods need to be system-based, allowing a more in-depth analysis of how a combination of structures and measures will perform together. These methods need to be able to consider the performance of the system beyond the design criteria, including the life cycle value of resilience and redundancy in the design. Dynamic factors such as subsidence and changing hazard levels must be included. This requires an ability to develop and evaluate adaptive designs, protective concepts that allow planned augmentation to deal with expected changes as well as some ability to accommodate the unexpected. An accurate reference datum and monitoring of structure elevations, as well as the effective operation and maintenance of the hurricane protection system, are essential parts of this process. All assets that factor in the capability to provide protection, such as pump plants and closure structures, must be included in

the overall analyses, even if they are not a formal part of the protection system. With rapid changes in new knowledge and engineering practice, it is essential to continuously review and update technical guidance used in planning and design as well as providing an effective mechanism for the engineering community to adopt and mature new methods, The Standard Project Hurricane (SPH) methodology used to develop design criteria for the original system is outdated and should no longer be used. More flexible and robust probability-based methods are available that will provide better definition of the future hazard faced by protective structures.

**The Storm:** Sophisticated models that incorporate high-resolution spatial data and high-quality wind fields are essential to accurately characterize storm surge and waves. This is particularly true in an area such as New Orleans with complex shoreline comprised of both natural (marshes and ridges) and man-made barriers (levees and transportation corridors). These models need increased capabilities to accurately simulate the impact of barrier islands, marsh, and wetlands on surge and wave conditions. The interaction of the surge and wave conditions with structures such as levees and floodwalls requires special detailed modeling to accurately account for wave runup and overtopping, and to examine levee/wall response to dynamic loadings. Typically, very few measurements of waves and surge are made along the entire periphery of a HPS as part of a monitoring program. That was the case for this HPS. Large storms such as Katrina can cause failure of instrumentation intended to record the surge and wave environments created by the storm, and did so in this case. This creates a difficult problem for conducting analyses of a storm and its impacts. High-water marks were the only reference information reasonably available around the region for calibrating and validating surge modeling. Only a relatively small percentage of these marks (15 percent) were considered accurate enough for use, pointing to the need for more robust instrumentation that can survive storms as well as rigorous standards for evaluating the quality of high-water marks.

**The Performance:** Hurricane protection structures need to be designed as a part of a complete system-based approach to protection, providing balanced and uniform levels of protection from the perspectives of time, level of hazard, and reliability. Designs need to be conservative enough to accommodate unknowns. Designs need to consider dynamic wave loadings in situations where waves are present. The unanticipated failure mode defined in the IPET analysis for the outfall canal floodwalls is not the only potential failure mode for these structures not considered in the original designs. With the rapid expansion of knowledge and practice, it is necessary to frequently review the adequacy of existing infrastructure in the context of that new knowledge and have processes in place to respond expeditiously to any performance limitations that arise. Resilience should be factored in to all designs to prevent catastrophic failures and to protect the integrity of the hurricane protection system itself. The maintained condition of the levees is an important factor in their overall performance and should be monitored more rigorously and through evaluations that extend beyond visual inspections.

**The Consequences:** Even without the significant catastrophic breaching that occurred, the flooding and direct losses from Katrina would have been the worst in the history of the region. However, approximately half of the direct losses may have been averted if breaching had not occurred. This reduction in direct losses would likely have dramatically reduced the indirect consequences of the event. Together, this may have enabled a more rapid and systematic recovery. Resilience in the hurricane protection system would have provided that advantage.

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

Mapping the economic and human health and safety consequences of Katrina has created a powerful information base from which risk assessments and future planning priorities can be informed. Estimating the future distributions of population and property in the uncertain recovery and re-development environment proved very difficult. The scenario development accomplished to provide some insights into possible consequences of future hurricane events proved a feasible and valuable approach. Environmental losses were an essential component to the overall assessment of consequences, but they proved to be difficult to characterize beyond the short term, in part because of the already significant levels of contamination existing in the region. Not nearly enough information is available on the long-term impacts of saltwater intrusion and flooding on freshwater marshes, or the conditions and rates of recovery that can be expected.

**The Risk:** Risk assessment provides a new and more comprehensive method to understand the inherent vulnerability for areas protected by complex protection systems and subjected to uncertain natural hazards. It provides a direct view into the sources of vulnerability, providing a valuable tool for public officials at all levels to focus resources and attention on the most serious problems and to seek solutions that reduce risk through both strengthening the reliability of the physical structures and reducing exposure of people and property to losses. Given a relatively uniform level of reliability of the protection system, the relative risk values are largely related to elevation (below sea level) and the value of property or number of people who occupy those areas. The emergency response preparedness and efficiency of evacuation prior to a storm is a key component to reducing risk to life and human safety.