# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| _____ | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| _____ | § | |

## UNITED STATES' *EX PARTE* MOTION FOR EXPEDITED HEARING

Pursuant to Local Rule 7.2E, the United States respectfully moves for an Order setting an expedited hearing for the United States' Motion for Protective Order submitted herewith. The United States is seeking a protective order for Topic 37 of Plaintiffs' 30(b)(6) Notice of Deposition for the United States of America, By and Through the United States Army Corps of Engineers (*see* R.D. 15349) on the basis that it seeks premature discovery of expert testimony in contravention of the Court's scheduling of expert discovery pursuant to Fed. R. Civ. P. 26(a)(2)(C).

An expedited hearing on this matter is warranted under the circumstances and in the best interests of both parties. The 30(b)(6) deposition of the United States to which this motion is addressed is scheduled to commence Tuesday, September 30 at 9:00 a.m., and continue day to day thereafter, excluding weekends and holidays, until complete. Swift resolution of this matter will facilitate the completion of this deposition and obviate premature discovery of expert testimony.

For the foregoing reasons, the United States respectfully moves for an Order setting an expedited hearing for its Motion for Protective Order to be heard on October 1, 2008 at 11:00 a.m. before Magistrate Joseph C. Wilkinson, or such reasonably available time thereafter.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

THOMAS DUPREE
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

  /s/Daniel M. Baeza
DANIEL M. BAEZA
Trial Attorney
ROBIN D. SMITH
Senior Trial Counsel
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
(202) 616-4916 (tel.)
(202) 616-5200 (fax)
Dan.Baeza@usdoj.gov
Attorneys for Defendant United States

Dated: September 29, 2008

## **CERTIFICATE OF SERVICE**

I, Daniel M. Baeza, hereby certify that on September 29, 2008, I served a true copy of United States' Motion for Expedited Hearing upon all parties by ECF.


                                         s/   Daniel M. Baeza
                                         DANIEL M. BAEZA