UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| _____ | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| _____ | § | |

**NOTICE OF HEARING**

TO:   All Counsel of Record.

PLEASE TAKE NOTICE THAT, the undersigned will hear the United States of America's Motion for Protective Order at the Courtroom of the Honorable Joseph C. Wilkinson, United States Courthouse at 500 Poydras Street, New Orleans, LA, 70130, on the 15th day of October, 2008 at 11 a.m.

New Orleans, Louisiana, this ___ day of _____, 2008.

_____
Magistrate Joseph C. Wilkinson
Eastern District of Louisiana