UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL | * | CIVIL ACTION |
| BREACHES CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * | |
| | * | SECTION "K" (2) |
| | * | JUDGE: DUVAL |
| *Parfait Family v. USA*     07-3500 | * | MAG: WILKINSON |

*************************************************************************

### MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF LAKE BORGNE BASIN LEVEE DISTRICT'S RULE 12(b)(6) MOTION TO DISMISS (DOC. NO. 14,411)

**NOW INTO COURT**, comes defendant Lake Borgne Basin Levee District, who respectfully requests an Order from this Honorable Court granting leave to the Lake Borgne Basin Levee District to file the attached Reply Memorandum in Support of their Rule 12(b)(6) Motion to Dismiss (Doc. No. 14,411). Additionally, the Lake Borgne Basin Levee District requests leave to file a reply in excess of the page limit established by Local Rule 7.8.1.

Lake Borgne Basin Levee District has contacted all opposing counsel and there is no objection to the filing of the Reply Memorandum.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Joseph E. Bearden, III
_____
**LAWRENCE J. DUPLASS (#5199)
ANDREW D. WEINSTOCK (#18495)
JOSEPH E. BEARDEN, III (#26188)
JENNIFER M. MORRIS (#29936)**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
(504) 832-3700

>  lduplass@duplass.com
>  andreww@duplass.com
>  jbearden@duplass.com
>  jmorris@duplass.com
>  **Attorneys for Lake Borgne Basin Levee District**

## **C E R T I F I C A T E**

I hereby certify that on the 29th day of September, 2008, a copy of the foregoing Motion for Leave to File Reply Memorandum in Support of Lake Borgne Basin Levee District's Rule 12(b)(6) Motion to Dismiss was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

>  s/Joseph E. Bearden
>  _____
>  **JOSEPH E. BEARDEN, III #26188**
>  jbearden@duplass.com