UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182<br>and consolidated cases |
| PERTAINS TO: BARGE | * * * | SECTION "K" (2)<br>JUDGE: DUVAL |
| *Parfait Family v. USA*        07-3500 | * | MAG: WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

**IT IS ORDERED**, **ADJUGED AND DECREED** the Lake Borgne Basin Levee District is granted leave of Court to file its Reply Memorandum in Support of its Rule 12(b)(6) Motion to Dismiss (Doc. No. 14,411).

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE