| 0 | Plaintiffs Name | | Street Address | City | Zip | Case Name | Case Number | Attorney |
|---|---|---|---|---|---|---|---|---|
| 1 | Magoun | Charlotte | Unable to locate Form 95 | | | | 06-4634 | John Patrick Connick, Esq. |
| 2 | Anderson | Eric | 2505 Winthrop (multiple form 95's) | NO | 70117 | Berthelot | 05-4182 | Daniel Becnel, Esq. |
| 3 | Berthelot | Colleen | Unable to locate Form 95 | | | Berthelot | 05-4182 | Daniel Becnel, Esq. |
| 4 | Berthelot | Jackie | Unable to locate Form 95 | | | Berthelot | 05-4182 | Daniel Becnel, Esq. |
| 5 | Dalferes | Joyce | 1855 Law St. | NO | 70119 | Fleming | 06-5159 | Joseph M. Bruno, Esq. |
| 6 | Holmes | Fred | 1205 Perrin Dr. | Arabi | 70032 | Holmes | 06-5161 | Joseph M. Bruno, Esq. |
| 7 | Livers | Alvin | Unable to locate Form 95 | | | Holmes | 06-5161 | Joseph M. Bruno, Esq. |
| 8 | Alexcee* | Roy | 2228 Dubreuil St. | NO | 70117 | Leduff | 06-5260 | Peter B. Schneider, Esq. |
| 9 | B and S Equipment Co.* | | Unable to locate Form 95 | | | Leduff | 06-5260 | Peter B. Schneider, Esq. |
| 10 | Brown* | Olga | Unable to locate Form 95 | | | Leduff | 06-5260 | Peter B. Schneider, Esq. |
| 11 | Davis* | Emma (deceased) | Unable to locate Form 95 | | | Leduff | 06-5260 | Peter B. Schneider, Esq. |
| 12 | Duckworth* | Wanda | 2332 Benton St. | NO | 70117 | Leduff | 06-5260 | Peter B. Schneider, Esq. |
| 13 | Figuera* | Irvine M. | Unable to locate Form 95 | | | Leduff | 06-5260 | Peter B. Schneider, Esq. |
| 14 | Galjour* | Remy | 4521 Ehrhard Dr. | Meraux | 70075 | Leduff | 06-5260 | Peter B. Schneider, Esq. |
| 15 | Gilmore* | Ronald | 2112 Legend Dr. Meraux, LA 70075/1124 Flourissant HWY, St. Bernard, LA 70085 | Meraux/St.Bernard | 70075/70085 | Leduff | 06-5260 | Peter B. Schneider, Esq. |
| 16 | Gilmore* | Bernadine | 2112 Legend Dr., Meraux | Meraux | 70075 | Leduff | 06-5260 | Peter B. Schneider, Esq. |
| 17 | Gleason* | Yolanda | 6008 El Dorado St. | NO | 70117 | Leduff | 06-5260 | Peter B. Schneider, Esq. |
| 18 | Gordon* | Emile B. | 2641 Delery | NO | 70117 | Leduff | 06-5260 | Peter B. Schneider, Esq. |
| 19 | Gordon* | Toya H. | 2641 Delery | NO | 70117 | Leduff | 06-5260 | Peter B. Schneider, Esq. |



EXHIBIT A.

