## PLAINTIFF PROFILE

**A.   BASIC PERSONAL INFORMATION**

1.   Provide your Last Name, First Name, and Middle Name
2.   If your name has changed since Katrina, please provide the Last Name, First Name and Middle Name by which you were known at the time of Katrina.
3.   What is your date of birth?
4.   What is your Social Security Number?
5.   What is your marital status?
6.   If you are married, please provide the name of your spouse.
7.   Do you have any dependent children?
8.   If so, please provide the names and ages of all of your children.
9.   Residence
   - What was your address at the time of Katrina?
     - How long had you lived there before Katrina?
     - Who else lived with you there at the time of Katrina?
   - What other addresses did you have from January 2001 to August 2005?
     - Did anyone live with you at the above-listed addresses? If so, please provide their names.
   - What other addresses did you have from August 2005 to the present?
     - Did anyone live with you at the above-listed residences? If so, please provide their names and addresses.
10.   Employment
   - Were you employed at the time of Katrina?
   - If so, who was your employer at the time of Katrina? (Please provide the name and pre-Katrina address.)
   - What was your job title/position at the time of Katrina?
   - Did you hold any other jobs during the years 2001 to 2005? If so, please provide, for each job, the name of your employer, your job title, and the dates of your employment.
   - Have you held any jobs since Katrina? If so, please provide, for each job, the name of the employer and your job title.

**B.   INFORMATION ABOUT YOUR CLAIMS**

1.   Property Damage
   - Are you asserting a claim for damage to real estate?     Yes ___   No ___

Only if yes provide the following information about damage to real estate:
     - Provide the address of each property, and how much you are claiming.
     - Describe the nature of your interest in the property (ownership, lease, etc.).
       - If you did not own the property at the time of Katrina, provide the name and address of the owner.
     - State whether the property has been demolished. If yes, who demolished it and when?

- 1 -

EXHIBIT

*B.*

Blumberg No. 5119

928507v.3

      º  State whether the property has been repaired. If yes, who repaired it and when?

      º  If the property has been transferred by you since Katrina, please provide the name of the current owner, and the sale amount in dollars, or identify and property for which it was exchanged.

      º  Please produce all copies of any and all bills, invoices, or work estimates related to any post-Katrina repairs to the property at issue.

      º  Was the property renovated or repaired during the years 1995-2005? If so, please describe the nature of the renovations or repairs and

      º  State whether you filed a claim with your insurance carrier for any Katrina-related damage to your property. If so, please state, for each claim the name of the insurer, the claim number, the type of policy under which you submitted your claim(s) (homeowners, flood, etc.), and any and all amounts paid under each policy.

      º  Have you applied for Road Home benefits for this property? If so, please state the status of the application, and the amount of any benefits received.

      º  Have you applied for any financial assistance from Small Business Administration program? If so, please state the status of the application, and the amount of any assistance received.

      º  Have you applied for or received financial assistance or benefits from any other source in connection with your Katrina-related claims? If so, please state the status of the application, and the amount of any benefits received.

      º  State whether you have records showing your purchase price and/or a pre-Katrina appraisal.

      º  State whether you have records reflect any pre-Katrina tax assessments on the property at issue.

- Are you asserting a claim for damage to personal property (autos, etc.)? Yes ___ No ___

Only if yes, provide the following information about the personal property:

      º  Identify the property, including how much you are claiming.

      º  State whether you have purchase records or other documentation of value.

2.   <u>Personal Injury</u>

- Are you asserting a claim for personal injury?   Yes ____ No_____

Only if yes provide the following information about your claim of personal injury:

      º  What is the injury?

      º  Where were you during and just after Hurricane Katrina (Friday August 26 to Friday Sept. 9)?

      º  Did you seek medical treatment, and if yes, from which doctors/hospitals?

928507v.3

- State whether you have medical bills or records regarding your injury.

3. <u>Wrongful Death</u>
   - Are you asserting a claim for wrongful death?        Yes _____   No _____

Only if yes provide the following information regarding the claim of wrongful death:
- Provide the name of the deceased person and your relationship to that person.
- Describe the circumstances of the person's death,

4. <u>Economic or Business Loss</u>
   - Are you asserting a claim for business or economic loss?   Yes ___ No ___

Only if yes provide the following information regarding that claim:
- Identify the business that you claim was damaged, and your interest in it.
- Describe the economic loss for which you seek compensation.
- Describe your sources of income since Katrina, if not identified above.
- Please produce copies of tax returns for the past six years.

5. <u>Other Claims</u>
   - Are you asserting a claim for any other damages not identified above? Yes _____   No _____

Only if yes provide the following information regarding any such claim:
- Identify and describe the other damages you are claiming.
- Do you have records to support the amounts being claimed?

## C.    GOVERNMENTAL CLAIMS
- Did you file a Form 95, if so provide any copy you have?

928507v.3