UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re KATRINA CANAL BREACHES LITIGATION | * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" MAG. (2) |
| PERTAINS TO: BARGE | | |
| | * | JUDGE STANWOOD R. DUVAL, JR. |
| *Boutte v. Lafarge*       05-5531 | | |
| *Mumford v. Ingram*    05-5724 | * | MAG. JOSEPH C. WILKINSON, JR. |
| *Lagarde v. Lafarge*    06-5342 | | |
| *Perry v. Ingram*         06-6299 | * | |
| *Benoit v. Lafarge*       06-7516 | | |
| *Parfait Family v. USA* 07-3500 | * | |
| *Lafarge v. USA*           07-5178 | | |
| *  *  *  *  *  * | *  *  *  *  *  * | |

**EXCESS INSURERS' MOTION FOR LEAVE TO FILE MEMORANDUM
IN REPLY TO LAFARGE NORTH AMERICA, INC.'S OPPOSITION TO
MOTION FOR LEAVE OF COURT TO FILE NEW YORK MARINE AND
GENERAL INSURANCE COMPANY, AMERICAN HOME ASSURANCE
COMPANY, AND THE NORTHERN ASSURANCE COMPANY OF AMERICA'S
FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES AND CROSS-CLAIMS**

MAY IT PLEASE THE COURT:

NOW INTO COURT, through undersigned counsel, come American Home Assurance Company ("AHAC") and The Northern Assurance Company of America ("NACA") (hereinafter, collectively referred to as the "Excess Insurers"), and respectfully file this motion for leave to file a reply memorandum in further support of their motion for leave of the Court to

1

file an Amended Answer to assert Cross-Claims against defendants Lafarge North America, Inc. ("Lafarge") and American Steamship Owners Mutual Protection & Indemnity Association, Inc. (the "Club"). This is the Excess Insurers' first request for leave to amend their answer.

As more fully set forth in the Excess Insurers' memorandum, the reply response is necessary to respond to certain arguments raised in Lafarge's opposition papers.

Respectfully submitted:

/s/ Frank A. Piccolo
FRANK A. PICCOLO (02049)
PREIS & ROY, APLC
601 Poydras Street, Suite 1700
New Orleans, LA 70130
Telephone: (504) 581-6062
Facsimile:  (504) 522-9129

- and -

NICOLETTI HORNIG & SWEENEY
John A.V. Nicoletti (JN-7174)
Nooshin Namazi (NN-9449)
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
Telephone: (212) 220-3830
Facsimile: (212) 220-3780
Email:  jnicoletti@nicolettihornig.com
File No.: 10000478 JAVN/NN

COUNSEL FOR AMERICAN HOME ASSURANCE COMPANY AND THE NORTHERN ASSURANCE COMPANY OF AMERICA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served on all counsel of record in these proceedings by:

|  |  |
|---|---|
| (   ) Hand Delivery | (   ) Prepaid U.S. Mail |
| (   ) Facsimile | (   ) Federal Express |
| ( √ ) ECF Filing | (   ) E-Mail |

New Orleans, Louisiana, this 29th day of September, 2008.

        */s/ Frank A. Piccolo*
        FRANK A. PICCOLO

X:\Public Word Files\1\478\Legal\Katrina Case - E.D. La\MOL by Excess Insurers Motion to Leave to File Amend Answer\Reply\Motion by Excess Insurers' to file Reply MOL to Lafarge's Opp Motion for Leave to Amend.9.26.08.mm.doc