# GIEGER, LABORDE & LAPEROUSE, L.L.C.

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800
TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

ERNEST P. GIEGER, JR.
KENNETH H. LABORDE
LAMBERT M. LAPEROUSE
ROBERT I. SIEGEL
ANDREW A. BRAUN
LEO R. McALOON III
JOHN E. W. BAAY II
ANDREW M. ADAMS
MARGARET L. SUNKEL

BRENDAN P. DOHERTY
DANIEL G. RAUH
COLETTE A. SALTER
RACHEL G. WEBRE
JASON D. BONE
WILLIAM A. BAROUSSE
KRYSTENA L. HARPER
DAVID B. WILSON
AMANDA B. RIZZO
MICHAEL D. CANGELOSI

HOUSTON OFFICE:
SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027
TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

TARA E. CLEMENT
KELLEY S. COLLINS
CARSON W. STRICKLAND
WILLIAM F. HANNES, JR.
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE
ERIC C. WALTON
MARK T. HAMPOUS
MICHAEL E. HILL
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL:
ALISTAIR M. WARD

¹ LAW CORPORATION
² ALSO ADMITTED IN TEXAS
³ ALSO ADMITTED IN MISSISSIPPI
⁴ ALSO ADMITTED IN FLORIDA
⁵ ONLY ADMITTED IN TEXAS

September 25, 2008

Writer's E-Mail Address:
MCANGELOSI@GLLLAW.COM

Richard J. Garrett
THE LAW OFFICE OF RICHARD J. GARRETT
4223 S. Carrollton Avenue
New Orleans, Louisiana 70119

*Via Facsimile*

Re: *Wanda Theriot et al v. Lexington Insurance Company et al*
USDC EDLA, Civil Action No.: 06-9910, Sec. S, Mag. Div. "2"
Our File No.: 0094-32-6

Dear Mr. Garrett:

This letter will confirm our agreement to settle all claims arising out of Lexington Insurance Company policy no. LE 0520666 04 for the sum of $37,500.00.

Please sign where indicated below and fax back to me at your earliest convenience.

Regards,

Michael D. Cangelosi

MDC/sz

Accepted by: _____
Date: 9/25/08