# GIEGER, LABORDE & LAPEROUSE, L.L.C.

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800
TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

HOUSTON OFFICE:
SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027
TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

ERNEST P. GIEGER, JR.[1,2]
KENNETH H. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1]
ROBERT I. SIEGEL[1,2]
ANDREW A. BRAUN[1,2]
LEO R. McALOON III[1,2]
JOHN E. W. BAAY II[1,2,3]
ANDREW M. ADAMS[1,5]
MARGARET L. SUNKEL[1]

BRENDAN P. DOHERTY
DANIEL G. RAUH
COLETTE A. SALTER
RACHEL G. WEBRE
JASON D. BONE[3,4]
WILLIAM A. BAROUSSE
KRYSTENA L. HARPER
DAVID B. WILSON
AMANDA B. RIZZO
MICHAEL D. CANGELOSI

TARA E. CLEMENT
KELLEY W. STRAIN
CARSON W. STRICKLAND
WILLIAM F. HANNES, JR.[5]
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE[5]
ERIC C. WALTON
MARK T. MAHFOUZ
MICHAEL E. HILL
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
ALISTAIR M. WARD

[1] LAW CORPORATION
[2] ALSO ADMITTED IN TEXAS
[3] ALSO ADMITTED IN MISSISSIPPI
[4] ALSO ADMITTED IN FLORIDA
[5] ONLY ADMITTED IN TEXAS

September 26, 2008

Writer's E-Mail Address:
MCANGELOSI@GLLLAW.COM

Via Facsimile

Magistrate Judge Joseph C. Wilkinson, Jr.
United States District Court
Eastern District of Louisiana
B409 Hale Boggs Federal Building
500 Poydras Street 70130

Re: *Wanda Theriot et al v. Lexington Insurance Company et al*
USDC EDLA, Civil Action No.: 06-9910, Sec. S, Mag. Div. "2"
Our File No.: 0094-32-6

Dear Judge Wilkinson:

This correspondence will confirm that the above referenced case has settled.

Thank you for your attention to this matter, and should you have any questions or concerns, please do not hesitate to contact me.

With kindest regards,

Michael D. Cangelosi

MDC/sz
cc: Richard J. Garrett
enclosure