UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO: BARGE<br><br>*Boutte v. Lafarge*     05-5531<br>*Mumford v. Ingram*    05-5724<br>*Lagarde v. Lafarge*    06-5342<br>*Perry v. Ingram*        06-6299<br>*Benoit v. Lafarge*      06-7516<br>*Parfait Family v. USA*   07-3500<br>*Lafarge v. USA*        07-5178 | CIVIL ACTION<br><br>1Case No.: 05-4182<br>and consolidated cases<br><br>SECTION "K" (2)<br><br>Hon. Stanwood R. Duval, Jr.<br>Magistrate Judge Joseph C. Wilkinson, Jr. |

## DECLARATION OF AIDA KOCH

I, Aida Koch, declare as follows:

I am over the age of 18, and I am a resident of Picayune, Mississippi. I have personal knowledge of the matters stated herein except as to those matters stated upon information or belief and, as to those matters, I believe them to be true. If called as a witness I could and would testify truthfully and competently to the matters stated herein.

At the time of the flooding which is the subject of this suit my husband, Herman Koch, and I were the owners of several residential rental properties in the affected areas. I am 66 years old.

1

DECLARATION OF AIDA KOCH

After the destruction of our family residence, my husband and I now reside at 506 Country Club Drive, Picayune, Mississippi.

Our pre-August 29, 2005 income was based upon rental income generated by the following properties:

- (a) 3409-11 Shangri La Drive, Chalmette, Louisiana, was a one story double of approximately 2400 square feet on a 60' x 120' lot. We had made recent improvements before the flood, including new flooring and paint. Both units were rented at the time of the flooding. Recently, the property was restored, and 3411 and 3409 are now rented.

- (b) 3619 Shangri La Drive, Chalmette, Louisiana, was a party wall double, half of which we owned. It has approximate interior space of 1250 square feet, and sits on a 60' x 125' lot with a shed. It was newly painted in 2004, and was rented at the time of the flooding. 3619 Shangri La Drive was recently restored but isnow rented.

- (c) 6317-19 Douglass Street, New Orleans, Louisiana 70117 in the Lower Ninth Ward was a single story double located in an historic district. It was approximately 3000 square feet on a lot of approximately 45' x 200', plus two out buildings containing a laundry space. New floors were installed in 2003. Both units were rented at the time of the flooding, but have not been repaired due to our financial inability to pay for same, and, therefore, cannot be rented.

- (d) 6035-37 Burgundy Street, New Orleans, Louisiana 70117 in the Lower Ninth Ward was a single story shotgun double of approximately 2500 square feet on a 50' x 120' lot with a double shed. Extensive improvements and renovations in early 2005 included new kitchens, plumbing, and floors. Both units were rented at the time of the flooding but were not repaired due to our financial inability to pay for same. We have since had to sell this property to a private party.

2

**DECLARATION OF AIDA KOCH**

(e)  8545-8547 Deerfield, Chalmette, Louisiana 70043 is a single, divided structure, consisting of approximately 4000 square feet, on a 55' x 120' lot with two outbuildings. My wife and I used to reside in the residence half of the property located at 8545 Deerfield and rent out 8547 Deerfield. The entire property was newly painted and hardwood floor installed in 2005. Both halves have been repaired in the aftermath, and 8545 Deerfield has not been rented.

Our business and business property suffered damages as a result of the breaches of the eastern Industrial Canal floodwall, which damages I believe were caused by Defendants, on August 29, 2005.

Additionally, as a result of the flooding in the class area, my husband and I have personally suffered damages as a result of the breaches of the eastern Industrial Canal floodwall, which damages I believe were caused by Defendants, on August 29, 2005.

I believe that in my capacity as Class Representative, I can fairly and adequately represent the interests of the Class, and will place those interests ahead of my own. To the best of my knowledge I have no interests that are adverse to those of the Class, and am committed to devoting a substantial portion of my time to aiding and assisting not only the attorneys, but the Class as a whole until the resolution of this matter.

I declare under penalty of perjury of the laws of the State of Louisiana and the United States that the foregoing is true and correct and that this declaration was executed by me on this 26th day of September 2008, at New Orleans, Louisiana.

_____
Aida Koch - "Declarant"

3

**DECLARATION OF AIDA KOCH**