UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | CIVIL ACTION<br><br>Case No.: 05-4182<br>and consolidated cases |
| **PERTAINS TO: BARGE** | SECTION "K" (2) |
| *Boutte v. Lafarge*       05-5531<br>*Mumford v. Ingram*     05-5724<br>*Lagarde v. Lafarge*    06-5342<br>*Perry v. Ingram*         06-6299<br>*Benoit v. Lafarge*       06-7516<br>*Parfait Family v. USA* 07-3500<br>*Lafarge v. USA*         07-5178 | Hon. Stanwood R. Duval, Jr.<br>Magistrate Judge Joseph C. Wilkinson, Jr. |

# DECLARATION OF ARCOLA SUTTON

I, Arcola Sutton, declare as follows:

1. I am over the age of 18, and I am a resident of New Orleans, Louisiana. I have personal knowledge of the matters stated herein except as to those matters stated upon information or belief and, as to those matters, I believe them to be true. If called as a witness I could and would testify truthfully and competently to the matters stated herein.

2. At the time of the flooding made the basis of this suit, I owned residential property located at 2523 Jourdan Avenue, New Orleans, Louisiana 70117 in the Lower Ninth Ward. The property is a single family, five bedroom one story house of approximately 1800

1
DECLARATION OF ARCOLA SUTTON

square feet, on a 30' x 134' lot. The property includes an efficiency apartment with its own address of 2523 ½ Jourdan Avenue. At the time of Hurricane Katrina, 2523 ½ Jourdan Avenue was rented to Rico Sutton for $210 per month.

3. I now live at 1509 Charbonnet Street, New Orleans 70117. I am currently employed by the City as a security guard at the New Orleans Museum of Art.

4. I was unable to evacuate due to my financial inability to do so. In the early morning of August 29, 2005, I was at home. I heard a large booming sound just after 5:00 a.m. and then observed massive flooding. I was forced to flee to my roof to avoid the rising floodwaters. I placed a 911 call at about 6:36, stating that I was on my roof. I was evacuated from my roof by helicopter on August 30, 2005.

5. My house at 2523 Jourdan Avenue was totally destroyed by the flooding and, I believe, has since been demolished by the City of New Orleans or other governmental entity. My property, including my home, its contents and my Chrysler 300 automobile all suffered catastrophic damage as a result of the breaches of the eastern Industrial Canal floodwall, which damages I believe were caused by Defendants, on August 29, 2005.

6. I believe that in my capacity as Class Representative, I can fairly and adequately represent the interests of the Class, and will place those interests ahead of my own. To the best of my knowledge I have no interests that are adverse to those of the Class, and am committed to devoting a substantial portion of my time to aiding and assisting not only the attorneys, but the Class as a whole until the resolution of this matter.

I declare under penalty of perjury of the laws of the State of Mississippi and the United States that the foregoing is true and correct and that this declaration was executed by me on this 26 day of September 2008, at New Orleans, Louisiana.

*Arcola Sutton*
Arcola Sutton - "Declarant"

2
**DECLARATION OF ARCOLA SUTTON**