UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION**<br><br>**PERTAINS TO: BARGE**<br><br>*Boutte v. Lafarge*     05-5531<br>*Mumford v. Ingram*     05-5724<br>*Lagarde v. Lafarge*     06-5342<br>*Perry v. Ingram*     06-6299<br>*Benoit v. Lafarge*     06-7516<br>*Parfait Family v. USA*     07-3500<br>*Lafarge v. USA*     07-5178 | CIVIL ACTION<br><br>Case No.: 05-4182<br>and consolidated cases<br><br>SECTION "K" (2)<br><br>Hon. Stanwood R. Duval, Jr.<br>Magistrate Judge Joseph C. Wilkinson, Jr. |

# DECLARATION OF ETHEL MAE COLEMAN MUMFORD

I, Ethel Mae Coleman Mumford, declare as follows:

1. I am over the age of 18, and I am a resident of New Orleans, Louisiana. I have personal knowledge of the matters stated herein except as to those matters stated upon information or belief and, as to those matters, I believe them to be true. If called as a witness I could and would testify truthfully and competently to the matters stated herein.

2. At the time of the flooding subject of this suit, I resided at 4829 Burgundy Street, New Orleans, Louisiana 70117, in the Lower Ninth Ward. I am approximately 81 years old and work as a cleaning service provider.

1

**DECLARATION OF ETHEL MAE COLEMAN MUMFORD**

3. I own my own residence, a single-family, one-story house of approximately 1200 square feet, on a 45' x 115' lot, together with a carport, garage, and patio.

4. I currently reside at 1423 Feliciana Street, New Orleans, Louisiana 70117.

5. In addition to my residence, I also own the following rental properties in the Lower Ninth Ward:

(a) 6101 N. Robertson Street;

(b) 6107-05 Robertson Street;

(c) 6113-15 N. Robertson Street; and,

(d) 4829 Burgundy Street.

6. All of these properties were damaged by flooding. Of these properties, the property at 6113-15 N. Robertson has been restored by Diamond Construction at a cost of $109,000.00. I have also begun the restoration process the 4829 Burgundy Street.

7. I have suffered damages as a result of the breaches of the eastern Industrial Canal floodwall, which I believe were caused by the Defendants, on August 29, 2005.

8. I believe that in my capacity as Class Representative, I can fairly and adequately represent the interests of the Class, and will place those interests ahead of my own. To the best of my knowledge I have no interests that are adverse to those of the Class, and am committed to devoting a substantial portion of my time to aiding and assisting not only the attorneys, but the Class as a whole until the resolution of this matter.

I declare under penalty of perjury of the laws of the State of Louisiana and the United States that the foregoing is true and correct and that this declaration was executed by me on this 26th day of September 2008, at New Orleans, Louisiana.

_____
Ethel May Coleman Mumford - "Declarant"

2

**DECLARATION OF ETHEL MAE COLEMAN MUMFORD**