UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION**<br><br>**PERTAINS TO: BARGE**<br><br>*Boutte v. Lafarge*      05-5531<br>*Mumford v. Ingram*      05-5724<br>*Lagarde v. Lafarge*      06-5342<br>*Perry v. Ingram*      06-6299<br>*Benoit v. Lafarge*      06-7516<br>*Parfait Family v. USA*      07-3500<br>*Lafarge v. USA*      07-5178 | CIVIL ACTION<br><br>Case No.: 05-4182<br>and consolidated cases<br><br>SECTION "K" (2)<br><br>Hon. Stanwood R. Duval, Jr.<br>Magistrate Judge Joseph C. Wilkinson, Jr. |

## DECLARATION OF JACOB ROBERT "BOB" GLASER

I, Jacob Robert Glaser, declare as follows:

1. I am over the age of 18, and I am a resident of Madisonville, Louisiana. I have personal knowledge of the matters stated herein except as to those matters stated upon information or belief and, as to those matters, I believe them to be true. If called as a witness I could and would testify truthfully and competently to the matters stated herein.

2. At the time of the flooding made the subject of this suit my wife, Dianne Glaser, and I owned "Holiday Jewelers," a retail jewelry business located at 8400 W. Judge Perez Drive, Chalmette, Louisiana 70043. I am approximately 58 years old.

1

DECLARATION OF JACOB ROBERT "BOB" GLASER

3. My wife and I leased the property where the business was located, which consisted of approximately 1000 square feet of showroom, office, and workshop space. Due to the loss of inventory, equipment, fixtures, and clientele, as well our financial inability to amass start-up costs after thirty-one (31) years in business, we have not been able to reestablish our business, and have been forced to seek employment on the Northshore.

4. Our business suffered damages as a result of the breaches of the eastern Industrial Canal floodwall, which I believe were caused by Defendants, on August 29, 2005.

5. I believe that in my capacity as Class Representative, I can fairly and adequately represent the interests of the Class, and will place those interests ahead of my own. To the best of my knowledge I have no interests that are adverse to those of the Class, and am committed to devoting a substantial portion of my time to aiding and assisting not only the attorneys, but the Class as a whole until the resolution of this matter.

I declare under penalty of perjury of the laws of the State of Louisiana and the United States that the foregoing is true and correct and that this declaration was executed by me on this 26 day of September 2008, at Madisonville, Louisiana.

Jacob Robert Glaser - "Declarant"

2
**DECLARATION OF JACOB ROBERT "BOB" GLASER**