UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION**<br><br>**PERTAINS TO: BARGE**<br><br>*Boutte v. Lafarge*       05-5531<br>*Mumford v. Ingram*   05-5724<br>*Lagarde v. Lafarge*    06-5342<br>*Perry v. Ingram*          06-6299<br>*Benoit v. Lafarge*        06-7516<br>*Parfait Family v. USA* 07-3500<br>*Lafarge v. USA*           07-5178 | CIVIL ACTION<br><br>Case No.: 05-4182<br>and consolidated cases<br><br>SECTION "K" (2)<br><br>Hon. Stanwood R. Duval, Jr.<br>Magistrate Judge Joseph C. Wilkinson, Jr. |

# DECLARATION OF JIMMIE DONNELL HARRIS

I, Jimmie Donnell Harris, declare as follows:

1. I am over the age of 18, and I am a resident of New Orleans, Louisiana. I have personal knowledge of the matters stated herein except as to those matters stated upon information or belief and, as to those matters, I believe them to be true. If called as a witness I could and would testify truthfully and competently to the matters stated herein.

2. At the time of the flooding which is the subject of this suit, I resided at 924 Lamanche Street, New Orleans, Louisiana, 70117, in the Lower Ninth Ward. I am approximately 40 years old, and am a New Orleans Fire Department volunteer firefighter and a

1

DECLARATION OF JIMMIE DONNELL HARRIS

member of the United States Army Reserve. I was deployed to the streets of New Orleans in the immediate aftermath of Katrina.

3.  I am the owner of the 924 Lamanche residence, where I lived with my wife and daughter until the flood. The house was a two story, single-family residence, of approximately 2400 square feet on a lot approximately 90' x 120', and had undergone an addition of about one-thousand square feet in 2002, plus an addition of a new shed and carport.

4.  My wife, daughter, and I were forced to relocate to 790 Bateswood Drive, Apt. 24, Houston, Texas 77282 while our family home was restored. Just recently, our family was able to return home.

5.  I have suffered damages as a result of the breaches of the eastern Industrial Canal Floodwall, which I believe were caused by Defendants, on August 29, 2005.

6.  I believe that in my capacity as Class Representative, I can fairly and adequately represent the interests of the Class, and will place those interests ahead of my own. To the best of my knowledge I have no interests that are adverse to those of the Class, and am committed to devoting a substantial portion of my time to aiding and assisting not only the attorneys, but the Class as a whole until the resolution of this matter.

I declare under penalty of perjury of the laws of the State of Louisiana and the United States that the foregoing is true and correct and that this declaration was executed by me on this _26_ day of September 2008, at New Orleans, Louisiana.

_____
Jimmie Donnell Harris - "Declarant"

**DECLARATION OF JIMMIE DONNELL HARRIS**