UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO: BARGE<br><br>*Boutte v. Lafarge*      05-5531<br>*Mumford v. Ingram*     05-5724<br>*Lagarde v. Lafarge*     06-5342<br>*Perry v. Ingram*          06-6299<br>*Benoit v. Lafarge*       06-7516<br>*Parfait Family v. USA*   07-3500<br>*Lafarge v. USA*          07-5178 | CIVIL ACTION<br><br>1Case No.: 05-4182<br>and consolidated cases<br><br>SECTION "K" (2)<br><br>Hon. Stanwood R. Duval, Jr.<br>Magistrate Judge Joseph C. Wilkinson, Jr. |

# DECLARATION OF JOSEPHINE LONG RICHARDSON

I, Josephine Long Richardson, declare as follows:

    I am over the age of 18, and I am a resident of New Orleans, Louisiana. I have personal knowledge of the matters stated herein except as to those matters stated upon information or belief and, as to those matters, I believe them to be true. If called as a witness I could and would testify truthfully and competently to the matters stated herein.

    At the time of the flooding which is the subject of this suit, I resided with my late husband, Joseph Richardson, at 1321 Egania Street, New Orleans, Louisiana 70117, in the Lower Ninth Ward. I am approximately 80 years old, and was formerly a cashier for K&B.

1

**DECLARATION OF JOSEPHINE LONG RICHARDSON**

I owned my 1321 Egania Street property, a single-family, one story house on a lot approximately 120' x 30'. I have been unable to return to my home for an extended period, residing instead at 9696 Haynes Boulevard, Apt. J3, New Orleans, Louisiana 70127. Recently, my 1321 Egania Street property was restored sufficiently to render it habitable.

At the time of the storm, my husband, Joseph Richardson, sent me to safety, while he remained to secure our family home. My husband became trapped in the attic and drowned due to the flooding caused by ING 4727.

I have suffered damages as a result of the breaches of the eastern Industrial Canal floodwall, which I believe were caused by Defendants, on August 29, 2005.

I am also bringing a wrongful death claim on behalf of my late husband, Joseph Richardson.

I declare under penalty of perjury of the laws of the State of Louisiana and the United States that the foregoing is true and correct and that this declaration was executed by me on this 26th day of September 2008, at New Orleans, Louisiana.

*Josephine Long Richardson*
Josephine Long Richardson - "Declarant"

**DECLARATION OF JOSEPHINE LONG RICHARDSON**