UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | CIVIL ACTION |
| | Case No.: 05-4182 and consolidated cases |
| **PERTAINS TO: BARGE** | SECTION "K" (2) |
| *Boutte v. Lafarge*  05-5531<br>*Mumford v. Ingram*  05-5724<br>*Lagarde v. Lafarge*  06-5342<br>*Perry v. Ingram*  06-6299<br>*Benoit v. Lafarge*  06-7516<br>*Parfait Family v. USA*  07-3500<br>*Lafarge v. USA*  07-5178 | Hon. Stanwood R. Duval, Jr.<br>Magistrate Judge Joseph C. Wilkinson, Jr. |

# DECLARATION OF MICHAEL JOSEPH RICHE

I, Michael Joseph Riche, declare as follows:

1. I am over the age of 18, and I am a resident of Lacombe, Louisiana. I have personal knowledge of the matters stated herein except as to those matters stated upon information or belief and, as to those matters, I believe them to be true. If called as a witness I could and would testify truthfully and competently to the matters stated herein.

2. At the time of the flooding made the subject of this suit, I owned "Mr. Ribbon," a wedding supply business located at 8825-27 W. Judge Perez Drive, Chalmette, Louisiana, in the Village Square Shopping Center.

1

DECLARATION OF MICHAEL JOSEPH RICHE

3. This business property, which I owned, was approximately 4000 square feet of showroom, sales, office, and warehouse area, which were all destroyed by the flood. I have been financially unable to reestablish or repair my business, and have lost my clientele.

4. At the time of the flooding which is the subject of this suit, I also owned a residential rental property at 128-130 W. Phillip Court, consisting of a two story townhouse duplex of approximately 2400 square feet. The property was rented at the time of the flooding. I have been financially unable to make repairs and return my rental property to the rental market.

5. My business and business property suffered damages as a result of the breaches of the eastern Industrial Canal floodwall, which I believe were caused by Defendants, on August 29, 2005.

6. I believe that in my capacity as Class Representative, I can fairly and adequately represent the interests of the Class, and will place those interests ahead of my own. To the best of my knowledge I have no interests that are adverse to those of the Class, and am committed to devoting a substantial portion of my time to aiding and assisting not only the attorneys, but the Class as a whole until the resolution of this matter.

I declare under penalty of perjury of the laws of the State of Louisiana and the United States that the foregoing is true and correct and that this declaration was executed by me on this 26 day of September 2008, at Lacombe, Louisiana.

_____
Michael Joseph Riche - "Declarant"

**DECLARATION OF MICHAEL JOSEPH RICHE**