UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br>and consolidated cases |
| PERTAINS TO: BARGE | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531<br>*Mumford v. Ingram* 05-5724<br>*Lagarge v. Lafarge* 06-5342<br>*Perry v. Ingram* 06-6299<br>*Benoit v. Lafarge* 06-7516<br>*Parfait Family v. USA* 07-3500<br>*Lafarge v. USA* 07-5178 | JUDGE<br>STANWOOD R. DUVAL, JR.<br><br>MAG. JOSEPH C. WILKINSON, JR. |

### DECLARATION OF LAWRENCE D. WIEDEMANN, ON BEHALF OF WIEDEMANN & WIEDEMANN, LLC, IN SUPPORT OF PLAINTIFFS'MOTION TO CERTIFY A CLASS AND POTENTIAL SUBCLASSES, TO APPOINT CLASS COUNSEL, AND TO PRELIMINARILY APROVE PLAINTIFFS' PROPOSED TRIAL PLAN

I, LAWRENCE D. WIEDEMANN, declare as follows:

1. I am a partner with the law firm Wiedemann & Wiedemann LLC ("W&W")., co-counsel for the Plaintiffs in the above entitled action. I make this declaration in support of Plaintiffs' Motion for Class Certification. I have personal knowledge of the matters stated herein and if so called upon as a witness, could and would testify competently thereto.

2. W&W is a New Orleans based firm specializing in representing plaintiffs in personal injury actions in State and Federal Courts.

3. W&W has been representing individuals in the southeastern United States for over 53 years, and has obtained successful results against companies such as Halliburton,

1

Brown & Root, Nabors Drilling, TODCO, Rowan, State Farm, Progressive, and GEICO, for example.

4. W&W has extensive experience in Maritime litigation, and has also been involved in many class actions and/or mass torts, including actions involving the Continental Grain Elevator explosion, the American Sugar explosion, the M/V Frosta/ Luling Ferry collision, the Monsanto Train derailment, the Eunice train derailment, and the Gaylord disaster in Bogalusa. W&W has also spearheaded class action suits against the New Orleans Aviation Board and the New Orleans Real Estate Board.

5. With regard to the instant litigation, W&W has been involved in all aspects since the case was filed. W&W has dedicated significant financial resources and manpower to the prosecution of this case, and as residents of New Orleans, lend a particular perspective which will prove invaluable to the representation of the putative class.

I declare under the penalty of perjury under the laws of the State of Louisiana and the United States of America that the foregoing is true and correct.

Executed on this 29th day of September, 2008, in New Orleans, Louisiana.

Lawrence D. Wiedemann,
"Declarant"