UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182<br>and consolidated cases |
| PERTAINS TO:   BARGE | SECTION "K" (2) |
| *Boutte v. Lafarge*          05-5531<br>*Mumford v. Ingram*      05-5724<br>*Lagarge v. Lafarge*       06-5342<br>*Perry v. Ingram*             06-6299<br>*Benoit v. Lafarge*          06-7516<br>*Parfait Family v. USA*   07-3500<br>*Lafarge v. USA*             07-5178 | JUDGE<br>STANWOOD R. DUVAL, JR.<br>MAG. JOSEPH C. WILKINSON, JR. |

## DECLARATION OF PATRICK SANDERS IN SUPPORT OF PLAINTIFFS' MOTION TO CERTIFY A CLASS AND POTENTIAL SUBCLASSES, TO APPOINT CLASS COUNSEL, AND TO PRELIMINARILY APROVE PLAINTIFFS' PROPOSED TRIAL PLAN

I, PATRICK SANDERS, declare as follows:

1. I am co-counsel for the Plaintiffs in the above entitled action. I make this declaration in support of Plaintiffs' Motion for Class Certification. I have personal knowledge of the matters stated herein and if so called upon as a witness, could and would testify competently thereto.

2. I have been practicing law for over 20 years, and was one of the three attorneys to initiate the Mumford action.

3. I represented maritime companies and have been involved in class actions involving the River City Casino pursuant to the Worker Adjustment and Retraining Act, the Louisiana Lottery Corporation and the Breast Implant Litigation.

1

4. I have been general counsel to several companies. Additionally, I oversaw, investigated and prosecuted multimillion dollar litigation involving patents, including 337 proceedings, antidumping actions before the International Trade Commission/ Department of Commerce and numerous other litigations in state and federal courts.

5. For the past 3 years, I have worked as Interim Class Counsel on behalf of claimants against LaFarge North America Inc. and Ingram Barge Company devoting substantial time to the investigation and prosecution of the instant matter as well as the limitation action filed by Ingram Barge Company.

6. In connection therewith, I have taken and attended numerous depositions and invested substantial amounts of time and funds in the prosecution of the cases.

7. I, along with other interim class counsel, represent approximately 4,000 individual clients who are also members of the putative Class.

I declare under the penalty of perjury under the laws of the State of Louisiana and the United States of America that the foregoing is true and correct.

Executed on this ____ day of September, 2008, in New Orleans, Louisiana.

*Patrick Sanders*
Patrick Sanders, "Declarant"

2