# EXHIBIT A

Census Tract 7.01, Orleans Parish, Louisiana



2.8 miles across

Close

Census Tract 7.02, Orleans Parish, Louisiana



2.8 miles across

Close

09/29/2008    Attachments to Seymour Dec. ISO Class Certification    RTS  000002

Census Tract 8, Orleans Parish, Louisiana



1.1 mile across

Close

09/29/2008     Attachments to Seymour Dec. ISO Class Certification     RTS  000003

Census Tract 9.01, Orleans Parish, Louisiana



2.8 miles across

[ Close ]

Census Tract 9.02, Orleans Parish, Louisiana



1.1 mile across

Close

09/29/2008     Attachments to Seymour Dec. ISO Class Certification     RTS  000005

Census Tract 9.03, Orleans Parish, Louisiana



1.1 mile across

Close

Census Tract 9.04, Orleans Parish, Louisiana



1.1 mile across

Close

Census Tract 303, St. Bernard Parish, Louisiana



7 miles across                                    Close

09/29/2008    Attachments to Seymour Dec. ISO Class Certification    RTS 000008