# **EXHIBIT B**

Census Tract 304, St. Bernard Parish, Louisiana



7 miles across

Census Tract 305, St. Bernard Parish, Louisiana



2.8 miles across

Census Tract 306.01, St. Bernard Parish, Louisiana



2.8 miles across

Census Tract 306.02, St. Bernard Parish, Louisiana



2.8 miles across

09/29/2008    Attachments to Seymour Dec. ISO Class Certification    RTS  000012

Census Tract 306.03, St. Bernard Parish, Louisiana



2.8 miles across

09/29/2008    Attachments to Seymour Dec. ISO Class Certification    RTS  000013

Census Tract 307, St. Bernard Parish, Louisiana



1.1 mile across

09/29/2008    Attachments to Seymour Dec. ISO Class Certification    RTS 000014

Case 2:05-cv-04182-SRD-JCW   Document 15549-17   Filed 09/29/08   Page 8 of 8

Census Tract 308, St. Bernard Parish, Louisiana



2.8 miles across

09/29/2008   Attachments to Seymour Dec. ISO Class Certification   RTS  000015