# EXHIBIT D



| Main | Search | Feedback | FAQs | Glossary | Site Map | Help |

QT-H3. **Household Population and Household Type by Tenure: 2000**
Data Set: Census 2000 Summary File 4 (SF 4) - Sample Data
Geographic Area: **Census Tract 7.01, Orleans Parish, Louisiana**

NOTE: Data based on a sample. For information on confidentiality protection, sampling error, nonsampling error, definitions, and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf4.htm.

| Subject | Number | Percent |
|---|---:|---:|
| **HOUSEHOLD POPULATION** | | |
| **Population in occupied housing units** | **3,272** | **100.0** |
| Owner-occupied housing units | 2,013 | 61.5 |
| Renter-occupied housing units | 1,259 | 38.5 |
| | | |
| Per occupied housing unit | 2.88 | (X) |
| Per owner-occupied housing unit | 2.92 | (X) |
| Per renter-occupied housing unit | 2.81 | (X) |
| | | |
| **HOUSEHOLD TYPE** | | |
| **Owner-occupied housing units** | **689** | **100.0** |
| Family households | 525 | 76.2 |
| Householder 15 to 64 years | 336 | 48.8 |
| Householder 65 years and over | 189 | 27.4 |
| Married-couple family | 259 | 37.6 |
| Male householder, no wife present | 74 | 10.7 |
| Female householder, no husband present | 192 | 27.9 |
| Nonfamily households | 164 | 23.8 |
| Householder 15 to 64 years | 83 | 12.0 |
| Householder 65 years and over | 81 | 11.8 |
| Male householder | 63 | 9.1 |
| Living alone | 63 | 9.1 |
| 65 years and over | 21 | 3.0 |
| Not living alone | 0 | 0.0 |
| Female householder | 101 | 14.7 |
| Living alone | 96 | 13.9 |
| 65 years and over | 60 | 8.7 |
| Not living alone | 5 | 0.7 |
| | | |
| **Renter-occupied housing units** | **448** | **100.0** |
| Family households | 296 | 66.1 |
| Householder 15 to 64 years | 279 | 62.3 |
| Householder 65 years and over | 17 | 3.8 |
| Married-couple family | 73 | 16.3 |
| Male householder, no wife present | 20 | 4.5 |
| Female householder, no husband present | 203 | 45.3 |
| Nonfamily households | 152 | 33.9 |
| Householder 15 to 64 years | 94 | 21.0 |
| Householder 65 years and over | 58 | 12.9 |
| Male householder | 66 | 14.7 |
| Living alone | 48 | 10.7 |
| 65 years and over | 24 | 5.4 |
| Not living alone | 18 | 4.0 |
| Female householder | 86 | 19.2 |
| Living alone | 82 | 18.3 |
| 65 years and over | 30 | 6.7 |
| Not living alone | 4 | 0.9 |

(X) Not applicable.
When an ancestry group is selected, the data in this table refer to the ancestry of the householder.
Source: U.S. Census Bureau, Census 2000 Summary File 4, Matrices HCT4, HCT7, and HCT9.

09/29/2008    Attachments to Seymour Dec. ISO Class Certification    RTS  000048

QT-H3. **Household Population and Household Type by Tenure:  2000**
Data Set: Census 2000 Summary File 4 (SF 4) - Sample Data
Geographic Area: **Census Tract 7.02, Orleans Parish, Louisiana**

NOTE: Data based on a sample. For information on confidentiality protection, sampling error, nonsampling error, definitions, and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf4.htm.

| Subject | Number | Percent |
|---|---:|---:|
| **HOUSEHOLD POPULATION** | | |
| **Population in occupied housing units** | **2,921** | **100.0** |
| Owner-occupied housing units | 1,116 | 38.2 |
| Renter-occupied housing units | 1,805 | 61.8 |
| | | |
| Per occupied housing unit | 2.63 | (X) |
| Per owner-occupied housing unit | 2.76 | (X) |
| Per renter-occupied housing unit | 2.56 | (X) |
| | | |
| **HOUSEHOLD TYPE** | | |
| **Owner-occupied housing units** | **404** | **100.0** |
| Family households | 289 | 71.5 |
| Householder 15 to 64 years | 237 | 58.7 |
| Householder 65 years and over | 52 | 12.9 |
| Married-couple family | 200 | 49.5 |
| Male householder, no wife present | 17 | 4.2 |
| Female householder, no husband present | 72 | 17.8 |
| Nonfamily households | 115 | 28.5 |
| Householder 15 to 64 years | 77 | 19.1 |
| Householder 65 years and over | 38 | 9.4 |
| Male householder | 63 | 15.6 |
| Living alone | 63 | 15.6 |
| 65 years and over | 0 | 0.0 |
| Not living alone | 0 | 0.0 |
| Female householder | 52 | 12.9 |
| Living alone | 46 | 11.4 |
| 65 years and over | 38 | 9.4 |
| Not living alone | 6 | 1.5 |
| | | |
| **Renter-occupied housing units** | **705** | **100.0** |
| Family households | 376 | 53.3 |
| Householder 15 to 64 years | 328 | 46.5 |
| Householder 65 years and over | 48 | 6.8 |
| Married-couple family | 159 | 22.6 |
| Male householder, no wife present | 16 | 2.3 |
| Female householder, no husband present | 201 | 28.5 |
| Nonfamily households | 329 | 46.7 |
| Householder 15 to 64 years | 118 | 16.7 |
| Householder 65 years and over | 211 | 29.9 |
| Male householder | 122 | 17.3 |
| Living alone | 117 | 16.6 |
| 65 years and over | 66 | 9.4 |
| Not living alone | 5 | 0.7 |
| Female householder | 207 | 29.4 |
| Living alone | 201 | 28.5 |
| 65 years and over | 145 | 20.6 |
| Not living alone | 6 | 0.9 |

(X) Not applicable.
When an ancestry group is selected, the data in this table refer to the ancestry of the householder.
Source: U.S. Census Bureau, Census 2000 Summary File 4, Matrices HCT4, HCT7, and HCT9.

