# **EXHIBIT E**

**U.S. Census Bureau**



# Guide to the
# 2002 Economic Census

## GEOGRAPHIC CLASSIFICATION

Current program detail         Concept definitions         Maps

The most detailed data are provided for the U.S. as a whole. Key statistics, albeit progressively fewer, are available for states, metropolitan and micropolitan areas (MA's), counties, and places with 2,500 or more inhabitants. Only limited data are provided for ZIP Codes. Statistics for smaller areas are more frequently withheld to avoid disclosing information about individual firms.

The level of geographic detail varies by sector, as shown in Table 4.

Table 4. **Geographic Areas in the 2002 Economic Census**

| Sector | States | MA's | Counties | Places 2500+ | ZIP Codes |
|---|---|---|---|---|---|
| Mining | X | | | | |
| Utilities | X | X | | | |
| Construction | X | | | | |
| Manufacturing | X | X | X | X | |
| Wholesale Trade | X | X | X | X | |
| Retail Trade | X | X | X | X | X |
| Transportation and Warehousing | X | X | | | |
| Information | X | X | X | X | |
| Finance and Insurance | X | X | | | |
| Real Estate and Rental and Leasing | X | X | X | X | |
| Professional, Scientific, and Technical Services | X | X | X | X | X |
| Management of Companies and Enterprises | X | | | | |
| Administrative and Support and Waste Management and Remediation Services | X | X | X | X | X |
| Educational Services | X | X | X | X | X |
| Health Care and Social Assistance | X | X | X | X | X |
| Arts, Entertainment and Recreation | X | X | X | X | X |
| Accommodation and Food Services | X | X | X | X | X |
| Other Services (Except Public Administration) | X | X | X | X | X |

 Comparison of Geographic Detail in Census and Current Programs

09/29/2008      Attachments to Seymour Dec. ISO Class Certification      RTS  000063

 [Definitions of Geographic Concepts](#)

 [Maps](#)

[Previous topic](#)  [Next topic](#)