# **EXHIBIT F**

## U.S. Census Bureau

# ZIP Code Business Patterns (NAICS)

**2004 Industry Code Summary**
ZipCode 70117
NEW ORLEANS, LA

CenStats



To see a different year, select one  2004   Go!

| Total for ZIP Code 70117 | |
|---|---|
| Number of establishments: 437 | First quarter payroll in $1,000: 29,267 |
| Number of employees: 5,646 | Annual payroll in $1,000: 125,668 |

| | Industry Code | Industry Code Description | Total Estabs | Number of Establishments by Employment-size class | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 1-4 | 5-9 | 10-19 | 20-49 | 50-99 | 100-249 | 250-499 | 500-999 | 1000 or more |
| Detail | ------ | Total | 437 | 222 | 93 | 62 | 37 | 18 | 2 | 3 | 0 | 0 |
| Detail | 22---- | Utilities | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| Detail | 23---- | Construction | 24 | 11 | 6 | 4 | 3 | 0 | 0 | 0 | 0 | 0 |
| Detail | 31---- | Manufacturing | 21 | 8 | 7 | 4 | 0 | 2 | 0 | 0 | 0 | 0 |
| Detail | 42---- | Wholesale trade | 30 | 13 | 3 | 7 | 4 | 3 | 0 | 0 | 0 | 0 |
| Detail | 44---- | Retail trade | 107 | 69 | 24 | 5 | 7 | 2 | 0 | 0 | 0 | 0 |
| Detail | 48---- | Transportation & warehousing | 11 | 4 | 1 | 2 | 3 | 0 | 0 | 1 | 0 | 0 |
| Detail | 51---- | Information | 5 | 1 | 2 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| Detail | 52---- | Finance & insurance | 7 | 5 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

09/29/2008       Attachments to Seymour Dec. ISO Class Certification       RTS  000065

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Detail | 53---- | Real estate & rental & leasing | 11 | 7 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 |
| Detail | 54---- | Professional, scientific & technical servi | 16 | 12 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 |
| Detail | 55---- | Management of companies & enterprises | 3 | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| Detail | 56---- | Admin, support, waste mgt, remediation ser | 19 | 8 | 5 | 3 | 1 | 0 | 0 | 2 | 0 | 0 |
| Detail | 61---- | Educational services | 8 | 5 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 0 |
| Detail | 62---- | Health care and social assistance | 54 | 22 | 13 | 15 | 2 | 1 | 1 | 0 | 0 | 0 |
| Detail | 71---- | Arts, entertainment & recreation | 10 | 7 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Detail | 72---- | Accommodation & food services | 47 | 18 | 11 | 7 | 6 | 5 | 0 | 0 | 0 | 0 |
| Detail | 81---- | Other services (except public administration | 62 | 30 | 12 | 13 | 3 | 4 | 0 | 0 | 0 | 0 |
| Detail | 99---- | Unclassified establishments | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Save as text file.

Save as csv file.

Change Geographic Area

Technical Support
301-763-7710 Voice
301-457-1296 Fax

**Census Bureau Links:** Home · Search · Subjects A-Z · FAQs · Data Tools · Catalog · Census 2000 · Quality · Privacy Policy · Contact Us

U S C E N S U S B U R E A U
Helping You Make Informed Decisions