# **EXHIBIT G**

Case 2:05-cv-04182-SRD-JCW   Document 15549-22   Filed 09/29/08   Page 2 of 3

**U.S. Census Bureau**

# ZIP Code Business Patterns (NAICS)

**2004 Industry Code Summary**
**ZipCode 70043**
**CHALMETTE, LA**

CenStats



To see a different year, select one  2004   Go!

| Total for ZIP Code 70043 | |
|---|---|
| Number of establishments: 721 | First quarter payroll in $1,000: 68,727 |
| Number of employees: 10,092 | Annual payroll in $1,000: 301,268 |

| | Industry Code | Industry Code Description | Total Estabs | Number of Establishments by Employment-size class | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 1-4 | 5-9 | 10-19 | 20-49 | 50-99 | 100-249 | 250-499 | 500-999 | 1000 or more |
| Detail | ------ | Total | 721 | 381 | 158 | 100 | 59 | 13 | 3 | 4 | 2 | 1 |
| Detail | 21---- | Mining | 2 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Detail | 22---- | Utilities | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Detail | 23---- | Construction | 89 | 61 | 12 | 9 | 6 | 0 | 0 | 0 | 0 | 1 |
| Detail | 31---- | Manufacturing | 33 | 18 | 4 | 4 | 4 | 2 | 0 | 0 | 1 | 0 |
| Detail | 42---- | Wholesale trade | 19 | 8 | 6 | 4 | 1 | 0 | 0 | 0 | 0 | 0 |
| Detail | 44---- | Retail trade | 127 | 60 | 35 | 20 | 8 | 1 | 2 | 1 | 0 | 0 |
| Detail | 48---- | Transportation & warehousing | 21 | 10 | 3 | 5 | 2 | 1 | 0 | 0 | 0 | 0 |
| Detail | 51---- | Information | 9 | 4 | 3 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |

09/29/2008          Attachments to Seymour Dec. ISO Class Certification          RTS  000067

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Detail | 52---- | Finance & insurance | 47 | 27 | 13 | 6 | 1 | 0 | 0 | 0 | 0 | 0 |
| Detail | 53---- | Real estate & rental & leasing | 23 | 18 | 4 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Detail | 54---- | Professional, scientific & technical servi | 59 | 37 | 14 | 6 | 2 | 0 | 0 | 0 | 0 | 0 |
| Detail | 55---- | Management of companies & enterprises | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| Detail | 56---- | Admin, support, waste mgt, remediation ser | 22 | 14 | 2 | 4 | 1 | 0 | 1 | 0 | 0 | 0 |
| Detail | 61---- | Educational services | 4 | 1 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 0 |
| Detail | 62---- | Health care and social assistance | 91 | 34 | 30 | 12 | 8 | 3 | 0 | 3 | 1 | 0 |
| Detail | 71---- | Arts, entertainment & recreation | 12 | 8 | 1 | 2 | 1 | 0 | 0 | 0 | 0 | 0 |
| Detail | 72---- | Accommodation & food services | 79 | 27 | 18 | 15 | 15 | 4 | 0 | 0 | 0 | 0 |
| Detail | 81---- | Other services (except public administration | 79 | 52 | 11 | 8 | 7 | 1 | 0 | 0 | 0 | 0 |
| Detail | 99---- | Unclassified establishments | 3 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |

Save as text file.

Save as csv file.

Change Geographic Area

Technical Support
301-763-7710 Voice
301-457-1296 Fax

**Census Bureau Links:** Home · Search · Subjects A-Z · FAQs · Data Tools · Catalog · Census 2000 · Quality · Privacy Policy · Contact Us

USCENSUSBUREAU
Helping You Make Informed Decisions

09/29/2008       Attachments to Seymour Dec. ISO Class Certification       RTS 000068

2 of 2                                                                                    1/30/2008 11:41 PM