# EXHIBIT I



Maponics Zip Code Map, downloaded September 29, 2008.

Attachments to Seymour Dec. ISO Class Certification