# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * | NO. 05-4182 |
| PERTAINS TO:   BARGE | * * | and consolidated cases |
| *Boutte v. Lafarge*   05-5531 | * | SECTION "K" (2) |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarge v. Lafarge*   06-5342 | * | |
| *Perry v. Ingram*   06-6299 | * | |
| *Benoit v. Lafarge*   06-7516 | * | JUDGE |
| *Parfait Family v. USA*   07-3500 | * | STANWOOD R. DUVAL, JR. |
| *Lafarge v. USA*   07-5178 | * * * * | MAG. JOSEPH C. WILKINSON, JR. |

**NOTICE OF MANUAL ATTACHMENT OF
EXHIBIT 1 IN SUPPORT OF PLAINTIFFS'
MOTION TO CERTIFY A CLASS AND POTENTIAL SUBCLASSES, TO
APPOINT CLASS COUNSEL, AND TO PRELIMINARILY APROVE
PLAINTIFFS' PROPOSED TRIAL PLAN**

Due to size and bandwidth limitations, Barge Plaintiffs proffer by hand directly to Judge Duval and Magistrate Wilkinson a true and correct copy of the Expert Report of Melvin G. Spinks, P.E. of CivilTech Engineering, Inc., prepared on June 27, 2008 labeled as **Exhibit 1** (which includes sub-exhibit Nos. 1 through 7 and Appendix A through D) and a DVD disc of the Report.

1

Notice of Manual Filing

Dated: September 29, 2008          Respectfully submitted,

By: /s/  Shawn Khorrami
SHAWN KHORRAMI  (CA Bar #180411)
DYLAN POLLARD  (CA Bar #180306)
H. SCOTT LEVIANT  (CA Bar #200834)
MATT BAILEY  (CA Bar #218685)
444 S. Flower St., Thirty-Third Floor
Los Angeles, California 90071
Telephone:     (213) 596-6000
Facsimile:     (213) 596-6010
skhorrami@kpalawyers.com
dpollard@kpalawyers.com
hsleviant@kpalawyers.com
mbailey@kpalawyers.com


 /s/  Brian Gilbert
Brian A. Gilbert, Esq.(21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
bgilbert@briangilbertlaw.com


 /s/  Lawrence D. Wiedemann
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
lawrence@wiedemannlaw.com
karl@wiedemannlaw.com
karen@wiedemannlaw.com

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
pistols42@aol.com


/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
Voice: 202-862-4320
Cell:    202-549-1454
Facsimile:  800-805-1065 and 202-828-4130
rick@rickseymourlaw.net

*Attorneys for Barge Plaintiffs*