# **EXHIBIT 5**

**Governor Kathleen Babineaux Blanco**
**December 14, 2005**

**TESTIMONY BEFORE THE U.S. HOUSE SELECT COMMITTEE TO INVESTIGATE THE PREPARATION FOR AND RESPONSE TO HURRICANE KATRINA**

Chairman Davis and distinguished members of the Committee, Representatives Jefferson, Melancon, and Alexander from Louisiana, thank you for the opportunity to be here today.

People from across America and the world opened their hearts to Louisiana in response to Katrina and Rita, and I thank you. You opened your homes, wallets and classrooms, and uplifted us with your prayers. The Red Cross and faith-based organizations went the extra mile.

I want to offer a special thanks to the governors and officials from all 50 states, four territories, and the District of Columbia who sent National Guard troops and other first responders in response to my plea for assistance.

You also welcomed our people in states all over this country, and many of you are still helping three months later. Thank you for your generosity. Know that we are doing everything we can to bring our people home.

As you know, I have sent over 100,000 pages documenting the state's actions from Hurricane Katrina. I am sure you have had a chance to review this information. The documents and timelines will show that the state of Louisiana was working against great odds but was focused on saving lives. Did hurricane Katrina overwhelm our resources? You bet. And at every level – federal, state and local. Can we do it better? I hope so. There are many lessons to be learned.

I am here today because Louisiana needs your help. The economic security of our country is at stake. Trade from more than 190 countries flows through our ports, where the mighty Mississippi merges with the Gulf of Mexico.

Louisiana's oil, natural gas and petrochemical corridor drive the nation's economy.

Prior to Katrina, the manufacturing industry was booming, and we had attracted over $3 billion in new manufacturing investment in just a year and a half. Tourism thrived in the birthplace of jazz that is our beloved New Orleans. Thomas Jefferson made a wise investment when he authorized the Louisiana Purchase. I urge Congress to demonstrate the same foresight and make an investment in our recovery.

Louisiana is a small state with a big sense of duty. Since 9-11, over 7,000 sons and daughters of Louisiana's National Guard have served in Iraq and Afghanistan, and thousands more are there serving in the active duty forces.

**Fifty-four Louisiana heroes died in service. One hundred wounded earned purple hearts. I visited Baghdad last year to see firsthand the sacrifices our troops are making.**

**I proudly received over 2500 soldiers and airmen home after Katrina. What should have been a joyful occasion was wrought with pain when I received a planeload of broken-hearted soldiers who returned knowing Katrina destroyed their homes. I have two of those soldiers with me today, and I would like to introduce them to you. Staff Sgt. Norman Norfleet and Sgt. Corey Allbritton, please stand. They are here wondering if Congress will help families like theirs. Thank you for your sacrifices and commitment to our recovery.**

**If I achieve nothing else today, it would be to urge you to reconsider the gravity of our situation. I would like to leave Washington, DC with a message of hope coming from Congress. After World War II our decision to rebuild Europe was far-sighted and courageous. History will treat us well if we exhibit the same kind of political courage now.**

**I urge all members of Congress who have not had an opportunity to do so to come to Louisiana and evaluate with your own eyes the extent of the damage wrought by Katrina and Rita.**

**You will be shocked by the devastation brought on by the double punch of two hurricanes in less than a month. Forty-one of 64 parishes in our state were impacted. People of Louisiana's entire coastline were affected. Homes and businesses were destroyed from Texas to Mississippi, border to border.**

**Hurricanes are a way of life for all of us in the Gulf South. We have rebounded from these storms for generations. What happened to us this year, however, can only be described as a catastrophe of Biblical proportions. We in Louisiana know hurricanes and hurricanes know us. We would not be here today if the levees had not failed.**

**As President Bush recognized, hurricanes and floods do not discriminate, and people from all backgrounds were impacted: black and white, rich and poor, Democrat and Republican. Katrina took nearly 1100 lives in Louisiana alone. We owe it to those we lost and those who lost so much to rebuild safer, stronger, and better than before.**

**I know we must devise a better response to large-scale disasters at the federal, state, and local levels. Looking back is a necessary exercise, and we will improve our response. But none of this negates the obligation of this Congress to help American citizens from the Gulf Coast who literally and figuratively are feeling they have been left out in the cold.**

**There are important steps Congress must take in support of our recovery, and that is why I am here today. There are endless needs that must be addressed. Today I ask you to focus on five specific priorities:**

- **Strengthening our levee system and rebuilding our coastal wetlands;**
- **Restoring housing;**

2

- **Directing special tax incentives to affected businesses and families;**
- **Addressing health care needs; and**
- **Providing support for our displaced students and their schools.**

If families don't feel safe, they won't come home.  We experienced a catastrophic structural failure of our levee system.  It needs to be repaired immediately and then strengthened, so our families can come home.

