# **EXHIBIT 9**

1　　　　　　UNITED STATES DISTRICT COURT

2　　　　　EASTERN DISTRICT OF LOUISIANA

3　　* * * * * * * * * * * * * * * * * * * * * * *

4

5　　IN THE MATTER OF THE　　　　CIVIL ACTION NO.
　　　COMPLAINT OF INGRAM BARGE　05-4419
　　　COMPANY AS OWNER OF THE　　　C/W 05-4237

6　　ING4727, PETITIONING FOR　　　C/W 05-5531
　　　EXONERATION FROM OR　　　　　　C/W 05-5724

7　　LIMITATION OF LIABILITY

8　　　　　　　　　　　　　　SECTION "C" (2)

9　　* * * * * * * * * * * * * * * * * * * * * * *

10　　　　　　　　　Deposition of RAYMOND GRABERT, JR.,

11　　taken at the offices of Emmett, Cobb, Waits, &

12　　Henning, located at 1515 Poydras Street, Suite

13　　1950, New Orleans, Louisiana 70112, beginning on

14　　the 27th day of October, 2006.

15

16

17

18

19

20

21　　Reported by:

22　　　　　　Peter Caruso, CCR-CVR
　　　　　　　Certified Court Reporter

23

24

25

2

```
1    APPEARANCES:

2

3    Representing the Plaintiffs,
         Ethel Mumford, et al:

4    WIEDEMANN & WIEDEMANN
         Attorneys at Law
5    By: Lawrence D. Wiedemann, Esq. (#13457)
         821 Baronne Street
6    New Orleans, Louisiana 70113

7    LAW OFFICE OF BRIAN A. GILBERT
         Attorneys at Law
8    By: Brian A. Gilbert, Esq. (#21297)
         3232 Edenborn Avenue
9    Metairie, Louisiana 70002

10   MR. PATRICK J. SANDERS, ESQ. (#18741)
         Attorney at Law
11       3316 Ridgelake Drive
         Metairie, Louisiana 70002
12
     Representing the Plaintiffs,
13       The Parfait Family, et al:

14   LAW OFFICES OF ASHTON R. O'DWYER, JR.
         Attorneys at Law
15   By: Ashton R. O'Dwyer, Jr., Esq. (#10166)
         365 Canal Street
16       Suite 2670
         New Orleans, Louisiana 70130
17

18   Representing Joseph C. Domino, Inc.
         and Unique Towing, Inc.:
19
     EMMETT, COBB, WAITS & HENNING
20       Attorneys at Law
     By: John F. Emmett, Esq.
21       1515 Poydras Street
         Suite 1950
22       New Orleans, Louisiana 70112

23

24

25
```

3

```
 1        Representing Joseph C. Domino, Inc.:

 2            HARRIS & RUFTY, L.L.C.
              Attorneys at Law
 3            By: Jill S. Willhoft, Esq.
              650 Poydras Street
 4            Suite 2710
              New Orleans, Louisiana 70130
 5
          Representing LaFarge North America, Inc.:
 6
              CHAFFE, McCALL, L.L.P.
 7            Attorneys at Law
              By: Robert B. Fisher, Jr., Esq.
 8            2300 Energy Centre
              1100 Poydras Street
 9            New Orleans, Louisiana 70163

10        Representing Ingram Barge Company:

11            LISKOW & LEWIS
              Attorneys at Law
12            By: Don Haycraft, Esq.
              701 Poydras Street
13            50th Floor
              New Orleans, Louisiana 70139
14

15        Representing New York Marine and
              General Insurance Company:
16
              SUTTERFIELD & WEBB, L.L.C.
17            Attorneys at Law
              By: Daniel A. Webb, Esq.
18            650 Poydras Street
              Suite 2715
19            New Orleans, Louisiana 70130

20        Representing American Owners Mutual
              Protection and Indemnity Association:
21
              MONTGOMERY, BARNETT, BROWN & READ,
22            HAMMOND & MINTZ
              Attorneys at Law
23            By: Philip S. Brooks, Jr., Esq.
              1100 Poydras Street
24            New Orleans, Louisiana 70163

25
```

4

1    <u>Representing Board of Commissioners,</u>
         <u>Port of New Orleans</u>:

2

3    **DAIGLE, FISSE & KESSENICH**
     Attorneys at Law.
     By: Jonathan H. Sandoz, Esq.

4    P. O. Box 5350
     Covington, Louisiana 70434-5350

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

5

EXAMINATION INDEX

Caption . . . . . . . . . . . . . . . . . 1

Appearances . . . . . . . . . . . . . . . 2

Stipulation . . . . . . . . . . . . . . . 4

Examination

    By Mr. Wiedemann. . . . . . . . . . . 6

Reporter's Page . . . . . . . . . . . . . 86

Certificate . . . . . . . . . . . . . . . 87




EXHIBIT INDEX

No. 11 . . . . . . . . . . . . . . . . . .77

No. 12 . . . . . . . . . . . . . . . . . .77

6

1                 S T I P U L A T I O N

2

3            It is stipulated and agreed to, by and

4       between counsel, that the deposition of Raymond

5       Grabert, Jr., is hereby taken, pursuant to Notice,

6       for all purposes, under the rules of the Louisiana

7       Code of Civil Procedure;

8            That the parties hereto waive all

9       formalities in connection with the taking of this

10      deposition;

11           That all objections, except those as to

12      the form of the question and/or the responsiveness

13      of the answer, are reserved until the time of the

14      trial of this case.

15

16                      *   *   *   *   *

17

18

19           Peter Caruso, Certified Court Reporter,

20      officiated in administering the oath to the

21      herein witness.

22

23

24

25

RAYMOND GRABERT                                                MINIDEP by Kenson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

• • • • • • • • • • • • • • • • • • • • • • •

IN THE MATTER OF THE              CIVIL ACTION NO.
COMPLAINT OF INGRAM BARGE         05-4419
COMPANY AS OWNER OF THE             C/W 05-4237
ING4727, PETITIONING FOR            C/W 05-5531
EXONERATION FROM OR                 C/W 05-5724
LIMITATION OF LIABILITY

                    SECTION "C" (2)

• • • • • • • • • • • • • • • • • • • • • • •

                Deposition of RAYMOND GRABERT, JR.,
taken at the offices of Emmett, Cobb, Waits, &
Henning, located at 1515 Poydras Street, Suite
1950, New Orleans, Louisiana 70112, beginning on
the 27th day of October, 2006.

Reported by:
Peter Caruso, CCR-CVR
Certified Court Reporter

APPEARANCES:

Representing the Plaintiffs,
   Ethel Mumford, et al:

WIEDEMANN & WIEDEMANN
Attorneys at Law
By: Lawrence D. Wiedemann, Esq. (#13457)
821 Baronne Street
New Orleans, Louisiana 70113

LAW OFFICE OF BRIAN A. GILBERT
Attorneys at Law
By: Brian A. Gilbert, Esq. (#21297)
3232 Edenborn Avenue
Metairie, Louisiana 70002

MR. PATRICK J. SANDERS, ESQ. (#18741)
Attorney at Law
3316 Ridgelake Drive
Metairie, Louisiana 70002

Representing the Plaintiffs,
   The Parfait Family, et al:

LAW OFFICES OF ASHTON R. O'DWYER, JR.
Attorneys at Law
By: Ashton R. O'Dwyer, Jr., Esq. (#10166)
365 Canal Street
Suite 2670
New Orleans, Louisiana 70130

Representing Joseph C. Domino, Inc.
   and Unique Towing, Inc.:

Representing Joseph C. Domino, Inc.:

HARRIS & RUFTY, L.L.C.
Attorneys at Law
By: Jill S. Willhoft, Esq.
650 Poydras Street
Suite 2710
New Orleans, Louisiana 70130

Representing LaFarge North America, Inc.:

CHAFFE, McCALL, L.L.P.
Attorneys at Law
By: Robert B. Fisher, Jr., Esq.
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

Representing Ingram Barge Company:

LISKOW & LEWIS
Attorneys at Law
By: Don Haycraft, Esq.
701 Poydras Street
50th Floor
New Orleans, Louisiana 70139

Representing New York Marine and
   General Insurance Company:

SUTTERFIELD & WEBB, L.L.C.
Attorneys at Law
By: Daniel A. Webb, Esq.
650 Poydras Street
Suite 2715

Representing Board of Commissioners,
Port of New Orleans:

DAIGLE, FISSE & KESSENICH
Attorneys at Law
By: Jonathan H. Sandoz, Esq.
P. O. Box 5350
Covington, Louisiana 70434-5350

                                          - 4 -

RAYMOND GRABERT                                          MINIDEP by Kenson

EXAMINATION INDEX

Caption . . . . . . . . . . . . . . . . . . . 1

Appearances . . . . . . . . . . . . . . . . 2

Stipulation . . . . . . . . . . . . . . . . 4

Examination

    By Mr. Wiedemann. . . . . . . . . . . . 6

Reporter's Page . . . . . . . . . . . . . . 86

Certificate . . . . . . . . . . . . . . . . 87


EXHIBIT INDEX

No. 11 . . . . . . . . . . . . . . . . . . . .77

No. 12 . . . . . . . . . . . . . . . . . . . .77

- 5 -

STIPULATION

It is stipulated and agreed to, by and
between counsel, that the deposition of Raymond
Grabert, Jr., is hereby taken, pursuant to Notice,
for all purposes, under the rules of the Louisiana
Code of Civil Procedure;
    That the parties hereto waive all formalities
in connection with the taking of this deposition;
    That all objections, except those as to the
form of the question and/or the responsiveness of
the answer, are reserved until the time of the
trial of this case.

* * * * *

    Peter Caruso, Certified Court Reporter,
officiated in administering the oath to the
herein witness.

- 6 -

RAYMOND GRABERT                                          MINIDEP by Kenson

1        Raymond Grabert, Jr.,
2  810 Lake Arthur Court, Slidell, Louisiana, after
3  having been first duly sworn by the reporter to
4  tell the truth, the whole truth, and nothing but
5  the truth, was examined and testified as follows:
6              EXAMINATION
7  BY MR. WIEDEMANN:
8        Q.  Would you state your full name, please,
9  sir?
10       A.  Raymond J. Grabert, Jr.
11       Q.  And your address, Mr. Grabert?
12       A.  810 Lake Arthur Court, Slidell,
13  Louisiana.
14       Q.  And how old are you, sir?
15       A.  47.
16       Q.  And your educational background?
17       A.  I just went to the eighth grade.
18       Q.  And since completing the eighth grade,
19  what has been your main business, occupation?
20       A.  Tugboat.  I decked on boats, and I
21  become a captain when I was 21.
22       MR. EMMETT:
23            Before we go any further, usual
24       stipulation?
25       MR. WIEDEMANN:

                  - 7 -

1        Yes.
2        MR. EMMETT:
3            We reserve everything.  And we'll
4        tell you about reading and signing at
5        the end.
6  BY MR. WIEDEMANN:
7        Q.  And you say you started out as a deck
8  hand, and you eventually became a captain?
9        A.  Right.
10       Q.  Do you hold any Coast Guard licenses?
11       A.  Yes, sir.  I hold a Masters in Towing,
12  and I have a OUTV.  That's Operator of
13  Uninspected Towing Vessel License.
14       Q.  And that's your present license?
15       A.  Yes, sir.
16       Q.  And when did you first get that license?
17       A.  When I was 21 years of age.  I don't
18  remember what --
19       Q.  We can figure it out.  Who are you
20  presently employed by?
21       A.  Boulaye Towing.
22       Q.  B-o-u-l-e-t?
23       A.  B-o-u-l-a-y-e, I think, yeah, Marine.
24       MR. EMMETT:
25            Boulaye Marine Towing.

                  - 8 -

1  BY MR. WIEDEMANN:
2        Q.  How long have you been employed by
3  Boulaye Towing?
4        A.  Well, I was with Unique before Unique --
5  I mean, before Boulaye bought them out.  So I
6  don't know exactly when they bought -- I think it
7  was February of this year that Boulaye took over.
8        Q.  Boulaye bought out Unique and you just
9  went over --
10       A.  And swapped that over.
11       Q.  How many vessels to your knowledge did
12  Unique own before they were bought out by --
13       A.  At that time I think he only had one,
14  Unique.
15       Q.  What was that vessel?
16       A.  M/V REGINA H.
17       Q.  And were you at some point in time
18  assigned to the REGINA H?
19       A.  Well, what you mean "assigned?"
20       Q.  Were you a captain or --
21       A.  Yeah.  I was a captain on the REGINA.
22  Well, second captain on the REGINA H.  From when
23  Unique had it and when Boulaye took it over.
24       Q.  You were the captain on the REGINA H in
25  August of 2005?

                  - 9 -

1        A.  Yes, sir.
2        Q.  Is that correct?
3        A.  Yes, sir.
4        Q.  When you say you were the second
5  captain, was --
6        A.  Well, Mike -- little Richard Loup, he's
7  the head captain.  He was off his time off at the
8  time.
9        Q.  Richard Loup?
10       A.  Yes, sir.
11       Q.  So when you were on duty you were the
12  captain?
13       A.  I was the head captain.  I was the
14  master of the vessel.
15       Q.  How many crew members did they have on
16  the REGINA H in August of 2005 besides yourself?
17       A.  Besides myself, three.
18       Q.  And who would they be?
19       A.  Well, Gary Dufrene was the other pilot.
20  My relief captain, rather.  And Mark Templett was
21  the other deck hand.  And Eric Thigpen was a deck
22  hand.
23       Q.  And in August of 2005, let's use August
24  the 27th, how were you working?  How many days
25  on, how many days off?

