# EXHIBIT 10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

· · · · · · · · · · · · · · · · · · · · · ·

IN THE MATTER OF THE     CIVIL ACTION NO.
COMPLAINT OF INGRAM BARGE    05-4419
COMPANY AS OWNER OF THE     C/W 05-4237
ING4727, PETITIONING FOR      C/W 05-5531
EXONERATION FROM OR          C/W 05-5724
LIMITATION OF LIABILITY

SECTION "C" (2)

· · · · · · · · · · · · · · · · · · · · · ·

Deposition of ERIC THIGPEN, taken at the offices of Emmett, Cobb, Waits, & Henning, located at 1515 Poydras Street, Suite 1950, New Orleans, Louisiana 70112, beginning on the 27th day of October, 2006.

Reported by:
Peter Caruso, CCR-CVR
Certified Court Reporter

Appearances:

Representing the Plaintiffs,
Ethel Mumford, et al:

WIEDEMANN & WIEDEMANN
Attorneys at Law
By: Lawrence D. Wiedemann, Esq. (#13457)
821 Baronne Street
New Orleans, Louisiana 70113

LAW OFFICE OF BRIAN A. GILBERT
Attorneys at Law
By: Brian A. Gilbert, Esq. (#21297)
3232 Edenborn Avenue
Metairie, Louisiana 70002

MR. PATRICK J. SANDERS, ESQ. (#18741)
Attorney at Law
3316 Ridgelake Drive
Metairie, Louisiana 70002

Representing the Plaintiffs,
The Parfait Family, et al:

LAW OFFICES OF ASHTON R. O'DWYER, JR.
Attorneys at Law
By: Ashton R. O'Dwyer, Jr., Esq. (#10166)
365 Canal Street
Suite 2670
'ew Orleans, Louisiana 70130

:nting Joseph C. Domino, Inc.
 !nique Towing, Inc.:

Representing Joseph C. Domino, Inc.:

HARRIS & RUFTY, L.L.C.
Attorneys at Law
By: Jill S. Willhoft, Esq.
650 Poydras Street
Suite 2710
New Orleans, Louisiana 70130

Representing LaFarge North America, Inc.:

CHAFFE, McCALL, L.L.P.
Attorneys at Law
By: Robert B. Fisher, Jr., Esq.
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

Representing Ingram Barge Company:

LISKOW & LEWIS
Attorneys at Law
By: Don Haycraft, Esq.
701 Poydras Street
50th Floor
New Orleans, Louisiana 70139

Representing New York Marine and
General Insurance Company:

SUTTERFIELD & WEBB, L.L.C.
Attorneys at Law
By: Daniel A. Webb, Esq.
650 Poydras Street
Suite 2715

Representing Board of Commissioners,
Port of New Orleans:

DAIGLE, FISSE & KESSENICH
Attorneys at Law
By: Jonathan H. Sandoz, Esq.
P. O. Box 5350
Covington, Louisiana 70434-5350

- 4 -

EXAMINATION INDEX

Caption . . . . . . . . . . . . . . . . . . . . 1

Appearances . . . . . . . . . . . . . . . . . 2

Stipulation . . . . . . . . . . . . . . . . . 4

Examination

    By Mr. Wiedemann . . . . . . . . . . . . 7

    By Mr. Emmett . . . . . . . . . . . . . 45

Reporter's Page . . . . . . . . . . . . . . 47

Certificate . . . . . . . . . . . . . . . . 48

EXHIBIT INDEX

No. 1 . . . . . . . . . . . . . . . . . . . . 42

- 5 -

STIPULATION

It is stipulated and agreed to, by and between counsel, that the deposition of Eric Thigpen, is hereby taken, pursuant to Notice, for all purposes, under the rules of the Louisiana Code of Civil Procedure;

    That the parties hereto waive all formalities in connection with the taking of this deposition;

    That all objections, except those as to the form of the question and/or the responsiveness of the answer, are reserved until the time of the trial of this case.

* * * * *

    Peter Caruso, Certified Court Reporter, officiated in administering the oath to the herein witness.

- 6 -

**Page 7**

1  Eric Thigpen,
2  after having been first duly sworn by the
3  reporter to tell the truth, the whole truth, and
4  nothing but the truth, was examined and testified
5  as follows:
6        EXAMINATION
7  BY MR. WIEDEMANN:
8    Q. Eric, by whom are you presently
9  employed, sir?
10   A. Associated Terminals of St. Bernard.
11   Q. Associated Terminals of St. Bernard.
12 And how long have you been employed by them?
13   A. The day of the hurricane was supposed to
14 have been my first day. And like so I went back
15 to work as soon as they started back up, so --
16   Q. And what kind of vessels do they have?
17   A. They do stevedoring, unloading ships,
18 bulk cargo.
19   Q. Oh, okay. So what is your job capacity
20 with them?
21   A. I'm the oiler. I run the deck when I'm
22 wenching shift barges, draft barges. And I also
23 get to run the crane a little bit.
24   Q. Back on August 27th of 2005 you were
25 working for Unique Towing?

**Page 8**

1    A. Yes, sir.
2    Q. Is that correct?
3    A. Yes, sir.
4    Q. And how long had you worked for Unique
5  Towing prior to August 27th?
6    A. I think four or five months. I'm not
7  quite sure.
8    Q. And what was your job with --
9    A. Deck hand.
10   MR. EMMETT:
11      Eric, let him finish.
12   THE WITNESS:
13      Oh, okay.
14 BY MR. WIEDEMANN:
15   Q. Did you work on one vessel or more than
16 one vessel?
17   A. The first few days I worked on -- what
18 was the name? JEK. I don't know exactly how you
19 pronounce it. It's another one of Domino's
20 boats. And I got a few days of training on that.
21 Then I went to the REGINA, and I trained under a
22 couple of deck hands on the REGINA.
23   Q. So your experience when you got on the
24 REGINA H up until August 27, 2005 was as a deck
25 hand for four or five months?

