# EXHIBIT 16

PRELIMINARY FAILURE INVESTIGATION OF THE NORTH AND SOUTH BREACHES ALONG INHC (EAST), ST. BERNARD PARISH, NEW ORLEANS, LA

1.  SCOPE OF INVESTIGATION

1.1  The objective of this failure investigation is to determine the role, if any, the ING 4727 barge played in the formation of the north and south breaches. Although a significant effort has been made, this engineering investigation is ongoing. Our investigation has included: review and evaluation of previous public investigative reports to date on the subject floodwall failures, a number of eyewitness depositions, relevant technical publications, and project photographs; and performance of certain engineering calculations. Concurrent with this work, we are collecting and reducing relevant data and performing various stability and seepage analyses among other tasks. Consequently, the findings given below are based only on the work which has been accomplished to date.

A list of the main documents which have been reviewed is given in Appendix A. The result of this investigation has been done by myself or under my direct supervision. In addition to myself there are other MEA engineers which have also participated in this investigation. Staff qualifications are provided in Appendix B.

2.  FAILURE CONDITIONS

2.1 Since the ILIT, IPET, and Team Louisiana, reports there has been a significant amount of eyewitness information which has become available which did not exist in

MARINO ENGINEERING ASSOCIATES, INC.

1101 EAST COLORADO AVENUE
URBANA, ILLINOIS 61801
217-384-2288

those reports. Some of the salient statements made by these witnesses are provided below:

    a. No observations of seepage at any time along the subject floodwall or relevant areas of the neighborhood prior to floodwall failure.

    b. Witnesses heard (one to three) "booms", which some say was a "hollow" sound, coming from the direction of breaches within the approximate time span of north and south breaches. Many say the "boom" was an explosion or collision type noise. Some witnesses residing in homes closer to the subject floodwall or on second floor felt significant coincident shaking of the structure.

    c. Eyewitnesses indicate no knowledge of leaning walls at the north or south breach before failure.

    d. Water was not observed to be continuously cascading over the floodwalls before the time of the breaches.

    e. Some eyewitnesses claim to have seen the barge going through the floodwall at the north and south breaches.

North Breach Photographs

2.2    Photos 1 and 2 show a very abrupt failure at the construction joint at the north end of the north breach. This wall break is the result of failure in shear from clockwise twist.

2.3    Photographs 3 and 4 depict the wall that came completely out of the ground and twisted longitudinally 270° and displaced eastward at the north end. The twisting

is consistent with pump station manager statement that the wall tumbled one segment at a time with failure commencing at the north end.

2.4    A more gradual twist of the floodwall is present at the south end of the breach (see Photo 5).

South Breach Photographs

2.5    At the northern end of the south breach the floodwall has twisted (starting essentially at a construction joint) more than 90° downslope in less than two concrete panels (see Photos 6 to 9). Over this panel length the deformation intensity increases significantly with the concrete disintegrated and the sheetpile lying on top of the ground along the southern most panel.

2.6    As can be seen in Photo 10, the maximum floodwall displacement is along the northern half of the breach with the fragmentation of the concrete so great that much of it is missing. The wall is estimated to have been displaced up to about 180 ft eastward. In the southern half of the breach, the displacement is fairly uniform at about 50 ft east of its original position with much of the concrete remaining on the floodwall.

2.7    At the southern end of the south breach a little more than one 30 ft panel has been sheared off. This can be clearly seen in Photos 11 to 14 and was caused by collision with the ING 4727 barge and is clearly the location where the barge exited the canal and entered into the Lower 9th Ward.

BARGE000943

2.8    The collision exit of the barge through the south end of the wall is consistent with the longitudinal sinusoidal bowing of the wall immediately beyond the wall failure (see Photo 15). Also, as depicted on Photo 15, no such bowing is found along the wall immediately to the north of the breach.

3.0    POTENTIAL BARGE IMPACT LOADS

3.1    It is a well established fact that Vessel impact is one of the most significant design considerations for the design of bridge piers that span navigable waterways (2). The forces that can be imparted a by moving barge to any stationary structure can easily cause the failure of that structure.  In fact there are specific standards such as the AASHTO (1991) guide specification that are used as the basis for design of waterway structures, namely piers, with respect to the resistance of loads resulting from vessel collision (7,8). The specifications allow for two types of impact resistance design. AASHTO allows the designer to either design to withstand the vessel impact loads, or to design a secondary protection system that will absorb the vessel impact loads and prevent failure of impacted structures. Consequently, bridge piers are designed stronger and stiffer and are typically supported on piles that can resist such lateral load. Given the structural capability to which bridge piers are designed, it is clear that the floodwalls have little chance of resisting any significant collision from barge of such size.  The floodwalls were not designed to resist any impact load from moving barges.

