# EXHIBIT 20

BERRYHILL, CAROLYN

12/13/2007

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IN RE:  KATRINA CANAL     CIVIL ACTION
BREACHES CONSOLIDATED
LITIGATION                NO. 05-4182
                          and consolidated cases

                          SECTION "K" (2)

                          JUDGE DUVAL
PERTAINS TO: BARGE
                          MAG. WILKINSON

FILED IN:

Boutte v. Lafarge         05-5531
Mumford v. Ingram         05-5724
Lagarde v. Lafarge        06-5342
Perry v. Ingram           06-6299
Benoit v. Lafarge         06-7516
Parfait Family v. USA     07-3500
Lafarge v. USA            07-5178




        Deposition of CAROLYN BERRYHILL,

128 W. Harrison, Baton Rouge, Louisiana

70802, taken in the Law Offices of Chaffe

McCall, 2500 Energy Centre, 1100 Poydras St.,

New Orleans, Louisiana on Thursday, the 13th

day of December, 2007 at 1:36 p.m.

BERRYHILL, CAROLYN

12/13/2007

---

Page 2

```
1
     APPEARANCES:
2
3
4        BRUNO & BRUNO
         (By: L. Scott Joanen, Esquire)
5        855 Baronne St.
         New Orleans, Louisiana 70113
6        (504) 525-1335
             Attorneys for Liaison/MRGO
7            Plaintiffs' Subgroup Litigation
             Committee
8
9
10       WIEDEMANN & WIEDEMANN
         (By: Lawrence D. Wiedemann, Esquire)
11       821 Baronne St.
         New Orleans, Louisiana 70113
12       (504) 581-6180
             Attorneys for Barge Plaintiffs
13
14
15       LAW OFFICE OF BRIAN A. GILBERT
         (By: Brian A. Gilbert, Esquire)
16       821 Baronne St.
         New Orleans, Louisiana 70113
17       (504) 581-6180
             Attorneys for Barge Plaintiffs
18
19
20       ANDRY LAW FIRM
         (By: Jonathan B. Andry, Esquire)
21       610 Baronne St.
         New Orleans, Louisiana 70113
22       (504) 586-8899
             Attorneys for MRGO Plaintiffs
23
24
25
```

---

Page 4

```
1
     APPEARANCES (continued):
2
3
4        LISKOW & LEWIS
         (By: Don K. Haycraft, Esquire)
5        Suite 5000
         701 Poydras St.
6        New Orleans, Louisiana 70139-5099
         (504) 581-7979
7            Attorneys for Ingram Barge Company
8
9
10
11       McCRANIE, SISTRUNK, ANZELMO, HARDY,
         MAXWELL & McDANIEL
12       (By: Mark Hanna, Esquire)
         3445 N. Causeway Blvd., Suite 800
13       Metairie, Louisiana  70002
         (504) 831-0946
14           Attorneys for Orleans Levee
             District
15
16
17
18       DAIGLE, FISSE & KESSENICH, PLC
         (By: Kirk N. Aurandt, Esquire)
18       227 Hwy. 21
19       Madisonville, Louisiana  70447
         (985) 871-0800
20           Attorneys for Board of
             Commissioners for the
21           Port of New Orleans
22
23
24
25
```

---

Page 3

```
1
2        APPEARANCES (continued):
3        GOODWIN PROCTER, LLP
         (By: Sarah S. Keast, Esquire)
4        901 New York Avenue, NW
         Washington, D.C. 20001
5        (202) 346-4000
             Attorneys for Lafarge North
6            America, Inc.
7
8
9        SUTTERFIELD & WEBB
         (By: Daniel A. Webb, Esquire)
         Poydras Center
10       650 Poydras St., Suite 2715
         New Orleans, Louisiana 70130
11       (504) 598-2715
             Attorneys for Lafarge North
12           America, Inc.
13
14
15       CHAFFE McCALL, L.L.P.
         (By: Derek A. Walker, Esquire)
16       2300 Energy Centre
         1100 Poydras Street
17       New Orleans, Louisiana 70163-2300
         (504) 585-7000
18           Attorneys for Lafarge North
             America, Inc.
19
20
21       STONE, PIGMAN, WALTHER, WITTMANN,
         L.L.C.
22       (By: Carmelite M. Bertaut, Esquire)
         546 Carondelet Street
23       New Orleans, Louisiana 70130-3588
         (504) 581-3200
24           Attorneys for Washington Group
             International, Inc.
25
```

---

Page 5

```
1
2        APPEARANCES (continued):
3
4        U.S. DEPARTMENT OF JUSTICE
         (By: Peter Myer, Esquire)
5        P.O. Box 888
         Benjamin Franklin Station
6        Washington, D.C.  20044
         (202) 616-4289
7            Attorneys for United States of
             America
8        (Present via telephone)
9
10
11
12       BURGLASS & TANKERSLEY, L.L.C.
         (By: Monica Waldron, Esquire)
13       5213 Airline Drive
         Metairie, Louisiana 70001
14       (504) 836-2220
             Attorneys for Parish of Jefferson
15
16
17       MONTGOMERY BARNETT
         (By:  Kenneth J. Gelpi, Jr., Esquire)
18       2300 Energy Centre
         1100 Poydras St.
19       New Orleans, Louisiana 70163-3200
         (504) 585-7693
20           Attorneys for The American Club
21
22
23
24
25
```

---

2 (Pages 2 to 5)

BARGE000912

BERRYHILL, CAROLYN

12/13/2007

---

Page 6

1  APPEARANCES (continued):
2
3
4
5
6  ALSO PRESENT:
7
8    EMMETT, COBB, WAITS & HENNING
    (By: Aaron K. Rives, Esquire)
9    Suite 1950
    1515 Poydras St.
10  New Orleans, Louisiana 70112
11
12
13
14
15
16
17  REPORTED BY:
18    MARGARET MCKENZIE, CCR, RPR, CMR, CRR
    Certified Court Reporter
19
20
21
22
23
24
25

---

Page 7

```
 1      S T I P U L A T I O N.
 2
 3         It is stipulated and agreed by and
 4  between counsel for the parties hereto that
 5  the deposition of the aforementioned witness
 6  is hereby being taken under the Federal Rules
 7  of Civil Procedure, for all purposes, in
 8  accordance with law;
 9         That the formalities of reading,
10  signing, sealing, certification and filing
11  are specifically waived;
12         That all objections, save those as to
13  the form of the question and the
14  responsiveness of the answer, are hereby
15  reserved until such time as this deposition,
16  or any part thereof, may be used or sought to
17  be used in evidence.
18
19
20         *  *  *  *  *
21
22      MARGARET MCKENZIE, Certified Court
23  Reporter, in and for the Parish of Orleans,
24  State of Louisiana, officiated in
25  administering the oath to the witness.
```

---

Page 8

1       I N D E X
2
3
4  EXAMINATION BY:
5
6  MR. WALKER...............................9
7
8  MS. BERTAUT.............................63
9
10  MR. WIEDEMANN........................102
11
12  MR. WALKER............................113
13
14
15
16
17  EXHIBITS:
18
19  Exhibit 1................................28
20
21  Exhibit 2................................91
22
23
24
25

---

Page 9

```
 1         CAROLYN BERRYHILL,
 2  128 W. Harrison, Baton Rouge, Louisiana
 3  70802, after having been first duly sworn by
 4  the above-mentioned court reporter, did
 5  testify as follows:
 6  EXAMINATION BY MR. WALKER:
 7     Q.  Good afternoon, Mrs. Berryhill.  My
 8  name is Derek Walker.
 9     A.  Good afternoon.
10     Q.  I'm an attorney involved in one of
11  the Katrina hurricane cases.  All the ladies
12  and gentlemen in this room are also attorneys
13  representing different parties involved in
14  different aspects of Hurricane Katrina.  And
15  we're here today to ask you questions.
16     A.  Okay.
17     Q.  It's important that in answering
18  those questions you give us your best answer.
19  Don't guess.  If there's something you don't
20  remember, that's perfectly okay.  If you
21  don't remember, that's an acceptable answer,
22  just let us know.
23     A.  Okay.
24     Q.  If you're telling us what somebody
25  else told you, please let us know that
```

---

BERRYHILL, CAROLYN

12/13/2007

Page 10

1  because we want to know what you know, not
2  what somebody else knows or what they might
3  have told you.
4      A.  (Witness nods head.)
5      Q.  If I ask a question that confuses
6  you or you don't understand, I'll do my best
7  to repeat it and ask it in a different way so
8  that you understand it because we're not here
9  to trick you.  We're just trying to know what
10  you know, what you lived through and what you
11  saw and what you heard.
12      A.  Okay.
13      Q.  And everybody is going to have a
14  chance to ask you questions.  And the same
15  rules apply to them.
16      A.  Can I ask?  Well, when you are
17  speaking to me, would you speak a little
18  louder, because I'm kind of deaf?
19      Q.  Perfect.
20      MR. GILBERT:
21          I have the same problem.  If you
22          could speak loud, I would
23          appreciate it, because I don't
24          hear.
25      THE WITNESS:

Page 11

1          Okay.
2      MR. GILBERT:
3          Thank you.
4  EXAMINATION BY MR. WALKER:
5      Q.  And there's someone on the phone
6  that's listening to us as well, another
7  attorney who couldn't be here today.  So
8  don't be afraid if suddenly you hear
9  something coming out of that box.  That's
10  just somebody who couldn't make it here
11  today.  And they may ask questions, they may
12  not.
13      MR. WEBB:
14          Are you there?
15      MR. MYER:
16          I'm here.
17      MR. WEBB:
18          Okay.
19  EXAMINATION BY MR. WALKER:
20      Q.  Is there anything you don't
21  understand about the process?
22      A.  No.
23      Q.  Okay.  Are you taking any
24  medication today, anything like that, that we
25  should know about?

Page 12

1      A.  Oh, I took my medication for the
2  day.
3      Q.  Okay.  And what is that?
4      A.  I take medroprolan (phonetically
5  spelled).  And what that is?  Patherol
6  (phonetically spelled).
7      Q.  And for what --
8      A.  That for my heart condition.
9      Q.  All right.  But you're able to
10  answer our questions today?
11      A.  Yes.
12      Q.  You understand what we're saying to
13  you?
14      A.  Yes.
15      Q.  All right.  I'm going to ask you to
16  repeat your name and your address for the
17  record.
18      A.  My name is Carolyn Berryhill.  I
19  live at 128 West Harrison, Baton Rouge,
20  Louisiana, 7018 -- 70802.  I had to think
21  again.
22      Q.  Okay.  By the way, I want you to
23  understand that you're the boss here today.
24  If you need to take a break, just let me know
25  or let anybody else know.  If you want

Page 13

1  something else to drink, water, Coke or
2  whatever, if you need to use the facilities,
3  just let us know.  We'll be here as long as
4  it takes for you to feel comfortable and
5  answer the questions that we pose to you.
6  Okay?
7      A.  Okay.
8      Q.  What's your phone number there?
9  Could you repeat that.
10      A.  My phone number is 225-218-4297.
11      Q.  And do you know your Social
12  Security number off the top of your head?
13      A.  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.
14      Q.  And what's your date of birth?
15      A.  February 22, 1948.
16      Q.  Where were you born?
17      A.  New Orleans, Louisiana.
18      Q.  All right.  How long have you lived
19  at that address in Baton Rouge?
20      A.  A year and a half there.
21      Q.  And do you own that home or are you
22  renting?
23      A.  I rent.
24      Q.  Okay.  And who's your landlord?
25      A.  A real estate.

4 (Pages 10 to 13)

BERRYHILL, CAROLYN

12/13/2007

---

Page 14

1     Q.  Okay.  And where were you living
2  before that address in Baton Rouge?
3     A.  I was living at 1838 Deslonde.
4     Q.  That's in the Ninth Ward?
5     A.  Yes.
6     Q.  Is that where you evacuated to?
7     A.  That's where I evacuated from.
8     Q.  I'm sorry.  You're right.  You
9  evacuated from the Ninth Ward after the
10 hurricane to this address in Baton Rouge?
11    A.  Yes.  Yes.  No.  I wound up in
12 Texas first.  Correction.  I went to Texas
13 first, then I came back to Baton Rouge.
14    Q.  Okay.  Where did you go in Texas?
15 Houston?
16    A.  I went to Dallas.
17    Q.  Dallas.  Okay.  Do you remember
18 your address there or where you stayed?
19    A.  I have it written down.  I know it
20 was in Dallas.  What part of Dallas, I can't
21 tell you right off.
22    Q.  Okay.  How long were you in Dallas?
23    A.  Oh, a month.
24    Q.  And did you go from Dallas to Baton
25 Rouge?

---

Page 15

1     A.  Yes, I did.
2     Q.  To this home where you're renting
3  now or somewhere else?
4     A.  I went to a friend of mine's for
5  about a week or two in Baton Rouge.  And then
6  I moved there.
7     Q.  And what's the name of your friend?
8     A.  His name was Marvin -- wait a
9  minute.  Morris Davis.
10    Q.  Morris Davis?
11    A.  Yes.
12    Q.  Okay.  And is he someone you knew
13 who lived in Baton Rouge or did you know him
14 from New Orleans?
15    A.  I knew him from New Orleans.
16    Q.  He had just ended up in Baton Rouge
17 after the hurricane?
18    A.  Well, he have family that live up
19 there.  So we came on back.  We stayed with
20 them for about two weeks before I moved to
21 that address.
22    Q.  Okay.  Do you happen to remember
23 Morris' address or phone number?
24    A.  Wait a minute.  Let me think of it.
25 I got it written down if y'all want it.

