UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * <br> * <br> *  CIVIL ACTION <br> * <br> *  NO. 05-4182 |
| PERTAINS TO:   BARGE | *  and consolidated cases <br> * |
| *Boutte v. Lafarge_*           05-5531 <br> *Mumford v. Ingram*         05-5724 <br> *Lagarge v. Lafarge*          06-5342 <br> *Perry v. Ingram*              06-6299 | *  SECTION "K" (2) <br> * <br> * <br> * <br> *  JUDGE <br> *  STANWOOD R. DUVAL, JR. <br> * <br> *  MAG. JOSEPH C. WILKINSON, JR. <br> * <br> * |

# PLAINTIFFS' LODGING OF UNPUBLISHED AUTHORITIES AND SECONDARY SOURCES IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

For the convenience of the Court, Plaintiffs hereby submit copies of the following unpublished authorities and secondary sources cited in support of their Motion for Class *Certification*:

1

| **Cases** | **Citations** |
|---|---|
| 1 | *Alberto N. v. Gilbert,* 2000 U.S. Dist. LEXIS 22723 (E.D. Tex. Aug. 17, 2000). |
| 2 | *Ancar v. Murphy Oil, U.S.A. Inc.,* 2008 U.S. Dist. LEXIS 68490 (E.D. La. July 25, 2008). |
| 3 | *Broussard v. Parish of Orleans*, 2001 U.S. Dist. LEXIS 11941 (E.D. La. Aug. 2, 2001). |
| 4 | *In re Am. Commer. Lines, LLC*, 2002 U.S. Dist. LEXIS 10116 (E.D. La. May 28, 2002). |
| 5 | *In re Complaint of Clearsky Shipping Corp.*, 1998 U.S. Dist. LEXIS 13842 (E.D. La. Aug. 27, 1998). |
| 6 | *In re Educ. Testing Serv. Praxis Principles of Learning & Teaching: Grades 7-12 Litig.*, 2006 U.S. Dist. LEXIS 9726 (E.D. La. Mar. 13, 2006). |
| 7 | *In re Katrina Canal Breaches Consol. Litig.,* 2007 U.S. Dist. LEXIS 82887 (E.D. La. Nov. 1, 2007). |
| 8 | *In re TT Boat Corp.*, 1999 U.S. Dist. LEXIS 5627 (E.D. La. 1999). |
| 9 | *McGuire v. International Paper Co.*, 1994 U.S. Dist. LEXIS 4783 (S.D. Miss. Feb. 18, 1994). |
| 10 | *Turner v. Murphy Oil US*, 2006 U.S. Dist. LEXIS 985 (E.D. La. Jan. 12, 2006). |

| **Treatises** | **Citations** |
|---|---|
| 11 | 1 *Newberg on Class Actions* § 3:5 (4th ed., 2008). |
| 12 | 2 *Newberg on Class Actions* § 4:24 (4th ed., 2008). |
| 13 | 2 *Newberg on Class Actions* § 4:25 (4th ed., 2008). |
| 14 | 2 *Newberg on Class Actions* § 4:29 (4th ed., 2008). |
| 15 | 2 *Newberg on Class Actions* § 4:31 (4th ed., 2008). |
| 16 | 2 *Newberg on Class Actions* § 4.30 (4th ed. 2008). |
| 17 | 2 *Newberg on Class Actions* § 4:32 (4th ed., 2008). |

18      2 *Newberg on Class Actions* § 6:14 (4th ed., 2008).

19      5 *Newberg on Class Actions* § 17:5 (4th ed., 2008).

20      5 *Newberg on Class Actions* § 17:8 (4th ed., 2008).

Dated: September 29, 2008                Respectfully submitted,


By:     _____

SHAWN KHORRAMI  (CA Bar #180411)
DYLAN POLLARD  (CA Bar #180306)
MATT BAILEY  (CA Bar #218685)
H. SCOTT LEVIANT  (CA Bar #200834)
444 S. Flower St., Thirty-Third Floor
Los Angeles, California 90071
Telephone:     (213) 596-6000
Facsimile:     (213) 596-6010
skhorrami@kpalawyers.com
dpollard@kpalawyers.com
hsleviant@kpalawyers.com
mbailey@kpalawyers.com


/s/  Brian Gilbert
Brian A. Gilbert, Esq.(21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
bgilbert@briangilbertlaw.com


/s/  Lawrence D. Wiedemann
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336

lawrence@wiedemannlaw.com
karl@wiedemannlaw.com
karen@wiedemannlaw.com


/s/  Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
pistols42@aol.com


/s/  Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
Voice: 202-862-4320
Cell:    202-549-1454
Facsimile:  800-805-1065 and 202-828-4130
rick@rickseymourlaw.net

*Attorneys for Barge Plaintiffs*