LEXSEE 2007 U.S. DIST. LEXIS 82887



Caution
As of: Sep 29, 2008

**IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION; PERTAINS TO: LEVEE/MRGO, Daubert Hearings: Kilpatrick (Doc. 7992), Truax (Doc. 8116)**

**CIVIL ACTION NO. 05-4182 SECTION "K"(2)**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA**

*2007 U.S. Dist. LEXIS 82887*

**November 1, 2007, Decided
November 1, 2007, Filed**

**SUBSEQUENT HISTORY:** Complaint dismissed at *In re Katrina Canal Breaches Consol. Litig., 2007 U.S. Dist. LEXIS 83528 (E.D. La., Nov. 2, 2007)*

**PRIOR HISTORY:** *In re Katrina Canal Breaches Consol. Litig., 2007 U.S. Dist. LEXIS 79543 (E.D. La., Oct. 12, 2007)*

**COUNSEL:** [*1] For Colleen Berthelot Wife of, Jackie Berthelot, Heber Dunaway, Eric Anderson, Amy Janusa Wife of, Michael Janusa, Plaintiffs: Daniel E. Becnel, Jr., LEAD ATTORNEY, Law Offices of Daniel E. Becnel, Jr., Reserve, LA; Ashton Robert O'Dwyer, Jr., Ashton R. O'Dwyer, Jr., Attorney at Law, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Stephen Gallodoro, Joseph L Gallodoro, Sr, Cheryl Emmons, Margaret Lott, Plaintiffs: Jon Wesley Wise, LEAD ATTORNEY, Fowler Rodriguez, New Orleans, LA; Ashton Robert O'Dwyer, Jr., Ashton R. O'Dwyer, Jr., Attorney at Law, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Paula Robichaux, Plaintiff: Jim S. Hall, LEAD ATTORNEY, & Associates, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Sandra Spedale, Antoine G Davis, Jeanette St. Etienne, Plaintiffs: David Scott Scalia, Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Sue La Porte, Plaintiff: David Scott Scalia, Bruno & Bruno, New Orleans, LA.

For Mr. Kenneth Paul Armstrong, Ms. Ethel Mae Coats, Mr. Henry Davis, Plaintiffs: Jonathan Beauregard Andry, The Andry Law Firm, New Orleans, LA.

PLAINTIFFS LIAISON COUNSEL, Plaintiff, Pro se.

For Jared [*2] Vodanovich, 05-4191, Ann Vodanovich, wife of - 05-5237, Charlie Vodanovich, 05-5237, Consol Plaintiffs: Gerald Edward Meunier, LEAD ATTORNEY, Justin I. Woods, Kara M. Hadican, Gainsburgh, Benjamin, David, Meunier & Warshauer, New Orleans, La; Stephen Skelly Kreller, LEAD ATTORNEY, Stephen S. Kreller, APLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Robert Harvey, 05-4568, Susan Laurendine, 05-4568, William Laurendine, 05-4568, Darleen Jacobs Levy, 05-4568, Consol Plaintiffs: Darleen Marie Jacobs, LEAD ATTORNEY, Alfred Ambrose Sarrat, Jr., Jacobs & Sarrat, New Orleans, LA; Joseph M. Bruno, Bruno &

Bruno, New Orleans, LA; Robert G. Harvey, Sr., Law Office of Robert G. Harvey, Sr., APLC, New Orleans, LA.

For Cathy Carter, 05-5237, Sean McCrossen, 05-5237 - on behalf of themselves and all others similarly situated, Regina Schoegel, wife of - 05-5237, Samuel Schoegel, 05-5237, Consol Plaintiffs: David Lyman Browne, Robert J. Daigre, Dugan Law Firm, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Ali Haghighi, on behalf of themselves and all others similarly situated - 05-6073, David J. Kirsch, 05-6073, Consol Plaintiffs: Hugh Palmer Lambert, [*3] LEAD ATTORNEY, Evelyn Alexis Bevis, Linda Jane Nelson, Lambert & Nelson, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Bonnie Ezell, 05-6314, Jim Ezell, 05-6314 - husband of/and, Consol Plaintiffs: Jesse Lee Wimberly, III, LEAD ATTORNEY, Jesse L. Wimberly, III, Attorney at Law, Mandeville, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Peter Ascani, III, 05-6323, Jack Capella, 05-6323 - as the Executor of the Succession of Lilian Capella, James Capella, 05-6323, Sophia Granier, 05-6323, Robert G. Harvey, Sr, 05-6323, Gregory Jackson, 05-6323, Mary Jane Silva, 05-6323, Richard Vanderbrook, 05-6323, Madeline Grenier, 05-6323; Misidentified as Sophia Granier, Consol Plaintiffs: Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Robert G. Harvey, Sr., Law Office of Robert G. Harvey, Sr., APLC, New Orleans, LA; Tamara Kluger Jacobson, Law Office of Tamara Kluger Jacobson, New Orleans, LA; Thomas J. Corrington, The Corrington Law Firm, New Orleans, LA.

For Dorothy Andry, 05-6324, David M. Brown, Sr., 05-6324, Beverly Evans, 05-6324, Kim Marie Lamerson, 05-6324, Consol Plaintiffs: Daniel E. Becnel, Jr., LEAD ATTORNEY, Law Offices of Daniel E. Becnel, Jr., [*4] Reserve, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Sidney Donecio Torres, III, Law Offices of Sidney D. Torres, III, Slidell, LA.

For Beth A. LeBlane, 05-6327, Alan West, 05-6327, Connie Abadie, 06-5164; et al, Edward Williams, (06-5471), Sabrina Dean, (06-5471) on behalf of themselves and all others similarly situated, Lucinda Coco, 07-1284, Leslie Dorantes, 07-1284, Anita Harrison, 07-1284, Trenise Jackson, 07-1284, Dwayne

Mallet, 07-1284, Leo Mitchell, 07-1284, Martha Newman, 07-1284, Laurie Coniglio, 07-1289, Gertrude Esteves, 07-1289, Stella Washington, 07-1289, John B. Williams, 07-1289, Emanuel Wilson, 07-1289; On behalf of Themselves and All Others Similarly Situated, Michelle Hennessey, 07-1288, Alice Meyer, 07-1288; On Behalf of Themselves and All Others Similarly Situated, Consol Plaintiffs: Joseph M. Bruno, LEAD ATTORNEY, David Scott Scalia, Bruno & Bruno, New Orleans, LA.

For Frederick Bradley, 05-6359, Lawrence Rabin, 05-6359, Frederick Bradley, 06-225 - individually and on behalf of all persons similarly situated, Lawrence Rabin, 06-225 - individually and on behalf of all persons similarly situated, Mark H. Samuels, 06-225 - individually and on behalf of [*5] all persons similarly situated, Consol Plaintiffs: Gerald Edward Meunier, LEAD ATTORNEY, Kara M. Hadican, Gainsburgh, Benjamin, David, Meunier & Warshauer, New Orleans, La; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Mark H. Samuels, 05-6359 - Individually and on behalf of all persons similarly situated, Consol Plaintiff: Gerald Edward Meunier, LEAD ATTORNEY, Kara M. Hadican, Gainsburgh, Benjamin, David, Meunier & Warshauer, New Orleans, La; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Frank Jacob D'Amico, Jr., Richard M. Exnicios, Frank J. D'Amico, Jr., APLC, New Orleans, LA.

For Paulette L. Heldner, 06-20 - wife of and, Consol Plaintiff: Randall A. Smith, LEAD ATTORNEY, Kirk Reasonover, Laura Hawkins Davis, Smith & Fawer, LLP, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For John Michael Holahan, 06-20, Riverbend Fine Wines, Inc., 06-20, Julie E. Tauzin, 06-20, Michelle M. Zornes, 06-20, Consol Plaintiffs: Randall A. Smith, LEAD ATTORNEY, Ariel Karma DiGiulio, J. Geoffrey Ormsby, Kirk Reasonover, Laura Hawkins Davis, Smith & Fawer, LLP, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Bruce Conlay, 06-151, Diane W Rogers, 06-152, [*6] Betty K. Baird, 06-153, William R Baird, 06-153, Kelly A. Humphreys, 06-169, Consol Plaintiffs: Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Marty D'Aunoy, 06-886, Robin Michael D'Aunoy, 06-886 - wife of Marty D'Aunoy, individually and on

behalf of her minor son Noah D'Aunoy, Kevin Patrick Finney, 06-886, Mary Beth Finney, 06-886 - wife of Patrick Finney, Aliree Y Hutson, 06-886, Ann R McGuinness, 06-886 - wife of James C. McGuinness, Jr., James C McGuinness, Jr, 06-886, Jack A Newton, 06-886 - individually and on behalf of his minor daughter Caitlin Newton, Jessica A Newton, 06-886 - wife of Jack A. Newton, individually and on behalf of her minor daughter Caitlin Newton, Jeanette Rubick, 06-886, Consol Plaintiffs: Robert M. Becnel, LEAD ATTORNEY, Meghan Becnel Burns, Law Offices of Robert M. Becnel, Laplace, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Brad Boyd, 06-1672, Stephanie Boyd, 06-1672, Daniel Fontanez, 06-1672, Jacquelyn Fontanez, 06-1672, Glendy Forster, 06-1672, Larry Forster, 06-1672, Lori Gervais, 06-1672, Randy Gervais, 06-1672, Judy Maier, 06-1672, Kenneth Maier, 06-1672, Andre Mauberret, 06-1672, Mairlyn Mauberret, 06-1672, New Orleans Flooring [*7] Supply, Inc., 06-1672, Dave Strawn, 06-1672, Debbie Strawn, 06-1672, Consol Plaintiffs: J. J. (Jerry) McKernan, LEAD ATTORNEY, Gordon J. McKernan, McKernan Law Firm, Baton Rouge, LA; Calvin Clifford Fayard, Jr., Fayard & Honeycutt, Denham Springs, LA; Darin J. McMullen, John N. Ellison, Anderson Kill & Olick, PC, Philadelphia, PA; David Scott Scalia, Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Vernon Palmer Thomas, Vernon P. Thomas, Attorney at Law, New Orleans, LA.

For Angelina Burst, 06-1672, Shawn Burst, 06-1672, Heather Falou, 06-1672, Spencer Falou, 06-1672, Brandon Gawlick, 06-1672, Bridget Gawlick, 06-1672, Lacey Glorioso, 06-1672, Monty Glorioso, 06-1672, Chuck Morris, 06-1672, Day Morris, 06-1672, Debbie Rittner, 06-1672, Perry Rittner, 06-1672, Brian Rourke, 06-1672, Lisa Rourke, 06-1672, Consol Plaintiffs: J. J. (Jerry) McKernan, LEAD ATTORNEY, Gordon J. McKernan, McKernan Law Firm, Baton Rouge, LA; Calvin Clifford Fayard, Jr., Fayard & Honeycutt, Denham Springs, LA; David Scott Scalia, Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Vernon Palmer Thomas, Vernon P. Thomas, Attorney at Law, New Orleans, LA.

For Gladys Chehardy, 06-1672, Brad Boyd, 06-1673, Stephanie [*8] Boyd, 06-1673, Daniel Fontanez, 06-1673, Jacquelyn Fontanez, 06-1673, Glendy Forster, 06-1673, Larry Forster, 06-1673, Lori Gervais, 06-1673, Randy Gervais, 06-1673, Judy Maier, 06-1673, Kenneth Maier, 06-1673, Andre Mauberret, 06-1673, Mairlyn Mauberret, 06-1673, New Orleans Flooring Supply, Inc., 06-1673, Dave Strawn, 06-1673, Debbie Strawn, 06-1673, Brad Boyd, 06-1674, Stephanie Boyd, 06-1674, Daniel Fontanez, 06-1674, Jacquelyn Fontanez, 06-1674, Glendy Forster, 06-1674, Larry Forster, 06-1674, Lori Gervais, 06-1674, Randy Gervais, 06-1674, Judy Maier, 06-1674, Kenneth Maier, 06-1674, Andre Mauberret, 06-1674, Mairlyn Mauberret, 06-1674, New Orleans Flooring Supply, Inc., 06-1674, Dave Strawn, 06-1674, Debbie Strawn, 06-1674, Consol Plaintiffs: J. J. (Jerry) McKernan, LEAD ATTORNEY, Gordon J. McKernan, McKernan Law Firm, Baton Rouge, LA; Calvin Clifford Fayard, Jr., Fayard & Honeycutt, Denham Springs, LA; Darin J. McMullen, John N. Ellison, Anderson Kill & Olick, PC, Philadelphia, PA; David Scott Scalia, Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Matthew D. Schultz, Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, PA, Pensacola, FL; Vernon Palmer Thomas, Vernon [*9] P. Thomas, Attorney at Law, New Orleans, LA.

For Angelina Burst, 06-1673, Shawn Burst, 06-1673, Heather Falou, 06-1673, Spencer Falou, 06-1673, Brandon Gawlick, 06-1673, Bridget Gawlick, 06-1673, Lacey Glorioso, 06-1673, Monty Glorioso, 06-1673, Chuck Morris, 06-1673, Day Morris, 06-1673, Debbie Rittner, 06-1673, Perry Rittner, 06-1673, Brian Rourke, 06-1673, Lisa Rourke, 06-1673, Angelina Burst, 06-1674, Shawn Burst, 06-1674, Heather Falou, 06-1674, Spencer Falou, 06-1674, Brandon Gawlick, 06-1674, Bridget Gawlick, 06-1674, Lacey Glorioso, 06-1674, Monty Glorioso, 06-1674, Chuck Morris, 06-1674, Day Morris, 06-1674, Debbie Rittner, 06-1674, Perry Rittner, 06-1674, Brian Rourke, 06-1674, Lisa Rourke, 06-1674, Consol Plaintiffs: J. J. (Jerry) McKernan, LEAD ATTORNEY, Gordon J. McKernan, McKernan Law Firm, Baton Rouge, LA; Calvin Clifford Fayard, Jr., Fayard & Honeycutt, Denham Springs, LA; David Scott Scalia, Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Gladys Chehardy, 06-1673, Gladys Chehardy, 06-1674, Consol Plaintiffs: J. J. (Jerry) McKernan, LEAD ATTORNEY, Gordon J. McKernan, McKernan Law Firm, Baton Rouge, LA; Calvin Clifford Fayard, Jr., Fayard & Honeycutt, Denham [*10] Springs, LA; Darin J. McMullen, John N. Ellison, Anderson Kill & Olick, PC, Philadelphia, PA; David Scott Scalia, Joseph M.

2007 U.S. Dist. LEXIS 82887, *10

Bruno, Bruno & Bruno, New Orleans, LA; Matthew D. Schultz, Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, PA, Pensacola, FL.

For Maureen O'Dwyer, 05-4181; et al, Christopher Patterson, 05-4181 - and his spouse, and on his own behalf and on behalf of his minor children, Christopher Edward Patterson, Jr., and Chrisha Patterson, Diana Santee, 05-4181 - on her own behalf and on behalf of her minor children, Timothy Santee, Marvin Santee, Ireal Santee, Tiffany Santee, Teianna Santee, Teriane Santee & Niecal Santee, Consol Plaintiffs: Ashton Robert O'Dwyer, Jr., Ashton R. O'Dwyer, Jr., Attorney at Law, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Joseph W. Hecker, Joseph W. Hecker, Baton Rouge, LA.

For Paulette H. Holahan, 06-20, Consol Plaintiff: Randall A. Smith, LEAD ATTORNEY, Ariel Karma DiGiulio, J. Geoffrey Ormsby, Kirk Reasonover, Smith & Fawer, LLP, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Lisa Bousqueto, 06-2287, Cyril Neville, 06-2287, Gaynielle Neville, 06-2287, June F. Sanchez, 06-2287, Consol [*11] Plaintiffs: Walter C. Dumas, LEAD ATTORNEY, NaTashia Carter Benoit, Patti Durio Hatch, Travis J. Turner, Dumas & Associates Law Corporation, Baton Rouge, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Holly Biggs, 06-2346, James E. Fitzmorris, 06-2346, Christopher Musser, 06-2346, Husband of/and, Melanie Musser, 06-2346, Consol Plaintiffs: F. Gerald Maples, LEAD ATTORNEY, J. Stuart Kirwan, Meredith Anne Mayberry, Stephen Michael Wiles, F. Gerald Maples, P.A., New Orleans, LA; Clayton Morris Connors, Mumphrey Law Firm, LLC, New Orleans, LA; J. Wayne Mumphrey, Mumphrey Law Firm, LLC, Slidell, LA; John Herr Musser, IV, John H. Musser, IV, Attorney at Law, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Wayne B. Mumphrey, Mumphrey Law Firm, LLC, Chalmette, LA.

For Maria Kay Chetta, 06-2278, Herbert W. Christenberry, 06-2278, Keith Neidlinger, 06-2278, Consol Plaintiffs: Jim S. Hall, LEAD ATTORNEY, & Associates, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Anthony Franz, Jr., 06-2268, Lucille Franz, 06-2268, Individually, Lattimore & Associates, 06-2268, Kent Lattimore, 06-2268, Tanya Smith, 06-2268, Norman Robinson, 06-2268, Consol Plaintiffs: [*12] Jonathan Beauregard Andry, LEAD ATTORNEY, The Andry Law Firm, New Orleans, LA; Bob F. Wright, James P. Roy, Domengeaux, Wright, Roy & Edwards, Lafayette, LA; Clay Mitchell, Matthew D. Schultz, Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, PA, Pensacola, FL; Calvin Clifford Fayard, Jr., David Blayne Honeycutt, Fayard & Honeycutt, Denham Springs, LA; David Scott Scalia, Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Drew A. Ranier, N. Frank Elliot, III, Ranier, Gayle & Elliot, LLC, Lake Charles, LA; J. J. (Jerry) McKernan, John H Smith, McKernan Law Firm, Baton Rouge, LA; Nina D. Froeschle, Pierce O'Donnell, O'Donnell & Mortimer, LLP, Los Angeles, CA; Thomas V. Girardi, Girardi & Keese, Los Angeles, CA.

For Phillip Reed, 06-2152 - On behalf of himself and all others similarly situated, Consol Plaintiff: Camilo Kossy Salas, III, LEAD ATTORNEY, Salas & Co. L.C., New Orleans, LA; John Francis Nevares, John F. Nevares & Associates, San Juan, PR; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Daniel E. Becnel, Jr., William A. Percy, III, Law Offices of Daniel E. Becnel, Jr., Reserve, LA.

For Ashton R O'Dwyer, Jr., 06-1850, Maureen O'Dwyer, 06-1885; et al, Arthur Tracy Abel, [*13] 06-1885, Kathleen C. Abel, 06-1885, Harold Alexander, 06-1885, Tyrone Anthony Alexander, 06-1885, Penny Anderson, 06-1885, Vonola Avist, 06-1885, Dana Bell, 06-1885, Gloria Mae Bell, 06-1885, Hitchai Bryant, 06-1885, Nicole Bryant, 06-1885, John Collins, 06-1885, Jonell Collins, 06-1885, Gregory Cormick, 06-1885, Michael Cormick, 06-1885, Joanne Landrieu Curren, 06-1885, John Curren, 06-1885, Ashley O'Dwyer Day, 06-1885, Jeffrey Baker Day, 06-1885, Andre Trevigne Fowler, 06-1885, Betty Francis, 06-1885, Sherman Griffin, 06-1885, Kitty B. Hoffman, 06-1885, Stephen Christopher Jeandron, 06-1885, Delia LaBarre, 06-1885, Joseph Landrieu, 06-1885, Phyllis Landrieu, 06-1885, Nicholas S. Linder, 06-1885, Lester McGee, 06-1885, Sandra Meyers, 06-1885, Craig Anthony Miller, 06-1885, Walter J. Morgan, 06-1885, Alexis O'Dwyer Navarro, 06-1885, Calie Newell, 06-1885, Lisa Marie O'Dwyer, 06-1885, Shirley D. O'Dwyer, 06-1885, Jason P. Ragas, 06-1885, Katie L. Ragas, 06-1885, Paul J. Ragas, 06-1885, Ruth B. Ragas, 06-1885, George Schmidt, 06-1885, John Wesley Stewart, Jr, 06-1885, Michele

Armour, 06-1885, Mitchell Armour, 06-1885, Mitchell Armour, III, 06-1885, Felix Augustin, 06-1885, Pauline [*14] Augustin, 06-1885, Cynthia Bell, 06-1885, Joshua Billon, 06-1885; and his spouse, on their own behalf and on behalf of their minor children, Isaiah Billon and Monica Billon, Monica Billon, 06-1885; on their own behalf and on behalf of their minor children, Isaiah Billon and Monica Billon, Blair Bundy, 06-1885, Dawn Bundy, 06-1885, Jill Bundy, 06-1885, Kerry Carter, 06-1885, Vanessa Carter, 06-1885, Rhona Causey, 06-1885, Betty Christy, 06-1885, De-Fean Christy, 06-1885, Catherine Collins, 06-1885, Jamie Collins, 06-1885; on her own behalf and on behalf of her son, Jacobi Glover, Janice Collins, 06-1885; on her own behalf and on behalf of her son, John Henry Collins, John Collins, 06-1885, Sherene Collins, 06-1885, Sherlene Collins, 06-1885, Simeko Collins, 06-1885, Jerry Cormick, 06-1885, Lauren Dabney, 06-1885, Kevin Daliet, 06-1885, Norcille Daliet, 06-1885, Carroll Denesse, 06-1885, Lucien Denesse, 06-1885, Donald Ellis, 06-1885, Kim Ellis, 06-1885, Bobbie Evans, 06-1885, Patricia Granger, 06-1885; on her own behalf and on behalf of her daughter Tomika Edwards, Audrey Gray, 06-1885, Lucille Gray, 06-1885, Augustine Greenwood, 06-1885, Rosemary Greenwood, 06-1885; on her own [*15] and on behalf of her children Yasmine and Jasemine Greenwood, Issac Hayes, 06-1885, Charmeine Jefferson, 06-1885; on her own behalf and on behalf of her children, Lemor James, Ariel James, Yolanda Jefferson, and Erika Thornton, Mary Johnson, 06-1885, Mary Noela Johnson, 06-1885, Wayne Anthony Johnson, 06-1885, Winnette Lang, 06-1885, Ann Lawless, 06-1885, Detective Carlton Lawless, 06-1885, Gene Lee, 06-1885, Ivin Lee, 06-1885, Lynn Lee, 06-1885, Ferdinand Leon, 06-1885, Lydia Leon, 06-1885, Jimmie Martin, 06-1885, Chris McCormick, 06-1885, Doreine Navarre, 06-1885, Melvin Navarre, 06-1885, Harry Nobles, 06-1885, La-Shawn D. Robinson, 06-1885, Alma Sanders, 06-1885, Barbara Sanders, 06-1885, Byrne Sherwood, 06-1885, Albertha Skinner, 06-1885, Gilda Skinner, 06-1885, Irinika Skinner, 06-1885, Irvin Skinner, 06-1885, Brandon Smith, 06-1885, Linda Morgan, 06-1885, Lokea Morgan, 06-1885, Denisha Morgan, 06-1885, Shelia Smith, 06-1885, Jacqueline Smith, 06-1885, James Smith, Jr., 06-1885, Nina Baughn, 06-1885: on her own behalf and on behalf of her minor children Karim Kemp, Karen Kemp, and Erica Kemp, Patricia Green, 06-1885, Tanaka Johnson, 06-1885, Bobby Johnson, 06-1885, Charles [*16] Williams, 06-1885, Laura Recasner, 06-1885: on her own behalf and on behalf of her children Dajohon

Recasner, Kurshell Recasner, Charleston Recasner, and Agnes Recasner, Charmaine Rhome, 06-1885, Judy Starks, 06-1885, Insuk Caro, 06-1885: doing business as Wig Fashions and Apolostic Christian Bookstore, Troylyn Washington, 06-1885, Mercedes Washington, 06-1885, Shanika Taylor, 06-1885, Marsha Taylor, 06-1885, Erica Kemp, 06-1885, Karen Kemp, 06-1885, Dawn Bundy, 06-1885: on her own behalf and on behalf of her minor children Emanuel Bundy, Shekinah Bundy, Jane Bundy, and Blair Bundy, Jr., Roxchell Panika Santee', 06-1885: on her own behalf and on behalf of her minor son Tyree Santee', Samuel Bourne, 06-1885, Nicole Bryan, 06-1885, Alton J. Crowden, 06-1885: on his own behalf and on the behalf of his minor children Cameron Crowden and Kelli Crowden, Ashley Navarre, 06-1885, Shana Patterson, 06-1885, Keana Quinn, 06-1885, Niketsa Ramsey, 06-1885: on her own behalf and behalf of her minor children Desmonish Ramsey, Kenyel Rochon, and Desmond Ramsey, Darylynn Ramsey, 06-1885, Julie Ramsey, 06-1885: on her own behalf and on behalf of her minor children, Dalisha Ramsey and Charli Ramsey, [*17] Robert Rhone, 06-1885, Joshua Smith, 06-1885, Cynthia Tibbet, 06-1885: on her own behalf and on behalf of her children, Brittnay Tibbet, Sidney Tibbet, and Chelesa Tibbet, Janice Tollins, 06-1885: on her own behalf and on behalf of her minor son, John Tollins, Glenda Medina, 06-1885, Michele Elizabeth Omes, 06-1885, Jim Richard Pazos, 06-1885, Avery Scott, 06-1885, Frank Duncan Macpherson Strachan, III, 06-1885, Joshua Dillon, 06-1885: and his spouse, Monica Dillon, 06-1885: on their own behalfs and on behalf of their minor children, Isaiah Dillon, Monica Pollard, 06-1885, Donald G. Deaton, 06-1885, Pamela A Morgan, 06-1885, Lorenzo Butler, 06-1885, Alonzo W. Butler, 06-1885: and his spouse, Laquinta Butler, 06-1885: on their own behalfs and on behalf of their minor children, Alonzo W. Butler, Jr., Jasmyn Butler, and Rashaad Butler, Rita Bailey, 06-1885, Tony Green, 06-1885, Lina Vaughn, 06-1885, William Byrd, 06-1885, Sylvia Byrd, 06-1885, Ruth Harris, 06-1885, Clifford Harris, 06-1885, Jonathan Washington, 06-1885, Vicky Michel, 06-1885, Simon Kleindorf, 06-1885, Bertha Kleindorf, 06-1885, David Kleindorf, 06-1885, Connie Kleindorf, 06-1885, Troylyn Washington, 06-1885: on [*18] her own behalf and on behalf of her minor child, Dasia Washington, Mercedes Ann Washington, 06-1885, Roy Junior Washington, 06-1885, Eva McGee, 06-1885, Levi Johnson, 06-1885, Patricia Johnson, 06-1885, Lequecia Bunn, 06-1885; on her own and on behalf of her minor child, Jada Gibson,

Imelda Johnson, 06-1885, Michael Johnson, 06-1885, Mulkina Coates, 06-1885: on her own behalf and on behalf of her minor children, Keshina Coates and Malik Coates, Benjamin Morgan, 06-1885, Chandra Maxon, 06-1885: on her won behalf and on behalf of her minor children, Byron Maxon, Darianne Maxon, Janea Maxon, Willie Maxon, Devante Maxon, and Chandray Maxon, Marylyn Maxon, 06-1885: on her own behalf and on behalf of her minor children, Shancanacia Maxon, Ravanell Maxon, and Robert Maxon, Lois Torregano, 06-1885, Loisha Breaux, 06-1885: on her own behalf and on behalf of her minor children, Loishell Williams and Mikayla Breaux, Vanesa Davis, 06-1885, James Cook, 06-1885, Daniel Davis, 06-1885, Joan A. Miller, 06-1885, Linda Boyd, 06-1885: on her own behalf and on behalf of her minor children, Caress Boyd and Charles Boyd, Elijah Washington, 06-1885, Keineisha Richard, 06-1885; on her own behalf and [*19] on behalf of her minor children, Marlon Richard, Marcel Richard, and Emyjah Washington, Darryle Lee Johnson, Sr., 06-1885, Tameko Benjamin, 06-1885; on her own behalf and on behalf of her minor children, Jovana Benjamin, Darione Benjamin, Darryle Lee Johnson, Jr. and Darielle Benjamin, Delilah Milton, 06-1885, Kimmie Ferdinand, 06-1885, Ashley Ferdinand, 06-1885, Cornell Batiste, 06-1885, James Hollins, 06-1885; and his wife, Lakvina Coates, 06-1885; on their own behalf and behalf of their minor children, Semaj Hollins and Jamaya Hollins, Tamaya Coates, 06-1885, Maria Washington, 06-1885; on her own behalf and on behalf of her minor children Janisha Washington, Andrew Washington, Charles Washington, and Mekhi Washington, Leslie Johnson, 06-1885; on her own behalf and on behalf of her minor child, Jamay Johnson, Lessie Johnson, 06-1885, Zelda McKendall, 06-1885, Kimberly McKendall, 06-1885, Michael McKendall, 06-1885, Russell Gardner, 06-1885, Winnette Lang, 06-1885; on her own behalf and on behalf of her minor children, Kevon Lang and Lashanice Jones, Lisa Byrd, 06-1885; on her own behalf and on behalf of her minor child, Sadzisya Byrd, Michael Anthony Snipes, Jr., 06-1885, JoAnn [*20] Snipes, 06-1885, Michael A. Snipes, Sr., 06-1885, Garry Bougeois, 06-1885, Cheryl Bernard, 06-1885, Johndra Patterson, 06-1885, Terrill Morris, 06-1885, Dianne Thompson, 06-1885, Michael Thompson, 06-1885, Ruby Ann Washington, 06-1885; on her own behalf and on behalf of her minor children, Shaune Bakewell and LaShay Johnson, Victor Moore, 06-1885; and his wife, Pamelyn Morgan Moore, 06-1885; on their own behalf and on behalf of their minor children, Victor Lyn Morgan, Pamelor Morgan, Vicknesha Morgan, and Victoria Moore, David Bealer, 06-1885, Roseann Bealer, 06-1885, Stacy Bealer, 06-1885, Roland Rodrigue, 06-1885, Cheryl Rodrigue, 06-1885, John Elmer Smith, 06-1885, Wanda Jean Smith, 06-1885, Robin Marie Smith, 06-1885, Linda R. Breaux, 06-1885, Larry Robert Reinhardt, 06-1885, Rosa A. Reinhardt, 06-1885, Robert E. Stone, 06-1885, Linda Dufrene, 06-1885, Maria Thecla Eugenia Albers, 06-1885; New Orleans Montessori School, Inc., Josephine J. Dupree-Dean, 06-1885, Herbert C. Jackson, 06-1885, Gail Brown, 06-1885; on her own behalf and on behalf of her minor children, Aaron Pulliam and Brandon Pulliam, Myron Mack, 06-1885, Sheila Lewis, 06-1885, Pernell Lewis, 06-1885, Ashanti [*21] Lewis, 06-1885, Natasha Leevis, 06-1885; on her own behalf and on behalf of her minor children, Natiasha Lewis and Shaila Lewis, Christopher Patterson, 06-1885; and his spouse, Linda Johnson, 06-1885; on their own behalfs and on behalf of their minor children, Christopher Edward Patterson, Jr. and Christa Patterson, Shanipa Patterson, 06-1885; on her own behalf and on behalf of her minor children, Sherman Singleton, Shermont Singleton, and Reggineka Rice, Sharie Johnson, 06-1885, Rachel Johnson, 06-1885, Joan Bundy, 06-1885, Michelle Renee Alexander, 06-1885, Rodney James, 06-1885; onhis own behalf and behalf of his minor children, Rodney James, Jr. and Alexis James, Robert Young, 06-1885, Cornelius Young, 06-1885, Shactha Williams, 06-1885, Rose Marie Young, 06-1885, Tykesha Arington, 06-1885; on her behalf and on behalf of her minor children, Charles Arington, Tyriel Arington, and Braione Arington, Lloyd Joseph, 06-1885, PTC Petroleum & Industrial Supplies, Inc., 06-1885, Ronald D. Pitisci, 06-1885, Kathleen Pitisci, 06-1885, Gerald Anthony Picquet, 06-1885, Lynn Picquet, 06-1885, Glennis Livas, 06-1885; on her own behalf and on behalf of her minor child, William E. Patterson, [*22] Malika Batiste, 06-1885; on her own behalf and on behalf of her minor niece and nephew Caliyah Porter and Aaron Batiste, Christopher Arrington, 06-1885, Noema Arrington, 06-1885; on her behalf and on behalf of her minor children, Eric Arrington and Aaron Arrington, Phillip Martin, 06-1885, Paulette Biggs, 06-1885; on her own behalf and on behalf of her minor child, Arkasia McFarland, Aldo Gofredo Hernandez, Sr., 06-1885; and his spouse, Areli Carlota Hernandez, 06-1885; on their own behalf and on behalf of their minor child, Emmanuel Goffredo Hernandez, Aldo Gofredo Hernandez, Jr., 06-1885, Lloyd Loup, III, 06-1885, Alaina Loup, 06-1885, Kenneth Arcement, 06-1885, Marlene

Arcement, 06-1885, Shanika Taylor, 06-1885, Marsha Taylor, 06-1885, Erica Kemp, 06-1885, Latonya Caldwell, 06-1885; on her own behalf and on behalf of minor children, Onyell Caldwell and Charles Dears, LaRose Taylor, 06-1885, Stephan Sawyer, 06-1885, Ms. Eprsy Livas, 06-1885, Brandon Livas, 06-1885, Clifford Coates, 06-1885, Tammie Chattman, 06-1885; on her own behalf and on behalf of her minor children, Rudarion Chattman, Randel Chattman, and Joseph Chattman, Linzie Brown, 06-1885, Emargie C. Brumfield, 06-1885, [*23] Leonard Brumfield, 06-1885, Brandon Carr, 06-1885, Jessie Arbuthnot, 06-1885, Mary P. Mingo, 06-1885, Rachel Goldsmith, 06-1885, Gayle LeBlanc, 06-1885, Michael LeBlanc, 06-1885; and his spouse, Larice Taylor LeBlanc, 06-1885; on their own behalfs and behalf of their minor child Mika Jane LeBlanc, Kim Gaines, 06-1885; on her own behalf and on behalf of her minor children or grandchildren, Jamechia Smith and Diamond Beam, Michael Gaines, 06-1885, William B. English, Jr., 06-1885, Rosaria English, 06-1885, Hazel McGuire, 06-1885, Mary H. Johnson, 06-1885, Jerry Matthews, 06-1885, Dennis Jones, Jr., 06-1885, Raquel Roth, on her behalf and on behalf of minor children, Dennis Jones III and Kellie Ann Jones, Linda Roth, 06-1885, Toya Roth, 06-1885; on her own behalf and on behalf of her minor children Jerrell White and Terrell Roth, Courtney Little, 06-1885; on her own behalf and behalf of her minor children, Tezanne Allen, Rashad Little, and Fabian Earls, Reynell Santee, 06-1885 and his spouse, Tawana Rayford, 06-1885; on their own behalfs and on behalf of their minor children, Ranisha Rayford, Wynell Rayford, and Reynell Rayford, Darron Meyers, 06-1885, Troylyn Meyers, 06-1885; on [*24] her own behalf an on behalf of her minor child Keiera Minor and Ashley Meyers, and on behalf of her grandchild Daniah Williams, Roxchell Santee, 06-1885; on her own behalf and on behalf of her minor child, Tyree Santee, Phillip Lazard, 06-1885, Marguerite Lazard, 06-1885, Joel Frank, 06-1885, Juliet Johnson, 06-1885, Ronald Rome, 06-1885, Aunna Johnson, 06-1885; on her own behalf and on behalf of her minor children, Johnson, and Carlos Johnson, John Washington, 06-1885, Bernadine Washington, 06-1885, Wanda Washington, 06-1885, Hazel Taylor, 06-1885, Christina Taylor, 06-1885, Sophia Taylor, 06-1885; on her own behalf and on behalf of her minor child, Alex Taylor, Yolanda Washington, 06-1885; on her own behalf and on behalf of her minor children, Alecia Washington, Alacia Washington, and Tyrell Washington, Tyronne Washington, 06-1885, Bruce Washington, 06-1885, Larry Rowe, 06-1885, Dianne Santee, 06-1885, Toni Santee, 06-1885; on her own behalf and on behalf of her minor children, Paris Johnson, Traychell White, and Kani Santee, Kelly Simon, 06-1885, Robert Santee, 06-1885, Diana Santee, 06-1885; on her own behalf and on behalf of her minor children, Timothy Santee, Marvin Santee, [*25] Ireal Santee, Tiffany Santee, Teianna Santee, and Niecal Santee, Wilson Ricks, 06-1885, Brent Smith, Jr., 06-1885; on his own behalf and on behalf of his minor child, Brent Smith III, Louise Ragas, 06-1885, Fayann Ragas, 06-1885, Terrill Morris, 06-1885, Linda Morris, 06-1885, Vanesa Davis, 06-1885, James Cook, 06-1885, Daniel Davis, 06-1885, Reverend Curtis Coleman, Sr., 06-1885; on his own behalf and on behalf of his entire Congregation and the Ephesian Missionary Baptist Church, Curtis Coleman, Sr., 06-1885, Curtis Coleman, Jr., 06-1885, Jerome Coleman, 06-1885, Keith Coleman, 06-1885, Carnese Williams, 06-1885, Raymond Hunter, 06-1885, William Hunter, 06-1885, Eric Williams, 06-1885, Winston Williams, 06-1885, Paul Mosley, Sr., 06-1885, Paul Mosley, Jr., 06-1885, Brandon Mosley, 06-1885, Hope Mosely, 06-1885, Shaqual Mosley, 06-1885, Shannel Mosley, 06-1885, Ivan Mosley, 06-1885, Betty Mosley, 06-1885, Margarite Rochon, 06-1885, Naomi Hunter, 06-1885, Wilson M. Simmons, 06-1885, Procula D. Simmons, 06-1885, Tammy Amos, 06-1885, Michael Green, 06-1885, Ronald M. Farve, 06-1885; on his own behalf and on behalf of his minor daughter, Rhonda Farve, Renee' Farve, 06-1885; on her [*26] own behalf and behalf of her minor children, Jalicia Slick, Darvell Burgess, and Dwight Clark, Silas Battie, 06-1885, Wrenel Hill, 06-1885, Janice Hill, 06-1885, Shinedel Hill, 06-1885, Janet Ausbrook, 06-1885; on her own behalf and on behalf of her mother Anna Ausbrook, and her brother, James Ausbrook, Trenese Simon, 06-1885, on her own behalf and on behalf of her minor daughter, Lashal Simon, Jocelyn Causey, 06-1885, Shelita Simon, 06-1885; on her own behalf and on behalf of her minor children, Roger Simon, Rogerrikka Simon, Terrell Simon, Terrell Byrd and Tyrell Byrd, Coleen Mooney, 06-1885, Paul Mosely, 06-1885, Judith Chauppette, 06-1885, Tarita B. Smith, 06-1885; on her own behalf and on behalf of her minor children, Byron Smith and Royce Smith, Trey McCrory, 06-1885, Ether Bullock, 06-1885; on her own behalf and on behalf of her minor grandson, Tharnell Bullock, Charles Terrell, 06-1885, Evelyn McDowell, 06-1885; on her own behalf and on behalf of her deceased mother Sylvia Haley, and as personal representative of the deceased, and on behalf of her minor son, Gino McDowell, her minor grandson,

Bishop Thomas, minor nephew, Lewis Johnson, and minor niece, Maureen O'Dwyer, [*27] 06-4024, Maureen O'Dwyer, 06-4389, Harold Joseph Gagnet, 06-4389, Sally Egerton Richards, 06-4389, Shane E. Porter, 06-4389, Stephanie Porter, 06-4389, Interior Specialties LLC, 06-4389, Charles Edward Jordan, 06-4389, Wayne M. Jones, 06-4389, Gloria Agnes Griffin, 06-4389; Individually and as Administratrix of the Succession of her brother, Stephen Williams, and on behalf of any and all heirs, survivors, relatives and beneficiaries of the deceased, Leticia Brown, 06-4389, Patricia S. Cross, 06-4389, Nathaniel Carr, 06-4389, John Turner, 06-4389, John Branch, 06-4389, Hope Branch, 06-4389, J. Heron Lanoue, 06-4389, William Heine, 06-4389, Linda Heine, 06-4389, Sheila Jones Jordan, 06-4389, Maureen O'Dwyer, et al; 06-5786, Maureen O'Dwyer, 06-5771, Shirley D. O'Dwyer, 06-5771, Maureen O'Dwyer, et al; 06-6099, Consol Plaintiffs: Ashton Robert O'Dwyer, Jr., LEAD ATTORNEY, Ashton R. O'Dwyer, Jr., Attorney at Law, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Peter Lamer Marcello, 06-2545, Vanessa Mignon Marcello, 06-2545, Consol Plaintiffs: John W. deGravelles, LEAD ATTORNEY, Craig Frank Holthaus, Michael C. Palmintier, Scott Hubert Fruge, deGravelles, Palmintier, [*28] Holthaus & Fruge', Baton Rouge, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Mark Barham, 06-1672, 06-1673, 06-1674, Patricia Brown, 06-1672, 06-1673, 06-1674, Katrina Daniels, 06-1672, 06-1673, 06-1674, Marie Fatheree, 06-1672, 06-1673, 06-1674, Wendell Glation, 06-1672, 06-1673, 06-1674, Edna Jones, 06-1672, 06-1673, 06-1674, Lionel Jones, 06-1672, 06-1673, 06-1674, Karen Lewis, 06-1672, 06-1673, 06-1674, Sandra Perkins, 06-1672, 06-1673, 06-1674, Michael Peterson, 06-1672, 06-1673, 06-1674, Eldridge Pollard, 06-1672, 06-1673, 06-1674, Shane Sylvester, 06-1672, 06-1673, 06-1674, Austra Zapata, 06-1672, 06-1673, 06-1674, Consol Plaintiffs: J. J. (Jerry) McKernan, LEAD ATTORNEY, Gordon J. McKernan, McKernan Law Firm, Baton Rouge, LA; Calvin Clifford Fayard, Jr., Fayard & Honeycutt, Denham Springs, LA; Darin J. McMullen, John N. Ellison, Anderson Kill & Olick, PC, Philadelphia, PA; David Scott Scalia, Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Drew A. Ranier, N. Frank Elliot, III, Ranier, Gayle & Elliot, LLC, Lake Charles, LA.

For Ellsworth P. McKendall, 06-1885, Carole A. Breithoff (Weller), 06-5367, Edward Sherman, 06-4634, Consol Plaintiffs: Joseph M. Bruno, [*29] Bruno & Bruno, New Orleans, LA.

For Alexis Washington, 06-1885, Consol Plaintiff: Ashton Robert O'Dwyer, Jr., LEAD ATTORNEY, Ashton R. O'Dwyer, Jr., Attorney at Law, New Orleans, LA; Carmelite M. Bertaut, Stone Pigman Walther Wittmann, LLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Jeanette Williams, 06-1885, Consol Plaintiff: Ashton Robert O'Dwyer, Jr., LEAD ATTORNEY, Ashton R. O'Dwyer, Jr., Attorney at Law, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; William Christian Gambel, Milling Benson Woodward, LLP, New Orleans, LA.

For Andrew Williams, 06-1885, Consol Plaintiff: Ashton Robert O'Dwyer, Jr., LEAD ATTORNEY, Ashton R. O'Dwyer, Jr., Attorney at Law, New Orleans, LA; John W. Redmann, Law Offices of John W. Redmann, PLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Louana Artus, 06-2824; wife of/and, on behalf of themselves and all others similarly situated, Richard Artus, 06-2824; on behalf of himself and all others similarly situated, Consol Plaintiffs: Daniel E. Becnel, Jr., LEAD ATTORNEY, Darryl James Becnel, Law Offices of Daniel E. Becnel, Jr., Reserve, LA; Darleen Marie Jacobs, Jacobs & Sarrat, New [*30] Orleans, LA; Hugh Palmer Lambert, Lambert & Nelson, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Ronnie Glynn Penton, Law Offices of Ronnie G. Penton, Slidell, LA.

For Susan Laurendine, 06-3529, William Laurendine, 06-3529, Al LeBouef, 06-3529, Aline Hodges, 06-3529, Pierre Ascani, 06-3529, Theresa Harvey, 06-3529, Dale Atkins, 06-3529; the Honorable, Anita L. Sarrat, 06-3529, Consol Plaintiffs: Darleen Marie Jacobs, LEAD ATTORNEY, Jacobs & Sarrat, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Charles Savoy, 06-3552 also known as Pete Savoy, Mark Madary, 06-3552, Gerard Bernard Nevle, 06-3552, Pamela Bruno Nevle, 06-3552, Consol Plaintiffs: Jonathan Beauregard Andry, LEAD ATTORNEY, The Andry Law Firm, New Orleans, LA; Barbara L. Lyons,

2007 U.S. Dist. LEXIS 82887, *30

Joseph W. Cotchett, Philip L. Gregory, Cotchett Pitre & McCarthy, Burlingame, CA; Bob F. Wright, James P. Roy, Domengeaux, Wright, Roy & Edwards, Lafayette, LA; Camilo Kossy Salas, III, Salas & Co. L.C., New Orleans, LA; Clay Mitchell, Matthew D. Schultz, Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, PA, Pensacola, FL; Calvin Clifford Fayard, Jr., David Blayne Honeycutt, Fayard & Honeycutt, Denham [*31] Springs, LA; David Scott Scalia, Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Elwood C. Stevens, Jr., Law Office of Elwood C. Stevens, Jr., APLC, Morgan City, LA; Frank Jacob D'Amico, Jr., Richard M. Exnicios, Frank J. D'Amico, Jr., APLC, New Orleans, LA; Gerald Edward Meunier, Gainsburgh, Benjamin, David, Meunier & Warshauer, New Orleans, La; J. J. (Jerry) McKernan, John H Smith, McKernan Law Firm, Baton Rouge, LA; N. Frank Elliot, III, Ranier, Gayle & Elliot, LLC, Lake Charles, LA; Nina D. Froeschle, Pierce O'Donnell, O'Donnell & Mortimer, LLP, Los Angeles, CA; Thomas V. Girardi, Girardi & Keese, Los Angeles, CA.

For Pam Dashiell, 06-3552, Nga Tran, 06-3552; Individually and on Behalf of All Others Similarly Situated, Shawn Tran, 06-3552, Cynthia Willard-Lewis, 06-3552, Consol Plaintiffs: Jonathan Beauregard Andry, LEAD ATTORNEY, The Andry Law Firm, New Orleans, LA; Barbara L. Lyons, Joseph W. Cotchett, Cotchett Pitre & McCarthy, Burlingame, CA; Bob F. Wright, James P. Roy, Domengeaux, Wright, Roy & Edwards, Lafayette, LA; Calvin Clifford Fayard, Jr., David Blayne Honeycutt, Fayard & Honeycutt, Denham Springs, LA; Camilo Kossy Salas, III, Salas & Co. L.C., New Orleans, LA; [*32] Clay Mitchell, Matthew D. Schultz, Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, PA, Pensacola, FL; David Scott Scalia, Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Elwood C. Stevens, Jr., Law Office of Elwood C. Stevens, Jr., APLC, Morgan City, LA; Frank Jacob D'Amico, Jr., Richard M. Exnicios, Frank J. D'Amico, Jr., APLC, New Orleans, LA; Gerald Edward Meunier, Gainsburgh, Benjamin, David, Meunier & Warshauer, New Orleans, La; J. J. (Jerry) McKernan, John H Smith, McKernan Law Firm, Baton Rouge, LA; N. Frank Elliot, III, Ranier, Gayle & Elliot, LLC, Lake Charles, LA; Nina D. Froeschle, Pierce O'Donnell, O'Donnell & Mortimer, LLP, Los Angeles, CA; Thomas V. Girardi, Girardi & Keese, Los Angeles, CA.

For Cathy Adams, 06-4065; et al, Consol Plaintiff: Albert Joseph Rebennack, Jr., LEAD ATTORNEY, Law Offices of Albert J. Rebennack, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Fellosea Ackerson, 06-4066; et al, Consol Plaintiff: Albert Joseph Rebennack, Jr., LEAD ATTORNEY, Law Offices of Albert J. Rebennack, Metairie, LA; Daniel E. Becnel, Jr., Law Offices of Daniel E. Becnel, Jr., Reserve, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For [*33] Weeks Marine, Inc., 06-3545, Weeks Marine, Inc., 06-3544, Consol Plaintiffs: Frank Anthony Piccolo, LEAD ATTORNEY, Joseph E. Lee, III, Preis & Roy, New Orleans, LA; John A.V. Nicoletti, Robert A. Novak, Nicoletti, Hornig, Campise & Sweeney, New York, NY; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Emma Brock, 06-4931, Joann B. Plaier, 06-4931, Sandra Jackson, 06-4931, Robert Jackson, 06-4931, John J. Signorelli, 06-4931, Hilda Clark, 06-4931, Shirley Allen Taylor, 06-4931, Josephine Richardson, 06-8708; Individually and on behalf of her deceased husband, Joseph Richardson, Consol Plaintiffs: Robert John Caluda, LEAD ATTORNEY, The Caluda & Rebennack Law Firm, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Louisiana State, 06-3552; through Attorney General Charles C. Foti, Jr., Consol Plaintiff: Charles C. Foti, Jr., LEAD ATTORNEY, Louisiana Attorney General's Office, Baton Rouge, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For St. Bernard Parish, 06-3552, Consol Plaintiff: Jonathan Beauregard Andry, LEAD ATTORNEY, The Andry Law Firm, New Orleans, LA; Bob F. Wright, James P. Roy, Domengeaux, Wright, Roy & Edwards, Lafayette, LA; Camilo Kossy Salas, [*34] III, Salas & Co. L.C., New Orleans, LA; Camilo Kossy Salas, III, Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, PA, Pensacola, FL; Calvin Clifford Fayard, Jr., David Blayne Honeycutt, Fayard & Honeycutt, Denham Springs, LA; David Scott Scalia, Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Elwood C. Stevens, Jr., Law Office of Elwood C. Stevens, Jr., APLC, Morgan City, LA; Frank Jacob D'Amico, Jr., Richard M. Exnicios, Frank J. D'Amico, Jr., APLC, New Orleans, LA; Gerald Edward Meunier, Gainsburgh, Benjamin, David, Meunier & Warshauer, New Orleans, La; J. J. (Jerry) McKernan, John H Smith, McKernan Law Firm, Baton Rouge, LA; Joseph W. Cotchett, Cotchett Pitre &

McCarthy, Burlingame, CA; N. Frank Elliot, III, Ranier, Gayle & Elliot, LLC, Lake Charles, LA; Thomas V. Girardi, Girardi & Keese, Los Angeles, CA.

For Flora Fleming, 06-5159, Michael Jamison, 06-5159, Barbara Smith, 06-5159, Joyce Dalferes, 06-5159, Charles Leach, 06-5159; On behalf of themselves and all others similarly situated., Eric Anderson, 06-5162, Earl Green, 06-5162, Jodie Sievers, 06-5162; on behalf of themselves and all others similarly situated, Fred Holmes, 06-5161, Alvin Livers, 06-5161; on behalf [*35] of themselves and all others similarly situated, Creato Gordon, 06-5163, Fred Weikert, 06-5163, Unique Miles, 06-5163, JoAnne Murse, 06-5163, Regina Turner, 06-5163; on behalf of themselves and all others similarly situated, Consol Plaintiffs: Joseph M. Bruno, LEAD ATTORNEY, David Scott Scalia, Bruno & Bruno, New Orleans, LA; Evelyn Alexis Bevis, Hugh Palmer Lambert, Linda Jane Nelson, Lambert & Nelson, New Orleans, LA.

For Frances Gerald Weller, 06-5367, Consol Plaintiff: Francis Gerald Weller, LEAD ATTORNEY, Francis Gerald Weller, Attorney at Law, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Glenn Michael Adams, 06-4634, Consol Plaintiff: John Patrick Connick, LEAD ATTORNEY, Law Office of J. Patrick Connick, Metairie, LA; Charles F. Seemann, Jr., Deutsch, Kerrigan & Stiles LLP, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Esther Angelica, 06-4634, Robin Angelica, 06-4634, Nicholas Angelica, 06-4634, Toni Angelica, 06-4634, Lana Lenfant, 06-4634; Individually and on behalf of her minor son Jarrod Raines, Kristie Maloz, 06-4634, Timothy Maloz, 06-4634, Charlotte Magoun, 06-4634, Ezekiel Magoun, 06-4634, Hannah Magoun, 06-4634; Individually [*36] and on behalf of her minor son, Aubrey Magoun, Mary Melancon, 06-4634; Individually and on behalf of her minor son, Taylor Melancon, Cynthia Sherman, 06-4634, Consol Plaintiffs: John Patrick Connick, LEAD ATTORNEY, Law Office of J. Patrick Connick, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Linda C. Bourgeois, 06-5131, Arnold F. Bourgeois, 06-5131, Wanette Boutte, 06-5131, Nikita Boutte, 06-5131, Sheila M. Johnson, 06-5131, Wheeler Norwood, 06-5131, Jean Ambeau, 06-5131, Roderick J. Baudy, 06-5131, Carol F. Boudy, 06-5131, Kim S.

Bryant, 06-5131, Barbara A. Davis, 06-5131, Gail C. DeGruy, 06-5131, Leontine Dennis, 06-5131, Evelina N. Doakes, 06-5131, Dolores Dugas, 06-5131, Joseph Dugas, 06-5131, Terrence Dugas, 06-5131, Rosie W. Epson, 06-5131; Estate of, Mary P. Fitch, 06-5131, Melanie A Flot, 06-5131, Bianca R. Forstall, 06-5131, Dianne Hicks, 06-5131, Larry Jones, 06-5131, Julie McCrary, 06-5131, Georgia S. Mitchell, 06-5131, Zena Nelson, 06-5131, Kristin Rhodes, 06-5131, Gertrude B. Romero, 06-5131, Andrew Sceau, Jr., 06-5131, Sharon Toefield, 06-5131, Gregory Toefield, 06-5131, Enola Washington, 06-5131, Michael A. White, 06-5131, Loyce P. Wright, [*37] 06-5131, Vera D. Richard, et al; 06-5118, Mary Christophe, et al; 06-5134, Keith C Ferdinand, et al; 06-5132, Marie Adams, et al; 06-5128, Susan Williams, et al; 06-5137, Leslie Sims, Jr., 06-5116, Rosa Marquez, 06-5116, Floyd S. Aaron, III, 06-5116, Hassar Sleem, 06-5116, Madeline Bertucci, 06-5116, Craig R. Dermody, 06-5116, Ernest J. Lorch, Jr., 06-5116, Mary K. Lorch, 06-5116, Mary Kuchler Lorch, 06-5116; executor for the Estate of Marie Helen Kuchler, Joel C. Weibelt, 06-5116, Jeanette M. Allen, 06-5116, Kenneth Allen, 06-5116, Monica Anderson-Clay, 06-5116, Leatrice Barrow, 06-5116, Charlene Beverly, 06-5116, Melvin Briggs, 06-5116, Barbara Burns, 06-5116, Janice Cargo, 06-5116, Clarence Cargo, 06-5116, John Chinn, 06-5116, Elizabeth R. Collins, 06-5116, Vernon A. Cooper, 06-5116, Dolores Dugas, 06-5116, Joseph Dugas, 06-5116, Linda Ebarb, 06-5116, Loran K. Ebarb, 06-5116, Berdie H. Edward, 06-5116, Jacob Geraue, III, 06-5116, Thaddeus Griffin, 06-5116, Delores Hamilton, 06-5116, Sheila Harry, 06-5116, William K. Jacobs, 06-5116, Clarence Jasper, 06-5116, Delisa Jenkins, 06-5116, Marcel A. Jenkins, Jr., 06-5116, Sandra E. Jenkins, 06-5116, William Jenkins, 06-5116, Estelle [*38] J. Joseph, 06-5116, Roselyn Koretzky, 06-5116, Barry Koretzky, 06-5116, Lillian Koretzky, 06-5116, Tai Jasmine Louis, 06-5116, Gwendolyn Marco, 06-5116, Donald Marco, 06-5116, Rhonda Marquez, 06-5116, Freddie Marshall, Jr., 06-5116, Jeannette B. McCurnin, 06-5116, Leo Patrick McCurnin, Jr., 06-5116, Eloise Muhammal, 06-5116, Raozuan Muhammal, 06-5116, Collette F. Norwood, 06-5116, Eula T. Parker, 06-5116, Joseph Perriatt, Jr., 06-5116, Terrence Riley, 06-5116, Terracnion Rodney, 06-5116, Jabbar Rodney, 06-5116, Jamesetta Saunders, 06-5116, Patricia Shelby, 06-5116, Joan Swearington, 06-5116, Carla M. Weathersby, 06-5116, Alfred Weber, 06-5116, Onettia Weber, 06-5116, Sosthene George Weber, Jr., 06-5116, Elizabeth H. DePass, 06-5127, William Keith

2007 U.S. Dist. LEXIS 82887, *38

DePass, IV, 06-5127, Marshall L. Harris, 06-5127, Manuel C Trelles, 06-5127, William B. Coleman, III, 06-5127, Carol C. Gambel, 06-5127, William C Gambel, 06-5127, Ronald Landry, 06-5127, Rhealynda Porter, 06-5140, Eric E. Porter, 06-5140, Mary Louise Cole, 06-5140, James Cole, Sr., 06-5140, William Muhammad, 06-5140, Doris A. Fortune, 06-5140, Nadine S. Ancar, 06-5140, Iola Booker, 06-5140, Charles Booker, Jr., 06-5140, Kim Cheneau, [*39] 06-5140, Prenee' M. Chiles, 06-5140, Diana L. Cole, 06-5140, Anthony L Cooper, 06-5140, Charlene Cousin, 06-5140, Alita Cusher, 06-5140, J.H. Daniel, 06-5140, Cassandra Dauphin, 06-5140, Susan R. DeJean, 06-5140, Sylvia H. Edwards-Borens, 06-5140, Artrice Fernandez, 06-5140, Althais Fernandez, 06-5140, Willie Fernandez, 06-5140, Shirley B. Garnett, 06-5140, Greg Gleason, 06-5140, James S. Griffin, Jr., 06-5140, Audrey Hall, 06-5140, Deborah Hall, 06-5140, Wesley Hall, 06-5140, Leonard Hankton, 06-5140, Bruce Harris, 06-5140, Rodney Harris, 06-5140, John A. Heidel, III, 06-5140, Vincent J. Heidel, 06-5140, Kerri Helmke, 06-5140, Shirley M. Holliday, 06-5140, Joan J. Jackson, 06-5140, Myrtle Jurette, 06-5140, Charlene LaFrance, 06-5140, Byron LaFrance, 06-5140, Sighsa Marshall, 06-5140, Jerome A. Martin, 06-5140, Mamie McDowell, 06-5140, James McDowell, 06-5140, Doris M. Mitchell, 06-5140, Arthur Mitchell, Jr, 06-5140, Brenda M. Moses, 06-5140, Jerry Napoleon, Sr., 06-5140, Jacqueline Perez, 06-5140, John A. Perez, 06-5140, Allen Pernell, Jr., 06-5140, Truly Peters, 06-5140, Jeannette Retif, 06-5140, Donald Retif, 06-5140, Lance R. Rodney, 06-5140, Jeffrey D. Rusk, 06-5140, Brenda [*40] G. Simmons, 06-5140, Robert Simmons, 06-5140, Tara R. Smith, 06-5140, Brenda A. Thibodeaux, 06-5140, Clarence J. Washington, Sr., 06-5140, Dora Weathersby, 06-5140, Georgia Weathersby, 06-5140, Jimmy Weathersby, 06-5140, Keonda Weathersby, 06-5140, Rebecca Weathersby, 06-5140, Consol Plaintiffs: William Christian Gambel, LEAD ATTORNEY, Milling Benson Woodward, LLP, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Frederick J. Gisevius, Jr., 06-5308, Carol Ann Waguespack, 06-5308, Jane M. Gisevius, 06-5308, Joan Gisevius Johnson, 06-5308, Consol Plaintiffs: Frederick J. Gisevius, Jr., LEAD ATTORNEY, Law Offices of Fred Gisevius, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Nathaniel Joseph, 06-5032, Tommy Thompson, 06-5032, Jamie Espadron, 06-5032, Kandy Espadron, 06-5032, Frank Mitchell, 06-5032, Lucinda Mitchell, 06-5032, Consol Plaintiffs: Marion Overton White, LEAD ATTORNEY, Marion Overton White, Attorney at Law, Opelousas, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Xiomara Augustine, et al; 06-5142, Consol Plaintiff: William Christian Gambel, LEAD ATTORNEY, Milling Benson Woodward, LLP, New Orleans, LA; John J. Cummings, [*41] III, Cummings, Cummings & Dudenhefer, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Xavier University of Louisiana, 06-516, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Timothy B. Francis, Sher Garner Cahill Richter Klein McAlister & Hilbert, LLC, New Orleans, LA.

For Bobby L. Leduff, et al; 06-5260, Consol Plaintiff: Randall Earl Hart, LEAD ATTORNEY, Broussard & Hart, LLC, Lake Charles, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Keith Grady, Peter Schneider, William T. Jones, Jr., Grady, Schneider & Newman, LLP, Houston, TX.

For Thomas Austin, Jr., 06-5383, Kimberly Bremermann-Black, 06-5383, Shawn Burst, 06-5383, Angelina Burst, 06-5383, Monty Glorioso, 06-5383, Lacey Glorioso, 06-5383, Antoinette Hatch, 06-5383, Ingrid Jackson, 06-5383, Consol Plaintiffs: J. J. (Jerry) McKernan, LEAD ATTORNEY, Chet G. Bourdreaux, John H Smith, McKernan Law Firm, Baton Rouge, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For David Lewis, 06-5383, Marie Lewis, 06-5383, Jim Miller, 06-5383, Grace Murphy, 06-5383, Troy Perez, [*42] 06-5383, Ronnie Rabin, 06-5383, Dianne Rabin, 06-5383, Leonard Riddle, 06-5383, Mary Riddle, 06-5383, Perry Rittner, 06-5383, Debbie Rittner, 06-5383, Sharon Samuel, 06-5383, Eldred Samuel, 06-5383, James Smith, Laura Iveson Smith, 06-5383, Paul Wagner, 06-5383, Charlie Ward, 06-5383, Caleia Ward, 06-5383, Youtong Wilcox, 06-5383, Wallace Barr, 06-5383, Consol Plaintiffs: J. J. (Jerry) McKernan, LEAD ATTORNEY, McKernan Law Firm, Baton Rouge, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

2007 U.S. Dist. LEXIS 82887, *42

For Abraham Yacob, 06-5937, Abrehet Yacob, 06-5937, Pearl Hollins Hurst, 06-5937, Lloyd James Robinson, Jr., 06-5937, Monica D. Every, 06-5937, Yolanda Stubbs, 06-5937, Kennanded Danta Henry, 06-5937; on behalf of themselves and all others similarly situated, Consol Plaintiffs: Pius Akamdi Obioha, LEAD ATTORNEY, Law Offices of Pius A. Obioha, Baton Rouge, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Nabil Hanna, 06-6481, Consol Plaintiff: Richard M. Exnicios, LEAD ATTORNEY, Frank Jacob D'Amico, Jr., Frank J. D'Amico, Jr., APLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Jennifer Luscy Deane, 06-6473, William D. Luscy, 06-6473, Jonathan M. Luscy, 06-6473, [*43] Susan Luscy Tobelman, 06-6473, William 3 Luscy, III, 06-6473, Consol Plaintiffs: William J. Luscy, III, LEAD ATTORNEY, William Luscy, III, Attorney at Law, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Jimmy Cochran, Sr., 06-5785, Cindy Cochran, 06-5785, Brenda Berthelot, 06-8810, Consol Plaintiffs: William J. Luscy, III, LEAD ATTORNEY, Stanga & Mustian, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Tommy Rodrigue, 06-6639, Sandra Mancuso, 06-6639, Darlene Phipps, 06-6639, Darrelle Rodrigue, 06-6639, Alan Johnson, 06-7400, Wes Kramer, 06-7457, Tracy Kramer, 06-7457, Dean Kramer, 06-7457, Consol Plaintiffs: Patrick G. Kehoe, Jr., LEAD ATTORNEY, Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Judy M. Paul, 06-7682, Willie Mackie, Sr., 06-7682, Consol Plaintiffs: John J. Cummings, III, LEAD ATTORNEY, Cummings, Cummings & Dudenhefer, New Orleans, LA; William Christian Gambel, LEAD ATTORNEY, Milling Benson Woodward, LLP, New Orleans, LA; Arthur Anthony Morrell, Author A. Morrell, Attorney at Law, New Orleans, LA; Deborah M. Sulzer, Deborah M. Sulzer, Attorney at Law, New Orleans, LA; Joseph M. [*44] Bruno, Bruno & Bruno, New Orleans, LA; Richard Massie Martin, Jr., Richard M. Martin, Jr., Attorney at Law, New Orleans, LA; Richard Anthony Weigand, Weigand & Levenson, New Orleans, LA; Suzette Peychaud Bagneris, Bagneris & Larkins, New Orleans, LA.

For Shirley Chamberlain, 06-6479, Robert Chamberlain, 06-6479, Christine Steudlein, 06-7307, Henry J Steudlein, III, 06-7307, Michael W Hughes, (06-8885), Virginia H. Guillory, (06-9039), Benjamin J. Glaudi, 06-8452, John Blanque, 06-7557, Kathryn Larroque, 06-8451, Urban G. Larroque, Jr., 06-8451, Kim P. Thomas, 06-9096, Kenneth 0. Thomas, 06-9096, Albert F Vosbein, (06-7759), Jennifer McKnight, (06-7687), Scott McKnight, (06-7687), Consol Plaintiffs: Gary Michael Pendergast, LEAD ATTORNEY, Gary M. Pendergast, LLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Pontchartrain Baptist Church, 06-6642, Arthur C. Sargent, 06-6642, Lucy T. Sargent, 06-6642, Pamela Young Smallpage, 06-6642, Richard Maitland Smallpage, Jr., 06-6642, Mr. H. J. Bosworth, 06-6642, Mrs. H. J. Bosworth, 06-6642, Rothfos Corporation, 06-6642, InterAmerican Coffee, Inc., 06-6642, Noble Americas Corporation, 06-6642, Consol Plaintiffs: William [*45] E. O'Neil, LEAD ATTORNEY, O'Neil/Vance Group LLC, Metairie, LA; Don M. Richard, Don M. Richard, Attorney at Law, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Susan Molero Vance, The O'Neil Group, LLC, New Orleans, LA.

For Sandra M. Ludwig, 06-8935, Walter A. Ludwig, 06-8935, Susan Conlon, 06-9321; an Executrix of the State of Janet Rashkin, Consol Plaintiffs: Louis L. Gertler, LEAD ATTORNEY, Robert W. Knights, Gertler, Gertler, Vincent & Plotkin, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Susan Russell, 06-5155, Consol Plaintiff: John W. deGravelles, Michael C. Palmintier, LEAD ATTORNEYS, deGravelles, Palmintier, Holthaus & Fruge', Baton Rouge, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Angelle Chaisson, 06-5155, Henry J Chaisson, III, 06-5155, Joseph Moniz, 06-5155, Marie Moniz, 06-5155, Jennifer Atkinson, 06-5155, Steve Atkinson, 06-5155, Kathleen Dodd, 06-5155, Christopher Vitrano, 06-5155, Cassie Vitrano, 06-5155, John Vitrano, 06-5155, Charlene Vitrano, 06-5155, Shari Weiskopf, 06-5155, Todd Weiskopf, 06-5155, Theresea Daigle, 06-5155, Rodney Daigle, 06-5155, Beryl Hill, 06-5155, Wayne Hill, 06-5155; on behalf of themselves [*46] and all others similarly situated, Consol Plaintiffs: Michael C. Palmintier, LEAD ATTORNEY, deGravelles, Palmintier,

Holthaus & Fruge', Baton Rouge, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Daniel Wilkinson, 06-9097, Consol Plaintiff: Frances Mae Olivier, LEAD ATTORNEY, Law Office of Frances M. Olivier, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Chester Vidacovich, 06-4719, Murleen Vidacovich, 06-4719, Shirley Frught, 06-7577, Consol Plaintiffs: Remy Voisin Starns, LEAD ATTORNEY, Remy V. Starns, Attorney at Law, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Thao N. Nguyen, Myloc T. Nguyen, 06-4818, Danny Rebecca, Inc., 06-4808, Myloc Nguyen, 06-4808, Karen Starr Mathews, 06-4915, John Mathews, Jr., 06-4915, Sandra Vinet, 06-4917, Pelican Graphics, LLC, 06-4927, Consol Plaintiffs: Scott G. Wolfe, Jr., LEAD ATTORNEY, The Wolfe Law Offices, LLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Mollie Solomon, 06-2143, Avram C. Herman, 06-2143, Consol Plaintiffs: Meyer H. Gertler, LEAD ATTORNEY, Robert W. Knights, Gertler, Gertler, Vincent & Plotkin, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New [*47] Orleans, LA.

For Colleen Mooney, 06-8602, Consol Plaintiff: B. Gerald Weeks, LEAD ATTORNEY, Weeks, Kavanagh & Rendeiro, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Stuart A. Mintz, 06-7483, Consol Plaintiff: Daniel Lichtl, LEAD ATTORNEY, Jon Wesley Wise, Fowler, Rodriguez, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Ruben Cohen, 06-5042, Alicia Ayo, 06-5042, Harold Wilhelmus, 06-5042, Diane Rohr, 06-5042, Charles Rohr, 06-5042, Rosemary Testa, 06-5042, Michael Burris, 06-5042; Individually and on behalf of all others similarly situated, Geraldine Bankston, 06-7351, Consol Plaintiffs: Keith Michael Couture, LEAD ATTORNEY, Peter James Dilorio, Samuel Beardsley, Jr., Keith Couture Law Firm, Mandeville, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Bruce Balfour, 06-3992, Nancy Balfour, 06-3992, Consol Plaintiffs: Mickey P. Landry, LEAD

ATTORNEY, David Ryan Cannella, Frank J. Swarr, Landry & Swarr, LLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Melanie Palmer, 06-7540, Consol Plaintiff: David Edmund Kavanagh, LEAD ATTORNEY, Weeks, Kavanagh & Rendeiro, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, [*48] New Orleans, LA.

For Yolanda Hubert, 06-8219; Individually and on behalf of the Estate of Zerelda Delatte, deceased, Fred Bracklein, (06-7633), Yolanda Hubert, (06-7633), Consol Plaintiffs: Chad M. Trammell, LEAD ATTORNEY, Nix, Patterson & Roach, LLP, Shreveport, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Louis B. Paddock, Nix Law Firm, Daingerfield, TX.

For Jeffery M. Kenney, 06-7355, Rachel K. Aylor, 06-7355; Individually and on behalf of Gladys A. LeBlanc, Consol Plaintiffs: Dominick F. Impastato, III, LEAD ATTORNEY, Lloyd N. Frischhertz, Marc L. Frischhertz, Frischhertz & Associates, New Orleans, LA; Joseph P. Lopinto, III, LEAD ATTORNEY, Lopinto Law Firm, L.L.C., Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Rene S. Bowers, Sr., 06-4777, Jamie Madere, 06-4816, Eugene Madere, 06-4816, Consol Plaintiffs: James F. Gasquet, III, LEAD ATTORNEY, Law Office of James F. Gasquet, III, LLC, Belle Chasse, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Dorothy Reese, 06-4873, Consol Plaintiff: Martha Y. Curtis, LEAD ATTORNEY, James M. Garner, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA; Christopher Chocheles, Sher Garner Cahill [*49] Richter Klein McAlister & Hilbert, LLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Joan S. Berenson, 06-4956, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Debra J. Fischman, Leopold Z. Sher, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Louisiana Environmental Action Network, 06-9147, Consol Plaintiff: Adam Babich, LEAD ATTORNEY, Tulane Environmental Law Clinic, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Christie Bertoniere, 06-5297, Consol Plaintiff: Kevin Discon Shearman, LEAD ATTORNEY, Shearman & Shearman, LLC, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Keith Scott, 06-5886, Consol Plaintiff: Joseph Edward Cain, LEAD ATTORNEY, Herman, Herman, Katz & Cotlar, LLP, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Shavers-Whittle Construction, Inc., 06-6968, Consol Plaintiff: William Jerrol Crain, LEAD ATTORNEY, Jones, Fussell, LLP, Covington, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Yvonne A. Blount, 06-7228, Yvonne Blount-Davis, 06-7228, Laundry Basket, Inc, 06-7450, Consol Plaintiffs: Gino [*50] John Rendeiro, LEAD ATTORNEY, B. Gerald Weeks, David Edmund Kavanagh, Weeks, Kavanagh & Rendeiro, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Mary A. Bell, 06-9037, Consol Plaintiff: Brian David Katz, LEAD ATTORNEY, Herman, Herman, Katz & Cotlar, LLP, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Christopher M dePascual, 06-8982, Louis R DePascual, 06-8982, Marina E. DePascual Duskin, 06-8982, Paula A DePascual Newman, 06-8982, Carlos P DePascual, 06-8982, Manuel R DePascual, Jr, 06-8982, Consol Plaintiffs: James Bradley Guest, LEAD ATTORNEY, James B. Guest, Attorney at Law, Kenner, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Charles G Thomason, 06-9192, Carolyn Anderson, 06-9192, Consol Plaintiffs: Kathryn W. Landry, LEAD ATTORNEY, Caprice B. Ieyoub, Ieyoub & Landry, LLC, Baton Rouge, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Richard P. Ieyoub, Louisiana Department of Justice, Litigation Division, New Orleans, LA.

For Nancy Alfonso, 06-9641; Individually and on behalf of Janet Marie Parker, Laurie Melerine Bohnenstiehl Verges, 06-8731; Individually and on behalf of her mother, Lucille Melerine, Nathan James [*51] Melerine, 06-8731; Individually and on behalf of his mother, Lucille Melerine, Darlene Thedy, 06-8106; Individually

and on behalf of AdeleJoycelyn Baldini Cousins, Joy Lewis, 06-8107; Individually and on behalf of Laureta Morales, Norman Morales, 06-5962; Individually and on behalf of Laureta Morales, Consol Plaintiffs: Gregory James Noto, LEAD ATTORNEY, Noto Law Firm, Chalmette, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Scott G. Wolfe, Jr., The Wolfe Law Offices, LLC, New Orleans, LA.

For Jack R. Anguzza, 06-9038, Bruce A. Anguzza, 06-9038, Jane D Dorand, 06-9191, Peggy Denley, 06-9191, Ronney J Denley, 06-9191, Jammie A Denley, (06-9191), John M Darsam, Jr, (06-9569), Lawrence J Darsam, (06-9569), Fred J Darsam, (06-9569), James M. Vidrios, (06-10790), Consol Plaintiffs: Daniel L. Dysart, LEAD ATTORNEY, Paul A. Tabary, III, Dysart & Tabary, LLP, Chalmette, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Albert Montalbano, 06-8963; son of Helen Fitzpatrick Montalbano, Jospeh Montalbano, Jr., 06-8963; son of Helen Fitzpatrick Montalbano, Linda Montalbano, 06-8963; daughter of Helen Fitzpatrick Montalbano, Consol Plaintiffs: William E. Rittenberg, LEAD ATTORNEY, [*52] Charles M. Samuel, III, Rittenberg & Samuel, LLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For John Fontenot, 06-6872, Kim Fontenot, 06-6872, Consol Plaintiffs: John L. Fontenot, Jr., LEAD ATTORNEY, Adams and Reese LLP, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Morris Kirschman & Co., L.L.C., 06-5183, K&L Properties, Inc., 06-5183, MK New Ventures, L.L.C., 06-5183, Houma Ark, L.L.C., 06-5183, Kirschman Enterprises, LLC, 06-5183, Frances Ivker, 06-8942, Barry Ivker, 06-8942, Consol Plaintiffs: Brian David Katz, LEAD ATTORNEY, Joseph Edward Cain, Soren Erik Gisleson, Herman, Herman, Katz & Cotlar, LLP, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Winston Aaron, Sr, 06-4746, Donna Aaron, 06-4746, Consol Plaintiffs: Jim S. Hall, LEAD ATTORNEY, Joseph W. Rausch, Jim S. Hall & Associates, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Sebastien Gonzales, 06-8972; Individually and on behalf of his mother, Beulah Hutchinson Gonzales,

2007 U.S. Dist. LEXIS 82887, *52

Consol Plaintiff: Danny J. Lirette, LEAD ATTORNEY, Dexter A. Gary, Philip Allen Spence, Lirette, Gary & Spence, LLC, Houma, LA.

For Sebastien Gonzales, 06-8972; [*53] Individually and on behalf of his mother, Beulah Hutchinson Gonzales, Consol Plaintiff: Danny J. Lirette, LEAD ATTORNEY, Dexter A. Gary, Philip Allen Spence, Lirette, Gary & Spence, LLC, Houma, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Carol Herzog, 06-8992; Individually and on behalf of their deceased mother, Janet Parker, Mary Corcoran, 06-8992; Individually and on behalf of their deceased mother, Janet Parker, Consol Plaintiffs: Richard Alvin Tonry, II, LEAD ATTORNEY, Raymond Joseph Brinson, Tonry, Brinson & Glorioso, LLC, Slidell, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Margaret Lott, 06-9236; Individually and as Surviving Spouse of Shirley Lott, Consol Plaintiff: Jon Wesley Wise, LEAD ATTORNEY, Daniel Lichtl, John L. Robert, III, Fowler Rodriguez, New Orleans, LA.

For Emile R Poissenot, 06-7858; individually and on behalf of his deceased father, Emile Hippolite Poissenot, Patricia Poissenot Agnelly, 06-7858; individually and on behalf of her deceased father, Emile Hippolite Poissenot, Consol Plaintiffs: Paula Marcello Wellons, LEAD ATTORNEY, Paul J. Politz, Taylor, Wellons & Politz & Duhe, APLC, New Orleans, LA; Faye Dysart Morrison, Taylor, [*54] Wellons, Politz & Duhe, APLC, Baton Rouge, LA; John W. deGravelles, deGravelles, Palmintier, Holthaus & Fruge', Baton Rouge, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Dennis J. Muller, 06-9108, Muller Eye Cener L.L.C., 06-9108, Consol Plaintiffs: Robert Angelle, LEAD ATTORNEY, Robert Angelle, Attorney at Law, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Linda Frischhertz, 06-8821; individually and on behalf of their mother Maxine Frischhertz, Nancy Frischhertz, 06-8821; individually and on behalf of their mother Maxine Frischhertz, Dan Wagner, 06-8761; Individually and on behalf of his mother, Mary Alma Wagner, Carlos Alonzo, (06-8759), Consol Plaintiffs: Marc L. Frischhertz, LEAD ATTORNEY, Dominick F. Impastato, III, Lloyd N. Frischhertz, Frischhertz & Associates, New Orleans, LA; Joseph M. Bruno, Bruno

& Bruno, New Orleans, LA.

For Larry D Knight, 06-7771, Ivory Butler Knight, 06-7771, Consol Plaintiff: Connie P. Trieu, LEAD ATTORNEY, Connie P. Trieu, Attorney at Law, Gretna, LA; David L. Colvin, David L. Colvin & Associates, Gretna, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Raymond Cousins, 06-9193, Bernard Reyes, 06-9193, Consol [*55] Plaintiffs: Christopher James Bruno, LEAD ATTORNEY, Bruno & Bruno, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Lundy Enterprises, L.L.C., (06-3509), Consol Plaintiff: Peter Brooks Sloss, LEAD ATTORNEY, Gary Joseph Gambel, Robert Hugh Murphy, Murphy, Rogers, Sloss & Gambel, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For M-Lund Enterprises, L.L.C., (06-3509), Consol Plaintiff: Peter Brooks Sloss, LEAD ATTORNEY, Gary Joseph Gambel, Robert Hugh Murphy, Murphy, Rogers, Sloss & Gambel, New Orleans, LA; Robert Angelle, LEAD ATTORNEY, Robert Angelle, Attorney at Law, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Mandie Battaglia, (06-4529), Daryl A. Battaglia, Jr., Betty Rogers, (06-4688), Daryl A. Battaglia, Sr., (06-4532), Bonnie Battaglia, (06-4532), Sonic Records, Inc., 06-7309, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Lauren L. Hudson, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Stephen Gallodoro, (06-9206), Joseph L Gallodoro, Sr, (06-9206), Cheryl Ann Gallodoro Emmons, (06-9206), Consol Plaintiffs: Jon Wesley Wise, LEAD ATTORNEY, [*56] John L. Robert, III, Fowler Rodriguez, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Lucille Franz, (06-10426) Individually and on Behalf of their Sibling, Rosemary Davis, Eugenez Ruiz, (06-10426) Individually and on Behalf of their Sibling, Rosemary Davis, Consol Plaintiffs: Stephen Robert Rue, LEAD ATTORNEY, Stephen R. Rue & Associates, Kenner, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Anne Z. Kiefer, (06-5370), Sophie Dumoulins, (06-5370), Viola Johnson, (06-5370), Simone Johnson, (06-5370), Rene Hollins, (06-5370), Tony Lyles, (06-5370), Lynette Gordon, (06-5370), Nicole Washington, (06-5370), Jimmy Myles, (06-5370), Sylvia Myles, (06-5370), Bryant Anthony, (06-5370), Shirley Esprit, (06-5370), John Fontenot, Jr., (06-5370), Jacquelyn K. Brown, (06-5370), Breeda M. Thompson, (06-5370), Shontra Varnado, (06-5370), Dana M. Williams, (06-5370), Marguerite Williams, (06-5370), Frank Anselmo, (06-5370), Yvette M. Poole Wallace, (06-5370), Gail Melton, (06-5370), Patrick Davis, (06-5370), Amy Davis, (06-5370), John Boyd, Jr., (06-5370), Kevin N. Brown, (06-5370), Russell A. Civello, (06-5370), Georgia Coleman, (06-5370), Anthony Dorsey, (06-5370), [*57] Lori Dorsey, (06-5370), Gary Eldredge, 06-5370, Wendy Eldredge, (06-5370), Margaret Gaskin, (06-5370), Mary Beth Gillaspie, (06-5370), Melody Lee, (06-5370), Melody D. Lee, (06-5370), Carol A. McGee, (06-5370), Georgianna Mitchell, (06-5370), Hope Harden, (06-5370), Gertrude Pierre, (06-5370), Tobias Stewart, (06-5370), Oceal Stewart, (06-5370), Jocelyn Jagers, (06-5370), William P. Honeycutt, Sr., (06-5370), Peggy Dugas, (06-5370), Michael Dugas, (06-5370), Oliver Lee, (06-5370), Consol Plaintiffs: Calvin Clifford Fayard, Jr., LEAD ATTORNEY, David Blayne Honeycutt, Wanda Jean Edwards, Fayard & Honeycutt, Denham Springs, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Peyton Patrick Murphy, Murphy Law Firm, Baton Rouge, LA.

For Christopher Burns, (06-7806), Alice Meloncon, (06-7962), Consol Plaintiffs: Kenny Maurice Charbonnet, LEAD ATTORNEY, Charbonnet Law Firm LLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For O William Reeder, Jr, (06-7857), Consol Plaintiff: Steven K. Faulkner, Jr., LEAD ATTORNEY, Steven K. Faulkner, Jr., Attorney at Law, Harahan, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Randall Gorman, (06-8500), Janice Gorman, (06-8500), [*58] Consol Plaintiffs: Hunter William Lundy, LEAD ATTORNEY, Clayton Arthur Larsh Davis, Lundy & Davis, Lake Charles, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Patricia Dicorte, (06-8270), Consol Plaintiff: Edward F. Downing, III, LEAD ATTORNEY, Gauthier, Downing, LaBarre, Dean & Sulzer, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; James McClendon Williams, John William Houghtaling, II, Kenneth Walter Andrieu, Stephen M. Huber, Gauthier, Houghtaling & Williams, Metairie, LA.

For Kerr S Howell, (06-8845), Consol Plaintiff: Alan G. Bouterie, LEAD ATTORNEY, Alan G. Bouterie, Attorney at Law, Slidell, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For William H Slaughter, IV, (06-4707), Nicole C Slaughter, (06-4707), Patrick S. Mooney, (06-4703), Rebecca Mooney, (06-4703), Lillian Kirsch, (06-4704), Consol Plaintiffs: Rainer Lorenz, LEAD ATTORNEY Rainer Lorenz, Attorney at Law, Covington, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Frank Alfonso, (06-8801), Ann Cerise, (06-8801), Victor Cerise, (06-8801), Charles Eddy, (06-8801), Vivian Eddy, (06-8801), Marie Gremillion, (06-8801), Michael Gremillion, (06-8801), Nancy Hyver, (06-8801), Robert [*59] Hyver, (06-8801), Sandra Killen, (06-8801), Myrtle Munna, (06-8801), Louise Rinaldo, (06-8801), Consol Plaintiffs: Patrick G. Kehoe, Jr., LEAD ATTORNEY, Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Bruce L. Feingerts, Feingerts & Kelly, PLC, New Orleans, LA; John Van Robichaux, Jr., Robichaux Law FirmRobichaux Law Firm, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Paul Hesse, Law Offices of Ronnie G. Penton, Slidell, LA; Randy Jay Ungar, Ungar & Byrne, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; Waldon Michael Hingle, Michael Hingle & Associates, Inc., Slidell, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Farrell 3 Chatelain, Jr., (06-8789), Consol Plaintiff: George R. Wentz, Jr., LEAD ATTORNEY, John C. Enochs, Burke & Mayer, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Iteld, Bernstein & Associates, L.L.C., (06-3418), Consol Plaintiff: Lanny R. Zatzkis, LEAD ATTORNEY, Karen Delcambre McCarthy, Zatzkis, [*60] McCarthy & Associates, LLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

2007 U.S. Dist. LEXIS 82887, *60

For Frank Gambino, (06-8636), Lucrezia Gambino, (06-8636), Consol Plaintiffs: Derek D. Gambino, LEAD ATTORNEY, Birdsall Law Firm, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Betty Mullins, (06-7802), Consol Plaintiff: David O'Shee Walker, LEAD ATTORNEY, Neblett, Beard & Arsenault, Alexandria, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Rose Lea L. Lepine, (06-8881) Individually and on behalf of her mother, Helen Perret, Consol Plaintiff: Chadwick William Collings, LEAD ATTORNEY, Tommy Wood Thornhill, Thornhill & Collings, LC, Slidell, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Carol M Beatmann, (06-8947) individually and on behalf of their mother, Shirley V. Mares, Cheryl M. Stempel, (06-8947) individually and on behalf of their mother, Shirley V. Mares, David J. Mares, (06-8947) individually and on behalf of their mother, Shirley V. Mares, Susan M. Carrigee, (06-8947) individually and on behalf of their mother, Shirley V. Mares, Consol Plaintiffs: Michael Clifford Code, LEAD ATTORNEY, Jerry Anthony Beatmann, Jr., Uddo, Beatmann & Code, [*61] Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For June L Aliff, (06-9642) individually and on behalf of their mother, Laura Mae Lae, Donald W Lae, (06-9642) individually and on behalf of their mother, Laura Mae Lae, Louis Lae, Jr, (06-9642) individually and on behalf of their mother, Laura Mae Lae, Debra Marshall, (06-9642) individually and on behalf of their mother, Laura Mae Lae, Consol Plaintiffs: Frank E. Lamothe, III, LEAD ATTORNEY, Lamothe Law Firm, LLC, Covington, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Gerard Patterson, (06-6655), Michelle Monroe Patterson, (06-6655), Consol Plaintiffs: A. Scott Tillery, LEAD ATTORNEY, Tillery & Tillery, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Andrew A Lemmon, (06-5023), Consol Plaintiff: Irma L. Netting, LEAD ATTORNEY, Lemmon Law Firm, Hahnville, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Darren Weese, (06-10499), Consol Plaintiff: Bruce

Betzer, LEAD ATTORNEY, Law Office of Bruce C. Betzer, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For David Gorbaty, 06-5109, Sandra Gorbaty, 06-5109, Amanda Gorbaty, 06-5104, Matthew Gorbaty, 06-5104, Consol Plaintiffs: [*62] James M. Garner, LEAD ATTORNEY, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA; Christopher Chocheles, Sher Garner Cahill Richter Klein McAlister & Hilbert, LLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Misty Maraldo, 06-5851, David Maraldo, 06-5851, Consol Plaintiffs: David J. Maraldo, LEAD ATTORNEY, David J. Maraldo, Attorney at Law, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Stephen E. Campbell, 06-8934, Jennie Campbell, 06-8934, Consol Plaintiffs: John William Houghtaling, II, LEAD ATTORNEY, James McClendon Williams, Stephen M. Huber, Gauthier, Houghtaling & Williams, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For United Restaurant Entities, L.L.C., 06-4825, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Robert Scott Hogan, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Keith A. Doley, A Professional Corporation, 06-5080, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Ellen M. Pivach, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, [*63] LA.

For Beverly H. Flake, 06-8244, Consol Plaintiff: Seth H. Schaumburg, LEAD ATTORNEY, Favret, Demarest, Russo & Lutkewitte, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Lakewood Patio Homes Association, Inc, 06-9839, Consol Plaintiff: Regina Carol Scotto Wedig, LEAD ATTORNEY, Regina S. Wedig, Attorney at Law, Amite, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Pamela Speed, 06-11208, et al, Consol Plaintiff: Stuart Housel Smith, LEAD ATTORNEY, Michael G.

Stag, Smith Stag, LLC, New Orleans, LA; Anthony D. Irpino, Irpino Law Firm, New Orleans, LA; Conrad S. P. Williams, III, St. Martin & Williams, Houma, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Val Patrick Exnicios, Liska, Exnicios & Nungesser, New Orleans, LA.

For Valerie Zimmerman, 06-3932, Sterling C Zimmerman, 06-3932, Consol Plaintiffs: Elsie B. Halford, LEAD ATTORNEY, Elsie B. Halford, Attorney at Law, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Kenneth Robicheaux, 06-7173, Kim Robicheaux, 06-7173, Consol Plaintiffs: J. Douglas Sunseri, LEAD ATTORNEY, Dawn Danna Marullo, Svetlana V. Crouch, Nicaud, Sunseri & Fradella, LLC, Metairie, LA; Joseph M. Bruno, [*64] Bruno & Bruno, New Orleans, LA.

For Juanita B. Smith, 06-4945; Individually and as the Sole Legatee of Mark C. Smith, III, Consol Plaintiff: Albert J. Derbes, III, LEAD ATTORNEY, Eric Joseph Derbes, Frederick L. Bunol, Derbes Law Firm, LLC, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Sandra Lopez, 07-269; Individually and on behalf of her mother Janet Marie Parker, Deceased, Consol Plaintiff: Damon Alexander Kirin, LEAD ATTORNEY, Robert John Diliberto, Diliberto & Kirin, LLC, Metairie, LA; Crawford Allen Rose, III, Crawford A. Rose, III, Attorney at Law, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Virgil Sorina, 06-9885, Brenda Sorina, 06-9885, Consol Plaintiffs: Harold V. Dutton, Jr., LEAD ATTORNEY, Law Office of Harold V. Dutton, Jr., Houston, TX.

For Eva Maynard, 06-11385; individually and on behalf of a class similarly situated, Consol Plaintiff: Meyer H. Gertler, LEAD ATTORNEY, Louis L. Gertler, Louis L. Plotkin, Gertler, Gertler, Vincent & Plotkin, New Orleans, LA; Brian David Katz, Joseph Edward Cain, Russ M. Herman, Soren Erik Gisleson, Stephen J. Herman, Herman, Herman, Katz & Cotlar, LLP, New Orleans, LA.

For Fagey Lupin Fischman, [*65] 06-4952, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Debra J. Fischman, Sher Garner Cahill Richter Klein & Hilbert,

LLC, New Orleans, LA.

For Angele J Guient, 07-621; et al, Consol Plaintiff: Daniel E. Becnel, Jr., LEAD ATTORNEY, Law Offices of Daniel E. Becnel, Jr., Reserve, LA; Camilo Kossy Salas, III, Salas & Co. L.C., New Orleans, LA; Darleen Marie Jacobs, Jacobs & Sarrat, New Orleans, LA; Eric R. Nowak, Shirin E. Harrell, Harrell & Nowak, LLC, New Orleans, LA; Hugh Palmer Lambert, Lambert & Nelson, New Orleans, LA; Jerrold S. Parker, Parker & Waichman, LLP, Great Neck, NY; Matthew B. Moreland, Law Offices of Daniel E. Becnel, Jr., Reserve, LA; Ronnie Glynn Penton, Law Offices of Ronnie G. Penton, Slidell, LA.

For Montagnet Properties # 1, LLC, 06-5115, Montagnet Properties # 7, LLC, 06-5115, 2235 Poydras LLC, 06-5115, Montagnet Properties # 5, LLC, 06-5115, Consol Plaintiffs: Katherine L. Winters, LEAD ATTORNEY, Jones, Walker, Waechter, Poitevent, Carrere & Denegre, New Orleans, LA; O. Stephen Montagnet, III, McCraney & Montagnet, PLLC, Jackson, MS.

For Freda D. Mattox, 07-657; Individually and on behalf of their deceased mother, Anna Grace Schielder, Judith E. Latapie, [*66] 07-657; Individually and on behalf of their deceased mother, Anna Grace Schielder, Louis C. Mahoney, Jr., 07-657; Individually and on behalf of their deceased mother, Anna Grace Schielder, Consol Plaintiffs: J. E. Cullens, Jr., LEAD ATTORNEY, Moore, Walters, Thompson, Thomas, Papillion & Cullens, Baton Rouge, LA.

For Imperial Trading Company, Inc., 06-4262; et al, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Robert Scott Hogan, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Neal 3 Kling, 06-5474, Suzanne G Kling, 06-5474, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Martha Y. Curtis, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA; Neal J. Kling, Sher Garner Cahill Richter Klein McAlister & Hilbert, LLC, New Orleans, LA.

For Judith Burrus, 06-9008, Consol Plaintiff: Earl F. Sundmaker, III, LEAD ATTORNEY, Chaffe McCall, LLP, New Orleans, LA.

For Audrey Williams, 06-10714, Reverend Andrew

2007 U.S. Dist. LEXIS 82887, *66

Williams, 06-10714, Consol Plaintiffs: John W. Redmann, LEAD ATTORNEY, Margaret Elizabeth Madere, Law Office of John W. Redmann, PLC, New Orleans, LA.

For Laura Greer, 07-647; Individually, and on behalf of all others similarly situated, [*67] Consol Plaintiff: Joseph M. Bruno, LEAD ATTORNEY, David Scott Scalia, Bruno & Bruno, New Orleans, LA; Albert Joseph Rebennack, Jr., Law Offices of Albert J. Rebennack, Metairie, LA; Ashton Robert O'Dwyer, Jr., Ashton R. O'Dwyer, Jr., Attorney at Law, New Orleans, LA; Calvin Clifford Fayard, Jr., Fayard & Honeycutt, Denham Springs, LA; Daniel E. Becnel, Jr., Law Offices of Daniel E. Becnel, Jr., Reserve, LA; Darleen Marie Jacobs, Jacobs & Sarrat, New Orleans, LA; Dennis Reich, Reich & Binstock, Houston, TX; F. Gerald Maples, Stephen Michael Wiles, F. Gerald Maples, P.A., New Orleans, LA; Gerald Edward Meunier, Gainsburgh, Benjamin, David, Meunier & Warshauer, New Orleans, La; Hugh Palmer Lambert, Lambert & Nelson, New Orleans, LA; Jerrold S. Parker, Parker & Waichman, LLP, Great Neck, NY; Jim S. Hall, Jim S. Hall & Associates, Metairie, LA; John Patrick Connick, Law Office of J. Patrick Connick, Metairie, LA; John Robert Warren, II, Plaintiffs' Legal Committee, New Orleans, LA; John W. deGravelles, deGravelles, Palmintier, Holthaus & Fruge', Baton Rouge, LA; Keith Michael Couture, Keith Couture Law Firm, Mandeville, LA; Peyton Patrick Murphy, Murphy Law Firm, Baton Rouge, LA; [*68] Richard Massie Martin, Jr., Richard M. Martin, Jr., Attorney at Law, New Orleans, LA; Robert John Caluda, The Caluda & Rebennack Law Firm, Metairie, LA; Walter C. Dumas, Dumas & Associates Law Corporation, Baton Rouge, LA.

For Gary Greer, 07-647; Individually, and on behalf of all others similarly situated, Gary Bird, 07-647; Individually, and on behalf of all others similarly situated, Cynthia Bird, 07-647; Individually, and on behalf of all others similarly situated, Thurman Kaiser, 07-647; Individually, and on behalf of all others similarly situated, Patricia Monteleone, 07-647; Individually, and on behalf of all others similarly situated, Consol Plaintiffs: Joseph M. Bruno, LEAD ATTORNEY, David Scott Scalia, Bruno & Bruno, New Orleans, LA; Albert Joseph Rebennack, Jr., Law Offices of Albert 3. Rebennack, Metairie, LA; Ashton Robert O'Dwyer, Jr., Ashton R. O'Dwyer, Jr., Attorney at Law, New Orleans, LA; Calvin Clifford Fayard, Jr., Fayard & Honeycutt, Denham Springs, LA;

Daniel E. Becnel, Jr., Law Offices of Daniel E. Becnel, Jr., Reserve, LA; Darleen Marie Jacobs, Jacobs & Sarrat, New Orleans, LA; Dennis Reich, Reich & Binstock, Houston, TX; F. Gerald Maples, Stephen Michael [*69] Wiles, F. Gerald Maples, P.A., New Orleans, LA; Gerald Edward Meunier, Gainsburgh, Benjamin, David, Meunier & Warshauer, New Orleans, La; Hugh Palmer Lambert, Lambert & Nelson, New Orleans, LA; Jerrold S. Parker, Parker & Waichman, LLP, Great Neck, NY; Jim S. Hall, Jim S. Hall & Associates, Metairie, LA; John Patrick Connick, Law Office of 3. Patrick Connick, Metairie, LA; John W. deGravelles, deGravelles, Palmintier, Holthaus & Fruge', Baton Rouge, LA; Keith Michael Couture, Keith Couture Law Firm, Mandeville, LA; Peyton Patrick Murphy, Murphy Law Firm, Baton Rouge, LA; Richard Massie Martin, Jr., Richard M. Martin, Jr., Attorney at Law, New Orleans, LA; Robert John Caluda, The Caluda & Rebennack Law Firm, Metairie, LA; Walter C. Dumas, Dumas & Associates Law Corporation, Baton Rouge, LA.

For Maureen O'Dwyer, 07-206, Consol Plaintiff: Ashton Robert O'Dwyer, Jr., LEAD ATTORNEY, Ashton R. O'Dwyer, Jr., Attorney at Law, New Orleans, LA.

For Judy M. Paul, 07-993, Willie Mackie, Sr., 07-993, Consol Plaintiffs: John J. Cummings, III, LEAD ATTORNEY, Cummings, Cummings & Dudenhefer, New Orleans, LA; Arthur Anthony Morrell, Author A. Morrell, Attorney at Law, New Orleans, LA; Deborah M. [*70] Sulzer, Deborah M. Sulzer, Attorney at Law, New Orleans, LA; Richard Massie Martin, Jr., Richard M. Martin, Jr., Attorney at Law, New Orleans, LA; Richard Anthony Weigand, Weigand & Levenson, New Orleans, LA; Suzette Peychaud Bagneris, Bagneris & Larkins, New Orleans, LA.

For Ferrara, Inc., 06-7575, Consol Plaintiff: Brian Alan Ferrara, LEAD ATTORNEY, Sewerage & Water Board Legal Department, New Orleans, LA; James A. Watkins, Thomas Carey Wicker, III, Capitelli & Wicker, New Orleans, LA.

For Michelle Hennessey, Alice Meyer, Laurie Coniglio, Leo Mitchell, Lenniece Morrell, Charles Moses, Laura Greer, Gary Greer, Gertrude Esteves, Stella Washington, John B. Williams, Emanuel Wilson, Lucinda Coco, Leslie Dorantes, Anita Harrison, Trenise Jackson, Dwayne Mallet, Donna Augustine, Gladys La Beaud, Daisy Innis, Betty Jones, Denise Meade, Joella Cephas, Beatrice Drew, Eddie Knighten, Calvin Levy, Nicola

McCathen, Consol Plaintiffs: Gerald Edward Meunier, LEAD ATTORNEY, Gainsburgh, Benjamin, David, Meunier & Warshauer, New Orleans, La.

For Andrew S Palumbo, 06-9990, Terry G. Thomas, 06-7909, Samuel Palumbo, Jr., 06-7922, Gwendolyn Little, 06-9077, Charles E Little, Jr., 06-9077, Licia Duffy, [*71] 06-8674, Terrence Duffy, Sr., 06-8674, Carla F. Nevil, 06-7437, Larry D Nevil, 06-7437, Elaine Gomez, 06-8274, Paul Gomez, 06-8274, Consol Plaintiffs: Gary Michael Pendergast, LEAD ATTORNEY, Gary M. Pendergast, LLC, New Orleans, LA.

For Glynn Wade, 07-1285, Consol Plaintiff: N. Frank Elliot, III, LEAD ATTORNEY, Ranier, Gayle & Elliot, LLC, Lake Charles, LA; Jonathan Beauregard Andry, The Andry Law Firm, New Orleans, LA.

For Dianne Lindsey, 07-1285, Ronnie Lindsey, 07-1285; Individually and on behalf of all others similarly situated, Consol Plaintiffs: N. Frank Elliot, III, LEAD ATTORNEY, Ranier, Gayle & Elliot, LLC, Lake Charles, LA.

For Donna Augustine, 07-1286, Labeaud Gladys, 07-1286, Daisy Innis, 07-1286, Betty Jones, 07-1286, Denise Meade, 07-1286, Lenniece Morrell, 07-1286; On Behalf of Themselves and All Others Similarly Situated, Consol Plaintiffs: Joseph M. Bruno, LEAD ATTORNEY, David Scott Scalia, Bruno & Bruno, New Orleans, LA; Gerald Edward Meunier, Gainsburgh, Benjamin, David, Meunier & Warshauer, New Orleans, La.

For Robert Ciuffi, Jr., 07-1271, Lisa Rodrigue-Ciuffi, 07-1271, Yolanda McKenzie, 07-1271, Lois McKenzie, 07-1271, Consol Plaintiffs: Arthur W. Landry, LEAD [*72] ATTORNEY, Arthur W. Landry and Jeanne Andry Landry, Attorneys at Law, New Orleans, LA; Jerald N. Andry, Jr., Jerald N. Andry, Jr., Attorney at Law, New Orleans, LA; Jonathan Beauregard Andry, The Andry Law Firm, New Orleans, LA.

For Xavier University of Louisiana, 07-1304; On behalf of itself and all other similarly situated not for profit organizations, Imperial Trading Co., Inc., 07-1303, Imperial Trading Co., L.L.C., 07-1303, AMA Distributors Inc, 07-1303, Imperial Ventures Inc, 07-1303, Delta Video Services Inc 07-1303, Lucky Coin Machine Company, 07-1303, Rainbow Fire, Inc., 07-1303, National Gaming Company, L.L.C., 07-1303,

Don Juan Cigar Company LLC, 07-1303, ZLN Holdings, L.L.C., 07-1303, Southeast Ventures Inc, 07-1303; On behalf of itself and all other similarly situated commercial entities and organizations, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Kevin Michael McGlone, Peter L. Hilbert, Jr., Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For B. Gerald Weeks, 07-112, Consol Plaintiff: David Edmund Kavanagh, LEAD ATTORNEY, Weeks, Kavanagh & Rendeiro, New Orleans, LA.

For Robert Mejia, 06-2786, Janine G. Mejia, 06-2786, [*73] Consol Plaintiffs: Kenneth Charles Fonte, LEAD ATTORNEY, Kenneth C. Fonte, Attorney at Law, Metairie, LA.

For Stanley Jacobs, 06-8892, Peggy Jacobs, 06-8892, Consol Plaintiffs: Jodi Jacobs Aamodt, LEAD ATTORNEY, Stanley Joseph Jacobs, Jacobs, Manuel & Kain, New Orleans, LA.

For Auto Club Family Insurance Co., 06-2124, Consol Plaintiff: Wayne Robert Maldonado, LEAD ATTORNEY, Norman F. Hodgins, III, Ungarino & Eckert, LLC, Metairie, LA.

For Akram Jebreel, 06-5388 doing business as Tobacco Discount, Abdul R. Khan, 06-4571 doing business as Yaseen Shell Station, Abdul Rahman Khan, 06-5252, Consol Plaintiffs: Perry Michael Nicosia, LEAD ATTORNEY, Lance V. Licciardi, Randy Scott Nunez, Nicosia, Licciardi & Nunez, Chalmette, LA.

For Wylene Heron, 06-7327, Rosetta Irons, 06-2919, Eric Irons, 06-2919, Ella Foster, 06-2919, Howard Foster, Jr., 06-2919, Consol Plaintiffs: Elton Heron, LEAD ATTORNEY, Law Office of Elton Heron, Geismar, LA.

For Genevieve Williams, 06-2919, Consol Plaintiff: Drew A. Ranier, LEAD ATTORNEY, N. Frank Elliot, III, Ranier, Gayle & Elliot, LLC, Lake Charles, LA; Darin J. McMullen, John N. Ellison, Anderson Kill & Olick, PC, Philadelphia, PA; Calvin Clifford Fayard, Jr., [*74] David Blayne Honeycutt, Fayard & Honeycutt, Denham Springs, LA; David Scott Scalia, Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; J. J. (Jerry) McKernan, McKernan Law Firm, Baton Rouge, LA; Larry Dewayne Dyess, Larry D. Dyess, APLC, Baton Rouge, LA; Matthew D. Schultz, Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, PA, Pensacola,

2007 U.S. Dist. LEXIS 82887, *74

FL; Wanda Jean Edwards, Fayard & Honeycutt, Denham Springs, LA.

For Nettie F. Bridges, 06-4385, Auguster Cage, 06-7585, Cleo T. Cage, 06-7585, Gloria Calhoun, 06-6145, Sean Goodman, 06-3799, Silvia Goodman, 06-3799, Harold L. Chambliss, 06-7079, Alisa G Chambliss, 06-7079, Rawn Davis, 06-4811, Bonnie Davis, 06-4811, Consol Plaintiffs: J. Douglas Sunseri, LEAD ATTORNEY, Dawn Danna Marullo, Svetlana V. Crouch, Nicaud, Sunseri & Fradella, LLC, Metairie, LA.

For Nicholas Franco, 06-7660, Martha Franco, 06-7660, Consol Plaintiffs: George Febiger Riess, LEAD ATTORNEY, Law Offices of George F. Riess & Associates, LLC, New Orleans, LA.

For Jason Hammer, 06-9152; Individually and on behalf of all others similarly situated, Consol Plaintiff: Kevin Joseph Katner, LEAD ATTORNEY, Ferrouillet Law Firm, P.L.C., New Orleans, LA; Jack Samuel Tenenbaum, Bluhm [*75] Legal Clinic, Chicago, IL.

For M. Lynn Douville, 07-1113, John-Michael Lawrence, 07-1113, Bettie Mebane, 07-1113, Patamadai Thiagarajan, 07-1113, Karim-Abdur Rahman, 07-1113, Wendy Richardson, 07-1113, Adam Richardson, 07-1113, Consol Plaintiffs: John-Michael Lawrence, LEAD ATTORNEY, John-Michael Lawrence, LLC, New Orleans, LA.

For John Fitzmorris, 06-1768, Katherine Fitzmorris, 06-1768, Gary R. Vetter, 06-1769, Linda A. Vetter, 06-1769, Carol Ann Heintz, 06-3999, Alvin Lewis, 06-3996, Cronwell Lewis, 06-3996, Consol Plaintiffs: Mickey P. Landry, LEAD ATTORNEY, David Ryan Cannella, Frank J. Swarr, Landry & Swarr, LLC, New Orleans, LA.

For Frederick J. Gisevius, Jr., 06-5307; individually and on behalf of Carol Ann Waguespack, Jane M. Gisevius, 06-5307, Joan Gisevius Johnson, 06-5307, Consol Plaintiffs: Frederick J. Gisevius, Jr., LEAD ATTORNEY, Law Offices of Fred Gisevius, Metairie, LA.

For Mary Alice Roberts, 06-2315, Consol Plaintiff: Michael Dennis Riley, LEAD ATTORNEY, Michael D. Riley, Attorney at Law, New Orleans, LA.

For Chapman G. Holbrook, 06-4709, Lorene Holbrook, 06-4709, Consol Plaintiffs: Rainer Lorenz, LEAD

ATTORNEY, Rainer Lorenz, Attorney at Law, Covington, LA.

For [*76] A Patrick Dehon, Jr, 06-6761, Maureen E. Dehon, 06-6761, Consol Plaintiffs: A. Patrick Dehon, Jr., LEAD ATTORNEY, A. Patrick Dehon Jr., Attorney at Law, New Orleans, LA.

For Norman C. Francis, 06-6163, Blanche Francis, 06-6163, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Jan C Benjamin, 06-8849, Consol Plaintiff: Jack C. Benjamin, Jr., LEAD ATTORNEY, Preis & Roy, New Orleans, LA.

For Jean Garrett Michel, 07-245, Consol Plaintiff: Wayne E. Garrett, LEAD ATTORNEY, Wayne E. Garrett, Attorney at Law, New Orleans, LA; James Browne Larose, III, James Browne Larose, III, Attorney at Law, New Orleans, LA.

For Chris Carney, 07-1349; et al, Consol Plaintiff: James E. Ross, Jr., LEAD ATTORNEY, Ross Law Firm, Monroe, LA; Margot Ann Tillman-Fleet, Margot Anjn Tillman-Fleet, Attorney at Law, Baton Rouge, LA; Mazie Toussaint Roberson, Mazie Toussaint Roberson, Attorney at Law, Baton Rouge, LA.

For Burdett Reneau, 06-7722 doing business as Hand Made Suits, Mavis Reneau, 06-7722 doing business as Hand Made Suits, Consol Plaintiffs: David Charles Clement, LEAD ATTORNEY, Clement & Gates, LLC, New Orleans, [*77] LA; Fortune A. Dugan, The Clement Law Firm, New Orleans, LA.

For Jennie C. Canella, 07-1015, Beverly Jackson, 07-1262, Carol A. Newman-Harrold, 07-1528, Consol Plaintiffs: J. Douglas Sunseri, LEAD ATTORNEY, Brian J. Branch, Dawn Danna Marullo, Svetlana V. Crouch, Nicaud, Sunseri & Fradella, LLC, Metairie, LA.

For Brazella Briscoe, 07-1564, Canary Briscoe, 07-1564, Johnell Wade, Jr., 07-1576, Tanya Wade, 07-1576, Harold Villere, 07-1567, Flora Villere, 07-1567, Latoya Williams, 07-1690, Brazella Briscoe, 07-1568, Canary Briscoe, 07-1568, Gerald Levin, 07-1606, Sylvia Harness, 07-1569, Anthony Banks, 07-1573, Belinda Weber Banks, 07-1573, Allen Singer, 07-1574, Charity W. Singer, 07-1574, Thomas Flenner, Jr., 07-1575, Sarah

2007 U.S. Dist. LEXIS 82887, *77

Kennerson, 07-1604, Cheryl Sciambra, 07-1597, Donald Marco, 07-1580, Gwendolyn Marco, 07-1580, William Snyder, 07-1577, Dawn Snyder, 07-1577, Lester Morgan, 07-1578, Sheila Morgan, 07-1578, Esco Bickham, 07-1582, Peggy Bickham, 07-1582, Allison Robinson, 07-1587, Todd Robinson, 07-1587, Gloria Albert, 07-1593, Colette M. Guste, 07-1596, Anthony Engolia, 07-1561, Ellis Mix, 07-1571, Eugene Schwankhart, 07-1601, Albertine Schwankhart, 07-1601, William Tumblin, 07-1602, [*78] Julie Tumblin, 07-1602, Lawrence Banks, 07-1603, Doris Starnes, 07-1588, Georgia A. Villere, 07-1589, Rosemary Martin, 07-1590, Dominic Martin, 07-1590, Edwina Gibson, 07-1598, Carolyn Myers, 07-1600, Edward Myers, Jr., 07-1600, Raynett Gilyot, 07-1688, Juan Lumas, Jr., 07-1688, Audrey D. Haines, 07-1691, Joseph A. Haines, 07-1691, Theresa Chatelain, 07-1692, Kerry Chatelain, 07-1692, Nancy Stewart, 07-1693, Lowell Stewart, 07-1693, Esco Bickham, 07-1581, Peggy Bickham, 07-1581, Ellis Naughton, 07-1844, Diane Roy, 07-1845, Jessica Lalumia, 07-1586, Jennifer Lalumia, 07-1586, Ursula Poree, 07-1592, Stanley Harris, 07-1566, Susan Harris, 07-1566, Francis Jobert, 07-1570, Dana Heaton, 07-1848, Melvin Ellzey, 07-1849, Dow M. Edwards, 07-1948, Carnese M. Williams, 07-1929, Elodie Bourgeois, 07-1930, Sheddrick Sanchez, 07-1608, Jackolyn Sanchez, 07-1608, Patricia Ailes, 07-1595, Garnell Carreras, 07-1562, Bert Carreras, 07-1562, Loraine Jupiter, 07-1689, Mack Melancon, 07-2448, Jacqueline Melancon, 07-2448, Rhoda Thorpe, 07-2449, Ernestine Fultz, 07-2451, Consol Plaintiffs: Patrick G. Kehoe, Jr., LEAD ATTORNEY, Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Allan Berger, Allan Berger [*79] & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Brent A. Klibert, Attorney at Law, New Orleans, LA; Bruce L. Feingerts, Feingerts & Kelly, PLC, New Orleans, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Randy Jay Ungar, Ungar & Byrne, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; William Peter Connick, 79] Connick & Connick, LLC, Metairie, LA.

For Erin Burks, 06-4173, Consol Plaintiff: Jack Howard Tobias, LEAD ATTORNEY, Law Office of Jack H. Tobias, New Orleans, LA.

For Ronald A. Holbrook, 06-2617, April Holbrook, 06-2617, Consol Plaintiffs: Randal J. Robert, LEAD

ATTORNEY, Connell Lee Archey, Jennifer Aaron Hataway, Travis Brendon Wilkinson, Kantrow, Spaht, Weaver & Blitzer, Baton Rouge, LA.

For Deborah Acker, 07-1823, Carmen Acosta, 07-1858, Ernesto Acosta, Sr., 07-1858, Clifton Allen, 07-1859, Estelle Allen, 07-1859, James Andrews, 07-1860, Emma Andrews, 07-1860, Jesse Augustine, 07-1861, Doris Augustine, 07-1861, Fred Austin, 07-1862, Debra Austin, 07-1862, Kevin P. Baker, 07-1863, Betty Baptiste, 07-1864, Judy [*80] Baptiste, 07-1865, Riley Baptiste, 07-1865, Johnnie Barnes, 07-1866, Maureen Ancar Barnes, 07-1867, Mark Barnes, 07-1867, Barbara Barnes, 07-1868, Thomas Barnes, III, 07-1868, Vernon Barnes, 07-1869, Anna Branon, 07-1882, Mildred A. Brasly, 07-1883, D'Andrea Bass, 07-1870, Troylynn Bass, 07-1870, Clara Brooks, 07-1884, Malcom Brooks, 07-1884, Catherine Beckett, 07-1871, Clare Brown, 07-1885, Yolanda Brown, 07-1886, Willena Benjamin, 07-1872, Rose Butler, 07-1887, Gary Bennett, 07-1873, Regina Bennett, 07-1873, Beverly Banks, 07-1874, Billy Byrd, 07-1888, Shalanda Byrd, 07-1888, Lilly Benoit, 07-1875, Clarence Berzat, 07-1876, Virginia Berzat, 07-1876, Charlene Bieneny, 07-1877, Mark Blay, 07-1878, Anitra Blay, 07-1878, Ruth Blunt, 07-1879, Katheryn Bordenave, 07-1880, Hazel Branch, 07-1881, Jennie Calhoun, 07-1889, Larry D. Caston, Sr., 07-1890, Mildred Newton, 07-1890, Maria Kay Chetta, 07-1891, Japheth Chissell, 07-1892, Bernice Chissell, 07-1892, Emelda Coleman, 07-1893, Henry Brooks, 07-1894, Adeline Brooks, 07-1894, Johnny Crutchfield, 07-1895, Rita Francois, 07-1904, Joseph Francois, 07-1904, Mercedes Gaines, 07-1905, Darrin Dave, 07-1896, Patricia Woods, 07-1896, Warrene [*81] Gambino, 07-1906, Yonda Henry Fournier, 07-1907, Irma F. Davis, 07-1897, Jonah Ford, 07-1908, Marynell Fernandez, 07-1909, Cynthia Fefie, 07-1910, Alfred Edwards, 07-1911, Carmel Edwards, 07-1911, Michel Dedeaux, 07-1898, Nobie Dedeaux, 07-1898, Ellis Duncan, 07-1912, Carol Delay, 07-1899, Ray Dunbar, 07-1913, Ann Gary, 07-1914, Vanessa Demasiliere, 07-1900, Janice Dennison, 07-1901, Mildred Gay, 07-1915, Byron Gay, 07-1915, Lanier Dixon, 07-1902, Pauline Dixon, 07-1902, Paulette Gibbs, 07-1916, Willie Gibbs, 07-1916, Lionel Dixon, 07-1903, Demetra Dixon, 07-1903, Ann Marie Giles, 07-1917, Cheryl Gilmore, 07-1918, Jeffery Gilmore, 07-1918, James Gleason, 07-1919, Darlene Gleason, 07-1919, Maxine Glover, 07-1920, Albert Glover, 07-1920, Beverly Hampton, 07-1943, James Hampton, 07-1943, Gizelle Grant,

2007 U.S. Dist. LEXIS 82887, *81

07-1921, Adrienne Harris, 07-1944, Odlie L. Harris, 07-1945, Mary Harris, 07-1946, Roland Harris, Sr., 07-1946, Demetrius Hayes, 07-1947, James Hayes, 07-1948, Ella Hayes, 07-1948, Lana Home, 07-1949, Wayne Howard, 07-1950, Roslyn Howard, 07-1950, Ada Hudson, 07-1951, Dena Hurst, 07-1952, Harold Hurst, 07-1953, Sandra Hurst, 07-1953, Yolanda Jenkins, 07-1954, Alicia Jerome, 07-1955, [*82] Elyania Jackson, 07-1956, Burma Jackson, 07-1956, Lionel Jackson, 07-1957, Linda Jackson, 07-1957, William Jackson, 07-1958, Daisy Jackson, 07-1958, Betty James, 07-1959, Albert Jarrell, 07-1960, Carole Jarrell, 07-1960, Geraldine Jenkins, 07-1961, Marie Jerome, 07-1962, Bryan Jackson, 07-1963, Kellie Jackson, 07-1963, Cherlene Johnson, 07-1964, Ethel Johnson, 07-1965, Mischall Johnson, 07-1966, Nelson Johnson, 07-1966, Sheila Johnson, 07-1967, Wilfred Joseph, 07-1968, Patricia Keligond, 07-1969, Herbert Keligond, Jr., 07-1969, Melinda Kepp, 07-1970, James Lamark, Jr., 07-1971, Linda Lambert, 07-1972, Roland Lasker, 07-1973, Shenna Lasker, 07-1973, Michael Lawrence, 07-1974, Lois Lee, 07-1978, Gerald Lee, Sr., 07-1978, Tressie Levy, 07-1979, Darrell Levy, 07-1979, Correnthia Lewis, 07-1980, Debbie Lewis, 07-1981, Kelvin Lewis, 07-1981, Kevin Lewis, 07-1982, Missie Lewis, 07-1983, Pamela Lewis, 07-1984, Lure Lewis, 07-1985, Tom Lewis, Jr., 07-1985, Cecil Leavell, 07-1975, Larry Leavell, 07-1975, Anna Bell Lee, 07-1976, Brenda Lee, 07-1977, Larranette Lofton, 07-1986, Michael Lowe, 07-1987, Niemna Lowe, 07-1987, Angela Lyons, 07-1988, Alicia Major, 07-2018, Isaac Major, 07-2018, [*83] Rosalie Marchand, 07-2019, Doris Martin, 07-2020, Wanda Mason, 07-2021, William Mason, 07-2021, Phil Matherne, 07-2022, June Matherne, 07-2022, Brian McCadney, 07-2023, Cindy McCadney, 07-2023, Ransom McCormick, 07-2024, Labertha McCormick, 07-2024, Hazle McMiller, 07-2025, Latoya Melancon, 07-2026, Wendell Meyers, 07-2027, Kimberly Meyers, 07-2027, Clementine Robb Mimms, 07-2028, Sarah C. Minor, 07-2029, Charlene Mora, 07-2030, Christine Mora, 07-2031, Beverly Moten, 07-2032, Willie Moten, 07-2032, Edward Myles, Jr, 07-2033, Linda Nelson, 07-2034, Walter Noil, 07-2035, Zina Page, 07-2036, Joseph Pavur, 07-2037, Charmaine Pavur, 07-2037, Carnell Payton, 07-2038, Joy Washington Payton, 07-2039, Romell Payton, 07-2039, Earl Pellerin, Jr., 07-2040, Addison Penn, 07-2041, Yolanda Penn, 07-2041, Harry Perrault, 07-2042, Dorothy Perrault, 07-2042, Frances Perry, 07-2043, Alsia Phillips, 07-2044, Terry Phillips, Sr., 07-2044, Lilly Quest, 07-2045, Shannon Rainey, 07-2046, Paul Raymond, 07-2047, Dorothy Reeden, 07-2048, Roosevelt Richard, 07-2049, Barbara Richard, 07-2049, Ella Ridgley, 07-2050, Inell Roberts, 07-2051, Johnny Roberts, Sr., 07-2051, Marclean Robertson, 07-2052, Willie [*84] Robertson, 07-2052, Julia Young, 07-2157, Joseph Young, Jr, 07-2157, Marvin Young, 07-2158, Michelle Young, 07-2158, Donna Robinson, 07-2053, Craig Robinson, 07-2053, Irvin Sacrite, 07-2159, Jacqueline Sacrite, 07-2159, Magdalene Sanders, 07-2160, Theresa Sanders, 07-2161, Rose Saunders, 07-2162, Rose Sceau, 07-2163, Bonnie Shelton, 07-2164, William Shelton, Jr., 07-2164, Albertine Skinner, 07-2165, Ronnie Smith, 07-2166, Ronald Robinson, 07-2054, Sheila Robinson, 07-2055, Dawn Snyder, 07-2167, William Snyder, 07-2167, Judy Spitzer, 07-2168, John Spitzer, 07-2168, Allen Staes, 07-2169, Marjorie Staes, 07-2169, Toni Roman, 07-2056, Albert Roman, 07-2056, Giselle Rooney, 07-2057, Joseph Rooney, Jr., 07-2057, Calvin Stewart, 07-2170, Kim Stewart, 07-2170, Judith Stewart, 07-2171, Carolyn Streams, 07-2172, Deborah Sullen, 07-2173, Alvin Sullen, 07-2173, Rubble Sullivan, 07-2174, Marc Theriot, 07-2175, Lanika Theriot, 07-2175, Othrea Thomas, 07-2176, Joseph Roth, 07-2058, Barbara Roth, 07-2058, Lester Rumowski, 07-2059, Delena Russell, 07-2060, Hubbard Russell, 07-2060, Virginia Thomas, 07-2177, Melanie Thompson, 07-2178, Lucies Thompson, 07-2178, Elvera Thornton, 07-2179, Edith Toney, [*85] 07-2180, Gloria Trepagnier, 07-2181, Nathan Trepagnier, 07-2181, Shirley Walker, 07-2182, Emelda Warren, 07-2183, Maize Warren, 07-2183, Bessie Welch, 07-2184, Louise White, 07-2185, Catherine Williams, 07-2186, D.C. Williams, 07-2186, Cheryl Williams, 07-2187, Diana Williams, 07-2188, Janet Williams, 07-2189, Merlin Williams, 07-2189, Karen Williams, 07-2190, Knayo Williams, 07-2191, Rachell Williams, 07-2191, Lisa Marie Williams, 07-2192, Wayne Williams, 07-2193, Gail Williams, 07-2193, Otis Wilson, Jr., 07-2194, Florence Windon, 07-2195, Erroll Windon, 07-2195, Gwendolyn Winesberry, 07-2196, Joycelyn Jarrell, 07-2197, Ernest Wyatt, 07-2197, Melissa Wright, 07-2198, Robert Wright, Jr., 07-2198, Utilda Farria, 07-2232, Kathy Roberts, 07-2232, Emma Beam, 07-2233, David Kramer, 07-2233, Carolyn Sobers, 07-2234, Juanita Spears, 07-2235, Hilda Stamps, 07-2236, Rose Thomas, 07-2237, David Trahan, 07-2238, Lois Trevigne, 07-2239, Joseph Trevigne, 07-2239, Edwin Turfant, 07-2240, Rosana Turfant, 07-2240, Thelma Walker, 07-2241, Consol

Plaintiffs: Jim S. Hall, LEAD ATTORNEY, Joseph W. Rausch, Jim S. Hall & Associates, Metairie, LA.

For Gene Tarzetti, 06-5895, Khalann Tarzetti, 06-5895, [*86] Consol Plaintiffs: James L. Daniels, LEAD ATTORNEY, Ringuet, Daniels & Collier, Lafayette, LA.

For Gwen Burk, 06-7846, William R. Burk, 06-7846, Frank D. Natal, 06-6676, Mary Mustacchia Morello, 07-2763, Consol Plaintiffs: John A. Venezia, LEAD ATTORNEY, William B. Gordon, III, Law Office of John A. Venezia, Metairie, LA.

For Dana R. Venezia, 06-6660, John A Venezia, 06-6660, Consol Plaintiffs: John A. Venezia, LEAD ATTORNEY, William B. Gordon, III, Law Office of John A. Venezia, Metairie, LA; David Charles Clement, Clement & Gates, LLC, New Orleans, LA.

For Beulah Baptist Church, Inc., 06-3430, Consol Plaintiff: Harry E. Cantrell, Jr., LEAD ATTORNEY, Cantrell Law Firm, New Orleans, LA.

For Temple Sutton, 06-7608, Consol Plaintiff: B. Gerald Weeks, LEAD ATTORNEY, Weeks, Kavanagh & Rendeiro, New Orleans, LA.

For Jannice Stevenson, 06-7603, Edward Held, 07-1610, Consol Plaintiffs: Patrick G. Kehoe, Jr., LEAD ATTORNEY, Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Brent A. Klibert, Attorney at Law, New [*87] Orleans, LA; Bruce L. Feingerts, Feingerts & Kelly, PLC, New Orleans, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Randy Jay Ungar, Ungar & Byrne, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; Waldon Michael Hingle, Michael Hingle & Associates, Inc., Slidell, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Alice C. Mayeur, 07-1481, Consol Plaintiff: Patrick G. Kehoe, Jr., LEAD ATTORNEY, Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Bruce L. Feingerts, Feingerts & Kelly, PLC, New Orleans, LA; John Van Robichaux, Jr., Robichaux Law Firm, New

Orleans, LA; Randy Jay Ungar, Ungar & Byrne, New Orleans, LA; Ronald J. Favre, Michael Hingle & Associates, Inc., Slidell, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; Waldon Michael Hingle, Michael Hingle & Associates, Inc., Slidell, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Marseilles Homeowners Condominium Association, Inc., 06-6845, [*88] Consol Plaintiff: Stephen P. Schott, LEAD ATTORNEY, Jason Ross Anders, Montgomery Barnett, New Orleans, LA.

For Clarence Davis, 07-1687, Consol Plaintiff: Patrick G. Kehoe, Jr., LEAD ATTORNEY, Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Brent A. Klibert, Attorney at Law, New Orleans, LA; Bruce L. Feingerts, Feingerts & Kelly, PLC, New Orleans, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Randy Jay Ungar, Ungar & Byrne, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Roselda Taylor, 07-1585, Consol Plaintiff: Patrick G. Kehoe, Jr., LEAD ATTORNEY, Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Brent A. Klibert, Attorney at Law, New Orleans, LA; Bruce L. Feingerts, Feingerts & Kelly, PLC, New Orleans, LA; John Van Robichaux, Jr., Robichaux [*89] Law Firm, New Orleans, LA; Randy Jay Ungar, Ungar & Byrne, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For John Isbell, 07-1791, Lester Hueschen, 07-1793, Michael P. Palmisano, 07-1795, Lorraine S. Palmisano, 07-1795, Shirley Salez Reichert, 07-1797, William Pat Power, 07-1798, Wayne Mayeux, 07-1799, Wanda Jennings, 07-1801, Gary Jennings, 07-1801, Victor Cerise, 07-1802, Ann Cerise, 07-1802, Brossie Perniciaro, 07-1803, Gwendolyn Perniciaro, 07-1803, Brossie Perniciaro, 07-1804, Gwendolyn Perniciaro, 07-1804, Hope Hahn, 07-1785, Randy Hahn, 07-1785, JoAnn Everhardt, 07-1787, John Atwood, 07-1789,

2007 U.S. Dist. LEXIS 82887, *89

Gretchen Atwood, 07-1789, Brian Bouvier, 07-1805, Tammy Bouvier, 07-1805, Christine Terranova, 07-1809, Theresa O'Donnell, 07-1813, Kenneth O'Donnell, 07-1813, Muriel Faust, 07-1814, Nolan Matern, 07-1815, Sandra Matern, 07-1815, Leonard Phillips, 07-1816, Annie Phillips, 07-1816, Michael P. Palmisano, 07-1817, Lorraine S. Palmisano, 07-1817, Mike Piazza, 07-1818, Dina Savarese, 07-1819, Eric Gerlinger, 07-1782, Joy Gerlinger, 07-1782, Jeanne Doyle, 07-1788, Buddy Doyle, 07-1788, [*90] John Boniol, 07-1790, Charles G. Frederic, Jr., 07-1806, Darnell Frederic, 07-1806, Charles J Phillips, 07-1808, Sotirious Nicolopoulos, 07-1812, Panagloea Nicolopoulos, 07-1812, Joseph Gregoire, 07-1792, Marsha Herbert, 07-1794, Donald Herbert, 07-1794, Sandra Killeen, 07-1796, Bessie Perez, 07-1800, Thomas Paul Gray, 07-1800, Frank Doyle, 07-1783, Ruth Doyle, 07-1783, Charles J. Marsh, 07-1807, Michele E. Power, 07-1807, Consol Plaintiffs: Patrick G. Kehoe, Jr., LEAD ATTORNEY, Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Denise Zeairs, 07-1811, Consol Plaintiff: Patrick G. Kehoe, Jr., LEAD ATTORNEY, Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; John [*91] Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Harold Hebert, 07-1784, Stacy Hebert, 07-1784, Consol Plaintiffs: Patrick G. Kehoe, Jr., LEAD ATTORNEY, Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Joyce Brown, 07-1847, Consol Plaintiff: Patrick G. Kehoe, Jr., LEAD ATTORNEY, Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; William Peter Connick, Connick & [*92] Connick, LLC, Metairie, LA.

For Timothy A Blount, 06-7547, Consol Plaintiff: Gino John Rendeiro, LEAD ATTORNEY, B. Gerald Weeks, David Edmund Kavanagh, Weeks, Kavanagh & Rendeiro, New Orleans, LA.

For Debra Cloud, 06-6093, Consol Plaintiff: Michael Dennis Riley, LEAD ATTORNEY, Michael D. Riley, Attorney at Law, New Orleans, LA; Christopher Michael Rodriguez, Christopher M. Rodriguez, Attorney at Law, New Orleans, LA; Michael I. Rodriguez, Michael I. Rodriguez, Attorney at Law, New Orleans, LA; Michael Isaias Rodriguez, Jr., Law Offices of Michael I. Rodriguez, Jr., New Orleans, LA.

For Robert Ciuffi, 06-8617, Brenda Ciuffi, 06-8617, Consol Plaintiffs: Steven Joseph Rando, LEAD ATTORNEY, Law Offices of Steven J. Rando, LLC, New Orleans, LA.

For Durward B Dunn, 06-5288, Catherine C Dunn, 06-5288, Consol Plaintiffs: Robert G. Creely, LEAD ATTORNEY, The Creely Law Firm, LLC, New Orleans, LA; David Ryan Cannella, Frank J. Swarr, Mickey P. Landry, Landry & Swarr, LLC, New Orleans, LA.

For Ulysses Williams, 06-9188, Consol Plaintiff: Roy F. Amedee, Jr., LEAD ATTORNEY, Law Offices of Roy F. Amedee, Jr., New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea [*93] S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Brent A. Klibert, Attorney at Law, New Orleans, LA; Bruce L. Feingerts, Feingerts & Kelly, PLC, New Orleans, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Patrick G. Kehoe, Jr., Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Paul Hesse, Law Offices of Ronnie G. Penton, Slidell, LA; Randy Jay Ungar, Ungar & Byrne, New Orleans, LA; Waldon Michael Hingle, Michael Hingle & Associates, Inc., Slidell, LA; William Peter Connick, Connick & Connick,

LLC, Metairie, LA.

For Robert Doll, 07-2730, Norma Doll, 07-2730, Roy Leebrick, 07-2731, Joann Leebrick, 07-2731, Consol Plaintiffs: William Peter Connick, LEAD ATTORNEY, Connick & Connick, LLC, Metairie, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Brent A. Klibert, Attorney at Law, New Orleans, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Patrick G. Kehoe, Jr., Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Randy Jay Ungar, Ungar & Byrne, New [*94] Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA. For Nancy E. Jackson, 06-8952, Timothy Jackson, 06-8952, Consol Plaintiffs: Andrew Allen Lemmon, LEAD ATTORNEY, Lemmon Law Firm, New Orleans, LA; Irma L. Netting, Lemmon Law Firm, Hahnville, LA.

For Rene Hollins, 07-2660, Mary Beth Gillaspie, 07-2661, Shontra Varnado, 07-2662, Frank Anselmo, 07-2663, Viola Johnson, 07-2664, Jacqueline K. Brown, 07-2665, Consol Plaintiffs: Calvin Clifford Fayard, Jr., LEAD ATTORNEY, David Blayne Honeycutt, Wanda Jean Edwards, Fayard & Honeycutt, Denham Springs, LA; Peyton Patrick Murphy, Murphy Law Firm, Baton Rouge, LA.

For Thomas Austin, Jr., 07-2679, Charlie Ward, 07-2680, Caleia Ward, 07-2680, Perry Rittner, 07-2681, Debbie Rittner, 07-2681, Jim Miller, 07-2682, Consol Plaintiffs: J. J. (Jerry) McKernan, LEAD ATTORNEY, Chet G. Bourdreaux, John H Smith, McKernan Law Firm, Baton Rouge, LA.

For Howard Gonzales, 07-2746, Betty Gonzales, 07-2746, Lloyd Rogers, 07-2747, Karen Rogers, 07-2747, Stacy Bishop, 07-2748, Victor Marino, 07-2748, Vernon Leval, 07-2749, Dale Valenti, 07-2750, Karen Polk, 07-2751, Kerry Scheuermann, 07-2752, Catherine Scheuermann, 07-2752, Thomas [*95] M. Mulkey, 07-2754, Dianne F. Mulkey, 07-2754, Rhonda Cospelich Dastugue, 07-2755, Eric Alfonso, 07-2756, Robyn Alfonso, 07-2756, Consol Plaintiffs: John Van Robichaux, Jr., LEAD ATTORNEY, Robichaux Law Firm, New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Brent A. Klibert, Attorney at Law, New Orleans, LA; Brian D.

Page, Robichaux Law Firm, New Orleans, LA; Patrick G. Kehoe, Jr., Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For David Peterson, 07-2753, Consol Plaintiff: John Van Robichaux, Jr., LEAD ATTORNEY, Robichaux Law Firm, New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Brent A. Klibert, Attorney at Law, New Orleans, LA; Brian D. Page, Robichaux Law Firm, New Orleans, LA; Patrick G. Kehoe, Jr., Patrick G. Kehoe, Jr., APLC, New Orleans, [*96] LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Alicia Bongawil, 07-2259, Carolyn Hart, 07-2249, Shirley Alvis, 07-2260, Rickey Chopin, 07-2261, Thelma Chopin, 07-2261, Rickey Chopin, 07-2262, Thelma Chopin, 07-2262, Debra Mamou, 07-2250, Rickey Chopin, 07-2263, Thelma Chopin, 07-2263, Edmond Woodfork, 07-2264, Darrick Brown, 07-2265, JoAnn Dixon, 07-2266, Larry Dixon, 07-2266, Efren Samaniego, 07-2251, Elvira Samaniego, 07-2251, Demitria Gaddies, 07-2267, Joseph Tramontans, 07-2252, Elizan Sherman, 07-2268, Sheila Davis, 07-2269, Maxine Flores, 07-2270, Bernice Lee, 07-2271, Leslie Hughes, 07-2272, Leslie Hughes-Williams, 07-2273, Jeffery Hughes, 07-2273, Leslie Hughes, 07-2274, Jeffery Hughes, 07-2274, Leslie Hughes, 07-2275, Jeffery Hughes, 07-2275, Leslie Hughes, 07-2276, Jeffery Hughes, 07-2276, LaShanda Francis, 07-2253, Versey Hughes, 07-2277, Georgianna Bienvenu, 07-2278, Fred Kindred, 07-2254, Larry Cambrice, 07-2279, Darlene Cambrice, 07-2279, Reginald Copelin, 07-2280, Lessie Horne, 07-2281, Russell Stockard, 07-2282, Bernice Kindred, 07-2255, Salvatore Aguello, 07-2256, Kimberly Aguello, 07-2256, Alicia Bongawil, 07-2257, Bella Coker, 07-2257, [*97] Alicia Bongawil, 07-2258, Hien Hoang, 07-2283, Lam Ngoc Vu, 07-2283, Jack Rabito, 07-2284, Robert Rabito, 07-2284, Judy Dubroca, 07-2285, James Dubroca, 07-2285, Robert Vick, 07-2286, Fred Delise, 07-2298, Sharon Delise, 07-2298, Dinah Washington, 07-2299, Eliza Harris, 07-2300, L C Harris, 07-2300, Patrick Rovira, 07-2301, Ana Rovira, 07-2301, Rosalyn Beard, 07-2302, James H. Beard, Jr., 07-2302, Cynthia Foley, 07-2303, Phoebie Johnson, 07-2304, Waldo Fortin,

2007 U.S. Dist. LEXIS 82887, *97

07-2305, Waldo Fortin, 07-2306, John Salisbury, 07-2307, Daniel Smith, 07-2308, Donnette Smith, 07-2308, Linda Brown, 07-2309, Lynn Brown, 07-2309, Mable Martin, 07-2310, Caldonia Lang, 07-2311, Jon Rupert, 07-2312, Stephen P Rupert, 07-2312, Veronica Johnson, 07-2313, Arthur Washington, 07-2314, Dinah M Washington, 07-2314, Herma Thomas, 07-2287, Earl Thomas, 07-2287, Ransom McCormick, 07-2315, Ransom McCormick, 07-2316, Roy Neyland, 07-2317, Sharon Neyland, 07-2317, Myrtle Senior, 07-2288, Elnora Johnson, 07-2289, James Davis, 07-2290, Will Lee, 07-2291, Annie R. Lee, 07-2291, Eric Kelly, 07-2292, Nicole Jones Kelly, 07-2292, Leo Soniat, 07-2293, Rebecca Montgomery, 07-2294, Louise Mele, 07-2295, Philip Mele, 07-2295, [*98] Florence Jackson, 07-2296, Florence Jackson, 07-2297, Sharon Peters, 07-2318, Edwina Washington, 07-2333, John Pierre, 07-2334, Kirdie Pierre, 07-2334, Verna Royal, 07-2335, Mary Christoffer, 07-2336, Bernice Simon, 07-2337, Mary Kyles, 07-2338, Roosevelt Kyles, Jr., 07-2338, Mary Pendleton, 07-2339, Felicia Jones, 07-2340, Michael Jones, 07-2340, Dawn Edwards, 07-2341, Lester Harris, 07-2341, Wayne Hill, 07-2342, Mary Hill, 07-2342, Andrew Ferdinand, 07-2342; deceased, Ervin Thomas, 07-2343, Joseph Catalanotto, 07-2319, Ana Catalanotto, 07-2319, Ervin Thomas, 07-2344, Tommie Dahlgren, 07-2345, Benny Dahlgreen, 07-2345, Karen Barlow, 07-2346, Karen Barlow, 07-2347, Margaret Bergeron, 07-2347, Cornelius Edinburgh, 07-2348, Colestine Edinburgh, 07-2348, Dawn Edwards, 07-2349, Connie Jernigan, 07-2350, Hulie Jernigan, 07-2350, Beverly McCrary, 07-2320, Charles McCrary, 07-2320, Rhonda Penalacia, 07-2321, James Penalacia, 07-2321, Javier Pazmino, 07-2351, Vanessa M. Pazmino, 07-2351, Alberto Alonso, 07-2352, Rocio Zelayo Alonso, 07-2352, Joseph Baldwin, 07-2353, Lynn Lennox, 07-2354, Danielle Crawford, 07-2322, Wonda Crawford, 07-2322, David Scalia, 07-2355, Genevieve Williams, 07-2323, [*99] Amelia Anthony, 07-2323, Robert Slavich, 07-2356, Marlene Slavich, 07-2356, Juanita Spears, 07-2357, Paul Scalia, 07-2358, Liboria Gioe, 07-2324, Janelle Cable, 07-2325, Stacy Fuchs, 07-2326, Andrew Fuchs, 07-2326, George Amann, 07-2359, Connie Amann, 07-2359, Rosemarie Ranzino, 07-2327, Joseph Ranzino, 07-2327, Rose Thomas, 07-2328, Shannon Thomas, 07-2328, Joseph Tramontans, 07-2360, Joseph Tramontans, 07-2361, Laurie Brocato, 07-2362, Rosemary Netter, 07-2363, Albert Thibodeaux, 07-2364, Connie Scott, 07-2365, Phillis Johnson, 07-2366, Kim Paulin, 07-2367, Donald Williams, 07-2368, Betty Cotton, 07-2369, Julia Patino, 07-2370, Pepito H. Patino, 07-2370, Fred Weikert, 07-2371, Martha Weikert, 07-2371, Marcia Leone, 07-2372, Tanya Bridges, 07-2373, Christopher Bruno, 07-2374, Kerry Bruno, 07-2374, Percy Oubre, 07-2375, Sandra Oubre, 07-2375, Wesley Ford, 07-2376, Katrina Daniels, 07-2377, Manuel! Washington, 07-2378, Lola Tilton, 07-2379, Edgar Tilton, 07-2379, Laura Greer, 07-2329, Gary B. Greer, 07-2329, Debra Jenkins Smith, 07-2380, Eva Glover Washington, 07-2381, Shirley Ned, 07-2330, Louise Joseph, 07-2382, Edwina Rillieux, 07-2383, Sidney J. Rillieux, 07-2383, Alice Sanders, [*100] 07-2384, Errol Sanders, 07-2384, Elaine Taylor Holmes, 07-2385, Louis F. Holmes, Jr., 07-2385, Philip Owens, 07-2386, Charles Calais, 07-2387, Janet Tureaud, 07-2331, Edwina Washington, 07-2332, Gene Baril, 07-2388, Juanita Jean Baril, 07-2388, Peter Deslatte, 07-2389, Odelilia Deslatte, 07-2389, Mercedes Gaines, 07-2390, Jacqueline McCorkle, 07-2398, Osie McCorkle, 07-2398, Firldeal Davis, 07-2399, Frankie Guidry, 07-2400, Unger Hazet, 07-2401, Cathy Hebert, 07-2402, Alex Hebert, 07-2402, Lionel Thomas, 07-2403, Kevin Cyres, 07-2404, Carolyn Charles, 07-2405, Geraldine Golden, 07-2406, Clarence Barrow, 07-2391, Tammy Griffith, 07-2392, Claudia Collins Celestand, 07-2393, Larry Celestand, 07-2393, Kimberlyn Gibson, 07-2407, James B. Gibson, 07-2407, Carmelo Piazza, 07-2408, Josephine Piazza, 07-2408, Fara Coates, 07-2409, Bernie McCormick, 07-2394, Laverne Birdsall, 07-2394, Barbara Davis, 07-2410, Melvin E Davis, 07-2410, George Blunt, 07-2411, Elyria Blunt, 07-2411, Tricia Legrone, 07-2395, Calvin Legrone, 07-2395, Lillian Hollingsworth, 07-2412, Shirley Walker, 07-2396, Catherine Clark, 07-2413, Tineka West, 07-2414, Judy Thorpe-Truman, 07-2397, Charles Truman, 07-2397, Jane [*101] Brown, 07-2424, Ruth Creecy, 07-2425, Milton Creecy, 07-2425, Harold Weiser, 07-2426, Pauline Wright, 07-2427, Vera Roscoe, 07-2428, Dorothy Birdsall, 07-2429, Eddie Birdsall, 07-2429, Armand Ferrouillet, 07-2430, Roslyn Howard, 07-2416, Wayne W Howard, 07-2416, Josephine Coco, 07-2417, Otis Morgan, 07-2419, Donald Harrison, 07-2431, Myrtle Croson, 07-2436, Otis Morgan, 07-2420, Don Houston, 07-2437, Bernadette Houston, 07-2437, Karen Genovese, 07-2438, Virginia Hales, 07-2421, Walter Hales, 07-2421, Marilyn Khaton, 07-2439, Vera Harris-Polite, 07-2422, Jennifer Testa-Poluka, 07-2440, Eileen Marques, 07-2441, Rauol Marques, III, 07-2441, Rome Anderson, 07-2423, Paulette Anderson, 07-2423, Karin Legohn, 07-2442, Willie Davis, 07-2443, Roslyn

Howard, 07-2415, Wayne W Howard, 07-2415, Vicy Doucette, 07-2418, Bertha Rideau, 07-2418, Kevin Miskell, 07-2432, Lynnoka Miskell, 07-2432, Jacqueline Stephens, 07-2433, Earnest Stephens, 07-2433, Anthony McGowan, 07-2434, Jannie M Magiren, 07-2434, Angelina Delaney, 07-2435, Albert 3 Delany, Sr., 07-2435, Aaron Riley, 07-2444, Janice Riley, 07-2444, Ladorlina Berdos, 07-2445, Porfirio L Berdos, 07-2445, Clarence Francois, 07-2446, Isabelle [*102] Francois, 07-2446, Anthony Wren, 07-2447, Ernestine Fultz, 07-2450, Ernestine Fultz, 07-2452, Ernestine Fultz, 07-2452, Edward Ripoll, 07-2454, Kathleen Ripoll, 07-2454, Joyce Clements, 07-2455, Angle Rilleaux-Fields, 07-2456, Hannah Bias, 07-2457, Keith Peterson, 07-2458, Arleen W Peterson, 07-2458, Willie-Mae Barnes, 07-2459, Jerry G Barnes, 07-2459, Anna Collins, 07-2460, Mark Douglas, 07-2461, Patricia Douglas, 07-2461, Barbara Ponder, 07-2462, Linda Johnson, 07-2463, Amanda Jackson, 07-2464, Odie Young Taylor, 07-2464, Gilda Row, 07-2465, Deania Jackson, 07-2466, Stone Johnson, 07-2467, Joyce D. Stone, 07-2467, Edward Lott, 07-2468, Willie Carter, 07-2469, Gwendolyn Edwards Carter, 07-2469, Tommy Hamilton, 07-2470, Cherlyn Maurice-Hall, 07-2471, Angie Blalock, 07-2472, Brenda Anderson, 07-2473, Walter Anderson, 07-2473, Diana Villavaso, 07-2474, Terry Belcher, 07-2475, Larry Belcher, 07-2475, Chawanna Santa Marina, 07-2476, Samuel Santa Marina, 07-2476, Gilda Price, 07-2477, James Price, 07-2477, Terrye Braden, 07-2478, Cynthia Fefie, 07-2479, Willy Crumedy, 07-2480, Gwendolyn Becnel Jones, 07-2481, Carl Beard, 07-2482, Janet Beard, 07-2482, Denise Clark, 07-2483, Sally [*103] Laurent, 07-2484, Nadine Generose, 07-2485, Paul Generose, 07-2485, Sharon Johnson-Murphy, 07-2486, Verna Quillen-Williams, 07-2487, Cynthia Rockingham, 07-2488, Cynthia Rockingham, 07-2489, Cynthia Rockingham, 07-2490, Cabrini Hales, 07-2491, Cynthia Rockingham, 07-2492, Mourdia Morris, 07-2493, Semone Bell, 07-2494, Marigold Carter, 07-2495, Perry Mccorkle, 07-2496, Irene McCorkle, 07-2496, Cheryl Slack, 07-2497, Cheryl Slack, 07-2498, Lesley DiRosa, 07-2499, Louis DiRosa, 07-2499, Gerlad Wallace, 07-2500, Ulah Lee, 07-2501, Manuel Lee, 07-2501, Jarred Broussard, 07-2502, Dianne Weaver, 07-2503, Earl Hankton, 07-2504, Jeanette Brown, 07-2505, Harold Nichols, 07-2506, Viola Blackman, 07-2507, Julie Fernandez, 07-2508, William Fernandez, 07-2508, Carolyn Arnold, 07-2509, Carolyn Arnold, 07-2510, Monique Carter, 07-2511, Mayola Boisdore, 07-2512, Elliot Boisdore, 07-2512, James

Godfrey, 07-2513, Brenda Dugas, 07-2514, Sidney Joseph Dugas, 07-2514, Robert Paul Dugas, 07-2514, Nitra Palmer, 07-2515, Michael Taylor, Jr., 07-2515, Dollie Kemp, 07-2516, Rhonda Smith, 07-2517, James Norwood, 07-2518, Andrea Norwood, 07-2518, Consol Plaintiffs: Joseph M. Bruno, LEAD ATTORNEY, Lewis [*104] Scott Joanen, Bruno & Bruno, New Orleans, LA.

Phyllis R Copemann, 07-2742, Consol Plaintiff, Pro se, New Orleans, LA.

For Jennifer Luscy Deane, 07-2820, William D. Luscy, 07-2820, William J Luscy, III, 07-2820, Consol Plaintiffs: William J. Luscy, III, LEAD ATTORNEY, William Luscy, III, Attorney at Law, Metairie, LA.

For Great Lakes Dredge & Dock Company, (06-8676) As owner of the Dredges California, Manhattan Island, Padre Island, and Alaska, and as owner pro hac vice of the Dredge Texas, Consol Petitioner: James H. Roussel, LEAD ATTORNEY, Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz, PC, New Orleans, LA.

For King Fisher Marine Service, L.P., (06-8967) as owner of the Dredges Leonard M. Fisher and Everett Fisher, Consol Petitioner: Richard Abelard Cozad, LEAD ATTORNEY, Emma Alexandra Mekinda, Michael L. McAlpine, McAlpine & Cozad, New Orleans, LA.

For Mike Hooks, Inc., 06-8884; as owner of the Dredge Missouri H, Consol Petitioner: Samuel B. Gabb, LEAD ATTORNEY, Thomas Patrick LeBlanc, Loftin, Cain, Gabb and LeBlanc, Lake Charles, LA.

For Weeks Marine, Inc., 06-9223; As owner of the Dredges B.E. Lindholm, George D. Williams, Weeks 262 and BT 208, Consol Petitioner: James [*105] A. Cobb, Jr., LEAD ATTORNEY, Matthew F. Popp, Randolph J. Waits, Emmett, Cobb, Waits & Kessenich, New Orleans, LA.

For T.L. James & Company, Inc., 06-8888; as owner of the dredges Tom James and George D. Williams, II, praying for exoneration from or limitation of liability, Consol Petitioner: Arthur Gordon Grant, Jr., LEAD ATTORNEY, Philip S. Brooks, Jr., Montgomery Barnett, New Orleans, LA.

For Gulf Coast Trailing Company, 06-8890; a Louisiana Partnership, as owner of the dredge Ouachita, praying for exoneration from or limitation of liability, TUIC, L.L.C.,

06-8890; a partner therein, as owner of the drege Ouachita, praying for exoneration from or limitation of liability, Consol Petitioners: Arthur Gordon Grant, Jr., LEAD ATTORNEY, Kenneth Joseph Gelpi, Jr., Philip S. Brooks, Jr., Ronald Joseph Kitto, Montgomery Barnett, New Orleans, LA; Michaela E. Noble, Lemle & Kelleher, LLP, New Orleans, LA.

For Manson Construction Co., 06-8891; as owner and operator of the Hopper Dredges Newport and Bayport, for exoneration from or limitation of liability, Consol Petitioner: George Moore Gilly, LEAD ATTORNEY, Christian E. Daigle, William Joseph Riviere, Phelps Dunbar, LLP, New Orleans, LA; [*106] Evans Martin McLeod, Phelps Dunbar LLP, Houston, TX.

For Pine Bluff Sand and Gravel Company, 06-9075; as owner and operator of dredge Marion praying For exoneration from or limitation of liability, Consol Petitioner: Andre J. Mouledoux, LEAD ATTORNEY, Clarence William Emory, Daniel J. Hoerner, Jacques P. DeGruy, Mouledoux, Bland, Legrand & Brackett, LLC, New Orleans, LA.

For Luhr Bros, Inc., 06-8922; as owner of Spud Barge L-1101, Spud Barge L-1103 and M/V Michael A and as owner Pro Hac Vice of M/V Charlie B praying for exoneration from or limitation of liability, Consol Petitioner: William J. Larzelere, Jr., LEAD ATTORNEY, Angie Arceneaux Akers, T. Justin Simpson, Larzelere Picou Wells Simpson Lonero, LLC, Metairie, LA.

For Department of Transportation And Development, State of Louisiana, 06-4389, Consol Intervenor: Michael Courtney Keller, LEAD ATTORNEY, Stephen F. Babin, Louisiana Department of Justice, Litigation Division, New Orleans, LA; Phyllis Esther Glazer, Louisiana Department of Justice, Office of the Attorney General - Litigation Division, New Orleans, LA.

For Board of Commissioners Of The Orleans Parish Levee District, 07-1271, Consol Intervenor: Gregory Alan Koury, [*107] Laborde & Neuner, Lafayette, LA.

For B&K Construction Co., Inc., Defendant: Herman C. Hoffmann, Jr., LEAD ATTORNEY, Betty Finley Mullin, Wade Michael Bass, Simon, Peragine, Smith & Redfearn, LLP, New Orleans, LA.

For Boh Bros. Construction Company, LLC, Defendant: Michael R.C. Riess, LEAD ATTORNEY, Charles Bruce

Colvin, Kingsmill Riess, LLC, New Orleans, LA; Terrence L. Brennan, Deutsch, Kerrigan & Stiles LLP, New Orleans, LA.

For Burk-Kleinpeter, Inc., Burk-Kleinpeter, LLC, Defendants: Charles F. Seemann, Jr., Deutsch, Kerrigan & Stiles LLP, New Orleans, LA.

For James Construction Group, LLC, Defendant: Richard John Tyler, LEAD ATTORNEY, Emily E. Eagan, Jones, Walker, Waechter, Poitevent, Carrere & Denegre, New Orleans, LA.

For Modjeski and Masters, Inc., Defendant: Francis J. Barry, Jr., LEAD ATTORNEY, Ellis B. Murov, Frederick R. Bott, Keith J. Bergeron, Scott Hedlund, Deutsch, Kerrigan & Stiles LLP, New Orleans LA; John Wayne Martinez, Waller & Associates, Mandeville, LA.

For Virginia Wrecking Company, Inc., Defendant: Thomas Livingston Gaudry, Jr., LEAD ATTORNEY, Wade Antoine Langlois, III, Gaudry, Ranson, Higgins & Gremillion, LLC, Gretna, LA; Thomas W. Darling, Gaudry, Ranson, [*108] Higgins & Gremillion, LLC, Baton Rouge, LA.

For Board of Commissioners for the Orleans Levee District, Defendant: Thomas P. Anzelmo, LEAD ATTORNEY, Andre Jude Lagarde, Darcy Elizabeth Decker, Kyle P. Kirsch, Mark Emerson Hanna, McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel, Metairie, LA; Ben Louis Mayeaux, Gregory Alan Koury, James L. Pate, Laborde & Neuner, Lafayette, LA; John Fredrick Kessenich, Daigle Fisse & Kessenich, Covington, LA.

For New Orleans City, Defendant: Joseph Vincent DiRosa, Jr., LEAD ATTORNEY, Heather M. Valliant, Penya M. Moses-Fields, Victor L Papai, Jr., City Attorney's Office, New Orleans, LA.

For Sewerage & Water Board of New Orleans, Defendant: George R. Simno, III, LEAD ATTORNEY, Gerard Michael Victor, Sewerage & Water Board Legal Department, New Orleans, LA; Charles Munson Lanier, Jr., Gregory Scott LaCour, J. Warren Gardner, Jr., Kevin Richard Tully, Christovich & Kearney, LLP, New Orleans, LA; Kyle P. Kirsch, McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel, Metairie, LA.

For St. Paul Fire & Marine Insurance Company,

Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, April Rochelle Roberts, Joseph Pierre Guichet, Rachel Ann Meese, Lugenbuhl, [*109] Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Frank Butler, Jr., 06-1885: on his own behalf and on behalf of his minor children, Frank Butler III, Charles Butler, and Tachmonite Butler, Andrew Hill, 06-1885, Lakeisha Fernandez, 06-1885; on her own behalf and on behalf of her minor child, Eddie McGee, Jr., Juanita Arington, 06-1885, Darnell Williams, 06-1885; on her own behalf and on behalf of her minor child, Chad Williams, Defendants: Ashton Robert O'Dwyer, Jr., LEAD ATTORNEY, Ashton R. O'Dwyer, Jr., Attorney at Law, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Washington Group International, Inc., Defendant: William D. Treeby, LEAD ATTORNEY, Carmelite M. Bertaut, Heather Shauri Lonian, John M. Landis, Wayne J. Lee, Stone Pigman Walther Wittmann, LLC, New Orleans, LA; Jerome R. Doak, Jones, Day, Reavis & Pogue, Dallas, TX.

For DEFENDANTS LIAISON COUNSEL, Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Fidelity and Guaranty Insurance Underwriters, Inc., Defendant: William Lee Kohler, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Washington Group International, [*110] Inc., 05-4181, Consol Defendant: William D. Treeby, LEAD ATTORNEY, Carmelite M. Bertaut, Heather Shauri Lonian, John M. Landis, Stone Pigman Walther Wittmann, LLC, New Orleans, LA; Christopher R. Farrell, Julia E. McEvoy, Jones Day, Washington, DC; George T. Manning, Jones Day, Atlanta, GA; Jerome R. Doak, Jones, Day, Reavis & Pogue, Dallas, TX.

For Board of Commissioners for the Orleans Levee District, Parish of Orleans, 05-4568, Board of Commissioners for the Orleans Levee District for the Parish of Orleans, 05-6323, Board of Commissioners for the Orleans Levee District, Parish of Orleans, 06-3529, Consol Defendants: Thomas P. Anzelmo, LEAD ATTORNEY, Andre Jude Lagarde, Darcy Elizabeth Decker, James C. Rather, Jr., Kyle P. Kirsch, Mark Emerson Hanna, McCranie, Sistrunk, Anzelmo, Hardy,

Maxwell & McDaniel, Metairie, LA; Ben Louis Mayeaux, , Laborde & Neuner, Lafayette, LA.

For Board of Commissioners for the Orleans Levee District, 05-5237, Board of Commissioners for the Orleans Levee District, 05-6327, Board of Commissioners for the Orleans Levee District, 06-225, Orleans Levee District, 05-4181 - Board of Commissioners, Board of Commissioners for the Orleans Levee [*111] District, 06-2278, Board of Commissioners for the Orleans Levee District, 06-2545, Board of Commissioners for the Orleans Parish Levee District, 06-4065, Board of Commissioners for the Orleans Levee District, 06-4931, Board of Commissioners for the Orleans Levee District, 06-4389, Board of Commissioners for the Orleans Levee District, 06-5161, Board of Commissioners for the Orleans Levee District, 06-4634, Orleans Levee District, 06-5131, Board of Commissioners for the Orleans Levee District, 06-5308, Board of Commissioners for the Orleans Levee District, 06-5163, Orleans Levee District, 06-5142, Orleans Levee District, 06-5118, Orleans Levee District, 06-5134, Orleans Levee District, 06-5132, Orleans Levee District, 06-5128, Orleans Levee District, 06-5137, Board of Commissioners for the Orleans Levee District, 06-5260, Board of Commissioners For the Orleans Levee District, 06-5116, Board of Commissioners for the Orleans Levee District, 06-5127, Board of Commissioners for the Orleans Levee District, 06-5937, Board of Commissioners for the Orleans Levee District, 06-5786, Board of Commissioners for the Orleans Parish Levee District, (06-5159), Board of Commissioners for the [*112] Orleans Parish Levee District, (06-5471), Consol Defendants: Thomas P. Anzelmo, LEAD ATTORNEY, Andre Jude Lagarde, Darcy Elizabeth Decker, James C. Rather, Jr., Kyle P. Kirsch, Mark Emerson Hanna, McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel, Metairie, LA; Ben Louis Mayeaux, Gregory Alan Koury, James L. Pate, Laborde & Neuner, Lafayette, LA.

For Burk-Kleinpeter, Inc., 05-5237, Burk-Kleinpeter, LLC, 05-5237, Burk-Kleinpeter, Inc., 05-6073, Burk-Kleinpeter, LLC, 05-6073, Burk-Kleinpeter, Inc., 05-6314, Burk-Kleinpeter, LLC, 05-6314, Burk-Kleinpeter, LLC, 05-6324, Burk-Kleinpeter, Inc., 05-6327, Burk-Kleinpeter, LLC, 05-6327, Burk-Kleinpeter, Inc., 06-20, Burk-Kleinpeter, L.L.C., 06-20, Burk-Kleinpeter, Inc, 06-886, Burk-Kleinpeter, LLC, 06-886, Burk-Kleinpeter, Inc., 06-2346, Burk

2007 U.S. Dist. LEXIS 82887, *112

Kleinpeter, Inc., 05-4181, Burk-Kleinpeter, Inc., 06-4065, Burk-Kleinpeter, L.L.C., 06-4065, Burk-Kleinpeter, Inc., 06-4931, Burk Kleinpeter, Inc., 06-4389, Burk-Kleinpeter, Inc., 06-4634, Burk-Kleinpeter, LLC, 06-4634, Burk-Kleinpeter, Inc., 06-5308, Burk-Kleinpeter, LLC, 06-5308, Burk-Kleinpeter, Inc., 06-5032, Burk-Kleinpeter, L.L.C., 06-5032, Burk-Kleinpeter, Inc., 06-5163, Burk-Kleinpeter, [*113] Inc., 06-5260, Burk-Kleinpeter, LLC, 06-5260, Burk-Kleinpeter, Inc., 06-5937, Burk-Kleinpeter, LLC, 06-5937, Burk-Kleinpeter, Inc., 06-5785, Burk-Kleinpeter, LLC, 06-5785, Burk Kleinpeter, Inc., 06-5786, Burk-Kleinpeter, Inc., 06-5042, Burk Kleinpeter, Inc., 06-5471, Burk-Kleinpeter, Inc., 07-1113, Burk-Kleinpeter, LLC, 07-1113, Burk-Kleinpeter, Inc., 07-1349, Burk-Kleinpeter, LLC, 07-1349, Consol Defendants: Charles F. Seemann, Jr., LEAD ATTORNEY, Deutsch, Kerrigan & Stiles LLP, New Orleans, LA.

For James Construction Group, LLC, 05-5237, James Construction Group, LLC, 05-6314, James Construction Group, LLC, 05-6324, James Construction Group, LLC, 05-6327, James Construction Group, LLC, 06-886, James Construction Group, L.L.C., 06-20, Improperly named as James Construction Group, Inc., James Construction Group, L.L.C., 06-2287, James Construction Group, LLC, 06-2278, James Construction Group, L.L.C., 06-4065, James Construction Group, LLC, 06-4634, James Construction Group, L.L.C., 06-5308, James Construction Group, LLC, 06-5032, James Construction Group, LLC, 06-5260, James Construction Group, LLC, 06-5937, James Construction Group, LLC, 06-5785, James Construction Group, LLC, [*114] 06-6642, formerly known as Iafrate Construction, LLC, James Construction Group, LLC, 07-1349, Consol Defendants: Richard John Tyler, LEAD ATTORNEY, Emily E. Eagan, Jones, Walker, Waechter, Poitevent, Carrere & Denegre, New Orleans, LA.

For Modjeski and Masters, Inc., 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-20, 06-886, 05-4181, 06-2287, 06-2346, 06-2278, 06-2545, Modjeski and Masters, Inc., 06-225, 06-4065, 06-4931, 06-4389, 06-5367, 06-4634, 06-5308, 06-5032, 06-5163, 06-5260, 06-5937, 06-6473, 06-5785, 06-5786, 06-6642, 06-5042, 06-5471, 07-1289, 07-1288, 07-1113, 07-1349, Consol Defendants: Francis J. Barry, Jr., LEAD ATTORNEY, Ellis B. Murov, Frederick R. Bott, Keith J. Bergeron, Scott Hedlund, Deutsch, Kerrigan & Stiles LLP, New

Orleans, LA; John Wayne Martinez, Waller & Associates, Mandeville, LA.

For Sewerage and Water Board of New Orleans, 05-5237, Sewerage and Water Board of New Orleans, 05-6073, Sewerage and Water Board of New Orleans, 05-6314, Sewerage and Water Board, 05-6324, Sewerage and Water Board of New Orleans, 05-6327, Sewerage and Water Board of New Orleans, 05-4181, Sewerage and Water Board of New Orleans, 06-225, Sewerage and Water Board of [*115] New Orleans, 06-2287, Sewerage and Water Board of New Orleans, 06-2346, Sewerage and Water Board of New Orleans, 06-2278, Sewerage and Water Board of New Orleans, 06-2545, Sewerage and Water Board of New Orleans, 06-4065, Sewerage and Water Board of New Orleans, 06-4931, Sewerage and Water Board of New Orleans, 06-4389, Sewerage and Water Board of New Orleans, 06-5159, Sewerage and Water Board of New Orleans, 06-5161, Sewerage and Water Board of New Orleans, 06-4634, Sewerage and Water Board of New Orleans, 06-5131, Sewerage and Water Board of New Orleans, 06-5308, New Orleans Sewerage & Water Board, 06-5032, New Orleans Sewerage and Water Board, 06-5163, Sewerage and Water Board of New Orleans, 06-5260, Sewerage & Water Board of New Orleans, 06-5116, Sewerage & Water Board of New Orleans, 06-5127, Sewerage and Water Board of New Orleans, 06-6473, Sewerage and Water Board of New Orleans, 06-5786, Sewerage and Water Board of New Orleans, 06-7682, Sewerage and Water Board of New Orleans, 06-8708, Sewerage and Water Board of New Orleans, 06-6099, Sewerage and Water Board of New Orleans, 06-6642, Sewerage and Water Board of New Orleans, 06-5042, Sewerage and Water Board of New Orleans, [*116] (06-20) incorrectly sued as Orleans Parish Sewerage and Water Board, Sewerage and Water Board of New Orleans, 07-993, New Orleans Sewerage and Water Board, 07-1284, Sewerage and Water Board of New Orleans, 07-1289, Sewerage and Water Board of New Orleans, 07-1288, Sewerage and Water Board of New Orleans, 07-1113, Consol Defendants: George R. Simno, III, LEAD ATTORNEY, Gerard Michael Victor, Sewerage & Water Board Legal Department, New Orleans, LA; Charles Munson Lanier, Jr., Gregory Scott LaCour, J. Warren Gardner, Jr., Kevin Richard Tully, Christovich & Kearney, LLP, New Orleans, LA.

For St. Paul Fire and Marine Insurance Company, 05-5237, St. Paul Fire and Marine Insurance Company,

2007 U.S. Dist. LEXIS 82887, *116

05-6073, St. Paul Fire and Marine Insurance Company, 05-6314, St. Paul Fire and Marine Insurance Company, 05-6324, St. Paul Fire and Marine Insurance Company, 05-6327, New Orleans Sewerage & Water Board, 06-886, St. Paul Fire and Marine Insurance Company, 05-4181, St. Paul Fire and Marine Insurance Company, 06-2287, St. Paul Fire and Marine Insurance Company, 06-2346, St. Paul Fire and Marine Insurance Company, 06-2545, St. Paul Fire and Marine Insurance Company, 06-4931, St. Paul Fire and Marine [*117] Insurance Company, 06-5164, St. Paul Fire and Marine Insurance Company, 06-5032, St. Paul Fire and Marine Insurance Company, 06-5937, St. Paul Fire and Marine Insurance Company, 06-6473, St. Paul Fire and Marine Insurance Company, 06-5042, St. Paul Fire & Marine Insurance Company, 07-1284, St. Paul Fire and Marine Insurance Company, 07-1285, St. Paul Fire and Marine Insurance Company, 07-1286, St. Paul Fire and Marine Insurance Company, 07-1288, St. Paul Fire and Marine Insurance Company, 07-1271, St. Paul Fire and Marine Ins. Co., 07-1113, St. Paul Fire and Marine Insurance Company, 07-1349, Consol Defendants: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Joseph Pierre Guichet, Rachel Ann Meese, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Virginia Wrecking Company, Inc., 05-5237, Virginia Wrecking Company, Inc., 05-6073, Virginia Wrecking Company, Inc., 05-6314, Virginia Wrecking Company, Inc., 06-20, Virginia Wrecking Company, Inc., 06-2278, Virginia Wrecking Co., Inc., 06-5032, Virginia Wrecking Company, Inc., 06-5785, Virginia Wrecking Company, Inc., 07-1349, Consol Defendants: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Wade Antoine Langlois, III, Gaudry, [*118] Ranson, Higgins & Gremillion, LLC, Gretna, LA; Thomas W. Darling, Gaudry, Ranson, Higgins & Gremillion, LLC, Baton Rouge, LA.

For Board of Commissioners for the Orleans Levee District, 05-6073, Board of Commissioners for the Orleans Levee District, 05-6314, Board of Commissioners for the Orleans Levee District, 05-6324, Board of Commissioners for the Orleans Parish Levee District, 06-20, Board of Commissioners for the Orleans Levee District, 06-886, Board of Commissioners for the Orleans Parish Levee District, 06-2346, Board of Commissioners for the Orleans Levee District, 06-7682, Board of Commissioners For the Orleans Levee District, 06-6642, Board of Commissioners for the Orleans Levee

District, 06-5042, Board of Commissioners for the Orleans Levee District for the Parish of Orleans, 06-5895, Consol Defendants: Ben Louis Mayeaux, LEAD ATTORNEY, Gregory Alan Koury, James L. Pate, Laborde & Neuner, Lafayette, LA; Thomas P. Anzelmo, LEAD ATTORNEY, Andre Jude Lagarde, Darcy Elizabeth Decker, Kyle P. Kirsch, Mark Emerson Hanna, McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel, Metairie, LA.

For C. R. Pittman Construction Company, Inc., 05-6073, Consol Defendant: Darin J. McMullen, [*119] John N. Ellison, Anderson Kill & Olick, PC, Philadelphia, PA.

For Eustis Engineering Company, Inc., 05-4181, 05-6073, 05-6314, 05-6327, 06-20, 06-2346, 06-2545, 06-4634, 06-5042, 06-3418, Consol Defendant: Mat M. Gray, III, LEAD ATTORNEY, Alanson Trigg Chenault, Fowler, Rodriguez & Chalos, LLP, New Orleans, LA; Thomas Francis Gardner, LEAD ATTORNEY, Erin E. Dearie, Gardner & Kewley, APLC, Metairie, LA.

For James Construction Group, LLC, 05-6073, Consol Defendant: Richard John Tyler, LEAD ATTORNEY, Emily E. Eagan, Jones, Walker, Waechter, Poitevent, Carrere & Denegre, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Louisiana Department of Transportation and Development, 05-6073, Consol Defendant: Michael Courtney Keller, LEAD ATTORNEY, Louisiana Department of Justice, Litigation Division, New Orleans, LA; Phyllis Esther Glazer, Louisiana Department of Justice, Office of the Attorney General - Litigation Division, New Orleans, LA.

For New Orleans City, 05-6073, New Orleans City, 05-6314, New Orleans City, 05-6324, New Orleans City, 05-6327, New Orleans City, 06-886, New Orleans City, 05-4181, Consol Defendants: Joseph Vincent DiRosa, Jr., LEAD ATTORNEY, Heather [*120] M. Valliant, Penya M. Moses-Fields, Victor L Papai, Jr., City Attorney's Office, New Orleans, LA.

For Pittman Construction Co. of LA., Inc., 05-6073, Pittman Construction Co. of Louisiana, Inc., 06-2278, Pittman Construction Co. of LA., Inc., 06-5260, Consol Defendants: Lawrence D. Wiedemann, LEAD ATTORNEY, Wiedemann & Wiedemann, New Orleans, LA.

For Washington Group International, Inc., 05-6073, Washington Group International, Inc., 05-6314, Washington Group International, Inc., 05-6324, Washington Group International, Inc., 05-6327, Washington Group International, Inc., 06-20, Washington Group International, Inc., 06-886, Washington Group International, Inc., 06-225, Washington Group International, Inc., 06-2287, Washington Group International, Inc., 05-5237, Washington Group International, Inc., 06-2278, Consol Defendants: William D. Treeby, LEAD ATTORNEY, Carmelite M. Bertaut, Heather Shauri Lonian, John M. Landis, Stone Pigman Walther Wittmann, LLC, New Orleans, LA; Christopher R. Farrell, Jones Day, Washington, DC; Jerome R. Doak, Jones, Day, Reavis & Pogue, Dallas, TX.

For Hanover Insurance Company, 05-6323, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Joseph [*121] Pierre Guichet, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA; Andrew R. Greene, David R. Simonton, Kevin P. Kamraczewski, Paul E.B. Glad, Sonnenschein, Nath & Rosenthal, Chicago, IL.

For Hartford Insurance Company of the Midwest, 05-6323, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Joseph Pierre Guichet, Seth Andrew Schmeeckle, Simeon B. Reimonenq, Jr., Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA; Christopher W. Martin, Martin R. Sadler, Martin, Disiere, Jefferson & Wisdom, LLP, Houston, TX.

For Standard Fire Insurance Company, 05-6323, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Joseph Pierre Guichet, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA; Gregory P. Varga, Stephen E. Goldman, Wystan M. Ackerman, Robinson & Cole LLP, Hartford, CT.

For State Farm Fire & Casualty Company, 05-6323, Consol Defendant: Wayne J. Lee, LEAD ATTORNEY, Lesli D. Harris, Sarah House Barcellona, Stephen G. Bullock, Stone Pigman Walther Wittmann, LLC, New Orleans, LA; Heather Cheesbro, Lobman, Carnahan, Batt, Angelle & Nader, New Orleans, LA; Joseph James Aguda, Jr., Nielsen [*122] Law Firm, Metairie, LA.

For Unitrin Preferred Insurance Company, 05-6323, Consol Defendant: Neil Charles Abramson, LEAD ATTORNEY, Nora Bolling Bilbro, Phelps Dunbar, LLP,

New Orleans, LA; Ralph Shelton Hubbard, III, LEAD ATTORNEY, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Boh Brothers Construction Company, LLC, 05-6324, 05-4191, 05-5237, 05-6073, 05-6314, 05-6327, 06-20, 06-886, 06-225, 06-2287, 06-2346, 06-2278, 06-2545, Boh Brothers Construction Company, LLC, 07-1349, 07-1113, 07-1289, 07-1288, 06-8708, 06-5786, 06-5785, 06-6473, 06-5937, 06-5260, 06-5163, 06-5032, 06-5308, 06-4634, 06-6642, 06-5367, 06-5161, 06-5159, 06-5042, 06-4389, 06-4931, 06-4065, Consol Defendants: Michael R.C. Riess, LEAD ATTORNEY, Charles Bruce Colvin, Kingsmill Riess, LLC, New Orleans, LA; Terrence L. Brennan, Deutsch, Kerrigan & Stiles LLP, New Orleans, LA.

For Burk-Kleinpeter, Inc., 05-6324, Burk-Kleinpeter, Inc., 06-2287, Burk-Kleinpeter, L.L.C., 06-2287, Consol Defendants: Charles F. Seemann, Jr., LEAD ATTORNEY, Deutsch, Kerrigan & Stiles LLP, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For B&K Construction Company, Inc., 05-6327, 05-5237, 05-6073, 05-6314, [*123] 05-6324, 06-20, 06-886, 06-225, 06-2287, 06-2346, 06-2278, 05-4181, 06-5032, Consol Defendant: Herman C. Hoffmann, Jr., LEAD ATTORNEY, Betty Finley Mullin, Wade Michael Bass, Simon, Peragine, Smith & Redfearn, LLP, New Orleans, LA.

For Pittman Construction Company, Inc., 06-20, Pittman Construction Co., Inc, 06-225, Consol Defendants: Robert Craig Stern, LEAD ATTORNEY, Killeen & Stern, PC, New Orleans, LA; Robert Joseph Killeen, Jr., Killeen & Stern, PC, Houston, TX.

For United States of America, 06-20, 05-4181, 06-2152, 06-1885, Consol Defendant: Alex Kriegsman, LEAD ATTORNEY, U.S. Department of Justice, Environmental & Natural Resources Division, Washington, DC; Catherine J. Finnegan, James F. McConnon, Jr., Richard R. Stone, Sr., Robin D. Smith, Stephen G. Flynn, LEAD ATTORNEYS, Kara K. Miller, Paul Marc Levine, Sharon K Shutler, Tara Ann Bowman, Traci L. Colquette, U. S. Department of Justice, Torts Branch, Civil Division, Washington, DC; Brian E. Bowcut, Michele S. Greif, Theodore L. Hunt, U.S. Department of Justice, Washington, DC; Keith H. Liddle, U.S. Department of Justice, Civil Division, Washington, DC.

For Board of Commissioners for the Orleans Parish Levee District, [*124] 06-151, Board of Commissioners For the Orleans Levee District, 06-152, Board of Commissioners for the Orleans Levee District, 06-153, Board of Commissioners for the Orleans Levee District, 06-169, Consol Defendants: Thomas P. Anzelmo, Darcy Elizabeth Decker, James C. Rather, Jr., McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel, Metairie, LA.

For Unidentified Parties, 06-225, Consol Defendant: Richard R. Stone, Sr., U.S. Department of Justice, Torts Branch, Civil Division, Washington, DC.

For Allstate Indemnity Company, 06-1672; 06-1673; 06-1674; 06-5164; 06-5383; 06-4915; 06-4746; 06-5370; 06-7759; 06-2919; 05-6323, Consol Defendant: James F. Ryan, LEAD ATTORNEY, Donovan & Lawler, Metairie, LA; Judy Y. Barrasso, LEAD ATTORNEY, Catherine Fornias Giarrusso, Edward R. Wicker, Jr., Laura Spansel Gravener, Susan Muller Rogge, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA; Kendra Kekelis Hartman, Richard L. Fenton, Sonnenschein, Nath & Rosenthal, Chicago, IL.

For Allstate Insurance Company, 06-1672, Allstate Insurance Company, 06-1673, Allstate Insurance Company, 06-1674, Consol Defendants: Judy Y. Barrasso, LEAD ATTORNEY, Catherine Fornias Giarrusso, Edward [*125] R. Wicker, Jr., Laura Spansel Gravener, Susan Muller Rogge, Sonnenschein, Nath & Rosenthal, Chicago, IL; Mary Dawn Pugh, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For American Insurance Company, 06-1672, 06-1673, 06-1674, 06-5164,. 06-8892, 06-6163, Consol Defendant: Lawrence J. Duplass, LEAD ATTORNEY, C. Michael Pfister, Kelly Cambre Bogart, Kevin R. Derham, Nicole McDaniel Bowen, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For State Farm Fire & Casualty Company, 06-1672, Consol Defendant: Wayne J. Lee, LEAD ATTORNEY, Sarah House Barcellona, Stephen G. Bullock, Stone Pigman Walther Wittmann, LLC, New Orleans, LA.

For State Farm Fire and Casualty Company, 06-1673, Consol Defendant: Wayne J. Lee, LEAD ATTORNEY, Sarah House Barcellona, Stephen G. Bullock, Stone Pigman Walther Wittmann, LLC, New Orleans, LA;

Eleanor Weeks Wall, Porteous, Hainkel & Johnson, Baton Rouge, LA.

For State Farm Fire & Casualty Company, 06-1674, State Farm Fire and Casualty Company, 06-5383, State Farm General Insurance Company, 06-5383, State Farm Fire and Casualty Company, (06-5370), State Farm Fire and Casualty Company, 06-9152, Consol Defendants: Wayne J. [*126] Lee, LEAD ATTORNEY, Lesli D. Harris, Sarah House Barcellona, Stephen G. Bullock, Stone Pigman Walther Wittmann, LLC, New Orleans, LA.

For Kathleen Blanco, 05-4181; 06-6099; 06-5786, Consol Defendant: Michael Courtney Keller, LEAD ATTORNEY, Stephen F. Babin, Louisiana Department of Justice, Litigation Division, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Phyllis Esther Glazer, Louisiana Department of Justice, Office of the Attorney General - Litigation Division, New Orleans, LA.

For Kimberly Williamson Butler, 05-4181 - Clerk of Court, Orleans Parish Criminal District Court, Consol Defendant: Belhia V. Martin, LEAD ATTORNEY, Belhia V. Martin, Attorney at Law, New Orleans, LA; Deborah Louise Wilson, Deborah L. Wilson, Attorney at Law, New Orleans, LA.

For Edwin Compass, III, 05-4181 - former Superintendent of Police, C Ray Nagin, 05-4181 - Honorable Mayor, Consol Defendants: James Bryan Mullaly, LEAD ATTORNEY, Joseph Vincent DiRosa, Jr., City Attorney's Office, New Orleans, LA.

For Eddie Jordan, 05-4181 - District Attorney, both individually & in his elected capacity, Consol Defendant: William David Aaron, Jr., LEAD ATTORNEY, Richard Anthony Goins, Goins Aaron, [*127] APLC, New Orleans, LA.

For Louisiana State, 05-4181, Johnny D. Bradberry, 06-4389; Individually and in his official capacity as Secretary of the Department of Transportation and Development, State of Louisiana, Louisiana Department of Transportation and Development, 06-5260, Louisiana State, 06-6099, Department of Transportation And Development, State of Louisiana, 06-6099, Johnny D. Bradberry, 06-6099, Governor's Office of Homeland Security and Emergency Preparedness, 06-6099, Jeff Smith, 06-6099, Department of Social Services, State of Louisiana, 06-6099, Ann S Williams, 06-6099, Louisiana

Department of Public Safety and Corrections, 06-6099, Richard L. Stalder, 06-6099, Consol Defendants: Michael Courtney Keller, LEAD ATTORNEY, Stephen F. Babin, Louisiana Department of Justice, Litigation Division, New Orleans, LA; Phyllis Esther Glazer, Louisiana Department of Justice, Office of the Attorney General - Litigation Division, New Orleans, LA.

For Gulf Group, Inc. of Florida, 06-225, Gulf Group, Inc. of Florida, 06-2278, Gulf Group, Inc. of Florida, 06-2545, Gulf Group, Inc. of Florida, 06-4065, Gulf Group, Inc. of Florida, 06-5367, Gulf Group, Inc. of Florida, 06-5308, Gulf Group, [*128] Inc. of Florida, 06-5032, Gulf Group Inc. of Florida, 06-5163, Gulf Group Inc. of Florida, 06-5260, Gulf Group, Inc. of Florida, 06-5937, Gulf Group Inc., of Florida, 06-6473, Gulf Group Inc., of Florida, 06-6642, Gulf Group, Inc. of Florida, 07-1113, Gulf Group Inc., of Florida, 07-1349, Consol Defendants: Glenn B. Adams, LEAD ATTORNEY, Michael W. Collins, Porteous, Hainkel & Johnson, New Orleans, LA; Bryan Joseph Haydel, Jr., Eleanor Weeks Wall, James Eric Johnson, Porteous, Hainkel & Johnson, Baton Rouge, LA.

For Board of Commissioners for the Orleans Levee District, 06-2287, Consol Defendant: Thomas P. Anzelmo, LEAD ATTORNEY, Andre Jude Lagarde, Darcy Elizabeth Decker, Kyle P. Kirsch, Mark Emerson Hanna, McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel, Metairie, LA; Ben Louis Mayeaux, James L. Pate, Laborde & Neuner, Lafayette, LA.

For New Orleans City, 06-2287, Consol Defendant: Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For United States of America, 06-2346, 06-5159,06-5161, 06-4634, 06-5163, 06-2268, 06-2824, 06-4024, 06-3552, 06-5162, 06-5260, 06-5771, 06-6099, 06-5155, 06-5042, 07-621, 07-647, 07-206, 07-1284, 07-1285, 07-1289, 07-1286, 07-1288, 07-1271, 07-1113, 06-5307, [*129] Consol Defendant: Alex Kriegsman, LEAD ATTORNEY, U.S. Department of Justice, Environmental & Natural Resources Division, Washington, DC; Catherine J. Finnegan, James F. McConnon, Jr., LEAD ATTORNEYS, Brian E. Bowcut, Kara K. Miller, Michele S. Greif, Paul Marc Levine, Richard R. Stone, Sr., Robin D. Smith, Sharon K Shutler, Tara Ann Bowman, Theodore L. Hunt, Traci L. Colquette, U. S. Department of Justice, Torts Branch, Civil Division, Washington, DC; Stephen G. Flynn, LEAD ATTORNEY, U. S. Department of Justice,

Washington, DC; Keith H. Liddle, U.S. Department of Justice, Civil Division, Washington, DC.

For C.R. Pittman Construction Company, Inc., 06-2278, C.R. Pittman Construction Company, Inc., 06-5163, formerly known as Green Wave Construction Company, Inc., C.R. Pittman Construction Company, Inc., 06-6473, Consol Defendants: Gerald A. Melchiode, LEAD ATTORNEY, Jason J. Markey, Galloway, Johnson, Tompkins, Burr & Smith, New Orleans, LA.

For United States Army Corps of Engineers, 06-2268, 06-5159, 06-5162, 06-4634, 06-6099, 06-9147, 06-1850, 06-3552, 06-5161, 06-5163, 07-1113, 07-1286, 07-1288, 07-5307, 07-647, 07-1284, 07-1285, 07-1289, 06-5127, 06-5118, 06-5128, 06-5131, 06-5132, [*130] 06-5137, 06-5140, 06-5142, 06-5134, 06-5116, 06-4931, Consol Defendant: Alex Kriegsman, LEAD ATTORNEY, U.S. Department of Justice, Environmental & Natural Resources Division, Washington, DC; Eric G. Hostetler, LEAD ATTORNEY, U. S. Department of Justice, Environmental Defense Section, Washington, DC; Jean Michel Voltaire, LEAD ATTORNEY, U. S. Department of Justice, Federal Programs Branch, Civil Division, Washington, DC; Kara K. Miller, Richard R. Stone, Sr., LEAD ATTORNEYS, Traci L. Colquette, U. S. Department of Justice, Torts Branch, Civil Division, Washington, DC; Brian E. Bowcut, Michele S. Greif, Theodore L. Hunt, U.S. Department of Justice, Washington, DC; Traci L. Colquette, U. S. Department of Justice, Torts Branch, Civil Division, Washington, DC.

For Bean Dredging Corporation, 06-2152, formerly known as Eagle Dredging Corporation, Bean Dredging Corporation, 06-2152, formerly known as Falcon Dredging Corporation, Bean Horizon Corporation, 06-2152, Bean Horizon LLC, 06-2152, Bean Stuyvesant, L.L.C., 06-2152, CF Bean LLC, 06-2152, Royal Boskalis Westminster N.V., 06-2152, Stuyvesant Dredging Co., L.L.C., 06-2152, Stuyvesant Dredging Company, 06-2152, Stuyvesant Dredging, [*131] Inc., 06-2152, Bean Dredging, L.L.C., 06-2824, Bean Dredging Corporation, 06-2824, formerly known as Falcon Dredging Corporation formerly known as Eagle Dredging Corporation, C.F. Bean, L.L.C., 06-2824, Bean Horizon Corporation, 06-2824, Bean Horizon L.L.C., 06-2824, Bean Stuyvesant, L.L.C., 06-2824, Stuyvesant Dredging Company, 06-2824, Stuyvesant Dredging, Inc., 06-2824, Stuyvesant Dredging Co., L.L.C., 06-2824, Royal Boskalis Westminster N.V., 06-2824, Bean Dredging,

2007 U.S. Dist. LEXIS 82887, *131

L.L.C., 06-4066, Bean Dredging Corporation, 06-4066, formerly known as Eagle Dredging Corporation, Bean Dredging Corporation, 06-4066, formerly known as Falcon Dredging Corporation, C.F. Bean, L.L.C., 06-4066, C.F. Bean Corporation, 06-4066, formerly known as C.F. Bean, Inc., Bean Horizon Corporation, 06-4066, Bean Horizon L.L.C., 06-4066, Bean Stuyvesant, L.L.C., 06-4066, Stuyvesant Dredging Company, 06-4066, Stuyvesant Dredging, Inc., 06-4066, Stuyvesant Dredging Co., L.L.C., 06-4066, Royal Boskalis Westminster N.V., 06-4066, Bean Dredging, L.L.C., 06-5162, Bean Dredging Corporation, 06-5162, formerly known as Eagle Dredging Corporation, Bean Dredging Corporation, 06-5162, formerly known as Falcon Dredging [*132] Corporation, C.F. Bean, L.L.C., 06-5162, C.F. Bean Corporation, 06-5162, formerly known as C.F. Bean, Inc., Bean Horizon Corporation, 06-5162, Bean Horizon L.L.C., 06-5162, Bean Stuyvesant, L.L.C., 06-5162, Stuyvesant Dredging Company, 06-5162, Stuyvesant Dredging, Inc., 06-5162, Stuyvesant Dredging Co., L.L.C., 06-5162, Royal Boskalis Westminster N.V., 06-5162, Bean Dredging, L.L.C., 06-5260, Bean Dredging Corporation, 06-5260, formerly known as Eagle Dredging Corporation, Bean Dredging Corporation, 06-5260, formerly known as Falcon Dredging Corporation, C.F. Bean, L.L.C., 06-5260, C.F. Bean Corporation, 06-5260, formerly known as C.F. Bean, Inc., Bean Horizon Corporation, 06-5260, Bean Horizon L.L.C., 06-5260, Bean Stuyvesant, L.L.C., 06-5260, Stuyvesant Dredging Company, 06-5260, Stuyvesant Dredging, Inc., 06-5260, Stuyvesant Dredging Co., L.L.C., 06-5260, Royal Boskalis Westminster N.V., 06-5260, Bean Dredging, L.L.C., 06-5155, C.F. Bean, L.L.C., 06-5155, Bean Stuyvesant, L.L.C., 06-5155, Stuyvesant Dredging Company, 06-5155, Stuyvesant Dredging, Inc., 06-5155, Royal Boskalis Westminster N.V., 06-5155, Consol Defendants: William Everard Wright, Jr., LEAD ATTORNEY, Kelly [*133] Theard, Terrence L. Brennan, Deutsch, Kerrigan & Stiles LLP, New Orleans, LA.

For Bean Dredging, L.L.C., 06-2152, Consol Defendant: William Everard Wright, Jr., LEAD ATTORNEY, Kelly Theard, Terrence L. Brennan, Deutsch, Kerrigan & Stiles LLP, New Orleans, LA; Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz, PC, New Orleans, LA.

For Great Lakes Dredge & Dock Company, 06-2152, Great Lakes Dredge & Dock Company, L.L.C. of Louisiana, 06-2152, Great Lakes Dredge & Dock Corporation of Delaware, 06-2152, Great Lakes Trailing Company, 06-2152, NATCO Dredging Limited Partnership, 06-2152, NATCO Dredging Limited Partnership, 06-2824, Consol Defendants: James H. Roussel, LEAD ATTORNEY, Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz, PC, New Orleans, LA; Duane M. Kelley, Jack J. Crowe, Winston & Strawn, LLP, Chicago, IL.

For Gulf Coast Trailing Company, 06-2152, TUIC, L.L.C., 06-2152, Consol Defendants: Arthur Gordon Grant, Jr., LEAD ATTORNEY, Joseph Patrick Tynan, Philip S. Brooks, Jr., Ronald Joseph Kitto, Montgomery Barnett, New Orleans, LA; Michaela E. Noble, Lemle & Kelleher, LLP, New Orleans, LA; Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz, PC, New [*134] Orleans, LA.

For King Fisher Marine Service, Inc., 06-2152, King Fisher Marine Service, L.P., 06-2152, Consol Defendants: Richard Abelard Cozad, LEAD ATTORNEY, Emma Alexandra Mekinda, Michael L. McAlpine, McAlpine & Cozad, New Orleans, LA; Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz, PC, New Orleans, LA.

For Luhr Bros Inc, 06-2152, Consol Defendant: William J. Larzelere, Jr., LEAD ATTORNEY, Angie Arceneaux Akers, T. Justin Simpson, Larzelere Picou Wells Simpson Lonero, LLC, Metairie, LA; John F. Emmett, Emmett, Cobb, Waits & Henning, New Orleans, LA; Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz, PC, New Orleans, LA.

For Manson Construction Co., 06-2152, also known as Manson Construction & Engineering Co., Consol Defendant: Christian E. Daigle, Phelps Dunbar, LLP, New Orleans, LA; Evans Martin McLeod, Phelps Dunbar LLP, Houston, TX.

For Manson Gulf LLC, 06-2152, Manson Gulf, LLC, 06-2824, Manson Construction Co., 06-4066, also known as Manson Construction & Engineering Co., Manson Gulf, LLC, 06-4066, Great Lakes Dredge and Dock Company, L.L.C. of Louisiana, 06-5155, Consol Defendants: George Moore Gilly, LEAD ATTORNEY, Christian E. Daigle, William Joseph [*135] Riviere, Phelps Dunbar, LLP, New Orleans, LA; Evans Martin McLeod, Phelps Dunbar LLP, Houston, TX.

Case 2:05-cv-04182-SRD-JCW   Document 15549-61   Filed 09/29/08   Page 37 of 79

Page 37
2007 U.S. Dist. LEXIS 82887, *135

For Mike Hooks Inc, 06-2152, T.L. James & Company, Inc., 06-5162, Consol Defendants: Samuel B. Gabb, LEAD ATTORNEY, Thomas Patrick LeBlanc, Loftin, Cain, Gabb and LeBlanc, Lake Charles, LA; Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz, PC, New Orleans, LA.

For Pine Bluff Sand and Gravel Company, 06-2152, Consol Defendant: Andre J. Mouledoux, LEAD ATTORNEY, Clarence William Emory, Daniel J. Hoerner, Jacques P. DeGruy, Mouledoux, Bland, Legrand & Brackett, LLC, New Orleans, LA; Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz, PC, New Orleans, LA.

For T.L. James Marine, L.L.C., 06-2152, TL James and Company, Inc., 06-2152, TL James Marine Inc, 06-2152, Consol Defendants: Arthur Gordon Grant, Jr., LEAD ATTORNEY, Joseph Patrick Tynan, Philip S. Brooks, Jr., Montgomery Barnett, New Orleans, LA.

For Weeks Marine Inc, 06-2152, Weeks Marine, Inc., 06-4066, Consol Defendants: James A. Cobb, Jr., LEAD ATTORNEY, Matthew F. Popp, Randolph J. Waits, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; John F. Emmett, Emmett, Cobb, Waits & Henning, New Orleans, LA; Nyka M. Scott, [*136] Baker Donelson Bearman Caldwell & Berkowitz, PC, New Orleans, LA.

For C.R. Pittman Construction Company, Inc., 06-2545, C.R. Pittman Construction Company, Inc., 06-4065, C.R. Pittman Construction Company, Inc., 06-5367, C.R. Pittman Construction Company, Inc., 06-5032, C.R. Pittman Construction Company, Inc., 06-5260, C.R. Pittman Construction Company, Inc., 06-5785, C.R. Pittman Construction Company, Inc., 06-6642, Consol Defendants: Gerald A. Melchiode, LEAD ATTORNEY, Jason J. Markey, Larry Gene Canada, Galloway, Johnson, Tompkins, Burr & Smith, New Orleans, LA.

For AAA Homeowners Auto Club Family Insurance Company, 06-1672, 06-1673, 06-1674, Consol Defendant: Alan J. Yacoubian, LEAD ATTORNEY, Neal J. Favret, Johnson, Johnson, Barrios & Yacoubian, New Orleans, LA; Thomas M. Richard, LEAD ATTORNEY, Chopin, Wagar, Richard, & Kutcher, LLP, Metairie, LA; Wayne Robert Maldonado, LEAD ATTORNEY, William Harry Eckert, Ungarino & Eckert, LLC, Metairie, LA.

For Aegis Security Insurance Company, 06-1672,

06-1673, 06-1674, Consol Defendant: Maura Zivalich Pelleteri, LEAD ATTORNEY, Amy S. Malish, Andrea A. Mittleider, Krebs, Farley & Pelleteri, LLC, New Orleans, LA.

For Encompass Insurance [*137] Company of America, 06-1672, 06-1673, 06-1674, Consol Defendant: Edward R. Wicker, Jr., Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Great Northern Insurance Company, 06-1672, 06-1673, 06-1674, Consol Defendant: Steven W. Usdin, LEAD ATTORNEY, Edward R. Wicker, Jr., Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA; Brian Joseph Capitelli, U. S. Attorney's Office, New Orleans, LA.

For Hanover Insurance Company, 06-1672, 06-1673, 06-1674, Consol Defendant: Kevin P. Kamraczewski, LEAD ATTORNEY, Andrew R. Greene, Sonnenschein, Nath & Rosenthal, Chicago, IL; Ralph Shelton Hubbard, III, LEAD ATTORNEY, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Lafayette Insurance Company, 06-1672, 06-1673, 06-1674, Consol Defendant: William John Wegmann, Jr., LEAD ATTORNEY, Orr Adams, Jr., Law Firm of William J. Wegmann, Metairie, LA; Howard Bruce Kaplan, Bernard, Cassisa, Elliott & Davis, Metairie, LA.

For Lexington Insurance Company, 06-1672, 06-1673, 06-1674, Consol Defendant: John E. Baay, II, Robert I. Siegel, LEAD ATTORNEYS, Gieger, Laborde & Laperouse, LLC, New Orleans, LA; Daniel W. Nelson, Gibson, Dunn & Crutcher, [*138] Washington, DC.

For Liberty Mutual Fire Insurance Company, 06-1672, 06-1673, 06-1674, Consol Defendant: H. Minor Pipes, III, LEAD ATTORNEY, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA; William Ross DeJean, Nielsen Law Firm, Metairie, LA.

For Louisiana Citizens Property Insurance Corporation, 06-1672, 06-1673, 06-1674, Louisiana Citizens Property Insurance Corporation, (06-5370), Audubon Insurance Company of Louisiana, (06-5370), Louisiana Citizens Fair Plan Company, (06-5370), Consol Defendants: John William Waters, Jr., LEAD ATTORNEY, David Edward Walle, Gregory John McDonald, Bienvenu, Foster, Ryan & O'Bannon, New Orleans, LA.

For Traveler's Property Casualty Company of America, 06-1672, 06-1673, 06-1674, Hartford Insurance Company of the Midwest, 06-5164, Horace Mann Property & Casualty, (06-4529), Consol Defendants: Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Gotech, Inc., 05-6073, Gotech, Inc., 06-4389, GeoTech, Inc., 06-5260, Gotech, Inc., 06-5786, Consol Defendants: Albert D. Clary, LEAD ATTORNEY, Adrian Girard Nadeau, Long Law Firm, Baton Rouge, LA.

For C.F. Bean Corporation, 06-2824, formerly known as C.F. [*139] Bean, Inc., Consol Defendant: William Everard Wright, Jr., LEAD ATTORNEY, Kelly Theard, Terrence L. Brennan, Deutsch, Kerrigan & Stiles LLP, New Orleans, LA; Beth M. Kramer, Crowell & Moring, Washington, DC.

For T.L. James & Company, Inc., 06-2824, Consol Defendant: Arthur Gordon Grant, Jr., LEAD ATTORNEY, Kenneth Joseph Gelpi, Jr., Michaela E. Noble, Philip S. Brooks, Jr., Ronald Joseph Kitto, Montgomery Barnett, New Orleans, LA; Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz, PC, New Orleans, LA.

For T.L. James Marine, Inc., 06-2824, Consol Defendant: Arthur Gordon Grant, Jr., LEAD ATTORNEY, Montgomery Barnett, New Orleans, LA.

For Great Lakes Dredge & Dock Company, 06-2824, Great Lakes Dredge & Dock Company, L.L.C. of Louisiana, 06-2824, Great Lakes Dredge & Dock Corporation of Delaware, 06-2824, Great Lakes Trailing Company, 06-2824, Consol Defendants: Duane M. Kelley, Jack J. Crowe, Winston & Strawn, LLP, Chicago, IL; Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz, PC, New Orleans, LA.

For Weeks Marine Inc, 06-2824, Weeks Marine, Inc., 06-5260, Luhr Bros., Inc., 06-5260, Consol Defendants: James A. Cobb, Jr., LEAD ATTORNEY, Matthew F. Popp, Randolph [*140] J. Waits, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; John F. Emmett, Emmett, Cobb, Waits & Henning, New Orleans, LA.

For Luhr Bros., Inc., 06-2824, Consol Defendant: William J. Larzelere, Jr., LEAD ATTORNEY, Larzelere Picou Wells Simpson Lonero, LLC, Metairie, LA; Nyka

M. Scott, Baker Donelson Bearman Caldwell & Berkowitz, PC, New Orleans, LA.

For Manson Construction Co., 06-2824, also known as Manson Construction & Engineering Co., Pine Bluff Sand and Gravel Company, 06-5260, Manson Gulf, L.L.C., 06-5155, Consol Defendants: Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz, PC, New Orleans, LA.

For CSX Corporation, 05-4181, CSX Transportation, Inc., 05-4181, Consol Defendants: Brent A. Talbot, LEAD ATTORNEY, Jonathan Christopher McCall, Michael D. Spencer, Chaffe McCall, LLP, New Orleans, LA; Beth M. Kramer, Scott L. Winkelman, Crowell & Moring, Washington, DC; John Karl Etter, Roy J. Rodney, Jr., Rodney & Etter, LLC, New Orleans, LA.

For CSX Transportation, Inc., 06-20, CSX Corporation, 06-4389, CSX Transportation, Inc., 06-4634, CSX Transportation, Inc., 06-5131, CSX Transportation, Inc., 06-5132, CSX Corporation, 06-5786, CSX Transportation, Inc., 06-5786, CSX [*141] Transportation, Inc., 06-7682, Consol Defendants: Brent A. Talbot, LEAD ATTORNEY, Jonathan Christopher McCall, Michael D. Spencer, Chaffe McCall, LLP, New Orleans, LA; John Karl Etter, Roy J. Rodney, Jr., Rodney & Etter, LLC, New Orleans, LA.

For Standard Fire Insurance Company (improperly named as Travelers Property Casualty Company of America) (06-1672), Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Joseph Pierre Guichet, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA; Stephen E. Goldman, Wystan M. Ackerman, Robinson & Cole LLP, Hartford, CT.

For Francis J Harvey, 06-3552; Secretary of the Army, Consol Defendant: Alex Kriegsman, LEAD ATTORNEY, U.S. Department of Justice, Environmental & Natural Resources Division, Washington, DC; Barbara L. Lyons, Cotchett Pitre & McCarthy, Burlingame, CA.

For Washington Group International, Inc., 06-4065, Washington Group International, Inc., 06-4931, Washington Group International, Inc., 06-4389, Washington Group International, Inc., 06-5159, Washington Group International, Inc., 06-5161, Washington Group International, Inc., 06-4634, Washington Group International, Inc., 06-5308,

2007 U.S. Dist. LEXIS 82887, *141

Washington [*142] Group International, Inc., 06-5032, Washington Group International, Inc., 06-5260, Washington Group International, Inc., 06-5937, Washington Group International, Inc., 06-5785, Washington Group International, Inc., 06-5785, James Construction Group, LLC, 06-5785, Washington Group International, Inc., 06-5786, Washington Group International, Inc., 06-8708, Consol Defendants: William D. Treeby, LEAD ATTORNEY, Carmelite M. Bertaut, Heather Shauri Lonian, John M. Landis, Wayne J. Lee, Stone Pigman Walther Wittmann, LLC, New Orleans, LA; Jerome R. Doak, Jones, Day, Reavis & Pogue, Dallas, TX.

For Virginia Wrecking Company, Inc., 06-4065, Consol Defendant: Thomas Livingston Gaudry, Jr., LEAD ATTORNEY, Wade Antoine Langlois, III, Gaudry, Ranson, Higgins & Gremillion, LLC, Gretna, LA.

For St. Paul Fire and Marine Insurance Company, 06-4065, St. Paul Fire and Marine Insurance Company, 06-4389, St. Paul Fire and Marine Insurance Company, 06-5159, St. Paul Fire and Marine Insurance Company, 06-5161, St. Paul Fire and Marine Insurance Company, 06-4634, St. Paul Fire and Marine Insurance Company, 06-5308, St. Paul Fire and Marine Insurance Company, 06-5163, St. Paul Fire and Marine Insurance [*143] Company, 06-5260, St. Paul Fire and Marine Insurance Company, 06-5786, St. Paul Fire and Marine Insurance Company, 06-8708, St. Paul Fire and Marine Insurance Company, 06-6099, St. Paul Fire & Marine Insurance Company, (06-5471), Consol Defendants: Ralph Shelton Hubbard, III, LEAD ATTORNEY, April Rochelle Roberts, Joseph Pierre Guichet, Rachel Ann Meese, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Gulf Coast Trailing Company, 06-4066, TUIC, L.L.C., 06-4066, T.L. James & Company, Inc., 06-4066, T.L. James Marine, Inc., 06-4066, T.L. James Marine, L.L.C., 06-4066, Gulf Coast Trailing Company TUIC, L.L.C., 06-5155, T.L. James Marine, L.L.C., 06-5155, T.L. James Marine, Inc., 06-5155, T.L. James & Company, Inc., 06-5155, Consol Defendants: Arthur Gordon Grant, Jr., LEAD ATTORNEY, Philip S. Brooks, Jr., Ronald Joseph Kitto, Montgomery Barnett, New Orleans, LA; Michaela E. Noble, Lemle & Kelleher, LLP, New Orleans, LA.

For Great Lakes Dredge & Dock Company, 06-4066, Great Lakes Dredge & Dock Company, L.L.C. of Louisiana, 06-4066, Great Lakes Dredge & Dock Corporation of Delaware, 06-4066, NATCO Dredging Limited Partnership, 06-4066, Great Lakes Trailing Company, [*144] 06-4066, Consol Defendants: James H. Roussel, LEAD ATTORNEY, Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz, PC, New Orleans, LA.

For Mike Hooks Inc, 06-4066, Mike Hooks, Inc., 06-5155, Consol Defendants: Samuel B. Gabb, LEAD ATTORNEY, Thomas Patrick LeBlanc, Loftin, Cain, Gabb and LeBlanc, Lake Charles, LA.

For Luhr Bros., Inc., 06-4066, Consol Defendant: William J. Larzelere, Jr., LEAD ATTORNEY, Angie Arceneaux Akers, T. Justin Simpson, Larzelere Picou Wells Simpson Lonero, LLC, Metairie, LA.

For Pine Bluff Sand and Gravel Company, 06-4066, Pine Bluff Sand and Gravel Company, 06-5162, Pine Bluff Sand and Gravel Company, 06-5155, Consol Defendants: Andre J. Mouledoux, LEAD ATTORNEY, Clarence William Emory, Daniel J. Hoerner, Jacques P. DeGruy, Mouledoux, Bland, Legrand & Brackett, LLC, New Orleans, LA.

For King Fisher Marine Service, Inc., 06-4066, King Fisher Marine Service, L.P., 06-4066, Consol Defendants: Richard Abelard Cozad, LEAD ATTORNEY, Emma Alexandra Mekinda, Michael L. McAlpine, McAlpine & Cozad, New Orleans, LA.

For Great American Insurance Company of New York, 06-3545, Great American Insurance Company of New York, 06-3544, Consol Defendants: George B. Hall, [*145] Jr., LEAD ATTORNEY, Jennifer W. Wall, Phelps Dunbar, LLP, New Orleans, LA.

For Encompass Indemnity Company, 06-1672, 06-1673, 06-1674, Allstate Fire and Casualty Insurance Company, 06-5164, Allstate Property and Casualty Insurance Company, 06-5164, Encompass Property and Casualty Company, 06-5164, Allstate Indemnity Company, 07-2746, Allstate Indemnity Company, 07-2747, Allstate Indemnity Company, 07-2748, Allstate Indemnity Company, 07-2749, Allstate Indemnity Company, 07-2750, Allstate Indemnity Company, 07-2751, Allstate Indemnity Company, 07-2752, Allstate Indemnity Company, 07-2753, Allstate Indemnity Company, 07-2754, Allstate Indemnity Company, 07-2755, Allstate Indemnity Company, 07-2756, Consol Defendants: Judy

Y. Barrasso, LEAD ATTORNEY, Edward R. Wicker, Jr., Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For New Orleans City, 06-4931, Consol Defendant: James Bryan Mullaly, Joseph Vincent DiRosa, Jr., LEAD ATTORNEYS, Penya M. Moses-Fields, City Attorney's Office, New Orleans, LA.

For Board of Commissioners for the Lake Borgne Basin Levee District, 06-4389, Consol Defendant: Lawrence J. Duplass, LEAD ATTORNEY, Andrew D. Weinstock, Duplass, Zwain, Bourgeois, [*146] Morton, Pfister & Weinstock, Metairie, LA.

For B&K Construction Company, Inc., 06-4389, 06-4065, 06-4931, 06-4634, 06-5308, 06-5260, 06-5937, 06-5785, 06-5786, 06-5042, 06-5471, 07-1113, 07-1349, Consol Defendant: Herman C. Hoffmann, Jr., LEAD ATTORNEY, Betty Finley Mullin, Wade Michael Bass, Simon, Peragine, Smith & Redfearn, LLP, New Orleans, LA; Gregory Alan Koury, Laborde & Neuner, Lafayette, LA.

For CSX Transportation, Inc., 06-4389, Consol Defendant: Brent A. Talbot, LEAD ATTORNEY, Jonathan Christopher McCall, Michael D. Spencer, Chaffe McCall, LLP, New Orleans, LA.

For Board of Commissioners of the Port of New Orleans, 06-4389, Consol Defendant: John Fredrick Kessenich, LEAD ATTORNEY, Jon A. Van Steenis, Thomas P. Anzelmo, LEAD ATTORNEY, Andre Jude Lagarde, James C. Rather, Jr., Kyle P. Kirsch, Mark Emerson Hanna, McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel, Metairie, LA; Ben Louis Mayeaux, James L. Pate, Laborde & Neuner, Lafayette, LA; Jonathan H. Sandoz, Kirk Norris Aurandt, Michael William McMahon, Daigle Fisse & Kessenich, Covington, LA.

For Board of Commissioners of the Port of New Orleans, 06-5159, Port of New Orleans, 06-5131, Port of New Orleans, 06-5142, [*147] Port of New Orleans, 06-5118, Port of New Orleans, 06-5134, Port of New Orleans, 06-5132, Port of New Orleans, 06-5128, Port of New Orleans, 06-5137, Board of Commissioners for the Port of New Orleans, 06-5116, Board of Commissioners for the Port of New Orleans, 06-5127, Board of Commissioners for the Port of New Orleans, 06-5786, Consol Defendants: John Fredrick Kessenich, LEAD ATTORNEY, Jon A. Van Steenis, Jonathan H. Sandoz,

Kirk Norris Aurandt, Michael William McMahon, Daigle Fisse & Kessenich, Covington, LA.

For Ham Construction Overseas N.V., 06-5162, Hanover American Insurance Company, 06-5164, Hanover Insurance Company, 06-5164, Hartford Insurance Company of the Midwest, 06-7351, Hanover American Insurance Company, 06-4746, Hanover Insurance Company, 06-4746, Hartford Accident and Indemnity Company, 06-4746, Hartford Casualty Insurance Company, 06-4746, Hartford Insurance Company of the Southeast, 06-4746, Standard Fire Insurance Company, 06-4746, Travelers Casualty and Surety Company of America, 06-4746, Travelers Casualty Company of Connecticut, 06-4746, Travelers Casualty Insurance Company of America, 06-4746, Travelers Home and Marine Insurance Company, 06-4746, Travelers [*148] Indemnity Company of America, 06-4746, Travelers Excess and Surplus Lines Company, 06-4746, Travelers Indemnity Company of Connecticut, 06-4746, Travelers Indemnity Company, 06-4746, Travelers Property Casualty Company of America, 06-4746, Underwriters at Lloyd's London, 06-4746, USAA Casualty Insurance Company, 06-4746, USAA General Indemnity Company, 06-4746, Horace Mann Property & Casualty Insurance Company, (06-4529) incorrectly sued as Horace Mann Property & Casualty, Travelers Insurance Company, (06-5370), Consol Defendants: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Mike Hooks, Inc., 06-5162, Consol Defendant: Samuel B. Gabb, LEAD ATTORNEY, Thomas Patrick LeBlanc, Loftin, Cain, Gabb and LeBlanc, Lake Charles, LA; Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz, PC, New Orleans, LA.

For Manson Gulf, L.L.C., 06-5162, Consol Defendant: Evans Martin McLeod, Phelps Dunbar LLP, Houston, TX.

For New Orleans Public Belt Railroad Commission, 06-5131, Consol Defendant: Galen S. Brown, LEAD ATTORNEY, Hamilton, Brown & Babst, New Orleans, LA.

For Burlington Northern & Santa Fe Railway [*149] Company, 06-5131, Burlington Northern & Santa Fe Railway Company, 06-5132, Consol Defendants: Michael Raudon Phillips, Frilot, Partridge, Kohnke &

Clements, LC, New Orleans, LA.

For Allstate Insurance Company, 06-5164, Allstate Insurance Company, 06-7547, Consol Defendants: Judy Y. Barrasso, LEAD ATTORNEY, Craig Isenberg, Edward R. Wicker, Jr., Mary Dawn Pugh, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For American Bankers Insurance Company of Florida, 06-5164, American Security Insurance Company, 06-5164, Standard Guaranty Insurance Company, 06-5164, Voyager Indemnity Insurance Company, 06-5164, Voyager Property and Casualty Insurance Company, 06-5164, American Bankers Company of Florida, 06-4746, American Reliable Insurance Company, 06-4746, American Security Insurance Company, 06-4746, Standard Guaranty Insurance Company, 06-4746, Consol Defendants: David P. Salley, LEAD ATTORNEY, Maria N. Rabieh, Salley, Hite, Rivera & Mercer, LLC, New Orleans, LA.

For American Empire Insurance Company, 06-5164, American Empire Surplus Lines Insurance Company, 06-5164, Republic Indemnity Company of America, 06-5164, Consol Defendants: Jennifer W. Wall, LEAD ATTORNEY, George [*150] B. Hall, Jr., Pablo Gonzalez, Phelps Dunbar, LLP, New Orleans, LA.

For American National General Insurance Company, 06-5164, American National Property and Casualty Company, 06-5164, ANPAC Louisiana Insurance Company, 06-5164, Republic Fire and Casualty Insurance Company, 06-5164, Republic Lloyds Insurance Company, 06-5164, Republic Underwriters Insurance Company, 06-5164, American National General Insurance Company, 06-5383, Republic Fire and Casualty Insurance Company, 06-5383, American National Property and Casualty Company, 06-5383, Consol Defendants: Jay M. Lonero, LEAD ATTORNEY, Christopher Raymond Pennison, Larzelere Picou Wells Simpson Lonero, LLC, Metairie, LA.

For American Zurich Insurance Company, 06-5164, Assurance Company of America, 06-5164, Colonial American Casualty and Surety Company, 06-5164, Zurich American Insurance Company, 06-5164, Zurich American Insurance Company of Illinois, 06-5164, Zurich International (Bermuda) Ltd., 06-5164, Zurich Specialties London Limited, 06-5164, Assurance Company of America, 06-4746, Consol Defendants: Richard E. King, LEAD ATTORNEY, David Michael

Moragas, Matthew J. Lindsay, Ryan M. Bourgeois, Stephen James Moore, Galloway, Johnson, Tompkins, [*151] Burr & Smith, New Orleans, LA.

For Amica Mutual Insurance Company, 06-5164, Amica Mutual Insurance Company, 06-7603, Consol Defendants: John Powers Wolff, III, LEAD ATTORNEY, Christopher K. Jones, Nancy B. Gilbert, Steven C. Judice, Tiffany N. Thornton, Keogh, Cox & Wilson, Baton Rouge, LA.

For Audubon Indemnity Company, 06-5164, Hartford Fire Insurance Company, 06-5164, Hartford Underwriters Insurance Company, 06-5164, Consol Defendants: William Ross DeJean, Nielsen Law Firm, Metairie, LA.

For Auto Club Family Insurance Company, 06-5164, 06-6872, 06-4688, 06-9039, 06-6655, Consol Defendant: Gina Puleio Campo, Thomas M. Young, LEAD ATTORNEYS, Miranda, Warwick, Milazzo, Giordano & Hebbler, APLC, Metairie, LA; Thomas M. Richard, LEAD ATTORNEY, Brad M. LaComb, Bradley Joseph Luminais, Jr., Jason Paul Foote, Chopin, Wagar, Richard, & Kutcher, LLP, Metairie, LA.

For Delta Llyods Insurance Company of Houston, Texas, 06-5164, Harleysville Insurance Company, 06-5164, Harleysville Mutual Insurance Company, 06-5164, Fidelity National Insurance Company, 06-9188, Consol Defendants: Gerald J. Nielsen, LEAD ATTORNEY, Thomas Christopher Pennebaker, Nielsen Law Firm, Metairie, LA.

For Electric Insurance [*152] Company, 06-5164, Consol Defendant: Dominic Joseph Gianna, LEAD ATTORNEY, Erin Casey Hangartner, Middleberg, Riddle & Gianna, New Orleans, LA; Alan Dean Weinberger, Middleberg Riddle & Gianna, Dallas, TX.

For Encompass Insurance Company of America, 06-5164, Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, Edward R. Wicker, Jr., Laura Spansel Gravener, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Farmers Insurance Exchange, 06-5164, Consol Defendant: Amy Sabrin, Andrew L. Sandler, Skadden, Arps, Slate, Meagher & Flom, LLP, Washington, DC; Christopher Michael Capitelli, Robert R. Wood, Jr., Phelps Dunbar, LLP, New Orleans, LA; Marshall Mc Alis Redmon, Virginia Y. Trainor, Phelps Dunbar, LLP,

Baton Rouge, LA; William Ross DeJean, Nielsen Law Firm, Metairie, LA.

For Fidelity and Casualty Insurance Company of New York, 06-5164, Consol Defendant: James L. Pate, LEAD ATTORNEY, Ben Louis Mayeaux, Charles W. Montz, Jr., Laborde & Neuner, Lafayette, LA.

For Fidelity and Deposit Company of Maryland, 06-5164, ZC Sterling Corporation, 06-5164, ZC Sterling Insurance Agency, 06-5164, Empire Fire and Marine Insurance Company, 04-4746, Fidelity and Deposit Company of Maryland, [*153] 06-4746, Consol Defendants: Dominic J. Ovella, LEAD ATTORNEY, Anne Elizabeth Medo, Joseph L. Spilman, III, Laurence Emig Larmann, Sean P. Mount, Hailey, McNamara, Hall, Larmann & Papale, Metairie, LA.

For Fidelity National Insurance Company, 06-5164, Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, Brandon Slade Stockstill, Dorothy L. Tarver, Thomas Christopher Pennebaker, William Ross DeJean, Nielsen Law Firm, Metairie, LA; Terrence Kent Knister, Gordon, Arata, McCollam, Duplantis & Eagan LLP, New Orleans, LA.

For Fidelity National Property and Casualty Insurance Company, 06-5164, Fidelity National Insurance Company, (06-5370), Consol Defendants: Gerald J. Nielsen, LEAD ATTORNEY, Thomas Christopher Pennebaker, William Ross DeJean, Nielsen Law Firm, Metairie, LA; Terrence Kent Knister, Gordon, Arata, McCollam, Duplantis & Eagan LLP, New Orleans, LA.

For Financial Casualty and Surety, Inc., 06-5164, Consol Defendant: Michael David Singletary, LEAD ATTORNEY, Crystal Guillory, Kathy L. Smith, Singletary & Associates, APLC, Opelousas, LA.

For Homesite Insurance Company, 06-5164, Consol Defendant: Robert Emmett Kerrigan, Jr., LEAD ATTORNEY, Kerrie Theriot Belsome, Deutsch, Kerrigan [*154] & Stiles LLP, New Orleans, LA; Virginia Y. Trainor, LEAD ATTORNEY, Marshall Mc Alis Redmon, Phelps Dunbar, LLP, Baton Rouge, LA; Christopher Michael Capitelli, Neil Charles Abramson, Nora Boiling Bilbro, Phelps Dunbar, LLP, New Orleans, LA.

For Horace Mann Insurance Company, 06-5164, Horace Mann Property & Casualty Insurance Company, 06-5164,

Horace Mann Insurance Company, 06-4746, Horace Mann Property & Casualty Insurance Company, 06-4746, Horace Mann Property & Casualty Insurance Company, (06-4529) incorrectly sued as Horace Mann Property & Casualty, Consol Defendants: Ralph Shelton Hubbard, III, Seth Andrew Schmeeckle, Tina L. Garmon, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Lafayette Insurance Company, 06-5164, Consol Defendant: Howard Bruce Kaplan, LEAD ATTORNEY, Aimee E. Durel, Stephen N. Elliott, Bernard, Cassisa, Elliott & Davis, Metairie, LA; Stephen R. Barry, Barry & Piccione, New Orleans, LA; William Lee Brockman, Blue Williams, L.L.P., Metairie, LA.

For Liberty Mutual Insurance Company, 06-5164, Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, H. Minor Pipes, III, Susan Muller Rogge, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, [*155] LA; William Ross DeJean, Nielsen Law Firm, Metairie, LA.

For National Fire & Indemnity Exchange, 06-5164, Consol Defendant: Rene A. Curry, Jr., LEAD ATTORNEY, Brett F. Willie, Christoffer C. Friend, Guy Christopher Curry, Curry & Friend, APLC, New Orleans, LA.

For National Llyod's Insurance Company, 06-5164, National LLoyd's Insurance Company, 06-4746, Consol Defendants: John R. Walker, LEAD ATTORNEY, Allen & Gooch, Metairie, LA.

For Safeco Insurance Company of America, 06-5164, Safeco Insurance Company of Illinois, 06-5164, Safeco Insurance Company of Indiana, 06-5164, Safeco National Insurance Company, 06-5164, Safeco Surplus Lines Insurance Company, 06-5164, Safeco Insurance Company of America, 06-4746, Safeco Insurance Company of Illinois 06-4746, Safeco Insurance Company of Indiana, 06-4746, Safeco National Insurance Company, 06-4746, Safeco Surplus Lines Insurance Company, 06-4746, Consol Defendants: Wendy Hickok Robinson, LEAD ATTORNEY, Nina Wessel English, Gordon, Arata, McCollam, Duplantis & Eagan LLP, New Orleans, LA.

For Scottsdale Indemnity Company, 06-5164, Scottsdale Insurance Company, 06-5164, Scottsdale Indemnity Company, 06-4746, Scottsdale Insurance Company,

06-4746, [*156] Consol Defendants: Judy Y. Barrasso, LEAD ATTORNEY, Shera J. Finn, Steven W. Usdin, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Southwest Business Corporation, 06-5164, Consol Defendant: Edward John Lilly, LEAD ATTORNEY, Crull, Castaing & Lilly, New Orleans, LA; Phillip A. Wittmann, LEAD ATTORNEY, Nicholas Wehlen, Stone Pigman.Walther Wittmann, LLC, New Orleans, LA.

For State Farm Fire and Casualty Company, 06-5164, Consol Defendant: David A. Strauss, LEAD ATTORNEY, Adam Patrick Massey, Christian Albert Garbett, Lindsay A. Larson, III, King, LeBlanc & Bland, LLP, New Orleans, LA.

For State Farm General Insurance Company, 06-5164, Consol Defendant: Wayne J. Lee, LEAD ATTORNEY, Andrea L. Fannin, Mary L. Dumestre, Sarah House Barcellona, Stone Pigman Walther Wittmann, LLC, New Orleans, LA.

For State National Insurance Company, 06-5164, Consol Defendant: Kent A. Lambert, LEAD ATTORNEY, Anne Derbes Keller, Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, New Orleans, LA.

For Travelers Casualty Insurance Company of America, 06-5164, Consol Defendant: Simeon B. Reimonenq, Jr., Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Travelers Property [*157] Casualty Company of America, 06-5164, Consol Defendant: Joseph Pierre Guichet, Simeon B. Reimonenq, Jr., Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Underwriters at Lloyd's London, 06-5164, Underwriters at Lloyd's London, 06-4746, Consol Defendants: Patrick Dominic DeRouen, LEAD ATTORNEY, Porteous, Hainkel & Johnson, New Orleans, LA.

For Union Insurance Company, 06-5164, Union Standard Insurance Company, 06-5164, Consol Defendants: Sean P. Mount, LEAD ATTORNEY, Dominic J. Ovella, Hailey, McNamara, Hall, Larmann & Papale, Metairie, LA.

For Union National Fire Insurance Company, 06-5164, Consol Defendant: Deborah Bila Rouen, LEAD ATTORNEY, Adams and Reese LLP, New Orleans, LA.

For United Fire & Indemnity Company, 06-5164, United Fire and Casualty Company, 06-5164, Consol Defendants: Howard Bruce Kaplan, LEAD ATTORNEY, Aimee E. Durel, Stephen N. Elliott, Bernard, Cassisa, Elliott & Davis, Metairie, LA; William Lee Brockman, Blue Williams, L.L.P., Metairie, LA.

For United National Insurance Company, 06-5164, Consol Defendant: Kevin Lawrence Cole, LEAD ATTORNEY, Galloway, Johnson, Tompkins, Burr & Smith, Mandeville, LA.

For Board of Commissioners for the Orleans Levee [*158] District, 06-5032, Consol Defendant: Darcy Elizabeth Decker, McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel, Metairie, LA; Gregory Alan Koury, Laborde & Neuner, Lafayette, LA.

For Eustis Engineering Company, Inc., 06-225, 06-4065, 06-4389, 06-5308, 06-5163, 06-5260, 06-5786, 06-5471, 07-1289, 07-1288, Consol Defendant: Alanson Trigg Chenault, LEAD ATTORNEY, Mat M. Gray, III, Blue Williams, L.L.P., Metairie, LA; James Thomas Busenlener, LEAD ATTORNEY, Max Jeffrey Cohen, Lowe, Stein, Hoffman, Allweiss & Hauver, New Orleans, LA; Erin E. Dearie, Thomas Francis Gardner, Gardner & Kewley, APLC, Metairie, LA.

For East Jefferson Levee District, 06-5163, East Jefferson Levee District, 06-5116, East Jefferson Levee District, 06-5127, East Jefferson Levee District, 07-1288, Consol Defendants: Gary M. Zwain, LEAD ATTORNEY, Lawrence J. Duplass, Nicole M. Boyer, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA; Joseph Edward Bearden, III, Frilot, Partridge, Kohnke & Clements, LC, New Orleans, LA.

For T.L. James and Company, Inc., 06-5163, Consol Defendant: Arthur Gordon Grant, Jr., Philip S. Brooks, Jr., LEAD ATTORNEYS, Kenneth Joseph Gelpi, Jr., Ronald Joseph Kitto, [*159] Montgomery Barnett, New Orleans, LA; Michaela E. Noble, Lemle & Kelleher, LLP, New Orleans, LA.

For Louisiana Department of Transportation and Development, 06-20, Department of Transportation And Development, State of Louisiana, 06-5786, Louisiana State, 06-5786, Louisiana Department of Public Safety and Corrections, 06-5786, Orleans Parish Criminal

Sheriff's Office, (06-5786), Consol Defendants: Michael Courtney Keller, LEAD ATTORNEY, Louisiana Department of Justice, Litigation Division, New Orleans, LA.

For Louisiana Department of Transportation and Development, 06-5137, Consol Defendant: Brent Bennett Barriere, Phelps Dunbar, LLP, New Orleans, LA.

For Northfolk and Southern Rail Road, 06-5137, Consol Defendant: Susannah Brooks Walter, Baker Donelson Bearman Caldwell & Berkowitz, PC, New Orleans, LA.

For Travelers Property Casualty Company of America, 06-516, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Seth Andrew Schmeeckle, Simeon B. Reimonenq, Jr., Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA; Christopher J. Hug, Stephen E. Goldman, Wystan M. Ackerman, Robinson & Cole LLP, Hartford, CT.

For Virginia Wrecking Company, Inc., 06-5260, Consol Defendant: [*160] Wade Antoine Langlois, III, Gaudry, Ranson, Higgins & Gremillion, LLC, Gretna, LA.

For Jefferson Parish, 06-5116, Jefferson Parish, 06-5127, Consol Defendants: Christopher Kent Tankersley, LEAD ATTORNEY, Dennis J. Phayer, Scott Owen Gaspard, Burglass & Tankersley, L.L.C., Metairie, LA.

For Port of New Orleans, 06-5140, Consol Defendant: John Fredrick Kessenich, LEAD ATTORNEY, Jon A. Van Steenis, Jonathan H. Sandoz, Kirk Norris Aurandt, Michael William McMahon, Daigle Fisse & Kessenich, Covington, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Orleans Levee District, 06-5140, Consol Defendant: Thomas P. Anzelmo, LEAD ATTORNEY, Andre Jude Lagarde, Darcy Elizabeth Decker, James C. Rather, Jr., Kyle P. Kirsch, Mark Emerson Hanna, McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel, Metairie, LA; Ben Louis Mayeaux, Gregory Alan Koury, James L. Pate, Laborde & Neuner, Lafayette, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Allstate Fire and Casualty Insurance Company, 06-5383, Allstate Property and Casualty Insurance Company, 06-5383, Encompass Insurance Company of America, 06-5383, Encompass Property and Casualty Company, 06-5383, Consol Defendants: Judy Y.

Barrasso, [*161] LEAD ATTORNEY, Laura Spansel Gravener, Susan Muller Rogge, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Allstate Insurance Company, 06-5383, Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, Craig Isenberg, Laura Spansel Gravener, Sonnenschein, Nath & Rosenthal, Chicago, IL; Donald Francis deBoisblanc, Jr., deBoisblanc & deBoisblanc, Attorneys at Law, New Orleans, LA.

For Lafayette Insurance Company, 06-5383, United Fire and Casualty Company, (06-5370), Consol Defendants: Howard Bruce Kaplan, LEAD ATTORNEY, Robert A. McMahon, Jr., Stephen N. Elliott, Bernard, Cassisa, Elliott & Davis, Metairie, LA.

For Virginia Wrecking Company, Inc., 06-5937, Consol Defendant: Thomas Livingston Gaudry, Jr., LEAD ATTORNEY, Gaudry, Ranson, Higgins & Gremillion, LLC, Gretna, LA.

For C.R. Pittman Construction Company, Inc., 06-5937, Consol Defendant: Gerald A. Melchiode, LEAD ATTORNEY, Galloway, Johnson, Tompkins, Burr & Smith, New Orleans, LA.

For Pittman Construction Co. of LA, Inc., 06-5937, Consol Defendant: Charles F. Seemann, Jr., LEAD ATTORNEY, Deutsch, Kerrigan & Stiles LLP, New Orleans, LA; Lawrence D. Wiedemann, Wiedemann & Wiedemann, New Orleans, LA.

For Louisiana [*162] Farm Bureau Mutual Insurance Company, 06-6481, Louisiana Farm Bureau Mutual Insurance Company, 06-6479, Consol Defendants: H. Alston Johnson, LEAD ATTORNEY, Phelps Dunbar, LLP, Baton Rouge, LA; Andrew Lane Plauche, Jr., Plauche Maselli Parkerson LLP, New Orleans, LA.

For Susan Bowman, 06-6481, Consol Defendant: Beverly Aloisio DeLaune, William Everard Wright, Jr., LEAD ATTORNEYS, Deutsch, Kerrigan & Stiles LLP, New Orleans, LA.

For Board of Commissioners for the Orleans Levee Board, 06-6473, Board of Commissioners for the Orleans Parish Levee Board, 06-6099, Consol Defendants: Thomas P. Anzelmo, LEAD ATTORNEY, Andre Jude Lagarde, James C. Rather, Jr., Kyle P. Kirsch, Mark Emerson Hanna, McCranie, Sistrunk, Anzelmo, Hardy,

2007 U.S. Dist. LEXIS 82887, *162

Maxwell & McDaniel, Metairie, LA; Ben Louis Mayeaux, James L. Pate, Laborde & Neuner, Lafayette, LA.

For City of New Orleans, 06-6473, Consol Defendant: Joseph Vincent DiRosa, Jr., LEAD ATTORNEY, City Attorney's Office, New Orleans, LA.

For Board of Commissioners for the Lake Borgne Basin Levee District, 06-5786, Consol Defendant: Lawrence J. Duplass, LEAD ATTORNEY, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Buffman, Inc., 06-6639, [*163] 06-9206,06-7400, 06-9321, 06-8219, 06-7355, 06-8982, 06-9192, 06-9641, 06-8963, 06-8972, 06-8992, 06-9191, 06-8731, 06-9236, 06-8106, 06-8107, 06-5962, 06-8810, 06-7858, 06-7457, 06-7802, 06-7633, 06-8881, 06-8947, 06-9569, 06-9642, doing business as St. Rita's Nursing Home Facility, Buffman, Inc., 06-9037, 06-9038, 06-10426, 06-10790, 07-269, 07-657, doing business as St. Rita's Nursing Home Facility, Buffman, Inc., 06-8821, 06-8761, 06-8759, also known as St. Rita's Nursing Home, Consol Defendants: James A. Cobb, Jr., LEAD ATTORNEY, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; Jeremy D. Goux, Martha Dupree Bowden, Vincent F. Wynne, Jr., Wynne Goux & Lobello, Attorney's at Law, Covington, LA; John F. Emmett, Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA; Louis G. Spencer, McNair Law Firm, Charleston, NC.

For Mabel Mangano, 06-6639, Salvador Mangano, 06-6639, Mangano Corporation, 06-8219, Mabel Mangano, 06-8219, Salvador A. Mangano, (06-10426), Mabel B. Mangano, (06-10426), Salvador A. Mangano, 07-269, Mabel B. Mangano, 07-269, Salvador A. Mangano, 07-657, Louisiana Nursing Home Association Trust, 07-657, Mabel B. Mangano, 07-657, Consol Defendants: James [*164] A. Cobb, Jr., LEAD ATTORNEY, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; Jeremy D. Goux, Martha Dupree Bowden, Wynne Goux & Lobello, Attorney's at Law, Covington, LA; Louis G. Spencer, McNair Law Firm, Charleston, NC; Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA.

For Board of Commissioners of the Port of New Orleans, 06-7682, Consol Defendant: John Fredrick Kessenich, LEAD ATTORNEY, Jon A. Van Steenis, Jonathan H. Sandoz, Daigle Fisse & Kessenich, Covington, LA; Thomas P. Anzelmo, LEAD ATTORNEY, Kirk Norris

Aurandt, Michael William McMahon, McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel, Metairie, LA.

For BNSF Railway Company, 06-7682, formerly known as Burlington Northern & Santa Fe Railway Company, Consol Defendant: Carl Edward Hellmers, III, LEAD ATTORNEY, Michael Raudon Phillips, Patrick A. Talley, Jr., Frilot, Partridge, Kohnke & Clements, LC, New Orleans, LA.

For Louisiana Department of Transportation and Development, 06-7682, Louisiana Department of Transportation and Development, 07-993, Consol Defendants: Richard G. Duplantier, Jr., LEAD ATTORNEY, Lambert Joseph Hassinger, Jr., Timothy William Hassinger, Michael Courtney Keller, Stephen [*165] F. Babin, Thomas M. Brahney, Louisiana Department of Justice, Litigation Division, New Orleans, LA.

For James L. Frantz, 06-6479, Consol Defendant: William Everard Wright, Jr., LEAD ATTORNEY, Beverly Aloisio DeLaune, Deutsch, Kerrigan & Stiles LLP, New Orleans, LA.

For Board of Commissioners for the Orleans Levee District, 06-8708, Consol Defendant: Darcy Elizabeth Decker, McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel, Metairie, LA; Gregory Alan Koury, Laborde & Neuner, Lafayette, LA.

For New Orleans City, 06-8708, Consol Defendant: Joseph Vincent DiRosa, Jr., LEAD ATTORNEY, Penya M. Moses-Fields, City Attorney's Office, New Orleans, LA.

For Orleans Parish Criminal Sheriff's Office, 06-6099, Louisiana State, 06-5786, Louisiana Department of Public Safety and Corrections, 06-5786, Orleans Parish Criminal Sheriff's Office, (06-5786), Consol Defendants: Freeman Rudolph Matthews, LEAD ATTORNEY, Craig Edmond Frosch, Timothy R. Richardson, Usry, Weeks & Matthews, New Orleans, LA.

For Marlin Gusman, 06-6099, Consol Defendant: Freeman Rudolph Matthews, LEAD ATTORNEY, Timothy R. Richardson, Usry, Weeks & Matthews, New Orleans, LA.

For Alliance Insurance Agency Services, Inc., 06-8935,

[*166] Consol Defendant: William Harry Eckert, LEAD ATTORNEY, David Ira Bordelon, Matthew J. Ungarino, Wayne Robert Maldonado, Ungarino & Eckert, LLC, Metairie, LA.

For Standard Fire Insurance Company, 06-8935, United States Fidelity and Guaranty Company, 06-4927, Standard Fire Insurance Company, (06-8270) incorrectly sued as St. Paul Traveler's Casualty Insurance Company of America, Travelers Insurance Company, (06-8801), Travelers Indemnity Company, (06-8801), Standard Fire Insurance Company, (06-8801), Standard Fire Insurance Company, (06-8636), Standard Fire Insurance Company, (06-7687) incorrectly identified as Travelers Insurance Company, Standard Fire Insurance Company, 07-112, Standard Fire Insurance Company, 06-3999, Standard Fire Insurance Company, 07-1928, Standard Fire Insurance Company, 07-1929, Standard Fire Insurance Company, 07-1930, Standard Fire Insurance Company, 07-2820, Consol Defendants: Gary Jude Russo, LEAD ATTORNEY, Camille Bienvenu Poche, Douglas Conrad Longman, Jr., Perret Doise, APLC, Lafayette, LA.

For Allstate Insurance Company, 06-9097, Consol Defendant: Glenn B. Adams, LEAD ATTORNEY, Michael W. Collins, Porteous, Hainkel & Johnson, New Orleans, LA; Judy [*167] Y. Barrasso, LEAD ATTORNEY, Craig Isenberg, Mary Dawn Pugh, Barrasso Usdin Kupperman Freeman & Judy Y. Barrasso Sarver, LLC, New Orleans, LA.

For Gregory Ruiz Agency, 06-9097, Consol Defendant: Kelly Cambre Bogart, LEAD ATTORNEY, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Hartford Insurance Company of the Midwest, 06-4719, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Seth Andrew Schmeeckle, Simeon B. Reimonenq, Jr., Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Allstate Insurance Company, 06-4818, Allstate Insurance Company, 06-10714, Allstate Insurance Company, 06-1769, Consol Defendants: Judy Y. Barrasso, LEAD ATTORNEY, Craig Isenberg, Mary Dawn Pugh, Susan Muller Rogge, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Travelers Insurance Company, 06-2143, Standard Fire Insurance Company, 06-2143, Teachers Insurance Company, (06-4529), Consol Defendants: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Tina L. Garmon, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For State Farm Fire and Casualty Company, 06-8602, Charles A. LaGarde, Jr., 06-8602, Consol Defendants: Andrea L. Fannin, LEAD ATTORNEY, Lesli [*168] D. Harris, Mary L. Dumestre, Wayne J. Lee, Stone Pigman Walther Wittmann, LLC, New Orleans, LA.

For Auto Club Family Insurance Company, 06-7483, 06-4746, Kenneth Johnson, 06-7483; President and CEO, Arthur Johnson, 06-7483; Executive, VP, William Erdman, 06-7483; VP, General Counsel and Secretary, Robert J. Schreiber, 06-7483; VP, Insurance, Ms. Linda Hines, 06-7483; Claims Representative, Steve Bruening, 06-7483, Consol Defendants: Thomas M. Richard, LEAD ATTORNEY, Brad M. LaComb, Chopin, Wagar, Richard, & Kutcher, LLP, Metairie, LA.

For Hanover Insurance Company, 06-3992, Consol Defendant: Seth Andrew Schmeeckle, LEAD ATTORNEY, LaDonna Grey Wilson, Ralph Shelton Hubbard, III, Tina L. Garmon, William Lee Kohler, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA; Andrew R. Greene, Kevin P. Kamraczewski, Sonnenschein, Nath & Rosenthal, Chicago, IL.

For Encompass Insurance Company, 06-7540, Consol Defendant: Glenn B. Adams, LEAD ATTORNEY, Michael W. Collins, Porteous, Hainkel & Johnson, New Orleans, LA; J. Rand Smith, Jr., deBoisblanc & deBoisblanc, Attorneys at Law, New Orleans, LA.

For Aparicio, Walker & Seeling, Inc., 06-7540, Consol Defendant: William Harry Eckert, LEAD [*169] ATTORNEY, David Ira Bordelon, Stephen M. Gele, Ungarino & Eckert, LLC, Metairie, LA.

For Lafayette Insurance Company, 06-7577, Lafayette Insurance Company, 06-7575, Consol Defendants: Stephen R. Barry, LEAD ATTORNEY, Wendell R. Verret, Barry & Piccione, New Orleans, LA; Daphne P. McNutt, Barry & Piccione APL, New Orleans, LA.

For Scottsdale Insurance Company, 06-4808, Scottsdale Insurance Company, 06-7846, Scottsdale Insurance Company, 06-4571, Consol Defendants: Kevin Lawrence Cole, LEAD ATTORNEY, Cynthia J. Thomas,

Galloway, Johnson, Tompkins, Burr & Smith, Mandeville, LA.

For Salvador Mangano, Sr., 06-9321, Mabel Mangano, 06-8219, Consol Defendants: Martha Dupree Bowden, LEAD ATTORNEY, Jeremy D. Goux, Wynne Goux & Lobello, Attorney's at Law, Covington, LA; James A. Cobb, Jr., Emmett, Cobb, Waits & Kessenich, New Orleans, LA; Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA.

For State Farm Fire and Casualty Company, 06-4777, Consol Defendant: William Marvin Hall, LEAD ATTORNEY, Caroline D. Ibos, Darren Albert Patin, David K Persons, John Elliott Unsworth, Jr., Hailey, McNamara, Hall, Larmann & Papale, Metairie, LA.

For Lexington Insurance Company, 06-4816, Consol [*170] Defendant: Robert I. Siegel, LEAD ATTORNEY, Alistair Ward, Gieger, Laborde & Laperouse, LLC, New Orleans, LA.

For Allstate Insurance Company, 06-4873, Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, Craig Isenberg, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA; Bonita Y. Hawkins, Barrasso Usdin Kupperman Freeman & Sarver, New Orleans, LA; Glenn B. Adams, Mary Dawn Pugh, Michael W. Collins, Porteous, Hainkel & Johnson, New Orleans, LA.

For Allstate Insurance Company, 06-4915, Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, Craig Isenberg, Mary Dawn Pugh, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA; William T. Treas, LEAD ATTORNEY, Gerald J. Nielsen, Nielsen Law Firm, Metairie, LA.

For State Farm Fire and Casualty Company, 06-4917, Consol Defendant: Christian Albert Garbett, LEAD ATTORNEY, Adam Patrick Massey, David A. Strauss, Lindsay A. Larson, III, King, LeBlanc & Bland, LLP, New Orleans, LA.

For Maryland Casualty Company, 06-4956, Consol Defendant: Richard E. King, LEAD ATTORNEY, David Michael Moragas, Matthew J. Lindsay, Galloway, Johnson, Tompkins, Burr & Smith, New Orleans, LA.

For Zurich Insurance Company, 06-4956, Consol Defendant: [*171] David Michael Moragas, Matthew J. Lindsay, Richard E. King, Galloway, Johnson,

Tompkins, Burr & Smith, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Lexington Insurance Company, 06-5297, Lexington Insurance Company, 06-7173, Consol Defendants: John E. Baay, II, LEAD ATTORNEY, Robert I. Siegel, Gieger, Laborde & Laperouse, LLC, New Orleans, LA.

For State Farm Fire and Casualty Company, 06-5886, Consol Defendant: James R. Nieset, Jr., LEAD ATTORNEY, Porteous, Hainkel & Johnson, New Orleans, LA; Adrianne L. Baumgartner, Porteous, Hainkel, Johnson, LLP, Covington, LA; Norman F. Hodgins, III, Ungarino & Eckert, LLC, Metairie, LA.

For Fireman's Fund Insurance Company, 06-6968, D. Bianchini Tully, 06-7909, Consol Defendants: C. Michael Pfister, LEAD ATTORNEY, Jaime Michele Cambre, Kelly Cambre Bogart, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Hanover Insurance Group, 06-7228, Hanover Insurance Company, (06-7857) incorrectly named as Hanover Insurance, Massachusetts Bay Insurance Company, (06-7857), Consol Defendants: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Kristopher T. Wilson, LaDonna Grey Wilson, Seth Andrew Schmeeckle, Lugenbuhl, [*172] Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Peerless Insurance Company, 06-7450, America First Insurance, 06-7450, Consol Defendants: H. Minor Pipes, III, LEAD ATTORNEY, Laura Spansel Gravener, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Salvador A. Mangano, 06-9037, Mabel B. Mangano, 06-9037, Salvador A. Mangano, 06-9038, Mabel Buffone Mangano, 06-9038, Salvador A. Mangano, 06-8731, Mabel B. Mangano, 06-8731, Salvador A. Mangano, 06-8106, Mabel B. Mangano, 06-8106, Salvador A. Mangano, 06-8107, Mabel B. Mangano, 06-8107, Salvador A. Mangano, 06-8810, Mabel Buffone Mangano, 06-8810, Salvador Mangano, Sr., 06-7858, Mabel B. Mangano, 06-7858, Salvador A. Mangano, 06-8821, Mabel B. Mangano, 06-8821, Mabel B. Mangano, 06-7457, Salvador A. Mangano, 06-7457, Mangano Corporation, 06-9193, doing business as St. Rita's Nursing Home Facility, Salvador A. Mangano, 06-9193, Mabel Buffone Mangano, 06-9193, Salvador A. Mangano, (06-8759), Mabel B. Mangano, (06-8759),

Manguest, Inc, (06-8759), Mangano Consultants, Inc., (06-8759), Mangano Management, Inc., (06-8759), Mangano Corporation, (06-8759), Salvador A. Mangano, (06-8881), Mabel B. Mangano, (06-8881), [*173] Salvador A. Mangano, (06-9569), Mabel Buffone Mangano, (06-9569), Consol Defendants: James A. Cobb, Jr., LEAD ATTORNEY, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; Jeremy D. Goux, Wynne Goux & Lobello, Attorney's at Law, Covington, LA; Louis G. Spencer, McNair Law Firm, Charleston, NC; Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA.

For Salvador A Mangano, Sr, 06-8982, Mabel B. Mangano, 06-8982, Salvador Mangano, 06-9192, Mabel B. Mangano, 06-9192, Salvador Mangano, 06-9191, Mabel Buffone Mangano, 06-9191, Salvador A. Mangano, 06-5962, Mabel B. Mangano, 06-5962, Salvador A. Mangano, 06-8761, Mabel B. Mangano, 06-8761, Salvador A. Mangano, (06-9206), Mabel B. Mangano, (06-9206), Salvador A Mangano, Jr., (06-9206), Dorman, Inc, (06-9206), MGH Limited Partnership, (06-9206), Mangano Consultants, Inc., (06-9206), Mangano Corporation, (06-9206), Mangano Management, Inc., (06-9206), STS Amusements, LLC, (06-9206), doing business as St. Rita Nursing Home, Consol Defendants: James A. Cobb, Jr., LEAD ATTORNEY, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; Jeremy D. Goux, Wynne Goux & Lobello, Attorney's at Law, Covington, LA; John F. Emmett, Susan E. Henning, [*174] Emmett, Cobb, Waits & Henning, New Orleans, LA; Louis G. Spencer, McNair Law Firm, Charleston, NC.

For Salvador A. Mangano, 06-9641, Mabel B. Mangano, 06-9641, Consol Defendants: James A. Cobb, Jr., LEAD ATTORNEY, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; Jeremy D. Goux, Martha Dupree Bowden, Wynne Goux & Lobello, Attorney's at Law, Covington, LA; Louis G. Spencer, McNair Law Firm, Charleston, NC; Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA.

For Mabel Mangano, 06-8963, Salvador Mangano, Sr., 06-8963, St. Rita's Nursing Home, 06-8992, also known as Buffman, Inc., Salvador A. Mangano, 06-8992, Mabel B. Mangano, 06-8992, Consol Defendants: James A. Cobb, Jr., LEAD ATTORNEY, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; Jeremy D. Goux, Martha Dupree Bowden, Vincent F. Wynne, Jr., Wynne Goux &

Lobello, Attorney's at Law, Covington, LA; Louis G. Spencer, McNair Law Firm, Charleston, NC; Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA.

For Westchester Surplus Lines Insurance Company, 06-5183, Consol Defendant: Harry Rosenberg, LEAD ATTORNEY, Rebecca Y. Cooper, Richard Nelson Dicharry, Phelps Dunbar, LLP, New Orleans, LA.

For Axis Surplus [*175] Insurance Company, 06-5183, Axis Surplus Insurance Company, 06-4746, Axis Surplus Insurance Company, 06-5252, Consol Defendants: Michael R. Sistrunk, LEAD ATTORNEY, Kyle P. Kirsch, McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel, Metairie, LA.

For AIG Centennial Insurance Company, 06-4746; 06-5164, AIG Indemnity Insurance Company, 06-4746; 06-5164, AIG National Insurance Company, Inc., 06-4746; 06-5164, AIG Premier Insurance Company, 06-4746, American General Indemnity Company, 06-4746, American General Property Insurance Company, 06-4746, Hartford Steam Boiler Inspection and Insurance Company of Connecticut, 06-4746, Lexington Insurance Company, 06-4746, Consol Defendants: Robert I. Siegel, LEAD ATTORNEY, Daniel Gibbons Rauh, Gieger, Laborde & Laperouse, LLC, New Orleans, LA.

For Allstate Fire and Casualty Insurance Company, 06-4746, Consol Defendant: Judy Y. Barrasso, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Allstate Insurance Company, 06-4746, Allstate Insurance Company, (06-7759), Allstate Insurance Company, 06-6093, Consol Defendants: Judy Y. Barrasso, LEAD ATTORNEY, Craig Isenberg, Mary Dawn Pugh, Barrasso Usdin Kupperman Freeman & Sarver, [*176] LLC, New Orleans, LA.

For American National General Insurance Company, 06-4746, American National Property and Casualty Company, 06-4746, Republic Fire and Casualty Insurance Company, 06-4746, Republic Lloyds, 06-4746, Consol Defendants: Angie Arceneaux Akers, LEAD ATTORNEY, Christopher Raymond Pennison, Jay M. Lonero, Larzelere Picou Wells Simpson Lonero, LLC, Metairie, LA.

For Audubon Indemnity Company, 06-4746, Fidelity National Insurance Company, 06-4746, Fidelity National Property and Casualty Insurance Company, 06-4746, Prudential Insurance Company of North America, 06-4173, doing business as Prudential Financial Group, Liberty Mutual Fire Insurance Company, 06-4173, doing business as Liberty Mutual Insurance Company doing business as Liberty Mutual, Consol Defendants: Gerald J. Nielsen, LEAD ATTORNEY, William Ross DeJean, Nielsen Law Firm, Metairie, LA.

For Balboa Insurance Company, 06-4746, Consol Defendant: Stephen Winthrop Rider, LEAD ATTORNEY, Lauren Elizabeth Campisi, Raymond A. Chenault, McGlinchey Stafford, PLLC, New Orleans, LA; Marc R. Michaud, Lemle & Kelleher, LLP, New Orleans, LA.

For Electric Insurance Company, 06-4746, Consol Defendant: Dominic Joseph Gianna, [*177] LEAD ATTORNEY, Erin Casey Hangartner, Middleberg, Riddle & Gianna, New Orleans, LA; Alan Dean Weinberger, Middleberg Riddle & Gianna, Dallas, TX.

For Farmers Insurance Exchange, 06-4746, Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, William Ross DeJean, Nielsen Law Firm, Metairie, LA; Valerie Briggs Bargas, LEAD ATTORNEY, Richard Thomas Reed, Seale, Smith, Zuber & Barnette, Baton Rouge, LA; Virginia Y. Trainor, Phelps Dunbar, LLP, Baton Rouge, LA.

For Hartford Fire Insurance Company, 06-4746, Hartford Underwriters Insurance Company, 06-4746, Consol Defendants: Gerald J. Nielsen, LEAD ATTORNEY, William Ross DeJean, Nielsen Law Firm, Metairie, LA; Ralph Shelton Hubbard, III, LEAD ATTORNEY, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Hartford Insurance Company of the Midwest, 06-4746, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Alex P. Tilling, Seth Andrew Schmeeckle, Lobman, Carnahan, Batt, Angelle & Nader, New Orleans, LA.

For Homesite Insurance Company, 06-4746, Homesite Insurance Company, (06-4704), Homesite Insurance Company, 06-7327, Consol Defendants: Marshall Mc Alis Redmon, LEAD ATTORNEY, Neil Charles Abramson, [*178] Nora Bolling Bilbro, Phelps Dunbar,

LLP, Baton Rouge, LA; Robert Emmett Kerrigan, Jr., LEAD ATTORNEY, Kerrie Theriot Belsome, Deutsch, Kerrigan & Stiles LLP, New Orleans, LA.

For Liberty Insurance Corporation, 06-4746, Liberty Insurance Underwriters, Inc., 06-4746, Liberty Mutual Insurance Europe Limited, 06-4746, Liberty Personal Insurance Company, 06-4746, Liberty Surplus Insurance Company, 06-4746, LM General Insurance Company, 06-4746, LM Insurance Corporation, 06-4746, LM Property & Casualty Insurance Company, 06-4746, Consol Defendants: Judy Y. Barrasso, LEAD ATTORNEY, H. Minor Pipes, III, Susan Muller Rogge, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Liberty Mutual Fire Insurance Company, 06-4746, Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, William Ross DeJean, Nielsen Law Firm, Metairie, LA; Judy Y. Barrasso, LEAD ATTORNEY, H. Minor Pipes, III, Susan Muller Rogge, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For MetLife Auto & Home, 06-4746, Metropolitan Property and Casualty Insurance Company, 06-4746, Metropolitan Direct Property and Casualty Insurance Company, 06-4746, Metropolitan General Insurance Company, 06-4746, [*179] Metropolitan Group Property and Casualty Insurance Company, 06-4746, Metropolitan Casualty Insurance Company, 06-4746, Consol Defendants: Judy Y. Barrasso, LEAD ATTORNEY, Shera J. Finn, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Southwest Business Corporation, 06-4746, Consol Defendant: Edward John Lilly, LEAD ATTORNEY, Crull, Castaing & Lilly, New Orleans, LA.

For State Farm Fire and Casualty Company, 06-4746, Consol Defendant: Charles L. Chassaignac, IV, LEAD ATTORNEY, Porteous, Hainkel, Johnson & Sarpy, Baton Rouge, LA; Bryan Joseph Haydel, Jr., Eleanor Weeks Wall, James Eric Johnson, Porteous, Hainkel & Johnson, Baton Rouge, LA.

For State Farm General Insurance Company, 06-4746, State Farm Mutual Automobile Insurance Company, 06-4746, Consol Defendants: Wayne J. Lee, LEAD ATTORNEY, Heather Shauri Lonian, James Dalton Courson, Mary L. Dumestre, Michael Q. Walshe, Jr., Stone Pigman Walther Wittmann, LLC, New Orleans,

2007 U.S. Dist. LEXIS 82887, *179

LA.

For United Fire & Indemnity Company, 06-4746, United Fire and Casualty Company, 06-4746, Consol Defendants: Howard Bruce Kaplan, LEAD ATTORNEY, Eugene M. McEachin, Jr., Robert A. McMahon, Jr., Stephen N. Elliott, Bernard, Cassisa, Elliott [*180] & Davis, Metairie, LA.

For Louisiana Citizens Property Insurance Corporation, 06-4746, Consol Defendant: John William Waters, Jr., LEAD ATTORNEY, Gregory John McDonald, Bienvenu, Foster, Ryan & O'Bannon, New Orleans, LA.

For Wilshire Insurance Company, 06-4746, Consol Defendant: Howard Louis Murphy, LEAD ATTORNEY, John B. Esnard, III, Deutsch, Kerrigan & Stiles LLP, New Orleans, LA.

For Salvador A. Mangano, 06-8972, Mabel B. Mangano, 06-8972, Salvador A. Mangano, 06-8972, Mabel B. Mangano, 06-8972, Consol Defendants: James A. Cobb, Jr., LEAD ATTORNEY, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; Jeremy D. Goux, Martha Dupree Bowden, Wynne Goux & Lobello, Attorney's at Law, Covington, LA; John F. Emmett, Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA; Louis G. Spencer, McNair Law Firm, Charleston, NC.

For Salvador A. Mangano, 06-9236, Mabel B. Mangano, 06-9236, Salvador A Mangano, Jr., 06-9236, AOLC Limited Partnership, 06-9236; 06-8219; 06-9037; 06-8810; 06-9206; 06-7802; 06-7633, Dorman, Inc, 06-9236, MGH Limited Partnership, 06-9236, Mangano Consultants, Inc., 06-9236, Mangano Corporation, 06-9236, Manguest, Inc., 06-9236, Mangano Management, Inc., 06-9236, STS [*181] Amusements, LLC, 06-9236, doing business as St. Rita Nursing Home, Consol Defendants: James A. Cobb, Jr., LEAD ATTORNEY, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; Jeremy D. Goux, Martha Dupree Bowden, Vincent F. Wynne, Jr., Wynne Goux & Lobello, Attorney's at Law, Covington, LA; Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA.

For Travelers Property Casualty Company of America, 06-9108, Massachusetts Bay Insurance Company, 06-8849, Consol Defendants: Simeon B. Reimonenq, Jr., LEAD ATTORNEY, Ralph Shelton Hubbard, III, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For. Harry Kelleher & Co., Inc., 06-9108, Consol Defendant: Max Jeffrey Cohen, LEAD ATTORNEY, Lowe, Stein, Hoffman, Allweiss & Hauver, New Orleans, LA; Andre J. Mouledoux, Mouledoux, Bland, Legrand & Brackett, LLC, New Orleans, LA.

For State Farm Fire and Casualty Company, 06-7307, Hylton Petit, Jr, 06-7307, State Farm Fire and Casualty Company, 06-8452, State Farm Fire and Casualty Insurance, 06-8451, State Farm Fire & Casualty Company, 06-5474, Consol Defendants: Joseph Mark Messina, LEAD ATTORNEY, Brant J. Cacamo, Burt K. Carnahan, , Eric B. Berger, Pamela [*182] K. Richard, Tara Lavel Mason, Lobman, Carnahan, Batt, Angelle & Nader, New Orleans, LA.

For Fidelity National Insurance Company, 06-7307, Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, Joseph James Aguda, Jr., William Ross DeJean, Nielsen Law Firm, Metairie, LA.

For Allstate Insurance Company, 06-7771, Consol Defendant: Christopher Parnell Lawler, LEAD ATTORNEY, Donovan & Lawler, Metairie, LA; Judy Y. Barrasso, LEAD ATTORNEY, Craig Isenberg, Mary Dawn Pugh, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For State Farm Fire and Casualty Company, 06-8942, Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, Joseph James Aguda, Jr., Nielsen Law Firm, Metairie, LA; Bryan Joseph Haydel, Jr., Eleanor Weeks Wall, James Eric Johnson, Porteous, Hainkel & Johnson, Baton Rouge, LA; Charles L. Chassaignac, IV, Porteous, Hainkel, Johnson & Sarpy, Baton Rouge, LA.

For Susan Geoghegan, 06-8942, Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, Joseph James Aguda, Jr., Nielsen Law Firm, Metairie, LA.

For Wausau Underwriters Insurance Company, (06-3509), Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, Catherine Fornias Giarrusso, Barrasso Usdin Kupperman Freeman & Sarver, [*183] LLC, New Orleans, LA; Brian Joseph Capitelli, U. S. Attorney's Office, New Orleans, LA.

For IMA of Kansas, Inc., (06-3509), Consol Defendant: Lawrence J. Duplass, LEAD ATTORNEY, Nicole McDaniel Bowen, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Alabama Great Southern Railroad Company, (06-5137) incorrectly sued as Norfolk and Southern Railroad, Consol Defendant: Benjamin Richard Slater, III, LEAD ATTORNEY, Thomas Louis Colletta, Jr., Lemle & Kelleher, LLP, New Orleans, LA.

For Horace Mann Insurance Company, (06-4529) incorrectly sued as Horace Mann Insurance, Horace Mann Insurance Company, (06-4532), Horace Mann Property & Casualty Insurance Company, (06-4532), Consol Defendants: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Michael Eugene Holoway, Seth Andrew Schmeeckle, Tina L. Garmon, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Peter Ruiz, Jr, (06-10426) Individually and on Behalf of their Sibling, Rosemary Davis, Consol Defendant: Stephen Robert Rue, LEAD ATTORNEY, Stephen R. Rue & Associates, Kenner, LA.

For William E Washington, Inc, (06-8885), Consol Defendant: Kevin R. Derham, LEAD ATTORNEY, Nicole M. Boyer, Duplass, Zwain, [*184] Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Allstate Insurance Company, (06-8885), Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, Mary Ellen Wyatt, Nielsen Law Firm, Metairie, LA; Judy Y. Barrasso, LEAD ATTORNEY, Craig Isenberg, Mary Dawn Pugh, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For BNSF Railway Company, (06-5132), formerly known as Burlington Northern & Santa Fe Railway Company, BNSF Railway Company, (06-5131), formerly known as Burlington Northern & Santa Fe Railway Company, Consol Defendants: Carl Edward Hellmers, III, LEAD ATTORNEY, Michael Raudon Phillips, Patrick A. Talley, Jr., Frilot, Partridge, Kohnke & Clements, LC, New Orleans, LA.

For Allstate Insurance Company, (06-5370), Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, Craig Isenberg, H. Minor Pipes, III, Laura Spansel Gravener, Mary Dawn Pugh, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For United Fire Group, (06-5370), Consol Defendant: Howard Bruce Kaplan, LEAD ATTORNEY, Bernard, Cassisa, Elliott & Davis, Metairie, LA.

For Security Plan Fire Insurance Company, (06-5370), Consol Defendant: Thomas H. Huval, LEAD ATTORNEY, Christian A. Shofstahl, [*185] Stephen C. Aertker, Jr., Huval, Veazey, Felder & Aertker, LLC, Covington, LA.

For Lloyd's of London, (06-5370), Involved Lloyd's Underwriters, 06-4746; Incorrectly named "Underwriters at Lloyd's London", Involved Lloyd's Underwriters, 06-5164; Incorrectly named "Underwriters at Lloyd's London", Involved Lloyd's Underwriters, 06-5383; Incorrectly named "Lloyds of London", Consol Defendants: Marshall Mc Alis Redmon, LEAD ATTORNEY, Phelps Dunbar, LLP, Baton Rouge, LA; David E. Walker, James W. Kienzle, Jr., Jill A. O'Donovan, Walker Wilcox Matousek, LLP, Chicago, IL; Jacqueline M. Brettner, Neil Charles Abramson, Phelps Dunbar, LLP, New Orleans, LA.

For Federal Insurance Company, (06-5370) erroneously sued as Chubb Insurance Company, Consol Defendant: Steven W. Usdin, LEAD ATTORNEY, Shera J. Finn, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Public Belt Railroad Commission for the City of New Orleans, (06-7682) improperly named as New Orleans Public Belt Railroad Commission, Public Belt Railroad Commission for the City of New Orleans, (06-5131) incorrectly sued City of New Orleans by and through the Public Belt Railroad Commission, Public Belt Railroad Commission [*186] for the City of New Orleans, (06-5132) incorrectly sued as City of New Orleans by and through the Public Belt Railroad Commission, Public Belt Railroad Commission for the City of New Orleans, 07-993, Consol Defendants: Galen S. Brown, LEAD ATTORNEY, Karen Edginton Milner, Hamilton, Brown & Babst, New Orleans, LA.

For Lexington Insurance Company, (06-7806), Lexington Insurance Company, (06-4707), Lexington Insurance Company, (06-7687), Lexington Insurance Company, 07-1844, Lexington Insurance Company, 07-1845, Lexington Insurance Company, 07-1847, Lexington Insurance Company, 07-1848, Lexington Insurance Company, 07-1849, Consol Defendants: Robert I. Siegel, LEAD ATTORNEY, John E. Baay, II, William A. Barousse, Gieger, Laborde & Laperouse, LLC, New Orleans, LA.

For Republic Fire and Casualty Insurance Company,

(06-7962) incorrectly named Republic Fire and Casualty Group, Consol Defendant: Jay M. Lonero, LEAD ATTORNEY, Angie Arceneaux Akers, Christopher Raymond Pennison, Margaret E. Bradley, Larzelere Picou Wells Simpson Lonero, LLC, Metairie, LA.

For Lexington Insurance Company, (06-8500), Consol Defendant: Robert I. Siegel, LEAD ATTORNEY, John E. Baay, II, Margaret L. Sunkel, Gieger, [*187] Laborde & Laperouse, LLC, New Orleans, LA.

For Lastrapes Insurance Agency, 06-8270, Moses Swent, 06-3418, Consol Defendants: James Thomas Busenlener, LEAD ATTORNEY, Max Jeffrey Cohen, Lowe, Stein, Hoffman, Allweiss & Hauver, New Orleans, LA. For American Southern Home Insurance Company, (06-8845), Consol Defendant: Matthew A. Woolf, LEAD ATTORNEY, Baker Donelson Bearman Caldwell & Berkowitz, PC, New Orleans, LA.

For State Farm Fire and Casualty Insurance Company, (06-8789), Consol Defendant: Charles L. Chassaignac, IV, Porteous, Hainkel, Johnson & Sarpy, Baton Rouge, LA.

For State Farm Fire and Casualty Company, (06-8789) incorrectly referred to as State Farm Fire and Casualty Insurance Company, Consol Defendant: Brant J. Cacamo, Burt K. Carnahan, Charles Robert Rumbley, Eric B. Berger, Lobman, Carnahan, Batt, Angelle & Nader, New Orleans, LA.

For Norfolk Southern Railway Company, 06-5137; incorrectly identified as "Norfolk and Southern Rail Road", Consol Defendant: Benjamin Richard Slater, III, LEAD ATTORNEY, Thomas Louis Colletta, Jr., Lemle & Kelleher, LLP, New Orleans, LA. Susannah Brooks Walter, Baker Donelson Bearman Caldwell & Berkowitz, PC, New Orleans, LA.

For Hanover Insurance [*188] Company, (06-3418) incorrectly named as The Hanover Insurance Group, Massachusetts Bay Insurance Company, (06-3418), Consol Defendants: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Joseph Pierre Guichet, Kristopher T. Wilson, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Melanie Palmer, (06-8126), Consol Defendant: David Edmund Kavanagh, LEAD ATTORNEY, Weeks, Kavanagh & Rendeiro, New Orleans, LA.

For Encompass Insurance Company, (06-8126), Consol Defendant: Glenn B. Adams, Michael W. Collins, LEAD ATTORNEYS, Porteous, Hainkel & Johnson, New Orleans, LA; Steven Michael Lozes, Lozes & Ponder, New Orleans, LA.

For Alliance Insurance Agency Services, Inc., (06-8636), Alliance Insurance Agency Services, Inc., (06-6655), Consol Defendants: William Harry Eckert, LEAD ATTORNEY, Norman F. Hodgins, III, Ungarino & Eckert, LLC, Metairie, LA.

For Salvador A. Mangano, (06-7802), Mabel B. Mangano, (06-7802), Consol Defendants: James A. Cobb, Jr., LEAD ATTORNEY, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; Louis G. Spencer, McNair Law Firm, Charleston, NC; Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA.

For Mangano Corporation, (06-7633), [*189] Salvador A. Mangano, (06-7633), Mabel B. Mangano, (06-7633), Salvador A. Mangano, (06-10790), Mabel Buffone Mangano, (06-10790), Consol Defendants: Jeremy D. Goux, LEAD ATTORNEY, Martha Dupree Bowden, Wynne Goux & Lobello, Attorney's at Law, Covington, LA; Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA.

For Salvador A. Mangano, (06-8947), Consol Defendant: James A. Cobb, Jr., LEAD ATTORNEY, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; Jeremy D. Goux, Wynne Goux & Lobello, Attorney's at Law, Covington, LA; Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA.

For Mabel B. Mangano, (06-8947), Consol Defendant: Michael Clifford Code, LEAD ATTORNEY, Uddo, Beatmann & Code, Metairie, LA; Jeremy D. Goux, Wynne Goux & Lobello, Attorney's at Law, Covington, LA; Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA.

For Salvador A Mangano, Sr, (06-9642), Mabel Buffone Mangano, (06-9642), Consol Defendants: James A. Cobb, Jr., LEAD ATTORNEY, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; Jeremy D. Goux, Martha Dupree Bowden, Wynne Goux & Lobello, Attorney's at Law, Covington, LA.

For Teachers Insurance Company, (06-4532), Consol Defendant: Ralph [*190] Shelton Hubbard, III, LEAD

ATTORNEY, Michael Eugene Holoway, Tina L. Garmon, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Metlife Auto & Home Insurance Agency, Inc., (06-5023), Consol Defendant: Thomas Glenn Buck, LEAD ATTORNEY, John Covington Henry, Blue Williams, L.L.P., Metairie, LA.

For American Reliable Insurance Company, (06-5023), Fidelity National Insurance Company, 06-4945, Consol Defendants: Gerald J. Nielsen, LEAD ATTORNEY, Brandon Slade Stockstill, William T. Treas, Nielsen Law Firm, Metairie, LA.

For Metropolitan Property and Casualty Insurance Company, (06-5023), Consol Defendant: Thomas Glenn Buck, LEAD ATTORNEY, Christopher Thomas Grace, III, John Covington Henry, Blue Williams, L.L.P., Metairie, LA; Donald C. Douglas, Jr., Middleberg, Riddle & Gianna, New Orleans, LA; H. Minor Pipes, III, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Liberty Mutual Insurance Company, (06-5370), Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, H. Minor Pipes, III, Laura Spansel Gravener, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Lafayette Insurance Company, (06-5370), Consol Defendant: Howard Bruce Kaplan, LEAD [*191] ATTORNEY, David M. McDonald, Stephen N. Elliott, William Daniel O'Regan, IV, Bernard, Cassisa, Elliott & Davis, Metairie, LA.

For State Farm Fire and Casualty Company, (06-4703) erroneously referred to as State Farm Insurance Company, Consol Defendant: William Ryan Acomb, LEAD ATTORNEY, Porteous, Hainkel & Johnson, New Orleans, LA.

For Insurance Underwriters, Ltd., (06-10499), Consol Defendant: Max Jeffrey Cohen, LEAD ATTORNEY, James Thomas Busenlener, Monica C. Sanchez, Lowe, Stein, Hoffman, Allweiss & Hauver, New Orleans, LA.

For Massachusetts Bay Insurance Company, (06-10499) erroneously sued as The Hanover Insurance Company, Hanover Insurance Company, 07-1481, Consol Defendants: Ralph Shelton Hubbard, III, LEAD

ATTORNEY, LaDonna Grey Wilson, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Marlin Gusman, (06-5786) both individually and in his official capacity as Criminal Sheriff for the Parish of Orleans, State of Louisiana, Consol Defendant: Freeman Rudolph Matthews, LEAD ATTORNEY, Timothy R. Richardson, Usry, Weeks & Matthews, New Orleans, LA.

For Amica Mutual Insurance Company, 06-5109, Amica Mutual Insurance Company, 06-5104, Consol [*192] Defendants: John Powers Wolff, III, LEAD ATTORNEY, Nancy B. Gilbert, Keogh, Cox & Wilson, Baton Rouge, LA.

For Allstate Insurance Company, 06-7557, Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, Craig Isenberg, Laura Spansel Gravener, Mary Dawn Pugh, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA; Gerald J. Nielsen, John Dennis Carter, Thomas Ainsworth Robichaux, Nielsen Law Firm, Metairie, LA.

For Army Corps of Engineers, 06-5851, Consol Defendant: Richard R. Stone, Sr., LEAD ATTORNEY, Paul Marc Levine, Tara Ann Bowman, U. S. Department of Justice, Torts Branch, Civil Division, Washington, DC; Brian E. Bowcut, Michele S. Greif, Keith H. Liddle, U.S. Department of Justice, Civil Division, Washington, DC; Theodore L. Hunt, U.S. Department of Justice, Washington, DC.

For Stone Insurance, Inc., 06-8934, Auto Club Family Insurance Company, 07-1690, Auto Club Family Insurance Company, 07-1688, Auto Club Family Insurance Company, 07-1691, Auto Club Family Insurance Company, 07-1692, Auto Club Family Insurance Company, 07-1693, Consol Defendants: William Harry Eckert, LEAD ATTORNEY, Matthew J. Ungarino, Ungarino & Eckert, LLC, Metairie, LA.

For Travelers Property Casualty [*193] Company of America, 06-4825, Consol Defendant: Peirce A. Hammond, II, LEAD ATTORNEY, Lauren Fajoni Bartlett, Leake & Andersson, LLP, New Orleans, LA.

For Great American Insurance Company, 06-7309, Consol Defendant: Robert T. Myers, LEAD ATTORNEY, Young, Richaud & Myers, LLC, Metairie,

2007 U.S. Dist. LEXIS 82887, *193

LA.

For St. Paul Travelers Companies, Inc., 06-5080, Travelers Indemnity Company, 06-5080, Consol Defendants: Terrence Charle McRea, LEAD ATTORNEY, Zelle, Hofmann, Voelbel, Mason & Gette, LLP, Dallas, TX.

For Hartford Insurance Company of the Midwest, 06-8244, Consol Defendant: James Paul Naders, LEAD ATTORNEY, Alex P. Tilling, Lobman, Carnahan, Batt, Angelle & Nader, New Orleans, LA; Christopher W. Martin, Martin R. Sadler, Patrick M. Kemp, Martin, Disiere, Jefferson & Wisdom, LLP, Houston, TX.

For Allstate Insurance Company, 06-9096, Consol Defendant: Glenn B. Adams, LEAD ATTORNEY, Michael W. Collins, Porteous, Hainkel & Johnson, New Orleans, LA; Judy Y. Barrasso, Craig Isenberg, Mary Dawn Pugh, Porteous, Hainkel & Johnson, New Orleans, LA; Dorothy L. Tarver, Nielsen Law Firm, Metairie, LA.

For Scottsdale Insurance Company, 06-9839, Louisiana Citizens Property Insurance Corporation, 06-3799, Consol [*194] Defendants: David Edward Walle, LEAD ATTORNEY, Bienvenu, Foster, Ryan & O'Bannon, New Orleans, LA.

For City of New Orleans, 06-11208; by and through the New Orleans Public Belt Railroad Commission, Consol Defendant: Galen S. Brown, LEAD ATTORNEY, Karen Edginton Milner, Hamilton, Brown & Babst, New Orleans, LA; Joseph Vincent DiRosa, Jr., LEAD ATTORNEY, City Attorney's Office, New Orleans, LA.

For BNSF Railway Company, 06-11208, formerly known as Burlington Northern and Santa Fe Railway Company, Consol Defendant: Patrick A. Talley, Jr., LEAD ATTORNEY, Carl Edward Hellmers, III, Michael Raudon Phillips, Frilot, Partridge, Kohnke & Clements, LC, New Orleans, LA; Kerry J. Miller, Frilot Partridge, New Orleans, LA.

For Board of Commissioners of The Orleans Levee District, 06-11208, Board of Commissioners for the Orleans Levee District, 07-1349, Consol Defendants: Thomas P. Anzelmo, LEAD ATTORNEY, Andre Jude Lagarde, James C. Rather, Jr., Kyle P. Kirsch, Mark Emerson Hanna, McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel, Metairie, LA; Ben Louis Mayeaux, Gregory Alan Koury, James L. Pate, Laborde

& Neuner, Lafayette, LA.

For State Farm Fire and Casualty Company, 06-3932, Consol [*195] Defendant: Joseph Mark Messina, LEAD ATTORNEY, Heather Cheesbro, Lobman, Carnahan, Batt, Angelle & Nader, New Orleans, LA; William Ryan Acomb, LEAD ATTORNEY, Porteous, Hainkel & Johnson, New Orleans, LA; Adrianne L. Baumgartner, Porteous, Hainkel, Johnson, LLP, Covington, LA.

For Chappetta Insurance Agency, Inc., (06-7759), Consol Defendant: C. Michael Pfister, LEAD ATTORNEY, Christian B. Bogart, Corey M. Oubre, Jaime Michele Cambre, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Martin Insurance Agency, Inc., (06-7687), Gemelle Linzy, 06-7722, Consol Defendants: Stephen M. Gele, LEAD ATTORNEY, Matthew J. Ungarino, Wayne Robert Maldonado, Ungarino & Eckert, LLC, Metairie, LA.

For American Security Insurance Company, 06-4945, Consol Defendant: Gordon P. Serou, Jr., LEAD ATTORNEY, Sutterfield & Webb, LLC, New Orleans, LA.

For Hanover Insurance Company, 06-4945, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, LaDonna Grey Wilson, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Hanover Insurance Group, 06-9885, Standard Fire Insurance Company, 06-11385, Consol Defendants: Seth Andrew Schmeeckle, LEAD ATTORNEY, [*196] Katherine Leigh Osborne, Ralph Shelton Hubbard, III, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For State Farm Fire and Casualty Company, 06-4952, State Farm Fire and Casualty Company, 06-7585, Consol Defendants: Burt K. Carnahan, LEAD ATTORNEY, Brant J. Cacamo, Charles Robert Rumbley, Eric B. Berger, Heather Cheesbro, Joseph Mark Messina, Pamela K. Richard, Tara Lavel Mason, Lobman, Carnahan, Batt, Angelle & Nader, New Orleans, LA.

For Maryland Casualty Company, 06-5115, Consol Defendant: Richard E. King, LEAD ATTORNEY, David Michael Moragas, Galloway, Johnson, Tompkins, Burr &

Smith, New Orleans, LA.

For Travelers Property Casualty Company of America, 06-4262, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Joseph Pierre Guichet, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Hanover Insurance Company, 06-9008, Massachusetts Bay Insurance Company, 06-9008, Consol Defendants: Simeon B. Reimonenq, Jr., LEAD ATTORNEY, Ralph Shelton Hubbard, III, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Board of Commissioners for the Orleans Levee District, 07-993, Board of Commissioners of The Orleans [*197] Levee District, 07-1284, Board of Commissioners Of The Orleans Parish Levee District, 07-1285, Board of Commissioners of the Orleans Levee District, 07-1289, Board of Commissioners of The Orleans Levee District, 07-1288, Board of Commissioners of The Orleans Levee District, 07-1113, Consol Defendants: Gregory Alan Koury, Laborde & Neuner, Lafayette, LA.

For State Farm Fire and Casualty Company, 06-9990, Consol Defendant: Kim Huong Ashley Tran, LEAD ATTORNEY, Gerald J. Nielsen, Michael Stephen Rolland, Nielsen Law Firm, Metairie, LA; Chad Joseph Primeaux, Laurie Lee DeArmond, Patrick Dominic DeRouen, Porteous, Hainkel & Johnson, New Orleans, LA.

For Allstate Insurance Company, 06-7909, Consol Defendant: Glenn B. Adams, LEAD ATTORNEY, Michael W. Collins, Porteous, Hainkel & Johnson, New Orleans, LA; Judy Y. Barrasso, LEAD ATTORNEY, Craig Isenberg, Mary Dawn Pugh, Porteous, Hainkel & Johnson, New Orleans, LA.

For State Farm Fire and Casualty Company, 06-7922, Elaine Bilstad, 06-7922, Consol Defendants: Wayne J. Lee, LEAD ATTORNEY, Andrea L. Fannin, Lesli D. Harris, Mary L. Dumestre, Stone Pigman Walther Wittmann, LLC, New Orleans, LA.

For Mel Nelson, 06-9077, Consol Defendant: Eleanor [*198] Weeks Wall, Porteous, Hainkel & Johnson, Baton Rouge, LA.

For State Farm Fire and Casualty Company, 06-9077, Consol Defendant: Gerald J. Nielsen, LEAD

ATTORNEY, Joseph James Aguda, Jr., Nielsen Law Firm, Metairie, LA; Bryan Joseph Haydel, Jr., Charles L. Chassaignac, IV, Eleanor Weeks Wall, James Eric Johnson, Porteous, Hainkel & Johnson, Baton Rouge, LA.

For East Jefferson Levee District, 07-1289, Consol Defendant: Lawrence J. Duplass, LEAD ATTORNEY, Gary M. Zwain, Nicole M. Boyer, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA; Joseph Edward Bearden, III, Frilot, Partridge, Kohnke & Clements, LC, New Orleans, LA.

For Washington Group International, Inc., 07-1271, Consol Defendant: William D. Treeby, LEAD ATTORNEY, Carmelite M. Bertaut, Heather Shauri Lonian, John M. Landis, Stone Pigman Walther Wittmann, LLC, New Orleans, LA.

For Board of Commissioners for the Lake Borgne Basin Levee District, 07-1271, Consol Defendant: Lawrence J. Duplass, LEAD ATTORNEY, Andrew D. Weinstock, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Allstate Insurance Company, 06-2786, Allstate Insurance Company, 06-7079, Consol Defendants: Jeffrey P. Lozes, [*199] LEAD ATTORNEY, Lozes & Ponder, New Orleans, LA; Judy Y. Barrasso, LEAD ATTORNEY, Craig Isenberg, Mary Dawn Pugh, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Larry Orlando, 06-8674, Consol Defendant: David Joseph Bourgeois, LEAD ATTORNEY, Christina M. Roselle, Gissel Marie Ferriol, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Allstate Insurance Company, 06-8674, Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, Mary Ellen Wyatt, Nielsen Law Firm, Metairie, LA; Judy Y. Barrasso, LEAD ATTORNEY, Craig Isenberg, Mary Dawn Pugh, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA; Glenn B. Adams, Michael W. Collins, Porteous, Hainkel & Johnson, New Orleans, LA.

For Christopher J. Roos, 06-2124, Rebecca Roos, 06-2124, Consol Defendants: Joseph W. Rausch, LEAD ATTORNEY, Jim S. Hall & Associates, Metairie, LA.

For Metropolitan Property and Casualty Insurance Company, 06-7437, Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, H. Minor Pipes, III, Shera J. Finn, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA; Brian Joseph Capitelli, U. S. Attorney's Office, New Orleans, LA.

For Fidelity National Property and [*200] Casualty Insurance Company, 06-7437, Fidelity National Property and Casualty Insurance Company, 06-2617, Consol Defendants: William T. Treas, LEAD ATTORNEY, Gerald J. Nielsen, Nielsen Law Firm, Metairie, LA.

For Essex Insurance Company, 06-5388, Consol Defendant: Robert Louis Bonnaffons, LEAD ATTORNEY, Maurice Carlos Ruffin, Adams & Reese, New Orleans, LA.

For AIG Insurance Company, 06-7327, Consol Defendant: Robert Emmett Kerrigan, Jr., LEAD ATTORNEY, Kerrie Theriot Belsome, Deutsch, Kerrigan & Stiles LLP, New Orleans, LA.

For State Farm Fire and Casualty Company, 06-2919, Consol Defendant: Wayne J. Lee, LEAD ATTORNEY, Andrea L. Fannin, Heather Shauri Lonian, Mary L. Dumestre, Stone Pigman Walther Wittmann, LLC, New Orleans, LA.

For Louisiana Citizens Property Insurance Corporation, 06-2919, Consol Defendant: John William Waters, Jr., LEAD ATTORNEY, Christopher Marx G'sell, David Edward Walle, Gregory John McDonald, Bienvenu, Foster, Ryan & O'Bannon, New Orleans, LA.

For Allstate Insurance Company, 06-4385, Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, Dorothy L. Tarver, Joseph James Aguda, Jr., Nielsen Law Firm, Metairie, LA; Judy Y. Barrasso, LEAD ATTORNEY, Craig Isenberg, [*201] Mary Dawn Pugh, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA; Raymond A. Chenault, McGlinchey Stafford, PLLC, New Orleans, LA.

For James F Williams, 06-4385, Eddie Corcoran, 6-8274, Consol Defendants: Christian B. Bogart, LEAD ATTORNEY, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Insurance Counselors Inc., 06-7660, Consol Defendant: Robert Emmett Kerrigan, Jr., LEAD

ATTORNEY, Jonathan M. Walsh, Deutsch, Kerrigan & Stiles LLP, New Orleans, LA.

For Federal Insurance Company, 06-7660, Vigilant Insurance Company, 06-4173, Consol Defendants: Steven W. Usdin, LEAD ATTORNEY, Shera J. Finn, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Washington Group International, Inc., 07-1113, Washington Group International, Inc., 07-1349, Consol Defendants: Carmelite M. Bertaut, Stone Pigman Walther Wittmann, LLC, New Orleans, LA.

For Allstate Insurance Company, 06-1768, Consol Defendant: James F. Ryan, LEAD ATTORNEY, Donovan & Lawler, Metairie, LA; Craig Isenberg, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Allstate Insurance Company, 06-2315, Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, Bailey H. [*202] Smith, Craig Isenberg, Mary Dawn Pugh, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Encompass Insurance Company of America, 06-4709, Consol Defendant: Steven Michael Lozes, LEAD ATTORNEY, Lozes & Ponder, New Orleans, LA; Donald F. deBoisblanc, Donald Francis deBoisblanc, Jr., J. Rand Smith, Jr., deBoisblanc & deBoisblanc, Attorneys at Law, New Orleans, LA.

For Encompass Indemnity Company, 06-6761, Consol Defendant: Steven Michael Lozes, LEAD ATTORNEY, Lozes & Ponder, New Orleans, LA.

For State Farm Fire and Casualty Company, 07-245, Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, Joseph James Aguda, Jr., Michael Stephen Rolland, Nielsen Law Firm, Metairie, LA; Chad Joseph Primeaux, Laurie Lee DeArmond, Patrick Dominic DeRouen, Porteous, Hainkel & Johnson, New Orleans, LA.

For Allstate Indemnity Company, 06-4385, Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, Susan Muller Rogge, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For United States, 06-5127, Consol Defendant: Richard R. Stone, Sr., Robin D. Smith, Theodore L. Hunt, U.S.

2007 U.S. Dist. LEXIS 82887, *202

Department of Justice, Torts Branch, Civil Division, Washington, DC; Brian E. Bowcut, Michele S. Greif, [*203] U.S. Department of Justice, Washington, DC.

For Colony Insurance Company, 06-7722, Consol Defendant: Michael J. Vondenstein, LEAD ATTORNEY, Charles F. Wartelle, Joseph L. Spilman, III, Hailey, McNamara, Hall, Larmann & Papale, Metairie, LA.

For Martin Insurance Agency, Inc., 06-7722, Westport Insurance Corporation, 06-7722, Consol Defendants: Stephen M. Gele, LEAD ATTORNEY, Matthew J. Ungarino, Norman F. Hodgins, III, Ungarino & Eckert, LLC, Metairie, LA.

For Allstate Insurance Company, 07-1015, Consol Defendant: Donald F. deBoisblanc, LEAD ATTORNEY, Donald Francis deBoisblanc, Jr., J. Rand Smith, Jr., deBoisblanc & deBoisblanc, Attorneys at Law, New Orleans, LA; Judy Y. Barrasso, LEAD ATTORNEY, Craig Isenberg, Mary Dawn Pugh, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA; Steven Michael Lozes, Lozes & Ponder, New Orleans, LA.

For Principal Residential Mortgage, Inc., 06-4173, Consol Defendant: Kent A. Lambert, LEAD ATTORNEY, Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, New Orleans, LA; Tommy D. Snyder, Conroy Law Firm, Metairie, LA.

For Citimortgage, Inc., 06-4173, Consol Defendant: Kent A. Lambert, LEAD ATTORNEY, Anne Derbes Keller, Tyler Weidlich, Baker [*204] Donelson Bearman Caldwell & Berkowitz, PC, New Orleans, LA.

For Jay Trusheim, 06-4173, Consol Defendant: Thomas P. Hubert, LEAD ATTORNEY, Jane Henican Heidingsfelder, Robert Louis Walsh, Jones, Walker, Waechter, Poitevent, Carrere & Denegre, New Orleans, LA.

For Club Insurance Agency, Inc., 06-2617, Consol Defendant: David Israel, LEAD ATTORNEY, Allison Cannizaro, Kevin Gallo Barreca, Sessions, Fishman & Nathan, LLP, Metairie, LA.

For Auto Club Family Insurance Company, 06-2617, Consol Defendant: David Israel, LEAD ATTORNEY, Kevin Gallo Barreca, Sessions, Fishman & Nathan, LLP, Metairie, LA.

For Allstate Insurance Company, 06-6145, Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, Craig Isenberg, Mary Dawn Pugh, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA; Steven Michael Lozes, Lozes & Ponder, New Orleans, LA; Donald F. deBoisblanc, Donald Francis deBoisblanc, Jr., J. Rand Smith, Jr., deBoisblanc & deBoisblanc, Attorneys at Law, New Orleans, LA.

For Standard Fire Insurance Company, 06-5895, Consol Defendant: Gary Jude Russo, LEAD ATTORNEY, Camille Bienvenu Poche, Douglas Conrad Longman, Jr., Michael Gerard Lemoine, Perret Doise, APLC, Lafayette, LA.

For Katie [*205] Hymel, 06-7846, Consol Defendant: Kevin R. Derham, LEAD ATTORNEY, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Allstate Insurance Company, 06-7846, Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, Craig Isenberg, Mary Dawn Pugh, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA; Steven Michael Lozes, LEAD ATTORNEY, Lozes & Ponder, New Orleans, LA.

For Auto Club Family Insurance Company, 06-6676, Consol Defendant: Thomas M. Richard, LEAD ATTORNEY, Brad M. LaComb, Jeffrey Kent Warwick, Chopin, Wagar, Richard, & Kutcher, LLP, Metairie, LA.

For Auto Club Family Insurance Company, 06-6660, Consol Defendant: Thomas M. Richard, LEAD ATTORNEY, Brad M. LaComb, Jeffrey Kent Warwick, Kenneth Benjamin Krobert, Chopin, Wagar, Richard & Kutcher LLP, Metairie, LA.

For Fidelity and Guaranty Insurance Underwriters, Inc., 06-3430, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, William Lee Kohler, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Hartford Insurance Company of the Midwest, 06-7608, Consol Defendant: Simeon B. Reimonenq, Jr., LEAD ATTORNEY, Ralph Shelton Hubbard, III, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, [*206] New Orleans, LA; Christopher W. Martin, Patrick M. Kemp, Martin R. Sadler, Martin, Disiere, Jefferson & Wisdom, LLP, Houston, TX.

For Hartford Underwriters Insurance Company, 06-7608,

Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, John Dennis Carter, Nielsen Law Firm, Metairie, LA; Ralph Shelton Hubbard, III, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Fidelity National Insurance Company, 06-3799, Consol Defendant: Thomas Christopher Pennebaker, LEAD ATTORNEY, Dorothy L. Tarver, Gerald J. Nielsen, Nielsen Law Firm, Metairie, LA.

For Robert Sheard Insurance Agency, Inc., 06-3799, Robert Sheard, 06-3799, Consol Defendants: Peter Stephan Koeppel, LEAD ATTORNEY, Susan Ruth Laporte, Best Koeppel, New Orleans, LA.

For Republic Fire and Casualty Insurance Company, 07-1610, Consol Defendant: Jay M. Lonero, LEAD ATTORNEY, Angie Arceneaux Akers, Christopher Raymond Pennison, Mary Kerrigan Dennard, Larzelere Picou Wells Simpson Lonero, LLC, Metairie, LA.

For Hanover Insurance Company, 06-6845, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Kristopher T. Wilson, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, [*207] New Orleans, LA.

For Auto Club Family Insurance Company, 07-1687, Consol Defendant: William Harry Eckert, LEAD ATTORNEY, Ungarino & Eckert, LLC, Metairie, LA.

For State Farm Fire and Casualty Company, 07-1561, State Farm Fire and Casualty Company, 07-1571, State Farm Fire and Casualty Company, 07-1590, State Farm Fire and Casualty Company, 07-1585, State Farm Fire and Casualty Company, 07-1586, State Farm Fire and Casualty Company, 07-1592, State Farm Fire and Casualty Company, 07-1566, State Farm Fire and Casualty Company, 07-1570, State Farm Fire and Casualty Company, 07-1608, State Farm Fire and Casualty Company, 07-1595, State Farm Fire and Casualty Company, 07-1562, Consol Defendants: Sidney Jay Hardy, LEAD ATTORNEY, McCranie, Sistrunk, Anzelmo, Hardy, et al, Covington, LA; Roy C. Beard, McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel, Metairie, LA.

For State Farm Fire and Casualty Company, 07-1581, Consol Defendant: Sidney Jay Hardy, LEAD ATTORNEY, McCranie, Sistrunk, Anzelmo, Hardy, et

al, Covington, LA; James Dalton Courson, Mary L. Dumestre, Michael Q. Walshe, Jr., Wayne J. Lee, Stone Pigman Walther Wittmann, LLC, New Orleans, LA; Roy C. Beard, McCranie, Sistrunk, [*208] Anzelmo, Hardy, Maxwell & McDaniel, Metairie, LA.

For State Farm Fire and Casualty Company, 07-1791, Consol Defendant: David K Persons, LEAD ATTORNEY, Caroline D. Ibos, Darren Albert Patin, John Elliott Unsworth, Jr., Hailey, McNamara, Hall, Larmann & Papale, Metairie, LA.

For State Farm Fire and Casualty Company, 07-1793, State Farm Fire and Casualty Company, 07-1795, State Farm Fire and Casualty Company, 07-1797, State Farm Fire and Casualty Company, 07-1798, State Farm Fire and Casualty Company, 07-1799, State Farm Fire and Casualty Company, 07-1801, State Farm Fire and Casualty Company, 07-1803, State Farm Fire and Casualty Company, 07-1785, State Farm Fire and Casualty Company, 07-1787, State Farm Fire and Casualty Company, 07-1789, State Farm Fire and Casualty Company, 07-1805, State Farm Fire and Casualty Company, 07-1809, State Farm Fire and Casualty Company, 07-1811, State Farm Fire and Casualty Company, 07-1813, State Farm Fire and Casualty Company, 07-1814, State Farm Fire and Casualty Company, 07-1815, State Farm Fire and Casualty Company, 07-1816, State Farm Fire and Casualty Company, 07-1817, State Farm Fire and Casualty Company, 07-1818, State Farm Fire and Casualty [*209] Company, 07-1819, State Farm Fire and Casualty Company, 07-1784, State Farm Fire and Casualty Company, 07-1788, State Farm Fire and Casualty Company, 07-1790, State Farm Fire and Casualty Company, 07-1806, State Farm Fire and Casualty Company, 07-1808, State Farm Fire and Casualty Company, 07-1810, State Farm Fire and Casualty Company, 07-1812, State Farm Fire and Casualty Company, 07-1792, State Farm Fire and Casualty Company, 07-1794, State Farm Fire and Casualty Company, 07-1796, State Farm Fire and Casualty Company, 07-1800, State Farm Fire and Casualty Company, 07-1783, Consol Defendants: David K Persons, LEAD ATTORNEY, Brad D. Ferrand, Caroline D. Ibos, Darren Albert Patin, John Elliott Unsworth, Jr., Hailey, McNamara, Hall, Larmann & Papale, Metairie, LA.

For State Farm Fire and Casualty Company, 07-1802,

Consol Defendant: David K Persons, LEAD ATTORNEY, Brad D. Ferrand, Darren Albert Patin, John Elliott Unsworth, Jr., Hailey, McNamara, Hall, Larmann & Papale, Metairie, LA.

For State Farm Fire and Casualty Company, 07-1804, State Farm Fire and Casualty Company, 07-1782, Consol Defendants: David K Persons, LEAD ATTORNEY, Brad D. Ferrand, Caroline D. Ibos, Darren Albert Patin, [*210] Hailey, McNamara, Hall, Larmann & Papale, Metairie, LA.

For Claudia Bodet, 07-1810, Consol Defendant: Patrick G. Kehoe, Jr., LEAD ATTORNEY, Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Judge Lestelle, Lestelle & Lestelle, Metairie, LA; Bruce L. Feingerts, Feingerts & Kelly, PLC, New Orleans, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Kenneth Taylor, 06-7547, Consol Defendant: Joseph G. Glass, LEAD ATTORNEY, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For The Hanover Insurance Company, 06-8617, Consol Defendant: Michael Eugene Holoway, LEAD ATTORNEY, Ralph Shelton Hubbard, III, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA; Kevin P. Kamrazewski, Paul E.B. Glad, Sonnenschein, Nath & Rosenthal, Chicago, IL.

For State Farm Fire and Casualty Company, 07-1872, Consol Defendant: Tara Lavel Mason, Lobman, Carnahan, Batt, Angelle & Nader, New Orleans, [*211] LA.

For Encompass Insurance Company of America, 06-5288, Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, Bailey H. Smith, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Allstate Insurance Company, 06-8274, Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, Craig Isenberg, Edward R. Wicker, Jr., Mary Dawn Pugh, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA; Gerald J. Nielsen, Thomas Christopher Pennebaker, Nielsen Law Firm, Metairie, LA.

For Allstate Indemnity Company, 07-1262, Consol Defendant: Richard W. Bane, LEAD ATTORNEY, Maureen O'Connor Sullivan, Lewis, Brisbois, Bisgaard & Smith, LLP, Lafayette, LA.

For State Farm Insurance Company, 07-2730, State Farm Insurance Company, 07-2731, Consol Defendants: James R. Nieset, Jr., LEAD ATTORNEY, Porteous, Hainkel & Johnson, New Orleans, LA; Adrianne L. Baumgartner, William Conway Lozes, Porteous, Hainkel, Johnson, LLP, Covington, LA; Norman F. Hodgins, III, Ungarino & Eckert, LLC, Metairie, LA.

For State Farm Fire and Casualty Company, 06-8952, Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, Joseph James Aguda, Jr., Kim Huong Ashley Tran, Nielsen Law Firm, Metairie, LA; Adrianne L. Baumgartner, [*212] Porteous, Hainkel, Johnson, LLP, Covington, LA; Bryan Joseph Haydel, Jr., Charles L. Chassaignac, IV, Eleanor Weeks Wall, James Eric Johnson, Porteous, Hainkel & Johnson, Baton Rouge, LA.

For Marie Clesi, 06-8952, Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, Joseph James Aguda, Jr., Kim Huong Ashley Tran, Nielsen Law Firm, Metairie, LA.

For State Farm Fire and Casualty Company, 07-1807, Consol Defendant: Wayne J. Lee, LEAD ATTORNEY, Andrea L. Fannin, Mary L. Dumestre, Samantha Paula Griffin, Stone Pigman Walther Wittmann, LLC, New Orleans, LA.

For State Farm Fire and Casualty Company, 07-2679, State Farm Fire and Casualty Company, 07-2680, State Farm Fire and Casualty Company, 02681, State Farm Fire and Casualty Company, 07-2682, Allstate Indemnity Company, 07-2746, Consol Defendants: Roy C. Beard, LEAD ATTORNEY, McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel, Metairie, LA.

For Allstate Insurance Company, 07-2746, Allstate Insurance Company, 07-2747, Allstate Insurance Company, 07-2748, Allstate Insurance Company, 07-2749, Allstate Insurance Company, 07-2750, Allstate Insurance Company, 07-2751, Allstate Insurance Company, 07-2752, Allstate Insurance Company, 07-2753, [*213] Allstate Insurance Company, 07-2754,

2007 U.S. Dist. LEXIS 82887, *213

Allstate Insurance Company, 07-2755, Allstate Insurance Company, 07-2756, Consol Defendants: Judy Y. Barrasso, LEAD ATTORNEY, Craig Isenberg, Edward R. Wicker, Jr., Mary Dawn Pugh, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Auto Club Family Insurance Company, 07-1689, Consol Defendant: Thomas M. Richard, LEAD ATTORNEY, Brad M. LaComb, Kenneth Benjamin Krobert, Chopin, Wagar, Richard & Kutcher LLP, Metairie, LA; Matthew J. Ungarino, Ungarino & Eckert, LLC, Metairie, LA.

For State Farm Fire and Casualty Company, 07-1564, 07-1567, 07-1568, 07-1569, 07-1573, 07-1574, 07-1575, 07-1576, 07-1577, 07-1578, 07-1580, 07-1580, 07-1582, 07-1587, 07-1588, 07-1589, 07-1593, 07-1596, 07-1597, 07-1598, 07-1600, 07-1601, 07-1602, 07-1603, 07-1604, 07-1606, Consol Defendant: Sidney Jay Hardy, LEAD ATTORNEY, McCranie, Sistrunk, Anzelmo, Hardy, et al, Covington, LA.

For State Farm Fire and Casualty Company, 07-2660, 07-2661, 07-2662, 07-2663, 07-2664, 07-2665, Consol Defendant: Alan A. Zaunbrecher, LEAD ATTORNEY, Law Office of Alan A. Zaunbrecher, Covington, LA.

For Auto Club Family Insurance Company, 07-2763, Consol Defendant: Gina Puleio [*214] Campo, LEAD ATTORNEY, Miranda, Warwick, Milazzo, Giordano & Hebbler, APLC, Metairie, LA.

For Lexington Insurance Company, 06-4811, Consol Defendant: Robert I. Siegel, LEAD ATTORNEY, Krystena L. Harper, Gieger, Laborde & Laperouse, LLC, New Orleans, LA.

For Allstate Insurance Company, 06-3996, Consol Defendant: Jean E. Lavidalie, LEAD ATTORNEY, Maureen O'Connor Sullivan, Richard W. Bane, Lewis, Brisbois, Bisgaard & Smith, LLP, Lafayette, LA.

For Mabel B. Mangano, 06-9192, Salvador Mangano, Sr., 06-8982, Mabel B. Mangano, 06-8982, Salvador Mangano, 06-9192, Salvador Mangano, 06-9191, Mabel Buffone Mangano, 06-9191, Salvador A. Mangano, 06-5962, Mabel B. Mangano, 06-5962, Salvador A. Mangano, 06-8761, Mabel B. Mangano, 06-8761, Salvador A. Mangano, (06-9206), Mabel B. Mangano, (06-9206), Consol Defendants: James A. Cobb, Jr., LEAD ATTORNEY, Emmett, Cobb, Waits & Kessenich,

New Orleans, LA; Jeremy D. Goux, Wynne Goux & Lobello, Attorney's at Law, Covington, LA; John F. Emmett, Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA; Louis G. Spencer, McNair Law Firm, Charleston, NC.

For Salvador A. Mangano, 06-6639, Salvador A Mangano, Sr, 06-9641, Mabel B. Mangano, 06-9641, [*215] Mabel B. Mangano, 06-8972, Salvador A. Mangano, (06-10426), Mabel B. Mangano, (06-10426), Salvador A. Mangano, (06-10790), Mabel B. Mangano, (06-10790), Salvador A. Mangano, 07-269, Mabel B. Mangano, 07-269, Salvador A. Mangano, 07-657, Mabel B. Mangano, 07-657, Consol Third Party Plaintiffs: James A. Cobb, Jr., LEAD ATTORNEY, Susan E. Henning, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; Jeremy D. Goux, Martha Dupree Bowden, Vincent F. Wynne, Jr., Wynne Goux & Lobello, Attorney's at Law, Covington, LA; John F. Emmett, Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA; Louis G. Spencer, McNair Law Firm, Charleston, NC.

For Salvador A. Mangano, 06-7400, Mabel B. Mangano, 06-7400, Salvador A. Mangano, (06-7802), Mabel B. Mangano, (06-7802), Salvador A. Mangano, (06-8759), Mabel B. Mangano, (06-8759), Salvador A. Mangano, (06-8881), Mabel B. Mangano, (06-8881), Consol Third Party Plaintiffs: James A. Cobb, Jr., LEAD ATTORNEY, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; Louis G. Spencer, McNair Law Firm, Charleston, NC; Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA.

For Salvador Mangano, Sr., 06-9321, Mabel Mangano, 06-9321, Consol Third [*216] Party Plaintiffs: Martha Dupree Bowden, LEAD ATTORNEY, Jeremy D. Goux, Wynne Goux & Lobello, Attorney's at Law, Covington, LA; James A. Cobb, Jr., Emmett, Cobb, Waits & Kessenich, New Orleans, LA; Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA.

For Buffman, Inc., 06-8821, 06-8761, 06-9193, 06-8759, Consol Third Party Plaintiff: James A. Cobb, Jr., LEAD ATTORNEY, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; Jeremy D. Goux, Martha Dupree Bowden, Vincent F. Wynne, Jr., Wynne Goux & Lobello, Attorney's at Law, Covington, LA; John F. Emmett, Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA.

2007 U.S. Dist. LEXIS 82887, *216

For Salvador A. Mangano, 06-9037, Mabel B. Mangano, 06-9037, Salvador A. Mangano, 06-9038, Mabel B. Mangano, 06-9038, Salvador A. Mangano, 06-8731, Mabel B. Mangano, 06-8731, Salvador A. Mangano, 06-9236, Mabel B. Mangano, 06-9236, Salvador A. Mangano, 06-8106, Mabel B. Mangano, 06-8106, Salvador A. Mangano, 06-8107, Mabel B. Mangano, 06-8107, Salvador A. Mangano, 06-8810, Mabel Buffone Mangano, 06-8810, Salvador Mangano, Sr., 06-7858, Mabel B. Mangano, 06-7858, Salvador A. Mangano, 06-8821, Mabel B. Mangano, 06-8821, Salvador A. Mangano, 06-7457, Mabel B. [*217] Mangano, 06-7457, Mangano Corporation, 06-9193, doing business as St. Rita's Nursing Home Facility, Salvador A. Mangano, 06-9193, Mabel Buffone Mangano, 06-9193, Salvador A. Mangano, (06-8759), Mabel B. Mangano, (06-8759), Salvador A. Mangano, (06-8881), Mabel B. Mangano, (06-8881), Salvador A. Mangano, (06-9569), Mabel Buffone Mangano, (06-9569), Consol Third Party Plaintiffs: James A. Cobb, Jr., LEAD ATTORNEY, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; Jeremy D. Goux, Wynne Goux & Lobello, Attorney's at Law, Covington, LA; Louis G. Spencer, McNair Law Firm, Charleston, NC; Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA.

For Mabel Mangano, 06-8963, Salvador A. Mangano, 06-8963, St. Rita's Nursing Home, 06-8992, also known as Buffman, Inc., Salvador A. Mangano, 06-8992, Mabel B. Mangano, 06-8992, Consol Third Party Plaintiffs: James A. Cobb, Jr., LEAD ATTORNEY, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; Jeremy D. Goux, Martha Dupree Bowden, Vincent F. Wynne, Jr., Wynne Goux & Lobello, Attorney's at Law, Covington, LA; Louis G. Spencer, McNair Law Firm, Charleston, NC; Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA.

For Mabel B. [*218] Mangano, 06-7355, Salvador A. Mangano, 06-7355, Consol Third Party Plaintiffs: James A. Cobb, Jr., LEAD ATTORNEY, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; Jason R. Kenney, John F. Emmett, Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA; Jeremy D. Goux, Wynne Goux & Lobello, Attorney's at Law, Covington, LA; Louis G. Spencer, McNair Law Firm, Charleston, NC.

For Salvador A. Mangano, 06-8972, Salvador A. Mangano, 06-8972, Mabel B. Mangano, 06-8972, Consol Third Party Plaintiffs: James A. Cobb, Jr., LEAD

ATTORNEY, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; Jeremy D. Goux, Martha Dupree Bowden, Wynne Goux & Lobello, Attorney's at Law, Covington, LA; John F. Emmett, Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA; Louis G. Spencer, McNair Law Firm, Charleston, NC.

For Salvador A. Mangano, (06-8947), Mabel B. Mangano, (06-8947), Consol Third Party Plaintiffs: James A. Cobb, Jr., LEAD ATTORNEY, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; Jeremy D. Goux, Wynne Goux & Lobello, Attorney's at Law, Covington, LA; Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA.

For Salvador A Mangano, Sr, (06-9642), Mabel Buffone Mangano, [*219] (06-9642), Consol Third Party Plaintiffs: James A. Cobb, Jr., LEAD ATTORNEY, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; Jeremy D. Goux, Martha Dupree Bowden, Wynne Goux & Lobello, Attorney's at Law, Covington, LA.

For Club Insurance Agency, Inc., 06-2617, Consol Third Party Plaintiff: David Israel, LEAD ATTORNEY, Allison Cannizaro, Kevin Gallo Barreca, Sessions, Fishman & Nathan, LLP, Metairie, LA.

For United States of America, 06-8881, 06-8947, 06-9569, 06-9642, 06-10790, 07-269, 07-657, 06-7802, 06-8761, 06-8821, 06-8759, 06-7633, United States of America, 06-9193, 06-7355, 06-9641, 06-9038, 06-9037, 06-9321, 06-8982, 06-9191, 06-9206, 06-8972, 06-9692, 06-8219, 06-7400, 06-7457, 06-8107, 06-9236, 06-8963, 06-5962, 06-7858, 06-6639, 06-8106, 06-9192, 06-8731, Consol Third Party Defendants: Stevens E. Moore, LEAD ATTORNEY, U. S. Attorney's Office, New Orleans, LA; James F. McConnon, Jr., Kara K. Miller, Traci L. Colquette, U.S. Department of Justice, Torts Branch, Civil Division, Washington, DC.

For Kathleen Blanco, 06-6639; 06-7400; 06-9321; 06-8219, 06-7355; 06-9037; 06-8982; 06-9192; 06-9641; 06-9038; 06-8963; 06-8972; 06-8992; 06-9191; 06-8731; 06-9236, 06-8106; 06-8107; [*220] 06-5962; 06-8810; 06-7858; 06-8821; 06-8761; 06-7457; 06-9193; 06-9206; 06-10426; 06-7802, Kathleen Blanco, 06-8759; 06-7633; 06-8881; 06-8947; 06-9569; 06-9642; 06-10790; 07-269; 07-657, Consol Third Party Defendants: Rachelle D. Dick, LEAD ATTORNEY, Amanda G. Clark,

Forrester, Jordan & Dick LLC, Baton Rouge, LA.

Case 2:05-cv-04182-SRD-JCW   Document 15549-61   Filed 09/29/08   Page 62 of 79

Page 62
2007 U.S. Dist. LEXIS 82887, *220

For Frederick P. Cerise, 06-6639; M.D., in his official capacity as Secretary, Louisiana Department of Health and Hospitals, Frederick P. Cerise, 06-7400, Frederick P. Cerise, 06-9321; M.D., in his official capacity as Secretary, Department of Health and Hospitals, Frederick P. Cerise, 06-8219; M.D., in his official capacity as Secretary, Department of Health and Hospitals, Frederick P. Cerise, 06-7355; M.D., in his official capacity as Secretary, Louisiana Department of Health and Hospitals, Frederick P. Cerise, 06-9037; in his official capacity as Secretary, Department of Health and Hospitals, Frederick P. Cerise, 06-8982; in his official capacity as Secretary, Department of Health and Hospitals, Frederick P. Cerise, 06-9192; in his official capacity as Secretary, Louisiana Department of Health and Hospitals, Frederick P. Cerise, 06-9641; in his official capacity as [*221] Secretary, Louisiana Department of Health and Hospitals, Frederick P. Cerise, 06-9038; in his official capacity as Secretary, Department of Health and Hospitals, Frederick P. Cerise, 06-8963; in his official capacity as Secretary, Louisiana Department of Health and Hospitals, Frederick P. Cerise, 06-8972; in his official capacity as Secretary, Louisiana Department of Health and Hospitals, Frederick P. Cerise, 06-8972; in his official capacity as Secretary, Louisiana Department of Health and Hospitals, Frederick P. Cerise, 06-8992; in his official capacity as Secretary, Louisiana Department of Health and Hospitals, Frederick P. Cerise, 06-9191; in his official capacity as Secretary, Louisiana Department of Health and Hospitals, Frederick P. Cerise, 06-8731; M.D., in his official capacity as Secretary, Louisiana Department of Health and Hospitals, Frederick P. Cerise, 06-9236; in his official capacity as Secretary, Louisiana Department of Health and Hospitals, Frederick P. Cerise, 06-8106; in his official capacity as Secretary, Louisiana Department of Health and Hospitals, Frederick P. Cerise, 06-8107; in his official capacity as Secretary, Department of Health and Hospitals, [*222] Frederick P. Cerise, 06-8810, M.D., in his official capacity as Secretary, Department of Health and Hospitals, Frederick P. Cerise, 06-7858, M.D., in his official capacity as Secretary, Department of Health and Hospitals, Frederick P. Cerise, 06-8821; M.D., in his official capacity as Secretary, Louisiana Department of Health and Hospitals, Frederick P. Cerise, 06-8761; M.D., in his official capacity as Secretary, Louisiana Department of Health and Hospitals, Frederick P. Cerise, 06-7457; M.D., in his official capacity as Secretary, Louisiana Department of Health and Hospitals, Frederick P. Cerise, 06-9193; M.D., in his official capacity as Secretary, Louisiana Department of Health and Hospitals, State of Louisiana, Department of Health and Hospitals, (06-10426), Frederick P. Cerise, (06-10426) M.D., in his official capacity as Secretary, Department of Health and Hospitals, Frederick P. Cerise, (06-7802) in his official capacity as Secretary, Louisiana Department of Health Hospitals, State of Louisiana, Department of Health and Hospitals, (06-8759), Frederick P. Cerise, (06-8759) in his official capacity as Secretary, Department of Health and Hospitals, State of Louisiana, Department [*223] of Health and Hospitals, (06-7633), Frederick P. Cerise, (06-7633) in his official capacity as Secretary of Department of Health and Hospitals, Frederick P. Cerise, (06-8881) M.D., State of Louisiana, Department of Health and Hospitals, (06-8881), Louisiana State Department of Health and Hospitals, (06-8947), State of Louisiana, Department of Health and Hospitals, (06-9569), Frederick P. Cerise, (06-9569) M.D., in his official capacity as Secretary, Louisiana Department of Health and Hospitals, State of Louisiana, Department of Health and Hospitals, (06-9642), Frederick P. Cerise, (06-9642) M.D., in his official capacity as Secretary, Department of Health and Hospitals, State of Louisiana, Department of Health and Hospitals, 07-269, Frederick P. Cerise, 07-269; M.D., in his official capacity as Secretary, Louisiana Department of Health and Hospitals, State of Louisiana, Department of Health and Hospitals, 07-657, Frederick P. Cerise, 07-657; M.D., in his official capacity as Secretary, Louisiana Department of Health and Hospitals, Consol Third Party Defendants: Stephen H. Vogt, LEAD ATTORNEY, Thibaut, Thibaut & Vogt, LLP, Baton Rouge, LA.

For Louisiana State Department of Justice, [*224] 06-6639; Office of Attorney General, State of Louisiana, Department of Health and Hospitals, 06-9037, State of Louisiana, Department of Justice, Office of the Attorney General, 06-8972, State of Louisiana, Department of Justice, Office of the Attorney General, 06-8761, Consol Third Party Defendants: Brent Bennett Barriere, Phelps Dunbar, LLP, New Orleans, LA.

For Charles Foti, 06-6639; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-7400, State of Louisiana Office of the Attorney General, 06-9321, Charles Foti, 06-9321; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-8219; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-7355; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-9037; in his official capacity as Attorney

Case 2:05-cv-04182-SRD-JCW   Document 15549-61   Filed 09/29/08   Page 63 of 79

Page 63
2007 U.S. Dist. LEXIS 82887, *224

General, State of Louisiana, Charles Foti, 06-8982; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-9192; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-9641; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-9038; in his official [*225] capacity as Attorney General, State of Louisiana, Charles Foti, 06-8963; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-8972; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-8972; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-8992; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-9191; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-8731; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-9236; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-8106; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-8107; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-5962; in his official capacity as Louisiana State Attorney General, Charles Foti, 06-8810; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-7858; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-8821; in his official capacity as Attorney General, State of Louisiana, [*226] State of Louisiana, Department of Transportation and Development, 06-8761, Charles Foti, 06-8761; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-7457; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-9193; in his official capacity as Attorney General, State of Louisiana, Charles Foti, (06-10426) in his official capacity as Attorney General, State of Louisiana, Department of Justice of the State of Louisiana, (06-7802) office of the Attorney General, Charles Foti, 06-8636) in his official capacity as Attorney General, State of Louisiana, State of Louisiana Office of the Attorney General, (06-8759), Charles Foti, (06-8759) in his official capacity as Attorney General, State of Louisiana, State of Louisiana, Office of the Attorney General, (06-7633), Charles Foti, (06-7633) in his official capacity as Attorney General, State of Louisiana, Louisiana Department of Justice, (06-8881), Charles C Foti, - his official capacity as Attorney General, State of Louisiana, State of Louisiana, Department of Justice, Office of the Attorney General, (06-9569), Charles Foti, (06-9569) in his official capacity as Attorney General, [*227] State of Louisiana, State of Louisiana, Office of the Attorney General, (06-9642),

Charles Foti, (06-9642) in his official capacity as Attorney General, State of Louisiana, State of Louisiana, Department of Transportation and Development, (06-10790), Johnny Bradberry, (06-10790) in his official capacity as Secretary, Louisiana Department of Transportation and Development, State of Louisiana, Department of Health and Hospitals, (06-10790), Frederick P. Cerise, (06-10790) M.D., in his official capacity as Secretary, Department of Health and Hospitals, State of Louisiana, Office of the Attorney General, (06-10790), Charles Foti, (06-10790) in his official capacity as Attorney General, State of Louisiana, Charles Foti, 07-269; in his official capacity as Attorney General, State of Louisiana, State of Louisiana, Department of Justice, Office of the Attorney General, 07-657, Charles Foti, 07-657; in his official capacity as Attorney General, State of Louisiana, Consol Third Party Defendants: Brent Bennett Barriere, LEAD ATTORNEY, Catherine Elena Lasky, Robert R. Wood, Jr., Susie Morgan, Phelps Dunbar, LLP, New Orleans, LA.

For Lake Borgne Basin Levee District, 06-6639, Lake Borgne [*228] Basin Levee District, 06-9321, Consol Third Party Defendants: Lawrence J. Duplass, LEAD ATTORNEY, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA; Jennifer May Morris, Reich, Album & Plunkett, LLC, Metairie, LA; Joseph Edward Bearden, III, Frilot, Partridge, Kohnke & Clements, LC, New Orleans, LA.

For Department of Transportation And Development, State of Louisiana, 06-7400, State of Louisiana, Department of Transportation and Development, 06-8982, Consol Third Party Defendants: William M. Hudson, III, LEAD ATTORNEY, Michael McGrath Duran, Sr., Oats & Hudson, Gordon Square, Lafayette, LA; Brent Bennett Barriere, Phelps Dunbar, LLP, New Orleans, LA; Clifton O. Bingham, Jr., Oats & Hudson, Baton Rouge, LA.

For Lake Borgne Basin Levee District, 06-7400, Lake Borgne Basin Levee District, 06-8219, Lake Borgne Basin Levee District, 06-7355, Lake Borgne Basin Levee District, 06-9037, Lake Borgne Basin Levee District, 06-8982, Lake Borgne Basin Levee District, 06-9192, Lake Borgne Basin Levee District, 06-9641, Lake Borgne Basin Levee District, 06-9038, Lake Borgne Basin Levee District, 06-8963, Lake Borgne Basin Levee District, 06-8972, Lake Borgne Basin Levee District, [*229]

06-8972, Lake Borgne Basin Levee District, 06-8992, Lake Borgne Basin Levee District, 06-9191, Lake Borgne Basin Levee District, 06-8731, Lake Borgne Basin Levee District, 06-9236, Lake Borgne Basin Levee District, 06-8106, Lake Borgne Basin Levee District, 06-8107, Lake Borgne Basin Levee District, 06-5962, Lake Borgne Basin Levee District, 06-8810, Lake Borgne Basin Levee District, 06-7858, Lake Borgne Basin Levee District, 06-8821, Lake Borgne Basin Levee District, 06-8761, Lake Borgne Basin Levee District, 06-7457, Lake Borgne Basin Levee District, 06-9193, Lake Borgne Basin Levee District, (06-9206), Lake Borgne Basin Levee District, (06-10426), Lake Borgne Basin Levee District, 06-8636) a political subdivision of the state of Louisiana, Lake Borgne Basin Levee District, (06-8759), Lake Borgne Basin Levee District, (06-7633), Lake Borgne Basin Levee District, (06-8881), Lake Borgne Basin Levee District, (06-8947), Lake Borgne Basin Levee District, (06-9569), Lake Borgne Basin Levee District, (06-9642), Lake Borgne Basin Levee District, (06-10790), Lake Borgne Basin Levee District, 07-269; a political subdivision of the State of Louisiana, Consol Third Party Defendants: [*230] Lawrence J. Duplass, LEAD ATTORNEY, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA; Joseph Edward Bearden, III, Frilot, Partridge, Kohnke & Clements, LC, New Orleans, LA.

For State of Louisiana, Department of Transportation and Development, 06-9321, State of Louisiana, Department of Transportation and Development, 06-8219, State of Louisiana, Department of Transportation and Development, 06-9037, State of Louisiana, Department of Transportation and Development, 06-9192, State of Louisiana, Department of Transportation and Development, 06-9641, State of Louisiana, Department of Transportation and Development, 06-9038, State of Louisiana, Department of Transportation and Development, 06-8972, State of Louisiana, Department of Transportation and Development, 06-8972, State of Louisiana, Department of Transportation and Development, 06-8992, State of Louisiana, Department of Transportation and Development, 06-9191, State of Louisiana, Department of Transportation and Development, 06-9236, Department of Transportation And Development, State of Louisiana, 06-8107, State of Louisiana, Department of Transportation and Development, 06-8810, State of Louisiana, Department [*231] of Transportation and Development, 06-7858, State of Louisiana, Department of Transportation and

Development, 06-8821, State of Louisiana, Department of Transportation and Development, 06-8761, State of Louisiana, Department of Transportation and Development, 06-9193, State of Louisiana, Department of Transportation and Development, (06-10426), Johnny Bradberry, (06-10426) in his official capacity as Secretary, Louisiana Department of Transportation and Development, Department of Transportation and Development, (06-7802) State of Louisiana, Johnny Bradberry, (06-7802) in his official capacity as Secretary, Louisiana Department of Transportation and Development, State of Louisiana, Department of Transportation and Development, (06-8759), Johnny Bradberry, (06-8759) in his official capacity as Secretary, Louisiana Department of Transportation and Development, State of Louisiana, Department of Transportation and Development, (06-7633), Johnny Bradberry, (06-7633) in his official capacity as Secretary, Louisiana Department of Transporation and Development, Louisiana Department of Transportation and Development, (06-8881), Johnny Bradberry, (06-8881), Louisiana State Department of [*232] Transportation and Development, (06-8947), Johnny Bradberry, (06-8947) in his official capacity as Secretary, Louisiana Department of Transportation and Development, State of Louisiana, Department of Transportation and Development, (06-9569), Johnny Bradberry, (06-9569) in his official capacity as Secretary, Louisiana Department of Transportation and Development, State of Louisiana, Department of Transportation and Development, (06-9642), Johnny Bradberry, (06-9642) in his official capacity as Secretary, Louisiana Department of Transportation and Development, State of Louisiana, Department of Transporation and Development, 07-269, Johnny Bradberry, 07-269; n his official capacity as Secretary, Louisiana Department of Transporation and Development, State of Louisiana, Department of Transportation and Development, 07-657, Johnny Bradberry, 07-657; in his official capacity as Secretary, Louisiana Department of Transportation and Development, Consol Third Party Defendants: William M. Hudson, III, LEAD ATTORNEY, Michael McGrath Duran, Sr., Oats & Hudson, Gordon Square, Lafayette, LA; Clifton O. Bingham, Jr., Oats & Hudson, Baton Rouge, LA.

For Frederick P. Cerise, 06-5962; M.D., in [*233] his official capacity as Secretary, Louisiana Department of Health and Hospitals, Consol Third Party Defendant:

Stephen H. Vogt, LEAD ATTORNEY, Thibaut, Thibaut & Vogt, LLP, Baton Rouge, LA; Amanda G. Clark, Forrester, Jordan & Dick LLC, Baton Rouge, LA.

For Department of Health and Hospitals for the State of Louisiana, (06-7802), Louisiana State Department of Health and Hospitals, (06-8947), Consol Third Party Defendants: Stephen H. Vogt, LEAD ATTORNEY, Thibaut, Thibaut & Vogt, LLP, Baton Rouge, LA; Brent Bennett Barriere, Phelps Dunbar, LLP, New Orleans, LA.

For Lake Borgne Basin Levee District, 07-657; a political subdivision of the State of Louisiana, Consol Third Party Defendant: Lawrence J. Duplass, LEAD ATTORNEY, Andrew D. Weinstock, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA; Jennifer May Morris, Reich, Album & Plunkett, LLC, Metairie, LA; Joseph Edward Bearden, III, Frilot, Partridge, Kohnke & Clements, LC, New Orleans, LA.

For Burk-Kleinpeter, Inc., 06-225, Counter Defendant: Charles F. Seemann, Jr., LEAD ATTORNEY, Deutsch, Kerrigan & Stiles LLP, New Orleans, LA.

For Manson Gulf, L.L.C., 06-5155, Manson Construction Co., 06-5155, Consol Cross [*234] Claimants: George Moore Gilly, LEAD ATTORNEY, Christian E. Daigle, William Joseph Riviere, Phelps Dunbar, LLP, New Orleans, LA; Evans Martin McLeod, Phelps Dunbar LLP, Houston, TX.

For Christopher J. Roos, 06-2124, Rebecca Roos, 06-2124, Consol Cross Claimants: Joseph W. Rausch, LEAD ATTORNEY, Jim S. Hall & Associates, Metairie, LA.

For Bean Dredging, L.L.C., 06-4066, Bean Dredging Corporation, 06-4066, C.F. Bean, L.L.C., 06-4066, C.F. Bean Corporation, 06-4066, Bean Horizon Corporation, 06-4066, Bean Horizon, L.L.C., 06-4066, Bean Stuyvesant, L.L.C., 06-4066, Stuyvesant Dredging Company, 06-4066, Stuyvesant Dredging, Inc., 06-4066, Stuyvesant Dredging Co., L.L.C., 06-4066, Royal Boskalis Westminster N.V., 06-4066, Consol Cross Defendants: Terrence L. Brennan, LEAD ATTORNEY, Kelly Theard, William Everard Wright, Jr., Deutsch, Kerrigan & Stiles LLP, New Orleans, LA.

For Auto Club Family Insurance Co., 06-2124, Consol Cross Defendant: Wayne Robert Maldonado, LEAD ATTORNEY, Ungarino & Eckert, LLC, Metairie, LA.

For United States Army Corps of Engineers, 06-5159, Consol Cross Defendant: Alex Kriegsman, LEAD ATTORNEY, U.S. Department of Justice, Environmental & Natural Resources Division, [*235] Washington, DC; Eric G. Hostetler, LEAD ATTORNEY, U. S. Department of Justice, Environmental Defense Section, Washington, DC; Jean Michel Voltaire, LEAD ATTORNEY, U. S. Department of Justice, Federal Programs Branch, Civil Division, Washington, DC; Kara K. Miller, U. S. Department of Justice, Torts Branch, Civil Division, Washington, DC.

For Frank C Dudenhefer, Jr, Levee Plaintiffs' Subgroup Litigation Committee, Interested Party: Frank Charles Dudenhefer, Jr., LEAD ATTORNEY, Dudenhefer Law Firm, LLC, New Orleans, LA.

For Allstate Insurance Company, Consolidated - 05-6323, Amicus: Judy Y. Barrasso, LEAD ATTORNEY, Edward R. Wicker, Jr., Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Curtis Amann, 06-2268, Claude W. Baudot, 06-2268, David Bell, 06-2268, Jacinta Bell, 06-2268, Crescent City Property Redevelopment, LLC, 06-2268, Gwendolyn Diggs, 06-2268, Sun Fowler, 06-2268, Audrey Gates, 06-2268, Dyane Lewis, 06-2268, Nancy Reith, 06-2268, Ray Reith, 06-2268, Audrey Robinson, 06-2268, Lisa Rodriguez, 06-2268, Anthony Russo, 06-2268, Side-By-Side Redevelopment, LLC, 06-2268, Peter Waring, 06-2268, Amicus: Richard Massie Martin, Jr., LEAD ATTORNEY, Richard M. Martin, [*236] Jr., Attorney at Law, New Orleans, LA; Arthur Anthony Morrell, Author A. Morrell, Attorney at Law, New Orleans, LA; Deborah M. Sulzer, Deborah M. Sulzer, Attorney at Law, New Orleans, LA; John J. Cummings, III, Cummings, Cummings & Dudenhefer, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Richard Anthony Weigand, Weigand & Levenson, New Orleans, LA; Suzette Peychaud Bagneris, Bagneris & Larkins, New Orleans, LA.

For Jefferson Parish, Aaron Broussard, Movants: Christopher Kent Tankersley, LEAD ATTORNEY, Dennis J. Phayer, Scott Owen Gaspard, Burglass & Tankersley, L.L.C., Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Board of Commissioners for the Orleans Levee District, 05-4181, Consol Movant: Thomas P. Anzelmo, LEAD ATTORNEY, Andre Jude Lagarde, Darcy

Elizabeth Decker, James C. Rather, Jr., Kyle P. Kirsch, Mark Emerson Hanna, McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel, Metairie, LA; Ben Louis Mayeaux, Gregory Alan Koury, James L. Pate, Laborde & Neuner, Lafayette, LA.

For Ashton R. O'Dwyer, Jr., 05-4181, 06-1885, 06-4024, 06-4389, 06-5771, 06-5786, 06-6099, 07-206, Consol Movant: Dane S. Ciolino, LEAD ATTORNEY, Dane S. Ciolino, [*237] Attorney at Law, New Orleans, LA.

For Manson Gulf LLC, 06-2152, Consol Cross Claimant: George Moore Gilly, LEAD ATTORNEY, Christian E. Daigle, William Joseph Riviere, Phelps Dunbar, LLP, New Orleans, LA; Evans Martin McLeod, Phelps Dunbar LLP, Houston, TX.

For Bean Dredging Corporation, 06-2152, Bean Dredging, L.L.C., 06-2152, Stuyvesant Dredging Co., L.L.C., 06-2152, C.F. Bean, L.L.C., 06-2824, C.F. Bean Corporation, 06-2824, Bean Horizon L.L.C., 06-2824, Bean Horizon Corporation, 06-2152, Bean Stuyvesant, L.L.C., 06-2152, Royal Boskalis Westminster N.V., 06-2152, Stuyvesant Dredging Company, 06-2152, Stuyvesant Dredging, Inc., 06-2152, C.F. Bean Corporation, 06-2824, Cross Defendants: Terrence L. Brennan, LEAD ATTORNEY, Kelly Theard, William Everard Wright, Jr., Deutsch, Kerrigan & Stiles LLP, New Orleans, LA.

For USA, 06-2152, Cross Defendant: Stephen G. Flynn, LEAD ATTORNEY, U. S. Department of Justice, Torts Branch, Civil Division, Washington, DC.

For Bean Horizon Corporation, 06-2152, Bean Stuyvesant, L.L.C., 06-2152, Royal Boskalis Westminster N.V., 06-2152, Stuyvesant Dredging Company, 06-2152, Stuyvesant Dredging, Inc., 06-2152, Consol Cross Defendants: Terrence L. Brennan, [*238] LEAD ATTORNEY, Kelly Theard, William Everard Wright, Jr., Deutsch, Kerrigan & Stiles LLP, New Orleans, LA.

For Great Lakes Dredge & Dock Company, 06-2152, Great Lakes Dredge & Dock Company, L.L.C. of Louisiana, 06-2152, Great Lakes Dredge & Dock Corporation of Delaware, 06-2152, Great Lakes Trailing Company, 06-2152, Consol Cross Defendants: Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz, PC, New Orleans, LA.

For King Fisher Marine Service, Inc., 06-2152, King Fisher Marine Service, L.P., 06-2152, Consol Cross Defendants: Richard Abelard Cozad, LEAD ATTORNEY, Emma Alexandra Mekinda, Michael L. McAlpine, McAlpine & Cozad, New Orleans, LA.

For Manson Construction Co., 06-2152, Manson Construction Co., 06-5162, Cross Claimants: George Moore Gilly, LEAD ATTORNEY, Christian E. Daigle, William Joseph Riviere, Phelps Dunbar, LLP, New Orleans, LA; Evans Martin McLeod, Phelps Dunbar LLP, Houston, TX.

For Great Lakes Dredge & Dock Company, 06-2152, Great Lakes Dredge & Dock Company, L.L.C. of Louisiana, 06-2152, Great Lakes Dredge & Dock Corporation of Delaware, 06-2152, Great Lakes Trailing Company, 06-2152, NATCO Dredging Limited Partnership, 06-2152, Cross Defendants: Nyka [*239] M. Scott, Baker Donelson Bearman Caldwell & Berkowitz, PC, New Orleans, LA.

For Manson Gulf, LLC, 06-4066, Manson Construction Co., 06-4066, Manson Gulf, L.L.C., 06-5162, Consol Cross Claimants: George Moore Gilly, LEAD ATTORNEY, Christian E. Daigle, William Joseph Riviere, Phelps Dunbar, LLP, New Orleans, LA; Evans Martin McLeod, Phelps Dunbar LLP, Houston, TX.

For Gulf Coast Trailing Company, 06-4066, Consol Cross Defendant: Arthur Gordon Grant, Jr., LEAD ATTORNEY, Philip S. Brooks, Jr., Ronald Joseph Kitto, Montgomery Barnett, New Orleans, LA; Michaela E. Noble, Lemle & Kelleher, LLP, New Orleans, LA.

**JUDGES:** [*240] STANWOOD R. DUVAL, JR., UNITED STATES DISTRICT COURT JUDGE.

**OPINION BY:** STANWOOD R. DUVAL, JR.

**OPINION**

**ORDER AND REASONS**

Before the Court are "Defendants' Motion to Exclude the Report and Testimony of Plaintiffs' Putative Expert John A. Kilpatrick" (Doc. 7992), "Sewerage and Water Board of New Orleans' Motion to Exclude the Report and Testimony of Plaintiffs' Putative Expert John A. Kilpatrick" (Doc. 8167) and "Plaintiffs' Motion in Limine

to Exclude the Class Certification-Related Testimony of Michael W. Truax." (Doc. 8116). These motions came for hearing on October 17, 2007 where the live testimony of of Kerry Dean Vandell ("Vandell"), James Richardson ("Richardson") and Michael Truax ("Truax") was adduced. In essence, both defendants and plaintiffs have sought to strike their respective opponents' experts concerning damages for class certification purposes. The Court has reviewed the pleadings, memoranda, the deposition testimony of Dr. John A. Kilpatrick ("Kilpatrick"), the exhibits and the relevant law. Based upon all of this evidence, the Court finds that both motions will be denied with a certain caveat with respect to Mr. Truax's opinion for the reasons that follow. The Court will begin with the [*241] defendants' motions to exclude Dr. Kilpatrick.

**I. Kilpatrick**

**A. Background --Are Damages an Issue which Predominates for Purposes of Class Certification?**

Plaintiffs are seeking class certification pursuant to *Fed. R. Civ. 23* for two classes and seven sub-classes of plaintiffs who suffered damages as a result of the inundation of Greater New Orleans as a result of Katrina and the levee breaches. The Levee Class encompasses all of Orleans Parish north of the Mississippi River and west of the Industrial Canal as well as parts of Jefferson Parish on its east bank. It is comprised of five sub-classes that correspond to the topography of the class geography, topography being a major factor in determining the source of water and that water's ultimate location. (Doc. 9772, Memorandum in Support of Plaintiffs' Motion for Class Cert. Ex. A, Area & Sub-Class maps). The MRGO class encompasses the portion of Orleans Parish east of the Industrial Canal, all of St. Bernard Parish and all of New Orleans East. It is comprised of two subclasses: the Lower Ninth Ward & St. Bernard Sub-Class and the New Orleans East Sub-Class.

Plaintiffs seek classification under *Rule 23(a)* and *Rule 23(b)(3)* as a common-question [*242] class action. Thus, the appropriate rules provide:

**(a) Prerequisites to a Class Action.** One or more members of a class may sue or be sued as representative parties on behalf of all only if (1) the class is so numerous that joinder of all members is impracticable, (2) there are questions of law or fact common to the class, (3) the claims or defenses of the representative parties are typical of the claims or defenses of the class, and (4) the representative parties will fairly and adequately protect the interests of the class.

**(b) Class Actions Maintainable.** An action may be maintained as a class action if the prerequisites of subdivision (a) are satisfied, and in addition:

...

(3) the court finds that the questions of law or fact common to the members of the class predominate over any questions affecting only individual members, and that a class action is superior to other available methods for the fair and efficient adjudication of the controversy. The matters pertinent to the findings include: (A) the interest of members of the class in individually controlling the prosecution or defense of separate actions; (B) the extent and nature of any litigation concerning the controversy already [*243] commenced by or against members of the class; (C) the desirability or undesirability of concentrating the litigation of the claims in the particular forum; (D) the difficulties likely to be encountered in the management of a class action.

*Fed. R. Civ. P 23*.

While plaintiffs provide a list of nine "common legal and factual issues" for both classes [1], the focus of these *Daubert* motions concern the proof each side seeks to adduce with respect to the ninth issue--whether class-wide damages were suffered. Plaintiffs contend that this issue is particularly suited for class certification purposes because using a mass appraisal model, there are questions of fact with respect to damages that are common to the members of the class and that predominate over any questions affecting only individual members. Thus, plaintiffs maintain that a class action is superior to other available methods for the fair and efficient adjudication of the controversy.

2007 U.S. Dist. LEXIS 82887, *243

1   The list is as follows:

    1. What legal duties did each Defendant owe to all class member?

    2. What causes of action might class members bring(or, mor pointedly, might they all bring the causes of action stated in the governing complaints)?

    3. What immunities, [*244] if any, does each Defendant enjoy as a matter of law, and based upon what universal set of facts?

    4. What historical facts (from past acts to legislative mandates and the like) are material to the case?

    5. Whose acts and omissions proximately caused the failures of the floodwalls of the 17<th> Street Canal, London Avenue Canal, the IHNC (wet and east), and along the MRGO?

    6. How might fault be allocated among the defendants based upon the ultimate fact determinations concerning their conduct? What legal principles are implicated, such as solidary obligations, master and servant, shared immunity, etc.?

    7. Where and at what times did water begin to enter the relevant class areas? How may sources contributed within a give area? in short, where did the water com from; where did ti go; how did it get where it went; how deep was it once there; and when?

    8. How might the answer to the above questions have differed had Defendants acted differently?

    9. What class-wide damages were suffered?

(Doc. 9772, Memorandum in Support of Motions for Class Certification at 11).

Plaintiffs opine:

    Even certain damages--specifically, diminution of real property values--are suited for class treatment. The Class Representatives [*245] propose using the well-established mass appraisal methodology for valuing class members' real property damages. They plan to call Dr. John Kilpatrick to render expert testimony on the application of the mass appraisal valuation method in this case. Dr. Kilpatrick's testimony will clearly establish that the question of damaged property values can best be analyzed on a class-wide basis using mass appraisal methodology, as recently was done by Dr. Kilpatrick himself in the *Murphy Oil* case. Mass appraisal offers efficiencies that far outweigh, and thus are superior to, the chaos of individualized damage computations.

    The mass appraisal valuation methodology measures property damages by coupling objective factors with common facts. The result is a practical, economical approach to addressing property damage claims that arise from a single event and on an unprecedented level. Real property losses must be computed in this action or in the thousands of alternate actions that failure to certify would engender.

(Doc. 9772, Memorandum in Support of at 16) ("Memo in Support").

    Plaintiffs also contend that Judge Fallon acknowledged in *Turner v. Murphy Oil USA, 2006 U.S. Dist. LEXIS 985, 2006 WL 91364 (E.D.La. Jan. 12, 2006),* [*246] the availability of objective criteria--public records--and the scientific validity of Dr. Kilpatrick's mass appraisal methodology, including its acceptance in

the community of his peers as a recognized standard under Rule 6 of the Uniform Standards of Professional Appraisal Practice ("USPAP") [2] in *Id* at 5. Plaintiffs opine that consideration of damages on an aggregate scale permits a proper reliance on objective criteria together with the importation of common facts. This method is used by tax assessors and insurance companies for valuation of property. Furthermore, the cost of individual assessments could cost over $ 15,000,000.00.

> 2   USPAP are the governing rules of real estate appraisal in Louisiana. *Turner v. Murphy Oil USA, 2006 U.S. Dist. LEXIS 985, 2006 WL 91364, at *5 (E.D.La. Jan. 12, 2006)*; *Vela v. Plaquemine Parish Gov't., 729 So.2d 178 (La. App. 4th Cir. 1999)* (recognizing reasonableness of utilizing mass appraisal methodology in a class action hurricane levee protection appropriation suit).

## B. Defendants' Motion to Exclude the Report and Testimony of Plaintiffs' Putative Expert John A. Kilpatrick--Applicable Standard and Alleged Deficiencies

Defendants seek to exclude Kilpatrick's report based on their [*247] contention that this Court is required to employ a full-blown *Daubert* [3] gate-keeping function at the class certification stage of these proceedings. Defendants maintain that where expert testimony is offered to support a motion for class certification, the Fifth Circuit Court of Appeals instructs that a court should consider the "admissibility of the testimony of an expert proffered to establish one of the *Rule 23* elements in the context of a motion to strike *prior* to considering class certification." *Unger v. Amedisys, Inc., 401 F.3d 316, 323 n.6 (5th Cir. 2005)* (emphasis added); *Bell v. Ascendant Solutions, Inc., 2004 U.S. Dist. LEXIS 12321, 2004 WL 1490009 at * 4 (N.D. Tex. July 1, 2004)*. They contend that Judge Fallon's decision in the *Murphy Oil* litigation using a *"Daubert-lite"* standard is incorrect, particularly in light of the Second Circuit's decision in *In re Initial Public Offering Securities Litigation, 471 F.3d 24 (2d Cir. 2006)* (*"In re IPO"*) where that court clarified its decision in *In re Visa Check/MasterMoney Antitrust Litigation, 280 F.3d 124 (2d Cir. 1999)*.

> 3   *Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579, 113 S. Ct. 2786, 125 L. Ed. 2d 469 (1993)*.

Rather, defendants contend that *Fed. R. Evid. 702* provides the proper [*248] method of evaluating Kilpatrick's testimony at this point, regardless of the stage of litigation. As applied to Kilpatrick's testimony, they contend that *ipse dixit* nature of his report does not satisfy the intellectual rigor required by *Rule 702*. Defendants argue that Kilpatrick's opinion does not provide a model or methodology. They contend that Kilpatrick's promise to develop a model which calculates actual or stigma-based diminution in property value is not enough. Kilpatrick's failure to explain how this model will work, lack of detail about the model and the failure to identify or analyze any piece of data makes it inadmissible. Defendants further opine that under *Rule 702*, a trial court cannot simply take the expert's word as the basis for reliability because the reliability prong would be subsumed by the qualification prong of the expert's test. Thus, they seek its exclusion for failing to "articulate the methodology he intends to apply and disclose the facts and data required by the Federal Rules."

Furthermore, defendants maintain that Kilpatrick has not studied any data as of this date, and Kilpatrick's ruminations are not the product of reliable principles and methods, and, [*249] as such, his report fails *Rule 702(2)*. Because the model has not been created, it cannot be tested nor is subject to peer review. They also argue that while he references automated valuation, hedonic and regression models--all of which have at least some academic acceptance--Kilpatrick has not provided any detail as to how he will use them and thus, he again is disqualified under *Rule 702*. Defendants further rely on the fact that the Road Home Program and the insurance companies have abandoned mass valuation techniques in dealing with the Katrina losses. In addition, the defendants claim that Kilpatrick's survey techniques such as "contingent valuation" are inherently flawed and produce unreliable results.

Defendants argue that Kilpatrick to date has only provided his real estate appraisal qualifications, a general description of a "mass appraisal methodologies" and identified "common factors" purporting to favor a mass appraisal methodology in this case. They contend that Kilpatrick has unreasonably asserted that a model he will create will measure the actual effects of flooding--without differentiating among the many and disparate causes of those effects--and the prospective effects [*250] of an intangible stigma arising from the possibility of future flooding.

2007 U.S. Dist. LEXIS 82887, *250

While Kilpatrick maintains that his description of a mass appraisal model should be sufficient to demonstrate *his ability* to analyze property values on a class-wide, this *Daubert* challenge arises from the fact that he has not provided any details about how he will create (or apply) a model that will (1) purportedly control a multitude of property characteristics; (2) address divergent impacts of Katrina [defendants maintaining it was not a singular occurrence, but a confluence of events] and (3) ultimately deliver figures relating to the alleged diminution of real property values. Thus, the defendants argue that the complexities of this case are too varied to be reduced to a model. Since the model still has not been produced, the defendants move the Court to strike Kilpatrick from testifying as an expert witness.

## C. Plaintiffs' Response

Plaintiffs argue that there are two methods for assessing or quantifying flood damage--individual appraisals conducted on a property-by-property basis--or mass appraisal which is Kilpatrick's approach. Plaintiffs maintain that there being well over 100,000 properties which allegedly [*251] sustained flood damage demonstrates that the mass appraisal method is the preferable approach. This approach was used in *Murphy Oil, supra.* Another example is *Cook v. Rockwell Int'l Corp., 2006 U.S. Dist. LEXIS 89121, 2006 WL 3533049 (D.Colo 2006)* where a plaintiff class sought damages from the operators of a nuclear weapons plant near Denver, Col. based on plutonium contamination.

In essence, plaintiffs maintain that the issue at hand is expert witness admissibility for a class certification proceeding, and not trial on the merits. As such, they rely on Judge Fallon's reasoning wherein he stated:

> a district court may not weigh conflicting expert evidence or engage in a statistical dueling of experts. The question for the district court at the class certification stage is whether the plaintiffs' expert evidence is sufficient to demonstrate common questions of fact warranting certification of the proposed class, not whether the evidence will ultimately be persuasive.

*Turner v. Murphy Oil USA, Inc., 2006 U.S. Dist. LEXIS 985 at *13, 2006 WL 91364 (E.D.La. Jan. 12, 2006) at *3*

citing *In re Visa Check/Master Money Antitrust Litigation, 280 F.3d 124, 135 (2nd Cir. 2001)*, the case that the Second Circuit's decision in *In re IPO Litigation* called into question. [*252] Plaintiffs argue that defendants are incorrect in that the Fifth Circuit has **not** directly addressed whether a *Daubert,* analysis should or should not be conducted by the district court in the context of class certification. Plaintiffs note that in *Bell v. Ascendant Solutions, Inc., 422 F.3d 307(5th Cir. 2005)* (quoting *Unger*) the Fifth Circuit simply affirmed the district court's denial of class certification finding that it had acted properly in "applying 'rigorous, though preliminary, standards of proof'" to the class certification question. *Id. at 313.*

Plaintiffs' also take issue with defendants' characterization of *In re IPO.* They maintain that it did not address what *Daubert* standard, if any, applies in the class certification context. In fact, they maintain that neither *Rule 702* nor *Daubert* is even discussed in the opinion. The major thrust of the opinion in the context of *Murphy Oil,* which was decided prior to *In re IPO* was that the circuit court disavowed the suggestion in *Visa Check* that an expert's testimony may establish a component of a *Rule 23* requirement simply by being not "fatally flawed." Thus, plaintiffs maintain that Judge Fallon's decision took the correct approach [*253] in allowing Kilpatrick to testify.

Plaintiffs maintain that Dr. Kilpatrick has described the mass appraisal method and techniques and has referred to the type of data that he intends to gather for model input. To rebut defendant's contentions, plaintiffs argue:

> 1) He has presented the data he already possesses regarding St. Bernard which is the biggest sub-class in MRGO by virtue of the *Murphy* litigation which contains precise property and housing data. (Doc. 7992-6, Deposition of Kilpatrick at 16) ("Dep. of Kilpatrick").

> 2) He will have constructed a larger database to include all properties in the classes' area, enabling discernment of property damages on a sub-class (or even neighborhood) basis and by specific type of home (Dep. of Kilpatrick at 170).

> 3. He will have analyzed all

post-Katrina transactional sales data for the class area (Dep. of Kilpatrick at 366-67).

4. His affidavit report declares that he has done "extensive examination" of the New Orleans market. (Doc. 7992-5 Exhibit 2, Affidavit of Kilpatrick at P4) ("Aff. of Kilpatrick"). [*254] (Also see an article he co-authored on the flood effects of Katrina on the real estate market on New Orleans which is attached to that affidavit.)

5. He identified the type of mass appraisal mode or Automated Valuation Model (AVM); he possess a number "stigma models" from the past and that he does not "create such models purely for litigation." The statistical model he intends to use has been peer reviewed (Dep. of Kilpatrick, at 29 & 32).

6. He proposes a mass appraisal "loss in value model." (Dep. of Kilpatrick at 33, 171-72). It will focus on (a) loss attributable to the post-Katrina flood, (b) the amount of such loss being determined on a location basis and (c) expressed as a percentage diminution of pre-Katrina property value (Dep. of Kilpatrick at 160 & 172). The model's reference point will be value just prior to Katrina and value diminishment of the same immediately following Katrina.

7. This model will reveal two things:

a) Pre-Katrina values "sortable" in different characteristics--by house type, etc.

b) Impaired values after Katrina due to flooding (Dep. of Kilpatrick at 231-33). This will capture both repair costs and stigma as merged components of damage. (Dep. of Kilpatrick [*255]

at 238-39)

8. "Common factors" which will be addressed as variable in the mass appraisal model include:

a. flood

b. stigma of risk perception

c. economic impact of flood in real estate market

d. post-Katrina higher insurance premium

(Aff. of Kilpatrick at P9).

9. Authority for mass appraisal/AVM exists both in industry standards and in published and peer-reviewed literature. (Aff. of Kilpatrick at PP25, 33-48).

10. The mass appraisal model can provide a large, statistically valid and reliable model at 5 to 10 percent of the cost in a year to two less years of time.

11. The model will be "hedonic" meaning--one designed to determine the value diminution impact of a negative externality. These values would then be tested by referring to a control area unaffected by the flooding which serves to calibrate the model as specified by USPAP. (Dep. of Kilpatrick at 207-209).

12. "The purpose of the hedonic model is to isolate the post-Katrina flood experience in the class area as a stigma, or negative externality." (Dep. of Kilpatrick at 474-75). Stigma, by definition is recognized in the real estate industry as a common factor affecting the market value of properties; and it has been documented as such [*256] in peer-reviewed literature. (Aff. of Kilpatrick at P17).

Kilpatrick says that his model will also rely upon survey

research to investigate the impact of the flood as well as the effect of the promised repair of flood control structures. This would be done in a statistically valid manner so that each factor could be isolated.

## D. Analysis

### 1. Legal Standard

Based on the foregoing, the initial issue before the Court is where an expert seeks to testify at a class certification hearing, whether he or she must meet the standard of a full *Daubert* challenge--that is one equal to a Daubert challenge brought on at the time of hearing on the merits. In espousing this standard as being mandated by the Fifth Circuit, defendants rely primarily on *Unger v. Amedisys, Inc., 401 F.3d 316, 323 n.6 (5th Cir. 2005)* and *Bell v. Ascendant Solutions, Inc., 422 F.3d 307 (5th Cir. 2005)*. In addition, as noted, they contend that Judge Fallon's acceptance of Dr. Kilpatrick as an expert in the *Murphy Oil* matter is undercut and incorrect in light of *In re IPO, 471 F.3d 24 (2d Cir. 2006)*. A close review of these cases belies this assertion.

*Rule 702* was enacted in response to the United States Supreme Court's decisions [*257] in *Daubert v. Merrell Dow Pharmaceuticals, 509 U.S. 579, 113 S. Ct. 2786, 125 L. Ed. 2d 469 (1993)*, and *Kumho Tire v. Carmichael, 526 U.S. 137, 119 S. Ct. 1167, 143 L. Ed. 2d 238 (199)*, which held that before an expert is allowed to testify, the trial court must assess the reliability of the methodology of the proposed expert and the relevance of the testimony to the facts at issue. *Legier & Materne v. Great Plains Software, Inc., 2005 U.S. Dist. LEXIS 17686, 2005 WL 2037346 at * 1 (E.D. La. August 3, 2005)*. *Rule 702* provides:

> If scientific, technical, or other specialized knowledge will assist the trier of fact to understand the evidence or to determine a fact in issue, a witness qualified as an expert by knowledge, skill, experience, training, or education, may testify thereto in the form of an opinion or otherwise, if (1) the testimony is based upon sufficient facts or data, (2) the testimony is the product of reliable principles and methods, and (3) the witness has applied the principles and methods reliably to the facts of the case.

*Fed. R. Evid. 702.* As this Court has stated before:

> Under *Daubert*, the proponent of the evidence must first prove that the offered testimony is based on sufficient facts or data. *See Fed.R.Evid. 702*. Next, the party must "demonstrate that the expert's [*258] findings and conclusions are based on the scientific method, and, therefore, are reliable.... The expert's assurances that he has utilized generally accepted scientific methodology is insufficient." *Moore v. Ashland Chemical, Inc., 151 F.3d 269, 276 (5th Cir. 1998)* (en banc). The proponent of the evidence must prove the testimony's reliability by a preponderance of the evidence. *Id.*

> In *Daubert*, the Supreme Court identified a non-exclusive list of factors for a district court to consider in determining reliability: (1) whether the theory has been tested; (2) whether the theory has been subject to peer review and publication; (3) the known or potential rate of error; and (4) the general acceptance of the methodology in the scientific community. *Daubert, 509 U.S. at 593-95*. A district court must focus on methodology, not conclusions. In *Kumho Tire v. Carmichael, 526 U.S. 137, 119 S.Ct. 1167, 143 L.Ed.2d 238 (1999)*, the Court cautioned that the district court must ensure "that an expert, whether basing testimony upon professional studies or personal experiences, employs in the courtroom the same level of intellectual rigor that characterizes the practice of an expert in the relevant field." [*259] *Kumho Tire, 526 U.S. at 152*. After the proponent of the expert testimony has carried her burden of showing reliability, the party must also prove the expert opinions' relevance. That is, that the experts' opinions have "a valid ... connection to the pertinent inquiry." *Daubert, 509 U.S. at 592*.

*Legier, 2005 U.S. Dist. LEXIS 17686 at *4 [WL] at 1.*

As to the applicability of *Daubert* in the context of a

class certification hearing, the Fifth Circuit has addressed this issue in its appellate opinion *Bell v. Ascendant Solutions, Inc., 422 F.3d 307 (5th Cir. 2005)*. In *Bell*, purchasers of common stock of Ascendant Solutions brought five securities fraud class action complaints that were consolidated into an amended class action complaint alleging that Ascendant made false and misleading statements in connection with its initial public offering in violation of federal securities laws. Plaintiffs sought class certification pursuant to *Fed. R. Civ. P. 23(b)(3)* of a class consisting of all persons (except defendants and certain related persons and interests) who purchased Ascendant common stock on the open market between the date of the IPO and the day Ascendant announced its troubles, and who were damaged by defendants' allegedly false [*260] and misleading statements in violation of *sections 10(b)* and *20(a)* of the Securities Exchange Act of 1934 and *Rule 10b-5* promulgated thereunder. *Bell, 422 F.3d at 309*.

Ascendant opposed certification and submitted an expert report demonstrating that Ascendant's common stock did not trade in an efficient market. As such, the "putative class could not invoke the fraud-on-the-market theory recognized in *Basic Inc. v. Levinson, 485 U.S. 224, 108 S. Ct. 978, 99 L.Ed.2d 194 (1988)*, and obtain the benefit of its class-wide presumption of reliance, leaving plaintiffs' fraud claims dependent on proving individual reliance and thus unsuited for aggregation." *Id. at 310*. In response plaintiffs offered their own expert who included an event study that allegedly proved that Ascendant common stock did, in fact, trade in an efficient market. The district court, however, excluded the expert report. In doing so, the district court stated:

> Initially, Plaintiffs argue that any consideration of the admissibility of Professor Pettit's testimony is premature, since class certification is not the appropriate stage to indulge in a "battle of the experts." While Plaintiffs are correct that the class certification [*261] stage is not the time to conduct an inquiry into the merits of the case, the Court must still determine whether Plaintiffs have met their burden of proving market efficiency-so as to satisfy the *Rule 23* requirement of predominance-when considering class certification. *See Lehocky v. Tidel Technologies, Inc., 220*

*F.R.D. 491, 507-08 (S.D.Tex. 2004)* (examining Professor Pettit's analysis of market efficiency at class certification stage); *Krogman v. Sterritt, 202 F.R.D. 467, 477 n.14 (N.D.Tex. 2001)* (weighing conflicting expert testimony concerning market efficiency in order to conclude that plaintiff was not entitled to presumption of reliance for class certification purposes). Although many courts, such as the *Lehocky* court, weigh the admissibility of expert testimony in the context of a motion for class certification rather than a *Daubert*-style motion to strike, the Fifth Circuit has made clear that:

> A district court certainly may look past the pleadings to determine whether the requirements of *rule 23* have been met. Going beyond the pleadings is necessary, as a court must understand the claims, defenses, relevant facts, and applicable substantive law in order to make a meaningful determination [*262] of the certification issues.

*Castano v. Am. Tobacco Co., 84 F.3d 734, 744 (5th Cir.1996)*. In many cases, it makes sense to consider the admissibility of the testimony of an expert proffered to establish one of the *rule 23* elements in the context of a motion to strike prior to considering class certification. *See McNamara v. Bre-X Minerals Ltd., No. 5:97-CV-159, 2002 U.S. Dist. LEXIS 27473, 2002 WL 32076175, at *4 (E.D.Tex. Sept. 30, 2002)* (considering defendants' *rule 702* motion to strike expert's testimony of market efficiency prior to subsequent class certification analysis). In order to consider Plaintiffs' motion for class certification with the appropriate amount of scrutiny, the Court must first determine whether Plaintiffs'

expert testimony supporting class certification is reliable. Accordingly, a *Daubert*-type review is not premature.

*Bell v. Ascendant Solutions, Inc., 2004 U.S. Dist. LEXIS 12321, 2004 WL 1490009, *2 (N.D.Tex. July 1, 2004).*

Defendants sought to exclude plaintiffs' expert's testimony concerning the efficiency of the market for Ascendant stock based on their contention that his analysis of stock price movement in response to company specific new was severely flawed. In the context of this type of litigation, the use of [*263] cause-and-effect relationships between unexpected corporate events or financial releases and immediate responses in stock price are used; however, the district court basically found the expert's use of "information days and "absolute value" made his report "unreliable" if not in essence "rigged" to obtain the results needed. *2004 U.S. Dist. LEXIS 12321 at *9, [WL] at 3-4.* The court noted that many of the dates chosen "appeared to be consciously chosen in order artificially to support his hypothesis of efficiency." *Id.* Furthermore, many of the choices of dates did not meet generally-accepted finance methodology used to establish efficiency. He also employed "absolute value" to determine market price reaction to company news, "a technique never previously used to test for market efficiency and disavowed by the author of an article presented by plaintiffs of support its use." *2004 U.S. Dist. LEXIS 12321 at *12, [WL] at 4.* Thus, the court found "the techniques supporting the expert's finding of market efficiency have not been tested, have not been subject to peer review and publication, and do not enjoy general acceptance within a relevant scientific community." *Id.* The court then found that without proof of efficiency being established as a prerequisite for [*264] the use of "fraud on the market" theory of reliance, the Court denied the certification motion.

Plaintiffs in *Bell* appealed contending that they were required only to plead market efficiency at the class certification stage and that the district court had erred by requiring a threshold showing, improperly deciding an issue going to the merits. The Fifth Circuit rejected this contention noting that since its decision in *Castano v. Am. Tobacco Co., 84 F.3d 734, 745 (5th Cir. 1996)* where it found that a fraud class action cannot be certified when individual reliance is an issue, it has made clear that a district court "may certainly look past the pleadings to determine whether the requirements of *rule 23* have

been met." *Bell, 422 F.3d at 312 n. 7.* Thus, the court noted that in the context of a reliance issue, it espoused the "rigorous, though preliminary, application of standards of proof to the market efficiency determination." This holding was in line with the court's previous decision in *Unger v. Amedisys Inc., 401 F.3d 316 (5th Cir. 2005).*

In *Unger,* the Fifth Circuit, again in the context of a securities fraud and a "fraud on the market" theory, stated unequivocally that "[w]hen a court [*265] considers class certification based on the fraud on the market theory, it must engage in a thorough analysis, weigh the relevant factors, require both parties to justify their allegations and base its ruling on admissible evidence." Unquestionably, then, these cases stand for the proposition, that a court in approaching class certification must be certain that the methods underlying the proof of any requirement for class certification are reliable.

With respect to *In re IPO,* the Second Circuit addressed the issue of the proper standard to use at the class certification stage and characterized the issues presented there as follows:

This appeal primarily concerns the issue, surprisingly unsettled in this Circuit, as to what standards govern a district judge in adjudicating a motion for class certification under *Rule 23 of the Federal Rules of Civil Procedure.* Comprehended within this broad issue are subsidiary issues such as[1] whether a definitive ruling must be made that each *Rule 23* requirement has been met or whether only some showing of a requirement suffices, [2] whether all of the evidence at the class certification stage is to be assessed or whether a class plaintiff's evidence, [*266] if not fatally flawed, suffices, and [3] whether the standards for determination of a *Rule 23* requirement are lessened when a *Rule 23* requirement overlaps with an aspect of the merits of the proposed class action. Finally, the appeal presents the question whether granting a motion for class certification in the pending litigation exceeded the District Court's discretion.

2007 U.S. Dist. LEXIS 82887, *266

*In re IPO, 471 F.3d at 26-27.* (emphasis added). In resolving these issues the Second Circuit reviewed in great detail Supreme Court precedent concerning the proper standard of examination for a *Rule 23* certification and the genesis of the *In re Visa/Master Money* standard (methodology that is not "fatally flawed" is sufficient to meet *Rule 23* requirements). In essence, the Second Circuit found that its use of this standard was misguided and that it was incorrect to apply the "no merits inquiry" language found in *Eisen v. Carlisle & Jacquelin, 417 U.S. 156, 177, 94 S.Ct. 2140, 40 L. Ed. 2d 732 (1974)* to prohibit a court from a full examination of the class certification requirements when they overlap with merits. *In re IPO, 471 F.3d at 33.* Thus, in *In re IPO,* the court sought to clarify its approach to class certification and held the [*267] following:

> In light of the foregoing discussion, we reach the following conclusions: (1) a district judge may certify a class only after making determinations that each of the *Rule 23* requirements has been met; (2) such determinations can be made only if the judge resolves factual disputes relevant to each *Rule 23* requirement and finds that whatever underlying facts are relevant to a particular *Rule 23* requirement have been established and is persuaded to rule, based on the relevant facts and the applicable legal standard, that the requirement is met; (3) the obligation to make such determinations is not lessened by overlap between a *Rule 23* requirement and a merits issue, even a merits issue that is identical with a *Rule 23* requirement; (4) in making such determinations, a district judge should not assess any aspect of the merits unrelated to a *Rule 23* requirement; and (5) a **district judge has ample discretion to circumscribe both the extent of discovery concerning *Rule 23* requirements and the extent of a hearing to determine whether such requirements are met in order to assure that a class certification motion does not become a pretext for a partial trial of the merits.**
>
> In drawing [*268] these conclusions, we add three observations. First, our conclusions necessarily preclude the use

of a "some showing" standard, and to whatever extent *Caridad* might have implied such a standard for a *Rule 23* requirement, that implication is disavowed. **Second, we also disavow the suggestion in *Visa Check* that an expert's testimony may establish a component of a *Rule 23* requirement simply by being not fatally flawed. A district judge is to assess all of the relevant evidence admitted at the class certification stage and determine whether each *Rule 23* requirement has been met, just as the judge would resolve a dispute about any other threshold prerequisite for continuing a lawsuit. Finally, we decline to follow the dictum in *Heerwagen* suggesting that a district judge may not weigh conflicting evidence and determine the existence of a *Rule 23* requirement just because that requirement is identical to an issue on the merits.**

*In re IPO, 471 F.3D at 41-42* (emphasis added).

Thus, it is clear that while some of the language that is cited by Judge Fallon in the *Murphy Oil* opinion, in particular the statement that a court "'cannot 'engage in a statistical dueling of experts'" *Murphy Oil, 2006 U.S. Dist. LEXIS 985 at *17, 2006 WL 91364 at *4,* [*269] might be called into question, in reality, *In re IPO* adopts the same standard of examination as mandated by the Fifth Circuit but underscores that a court should not make a final determination of the merits at the certification stage. Instead, a court should exercise its discretion to insure that class certification does not become a pretext for a partial trial of the merits. Thus, the Second Circuit reiterated that a vigorous examination of the factors is required and noted that it was joining the ranks of the other circuit courts including the Fifth Circuit in enunciating such a requirement. *In re IPO, 471 F.3d at 38-39.*

However, nothing in this language stands squarely for the proposition that a full *Daubert* review is mandated by *In re IPO.* This position is supported by *Hnot v. Willis Group Holdings, Ltd., 241 F.R.D. 204 (S.D. N.Y. March 8, 2007)* ("*Hnot II*"). In this case, a district court was asked to reconsider its having granted plaintiffs' motion

for class certification in light of *In re IPO*. That court characterized *In re IPO* stating, "Thus, the holdings of *In re IPO* are both significant and narrow--a district judge must consider all of the relevant evidence in determining whether [*270] *Rule 23* has been satisfied, but a district judge may not go beyond the boundaries of *Rule 23* when making such a determination." *Id. at 209*. That district court noted as well:

> Contrary to defendants' assertions, *In re IPO* does not stand for the proposition that the Court should, or is even authorized to, determine which of the parties' expert reports is more persuasive. **Defendants ignore the fact that *In re IPO* specifically rejected this interpretation of *Rule 23*. Instead, *In re IPO* reiterated that "experts' disagreement *on the merits*-whether a discriminatory impact [can] be shown-[is] *not a valid basis* for denying class certification." *In re IPO, 471 F.3d at 35* (emphasis supplied), citing *Krueger, 163 F.R.D. at 440*.** Thus, the Court may only examine the expert reports as far as they bear on the *Rule 23* determination.

*Id. at 210* (emphasis added).

Subsequently, another Southern District of New York court took up the issue of class action certification standards in *Velez v. Novartis Pharmaceuticals Corp., 244 F.R.D. 243 (S.D.N.Y. 2007)*. That court cited *In re IPO* noting its clarification of the standards for the adjudication of motions for class certification:

> [A] district judge may certify [*271] a class only after making determinations that each of the *Rule 23* requirements has been met; [and] such determinations can be made only if the judge resolves factual disputes relevant to each *Rule 23* requirement and finds that whatever underlying facts are relevant to a particular *Rule 23* requirement have been established and is persuaded to rule, based on the relevant facts and the applicable legal standard, that the requirement is met. [*In re IPO*] at 41.

*Id. at 256*. The court continued:

> *In re IPO* makes clear that courts may resolve contested factual issues where necessary to decide on class certification, and when a claim cannot succeed as a matter of law, the Court should not certify a class on that issue. *See In re IPO, 471 F.3d at 42* (denying class certification as to the issue of reliance because the presumption on which plaintiffs' theory depended was inapplicable). However "[c]ommonality requires that plaintiffs present common *questions* of fact or law; plaintiffs' ultimate success at trial on the merits requires an *answer* to that question, specifically that defendants actually did discriminate against plaintiffs." *Hnot II, 241 F.R.D. at 211* (emphasis in original). "For the Court [*272] to decide which expert report was more persuasive would be to decide whether the class was actually discriminated against by defendants. This the Court was not required to do, either before or after, *In re IPO*." *Hnot II, 241 F.R.D. at 211*.

*Velvez, 244 F.R.D. at 257*.

In light of the foregoing, the Court finds that its *Rule 702* review of the expert report of Dr. Kilpatrick will be vigorous but limited to the opinion's reliability and relevance to the requirements of class certification under *Rule 23*. That inquiry will be focused on whether there are questions of fact with respect to damages that are common to the members of the class and that predominate over any questions affecting only individual members or not. A full *Daubert* examination will not be taken at this stage, and a determination at this time whether Kilpatrick's opinion will be accepted at the time of trial on the issues will not be made. The purpose of this examination is:

> [to] ensure that [these expert opinions] contain no flaws that would render [either] inadmissible as a matter of law: the methodology must show some hallmarks of reliability whether through peer review or use of generally-accepted standards or methods; [*273] the expert must be qualified; and the opinion must have

probative value for the issues of class certification.

*Murphy Oil, 2006 U.S. Dist. LEXIS 985 at \*17, 2006 WL 91364 at \*4 citing In re Polypropylene Carpet Antitrust Litig., 996 F. Supp. 18, 26 (N.D.Ga. 1997).* Obviously, the foregoing legal analysis and standard are equally applicable to the Truax opinion and shall be the basis for the Court's decision in that regard.

Clearly, comprehensive expert reports as will be required on the merits are not feasible at the *Rule 23* stage. If the class is certified a detailed report will be necessary and required at the trial on the merits. The court's inquiry here is to determine if the expert testimony has sufficient reliability to be presented at the class certification hearing. Is the approach used by the experts sufficiently trustworthy to assist the Court in determining the requirements of commonality with respect to damages? In essence, the Court must determine if the expert's testimony may reliably establish that a class action should or not be certified.

## 2. Application to Dr. Kilpatrick

The Court finds that Dr. Kilpatrick's report is acceptable for purposes of class certification. To begin, his credentials are substantial. [*274] Dr. Kilpatrick holds a Ph.D degree in Real Estate Finance and is a state-certified (general) real estate appraiser in Louisiana and many other states. He is president of Greenfield Advisors, formerly Mundy Associates, LLC, a real estate appraisal and consulting firm headquartered in Seattle, Washington. This firm has specialized in the valuation of contaminated sites. He has authored or acted as editor of fours books on real estate. He is the lead author of "The Aftermath of Katrina: Recommendations for Real Estate Research" a peer-reviewed article written at the invitation of the *Journal of Real Estate Literature* (Kilpatrick and Dermisi, 2007) to provide authoritative guidance to academics and real estate practitioners conducting scholarly research into the real estate impacts in new Orleans following the 2005 hurricane. The article recognizes that holistic, market-wide analytical methods are necessary to understand the economic and property value issues in the affected areas. He has also made extensive examination of the New Orleans market. (Affidavit of Kilpatrick, PP 1-4). He has never been rejected as an expert of mass appraisals. (Dep. of Kilpatrick at 38).

Furthermore, the Court [*275] is satisfied that the methodology is reliable. Clearly, mass appraisal is an accepted methodology. As previously noted, it is a recognized standard under Rule 6 of the Uniform Standards of Professional Appraisal Practice ("USPAP") and has been accepted in this district in another case arising out of Hurricane Katrina where damages were to be assessed concerning oil damage that occurred simultaneously with flooding in *Turner v. Murphy Oil US, 2006 U.S. Dist. LEXIS 985 , 2006 WL 91364 (E.D.La. Jan. 12, 2006).* Indeed, a large swath of those seeking damages in the MRGO Class Action would involve the same properties as in the *Murphy Oil* case. This approach is used in appraiser's offices all over the country to determine value. (Dep. of Kilpatrick at 248); *see also Berne Corp. v. Government of Virgin Islands, 262 F. Supp. 2d 540 (V.I. 2003).*

In essence the defense argues that Kilpatrick's mass appraisal is unreliable when there are multiple factors for the cause of damages and heterogeneity of the neighborhoods. Because of the differences in property values from block to block, house to house, as well as the differences in the type of structures block to block, house to house, the defense maintains that the mass appraisal [*276] construct would not provide reliable information and thus should be stricken at this time. However, the Court was not persuaded by his testimony. Kilpatrick maintains that these factors can be calibrated in a model that he will construct once he obtains all of the data involved. While the defense argues that Kilpatrick is asking the Court to "trust him" when he has no specific modeling data, it must be kept in mind that the court has not certified this class at this time and will listen carefully at the hearing. As noted above, at this stage, the Court must be satisfied that the methodology is reliable to demonstrate that commonality is present with respect to damages. Mass appraisal is used throughout the country and used in hundreds of communities which must involve heterogeneity by each tax assessor. While it may or may not be as precise as appraisal, it uses a consistent methodology.

As stated in *Statistical Evidence of Real Estate Valuation: Establishing Value without Appraisers, 21 S.Ill.U.L.J. 113 (Fall 1996)*:

From the references cited herein, it is plain that the hedonic methodology qualifies under the majority of the court's

suggested factors. As demonstrated, hedonic [4] pricing [*277] has often has often been tested and subjected to extensive peer review in the field of financial economics. Spatial models have received equal acceptance in economic geography. Error rates are not only discernible in statistical studies, the errors (in the form of observed variances from estimated values) are actually one of the principal objects of study. Thus, at least the first part of the *Daubert* test can be met, leaving only the question of relevance to a particular set of facts.

*Id.* at 146-47.

4   The term "hedonic" is used to describe events in a model--such as flooding--which would be factored into a mass appraisal to demonstrate the economic effect thereof to the value of the property.

Defendants argued to the Court that this report is a pig in a poke; however, the Court has not bought the pig yet. It will listen to the expert testimony at the time of the class certification hearing to determine whether the *Rule 23* factors are present. While Kilpatrick has not yet reached the empirical investigation stage, certainly, his report demonstrates that the mass appraisal technique is accepted and can demonstrate commonality for purposes of computation of damages.

The Court must reiterate [*278] that it is accepting this expert for purposes of demonstrating *Rule 23* criteria; when and if this matter goes to trial on the merits, the report which by then should encompass all the empirical data necessary to create a model to demonstrate damages must be present. Kilpatrick avers that his model can:

delineate what loss in value might be attributable to flood as opposed to other factors. And indeed, we have got some very powerful tools, such as survey research, which have proven to be consistently useful and acceptable not only for determining the total amount of market value lost to a given property but also to be able to delineate, on a statistically valid and reliable basis, how much loss is

attributable to another component.

(Dep. of Kilpatrick at 172). Indeed, he maintains that his model will be able to separate out the valuation component of one damage versus another, such as wind versus rain. (Dep. of Kilpatrick at 232). Kilpatrick opined that on a property by-property basis, within the confines of a statistically valid database, the model will demonstrate what a property was worth before the storm and immediately after the storm. This model will differentiate by variables--the [*279] number of bathrooms or the number of floors, for example as well as by exigencies of fate, like wind damage. (Dep. at 232-233). [5]

5   This report will not include information for rental property or for loss of profits for businesses.

In addition, clearly, in order for individual appraisals of all of the affected properties to occur, hundreds of individual appraiser would be employed. By definition, the subjective differences of each of such reports would result in some inherent inconsistencies. Additionally, the time to accomplish this task would be greater, as well as the cost would be exponentially more.

Accordingly,

**IT IS ORDERED** that "Defendants' Motion to Exclude the Report and Testimony of Plaintiffs' Putative Expert John A. Kilpatrick" (Doc. 7992) and "Sewerage and Water Board of New Orleans' Motion to Exclude the Report and Testimony of Plaintiffs' Putative Expert John A. Kilpatrick" (Doc. 8167) are **DENIED.**

**II. Plaintiffs' Motion in Limine to Exclude the Class Certification-Related Testimony of Michael W. Truax." (Doc. 8116)**

Plaintiffs have moved the Court to strike the proposed testimony of Mr. Michael Truax primarily on the basis that he has neither ever performed a mass appraisal nor [*280] is he sufficiently familiar with the factors necessary to construct a mass appraisal and/or hedonic model.

In the executive summary of his consulting report, he gave the following four items as the scope of his assignment and the following summary of his conclusions.

Scope of the Assignment: I. Appropriate analysis methodology and relevant property, issues/ factors to be considered to provide accurate/reliable value and damage estimates for proposed class properties.

II. Efficacy and reliability of mass appraisal techniques for use in determining value and damage estimates for proposed class properties.

III. Reliability of local tax assessment data and values for use in determining value and damage estimates for proposed class properties.

IV. Adequacy of inadequacy of properties of the named plaintiffs as proposed class representative.

Summary of Conclusions: I. Individual/detailed property analysis and evaluation are necessary to produce accurate/credible value and damage estimates for properties in the proposed class.

II. The use of mass appraisal techniques to assess value and damage estimates for properties in the proposed class will not produce accurate/credible results.

III. Local tax [*281] assessment data and values cannot reliably be utilized to project value and damage estimates for properties in the proposed class.

IV. The properties of named plaintiffs are not broadly representative of those in the proposed class.

Expert/Consulting Report of Michael W. Truax (Exh. 1 at hearing).

Clearly, Mr. Truax is an extremely well-qualified appraiser and is extremely knowledgeable in the realm of the Greater New Orleans real estate market. Plaintiffs' primary focus is his lack of knowledge of mass appraisal techniques. Mr. Truax has opined, *inter alia,* that the efficacy of mass appraisal techniques for properties in the proposed class will not produce accurate and/or credible results. The primary basis for this opinion is his experience in comparing his individual appraisals to mass appraisals performed by the Jefferson Parish and/or Orleans Parish tax assessors. Mr. Truax acknowledged that he did not know specifically what model was being used by the various assessors, but he acknowledged that they were "rudimentary".

Although Mr. Truax has not had the benefit (nor has the Court) of seeing a full report by Dr. Kilpatrick and what statistical variables and modeling techniques he [*282] will utilize, Mr. Truax would still not be in a position to give expert testimony on the reliability or the validity of the Kilpatrick model. Therefore, the Court is reluctant to allow Mr. Truax to opine on the reliability of mass appraisal techniques where his only basis for. the opinion is the comparison of his appraisals to the local tax assessors' appraisal when it is unclear how analogous or lacking in sophistication these models are to those of Dr. Kilpatrick's.

Therefore, the Court will allow Mr. Truax to testify as to his Conclusion I, III and IV as set forth above as they relate to the issue of commonality and typicality with respect to *Rule 23*; he is well-qualified to so opine. The defense has other experts that will testify as to the inappropriate use of mass appraisal techniques in the Greater New Orleans area. These experts may of course rely on the information and opinions contained in Mr. Truax's report in Sections I, III and IV. Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion in Limine to Exclude the Class Certification-Related Testimony of Michael W. Truax is **GRANTED** with respect to Conclusion II and **DENIED** with respect to Conclusions I, III, and IV.

New Orleans, Louisiana, [*283] this 1st day of November, 2007.

/s/ Stanwood R. Duval, Jr.

STANWOOD R. DUVAL, JR.

UNITED STATES DISTRICT COURT JUDGE