

Newberg on Class Actions
Database updated June 2008

Alba Conte and Herbert B. Newberg

Chapter 17. Mass Torts

References

## § 17:8. Rule 23 prerequisites applied to mass accident, products liability, and toxic tort cases

Mass tort cases do not often contain discussions of Rule 23(a)'s four prerequisites consisting of numerosity, common issues, typicality of claims, and adequate representation. Numerosity is not usually a problem because, by definition, the cases involve large numbers of victims. In addition, because there is often at least one common issue around which liability revolves, the commonality requirement will be satisfied. The typicality requirement is met by careful definition of the class (by either class counsel or the court);[1] total identity of claims is unnecessary,[2] and minor variations will not bar a class. Lastly, the high stakes involved in mass tort litigation, and the presence of experienced lead counsel, insure the kind of vigorous prosecution and able representation that satisfy the adequacy of representation requirement, provided that class members from diverse categories of circumstances are represented, directly or indirectly, with plaintiffs' management team. Rule 23(a) issues still arise, however, in a variety of ways.

[FN1] Pruitt v. Allied Chemical Corp., 85 F.R.D. 100 (E.D. Va. 1980).

[FN2] Brown v. Central Liquor Corp., 32 Fed. R. Serv. 2d 1197 (WD Okla Dec 29, 1981).

© 2008 Thomson Reuters/West

CLASSACT § 17:8

END OF DOCUMENT

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.