# Borne Law Firm, L.L.C.

Allen H. Borne, Jr.

Attorneys, Notary Public
4902 S. Claiborne Ave.
New Orleans, Louisiana 70125
Phone (504) 899-1234   Fax (504) 899-1230

*Via fax (504) 589-7633*

September 26, 2008

Magistrate Joseph C. Wilkinson
U.S. District Court
Eastern District of Louisiana
500 Poydras Street
Room B409
New Orleans, LA 70130

RECEIVED

SEP 2 6 2008

CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

Re:   *Ferdinand Diaz, et al v. Fidelity and Deposit Company of Maryland,*
      *USDC #07-4370*

Dear Magistrate Wilkinson,

Please accept this letter as confirmation that the interested parties have come to an agreement and all matters in the above captioned case have been settled, pending approval by the Louisiana Recovery Authority (Road Home).  If you require any additional documents or information, please don't hesitate to contact us.

Sincerely,

Ashley Ian Smith
AIS