## PORTEOUS, HAINKEL AND JOHNSON, L.L.P.
408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

WWW.PHJLAW.COM

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

C. GORDON JOHNSON, JR.
JAMES S. THOMPSON
MICHAEL K. FITZPATRICK
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR
WILLIAM C. LOZES
PATRICK D. DEROUEN
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1954)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
LAURIE L. DeARMOND
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.
MICHAEL W. COLLINS
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE L. TROWBRIDGE
GUY H. BUMPAS, IV
MICHAEL J. MADERE
HEATHER A. ENGLAND REZNIK
RALPH J. AUCOIN, JR.
CLAIBORNE W. BROWN
DENIA D. SYLVE

OF COUNSEL:

CHAD J. PRIMEAUX
ELEANOR W. WALL
JULIANNE T. ECHOLS
JESSE WALES*
CAROLINE D. BARKERDING

*Licensed in OR & CA only

EMAIL ADDRESS OF WRITER
Abaumgartner@phjlaw.com

PLEASE REPLY TO:

**COVINGTON**

September 26, 2008

**VIA FACSIMILE: (504) 589-7633**
Honorable Magistrate Wilkinson
United States District Court
Eastern District of Louisiana
500 Poydras
New Orleans, LA 70130

Re:  Gilda and Herbert Morgan v. State Farm Fire and Casualty Company
     USDC Eastern District Section K No. 08-1653 Div. K
     Our File No.: 895.1014

Dear Magistrate Wilkinson:

Undersigned counsel wrote to plaintiffs' counsel, Brent Kliebert on August 18, 2008, to advise that State Farm was unable to respond to plaintiffs' demand of $627,350.00 without any documentation, such as estimates or receipts in support of the demand and further asked plaintiffs to comply with the Case Management Order signed by Judge Duval in order that we may reply. Since no supporting documentation was received State Farm was unable to respond. Undersigned counsel has attempted to obtain information from plaintiff by way of discovery responses, however despite attempts on July 23, 2008, August 18, 2008 and August 22, 2008, no responses have been forthcoming. As of this date, neither responses to discovery nor any other supporting documentation have been received. State Farm intends to continue to exchange information and negotiate with plaintiffs' counsel in order to reach an

Claim No. 18-R353-377

September 25, 2008

Page 2

amicable resolution. State Farm contends that the court may be of valuable assistance in helping the parties resolve this matter by separating and deconsolidating this case from the Katrina Canal Breaches Consolidated Litigation for all purposes.

Sincerely,

ADRIANNE L. BAUMGARTNER

ALB/ayh

Claim No. 18-R353-377