UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION
                                        NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE, Morgan, 08-1653     JUDGE DUVAL
                                             MAG. WILKINSON

### ORDER

I have received a letter dated September 26, 2008 from defense counsel, Adrianne

Baumgartner, in the referenced Morgan case, which has been separately filed in the record

of both C.A. No. 08-1653 and C.A. No. 05-4182. The letter is deemed the response to the

court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521

at p. 4, concerning the status of settlement efforts. No report has been received from

plaintiffs' counsel. In addition, I have conferred separately by telephone with defense

counsel concerning the status of settlement efforts. It appears that settlement is not attainable

in the short term without further court proceedings. Accordingly,

**IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher

Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced

Morgan case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and

DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation,

SEP 29 2008

REALLOTTED TO

**SECT. S MAG. 1**

___ Fee_____
___ Process_____
___ Dktd_____
___ CtRmDep_____
___ Doc. No _____

Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently.  The Clerk is hereby DIRECTED to docket a copy of this order and henceforth all future filings in C.A. No. 08-1653 on the docket of C.A. No. 08-1653, and not on the docket of C.A. No. 05-4182.

IT IS FURTHER ORDERED that the Clerk randomly REALLOT this case to both a district judge section and a magistrate judge section, for future proceedings.

New Orleans, Louisiana, this ___29th___ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.