UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 2006-5383<br><br>JUDGE: STANWOOD R. DUVAL, JR.<br>"K" |
| PERTAINS TO:<br>INSURANCE<br>AUSTIN, ET AL. v. ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY ET AL<br>2006-5383 | * * * | MAGISTRATE: JOSEPH C. WILKINSON, JR. (2) |

* * * * * * * * * * * * * * * * * * * * * * * *

**UNPOPPOSED MOTION FOR LIMITED REOPENING
OF CASE AND PARTIAL DISMISSAL**

NOW INTO COURT, through undersigned counsel, come plaintiffs in the above-captioned action, who, on representing that no remaining claims exist in this matter against defendants Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, Allstate Insurance Company, Allstate Property and Casualty Insurance Company (collectively "Allstate") or Encompass Insurance Company of America and Encompass Property and Casualty Company (collectively "Encompass"), do hereby request that this Court dismiss all claims against such defendants. Counsel for the foregoing defendants has been contacted and does not oppose this motion.

Wherefore, plaintiffs pray that the Court grant their motion and order (1) that the above-captioned action be reopened for the limited purpose of dismissing plaintiffs' claims

116933

- 2 –

against Allstate and Encompass and (2) that all claims in the above-captioned action against Allstate and Encompass be dismissed with prejudice, each party to bear their own costs.

Respectfully submitted,

**McKernan Law Firm**

 /s/ Jerry McKernan
Joseph J. McKernan (10027)
Chet G. Boudreaux (28504)
John H. Smith (23308)
8710 Jefferson Highway
Baton Rouge, Louisiana 70809
Telephone:  (225) 926-1234
Facsimile:  (225) 926-1202

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion has been served upon all counsel of record by facsimile, hand delivery, electronic mail, or placing same in the United States mail, postage prepaid and properly addressed,  30  day of  September, 2008.

 Jerry McKernan

116933