UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * | CIVIL ACTION NO.: 2006-5383 |
| | * * | JUDGE: STANWOOD R. DUVAL, JR. |
| | * | "K" |
| PERTAINS TO: | * | MAGISTRATE: JOSEPH C. WILKINSON, |
| INSURANCE | * | JR. (2) |
| AUSTIN, ET AL. v. ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY ET AL 2006-5383 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Unopposed Motion for Limited Reopening of Case and Partial Dismissal filed by all plaintiffs in the above-captioned matter, IT IS ORDERED that said motion is GRANTED; that above-captioned action shall be and hereby is reopened for the limited purpose set forth by plaintiffs in their motion; and that all claims in the above-captioned matter against defendants Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, Allstate Insurance Company, Allstate Property and Casualty Insurance Company, Encompass Insurance Company of America and Encompass Property and Casualty Company shall be and hereby are dismissed with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this _____day of _____.

_____

**United States District Judge**

116952