UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO: 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| PERTAINS TO INSURANCE: 07-1798 Plaintiffs: WILLIAM "PAT" POWER | * * * | MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATED ORDER OF DISMISSAL, PURSUANT TO F.R.C.P. 41(a)(1)(ii)

**IT IS STIPULATED,** by all parties to this action and subject to the approval of the Court that:

I.

All claims presented by plaintiff in his Petition filed herein, shall be dismissed with prejudice as to all parties pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

II.

Each party shall bear his or its own costs and attorney's fees.

Respectfully Submitted:

**A PROFESSIONAL LAW CORPORATION**

BY: _____
PATRICK G. KEHOE, JR., #14419
833 Baronne Street
New Orleans, LA 70113
Telephone: (504) 588-1110
Facsimile: (504) 588-1954
Counsel for Plaintiff,
**William "Pat" Power**

Respectfully Submitted:

**HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.**

BY: _____
DAVID K. PERSONS, #2046
One Galleria Blvd.-Suite 1400
Post Office Box 8288
Metairie, Louisiana 70001
Telephone: (504) 836-6500
Email: dpersons@hmhlp.com
Counsel for Defendant,
**State Farm Fire & Casualty Insurance Company**

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 30TH day of September, 2008, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties:

_____
**DAVID K. PERSONS**