UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2) |
| **THIS DOCUMENT RELATES TO:**<br>Insurance<br><br>**No. 06-5164,** *Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Melvin Thornton regarding 1109 Kentucky St., New Orleans, LA 70117; Francis Don regarding 7801 Sandpiper Dr., New Orleans, LA 70128; John Matas, Boniface Matas regarding 6001 Spain St., New Orleans, LA 0; Robert Chilton, Vivion Chilton regarding 4042-4044 1/2-4044 Franklin Ave, New Orleans, LA 70122; Kevin Cyres regarding 7221/23 Boston Dr., New Orleans, LA 70127; Wanda Fernandez regarding 1128/30 Lousia, New Orleans, LA 70117; Walter Anderson regarding 4433 Mendez St., New Orleans, LA 70126; Mary Bullard regarding 4150 Peidmont Drive, New Orleans, LA 70122; Creal James, Connie B. James regarding 6018 El Dorado St., New Orleans, LA 70117; Francis Don regarding 8520 Haynes Blvd., New Orleans, LA 70128; Brenda Hollins regarding 4409-11 Shalmiare DR, New Orleans, LA 70126; Florence White regarding 9222 Nelson St, New Orleans, LA 70118; Mary Clemons regarding 6109 N. Claiborne Ave., New Orleans, LA 70117; Jenetta Canselo regarding 4801 A, B Danneel St, New Orleans, LA 70115; Marian Jones-Molo regarding 1213 Desire St., New Orleans, LA 70117; Catherine Narcisse regarding 6033 Warrington Dr., New Orleans, LA 70122; David Fernandez regarding 4534 Dotd Ave., New Orleans, LA 70126; Edward Johnson, Lovida M. Johnson regarding 4210 Alfred St, New Orleans, LA 70122; Joel Scott regarding 5650 Marshall Foch St., New Orleans, LA 70124; John Dillman regarding 6835 Vicksburg St., New Orleans, LA 70124; Nanette Rochon regarding 7230 Voyager Dr., New Orleans, LA 70129; Bela Werner regarding 2767 Vienna Street, New |

Orleans, LA 70122; Audrey Guidry, Maurice Guidry regarding 3005 47th St., Metairie, LA 70001; Catherine Evans regarding 3841 E Loyola Dr, Kenner, LA 70065; Harry Cloud regarding 2034/2036 Reynes St, New Orleans, LA 70117; Veloris Holmes regarding 2701 Arts St., New Orleans, LA 70122; Betty Jones regarding 2111 Clouet St., New Orleans, LA 70117; Laboria Gioe regarding 3100 LaPlace St., Chalmette, LA 70043; Liboria Gioe regarding 2324/2326 Stander Place, Chalmette, LA 70043; Jessie Paul, Murphy Paul regarding 5945 North Johnson St, New Orleans, LA 70117; Mary Lynn Metoyer, Chris Webber regarding 14001 Michoud Blvd. Apt. 116, New Orleans, LA 70129; Antoinette Johnson regarding 105 Wilshire Pl., New Orleans, LA 70119; Sonia Harris regarding 3015 Abundance Ct., New Orleans, LA 70126; Ann Cavalier regarding 328 George Nick Connor Dr., New Orleans, LA 70119; Frank Bruno regarding 964 Topaz St, New Orleans, LA 70124; Viola Blouin regarding 1704 Lesseps St., New Orleans, LA 70117; Doris Mitchell, Arthur Mitchell regarding 2000 Reynes St., New Orleans, LA 70117; Delores Smith regarding 4221 Clio St., New Orleans, LA 70125; Delores Smith regarding 1121 S. Dupre St., New Orleans, LA 70125; Angela Vaughn regarding 4 North Oakridge Ct., New Orleans, LA 70128; Patricia Brown, Gloria Robertson regarding 2306 Montegut St., New Orleans, LA 70117; Wilma Foster regarding 1408 Tennessee St., New Orleans, LA 70117; Janis Rousselle regarding 6320/22 Baccich St., New Orleans, LA 70122; Cindy Crocker regarding 7162 Patricia St., Arabi, LA 70032; Gawain Roos regarding 2109/11 Octavia Dr., Chalmette, LA 70043; William Rabalais, Judy Rabalais regarding 2403 Octavia Dr., Chalmette, LA 70043; Emma Gauthier, Edward Anderson, Gail Veal regarding 1227 L.B. Landry Ave., New Orleans, LA 70114; Glenn Brown regarding 4563 Montegut St., New Orleans, LA 70126; Carlette Smith, Gary Smith regarding 4673 Viola Street, New Orleans, LA 70126; Marie Christoff regarding 3518/3520 Toledano Street,

