UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO:<br>Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of David Taylor regarding 2704 Nunez St, Meraux, LA 70075; Alice Young, Ronald M Young Sr regarding 2420 Bartholomew St., New Orleans, LA 70117** |

### ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiff David Taylor regarding 2704 Nunez St, Meraux, LA 70075; Alice Young, Ronald M Young Sr regarding 2420 Bartholomew St., New Orleans, LA 70117 against Defendant AMICA Mutual Insurance Company in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this  30th  day of  September , 2008.

_____
United States District Judge