UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO:<br>Insurance | MAGISTRATE (2) |
| **No. 06-5164,** *Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Marcia Douse regarding 202 Liberty Terrace Dr., New Orleans, LA 70126; Denise Walker regarding 3905 Camphagne Dr., Chalmette, LA 70043; Denise Walker regarding 2120 S River Park, Violet, LA 70092; Carl Hooper regarding 4720 Owens Blvd., New Orleans, LA 70122; Denise Meade regarding 2422 Verbena St., New Orleans, LA 70122; Marion Stoltz regarding 2805 Decomine Dr., Chalmette, LA 70043; Gwendolyn Alexander, Thomas McMillan regarding 3134 N. Rochblave St., New Orleans, LA 70117; Jennifer Klink, George Klink regarding 3305 Lena Dr., Chalmette, LA 70043; Wallace Joseph, Jean Joseph Cummings regarding 5523 St. Ferdinand St., New Orleans, LA 70126; Patsy Christoffer regarding 2416 Plaza Dr., Chalmette, LA 70043; Vianka Miranda, Modesto A. Miranda regarding 7943 Edgelake Court, New Orelans, LA 70126; Linda Thomas regarding 11661 W Barrington Dr, New Orleans, LA 70128; Charles Ricard regarding 2078-80 S Dennis St., New Orleans, LA 70112; Thomas Rickerson, Karen D. Rickerson regarding 3804 Charles Dr., Chalmette, LA 70043; Charles Bloodsworth, Joy Bloodsworth regarding 600 Daryl Dr., Chalmette, LA 70043; Evelyn Hyams, Edward H. Hyams Jr. regarding 4654 Francisco Varrett Dr., New Orleans, LA 70126 |

**<u>ORDER</u>**

Considering the Unopposed Motion and Incorporated Memorandum in Support of

Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Marcia Douse regarding 202 Liberty Terrace Dr., New Orleans, LA 70126; Denise Walker regarding 3905 Camphagne Dr., Chalmette, LA 70043; Denise Walker regarding 2120 S River Park, Violet, LA 70092; Carl Hooper regarding 4720 Owens Blvd., New Orleans, LA 70122; Denise Meade regarding 2422 Verbena St., New Orleans, LA 70122; Marion Stoltz regarding 2805 Decomine Dr., Chalmette, LA 70043; Gwendolyn Alexander, Thomas McMillan regarding 3134 N. Rochblave St., New Orleans, LA 70117; Jennifer Klink, George Klink regarding 3305 Lena Dr., Chalmette, LA 70043; Wallace Joseph, Jean Joseph Cummings regarding 5523 St. Ferdinand St., New Orleans, LA 70126; Patsy Christoffer regarding 2416 Plaza Dr., Chalmette, LA 70043; Vianka Miranda, Modesto A. Miranda regarding 7943 Edgelake Court, New Orelans, LA 70126; Linda Thomas regarding 11661 W Barrington Dr, New Orleans, LA 70128; Charles Ricard regarding 2078-80 S Dennis St., New Orleans, LA 70112; Thomas Rickerson, Karen D. Rickerson regarding 3804 Charles Dr., Chalmette, LA 70043; Charles Bloodsworth, Joy Bloodsworth regarding 600 Daryl Dr., Chalmette, LA 70043; Evelyn Hyams, Edward H. Hyams Jr. regarding 4654 Francisco Varrett Dr., New Orleans, LA 70126 against Defendants Metropolitan Property & Casualty Insurance Company, Metropolitan Casualty Insurance Company, Metropolitan General Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this  30th  day of   September  , 2008.

_____
United States District Judge