UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
CONSOLIDATED LITIGATION
                                              NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE, Cooper, 07-5793       JUDGE DUVAL
                                              MAG. WILKINSON

## ORDER

I received no report in response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts. Thus, I contacted plaintiff's counsel, Gary Pendergast, who advised the court that the referenced Cooper case has settled, pending Road Home approval. By copy of this minute entry, Judge Duval is advised so that he may enter an appropriate 90-day conditional dismissal order in the referenced Cooper case only.

New Orleans, Louisiana, this   30th   day of September, 2008.

                                              JOSEPH C. WILKINSON, JR.
                                              UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**