UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES   CIVIL ACTION
    CONSOLIDATED LITIGATION
                                 NO. 05-4182

PERTAINS TO: INSURANCE           SECTION "K"(2)
    JONES, 06-9151

ORDER

The Court, having been informed by Plaintiffs' counsel that Plaintiffs intend on withdrawing their allegations against Defendant Orleans Levee District, accordingly,

**IT IS ORDERED** that Defendant Orleans Levee District's Motion to Dismiss (Rec. Doc. 9644) is **DENIED AS MOOT.**

New Orleans, Louisiana, this __30th__ day of September, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

1