MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 30, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
CONSOLIDATED LITIGATION
                                                       NO. 05-4182 "K"(2)

PERTAINS TO:  INSURANCE, Kavanagh, 06-11384    JUDGE DUVAL
                                                       MAG. WILKINSON

At the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, pursuant to my previous order, Record Doc. No. 14939, I conducted a telephone conference in the referenced Kavanagh case on this date. Participating were: David Kavanagh, representing plaintiff; and William Barousse, representing defendant. During the conference, counsel jointly advised the court that settlement has been confirmed in the referenced case. By copy of this order, Judge Duval is advised so that he may enter an appropriate 60-day conditional dismissal order in the referenced Kavanagh case only.

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

                                          JOSEPH C. WILKINSON, JR.
                                          UNITED STATES MAGISTRATE JUDGE

MJSTAR:   0 : 20