UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re KATRINA CANAL BREACHES LITIGATION | * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" MAG. (2) |
| PERTAINS TO: BARGE | | |
| | * | JUDGE STANWOOD R. DUVAL, JR. |
| *Boutte v. Lafarge*       05-5531 | | |
| *Mumford v. Ingram*    05-5724 | * | MAG. JOSEPH C. WILKINSON, JR. |
| *Lagarde v. Lafarge*    06-5342 | | |
| *Perry v. Ingram*          06-6299 | * | |
| *Benoit v. Lafarge*       06-7516 | | |
| *Parfait Family v. USA* 07-3500 | * | |
| *Lafarge v. USA*           07-5178 | | |
| * * * *   * *  | * * * * * * * | |

## ORDER

THE COURT, having considered American Home Assurance Company and The Northern Assurance Company of America's Motion for Leave to File Memorandum in Reply to Lafarge North America, Inc.'s Opposition to Motion for Leave of Court to File New York Marine and General Insurance Company, American Home Assurance Company and The Northern Assurance Company of America's First Amended Answer, Affirmative Defenses and Cross-Claims,

IT IS ORDERED, that leave is hereby GRANTED to file the Memorandum in Reply to Lafarge North America, Inc.'s Opposition to Motion for Leave of Court to File New York Marine and General Insurance Company, American Home Assurance Company and The Northern Assurance Company of America's First Amended Answer, Affirmative Defenses and Cross-Claims in the record of this Court.

New Orleans, Louisiana this 30th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE