UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * * * * * | CIVIL ACTION NO.: 05-4182 |
| | | JUDGE: DUVAL |
| | | MAGISTRATE: WILKINSON |
| PERTAINS TO: | | |
| INSURANCE: *Robinson*, 07-3220 | | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## **MOTION TO DISMISS**

Plaintiff Mamie Robinson ("Robinson") has resolved her dispute with defendant Metropolitan Property and Casualty Insurance Company. As a result of this settlement, Robinson respectfully requests that all of her claims and this lawsuit be dismissed, with prejudice, each party to bear its own costs.

90277

**WHEREFORE,** Mamie Robinson prays that her claims in this lawsuit be dismissed, with prejudice.

> Respectfully submitted,
>
> _____
> William P. Connick, #14158
> Connick and Connick, LLC
> 2551 Metairie Road
> Metairie, Louisiana 70005
> Telephone: (504) 838-8777
> Attorneys for Plaintiff Mamie Robinson

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Motion to Dismiss has been served upon all counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this 30th day of September, 2008.

_____
William P. Connick

90277