MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 26, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES             CIVIL ACTION
CONSOLIDATED LITIGATION
                                          NO. 05-4182 "K"(2)

PERTAINS TO:  INSURANCE, Robinson, 07-3220 JUDGE DUVAL
                                                MAG. WILKINSON

At the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, the court has been advised by defense counsel, Minor Pipes, that settlement has been confirmed and fully completed in the referenced case. By copy of this order, Judge Duval is advised so that he may enter a 60-day conditional dismissal order in the referenced Robinson case only.

                                    JOSEPH C. WILKINSON, JR
                                    UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.

MJSTAR:  0 : 05