**STEVEN K. FAULKNER, JR.**
ATTORNEY AT LAW
2021 HICKORY AVE.
HARAHAN, LOUISIANA 70123

NOTARY PUBLIC

TELEPHONE
(504) 738-9000
FACSIMILE
(504) 738-7272

September 29, 2008

Judge Jay Wilkinson
United States Magistrate

VIA FACSIMILE DELIVERY ONLY: 504-589-7633

Re: O. William Reeder, Jr. vs. Hanover Insurance and Massachusetts Bay Insurance Company
USDC # 06-7857

Dear Judge Wilkinson:

This will confirm settlement was reached this morning in the captioned litigation. A sixty (60) day dismissal would be appropriate.

With best regards, I am

Very truly yours,

Steven K. Faulkner, Jr.

SKF,JR/ec
cc: LaDonna G. Wilson, Esq. (via facsimile only 504-310-9195)