UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182<br>SECTION "K" (2) |
| *severed from Abadie*, 06-5164 | |
| MATTIE SIMON, PAULETTE SIMON<br>　　　　Plaintiffs<br>VS.<br><br>STATE FARM FIRE AND CASUALTY<br>COMPANY,<br>　　　　Defendant | CIVIL ACTION<br>No. 07-2692<br>SECTION "K" (2) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiffs, Mattie Simon and Paulette Simon, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this ____ day of _____, 2008.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　USDC JUDGE STANWOOD R. DUVAL, JR.
　　　　　　　　　　　　　　　　　Section "K," Magistrate: 2

{N0106191}