Case 2:05-cv-04206-EEF-JCW   Document 543   Filed 09/12/2006   Page 1 of 16

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRICK JOSEPH TURNER<br>Individually and as Representative<br>Of Similarly Situated Persons | * * * * | CIVIL ACTION<br>NO. 05-4206 |
| Plaintiffs | * * | SECTION "L" |
| MURPHY OIL USA, INC. | * * | |
| Defendant | * * | MAGISTRATE "2" |

### THIRD NOTICE OF 30(b)(6) VIDEOTAPE DEPOSITION OF U.S. ARMY CORPS OF ENGINEERS

TO:  Catherine J. Finnegan, Esq.
Traci Colquette, Esq.
Robin Doyle Smith, Esq.
Trial Attorneys
U.S. Department of Justice
Civil Division, Torts Branch
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044

Martin R. Cohen, Esq.
Assistant Chief Counsel for Litigation
U.S. Army Corps of Engineers
Department of the Army
Washington, D.C. 20314-1000

PLEASE TAKE NOTICE that defendant, Murphy Oil USA, Inc. ("Murphy"), through undersigned counsel, will take the deposition of the U.S. Army Corp. of Engineers ("USACOE"), pursuant to the provisions of Rule 30(b)(6) of the Federal Rules of Civil Procedure, and for all other lawful purposes, at Frilot Partridge, L.C., 1100 Poydras Street, Suite 3600, New Orleans,



EXHIBIT A

Louisiana 70163-3600 (Telephone: 504-599-8000) commencing on Tuesday, August 22, 2006 at 9:00 a.m.

USACOE is requested to designate a representative or representatives to be examined on the following matters:

1. USACOE's response to Murphy's May 4, 2006 request for records pursuant to the Freedom of Information Act [This subject area has been withdrawn by Murphy];

2. The design of the levees along the Mississippi River Gulf Outlet ("MR-GO") in St. Bernard Parish;

3. The construction of the levees along the MR-GO in St. Bernard Parish;

4. The maintenance and inspection of the levees along the MR-GO in St. Bernard Parish [This subject area has been withdrawn by Murphy];

5. Emergency preparedness coordination between federal, state, parish and local governments and the USACOE [This subject area has been withdrawn by Murphy];

6. Standard Project Hurricane ("SPH") and Probable Maximum Hurricane ("PMH") definitions [The USACOE has made a final agency determination rejecting Murphy's request to produce a USACOE representative to testify on this subject area];

7. Any assessment done prior to Hurricane Katrina that indicated the existence of any problem, issue or undesired condition related to the design, construction, maintenance, monitoring, inspection or otherwise, of the levees along the MR-GO in St. Bernard Parish [The USACOE has made a final agency determination rejecting Murphy's request to produce a USACOE representative to testify on this subject area];

8. The performance of the levees along the MR-GO in St. Bernard Parish during Hurricane Katrina;

9. The USACOE's review, assessment and/or evaluation of the reasons for the failure of the levees along the MR-Go in St. Bernard Parish during Hurricane Katrina [The USACOE has made a final agency determination rejecting Murphy's request to produce a USACOE representative to testify on this subject area];

2

10. Any difference in the manuals, guidelines and/or standards of practice used by the USACOE in the reconstruction of the levees along the MR-GO in St. Bernard Parish as compared with the manuals, guidelines and/or standards of practice used by the USACOE prior to Hurricane Katrina [The USACOE has made a final agency determination rejecting Murphy's request to produce a USACOE representative to testify on this subject area];

11. The spreading of the flood waters from the overtopping, breach, and/or failures along the MR-GO in St. Bernard Parish during Hurricane Katrina [The USACOE has made a final agency determination rejecting Murphy's request to produce a USACOE representative to testify on this subject area];

12. Any analysis of whether levee armoring or other changes in the design or construction of the levees along the MR-GO in St. Bernard Parish may have prevented the failure of these levees [The USACOE maintains that no representative is capable of testifying on this subject area because no such analysis exists];

13. The Report of the Interagency Performance Evaluation Task Force entitled "Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System" [The USACOE has made a final agency determination rejecting Murphy's request to produce a USACOE representative to testify on this subject area]; and

14. The enabling legislation and the grant of authority for the USACOE to design and construct the hurricane protection system for St. Bernard Parish [The USACOE has made a final agency determination rejecting Murphy's request to produce a USACOE representative to testify on this subject area].

