# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRICK JOSEPH TURNER, ET AL., | * | CIVIL ACTION |
| Plaintiffs, | * | NO. 05-4206 |
| | * | |
| VERSUS | * | SECTION "L", MAGISTRATE 2 |
| | * | |
| MURPHY OIL U.S.A., INC., | * | Judge Eldon E. Fallon |
| Defendant | * | Magistrate Jay Wilkinson |

### UNITED STATES' MOTION TO QUASH SUBPOENA AND/OR FOR A PROTECTIVE ORDER

The United States of America, by and through its undersigned counsel and pursuant to Federal Rules of Civil Procedure 26 and 45, hereby moves to quash the subpoena issued by defendant Murphy Oil USA, Inc. ("Murphy Oil") on June 26, 2006, directed at the Army Corps of Engineers. Counsel for the United States has attempted to resolve this dispute by requesting that Murphy Oil withdraw its June 26, 2006 subpoena. *See* Exhibit 6 attached to the memorandum in support of this motion. To date, Murphy Oil has refused to withdraw its subpoena. Accordingly, the United States has brought this motion before the Court to obtain the relief sought. A memorandum in support of the motion and a proposed order granting the motion are attached.

For the reasons stated in the memorandum in support of the motion, the motion to quash and/or for a protective order should be granted.

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        PAUL F. FIGLEY
        Deputy Director, Torts Branch

        /s/ Traci L. Colquette
        _____
        Traci L. Colquette
        Trial Attorney, Torts Branch, Civil Division
        U.S. Department of Justice
        Benjamin Franklin Station, P.O. Box 888
        Washington, D.C. 20044
        (202) 305-7536 / (202) 616-5200 (Fax)
        Attorneys for the United States

Dated: July 19, 2006.

## CERTIFICATE OF SERVICE

I, Traci L. Colquette, hereby certify that on July 19, 2006, I served a true copy of the foregoing pleading upon the following parties by ECF, electronic mail, or first class mail:

Sean D. Alfortish
tiffanyc@seanalfortishlaw.com

Gilbert V. Andry, III
GANDRY@YAHOO.COM

Richard J. Arsenault
rarsenault@nbalawfirm.com

N. Madro Bandaries
madro.att.net@gmail.com

Dawn M. Barrios
barrios@bkc-law.com

Daniel E. Becnel, Jr.
dbecnel@becnellaw.com

Darryl James Becnel
darrylbecnel@becnellaw.com

Robert M. Becnel
ROBBECNEL@AOL.COM

Wiley J. Beevers
beevers@bellsouth.net

George Luis Beguiristain
glb@kailasinc.com

Bruce Betzer
lriddell@nbglaw.com

Scott R. Bickford
usdcedla@mbfirm.com

Philip Bohrer
phil@bohrerlaw.com

William F. Bologna
wfbologna@aol.com

Joseph M. Bruno
jbruno@brunobrunolaw.com

Richard Paul Bullock
rbullock829@aol.com

Roberta L. Burns
rburns@torres-law.com

Michael Gerald Calogero
Calogero@cox.net

Gordon R. Crawford
gcrawford@attorneycrawford.com

Walter C. Dumas
wdumas@dumaslaw.com

Daniel L. Dysart
dldysart@dst-law.com

Val Patrick Exnicios
vpexnicios@exnicioslaw.com

George A. Frilot, III
gfrilot@fpkc.com

John M. Futrell
jfutrell@leefutrell.com

3

Thomas A. Gennusa, II
tgennusa@gennusalawfirm.com

Mark Philip Glago
sshelton@glagolawfirm.com

Edward Pressner Gothard
egothard@nbglaw.com

Russ M. Herman
rwestenfeld@hhkc.com

Waldon Michael Hingle
servewmh@hinglelaw.com

Anthony D. Irpino
irpinoanthony@hotmail.com

Darleen Marie Jacobs
dollyno@aol.com

Hugh Palmer Lambert
hlambert@lambertandnelson.com

Mickey P. Landry
mlandry@landryswarr.com

Walter John Leger, Jr.
wleger@legermestayer.com

Andrew Allen Lemmon
kathleen@lemmonlawfirm.com

Kerry J. Miller
kmiller@fpkc.com

Matthew B. Moreland
mmoreland@becnellaw.com

Ronnie Glynn Penton
rgp@rgplaw.com

Stephanie C. Reuther
screuther@lawmedic.com

John Van Robichaux, Jr.
info@robichauxlaw.com

Ethel Carroll Rogers
crogers@mrsnola.com

Scott W. Smith
scott-smith@cox.net

Stuart Housel Smith
ssmith@smithstag.com

Paul M. Sterbcow
sterbcow@lksalaw.com

Sidney Donecio Torres, III
storres@torres-law.com

Irving Jay Warshauer
iwarshauer@gainsben.com

Conrad S. P. Williams, III
duke525@msn.com

Lynn E. Williams, Jr.
eric@toxictortlaw.net

Jennifer N. Willis
cwlaw@bellsouth.net

Donald J. Trahan
Louisiana Dept. of Environmental Quality
Office of Legal Affairs & Enforcement
P. O. Box 4302
Baton Rouge, LA 70821-4302

4

Megan K. Terrell
Louisiana Department of Justice (BR - P. O. Box)
P. O. Box 94005
Baton Rouge, LA 70804-9095

Kathryn Weekley Becnel
Becnel Law Firm
425 W. Airline Hwy.
Suite B
LaPlace, LA 70068

William Eldren Bradley
William E. Bradley Law Firm, LLC
1250 SW Railraod Avenue
Suite 170
Audubon Centre
Hammond, LA 70403

David Carlile
Carlile Law Firm
400 South Alamo
Marshall, TX 75260

Frank Jacob D'Amico, Jr.
Frank J. D'Amico, Jr., APLC
622 Baronne St.
2nd Fl.
New Orleans, LA 70113

Salvador E. Gutierrez, Jr.
Gutierrez & Hand (Mandeville)
111 N. Causeway Blvd.
Suite 101
Mandeville, LA 70448

Ronald L. Motley
Motley, Rice, LLC
28 Bridgeside Blvd.
P. O. Box 1792
Mt. Pleasant, SC 29465

Mark David Plaisance
Mark D. Plaisance, Attorney at Law
P. O. Box 709
Baker, LA 70714

/s/ Traci L. Colquette
_____
Traci L. Colquette