Page 290

1    Q.  -- not 24, because it's working 12
2 hours a day.
3    A.  While it's working, there is an
4 inspector on site.
5    Q.  12 hours a day?
6    MR. SMITH:
7       Let me caution you. Let him
8 finish the question before you answer.
9 EXAMINATION BY MR. KOHNKE:
10    Q.  Who is this inspector, not by training
11 but by training?  What kind of person is
12 this?  Is he an engineer, first of all?
13    A.  Not always.
14    Q.  He is not usually one?
15    A.  I would say he is not usually one.
16    Q.  Okay.  He is an hourly worker
17 working for the Corps?
18    A.  Everybody is based --
19 everybody's -- well --
20    Q.  What I mean to say is he is not an
21 Army officer, he is not an engineer?
22    A.  He is a civilian employee.
23    Q.  He is a civilian employee who is
24 paid by the hour?
25    A.  Yes.

Page 291

1    Q.  And what does he do to --
2    A.  In addition -- in addition to the
3 inspector, his supervisor, which makes
4 frequent trips to the locations and monitors
5 his efforts would be an engineer.
6    Q.  What does he do to make sure that
7 the buckets of, or the dredge materials that
8 are coming out of the bottom of the MRGO
9 have enough clay and not too much sand?
10 What does he do?
11    A.  He monitors the contractor to
12 insure that his quality control --
13    Q.  What does that mean, monitor?
14    A.  It's taking samples of the
15 material being placed meets the
16 specifications.
17    Q.  What does he do to make sure that
18 happens?  What physically does he do?  Does
19 he eyeball it?  Does he get a test tube and
20 fill it?  What does he do?
21    A.  He knows that -- I believe the
22 specification may have said something along
23 the lines of that the samples need to be
24 taken every -- I don't know the exact number
25 in the specification, but it might be every

Page 292

1 500 to a thousand cubic yards of placed
2 material, the contractor should take a
3 sample and perform the appropriate test, so
4 he knows approximately -- obviously, you
5 know --
6    Q.  The contractor takes a sample --
7 I'm trying to make sure -- he watches the
8 contractor take a sample every 500 yards?
9    A.  Right.  And an independent lab
10 will run the testing on that sample.
11    Q.  That sample consists of what?  A
12 bucket, a glass, a test tube, little
13 styrofoam -- I'm not -- what is --
14    A.  It varies.  It's just a -- it's
15 just a hand sample.  It's not an undisturbed
16 sample, if you would, that we would use a
17 cylinder to push it to, although sometimes
18 they do push little sample tubes down and
19 retrieve the sample.
20    Q.  Okay.
21    A.  Essentially it's a sample that's
22 taken and the moisture content is
23 determined.  And in addition to that,
24 recently there is another gauge called the
25 nuclear density gauge --

Page 293

1    Q.  I don't want to get recent.  I
2 want go back when these things were built
3 in --
4    A.  Okay.
5    Q.  -- the '60s through the '80s.
6    A.  Okay.
7    Q.  There are logs for these samples?
8    A.  No.  There is not a log.
9    Q.  Where and when are the samples
10 read?
11    A.  In the field.
12    Q.  From the 1960s to the 1980s what
13 happens?  These samples are taken and
14 they're -- what happens to them?
15    A.  In a bag probably.
16    Q.  Okay.  What happens next?
17    A.  They are brought to a lab and they
18 are classified and moisture contents are
19 performed.
20    Q.  Where is the lab?
21    A.  It's probably an independent lab
22 that the contractor --
23    Q.  Have you looked at any of those
24 samples?
25    A.  In the quality assurance reports?

74  (Pages 290 to 293)

PLAINTIFFS' OPPOSITION TO USA'S MOTION FOR PROTECTIVE ORDER - EXHIBIT 4

Page 294

```
1     Q.  Yes.
2     A.  No, I have not.
3     Q.  So what you are talking about is a
4   procedure that you believe to have been in
5   place in the '60s through the '80s?
6     A.  That's correct.
7     Q.  But you have not personally
8   verified that that, in fact, was done?
9     A.  No.
10    Q.  Now, you believe that's being done
11  today?
12    A.  It was done.
13    Q.  Okay.  You know it was done today,
14  but now you are talking about 40 years ago?
15    A.  Correct.
16    Q.  And you have no way of knowing
17  other than to go through records, historical
18  records to see if that sampling was indeed
19  taken and then analyzed and acted upon?
20  That would be the only way for you to know
21  today about 40 years ago?
22    A.  That's correct.
23    Q.  And you haven't done that?
24    A.  No.
25    Q.  Are those records available now to
```

Page 295

```
1   date for anyone?
2     A.  I couldn't say.
3     Q.  It's not something -- do you fish
4   in Louisiana, south Louisiana?
5     A.  Yeah.
6     Q.  You ever pull up an anchor?
7     A.  Sure.
8     Q.  You can look at what is on the
9   bottom of the anchor and it's kind of hard
10  to tell.  Unless it's white sand or black
11  gumbo mud, there are a lot of variations.
12  You can't eyeball it and say that's sand,
13  that's clay unless you are at the extremes;
14  isn't that right?
15    A.  I'm not too sure I would say that.
16    Q.  Well, if you can eyeball it there
17  would be no reason to send it to a lab,
18  would there?
19    A.  Well, I wouldn't think of an
20  eyeball as contractual -- you couldn't hold
21  somebody to a contract to something that you
22  could eyeball.  That's why we perform the
23  testing to make sure it is what it is, but
24  there are inspectors in the field that do
25  this routinely for a living and they are
```

Page 296

```
1   very good about eyeballing material and
2   classifying just by looking at it.
3     MR. KOHNKE:
4        Okay.  I think I got it.  The only
5   thing I want to do is, subject to objection,
6   I want to attach to the deposition and make
7   it an in globo exhibit the IPET report.  I
8   understand there is objection to my using it
9   to question you.  It exists.  It is the
10  proverbial 800-pound gorilla.  And to the
11  extent that it does exist and it says what
12  it says, I make it a part of the record for
13  Judge Fallon's consideration.
14       I am seeking to reserve the right
15  to come back and question the Corps of
16  Engineers on the IPET report, and maybe I
17  will get that chance, maybe I won't.  But in
18  any event, I want to make that attachment
19  and offer it at this point Volumes 1
20  through 8 as Exhibit 5.
21   (Exhibit No. 5 marked for identification.)
22       There is no Volume 2, I'm advised,
23  because I certainly don't have it in this
24  stack, and I pass the witness.
25    MR. BRUNO:
```

Page 297

```
1        There will be no need, I'm certain
2   to -- for the court reporter to duplicate
3   copies of those exhibits.  We will just
4   attach those to the original, if that's okay
5   with you, Mr. Smith.
6   EXAMINATION BY MR. KOHNKE:
7     Q.  One last question I thought of
8   that I intended to ask and I forgot to.  We
9   talked about the design height of the levee
10  and we talked about standard project
11  hurricane and how that design height is
12  determined.  I did not ask about width.
13  Does the standard project hurricane
14  calculation lead to a conclusion as to the
15  proper width of a hurricane protection
16  levee?
17    A.  That's a function of the global
18  stability analysis.
19    Q.  And is that part of the standard
20  project hurricane analysis?
21    A.  The water level at the still-water
22  elevation with the standard project
23  hurricane is assumed as a variable in the
24  calculations for global slope stability.
25    Q.  Would it be true that you can
```

75 (Pages 294 to 297)

Page 298

1  design a hurricane protection levee -- the
2  Corps had the ability to design it wider
3  than it was actually built?
4      A.  What I can say is that --
5      Q.  In other words, the design that it
6  came up with could have included a wider
7  design and then it could have been built to
8  a wider degree?
9      A.  The analysis used to determine the
10 global slope stability, and that would
11 entail a stability berm on a protected side,
12 which basically determines this width you
13 are talking about, the base width of the
14 levee embankment.
15      Now, the Corps of Engineers uses
16 the same industry standards for that
17 analysis as for the rest of the industry.
18 It's a science.  It's engineering.  And that
19 process is followed in determining an
20 adequate factor of safety and required
21 stability berm to obtain that factor of
22 safety.
23      The act of constructing the levees
24 of uncompacted fill would typically lend a
25 larger design section than a semicompacted

Page 299

1  levee fill, because of the resulting soil
2  parameters that are derived from that type
3  of construction that would have given you a
4  more critical slope stability analysis.
5      So to answer your question, the
6  base width of the levee section based on
7  hydraulically uncompacted fill would have
8  given you the largest section that anybody
9  in the industry would have calculated based
10 on those same standards.
11     Q.  Now, you talked about uncompacted
12 levees.  Are there any uncompacted levees
13 that the Corps has designed using hydraulic
14 fill which are also subjected to storm surge
15 other than the MRGO?
16     A.  I'm not sure.  I would have to
17 look through all the different various
18 design memorandums to see where those
19 situations occurred.
20     Q.  The Corps does not have internal
21 guidelines or standards as to when an
22 uncompacted levee can remain uncompacted
23 versus when it should become a semicompacted
24 levee?
25     A.  They are both allowed -- both

Page 300

1  semicompacted and uncompacted levees are
2  allowed by our engineering manual, which is
3  one of the design guidelines that we use for
4  the design of the levee sections.
5      Q.  And those allowances exist without
6  regard to whether or not that levee is going
7  to be subjected to storm surge --
8      A.  Storms --
9      Q.  -- versus an inland waterway?
10     A.  I would imagine that all the
11 hurricane protection levees are assumed that
12 there will be storm surge up against them.
13     Q.  Is the newly built MRGO levee
14 built to the same width as the preKatrina
15 levee?
16     A.  I'm not sure if I can answer that
17 question as you have stated it.  I know the
18 sections are somewhat different than they
19 were.
20     Q.  Why are the sections different?
21     A.  Well, we've got one particular
22 location where there were -- there was a
23 sheet pile wall that no longer exists.  We
24 built that entire section out of earth and
25 fill since Hurricane Katrina.  New bores

Page 301

1  were taken --
2      Q.  Clearly that's different.
3      A.  That's why I'm saying, it's a hard
4  question to answer because there are
5  different reaches that we put together based
6  on the borings that we have.
7      I would say in general, I think,
8  the levee section is the same as it was
9  prior to Katrina.  The reason that the levee
10 sections may have changed and actually
11 gotten bigger -- and let me back up and say
12 that the levee section bases are larger now
13 than they were prior to Katrina.  The reason
14 for that is because of that protected side
15 borrow pit that I was referring to.  The act
16 of digging that borrow pit down ten to
17 20 feet to retrieve the borrow affects the
18 stability of the levee.
19     Q.  Okay.
20     A.  So a larger stability berm is
21 required because we have dug the adjacent
22 borrow pit which did not exist prior to
23 Hurricane Katrina.
24     Q.  And that enhanced width travels
25 how many miles up and down the MRGO levee?

