**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

IN RE: KATRINA CANAL BREACHES     *          CIVIL ACTION
CONSOLIDATED LITIGATION           *          NUMBER: 05-4182 "K"(2)
                                  *          JUDGE DUVAL
                                  *          MAG. WILKINSON
                                  *
                                  *
PERTAINS TO: MRGO, Robinson       *
(No. 06-2268)                     *
************************************************************************

**REQUEST FOR ORAL ARGUMENT re:**

**MOTION FOR PROTECTIVE ORDER  (DOC. NO. 15531)**


**NOW INTO COURT**, through undersigned counsel, come Plaintiffs Norman Robinson,

Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz,

who hereby request oral argument in connection with the Defendant United States of America's

Motion for Protective Order.  Plaintiffs maintain that the interests of justice would be served by

affording counsel an opportunity to present oral argument regarding the various legal and factual

issues involved in this matter.

By order of the Court dated September 30, 2008, this matter is currently set for hearing

on October 1, 2008 @ 11:00 a.m.

**WHEREFORE**, Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates,

Tanya Smith, Anthony Franz, Jr., and Lucielle Franz request that this Court entertain oral

argument in this matter.

Respectfully Submitted,

**APPROVED PLAINTIFFS LIAISON
COUNSEL**

  /s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com


O'Donnell & Associates P.C.

By:   /s/ Pierce O'Donnell
Pierce O'Donnell (*pro hac vice*)
550 S. Hope St., Suite 1000
Los Angeles, California 90071
Phone: (213) 347-0290
Fax: (213) 347-0298


## CERTIFICATE OF SERVICE

        I hereby certify that I have served a copy of the above and foregoing upon all counsel of

record by placing same in the United States mail, properly addressed and with first-class postage,

or by facsimile or other electronic transmission this 30th day of September, 2008.

                            /s/ Joseph M. Bruno
                         Joseph M. Bruno