UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2) |

**PERTAINS TO: MRGO**

_____

## ORDER

**IT IS ORDERED** that the Request for Oral Argument by Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz be **GRANTED**, and that oral argument on the Defendant United States of America's Motion for Protective Order (Document No. 15531) be had on Wednesday, October 1, 2008 at 11:00 o'clock a.m. at the United States District Courthouse, Court Room B421, 500 Camp Street, New Orleans, Louisiana, and before U.S. Magistrate Judge Joseph C. Wilkinson, Jr.

New Orleans, LA, this _____day of _____, 2008.

_____
JUDGE