MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 30, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
CONSOLIDATED LITIGATION
                                                       NO. 05-4182 "K"(2)

PERTAINS TO:  INSURANCE, Tillery, 07-7115         JUDGE DUVAL
                                                       MAG. WILKINSON

     I received no report in response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts in the referenced Tillery case. Thus, I contacted plaintiffs' counsel, Scott Tillery, by telephone, who advised that settlement has been completed. By copy of this minute entry, Judge Duval is advised so that he may enter an appropriate 60-day conditional dismissal order in the referenced Tillery case only.

                                                   JOSEPH C. WILKINSON, JR.
                                                   UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

MJSTAR:  **0 : 05**