MINUTE ENTRY
WILKINSON, M.J.
September 29, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
CONSOLIDATED LITIGATION
                                             NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE                       JUDGE DUVAL
    Hurricane Legal Center                   MAG. WILKINSON
    Mass Joinder Cases

    Alexander 07-4455; Alexander 07-5768;
    Call 07-5769; Ansardi 07-5767;
    Aucoin 07-4458; Anderson 07-6737;
    Adams 07-5206; Adams 07-4459;
    Aguda 07-4457; Allen-Perkins 07-5204;
    Abram 07-5205; Acevedo 07-5208;
    Acevedo 07-5199

I conducted a status conference today in the referenced Hurricane Legal Center ("HLC") "Insurance-Mass Joinder" cases. Participating were Lawrence Centola, Jr. and Sassoon Sales, representing plaintiffs; Art Lentini and Trey Henderson, representing Allstate Insurance Company; Seth Schmeeckle, defendants' liaison counsel and

MJSTAR:  1 : 15

representing Standard Fire Insurance Company; Steve Rider, representing Balboa Insurance Company; Gerald Nielsen, representing the flood insurance carrier defendants; Wendy Hickok Robinson, representing Safeco Insurance Company; and Charles Chassaignac, David Straus and Sarah Monsour, representing State Farm.

The purpose of the conference was to assess the status of settlement efforts in these cases to date and to determine and plan, if appropriate, how further settlement discussions in these cases may be conducted. Accordingly,

IT IS ORDERED that a followup conference concerning settlement efforts will be held on November 18, 2008 at 10:30 a.m. regarding all claims in these cases against Allstate. HLC plaintiffs' counsel and counsel for Allstate must attend the conference in person and report on the status of settlement discussions as to all claimants against Allstate in the referenced cases, especially the ten percent (10%) of these claims that counsel intend to identify for initial settlement discussions.

IT IS FURTHER ORDERED that a followup conference concerning settlement efforts will be held on November 17, 2008 at 2:00 p.m. concerning the non-flood insurance cases involving all defendants other than Allstate and State Farm. HLC plaintiffs' counsel and defendants' liaison counsel must attend the conference in person and report on the status of settlement discussions as to all claimants in the referenced

cases, especially the status of the schedule agreed upon between counsel following our session in open court.

IT IS FURTHER ORDERED that a telephone status conference will be held on December 19, 2008 at 10:00 a.m. concerning the status of the Fifth Circuit appeals in the three HLC/State Farm cases, Arceneaux, Bennett and Harrington, which were previously dismissed by Judges Feldman and Porteous, and the effect of those pending appeals on these cases against State Farm. David Strauss and HLC plaintiffs' counsel must initiate the call to my office.

IT IS FURTHER ORDERED that Gerald Nielsen, counsel for various flood insurers, may participate in the telephone conference concerning settlement efforts in the mass joinder cases of Aaron 06-4746 and Aguilar 07-4852, already scheduled for October 15, 2008 at 2:30 p.m.

IT IS FURTHER ORDERED that the stay is lifted for the limited purposes of (1) allowing the flood insurance carriers to file a motion to sever their cases on misjoinder grounds and separate them from the Katrina Canal Breaches Consolidated

Litigation insurance umbrella and (2) allowing Safeco Insurance Company to file a motion to dismiss concerning "forced place" policies.

	JOSEPH C. WILKINSON, JR.
	UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**