UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, <u>Mejia</u>, 06-2786 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

In response to my previous order, plaintiffs' counsel has provided me with a written report dated September 30, 2008 advising that the parties have scheduled their agreed-upon private mediation for Friday, October 3, 2008. Accordingly, further action in this matter is DEFERRED pending outcome of the private mediation.

**IT IS ORDERED** that counsel must contact my office jointly via telephone on **Monday, October 6, 2008 at 10:30 a.m.** to advise me whether the case has been settled, so that I may determine whether deconsolidation and reallotment is appropriate.

New Orleans, Louisiana, this __30th__ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**