MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 30, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE<br>Palmer, 06-7540<br>Palmer, 06-8126 | JUDGE DUVAL<br>MAG. WILKINSON |

At the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, I conducted a settlement conference on this date in the referenced Palmer cases. Participating via telephone were: David Kavanagh, representing plaintiff; Steven Lozes, representing defendant.

Although docketed and pending as two separate cases, both cases assert the same claims arising from Hurricane Katrina between the same parties. A settlement offer was made by plaintiff and discussed with defense counsel, who will convey the offer to his client and obtain a response no later than Friday, October 3, 2008.

MJSTAR:  **0 : 15**

IT IS ORDERED that defense counsel must contact plaintiff's counsel and then my office via telephone no later than October 6, 2008, to advise me of his client's response to plaintiff's settlement offer, so that I may determine whether a settlement has been reached or is reachable or whether these cases should be separated from the captioned consolidated litigation and reallotted for trial scheduling purposes.

                                      JOSEPH C. WILKINSON, JR
                                  UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.