MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 29, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, <u>Branch</u>, 07-3086 | JUDGE DUVAL<br>MAG. WILKINSON |

At the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, I conducted a conference via telephone on this date. Participating were: Brian Eiselen, representing plaintiffs; and Gregory, Schwab, representing defendant. During the conference, counsel advised the court that a tentative settlement has been recommended by both counsel. However, plaintiffs cannot presently be located, so that express settlement authority cannot currently be obtained.

Accordingly, **IT IS ORDERED** that a followup conference via telephone is set in the referenced <u>Branch</u> case on **November 3, 2008 at 10:30 a.m.** Counsel must contact me by telephone at 504-589-7630 at the assigned time to advise me of the status of

MJSTAR:  0 : 15

settlement in the referenced <u>Branch</u> case, so that I may determine whether deconsolidation for purposes of setting a trial schedule will then be appropriate.

                                               JOSEPH C. WILKINSON, JR
                                   UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.