UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES              CIVIL ACTION
        CONSOLIDATED LITIGATION

                                                        NO. 05-4182 "K" (2)

PERTAINS TO:  MRGO, <u>Robinson</u>, 06-2268        JUDGE DUVAL
                                                     MAG. WILKINSON

## ORDER ON MOTIONS

APPEARANCES:  None (on the briefs)

MOTION:   (1) United States' Motion for Expedited Hearing, Record Doc. No. 15532
                (2) Plaintiffs' Request for Oral Argument re: the United States' Motion for Protective Order, Record Doc. No. 15604
                (3) United States' Motion for Protective Order, Record Doc. No. 15531

<u>O R D E R E D</u>:

 (1) :  GRANTED.  An order concerning the United States' motion for protective order will be issued immediately.
 (2) :  DENIED.  The motion has been fully briefed, and oral argument is unnecessary.
 (3) :  DENIED.  All objections are meritless and are overruled.  Topic 37 is perhaps the single most relevant and important topic, about which the defendant, above all others, would be expected to have the <u>most</u> knowledge and information from an indisputably unique and important perspective.  The deposition must proceed as scheduled concerning this topic.

                                       New Orleans, Louisiana, this   1st   day of October, 2008.

                                                            JOSEPH C. WILKINSON, JR.
                                                  UNITED STATES MAGISTRATE JUDGE