UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAFAEL AND DIOIGNA ACEVEDO, | ) | CIVIL ACTION NO.: 07-5208 |
| | ) | |
| Plaintiffs, | ) | JUDGE DUVAL |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE WILKINSON |
| | ) | |
| AAA INSURANCE, et al., | ) | SECT. K., MAG. 2 |
| | ) | |
| Defendants. | ) | |
| | ) | |

**APPLICATION FOR ADMISSION *PRO HAC VICE* AS TRIAL COUNSEL FOR PLAINTIFFS RAFAEL AND DIOIGNA ACEVEDO**

Plaintiffs, Rafael and Dioigna Acevedo, move that Sassoon Sales be admitted by this court to act as trial counsel on behalf of Rafael and Dioigna Acevedo and in support of this motion states:

1. Sassoon Sales is licensed to practice law in the State of California (admitted 1974). Currently, he is a member in good standing of the State Bar of California. Mr. Sales

is not under suspension or disbarment by any court, and no criminal charges have been instituted against him.  As evidence thereof, an affidavit and certificate of good standing from the State Bar of California are attached as Exhibits "1" and "2", respectively.

2. Mr. Sales is a partner with attorney Stuart T. Barasch in the law firm of Hurricane Legal Center, 910 Julia Street, New Orleans, Louisiana 70113 (telephone: (504) 525-1944); (facsimile: (504) 525-1279).

3. Stuart T. Barasch is counsel for Plaintiffs, Rafael and Dioigna Acevedo, in the above-captioned matter and will remain actively involved in this matter.  By this motion it is requested that the court admit, *pro hac vice*, Sassoon Sales to act as trial counsel for Rafael and Dioigna Acevedo.

WHEREFORE, Rafael and Dioigna Acevedo, prays that Sassoon Sales be admitted *pro hac vice* and enrolled as trial counsel of record in the above-referenced proceedings.

DATED:   October 1, 2008.

Respectfully submitted,

 */s/ Stuart T. Barasch*
STUART T. BARASCH (20650)
HURRICANE LEGAL CENTER
910 Julia Street
New Orleans, LA 70113
Telephone: (504) 525-1944

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Application for Admission *Pro Hac Vice* has been served upon all counsel of record, via electronic filing, this 1st day of October, 2008.

      /s/ Stuart T. Barasch
      STUART T. BARASCH