UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAFAEL AND DIOIGNA ACEVEDO, | ) | CIVIL ACTION NO.: 07-5208 |
| | ) | |
| Plaintiffs, | ) | JUDGE DUVAL |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE WILKINSON |
| | ) | |
| AAA INSURANCE, et al., | ) | SECT. K., MAG. 2 |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER GRANTING SASSOON SALES ADMISSION *PRO HAC VICE* AS TRIAL COUNSEL FOR RAFAEL AND DIOIGNA ACEVEDO**

Considering the foregoing Application for Admission *Pro Hac Vice* as trial counsel for Plaintiffs Rafael and Dioigna Acevedo.

IT IS HEREBY ORDERED that the Motion is hereby granted and that Sassoon Sales be and hereby is admitted *pro hac vice* to appear as trial counsel for Plaintiffs, Rafael and Dioigna Acevedo, in the above-referenced case.

DATED this _____ day of _____, 2008 at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE