UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RAFAEL AND DIOIGNA ACEVEDO,    )    CIVIL ACTION NO.: 07-5208
)
      Plaintiffs,    )    JUDGE DUVAL
)
vs.    )    MAGISTRATE JUDGE WILKINSON
)
AAA INSURANCE, et al.,    )    SECT. K., MAG. 2
)
      Defendants.    )
_____)

## AFFIDAVIT OF SASSOON SALES

STATE OF LOUISIANA    )
)
PARISH OF ORLEANS    )

THE AFFIANT, Sassoon Sales, after having first been duly sworn, hereby states the following under oath, pursuant to Local Rule 83.2.6E of the Uniform Local Rules of the United States District Court for the Eastern District of Louisiana, in connection with my request for admission to appear as counsel *pro hac vice*:

-1-

1.     I desire to appear as counsel *pro hac vice* for Plaintiffs, Rafael and Dioigna Acevedo, before the United States District Court for the Eastern District of Louisiana in the above-captioned matter.

2.     I am an attorney at law, admitted to practice in California before the Supreme Court of California, the Highest Court in the State of California.

3.     I am also admitted to practice before the United States District Court for the Central District of California, Southern District of California, Northern District of California and Eastern District of California.  I am also admitted to practice before the United States Court of Appeals for the Ninth Circuit.  I am also admitted to practice before the United States Supreme Court.

4.     I have practiced law continuously since my admission in the State of California in 1974 and am currently in good standing of the Bar of the State of California and all other bars to which I am admitted.

5.     Attached hereto is a Certificate of Good Standing from the State Bar of California.

6.     I currently practice law as the Law Firm of Sassoon Sales and my primary contact information is as follows:

Sassoon Sales
LAW OFFICE OF SASSOON SALES
16060 Ventura Blvd., Suite 105
Encino, CA 91436
Telephone:   (818) 728-6658
Facsimile:    (818) 817-7617
E-mail:        sassoon@dslextreme.com

7.      The name and address of the member in good standing of the Louisiana Bar who is admitted to practice before the United States District Court for the Eastern District of Louisiana with whom I am associated in the above-styled action is as follows:

> Stuart T. Barasch
> HURRICANE LEGAL CENTER
> 910 Julia Street
> New Orleans, LA 70113
> Telephone:   (504) 525-1944
> Facsimile:   (504) 525-1279

8.      I consent to the jurisdiction of the United States District Court for the Eastern District of Louisiana in all respects as if I were a regularly admitted and licensed member of the Louisiana Bar and admitted to practice before the United States District Court for the Eastern District of Louisiana.

SASSOON SALES

Subscribed and sworn to before me on September _30th_, 2008.

Notary Public, State of Louisiana

-3-