

THE STATE BAR
OF CALIFORNIA

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

September 12, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, SASSOON SALES, #059958 was admitted to the practice of law in this state by the Supreme Court of California on June 18, 1974; that on August 3, 2006, a notice to show cause directed to the member was issued to commence formal disciplinary proceedings and hearings; that on August 2, 2007, he was placed on a one year probation by the State Bar of California; that the public record states that information has been provided pursuant to Business and Professions Code section 6086.1(c); and that he has been since the date of admission, and is at date hereof, an ACTIVE member of the State Bar of California.

THE STATE BAR OF CALIFORNIA

*Kath Lambert*
Kath Lambert
Custodian of Membership Records