UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Erica Stovall, William Stovall regarding 4727 Evangeline Dr., New Orleans, LA 70127; Patricia Martinez, Kenneth Martinez regarding 3812 Ventura Dr., Chalmette, LA 70043 |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Erica Stovall, William Stovall regarding 4727 Evangeline Dr., New Orleans, LA 70127; Patricia Martinez, Kenneth Martinez regarding 3812 Ventura Dr., Chalmette, LA 70043 against Defendants Liberty Mutual Fire Insurance Company, Liberty Mutual Insurance Company, Liberty Mutual, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 1st day of October, 2008.

United States District Judge