## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION                         NO. 05-4182
                                                SECTION "K" (2)

*severed from Abadie,* **06-5164**

NORAETTA CROSS,                                 CIVIL ACTION
                    Plaintiff                   No. 07-2550
                                                SECTION "K" (2)
VS.

STATE FARM FIRE AND CASUALTY
COMPANY,
                    Defendant
*******************************************************************************

### ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiff, Noraetta Cross, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this ____ day of _____, 2008.

_____
USDC JUDGE STANWOOD R. DUVAL, JR.
Section "K," Magistrate: 2

{N0033369}