UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182<br>SECTION "K" (2) |
| *severed from Abadie*, 06-5164 | |
| WAYNE HILL, MARY HILL, ANDREW,<br>FERDINAND, JR. (DECEASED IN STORM)<br>Plaintiffs | CIVIL ACTION<br>No. 07-2342<br>SECTION "K" (2) |

VS.

STATE FARM FIRE AND CASUALTY
COMPANY,
**Defendant**
*************************************************************************

## ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiffs, Wayne Hill and Mary Hill, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this ____ day of _____, 2008.

_____
USDC JUDGE STANWOOD R. DUVAL, JR.
Section "K," Magistrate: 2

{N0033419}