UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| _____ | * | NUMBER 05-4182 |
| | * | & CONSOLIDATED CASES |
| THIS DOCUMENT RELATES TO | * | |
| LEVEE:  06-5116  (Sims) | * | SECTION "K" |
|             06-5127 (DePass) | * | |
|             06-5131 (Bourgeois) | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * * * * * * | * | |

## MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO MOTION FOR RECONSIDERATION

NOW INTO COURT, through undersigned counsel, comes defendant Sewerage and Water Board of New Orleans and moves for leave to file a second supplemental memorandum in opposition to plaintiffs' Motion for Reconsideration of Court's Ruling [Doc. 13723]. Defendant seeks leave to file the memorandum in order to apprise the Court of a recent state court decision dismissing almost identical claims brought against the Sewerage and Water Board of New Orleans by the same attorney on behalf of similarly situated plaintiffs. This recent state court decision supports denial of plaintiffs' motion for reconsideration.

Accordingly, the Sewerage and Water Board of New Orleans requests leave to file its second supplemental memorandum in opposition to plaintiffs' motion for reconsideration.

Respectfully submitted,

s/Charles M. Lanier, Jr.
**CHARLES M. LANIER, JR. - #18299, T.A.**
**J. WARREN GARDNER, JR. - #5928**
**KEVIN R. TULLY - #1627**
**CHARLOTTE J. SAWYER – #28493**
**CHRISTOVICH & KEARNEY, LLP**
601 Poydras Street, Suite 2300
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700

**GEORGE R. SIMNO III - #12271**
**GERARD M. VICTOR - #9815**
625 St. Joseph Street, Room 201
New Orleans, Louisiana 70165
Telephone:  (504) 585-2242
Facsimile:   (504) 585-2426

ATTORNEYS FOR DEFENDANT SEWERAGE
AND WATER BOARD OF NEW ORLEANS

## C E R T I F I C A T E

I do hereby certify that on the 1st day of October, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.  I also certify that I have mailed the foregoing by United States Postal Services, First Class, to all non-CM/ECF participants.

s/Charles M. Lanier, Jr.
**CHARLES M. LANIER, JR.**

2