UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| _____ | * | NUMBER 05-4182 |
| | * | & CONSOLIDATED CASES |
| THIS DOCUMENT RELATES TO | * | |
| LEVEE:  06-5116  (Sims) | * | SECTION "K" |
| 06-5127 (DePass) | * | |
| 06-5131 (Bourgeois) | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

## ORDER

Considering the Sewerage and Water Board of New Orleans' Motion for Leave to File Second Supplemental Memorandum In Opposition to Plaintiffs' Motion for Reconsideration:

IT IS ORDERED that defendant's motion for leave is granted, and the Second Supplemental Memorandum is hereby filed.

New Orleans, Louisiana, this \_\_\_\_\_ day of October, 2008.

_____
**UNITED STATES DISTRICT COURT JUDGE**