UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| _____ | * | NUMBER 05-4182 |
| | * | & CONSOLIDATED CASES |
| THIS DOCUMENT RELATES TO | * | |
| LEVEE:  06-5116 (Sims) | * | SECTION "K" |
|             06-5127 (DePass) | * | |
|             06-5131 (Bourgeois) | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * * * * * * | * | |

**SECOND SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO
PLAINTIFFS' MOTION FOR RECONSIDERATION**

Defendant, Sewerage and Water Board of New Orleans, submits this memorandum to inform the Court of the recent decision in *Maurice de la Houssaye v. The Parish of Jefferson, et al.*, No. 624-894 c/w 635-594 in 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, dismissing all claims against the Sewerage and Water Board of New Orleans. That ruling supports denial of plaintiffs' motion for reconsideration [Doc. 13723] filed in the present three suits.

The *de la Houssaye* suit is a consolidated class action suit filed in state court in Jefferson Parish arising out of the flooding associated with Hurricane Katrina. It was removed to this court, but was remanded. See *Gaye T. Bennett, et al v. Board of*

*Commissioners of the East Jefferson Levee District, et al.*, Civil Action No. 07-3130 c/w 07-3131 in United States District Court for the Eastern District of Louisiana.

In *de la Houssaye*, plaintiffs are represented by the same attorney as in these three suits and made very similar claims against the Sewerage and Water Board of New Orleans. (See *Bennett*, 07-3130, Doc. 1, Exhibit 2 -- Master Consolidated Class Action Petition). In response to the *de la Houssaye* suit, the Sewerage and Water Board of New Orleans filed a Peremptory Exception of No Cause of Action. On September 11, 2008, Judge John L. Peytavin granted the exception finding plaintiffs' suit fails to state a cause of action against the Sewerage and Water Board of New Orleans. (Exhibit No. 1).

The *de la Houssaye* plaintiffs filed a Motion to Amend Judgment of September 11, 2008, under C.C.P. Art. 1951, or Alternatively for New Trial under C.C.P. Art. 1971. On September 26, 2008, plaintiffs' motion was denied. (Exhibit No. 2).

In the present suits, this Court granted, in part, the Sewerage and Water Board of New Orleans' motion to dismiss. [Doc. 13613]. Another court has now found almost identical claims asserted by the same attorney on behalf of similar plaintiffs do not state a cause of action and has dismissed plaintiffs' suit against the Sewerage and Water Board of New Orleans.

This Court's dismissal of claims against the Sewerage and Water Board of New Orleans was correct. The Motion for Reconsideration of Court's Ruling filed by plaintiffs herein should be denied.

Respectfully submitted,

s/Charles M. Lanier, Jr.
**CHARLES M. LANIER, JR.-#18299 T.A.**
**J. WARREN GARDNER, JR. - #5928**
**KEVIN R. TULLY - #1627**
**CHARLOTTE J. SAWYER – #28493**
**CHRISTOVICH & KEARNEY, LLP**
601 Poydras Street, Suite 2300
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700

**GEORGE R. SIMNO III - #12271**
**GERARD M. VICTOR - #9815**
625 St. Joseph Street, Room 201
New Orleans, Louisiana 70165
Telephone:  (504) 585-2242
Facsimile:   (504) 585-2426

ATTORNEYS FOR DEFENDANT
SEWERAGE AND WATER BOARD OF
NEW ORLEANS

## CERTIFICATE

I do hereby certify that on the 1st day of October, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.  I also certify that I have mailed the foregoing by United States Postal Services, First Class, to all non-CM/ECF participants.

s/Charles M. Lanier, Jr.
**CHARLES M. LANIER, JR.**