# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION
NO. 05-4182
SECTION "K" (2)

*severed from Abadie*, 06-5164

JOANN EVERHARDT,
      **Plaintiff**

CIVIL ACTION
No. 07-2638
SECTION "K" (2)

VS.

STATE FARM FIRE AND CASUALTY
COMPANY,
      **Defendant**

**************************************************************************

## ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiff, Joann Everhardt, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this  1st  day of October , 2008.

USDC JUDGE STANWOOD R. DUVAL, JR.
Section "K," Magistrate: 2