MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 30, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                      NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE                           JUDGE DUVAL
    Mass Joinder Cases (Lafayette Ins. Co.)        MAG. WILKINSON

       Abadie  06-5164
       Abadie  07-5112
       Aaron   06-4746
       Aguilar 07-4852

A followup status conference by telephone was conducted by the undersigned magistrate judge on September 30, 2008 in the referenced "Insurance-Mass Joinder" cases concerning only those claims asserted against defendant Lafayette Insurance Company. Participating were: Joseph M. Bruno, Scott Joanen and Joseph Rausch, representing plaintiffs in the referenced Aaron, Aguilar, Abadie and Abadie cases; Howard Kaplan and Chase Chassaignac, representing defendant, Lafayette Insurance Company.

MJSTAR:  **0 : 40**

Counsel described their settlement efforts in the cases. The pace and results of those efforts to date is unsatisfactory. Counsel have committed, however, to further settlement discussions in the near future and expressed some hope as to the possible success of those planned discussions. Based only on the representations of counsel, since extremely limited <u>tangible</u> settlement results have been achieved to date, the parties will be given some additional time to develop a real and effective settlement process, before alternative case management and litigation scheduling orders are imposed. Accordingly,

**IT IS ORDERED** that a followup conference will be conducted before me by telephone on **November 10, 2008, at 2:30 p.m.** so that counsel may report on their settlement efforts and express their views on the effectiveness of those efforts. The court will then determine how further proceedings will be conducted as to the claims against Lafayette Insurance Company.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**<u>CLERK TO NOTIFY</u>:**
**HON. STANWOOD R. DUVAL, JR.**