# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES * | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | NUMBER: 05-4182 "K"(2) |
| * | JUDGE DUVAL |
| * | MAG. WILKINSON |
| * | |
| * | |
| PERTAINS TO: MRGO, Robinson * | |
| (No. 06-2268) * | |

**************************************************************************

## MOTION FOR RECONSIDERATION re: ORDER (Doc. No. 15515) AND

## MOTION TO SUPPLEMENT THE RECORD

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz, who, pursuant to Rule 60 of the Federal Rules of Civil Procedure, moves for reconsideration, based upon the supplementation of the record, of the Court's September 29, 2008 Order (Doc. 15515).  For the reasons fully expressed in the attached memorandum, the court should reconsider its ruling.

**WHEREFORE**, Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz pray that the Court grant the Motion for Reconsideration and Motion to Supplement the Record of the Court's September 29, 2008 Order (Doc. 155515).

**Respectfully Submitted,**

**APPROVED PLAINTIFFS LIAISON COUNSEL**

/s/  Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

O'Donnell & Associates P.C.

By:  /s/ Pierce O'Donnell
Pierce O'Donnell (*pro hac vice*)
550 S. Hope St., Suite 1000
Los Angeles, California 90071
Phone: (213) 347-0290
Fax: (213) 347-0298

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 1st day of October, 2008.

/s/ Joseph M. Bruno
Joseph M. Bruno