UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NUMBER: 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| PERTAINS TO: MRGO, Robinson | * | |
| (No. 06-2268) | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MEMORANDUM IN SUPPORT OF MOTION FOR RECONSIDERATION re: ORDER**

**(Doc. No. 15515) AND MOTION TO SUPPLEMENT THE RECORD**

Now come Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz, who, pursuant to Rule 60 of the Federal Rules of Civil Procedure, moves for reconsideration, based upon the supplementation of the record, of the Court's September 29, 2008 Order (Doc. 15515).

As the Court can see from the attached correspondence, the information provided by the Department of the Army being provided to claimants is inconsistent with the arguments presented by the defendant United States of America. (See Exhibit 1). For this very reason, the jurisprudence referenced by the Plaintiffs should be given greater deference than that presented by the defendant.

**WHEREFORE**, Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz pray that the Court grant the Motion for Reconsideration and Motion to Supplement the Record of the Court's September 29, 2008 Order (Doc. 155515).

        **Respectfully Submitted,**

        **APPROVED PLAINTIFFS LIAISON COUNSEL**

          /s/  Joseph M. Bruno
        JOSEPH M. BRUNO (La. Bar # 3604)
        PLAINTIFFS LIAISON COUNSEL
        Law Offices of Joseph M. Bruno
        855 Baronne Street
        New Orleans, Louisiana 70113
        Telephone: (504) 525-1335
        Facsimile: (504) 561-6775
        Email: jbruno@jbrunolaw.com

        O'Donnell & Associates P.C.

        By:   /s/ Pierce O'Donnell
        Pierce O'Donnell (*pro hac vice*)
        550 S. Hope St., Suite 1000
        Los Angeles, California 90071
        Phone: (213) 347-0290
        Fax: (213) 347-0298

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 1st day of October, 2008.

            /s/ Joseph M. Bruno
            Joseph M. Bruno