UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NUMBER: 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| PERTAINS TO: MRGO, Robinson | * | |
| (No. 06-2268) | * | |

**************************************************************************

<u>NOTICE OF HEARING -</u>

<u>MOTION FOR RECONSIDERATION re: ORDER (Doc. No. 15515) AND</u>

<u>MOTION TO SUPPLEMENT THE RECORD</u>

**PLEASE TAKE NOTICE** that Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz in the above referenced action, on Wednesday, October 29, 2008 at 9:30 a.m. at the United States District Courthouse, Court Room C352, 500 Camp Street, New Orleans, Louisiana, and before U.S. District Court Judge Stanwood R. Duval, Jr., will bring on for hearing the Motion for Reconsideration and Motion to Supplement the Record of the Court's September 29, 2008 Order (Doc. 155515).

                        **Respectfully Submitted,**

                        **APPROVED PLAINTIFFS LIAISON COUNSEL**

                        /s/  Joseph M. Bruno
                        JOSEPH M. BRUNO (La. Bar # 3604)
                        Law Offices of Joseph M. Bruno
                        855 Baronne Street
                        New Orleans, Louisiana 70113
                        Telephone: (504) 525-1335
                        Facsimile: (504) 561-6775
                        Email: jbruno@jbrunolaw.com

-2-

                                  O'Donnell & Associates P.C.

                                  By:   /s/ Pierce O"Donnell
                                  Pierce O'Donnell (*pro hac vice*)
                                  550 S. Hope St., Suite 1000
                                  Los Angeles, California 90071
                                  Phone: (213) 347-0290
                                  Fax: (213) 347-0298

## **CERTIFICATE OF SERVICE**

     I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 1st day of October, 2008.

                                  /s/ Joseph M. Bruno
                                  Joseph M. Bruno