# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION<br><br>NO. 05-4182<br>and consolidated cases |
| PERTAINS TO: BARGE<br><br>*Parfait Family v. USA*     **07-3500** | * * * * * * * * * * | SECTION "K" (2)<br><br><br>JUDGE<br>STANWOOD R. DUVAL, JR.<br><br>MAGISTRATE<br>JOSEPH C. WILKINSON, JR. |

## MOTION OF LAFARGE NORTH AMERICA INC. FOR LEAVE
## TO FILE SURREPLY MEMORANDUM IN OPPOSITION TO MOTION TO
## <u>DISMISS FILED BY LAKE BORGNE LEVEE DISTRICT</u>

Lafarge North America Inc. ("LNA") hereby moves for leave to file the accompanying short surreply memorandum in response to the reply memorandum submitted by the Lake Borgne Levee District ("LBLD") (Doc. 15585). A surreply from LNA is appropriate because the LBLD's reply memorandum consists of arguments not made in the LBLD's original memorandum. Accordingly, LNA respectfully requests permission to file the accompanying surreply memorandum.

        Respectfully submitted,

        Robert B. Fisher, Jr., T.A. (#5587)
        Derek A. Walker (#13175)
        Ivan M. Rodriguez (#22574)
        Parker Harrison (#27538)
        **CHAFFE MCCALL, L.L.P.**
        2300 Energy Centre
        1100 Poydras Street
        New Orleans, LA 70163-2300
        Telephone:  (504) 585-7000
        Facsimile:  (504) 585-7075
        Fisher@chaffe.com
        Walker@chaffe.com
        Harrison@chaffe.com

        /s/ John D. Aldock
        John D. Aldock
        Richard M. Wyner
        Mark S. Raffman
        **GOODWIN PROCTER LLP**
        901 New York Avenue, N.W.
        Washington, DC 20001
        Telephone:  (202) 346-4240

        Daniel A. Webb (#13294)
        **SUTTERFIELD & WEBB, LLC**
        Poydras Center
        650 Poydras Street, Suite 2715
        New Orleans, LA 70130
        Telephone:  (504) 598-2715

        *Attorneys for Lafarge North America Inc.*

October 1, 2008

## Certificate of Service

I hereby certify that I have on this 1st day of October, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

        /s/ John D. Aldock