UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * * * | MAGISTRATE JOSEPH C. WILKINSON, JR. |

LAFARGE NORTH AMERICA INC.'S MOTION FOR LEAVE
TO FILE SUPPLEMENTAL MEMORANDUM IN
OPPOSITION TO MOTION FOR LEAVE OF COURT
TO FILE NEW YORK MARINE & GENERAL INSURANCE COMPANY,
AMERICAN HOME ASSURANCE COMPANY AND THE NORTHERN
ASSURANCE COMPANY OF AMERICA'S FIRST AMENDED ANSWER,
<u>AFFIRMATIVE DEFENSES AND CROSS-CLAIMS</u>

NOW INTO COURT, through undersigned counsel, comes defendant Lafarge North America Inc. ("LNA"), who respectfully files this Motion for Leave to file its Supplemental Memorandum to Excess Insurers' Motion for Leave of Court to File a First Amended Answer, Affirmative Defenses and Cross-Claims.

1173933-1

As more fully set forth in LNA's attached Supplemental Memorandum, this filing is necessary to address the Southern District of New York's September 29, 2008 Memorandum Opinion in Case No. 06 CIV. 3123(CSH).

Respectfully submitted,

/s/Derek A. Walker
Derek A. Walker (#13175)
Robert B. Fisher, Jr., (#5587)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
Walker@chaffe.com

John D. Aldock
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715
*Attorneys for Lafarge North America Inc.*

## Certificate of Service

I hereby certify that I have on this 1st day of October, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/s/ Derek A. Walker