UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * * * | MAGISTRATE JOSEPH C. WILKINSON, JR. |

## ORDER

Upon Consideration of Lafarge North America Inc.'s Motion for Leave to File Supplemental Memorandum In Opposition To Motion For Leave Of Court To File New York Marine & General Insurance Company, American Home Assurance Company And The Northern Assurance Company Of America's First Amended Answer, Affirmative Defenses And Cross-Claims,

**IT IS HEREBY ORDERED** that leave is hereby GRANTED.

**IT IS FURTHER ORDERED** that Lafarge North America Inc.'s Supplemental Memorandum In Opposition To Motion For Leave Of Court To File New York Marine &

1173933-1

1

General Insurance Company, American Home Assurance Company And The Northern Assurance Company Of America's First Amended Answer, Affirmative Defenses And Cross-Claims be filed into the record of this Court.

New Orleans, Louisiana, this _____ day of October, 2008.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**