Blumberg No. 5119

946659_1.XLS

1

| 0 | Plaintiffs Name | | Street Address | City | Zip | Case Name | Case Number | Attorney |
|---|---|---|---|---|---|---|---|---|
| 20 | Gresham* | Tricia | 1720 Reynes St. | NO | 70117 | Leduff | 06-5260 | Peter B. Schneider, Esq. |
| 21 | Howard* | Vergilan | 1226 Garden | NO | 70117 | Leduff | 06-5260 | Peter B. Schneider, Esq. |
| 22 | Martin* | Mary Louise | 1409 Charbonnet St. | NO | 70117 | Leduff | 06-5260 | Peter B. Schneider, Esq. |
| 23 | Rockwood* | Wendell A. (deceased) | Unable to locate Form 95 | | | Leduff | 06-5260 | Peter B. Schneider, Esq. |
| 24 | Sentino* | Leola | 2111 Lizardi St., NOLA 70117 | NO | 70117 | Leduff | 06-5260 | Peter B. Schneider, Esq. |
| 25 | Thomas* | Tamika Marie | 2438 Gordon St. & 2400 Block Tupelo St. | NO | 70117 | Leduff | 06-5260 | Peter B. Schneider, Esq. |
| 26 | Thomas* | Shirlean (deceased) | 2438 Gordon St. & 2400 Block Tupelo St. | NO | 70117 | Leduff | 06-5260 | Peter B. Schneider, Esq. |
| 27 | Thomas* | Calvin Joseph | 2438 Gordon St. & 2400 Block Tupelo St. | NO | 70117 | Leduff | 06-5260 | Peter B. Schneider, Esq. |
| 28 | Thomas* | Melvin Allen | 2438 Gordon St. & 2400 Block Tupelo St. | NO | 70117 | Leduff | 06-5260 | Peter B. Schneider, Esq. |
| 29 | Thomas* | Gwennyth | 1827 Lizardi St. | NO | 70117 | Leduff | 06-5260 | Peter B. Schneider, Esq. |
| 30 | Thomas* | Kenneth | 5717 Delphine, (sic) | NO | 70117 | Leduff | 06-5260 | Peter B. Schneider, Esq. |
| 31 | Williams* | Kathy | 2111 Forstall St. | NO | 70117 | Leduff | 06-5260 | Peter B. Schneider, Esq. |
| 32 | Taylor | Shirley Ann | 2630 Forstall St. | NO | 70117 | Brock | 06-4931 | Robert J. Caluda, Esq. |
| 33 | Sanchez | June F. | 1519 Charbonnet St. | NO | 70117 | Sanchez | 06-2287 | Walter C. Dumas, Esq. |
| 34 | Brown, Sr. | David M. | 720 Lamanche St. | NO | 70117 | Brown | 05-6324 | Daniel E. Becnel, Esq. |
| 35 | Haghighi | Aliree Y. | 6017 and 6019 Bienvenue St. | NO | 70117 | Kirsch | 05-6073 | Hugh P. Lambert, Esq. |
| 36 | | | as to the USACE for lack of jurisdiction for failure to wait 6 months after filing the Form 95 before filing suit. The dismissal would not prevent refiling and consolidation of the new suit with the suit against WGII | | | | | |

2

946659_1.XLS

| | Plaintiffs Name | | Street Address | City | Zip | Case Name | Case Number | Attorney |
|---|---|---|---|---|---|---|---|---|
| 37 | BRADLEY | DENNIS | 128 JAGUAR DR. | ARABI | 70032 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 38 | MARTIN | PHILIP | 1204 MICHIGAN | CHALMETTE | 70043 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 39 | MARTIN | MADELINE | 1204 MICHIGAN | CHALMETTE | 70043 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 40 | MARTIN | JUANITA | 3813 CHARLES DR. | CHALMETTE | 70043 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 41 | FOREMAN | FRANCINE | 3821 CHARLES DR. | CHALMETTE | 70043 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 42 | JONES | PATRICIA P. | 1002 Typelo St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 43 | SLACK | CHERYL | 1012 Delery St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 44 | Henry | BELINDA | 1020 LIZARDI ST | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 45 | Henry | Fred A. | 1020 LIZARDI ST | new orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 46 | GARRETT | KAREN | 1034 Tricou St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 47 | EDWARDS | DOLORES | 12021 East Barrington Dr. 70128, 2242 Tupelo St. 70117 | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 48 | THOMPSON | DORIS | 1218 Alabo St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 49 | COLEMAN | LIONEL | 1233 Jourdan Ave. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 50 | SWEETWYNE | SANDRA | 1233 Jourdan AVE. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 51 | BARBER | A'SHANTE | 1233 TUPELO ST. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 52 | BARBER | REBECCA | 1235 TUPELO ST. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 53 | BRISON | JERMAINE | 1235 TUPELO ST. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 54 | MASON | DIANE | 1235 TUPELO ST. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 55 | MASON | PERSHING | 1265 TUPELO ST. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |

946659_1.XLS

| 0 | Plaintiffs Name | | Street Address | City | Zip | Case Name | Case Number | Attorney |
|---|---|---|---|---|---|---|---|---|
| 56 | PELLERIN | KANISHA M. | 1302 TENNESSEE ST. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 57 | CELIUS | GERTRUDE | 1303 TENNESSEE ST. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 58 | WILLIAMS | MICHAEL E. | 1304 delery st | new orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 59 | WILLIAMS | MICHAEL | 1304 Delery St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 60 | PELLERIN | KASHANDA | 1304 TENNESSEE ST. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 61 | QUEEN | DOROTHY | 1306 Alabo St. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 62 | THOMPSON | ROBERT | 1319 Alabo St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 63 | THOMPSON | JOANN | 1319 Alabo St. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 64 | ANDREWS | STEPHANIE | 1319 Lamanche St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 65 | ANDREWS | TERRILL E. | 1319 Lamanche St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 66 | ANDREWS, S | LEE E. | 1319 Lamanche St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 67 | JEFFERSON | GEORGE RAN | 1319 Lamanche St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 68 | BRADLEY | HORACE | 1401 JOURDAN AVE. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 69 | LUCAS | RENEE' | 1405 Tricou St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 70 | LEE | RITA | 1407 Deslonde St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 71 | CHANDLER | CATHY | 1412 LIZARDI ST. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 72 | SILMON | LEONA | 1412 Lizardi St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 73 | BLAISE | ERVIN | 1414 Reynes St. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 74 | THEARD SR. | EMILE | 1423 Forstall St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |

946659_1.XLS

| 0 | Plaintiffs Name | | Street Address | City | Zip | Case Name | Case Number | Attorney |
|---|---|---|---|---|---|---|---|---|
| 75 | GRANT | BRIAN | 1516 Andry St. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 76 | PECK | WALTER | 1608 Tennesse St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 77 | LEWIS | DELPHINE | 1607 Tennesse St., 1935 Flood St., 1519-1521 Tupelo St, New Orleans | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 78 | HARVEY | KIRI | 1608 TENNESSEE ST. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 79 | JOHNSON | JOAN | 1609 Deslonde St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 80 | STEWART | WELLINGTON | 1609 Deslonde St. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 81 | SHENALL | JANET | 1611 Deslonde St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 82 | THOMAS | JERMAINE | 1616 Tupelo St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 83 | WASHINGTON | IRMA | 1624 Charbonnet St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 84 | WASHINGTON | DANIEL | 1624 Charbonnet St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 85 | WASHINGTON | DANIEL | 1624 Charbonnet St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 86 | CAGER SR. | DARRELL G. | 1628 Gordon St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 87 | GRIFFIN | LLOYD | 1631 Tennesse St. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 88 | BORDELON-C | MARJORIE | 1707 Jourdan Ave. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 89 | PETE | MARY | 1713 Flood St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 90 | DUPREE | GEORGE | 1721 EGANIA ST. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 91 | CARR | WILLIAM | 1728 GORDON ST. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 92 | HARRELL | STEPHANIE | 1728 GORDON ST. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 93 | JONES | MARY | 1740 1/2 Delery St. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |

946659_1.XLS

| 0 | Plaintiffs Name | | Street Address | City | Zip | Case Name | Case Number | Attorney |
|---|---|---|---|---|---|---|---|---|
| 94 | TALBERT | MABLE | 1740 1/2 Delery St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 95 | JONES | SCHANTA | 1740 DELERY ST. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 96 | JONES | JAHAN | 1740 Delery St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 97 | TALBERT | HAYWOOD | 1740 Delery St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 98 | TARDY | VICTORIA | 1758 Egania St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 99 | LEACH | SHIRLEY | 1819 LAMANCHE ST. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 100 | TRUFANT | VELMA | 1822 Egania St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 101 | VAUGHN | LEON | 1827 Tricou St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 102 | LAMPTON | MILDRED | 1829 Lizardi St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 103 | JOSEPH | EVANGELINE | 1901 ANDRY ST. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 104 | JOSEPH | JUANETTALINE | 1901 ANDRY ST. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 105 | JOSEPH JR. | FREDDY | 1901 ANDRY ST. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 106 | WASHINGTON | VIOLA | 1901 BENTON ST | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 107 | MITCHELL | KEYVAUGHN | 1901 BENTON ST. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 108 | MITCHELL III | CHAUNCEY | 1901 BENTON ST. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 109 | HENRY | VIOLA | 1910 Flood St. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 110 | SAWYER | HERBERT | 1910 Flood St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 111 | SAWYER | DANNON | 1910 Flood St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 112 | SAWYER | DEBRA | 1910 Flood St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |

946659_1.XLS

| 0 | Plaintiffs Name | | Street Address | City | Zip | Case Name | Case Number | Attorney |
|---|---|---|---|---|---|---|---|---|
| 113 | BUTLER | JUANITA M. | 1911 ANDRY ST. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 114 | KEASLEY | STELLA | 1911 Deslonde St. | NEW ORLEANS, LA | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 115 | KEASLEY | STELLA | 1911 Deslonde St. | NEW ORLEANS, LA | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 116 | OFFORD | NICHOLE | 1923 1/2 Benton St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 117 | JONES | CAROLYN | 1923 Benton St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 118 | SEYMORE | ADIA | 1925 BENTON ST. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 119 | SEYMORE | DANIELLE | 1925 BENTON ST. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 120 | SEYMORE | CLARA | 1925 BENTON ST. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 121 | SEYMORE JR | JASON | 1925 BENTON ST. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 122 | SEYMORE JR | JAMES CAL | 1925 BENTON ST. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 123 | SEYMORE JR | ALANA | 1925 BENTON ST. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 124 | JACKSON | PAMELA YEAR | 1926 FLOOD ST. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 125 | SATCHER | JAMES | 1937 Tennesse St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 126 | SATCHER | SONDRA | 1937 Tennesse St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 127 | ANTHONY | TISHAI | 1938 Flood St. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 128 | ANTHONY | BRYANT | 1938 Flood St.; 1909, 1936, 1938, 2501 Benton St. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 129 | ANTHONY | HELEN | 1938 Flood St.; 1909, 1936, 1938, 2501 Benton St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 130 | LEE III | GEORGE | 1938 Tennesse St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 131 | WRIGHT | BIANCA | 2004-6 CAFFIN AVE | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |

946659_1.XLS

| | Plaintiffs Name | | Street Address | City | Zip | Case Name | Case Number | Attorney |
|---|---|---|---|---|---|---|---|---|
| 132 | WRIGHT | ADRIAN | 2004-6 CAFFIN AVE | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 133 | SEYMORE SR | JASON | 2009 DELERY ST. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 134 | HARRIS | NATHAN | 2016 DESLONDE ST | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 135 | HARRIS | MARGUERITE | 2016 DESLONDE ST | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 136 | WEATHERSB' | JIMMY | 2139 ANDRY | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 137 | WEATHERSB' | GEORGIA | 2139 Andy St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 138 | ESCALADE | TREVON | 2142 ST. MAURICE AVE | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 139 | NETTER | TONYELLE | 2142 St. Maurice Ave. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 140 | MORRIS | LARRY | 2207 & 2205 WINTHROP ST. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 141 | CAUSEY | BRENDA | 2208 Reynes St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 142 | HARRELL | VELMA | 2211 GORDON ST. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 143 | SMITH | RENALDO | 2213 Clouet St; 1001-1002 Tupelo St; 6124-26 N. Rampart St.; New | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 144 | BRIDGES | DANIELLE D. | 2234 REYNES ST. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 145 | HALE | LINELL B. | 2234 REYNES ST. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 146 | HALE, JR. | ROBERT | 2234 REYNES ST. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 147 | SEYMOUR | JOHNNIE | 2238 Caffin Ave. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 148 | COLE | MRS. ROSEMA | 2314 Lamanche St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 149 | POINDEXTER | CARL W. | 2314 St. Maurice Ave. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 150 | PETERS | JAMES | 2330 Monticello St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |

946659_1.XLS

| 0 | Plaintiffs Name | | Street Address | City | Zip | Case Name | Case Number | Attorney |
|---|---|---|---|---|---|---|---|---|
| 151 | HARRELL | EVELYN | 2412 REYNES ST. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 152 | HICKS | LYNETTE | 2424 Dubreuil St. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 153 | HICKS | GEORGE | 2424 Dubreuil St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 154 | LEWIS | MONA | 2450 Lamanche St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 155 | HOWARD | KEVIN | 2500 Dubreville St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 156 | HOWARD | BIANCA | 2500 Dubreville St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 157 | BACOT | CURTIS | 2501 Monticello St | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 158 | BROWN | VANESSA G. | 2507 TENNESSEE ST. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 159 | SPEARS | PATRICIA | 2515 Tupelo; 2326 Tennesse; 601-601 1/2 Tricow St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 160 | CLARK | STACEY | 2543 Delery St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 161 | MELANCON | LATOYA | 2550 Dubreuil St New Orleans, LA 70117 | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 162 | BUNCH | MARTIN | 2602 Tennesse St., 5014,5020,5022,5022A, 5022B Florida | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 163 | JOHNSON, SR | CLAYTON | 2604 Iabo St. Apt.B | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 164 | MASON | JERARD | 2618 DES LONDE | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 165 | MASON | LOUIS | 2618 DES LONDE | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 166 | DAVIS | GLADYS | 2618 Deslonde St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 167 | GORDON | THELMA | 2618 DesLonde St | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 168 | LAGARDE | RODERICK | 2625 Tennesse St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 169 | HALE | DORIS | 2627 Lamanche St. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |

946659_1.XLS

| 0 | Plaintiffs Name | | Street Address | City | Zip | Case Name | Case Number | Attorney |
|---|---|---|---|---|---|---|---|---|
| 170 | HALE, SR. | ROBERT | 2627 Lamanche St. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 171 | SIMMONS | BREONDA GAI | 2631 Lamanche St. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 172 | SIMMONS | ROBERT | 2631 Lamanche St 7 | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 173 | SIMMONS | BRENDA G. | 2631 Lamanche St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 174 | ALEXCEE | ANGELE | 2643 TENNESSE ST. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 175 | ALEXCEE, JR | PERRY | 2643 TENNESSE ST. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 176 | BRADLEY | FELTON | 2643 TENNESSE ST. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 177 | BRADLEY | LUCILLE | 2643 TENNESSE ST. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 178 | JACKSON | MICHAEL | 3542 Vespasian | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 179 | KELLY | JOY MARIE | 4219 N. Robertson St.; 2233 Delery St. New Orleans, LA 70117 | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 180 | WAITERS | PHYLLIS | 4904 Burgundy St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 181 | SCALES | DONNICE | 5006 N. Galvez St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 182 | HAWK | TIMMIE | 5010 & 5012 BURGUNDY ST. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 183 | HAWK | LERONER | 5010 & 5012 BURGUNDY ST. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 184 | LUCAS | YVONNE | 5107-5109 Burgundy St. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 185 | TURNER | JENNIFER | 5214 1/2 Dauphine St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 186 | NOLAN | VERONICA | 5342 Dauphine St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 187 | GARDNER | FRANKIE | 5401 Rampart St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 188 | ALFRED | FRANCINE | 5424 1/2 URQAHART ST. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |

946659_1.XLS

| 0 | Plaintiffs Name | | Street Address | City | Zip | Case Name | Case Number | Attorney |
|---|---|---|---|---|---|---|---|---|
| 189 | ALFRED | ANTHONY | 5424 1/2 URQAHART ST. | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 190 | DOHERTY | BETTY | 5505 Marais St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 191 | DOHERTY | CHRIS | 5505 Marais St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 192 | WILLIAMS | LYNN | 5818 Hamlin St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 193 | BRIDGES | VERLENE | 5822 N. RAMPART | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 194 | ROBIE | HELEN V. | 5904 N. Rampart St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 195 | ROBIE | KEVON | 5904 N. Rampart St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 196 | ROBIE JR | KING DAVID | 5904 N. Rampart St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 197 | ROBIE SR. | KING DAVID | 5904 N. Rampart St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 198 | MATHERS | LANTZ | 5920 Urquhart | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 199 | BROOKS JR. | FRANK | 5952 N. GALVEZ/ 5960 N. GALVEZ | NEW ORLEANS | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 200 | LANDRY | CLAY | 5956 A+B N. Galvez St. New Orleans, LA 70117; 2400-02 Lamanche St. New Orleans, LA 70117 | | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 201 | SPEARS JR. | LASALLE E. | 601 Tricow St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 202 | WASHINGTON | ELLA | 6017 N. Tonti St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 203 | CHANDLER | DOROTHY | 6023 N. RAMPART | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 204 | RUSH | SUNTEL MONI | 6023 N. Rampart St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 205 | VAIL | MILDRED | 6023 N. Rampart St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 206 | BOWSER | MICHAEL | 6127 N. Galvez St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |

946659_1.XLS

| 0 | Plaintiffs Name | | Street Address | City | Zip | Case Name | Case Number | Attorney |
|---|---|---|---|---|---|---|---|---|
| 207 | VAUGHN | MICHAEL | 6127 N. Galvez St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 208 | VAUGHN | ZEANNA | 6127 N. Galvez St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 209 | VAUGHN | ZYKIA | 6127 N. Galvez St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 210 | JOURDAN | MARION | 614 Egania St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 211 | JOURDAN | STANLEY | 614 Egania St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 212 | RIGGELTON | ALONIA | 618 Andry St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 213 | MASON | SHARON | 6313 LAW ST | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 214 | MASON | SHELDON | 6313 LAW ST | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 215 | MASON | DOROTHY | 6313 Law St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 216 | MASON III | CLABE | 6313 Law St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 217 | MASON JR. | CLABE | 6313 Law St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 218 | NARCISSE | RHONDA | 6321 LAW ST. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 219 | NARCISSE | ERICA | 6321 LAW ST. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 220 | WALKER | BRITTANY | 6321 LAW ST. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 221 | NARCISSE | EDWIN | 6321 Law St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 222 | MORGAN JR. | LESTER | 720 Egania St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 223 | PHELPS | EDWARD | 901-3 Andry St. | New Orleans | 70117 | Cathy Adams | 06-4065 | A.J. Rebennack, Esq. |
| 224 | Jacquet | Keisha | 1329-1/2 Alvar St. | New Orleans | 70117 | Carney | 07-1349 | Margot Fleet, Esq. |
| 225 | | | | | | | | |
| 226 | | | | | | | | |
| 227 | | | | | | | | |

946659_1.XLS