---

QT-H3. **Household Population and Household Type by Tenure:  2000**
Data Set: Census 2000 Summary File 4 (SF 4) - Sample Data
Geographic Area: **Census Tract 8, Orleans Parish, Louisiana**

NOTE: Data based on a sample. For information on confidentiality protection, sampling error, nonsampling error, definitions, and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf4.htm.

| Subject | Number | Percent |
|---|---:|---:|
| **HOUSEHOLD POPULATION** | | |
| **Population in occupied housing units** | **2,498** | **100.0** |
| Owner-occupied housing units | 1,127 | 45.1 |
| Renter-occupied housing units | 1,371 | 54.9 |
| | | |
| Per occupied housing unit | 2.86 | (X) |
| Per owner-occupied housing unit | 2.63 | (X) |
| Per renter-occupied housing unit | 3.08 | (X) |
| | | |
| **HOUSEHOLD TYPE** | | |
| **Owner-occupied housing units** | **428** | **100.0** |
| Family households | 323 | 75.5 |
| Householder 15 to 64 years | 276 | 64.5 |
| Householder 65 years and over | 47 | 11.0 |
| Married-couple family | 191 | 44.6 |
| Male householder, no wife present | 8 | 1.9 |
| Female householder, no husband present | 124 | 29.0 |
| Nonfamily households | 105 | 24.5 |
| Householder 15 to 64 years | 97 | 22.7 |
| Householder 65 years and over | 8 | 1.9 |
| Male householder | 52 | 12.1 |
| Living alone | 45 | 10.5 |
| 65 years and over | 8 | 1.9 |
| Not living alone | 7 | 1.6 |
| Female householder | 53 | 12.4 |
| Living alone | 40 | 9.3 |
| 65 years and over | 0 | 0.0 |
| Not living alone | 13 | 3.0 |
| | | |
| **Renter-occupied housing units** | **445** | **100.0** |
| Family households | 335 | 75.3 |
| Householder 15 to 64 years | 314 | 70.6 |
| Householder 65 years and over | 21 | 4.7 |
| Married-couple family | 116 | 26.1 |
| Male householder, no wife present | 16 | 3.6 |
| Female householder, no husband present | 203 | 45.6 |
| Nonfamily households | 110 | 24.7 |
| Householder 15 to 64 years | 82 | 18.4 |
| Householder 65 years and over | 28 | 6.3 |
| Male householder | 52 | 11.7 |
| Living alone | 46 | 10.3 |
| 65 years and over | 16 | 3.6 |
| Not living alone | 6 | 1.3 |
| Female householder | 58 | 13.0 |
| Living alone | 48 | 10.8 |
| 65 years and over | 7 | 1.6 |
| Not living alone | 10 | 2.2 |

(X) Not applicable.
When an ancestry group is selected, the data in this table refer to the ancestry of the householder.
Source: U.S. Census Bureau, Census 2000 Summary File 4, Matrices HCT4, HCT7, and HCT9.

---

QT-H3. **Household Population and Household Type by Tenure:  2000**
Data Set: Census 2000 Summary File 4 (SF 4) - Sample Data
Geographic Area: **Census Tract 9.01, Orleans Parish, Louisiana**

NOTE: Data based on a sample. For information on confidentiality protection, sampling error, nonsampling error, definitions, and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf4.htm.

| Subject | Number | Percent |
|---|---:|---:|
| **HOUSEHOLD POPULATION** | | |

| Subject | Number | Percent |
|---|---|---|
| **Population in occupied housing units** | **2,675** | **100.0** |
| Owner-occupied housing units | 1,693 | 63.3 |
| Renter-occupied housing units | 982 | 36.7 |
| | | |
| Per occupied housing unit | 2.80 | (X) |
|     Per owner-occupied housing unit | 2.80 | (X) |
|     Per renter-occupied housing unit | 2.80 | (X) |
| | | |
| **HOUSEHOLD TYPE** | | |
| **Owner-occupied housing units** | **605** | **100.0** |
| Family households | 447 | 73.9 |
|     Householder 15 to 64 years | 283 | 46.8 |
|     Householder 65 years and over | 164 | 27.1 |
|   Married-couple family | 237 | 39.2 |
|   Male householder, no wife present | 63 | 10.4 |
|   Female householder, no husband present | 147 | 24.3 |
| Nonfamily households | 158 | 26.1 |
|     Householder 15 to 64 years | 82 | 13.6 |
|     Householder 65 years and over | 76 | 12.6 |
|   Male householder | 64 | 10.6 |
|     Living alone | 64 | 10.6 |
|       65 years and over | 21 | 3.5 |
|     Not living alone | 0 | 0.0 |
|   Female householder | 94 | 15.5 |
|     Living alone | 94 | 15.5 |
|       65 years and over | 55 | 9.1 |
|     Not living alone | 0 | 0.0 |
| | | |
| **Renter-occupied housing units** | **351** | **100.0** |
| Family households | 240 | 68.4 |
|     Householder 15 to 64 years | 199 | 56.7 |
|     Householder 65 years and over | 41 | 11.7 |
|   Married-couple family | 66 | 18.8 |
|   Male householder, no wife present | 8 | 2.3 |
|   Female householder, no husband present | 166 | 47.3 |
| Nonfamily households | 111 | 31.6 |
|     Householder 15 to 64 years | 99 | 28.2 |
|     Householder 65 years and over | 12 | 3.4 |
|   Male householder | 40 | 11.4 |
|     Living alone | 40 | 11.4 |
|       65 years and over | 7 | 2.0 |
|     Not living alone | 0 | 0.0 |
|   Female householder | 71 | 20.2 |
|     Living alone | 62 | 17.7 |
|       65 years and over | 5 | 1.4 |
|     Not living alone | 9 | 2.6 |

(X) Not applicable.
When an ancestry group is selected, the data in this table refer to the ancestry of the householder.
Source: U.S. Census Bureau, Census 2000 Summary File 4, Matrices HCT4, HCT7, and HCT9.