My Administration is developing Louisiana's master plan for a Category 5 hurricane coastal protection and restoration system.  I hope you can support this critical long-term solution, which can be paid for by simply giving Louisiana our fair share of oil and gas revenues from the Outer Continental Shelf.

I am recommending that we implant monitoring installations and conduct more rigorous inspections of our levees.  The federal government funds our levees just as they do bridges and damns across the country, and we need you to provide adequate funding now.  This is our number one priority.  As I've said before, if the levees had not failed, we wouldn't be having this hearing.

Next, we must address housing.  In Louisiana, Katrina and Rita wiped out 205,000 homes in less than a month.  This has <u>never</u> happened to any state in this nation.  Our people have homes that are not livable.  Some are just piles of rubble.  Others are washed away.  Our people need affordable housing.

I allocated nearly $200 million in tax-exempt bonds for low-interest loans to rebuild and renovate damaged houses and apartments.  We need Congress too.  I ask you to appropriate Community Development Block Grant funding, just as you did for New York after 9-11.  Louisiana needs at least $12.1 Billion, a significant amount of which will be allocated to rebuilding housing stock and providing other assistance to homeowners.

 Congressman Richard Baker's bill to create a Louisiana Recovery Corporation to help homeowners whose homes were destroyed to clear their mortgages and prevent them from losing their pre-storm equity is one way to help.  The important thing about this bill is that returning residents receive first priority to buy back in their neighborhoods.

The insurance problem has to be addressed head-on.  Many families were told that they were not vulnerable to flooding.  Therefore, only two out of every five people affected by the storms had flood insurance.  Most homeowners' policies will not pay flood losses.  We have an estimated $20-30 Billion in uninsured losses.

If Congress fails to help our people will have no money to rebuild.  This is the situation. Hardworking Americans who did everything right have lost their homes, they're being denied insurance coverage, and end up with ruined credit ratings, all through no fault of their own. I am asking you not to forget them.
It's all because the levees failed.

3

I am also asking you to at least prevent foreclosures and bankruptcies resulting from the storms from appearing against credit ratings.  It is the humane thing to do.

Our businesses need help quickly.  More than 80,000 businesses in Louisiana were stilled, and at least 18,000 of those were completely destroyed.  Our businesses need far more than the state can provide for them to survive.  Please provide significant tax incentives for them.  We need them open.  Then government can get out of the way and let businesses get back to the business of creating jobs.

Let me tell you about one company.  The New Orleans Public Service utility system lost every single customer for a sustained period of time, and their entire system was destroyed.  That has never happened to a utility before.  Congress helped CON-ED after 9-11, and I ask you to help this utility.  High electric rates will compromise our ability to recover.

Many of our citizens now find themselves unemployed and newly eligible for Medicaid as a result of the storm.  We are asking for a 100% federal match for Medicaid to help us get past our problems.

Our displaced students are in schools all over the country.  Please allow funding to follow students to their new districts.  Our colleges and universities need help too.

We are writing the book on lessons learned in a catastrophe of this magnitude, and I recommend five hard-core musts for Congress and the private sector to consider.  They are:

- **Achieving Communications Interoperability;**
- **Reforming the Stafford Act for flexibility;**
- **Focusing on the Elderly in Disasters;**
- **Adopting First Responder EMACs; and**
- **Negotiating Agreements with the Private Sector.**

Hurricane Ivan threatened us last year.  Our evacuation looked like Houston's – not very pretty.  Before Katrina came, I developed a new evacuation plan that includes contra-flow, where both sides of the interstates are used for outbound traffic.  I am proud that we rapidly moved over 1.2 million people – some 92% of the population – to safety without gridlock or undue delay prior to Katrina.  I know most of you did not notice our success.  After all, when 1000 airplanes land safely it's not news.  When one crashes, it is.

Communication systems collapsed.  You can't coordinate if you can't communicate.  What we experienced in Katrina was not a failure to communicate, but an inability to communicate.  Four years after 9-11, our nation should have learned this lesson.  Prior to Katrina, I instructed the Louisiana State Police to make interoperability our top homeland security priority.  We were making the investments to move to the new emergency 700-megahertz frequency and will continue to do so.  This is an expensive project that must extend beyond law enforcement to include all emergency services.