                  - 10 -

RAYMOND GRABERT                                           MINIDEP by Kenson

1   A. I believe back then we was working 14
2  and 7.
3       Q. 14/7? And were the crew members that
4  you named, Loup and Dufrene, and Templett and
5  Thigpen, work the same schedule?
6       A. Yeah. They worked the same schedule.
7       Q. And on your 14 days on, what was your
8  work schedule?
9       A. We work 12 hours a day.
10      Q. So if you worked 12 hours there would be
11 a relief captain?
12      A. Yeah, Gary Dufrene. I worked 12, then
13 he'd take over for 12 hours.
14      Q. And did you always work the same 12
15 hours or was there --
16      A. Yes, sir, the same 12.
17      Q. What was the tour that you worked, what
18 12 hours?
19      A. Well, I was the daytime hours. I'm
20 trying to remember. I can't exactly remember,
21 but if I could look through this log.
22      Q. You could look at the log.
23      A. I'm trying to remember what time he got
24 up.
25      MR. EMMETT:

                    - 11 -

1            We've only got two of them. If you
2       want them all, I can get them.
3       THE WITNESS:
4            I think it was probably from 6:00 in
5       the morning 'till 6:00 in the evening.
6       I think that's about right.
7  BY MR. WIEDEMANN:
8       Q. And at that time, on August 27 of 2005,
9  where was the REGINA H? Where was it based at,
10 at that time?
11      A. Well, we base -- our base was Waterman
12 Fleet on the river.
13      Q. And where is that located?
14      A. I think it's Mile 93. I'm not really
15 sure. 93 1/2, something like that.
16      Q. So it would be Mile Marker 93 or 93 1/2.
17      A. Right.
18      Q. And on a day by day basis that would be
19 your base?
20      A. Right. Whenever we'd finish a job we
21 returned to that point.
22      Q. And what was that, Mile 95?
23      A. It's a fleet?
24      Q. Fleet?
25      A. Yeah.

                    - 12 -

1       Q. What's the name of the fleet?
2       A. It's Waterman Fleet.
3       Q. And what was the connection between the
4  owner of the REGINA H, Unique at that time, in
5  August of 2005? What was the connection between
6  Unique and the Waterman Fleet?
7       A. Well, they just let us tie there when we
8  didn't have any work, because usually, you know,
9  we pick up work from them every now and then. So
10 we just -- if we didn't have a job we stayed at
11 -- right there at their fleet.
12      Q. Unique, as far as you know, did they
13 have any financial interest in Waterman Fleet?
14      A. No.
15      Q. How far is the Waterman Fleet from the
16 Industrial Canal?
17      A. A mile, maybe. The locks are at Mile
18 94, I think. So it's only about a mile away from
19 Algiers. Waterman Fleet to the Industrial Locks
20 was maybe a mile.
21      Q. And how many barges could they fleet at
22 that facility?
23      A. It's kind of hard because they get these
24 last barges that load on the ships. So they
25 might have anywhere from 100 to 200 barges in the

                    - 13 -

1  fleet. I mean, it's real, real small barges.
2       Q. Were there other vessels, other than the
3  REGINA H, that operated out of the Waterman
4  Fleet?
5       A. The fleet boat is named the VIRGINIA.
6  They take care of the fleet.
7       Q. The VIRGINIA would work exclusively in
8  the fleet?
9       A. Right. They stayed in the fleet.
10 They're the fleet boat.
11      Q. And who owns the Waterman Fleet; do you
12 know?
13      A. I really don't know who owns it.
14      Q. The VIRGINIA, would it take barges from
15 one place to another, other than the fleet
16 itself?
17      A. Well, every now and then they might, you
18 know, but they usually stay strictly into the
19 fleet. They watch the fleet.
20      Q. What kind of vessel is the VIRGINIA?
21      A. 800 horsepower push boat.
22      Q. And the REGINA H is what --
23      A. Also 800 horsepower push boat.
24      Q. Were there any other vessels, other than
25 the REGINA H and the VIRGINIA connected with the

                    - 14 -

RAYMOND GRABERT                                                    MINIDEP by Kenson

1  Waterman Fleet operation?
2      A. I really can't remember that far back.
3  I knew it was just them in the fleet at the time,
4  but --
5      Q. What other fleeting operations do they
6  have in that area around, say, ten miles on
7  either side of the Industrial Canal, to your
8  knowledge?
9      A. On the other side of the canal?
10     Q. On either side of the canal.
11     A. Well, above the point, which is maybe
12  another mile above, there's -- used to be Orgulf
13  Fleet. But it's now Zito Fleet.
14     Q. And Zito Fleet, do you know
15  approximately when it became Zito?
16     A. For years and years it was --
17     Q. In August of 2005 it was Zito Fleet,
18  right?
19     A. I think it was changing hands from
20  Orgulf to Zito at that time, but I'm not really
21  sure.
22     Q. And how many barges would they be able
23  to accommodate at the Zito Fleet?
24         MR. EMMETT:
25            If you know. If you don't know --
                    - 15 -

1      Q. And what kind of boat was the
2  LOCKMASTER?
3      A. Either -- I think a 1,350 horsepower
4  push boat.
5      Q. And did it, from time to time, go out
6  from the fleet and do jobs? You don't know?
7      A. (no audible response).
8      Q. And any other vessels that you know that
9  were operating out of --
10     A. No.
11     Q. No?
12     A. Not really.
13     Q. Any other fleeting operations that you
14  know of in the --
15     A. Down below, I guess two miles away down
16  river, is Elmwood Dockside Fleet.
17     Q. And Elmwood Dockside Fleet, do you know
18  what mile marker it's at?
19     A. I think they start at 91.
20     Q. And Elmwood Dockside Fleet, does that
21  accommodate large barges?
22     A. Right. It -- the regular 200 x 35 foot.
23     Q. Do you know who owns and operates
24  Elmwood Dock?
25     A. Elmwood, I guess. I don't know. NIMCO
                    - 17 -

1  BY MR. WIEDEMANN:
2      Q. Approximately?
3      A. 50, 60 barges, maybe.
4      Q. I didn't mean to interrupt you. I'm
5  sorry. Is it a bigger fleet than Waterman, or a
6  smaller?
7      A. Well, they handle the big barges, what
8  y'all calling the big barges. These barges are
9  200 feet long, 35 foot wide.
10     Q. Yes.
11     A. These last barges are 62 1/2 by 32 1/2.
12  That's the --
13     Q. So Zito would handle the larger barges?
14     A. Right.
15     Q. Did they have vessels, to your
16  knowledge, connected with the Zito fleeting
17  operation?
18     A. What, being in the fleet at the time?
19     Q. Or operating out of it. Like you were
20  based at Waterman.
21     A. Yes.
22     Q. Did they not have other vessels that
23  were based at Zito?
24     A. I think there might have been -- the
25  fleet boat at that time was the LOCKMASTER.
                    - 16 -

1  or something like that. I don't really know who
2  owns it.
3          MR. EMMETT:
4             Raymond, if you don't know, tell the
5          man you don't know.
6          THE WITNESS:
7             Okay.
8          MR. EMMETT:
9             You've got to answer "yes" or "no"
10         if you know.
11         THE WITNESS:
12            Well, I don't know.
13  BY MR. WIEDEMANN:
14     Q. Were there any vessels that operated out
15  of Dockside?
16     A. 800 horsepower vessel, the CAPTAIN
17  DONALD CAPPEL. It was a fleet boat.
18     Q. Any other vessels that you know?
19     A. No.
20     Q. And the DONALD CAPPEL, it operated
21  primarily in the fleet?
22     A. Right.
23     Q. Did this fleet also have large barges,
24  the --
25     A. Right.
                    - 18 -

RAYMOND GRABERT

1  Q. -- Elmwood Dockside Fleet?
2  A. Right. It's got the regular 200 x 35.
3  Q. In August of 2005, did the REGINA H
4  sometimes bring barges in and out of the Elmwood
5  Dockside Fleet or the Waterman Fleet?
6  A. Not that day. But, I mean, we have gone
7  in and out of those fleets with barges.
8  Q. So you sometimes would either bring in
9  or take out barges from --
10  A. Right.
11  Q. -- either one?
12  A. Right.
13  Q. What other fleeting operations are you
14  aware of within, say, ten or 15 miles on either
15  side of the Industrial Canal? What about
16  Algiers?
17  A. Well, that fleet -- Orgulf Fleet is --
18  they call that Algiers Fleet, so --
19  Q. When you said the Zito Fleet --
20  A. Right. Well, they just changed names.
21  And that fleet up above that would be the fuel
22  dock, Johnny Stone's fuel dock.
23  Q. Johnny Stone?
24  A. Yeah, John W. Stone Fuel. It's right
25  above the GNO Bridge.

- 19 -

1  the ACL dock?
2  A. At that time it was a M/V PINTO, 1,350
3  horsepower boat.
4  Q. PINTO?
5  A. Yeah.
6  Q. Was that a fleet boat or --
7  A. Yeah, it's the fleet boat.
8  Q. In its operations with the fleet, did it
9  also from time to time take barges from one fleet
10  to another or to --
11  A. Well, they mostly take care of the ship
12  side barges in the harbor. They go alongside of
13  the ship for the barges to unload cargo out the
14  ships into the barges.
15  Q. Any other fleeting operations that you
16  know of?
17  A. Not that close.
18  Q. What's the next closest one that you
19  know of?
20  A. That would be Cargill Grain Elevator.
21  Q. And that accommodates large barges?
22  A. Yeah, grain barges.
23  Q. How would the REGINA H -- and all the
24  questions I'm going to ask you are going to be
25  pertaining, unless I say otherwise, to --

- 21 -

1  Q. And do they have a fleeting operation
2  there or is that just a fuel dock?
3  A. It's a fueling operation and bunkers,
4  also. You know, bunker ships.
5  Q. If someone asked you, you would call the
6  Zito Fleet, the Algiers Fleet?
7  A. Well, that's -- everybody called it
8  Algiers or the A Fleet. They got several names
9  for it.
10  Q. Now, are there any other fleets that you
11  know of, fleeting operations, in that vicinity?
12  A. Within ten miles?
13  Q. Yes.
14  A. The next one would be in Marrero. ACBL
15  Marrero Fleet. That's Mile 100.
16  Q. AC, what?
17  A. ACBL. Well, it's called ACL.
18  Q. ACBL?
19  A. It's ACL now. American Commercial Line.
20  Q. And that's, where?
21  A. By Mile 99. Between 99 1/2 and 100.
22  Q. And is that a facility that can
23  accommodate large barges?
24  A. Right. The same as the others.
25  Q. Do they have vessels that operate out of

- 20 -

1  A. Okay.
2  Q. -- August 27th or thereabouts --
3  A. All right.
4  Q. -- 2005.
5  A. Okay.
6  Q. And if I say 1995, it's not on purpose.
7  A. Okay.
8  Q. So at that time, how would the REGINA H
9  or Unique Towing receive dispatches as to where
10  to go and what to do?
11  A. At this time it was over the cell phone.
12  I got a cell phone call.
13  Q. What was your cell phone number at that
14  time?
15  A. 504-415-5046.
16  Q. So all of your assignments would come by
17  cell phone?
18  A. From over the cell phone, right.
19  Q. And they would come from, whom?
20  A. Either Scott Castaigne (phonetic)--
21  Q. And he's the dispatcher?
22  A. Right. Or either Morris Lasanne
23  (phonetic). He's another dispatcher.
24  Q. Lasanne?
25  A. Yeah.

- 22 -

RAYMOND GRABERT

1  Q.  And who did Castaigne and Lasanne work
2  for?
3  A.  Joseph C. Domino.
4  Q.  So they were dispatchers for Joe Domino?
5  A.  Right.
6  Q.  And one of those at this time would be
7  the ones who would contact you by cell phone and
8  tell you where to go?
9  A.  Right.
10  Q.  If you would call them, how would you
11  reach them if you needed --
12  A.  By cell phone.
13  Q.  And what was the cell phone insofar as
14  the Joe Domino dispatchers?  Where would you
15  call?
16  A.  I'd call the office.  341-1122 was the
17  phone number.  504.
18  Q.  So the communication at that time, if it
19  was coming from you, would come from the cell
20  phone you just gave me, 415-54 --
21  A.  Yeah.  5046.
22  Q.  5046.  And if it was coming in to you,
23  it would come from the other number?
24  A.  Correct.
25  Q.  341-1122?

- 23 -

1  A.  Yeah.
2  Q.  Can you patch in more than one person on
3  that?
4  A.  No.  It don't have the group.  It's just
5  two-way.
6  Q.  So if you were talking on the two-way
7  radio you would be talking -- in the case of
8  talking with the dispatcher, to Castaigne or
9  Lasanne, it wouldn't be anybody else?
10  A.  No.  They don't -- no.  It's just
11  two-way.
12  Q.  What was the connection, as far as you
13  know, between REGINA H and Unique, and Joe
14  Domino?
15  A.  What is the connection?
16  Q.  Yes, if you know.
17  A.  Well, they're our broker.  I think they
18  broker the boat.  They give all the jobs to the
19  boat.
20  Q.  And you were paid by, whom?
21  A.  The boss that owned the vessel.
22  Q.  No.  I mean, how would your checks or
23  your method of pay --
24  A.  It comes from Unique Towing before they
25  sold to Boulaye.

- 25 -

1  A.  Right.
2  Q.  Would the same be true for the relief
3  captain, the one that work the opposite you?
4  A.  Right.  Everybody on the vessel would
5  use that phone.
6  Q.  Did the REGINA H have any method of
7  contacting either Joe Domino's dispatchers or
8  anyone else by e-mail or fax?
9  A.  No.  We don't have any computers or
10  nothing on the boat.
11  Q.  And no fax capabilities?
12  A.  We got a Nextel two-way radio on the
13  vessel, too, on the cell -- same phone as a
14  two-way radio.
15  Q.  But is that connected with the Nextel
16  cell phone or is it --
17  A.  Yeah.  The phone we have on the vessel,
18  the number I just gave you, it has a Nextel
19  two-way radio, too.  So sometime they call us on
20  that, too.
21  Q.  So you could hold a conversation --
22  A.  Right.
23  Q.  -- on the --
24  A.  Two-way radio.
25  Q.  -- two-way radio?