**Page 9**

1    A. Yes, sir.
2    Q. And as a deck hand, what schedule would
3  you work?
4    A. We got 14 days on, seven days off, and
5  12-hour shifts.
6    Q. Did you have any training other than on
7  the job training relative to your deck hand duty?
8    A. On a small push tugboat. That's all I'd
9  ever -- my training was with Domino.
10   Q. And what push boat had you worked on?
11   A. Just --
12   Q. Was it one owned by Domino or --
13   A. Yeah. Well, the -- one of them, the --
14 they're both, I guess you'd say contracted to
15 Domino because Domino doesn't own none of the
16 boats. And the JEK, it's one of the other boats
17 that's contracted to Domino.
18   Q. So you worked on one vessel --
19   A. Just -- see, when I hired on, the REGINA
20 was going to, like, Fouchon or somewhere. So
21 when I hired on there were no boats. And so they
22 put me on a boat that was in New Orleans, you
23 know, so they wouldn't have to drive me all the
24 way down there. Then when the REGINA got back
25 into the Mississippi River -- and then I got on

**Page 10**

1  to the REGINA.
2    Q. And when you were on the REGINA, did you
3  always work the same schedule as Raymond Grabert?
4    A. No, sir.
5    Q. Did you sometimes work with the other --
6    A. Captain Gary was -- I guess you would
7  say my scheduler. The guy -- our schedules. You
8  know, if you looked at the schedules -- because
9  Captain Gary was my captain.
10   Q. So most frequently you would work with
11 Gary Dufrene; is that --
12   A. Uh-huh (affirmative response).
13   Q. And would you sometimes work with
14 Raymond Grabert?
15   A. Yeah, that's right.
16   Q. And when you were working for the four
17 or five months before August 27, 2005, they were
18 teaching you how to rig --
19   A. Yeah, that's --
20   Q. -- barges to vessels and vessels to
21 barges?
22   A. Yes, sir.
23   Q. Did you hold any licenses?
24   A. No, sir.
25   Q. Who paid your salary or your wages at

**Page 11**

1  that time?
2  A. My check said Unique.
3  Q. Unique. Did Unique have any kind of a
4  training program when you came to work? Did --
5  A. I guess the only training you have, once
6  a week you have a meeting and go over little
7  stuff, just stuff. But most of your training,
8  you know, is hands on, learning while you do.
9  Q. So there's like a safety meeting once a
10 week? Is that what it is?
11 A. Yeah. Something.
12 Q. On August the 27th the REGINA H was sent
13 in to the Industrial Canal to do a top around.
14 Do you recall that?
15 A. Yes, sir.
16 Q. You have a specific memory about it?
17 A. Pretty simple. We went in there. The
18 empty was tied to the dock. The load was on the
19 outside. We went in there. I hooked the head
20 line on the barge. Captain Raymond pulled it
21 away.
22          When he pulled it away I walked to the
23 other side to make sure -- because they had some
24 loads on the inside -- to make sure that when he
25 flopped around the loads would clear. When I

**Page 12**

1  told him the barges was clear he pushed them back
2  in.
3          I jumped back down onto the load. Put
4  as many parts on the barge as I could. Came
5  back. Walked to -- walked back, told Captain
6  Raymond, "You got one part lines in between it."
7          He asked me, "Is there enough to put any
8  more?"
9          "No, sir. That's -- you know, that's
10 the length of the lines."
11         He said, "All right." Got on the boat
12 and went out the locks. That's pretty it.
13 Q. Well, let me go back for a minute. Did
14 you have anything to do with receiving the
15 assignment for this job?
16 A. No, sir.
17 Q. That came from the dispatcher's office
18 to the vessel?
19 A. To the captain.
20 Q. By telephone?
21 A. Yes.
22 Q. So you don't have any knowledge
23 concerning what the dispatchers told to Captain
24 Grabert about this particular job?
25 A. No, sir.

**Page 13**

1  Q. Where were you when you first learned
2  that you were going to do this job?
3  A. I would be down in the galley most
4  likely.
5  Q. When did you first learn that you were
6  going to go into the Industrial Canal?
7  A. They would call. They have a
8  loudspeaker on the REGINA. They would call down
9  and tell me to crank the engines up if they
10 wasn't already cranked up. Run down, check the
11 oils. Crank the engines up. Un-tie the --
12 whatever -- however we're tied up, un-tie it.
13         And then he'd say, "We're going into the
14 locks." And I'd get ready.
15         And so when we get in the locks you
16 catch a line so that the -- you know, you're not
17 floating around in there. You catch a line. You
18 have a one-part line. And, you know, the water
19 level changes. Then you go on into Industrial.
20 Q. Where was the REGINA H when you got the
21 call on the loudspeaker saying you were going --
22 A. I don't know.
23 Q. You don't remember?
24 A. I can't remember that. No, sir.
25 Q. When he told you on the loudspeaker, did