BARGE000944

3.2   For the south breach, an analysis was done by MEA using the same approach presented in IPET report in Appendix 17 applying drag coefficients identified in reference (6), but a more realistic impact time was used.  In the IPET report the impact duration was assumed at 10 seconds. Based on that assumption, the impact force was found to be 33% of the pre-existing hydrostatic forces on the floodwall.  A 10 second impact time does not, however, appear to be realistic and is unheard of based on reported case studies.

3.3   For comparable barge sizes in the 600-700 ton range the reported impact time ranged from 0.9 to 1.5 seconds (1,2,3).  A maximum impact time of about 3.5 seconds was reported for a massive 150,000 metric-ton vessel (4).  For impact times ranging from 0.9 to 1.5 seconds, significant damage is expected to be inflicted on the barge (barge damage is typically called crushing depth).   For impact times ranging from 0.9 to 1.5 seconds, the crush depth ranges from 0.35 ft to several feet.  Inspection of the hull of the Ingram barge showed no significant crushing depth indicating an impact time that is even less than 0.9 seconds.  Data from full scale tests on barges colliding with bridge piers showed that the tested barges did not endure significant body damage if the impact time is 0.5 to 0.6 seconds or less. Using a maximum impact time of 0.6 seconds, the impact force was found to be a minimum of 190% to 450% of the pre-existing hydrostatic pressure for wind speed range of 80 to 125 mph and draft depth ranging from 1.5

to 2.5 ft[1] assuming that the barge comes in contact with the floodwall along its full 200-ft length.

Based on available data, however, it is highly probable that the barge initially impacted the wall at an angle.  Hitting the floodwall at an angle would have caused the impact force to be more concentrated along a limited or shorter portion of the wall, shattering the concrete panels in a blast-like manner of very short duration. This is consistent with the "boom" sounds heard and house shaking felt by a number of Hurricane Katrina survivors and disintegrated concrete floodwalls (see other sections of this report).

 It appears that after the first barge impact and failure at the northern part of the south breach that the barge became pinned at this location and rotated counter-clockwise around the pinning point hitting the wall along the full length of the barge.  This second primary collision had better distribution of the impact force along the full length of the barge with possibly slightly higher impact time that is still probably less than a second.  This is consistent with the existence of concrete floodwall sections along the southern part of the south breach remaining relatively whole compared to the northern part of the south breach. The ING 4727 barge appears to have exited into the 9th Ward along the southern portion of the south breach. This is evident by the damage in this section indicating the top 3 ft of the wall was literally sheared off as the barge broke through.

---

[1] Communication with Mr. Hector Pazos.

3.4 The north breach had a shorter stretch of damaged wall when compared to the south breach. The pump station manager, who witnessed this failure, heard one collision and then saw a barge-like vessel come through the wall at an angle and then recede back into the canal. Given that this collision was earlier in the morning August 29, 2005 with the water level in the canal in a lower position, the barge impacted the middle to lower half of the wall. Based on the photographs, at the north end of the breach the sheet pile was literally torn off at the construction joint from the impact.

From the pump station manager's description of the incident it appears that the impact force generated by ING 4727 barge was caused by exceptional wave action. Considerable vessel impact force can be generated by the effect of wave action on the barge.

3.5 In addition to the wind effect on the barge a separate analysis was done to evaluate the imposed vessel force from periodic wave action.  The wave induced forces on a ship or a barge approaching a wall can be substantially greater than the wave force acting on the barge in unrestricted water (5).  The potential flow theory[2] was used as the basis for the analysis of wave induced forces on the barge.  An analysis was done to determine the wave force acting on the barge which eventually will be imparted to the wall upon impact.  Wave force is a function of several factors including wave period, water depth, barge dimension and distance to the floodwall.  For simplicity, the barge was assumed to be

---

[2]  The potential flow is a velocity field which can be described in term of a gradient of a scalar function and is characterized by an irrotational velocity field.

"momentarily" fixed in its mean position at any given time.  In reality the barge is in motion and that should in fact yield a higher order contribution to the wave force. Assuming only a wave height of 1 ft, it was found from the analysis that the wave force can yield an additional force of at least 100% of the pre-existing hydrostatic force.