---

Page 16

1     Q.  Maybe it will come to you later.
2     A.  I have it written down.  I know
3  it's on Maple Street.  125 or something like
4  that Maple Street in -- what that is?  Oh, I
5  got to think of the name of it.  They tell me
6  the name.  I got to think of the name of it
7  right now.  I can't think of it right now,
8  right offhand.
9     Q.  Okay.  That's fine.  If it comes to
10 you later, just let me know.
11    A.  Uh-huh.
12    Q.  Are you working right now?  Are you
13 employed?
14    A.  No.  I'm on disability.
15    Q.  Okay.  How long have you been on
16 disability?
17    A.  Since 1997.
18    Q.  And what's the basis of your
19 disability?
20    A.  Heart problem.
21    Q.  Where were you employed before
22 1997?
23    A.  I was a substitute teacher.
24    Q.  Where?
25    A.  At the elementary school down in

---

Page 17

1  the Ninth Ward.
2     Q.  What's the name of that school?
3     A.  Edison.
4     Q.  Edison?
5     A.  Uh-huh.
6     Q.  And how long were you a teacher or
7  a substitute teacher?
8     A.  A substitute teacher, about a year
9  and a half.
10    Q.  And before that did you work?
11    A.  No.
12    Q.  Have you had any other employment
13 other than that substitute teacher position?
14    A.  No.  No.
15    Q.  Are you married?
16    A.  No.
17    Q.  Have you ever been married?
18    A.  No.
19    Q.  How far did you go in school in
20 terms of your education?
21    A.  Twelve years at -- twelve years.  A
22 year and a half of college.
23    Q.  What high school did you attend?
24    A.  I attended George Washington
25 Carver.

---

5 (Pages 14 to 17)

BERRYHILL, CAROLYN

12/13/2007

Page 18

1    Q.   Here in New Orleans?
2    A.   Uh-huh.
3    Q.   And where did you get the year and
4  a half in college, where did you attend?
5    A.   I was teach -- I was taking,
6  correction, I was taking culinary art.
7    Q.   I'm sorry?
8    A.   Culinary.
9    Q.   So you didn't go to a university or
10  college?
11    A.   I went to Southern University.
12    Q.   Southern.  Okay.
13    A.   Then I went to Dillard University.
14    Q.   Okay.  And what were you studying
15  at Southern or Dillard?
16    A.   Well, the first year I was there I
17  was a freshman, so we wasn't studying too
18  much on that, but I went to Dillard and I
19  started my culinary classes, which I didn't
20  complete because I took sick and that threw
21  me out.
22    Q.   And so after a year and a half you
23  dropped out of Dillard?
24    A.   A year.
25    Q.   Okay.  All right.  You mentioned

Page 19

1  your address earlier as 1838 Deslonde.
2    A.   Uh-huh.
3    Q.   How long did you live at that
4  property?
5    A.   How long I lived at that property?
6    Q.   Uh-huh.  At that address.
7    A.   I lived at that address 13 years.
8    Q.   And where did you live before then?
9    A.   I lived -- oh, Lord.  Now you're
10  going to ask me a question, I got to go back.
11  I lived at -- the year before that, back in
12  1992, I was living at 1932 Elysian Fields.  I
13  moved from there the year after to, if I'm
14  correctly, what that address was, 1928
15  Lamanche, I think it was.  It might be --
16  then I moved back with my father.  He took
17  sick in 19, the same year, I moved back with
18  him, 1993.  And I lived there until my father
19  passed away.  Then after that, that's when I
20  moved in 1995 to 1838 Deslonde.  And I've
21  been living there ever since up until
22  Katrina.
23    Q.   Okay.  Did you own the house at
24  1838 Deslonde or did you rent?
25    A.   Huh?

Page 20

1    Q.   Did you rent or did you own?
2    A.   No.  I -- well, my father owned it.
3    Q.   1838 Deslonde?
4    A.   Uh-huh.
5    Q.   Okay.  And when he passed away did
6  that property come to you?
7    A.   Became mine and five other members
8  of the family.
9    Q.   Who are those other five members of
10  the family?
11    A.   My twin brother and three sisters.
12    Q.   That's four other members and you?
13    A.   Huh?
14    Q.   That's four and you.
15    A.   It's four sisters.
16    Q.   Okay.  Yeah.
17    A.   And a twin brother, which make it
18  five, and myself makes six.
19    Q.   Okay.  So you have --
20    A.   Correction.  Four sisters.
21    Q.   Four sisters.  Okay.  A twin
22  brother and yourself?
23    A.   Yeah.  Make it six.
24    Q.   The property at 1928 -- you said
25  Lamanche?

Page 21

1    A.   Deslonde?
2    Q.   No.  I think you said --
3    A.   Oh, Lamanche?
4    Q.   Lamanche.
5    A.   Lamanche.
6    Q.   That's in the Ninth Ward?
7    A.   Yes.
8    Q.   Okay.  Elysian Fields was not in
9  the Ninth Ward?
10    A.   No.  It's not in the Ninth Ward.
11    Q.   Okay.  And how long did you live at
12  1928 Lamanche?
13    A.   Like I said, I lived at 1928
14  Lamanche for a couple of months.
15    Q.   Okay.
16    A.   After I moved off of Elysian
17  Fields.  Then my father took sick, it was
18  about six, seven months I lived there, and I
19  moved with my father.  Then when he passed in
20  '95, I moved on Deslonde.
21    Q.   Okay.  Are your brothers and
22  sisters still living?
23    A.   Yes.
24    Q.   Could you give me their names.
25    A.   Barbara Young.

Johns Pendleton Court Reporters                    800 562-1285

BARGE000916

BERRYHILL, CAROLYN

12/13/2007

Page 22

```
1          MR. GILBERT:
2      Barbara Young?
3      THE WITNESS:
4      Barbara Young.
5      Jacqueline Gardner.  Diane
6      Berryhill.  Anabelle Jelks.
7      J-E-L-K-S is her last name.
8   EXAMINATION BY MR. WALKER:
9      Q.  And that was Anabelle?
10     A.  Yeah.  Anabelle.
11     Calvin Berryhill.
12     Q.  Were any of your brothers and
13  sisters at 1838 Deslonde at the time of the
14  hurricane?
15     A.  Yes.  Diane.
16     Q.  Were any of the other, your
17  other --
18     A.  No.  No.
19     Q.  -- brothers and sisters in the
20  Ninth Ward at the time of the hurricane?
21     A.  No.  Only Diane.  Her and I was the
22  two that got out.
23     Q.  And where was Diane at the time of
24  the hurricane?
25     A.  In the same building with me.
```

Page 23

```
1      Q.  The same.  Okay.  Could you
2   describe that, your home for us.
3      A.  My home was a four complex.
4      Q.  A fourplex?
5      A.  Yeah.  Flatbed.
6      Q.  I'm sorry?
7      A.  A Flatbed.  Sit flat on the ground
8   (indicating).
9      Q.  So it was on a slab?
10     A.  Yeah.
11     Q.  And what was it built out of,
12  brick, wood?
13     A.  It was built out of concrete.
14     Q.  So the outside walls were concrete?
15     A.  Uh-huh.  The inside -- well, if you
16  knocked down the Sheetrock it's pure
17  concrete.
18     Q.  Okay.  And when you say fourplex,
19  that means it had four separate addresses and
20  four separate front doors?
21     A.  No.  One side had 1838 and the
22  other side had 1840.  According to the city,
23  it's registered on 1840.  The original
24  address, it was registered under 1840.  If
25  you check with the city, that's the address
```

Page 24

```
1   it's registered under, 1840.
2      Q.  How many front doors did the
3   structure have?
4      A.  Downstairs -- it is two front doors
5   downstairs.  Upstairs, you go up the steps,
6   it's two.
7      Q.  So you had four separate living
8   areas in the structure?
9      A.  Yeah.  Right.
10     Q.  Okay.  Where did you live,
11  downstairs or upstairs?
12     A.  I lived downstairs on the main
13  floor, which is the 1838.
14     Q.  Okay.  And who lived with you?
15     A.  Huh?
16     Q.  Did anybody live with you?
17     A.  No.
18     Q.  Who lived next door to you
19  downstairs?
20     A.  No one.
21     Q.  Who lived directly above you?
22     A.  No one.  Just me -- Diane lived --
23  didn't live above me.  She lived above 1840.
24     Q.  She lived above on the other side?
25     A.  Right.
```

Page 25

```
1      Q.  Okay.  And did anybody else live
2   with her?
3      A.  Her son.
4      Q.  And what's his name?
5      A.  Rodney.
6      Q.  And was he there at the time of the
7   hurricane?
8      A.  No, he wasn't.
9      Q.  What's his last name?
10     A.  Berryhill.
11     Q.  Okay.  So at the time of the
12  hurricane you and Diane lived in this home?
13     A.  Yeah.
14     Q.  Okay.  You said --
15     A.  Wait, wait.  Let me straighten
16  something out.  During that -- our friends
17  had came by and they stayed with us because
18  we were the only two ladies left down there
19  in that neighborhood.  So they said, well, if
20  y'all are going to stay, we're going to stay
21  with y'all.  The Lord blessed us because we
22  did have two men to help us out of the
23  situation we were in.
24     Q.  We'll get to that.  I asked who
25  actually lived there, and I think you said
```

7 (Pages 22 to 25)

BARGE000917

BERRYHILL, CAROLYN

12/13/2007

Page 26

1  you and Diane?
2      A.  Yeah.  Just me and Diane.
3      Q.  You told us the house was a slab
4  construction, flat on the ground.
5      A.  Yeah.
6      Q.  So were there any steps that led up
7  to the front door?
8      A.  No steps led to the bottom floor,
9  but it did have steps to the upstairs.
10     Q.  Stairs all the way up?
11     A.  Yeah.
12     Q.  But no steps to your bottom front
13  door?
14     A.  No steps at the bottom.
15     Q.  If you walked out your front door,
16  what street or what structure were you
17  facing?
18     A.  I was facing across the street --
19  well, when I walk out my front door I face my
20  neighbor across the street, which means the
21  street over, Tennessee.
22     Q.  What street?
23     A.  Tennessee.
24     Q.  Tennessee?
25     A.  Yeah.

Page 27

1      Q.  And if you looked out your back,
2  what did you face?
3      A.  My back faces Jourdan Avenue and
4  the levee.
5      Q.  That's what I was going to ask you.
6  So the Industrial Canal would be --
7      A.  Behind my house.
8      Q.  Looking from your back?
9      A.  Right.  From the back.
10     Q.  And was there a house behind your
11  backyard?
12     A.  Yes.  There was a construction --
13  as a matter of fact, more than one or two
14  houses from my back door.
15     Q.  Okay.  And those houses would have
16  their front door on Jourdan Avenue?
17     A.  One, two of them would have their
18  houses facing Jourdan Avenue, exactly.  The
19  two on the side would be facing Prieur
20  Street, which was looking toward Florida.
21     Q.  You anticipated my next question.
22  Where on the block was your house, in between
23  what two streets?
24     A.  My house was between -- my house
25  was located between Prieur and Roman.

Page 28

1      Q.  Okay.  And approximately where in
2  the block, middle of the block, toward the
3  side?
4      A.  No.  It's the second house off the
5  corner of Prieur.
6      Q.  Okay.  And Prieur -- okay.  I'm
7  going to show you a Google map that we'll
8  mark so that this lady can later tell us
9  where it is.  And if I can come around, maybe
10  you can mark with an X sort of where your
11  house is (indicating).
12     A.  Okay.  My house -- let's see.
13     Q.  This is Deslonde here (indicating).
14     A.  Yes.  This is Deslonde.  This is
15  Roman.  Okay.  My house would be -- wait a
16  minute.  Where Prieur at?  I can't even see
17  it.  I have to turn it this way then
18  (indicating).  My house would be the second
19  house off of Prieur would be right here
20  (indicating).  It would be the second house
21  off of Prieur.  There's a house right on the
22  corner of Prieur and Deslonde.  So that means
23  mine would be the second house off the
24  corner.
25     Q.  Can I circle this, the mark you

Page 29

1  made?
2      A.  Yeah.
3      Q.  And that's your house, which is the
4  second house --
5      A.  From the corner on Prieur.
6      Q.  Okay.
7      A.  It's about six blocks -- six houses
8  from Roman.
9      Q.  If you need this or it helps you in
10  answering any of our questions today, feel
11  free to refer to it (indicating).
12     A.  Okay.
13     Q.  All right.  Well, let's talk
14  about the hurricane and what you did, what
15  you saw, what you remember.  You said some
16  people came over, some men came over?
17     A.  Yeah.  My -- my sister's old man
18  and my friend came over.
19     Q.  Could you give me their names?
20     A.  Wesley Wilson.
21     Q.  Okay.
22     A.  And Michael Bickham.
23     Q.  And what day did they come over?
24     A.  They came over that -- it was
25  August 20 -- let's see.  When was the

8  (Pages 26 to 29)