**New Orleans, LA 70125; Jerusha Sparks, Eugene Sparks regarding 7533 Wayfarer Street, New Orleans, LA 70129; Jerusha Sparks, Eugene Sparks regarding 822/24 Franklin Ave., New Orleans, LA 70117; Richard Williams, Camille Williams regarding 3126 Frey Place, New Orleans, LA 70119; Barbara Garman regarding 4336 St Anthony, New Orleans, LA 70122; JESSIE BURKS, ANNIE BURKS regarding 4012 N. GALVEZ ST., NEW ORLEANS, LA 70117; Melvin Bacchus regarding 3922 Iroquois St, New Orleans, LA 70126; Kenneth Usner, Betty regarding 4330 San Remo Dr., New Orleans, LA 70129; Ronald Aldrich regarding 3833 Plaza Dr., Chalmette, LA 70043; Willie Terry regarding 1519 O'Connor, Gretna, LA 70053; Williams Watkins regarding 5018 Sierra Madre Dr, New orleans, LA 70127; Florida Hargrove regarding 3229 Joilet St., New Orleans, LA 70118; Anthony Jones, Laura H Jones regarding 5118 Cunningham Ct, New Orleans, LA 70126; Adolph Gabriel, Vera Gabriel regarding 3519 Gentilly Blvd, New Orleans, LA 70122; Avelina Lewis, Calvin Lewis regarding 1737 Tricou St, New Orleans, LA 70117; Audrey Sam regarding 10820 Guilford Rd., New Orleans, LA 70127; Robertine McBride regarding 1627 Reynes St., New Orleans, LA 70117; Elizabeth Stogner regarding 6617 Avenue B, New Orleans, LA 70124; Joan Griffin regarding 4842 Friar Tuck Dr., New Orleans, LA 70128; AMADEE GARIBALDI, BETTY GARIBALDI regarding 5219 BEACAIRE, NEW ORLEANS, LA 70129; Edward Johnson, Lovida M. Johnson regarding 4214 Alfred St, New Orleans, LA 70122; Deborah Williams regarding 7521 N. Sandy Cove, New Orleans, LA 70128; Carol Francois regarding 4626 Flake Ave, New Orleans, LA 70126**

## **ORDER**

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Melvin Thornton regarding 1109 Kentucky St., New Orleans, LA 70117; Francis Don regarding 7801 Sandpiper Dr., New Orleans, LA 70128; John Matas, Boniface Matas regarding 6001 Spain St., New Orleans, LA 0; Robert Chilton, Vivion Chilton regarding 4042-4044 1/2-4044 Franklin Ave, New Orleans, LA 70122; Kevin Cyres regarding 7221/23 Boston Dr., New Orleans, LA 70127; Wanda Fernandez regarding 1128/30 Lousia, New Orleans, LA 70117; Walter Anderson regarding 4433 Mendez St., New Orleans, LA 70126; Mary Bullard regarding 4150 Peidmont Drive, New Orleans, LA 70122; Creal James, Connie B. James regarding 6018 El Dorado St., New Orleans, LA 70117; Francis Don regarding 8520 Haynes Blvd., New Orleans, LA 70128; Brenda Hollins regarding 4409-11 Shalmiare DR, New Orleans, LA 70126; Florence White regarding 9222 Nelson St, New Orleans, LA 70118; Mary Clemons regarding 6109 N. Claiborne Ave., New Orleans, LA 70117; Jenetta Canselo regarding 4801 A, B Danneel St, New Orleans, LA 70115; Marian Jones-Molo regarding 1213 Desire St., New Orleans, LA 70117; Catherine Narcisse regarding 6033 Warrington Dr., New Orleans, LA 70122; David Fernandez regarding 4534 Dotd Ave., New Orleans, LA 70126; Edward Johnson, Lovida M. Johnson regarding 4210 Alfred St, New Orleans, LA 70122; Joel Scott regarding 5650 Marshall Foch St., New Orleans, LA 70124; John Dillman regarding 6835 Vicksburg St., New Orleans, LA 70124; Nanette Rochon regarding 7230 Voyager Dr., New Orleans, LA 70129; Bela Werner regarding 2767 Vienna Street, New Orleans, LA 70122; Audrey Guidry, Maurice Guidry regarding 3005 47th St., Metairie, LA 70001; Catherine Evans regarding 3841 E Loyola Dr, Kenner, LA 70065; Harry Cloud regarding 2034/2036 Reynes St, New Orleans, LA 70117; Veloris