The oral examination will be completed within seven (7) hours, absent leave of court for additional time. The deposition will be taken before a Notary Public or some other officer authorized to administer oaths. You are invited to attend and participate. Deponent must, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, designate one or more officers, directors, managing agents or other persons who can testify on its behalf, and may set forth for each person designated, the matters on which he or she will testify. The person or persons so designated shall testify as to the matters known or reasonably known to the deponent.

3

Respectfully submitted,

_____
GEORGE A. FRILOT, III, T.A. (LSB 5747)
A.J. KROUSE, III (LSB 14426)
FRANCIS H. BROWN, III (LSB 16831)
PATRICK J. McSHANE (LSB 19055)
Frilot Partridge, L.C.
1100 Poydras Street, Suite 3600
New Orleans, LA 70163-3600
Telephone: (504) 599-8000
Facsimile: (504) 599-8100

KERRY J. MILLER (LSB 24996)
Liaison Counsel
Frilot Partridge, L.C.
1100 Poydras Street, Suite 3600
New Orleans, LA 70163-3600
Telephone: (504) 599-8000

And

DANIEL L. DYSART (LSB 5156)
Dysart & Tabary
3510 N. Causeway Blvd., Suite 600
Metairie, LA 70002
Telephone: (504) 838-7580
Facsimile: (504) 838-7503

COUNSEL FOR MURPHY OIL USA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon plaintiffs' liaison counsel via e-mail and/or United States Mail, properly addressed and postage prepaid on this _____ day of August, 2006, as follows:

Sidney D. Torres, III, Esq.
Roberta L. Burns, Esq.
Law Offices of Sidney D. Torres, III
1290 7th Street
Slidell, Louisiana 70458
E-mail: storres@torres-law.com
E-mail: rburns@torres-law.com
E-mail: rburns@propertytitle.com
E-mail: rlbsdt@bellsouth.net
E-mail: pmichon@torres-law.com

I hereby further certify that a copy of the foregoing pleading has been served upon counsel for the U.S. Army Corps of Engineers via e-mail and/or United States Mail, properly addressed and postage prepaid on this _____ day of August, 2006, as follows:

Catherine J. Finnegan, Esq.
Traci Colquette, Esq.
Robin Doyle Smith, Esq.
Trial Attorneys
U.S. Department of Justice
Civil Division, Torts Branch
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Facsimile: (202) 616-5200
E-mail: Tess.Finnegan@usdoj.gov
E-mail: Traci.Colquette@usdoj.gov
E-mail: Robin.Smith@usdoj.gov

Martin R. Cohen, Esq.
Assistant Chief Counsel for Litigation
U.S. Army Corps of Engineers
Department of the Army
Washington, D.C. 20314-1000
Facsimile: (202) 761-1113
E-mail: Martin.R.Cohen@hq02.usace.army.mil

**FRILOT PARTRIDGE**

Frilot Partridge, LC
1100 Poydras Street, Suite 3600
New Orleans, Louisiana 70163

504.599.8000 phone
504.599.8100 fax
www.frilotpartridge.com

Paul C. Thibodeaux
pthibodeaux@frilotpartidge.com

504-599-8204 phone
504-599-8279 fax

May 4, 2006

**Certified 7003-1010-0003-5322-6799**
**Return Receipt Requested**

US Army Corps of Engineers
New Orleans District
Office of Counsel (CEMVN-OC)
**ATTN: FOIA Coordinator**
P.O. Box 60267
New Orleans, LA 70160-0267

Dear Sir or Madam:

Pursuant to the Freedom of Information Act (FOIA), Murphy Oil USA, Inc., in its capacity as a citizen of the United States, requests the following information:

## FOIA Request

### Applicable Definitions:

With respect to the subsequent requests, the following term definitions are applicable:

"*Records*": any written, printed, or electronic paper, including but not limited to, guidelines, manuals, standards of practice, drawings, specifications, test results, correspondence, electronic correspondence and email, memorandums, documents, notes, letters, photographs, internal and/or external papers, files, computerized records, databases, maps, and books.