PLAINTIFFS' OPPOSITION TO USA'S MOTION FOR PROTECTIVE ORDER -  EXHIBIT 4

Page 302

1    A.  Say, for the entire levee.
2    Q.  Well, the entire levee isn't
3  subjected to stability issues except in the
4  area where the borrow pit exists?
5    A.  The borrow pit extends across the
6  entire levee section.
7    Q.  Oh, it does?
8    A.  Yes.
9    Q.  A 12-mile borrow pit?
10   A.  Yes.
11   Q.  Okay.  I didn't know that.
12   MR. KOHNKE:
13       Pass the witness.
14 EXAMINATION BY MR. BRUNO:
15   Q.  Sir, both and you Mr. Kohnke have
16 during these past hours used the word
17 "levee."  Would you please define for me
18 what is a levee?
19   A.  Define that as an earthen
20 embankment constructed of a given
21 cross-section that would withstand a given
22 water elevation, possibly encompass or
23 entail a wave berm to reduce the energies of
24 wave runup as well as a protected side
25 stability berm to insure the stability of

Page 303

1  the levee section.
2    Q.  Is that word defined in writing
3  somewhere on documents produced by the
4  United States Army Corps of Engineers?
5    A.  I would imagine that it probably
6  is in one of our engineering manuals.
7    Q.  But in any case, can I assume that
8  your description is a description that is
9  generally understood to be the meaning of
10 the word "levee" as it's used within the
11 United States Army Corps of Engineers?
12   A.  Yes, I may have -- I may have
13 paraphrased it a bit from where it's
14 officially written.
15   Q.  Now, I have heard, and I certainly
16 may be incorrect, that in terms of the size
17 of this earthen embankment as you describe
18 it, that a levee ought to be for each one
19 foot of height four feet wide.  Is that in
20 any way accurate?
21   MR. SMITH:
22       Are you asking him about the way
23 the MRGO levees were constructed?
24   MR. BRUNO:
25       Yes, this would obviously relate

Page 304

1  to that.  I don't know if this is true or
2  false?
3    MR. SMITH:
4       Is this part of the design of the
5  MRGO levees?
6    MR. BRUNO:
7       Yes, it is.
8    THE WITNESS:
9       I would say that the base width
10 would be a significant portion or a
11 significant length greater than four times
12 wider than it is high.
13 EXAMINATION BY MR. BRUNO:
14   Q.  Okay.
15   A.  Essentially what you are saying is
16 there would be a one-on-four slope and you
17 would assume the crown elevation at
18 elevation 20, assuming that slope of
19 one-to-four on one side, there would be no
20 stability berm.  That's just one generic
21 slope, one-on-four down to ground surface.
22 The levee section is significantly wider
23 than that based on the wave berms and the
24 stability berms on the flooded protected
25 sides.

Page 305

1    Q.  May I also please understand, what
2  is a wave berm?  Could you describe that
3  term?
4    A.  The wave berm is -- it's a -- I
5  guess you have to try and imagine this, I
6  suppose.
7    Q.  Would it be helpful if you drew it
8  on a piece of paper?
9    A.  I could do that.
10   Q.  Please mark that as Exhibit 6.
11  (Exhibit No. 6 marked for identification.)
12       Thank you.  And one more thing,
13 please for me, would you indicate if you are
14 able or if it's appropriate to, what part of
15 that drawing would be called the toe of the
16 levee?
17   A.  (Witness complies.)
18   Q.  Could you please pass that back to
19 me?
20       Do the United States Army Corps of
21 Engineers' specifications for the
22 construction of a levee as they existed in
23 1965 call for the construction of a
24 stability berm when a levee is being
25 constructed?

77  (Pages 302 to 305)

Page 306

1  A.  I would have to know the exact
2  section.  I would imagine there was a
3  stability berm there.  I'm not sure what the
4  extent of that berm would have been.
5  Q.  I guess what I want to know is,
6  does every levee need to have a stability
7  berm?
8  A.  No.
9  Q.  Can you give me some sense of when
10  it is included and when it is not included?
11  A.  That's a function of the global
12  stability analysis that I was referring to.
13  If the forces causing the instability of the
14  failure are greater than the resisting
15  forces, which would be the weight of the
16  soil and the shear strength of the soil on
17  the protected side, if those forces are not
18  equal, given a factor of safety, then a
19  stability berm is required to insure that
20  factor of safety.
21  Q.  Thank you.  Same question with
22  regard to a wave berm.  Did the
23  specifications after 1965 include the
24  requirement that there be a wave berm when
25  the Corps was building a levee?

Page 307

1  A.  There was a wave berm attached to
2  that particular levee section, yes.
3  Q.  And similar to the question with
4  regard to the stability berm, must one be
5  included or are there circumstances where
6  one may not be included?
7  A.  If no significant waves are
8  anticipated to impact the levee section for
9  the given storm event, then no wave berm
10  would be necessary.
11  Q.  Now, referring to a document which
12  I believe is a part of the opposition by the
13  government to -- in a different litigation,
14  but it's called the Mississippi River Gulf
15  Outlet, St. Bernard Parish, Louisiana
16  Reconnaissance Report on Channel Bank
17  Erosion.  I have it here.  Are you familiar
18  with this document?
19  A.  No, I'm not.
20  Q.  I have only one copy and I will
21  ask counsel's indulgence to just let me
22  read --
23  MR. KOHNKE:
24  Joe, what is the date of it?
25  THE WITNESS:

Page 308

1  Was that one that's Exhibit 3?
2  EXAMINATION BY MR. BRUNO:
3  Q.  Unfortunately, you don't have all
4  of the pages.
5  MR. KOHNKE:
6  What is the date, Joe?  I might
7  have that.
8  MR. BRUNO:
9  February 19th.  This is the
10  document that you said you did not have.
11  MR. KOHNKE:
12  Well, I got one at lunch.  It's a
13  July '84 Reevaluation Study --
14  MR. BRUNO:
15  No.  This is February of '88.
16  MR. KOHNKE:
17  Okay.
18  EXAMINATION BY MR. BRUNO:
19  Q.  At Page 34 of the document there
20  is a section called Bank Protection
21  Structure Options.  It's really not
22  necessary for you to see it.  I just want to
23  understand if you can describe this for me.
24  There is listed here Structural
25  Option 3, and it says:  All unlevee'd

Page 309

1  reaches of the MRGO.  All unlevee'd reaches
2  of MRGO, the north bank from mile 60 to mile
3  23 and the south bank from mile 47 to mile
4  23.
5  My simple question to you is:  In
6  fact, before Hurricane Katrina there were no
7  levees on those areas of the MRGO; isn't
8  that true?  And I can read it to you again.
9  A.  Read it to me again if you would.
10  Q.  I tell you what, I have this map
11  here.
12  MR. SMITH:
13  I would like copy the document if
14  you don't mind.
15  MR. BRUNO:
16  Do we have an extra one of these?
17  MR. SMITH:
18  He has one.
19  EXAMINATION BY MR. BRUNO:
20  Q.  Page 34 is where I started at the
21  bottom.  And I guess what I want to simply
22  confirm is this, maybe I can do this easier
23  for both of us.  There are portions of the
24  banks of the MRGO --
25  MR. SMITH:

78  (Pages 306 to 309)

PLAINTIFFS' OPPOSITION TO USA'S MOTION FOR PROTECTIVE ORDER - EXHIBIT 4

Page 310

1      Could you just wait a minute until
2  he gets a chance to look at this document?
3      THE WITNESS:
4          It's under Structural Option 3, is
5  that where you are reading?
6  EXAMINATION BY MR. BRUNO:
7      Q.  Yes, sir.  As I said, my question
8  really -- maybe we can approach it from a
9  different perspective.
10     MR. SMITH:
11         Could we wait, since you have
12  premised your question on a document?
13     THE WITNESS:
14         I was trying to, because I think
15  some of the previous chapters were
16  important.
17     MR. BRUNO:
18         I'm going to mark this map as
19  Exhibit 7 while the witness is reading.
20  This is apparently an exhibit within an
21  exhibit previously marked as --
22     MR. KOHNKE:
23         I think 3.
24     MR. BRUNO:
25         -- 3.

Page 311

1  (Exhibit No. 7 marked for identification.)
2  EXAMINATION BY MR. BRUNO:
3      Q.  Again forgive me.
4      A.  It's okay.
5      Q.  I didn't mean that to be a
6  horribly difficult exercise.  What I would
7  like to do is to first confirm that there
8  are certain portions of the bank on the
9  Mississippi River Gulf Outlet immediately
10  before Katrina that had no levees; isn't
11  that true?
12     MR. SMITH:
13         I'm going to object and instruct
14  him not to answer, because this concerns
15  sections of the levee that aren't in
16  St. Bernard Parish.
17     MR. BRUNO:
18         It matters not to me.  Remember
19  now, the notice of deposition regards, I
20  thought, the design of the levees along the
21  Mississippi River Gulf Outlet in St. Bernard
22  Parish, so before I can get to those levees,
23  I need to know where the levees are not.
24  And then I thought I would establish where
25  they are.

Page 312

1      And you are right, perhaps they
2  all are in St. Bernard, but I don't know
3  that, Robin.  I just want to confirm for the
4  record I --.
5      MR. SMITH:
6          Ask him about the levees in
7  St. Bernard Parish.  That would be a way to
8  find out.
9      MR. BRUNO:
10         But I want to also, for example --
11  it's just -- Robin, it's just easier.
12  EXAMINATION BY MR. BRUNO:
13     Q.  On the northern bank of the MRGO,
14  or I guess other folks may refer to it as
15  the eastern bank of the MRGO, there are no
16  levees; isn't that true?
17     A.  That's correct.
18     Q.  Now, on the southern bank, or I
19  suppose some folks would call it the western
20  bank, the entire stretch of the MRGO is not
21  levee'd.  Some of it is, some of it's not.
22     A.  That's correct.
23     Q.  And so, just so we can get a frame
24  of reference for this deposition, because
25  there have been lots of questions asked

Page 313

1  about levees, and I want to make sure this
2  record is crystal clear as to what we have
3  been talking about.  Okay?
4      A.  Okay.
5      Q.  The MRGO stretches from its
6  junction with the Mississippi River Gulf
7  Outlet at the north end and then the south
8  end is the Gulf of Mexico, right?
9      A.  The GIWW, you're referring to?
10     Q.  Yes.
11     A.  That's correct.
12     Q.  To the extent that there is a
13  levee on this southern or western shore,
14  does it start where the MRGO intersects the
15  Intracoastal Waterway?
16     A.  Well, there is one continuous
17  levee section that encompasses St. Bernard
18  Parish.
19     Q.  Right.
20     A.  Part of that levee system is
21  actually the Mississippi River levee and
22  there is a ring levee around the entire
23  St. Bernard Parish.  I don't know where you
24  want to begin calling one the MRGO levee and
25  one something else.