---

QT-H3. **Household Population and Household Type by Tenure:  2000**
Data Set: Census 2000 Summary File 4 (SF 4) - Sample Data
Geographic Area: **Census Tract 9.02, Orleans Parish, Louisiana**

NOTE: Data based on a sample. For information on confidentiality protection, sampling error, nonsampling error, definitions, and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf4.htm.

| Subject | Number | Percent |
|---|---|---|
| **HOUSEHOLD POPULATION** | | |
| **Population in occupied housing units** | **2,990** | **100.0** |
| Owner-occupied housing units | 1,749 | 58.5 |
| Renter-occupied housing units | 1,241 | 41.5 |

| Subject | Number | Percent |
|---|---:|---:|
| Per occupied housing unit | 2.99 | (X) |
|     Per owner-occupied housing unit | 2.92 | (X) |
|     Per renter-occupied housing unit | 3.11 | (X) |
|  |  |  |
| **HOUSEHOLD TYPE** |  |  |
|     **Owner-occupied housing units** | **600** | **100.0** |
| Family households | 446 | 74.3 |
|     Householder 15 to 64 years | 269 | 44.8 |
|     Householder 65 years and over | 177 | 29.5 |
|   Married-couple family | 226 | 37.7 |
|   Male householder, no wife present | 16 | 2.7 |
|   Female householder, no husband present | 204 | 34.0 |
| Nonfamily households | 154 | 25.7 |
|     Householder 15 to 64 years | 58 | 9.7 |
|     Householder 65 years and over | 96 | 16.0 |
|   Male householder | 67 | 11.2 |
|     Living alone | 67 | 11.2 |
|       65 years and over | 34 | 5.7 |
|     Not living alone | 0 | 0.0 |
|   Female householder | 87 | 14.5 |
|     Living alone | 73 | 12.2 |
|       65 years and over | 55 | 9.2 |
|     Not living alone | 14 | 2.3 |
|  |  |  |
|     **Renter-occupied housing units** | **399** | **100.0** |
| Family households | 282 | 70.7 |
|     Householder 15 to 64 years | 268 | 67.2 |
|     Householder 65 years and over | 14 | 3.5 |
|   Married-couple family | 75 | 18.8 |
|   Male householder, no wife present | 49 | 12.3 |
|   Female householder, no husband present | 158 | 39.6 |
| Nonfamily households | 117 | 29.3 |
|     Householder 15 to 64 years | 78 | 19.5 |
|     Householder 65 years and over | 39 | 9.8 |
|   Male householder | 50 | 12.5 |
|     Living alone | 35 | 8.8 |
|       65 years and over | 0 | 0.0 |
|     Not living alone | 15 | 3.8 |
|   Female householder | 67 | 16.8 |
|     Living alone | 67 | 16.8 |
|       65 years and over | 39 | 9.8 |
|     Not living alone | 0 | 0.0 |

(X) Not applicable.
When an ancestry group is selected, the data in this table refer to the ancestry of the householder.
Source: U.S. Census Bureau, Census 2000 Summary File 4, Matrices HCT4, HCT7, and HCT9.

---

QT-H3. **Household Population and Household Type by Tenure:  2000**
Data Set: Census 2000 Summary File 4 (SF 4) - Sample Data
Geographic Area: **Census Tract 9.03, Orleans Parish, Louisiana**

NOTE: Data based on a sample. For information on confidentiality protection, sampling error, nonsampling error, definitions, and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf4.htm.

| Subject | Number | Percent |
|---|---:|---:|
|  |  |  |
| **HOUSEHOLD POPULATION** |  |  |
|     **Population in occupied housing units** | **2,710** | **100.0** |
| Owner-occupied housing units | 1,683 | 62.1 |
| Renter-occupied housing units | 1,027 | 37.9 |
|  |  |  |
| Per occupied housing unit | 2.92 | (X) |
|     Per owner-occupied housing unit | 3.07 | (X) |
|     Per renter-occupied housing unit | 2.70 | (X) |

| Subject | Number | Percent |
|---|---:|---:|
| **HOUSEHOLD TYPE** | | |
| **Owner-occupied housing units** | **548** | **100.0** |
| Family households | 391 | 71.4 |
|   Householder 15 to 64 years | 229 | 41.8 |
|   Householder 65 years and over | 162 | 29.6 |
|  Married-couple family | 201 | 36.7 |
|  Male householder, no wife present | 21 | 3.8 |
|  Female householder, no husband present | 169 | 30.8 |
| Nonfamily households | 157 | 28.6 |
|   Householder 15 to 64 years | 54 | 9.9 |
|   Householder 65 years and over | 103 | 18.8 |
|  Male householder | 66 | 12.0 |
|   Living alone | 61 | 11.1 |
|    65 years and over | 36 | 6.6 |
|   Not living alone | 5 | 0.9 |
|  Female householder | 91 | 16.6 |
|   Living alone | 77 | 14.1 |
|    65 years and over | 61 | 11.1 |
|   Not living alone | 14 | 2.6 |
| | | |
| **Renter-occupied housing units** | **381** | **100.0** |
| Family households | 261 | 68.5 |
|   Householder 15 to 64 years | 239 | 62.7 |
|   Householder 65 years and over | 22 | 5.8 |
|  Married-couple family | 70 | 18.4 |
|  Male householder, no wife present | 23 | 6.0 |
|  Female householder, no husband present | 168 | 44.1 |
| Nonfamily households | 120 | 31.5 |
|   Householder 15 to 64 years | 96 | 25.2 |
|   Householder 65 years and over | 24 | 6.3 |
|  Male householder | 56 | 14.7 |
|   Living alone | 50 | 13.1 |
|    65 years and over | 6 | 1.6 |
|   Not living alone | 6 | 1.6 |
|  Female householder | 64 | 16.8 |
|   Living alone | 57 | 15.0 |
|    65 years and over | 18 | 4.7 |
|   Not living alone | 7 | 1.8 |