4

We need uniform standards and funding for a network that stands up under stressful conditions. Also, mobile communications units should always be pre-positioned to move in quickly as a backup.

Members of Congress, thank you for putting $62 billion into a fund to help us in the early days of this catastrophic event. This money, because of limitations in the Stafford Act, often cannot be used to meet the real needs of our communities. Our hands are tied because there is no mechanism to turn the dollars into action on the ground in mega emergencies. The law limits our ability to adopt practical, less expensive solutions.

Let me give you two examples. FEMA is not allowed to use Stafford Act funding to invest in permanent housing. We have lost a massive amount of housing, hundreds of millions are being spent on temporary housing. That money would be better invested in meeting our very real need for permanent housing.

And second, in an extraordinary catastrophe, when local governments lose their entire tax base, the Stafford Act should allow local governments to be able to pay regular time for some period of time. Currently, only overtime pay is allowed.

There are many more examples of needed reforms, and I discussed these with Secretary Chertoff yesterday.

We learned from Katrina the vulnerability of senior citizens in the event of a catastrophe. It breaks my heart that the victims of this storm were mostly elderly. We are looking into this tragedy at a state level, and we will share our recommendations so we can all do more to protect the elderly in the event of other natural disasters or terrorist attacks.

Normal procedures for large hospitals in the event of hurricanes are to shelter in place in order to treat hurricane related injuries. In a hurricane prone region such as the Gulf Coast, it would be impractical to fly patients in frail health all over the country every time serious storms threaten. This is the challenge. With the movement and threat posed only by Hurricane Katrina, all coastal hospitals and nursing homes from Florida, Alabama, Mississippi and Louisiana would have evacuated.

We must do a better job at ensuring that hospitals that do remain open are able to retain power and functionality in the event of a storm.

To eliminate paperwork and get all first responders on the ground working quickly, states should negotiate pre-storm first responder compacts called EMACs. These agreements would pre-certify personnel like sheriffs, deputies, firefighters, municipal police, marshals, and other first responders, saving valuable search and rescue time.

The private sector needs to step up to the plate too. Some major airlines cancelled flights into the New Orleans area on Saturday before the storm hit on Monday. They could have flown safely through noon on Sunday. Thousands of tourists were left stranded. I

5

**encourage the airline industry to adopt voluntary agreements to fly tourists out of threatened areas as part of a larger emergency network.**

**At home in Louisiana, we have all tightened our belts and reshuffled our priorities to help our state recover. We are taking bold steps to help ourselves, but the gravity of our loss demands help from Congress too. In November, we completed a Special Session of the legislature dedicated to the recovery. We enacted legislation to provide aggressive oversight of local levee boards while integrating Louisiana's hurricane and coastal protection efforts. I will be proposing further levee board consolidation and reform.**

**For the first time ever, we adopted a uniform statewide building code.**

**The state took over control of the failing schools of New Orleans.**

**We enacted significant tax breaks and incentives for businesses and families.**

**And ethics laws related to the handling of recovery funds have been strengthened.**

**In Louisiana, there is no such thing as deficit spending. We have to balance our budget every year. The $600 million in budget cuts were tough. But these tough choices are in response to our new reality.**

**We are a small and hardworking state operating on a tight budget. We are doing everything we can to overcome the crippling nature of the storms. We have been served with a $3.7 billion estimated bill from FEMA – adding insult to injury. This is an unprecedented amount for any state to have to pay as its share of FEMA expenditures.**

**In light of all the money the United States has forgiven foreign debtors, in light of the billions of Federal dollars poured into New York after 9-11, into California after the earthquakes, and into Florida after Andrew, surely we are entitled to no less.**

If we can rebuild Baghdad, we can surely rebuild the Gulf Coast.

The President of the United States stood in Jackson Square and vowed that America would do whatever it took to rebuild our state. You are the guarantors of the President's word.

Down in Louisiana, our people watch the national news and they hear about something called Katrina fatigue....they hear that Washington is tired of talking about the storm and the problems of the Louisiana people. Well, we're tired of it too. We're tired of the tears. We're tired of the suffering. We're tired of being out of our homes and businesses. We're tired of the separation of our families. All this because the levees failed.

**Our people are anxious to renew, rebuild and restore. We don't want your pity, we just need a little help.**

6

BARGE 000481

      **I ask Congress to stand up and help us rebuild.  Please stand by our people in this winter of discontent.**

      **Please do not delay.  Our people deserve a peaceful and holy Christmas season.**

      **Thank you.**

7