- 24 -

1  Q.  So you would get a check from Unique
2  Towing?
3  A.  Yeah, Unique Towing.
4  Q.  And that would be true of the other deck
5  hands and --
6  A.  Right.
7  Q.  -- the relief captain?
8  A.  Right.
9  Q.  And who else would be, if you know, in
10  the Joe Domino dispatch office?  Who else would
11  be in there; do you know?
12  A.  At that time Gerald McNeill.  He's the
13  owner of Joe C. Domino.
14  Q.  And where was that office?  Where were
15  they operating out of in --
16  A.  On River Road in Marrero.  I don't know
17  the exact address.
18  Q.  Did you sometimes talk to Gerald
19  McNeill?
20  A.  Yeah.  Sometime he had weekend duty.  He
21  would take Saturday and Sunday.  And I'd talk to
22  him, too.
23  Q.  When you say "weekend duty," he would
24  sometimes act as a dispatcher?
25  A.  Right.  He was a dispatcher on the

- 26 -

RAYMOND GRABERT                                          MINIDEP by Kenson

1 weekends sometime.
2    Q.   Now, in the Joe Domino office, did
3 incoming calls, if you know, from potential
4 customers, come in by cell phone?
5    A.   I really don't remember.
6    Q.   Do you know whether they had fax
7 capacity or e-mail capacity?
8    A.   I don't go to that office that much.
9    Q.   So you don't know what capabilities they
10 have other than the cell phone that you dealt
11 with?
12    A.   No.
13    Q.   What?
14    A.   No. I don't know how they -- you know,
15 I guess telephone. I mean, that's all I know.
16    Q.   And did you from time to time, when you
17 were with Unique at this time, do any work with
18 Lafarge in the Industrial Canal?
19    A.   From time to time. We -- we'd shift
20 their barges for them.
21    Q.   You would shift them?
22    A.   Yeah. You know, whatever they wanted.
23 Whatever the orders were, you know.
24    Q.   Did you from time to time bring barges
25 from out of the canal at the Lafarge facility to
                        - 27 -

1 other locations?
2    A.   Yeah. I have already in the past
3 brought barges from different fleets to there,
4 and I brought from there to different fleets.
5    Q.   And did you have any direct connection
6 at that time with Lafarge or did you have --
7    A.   No. I didn't have any kind of
8 communication with --
9    Q.   Did you have a capability? Did you have
10 a telephone number?
11    A.   No, I didn't have any number for it.
12    Q.   So you had no way of communicating
13 directly with Lafarge?
14    A.   Not until I got there, I mean, and there
15 wasn't nobody around.
16    Q.   I mean on a --
17    A.   No.
18    Q.   -- voice communication?
19    A.   No, sir.
20    Q.   Did you have any connection with Ingram
21 at that time?
22    A.   No, sir.
23    Q.   You never had any contact, either
24 telephone or otherwise, with Ingram?
25    A.   No, sir.
                        - 28 -

1    Q.   Did you sometimes take Ingram barges
2 from the Lafarge facility to fleeting operations?
3    A.   I think in the past I have.
4    Q.   Did you take barges from the fleeting
5 operation into Lafarge?
6    A.   Right. Yes, sir.
7    Q.   And when you would take a barge, I'm
8 talking about an Ingram barge, from the Lafarge
9 facility, to what fleeting operations would you
10 go, if you remember?
11    A.   Most of the time to that fleet, Orgulf,
12 Zito Fleet. We'd usually bring them there.
13    Q.   So to the best of your recollection,
14 when you would take a barge from --
15    A.   Lafarge?
16    Q.   -- Lafarge you would bring it to the
17 Zito or Algiers Fleet?
18    A.   Right.
19    Q.   Would someone instruct you where to take
20 the barge?
21    A.   Yes, sir, my dispatcher.
22    Q.   Your dispatcher would tell you where you
23 were to deliver the barge?
24    A.   Right.
25    Q.   The barges that you would pick up at
                        - 29 -

1 Lafarge and take to the Zito Fleet operation
2 would be empties?
3    A.   Yeah, most of the time. I mean,
4 sometime it would be a load. It depends, you
5 know.
6    Q.   But did you sometimes bring in loaded --
7 and I'm talking about Ingram loaded barges to --
8    A.   Right.
9    Q.   What?
10    A.   That was mostly what we brought, the
11 loads in, empties out.
12    Q.   So the loaded barges, and I'm speaking
13 about Ingram loaded barges --
14    A.   Right.
15    Q.   -- when they would come in, would they
16 go to the Algiers Fleet before they went into the
17 Lafarge facility?
18    A.   It's different -- you know, we'd pick
19 them up different places. Most of the time they
20 would come from Algiers Fleet, though.
21    Q.   What other places did you pick them up
22 at, that you can remember?
23    A.   Now, you speaking just Ingram barges,
24 huh?
25    Q.   Yes.
                        - 30 -

RAYMOND GRABERT | MiniDep by Kenson

1  A. That's mostly where we got them from,
2 was Algiers Fleet.
3  Q. And did you bring in other cement barges
4 of other companies into Lafarge?
5  A. Yeah. We got some from Elmwood Dockside
6 Fleet.
7  Q. And they would be loaded with cement?
8  A. Yes, sir. Yes, sir.
9  Q. And did you take empty barges out of the
10 Lafarge facility to other fleeting --
11  A. Yes, sir.
12  Q. What?
13  A. Yes, sir.
14  Q. And the only ones you can remember is
15 where you would go to the Elmwood Dockside?
16  A. Right.
17  Q. What?
18  A. Well, Elmwood Dockside and Algiers Fleet
19 was the two main places.
20  Q. But it wouldn't be your decision as to
21 where they go. You would get that information
22 from your dispatcher?
23  A. Right.
24  Q. Was there any difference in the way you
25 would handle barges of Ingram from barges of

- 31 -

1 Domino dispatchers?
2  A. Yes, sir.
3  Q. Is that right?
4  A. Yes, sir.
5  MR. WEBB:
6  Captain, this is kind of like on the
7  radio. He's still talking and you're
8  answering. And I'm having trouble
9  hearing. I'm getting a little old, so
10  if you'd kind of wait until he finishes
11  before you answer.
12  THE WITNESS:
13  Okay. No problem.
14  MR. EMMETT:
15  You're doing fine. Just listen to
16  his question.
17  THE WITNESS:
18  That's all right.
19  MR. WEBB:
20  It's not your problem. It's my
21  problem. I have hearing problems.
22  THE WITNESS:
23  Oh, okay.
24 BY MR. WIEDEMANN:
25  Q. If I'm asking questions before you have

- 33 -

1 other companies?
2  A. No, sir. The same way all the time.
3  Q. You would handle them the same way no
4 matter what?
5  A. Right. It was the same routine.
6  Q. Would you get any instructions from the
7 dispatchers as to what you should do or not do
8 when picking up a barge from Lafarge or brining a
9 barge into Lafarge?
10  A. Only on special, you know, deals. And
11 usually we didn't -- you knew exactly -- I knew
12 exactly what he was talking about. When he told
13 me to do the job, I knew exactly what I had to
14 do.
15  Q. And I believe I asked you this, but I
16 want to make sure, that you never had any direct
17 method of contacting the Lafarge facility?
18  A. No, sir.
19  Q. Is that right?
20  A. No, sir.
21  Q. I'm talking about telephone --
22  A. No. Until we got to the dock.
23  Q. So the only information that you would
24 get, vis-a-vis either an Ingram barge or a barge
25 of another company, would come from the Joe

- 32 -

1 a chance to answer, just tell me so.
2  A. I'll wait until you stop.
3  Q. No. I just --
4  A. Okay.
5  Q. Because I sometimes do that, so --
6  A. All right.
7  Q. So the REGINA H, when it picked up a
8 loaded barge from any fleeting facility to take
9 into the Lafarge facility, would you have to take
10 on any particular lines or ropes, or would you
11 just use your regular --
12  A. Well, most of the time they had rigging
13 on the barges, stationary rigging that comes with
14 the barges. But if we didn't have any rigging we
15 would look around and get rigging.
16  Q. When you say "stationary rigging" you
17 mean rigging that --
18  A. That means that's stationary on the
19 barge. It's fixed to the barge.
20  Q. And it stays on the barge day in and day
21 out?
22  A. Right. Right.
23  Q. And that rigging is what you use to rig
24 the REGINA H to a barge to bring it in or take it
25 out?

- 34 -

RAYMOND GRABERT | MINIDEP by Kenson

1    A.  No.  We use our face wires on our
2  vessel.  We have two face wires that come off the
3  boat to the barge.  Face wires, I'm talking about
4  cables.
5    Q.  And two face wires, cables -- this is a
6  push barge?
7    A.  Yeah, it pushes the barge.
8    Q.  Right.  And you would use two face
9  wires, cables, to hook onto a barge?
10    A.  Right.
11    Q.  Did you all take in sometimes more than
12  one barge?
13    A.  Yes, sometime.
14    Q.  In this case we're talking about the
15  Ingram 4727.  Do you recall that number?
16    A.  Yes, sir.
17    Q.  Do you remember that?
18    A.  Yeah, I remember that.  Yes, sir.
19    Q.  Do you remember on your own memory
20  bringing the 4727 into the Lafarge facility?
21    A.  No.  I didn't bring that barge in there.
22    Q.  You didn't bring it in?
23    A.  No, sir.
24    Q.  Do you know who brought it in?
25    A.  No, sir.
                    - 35 -

1        Okay.
2  BY MR. WIEDEMANN:
3    Q.  You have in front of you a document that
4  starts off at 0:500?
5    A.  Yes, sir.
6    Q.  And it says you departed the base at
7  Mile 94.
8    A.  Yeah.
9    Q.  And that's the --
10    A.  Waterman Fleet.
11    Q.  Waterman Fleet.  Okay.  And do you know
12  who called you in reference to that particular
13  job when you departed?
14    A.  Well, I wasn't on watch at the time.
15  This is my relief's handwriting.
16    Q.  So this is not your handwriting?
17    A.  No.  No, sir.
18    Q.  You were not on the vessel at --
19    A.  I was on a vessel, but I wasn't on
20  watch.  I was sleeping at the time this job went
21  on.
22    Q.  So you don't how the call came in on
23  this particular --
24    A.  More than likely it came on the cell
25  phone, but I wasn't there.  So I really don't
                    - 37 -

1    Q.  Say between August 25, 2005 and August
2  27th or 28th, did you take any barges out of
3  Lafarge?
4    A.  I couldn't remember.  I'd have to look
5  back on my logs, but I don't recall doing it.
6    Q.  If you did, it would be on your logs?
7    A.  Right.
8    Q.  There was an occasion which is on your
9  logs, and I believe it's -- I think you've got
10  your logs there (indicating)?
11    A.  Yes, sir.
12    Q.  The log, the August 27, 2005, which is a
13  part of Exhibit 9 in a document, I believe,
14  returned by Joe Domino --
15        MR. WIEDEMANN:
16        Is that accurate?  We don't have a
17    BATES Stamp on it.
18        MR. EMMETT:
19        We don't have a BATES Stamp.
20        MR. WIEDEMANN:
21        But this is one that was returned by
22    Joe Domino, but --
23        MR. EMMETT:
24        Correct.
25        MR. WIEDEMANN:
                    - 36 -

1  know.
2    Q.  And that would have been your relief who
3  was on?
4    A.  Yeah, Gary Dufrene.
5    Q.  When did you come on, on that day, on
6  the 27th?
7    A.  Like I was saying, I thought it was
8  0:600, but I'm looking here.  This ain't my
9  handwriting, either.  So it must have been a
10  different time of the day I come on.
11    Q.  Well, it has your name at the top.
12    A.  Right.
13    Q.  It's Captain Raymond Grabert, Jr.  Isn't
14  that you?
15    A.  Yes, sir.
16    Q.  But do you recognize the handwriting?
17    A.  Yes.  It's Gary Dufrene's handwriting.
18    Q.  So you don't know when you came on duty
19  on the 27th?
20    A.  I really don't -- I couldn't tell you
21  right now because I really don't know.
22    Q.  Do you remember anything about what was
23  done on the 27th insofar as the REGINA --
24    A.  I remember going do that job at Lafarge.
25    Q.  Well, tell me when you came on.
                    - 38 -

RAYMOND GRABERT                                    MINIDEP by Kenson

1   Obviously you don't know --
2       A.  I'm trying to figure out when I come on
3   watch.
4           MR. EMMETT:
5               I don't have a complete copy of the
6           log here for the 27th.  There are four
7           sheets.  If you'll let him look at that,
8           maybe it will help him.
9   BY MR. WIEDEMANN:
10      Q.  We've got more than one.  If you can
11  show me what -- is that your --
12      A.  Okay.
13      Q.  -- handwriting.
14          MR. EMMETT:
15              Handwriting, that's you right
16          (indicating) --
17          THE WITNESS:
18              Yeah.  That's all me at the time.
19          This is Gary's right here (indicating).
20          MR. EMMETT:
21              That's Page 1.
22          THE WITNESS:
23              This is where I start, right here,
24          09:30.  This is where I started
25          (indicating).  So I imagine I come on
                        - 39 -

1           watch at 8:00 o'clock.
2   BY MR. WIEDEMANN:
3       Q.  So we're looking at the log that begins
4   at 9:30 on 8/27/05?
5       A.  Yes, sir.
6       Q.  And that bears your handwriting?  That
7   is the entries?
8       A.  Right.
9       Q.  But the other document, the preceding
10  document, which begins at 0:500 on the 27th, the
11  top part bears your handwriting.  That is, the
12  names of the --
13      A.  Right.
14      Q.  -- crew.  But the time entries are not
15  in your handwriting?
16      A.  No.
17      Q.  So apparently you came on at 9:30 on the
18  27th?
19      A.  I -- no.  He stopped the job at 8:45.
20  That was still his handwriting.  So that would be
21  9:00 o'clock, I guess.  9:00, 9:30.  I really
22  can't -- I can't remember.
23      Q.  Do you remember doing anything on the
24  job?
25      A.  No, I didn't do nothing on that job.
                        - 40 -