**Page 14**

1  he tell you where you were going?
2  A. Yeah, most likely. It's --
3  Q. Excuse me. Go ahead.
4  A. Waterman's right there, and Industrial
5  Locks are like right below it, so he would tell
6  me to be ready to get out and catch a line.
7  Q. Had you been to the Lafarge facility on
8  the Industrial Canal before?
9  A. I've been in Industrial Canal, you know,
10 a pretty good bit. But to say that we'd been
11 there, I can't remember that.
12 Q. You don't remember specifically taking a
13 barge in or a barge out of the Lafarge facility?
14 A. (negative head nod).
15 Q. You'd have to answer.
16 A. I don't think so. I can't remember
17 that. I don't know.
18 Q. On the 27th when you went into the
19 Industrial Canal, tell me what you saw with
20 relation to the barges, where they were located.
21 A. They were right there by the little
22 cement, Lafarge Plant, you know.
23 Q. Did you see anybody on the plant itself?
24 A. There was nobody in -- on the premises.
25 I walked all over, looked for ropes. There were

--- Page 15 ---

1  no ropes. I even walked on the other barges.
2       Now, they did have a couple of ropes on
3  the other loads, but those loads are not --
4  they're -- the ropes aren't long enough. It's
5  like when you're making a tow or something, you
6  use that line to catch it for -- quick, you know,
7  so the captain can flatten out. Then you put
8  your cables on. The rope was not long enough to
9  do nothing with.
10     Q.  So there were some other barges there
11  besides the two that you --
12     A.  Yes, sir.
13     Q.  -- were going to top around; is that
14  right?
15     A.  Yes, sir.
16     Q.  And you went on those to see whether
17  there was any --
18     A.  Ropes.
19     Q.  -- rope that you could use?
20     A.  Yes, sir.
21     Q.  But there wasn't any?
22     A.  No rope.
23     Q.  Now, did the captain tell you to go look
24  for rope or you were just doing it?
25     A.  Well, I found one rope. It was like a

--- Page 16 ---

1  black with a Mardi Gras color. They call that --
2  I found one rope, and I used it on the low.
3     Q.  Where did you find the rope?
4     A.  It was just on the dock.
5     Q.  And when you say it's a Mardi Gras
6  color, was that purple and yellow?
7     A.  Well, it was kind of like red and
8  yellow, and maybe some purple in it. Yeah.
9     Q.  And what size rope was it; do you have
10  any idea?
11     A.  I'd -- I would -- probably two-inch.
12     Q.  And do you know what kind of material it
13  was made of?
14     A.  It was just regular rope material,
15  your -- whatever you want to -- poly or whatever.
16  I'm not sure.
17     Q.  So it was a two-inch rope you found on
18  the dock?
19     A.  Right.
20     Q.  Is that right?
21     A.  Plus the ropes that they had tied with
22  the empty to the dock, which was already there.
23     Q.  Now, tell me, when you got there, how
24  were the two barges that were at the dock? How
25  were they situated; do you recall?

--- Page 17 ---

1     A.  The empty on the inside and the load on
2  the outside. One part lines connecting the empty
3  to the load.
4     Q.  Now, when you got there, did you get off
5  of the REGINA H and go onto the dock, or what?
6     A.  No. When I got there I have to get off.
7  And you got a headline on a tugboat. I put it
8  on, I think like a quarter bit. That's not the
9  middle bit. It's like a -- it gives him a
10  little -- if you put them right in the middle,
11  when he's trying to flip around, it's kind of a
12  little harder. So they -- usually they put that
13  headline on the quarter.
14     He pulled back. When he pulls back,
15  then he'll flip around. And as that barge
16  twists, it comes around and, you know, takes the
17  headline loose, and you walk around, and you put
18  it on the other one. Then once that empty
19  cleared the other barges I told him to push it
20  in.
21     Q.  Well, let me go back for a minute
22  because I think you're getting ahead of -- when
23  you got there the light barge, or the empty
24  barge, was closest to the dock; is that right?
25     A.  Right.

--- Page 18 ---

1     Q.  And the full barge was outboard or
2  outside of the --
3     A.  Right.
4     Q.  -- light barge?
5     A.  Right.
6     Q.  Now, the light barge apparently was tied
7  off to the dock.
8     A.  Right.
9     Q.  Okay?
10     A.  Right.
11     Q.  So before the captain could move them
12  around somebody had to do something with those
13  lines.
14     A.  Well, that's when I -- I would have put
15  the -- on the quarter bit of the load I would
16  have most likely put the headline. He would have
17  pulled back. And as he pulls back --
18     MR. EMMETT:
19        He's talking about before you pulled
20     back.
21  BY MR. WIEDEMANN:
22     Q.  I'm talking about --
23     A.  Oh, I have to walk around and untie the
24  ropes off the dock.
25     Q.  That's what I want to get to.

## Page 19

1  A. All right.
2  Q. When you got there, before you did --
3  A. Yeah.
4  Q. -- anything to move the barges --
5  A. Yeah, untie it. Yes, sir.
6  Q. -- you had to get on the dock; did you
7  not?
8  A. Yes, sir. I had to untie it.
9  Q. And then, what? Did he drive the REGINA
10 H up to the dock and let you off?
11 A. No.
12 Q. How did you get --
13 A. Just jump.
14 Q. To the loaded barge and then onto the
15 light barge?
16 A. Yeah.
17 Q. Now, tell me, when you got onto the
18 dock, how was the light barge, which has been
19 identified as 4727, how was that moored to the
20 dock, if you can recall?
21 A. By ropes.
22 Q. How many ropes?
23 A. I believe three.
24 Q. And where were the three ropes that were
25 used to moor the light barge to the dock?