4.0  FAILURE ANALYSIS

4.1 IPET limit equilibrium analysis of the south breach indicates that this wall should not have failed. IPET concluded that the wall was weakened by back scour which resulted in the ultimate failure of the wall. There are several important factors which are inconsistent in this conclusion:

   a. There was no analysis done by IPET that indicates that scour would have cause the failure.

   b. ILIT modeled the wall and assumed the scour trench along the floodwall of the maximum depth to either side of the breach at 5 ft deep. ILIT determined that formation of the scour trench did not play a critical role in the failure. Moreover, even if the scour is assumed to 7.5 ft depth there was no substantial difference in the results.  MEA has confirmed the ILIT analysis and obtained similar results (pending).

BARGE000948

   c.  Current evidence exists that indicated that at the time of failure the surge elevation was below the top of the floodwall. Therefore a scour trench was not present at the time of failure.

   d.  Scour in adjacent floodwall sections did not result failure in those areas.

4.2  ILIT concluded from their failure analyses that both the north and south breaches were the result of extremely high permeability "marsh" layer(s) underlying the floodwall. They postulate and demonstrate based on numerical modeling that the marsh layers rapidly transmit the significant surge water pressure to landside toe creating unstable conditions. Based on the available information there are several factors which are inconsistent with "underseepage" theory. These include:

   a.  The marsh permeability assumed in the ILIT seepage model is very high compared to the soil descriptions of the marsh materials, available laboratory test data and CPT data. In the ILIT report, the seepage analysis was done using a permeability coefficient of 1.1 ft/hr ($10^{-2}$ cm/sec) which is high for clayey marsh. Based on the information reviewed there is no data to support this permeability value. The $\Delta U$ plot (or the change in porewater pressure plot) in ILIT report was obtained from CPT sounding beneath the levee at 17th Street canal breach (see Figure 8.37 in ILIT report) shows a significant build up of porewater pressure as the cone advanced in the marsh layer indicating a low-permeability layer. No explanation was provided in the ILIT report for the porewater pressure build up in the marsh layers. An additional $\Delta U$ plot

was presented for a location landside of the toe of the levee (see Figure 8.38 in ILIT report) which showed the measured porewater pressure to be far less than the hydrostatic pressure at depths as deep as 25 ft below ground rendering the data suspect. No similar ΔU plot was presented for the 9th Ward area in the ILIT report. The high permeability values presented in the ILIT report for the marsh were disputed in the IPET report.

Finally, the boreholes that were drilled by the Army Corps of Engineers near the south and north breaches showed that the marsh is very soft to medium stiff organic fat clay with roots and woods and lenses of silt at these locations. The marsh layer was assigned a USCS (Unified Soil Classification System) of CH indicating that the marsh is in fact a fat clay. Fat clays have much lower permeability than the one used in ILIT Analysis. Based on MEA analysis, if lower permeability value of $10^{-4}$ cm/sec (which is at least 1,000 times greater than for a fat clay were used in place of the $10^{-2}$ cm/sec, significantly lower exit gradient is obtained eliminating uplift problem.

b. In ILIT "underseepage" model, the surge water level at failure appears to be too high thus resulting in an overall higher seepage pressure.

c. MEA attempted to confirm the ILIT seepage results but found them to be inconsistent with the reported input permeability. When using the ILIT model with a more representative value of permeability for the "marsh" layers, we

found the "underseepage" pressure at the landside is significantly reduced and not problematic.

d. With significant water surge in the Industrial Canal occurring over less than 12 hours, transient seepage conditions exist under the floodwall structure. The ILIT "underseepage" analysis, however, assumes the canal water was 2 ft above the floodwall for a sufficient amount of time for the "marsh" layer(s) to fully transmit surge induced seepage pressures to the landside levee. It takes time, however, for the landside maximum "underseepage" pressure to develop. Therefore, the pressure should be less than the maximum value when the floodwall failed. Also, considering the time-dependent water rise based on the IHNC hydrograph, the landside "underseepage" pressure would reduce and would be less that the steady-state seepage value calculated by ILIT.