BERRYHILL, CAROLYN

12/13/2007

---

Page 30

1  hurricane?  August 28 was the hurricane.  It
2  would be August 27, that Sunday.
3      Q.  They came over on Sunday?
4      A.  Uh-huh.
5      Q.  Around what time did they come
6  over?
7      A.  That afternoon.  I couldn't give
8  you exactly the time.  I couldn't give you no
9  exact time.
10     Q.  Okay.  Could you tell me what you
11  were doing that Sunday?
12     A.  What we were doing?  Watching TV.
13     Q.  Okay.
14     A.  Listening to the weather reports
15  and things.  Looking at movies.  That's about
16  it.
17     Q.  And how was the day, during the
18  day, how was the weather?
19     A.  It was like today.  Nice and sunny,
20  calm.  That was about it.
21     Q.  Were you making any preparations in
22  the event the hurricane --
23     A.  Well, we had made preparations.  Me
24  and my little sister had made preparations.
25  We had made up our mind we were going to

---

Page 31

1  stay, but we had still packed stuff just in
2  case we had to leave if water started coming
3  in.  And we had packed everything.  So after
4  six, seven, 8:00 at night, it wasn't raining
5  or nothing, we just felt like, hey, the
6  weather is going to be like any other
7  hurricane that came through, because we ran
8  the last time and nothing happened.  So I was
9  determined I wasn't going to run this time
10  and spend money unnecessary.  So that's how I
11  got caught.  Other than that, I would have
12  been out, too.
13     Q.  Sunday evening did anything change
14  in terms of the weather or your observations?
15     A.  No.  The weather didn't change at
16  all.  It wasn't even raining.  It was
17  sunlight and bright.  The weather have never
18  changed.  And it was like that until dark.
19     Q.  Do you -- I'm sorry.  Go ahead.
20     A.  It was just, you know, when
21  nighttime came we thought it was going to
22  rain or something.  The wind wasn't even
23  blowing.
24     Q.  And when it became dark on Sunday,
25  were you and Diane still by yourself or had

---

Page 32

1  Michael and Wesley come over?
2      A.  Michael and Wesley had made it over
3  by then.
4      Q.  By Sunday evening?
5      A.  Uh-huh.
6      Q.  Okay.  And where did they live?
7      A.  Wesley lived uptown.
8      Q.  And Michael?
9      A.  Michael -- you got me on that one.
10     Q.  Okay.  Did you do any different
11  preparations when they came over Sunday
12  evening?
13     A.  No.  We didn't do nothing different
14  than what we had already did earlier.  We
15  didn't do anything different.
16     Q.  All right.  Well, tell me what you
17  did that evening, Sunday evening.
18     A.  Sunday evening, like I say, all we
19  did was sit around, ate, watched TV and
20  listened to the news.  That's all.  We didn't
21  do nothing else.
22     Q.  Did you go to bed that night?
23     A.  Nope.
24     Q.  Okay.  Why not?
25     A.  Listening to the weather report.  I

---

Page 33

1  don't ever go to sleep when it's hurricane
2  season, especially when they say it is headed
3  toward us.
4      Q.  At some point in time that night
5  did anything change in terms of the weather
6  or what you did?
7      A.  Not that night.  That morning, yes.
8      Q.  So Monday morning?
9      A.  Yeah.
10     Q.  Okay.  Sometime after midnight
11  Sunday --
12     A.  Until six, about 5:30, quarter of
13  six that morning, Diane and I -- Diane lived
14  upstairs, I lived downstairs, we both heard
15  the same sound.  She called me, she said,
16  "Did you hear that grinding sound, like
17  something grinding?"  I said, "Yeah, I heard
18  it."  I looked out the door.  It wasn't
19  raining or nothing.  I said, "I don't see
20  nothing out in the front, Diane."  She said,
21  "I'm looking out the back door, I still don't
22  see nothing."
23         Well, before that, Wesley and
24  Michael had walked to the canal.  They
25  checked the canal out.  They didn't see

---

9 (Pages 30 to 33)

BARGE000919

BERRYHILL, CAROLYN

12/13/2007

Page 34

1  anything, no water or nothing. And by the
2  time they got back and Michael went upstairs
3  and Wesley came inside and walked to the back
4  of the house, well, during that time we all
5  heard the grinding sound.
6     Q.  Now, when Michael and Wes --
7     A.  Michael came. Michael hollered
8  downstairs at Wesley. Wesley came to the
9  door. He said, "I heard it, but I don't know
10  where it coming from." I had went to the
11  back. I looked out, I didn't see nothing.
12  So every five minutes I kept saying, "Wesley,
13  something ain't right." I said, "I see
14  water." He said, "That's in your imagining."
15  I said, "No, it looked like water." He said,
16  "That's not water. I just come from
17  outside."
18     Q.  Let me stop you a second. When
19  Wesley and Michael came back from the
20  levee --
21     MR. GILBERT:
22       I object. She didn't testify that
23     they went to the levee.
24  EXAMINATION BY MR. WALKER:
25     Q.  Let's clarify that. I thought you

Page 35

1  said Michael and Wesley went to the levee?
2     A.  They went to the corner, went to
3  the corner from the levee, which is Jourdan
4  Avenue. The levee is right here
5  (indicating). Jourdan Avenue right there.
6  So they went to the corner and looked both
7  ways and they didn't see anything wrong with
8  it.
9     Q.  That's what I was going to ask you.
10  Did they come back and tell you that they had
11  seen --
12     A.  Yeah, they said nothing is wrong.
13  The levee is fine.
14     Q.  Did they say anything about --
15     A.  That's where they --
16     Q.  Let me finish my question. Did
17  they tell you anything about seeing a boat or
18  a barge or anything?
19     A.  No, no, no, no, no. No. They said
20  everything was fine at that time. When they
21  came in the house, we all heard the same
22  sound. We all was wondering where it was
23  coming from. Michael hollered for Wesley.
24  And he said, "I don't know what that, where
25  that come from." Diane called me on the

Page 36

1  phone. She asked me. I said, "I heard it,
2  Diane, but I don't know where it come from."
3     Q.  Diane told you she was looking from
4  the back and she didn't see anything?
5     A.  Yes. She said she didn't see
6  anything. And I didn't see anything because
7  I was looking out and I didn't see anything.
8  By the time we closed the door, by the time I
9  closed my door -- Diane didn't get the water
10  first. I got the water first, but --
11     Q.  Let me stop you. Did Diane mention
12  anything about her seeing a boat or a barge
13  or anything like that?
14     A.  No, no, no, no, no. No.
15       By the time I closed the, we closed
16  the door and got inside, Wesley done walked
17  to the back and I was sitting in the room
18  watching TV, he said -- he walked back. He
19  walked back to the living room. He said,
20  "They got water." My mind was saying that it
21  was raining, but it wasn't raining. It
22  wasn't raining at all. The water was hitting
23  the door. He said -- I told him, I said, "It
24  is raining under that door." He said, "It's
25  not raining." He opened the door and we had

Page 37

1  a bum rush. All water just rushed in on us.
2  He said, "You got to get out."
3       Michael came. By the time we got to
4  the third floor upstairs -- third stairway.
5  Excuse me. Stairway. I didn't mean to say
6  floor. Stairway. The water was ahead of me.
7     Q.  All right. Let me stop you there.
8  Was this stairway outside the house or in the
9  interior of the house?
10     A.  It's in the middle part like that
11  door (indicating). You have to go through a
12  door to go upstairs where Diane at.
13     Q.  And is that door outside?
14     A.  Yes.
15     Q.  It takes you to the outside?
16     A.  To the outside, yeah.
17     Q.  When you went out that door to go
18  upstairs what did you see?
19     A.  Water. Nothing but water. And it
20  was coming in faster and faster.
21     Q.  Okay.
22     A.  By the time I got up to the, up
23  there where Diane at and got in her
24  apartment -- we had to leave her apartment
25  right away. The water had came in on us.

Johns Pendleton Court Reporters                    800 562-1285
BARGE000920

BERRYHILL, CAROLYN

12/13/2007

Page 38

1      Q.  And her apartment is on the second
2  floor?
3      A.  Right.
4      Q.  And you are saying that the water
5  was coming up --
6      A.  Yeah.  It was coming up faster.  It
7  was coming ahead of me.  So by the time we
8  got Diane, we grabbed Diane, Diane and I and
9  Michael and Wesley -- one of my neighbors had
10 to swim to -- he thought he was going to be
11 safe, too.  One of my neighbors swimmed to
12 the house.  He said, "Can I come up?"  I
13 said, "Yeah, come on up."
14     Q.  Hold on.  Don't get too far ahead
15 of me.  When you went outside to go upstairs
16 to Diane --
17     A.  Uh-huh.
18     Q.  -- was it dark or was it light?
19     A.  It was dark.  It was real dark.
20     Q.  Do you know what time it was by any
21 chance?
22     A.  I had my watch on.  It was, like I
23 said, it was a quarter to six in the morning,
24 5:30, quarter to six.  Exactly what -- at
25 that time I was too busy trying to get out to

Page 39

1  get to level.
2      Q.  All right.  Before that you had
3  been watching TV?
4      A.  Uh-huh.
5      Q.  Did the power ever go off?
6      A.  No.  The power had never went off
7  until the water.  It just went out like that
8  (indicating).
9      Q.  So it did go off?
10     A.  Yeah.
11     Q.  When the water came in?
12     A.  Yeah.  Everybody -- you know, like
13 I say, I don't know, everybody say it was a
14 bomb.  Like I say, it was not.  It was not a
15 bomb.  It was a power box had exploded.  When
16 the water hit it, it exploded.  So I don't
17 know what they heard.  I know what I heard
18 because we had one on, what that, Derbigny
19 down the street from me.  We got one on the
20 corner of Derbigny and Jourdan Avenue, one of
21 the big power boxes where it, the Public
22 Service, BellSouth, all hook up to it.  Well,
23 we got one that sits on the corner there.
24     Q.  Let me stop you.  You're talking
25 about these things that are up on the poles,

Page 40

1  the big gray things?
2      A.  No.  The box, the big deal box.
3  It's a big old box like that (indicating).
4      Q.  And I'm sorry.  Are you saying that
5  you said you heard some, you said a bomb --
6      A.  Yeah.  It sounded like an
7  explosion.  I figured that's all it was.
8      Q.  But this is different from the
9  grinding noise?  This is another noise you're
10 talking about?
11     A.  Yeah.
12     Q.  Okay.
13     A.  We heard that after we got -- we
14 heard the explosion afterwards.  It wasn't
15 before the grinding.  It was way afterward
16 when we heard the explosion.
17     Q.  Okay.  Okay.  And you've heard that
18 explosion noise before, if I understand you
19 correctly, and it's one of these power boxes
20 that --
21     A.  That was way after the grinding
22 sound.
23     Q.  Right.
24     A.  That was way after the grinding
25 sound.  We was in the loft when we heard the

Page 41

1  explosion.  And the roof came off.
2      Q.  Okay.  I just want to make sure I
3  understand you correctly.  I thought I heard
4  you say that this explosion sound you've
5  heard before in the past.
6      A.  Yeah.  We heard -- no, not in the
7  house.  We was in the roof of the house.
8      Q.  Right.  But, I mean, other than
9  that day had you heard that kind of explosion
10 before?
11     A.  No.
12     Q.  Okay.
13     A.  No, no, no.  No.
14     Q.  But as far as you can remember or
15 think today, it was this power box, as you
16 call it, that caused this explosion noise?
17     A.  Yes.
18        MR. GILBERT:
19        Objection.
20        THE WITNESS:
21        They got a bunch of them around
22     that area.
23 EXAMINATION BY MR. WALKER:
24     Q.  Okay.  I'm just trying to
25 understand.  So you were going upstairs to

11 (Pages 38 to 41)

BARGE000921

BERRYHILL, CAROLYN

12/13/2007

Page 42

```
 1   Diane.
 2      A.  We were going upstairs.  I went
 3   upstairs.  By the time I got upstairs,
 4   Michael and Wesley said, "Y'all, we ain't got
 5   time to do nothing but get up in the loft."
 6   We got up there, and by the time we all got
 7   up there and before we could even say, no, we
 8   got to go up to the roof, we have to go up on
 9   top of the roof.  We didn't have a chance to
10   get on top of the roof.  The whole roof came
11   off.
12      Q.  When you say the loft, you mean
13   like an attic?
14      A.  Yeah.
15      Q.  An attic space?
16      A.  Yeah.
17      Q.  How did you get into the attic?
18      A.  An open roof, ceiling, whatever you
19   call it.  Open ceiling.
20      Q.  Is it one of those pulldown stairs?
21      A.  No.  It is not one of these you
22   just step up.  You have to climb up on a
23   ladder.  And we didn't have time to climb on
24   the ladder.  We had to put, what you say,
25   table, we had to get a table out the house to
```

Page 43

```
 1   climb up in there.
 2      Q.  Okay.  So all four of you made it
 3   into the attic?
 4      A.  Yeah.
 5      Q.  And then --
 6      A.  And Michael and Wesley started
 7   breaking through the roof.
 8      Q.  Okay.
 9      A.  And Wesley told Michael, "It's too
10   late, we are going to ride now."
11      Q.  Then what happened?
12      A.  The roof came off.  We rode down --
13   we rode until a tree hit us and I went under.
14      Q.  Excuse me.  When you say you rode,
15   what were you riding on?
16      A.  Water.
17      Q.  But were you on the roof or were
18   you still in the attic?
19      A.  No.  We were still inside of the --
20   we hadn't made it outside.
21      Q.  So you are still in the attic?
22      A.  Yeah.
23      Q.  So you are saying your house was
24   moving?
25      A.  Yeah.  The roof, the whole roof.
```