Holmes regarding 2701 Arts St., New Orleans, LA 70122; Betty Jones regarding 2111 Clouet St., New Orleans, LA 70117; Laboria Gioe regarding 3100 LaPlace St., Chalmette, LA 70043; Liboria Gioe regarding 2324/2326 Stander Place, Chalmette, LA 70043; Jessie Paul, Murphy Paul regarding 5945 North Johnson St, New Orleans, LA 70117; Mary Lynn Metoyer, Chris Webber regarding 14001 Michoud Blvd. Apt. 116, New Orleans, LA 70129; Antoinette Johnson regarding 105 Wilshire Pl., New Orleans, LA 70119; Sonia Harris regarding 3015 Abundance Ct., New Orleans, LA 70126; Ann Cavalier regarding 328 George Nick Connor Dr., New Orleans, LA 70119; Frank Bruno regarding 964 Topaz St, New Orleans, LA 70124; Viola Blouin regarding 1704 Lesseps St., New Orleans, LA 70117; Doris Mitchell, Arthur Mitchell regarding 2000 Reynes St., New Orleans, LA 70117; Delores Smith regarding 4221 Clio St., New Orleans, LA 70125; Delores Smith regarding 1121 S. Dupre St., New Orleans, LA 70125; Angela Vaughn regarding 4 North Oakridge Ct., New Orleans, LA 70128; Patricia Brown, Gloria Robertson regarding 2306 Montegut St., New Orleans, LA 70117; Wilma Foster regarding 1408 Tennessee St., New Orleans, LA 70117; Janis Rousselle regarding 6320/22 Baccich St., New Orleans, LA 70122; Cindy Crocker regarding 7162 Patricia St., Arabi, LA 70032; Gawain Roos regarding 2109/11 Octavia Dr., Chalmette, LA 70043; William Rabalais, Judy Rabalais regarding 2403 Octavia Dr., Chalmette, LA 70043; Emma Gauthier, Edward Anderson, Gail Veal regarding 1227 L.B. Landry Ave., New Orleans, LA 70114; Glenn Brown regarding 4563 Montegut St., New Orleans, LA 70126; Carlette Smith, Gary Smith regarding 4673 Viola Street, New Orleans, LA 70126; Marie Christoff regarding 3518/3520 Toledano Street, New Orleans, LA 70125; Jerusha Sparks, Eugene Sparks regarding 7533 Wayfarer Street, New Orleans, LA 70129; Jerusha

Sparks, Eugene Sparks regarding 822/24 Franklin Ave., New Orleans, LA 70117; Richard Williams, Camille Williams regarding 3126 Frey Place, New Orleans, LA 70119; Barbara Garman regarding 4336 St Anthony, New Orleans, LA 70122; JESSIE BURKS, ANNIE BURKS regarding 4012 N. GALVEZ ST., NEW ORLEANS, LA 70117; Melvin Bacchus regarding 3922 Iroquois St, New Orleans, LA 70126; Kenneth Usner, Betty regarding 4330 San Remo Dr., New Orleans, LA 70129; Ronald Aldrich regarding 3833 Plaza Dr., Chalmette, LA 70043; Willie Terry regarding 1519 O'Connor, Gretna, LA 70053; Williams Watkins regarding 5018 Sierra Madre Dr, New orleans, LA 70127; Florida Hargrove regarding 3229 Joilet St., New Orleans, LA 70118; Anthony Jones, Laura H Jones regarding 5118 Cunningham Ct, New Orleans, LA 70126; Adolph Gabriel, Vera Gabriel regarding 3519 Gentilly Blvd, New Orleans, LA 70122; Avelina Lewis, Calvin Lewis regarding 1737 Tricou St, New Orleans, LA 70117; Audrey Sam regarding 10820 Guilford Rd., New Orleans, LA 70127; Robertine McBride regarding 1627 Reynes St., New Orleans, LA 70117; Elizabeth Stogner regarding 6617 Avenue B, New Orleans, LA 70124; Joan Griffin regarding 4842 Friar Tuck Dr., New Orleans, LA 70128; AMADEE GARIBALDI, BETTY GARIBALDI regarding 5219 BEACAIRE, NEW ORLEANS, LA 70129; Edward Johnson, Lovida M. Johnson regarding 4214 Alfred St, New Orleans, LA 70122; Deborah Williams regarding 7521 N. Sandy Cove, New Orleans, LA 70128; Carol Francois regarding 4626 Flake Ave, New Orleans, LA 70126 against Defendant Allstate Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 30th day of   September  , 2008.

_____
United States District Judge