"*Levee(s)*": any structure used as or incorporated in a flood-control barrier, including but not limited to, earthen levees, sheet-pile walls, concrete walls, floodwalls, floodgates, and/or a combination thereof.

### A. The design of the levees along the Mississippi River Gulf Outlet ("MR-GO") in St. Bernard Parish

1. Records pertaining to the guidelines, manuals, and standards of practice employed by the Corps in the design, construction, inspection and maintenance of levees, including any revisions, between 1950 and 2006.


EXHIBIT B

**FRILOT PARTRIDGE**

U.S. Army Corps of Engineers
New Orleans District
Re: **FOIA Request**
May 4, 2006
Page 2

2. Records pertaining to the guidelines used, or required by the Corps to be used, in the initial design, and if applicable, any subsequent revised designs, of the levees along the MR-GO in St. Bernard Parish.

3. Records pertaining to the Corps' Congressional authorizations regarding the levees along the MR-GO in St. Bernard Parish.

4. Records pertaining to the Corps' funding requests and/or project requests made to Congress, or any other supervisory authority, regarding the levees along the MR-GO in St. Bernard Parish.

5. Records pertaining to any warnings and/or concerns that the Corps may have communicated, before Hurricane Katrina, to Congress, or any other supervisory authority, regarding the status, including design shortcomings, construction problems, soil problems, subsidence, or other problems, of the levees along the MR-GO in St. Bernard Parish.

6. Records pertaining to Corps' issued manuals, or other manuals, used, or required by the Corps to be used, in the initial design, and if applicable, any subsequent revised designs, of the levees along the MR-GO in St. Bernard Parish.

7. Records pertaining to the standards of practice used, or required by the Corps to be used, in the initial design, and if applicable, any subsequent revised designs, of the levees along the MR-GO in St. Bernard Parish.

8. Records pertaining to the design specifications used, or required by the Corps to be used, in the initial design, and if applicable, any subsequent revised designs, of the levees along the MR-GO in St. Bernard Parish.

9. Records pertaining to the design memorandums prepared in the initial design, and if applicable, any subsequent designs, of the levees along the MR-GO in St. Bernard Parish. Design memorandums may include, but are not limited to, any geotechnical data, stability analysis, settlement analysis, and erosion analysis.

10. Records pertaining to the quality control/assurance procedures employed, or required by the Corps to be employed, in the initial design, or if applicable, any subsequent revised designs, of the levees along the MR-GO in St. Bernard Parish.

FRILOT PARTRIDGE

U.S. Army Corps of Engineers
New Orleans District
Re: FOIA Request
May 4, 2006
Page 3

11. Records pertaining to the cost-benefit analysis performed, or required by the Corps to be performed, in the initial design, or if applicable, any subsequent revised designs, of the levees along the MR-GO in St. Bernard Parish.

12. Records pertaining to any use of any cost-benefit analysis in the Corps' selection of initial design parameters and/or specifications, or if applicable, any subsequent revised design parameters and/or specifications, of the levees along the MR-GO in St. Bernard Parish.

13. Records pertaining to the analysis of risk to property, public safety, and/or human life, performed, or required by the Corps to be performed, in the initial design, and if applicable, any subsequent revised designs, of the levees along the MR-GO in St. Bernard Parish.

14. Records pertaining to the use of any analysis regarding the risk to property, public safety, and/or human life in the Corps' selection of initial design parameters and/or specifications, and if applicable, any subsequent revised design parameters and/or specifications, of the levees along the MR-GO in St. Bernard Parish.