PLAINTIFFS' OPPOSITION TO USA'S MOTION FOR PROTECTIVE ORDER - EXHIBIT 4

Page 314

```
1    Q.  I was referring -- no, I wasn't
2   referring to all the levees, now.  I'm
3   referring to the southern or western bank of
4   the MRGO --
5    A.  Right.
6    Q.  -- which I understand to be a ship
7   channel that goes from the Intracoastal
8   Waterway to the Gulf of Mexico.
9    A.  Right.
10   Q.  Right?  It's just one long line,
11  if you will, right?  And along that line
12  there are some levees and there are, along
13  that line there are no levees?
14   A.  Okay.
15   Q.  Maybe if I could ask you simply to
16  mark on that diagram, where are the levees
17  on that line?
18   A.  It's a pretty old map.  I don't
19  know if I could actually verify exactly
20  where that begins.
21   Q.  I'm not asking you to.  I don't
22  want you to pinpoint to the foot.
23   A.  Sure, okay.
24   Q.  I'm not asking that.
25   A.  Red pen?
```

Page 315

```
1    Q.  Red pen would be good.
2    A.  Okay.
3    Q.  I just want to get some general
4   sense of what we are talking about.  We do
5   agree that this dotted line on Exhibit 7
6   represents the Mississippi River Gulf
7   Outlet, right?
8    A.  Right.
9    Q.  Okay.  Fair enough.  And if you
10  look at it, it indicates miles.  This is 10,
11  20, 30, 40, 50 and 60?
12   A.  Right.
13   Q.  And again --
14   A.  It roughly begins at the GIWW.
15   Q.  Okay.
16   A.  Or you may want to refer to that
17  as the -- I mean, where Bayou Bienvenu is
18  here.
19   Q.  All right.
20   A.  It's almost the same location.
21   Q.  Put an X, though.  You've made
22  an -- with Bayou Bienvenu to distinguish it
23  the other one.
24   A.  (Witness complies.)
25   Q.  Thank you.
```

Page 316

```
1    A.  There, and I would say
2   approximately -- this is about 12 miles
3   here.  That's where the return levee begins
4   in this direction.
5    Q.  Okay.  Now, it just so happens
6   that you have drawn your southerly X at or
7   about what has been marked on the map as 30,
8   which I take it to be 30 miles from the --
9    A.  Oh, this is miles.  I'm thinking
10  feet.  I apologize.  That's incorrect.  This
11  is actually -- we are going to be in this
12  area, because it's about 12 miles.  We are
13  somewhere --
14   Q.  Right.
15   A.  We're somewhere --
16   Q.  Which would be about, by my
17  reckoning, 48 miles from the inlet to the
18  MRGO from the Gulf of Mexico?
19   A.  Yes.
20   Q.  Fair enough.
21   A.  Okay.
22   Q.  Now, so all of the conversations
23  that you have had with Mr. Kohnke about
24  levees regard an earthen embankment on the
25  southern or western shore of the MRGO
```

Page 317

```
1   between this X at approximately 48 miles and
2   this X, which the map has an arrow saying
3   "turning basin."
4    A.  Yes.
5    Q.  Okay.  Fair enough?
6    A.  Uh-huh, fair enough.
7    Q.  All right.  Good.
8        Now, does this levee have as
9   designed and built, that is the first lift,
10  did it have a stability berm?
11   A.  I believe it did.
12   Q.  Did it have a wave berm?
13   A.  I believe it did.
14   Q.  Now, that levee we have learned, I
15  think from some of your testimony, was built
16  with some of the material that had been
17  dredged as a result of the construction of
18  the MRGO channel; is that not correct?
19   A.  Yes.
20   Q.  In fact, then, the MRGO channel
21  was authorized by Congress at a different
22  time and under a different act than that
23  authorization which allowed the Corps to
24  build the levee that we have just
25  established exists on that map?
```

PLAINTIFFS' OPPOSITION TO USA'S MOTION FOR PROTECTIVE ORDER - EXHIBIT 4

Page 318

1   A.  That is correct.
2   Q.  And, in fact, the Congressional
3   authorization for the construction of MRGO
4   was so that the -- I'm sorry.  The MRGO was
5   originally conceived and approved as an aid
6   to navigation; isn't that true?
7   MR. SMITH:
8       I'm going to instruct him not to
9   answer questions about MRGO.
10  EXAMINATION BY MR. BRUNO:
11      Q.  Fair enough.  Let me at least do
12  this, if I may.  I just want to see if I can
13  understand when in time it was begun.  Do
14  you know when it was begun?  And then I will
15  ask when it was finished and I will move
16  away from the MRGO, if you know.
17      And by begun, I mean first
18  excavation, that is, you know there is
19  equipment out there and they are digging.
20  MR. SMITH:
21      I'm going to instruct him not to
22  answer questions about MRGO proper.  You can
23  ask him questions about the Lake
24  Pontchartrain and vicinity hurricane
25  protection system levees along the MRGO in

Page 319

1   St. Bernard Parish.
2   EXAMINATION BY MR. BRUNO:
3       Q.  The act which authorized the
4   construction of the levee was Public Law
5   298, 89 Congress, first session, approved 27
6   October 1965; is that correct?
7       A.  That sounds right.
8       Q.  And the title of that act was the
9   Lake Pontchartrain and Vicinity Hurricane
10  Protection Act; is that not correct?
11      A.  Sounds about right.
12      Q.  And while we are on it, there was
13  some discussion about the standard project
14  hurricane elevation.  I show you --
15  MR. BRUNO:
16      Robin, this is something called
17  Lake Pontchartrain, Louisiana and Vicinity
18  Design Memorandum No. 1, Hydrology and
19  Hydraulic Analysis, Part 1, Chalmette,
20  August '66.
21  EXAMINATION BY MR. BRUNO:
22      Q.  Does that allow you to confirm the
23  project hurricane still-water height?
24  MR. SMITH:
25      Take your time before you answer.

Page 320

1   MR. KOHNKE:
2       Joe, are you going to attach this
3   to the deposition?
4   MR. BRUNO:
5       I hadn't intended, because it
6   becomes so much paper.
7   MR. KOHNKE:
8       The only reason for my asking is
9   it will save me from having to try to
10  otherwise obtain it if I can get from you.
11  MR. BRUNO:
12      I'll give you -- we will let you
13  copy it before I leave.
14  MR. KOHNKE:
15      Okay.
16  THE WITNESS:
17      Yes.
18  EXAMINATION BY MR. BRUNO:
19      Q.  Again, for the record, can you
20  just state then -- well, first of all, do
21  you know what this piece of paper is that
22  you're looking at?
23      A.  This is an approval from the chief
24  of engineers in Washington, D.C. to the
25  chief of engineers in the Lower Mississippi

Page 321

1   Valley Division in 1966 approving the design
2   of the hurricane protection levees in the
3   Chalmette area to standard project hurricane
4   surge of elevation 13.0 as it appears
5   reasonable and is approved for subject to
6   the future studies.
7       Q.  All right, good.  So, in fact, the
8   number is 13?
9       A.  Yes.
10      Q.  And as you have already testified,
11  that number comes from a review of past
12  experience with hurricanes, right?
13      A.  It's a hydraulic analysis that
14  takes that into consideration, yes.
15      Q.  Now, one of the things that is
16  taken into consideration is the degree to
17  which the marsh, as it then existed, is able
18  to reduce the storm surge; isn't that
19  correct?
20  MR. SMITH:
21      Are you asking him whether that
22  was taken into consideration in constructing
23  the MRGO levees in St. Bernard Parish in
24  1967?
25  MR. BRUNO:

81  (Pages 318 to 321)

Page 322

1    I was asking it generally first,
2    and then I was -- I always like to ask it
3    generally and then ask the question was it
4    considered, because I guess that's the way I
5    have always done it.  I don't know that it's
6    right.
7        MR. SMITH:
8        We are under tight reins here,
9    maybe we could just --
10        MR. KOHNKE:
11        I think the question related more
12    to the standard project hurricane.
13   EXAMINATION BY MR. BRUNO:
14        Q.  It did.  And again, I don't need
15    to plow ground that Mr. Kohnke plowed.  We
16    have already established that the standard
17    project hurricane was the basis for the
18    still-water height, and I'm just curious to
19    know, since you said that it was a standard
20    number based upon experience in the region,
21    can we not confirm that one of the things
22    that is considered in establishing the
23    still-water height is the degree to which
24    there are marshlands in that area which
25    would otherwise reduce storm surge height?

Page 323

1        MR. SMITH:
2        I'm going to instruct him not to
3    answer that question that's in the air.
4    It's the same sort of question that started
5    out with this deposition this morning.  I
6    would like you to frame a question in terms
7    of the design of these levees, if you can,
8    please.
9    EXAMINATION BY MR. BRUNO:
10        Q.  Okay.  Fine.  In fact, in the
11    design of the levees for the greater
12    New Orleans hurricane protection system, the
13    number 2.7 miles per foot value was used
14    based upon the then existing wetlands?
15        A.  That would have been taken into
16    consideration, yes.
17        Q.  You answered my first question,
18    not the second question.  Thank you, very
19    much.
20        Obviously the Corps took that into
21    consideration.  Because of counsel's
22    objection, I was wanting to see if I could
23    confirm the actual number.  Do you know what
24    number was utilized with regard to the
25    Corps' consideration of the degree to which

Page 324

1    a healthy marsh or at least the marsh as it
2    existed back in the 1960s would have slowed
3    or reduced the storm surge?
4        A.  I don't know the number off the
5    top of my head, no.
6        MR. KOHNKE:
7        The number is expressed in
8    horizontal distance of marsh to vertical
9    distance of storm surge, isn't it?  Isn't
10    there a ratio of the two?
11   EXAMINATION BY MR. BRUNO:
12        Q.  The standard measure -- and maybe
13    you will allow me to at least try to confirm
14    this, if I'm wrong, I'm wrong.  The standard
15    measurement for wetland impact on storm
16    surge is that for every three to four miles
17    of healthy wetlands storm surge is reduced
18    by one foot.  Is that generally accurate?
19    I'm not going to hold you to the precise
20    measurement.
21        A.  To be honest with you, it's not my
22    area.  I couldn't answer that question.
23        Q.  Fair enough.  But at least we can
24    confirm that the existence of wetlands will
25    impact the still-water height?