(X) Not applicable.
When an ancestry group is selected, the data in this table refer to the ancestry of the householder.
Source: U.S. Census Bureau, Census 2000 Summary File 4, Matrices HCT4, HCT7, and HCT9.

---

QT-H3. **Household Population and Household Type by Tenure:  2000**
Data Set: Census 2000 Summary File 4 (SF 4) - Sample Data
Geographic Area: **Census Tract 9.04, Orleans Parish, Louisiana**

NOTE: Data based on a sample. For information on confidentiality protection, sampling error, nonsampling error, definitions, and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf4.htm.

| Subject | Number | Percent |
|---|---:|---:|
| **HOUSEHOLD POPULATION** | | |
| **Population in occupied housing units** | **2,339** | **100.0** |
| Owner-occupied housing units | 1,146 | 49.0 |
| Renter-occupied housing units | 1,193 | 51.0 |
| | | |
| Per occupied housing unit | 2.93 | (X) |
|  Per owner-occupied housing unit | 2.89 | (X) |
|  Per renter-occupied housing unit | 2.96 | (X) |
| | | |
| **HOUSEHOLD TYPE** | | |
| **Owner-occupied housing units** | **396** | **100.0** |
| Family households | 285 | 72.0 |
|   Householder 15 to 64 years | 186 | 47.0 |

| Subject | Number | Percent |
|---|---:|---:|
| Householder 65 years and over | 99 | 25.0 |
| Married-couple family | 187 | 47.2 |
| Male householder, no wife present | 13 | 3.3 |
| Female householder, no husband present | 85 | 21.5 |
| Nonfamily households | 111 | 28.0 |
| Householder 15 to 64 years | 45 | 11.4 |
| Householder 65 years and over | 66 | 16.7 |
| Male householder | 50 | 12.6 |
| Living alone | 45 | 11.4 |
| 65 years and over | 26 | 6.6 |
| Not living alone | 5 | 1.3 |
| Female householder | 61 | 15.4 |
| Living alone | 61 | 15.4 |
| 65 years and over | 35 | 8.8 |
| Not living alone | 0 | 0.0 |
| **Renter-occupied housing units** | **403** | **100.0** |
| Family households | 296 | 73.4 |
| Householder 15 to 64 years | 254 | 63.0 |
| Householder 65 years and over | 42 | 10.4 |
| Married-couple family | 48 | 11.9 |
| Male householder, no wife present | 39 | 9.7 |
| Female householder, no husband present | 209 | 51.9 |
| Nonfamily households | 107 | 26.6 |
| Householder 15 to 64 years | 69 | 17.1 |
| Householder 65 years and over | 38 | 9.4 |
| Male householder | 48 | 11.9 |
| Living alone | 39 | 9.7 |
| 65 years and over | 8 | 2.0 |
| Not living alone | 9 | 2.2 |
| Female householder | 59 | 14.6 |
| Living alone | 59 | 14.6 |
| 65 years and over | 30 | 7.4 |
| Not living alone | 0 | 0.0 |

(X) Not applicable.
When an ancestry group is selected, the data in this table refer to the ancestry of the householder.
Source: U.S. Census Bureau, Census 2000 Summary File 4, Matrices HCT4, HCT7, and HCT9.

---

QT-H3. **Household Population and Household Type by Tenure: 2000**
Data Set: Census 2000 Summary File 4 (SF 4) - Sample Data
Geographic Area: **Census Tract 303, St. Bernard Parish, Louisiana**

NOTE: Data based on a sample. For information on confidentiality protection, sampling error, nonsampling error, definitions, and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf4.htm.

| Subject | Number | Percent |
|---|---:|---:|
| **HOUSEHOLD POPULATION** | | |
| **Population in occupied housing units** | **2,127** | **100.0** |
| Owner-occupied housing units | 1,432 | 67.3 |
| Renter-occupied housing units | 695 | 32.7 |
| | | |
| Per occupied housing unit | 2.11 | (X) |
| Per owner-occupied housing unit | 2.42 | (X) |
| Per renter-occupied housing unit | 1.67 | (X) |
| | | |
| **HOUSEHOLD TYPE** | | |
| **Owner-occupied housing units** | **592** | **100.0** |
| Family households | 388 | 65.5 |
| Householder 15 to 64 years | 257 | 43.4 |
| Householder 65 years and over | 131 | 22.1 |
| Married-couple family | 277 | 46.8 |
| Male householder, no wife present | 58 | 9.8 |
| Female householder, no husband present | 53 | 9.0 |