1       Q.  You did not?
2       A.  No.  No, sir.
3       Q.  You were asleep the whole time that the
4   job was being done or were you --
5       A.  Yeah.  I stay in my bunk room until it's
6   time to come on watch.
7       Q.  And you think you came on watch at 9:30?
8       A.  9:00 or 9:30 because I did this job.
9       Q.  Well, the 9:30 entry shows that you're
10  departing Base Mile 94 --
11      A.  94.
12      Q.  -- for Kirby.  What is Kirby?
13      A.  Kirby is a barge company.  They handle
14  all tank vessels.  It's Kirby Marine.
15      Q.  Before 9:30 on the 27th, apparently you
16  all were at Mile 94.  Well, I know that's not
17  your handwriting.
18      A.  Right.
19      Q.  Is that correct?
20      A.  Yeah.  It's supposed -- that's what it
21  says.
22      Q.  And that would be your base; is that
23  right?
24      A.  Right.
25      Q.  So you did not on this day receive the
                        - 41 -

1   call to dispatch the REGINA H?
2       A.  For what job?
3       Q.  For the job at Lafarge?
4           MR. EMMETT:
5               No.  You're confused.
6           THE WITNESS:
7               Yeah.  You --
8           MR. EMMETT:
9               The 0:500 to 8:45 job has nothing to
10          do with Lafarge.
11          MR. WIEDEMANN:
12              Okay.  I'm sorry.
13          MR. EMMETT:
14              The Lafarge job starts at 13:30.
15          And --
16          THE WITNESS:
17              Yeah.  I was dispatched --
18  BY MR. WIEDEMANN:
19      Q.  This 8/27/05 at 13:30, is that your
20  handwriting?
21      A.  Yes, sir.
22      Q.  This is, huh?
23      A.  Yes, sir.
24      Q.  So you were on duty at that time?
25      A.  Yes, sir.
                        - 42 -

RAYMOND GRABERT

1   Q.  And you must have come on apparently at
2 9:00 o'clock because it's your handwriting --
3   A.  Yes.
4   Q.  -- on the log from 9:30 until 13:30.
5   A.  Yes, sir.
6   Q.  And it's your handwriting on the next
7 document, 13:30 to 17:15?
8   A.  Yes, sir.
9   Q.  So you did take the REGINA H into the
10 Lafarge facility on the 27th?
11   A.  Yes, sir.
12   Q.  And in order to get that job started you
13 received a call from the dispatcher?
14   A.  Yes, sir, from Scott Castaigne.
15   Q.  Scott Castaigne called and told you to
16 go to the --
17   A.  Right.  To go to Lafarge and do what I
18 had to do, slip the two barges around.
19   Q.  What specifically did he tell you, if
20 you remember?
21   A.  He gave me the barge numbers and told me
22 there was an empty on the dock with a load on the
23 outside.  I would go there and flip the two
24 around, and tie the load back off to the dock.
25   Q.  So you knew there was an empty and you

- 43 -

1 knew there was a full barge?
2   A.  Right.
3   Q.  And did he tell you anything else, other
4 than to just flip them around?
5   A.  That's all they told me, was, "Go take
6 care of the job.  Go flip them around.  Call me
7 when you finish."
8   Q.  Was it necessary for him to tell you
9 anything else?
10   A.  No, not really.
11   Q.  Did he tell you, Mr. Castaigne, to take
12 any other lines or rigging with you?
13   A.  No, sir.
14   Q.  So did you assume that the lines and
15 rigging that were at the dock relative to these
16 two barges were all that was needed?
17   A.  Right.  Right.  Like I told you before,
18 the rigging's usually on the barges.  They
19 usually got rigging on them.
20   Q.  And if you need any additional rigging,
21 would the dispatcher tell you to take with you,
22 if you needed any additional rigging?
23   A.  Well, we keep rigging on the vessel, but
24 he'll tell me if I need to leave rigging and log
25 it in my log, if I got to leave rigging.

- 44 -

1   Q.  So if you used rigging --
2   A.  Right.
3   Q.  -- on a job --
4   A.  Right.
5   Q.  -- you would log it?
6   A.  Right.  I'd log it in my log.
7   Q.  And the reason for that is, it would be
8 billed?
9   A.  Right.  They'd bill them for it.
10   Q.  So if the customer requested special or
11 additional rigging, the dispatcher would tell you
12 and --
13   A.  Right.
14   Q.  -- you would log it, and that would
15 produce a bill --
16   A.  Right.
17   Q.  -- for whatever you did?
18   A.  Yes, sir.
19   Q.  On this case you were not requested --
20   A.  No, sir.
21   Q.  -- to bring anything?
22   A.  Oh, I'm sorry.
23   Q.  You were not requested to bring
24 anything?
25   A.  No, sir.

- 45 -

1   Q.  When you got to the Lafarge facility,
2 which apparently you cleared the Industrial Locks
3 light boat at 14:00; is that right?
4   A.  Well, we cleared at 14:15.
5   Q.  And then you arrived at the Lafarge
6 facility at 14:25?
7   A.  Yes, sir.
8   Q.  Tell me, what was the set up when you
9 got to the Lafarge facility?  Was there anybody
10 there at the time you arrived?
11   A.  No, sir.  There wasn't a soul around.
12   Q.  And that was at apparently 14:25; is
13 that correct?
14   A.  Yes, sir.
15   Q.  And so you didn't see any employees on
16 the facility when you arrived at 14:25?
17   A.  No, sir.  No one.
18   Q.  Was it shut down or --
19   A.  I just didn't see anybody.  The crew
20 that does the cement operation, there wasn't
21 nobody on that barge.  I looked around.  I didn't
22 see nobody.
23   Q.  And when you got there, based upon the
24 instructions that you received from Castaigne,
25 you knew what you had to do?

- 46 -

1    A.  Yes, sir.
2    Q.  You said there was a light barge and a
3  full barge; is that right?
4    A.  Yes, sir.
5    Q.  As you looked at the two barges, what
6  was the differential in height between the two?
7    A.  Rough guess, six foot.  Maybe more.
8    Q.  The empty was six feet higher than the
9  full, that you would estimate?
10    A.  Yes, sir.
11    Q.  And when you got to the dock, would you
12  tell me, as best you can, how the light barge and
13  the full barge were rigged to one another.
14    A.  When I got there, there was three
15  one-part lines holding the load to the empty.
16    Q.  Three --
17    A.  That's one part of line.  That's, you
18  know, just one part from barge to barge.  Two
19  lines.
20    Q.  A single line and --
21    A.  Single line, three places.
22    Q.  What kind of line was it?
23    A.  It was blue line.  I don't know what
24  kind it was.
25    Q.  And what was the diameter of the line,

- 47 -

1  if you know?
2    A.  Two-inch.
3    Q.  Did it appear to be new line or --
4    A.  From what I could see, it looked like it
5  was pretty -- fairly good line.
6    Q.  So between the two barges there were
7  three --
8    A.  Three lines.
9    Q.  -- two-inch lines?
10    A.  Yes.
11    Q.  Where on the barges were they located?
12    A.  One on each end and one in the middle.
13  I can't recall if it was -- it wasn't in the
14  middle bit.  It was one of the other bits, but
15  not the middle bit between the barges.
16    Q.  So they had one line on the bow and one
17  line on the stern?
18    A.  One line on the bow, one on the stern
19  and one somewhere in the middle, but I don't --
20  can't recall where exactly.
21    Q.  Let's talk about the light barge, the
22  unloaded barge.  How were they rigged on the
23  light barge?
24    A.  All I remember is there being three
25  lines on it.  My deck hand could tell you more

- 48 -

1  about how they was tied, because I couldn't see
2  from where I was at.
3    Q.  So you don't know how the lines were
4  tied on to the light barge?
5    A.  No, sir.
6    Q.  Do you know how they were tied on to the
7  full barge?
8    A.  Well, they wasn't tied on the full barge
9  until we flipped them around -- oh, you're
10  talking about between the two barges?
11    Q.  Yes.  I'm talking about --
12    A.  I didn't look.
13    Q.  But the three lines that you have
14  described --
15    A.  Right.
16    Q.  -- the two-inch lines --
17    A.  Right.
18    Q.  -- were attached to the light barge and
19  they were also attached to the --
20    A.  Attached to the full barge.
21    Q.  -- full barge.
22    A.  Okay.
23    Q.  Were there other cleats or cavils on the
24  light barge on which lines could have been
25  placed?

- 49 -

1    A.  Yes, sir.
2    Q.  How many, if you know, or if you can
3  give me a --
4    A.  Roughly, four.
5    Q.  So there was only one that was not being
6  used or was there more than one on the light
7  barge?
8    A.  Well, there was three for three lines to
9  be tied to it.  They'd have three of them being
10  used there.  And I think there's one, two, maybe
11  two other.
12    Q.  There were two other cleats on which no
13  ropes were tied?
14    A.  Right.  Right.
15    Q.  And were the --
16        MR. O'DWYER:
17          Let me ask counsel to be specific
18        about what type of fittings we're
19        talking about.
20        MR. WIEDEMANN:
21          Okay.
22        MR. O'DWYER:
23          Are we talking about bits,
24        timberheads, cleats, cavils?  What are
25        we talking about?

- 50 -

RAYMOND GRABERT

1      MR. WIEDEMANN:
2        Okay.
3  BY MR. WIEDEMANN:
4      Q.  Describe, if you can, the cleats,
5  davits, whatever you want to call them, that were
6  on the light barge.  What was their appearance?
7      A.  I cannot remember if there was cleats or
8  bits, but I know they was tied off to the barge.
9  I can't remember.
10     Q.  So you don't remember what the
11 construction of the --
12     A.  No.  It was probably cleats -- cavils,
13 but I can't remember.
14     Q.  How would you describe a cavil?
15     A.  It's the long thing with the -- I could
16 draw it for you, but I can't --
17     Q.  Well, let's see if you can --
18     A.  A cavil --
19     Q.  So just give us an idea.
20     A.  It comes off the deck like this
21 (indicating).
22     Q.  And you would --
23     A.  That's a cavil.  And this is a
24 timberhead (indicating).
25     Q.  Would you just initial that and date it

- 51 -

1  for me, if you would?  Today is the 27th.
2      MR. O'DWYER:
3        And tell us which one is which.
4      MR. WIEDEMANN:
5        Okay.  We're going to do that.
6  BY MR. WIEDEMANN:
7      Q.  And this you would call, what
8  (indicating)?
9      A.  A cavil.
10     Q.  A cavil?  Would you mark that?  Let's
11 mark that with an arrow and a 1.  And the other
12 one is, what?
13     A.  A bit.
14     Q.  And mark that with an arrow and a 2.  So
15 you think it was one or the other; is that right?
16     A.  Yes, sir.
17     Q.  And it's your best recollection, I
18 understand it's some time ago, that it was a --
19     A.  The cavil.
20     Q.  Cavil like Number 1?
21     A.  Right.
22     Q.  And so that apparently they had two
23 cavils that were not being used; is that right?
24     A.  Right.
25     Q.  And three that were being used?

- 52 -

1      A.  Right.
2      Q.  And did they have similar on the loaded
3  barge?  When you got there, the loaded barge was
4  on the outside; is that right?
5      A.  Yes, sir.  Yes, sir.
6      Q.  Did they have three lines going from the
7  light, unloaded barge to the loaded barge?
8      A.  Right.
9      Q.  And did you observe how they were fixed
10 to the loaded barge?
11     A.  No, sir.
12     Q.  What type of fitting did the loaded
13 barge have?  Was it similar or different?
14     A.  I think it was cavils, too.
15     Q.  These were both Ingram barges?
16     A.  Yes, sir.
17     Q.  So it would be like Number 1?
18     A.  Yes, sir.
19     Q.  And did they have a similar number of
20 fittings, cavils, that were on the loaded barge
21 that were not fixed with rope to the empty?
22     A.  Yeah.  It was similar, with two left
23 that wasn't used.
24     Q.  Did you observe how the empty barge was
25 moored to the dock?