## Page 20

1  A. I untied them and --
2  Q. No. I mean, where were they? You've
3  got --
4  A. I can't -- you got me. I can't remember
5  that.
6       MR. EMMETT:
7           Is your question related to which
8       bits of the barge were they tied to?
9       MR. WIEDEMANN:
10          Yes.
11      THE WITNESS:
12          I couldn't remember what bits.
13 BY MR. WIEDEMANN:
14 Q. But you know there were three ropes?
15 A. I'm pretty sure there was three.
16 Q. And do you know where they were located
17 with relation to the empty barge? Was there one
18 at each end and one in the middle, or can you
19 tell me?
20 A. There was one on each end. Now, I'm not
21 sure whether one in the middle. What you would
22 do as a deck hand, you would find -- like whoever
23 put that empty in there, they would -- you know,
24 where the cavils or timberheads or the
25 timberheads or whatever you want to call it

## Page 21

1  that's on the dock, you would, you know, make the
2  shortest line. You know what I'm saying?
3  Q. Yes.
4  A. You wouldn't -- if this one's in the
5  middle you wouldn't run it way over here
6  (indicating). See, you would -- wherever he put
7  it. And I can't --
8  Q. Tell me what was on the dock that was
9  used to moor the light barge to the dock. What
10 kind of fitting or shore side -- what was it tied
11 off to?
12 A. It's like a round --
13 Q. And what do you call that?
14 A. I don't know. I call it like a
15 timberhead, but it's probably a little different.
16 Q. Were all of the mooring fittings on the
17 wharf, were they all the same, like timberheads,
18 like you described?
19 A. I can't remember. I don't know.
20 Q. Well, can you draw for me what a
21 timberhead that you saw looks like? Wait. Let
22 me get you another piece of paper. I know you're
23 not an artist and we don't -- just to the best of
24 your recollection, draw what you saw on the dock.
25 A. If I'm remembering right, it was

## Page 22

1  something that looked kind of like -- you know,
2  kind of like that (indicating). It's got a big
3  part on the front, and it just comes down there
4  (indicating). It's down there.
5  Q. And you would call that a timberhead; is
6  that right?
7  A. A timberhead is usually on a barge. I
8  would just call that something on a -- I don't
9  know exactly what you would call it.
10      MR. EMMETT:
11          What's it made out of?
12      THE WITNESS:
13          I think like concrete, but I'm not
14      sure for that, either.
15 BY MR. WIEDEMANN:
16 Q. Do you know how many there were on the
17 dock?
18 A. They should be lined up all down that
19 dock. I don't know how many of them.
20 Q. Your best recollection is, you saw three
21 ropes that --
22 A. Yes.
23 Q. -- were tied off to the dock?
24 A. Yes. When I untied I'm almost positive
25 there was three ropes.

1  Q. And to what were they tied on the inside
2  of the light barge? What were the fittings that
3  they were tied to?
4  A. I'm not sure. That's --
5  Q. You don't remember?
6  A. No.
7  Q. Do you remember what kind of rope was
8  used on the three that you recall seeing?
9  A. It was a blue rope. Blue rope. That
10 same blue rope that was in between the two
11 barges, two-inch.
12 Q. So the rope that attached the light
13 barge to the dock was different than the rope you
14 found --
15 A. Yes.
16 Q. -- on the dock?
17 A. Uh-huh (affirmative response).
18 Q. You call that a Mardi Gras --
19 A. Yeah. It was a black --
20 Q. So the three ropes that were on were
21 black or blue?
22 A. They -- the three ropes that was on was
23 blue.
24 Q. And what kind of diameter were they?
25 A. Two-inch.

- 23 -

1  Q. Two-inch?
2  A. Uh-huh (affirmative response).
3  Q. And when you untied them from the
4  fitting on the dock, you said it was concrete,
5  how was it rigged; do you recall?
6  A. If it's one of these you're not going
7  to -- you're going to like -- you could put the
8  eye maybe over it, but I don't know. It had a
9  couple of parts, but I put more parts in it than
10 when they're empty because the empties are way up
11 out of the water, you know, from the dock.
12    So, you know, when the load -- when I
13 put the load up it's pretty even. I don't know
14 how many parts were there. Most likely it was
15 tied back to the barge, though.
16 Q. When you say you don't know how many
17 parts, what do you mean, how many --
18 A. How many parts is like, one part would
19 be here (indicating). Then when you come back it
20 would be a two-part, then three, four.
21 Q. So you don't know how many parts were
22 running when you got there between the light
23 barge and the dock in the three places you saw
24 it?
25 A. Yeah. I couldn't -- I'm not sure.

- 24 -

1  Q. Did you see how the two barges were
2  rigged to one another, moored to one another?
3  A. I know that it had two ropes on the --
4  you know, on the ends, but I think the other rope
5  was kind of at a angle a little bit. But I'm
6  sure what bits it went to, which angle it went
7  from what bits.
8  Q. So you say there were two ropes. Where
9  were they located?
10 A. Going from, you know, the end to the
11 other end. I believe it was cavils, but I'm not
12 sure.
13 Q. So there were ropes on each end of the
14 two barges; is that right?
15 A. One -- right. One part lines, and then
16 there was one blue line running. And I think it
17 like -- it wasn't -- I don't know if the bit --
18 sometimes, you know, your bits -- they got some
19 barges that have center bits. Some barges don't
20 have center bits. They have quarter bits. And I
21 think that one barge, the middle wasn't straight,
22 even. Like the ones on the ends was pretty
23 straight, you know, tied straight up and down.
24 Q. The lines on both ends between the two
25 barges, the full barge and the empty, were they