4.3 Based on limit equilibrium methods, IPET determined that north breach was the result of weak soils which could not withstand surge levels at 11ft elevation. IPET claims that it is 'clear' that the north breach failure occurred between 4:30-5:00 a.m. on August 29, 2005 and although their hydrograph at this time indicates only a surge elevation of 9-10 ft it may have been 11 ft based on information at USGS Gage-IWWO I-510 (Paris Rd.). In addition to the speculation that the water level may have been higher than their own hydrograph at the time of failure, there are other issues with the above IPET postulated failure mechanism. These include:

a.  As with the south breach IPET assumes an extremely low strength of the lower clay based on the available data.

b.  ILIT used the IPET model and method of analysis but applying a more reasonable strength for the lower clay and found the floodwall of the north breach to be very stable from a water-wall loading perspective.

c.  Both the ILIT and IPET analyses assume a 2-dimension failure. The actual failure has 3-dimensional characteristics. As 3-dimensional analysis will result in more resistance for the water loading against the wall.

5.0 CONCLUSIONS

5.1   The only loose vessel in the confined area between IHNC lock and Florida Bridge is the hopper barge ING 4727.

5.2 Analyses to date clearly indicate that the impact of the ING4727 would play a critical role in the failure of the floodwall at the north and south breaches along the east side of the IHNC.

5.3 It appears the barge came loose at or before 4:30 a.m. and struck the floodwall just south of the Florida Ave. Bridge and then the wall between streets N. Galvez and N. Prieur.

BARGE000952

5.4 Lower 9th ward survivor accounts of events and damage associated with the floodwall breaches are reasonably consistent with the collision of the barge with the floodwall.

5.5 Present analyses and evidentiary data indicate that the impact force of the ING 4727 barge likely reduced the safety factor below one and cause failure of the wall at the north and south breach locations.

5.6 Other postulated failure mechanisms by other investigators, namely IPET and ILIT related to "underseepage" or weak soil induced instability. These failure mechanisms, however, appear to be significantly flawed and are consequently much less likely to have played a critical role in the IHNC floodwall breaches than the ING 4727 barge.

I make the forgoing statements subject to penalties of perjury.

Gennaro G. Marino, Ph.D., P.E.
Lead Investigative Engineer

REFERENCES

1. Consolazio, G.R., and Cowan, D.R. (2005). "Numerically Efficient Dynamic Analysis of Barge Collisions with Bridge Piers". Structural Engineering, ASCE Journal, Vol. 131, No. 8, Aug, pp 1256-1266.

2. Consolazio, G.R., and Cook R.A., and Lehr, G.B. (2002). "Barge Impact Testing of the St. George Island Causeway Bridge- Phase I: Feasibility Study". Structures Research Report No. 783, Engineering and Industrial Experiment Station, University of Gainesville, FL, January.

3. Consolazio, G.R., and Cowan, D.R. (2003). "Nonlinear Analysis of Barge Crush Behavior and Its Relationship to Impact Resistant Bridge Design". Computers & Structures, Vol. 81, pp 547-557.

4. Pedersen, P.T., Valsgard, S. Olsen D., and Spangenberg, S. (1993). "Ship Impacts: Bow Collisions". International Journal of Impact Engineering, Vol. 13, No. 2, Feb., pp 163-187.

5. Lewandoski, E.M. (1994). "The Effect of a Vertical Wall on the Wave-Induced Force on a Structure". Proceedings of the 13th International Conference on Offshore Mechanics and Arctic Engineering, Vol. I, March, pp 83-89.

6. Schlichting, H. (1960) "Boundary Layer Theory", 4th Edition, McGraw-Hill Book Company, Inc., New York, NY, 647 p.

7. Wuttrich, R., Wekezer, J., and Yazdani, N. (2001). "Performance Evaluation of Existing Bridge Fenders for Ship Impact". Performance of Constructed Facilities, ASCE, Vol. 15, pp 17-23.

8. Wuttrich, R. Wekezer, J., and Yazdani, N. (1996). "BARGE COLLISION DESIGN OF HIGHWAY BRIDGES". Performance of Constructed Facilities, ASCE, Vol. 15, pp 17-23.

APPENDIX A: REVIEWED DOCUMENTS

List of Depositions Reviewed:

Andrew Sartin deposition on April 11, 2008

Arthur Murph, Jr. deposition on December 17, 2007 and January 28, 2008

Carolyn Berryhill deposed on December 13, 2007

Dakeia Johnson deposition on April 9, 2008

Damond Peters deposition on April 8, 2008

D'Antoinette Johnson deposition on December 11, 2007

Dolores St. Cyr-Butler deposition February 19, 2008

Earl Lackings deposition on April 9, 2008

Ernest Offray deposition on February 19, 2008

Kendrick Ray Pounds deposition on December 11, 2007

Patrina Peters deposition on April 8, 2008

Ronald McGill deposition on January 16, 2008

Sidney Willams deposition on February 19, 2008

Terry Mark Adams deposition notes. Deposed on November 13, 2006

William Villavasso deposition on December 18, 2007

Information from New Orleans Hurricane Protection Projects Data website (https://IPET.WES.ARMY.MIL/): "Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System" Final Report of the Interagency Performance Evaluation Task Force dated March 26, 2007.