Page 44

```
 1   The house didn't move.  Not the house.  Just
 2   the roof of the house moved, came off.
 3      Q.  So you were -- where you were
 4   sitting or standing got separated from the
 5   house and floated away with you in it?
 6      A.  Yeah.  Right.
 7      Q.  Is that right?
 8      A.  Right.
 9      Q.  Okay.  If I say anything that's not
10   right, make sure you correct me, because I'm
11   just trying to understand.
12      A.  The roof had separated from the
13   house itself.
14      Q.  Okay.
15      A.  And we went to riding.  And a tree
16   hit and I went under.
17      Q.  You fell off where you were?
18      A.  Huh?
19      Q.  You fell off where you were?
20      A.  No.  I didn't fall off.
21      Q.  How did you --
22      A.  The roof crumbled under me when the
23   tree hit it.
24      Q.  All right.
25      A.  I didn't fall off.  The roof
```

Page 45

```
 1   crumbled.  When the tree hit it, it crumbled
 2   the roof up and I went under.  Michael --
 3      Q.  Excuse me.  Did a tree hit the roof
 4   or did the roof hit a tree?
 5      A.  No.  The tree hit the roof.  The
 6   tree hit the roof because the house -- there
 7   was a house also -- well, I can't be -- I
 8   can't be sure if it was the house hit that
 9   tree or, you know, the tree just come off.
10      Q.  Okay.
11      A.  But when it hit the roof it
12   crumbled under me.  And I went under.
13   Michael and Wesley pulled me up.  That's when
14   we had -- we had just made it to that, made
15   it to another tree and they just put me
16   there.  That's where I spent 12 hours in that
17   tree.
18      Q.  So when they pulled you up after
19   you went under, they were in the tree and put
20   you --
21      A.  Yeah.  We were by a tree where they
22   could put me on the bark of the tree.
23      Q.  So you, Michael, Wesley and Diane
24   were all in the same tree?
25      A.  Uh-huh.  All in the same tree.
```

12 (Pages 42 to 45)

BARGE000922

BERRYHILL, CAROLYN

12/13/2007

Page 46

1    Q.  Okay.  And you spent 12 hours in
2  that tree you said?
3    A.  Twelve hours.
4    Q.  How long, if you can help us
5  estimate, was it between the time that you
6  got up in the attic and you made it to the
7  tree?
8    A.  Oh, it wasn't about -- well, from
9  the time we got up in the attic and the roof
10  came off, let's say it was about ten minutes
11  after we got up there.
12    Q.  Okay.  When you first got to the
13  tree when Michael and Wesley pulled you up,
14  was it daylight yet?
15    A.  No.
16    Q.  How long after you got to the tree
17  did it become daylight?
18    A.  It was about 7:00 that morning
19  before it came.  It was about a half an hour
20  to an hour.
21    Q.  So you were in the tree in the
22  darkness 30 to 60 minutes, as far as you can
23  remember?
24    A.  Probably about 60 minutes.  About
25  an hour.

Page 47

1    Q.  Okay.  During that first period,
2  during the darkness, could you see anything?
3    A.  You couldn't see nothing.
4    Q.  Okay.  What was the weather like?
5    A.  Calm, rainy, but it wasn't, you
6  know -- it wasn't blowing hard.
7    Q.  Was it windy?
8    A.  The wind wasn't blowing hard.
9    Q.  But it was raining?
10    A.  It was raining.
11    Q.  And were the streetlights on?
12    A.  You couldn't see streetlights.
13  They didn't have no streetlights at all.  It
14  was just dark, period.
15    Q.  And could you see anything from the
16  tree?
17    A.  You could see -- in the dark you
18  couldn't see nothing, but you can hear the
19  clinging, clinging, clinging.  That was
20  houses coming together, popping.  Seven
21  o'clock in the morning we was able to see
22  when the wind started picking, the houses was
23  running into each other and just breaking up.
24    Q.  So after 7:00 the wind got
25  stronger?

Page 48

1    A.  Yeah.  The wind started getting,
2  picking up, picking up.
3    Q.  And how about the rain?
4    A.  And 8:00 in the morning Katrina
5  hit.  She whistled for about an hour.  And
6  all I was praying that that tree don't turn
7  over.  Diane and I was in that tree.  Michael
8  and them was hanging on to that tree.  And
9  all I was praying that it doesn't turn over
10  with us in it.
11    Q.  How high into the tree were you or,
12  if it's easier, if you can tell us how far
13  below you was the water?
14    A.  Oh, that water was 26 feet below.
15    Q.  Twenty-six feet?
16    A.  Uh-huh.
17    Q.  So you were at least --
18    A.  Twenty-six feet up in the air.
19    Q.  Is that tree still there today?
20    A.  No.  They cut it down.  I wanted to
21  autograph that tree.
22    Q.  But it was still there after the
23  storm?
24    A.  After the storm, yes, it was.
25    Q.  Do you remember where that tree

Page 49

1  was, the street location?
2    A.  That tree was -- I remember that
3  tree.  It was behind my house between Roman
4  and Prieur.
5    Q.  Can we use the same map and can you
6  just give me with an X, if you can find that
7  location (indicating)?
8    A.  Okay.  Excuse me one minute.  I'm
9  straining my eyes.
10    Q.  Do you want to take a break?
11    A.  I need to put my glasses on.
12    Q.  How are you feeling?  Do you want
13  to take a break?  Do you want to stretch?
14    A.  I'm fine.  I'm fine.
15    MR. HANNA:
16    I would.
17    MR. WALKER:
18    Let's take about two or three
19    minutes and let you get your
20    glasses.
21    (RECESS TAKEN)
22  EXAMINATION BY MR. WALKER:
23    Q.  Miss Berryhill, you've drawn a
24  little circle --
25    A.  Yeah.

13 (Pages 46 to 49)

BERRYHILL, CAROLYN

12/13/2007

Page 50

1    Q.  -- right on Deslonde below is that
2  Roman?
3    A.  Yeah.  It is supposed to be -- wait
4  a minute.  Let me see something.  Hold up.
5    Q.  Between Roman and Derbigny?
6    A.  Give me the pen.  It's on this side
7  of Roman (indicating).  I'm sorry.  I put it
8  in the wrong place.  It was right off from
9  Roman.  It wasn't far.  Right off from Roman.
10   Q.  So the second circle you've drawn
11 is the tree (indicating)?
12   A.  Not far from Roman.
13   Q.  Okay.
14   A.  The tree is behind the house right
15 on the corner of Roman and Jourdan Avenue.
16 So it was right on, I would say right on
17 Roman.
18   Q.  I'm going to draw an arrow to that
19 and put "tree" so that we don't get too
20 confused later.
21   A.  Yeah.  The tree is still on the,
22 you know, like I say, it is right on Roman.
23 Right off -- it's right on Roman, not far
24 from my house on Roman.  There's a tree --
25 there's a house there and a tree sits in the

Page 51

1  yard.  That's the tree we got in.  It's right
2  off Roman.  You can't miss it.  Well, you can
3  miss it now because they done dug it up.
4    Q.  Let me ask you about that.  Did you
5  go back to the neighborhood after --
6    A.  Yes, I did.
7    Q.  -- Baton Rouge --
8    A.  Yes, I did.
9    Q.  -- to look around?  And the tree
10 was still there?
11   A.  The tree was there.  The barge was
12 there.
13   Q.  Was the tree still there after
14 Rita, Hurricane Rita?
15   A.  Yes.
16   Q.  Okay.
17   A.  And the barge was still there, too.
18   Q.  When you say the boys --
19   A.  The barge.
20     MR. HAYCRAFT:
21     Barge.
22 EXAMINATION BY MR. WALKER:
23   Q.  Oh, okay.  What kind of tree, do
24 you know?  Do you remember?
25   A.  I don't know about trees.  All I

Page 52

1  know it was a tree.  All I know it's a tree.
2  What kind of tree it was, I couldn't tell
3  you, to be honest the truth.  I don't know.
4    Q.  Do you know in whose backyard it
5  was, the name of the people that lived in
6  that house?
7    A.  No.  I don't know the name of the
8  people that live in that house.
9    Q.  But it was in the first house off
10 of Roman and Deslonde?
11   A.  Yeah.  Not far from -- yeah.  Right
12 off Roman.  Actually it was on -- I wish I
13 had an accurate -- with the picture on it to
14 show you better than I did on that.
15   Q.  Okay.  We might be able to do that.
16 All right.  So I interrupted your story.  You
17 were in the tree for 12 hours.  It became
18 daylight.  You could see more, but the wind
19 started howling because the hurricane came
20 through.  Go ahead, tell us what happened
21 after that.
22   A.  Let me go back.  Okay.  After the
23 roof had collapsed under me, Wesley, Michael
24 got me out, put me on top of the -- in the
25 tree, put me and Diane in the tree.  We hung

Page 53

1  around there.  It was raining, a little wind.
2  The wind had picked up and everything.  About
3  7:00 in the morning the wind got a little
4  stronger, started blowing a little stronger
5  and the water was still blowing in.  We was
6  able to see houses clinging together like it
7  was nothing but paper breaking up and
8  everything.  By 8:00 that morning it started
9  getting dark.  And then all of a sudden the
10 eye, it was just sunlight, everything -- it
11 was like sunlight out there.  And when it
12 passed over it got dark.  Not real, real
13 dark.  You know, when it's partly cloudy, you
14 know how it gets dark light.  You could see
15 and I could see the barge.  I say it was a
16 boat.  They kept telling me it wasn't a boat.
17 I said, "That's a boat over there.  It looked
18 like it is moving toward us."  They said,
19 "That ain't no boat."  But when we got up on
20 top -- when we got on, we was able to see it
21 clearly after we got -- they said, "Carolyn,
22 it wasn't no boat, it was a barge.  You was
23 right, but it wasn't no boat, it was a
24 barge."
25   Q.  So the first time you saw this

14  (Pages 50 to 53)

BERRYHILL, CAROLYN

12/13/2007

Page 54

1  structure that you thought was a boat --
2     A.  Yeah.
3     Q.  -- turned out to be the barge, was
4  sometime after the eye of the --
5     A.  After Katrina --
6     Q.  Hold on.  After the eye of the
7  hurricane had passed?
8     A.  Passed, right.
9     Q.  And where did you see the barge?
10    A.  The barge was between -- the barge
11 was on Jourdan Avenue, but I couldn't tell
12 you, to be honest, and I won't sit there and
13 lie to you, where it was sitting exactly when
14 I first saw it.  I couldn't tell you that.
15    Q.  Was it moving or was it stationary
16 when you first saw it?
17    A.  It wasn't -- it looked -- well,
18 from the way I was looking and the water was
19 waving, it looked like everything was moving
20 to me.  So it looked like it was moving,
21 that's why I kept saying that's a boat.  They
22 kept telling me no.  They even told me there
23 wasn't nothing moving, it just looked like
24 that to me.
25    Q.  Later when you saw it, was it still

Page 55

1  in that same position?
2     A.  It was still in the same position.
3  Even after the hurricane I come and visit,
4  the barge was still there.
5     Q.  Still in the same place?
6     A.  In the same place.
7     Q.  Where you had seen it from the
8  tree?
9     A.  Where I seen it from the tree.
10    Q.  Okay.  How were you rescued from
11 the tree?
12    A.  I was rescued by some neighborhood
13 people and a fireman from over on Galvez
14 Street.
15    Q.  And were they in a boat?
16    A.  They was in a boat, in a motor
17 boat.
18    Q.  Okay.
19    A.  In one of their motor boats.
20    Q.  And did they take all four of you
21 at once?
22    A.  Yeah.  They took all four of us.
23 Four plus two.
24    Q.  Who were the other two?
25    A.  Some boys that was in a tree, too.

Page 56

1  They was in a tree way across from me.  They
2  was in a tree, too.
3     Q.  Were they already in the boat or
4  did you go pick them up after --
5     A.  They went and picked them up after
6  they picked us up.
7     Q.  So you four, plus the fireman, went
8  and picked these boys up?
9     A.  No.  It was the fireman and the guy
10 with the boat.
11    Q.  Okay.
12    A.  And they picked us up.
13    Q.  And where did they take you?
14    A.  They took us to Claiborne Bridge.
15    Q.  Okay.  And did you get off there?
16    A.  Yeah.  We got off there for awhile.
17 That's where we stayed until that night about
18 7:00 where they took the chance to bring us
19 across to St. Claude Bridge.
20    Q.  Okay.  And from the Claiborne
21 Avenue Bridge could you see the barge?
22    A.  Yeah.  Clearly.
23    Q.  And who took you to St. Claude
24 Bridge, Avenue Bridge?
25    A.  Huh?

Page 57

1     Q.  Who took you to St. Claude Avenue?
2     A.  The same boats that brought us to
3  Claiborne Bridge.
4     Q.  Okay.
5     A.  They took a chance.  They said it
6  was kind of dangerous, but they took a chance
7  anyway to bring us across to St. Claude.
8     Q.  Remember earlier today you
9  described this grinding noise to me?
10    A.  Yeah.
11    Q.  How long did that noise go forth?
12    A.  That grinding noise lasted for
13 about five minutes.
14    Q.  When you were in the tree could you
15 see the levee anymore?
16    A.  No.
17    Q.  When you left, you're downstairs
18 and went upstairs to the attic when the roof
19 blew off, did you happen to look towards the
20 Industrial Canal and could you see the levee?
21    A.  I couldn't see anything.
22    Q.  Okay.  Is that because of the
23 weather or because of the water or both?
24    A.  Because I was in the attic.  You
25 can't see nothing in the attic.