15. Records pertaining to the analysis of the potential for levee overtopping by storm surge, wave action, or otherwise, performed, or required by the Corps to be performed, in the initial design, and if applicable, any subsequent revised designs, of the levees along the MR-GO in St. Bernard Parish.

16. Records pertaining to any guidelines, manuals, and/or standards of practice related to levee overtopping.

17. Records pertaining to the analysis of the consequences of levee overtopping by storm surge, wave action, or otherwise, performed, or required by the Corps to be performed, in the initial design, and if applicable, any subsequent revised designs, of the levees along the MR-GO in St. Bernard Parish.

18. Records pertaining to the analysis of the potential for levee failure as a result of overtopping, water velocity, wave action, storm surge, structural soil composition, or otherwise, performed, or required by the Corps to be performed, in the initial design, and if applicable, any subsequent revised designs, of the levees along the MR-GO in St. Bernard Parish.

**FRILOT PARTRIDGE**

U.S. Army Corps of Engineers
New Orleans District
Re: **FOIA Request**
May 4, 2006
Page 4

19. Records pertaining to any proposed responses by the Corps, like action plans or otherwise, to a levee breach and/or failure of the levees along the MR-GO in St. Bernard Parish.

20. Records pertaining to any guidelines, manuals, and/or standards of practice related to the Corps' planned responses to levee breaches and/or failures.

21. Records pertaining to the analysis and testing of soil compositions to be used as structural components of levees, performed, or required by the Corps to be performed, in the initial design, and if applicable, any subsequent revised designs, of the levees along the MR-GO in St. Bernard Parish.

22. Records pertaining to any guidelines, manuals, and/or standards of practice related to soil compositions to be used as structural components of levees.

23. Records pertaining to the analysis of levee armoring, or any equivalent protection, of the water and/or land-bound levee sides, performed, or required by the Corps to be performed, in the initial design, and if applicable, any subsequent revised designs, of the levees along the MR-GO in St. Bernard Parish.

24. Records pertaining to any guidelines, manuals, and/or standards of practice related to levee armoring, or any equivalent protection.

25. Records pertaining to the analysis of levee height, width, stability or other similar specifications, performed, or required by the Corps to be performed, in the initial design, and if applicable, any subsequent revised designs, of the levees along the MR-GO in St. Bernard Parish.

26. Records pertaining to any guidelines, manuals, and/or standards of practice related to levee height, width, stability or other similar specifications.

27. Records pertaining to an analysis of the potential for levee settlement and/or subsidence, performed, or required by the Corps to be performed, in the initial design, and if applicable, any subsequent revised designs, of the levees along the MR-GO in St. Bernard Parish.

28. Records pertaining to any guidelines, manuals, and/or standards of practice related to levee settlement and/or subsidence.

29. Records pertaining to an analysis of the land and community that the MR-GO levee system was intended to protect, that was performed, or required by the

**FRILOT PARTRIDGE** ℙ

U.S. Army Corps of Engineers
New Orleans District
Re: **FOIA Request**
May 4, 2006
Page 5

> Corps to be performed, in the initial design, and if applicable, any subsequent revised designs, of the levees along the MR-GO in St. Bernard Parish.
>
> 30. Records pertaining to any guidelines, manuals, and/or standards of practice related to the analysis of the land and/or communities that levees are intended to protect.
>
> 31. Records pertaining to correspondence and/or communications within the Corps' chain-of-command structure related to levee overtopping and its impact on property, public safety, and/or human life in the areas protected by the levees along the MR-GO in St. Bernard Parish.
>
> 32. Records pertaining to correspondence and/or communications within the Corps' chain-of-command structure related to levee breach and/or failure as a result of levee overtopping, and a breach and/or failure's impact on property, public safety, and/or human life in the areas protected by the levees along the MR-GO in St. Bernard Parish.