Page 325

1        A.  I believe it does, but again, this
2    is more in the area of hydraulic analysis
3    and a little bit out of my area of
4    knowledge.
5        Q.  Okay.  All right.  In 1965 there
6    were no levees on the MRGO, right?
7        A.  Yes, there were no.
8        Q.  There were no levees?
9        A.  Right.
10        Q.  The performance of the levees that
11    were in existence in St. Bernard at that
12    time was similar to the performance of the
13    levees as built by the United States Army
14    Corps of Engineers as a result of Hurricane
15    Katrina; isn't that true?
16        MR. SMITH:
17        Could you have the question --
18    could you repeat the question?
19        MR. BRUNO:
20        Yes, I will.  And let me give you
21    some context.
22   EXAMINATION BY MR. BRUNO:
23        Q.  While I recognize that there
24    were -- the levee on the MRGO wasn't yet
25    built in '65, there were levees in

82  (Pages 322 to 325)

Page 326

1   St. Bernard Parish in 1965 when Hurricane
2   Betsy hit, correct?
3       MR. SMITH:
4           You can posit that, if you want to
5   posit that. He is not here to testify to
6   the existence of other levees.
7   EXAMINATION BY MR. BRUNO:
8       Q. Well, I'm just wondering, here is
9   the question because one of the areas of
10  inquiry is the performance. There was in
11  existence 1965 the levee on the 40 Arpent
12  Canal among other levees. Is it not a fact
13  that the levees in 1965, after Hurricane
14  Katrina -- excuse me, Hurricane Betsy,
15  performed in a very, very similar fashion to
16  the way that the levees performed after
17  Hurricane Katrina, the one that was on the
18  MRGO?
19      MR. SMITH:
20          I'm going to instruct him not to
21  answer that question, because you are really
22  asking about the performance of other levees
23  in another event.
24  EXAMINATION BY MR. BRUNO:
25      Q. I'm comparing -- I'm wondering if

Page 327

1   the performance of the levees on the MRGO
2   were similar to anything?
3       MR. SMITH:
4           There is no factual basis for any
5   questions about performance of other levees.
6       MR. BRUNO:
7           There is a factual basis. We did
8   have a hurricane. We all know it happened
9   in 1965. We know it was called Betsy.
10      MR. SMITH:
11          Not in this deposition, there is
12  not.
13      MR. BRUNO:
14          I just -- I just -- if he doesn't
15  know the answer, Robin, it's fine.
16          Mr. Kohnke has asked a variety of
17  questions about performance. He's asked
18  about evaluation and such. He asked if the
19  United States Army Corps of Engineers
20  evaluated performance. He said yes.
21  Perhaps I can ask a different way.
22  EXAMINATION BY MR. BRUNO:
23      Q. Did the United States Army Corps
24  of Engineers compare the performance of the
25  MRGO levee to other levees that may have

Page 328

1   been impacted by Hurricane Betsy? And if
2   they didn't, they didn't.
3       MR. SMITH:
4           He's already testified to the
5   performance of the MRGO levees after or
6   during the Hurricane Katrina event.
7       MR. BRUNO:
8           I say not, but still.
9       MR. SMITH:
10          Well, if he hasn't, then perhaps
11  you want to ask him a question about that.
12      MR. BRUNO:
13          I am. I'm just wanting to know if
14  I -- I mean, if he doesn't know the answer,
15  it's easier -- there is a rule of law that
16  if the answer is no, you don't fight about
17  something where the answer is no. So if he
18  doesn't know, let's get that over with. If,
19  however, he has an answer that you believe
20  he shouldn't give, then that's something for
21  the judge to decide.
22      MR. SMITH:
23          It's not a question of whether he
24  has an answer. It's a question of what
25  subjects he is authorized to address here

Page 329

1   today.
2       MR. BRUNO:
3           Performance.
4       MR. SMITH:
5           Ask him the question.
6       MR. BRUNO:
7           I just did.
8   EXAMINATION BY MR. BRUNO:
9       Q. Did the MRGO levees perform in a
10  similar manner that the levees performed
11  after Hurricane Betsy in St. Bernard Parish?
12  That's the question.
13      MR. SMITH:
14          If you know.
15      THE WITNESS:
16          I'm not aware of any analysis that
17  was done or anything written about the
18  performance of levees during Hurricane
19  Betsy.
20  EXAMINATION BY MR. BRUNO:
21      Q. That's fine. Now, you talked
22  about the idea that Congress authorizes the
23  Corps of Engineers to build to a certain
24  height. We have already covered that. And
25  we have already established that the height

83 (Pages 326 to 329)

Page 330

1   that the Corps was authorized to build to
2   was 17.5 feet, correct?
3       A.  Yes.
4       Q.  And did the MRGO itself, the
5   channel itself affect -- and I'm talking
6   about over time now, not just during the
7   hurricane.  Did the MRGO channel affect the
8   way the MRGO -- the levees on the southern
9   or western side of the MRGO performed?
10      THE WITNESS:
11          Can I answer that?
12      MR. SMITH:
13          No.  I'm going to instruct him not
14  to answer that question, because you said
15  over time, not with respect to Hurricane
16  Katrina, and that's not the subject that
17  he's been designated to testify to here
18  today.
19  EXAMINATION BY MR. BRUNO:
20      Q.  All right.  If the existence of
21  marshes affected the still-water height, and
22  if those marshes were gone as of the passing
23  of Hurricane Katrina, would you believe that
24  the absence of marshland would have affected
25  the expected storm surge height?

Page 331

1       MR. SMITH:
2           Again I'm going to instruct him
3   not to answer that question.
4       MR. BRUNO:
5           Why not?  That's about
6   performance.
7       MR. SMITH:
8           I didn't hear anything about the
9   performance of the levees.  I heard a
10  question about the impact of marshland on
11  storm surge.  I didn't hear anything at
12  all --
13      MR. KOHNKE:
14          Isn't it clearly a design
15  question, because the design assumes certain
16  storm surge, and if the underlying
17  assumptions change --
18      MR. BRUNO:
19          You are exactly right.  And I
20  mean, I can do this the long way.  I prefer
21  to it the short way.
22  EXAMINATION BY MR. BRUNO:
23      Q.  The long way is, again, having
24  gone through this long question and answer
25  about how you got to the still-water height,

Page 332

1   there is a height which the Corps decides on
2   as the appropriate height based upon
3   expected storm surge, right?
4       A.  Yes.
5       Q.  And that expected storm surge is
6   based upon the amount of marshland that was
7   then extant is when the calculations were
8   made, right?
9       A.  One factor.
10      Q.  One factor.  I didn't mean to
11  suggest otherwise.
12          So that if some 30 or 40 years
13  later the marshes are no longer there, then
14  obviously one can expect a higher surge
15  which might affect the performance of the
16  levees?
17      MR. SMITH:
18          I'm going to object and instruct
19  him not to answer.  He is not here to
20  testify about hypotheticals, what might have
21  been if something else happened.
22  EXAMINATION BY MR. BRUNO:
23      Q.  Well, let's try it this way,
24  because this is not intended --
25      MR. BRUNO:

Page 333

1           Robin, you are misinterpreting
2   this question.
3   EXAMINATION BY MR. BRUNO:
4       Q.  I think you have already testified
5   that you design the levee to a certain
6   height and that height is based upon your
7   expectation of surge.  If the surge happens
8   to be higher, regardless of what the cause
9   of the higher surge, you have built the
10  levees the way you are supposed to have
11  built them, right?  Does it make any sense?
12      A.  Supposed to, as based on our
13  authorization.
14      Q.  Precisely.  In other words, you
15  haven't done anything wrong --
16      A.  That's correct.
17      Q.  -- if the water goes higher,
18  right?
19      A.  I suppose I'm understanding your
20  question -- let me see if I can paraphrase
21  it in my own words, if that's all right.
22      Q.  Sure.
23      A.  We were authorized to design the
24  levee for a given storm which produces a
25  given storm surge.

84  (Pages 330 to 333)

Page 334

1    Q.  Correct.
2    A.  The levees were designed to
3  withstand a storm surge at that elevation
4  and they were maintained up until the mid
5  '80s, in some areas late '90s, to that
6  elevation as much as we were given
7  authorization and funding to do.  The fact
8  that Hurricane Katrina was above and beyond
9  that storm surge, I'm not sure what your
10  question is with respect to that, but our
11  indication is, and the evidence that we have
12  is that the still-water level in the storm
13  surge related to Hurricane Katrina was far
14  greater than the standard project hurricane
15  for which those levees were maintained.
16    Q.  Right.  Bottom line is you didn't
17  design those levees for Hurricane Katrina,
18  right?
19    A.  No.
20    Q.  And you weren't required to design
21  them for Hurricane Katrina, right?
22    A.  In 1967, we didn't know what
23  Hurricane Katrina was.
24    Q.  Exactly.  Now, you have testified
25  that the levees were built, I believe, in

Page 335

1  three lifts, as you called them?
2    A.  They were up to the three
3  enlargements of the levee section.
4    Q.  Let's just again -- for the
5  record, I hate to keep doing this to you,
6  but tell me what a lift is?
7    A.  Okay.  A lift and an enlargement,
8  sometimes those words are used kind of hand
9  in hand.  With respect to the way the GDM,
10  the general design memoranda were referred
11  to on these levees, the first placement of
12  the levee section in the early -- mid 1960s,
13  mid 1960s, they refer to that as the first
14  lift.  That was bringing the original levee
15  to grade.  Since then up to two more
16  enlargements were performed on those levee
17  sections.
18    Q.  All right.  Forgive me.  I don't
19  mean to interrupt you or slow you down in
20  any respect, but let's talk about what we've
21  already established.  Before '65 there was
22  no levee?
23    A.  That's correct.
24    Q.  We had some spoil bank because of
25  the dredging that occurred to dig the MRGO,

Page 336

1  right?
2    A.  I don't know what the exact
3  elevation of that was, but there was
4  material there.
5    Q.  There was material.  First
6  question, was there material on both banks?
7    A.  I don't think I can answer that
8  question.
9    Q.  Do you know if there was any
10  intent with regard to the --
11    MR. BRUNO:
12      And forgive me, allow me a little
13  bit, Robin.
14  EXAMINATION BY MR. BRUNO:
15    Q.  But do you know if there was any
16  intent in the excavation of the ground,
17  digging the canal, to put the spoil on any
18  one of the two banks?  In other words, was
19  it purposeful that it go on one bank versus
20  the other bank?
21    A.  I couldn't answer that question.
22    Q.  Okay.  Now, but we do know that
23  when you were authorized to build the first
24  levees after 1965 that there were some
25  spoils there which you could use?