| Subject | Number | Percent |
|---|---|---|
| Nonfamily households | 204 | 34.5 |
|     Householder 15 to 64 years | 78 | 13.2 |
|     Householder 65 years and over | 126 | 21.3 |
|   Male householder | 50 | 8.4 |
|     Living alone | 50 | 8.4 |
|       65 years and over | 27 | 4.6 |
|     Not living alone | 0 | 0.0 |
|   Female householder | 154 | 26.0 |
|     Living alone | 147 | 24.8 |
|       65 years and over | 99 | 16.7 |
|     Not living alone | 7 | 1.2 |
| **Renter-occupied housing units** | **416** | **100.0** |
| Family households | 158 | 38.0 |
|     Householder 15 to 64 years | 151 | 36.3 |
|     Householder 65 years and over | 7 | 1.7 |
|   Married-couple family | 67 | 16.1 |
|   Male householder, no wife present | 25 | 6.0 |
|   Female householder, no husband present | 66 | 15.9 |
| Nonfamily households | 258 | 62.0 |
|     Householder 15 to 64 years | 139 | 33.4 |
|     Householder 65 years and over | 119 | 28.6 |
|   Male householder | 87 | 20.9 |
|     Living alone | 72 | 17.3 |
|       65 years and over | 17 | 4.1 |
|     Not living alone | 15 | 3.6 |
|   Female householder | 171 | 41.1 |
|     Living alone | 145 | 34.9 |
|       65 years and over | 102 | 24.5 |
|     Not living alone | 26 | 6.3 |

(X) Not applicable.
When an ancestry group is selected, the data in this table refer to the ancestry of the householder.
Source: U.S. Census Bureau, Census 2000 Summary File 4, Matrices HCT4, HCT7, and HCT9.

## QT-H3. **Household Population and Household Type by Tenure:  2000**
Data Set: Census 2000 Summary File 4 (SF 4) - Sample Data
Geographic Area: **Census Tract 304, St. Bernard Parish, Louisiana**

NOTE: Data based on a sample. For information on confidentiality protection, sampling error, nonsampling error, definitions, and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf4.htm.

| Subject | Number | Percent |
|---|---|---|
| **HOUSEHOLD POPULATION** | | |
| **Population in occupied housing units** | **2,476** | **100.0** |
| Owner-occupied housing units | 2,006 | 81.0 |
| Renter-occupied housing units | 470 | 19.0 |
| Per occupied housing unit | 2.21 | (X) |
|   Per owner-occupied housing unit | 2.28 | (X) |
|   Per renter-occupied housing unit | 1.97 | (X) |
| **HOUSEHOLD TYPE** | | |
| **Owner-occupied housing units** | **881** | **100.0** |
| Family households | 560 | 63.6 |
|     Householder 15 to 64 years | 386 | 43.8 |
|     Householder 65 years and over | 174 | 19.8 |
|   Married-couple family | 461 | 52.3 |
|   Male householder, no wife present | 42 | 4.8 |
|   Female householder, no husband present | 57 | 6.5 |
| Nonfamily households | 321 | 36.4 |
|     Householder 15 to 64 years | 133 | 15.1 |
|     Householder 65 years and over | 188 | 21.3 |
|   Male householder | 120 | 13.6 |

| Subject | Number | Percent |
|---|---:|---:|
| Living alone | 87 | 9.9 |
| 65 years and over | 29 | 3.3 |
| Not living alone | 33 | 3.7 |
| Female householder | 201 | 22.8 |
| Living alone | 188 | 21.3 |
| 65 years and over | 153 | 17.4 |
| Not living alone | 13 | 1.5 |
|  |  |  |
| **Renter-occupied housing units** | **239** | **100.0** |
| Family households | 133 | 55.6 |
| Householder 15 to 64 years | 98 | 41.0 |
| Householder 65 years and over | 35 | 14.6 |
| Married-couple family | 44 | 18.4 |
| Male householder, no wife present | 33 | 13.8 |
| Female householder, no husband present | 56 | 23.4 |
| Nonfamily households | 106 | 44.4 |
| Householder 15 to 64 years | 78 | 32.6 |
| Householder 65 years and over | 28 | 11.7 |
| Male householder | 54 | 22.6 |
| Living alone | 45 | 18.8 |
| 65 years and over | 14 | 5.9 |
| Not living alone | 9 | 3.8 |
| Female householder | 52 | 21.8 |
| Living alone | 43 | 18.0 |
| 65 years and over | 14 | 5.9 |
| Not living alone | 9 | 3.8 |

(X) Not applicable.
When an ancestry group is selected, the data in this table refer to the ancestry of the householder.
Source: U.S. Census Bureau, Census 2000 Summary File 4, Matrices HCT4, HCT7, and HCT9.

---

QT-H3. **Household Population and Household Type by Tenure:  2000**
Data Set: Census 2000 Summary File 4 (SF 4) - Sample Data
Geographic Area: **Census Tract 305, St. Bernard Parish, Louisiana**

NOTE: Data based on a sample. For information on confidentiality protection, sampling error, nonsampling error, definitions, and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf4.htm.

| Subject | Number | Percent |
|---|---:|---:|
|  |  |  |
| **HOUSEHOLD POPULATION** |  |  |
| **Population in occupied housing units** | **3,361** | **100.0** |
| Owner-occupied housing units | 2,965 | 88.2 |
| Renter-occupied housing units | 396 | 11.8 |
|  |  |  |
| Per occupied housing unit | 2.47 | (X) |
| Per owner-occupied housing unit | 2.37 | (X) |
| Per renter-occupied housing unit | 3.57 | (X) |
|  |  |  |
| **HOUSEHOLD TYPE** |  |  |
| **Owner-occupied housing units** | **1,250** | **100.0** |
| Family households | 924 | 73.9 |
| Householder 15 to 64 years | 499 | 39.9 |
| Householder 65 years and over | 425 | 34.0 |
| Married-couple family | 824 | 65.9 |
| Male householder, no wife present | 21 | 1.7 |
| Female householder, no husband present | 79 | 6.3 |
| Nonfamily households | 326 | 26.1 |
| Householder 15 to 64 years | 110 | 8.8 |
| Householder 65 years and over | 216 | 17.3 |
| Male householder | 111 | 8.9 |
| Living alone | 87 | 7.0 |
| 65 years and over | 60 | 4.8 |
| Not living alone | 24 | 1.9 |
| Female householder | 215 | 17.2 |