- 53 -

1      A.  I couldn't see on the inside.  The empty
2  barge was too high for me to see how it was
3  connected to the dock.
4      Q.  What kind of dock do they have?  Can you
5  tell me?  Just briefly, it's a wooden dock, a
6  metal dock?
7      A.  I'm trying to remember.  It -- I guess
8  it's metal.
9      Q.  And on the dock, do they have fittings
10 to moor barges?
11     A.  As far as I can remember, yes.
12     Q.  Do you remember how the light barge was
13 moored to the dock when you arrived there?
14     A.  Like I said, I couldn't see on the
15 inside, the empty.
16     Q.  And the lines that would have been
17 attached would have been handled by --
18     A.  My deck hand.
19     Q.  -- your deck hand?  Do you know which
20 deck hand went on to the dock to do whatever had
21 to be done on the dock?
22     A.  Eric Thigpen.
23     Q.  Thigpen was on the dock?
24     A.  Yes, sir.
25     Q.  Do you know what the type of mooring

- 54 -

RAYMOND GRABERT                                    MINIDEP by Kenson

**Page 55**

1 fixture was on the dock itself?
2 　A. I don't recall.
3 　Q. Do you know how many they had?
4 　A. No, sir.
5 　Q. Do you know what kind of lines were
6 being used to moor the empty barge to the dock?
7 　A. No, sir. I couldn't see.
8 　Q. So you don't have any personal knowledge
9 of that?
10 　A. No, sir.
11 　Q. Has Thigpen or your other deck hands
12 told you anything about how it was rigged?
13 　A. Well, he spoke to me about the empty to
14 the load being rigged together with three lines.
15 　Q. And so that's where your information
16 came or is that something you saw yourself?
17 　A. Well, I seen when I pulled up there it
18 was three lines.
19 　Q. But you couldn't tell how they were --
20 　A. That it was affixed, no.
21 　Q. No. So Thigpen told you about the three
22 lines that were holding the light barge to the
23 full barge?
24 　A. Yes.
25 　Q. Did Thigpen or someone else tell you how
- 55 -

**Page 56**

1 the lines were moored from the light barge to the
2 dock?
3 　MR. EMMETT:
4 　　At what time? That day or
5 　subsequent?
6 　MR. WIEDEMANN:
7 　　Yes, that day.
8 　MR. EMMETT:
9 　　That day.
10 BY MR. WIEDEMANN:
11 　Q. He didn't tell you?
12 　A. No, sir.
13 　Q. Were there any lines running from the
14 full barge to the dock itself?
15 　A. Not that I recall.
16 　Q. And no one's told you about any lines?
17 　A. No, sir.
18 　Q. Now, when you received the call from Joe
19 Domino's dispatch office you were told to go to
20 Lafarge and turn the barges around?
21 　A. Yes.
22 　Q. What did he tell you? Did he tell you
23 to top them around or to turn them, or what; do
24 you recall?
25 　A. His exact words is, "Go to Lafarge. Top
- 56 -

**Page 57**

1 the two barges around that's on the dock. Put
2 the empty on the outside and the load on the
3 dock."
4 　Q. If they had told you to put additional
5 lines either from the light barge to the full
6 barge or from one of the barges to the dock, or
7 both barges to the dock, would you have recorded
8 that and listed what you used?
9 　A. Yes, sir, I sure would have.
10 　Q. So when you got there on the 27th at the
11 Lafarge facility, based upon the information that
12 you had received from the dispatcher, you didn't
13 envision that you needed any additional lines?
14 　A. Not really.
15 　Q. Would the customer from time to time you
16 all to bring additional lines to secure anything?
17 　A. Not that I recall.
18 　Q. Now, tell me how you went about topping
19 these two barges around. What did you have to
20 do?
21 　A. Well, when I got there I took my head
22 line, it's the bow bit of the boat, it is a line
23 affixed to the boat, put that on the barge.
24 Thigpen turned the two barges a loose. I pulled
25 them out, pulled it out where I could get behind
- 57 -

**Page 58**

1 them. Put my line back on the barges. We shoved
2 them right back in.
3 　Q. Tell me, how did you get up to the full
4 barge? Where did you take your push boat to --
5 　A. Right in the middle.
6 　Q. In the middle?
7 　A. In the middle cavil. Right there in the
8 middle, yes.
9 　Q. So you put the push boat, the front of
10 it, in the middle of the loaded barge, which is
11 4745, according to your log. They're reversed.
12 　A. Yeah, I have the -- right.
13 　MR. EMMETT:
14 　　In the record they're reversed.
15 BY MR. WIEDEMANN:
16 　Q. I understand.
17 　A. But -- right.
18 　Q. I understand that when you have an A you
19 have them --
20 　A. Yeah, I had them --
21 　Q. Backwards. 4745 is the full barge, and
22 4727 is the empty, right?
23 　A. All right. Well, if the 4745, yeah, the
24 loaded barge.
25 　Q. That's the loaded barge.
- 58 -

RAYMOND GRABERT                                MINIDEP by Kenson

1      A. Right.
2      Q. So you put your --
3      A. My head lines, which it's called, a line
4  off the front of the vessel, on the cleat right
5  in the middle.
6      Q. So you put a line from your vessel to
7  the cleat?
8      A. Right.
9      Q. And that's the same cleat that's
10 designated as 1?
11     A. Well, that's the same shape of it, but
12 this wasn't on the end of the barge like we was
13 discussing before. It wasn't on the end. It was
14 on the middle.
15     Q. I understand. But the --
16     A. Right. It's in Picture 1.
17     Q. And all the ones on the outside of the
18 loaded barge would be the same; is that right?
19     A. That's -- that was the problem I had
20 remembering. I know the ones on the side of the
21 barges are cavils, but I don't remember if the
22 bits -- you know, 'cause sometime they put bits
23 on the corner. I don't remember if they was bits
24 or cavils. But on the side I know there's
25 cavils.

                        - 59 -

1      Q. Right. So there could have been bits,
2  as you --
3      A. Right.
4      Q. -- designated as Number 2 on your
5  diagram?
6      A. Right. Exactly.
7      Q. On each end?
8      A. Yes, sir.
9      Q. But you know there were, across the
10 outside of the barge, cavils?
11     A. Yes, sir.
12     Q. And that's what you described as Number
13 1?
14     A. Right.
15     Q. Now, when you say there were three
16 lines, on both sides of the loaded barge was it
17 the same on the --
18     A. I think they all the same on both sides,
19 the way the cavils are set up.
20     Q. So the three lines that you're talking
21 about from the full barge to the light barge were
22 possibly -- it would have been the same fittings
23 as it would be on the outside of the barge?
24     A. Right.
25     Q. But there were five in total; is that

                        - 60 -

1  right?
2      A. Yeah. On the side and, yeah, the
3  corner, and the --
4      Q. On both sides there were five fittings?
5      A. As far as I can recall it.
6      Q. So when you pulled up you tied a line
7  off, how to --
8      A. Well, the head line, it's like a double
9  part line. And all we do is throw the end of the
10 line on the cavil. I've got plenty of slack
11 where I can work my boat around it. We just
12 throw it over the cavil.
13     Q. You put one line over the cavil?
14     A. Right. Just a double bite of a line,
15 you know.
16     Q. And that would have been the cavil in
17 the middle?
18     A. Yeah. In the middle of the loaded
19 barge.
20     Q. And what kind of line was it? Was it
21 steel or rope, or --
22     A. Oh, it's a rope line. I don't know if
23 it's -- I don't remember if it was plastic or
24 nylon, or what. But --
25     Q. So then, when you got that -- who put

                        - 61 -

1  that on; do you know?
2      A. Thigpen.
3      Q. Thigpen. And who went and released the
4  lines that attached the light barge to the dock?
5      A. Thigpen.
6      Q. So he was doing all of that?
7      A. Right. He's the main deck hand.
8      Q. What about the other --
9      A. Templett?
10     Q. Yes.
11     A. He was sleeping.
12     Q. He was sleeping?
13     A. Yeah. But we only use one man on watch.
14 And so --
15     Q. When you were doing this, you and
16 Thigpen were the only two up at that time?
17     A. Right. Right. Yes.
18     Q. So Thigpen would have tied off to the
19 middle cleat on the loaded barge?
20     A. Yes, sir.
21     Q. And then he would have then gone over
22 and released the dock lines?
23     A. Yes, sir.
24     Q. How did you communicate with Thigpen
25 when he was doing this?

                        - 62 -

RAYMOND GRABERT                                    MINIDEP by Kenson

1    A.  He's got a hand held VHF radio, too.
2    Q.  So he can call you?
3    A.  Anytime.  Well, he's got a radio, and I
4  talk to him on the radio.
5    Q.  So he would tell you when he has
6  released the lines --
7    A.  Yes, sir.
8    Q.  -- on the dock?
9    A.  Yes, sir.
10   Q.  And then what would you do to top it
11 around with your vessel?
12   A.  Well, I took my vessel.  Once the guy
13 told me it was all gone, that means we was all
14 ready to go.  We backed them out, and I pulled
15 them around where they start swinging out into
16 the canal.  I released my line, went around on
17 the other side, caught my line in the middle of
18 the empties, just like the load, and pushed them
19 right back in.
20   Q.  So you would put your vessel in reverse?
21   A.  Right.
22   Q.  And then come out a distance turning the
23 barges?
24   A.  Yeah.  I'd pull out.  And then while I
25 was coming out I'd let them come out and start
                      - 63 -

1    Q.  But you don't recall whether there was
2  any bumpers or anything?
3    A.  No.
4    Q.  But when you pushed them back in, now
5  with the light barge on the inside, did you push
6  it flush up against the dock or --
7    A.  No.  The light barge.
8        MR. O'DWYER:
9             On the outside.
10 BY MR. WIEDEMANN:
11   Q.  I mean, with the light barge on the
12 outside.  Did you push the loaded barge up
13 against the dock?
14   A.  Yeah.  I placed the loaded barge against
15 the dock.
16   Q.  And was it in the same position, as far
17 as you could tell, as where you had taken it
18 from?
19   A.  Right.
20   Q.  What?
21   A.  Yes.
22   Q.  And then Thigpen reattached the lines
23 that were on -- what did he do?  Did he take the
24 lines off of the light barge?
25   A.  Yeah.  He used the light -- the line --
                      - 65 -

1  topping, you know, coming around.  And when I had
2  enough room I released my line, went around on
3  the empty.  Caught my line in the same place and
4  put it straight up.
5    Q.  So once you got them around, you then
6  tied off to the empty barge, which was now the
7  outside barge?
8    A.  Right.  I caught my line off my vessel
9  on the empty.
10   Q.  And you used the same line?
11   A.  Yes, sir.
12   Q.  And then you just pushed it back?
13   A.  Pushed them straight in back to the
14 dock.
15   Q.  Did you push it back in the same spot
16 that it was before?
17   A.  Yes, sir.
18   Q.  Were there any bumpers or anything on
19 the dock?
20   A.  I couldn't recall.  I didn't really
21 know.  I mean, there's pilings there to stop you
22 from, you know, going in there, but --
23   Q.  There's pilings on --
24   A.  I think there's wood pilings on the side
25 of the dock.  It's been awhile since I seen it.
                      - 64 -

1  I think he left the lines on the dock from the
2  light barge.
3    Q.  And he unhooked it?
4    A.  And unhooked it.  And then when we come
5  around and brought the load there he used the
6  same lines to reattach it.
7    Q.  So you had to put it in the same
8  position --
9    A.  Right.
10   Q.  -- for him to be able to put the lines
11 on; is that correct.
12   A.  Right.  Yes.
13   Q.  When you topped them around, when you
14 changed the light barge to the outside and the
15 loaded barge to the inside, did you have any
16 problem with the two barges separating or were
17 they --
18   A.  No, they stayed together.
19   Q.  What?
20   A.  They stayed together.
21   Q.  And could you see from where you were
22 how Thigpen fixed the lines to the loaded barge
23 after you made the topping?
24   A.  No.  By this time I was behind the
25 empty.  I couldn't see nothing towards the top.
                      - 66 -

RAYMOND GRABERT

1    Q.  Well, you said earlier you couldn't see
2  anything --
3    A.  Well, I couldn't see the ties between
4  the empty and the dock then.  And once I turned
5  them around I was against the empty, so I
6  couldn't see over the empty to the dock then.
7    Q.  Did you talk to Thigpen about what he
8  was going to do when you topped it around?
9  Did --
10    A.  Well, I told him to tie it off, whatever
11  he had, and look around, if he had any additional
12  rigging, to put it on there.
13    Q.  Did he have any additional rigging?
14    A.  He found one line.  And after he secured
15  it from the load to the dock, I asked him.  And
16  he didn't say whether he put it between the load
17  and the dock.  He just said he put an extra line
18  out.  But I couldn't see where he put it out.
19    Q.  Well, did you know, was it between the
20  loaded barge and the dock that he put another
21  line?
22    A.  No.  He just told me recently that's
23  where he did put the line, between the load and
24  the dock.
25    Q.  And that line, from your knowledge, was

- 67 -

1    Q.  Do you know whether the line he put on
2  was any different from the lines that were
3  already on, vis-a-vis the diameter or --
4    MR. EMMETT:
5      Is this personal knowledge or what
6    Thigpen told him?
7    MR. WIEDEMANN:
8      No.  I understand he doesn't have
9    any personal knowledge.
10    MR. EMMETT:
11      Right.
12  BY MR. WIEDEMANN:
13    Q.  Did you learn from Thigpen that the line
14  he used was any different from what was already
15  being used?
16    A.  Yeah, from Thigpen.  He told me he used
17  a different kind of line.
18    Q.  Do you know what it was?  What did he
19  tell you?
20    A.  He said it was a -- kind of a smaller
21  line.  It was multi-colored.  Now, we call those
22  Mardi Gras lines on the river.
23    Q.  So he told you that he found a Mardi
24  Gras line and put it between the loaded barge and
25  the dock?