- 25 -

1  one part?
2  A. Yes, sir.
3  Q. In other words, there was one part
4  between --
5  A. One line.
6  Q. -- the two barges?
7  A. Right.
8  Q. Could you tell what type of fitting was
9  on the full barge and what was on the --
10 A. I think it was both cavils, but that's
11 just a guess. I can't, you know --
12 Q. And describe the cavil for me, if you
13 can.
14 A. It would be kind of like that
15 (indicating). To you, it's got a hole right like
16 that (indicating).
17 Q. Would you mark a 1 on the first one you
18 drew, which you said was concrete, and the second
19 one is what you said was a cavil.
20    Your recollection is that the two barges
21 had cavils at least on each end?
22 A. I'm pretty sure it was all cavils,
23 but --
24 Q. And they had a single strand running
25 from, let's say, the bowel of one barge to the

- 26 -

## Page 27

1  bowel of the other, and another single line
2  running from the stern --
3      A.  Yes, sir.
4      Q.  -- to the other --
5      A.  Yes, sir.
6      Q.  And then there was a line in the middle,
7  but --
8      A.  Yes, sir.
9      Q.  -- you say it was on an angle.
10     A.  Yeah. I don't think it was straight up
11 and down, but I may be -- I just --
12     Q.  Was that a single line?
13     A.  Yes, sir, a one-part.
14     Q.  And were there some cavils that had no
15 lines on it?
16     A.  Yes. Yeah -- I don't know.
17     Q.  But on the cavils that you saw, the
18 single lines that you saw, the single strand,
19 were somewhere in the middle and on both ends?
20     A.  Yes, sir.
21     Q.  Were they made of the same rope, the
22 same blue rope?
23     A.  Yes, sir.
24     Q.  The same line?
25     A.  Yeah.

## Page 28

1      Q.  Two-inch blue line?
2      A.  Blue line, yes, sir.
3      Q.  So that the lines running from the light
4  barge to the dock were two strands, or were they
5  more?
6      A.  Yeah. They were more than one part.
7      Q.  More than one part. Was it two or you
8  don't know?
9      A.  Most likely two or more. They were
10 pretty long ropes.
11     Q.  And that was the same kind of rope?
12     A.  Right.
13     Q.  Is that correct?
14     A.  Yes, sir.
15     Q.  So then you had to untie the ropes on
16 the empty barge --
17     A.  Going to the dock.
18     Q.  -- to the dock before --
19     A.  Then I --
20     Q.  -- the captain could start moving?
21         MR. WEBB:
22             You all are both talking at the same
23         time, and I can't understand a word
24         either one of you all are saying right
25         now.

## Page 29

1  BY MR. WIEDEMANN:
2      Q.  You had to untie the three ropes, or the
3  three lines, that were tied to the dock before
4  the captain could move the barges, right?
5      A.  Yes, sir.
6      Q.  And how were you communicating with him?
7      A.  Radio.
8      Q.  And so when you got to the dock side,
9  did you tell the captain how it was rigged or
10 anything?
11     A.  Probably not. I would just tell him,
12 "all gone." That means all the ropes are off.
13     Q.  Did you tell him you were looking for
14 rope?
15     A.  No. I didn't look for rope until after
16 we already flipped them around.
17     Q.  Now, when you took the ropes loose, did
18 you take them loose from the dock or from the
19 barge?
20     A.  If it had this right here (indicating),
21 and I'm pretty sure it did, you can't tie a rope
22 on that. You would have to -- you know, it would
23 be tied to the cavil. It would be tied on the
24 barge, you know, with the Figure 8's --
25     Q.  Yes.

## Page 30

1      A.  -- how you tie it. It would be tied on
2  the barge. So what I did was, I took the Figure
3  8's off, maybe it would have a half-inch or
4  something, take it off. And then I put the ropes
5  on the dock because I knew I was going to have to
6  use them ropes when I'd come back with the load.
7      Q.  So you took the ropes from the inside of
8  the light barge, you took them off of the cavils
9  on the barge and put them on the dock?
10     A.  Yes, sir.
11     Q.  And when you got all three loose, then
12 you told the captain that they were free?
13     A.  Yeah. You say "all gone."
14     Q.  Now, had you rigged the boat to the
15 outside --
16     A.  Load?
17     Q.  What?
18     A.  To the load?
19     Q.  Yes.
20     A.  Yes, sir.
21     Q.  Before you went on to the dock?
22     A.  Yes, sir.
23     Q.  And how did you rig it?
24     A.  You just put a head line and you throw
25 it over the cavil.

### Page 31

 1  Q. Where was the vessel with relation to
 2  the outside loaded barge?
 3  A. It probably wasn't on the middle cavil.
 4  It was probably -- if it had like a quarter
 5  cavil -- if it's got like a quarter cavil, you
 6  know, that's a quarter a ways of the barge. And
 7  that's where I'd have put my head line because
 8  he'd pull it a little easier. But if it didn't
 9  have a quarter cavil, then I'd have had to put
10  the line in the head -- in the middle of the
11  barge.
12  Q. Do you remember at this time where you
13  put it?
14  A. No.
15  Q. Did you put a single or --
16  A. It's a two-part. It stays on the
17  tugboat. It never comes off.
18  Q. And what size line is that?
19  A. That's two-inch.
20  Q. So you would attach that two-inch line
21  to, what?
22  A. To -- you just throw it around the
23  cavil.
24  Q. It has a loop on it?
25  A. No. It's -- it -- it's tied off. Like