Photographs and various information from New Orleans Hurricane Protection Projects Data website (https://ILPET.WES.ARMY.MIL/)

"Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005. Volume I: Main text and Executive Summary by R.B. Seed et. al Final report dated July 31, 2006 downloaded from "http://www.ce.berkeley.edu/n new_orleans/ (Independent Levee Investigation Team)

"The Failure of the New Orleans Levee Systems During Hurricane Katrina" by Team Louisiana, A report prepared for Secretary Johnny Bradberry, Louisiana Department of Transportation and Development dated December 18, 2006. Downloaded from http://www.publichealth.hurricane.lsu.edu/

The New Orleans Hurricane Protection System "What Went Wrong and Why?" A report by the American Society of Civil Engineers Hurricane Katrina External Review Panel by Christine F. Anderson, et. al. Downloaded from www.asce.org

Photographs produced by La Forge, Pazos, Getty Images, Boutte, and O'Dwyer.

BARGE000956

APPENDIX B: STAFF QUALIFICATIONS

Gennaro G. Marino, Ph.D., P.E. is the lead investigative engineer on this project. Dr. Marino has about 30 years of experience in geotechnical engineering and related civil engineering fields. In 1985 Dr. Marino received his Ph.D. in Civil Engineering from the University of Illinois. From his research and experience Dr. Marino has authored over 80 articles and publications on advanced engineering topics and has published a textbook on earthquake damage.

Dr. Marino has performed engineering work across the country and has professional engineering licenses in a number states including Arkansas, Colorado, Iowa, Illinois, Indiana, Louisiana, Massachusetts, Minnesota, Mississippi, North Dakota, Ohio, Oklahoma, and Tennessee. His forensic work includes engineering on various structures (e.g. dam, canal, levee, bridge, foundation, pavement, embankment, earth slope, pool, pipeline, underground opening, and other types of structures).

Another principal engineer on this project was Dr. Mohamed Gamal, Ph.D., P.E. Dr. Gamal has 22 years of experience in the fields of geotechnical, transportation and structural engineering. Dr. Gamal received his Ph.D. in 1999 from the University of Illinois at Urbana-Champaign. Dr. Gamal has authored and co-authored more than 15 publications and has a PE license in the state of Ohio.  He worked on a large number of projects across the US that covered wide range of expertise working on dams, canals, mine subsidence investigation, watershed analysis for flood protection works, underground strategic gas storage caverns, tunnels and pavement investigations as well as designing structures overseas.

Mr. Elgendy and Mr. Malaya have performed data collection/reduction modeling and stability analyses on this project. Mohamed M. Elgendy, M.Sc., EIT. has 24 years of experience in the field of civil engineering. He practiced structural design and construction supervision of mid-rise concrete public and residential buildings. He has also practiced the design of hydraulic structures like regulators, culverts, weirs and small dams. He has also worked in developing and implementing monitoring systems for the purpose of evaluating the structural and geotechnical existing conditions of these structures. He has also practiced geotechnical engineering including designing investigation programs, as well as design of shallow and deep foundations. He has extensively used several structural and geotechnical software packages for the analysis of multi-story concrete structures, seepage, soil stress distribution and slope stability analysis in the design and evaluation of several projects. Mr. Elgendy also developed and implemented modern infrastructure management systems for storm water drainage systems using GIS software.

Mr. Nagesh Malyala has a total of 7 years experience working as a civil engineer.  He obtained a Master of Technology in civil engineering in 2001 from Surathkal, India.  He has worked on different projects across the US that covered field subsurface exploration

BARGE000957

and other geotechnical duties such as slope stability analysis, deep and shallow foundation design.

BARGE000958



Photo 1- Northeast View



Photo 2- East view

Photos 1 and 2 show abrupt tear at north end of the north breach. The break occurred at a construction joint at the south end of a continuous concrete panel to the north corner of the floodwall. Note the sheetpile at south end of panel was pulled laterally landside out of bottom of the concrete panel and tore just south of the interlock with adjacent sheet. (Photos produced by LaFarge, North America.)