15 (Pages 54 to 57)

BERRYHILL, CAROLYN

Page 58

1    Q.  At some point your roof blew off
2  and you could see the outside, couldn't you?
3    A.  Huh?
4    Q.  At some point the roof blew off and
5  you could see the outside around you,
6  couldn't you?
7    A.  No.  The roof did not -- let me
8  explain, go back and explain.  The whole roof
9  came off the building.
10   Q.  Uh-huh.
11   A.  We was inside in the attic part
12 when the roof came off.  They was -- we was
13 trying to get out, but we didn't make it.
14   Q.  So you floated --
15   A.  We couldn't get on top, exactly on
16 top of the roof.
17   Q.  So you floated in the covered attic
18 basically?
19   A.  Yeah.  Right.
20   Q.  Until you fell out or until it
21 crushed against the tree?
22   A.  Until the tree hit it.
23   Q.  Okay.
24   A.  And that was it.  So I couldn't see
25 anything until I got in the tree.  Then I was

Page 59

1  able to look around a little.
2    Q.  Right.  All right.  Give me a
3  second, Miss Berryhill.  I think I may be
4  finished.
5        Do you know what the water height or
6  water level was in the canal when Michael --
7    A.  No, I don't.
8    Q.  -- went out there that afternoon
9  before --
10   A.  No, I don't.
11   Q.  Do you know what the level was in
12 the canal before you heard any of the
13 grinding noise or that boom?
14   A.  No, I don't.
15   Q.  I believe you told me that Diane
16 heard the grinding noise.  Did Michael and
17 Wesley hear the grinding noise also?
18   A.  Yeah.  We all heard that grinding
19 noise.
20   Q.  And did they all hear the boom
21 also?
22   A.  Yeah.
23   Q.  Okay.
24      MR. WEBB:
25      Can we take a break?

Page 60

1      MR. WALKER:
2      Give us a couple minutes.  I think
3      we're done.  Just give me a couple
4      minutes.
5      (RECESS TAKEN)
6  EXAMINATION BY MR. WALKER:
7    Q.  Just a couple more because I might
8  have missed something or I was confused.  You
9  said that a friend came over on Sunday and
10 asked if he could come over?
11   A.  No, no, no, no.  No.  No.
12   Q.  That was Michael and Wesley who
13 came over?
14   A.  Yeah.
15   Q.  Did anybody else come over?
16   A.  No.
17   Q.  Maybe it is later after you were
18 floating in the roof, did somebody float over
19 to you and ask you if they could come into
20 the attic?
21   A.  Oh.  One of my -- one of the
22 neighbors, that's what you confused at.  One
23 of the neighbors had swimmed -- not float --
24 swimmed over to and asked could they come up
25 to our roof.  Yes.  It was one of the

Page 61

1  neighbors.
2    Q.  Okay.  Who was that?  Do you
3  remember his name?
4    A.  Oh, all I remember -- what that
5  boy's first name.  Was it Chris?  Eddie
6  Williams.
7    Q.  Eddie Williams?
8    A.  Yeah.
9    Q.  Did he end up in the tree with you,
10 too?
11   A.  No.  His little brother was in the
12 tree -- he swimmed over to his little
13 brother.  Like I say, it was two trees.  We
14 was here (indicating) and we had a tree
15 behind us, so his little brother was in one
16 tree, which was in the back of their house.
17   Q.  And what's his little brother's
18 name?
19   A.  Chris.  That's his name, Chris.
20   Q.  Chris and Eddie Williams?
21   A.  Yeah.
22   Q.  And they were --
23   A.  Their house is in the back of my
24 house.
25   Q.  And they were in the tree in the

Johns Pendleton Court Reporters                    800 562-1285

BARGE000926

BERRYHILL, CAROLYN

12/13/2007

Page 62

1  back of their house?
2      A.  Yeah.  They was in the tree in the
3  back of their house.  And I was in the tree
4  not far from them.
5      Q.  Okay.  Did the fireman pick them up
6  also?
7      A.  Yes.
8      Q.  And take them to Claiborne Avenue?
9      A.  Right.  Then we wind up on St.
10  Claude.  We left St. Claude Avenue.  Diane
11  was sick.  Diane suffer with sickle-cell.
12  She was very, very sick.  And the medical
13  Army took us from St. Claude Avenue, Diane
14  and I, from St. Claude Avenue to the
15  Superdome to be treated because she suffer
16  with sickle-cell real bad.  And she had, by
17  her being in the water so long, she had got
18  like a zombie.  She got frozen to the tree.
19  We had to pry her loose off the tree to get
20  her out of the tree.  We went on to the
21  Superdome.
22      Q.  Right.  Do you know where Chris and
23  Eddie Williams are today?
24      A.  No.  No, I don't.
25      Q.  And I apologize if I asked you this

Page 63

1  already.  How about Wesley Wilson and Michael
2  Bickham, do you know where they are today?
3      A.  Michael is with Diane and Wesley is
4  with me in Baton Rouge.
5      Q.  I'm sorry.  Where is Michael?
6      A.  With Diane.
7      Q.  With Diane.  Okay.  And where is
8  Diane?
9      A.  Diane right across the river.
10      Q.  Do you have a phone number for
11  Diane?  Did I ask you all this already?
12      MR. HAYCRAFT:
13          She's on the list.  She's been
14          subpoenaed.
15  EXAMINATION BY MR. WALKER:
16      Q.  Okay.  We don't need that.  Thank
17  you.
18      A.  Oh, okay.
19      MR. WALKER:
20          Thank you for answering my
21          questions.  Other people, I'm sure,
22          have questions for you.
23      THE WITNESS:
24          Okay.
25  EXAMINATION BY MS. BERTAUT:

Page 64

1      Q.  Miss Berryhill, my name is
2  Carmelite Bertaut and I represent one of the
3  parties in this lawsuit.  Can you hear me
4  okay?
5      A.  A little, but not that clear.
6      Q.  If I change places with the
7  gentleman at the end, would that be easier
8  for you?
9      A.  Okay.
10      Q.  Let's make this a little bit
11  easier.  If you don't understand the question
12  I ask or if you can't hear me, you let me
13  know.  Okay?
14      A.  Okay.
15      Q.  Miss Berryhill, do you have any
16  children?
17      A.  Yes.
18      Q.  And how many children do you have?
19      A.  Two.
20      Q.  Okay.  And what are their names?
21      A.  Alison, A-L-I-S-O-N.  Everybody
22  spell it with double L, but it is one L.
23      Q.  Okay.  And how old is Alison?
24      A.  How old Alison is?
25      Q.  Uh-huh.

Page 65

1      A.  Thirty-two.
2      Q.  And what is her last name?
3      A.  Berryhill.
4      Q.  And who is your other child?
5      A.  Brian, B-R-I-A-N.
6      Q.  Okay.  And how old is Brian?
7      A.  Thirty-five.
8      Q.  And he's Berryhill, too?
9      A.  Huh?
10      Q.  He's Brian Berryhill?
11      A.  Yes.
12      Q.  Do Alison and Brian live in the
13  city?
14      A.  Brian is in the city right now.  He
15  just moved back to the city.  Alison is about
16  to move back to the city.  She's in Hammond.
17      Q.  Neither Alison nor Brian were
18  living with you at the time of Katrina?
19      A.  No.
20      Q.  I know we talked about your
21  employment and you said you didn't work
22  except for substitute teaching?
23      A.  One year.
24      Q.  One year.  So I take it you never
25  worked in construction?

17 (Pages 62 to 65)

BERRYHILL, CAROLYN

Page 66

1    A.  No, no, no.
2    Q.  Or any kind of landscaping job?
3    A.  No.
4    Q.  If you could bear with me a minute,
5  because I didn't quite understand the
6  addresses that you lived in the Ninth Ward.
7    A.  Yes.  The Industrial Canal.
8    Q.  I want to go back and ask you.  As
9  of 1992, you were on Elysian Fields?
10    A.  Yes.
11    Q.  Okay.  And from there you moved to
12  1928 Lamanche?
13    A.  Lamanche.
14    Q.  And from there you moved directly
15  to 1838 Deslonde?
16    A.  No.
17    Q.  Okay.  Where were you in between?
18    A.  1311 Jourdan Avenue.
19    Q.  And that's Jourdan Avenue.  Can you
20  tell me the two cross streets?
21    A.  The two cross streets are Urquhart
22  and Robertson.  That's on the other side of
23  Claiborne toward St. Claude.  About three
24  blocks from St. Claude.
25    Q.  Okay.  Is that Holy Cross?

Page 67

1    A.  No.
2    Q.  No.
3    A.  That's between Claiborne Bridge and
4  St. Claude Bridge.
5    Q.  So you lived at Jourdan Avenue for
6  how long?
7    A.  Two years.
8    Q.  Okay.
9    A.  My father died after that in '95.
10    Q.  Now, your father was living on
11  Jourdan or he was living on Deslonde when he
12  died?
13    A.  He was living on Jourdan Avenue.
14    Q.  Okay.  So was that a family house?
15    A.  Yes.
16    Q.  Okay.  But 1338 Deslonde was also a
17  family house?
18    A.  Thirteen what?
19    Q.  The Deslonde Street.
20    A.  Oh, 1838.
21    Q.  1838 Deslonde was also --
22    A.  Yes.  That's also a family
23  property.
24    Q.  So your daddy owned both Jourdan
25  and Deslonde?

Page 68

1    A.  Yes.  Reynes Street, Destrehan.
2  You name it.  My daddy had six.
3    Q.  He had a bunch of properties?
4    A.  Down there.  He had three
5  properties down there.
6    Q.  But the only ones that you lived at
7  were --
8    A.  Were 1838 Deslonde.
9    Q.  And the Jourdan Avenue?
10    A.  And Jourdan Avenue with my daddy
11  until he died.
12    Q.  The 1311 Jourdan Avenue?
13    A.  Right.
14    Q.  Okay.  So the three addresses that
15  you have lived at in the Ninth Ward were 1928
16  Lamanche, 1311 Jourdan Avenue and 1838
17  Deslonde?
18    A.  Right.
19    Q.  Okay.  When you and Diane decided
20  to stay in Deslonde Street for the storm, did
21  anybody leave there?  Was there anybody else
22  that was staying with you guys?
23    A.  Uh-uh.  No, no, no, no.  No.
24    Q.  Was Wesley living with you?
25    A.  Now.

Page 69

1    Q.  Okay.  But not before Katrina?
2    A.  Not before, no.
3    Q.  And what does Wesley do for a
4  living?
5    A.  He retired.
6    Q.  What kind of work was he in?
7    A.  He was doing engine -- steam
8  cleaning.
9    Q.  Steam cleaning?
10    A.  Uh-huh.
11    Q.  Steam cleaning machinery or carpets
12  or --
13    A.  All I know it is steam cleaning.
14    Q.  Okay.
15    A.  But he been retired for ten years.
16    Q.  Long time before Katrina then?
17    A.  Long before Katrina.  Long before
18  Katrina.  He's 72 years old now.
19    Q.  So if I understand your addresses
20  correctly, you would have been in the Ninth
21  Ward since 19 --
22    A.  I lived in the Ninth Ward all my
23  life.
24    Q.  So before you were on 1932 Elysian
25  Fields, you were living in the Ninth Ward?

Johns Pendleton Court Reporters                    800 562-1285

BERRYHILL, CAROLYN

12/13/2007

Page 70

1    A.  Uh-huh.
2    Q.  Did you grow up on Jourdan Avenue?
3    A.  Yes.
4    Q.  Did you grow up at the 1311 Jourdan
5  Avenue?
6    A.  Yes.
7    Q.  How long did you live at the 1311
8  Jourdan Avenue?
9    A.  Let's see.  I moved out -- I was,
10  what, 21 years old when I had my son.
11    Q.  So from the time you were born
12  until you were 21 years old you lived 1311
13  Jourdan Avenue?
14    A.  Right, was my home.
15    Q.  And, let's see, if you were born in
16  19 --
17    A.  '48.
18    Q.  And you were 21 when your son was
19  born, that would have been 1969?
20    A.  He was born in -- my son was born
21  in 1972.
22    Q.  Okay.  And you moved out -- you
23  moved out of 1311 Jourdan Avenue in 1972?
24    A.  Uh-huh.  My daughter was born in
25  1975.  I still was living on my own.

Page 71

1    Q.  When you moved out of 1311 Jourdan
2  Avenue in 1972, where did you move to?
3    A.  I moved on North Robertson Street
4  with a girlfriend of mine.  God bless her,
5  she's dead and gone.
6    Q.  Do you remember the address?
7    A.  I lived with her.  Huh?
8    Q.  Do you remember the address on
9  North Robertson?
10    A.  No, because the house is not there
11  anymore.  There's nothing there, so I
12  couldn't remember the address.  It's been
13  years ago.
14    Q.  So how long did you stay at North
15  Robertson?
16    A.  When my son was born.  Like I said,
17  I moved out when my son was born.
18    Q.  Uh-huh.
19    A.  And my son was about a month old.
20  I stayed there about a month.
21    Q.  Okay.  And then where did you go?
22    A.  I went back home.
23    Q.  To Jourdan Avenue, 1311 Jourdan
24  Avenue?
25    A.  Uh-huh.