### B. The construction of the levees along the MR-GO in St. Bernard Parish

> 33. Records pertaining to the guidelines used, or required by the Corps to be used, in the construction of the levees along the MR-GO in St. Bernard Parish between 1950 and 2005, including any revised guidelines.
>
> 34. Records pertaining to Corps issued manuals, or other manuals, used, or required by the Corps to be used, in the construction of the levees along the MR-GO in St. Bernard Parish between 1950 and 2005, including any revised manuals.
>
> 35. Records pertaining to the standards of practice used, or required by the Corps to be used, in the construction of the levees along the MR-GO in St. Bernard Parish between 1950 and 2006, including any and all revised standards of practice.
>
> 36. Records pertaining to the construction plans and specifications used, or required by the Corps to be used, in the construction of the Levees along the MR-GO in St. Bernard Parish between 1950 and 2005, including any revised construction plans and/or specifications.
>
> 37. Records pertaining to the quality control/assurance procedures employed, or required by the Corps to be employed, in the construction of the levees along the MR-GO in St. Bernard Parish between 1950 and 2005, including any revised quality control/assurance procedures.

**FRILOT PARTRIDGE**

U.S. Army Corps of Engineers
New Orleans District
Re: **FOIA Request**
May 4, 2006
Page 6

38. Records pertaining to the analysis and testing of soil compositions or other engineering characteristics to be used as structural components of levees, performed, or required by the Corps to be performed, during the construction and/or maintenance of the levees along the MR-GO in St. Bernard Parish between 1950 and 2005.

39. Records pertaining to the analysis and/or monitoring of levee stability, settlement, and/or subsidence during the construction, maintenance, and life of the levees along the MR-GO in St. Bernard Parish between 1950 and 2005.

40. Records pertaining to any pre-Katrina requests for funding by the Corps to Congress, or another supervisory authority, as a result of determinations that the as-built design and/or construction was not sufficient to protect the areas intended to be protected by the levees along the MR-GO in St. Bernard Parish.

C. The maintenance and inspection of the levees along the MR-GO in St. Bernard Parish

41. Records pertaining to the guidelines used, or required by the Corps to be used, in the monitoring, maintenance and inspection of the levees along the MR-GO in St. Bernard Parish between 1950 and 2005.

42. Records pertaining to Corps' issued manuals, or other manuals, used, or required by the Corps to be used, in the monitoring, maintenance and inspection of the levees along the MR-GO in St. Bernard Parish between 1950 and 2005.

43. Records pertaining to the standards of practice used, or required by the Corps to be used, in the monitoring, maintenance and inspection of the levees along the MR-GO in St. Bernard Parish between 1950 and 2005.

44. Records pertaining to any inspections made of the levees along the MR-GO in St. Bernard Parish between 1950 and 2005.

45. Records pertaining to the maintenance specifications used, or required by the Corps to be used, in the maintenance and inspection of the levees along the MR-GO in St. Bernard Parish between 1950 and 2005.

46. Records pertaining to the quality control/assurance procedures employed, or required by the Corps to be employed, in the monitoring, maintenance and

FRILOT PARTRIDGE

U.S. Army Corps of Engineers
New Orleans District
Re: **FOIA Request**
May 4, 2006
Page 7

inspection of the levees along the MR-GO in St. Bernard Parish between 1950 and 2005.

47. Records pertaining to the analysis and testing of soil compositions used as structural components of levees, performed, or required by the Corps to be performed, in the maintenance and inspection of the levees along the MR-GO in St. Bernard Parish between 1950 and 2005.

48. Records pertaining to the monitoring and/or analysis of levee stability, settlement, and/or subsidence during the maintenance and inspection of the levees along the MR-GO in St. Bernard Parish between 1950 and 2005.

49. Records pertaining to any pre-Katrina requests for funding by the Corps to Congress, or any another supervisory authority, as a result of determinations during monitoring, maintenance and/or inspection that the levees were not, or were no longer, sufficient to protect the areas intended to be protected by the levees along the MR-GO in St. Bernard Parish.