Page 337

1    A.  Yes.
2    Q.  What I want to understand is you,
3  the Corps of Engineers, completed the work
4  in connection with the original construction
5  by approximately what time?
6    MR. SMITH:
7      Construction of what?
8    MR. BRUNO:
9      The first levees.
10    MR. SMITH:
11      The first lift.
12  EXAMINATION BY MR. BRUNO:
13    Q.  The first lift.
14    A.  It would be hard to give you an
15  exact date.  I know using hydraulic fill,
16  the amount of time that it takes to
17  construct the levee because of the amount of
18  water associated with hydraulic fill
19  applications, probably took two years give
20  or take.
21    Q.  Can you state with certainty that
22  the work that the Corps of Engineers did in
23  connection with the construction of the
24  first lift was completed before 1979?
25    A.  Yes.

85  (Pages 334 to 337)

Page 338

```
1       Q.  And explain for me, please, what
2   happens when the Corps finishes the levee.
3   Does it assume the continuous obligation to
4   maintain or, in fact, is that obligation
5   passed to some other entities or
6   authorities?
7       MR. SMITH:
8           Go ahead.
9       THE WITNESS:
10          You are referring to maintenance?
11  Is that what you're --
12  EXAMINATION BY MR. BRUNO:
13      Q.  Yes.
14      A.  Well, I suppose there is two types
15  of maintenance.  One would be -- you know,
16  keeping the grass cut is part of
17  maintenance, which is -- we give that to the
18  local levee districts.  Over time, and while
19  the levee is at grade, at or above grade,
20  the levee districts are responsible for the
21  maintenance and care of those levees.  Were
22  it to become deficient, then the Corps of
23  Engineers requests additional funds from
24  Congress to go back and raise the
25  embankments to the authorized height or
```

Page 339

```
1   something greater than that to account for
2   that settlement, subsidence.
3       Q.  Had the Corps of Engineers
4   received any indication or notice of any
5   deficiency with regard to its construction
6   of the initial lift resulting from the '65
7   authorization?
8       MR. SMITH:
9           Just vague as to time.
10      MR. BRUNO:
11          At any time, I guess.
12      MR. SMITH:
13          At any time subsequent to --
14      MR. BRUNO:
15          Yeah, I mean --
16      MR. SMITH:
17          -- completion of the first lift,
18  did they ever receive notice that it was
19  deficient?
20      MR. BRUNO:
21          Right.
22      THE WITNESS:
23          Noticed by?
24  EXAMINATION BY MR. BRUNO:
25      Q.  From anybody.
```

Page 340

```
1       A.  No, not that I'm aware of.
2       Q.  All right, fine.  Can I assume,
3   therefore, that the Corps' obligation with
4   regard to the construction of that levee,
5   the first lift only, had been completed by
6   1979?
7       A.  Yes.
8       Q.  Now, you have testified about a
9   second lift, right?
10      A.  Yes.
11      Q.  And I take it --
12      A.  First enlargement as it was
13  referred to in the design memoranda.
14      Q.  We have gone from lift to
15  enlargement?
16      A.  Yes.
17      Q.  As my friend Wendall would say,
18  breast argumentation, but that's another
19  subject.
20          What provoked the Corps to do this
21  enlargement?
22      A.  I know what's on your mind.
23      Q.  I'm sorry, sir.  Go ahead.
24      A.  The fact that the levee -- I
25  believe there was two portions of this.  One
```

Page 341

```
1   is that the original hydraulically-filled
2   levee was not part of the -- we were not
3   able to actually bring it to elevation of 17
4   and a half by the means of the construction
5   process of a hydraulic fill.  As it was, it
6   took two years, give or take, to get it to
7   the original elevation, approximately 15.
8           Soon thereafter we got
9   authorization to build the first
10  enlargement, which would have been in the
11  early to mid '70s.  That enlargement brought
12  it to elevation 17 and a half.
13      Q.  Did that require another act of
14  Congress, or was it under the aegis of the
15  original '65 Flood Control Act?
16      A.  I'm not sure exactly how the
17  funding process occurred between 1967 and
18  1971, '73.
19      Q.  But the motivation for the Corps
20  to do this work was its own recognition that
21  you hadn't yet gotten to the height you
22  wanted to get it at?
23      A.  That's correct.
24      Q.  In any case, you got authorization
25  for the funding and the work was done,
```

86 (Pages 338 to 341)

Page 342

1  right?
2      A.  That's correct.
3      Q.  And the work was done on the
4  entire length of levee as you have marked on
5  that Exhibit 7?
6      A.  It is different project plans and
7  specifications.  They were broken up into
8  different contracts, different reaches done
9  at different times.  But in the time frame
10  of early to mid to late '70s, those
11  contracts were let and construction began.
12      Q.  Once again, similar question to
13  the first phase, if you will.  Did the Corps
14  of Engineers complete the work in connection
15  with the enlargement of those levees before
16  1979?
17      A.  It would have been -- before 1979
18  you said?
19      Q.  '79.
20      A.  It would have been close.  It's
21  hard to say the exact date.  I think
22  actually maybe some of the -- one of the
23  contracts may have actually been let in
24  1980, so I would say not all by 1979.  I
25  believe one of the design memoranda was

Page 343

1  dated 1980.
2      Q.  Can you confirm for me that the
3  work in connection with the enlargement, the
4  second phase, was all of that work completed
5  before 1987?
6      A.  Yes.
7      Q.  Now, you have testified that there
8  is a third lift or enlargement, right?
9      MR. SMITH:
10          You are referring now to the
11  second enlargement?
12  EXAMINATION BY MR. BRUNO:
13      Q.  You're right.  Actually you are
14  correct.  I am now referring to the second
15  enlargement or augmentation as my dear
16  Wendall friend would say.
17      MR. KOHNKE:
18          Anything after the first lift
19  would be an augmentation.
20  EXAMINATION BY MR. BRUNO:
21      Q.  That's right.  The second lift,
22  second enlargement occurred approximately
23  when?
24      A.  That would have been in the early
25  1980s.

Page 344

1      Q.  Now, as I understand your previous
2  testimony, this work was done on a very
3  limited portion of the MRGO levee on the
4  south or west side, correct?
5      A.  I do believe we are getting a
6  little bit confused.  Let me see if I can
7  clarify.  And if I'm paraphrasing too much,
8  feel free to stop me.  The MRGO first lift
9  construction of levee on virgin soil was
10  done 1967, 1968 time frame.  Mid -- early to
11  mid '70s the first enlargement was conducted
12  for a great portion of the MRGO levee.  The
13  second enlargement was done early to mid
14  1980s for a great portion of the MRGO levee.
15          There was only one third
16  enlargement, or there was only one second
17  enlargement, which would have been -- no one
18  third enlargement, one third enlargement,
19  which was done on a small portion of the
20  MRGO levee and a section of what we call the
21  Verret to Caernarvon levee which extends
22  from the MRGO to Highway 46.  That was the
23  third levee enlargement in the early 1990s.
24      Q.  The third enlargement would have
25  been completed before 1996?

Page 345

1      A.  Thereabouts.
2      Q.  Now, I do need for you, and this
3  is important for this record, would you
4  please -- do we have a different color other
5  than red?
6          I would like for you, to the best
7  of your ability, to indicate on that map
8  this third enlargement and I do have an
9  orange pen.  That's all I have.  I'm sorry.
10  Robin gave it to me, so blame him.
11      A.  I'm going to have to assume that
12  Highway 46 is probably -- let me see if I
13  can actually get a scale on this.  This is
14  probably --
15      Q.  Let me give you another map.  I
16  have this map.  I don't know if this helps
17  at all.
18      A.  This is much better.  I can use
19  this map?
20      Q.  Let me mark it as Exhibit 8 then.
21  (Exhibit No. 8 marked for identification.)
22      A.  Okay.  You want me to remark the
23  other spots with a red pen first?
24      Q.  Yeah, that would be great.  Sure.
25  Let's do that.  It can't hurt to have a

87  (Pages 342 to 345)

Page 346

1  couple of extra diagrams.
2      A.  I have marked the same two red Xs
3  or two stars for the beginning and the end.
4      Q.  Make them a little larger, if you
5  don't mind, so we can -- there is no
6  mistaking your marks.
7      A.  (Witness complies.)
8      Q.  Great.  Yeah.  Great.
9      A.  Okay.  The third enlargement would
10 have been the last mile or so, which is
11 approximately this distance here.  I will go
12 from the star as an approximation down to
13 Highway 46 here.  The orange doesn't make
14 much difference than the red.
15     Q.  It sure doesn't.
16     A.  But that's the section that had
17 the third enlargement.
18     Q.  I'm going to tell you what I'm
19 going to do.  I'm just going to make it
20 really obnoxiously large.
21     A.  Okay.
22     Q.  And I'm going to make this X a
23 circle.
24     MR. SMITH:
25         Would counsel like to be sworn?

Page 347

1      MR. KOHNKE:
2          I would advise against that.
3      MR. BRUNO:
4          I was going to say, at your own
5  risk.
6  EXAMINATION BY MR. BRUNO:
7      Q.  Now, did the levee that you have
8  the heavy orange line perform any
9  differently from the other levees on the
10 MRGO after or through and after Katrina?
11     A.  The portion of the orange line, I
12 guess we will call it west of that last red
13 star.
14     Q.  Yes.
15     A.  That levee remained more intact
16 than the other portion of the levee which is
17 along the MRGO.
18     Q.  Okay.  All right.
19     A.  There was some minor scouring on
20 the protected side, but there were no full
21 breaches of the levee section from the star
22 that's indicated to Highway 46.
23     Q.  Does the United States Army Corps
24 of Engineers have any explanation as to why
25 that is so?