| Subject | Number | Percent |
|---|---|---|
| Living alone | 199 | 15.9 |
| 65 years and over | 140 | 11.2 |
| Not living alone | 16 | 1.3 |
| | | |
| **Renter-occupied housing units** | **111** | **100.0** |
| Family households | 72 | 64.9 |
| Householder 15 to 64 years | 61 | 55.0 |
| Householder 65 years and over | 11 | 9.9 |
| Married-couple family | 44 | 39.6 |
| Male householder, no wife present | 5 | 4.5 |
| Female householder, no husband present | 23 | 20.7 |
| Nonfamily households | 39 | 35.1 |
| Householder 15 to 64 years | 33 | 29.7 |
| Householder 65 years and over | 6 | 5.4 |
| Male householder | 23 | 20.7 |
| Living alone | 23 | 20.7 |
| 65 years and over | 6 | 5.4 |
| Not living alone | 0 | 0.0 |
| Female householder | 16 | 14.4 |
| Living alone | 11 | 9.9 |
| 65 years and over | 0 | 0.0 |
| Not living alone | 5 | 4.5 |

(X) Not applicable.
When an ancestry group is selected, the data in this table refer to the ancestry of the householder.
Source: U.S. Census Bureau, Census 2000 Summary File 4, Matrices HCT4, HCT7, and HCT9.

QT-H3. **Household Population and Household Type by Tenure:  2000**
Data Set: Census 2000 Summary File 4 (SF 4) - Sample Data
Geographic Area: **Census Tract 306.01, St. Bernard Parish, Louisiana**

NOTE: Data based on a sample. For information on confidentiality protection, sampling error, nonsampling error, definitions, and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf4.htm.

| Subject | Number | Percent |
|---|---|---|
| **HOUSEHOLD POPULATION** | | |
| **Population in occupied housing units** | **2,742** | **100.0** |
| Owner-occupied housing units | 2,260 | 82.4 |
| Renter-occupied housing units | 482 | 17.6 |
| | | |
| Per occupied housing unit | 2.76 | (X) |
| Per owner-occupied housing unit | 2.88 | (X) |
| Per renter-occupied housing unit | 2.30 | (X) |
| | | |
| **HOUSEHOLD TYPE** | | |
| **Owner-occupied housing units** | **785** | **100.0** |
| Family households | 648 | 82.5 |
| Householder 15 to 64 years | 501 | 63.8 |
| Householder 65 years and over | 147 | 18.7 |
| Married-couple family | 528 | 67.3 |
| Male householder, no wife present | 35 | 4.5 |
| Female householder, no husband present | 85 | 10.8 |
| Nonfamily households | 137 | 17.5 |
| Householder 15 to 64 years | 54 | 6.9 |
| Householder 65 years and over | 83 | 10.6 |
| Male householder | 53 | 6.8 |
| Living alone | 42 | 5.4 |
| 65 years and over | 19 | 2.4 |
| Not living alone | 11 | 1.4 |
| Female householder | 84 | 10.7 |
| Living alone | 84 | 10.7 |
| 65 years and over | 59 | 7.5 |
| Not living alone | 0 | 0.0 |

09/29/2008	Attachments to Seymour Dec. ISO Class Certification	RTS  000057

| Subject | Number | Percent |
|---|---:|---:|
| **Renter-occupied housing units** | **210** | **100.0** |
| Family households | 139 | 66.2 |
|     Householder 15 to 64 years | 109 | 51.9 |
|     Householder 65 years and over | 30 | 14.3 |
|   Married-couple family | 55 | 26.2 |
|   Male householder, no wife present | 24 | 11.4 |
|   Female householder, no husband present | 60 | 28.6 |
| Nonfamily households | 71 | 33.8 |
|     Householder 15 to 64 years | 49 | 23.3 |
|     Householder 65 years and over | 22 | 10.5 |
|   Male householder | 28 | 13.3 |
|     Living alone | 8 | 3.8 |
|       65 years and over | 0 | 0.0 |
|     Not living alone | 20 | 9.5 |
|   Female householder | 43 | 20.5 |
|     Living alone | 36 | 17.1 |
|       65 years and over | 22 | 10.5 |
|     Not living alone | 7 | 3.3 |

(X) Not applicable.
When an ancestry group is selected, the data in this table refer to the ancestry of the householder.
Source: U.S. Census Bureau, Census 2000 Summary File 4, Matrices HCT4, HCT7, and HCT9.

---

## QT-H3. **Household Population and Household Type by Tenure:  2000**
Data Set: Census 2000 Summary File 4 (SF 4) - Sample Data
Geographic Area: **Census Tract 306.02, St. Bernard Parish, Louisiana**

NOTE: Data based on a sample. For information on confidentiality protection, sampling error, nonsampling error, definitions, and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf4.htm.