- 69 -

1  the line that he found --
2    A.  That he found --
3    Q.  -- on the facility?
4    A.  Yes.
5    Q.  It wasn't something he took off the
6  boat?
7    A.  No, sir.
8    Q.  So there was an extra line apparently
9  hanging around somewhere?
10    A.  Yeah.  He found it on the dock, I
11  believe.
12    Q.  Other than the line that he found and
13  put between the full barge and the dock, were
14  there any other lines on the dock to use?
15    A.  He called me on the radio, said he was
16  going look for lines.  And I seen him walking
17  around on -- and there's some loaded barges down
18  below.  He even went on those barges looking for
19  rigging, but he didn't come up with nothing.
20    Q.  So the only rigging he found was the --
21    A.  The extra line that he put out.
22    Q.  And he put that between the loaded barge
23  and the dock?
24    A.  That's what I just found out recently.
25  That's --

- 68 -

1    A.  Yeah.  Just recently he told me that.
2    Q.  But the lines that were between the
3  loaded barge and the dock or between the loaded
4  barge and the light barge, were they Mardi Gras
5  lines, or do you know?
6    A.  The ones that was between the light
7  barge and the loaded barge were the blue lines I
8  was speaking about.  I don't remember.  I think
9  they was blue lines between the dock and the
10  barge, but I'm not sure.
11    Q.  At the time that you topped these barges
12  around, was there anything to prevent you from
13  taking the light barge out of the canal and
14  bringing it to a fleeting operation if you had
15  been requested?
16    A.  If I had --
17    MR. EMMETT:
18      Object to the form of the question.
19    You can answer it?
20    THE WITNESS:
21      I can answer?
22    MR. EMMETT:
23      You can answer.
24    THE WITNESS:
25      If they'd have requested me to do

- 70 -

RAYMOND GRABERT

1   so, I'd have done it.
2          (Off the Record).
3   BY MR. WIEDEMANN:
4       Q.  Mr. Grabert, it appears that, looking at
5   your log, when you finished topping around at the
6   dock, which apparently you did at 14:25, it looks
7   like you completed that, or am I accurate on it?
8       A.  Well, at 14:25 -- we arrived 15:00 with
9   the barges all secured.
10      Q.  15:00?
11      A.  Yes, sir.
12      Q.  And then you departed westbound?
13      A.  Yes, sir.
14      Q.  Light boat?
15      A.  Light boat, yes, sir.
16      Q.  At 15:00.  And by 17:15, two hours and
17  two minutes, you were back at your base; is that
18  correct?
19      A.  Yes, sir.
20      Q.  So if you had taken the light barge
21  through the locks and brought it to the Algiers
22  Fleet, how long would it have taken you?
23      A.  I couldn't really answer that because
24  we'd had had to wait on the lock, our lock turn.
25  It's -- you know, you get on lock turn and they

                    - 71 -

1   give you a number.  It depends on how many people
2   are waiting on the locks.
3       Q.  So you'd have had a lock turn when you
4   went through at 15:00?
5       A.  Yes, sir.  When you're light boat, when
6   you don't have a tow, they'll fit you in with
7   somebody else.  If you have a barge you got to
8   wait on your turn.
9       Q.  So it might have been a longer period of
10  time?
11      A.  It might have been the next day, you
12  know.  It --
13      Q.  Do you know how -- I didn't mean to
14  interrupt you.
15      A.  Okay.
16      Q.  Yes.  When you went light boat, do you
17  know how many people were --
18      A.  No, sir.  That wasn't my concern because
19  I was light boat.
20      Q.  But you don't know at this time whether
21  there was a number of boats waiting, or do you
22  have any idea?
23      A.  No, sir, I really don't know.
24      Q.  But there would have been nothing to
25  prevent you from taking the light Ingram barge

                    - 72 -

1   through the docks if you had been requested?
2       A.  If they'd have requested it I'd have
3   done it.
4       Q.  As a matter of fact, you would have made
5   extra money, I mean, your company --
6       A.  Yes.
7       Q.  -- by taking a load out instead of
8   empty?
9       A.  Well, I don't really fool with that
10  financial part of the deal, but we'd have made
11  more money doing it.
12      Q.  Right.
13          MR. EMMETT:
14              Let me object to the form of the
15      question.  He didn't take an empty load
16      out.
17          MR. WIEDEMANN:
18              I understand.
19  BY MR. WIEDEMANN:
20      Q.  Now, let me ask you, when you got
21  there -- let me show you a photocopy of an aerial
22  photograph.
23      A.  Yes, sir.
24      Q.  Of the area.  And for your orientation,
25  one, two, three, four, five barges that are

                    - 73 -

1   white.  And there's a barge at the dock, which is
2   the 4745, Ingram 4745.  You recognize that?  I
3   mean, I know that this is --
4       A.  This picture was taken around the time
5   that it occurred?
6       Q.  Yes.  Not around the time it occurred.
7          MR. EMMETT:
8              After the hurricane.
9   BY MR. WIEDEMANN:
10      Q.  After the hurricane.
11      A.  Oh, okay.
12          MR. EMMETT:
13              It was taken after the hurricane.
14          THE WITNESS:
15              Well, it looked similar to that,
16      but, I mean, these barges were straight,
17      you know.  And it --
18  BY MR. WIEDEMANN:
19      Q.  And that's what I wanted to ask you.
20  You can see that part of this is -- I'll tell
21  you, it's the 4745 next to the dock.
22      A.  Yes.  Yes, sir.
23      Q.  And these five barges are to the -- that
24  would be to the north, right?
25      A.  Yeah, I would -- yeah, because it come

                    - 74 -

RAYMOND GRABERT

1 out -- yeah, right.
2      Q.  Now, what I want to ask you is, were
3 those barges, and I'm talking about the five
4 white barges -- were they there when you did the
5 topping around?
6      A.  Yes, sir.
7      Q.  But are they in a different position as
8 its shown in this picture than when you topped
9 around?
10      A.  I think they was a little bit more
11 straighter or affixed.  But, I mean, it's a
12 also spot.
13      Q.  But it appears to me, the way it's set
14 up, and correct me if I'm wrong, that you would
15 have a hard time topping around this barge if
16 4727 was next to it, as they are situated now;
17 would you not?
18      A.  Yeah.  The way they are now.
19      Q.  But when you say they were different,
20 how were they different on the day of the
21 accident?
22      A.  They was pushed back farther, tied off
23 better.  I had more room to flip right here
24 (indicating).
25      Q.  And I don't want to put words in your

- 75 -

1 mouth, but the five barges appear to have moved
2 more southerly, correct, toward the river?
3      A.  Right.
4      Q.  And do you know how they were rigged?
5 How was this outside barge rigged to anything?
6      A.  No idea.  Never messed with those
7 barges.
8      Q.  I know you didn't fool with them.
9      A.  No.  I never noticed how they was tied
10 off.  I know they was back, better tied off.
11      Q.  You were not instructed to do anything
12 relative to those barges?
13      A.  No, sir.
14      MR. O'DWYER:
15           Could we have the witness
16      superimpose, maybe, an outline of how
17      the barges were versus how they are
18      here?
19 BY MR. WIEDEMANN:
20      Q.  So these barges were not part and parcel
21 of what your job was, and so you didn't observe
22 how they were moored to one another or how they
23 were moored to the dock?
24      A.  No, sir.
25      Q.  But you do know that they're not in the

- 76 -

1 position in this photograph (indicating) as they
2 were when you saw them?
3      A.  No, sir.  They moved up, like you said,
4 farther south.
5      MR. WIEDEMANN:
6           In connection with the witness'
7      testimony, I'm going to mark the diagram
8      as Raymond Grabert.  And we'll mark it
9      11.  And then I'm going to mark the
10      photograph Grabert Exhibit 12.  Exhibit
11      12 is the aerial photograph, which is
12      also marked LNA-379.
13 BY MR. WIEDEMANN:
14      Q.  After your completion of this topping
15 around job that you did, and you went through the
16 locks, you went back to your base?
17      A.  Yes, sir, Waterman Fleet.
18      Q.  And I think later on that day, that is,
19 on the 27th -- let me just say, I don't know
20 whether it's you, but --
21      MR. EMMETT:
22           This is the log from 17:00, August
23      27th (indicating).
24      THE WITNESS:
25           Yeah.  This is what we did after we

- 77 -

1      got out of the locks.
2 BY MR. WIEDEMANN:
3      Q.  Is that your handwriting?
4      A.  No, sir.  This is Dufrene's.  See, my
5 deck hand just informed me that we was all
6 getting off the vessel because of the storm was
7 coming.  And that's why me and him had different
8 jobs, you know, at different times of the day,
9 because we was kind of working where we both had
10 a little rest, to get off the vessel.
11      Q.  But you went --
12      A.  Yeah.  This is not my writing.  This is
13 Dufrene's writing (indicating).
14      Q.  So that's not your writing?
15      A.  Right.
16      Q.  And it looks like you started another
17 job with the REGINA H at 17:00?
18      A.  Yeah, with the Waterman Fleet.
19      Q.  And then you stopped at 20:30?
20      A.  Right.
21      Q.  And it's signed like Loup.  That's the
22 head captain?
23      A.  Yeah, that's the head man.  But I don't
24 see --
25      Q.  But you said Dufrene would have been the

- 78 -

RAYMOND GRABERT                                    MINIDEP by Kenson

1  person --
2      A.  This --
3      Q.  Do you recognize the handwriting?
4      A.  That's -- I don't know if that's
5  Dufrene's or Mike's writing.  I can't --
6          MR. EMMETT:
7              You need to tell him you went home.
8          THE WITNESS:
9              Yeah.  Well, I did.  I went home
10  after we got to Waterman Fleet.
11  BY MR. WIEDEMANN:
12     Q.  That would have been at 7:15?
13     A.  Yeah.
14     Q.  You said you arrived at base?  Is that
15  the Waterman Fleet?
16     A.  Right.  We did deliver a job right
17  there, but I went back and laid down.  And so
18  Gary brought the boat in the canal after that
19  job.
20     Q.  But when you said you got off at 17:15,
21  that the vessel arrived back at the base.
22     A.  Right.
23     Q.  Which would be Waterman?
24     A.  Right.
25     Q.  And then you got off the vessel?
                    - 79 -

1      A.  Well, I waited for him to finish the
2  little job at Waterman.  Then we took the vessel
3  back in the Harvey Canal for the storm.
4      Q.  At the time of this job, to your
5  knowledge, did Unique have a hurricane plan?
6      A.  Yes.  With the Policy and Procedures
7  Manual.  But I was looking through it and it --
8  the way that I can see it, it's only for like
9  barges when you have in tow of your own.  It's
10  not leaving barges, you know, moored, you know.
11         And at that point you're supposed --
12  when you have a barge -- during a hurricane
13  you're supposed to put extra lashing out there.
14  If it would have been in my possession at the
15  time I told him that did.
16     Q.  But your company did have a plan for
17  dealing with severe weather --
18     A.  Right.
19     Q.  -- is that correct?
20     A.  Yes.
21     Q.  And did you have anything to do with the
22  fleet operation when you went back?
23     A.  What, working in the fleet?
24     Q.  Yes.
25     A.  No.  I wasn't at the wheel.
                    - 80 -

1      Q.  And you took the REGINA H into the
2  Harvey Canal?
3      A.  Dufrene did.  Gary Dufrene.
4      Q.  Were you on the vessel?
5      A.  Yes, sir.  I was sleeping.
6      Q.  And you had to go through the Harvey
7  Locks to get there?
8      A.  Yes, sir.  Yes.
9      Q.  And you rode out the hurricane in the
10  locks or did --
11     A.  The boat did.  The boat on the other
12  side of the locks by Kody Marine.  It's a
13  shipyard back there.  When the weather gets bad
14  all the boats go tie up there.
15     Q.  So you tied up and then you got off?
16     A.  Yes, sir.  Yes, sir.
17     Q.  Did you at any time during this process
18  talk to anyone on your cell phone at Lafarge or
19  at Joe Domino?
20     A.  No, sir, except for when we finished the
21  job.  I called him and let him know that we was
22  finished the job.  And he told me to come on out
23  into the river.
24     Q.  So you got the dispatch from them.  You
25  went to the job.  You didn't call them when you
                    - 81 -

1  were at the job?
2      A.  No, sir.
3      Q.  You called them when you finished the
4  job and told them you were on your way out --
5      A.  Yes, sir.
6      Q.  -- is that right?
7      A.  Yes, sir.
8      Q.  Before this deposition you said you
9  spoke to Mr. -- who did you talk to?  Thigpen,
10  was it?
11     A.  Thigpen.
12     Q.  And did you talk to him about what
13  happened on this day?
14     A.  Well, I was discussing about the line
15  situation.  He told me that he put the line
16  between the load and the dock, the extra line, is
17  about all the told me.
18     Q.  But that was today?
19     A.  No.  Yesterday.
20     Q.  And did you look at any photographs or
21  anything?
22     A.  No, sir.
23     Q.  Other than discussing with Mr. Thigpen
24  what he knew about it, did you have a discussion
25  with anybody else that was out there?
                    - 82 -

RAYMOND GRABERT

MINIDEP by Kenson

1    A.  No.  No, sir.

2    Q.  Exhibit 12, which is the aerial shot

3  that I showed you before, when you were out

4  there, was there on the 27th, was there a

5  definite separation between the loaded and the

6  unloaded barge at the dock and the five barges,

7  the five white barges?

8    A.  Well, these five were pushed back

9  farther.  And they did have a separation.  But I

10  don't know exactly how much.  It wasn't a great

11  deal, but they were separated.

12    Q.  And there was separation enough to

13  enable you to top the barges around?

14    A.  Right.  Right.  I topped them around

15  right up in here and brought them right back in

16  (indicating).

17    Q.  And you did not, as I understand it,

18  observe how these barges were --

19    A.  No, sir.  It was --

20    Q.  -- rigged to one another or rigged to

21  the shore line?

22    A.  No, sir.

23    Q.  What?

24    A.  No, sir.

25    Q.  And as I understand it, captain, the

- 83 -

1    THE WITNESS:

2      Okay.

3    MR. EMMETT:

4      He'll waive the reading and

5  signing.

6  (Whereupon, the deposition was concluded.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

- 85 -

1  five barges were straight out parallel to the

2  dock when you got there?

3    A.  Yeah.  They was more uniform and pushed

4  all the way back.

5    MR. WIEDEMANN:

6      Thank you.  I have no more

7  questions.

8    MR. EMMETT:

9      You have a right to read the

10  transcript, which he's going to prepare,

11  which is everything that was said here

12  today.

13    THE WITNESS:

14      Okay.

15    MR. EMMETT:

16      And make any corrections you think

17  are necessary.  Most people waive that

18  right, but it's up to you.  If you want

19  to read over it and make sure that he

20  took down everything you said

21  accurately --

22    THE WITNESS:

23      Can I speak to you?

24    MR. EMMETT:

25      You could talk to me about it.

- 84 -

REPORTER'S PAGE

I, Peter Caruso, Certified Court Reporter, in and for

the State of Louisiana, the officer, as defined in Rule 28 of the

Federal Rules of Civil Procedure and/or Article 1434(b) of the

Louisiana Code of Civil Procedure, before whom this sworn

testimony was taken, do hereby state on the Record:

That due to the interaction in the spontaneous

discourse of this proceeding, dashes ( -) have been used to

indicate pauses, changes in thought, and/or talk-overs; that same

is the proper method for a Court Reporter's transcription of

proceeding, and that the dashes ( -) do not indicate that words

or phrases have been left out of this transcript;

That any words and/or names which could not be verified

through reference material have been denoted with the phrase

"(phonetic)."