### Page 32

 1  you have this -- you got like a timberhead
 2  looking thing that comes out of the -- on the
 3  front of the tug boat. And the rope's tied. You
 4  tie one side of it off. Then you got about 15,
 5  maybe 30 foot of slack. It matters what size
 6  barges you're messing with and what the captain
 7  prefers.
 8      And then that rope runs around, and then
 9  it comes back and it ties on. Then you got a
10  little hook on the tugboat, that you just grab
11  that line and set it up. And when you're not
12  using it, you know, you just set it up on top.
13  And then when you pull up to a barge you just
14  throw the head line around it and pull.
15  Q. After you attach that -- and that was
16  done before you went to undo the lines at the
17  dock; is that right?
18  A. Yes, sir.
19  Q. And then you called him on the radio or
20  did you get back on the barges, or --
21  A. Yes, sir.
22  Q. Before he started moving them out you
23  got back onto the barges?
24  A. Yes, sir.
25  Q. And when you went there, was the inside

### Page 33

 1  barge, the light barge, was it made up right
 2  against the dock?
 3  A. Yes, sir.
 4  Q. Were there any bumpers or any --
 5  A. It's pretty much just pilings.
 6  Q. Pilings along the dock?
 7  A. Yeah. Right.
 8  Q. After you came and got the three lines
 9  loose, you left the lines on the empty barge?
10  A. The lines that I'd untied from the dock?
11  Q. Yes.
12  A. No. I left them on the dock.
13  Q. On the dock. And then tell me how the
14  captain removed the two barges to begin topping
15  them around.
16  A. That's why I say, like, I would have
17  grabbed on here (indicating), because as he pulls
18  out it would pull -- most likely he would have
19  pulled this one (indicating), and it kind of
20  pulled the barge at an angle.
21      Then I take the head line. I go around
22  and I grab the head line. I take it off. I jump
23  onto the tugboat, the barge is floating, and he
24  swing -- as the barges come around, then he
25  swings behind and threw the line onto the empty.

### Page 34

 1  Q. Once you release the three lines from
 2  the dock, or actually from the -- then he starts
 3  to move it. And as it moves he then comes
 4  around?
 5  A. Yes. And I have to take the head line
 6  off of the barge.
 7  Q. Let me show you a picture, which is an
 8  aerial photograph. Now, this is taken after the
 9  hurricane, but there are one, two, three, four,
10  five barges. And the other barge here
11  (indicating) is what is 4445. That was the
12  loaded barge?
13  A. Yes, sir. That --
14  Q. The five barges, were they there at that
15  time?
16  A. Yes, sir.
17  Q. Were they loaded?
18  A. Yes, sir.
19  Q. Were they in the position that you see
20  them, as they are right now?
21  A. I'm pretty sure. I know they had -- I
22  don't know exactly -- yeah. I'm pretty sure
23  that's the way they were.
24  Q. Did you go on these barges?
25  A. Yes, sir.

### Page 35

1     Q. Could you tell how they were rigged to
2 them?
3     A. I believe they had cables. I'm pretty
4 sure.
5     Q. How were they rigged to the dock? How
6 was this outside barge or these other barges
7 rigged to the dock?
8     A. I believe just with rope.
9     Q. Well, didn't you have to determine that
10 the two barges were clear of these other
11 barges --
12     A. Yes.
13     Q. -- before you moved it around?
14     A. What you -- no. I think they'd have
15 been -- they were more shifted this way
16 (indicating). When we came in they was more
17 like -- see how it looks like it's at this angle
18 (indicating)?
19     Q. On an angle.
20     A. They were like this angle (indicating),
21 the barges were.
22     MR. FISHER:
23         Indicating straight as compared to
24     an angle on the boat.
25     MR. WIEDEMANN:

### Page 36

1         Well, that's not what he indicated.
2         Right now it's on an angle to the south.
3         He indicated it was on an angle to the
4         north.
5 BY MR. WIEDEMANN:
6     Q. Is that what you --
7     A. Yeah, that's what I would believe.
8     Q. So the angle that's now existing was the
9 opposite; is that correct?
10     A. Right. Yes, sir.
11     Q. Were you able to observe how the north
12 side of the barges were made fast to the dock?
13 Could you tell?
14     A. I believe they was just ropes tied on to
15 the dock. And they were put together with
16 cables.
17     Q. Now, he's backing out; is that correct?
18     A. Yes, sir. Like, he would most likely --
19 if there's a cavil, like, right there
20 (indicating), he would pull back because that
21 would kind of, you know, put him at a little
22 angle, the barge. And as he pulls back, then we
23 would go back around on the side of the empty,
24 and it would be flipped around.
25     Q. Now, when he completed the turn of the

### Page 37

1 barges, the loaded barge was on the inside; is
2 that right?
3     A. Yes, sir.
4     Q. Did you do anything with relation to the
5 lines between the loaded barge and the empty
6 barge?
7     A. No, sir.
8     Q. The lines that were there when you got
9 there remained as they were --
10     A. Yes, sir.
11     Q. -- is that right?
12     A. Yes, sir.
13     Q. Now, when you topped them around and you
14 had the full barge on the inside, what did you do
15 with the lines that you had left on the dock?
16     A. That's what I used to tie the load back
17 to the dock.
18     Q. Did you tie it back as it was before?
19     A. Well, what I did was, when I took them
20 off the ropes laid where they were at. And as he
21 pushed back in, I either -- I tried to tell him
22 to push this way or push that way. I tried to
23 get the cavils on the barge as close to this
24 thing right here (indicating), so you've got as
25 little amount of space in between them. You can

### Page 38

1 put as many parts.
2     Q. So you tried to line up the cavils on
3 the light barge with the cement --
4     A. With the load, because the load was on
5 the inside now.
6     Q. Yes. I'm sorry. To line up the cavils
7 on the full barge with the cement fixture on the
8 dock; is that right?
9     A. Yes, sir.
10     Q. Were you trying to get it back in the
11 same position it was before?
12     A. I'm not sure if that was the same
13 position. It may have been -- I'm trying to get
14 it to as close a position as I can. That's
15 just -- that's the sense of a deck hand.
16     Q. Right. Because the rope on the fixture
17 on the dock already. You didn't take that off.
18     A. No, sir.
19     Q. And now you've got to make it fast to
20 the cavil --
21     A. Yes.
22     Q. -- on the loaded barge?
23     A. Yes, sir.
24     Q. And did you rig it any differently than
25 it was rigged before when you rig it up?