Photo 3 shows north end of the failed floodwall laying flat on ground having rotated 270°. Greatest fragmentation and twisting strains appear to occur at the construction joints. North Breach. East view. (Photograph produced by LaFarge, North America.)



Photo 4 shows the north end of the failed wall displaced eastward and twisted 270° with sheetpile completely out of the ground close to the south end of the failure. North Breach. Southwest view. (Photograph produced by LaFarge, North America.)



Photo 5 depicts the more gradual twisting of the wall at the south end of the north breach. Torsion or twisting strains greatest at the joints. Note from the flow of floodwaters into the Lower 9th Ward the levee soil was washed out along the wall and exposed the sheetpile. Southeast view. (Photograph produced by LaFarge, North America.)



Photo 6 depicts the scour trench to the north of the south breach. Also, concentrated deformation at the construction joint exists along the twisted floodwall at the north end of the breach which has displaced downslope. South view. (Photo published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity" dated September 27, 2005.)



Photo 7 depicts the downslope twisting of the floodwall at the north end of the south breach. It appears that essentially all the sheetpile for the most twisted concrete panel (to the south) is no longer embedded. Some embedment also has been removed from the northern panel sheetpile. Southeast view. (Photo published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity" dated September 27, 2005.)



Photo 8 depicts a more than 90° downward twist of the floodwall at the north end of the south breach. Beyond the construction joint of the most northern twisted panel the floodwall concrete has been completely disintegrated with the sheetpile laying on the top of the ground. End of upper panel shown in the photo appears to have been only slightly damaged. North view. (Photo published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity" dated October 6, 2005.)



Photo 9 of the north end of the south breach. Concrete floodwall is fairly intact north of construction joint. To the south of the joint the wall is twisted downslope more than 90° in less than two panel lengths. Most northern twisted panel shows significant concrete fragmentation and reinforcement exposure. These areas have minimum concrete cover over the sheetpile whereas in intermittent areas have the greatest cover and this infill reinforced concrete remained more "intact". In the southern panel the concrete essentially disintegrated with the sheetpile lying on the top of the ground. North View. (Photo published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity" dated October 6, 2005.)



Photo 10 is an aerial view of the south breach. As can be seen in the photo most of the concrete floodwall segment has broken off the sheetpiling in the northern half whereas towards the southern half the concrete wall has remained over the sheetpiling. The northern part of the failed floodwall displaced up to about 180 ft to the east and beyond Jourdan Ave. In the southern part of the breach the wall displacement was fairly uniform and on the order of 50 ft. Northeast view.  (Photo from "Performance Evaluation of the New Orleans and southeast Louisiana Hurricane Protection System, Final Report of the Interagency Performance Evaluation Task Force. Volume V- The Performance- Levees and Floodwalls, Army Corps of Engineers, June, 2007.)



Photo 11 depicts the south end of the south breach where the top of floodwall was sheared off and vertical rebar has been bent horizontally landward. The sheared off portion of the wall occurred at the cold joint between 3 ft top pour and bottom pour which contains the embedded sheetpile. Horizontal rebar are also bent in landward where exposed at the north fracture surface in the upper pour. South view. (Photo published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity" dated October 6, 2005.)



Photo 12 shows the top of the sheared off portion of the concrete floodwall above the cold joint where rebar is bent landside. Concrete above the cold joint is sheared off beyond the vertical panel joint. Also, note the exposure of the reinforcement in areas of higher stress. Southeast view. (Photo published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity" dated October 6, 2005.)



Photo 13 depicts the sheared off end of south breach showing horizontal cold joint and acute vertical fracture surface. Note the rebar bent landward. Southwest view. (Photo obtained from New Orleans Hurricane protection projects data website, Army Corps of Engineers, https://IPET.WES.ARMY.MIL/)



Photo 14 depicted the top of the sheared off panel at the south end of the south breach. To the east, the top of the sheared panel appears to be more fragmented. Upper parts of sheetpile are exposed as the concrete has been "peeled" off. Northwest view. (Photo published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity" dated September 27, 2005.)



Photo 15 depicts the entire south breach. Note that the sinusoidal longitudinal bowing of the wall immediately to the south of the breach, and that the pole just south of breach on landside of the levee was not impacted by the barge movement. Northwest view. (Getty image photo.)