Page 72

1    Q.  And how long did you stay at 1311
2  Jourdan Avenue?
3    A.  Well, after my son, I stayed there
4  until my son was -- wait.  Hold up now.  How
5  old Brian was when he got disability.  Four.
6    Q.  Until your son was four?
7    A.  Yeah.  Until my son was four.
8    Q.  Until about 1976?
9    A.  Uh-huh.
10    Q.  And then you moved out of 1311
11  Jourdan Avenue?
12    A.  Right.  And I moved to -- when I
13  moved out of there at that time I moved to,
14  what that address, 1728 Reynes Street.
15    Q.  And how long did you live at 1728
16  Reynes Street?
17    A.  I stayed there 16 years.  My
18  daughter was born there.
19    Q.  Did you move from 1728 Reynes
20  Street to 1932 Elysian Fields?
21    A.  Yes.
22    Q.  And the North Robertson address you
23  gave us, the Reynes Street, those are both
24  Ninth Ward?
25    A.  North Robertson, no.  The one

Page 73

1  uptown, North Robertson uptown.  That would
2  be the 900 block of North Robertson.  About
3  the 900 block of North Robertson.
4    Q.  And what about Reynes Street, is
5  that --
6    A.  Reynes Street is right around the
7  corner from Deslonde.  Two blocks over from
8  Deslonde.
9    Q.  I see.  Do you remember where -- do
10  you know the cross streets?
11    A.  Huh?
12    Q.  Do you remember the cross streets
13  when you lived on Reynes Street?
14    A.  Derbigny -- let's see.  I lived
15  right on the corner of Derbigny, on the
16  corner of Derbigny between -- yeah, that's
17  Roman.  Derbigny and Roman.  I lived right on
18  the corner.
19    Q.  On Reynes Street?
20    A.  On Reynes Street right on the
21  corner.
22    Q.  The corner of Roman and Reynes?
23    A.  Right on the corner of Roman -- on
24  Derbigny and Reynes Street.  Right on the
25  corner.

19 (Pages 70 to 73)

BERRYHILL, CAROLYN

Page 74

```
 1      Q.  I got you.  So for those 16 years
 2   you were only about two blocks from where --
 3   from 1838 Deslonde?
 4      A.  Right.
 5      Q.  Was that your dad's property, too,
 6   1728 Reynes Street?
 7      A.  No.
 8      Q.  Okay.
 9      A.  I rented there.
10      Q.  Let's start with the 1838 Deslonde
11   address.
12      A.  Okay.
13      Q.  Did you all experience street
14   flooding during rain or --
15      A.  No.
16      Q.  Never any street flooding on --
17      A.  No.  We never experienced no street
18   flooding.
19      Q.  At the time that Hurricane Betsy
20   hit where were you living?
21      A.  1311 Jourdan Avenue.
22      Q.  Did you all have any flooding for
23   Betsy?
24      A.  No.  We had a flood from Betsy.
25   Don't ask me about that one because I was
```

Page 75

```
 1   kind of young at that time.  I don't know
 2   about that one.
 3      Q.  So 1311 Jourdan flooded for Betsy?
 4      A.  Yes.
 5      Q.  Do you recall any other flooding,
 6   let's just get back to 1838 Deslonde, do you
 7   recall any other flooding on, any flooding,
 8   on Deslonde?
 9      A.  Since Betsy, no.
10      Q.  Okay.
11      A.  Betsy was the first flooding and
12   then Katrina is the second flooding.  That
13   was 40 years ago.
14      Q.  Was the neighborhood the kind of
15   neighborhood that you had to move your car in
16   a heavy rain?
17      A.  No.
18      Q.  There was a tropical storm that
19   passed over the city the same summer as
20   Katrina.  Do you recall that?
21      A.  No, I don't.
22      Q.  Okay.  It was Tropical Storm Cindy.
23      A.  Denise?
24      Q.  Cindy.
25      A.  I probably heard of it, but it
```

Page 76

```
 1   never -- I never paid attention.
 2      Q.  I'm just wondering, which storm did
 3   you leave for?  You said you all had
 4   evacuated.
 5      A.  Oh, Camille.
 6      Q.  Was there any flooding with
 7   Camille?
 8      A.  No.
 9      Q.  And that was the last time that you
10   evacuated for a hurricane?
11      A.  Yeah.  That's the last time I
12   evacuated.  I refused to leave home from then
13   on.
14      Q.  Prior to Katrina were you aware of
15   any work being done anyplace along Jourdan
16   Avenue?
17      A.  Yes.
18      Q.  Where do you remember work?
19      A.  They were working on the Florida
20   Bridge.  They were working around the Florida
21   Bridge.  They were building a new bridge on
22   Florida.
23      Q.  And when was that?
24      A.  Before Katrina, during the year
25   before Katrina and during the time of
```

Page 77

```
 1   Katrina.
 2      Q.  And the Florida Bridge, which -- do
 3   you know what the bridge was going over or
 4   what the intersection was of the bridge where
 5   the work was being done?
 6      A.  The work was being done on -- well,
 7   that's Florida Avenue, Street.
 8      Q.  Okay.
 9      A.  They were putting up -- they had
10   put up a new bridge there and they were doing
11   a lot of electrical -- they were putting up a
12   new electrical, what that is, electrical box.
13   One of the big ones to run the -- because
14   they had a gateway there.  They also had a
15   gateway there.
16      Q.  I'm sorry.  Who had a gateway
17   there?
18      A.  They had a gateway there where they
19   closed off Florida from the other side if
20   they had a hurricane to keep the water from
21   coming in on that side.
22      Q.  So you remember work in that area
23   for about a year before Katrina?
24      A.  Huh?
25      Q.  You remember work in that area for
```

BERRYHILL, CAROLYN

12/13/2007

Page 78

1     about a year before Katrina?
2        A.  Yeah.
3        Q.  Do you recall it still being under
4     construction when Katrina hit?
5        A.  Was it -- they was doing a little
6     work, but it wasn't that much because the
7     bridge was operating.  The bridge was
8     operating, but they still was working around
9     that area.
10       Q.  Do you recall any other work taking
11    place along Jourdan Avenue and near the
12    Industrial Canal?
13       A.  No, there was no other work along
14    that Jourdan Avenue.
15       Q.  What about between the levee
16    floodwall and Jourdan Avenue?
17       A.  No.
18       Q.  You don't recall any work?
19       A.  No.
20       Q.  Do you know what the Eastbank
21    Industrial Area is?
22       A.  The what?
23       Q.  Eastbank Industrial Area.
24       A.  No, I don't.
25       Q.  Do you know anything about the

Page 79

1     purposes along, purposes made -- let me
2     rephrase that.  What is your understanding of
3     the uses that would be, that the area around
4     Jourdan Avenue on the Industrial Canal side
5     was being put to or made of?  That's a
6     terrible question.
7           MR. WALKER:
8           Yeah.  I think I'll object to it.
9           MS. BERTAUT:
10          Yeah, you're right.  I'll think
11       about it.
12          MR. WIEDEMANN:
13          That's a terrible question
14       objection?
15    EXAMINATION BY MS. BERTAUT:
16       Q.  Do you know anyone who worked in
17    the Industrial Canal area?
18       A.  No, I don't.
19       Q.  When you were in the structure at
20    1838-1840 Deslonde, you talked about there
21    being a back door?
22       A.  Uh-huh.
23       Q.  That would be the door that would
24    be facing Jourdan Avenue?
25       A.  Yes.

Page 80

1        Q.  Okay.  Were there two back doors,
2     one downstairs and one upstairs?
3        A.  Uh-huh.
4        Q.  When you stood in the back door on
5     the ground level --
6        A.  Uh-huh.
7        Q.  -- what did you see if you looked
8     toward Jourdan Avenue?
9        A.  I could see the levee.  That's it.
10       Q.  Okay.
11       A.  Because they got the concrete high
12    enough where you could see it from my back
13    door or anywhere anybody could see it from
14    their back door.
15       Q.  What I was wondering is was there
16    any structure immediately behind your house,
17    between your house and Jourdan Avenue?
18       A.  The only structure behind my house
19    was two houses.  And they yard -- their
20    houses weren't blocking my view because you
21    could see straight through (indicating).
22       Q.  So you could have walked outside of
23    your back door at the ground level and had a
24    straight path toward Jourdan Avenue?
25       A.  Yeah.

Page 81

1        Q.  When you --
2        A.  Not a straight path because
3     everybody got fences around there.
4        Q.  Right.
5        A.  But you could see straight through.
6        Q.  You could see through?
7        A.  Yeah.
8        Q.  You might not have been able to
9     walk it, but --
10       A.  Because of the fences, yeah.
11       Q.  When you looked out of the back
12    door of Diane's place on the second floor,
13    1840 Deslonde, what did you see when you
14    looked out the back?
15       A.  The levee.
16       Q.  The levee.  Were you above the
17    houses between you and Jourdan Avenue?
18       A.  What you mean?
19       Q.  The houses that were between your
20    house and Deslonde and Jourdan Avenue, was
21    your second floor higher than those houses?
22       A.  Yeah.  It was higher.  It was
23    higher.
24       Q.  And again, what, could you see over
25    the levee when you stood -- let me finish --

21 (Pages 78 to 81)

BERRYHILL, CAROLYN

12/13/2007

Page 82

1  when you stood on the second floor of
2  Deslonde?
3     A.  No.  You can't see over the levee.
4     Q.  Okay.
5     A.  What you mean, could I see over the
6  levee?  Well, I'm thinking.  I'm thinking.
7  What you mean, could I see the water, the
8  river itself, or could I see something on the
9  other side of that?
10    Q.  Good question.
11    A.  Could I see the structure on the
12 other side?  Yes, I can do that.  I was
13 sitting up here thinking trying to see what
14 you was asking me.
15    Q.  That's a good point.  What I was
16 really asking was could you see the water on
17 the other side of the levee?
18    A.  No, you couldn't see the water, but
19 you could see the structure on the other
20 side.
21    Q.  You could see the other side of the
22 canal?
23    A.  Yeah, the buildings or whatever on
24 the other side.  Not the water.
25    Q.  Now I want to talk about the period

Page 83

1  when you were living on Deslonde, which would
2  be about 1995 until Katrina.
3     A.  Uh-huh.
4     Q.  Right?
5     A.  Uh-huh.
6     Q.  In that period of time, did you
7  ever see any water gathering along Jourdan
8  Avenue --
9     A.  No.
10    Q.  -- and the floodwall?
11    A.  No.
12    Q.  Would water pond up in that area?
13    A.  No.
14    Q.  Okay.
15    A.  Well, you know, they say the water
16 rise, but I have never seen it rise.  To be
17 honest with you, I have never seen it rise.
18    Q.  Okay.  When you say they say the
19 water rise --
20    A.  People around the -- you know, you
21 hear people saying, oh, the water rising.  I
22 have never seen that.
23    Q.  You are talking about the water in
24 the canal rising?
25    A.  Uh-huh.

Page 84

1     Q.  Okay.  I was talking about on the
2  Jourdan Avenue side.
3     A.  On the street -- no, no, no, no,
4  no.
5     Q.  You all had pretty good drainage
6  around there?
7     A.  Yeah.
8     Q.  Did you ever do any kind of
9  gardening in your backyard?
10    A.  No.
11    Q.  You never did any digging or
12 anything like that?
13    A.  No.
14    Q.  Just in that period from 1992 until
15 Katrina, 1995 rather, when you moved to 1838
16 Deslonde and Katrina, did you ever see any
17 water coming up from the surface in the Ninth
18 Ward?
19    A.  No.
20    Q.  Do you know how you came to be
21 involved in this lawsuit?
22    A.  No.  No, I do.  Let me tell you how
23 I became involved in this lawsuit.  Because I
24 lost everything.
25        MR. GILBERT:

Page 85

1        I object.  She hasn't testified
2        that she's involved in this
3        lawsuit.  We haven't established
4        that.
5  EXAMINATION BY MS. BERTAUT:
6     Q.  That's fine.  Do you know how you
7  came to be identified as a witness in this
8  lawsuit?
9     A.  No.
10    Q.  Did you talk to lawyers?
11    A.  Yes, I did.
12    Q.  I don't want to talk to you about
13 lawyers who may have talked to about
14 representing your interests.  I want to talk
15 about lawyers who may have talked to you
16 about being a witness to come here today.
17    A.  Witnesses to whom or for what?
18    Q.  Exactly.
19    A.  Whom or what?
20    Q.  Did you talk to lawyers about what
21 you saw in advance of coming here today?
22    A.  I talked to a lot of them.  So --
23    Q.  Do you know who they are?
24    A.  Huh?
25    Q.  Do you know who they are?

BERRYHILL, CAROLYN

12/13/2007

Page 86

1    A.  No, I don't.  I will be honest, I
2  don't remember.  I talked to a lot of
3  lawyers, so I can't remember.
4    Q.  Did these lawyers come to your
5  house?
6    A.  No, not that I remember.
7    Q.  Okay.  Did you go to some lawyer's
8  office?
9    A.  One.
10    Q.  Okay.  Do you know who that was?
11    A.  I think -- it start with a B.
12  Bronen -- wait a minute.  Brolin, something
13  like that.
14    Q.  Broden?
15    A.  Yeah.  Something like that.
16    Q.  Have you hired a lawyer to
17  represent you for your losses in Katrina?
18    A.  Now, there are so many, I don't
19  know if I did or not.  I talked with a lot of
20  them.  I had one class action suit.  I don't
21  know who that is.  Don't ask me who all of
22  that is.  I know I got Brody and Brody, I
23  think it is, or Brunie and something come to
24  mind.  I forgot.
25    Q.  Is it Bruno and Bruno?