50. Records pertaining to any measurements, including but not limited to, vertical and horizontal movements, slope stabilities, survey data, top-of-levee elevations, and benchmark and datum information for corresponding sets of elevations, taken from the initial design phase through 2006, including any updated or revised designs, regarding the levees along the MR-GO in St. Bernard Parish, the 40-arpent canal in St. Bernard Parish, and any other levee deemed pertinent to the area protected by the levees along the MR-GO in St. Bernard Parish.

51. Records pertaining to or depicting photographs, including but not limited to aerial photographs, of the levees along the MR-GO in St. Bernard Parish, the 40-arpent canal in St. Bernard Parish, and any other levee deemed pertinent to the area protected by the levees along the MR-GO in St. Bernard Parish.

### D. Emergency preparedness coordination between federal, state, parish, and local governments and the Corps

52. Records pertaining to any plans, specifications, guidelines, manuals, regulations, correspondence, and/or directives that relate to any Corps involvement or participation in any federal, state, parish, or local emergency preparedness plans regarding the potential for and/or response to levee breaches and/or failures of the levees along the MR-GO in St. Bernard Parish.

FRILOT PARTRIDGE

U.S. Army Corps of Engineers
New Orleans District
Re: FOIA Request
May 4, 2006
Page 8

53. Records pertaining to the Corps' required or preferential standards of practice related to the coordination between the Corps and federal, state, parish, or local governments in the event of levee breaches and/or failures.

### E. Standard Project Hurricane (SPH) and Probable Maximum Hurricane (PMH) definitions

54. Records pertaining to the definition and/or parameters of a SPH as defined, and if applicable, revised, by the Corps between 1950 and 2006.

55. Records pertaining to the definition and/or parameters of a PMH as defined, and if applicable, revised, by the Corps between 1950 and 2006.

56. Records pertaining to the definition and/or parameters of a SPH and/or PMH used in the initial design, and, if applicable, any subsequent revised designs, of the levees along the MR-GO in St. Bernard Parish.

57. Records pertaining to the definition and/or parameters of a SPH and/or PMH used in the construction of the levees along the MR-GO in St. Bernard Parish.

58. Records pertaining to information compiled by the Corps and/or received from other federal agencies, for example the National Weather Service, detailing the forecasted increase in hurricane activity and strength, from 1950-2006.

59. Records pertaining to the Corps' use of information compiled by the Corps and/or received from other federal agencies, for example the National Weather Service, incorporating the forecasted increase in hurricane activity and strength in the Corps' revised definitions and/or parameters of the SPH and PMH.

60. Records pertaining to the implementation or incorporation of revised SPH and/or PMH definitions and/or parameters in the design, construction, maintenance, and/or inspection of new, existing, and/or ongoing projects associated with the levees along the MR-GO in St. Bernard Parish.

61. Records pertaining to the revision of any levee guidelines, manuals, and/or standards of practice related to any revised SPH and/or PMH definitions and/or parameters.

62. Records pertaining to the incorporation of any revised SPH and/or PMH definitions and/or parameters in the analysis, or revised analysis, of risk to

**FRILOT PARTRIDGE**

U.S. Army Corps of Engineers
New Orleans District
Re: **FOIA Request**
May 4, 2006
Page 9

> property, public safety and/or human life in the areas protected by the levees along the MR-GO in St. Bernard Parish.
>
> 63. Records pertaining to the incorporation of any revised SPH and/or PMH definitions and/or parameters in any cost-benefit analysis, or revised cost-benefit analysis, regarding the levees along the MR-GO in St. Bernard Parish.
>
> 64. Records pertaining to the incorporation of any revised SPH and/or PMH definitions in the analysis, or revised analysis, of the potential for and consequences of levee overtopping by storm surge, wave action, or otherwise, and/or the potential for levee breaches and/or failures of the levees along the MR-GO in St. Bernard Parish.
>
> 65. Records pertaining to any additional requests for funding by the Corps to Congress, or any other supervisory authority, as a result of any revised SPH and/or PMH definitions, or information the Corps compiled and/or received from other federal agencies, like the National Weather Service, regarding forecasted increases in hurricane activity and/or strength, with respect to the levees along the MR-GO in St. Bernard Parish between 1950 and 2006.