Page 348

1      MR. SMITH:
2          It's a question about the
3  performance of the levee.
4  EXAMINATION BY MR. BRUNO:
5      Q.  It's performance.
6      A.  Due to the direction that the
7  levee is facing, the portion of the levee
8  that faces the MRGO would have been subject
9  to the wave forces, direct wave forces
10 coming through Lake Borne, whereas the
11 section of levee along the -- between the --
12 where the bridge to Caernarvon levee begins,
13 that return levee did not face the direct
14 impact of Lake Borne.
15     Q.  Meaning you had marshland
16 separating that levee and Lake Borne
17 where -- I should say actually more
18 appropriately, you had more marshland
19 available to protect that levee than you did
20 on other locations of the MRGO levee?
21     A.  I think in addition to that, it's
22 the actual direction or azimuth where that
23 portion of the levee is facing due to the
24 way the winds are coming around and which
25 way the storm surge is coming in.  I believe

Page 349

1  that the impact, the wave impact on this
2  portion of levee that actually faces the
3  MRGO is greater than the section of levee
4  that essentially runs perpendicular to the
5  MRGO.
6      Q.  I'm sorry.  We got ourselves a
7  little crosswise.
8      A.  Okay.
9      Q.  I was referring -- when I asked
10 the question, do the levees perform the
11 same, I was referring to that little tiny
12 portion here (indicating) that is on the
13 southern or western bank of the MRGO.  I'm
14 comparing that little one mile stretch to
15 the remaining --
16     A.  I understand.
17     Q.  -- MRGO.  Not the perpendicular
18 part.
19     A.  All right.
20     Q.  Let's just talk about that.
21     A.  Okay.
22     Q.  Let's start from the beginning.
23 Did that little one mile stretch perform any
24 better than the other 11 miles?
25     A.  I will say it's hard to answer

PLAINTIFFS' OPPOSITION TO USA'S MOTION FOR PROTECTIVE ORDER - EXHIBIT 4

Page 350

1  that question, because you are only looking
2  at one mile, you could probably take a half
3  a mile of any section on the MRGO and find
4  levees that remained intact. So I don't
5  know if you could make a comparison.
6      Q.  Isn't it a fact that those
7  portions of the levee which had more marsh
8  next to them performed better than those
9  portions of the levees that had little or no
10 marsh next to them?
11     A.  I would have to sit down with a
12 map and actually -- I don't know if you have
13 shown the breaches here.
14     Q.  Well, I didn't show them but
15 someone did. There are breaches shown on
16 this map. However, how good it is, I don't
17 recall where this comes from.
18     A.  I don't know that I can make that
19 determination. I would have to sit down
20 with a detailed map showing where all the
21 exact locations of the breaches were. I
22 could probably do it with the photos that we
23 have.
24     Q.  Isn't it true that the Corps of
25 Engineers has made that conclusion on its

Page 351

1  own, that is, where there is more marsh the
2  levees fared better?
3      A.  I'm not sure who from the Corps of
4  Engineers you are referring to that said
5  that. I'm not sure if that's a written
6  document. If you are referring to IPET, I
7  mean, there are other levee sections that,
8  in different locations -- see, even along
9  the GIWW, which performed differently than
10 the ones along the MRGO. I don't know that
11 we made the blanket statement that marshes,
12 the existence of marsh is the main culprit
13 to greater breaches, greater number of
14 breaches.
15     Q.  Well, in fact, your own -- this
16 better and stronger business, the long-term
17 solution does talk about an intent for there
18 to be an integration with Coastal
19 restoration efforts. Would that not
20 indicate the Corps' understanding of the
21 need to improve the, or to restore the
22 wetlands in order to improve the ability of
23 the levees to perform? It wasn't that
24 funny.
25     MR. SMITH:

Page 352

1      That last phrase there, you had to
2  get that in.
3      MR. BRUNO:
4      That's for you.
5      MR. SMITH:
6      I understand.
7      THE WITNESS:
8      The Corps of Engineers is aware of
9  the importance of levee -- of marshes with
10 respect to reducing storm surge. There is
11 no question about it.
12 EXAMINATION BY MR. BRUNO:
13     Q.  Clearly less storm surge means the
14 levees don't have to work as hard; fair
15 enough?
16     A.  I suppose if you want to phrase it
17 that way, that's one way to put it.
18     Q.  Now, with regard to the
19 performance, why did the MRGO levees fail?
20     A.  Overtopping. The storm surge was
21 greater than the existing elevation.
22 Overtopping caused scour and erosion.
23     Q.  Now, again, not to belabor the
24 point, but the levees were built to a
25 13-foot still-water height plus two and a

Page 353

1  half feet, which would give you about 15 and
2  a half feet, right?
3      A.  Four and a half feet, actually,
4  for the wave runup. The design elevation
5  was 17 and a half.
6      Q.  17, I'm sorry.
7      A.  That's okay.
8      Q.  Now, weather reports before the
9  approach of the hurricane indicated a
10 potential of a surge of as high as 20 feet;
11 isn't that right?
12     A.  It sounds approximately correct.
13 I have heard some varying numbers, but close
14 to 20 sounds right.
15     Q.  I think you've testified that, in
16 fact, the Corps found surge as high as 22?
17     A.  22.
18     Q.  And the Corps of Engineers
19 understood that if the surge was higher than
20 the designed height, that there would be
21 erosion of the protected side or land side
22 of the levee, right?
23     A.  There was a potential for it. The
24 degree would be hard to quantify.
25     Q.  Now, the MRGO levee was not

89 (Pages 350 to 353)

Page 354

1  designed to prevent an oil spill, was it?
2      A.  The levee you said?
3      Q.  Right.
4      A.  No.
5      Q.  Nor was it designed to suggest to
6  an owner of a refinery that he ought not
7  follow his own hurricane preparedness
8  procedures; isn't that true?
9      MR. SMITH:
10         If you know.
11     THE WITNESS:
12         The only way I can answer that
13  question is that, as I stated before, the
14  levee is designed for one thing and that is
15  to prevent a given storm surge from
16  overtopping that particular levee at the
17  still-water level of 13 plus the four and a
18  half feet of wave runup.
19         What happens to the people inside,
20  I mean, that's our focus and our goal is to
21  design the levee to that elevation.
22  EXAMINATION BY MR. BRUNO:
23     Q.  And in making that statement are
24  you saying to the world at large that you
25  don't need to make your own hurricane

Page 355

1  preparations?
2      MR. SMITH:
3         I'm going to instruct him not to
4  answer that.
5      MR. BRUNO:
6         I took a shot.
7      MR. KOHNKE:
8         You did good.  You did good,
9  Robin.
10     MR. BRUNO:
11         You see?  Don't tell me you are
12  neutral either.
13     MR. KOHNKE:
14         That's a lawyer's way of saying
15  that's a solid objection.
16  EXAMINATION BY MR. BRUNO:
17     Q.  If this draws an objection we will
18  change it.  What is wave runup?
19     MR. SMITH:
20         As he's used it to describe the
21  forces.
22     MR. BRUNO:
23         Well, he hasn't used the word, he
24  used something else.  I think it's the same.
25  I just -- I think the documents refer to --

Page 356

1      THE WITNESS:
2         I think I have used the term "wave
3  runup."
4  EXAMINATION BY MR. BRUNO:
5      Q.  Oh, you have?
6      A.  Uh-huh.
7      Q.  Okay.
8      A.  That's the additional four and a
9  half feet above the 13 to get an elevation
10  of 17 and a half.  It's basically to
11  dissipate the wave energy as assumed to
12  coincide with that standard project
13  hurricane.
14     Q.  And again, this is simply to just
15  confirm, same document I showed you before
16  which describes the wave runup number.
17  Okay?
18     A.  Okay.
19     Q.  At Page 24 of the document it
20  shows the wave runup elevation there.
21     A.  Right.  It's between 4.3 and 4.7,
22  that's right.
23     Q.  Okay.
24     A.  Yep.
25     Q.  Thank you.

Page 357

1      A.  Okay.
2      MR. BRUNO:
3         Now, this is a different question,
4  Robin.
5  EXAMINATION BY MR. BRUNO:
6      Q.  Did the Corps make an
7  investigation as to whether or not the MRGO
8  affected the performance of the levee during
9  the hurricane?
10     MR. SMITH:
11         Is the question --
12  EXAMINATION BY MR. BRUNO:
13     Q.  Did the MRGO.
14     MR. SMITH:
15         -- does he know whether MRGO?
16  Because we can talk about whether the Corps
17  has knowledge as to the impact of MRGO on
18  the performance of the levee.
19     MR. BRUNO:
20         I will do it any way you want.
21     MR. SMITH:
22         I prefer that as opposed to
23  getting into what sort of assessments they
24  did.
25  EXAMINATION BY MR. BRUNO:

90  (Pages 354 to 357)

Page 358

1    Q.  All right.  Well, do you know --
2  does the Corps have knowledge as to whether
3  or not -- I'm sorry.  I'm going to ask it
4  exactly like you have it here.
5       Does the Corps have knowledge as
6  to the impact of the MRGO on the performance
7  of the levee?
8    A.  Yes.
9    Q.  What is that knowledge?
10   A.  Well, knowledge and opinions are
11  two different things.  Some of our knowledge
12  is other people's opinions.  Some of the
13  knowledge is our own opinion based our own
14  observations after Hurricane Katrina.
15   Q.  Is that one body of knowledge or
16  four or five?
17   A.  It would be -- well, it's more
18  than two.
19   Q.  It's more than two.  All right.
20       Then may I ask that you share with
21  me those bodies of knowledge.
22   A.  The evidence that we have seen
23  with respect to the amount of water, the
24  storm surge subsequent to Hurricane Katrina
25  or caused by Hurricane Katrina was so

Page 359

1  significantly -- the elevations, now, were
2  so significantly above the elevation of the
3  top of the levee and in addition to the
4  elevation of the top of the bank of the
5  MRGO, that the storm surge coming up through
6  Lake Borne would have completely overwhelmed
7  any effect of the MRGO with respect to storm
8  surge and overtopping of the levees.
9       The predominant scour areas were
10  on the protected side, maybe just a few
11  locations where we saw some scour on the
12  flood side of the MRGO levee prior to
13  Katrina indicating that significant
14  overtopping and wave action coming
15  perpendicular to the levee section caused
16  the overtopping and erosion.  So that is the
17  opinions of most people from the Corps.
18   Q.  Right.  The only thing that I
19  believe is perhaps left out of that answer
20  is whether or not the MRGO itself
21  contributed to the surge?
22   A.  If there is a specific analyses,
23  I'm not aware of any specific analyses that
24  would have tried to encompass how much water
25  came up the MRGO and how much came from Lake

Page 360

1  Borne.  But again, the overall opinion is
2  that if you look at the just volume of water
3  able to come up through Lake Borne
4  comparative to the volume of water able to
5  come up the MRGO, any amount of water coming
6  up the MRGO would have been completely
7  overwhelmed by the volume of water produced
8  by Lake Borne, hence overtopping the MRGO
9  levee perpendicular to the levee section
10  causing the erosion on the protected side.
11  I hope I've answered your question.
12   Q.  Yes, you have.  Again, going
13  through some documents here just trying to
14  reconfirm some things.  I'm looking at a
15  document entitled Review of Report
16  St. Bernard Parish, Department of the Army,
17  18 November 1969.
18   A.  Okay.
19   Q.  Are you familiar with this?  I
20  only show it to you for this one reason and
21  that is at Page 18 under Protective Measures
22  Considered, it says:  The spoil from the
23  excavation from the MRGO has been confined
24  in an area along the southwest side in a
25  manner to form the base for a levee.