| Subject | Number | Percent |
|---|---:|---:|
| **HOUSEHOLD POPULATION** | | |
| **Population in occupied housing units** | **4,107** | **100.0** |
| Owner-occupied housing units | 3,434 | 83.6 |
| Renter-occupied housing units | 673 | 16.4 |
| | | |
| Per occupied housing unit | 2.37 | (X) |
|   Per owner-occupied housing unit | 2.42 | (X) |
|   Per renter-occupied housing unit | 2.16 | (X) |
| | | |
| **HOUSEHOLD TYPE** | | |
| **Owner-occupied housing units** | **1,418** | **100.0** |
| Family households | 1,044 | 73.6 |
|     Householder 15 to 64 years | 630 | 44.4 |
|     Householder 65 years and over | 414 | 29.2 |
|   Married-couple family | 830 | 58.5 |
|   Male householder, no wife present | 48 | 3.4 |
|   Female householder, no husband present | 166 | 11.7 |
| Nonfamily households | 374 | 26.4 |
|     Householder 15 to 64 years | 120 | 8.5 |
|     Householder 65 years and over | 254 | 17.9 |
|   Male householder | 110 | 7.8 |
|     Living alone | 104 | 7.3 |
|       65 years and over | 65 | 4.6 |
|     Not living alone | 6 | 0.4 |
|   Female householder | 264 | 18.6 |
|     Living alone | 252 | 17.8 |
|       65 years and over | 183 | 12.9 |
|     Not living alone | 12 | 0.8 |
| | | |
| **Renter-occupied housing units** | **312** | **100.0** |
| Family households | 151 | 48.4 |
|     Householder 15 to 64 years | 138 | 44.2 |
|     Householder 65 years and over | 13 | 4.2 |

| Subject | Number | Percent |
|---|---|---|
| Married-couple family | 104 | 33.3 |
| Male householder, no wife present | 9 | 2.9 |
| Female householder, no husband present | 38 | 12.2 |
| Nonfamily households | 161 | 51.6 |
| Householder 15 to 64 years | 121 | 38.8 |
| Householder 65 years and over | 40 | 12.8 |
| Male householder | 68 | 21.8 |
| Living alone | 59 | 18.9 |
| 65 years and over | 6 | 1.9 |
| Not living alone | 9 | 2.9 |
| Female householder | 93 | 29.8 |
| Living alone | 86 | 27.6 |
| 65 years and over | 34 | 10.9 |
| Not living alone | 7 | 2.2 |

(X) Not applicable.
When an ancestry group is selected, the data in this table refer to the ancestry of the householder.
Source: U.S. Census Bureau, Census 2000 Summary File 4, Matrices HCT4, HCT7, and HCT9.

QT-H3. **Household Population and Household Type by Tenure: 2000**
Data Set: Census 2000 Summary File 4 (SF 4) - Sample Data
Geographic Area: **Census Tract 306.03, St. Bernard Parish, Louisiana**

NOTE: Data based on a sample. For information on confidentiality protection, sampling error, nonsampling error, definitions, and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf4.htm.

| Subject | Number | Percent |
|---|---|---|
| **HOUSEHOLD POPULATION** | | |
| **Population in occupied housing units** | **3,330** | **100.0** |
| Owner-occupied housing units | 382 | 11.5 |
| Renter-occupied housing units | 2,948 | 88.5 |
| | | |
| Per occupied housing unit | 2.67 | (X) |
| Per owner-occupied housing unit | 1.85 | (X) |
| Per renter-occupied housing unit | 2.83 | (X) |
| | | |
| **HOUSEHOLD TYPE** | | |
| **Owner-occupied housing units** | **207** | **100.0** |
| Family households | 149 | 72.0 |
| Householder 15 to 64 years | 130 | 62.8 |
| Householder 65 years and over | 19 | 9.2 |
| Married-couple family | 77 | 37.2 |
| Male householder, no wife present | 31 | 15.0 |
| Female householder, no husband present | 41 | 19.8 |
| Nonfamily households | 58 | 28.0 |
| Householder 15 to 64 years | 51 | 24.6 |
| Householder 65 years and over | 7 | 3.4 |
| Male householder | 14 | 6.8 |
| Living alone | 14 | 6.8 |
| 65 years and over | 0 | 0.0 |
| Not living alone | 0 | 0.0 |
| Female householder | 44 | 21.3 |
| Living alone | 35 | 16.9 |
| 65 years and over | 7 | 3.4 |
| Not living alone | 9 | 4.3 |
| | | |
| **Renter-occupied housing units** | **1,040** | **100.0** |
| Family households | 687 | 66.1 |
| Householder 15 to 64 years | 642 | 61.7 |
| Householder 65 years and over | 45 | 4.3 |
| Married-couple family | 341 | 32.8 |
| Male householder, no wife present | 47 | 4.5 |
| Female householder, no husband present | 299 | 28.8 |
| Nonfamily households | 353 | 33.9 |

09/29/2008    Attachments to Seymour Dec. ISO Class Certification    RTS  000059

| Subject | Number | Percent |
|---|---:|---:|
| Householder 15 to 64 years | 293 | 28.2 |
| Householder 65 years and over | 60 | 5.8 |
| Male householder | 161 | 15.5 |
| Living alone | 115 | 11.1 |
| 65 years and over | 42 | 4.0 |
| Not living alone | 46 | 4.4 |
| Female householder | 192 | 18.5 |
| Living alone | 119 | 11.4 |
| 65 years and over | 18 | 1.7 |
| Not living alone | 73 | 7.0 |

(X) Not applicable.
When an ancestry group is selected, the data in this table refer to the ancestry of the householder.
Source: U.S. Census Bureau, Census 2000 Summary File 4, Matrices HCT4, HCT7, and HCT9.