Peter Caruso, CVR-CCR

Certified Court Reporter

- 86 -

CERTIFICATE

This certification is valid only for a transcript

**RAYMOND GRABERT**

accompanied by my original signature and original blue stamp on this page.

I, Peter Caruso, Certified Court Reporter, in and for the State of Louisiana, as the officer before whom this testimony was taken, do hereby certify that Raymond Grabert, Jr., after having been first duly sworn by me upon authority of R.S. 37:2554, did testify as hereinbefore set forth in the foregoing 85 pages;

That this testimony was reported by me in the Stenographic (voice-writing) method, was prepared and transcribed by me or under my personal direction and supervision, and is a true and correct transcript to the best of my ability and understanding;

That I am not related to counsel or to the parties herein; am not otherwise interested in the outcome of this matter; and am a valid member in good standing of the Louisiana State Board of Examiners of Certified Shorthand Reporters.


Peter Caruso, CCR-CVR
Certified Court Reporter
Louisiana License #20088

- 87 -

# RAYMOND GRABERT

MINDEX by Kenson

| Word ... Page | Word ... Page | Word ... Page | Word ... Page | Word ... Page |
|---|---|---|---|---|
| 0:500 ... 37, 40, ... 42 | according ... 58 | ⁻ 25, 35, 46, 57, 58, 61, | communication ... 23, 28 | Domino ... 23, 25-27, 33, 36, |
| 0:600 ... 38 | accurate ... 36, 71 | 68, 71, 72, 79, 81 | companies ... 31, 32 | 81 |
| 05 ... 40, 42 | accurately ... 84 | boats ... 7, 72, 81 | company ... 32, 41, 73, 80 | DONALD ... 81 |
| 09:30 ... 39 | ACL ... 20, 21 | boss ... 25 | complete ... 39 | double ... 61 |
| 1 ... 12, 16, 17, 20, 21, 39, | across ... 60 | both ... 53, 57, 60, 61, 78 | completed ... 71 | draw ... 51 |
| 52, 53, 59, 60 | act ... 26 | bought ... 9 | completing ... 7 | Dufrene ... 10, 11, 38, 78, 81 |
| 1,350 ... 17, 21 | address ... 7, 26 | Boulaye ... 8, 9, 25 | completion ... 77 | duly ... 7 |
| 100 ... 13, 20 | aerial ... 73, 77, 83 | bow ... 48, 57 | computers ... 24 | duty ... 10, 26, 38, 42 |
| 11 ... 77 | affixed ... 55, 57, 75 | Bridge ... 19 | concern ... 72 | |
| 1122 ... 23 | against ... 65, 67 | brining ... 32 | concluded ... 85 | **E** |
| 12 ... 11, 77, 83 | age ... 8 | broker ... 25 | confused ... 42 | each ... 48, 60 |
| 13:30 ... 42, 43 | Algiers ... 13, 19, 20, 29-31, | brought ... 28, 30, 35, 66, 71, | connected ... 14, 16, 24, 54 | earlier ... 67 |
| 14 ... 11, 46, 71 | 71 | 79, 83 | connection ... 13, 25, 28, 77 | educational ... 7 |
| 14:00 ... 46 | alongside ... 21 | bumpers ... 64, 65 | construction ... 51 | eighth ... 7 |
| 14:15 ... 46 | American ... 20 | bunk ... 41 | contact ... 23, 28 | Elevator ... 21 |
| 14:25 ... 46, 71 | Anytime ... 63 | bunker ... 20 | contacting ... 24, 32 | Elmwood ... 17, 19, 31 |
| 15 ... 19, 43, 46, 71, 72, 79 | anywhere ... 13 | bunkers ... 20 | conversation ... 24 | EMMETT ... 7, 8, 11, 15, 18, |
| 15:00 ... 71, 72 | apparently ... 40, 41, 43, 46, | business ... 7 | copy ... 39 | 33, 36, 39, 42, 56, 58, |
| 17:00 ... 77, 78 | 52, 68, 71 | | corner ... 59, 61 | 69, 70, 73, 74, 77, 79, |
| 17:15 ... 43, 71, 79 | appear ... 48, 76 | **C** | corrections ... 84 | 84, 85 |
| 2 ... 12, 16, 20, 52, 60 | appearance ... 51 | cables ... 35 | counsel ... 50 | employed ... 8, 9 |
| 20:30 ... 78 | appears ... 71, 75 | call ... 19, 20, 22-24, 37, | Court ... 7 | employees ... 46 |
| 200 ... 13, 16, 17, 19 | approximately ... 15, 16 | 42-44, 51, 52, 56, 63, | crew ... 10, 11, 40, 46 | empties ... 30, 63 |
| 2005 ... 9, 10, 12, 13, 15, 19, | area ... 15, 73 | 69, 81 | customer ... 45, 57 | empty ... 31, 43, 47, 53-55, |
| 22, 36 | arrived ... 46, 54, 71, 79 | called ... 20, 37, 43, 59, 68, | customers ... 27 | 57, 58, 64, 66, 67, 73 |
| 21 ... 7, 8 | arrow ... 52 | 81, 82 | | enable ... 83 |
| 25 ... 36, 46, 71 | Arthur ... 7 | calling ... 16 | **D** | entries ... 40 |
| 27 ... 12, 36, 40, 42 | asleep ... 41 | calls ... 27 | date ... 51 | entry ... 41 |
| 27th ... 10, 22, 36, 38-41, 43, | assigned ... 9 | Can ... 8, 12, 20, 25, 30, 31, | davits ... 51 | envision ... 57 |
| 52, 57, 77, 83 | assignments ... 22 | 39, 47, 50, 51, 54, 61, | day ... 11, 12, 19, 34, 38, 41, | Eric ... 10, 54 |
| 28th ... 36 | Attached ... 49, 54, 62 | 63, 70, 74, 80, 84 | 56, 72, 75, 77, 78, 82 | estimate ... 47 |
| 32 ... 16 | August ... 9, 10, 12, 13, 15, | Canal ... 13, 15, 19, 27, 63, | days ... 10, 11 | evening ... 12 |
| 341 ... 23 | 19, 22, 36, 77 | 70, 79-81 | daytime ... 11 | eventually ... 8 |
| 35 ... 16, 17, 19 | aware ... 19 | capabilities ... 24, 27 | deal ... 73, 83 | Everybody ... 20, 24 |
| 379 ... 77 | awhile ... 64 | capability ... 28 | dealing ... 80 | everything ... 8, 84 |
| 415 ... 22, 23 | | capacity ... 27 | deals ... 32 | EXAMINATION ... 7 |
| 47 ... 7 | **B** | CAPPEL ... 18 | dealt ... 27 | examined ... 7 |
| 4727 ... 35, 58, 75 | back ... 11, 15, 36, 43, 58, | captain ... 7-11, 18, 24, 26, | decision ... 31 | except ... 81 |
| 4745 ... 58, 74 | 63-65, 71, 75-77, | 33, 38, 78, 83 | deck ... 8, 10, 26, 48, 51, 54, | exclusively ... 14 |
| 50 ... 16 | 79-81, 83, 84 | care ... 14, 21, 44 | 55, 62, 78 | Exhibit ... 36, 77, 83 |
| 504 ... 22, 23 | backed ... 63 | Cargill ... 21 | decked ... 7 | extra ... 67, 68, 73, 80, 82 |
| 5046 ... 22, 23 | background ... 7 | cargo ... 21 | definite ... 83 | |
| 54 ... 23 | Backwards ... 58 | case ... 25, 35, 45 | deliver ... 29, 79 | **F** |
| 6:00 ... 12 | barge ... 29, 32, 34, 35, 41, | Castaigne ... 22, 23, 25, 43, | departed ... 37, 71 | face ... 35 |
| 60 ... 16 | 43, 44, 46-51, 53-62, | 44, 46 | departing ... 41 | facility ... 13, 20, 27, 29-32, |
| 62 ... 16 | 64-72, 74-76, 80, 83 | caught ... 63, 64 | deposition ... 82, 85 | 34, 35, 43, 46, 57, 68 |
| 7 ... 11, 79 | barges ... 13-21, 27-31, 34, | cavil ... 51, 52, 58, 61 | Describe ... 51 | fairly ... 48 |
| 7:15 ... 79 | 36, 43, 44, 47-49, 53, | cavils ... 49-53, 59, 60 | described ... 49, 60 | far ... 13, 15, 25, 54, 61, 65 |
| 8 ... 40, 42 | 54, 56-59, 63, 66, 68, | cell ... 22-24, 27, 37, 81 | designated ... 59, 60 | farther ... 75, 77, 83 |
| 8:00 ... 40 | 70, 71, 73-76, 80, 83, | cement ... 31, 46 | diagram ... 60, 77 | fax ... 24, 27 |
| 8:45 ... 40, 42 | 84 | chance ... 34 | diameter ... 47, 69 | February ... 9 |
| 800 ... 14, 18 | base ... 12, 37, 41, 71, 77, | changed ... 19, 66 | difference ... 31 | feet ... 16, 47 |
| 810 ... 7 | 79 | changing ... 15 | different ... 28, 30, 38, 53, | figure ... 8, 39 |
| 9 ... 36, 40, 41, 43 | based ... 12, 16, 46, 57 | check ... 26 | 69, 75, 78 | financial ... 13, 73 |
| 9:00 ... 40, 41, 43 | basis ... 12 | checks ... 25 | differential ... 47 | fine ... 33 |
| 9:30 ... 40, 41, 43 | BATES ... 36 | cleared ... 46 | directly ... 28 | finishes ... 33 |
| 91 ... 17 | bears ... 40 | cleat ... 59, 62 | discussing ... 59, 82 | first ... 7, 8 |
| 93 ... 12 | became ... 8, 15 | cleats ... 49-51 | dispatch ... 26, 42, 56, 81 | fitting ... 53 |
| 94 ... 13, 37, 41 | become ... 17 | close ... 21 | dispatched ... 42 | fittings ... 50, 53, 54, 60, 61 |
| 95 ... 12 | begins ... 40 | closest ... 21 | dispatcher ... 22, 25, 26, 29, | five ... 60, 61, 73-76, 83, 84 |
| 99 ... 20 | behind ... 57, 66 | Coast ... 8 | 31, 43-45, 57 | fixed ... 34, 53, 66 |
| | below ... 17, 68 | colored ... 69 | dispatchers ... 23, 24, 32, 33 | fixture ... 55 |
| **A** | big ... 16 | come ... 22, 23, 27, 30, 32, | dispatches ... 22 | Fleet ... 12-21, 29-31, 37, 71, |
| able ... 15, 66 | bill ... 45 | 35, 38, 39, 41, 43, 63, | distance ... 63 | 77-80 |
| above ... 15, 19 | billed ... 45 | 66, 68, 74, 81 | dock ... 17, 19-21, 32, 43, 44, | fleeting ... 15-17, 19-21, 29, |
| AC ... 20 | bit ... 48, 52, 57, 75 | comes ... 24, 51 | 47, 53-57, 62-71, 74, | 31, 34, 70 |
| ACBL ... 20 | bite ... 61 | coming ... 23, 63, 64, 78 | 76, 82-84 | fleets ... 19, 20, 28 |
| accident ... 75 | bits ... 48, 50, 51, 59, 60 | Commercial ... 20 | docks ... 73 | flip ... 43, 44, 75 |
| accommodate ... 15, 17, 20 | blue ... 47, 70 | communicate ... 62 | Dockside ... 17-19, 31 | flipped ... 49 |
| accommodates ... 21 | boat ... 14, 16-18, 21, 24, | communicating ... 28 | document ... 36, 37, 40, 43 | flush ... 65 |
| | | | | follows ... 7 |