### Page 39

1     A. Just put as many parts as I could. I
2 know they didn't have as many parts as what I put
3 when I put the load back, because the load is
4 closer to the dock, and the empty is up above the
5 dock.
6     Q. So you put more parts in the --
7     A. I put as many as the length of the rope
8 would let me.
9     Q. And you could put more because the full
10 barge was down farther than the light barge.
11     A. Yes, sir.
12     Q. So in the three places where they were
13 fixed you put more parts than had existed before?
14     A. Yes, sir.
15     Q. But you didn't fool with the way the
16 barges were fixed to one another?
17     A. No, sir.
18     Q. And now you said you found one rope.
19 And what did you do with that rope?
20     A. I put it -- I think it -- see, one of
21 the ropes that they had on the empty already
22 wasn't very long. I think it may have been like
23 a two-part. And, you know, you're kind of taught
24 to try to put three or more. That's -- you know,
25 that's what's standard rule. You always try to

### Page 40

1 go three parts more. Three's just a lot stronger
2 than a two. A two's really not no more stronger
3 than a one-part. They -- you know, that's the
4 teaching that I've been taught.
5     And so they had a -- I believe they had
6 one part, you know, that only had like a two-
7 part, so I said, "Captain Raymond, I can only get
8 a two-part here."
9     He said, "Well, can you find another
10 rope?" So I went and found that rope. And I put
11 it -- I think it was three or four parts. And it
12 was right there up underneath the -- where they
13 actually unload the concrete stuff at.
14     Q. That's the Mardi Gras rope that you --
15     A. Yeah.
16     Q. Did you have to attach the Mardi Gras
17 rope to the blue rope or did you just make an --
18     A. No. Just --
19     Q. -- extra fitting -- I mean, an extra --
20     A. Extra.
21     Q. What?
22     A. Just an extra. No attaching. Just put
23 it over the cavil and run it around this little
24 thing here (indicating). Go back as many times
25 as I could.

### Page 41

1     Q. After the topping around you wound up
2 with more parts than had existed before?
3     A. Yes, sir.
4     Q. And you had it in the other rope?
5     A. Yes, sir.
6     Q. But in between the two barges there was
7 a blue rope. That was only one part; is that
8 right?
9     A. Yes, sir.
10     Q. There wasn't any other rope around?
11     A. No, sir.
12     Q. At any time that you all were there at
13 the Lafarge facility, did you ever see anybody --
14     A. No, sir.
15     Q. -- from Lafarge?
16     A. No, sir.
17     Q. Did anyone, to your knowledge, call to
18 see what was going on?
19     A. Like Captain Raymond calling or
20 something?
21     Q. No. Did you know of anybody that called
22 from Lafarge or --
23     A. No, sir.
24     Q. -- Ingram, or anybody else?
25     A. No, sir.

### Page 42

1     (Off the Record).
2 MR. WIEDEMANN:
3     I'm just going to mark that Exhibit
4 13, which is --
5 MR. EMMETT:
6     His diagram?
7 MR. WIEDEMANN:
8     -- his diagram, yes.
9     (Off the Record).
10 BY MR. WIEDEMANN:
11     Q. Eric, the blue ropes that you observed
12 that were between the dock and the inside barge
13 at the end, which of course was the loaded barge,
14 and the ones that were between the loaded and
15 unloaded barge, did they appear to be new ropes
16 or old ropes?
17     A. The ones on the dock looked like they
18 had been used a few times. They had concrete
19 kind of -- you'd say, kind of. But the barges
20 between the loaded and the empty looked brand
21 new.
22     Q. I know you didn't fool with the ropes or
23 the moorings between the two barges, but you
24 indicated that you had put three or four strands
25 between the inside barge and the dock. And there

### Page 43

1  was one part between the two barges. You didn't
2  fool with that, I understand; is that correct?
3     A. Repeat yourself.
4     Q. You put three or four parts between the
5  inside barge and the dock; is that correct?
6     MR. EMMETT:
7        Object to form. It mis-states his
8        testimony. He said he put as many as he
9        could.
10    MR. FISHER:
11       I join in the objection. That's not
12       his testimony, counsel.
13    MR. WIEDEMANN:
14       Okay.
15 BY MR. WIEDEMANN:
16    Q. How many parts did you put on the three
17 ropes that you re-fixed to the inside barge, full
18 barge, in addition to the extra rope that you put
19 in?
20    A. As many as it would let me.
21    Q. And how many would you estimate?
22    A. Three, four. I know on the one blue
23 rope, I believe it was only -- it was a short
24 one. And it only had like two parts. So that's
25 why I went looking for another rope.