Page 87

1    A.  That's -- yeah.
2    Q.  And you think they represent you in
3  this for your Katrina losses?
4    A.  I don't know because I haven't --
5  they had wrote me.  They had wrote me, but I
6  haven't heard anything from them in awhile,
7  so I don't know what's going on.
8    Q.  Did you see any ads put out for
9  witnesses in the Industrial Canal area?
10    A.  No.  I don't even get the paper.  I
11  don't even get the paper.  No.  I don't know.
12    Q.  Do you have a belief as to why the
13  levees broke?
14    A.  Huh?
15    Q.  Do you have a belief as to why the
16  levees broke?
17    A.  Well, you know what, I will be
18  honest with you and straight up, I don't know
19  why the levee broke.  I don't have no idea
20  why the levee broke.  The only thing I can
21  say, that barge was the only thing I could
22  say that broke the levee.  Any other levee or
23  any other thing that broke around there, I
24  don't have no beliefs about it.  The only
25  thing I can tell anybody, I saw the barge

Page 88

1  came through there.  If it broke anywhere, I
2  don't know anything about it.
3    Q.  When you were in the tree that we
4  marked, that you marked on this document
5  (indicating) --
6    A.  Yeah.
7    Q.  -- do you know while you were
8  staying those 12 hours in the tree, did you
9  stay in one location in the tree?
10    A.  Yeah.
11    Q.  And when you were in the tree, in
12  which direction were you facing?
13    A.  I was facing Jourdan Avenue.
14    Q.  And when you first saw what you
15  later understood was the barge, was it to the
16  left or the right?
17    A.  It was to my left.  The way I'm
18  facing is to my left.
19    Q.  So looking at the map, it was
20  toward North Roman (indicating)?
21    A.  To the left.
22    Q.  To the left.  Okay.
23    A.  Can I ask you a question?
24    Q.  Uh-huh.
25    A.  Why you asked me about a lawyer?

Page 89

1    Q.  I was just interested in how you
2  got to be identified as a witness.
3    A.  Oh, okay.
4    Q.  The grinding noise that you noticed
5  before you all saw the water --
6    A.  Uh-huh.
7    Q.  -- was that a continuous sound?
8    A.  No.
9    Q.  Just one sound?
10    A.  One time.  One-time sound.
11    MR. JOANEN:
12    I'm sorry.  Could you speak up just
13    a little louder, please.
14    THE WITNESS:
15    One-time sound.
16  EXAMINATION BY MS. BERTAUT:
17    Q.  And you talked about the utility
18  box exploding you thought caused a boom?
19    A.  I heard.  I ain't saw.  I heard.
20    Q.  Did you actually see that box
21  explode?
22    A.  No.  I didn't see it.  I heard it.
23    Q.  Okay.  And again, that was one
24  sound?
25    A.  One sound.

23 (Pages 86 to 89)

BERRYHILL, CAROLYN

12/13/2007

Page 90

1    Q.  Did you make a -- fill out a form
2  for the government to make a claim?
3    A.  Uh-huh.
4    Q.  I'm going to show you something and
5  ask you if you recognize it (indicating).
6  See if you recognize that.
7    A.  Yes.  I remember that.
8    Q.  Okay.  Is that your handwriting,
9  Miss Berryhill?
10    A.  Yes, it is.
11    Q.  Everything that's handwritten is
12  your handwriting, correct?
13    A.  Yes.
14    Q.  Can you read for us in box number
15  8, Basis of Claim?
16    A.  Huh?
17    Q.  Can you read for us box number 8,
18  the handwriting?
19    A.  Number 8.  "August 29, 2005.  I
20  will never forget that day because I was at
21  home when the levee broke.  At about 5:30
22  A.M. a barge came through the wall causing
23  people who didn't have a way out to be caught
24  in the floodwater like myself.  I watched
25  houses, cars and went -- oh -- being knocked

Page 91

1  together like nothing you have ever seen
2  before.  I lived in a tree for 12 hours
3  before someone helped me and my sister and
4  her old man and my friend.  Katrina came,
5  she's real."
6    Q.  Katrina came, does that say three
7  hours later?
8    A.  "Katrina came three hours later."
9  Which means she was on time, 8:00 that
10  morning.
11    Q.  I'm going to mark this as Exhibit
12  2.  And the second page is a --
13    A.  Huh?
14    Q.  Can you identify, is that your
15  handwriting on the envelope (indicating)?
16    A.  Yes.  This is my handwriting.
17    Q.  In preparation of coming here
18  today, did you review anything, look at any
19  documents?
20    A.  No.
21    Q.  Have you been interviewed by any
22  members of the media?
23    A.  (Witness shakes head.)
24    Q.  No?
25    A.  No.

Page 92

1    Q.  Did you get your picture taken by
2  any media people?
3    A.  If they did, they caught me off --
4  walking by or something, but no.
5    Q.  Do you know how old the house was
6  at 1838 Deslonde?
7    A.  Fifty.
8    Q.  Fifty years old?
9    A.  (Witness nods head.)  Wait.  1952.
10  Daddy bought the house in '52.  It might have
11  been older than that because I remember my
12  daddy bought the house in '52.  So I'll say
13  50.
14    Q.  It came into your family in 1952?
15    A.  Uh-huh.
16    Q.  When you all looked out, Wesley and
17  Michael took their walk toward Jourdan Avenue
18  and you went to your front porch -- remember
19  you told us that before the water came?
20    A.  Uh-huh.
21    Q.  Did you notice any wind damage to
22  your home at that time?
23    A.  No.  There was no -- like I say,
24  there wasn't no wind blowing at that time.
25    Q.  Did y'all hear wind during the

Page 93

1  night?
2    A.  No, not until we got in the tree.
3    Q.  Okay.  And did you hear any rain
4  during the night?
5    A.  Huh?
6    Q.  Did you hear any rain during the
7  night?
8    A.  Nope, not until the water came in.
9    Q.  When Wesley and Michael walked
10  toward Jourdan Avenue, was the area dry they
11  were walking on?
12    A.  Yes.
13    Q.  Do you know what types of shoes
14  they were wearing?
15    A.  Shoes?  Slippers.
16    Q.  Slippers.
17    A.  Okay.
18    Q.  Did you ever have any problem with
19  any of the drains around 1838 Deslonde?
20    A.  No, we haven't, because we always
21  kept the drainage clean.
22    Q.  I'm sorry.  You always kept the
23  drains clean?
24    A.  Clean, yeah.
25    Q.  Had you or Diane cleaned out the

24  (Pages 90 to 93)

BERRYHILL, CAROLYN

12/13/2007

Page 94

1   drains for Katrina?
2      A.  No.  My neighbor next door did
3   that.
4      Q.  And do you know the name of the
5   neighbor next door, do you remember?
6      A.  Yeah, I know his name, but he dead.
7   He died right after Katrina.
8      Q.  Since Katrina have you talked to
9   any of your neighbors?
10     A.  I haven't seen any but one -- well,
11  my neighbor's daughter, I seen her, but my
12  neighbors, I haven't seen any of my
13  neighbors.
14     Q.  When you were up in the tree for
15  the 12 hours and it became daylight, did you
16  notice the water flowing in a certain
17  direction?
18     A.  What you mean?  What you mean, in
19  which direction was the water flowing?
20     Q.  Right.  Was there a particular
21  direction the water was going?
22     A.  Within a 12-hour or before or after
23  Katrina?
24     Q.  While you were in the tree in the
25  daylight hours, do you consider that before

Page 95

1   or after Katrina?
2      A.  That's what I'm trying to find out,
3   if it was before or after it.  Which one you
4   want, before or after?
5      Q.  Well, at any time once the water
6   started running --
7      A.  After the --
8      Q.  Let me finish the question, Miss
9   Berryhill.  I appreciate your --
10     A.  I want to answer your question
11  accurate and as clear as I can remember.
12  That's why I was asking that question.
13  Before or afterwards?
14     Q.  Let's take it this way.  At any
15  time could you detect or notice a particular
16  direction the way the water was flowing in?
17     A.  No.  No.
18     Q.  Was it just flowing in all sorts of
19  directions?
20     A.  You can't tell when you have stuff
21  running about.  You couldn't tell which way
22  the water was coming, which way the water was
23  running.  I couldn't tell that.  If the water
24  was going east, south or west, I couldn't --
25  I just can tell you because it might have

Page 96

1   been going north, it could have been going
2   south, I couldn't tell you exactly which way,
3   because during that time we had wind, which
4   is during the time you talking about.
5      If I'm correctly, you trying to get
6   me to tell you which way was the water
7   running during the storm.  I couldn't tell
8   you that.  If the wind was going that way and
9   it feel like it going this way or it feel
10  like it going that way (indicating), I
11  couldn't tell you that.
12     Q.  You have no memory --
13     A.  I --
14     Q.  I have to finish the question.  You
15  don't have any memory of a particular
16  direction --
17     A.  Which direction it was going, no.
18     Q.  Okay.  I will say it again.  You
19  don't have any memory of which direction the
20  water was going in at any point in time?
21     A.  No.
22     Q.  Did you file any lawsuits for any
23  damage that you had at your home for Katrina?
24     A.  Uh-huh.
25     Q.  Who did you sue?

Page 97

1      A.  Huh?
2      Q.  Who did you sue?
3      A.  I told you.  I gave you the name.
4      Q.  Who did you sue?
5      A.  Bruno.
6      Q.  Bruno.  No.  I was looking for did
7   you sue your insurance company?
8      A.  No.  I didn't have -- at that time
9   we didn't have insurance.  I didn't have no
10  insurance.
11     Q.  Okay.  Did you make a Road Home
12  claim?
13     A.  Yeah.
14     Q.  Yes?
15     A.  (Witness nods head.)
16     Q.  And have you settled up with Road
17  Home?
18     A.  Uh-huh.
19     MR. WEBB:
20     You have to say yes or no.
21     THE WITNESS:
22     Huh?
23     MR. WEBB:
24     You have to say yes or no.
25     THE WITNESS:

25 (Pages 94 to 97)

BARGE000935

BERRYHILL, CAROLYN

12/13/2007

Page 98

1      Yes.
2      MR. WEBB:
3      It's hard to spell huh.
4  EXAMINATION BY MS. BERTAUT:
5      Q.  And other than Road Home, were
6  there any other benefits that you applied
7  for?
8      A.  No.
9      Q.  Now, I understand your home is not
10 standing anymore?
11     A.  Huh?
12     Q.  Is 1838 Deslonde still standing?
13     A.  No.
14     Q.  It's been demolished?
15     A.  It was demolished before -- it was
16 demolished during the flood.
17     Q.  But if we were to go out to
18 1838-1840 Deslonde, it would be a slab right
19 now?
20     A.  That's all that's there.
21     Q.  Do you have any pictures or videos
22 of the structure, 1838-1840 Deslonde, after
23 Katrina hit?
24     A.  I had pictures -- after Katrina?
25 Yeah, I think I got a couple of pictures at

Page 99

1  home.
2      Q.  And did you mention at one of the
3  breaks that you plan on coming back?
4      A.  Yeah.
5      Q.  Are you building right now in the
6  Ninth Ward?
7      A.  Well, no.  I'm hoping to build back
8  over there.
9      Q.  But you have not yet started?
10     A.  No.  I have not started yet.
11     Q.  Is that your intention though, to
12 return to New Orleans?
13     A.  Huh?
14     Q.  Is it your intention to return to
15 New Orleans?
16     A.  Yes.
17     Q.  And specifically to return to the
18 Ninth Ward?
19     A.  Yes.  Back to the place I was born
20 and raised, Ninth Ward.
21     Q.  Insofar as your settling up with
22 the Road Home, did you sell the Road Home
23 program your house, the property on Deslonde?
24     A.  No.  No.
25     Q.  So you kept it?

Page 100

1      A.  Yes.
2      Q.  At any time before you were taken
3  off the tree in those 12 hours that you were
4  up there, were you ever able to see a break
5  in the levee?
6      A.  Not the -- right away, no.  I
7  wouldn't lie to you.  No, not right away
8  until after we got on the bridge where the
9  barge had come through at.
10     Q.  That's the Claiborne Bridge?
11     A.  And it was -- actually, you could
12 see it because the barge was sitting on the
13 levee and -- the back of it was on the levee.
14 And the front of it was on top a house from
15 the bridge.  That's all I can remember.
16     Q.  And the bridge you're talking about
17 is the Claiborne Bridge?
18     A.  Huh?
19     Q.  When you got on the Claiborne
20 Bridge you could see the barge?
21     A.  Yes.  Yes.
22     Q.  And where the barge was resting,
23 was that in an area near a levee breach?
24     A.  We would call that -- what you call
25 it?

Page 101

1      Q.  Well, that's what I'm trying to
2  understand.  You actually saw a spot of the
3  levee missing?
4      A.  Yeah.
5      Q.  And that was near where the barge
6  was?
7      A.  Yeah.
8      Q.  Did you see any other breaks along
9  the Industrial Canal?
10     A.  No.  That I could not see because
11 they had so much water.  I could not see, so
12 I couldn't say yes because the only part I
13 saw was the barge.  Anywhere else, I could
14 not tell you that because they had so much
15 water.  We couldn't see nothing but water.
16     MS. BERTAUT:
17     I think that's all the questions
18     that I have for you, Miss
19     Berryhill.
20     THE WITNESS:
21     Huh?
22     MS. BERTAUT:
23     Thank you, Miss Berryhill.  I don't
24     have any other questions.
25     MR. JOANEN:

26 (Pages 98 to 101)

BERRYHILL, CAROLYN

12/13/2007

Page 102

1      No questions.
2      MS. WALDRON:
3      No questions.
4      MR. GELPI:
5      No questions for me.
6      MR. AURANDT:
7      No.
8      MR. HANNA:
9      Pass.
10     EXAMINATION BY MR. WIEDEMANN:
11     Q.  Miss Berryhill, can you hear me?
12     A.  Oh.
13     Q.  Larry Wiedemann.  I represent some
14  of the people who were flooded and damaged in
15  the hurricane from the Ninth Ward and East
16  New Orleans.  Let me ask you so I can be
17  clear.  You indicated that it was between
18  5:30 and quarter to 6 when you got -- you had
19  talked to Wesley and Michael and Diane, is
20  that correct?
21     A.  Yeah.
22     Q.  And when you testified earlier, you
23  said that Wesley and Michael went out to the
24  levee or to the Jourdan Avenue?
25     A.  Yeah.