**F. Levee assessments**

> 66. Records pertaining to any assessments done prior to Hurricane Katrina that indicated any problems, issues, or undesired conditions related to the design, construction, maintenance, monitoring, inspection, or otherwise, of the levees along the MR-GO in St. Bernard Parish.
>
> 67. Records pertaining to any additional requests for funding by the Corps to Congress, or any other supervisory authority, as a result of any assessments done prior to Hurricane Katrina that indicated any problems, issues, or undesired conditions related to the design, construction, maintenance, monitoring, inspection, or otherwise, of the levees along the MR-GO in St. Bernard Parish.

**G. Hurricane Katrina's storm characteristics**

> 68. Records pertaining to Hurricane Katrina's storm characteristics, including wind speed, sustainable wind speed, central pressure, wave generation and height over time, surge levels over time, forward velocity, track and any other storm characteristics the Corps considers relevant in assessing the strength of a hurricane.

FRILOT PARTRIDGE

U.S. Army Corps of Engineers
New Orleans District
Re: **FOIA Request**
May 4, 2006
Page 10

69. Records pertaining to Hurricane Katrina's storm characteristics, including wind speed, sustainable wind speed, central pressure, wave generation and height over time, surge levels over time, forward velocity, track, and any other storm characteristics the Corps considers relevant, with respect to various locations/points on the levees along the MR-GO in St. Bernard Parish.

### H. The performance of the levees along the MR-GO in St. Bernard Parish during Hurricane Katrina

70. Records pertaining to the observed and/or documented performance of the levees along the MR-GO in St. Bernard Parish during Hurricane Katrina, including documents pertaining to how the performance varied along different locations/points of the levees.

71. Records classifying and/or stating that the levees along the MR-GO in St. Bernard Parish failed, due to design failures, construction failures, or otherwise, during Hurricane Katrina.

72. Records pertaining to the spreading of the floodwaters from the overtopping, breach, and/or failure of the levees along the MR-GO in St. Bernard Parish during Hurricane Katrina, including but not limited to records pertaining to eyewitness accounts, gauge records, and security camera data.

### I. Post-Katrina assessments of the MR-GO levee system

73. Records, including any internal/external correspondence and communications, pertaining to the Corps' review, assessment and/or evaluation of the reasons for failure of the levees along the MR-GO in St. Bernard Parish during Hurricane Katrina.

### J. Revised standards for Task Force Guardian

74. Records pertaining to the differences in the manuals, guidelines, and/or standards of practice used before Hurricane Katrina with respect to those that are being utilized after Hurricane Katrina in the reconstruction of the levees along the MR-GO in St. Bernard Parish.

75. Records pertaining to any post-Katrina analysis of how the overtopping of levees can lead to the breach and/or failure of levees, and the consequences thereof, in the area protected by the levees along the MR-GO in St. Bernard Parish.

**FRILOT PARTRIDGE** ℙ

U.S. Army Corps of Engineers
New Orleans District
Re: **FOIA Request**
May 4, 2006
Page 11

76. Records pertaining to any post-Katrina analysis of levee armoring, or equivalent protection, and how that protection may have prevented the failure of the levees along the MR-GO in St. Bernard Parish.

We request that the above records be copied and sent to the address below. Furthermore, we *state our willingness to pay*, regardless of the fee category, all fees incurred.

Should you have any questions or concerns regarding the above FOIA request, or if charges are necessary in advance of receipt of these materials, please do not hesitate to contact me.

Sincerely,

Paul C. Thibodeaux
Frilot Partridge, L.C.
1100 Poydras Street
3600 Energy Centre
New Orleans, LA 70163-3600
Telephone: 504-599-8204
Facsimile: 504-599-8279
E-mail: pthibodeaux@frilotpartridge.com
Counsel for Murphy Oil USA, Inc.

PCT/dd