Page 361

1    A.  Can I take a minute to read?
2    Q.  Please do.
3    THE VIDEOGRAPHER:
4       We are going off the record.  It's
5  4:52.
6    (Whereupon, a brief recess was taken.)
7    THE VIDEOGRAPHER:
8       We are back on the record.  It's
9  5:07 p.m.
10  EXAMINATION BY MR. BRUNO:
11   Q.  We're back on the record, okay,
12  but before we broke we were just asking
13  whether that particular phrase assisted you
14  in any way with regard to my previous
15  question about whether the spoils during the
16  excavation of the MRGO were intentionally
17  placed on one bank or the other.
18   A.  I don't know if that statement
19  clarifies that at all.
20   Q.  Okay.  No problem.
21  MR. BRUNO:
22       You are not going to let me ask
23  any questions about MRGO, right, Robin?
24  MR. SMITH:
25       Correct.

91  (Pages 358 to 361)

Page 362

1  EXAMINATION BY MR. BRUNO:
2     Q.  In terms of performance of the
3  levees, do you, you the Corps, believe that
4  the breaches of the levee, levee or levee
5  breaches in the levee of the MRGO, occurred
6  before or after the peak surge?
7     A.  I don't know if we have the
8  knowledge of that.  The only thing we could
9  say with certainty is that the levee was
10  overtopped by anywhere between five and six
11  feet above the existing elevation, if not
12  more in some locations, and that significant
13  amount of overtopping caused the erosion and
14  subsequent breaches.
15        I'm not sure if I answered your
16  question.  Maybe you want to ask it again to
17  make sure I'm on the same page.
18     Q.  Well, I'm advised that the B
19  analysis is that the scouring occurred
20  before peak surge and the Corps' analysis is
21  that the scouring occurred after the peak
22  surge as reflected by the IPET report.  I
23  didn't know if that was accurate or not?
24     A.  Well, again, let's phrase it this
25  way.  The existing levee elevation on

Page 363

1  average, we will call it elevation 15, give
2  or take, depending on where we are, we will
3  use 15.  With the levee elevation at 15, and
4  we will say again, for the sake of argument
5  that the peak elevation was plus 22.  It
6  could have very well been at elevation 19,
7  which is still above the standard project
8  hurricane still-water and design height and
9  above the existing elevation.  We could have
10  seen overtopping and scouring of the
11  protected side before it got to elevation
12  22.
13        So I don't think we can answer the
14  question whether or not it occurred before
15  or after peak surge.  It occurred somewhere
16  between overtopping the levee at elevation
17  15 and the peak surge of 22.
18     Q.  Does the Corps believe that any of
19  the waters penetrated through or under the
20  levees on the MRGO?
21     A.  No.  No.
22     Q.  It's all overtopping?
23     A.  There is no evidence of any
24  underseepage underneath the MRGO levees.
25     Q.  Now, there is no difference in the

Page 364

1  way the Corps constructs the water side of
2  the levee from the protected side of the
3  levee, is there?
4     A.  There is.
5     Q.  There is?  What is the difference
6  in construction?
7     A.  If you refer to that figure --
8     Q.  Yeah.
9     A.  -- I don't know whether it's six
10  or five, somewhere along those lines.
11     Q.  There it is right there.  That
12  would be great.
13     A.  I will refer to this as the way it
14  was constructed post Katrina.  Again, I'm
15  going to assume you are referring to the
16  construction of the MRGO levees that we are
17  discussing.
18     Q.  Oh, yes, yes, yes, please,
19  absolutely.
20     A.  Okay.  The original levees were
21  all uncompacted fill, so there would have
22  been no difference between protected side
23  and flood side prior to Katrina.
24     Q.  That's what we are talking about.
25     A.  Okay.  Prior to Katrina there was

Page 365

1  no difference between flood side and
2  protected side.
3     Q.  All right.  Why then would there
4  be more damage on the protected side than
5  the water side?
6     A.  That's a function of how long it
7  takes for the storm surge to rise and
8  overtop the levee.  There is no time to
9  develop scour on the flood side.  The
10  wave -- storm surge comes in so fast, you
11  don't have that time to have the impact of
12  the wave surge against the levee section on
13  the flood side stability/wave berm before
14  it's overtopped.
15        In addition, the forces on the
16  protected side, once they are topped, would
17  be far greater than what the forces would be
18  on the flood side prior to the overtopping.
19        These velocities, as the water is
20  coming over and essentially falling down and
21  impacting the protected side berm, would be
22  greater than the force that you would
23  encounter during the storm surge as the
24  storm surge is rising.  And again, more
25  important than that, is the amount of time

92 (Pages 362 to 365)

Page 366

1  that it takes for that storm surge to
2  develop.
3      Q.  Did Katrina produce slow rising
4  tides, or did it produce fast rising tides?
5      A.  I would assume fast rising tides.
6      Q.  Given the constraints placed upon
7  me by counsel, that's all I have.  I'm
8  sorry.
9          The Corps recognized, did it not,
10  at least with regard to the unlevee'd
11  portion of the MRGO, that the wave action
12  resulting from the movement of the big ships
13  was causing a lot of erosion?
14      MR. SMITH:
15          I'm going to instruct him not to
16  answer that question.
17      MR. BRUNO:
18          I need -- I need --
19      MR. SMITH:
20          It has nothing to do with the
21  levees.
22      MR. BRUNO:
23          It does, because it is the
24  predicate to the question depending on the
25  answer whether or not that same impact was

Page 367

1  experienced on the levees.
2      MR. SMITH:
3          Right.
4      MR. BRUNO:
5          The documents are black and white.
6  They say that.  Okay.
7      MR. SMITH:
8          I appreciate that, Joe, but I'm
9  going to instruct him just to answer the
10  question -- if you want to ask him -- ask
11  him the question about the MRGO levees, then
12  you can make your argument to the court or
13  the juries about what the documents say.
14  EXAMINATION BY MR. BRUNO:
15      Q.  I can do it this way.  Did the
16  water side of the levees on the MRGO erode
17  in the same way as the unlevee'd banks of
18  the MRGO eroded as indicated on Page 30 of
19  the Department of the Army, Mississippi
20  River Gulf Outlet, St. Bernard Parish,
21  Louisiana, Reconnaissance Report on Channel
22  Bank Erosion dated February 1988 indicates?
23      MR. BRUNO:
24          How about that?  Fair enough?
25      MR. SMITH:

Page 368

1      I think that's fair enough.  We
2  have to see what that indicates.
3      MR. BRUNO:
4          Sure.
5      THE WITNESS:
6          I hate to make you do this, but
7  that was kind of a long-winded question.
8  EXAMINATION BY MR. BRUNO:
9      Q.  Blame your lawyer.  I'm trying to
10  work within the system here.
11      A.  Could you repeat the question?
12      Q.  Okay.  Oh, yeah.  You want to --
13      MR. SMITH:
14          Why don't you read -- why don't
15  you read the description?
16      MR. BRUNO:
17          We're going to read that piece and
18  I'll tell you where it is.  I started it
19  here and it may go onto the next page.
20      THE WITNESS:
21          Okay.  All right.  Give me a
22  minute to read this.
23  (Whereupon, the requested testimony was read
24      by the Court Reporter).
25  "Q.  Did the water side of the levees on the

Page 369

1  MRGO erode in the same way as the unlevee'd
2  banks of the MRGO eroded as indicated on
3  Page 30 of the" -- dah, dah, dah.
4      THE WITNESS:
5          When you say the water side of the
6  levee, you are referring to MRGO side, the
7  flood side of the levees?
8  EXAMINATION BY MR. BRUNO:
9      Q.  Yes, sir.
10      MR. SMITH:
11          You mean during Hurricane Katrina?
12      MR. BRUNO:
13          No.  Whatever that's referring.  I
14  don't think that's referring --
15      THE WITNESS:
16          The levee you are referring to the
17  erosion we have seen during Hurricane
18  Katrina.
19  EXAMINATION BY MR. BRUNO:
20      Q.  That's referring to erosion and
21  I'm supposing -- that's 1988 so it had to be
22  preKatrina.
23      A.  This is bank erosion.  This is
24  talking about the MRGO bank, which is --
25      MR. BRUNO:

93  (Pages 366 to 369)

Page 370

```
 1      So you are not going to let him
 2   answer my well drafted question?
 3      MR. SMITH:
 4      Well, I thought you were asking
 5   him about during Hurricane Katrina, but you
 6   are not, I take it.
 7      MR. BRUNO:
 8      No.
 9      MR. SMITH:
10      Then I'm going to instruct him not
11   to answer.
12      MR. BRUNO:
13      Because that's 1988.
14      MR. SMITH:
15      I thought you were comparing what
16   happened in 1988 from ship wave action to
17   what happened during Hurricane Katrina.
18      MR. BRUNO:
19      No. In fairness to you, I am not.
20   I was asking him if that occurred.
21      MR. SMITH:
22      Then I will instruct him not to
23   answer that question.
24   EXAMINATION BY MR. BRUNO:
25      Q.  Doesn't it go to the design and
```