QT-H3. **Household Population and Household Type by Tenure:  2000**
Data Set: Census 2000 Summary File 4 (SF 4) - Sample Data
Geographic Area: **Census Tract 307, St. Bernard Parish, Louisiana**

NOTE: Data based on a sample. For information on confidentiality protection, sampling error, nonsampling error, definitions, and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf4.htm.

| Subject | Number | Percent |
|---|---:|---:|
| **HOUSEHOLD POPULATION** | | |
| **Population in occupied housing units** | **2,106** | **100.0** |
| Owner-occupied housing units | 1,229 | 58.4 |
| Renter-occupied housing units | 877 | 41.6 |
| | | |
| Per occupied housing unit | 2.30 | (X) |
| Per owner-occupied housing unit | 2.22 | (X) |
| Per renter-occupied housing unit | 2.44 | (X) |
| | | |
| **HOUSEHOLD TYPE** | | |
| **Owner-occupied housing units** | **554** | **100.0** |
| Family households | 334 | 60.3 |
| Householder 15 to 64 years | 255 | 46.0 |
| Householder 65 years and over | 79 | 14.3 |
| Married-couple family | 263 | 47.5 |
| Male householder, no wife present | 28 | 5.1 |
| Female householder, no husband present | 43 | 7.8 |
| Nonfamily households | 220 | 39.7 |
| Householder 15 to 64 years | 75 | 13.5 |
| Householder 65 years and over | 145 | 26.2 |
| Male householder | 74 | 13.4 |
| Living alone | 62 | 11.2 |
| 65 years and over | 42 | 7.6 |
| Not living alone | 12 | 2.2 |
| Female householder | 146 | 26.4 |
| Living alone | 134 | 24.2 |
| 65 years and over | 91 | 16.4 |
| Not living alone | 12 | 2.2 |
| | | |
| **Renter-occupied housing units** | **360** | **100.0** |
| Family households | 184 | 51.1 |
| Householder 15 to 64 years | 161 | 44.7 |
| Householder 65 years and over | 23 | 6.4 |
| Married-couple family | 107 | 29.7 |
| Male householder, no wife present | 14 | 3.9 |
| Female householder, no husband present | 63 | 17.5 |
| Nonfamily households | 176 | 48.9 |
| Householder 15 to 64 years | 131 | 36.4 |
| Householder 65 years and over | 45 | 12.5 |
| Male householder | 81 | 22.5 |
| Living alone | 53 | 14.7 |

09/29/2008    Attachments to Seymour Dec. ISO Class Certification    RTS  000060

| Subject | Number | Percent |
|---|---:|---:|
| 65 years and over | 17 | 4.7 |
| Not living alone | 28 | 7.8 |
| Female householder | 95 | 26.4 |
| Living alone | 85 | 23.6 |
| 65 years and over | 28 | 7.8 |
| Not living alone | 10 | 2.8 |

(X) Not applicable.
When an ancestry group is selected, the data in this table refer to the ancestry of the householder.
Source: U.S. Census Bureau, Census 2000 Summary File 4, Matrices HCT4, HCT7, and HCT9.

---

## QT-H3. Household Population and Household Type by Tenure:  2000
Data Set: Census 2000 Summary File 4 (SF 4) - Sample Data
Geographic Area: **Census Tract 308, St. Bernard Parish, Louisiana**

NOTE: Data based on a sample. For information on confidentiality protection, sampling error, nonsampling error, definitions, and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf4.htm.

| Subject | Number | Percent |
|---|---:|---:|
| **HOUSEHOLD POPULATION** | | |
| **Population in occupied housing units** | **5,159** | **100.0** |
| Owner-occupied housing units | 3,060 | 59.3 |
| Renter-occupied housing units | 2,099 | 40.7 |
| | | |
| Per occupied housing unit | 2.43 | (X) |
| Per owner-occupied housing unit | 2.81 | (X) |
| Per renter-occupied housing unit | 2.03 | (X) |
| | | |
| **HOUSEHOLD TYPE** | | |
| **Owner-occupied housing units** | **1,088** | **100.0** |
| Family households | 792 | 72.8 |
| Householder 15 to 64 years | 472 | 43.4 |
| Householder 65 years and over | 320 | 29.4 |
| Married-couple family | 585 | 53.8 |
| Male householder, no wife present | 45 | 4.1 |
| Female householder, no husband present | 162 | 14.9 |
| Nonfamily households | 296 | 27.2 |
| Householder 15 to 64 years | 140 | 12.9 |
| Householder 65 years and over | 156 | 14.3 |
| Male householder | 108 | 9.9 |
| Living alone | 93 | 8.5 |
| 65 years and over | 41 | 3.8 |
| Not living alone | 15 | 1.4 |
| Female householder | 188 | 17.3 |
| Living alone | 171 | 15.7 |
| 65 years and over | 115 | 10.6 |
| Not living alone | 17 | 1.6 |
| | | |
| **Renter-occupied housing units** | **1,036** | **100.0** |
| Family households | 629 | 60.7 |
| Householder 15 to 64 years | 553 | 53.4 |
| Householder 65 years and over | 76 | 7.3 |
| Married-couple family | 356 | 34.4 |
| Male householder, no wife present | 73 | 7.0 |
| Female householder, no husband present | 200 | 19.3 |
| Nonfamily households | 407 | 39.3 |
| Householder 15 to 64 years | 319 | 30.8 |
| Householder 65 years and over | 88 | 8.5 |
| Male householder | 242 | 23.4 |
| Living alone | 182 | 17.6 |
| 65 years and over | 36 | 3.5 |
| Not living alone | 60 | 5.8 |
| Female householder | 165 | 15.9 |
| Living alone | 137 | 13.2 |

09/29/2008    Attachments to Seymour Dec. ISO Class Certification    RTS  000061

| Subject | Number | Percent |
|---|---:|---:|
| 65 years and over | 52 | 5.0 |
| Not living alone | 28 | 2.7 |

(X) Not applicable.
When an ancestry group is selected, the data in this table refer to the ancestry of the householder.
Source: U.S. Census Bureau, Census 2000 Summary File 4, Matrices HCT4, HCT7, and HCT9.