**RAYMOND GRABERT**

MINDEX by Kenson

| Word ... Page | Word ... Page | Word ... Page | Word ... Page | Word ... Page |
|---|---|---|---|---|
| fool ... 73, 76 | Ingram ... 28-32, 35, 53, 72, 74 | -67, 68, 82 | operate ... 20 | Raymond ... 7, 18, 38, 77 |
| foot ... 16, 17, 47 | initial ... 51 | looked ... 46-48, 74 | operated ... 14, 18 | reach ... 23 |
| form ... 70, 73 | inside ... 54, 65, 66 | looking ... 38, 40, 68, 71, 80 | operates ... 17 | ready ... 63 |
| found ... 67-69 | insofar ... 23, 38 | loose ... 57 | operating ... 16, 17, 26 | reason ... 45 |
| four ... 39, 50, 73 | instruct ... 29 | Louisiana ... 7 | operation ... 15, 16, 20, 29, 30, 46, 70, 80 | reattach ... 66 |
| front ... 37, 58, 59 | instructed ... 76 | Loup ... 10, 11, 78 | | reattached ... 65 |
| fuel ... 19, 20 | instructions ... 32, 46 | | operations ... 15, 17, 19-21, 29 | receive ... 22, 41 |
| fueling ... 20 | interest ... 13 | **M** | Operator ... 8 | received ... 43, 46, 56, 57 |
| full ... 7, 44, 47, 49, 55-58, 60, 68 | interrupt ... 16, 72 | mail ... 24, 27 | opposite ... 24 | recently ... 67, 68, 70 |
| further ... 7 | | main ... 7, 31, 62 | order ... 43 | recognize ... 38, 74, 79 |
| | **J** | make ... 32, 84 | orders ... 27 | recorded ... 57 |
| **G** | job ... 12, 13, 32, 37, 38, 40-45, 76-82 | man ... 18, 62, 78 | Orgulf ... 15, 19, 29 | REGINA ... 9, 10, 12-14, 19, 21, 22, 24, 25, 34, 38, 42, 43, 78, 81 |
| Gary ... 10, 11, 38, 79, 81 | jobs ... 17, 25, 78 | Manual ... 80 | orientation ... 73 | |
| gave ... 23, 24, 43 | Joe ... 23-27, 32, 36, 56, 81 | many ... 9, 10, 13, 15, 50, 55, 72 | otherwise ... 21, 28 | regular ... 17, 19, 34 |
| Gerald ... 26 | John ... 19 | Mardi ... 69, 70 | outline ... 76 | relative ... 44, 76 |
| get ... 8, 12, 13, 26, 31, 32, 34, 43, 57, 58, 71, 78, 81 | Johnny ... 19 | Marine ... 8, 41, 81 | OUTV ... 8 | released ... 62-64 |
| | Joseph ... 23 | mark ... 10, 52, 77 | own ... 9, 35, 80 | relief ... 10, 11, 24, 26, 38 |
| gets ... 81 | Jr ... 7, 38 | marked ... 77 | owned ... 25 | remembering ... 59 |
| give ... 25, 50, 51, 72 | Jr. ... 7, 38 | marker ... 12, 17 | owner ... 13, 26 | reporter ... 7 |
| GNO ... 19 | | Marrero ... 20, 26 | owns ... 14, 17, 18 | requested ... 45, 70, 73 |
| go ... 7, 17, 21-23, 27, 29-31, 43, 44, 56, 63, 81 | **K** | master ... 10 | | reserve ... 8 |
| | Kirby ... 41 | Masters ... 8 | **P** | response ... 17 |
| going ... 21, 38, 52, 53, 64, 68, 77, 84 | knowledge ... 9, 15, 16, 55, 67, 69, 80 | McNeill ... 26 | paid ... 25 | returned ... 12, 36 |
| gone ... 19, 62, 63 | | means ... 34, 63 | parallel ... 84 | reverse ... 63 |
| good ... 48 | Kody ... 81 | members ... 10, 11 | parcel ... 76 | reversed ... 58 |
| Grabert ... 7, 38, 71, 77 | **L** | memory ... 35 | past ... 28, 29 | Richard ... 10 |
| grade ... 7 | l995 ... 22 | messed ... 76 | patch ... 25 | rig ... 34 |
| grain ... 21 | Lafarge ... 27-32, 34-36, 38, 42, 43, 46, 56, 57, 81 | metal ... 54 | pay ... 25 | rigged ... 47, 48, 55, 76, 83 |
| Gras ... 69, 70 | | method ... 24, 25, 32 | people ... 72, 84 | rigging ... 34, 44, 45, 67, 68 |
| group ... 25 | laid ... 79 | Mike ... 10 | period ... 72 | river ... 12, 17, 26, 69, 76, 81 |
| Guard ... 8 | Lake ... 77 | mile ... 12, 13, 15, 17, 20, 37, 41 | person ... 25, 79 | Road ... 26 |
| guess ... 17, 27, 40, 47, 54 | large ... 17, 18, 20, 21 | | personal ... 55, 69 | rode ... 81 |
| | larger ... 16 | miles ... 15, 17, 19, 20 | phone ... 22-24, 27, 37, 81 | room ... 41, 64, 75 |
| **H** | Lasanne ... 22, 23, 25 | money ... 73 | photocopy ... 73 | rope ... 53, 61 |
| hand ... 8, 10, 48, 54, 62, 63, 78 | lashing ... 80 | moor ... 54, 55 | photograph ... 73, 77 | ropes ... 34, 50 |
| | later ... 77 | moored ... 53, 54, 56, 76, 80 | photographs ... 82 | Rough ... 47 |
| handle ... 16, 31, 32, 41 | learn ... 69 | mooring ... 54 | pick ... 13, 29, 30 | routine ... 32 |
| handled ... 54 | leave ... 44 | morning ... 12 | picked ... 34 | running ... 56 |
| hands ... 15, 26, 55 | leaving ... 80 | Morris ... 22 | picking ... 32 | |
| handwriting ... 37-43, 78, 79 | left ... 53, 66 | mouth ... 76 | picture ... 59, 74, 75 | **S** |
| hanging ... 68 | license ... 8 | moved ... 76, 77 | pilings ... 64 | Saturday ... 26 |
| harbor ... 21 | licenses ... 8 | much ... 27, 83 | pilot ... 10 | saw ... 55, 77 |
| hard ... 13, 75 | light ... 46-51, 53-57, 60, 62, 65, 66, 70-72 | multi ... 69 | PINTO ... 21 | schedule ... 11 |
| Harvey ... 80, 81 | | | place ... 14, 64 | Scott ... 22, 43 |
| head ... 10, 57, 59, 61, 78 | line ... 20, 47, 48, 57-59, 61, 63-65, 67-69, 82, 83 | **N** | placed ... 49, 65 | second ... 9, 10 |
| hearing ... 33 | | named ... 11, 14 | places ... 30, 31, 47 | secure ... 57 |
| height ... 47 | lines ... 34, 44, 47-50, 53-57, 59, 60, 62, 63, 65, 66, 68-70 | names ... 19, 20, 40 | plan ... 80 | secured ... 67, 71 |
| held ... 63 | | necessary ... 44, 84 | plastic ... 61 | see ... 46, 48, 49, 51, 54, 55, 66, 67, 74, 78, 80 |
| help ... 39 | | needed ... 23, 44, 57 | plenty ... 61 | |
| high ... 54 | listed ... 57 | new ... 48 | Policy ... 80 | seen ... 55, 64, 68 |
| higher ... 47 | LNA ... 77 | Nextel ... 24 | position ... 65, 66, 75, 77 | separated ... 83 |
| hold ... 8, 24 | load ... 13, 30, 43, 47, 55, 57, 63, 66, 67, 73, 82 | NIMCO ... 17 | possession ... 80 | separating ... 66 |
| holding ... 47, 55 | | nobody ... 28, 46 | potential ... 27 | separation ... 83 |
| home ... 79 | loaded ... 30, 31, 34, 53, 58-62, 65-70, 83 | north ... 74 | preceding ... 40 | set ... 46, 60, 75 |
| hook ... 35 | | numbers ... 43 | prepare ... 84 | several ... 20 |
| horsepower ... 14, 17, 18, 21 | loads ... 30 | nylon ... 61 | present ... 8 | severe ... 80 |
| hours ... 11, 71 | located ... 12, 48 | | prevent ... 70, 72 | shape ... 59 |
| hurricane ... 74, 80, 81 | locations ... 28 | **O** | problem ... 33, 59, 66 | sheets ... 39 |
| | lock ... 71, 72 | object ... 70, 73 | problems ... 33 | shift ... 27 |
| **I** | LOCKMASTER ... 16, 17 | observe ... 53, 76, 83 | Procedures ... 80 | ship ... 21 |
| imagine ... 39 | locks ... 13, 46, 71, 72, 77, 78, 81 | occasion ... 36 | produce ... 45 | ships ... 13, 20, 21 |
| inch ... 48, 49 | | occupation ... 7 | pull ... 63 | shipyard ... 81 |
| incoming ... 27 | log ... 11, 36, 39, 40, 43-45, 58, 71, 77 | occurred ... 44 | pulled ... 55, 57, 61, 63 | shore ... 83 |
| indicating ... 36, 39, 51, 52, 75, 77, 78, 83 | | office ... 23, 26, 27, 56 | push ... 14, 17, 35, 58, 64, 65 | shot ... 83 |
| | logs ... 36 | old ... 7, 33 | pushed ... 63-65, 75, 83, 84 | shoved ... 58 |
| Industrial ... 13, 15, 19, 27, 46 | long ... 9, 16, 51, 71 | one ... 9, 14, 19-21, 23-25, 35, 36, 39, 46-48, 50, 52, 57, 61, 62, 67, 73, 76, 83 | pushes ... 35 | show ... 39, 73 |
| | longer ... 72 | | | showed ... 83 |
| informed ... 78 | look ... 11, 34, 36, 39, 49 | | **R** | shown ... 75 |
| | | ones ... 23, 31, 59, 70 | radio ... 24, 25, 33, 63, 68 | shows ... 41 |
| | | | rather ... 10 | |

RAYMOND GRABERT

**MINDEX by Kenson**

| Word ... Page | Word ... Page | Word ... Page | Word ... Page | Word ... Page |
|---|---|---|---|---|
| shut ... 46 | timberhead ... 51 | wide ... 16 | | |
| side ... 15, 19, 21, 59, 61, 63, 64, 81 | timberheads ... 50 | WIEDEMANN ... 7-9, 12, 16, 18, 33, 36, 37, 39, 40, 42, 50-52, 56, 58, 65, 69, 71, 73, 74, 76-79, 84 | | |
| sides ... 60, 61 | time ... 9-13, 15-17, 21-23, 26-30, 32, 34, 37-42, 46, 52, 56, 57, 62, 66, 70, 72, 74, 75, 80, 81 | | | |
| signed ... 78 | | ... will 39 | | |
| signing ... 8, 85 | times ... 78 | wires ... 35 | | |
| similar ... 53, 74, 75 | today ... 52, 82, 84 | witness ... 12, 18, 33, 39, 42, 70, 74, 76, 77, 79, 84, 85 | | |
| single ... 47 | took ... 9, 57, 63, 68, 80, 81, 84 | | | |
| situated ... 75 | | wood ... 64 | | |
| situation ... 82 | top ... 38, 40, 56, 63, 66, 83 | wooden ... 54 | | |
| six ... 47 | topped ... 66, 67, 70, 75, 83 | words ... 56, 75 | | |
| slack ... 61 | topping ... 57, 64, 66, 71, 75, 77 | work ... 11, 13, 14, 23, 24, 27, 61 | | |
| sleeping ... 37, 62, 81 | | | | |
| Slidell ... 7 | total ... 60 | worked ... 11 | | |
| slip ... 43 | tour ... 11 | working ... 10, 11, 78, 80 | | |
| small ... 14 | tow ... 72, 80 | writing ... 78, 79 | | |
| smaller ... 16, 69 | toward ... 76 | **Y** | | |
| sold ... 25 | towards ... 66 | year ... 9 | | |
| soul ... 46 | Towing ... 8, 9, 22, 25, 26 | years ... 8, 15 | | |
| south ... 77 | transcript ... 84 | Yesterday ... 82 | | |
| southerly ... 76 | trouble ... 33 | **Z** | | |
| special ... 32, 45 | truth ... 7 | Zito ... 15, 16, 19, 20, 29, 30 | | |
| specific ... 50 | Tugboat ... 7 | | | |
| spot ... 64, 75 | turn ... 56, 71, 72 | | | |
| Stamp ... 36 | turned ... 57, 67 | | | |
| start ... 17, 39, 63 | turning ... 63 | | | |
| started ... 8, 39, 43, 78 | two ... 12, 17, 24, 25, 31, 35, 43, 44, 47-50, 52, 53, 57, 62, 66, 71, 73 | | | |
| starts ... 37, 42 | | | | |
| state ... 7 | **U** | | | |
| stationary ... 34 | unhooked ... 66 | | | |
| stay ... 14, 41 | uniform ... 84 | | | |
| stayed ... 13, 14, 66 | Uninspected ... 8 | | | |
| stays ... 34 | Unique ... 9, 13, 22, 25-27, 80 | | | |
| steel ... 61 | | | | |
| stern ... 48 | unless ... 21 | | | |
| stipulation ... 7 | unload ... 21 | | | |
| Stone ... 19 | unloaded ... 48, 53, 83 | | | |
| stop ... 34, 64 | **V** | | | |
| stopped ... 40, 78 | versus ... 76 | | | |
| storm ... 78, 80 | vessel ... 8-10, 14, 18, 24, 25, 35, 37, 44, 59, 63, 64, 78-81 | | | |
| straight ... 64, 74, 84 | | | | |
| straighter ... 75 | vessels ... 9, 14, 16-18, 20, 41 | | | |
| strictly ... 14 | | | | |
| subsequent ... 56 | VHF ... 63 | | | |
| Sunday ... 26 | vicinity ... 20 | | | |
| superimpose ... 76 | VIRGINIA ... 14 | | | |
| supposed ... 41, 80 | vis ... 32, 69 | | | |
| swapped ... 9 | voice ... 28 | | | |
| swinging ... 63 | **W** | | | |
| sworn ... 7 | wait ... 33, 34, 71, 72 | | | |
| **T** | waited ... 80 | | | |
| taking ... 70, 72, 73 | waiting ... 72 | | | |
| tank ... 41 | walking ... 68 | | | |
| telephone ... 27, 28, 32 | watch ... 14, 37, 39-41, 62 | | | |
| Templett ... 10, 11, 62 | Waterman ... 12-16, 19, 37, 77-80 | | | |
| ten ... 15, 19, 20 | | | | |
| testimony ... 77 | weather ... 80, 81 | | | |
| thereabouts ... 22 | WEBB ... 33 | | | |
| these ... 13, 16, 44, 53, 57, 70, 74, 76, 83 | weekend ... 26 | | | |
| | weekends ... 27 | | | |
| Thigpen ... 10, 11, 54, 55, 57, 62, 65-67, 69, 82 | westbound ... 71 | | | |
| | wheel ... 80 | | | |
| three ... 10, 47-50, 52, 53, 55, 60, 73 | Whereupon ... 85 | | | |
| | white ... 74, 75, 83 | | | |
| throw ... 61 | whole ... 7, 41 | | | |
| tie ... 13, 43, 67, 81 | | | | |
| tied ... 49-51, 61, 62, 64, 75, 76, 81 | | | | |
| ties ... 67 | | | | |

bitt

R9 - 10-27-06

BARGE000595



Exhibit 12

BARGE000596

LNA000379