- 43 -

### Page 44

1     Q. And that enabled you to get three or
2  four parts as --
3     A. Right.
4     Q. And so you increased the number of parts
5  between the inside barge and the dock as they
6  existed before?
7     A. I would say, yes, sir.
8     Q. You didn't fool with the parts between
9  the two barges; is that correct?
10    A. No, sir.
11    Q. And I understand that those were one-
12 part blue lines?
13    A. Yes, sir.
14    Q. And would you put four parts between two
15 barges?
16    A. Common sense, most of the time in all
17 fleets anywhere, you just don't put loads and
18 empties together. That's why, because it's too
19 hard to put parts between them.
20    Q. So you know that from your four or five
21 months experience, that it's not proper to put an
22 empty next to a full barge?
23    MR. EMMETT:
24       Object to the form. You can answer.
25    THE WITNESS:

- 44 -

### Page 45

1        I wouldn't -- you go to any fleet,
2        the loads are with loads, empties are
3        with empties.
4     MR. WIEDEMANN:
5        Okay. Thank you. I have no further
6        questions.
7        EXAMINATION
8  BY MR. EMMETT:
9     Q. I have a couple of questions for you,
10 Eric. You've told us that you added an extra
11 Mardi Gras line between the load and the dock
12 after you'd done the topping. Did you put that
13 Mardi Gras line on top of one of the blue lines
14 that was already there or was it on a
15 different --
16    A. I think on that barge it had like --
17 sometimes they have a barge, they have a cavil
18 and a cavil. It's two cavils right close to each
19 other on the end. And then you have a middle
20 cavil.
21       I believe I put -- you know, the blue
22 line was on this (indicating) going to the same,
23 you know, the little round thing here
24 (indicating). And then I used the other one
25 going this way (indicating). So it wasn't on the

- 45 -

### Page 46

1  same cavil, but it went around the same thing on
2  the dock.
3     Q. Now, these dock fixtures that you tied
4  off to, are you certain as to what they were made
5  of or what they looked like?
6     A. I'm not even certain that -- I'm -- on
7  most docks, if I think -- that's what I think.
8  You don't see very many docks that have
9  timberheads -- I mean, cavils. You don't see
10 them. They always have some type of tire
11 fixture, because a cavil's real low, you know.
12 And this thing like stands up here (indicating).
13 So it's hard for that rope to come off of it.
14    MR. WIEDEMANN:
15       Indicating about three feet from the
16       top of the table?
17    THE WITNESS:
18       It's about two and a half.
19    MR. WIEDEMANN:
20       Two and a half?
21    MR. EMMETT:
22       Thank you very much. That's all I
23       have.
24 (Whereupon, the deposition was concluded.)
25

- 46 -

REPORTER'S PAGE

I, Peter Caruso, Certified Court Reporter, in and for the State of Louisiana, the officer, as defined in Rule 28 of the Federal Rules of Civil Procedure and/or Article 1434(b) of the Louisiana Code of Civil Procedure, before whom this sworn testimony was taken, do hereby state on the Record:

That due to the interaction in the spontaneous discourse of this proceeding, dashes ( - ) have been used to indicate pauses, changes in thought, and/or talk-overs; that same is the proper method for a Court Reporter's transcription of proceeding, and that the dashes ( - ) do not indicate that words or phrases have been left out of this transcript;

That any words and/or names which could not be verified through reference material have been denoted with the phrase "(phonetic)."


Peter Caruso, CVR-CCR
                Certified Court Reporter

                - 47 -


CERTIFICATE

This certification is valid only for a transcript accompanied by my original signature and original blue stamp on this page.

I, Peter Caruso, Certified Court Reporter, in and for the State of Louisiana, as the officer before whom this testimony was taken, do hereby certify that Eric Thigpen, after having been first duly sworn by me upon authority of R.S. 37:2554, did testify as hereinbefore set forth in the foregoing 46 pages;

That this testimony was reported by me in the Stenographic (voice-writing) method, was prepared and transcribed by me or under my personal direction and supervision, and is a true and correct transcript to the best of my ability and understanding;

That I am not related to counsel or to the parties herein; am not otherwise interested in the outcome of this matter; and am a valid member in good standing of the Louisiana State Board of Examiners of Certified Shorthand Reporters.


            Peter Caruso, CCR-CVR
            Certified Court Reporter
Louisiana License #20088

                - 48 -

                                                                48

1                     C E R T I F I C A T E

2              This certification is valid only for a

3    transcript accompanied by my original signature and

4    original blue stamp on this page.

5              I, Peter Caruso, Certified Court Reporter, in

6    and for the State of Louisiana, as the officer before

7    whom this testimony was taken, do hereby certify that

8    Eric Thigpen, after having been first duly sworn by me

9    upon authority of R.S. 37:2554, did testify as

10   hereinbefore set forth in the foregoing 46 pages;

11             That this testimony was reported by me in the

12   Stenographic (voice-writing) method, was prepared and

13   transcribed by me or under my personal direction and

14   supervision, and is a true and correct transcript to the

15   best of my ability and understanding;

16             That I am not related to counsel or to the

17   parties herein; am not otherwise interested in the

18   outcome of this matter; and am a valid member in good

19   standing of the Louisiana State Board of Examiners of

20   Certified Shorthand Reporters.

21

22   Peter Caruso, CCR-CVR
     Certified Court Reporter
23   Louisiana License #20088

24

25


                PETER CARUSO & ASSOCIATES (504)432-3656
                P.O. BOX 10741, JEFFERSON, LOUISIANA 70181


                            BARGE000611

Case 2:05-cv-04182-SRD-JCW   Document 15549-36   Filed 09/29/08   Page 17 of 17

Exhibit B

BARGE000612