Page 103

1      Q.  What time was that, was that before
2   5:30?
3      A.  That was before, that was before
4   the flood.
5      Q.  Okay.
6      A.  Now, exactly what time, to be
7   honest with you, I couldn't tell you.
8      Q.  Yeah.
9      A.  Exactly what time it was.
10     Q.  Was it in that time between --
11     A.  I know it was before that morning
12  they walked out there a couple times before
13  the water came in, but what time exactly, I
14  could not -- to be honest with you, I do not
15  know.
16     Q.  Okay.  And when they came back in
17  they told you what?
18     A.  Everything was okay.  The levee is
19  still attached.  That's what they said,
20  attached.
21     Q.  And was that within the time of
22  5:30, quarter to 6, when they went out and
23  came back?
24     A.  I guess it would be, between 5:00,
25  5:30, quarter to 6 that morning because it

Page 104

1   was 5:30, quarter to 6 when we had the water.
2      Q.  So up until that time when they,
3   when Wesley and Michael went out to check,
4   you all felt that everything was okay?
5      A.  Right.
6      Q.  And at some point in time you
7   indicated that all four of you heard a
8   grinding sound.
9      A.  Yes.
10     Q.  That is, Diane and Wesley and
11  Michael and yourself?
12     A.  Yeah.
13     Q.  You all discussed hearing that?
14     A.  Huh?
15     Q.  You all discussed amongst
16  yourself --
17     A.  No.  We didn't discuss it.  All we
18  wanted to know where the sound came from and
19  didn't let us worry us, you know.  Sometimes
20  you hear a sound, it might be the house or
21  something, you know, you don't let it worry
22  you so much.  It didn't worry us until we
23  didn't know what had happened.
24     Q.  Okay.
25     A.  So after we -- until after we got

Page 105

1   into the water and say, oh, oh, something had
2   broke that canal because the water is coming
3   in too fast.
4      Q.  Was there a point in time when the
5   four of you discussed what caused the
6   grinding sound?
7      A.  No.  We didn't discuss what caused
8   it because we didn't know what caused it.
9      Q.  All right.  And it was after you
10  heard that --
11     A.  Actually, excuse me, actually we
12  didn't even think about, think, we didn't
13  have time to think about discussing anything
14  like that.
15     Q.  Okay.  And it was after you -- the
16  four of you heard this grinding sound that
17  you first encountered water, you first saw
18  water?
19     A.  After the grinding sound, it was
20  about five minutes after that grinding sound
21  we started experiencing water.
22     Q.  Okay.  Who was the first one?  You
23  indicated, I believe, that, was it Wesley --
24     A.  Yeah.
25     Q.  -- went to the back door?

27 (Pages 102 to 105)

BERRYHILL, CAROLYN

12/13/2007

Page 106

1      A.   Went to the front door and he
2  opened it and let all the water in, as usual.
3      Q.   The front door would not be facing
4  Jourdan Avenue?
5      A.   No.  The front door is not facing
6  Jourdan Avenue.  It is facing Tennessee
7  Street.
8      Q.   Right.  Now, he went to the front
9  door, and when he opened the front door water
10  was coming in?
11      A.   Came in, yeah.
12      Q.   That was on the lower level?
13      A.   Right.
14      Q.   And did you see the water yourself?
15      A.   Who, me?
16      Q.   Yeah, when you opened the door.
17      A.   Yeah.  I saw the water.  I felt the
18  water, too.
19      Q.   And you indicated that you felt the
20  water was more or less passing you up?
21      A.   Yeah.  When we were going up the
22  stairway up to Diane's apartment, the water
23  was rushing in real fast.
24      Q.   So you went up the outside steps?
25      A.   Yeah.  Go outside to get up the

Page 107

1  steps up to Diane's apartment.
2      Q.   And there are doors on that floor,
3  back doors and front doors?
4      A.   Uh-huh.  The hallway, like that
5  hallway there, leads straight to the other
6  side, that's the way her, going up the stairs
7  leads straight to the out back door.
8      Q.   So when you got up on the second
9  floor, did y'all --
10      A.   The water is still coming in fast.
11      Q.   But it was coming up the stairs?
12      A.   Yeah.  It was coming up fast.
13      Q.   Did you look outside, the back
14  door, the front door?
15      A.   No.  We didn't look out.  We were
16  too busy trying to get up higher, you know.
17  By the time we got up in the loft, up there
18  in the loft, the water had reached up there.
19      Q.   Okay.
20      A.   By the time Wesley and them decided
21  to start breaking the roof to get to outside,
22  the whole thing came off.
23      Q.   So am I correct that the only time
24  you looked and saw the water was when he
25  opened the front door, is that right?

Page 108

1      A.   Well, we -- he thought there was
2  water before he opened the door.  I thought
3  it was from the rain, but he said, "It's not
4  raining outside."  He said, "You got water
5  coming in the door."  So he opened the door,
6  boom (indicating).
7      Q.   Okay.  All right.  And when -- how
8  long was it after you heard the grinding
9  sound that you heard the explosion or the --
10      A.   Oh, that was way after.
11      Q.   About how long?
12      A.   From the grinding sound we was in
13  the loft.  In between the five minutes that
14  we had that rush in, it took us about five,
15  ten minutes, ten minutes, about 20 minutes
16  after that we heard a big old boom sound.
17      Q.   Okay.  And you all were in the
18  attic at that time?
19      A.   Yeah.
20      Q.   Okay.  And you assumed, although
21  you didn't know, that the explosion was some
22  kind of an electrical thing?
23      A.   Yeah.
24      Q.   But you didn't see anything?
25      A.   I didn't see anything.

Page 109

1      Q.   The water that came after you heard
2  the grinding sound, came rapidly because you
3  had to rush up the stairs into the attic?
4      A.   What you mean?  The water -- to be
5  honest with you, I don't know if it came
6  rapidly after the grinding sound or what.  I
7  be honest with you, I couldn't tell you
8  because I wasn't paying too much attention to
9  it no how.
10      Q.   But when it came, you had to run
11  for your life to get up to the attic?
12      A.   Right.
13      Q.   Now, the first time that you saw
14  the barge was when, when you got on Claiborne
15  Avenue?
16          MR. WALKER:
17          Objection.
18  EXAMINATION BY MR. WIEDEMANN:
19      Q.   That was the first time?
20          MR. WALKER:
21          Objection.
22          THE WITNESS:
23          I thought it was a boat.  I didn't
24          know it was a barge.  I took it for
25          a boat.

28 (Pages 106 to 109)

BERRYHILL, CAROLYN

12/13/2007

Page 110

1  EXAMINATION BY MR. WIEDEMANN:
2     Q.  Did you see it before you got on to
3  Claiborne?
4     A.  Yeah, because, as I say, I thought
5  it was a boat.
6     Q.  When was the first time you saw it?
7     A.  The barge?
8     Q.  Yeah.
9     A.  When I got on the Claiborne Bridge
10 when I really saw it was a barge.  I thought
11 it was a boat.
12    Q.  And you could see the break in the
13 wall?
14    A.  Yeah.  I saw where the barge had
15 come through the levee.
16    Q.  And the barge was located just
17 opposite the break?
18    A.  Yeah.  It was located on the break,
19 the back part of it, and the front part of it
20 was sitting on somebody's house.
21    Q.  And the -- do you know what time
22 you got onto the bridge, the Claiborne Avenue
23 Bridge?  Do you know what time you got on the
24 Claiborne Avenue Bridge approximately?
25    A.  Approximately between 5:30 -- no.

Page 111

1  About 6:00 exactly.  About 6:00 exactly.
2  Because we stayed there about an hour before
3  we traveled over to St. Claude.  It was
4  getting dark.
5     MR. HAYCRAFT:
6        You mean 6:00 P.M.?
7  EXAMINATION BY MR. WIEDEMANN:
8     Q.  Six P.M., in the evening?
9     A.  Yeah, evening.  Evening.
10    Q.  Maybe I misunderstood you, but when
11 you were testifying earlier you indicated
12 that 8:00, 8:00 A.M., I'm talking in the
13 morning --
14    A.  Yeah.
15    Q.  -- it was, the sunlight came out
16 and --
17    A.  The eye.  It was like sunlight.
18    Q.  And you said you saw the barge at
19 that time I wrote down.
20    A.  Yeah.  You could see it clearly
21 then.
22    Q.  But that was at 8:00 in morning?
23    A.  Huh?
24    Q.  Did you see it at 8:00 in the
25 morning?

Page 112

1     A.  Yeah.  When the eye of Katrina
2  passed over it lit like daylight.  You could
3  see --
4     Q.  You were in the tree at that time?
5     A.  Huh?
6     Q.  You were in the tree at that time?
7     A.  Yeah.
8     Q.  And you saw the barge at that time,
9  at 8:00 in the morning?
10    A.  That's what I kept saying I thought
11 it was a boat.
12    Q.  Okay.
13    A.  I kept saying it was a boat and
14 everybody kept saying, no, there ain't no
15 boat.  That's what I thought, it looked like
16 a boat to me.
17    Q.  The reason I'm asking you, so the
18 first time you saw the barge which you
19 thought was the boat was 8:00 A.M. in the
20 morning?
21    A.  Yeah, that morning.  Right.  When,
22 you know, when the storm had passed over and
23 it really started calming down and
24 everything, I saw it again.  I kept telling
25 them, "That's a boat over there, y'all."

Page 113

1  They said, "That ain't no boat.  That's my
2  imagination."  So we all got on top of the
3  bridge.  "You might have called it wrong, but
4  that's a barge."
5     MR. WIEDEMANN:
6        Thank you.  I have no further
7        questions.
8  EXAMINATION BY MR. WALKER:
9     Q.  I just have a couple more just to
10 be clear.  And when you saw the barge at 8:00
11 A.M. and later saw it from the Claiborne
12 Avenue Bridge, it was in the same location,
13 right?
14    A.  It was in the same location.  Never
15 been moved.
16    Q.  Right.  And you don't know when it
17 came --
18    A.  Where it come from or who, I don't
19 know.
20    Q.  And you don't know when it came
21 into the Ninth Ward?
22    A.  When it came into the Ninth Ward --
23 when it docked in the Industrial Canal, I
24 couldn't tell you.
25    Q.  Right.  And you don't know how it

29 (Pages 110 to 113)

BARGE000939

BERRYHILL, CAROLYN

12/13/2007

Page 114

```
1    came into the Ninth Ward?
2        A.  No.
3        Q.  And you didn't see it hit the wall?
4        A.  Huh?
5        Q.  You didn't see it hit the wall?
6        A.  No, I did not.
7        Q.  And you didn't see it go through
8    the wall?
9        A.  No, I did not.  All I heard was a
10   grinding sound.
11       Q.  And you don't know what that
12   grinding sound was?
13       A.  Not at that particular time.
14       MR. WALKER:
15           That's it.  Thank you very much,
16       Miss Berryhill.  We appreciate your
17       time and your patience with us and
18       you having answered all our
19       questions.
20       THE WITNESS:
21           Okay.  I hope I have.
22       (OFF THE RECORD)
23   EXAMINATION BY MR. WALKER:
24       Q.  I have something else to add.
25   You're entitled to read this and to sign it
```

Page 115

```
1    to check the accuracy of this lady's
2    transcription.
3        A.  Okay.
4        Q.  Or, if you want, you can trust her
5    and you don't have to read it, but that's
6    your option.  Do you have -- it's whatever
7    you like.  She can send you and you can sign
8    it and verify that everything you said is
9    correctly taken down or you can waive that
10   and trust that she took it all down the way
11   you said it.  Do you have a preference?
12       A.  I ain't got no problem with it.
13       Q.  So you want to waive it and just
14   rely on her?
15       A.  Yeah, go ahead, because what I got
16   to hide.  I ain't got to change nothing.  I
17   did the best I can.
18       MR. WALKER:
19           All right.  Thank you very much.
20       We appreciate that.
21       THE WITNESS:
22           That's all I can do, the best I
23       can.  I can't do no more.  That was
24       the best I could do.
25
```

Page 116

```
1
2            (Whereupon, the deposition was
3    concluded at 3:29 p.m.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 117

```
1        REPORTER'S CERTIFICATE
2
3        I, MARGARET MCKENZIE, Certified Court
4    Reporter, do hereby certify that the
5    above-named witness, after having been first
6    duly sworn by me to testify to the truth, did
7    testify as hereinabove set forth;
8        That the testimony was reported by me
9    in shorthand and transcribed under my
10   personal direction and supervision, and is a
11   true and correct transcript, to the best of
12   my ability and understanding;
13       That I am not of counsel, not related
14   to counsel or the parties hereto, and not in
15   any way interested in the outcome of this
16   matter.
17
18
         MARGARET MCKENZIE, CCR, RPR, RMR, CRR
19       CERTIFIED COURT REPORTER
20
21
22
23
24
25
```

30 (Pages 114 to 117)

BARGE000940