Page 371

```
 1   construction of the levee and even --
 2      MR. BRUNO:
 3      I don't know, Robin.  I mean, I
 4   have got documentation --
 5      MR. SMITH:
 6      Why don't you ask him a question
 7   about that, then?  Why don't you ask him
 8   were they designed --
 9   EXAMINATION BY MR. BRUNO:
10      Q.  Well, were the levees designed
11   with regard to any consideration for wave
12   action from the passing vessels that the
13   Corps anticipated will be utilizing the
14   water?
15      A.  The distance between -- I will
16   refer to some prior testimony about the
17   slope stability and required stability berm
18   on the protected side as it pertains to the
19   borrow pit, the excavated borrow pit. That
20   excavation, that almost canal now, if you
21   will, affects the stability of the levee
22   section. The required stability berm is
23   based on the depth of that borrow pit.
24      Likewise, if the bank on the MRGO
25   is allowed to encroach too close to the
```

Page 372

```
 1   levee section then there may be some
 2   jeopardy to the global stability of that
 3   levee section even without a storm surge,
 4   without -- you know, in a non-storm surge
 5   event.  If the bank is allowed to erode too
 6   close then that would cause a potential bank
 7   or levee stability problem.
 8      So the bank protection that is
 9   being discussed here, essentially rock berms
10   or some rock facing along the slope, is
11   designed to insure that that location of
12   where that bank begins remains intact.
13      I don't know if I'm answering your
14   question, but --
15      Q.  Well, you are not because the
16   question was: Did they, the Corps, consider
17   this wave action in connection with the
18   design and construction of the MRGO levee?
19   In other words --
20      A.  Which wave action are you
21   referring to?
22      Q.  From the ships.
23      A.  From ships.
24      Q.  Which is what I think is referred
25   to there.
```

Page 373

```
 1      A.  Okay.  The wave action -- the wave
 2   action from the ships, the draft that is
 3   formed by these ships passing by, is
 4   relatively small type volume.  And it's going
 5   to impact the bank of the MRGO channel
 6   before it reaches the levee section.  So the
 7   bank itself, with the rock along the bank,
 8   is designed to reduce the energy impact from
 9   those wave --
10      Q.  Reduce the what?
11      A.  The wave.  The energy, the energy.
12   The wave from those passing ships.  The wave
13   berm that's actually incorporated into the
14   design of the MRGO levees is a function of
15   the wave that is anticipated from a storm
16   surge which is going to be far greater than
17   whatever wave action would be developed from
18   a passing ship.
19      Q.  Well, there were no rocks on the
20   water side of the MRGO levee, were there?
21      A.  There are some rocks along the
22   bank.  It's not continuous, but there is
23   areas where the bank is faced with rock.
24      Q.  Well, that's -- okay.  I need to
25   ask you about that, then.  That's news to
```

94  (Pages 370 to 373)

Page 374

1  us.
2      Along that 12-mile section, can
3  you tell me whether or not the original
4  construction -- can you tell me whether or
5  not along the 12 miles of levees that were
6  built pursuant to the '65 act the
7  construction specifications called for
8  aligning the water side of the levee with
9  any kind of protective material, including,
10  but not limited to, rock, broken concrete or
11  other type -- any other type of armoring?
12      A.  That's -- that's maintenance.
13  That's a maintenance issue for the MRGO
14  channel itself, not an issue for the levee
15  design.  That was separate from the levee
16  design and construction.  That's bank
17  stabilization for the MRGO channel.  It's a
18  separate funding, separate maintenance
19  issue.
20      Q.  All right.  Now, but you would
21  agree with me that if there is no rock and
22  there's no stabilization of that shore that
23  it could impact the levee, the stabilization
24  of the levee?
25      A.  Over a long period of time.  As it

Page 375

1  stands now the distance between the existing
2  center line of the levee and the existing
3  top of bank or edge of bank of the MRGO,
4  that distance is significant to the global
5  stability factor of safety for the existing
6  levee section.
7      In other words, we would need
8  significant erosion of that bank before we
9  jeopardize the stability of the levee.
10      Q.  Well, in fact, hasn't there been
11  extraordinary erosion?  I mean, all the
12  reports are that it was a 600-foot channel
13  and now it's in some places it's 2,000 feet.
14      A.  With respect --
15      MR. SMITH:
16      Has there been any erosion that
17  affected the MRGO; is that what you are
18  asking?
19      MR. BRUNO:
20      Yes.
21      MR. SMITH:
22      The MRGO levees.
23      MR. BRUNO:
24      Yes.
25      THE WITNESS:

Page 376

1      Given the erosion, given the
2  change in the geometry of the channel
3  between 1965, or before 1965 to now, there
4  has been some change in the geometry of the
5  channel.  That change in geometry has not --
6  has not reduced the factor of safety for
7  global stability of the embankment below the
8  required factor of safety.
9      EXAMINATION BY MR. BRUNO:
10      Q.  How do you know that?
11      A.  We performed analyses.
12      Q.  When and --
13      A.  On each one of the -- on each --
14  as we prepared the plans and specifications
15  for each one of the contracts that I was
16  referring to before in the '70s and the
17  '80s, stability analyses are performed to
18  determine those factors of safety and they
19  are analyzed both ways.
20      Q.  Sure.  But that's since the '70s
21  and '80s.  It's 2005.  2005 for Katrina,
22  2006 now.  What have you done between the
23  last time you worked on those levees, which
24  I understand to be middle '80s except for
25  that one mile?

Page 377

1      A.  Okay.
2      Q.  Did you do any analysis to
3  determine whether or not --
4      A.  Post Katrina we have determined
5  the distance as it stands post Katrina and
6  the location of that existing bank on the
7  south or west side of the existing bank is
8  not affecting the factor of safety for
9  global stability of that levee below the
10  allowed factor of safety.
11      MR. SMITH:
12      Just to clarify, you said south or
13  west.  You meant south or east.
14      THE WITNESS:
15      Well, I say --
16      MR. BRUNO:
17      No.  He is right, south or west.
18      THE WITNESS:
19      Some people refer to that as
20  south, some people refer to that as --
21      MR. SMITH:
22      That's the east side of the levee,
23  south side -- I got you.
24      EXAMINATION BY MR. BRUNO:
25      Q.  But anyway, is that reflected in

95 (Pages 374 to 377)

PLAINTIFFS' OPPOSITION TO USA'S MOTION FOR PROTECTIVE ORDER -  EXHIBIT 4

Page 378

1  some kind of a writing?
2      A.  It's in the general -- the design
3  memorandum.
4      Q.  For?
5      A.  Each one of those -- each one of
6  those -- each time a set of plans and
7  specifications is put into place --
8      Q.  This is post Katrina now.  You got
9  me totally confused.
10      A.  Oh, no, no.
11      Q.  I thought what you said to me
12  was -- here is the question.  The question
13  was: It's been, gosh, 25 years since the
14  second enlargement, augmentation, however
15  you want to call it --
16      MR. SMITH:
17          Enlargement.
18      THE WITNESS:
19          Enlargement.
20  EXAMINATION BY MR. BRUNO:
21      Q.  -- enlargement of the levee.
22  Okay?  Right?
23      A.  That's right.
24      Q.  It's been 25 years.
25      A.  That's right.

Page 379

1      Q.  The question I thought was on the
2  table was: Has the Corps of Engineers
3  performed any analysis, study, investigation
4  as to whether or not erosion of the banks
5  had any impact on the stability of the levee
6  in the 25 years after the second enlargement
7  but before Katrina?
8      A.  On the one section that I referred
9  to that I drew an orange on this --
10      Q.  The one mile?
11      A.  That's correct.
12      Q.  Anywhere else?
13      A.  No.
14      Q.  Post Katrina, has the Corps done
15  any analysis as to whether or not erosion of
16  the banks impacted the Global stability of
17  the other 11 miles?
18      A.  Yes.
19      Q.  Now, is that reflected in some
20  kind of a writing?
21      A.  That's in the -- we are still in
22  the process of compiling all the data to
23  have one general design report or
24  geotechnical report for the entire section.
25  We did one report.

Page 380

1          There is a private engineering
2  firm that's done another report.  And
3  between those two reports you can find the
4  stability analyses that show the global
5  stability toward the flood side with respect
6  to location of the bank.
7      Q.  Both are published, as we speak?
8      A.  The information is available.
9  Whether or not they are in an official form
10  of a GDM, I can't say that we have actually
11  put together an official GDM at this point.
12      Q.  So they are not on the website?
13      A.  Not that I'm aware of.
14      MR. BRUNO:
15          Robin, may I ask that you produce
16  that, then?  I think it's relevant and I
17  can't get it on the website.
18      MR. SMITH:
19          I will look into it.
20      MR. BRUNO:
21          With that, that's all I have,
22  given the constraints, and we will visit
23  with the Judge tomorrow and see what his
24  rulings are.
25          Thank you, very much.

Page 381

1      THE WITNESS:
2          Okay.
3      THE VIDEOGRAPHER:
4          This concludes the deposition.
5  It's 5:28 p.m.
6
7  (Whereupon, the deposition was concluded.)
8
9          *   *   *
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

96 (Pages 378 to 381)

PLAINTIFFS' OPPOSITION TO USA'S MOTION FOR PROTECTIVE ORDER - EXHIBIT 4

Page 382

```
 1
 2
 3
 4         WITNESS' CERTIFICATE
 5
 6
 7       I have read or have had the foregoing
 8   testimony read to me and hereby certify that
 9   it is a true and correct transcription of my
10   testimony with the exception of any attached
11   corrections or changes.
12
13
14
15
16
17       _____
18         RICHARD VARUSO
19
20   PLEASE INDICATE
21   ( ) NO CORRECTIONS
22   ( ) CORRECTIONS; ERRATA SHEET(S) ENCLOSED
23
24
25
```

Page 383

```
 1       REPORTER'S CERTIFICATE
 2
 3       I, Pat Kennedy Quintini, CCR, Certified
 4   Court Reporter, State of Louisiana, do
 5   hereby certify that the above-named witness,
 6   after having been duly sworn by me to
 7   testify to the truth, did testify as
 8   hereinabove set forth.
 9       That this testimony was reported by me
10   in the stenotype reporting method and
11   transcribed thereafter by me on computer,
12   and that same is a true and correct
13   transcript to the best of my ability and
14   understanding.
15       That I am not of counsel, nor related
16   to counsel or the parties hereto, and in no
17   way interested in the outcome of this
18   matter.
19
20
21
22
23       _____
             PAT KENNEDY QUINTINI
             CERTIFIED COURT REPORTER
24
25
```

PLAINTIFFS' OPPOSITION TO USA'S MOTION FOR PROTECTIVE ORDER - EXHIBIT 4