UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
|  | * | NO. 05-4182 |
|  | * | and consolidated cases |
| PERTAINS TO: BARGE | * |  |
|  | * | SECTION "K" (2) |
| *Boutte v. Lafarge*        05-5531 | * |  |
| *Mumford v. Ingram*   05-5724 | * |  |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*          06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*       06-7516 | * |  |
| *Parfait Family v. USA* 07-3500 | * | MAGISTRATE |
|  | * | JOSEPH C. WILKINSON, JR. |
|  | * |  |

### SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO MOTION FOR LEAVE OF COURT TO FILE FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES AND CROSS-CLAIMS

NOW INTO COURT, through undersigned counsel, comes defendant Lafarge North America, Inc. ("LNA"), who respectfully submits this Supplemental Memorandum in Opposition to the Motion for Leave of Court to File New York Marine and General Insurance Company American Home Assurance Company, and the Northern Assurance Company of America's First Amended Answer, Affirmative Defenses and Cross-Claims Against Lafarge North America Inc. and American Steamship Owners Mutual Protection & Indemnity Association, Inc.

1173896-1

LNA files this Memorandum to inform the Court of Judge Haight's September 29, 2008 Memorandum Opinion in Case No. 06 CIV.3123 (CSH), in the Southern District of New York, which gives reasons for its September 18, 2008 Order granting the American Steamship Owners Mutual Protection & Indemnity Association, Inc.'s Motion for Summary Judgment in the New York coverage action.[1]  LNA disagrees with Judge Haight's opinion and plans to appeal. However, unless and until it is reversed on appeal, the opinion conclusively negates Excess Insurers' argument that LNA failed to maintain underlying coverage.  Excess Insurers' relied upon that argument to support their position that the proposed amended pleading is necessary. Their reply memorandum hypothesized that the New York court may not address whether or not LNA maintained underlying coverage and that, therefore, this Court should address the issue. Judge Haight's Memorandum Opinion directly addresses that issue, ruling that the American Club policy did not provide LNA with any underlying coverage to maintain.

**WHEREFORE,** for the reasons contained herein and in LNA's original Memorandum in Opposition, Excess Insurer's Motion for Leave to File an Amended Answer and Cross-Claims should be denied.

Respectfully submitted,

Derek A. Walker_____
Derek A. Walker (#13175)
Robert B. Fisher, Jr., (#5587)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone:  (504) 585-7000
Facsimile:  (504) 585-7075
Walker@chaffe.com

---

[1] A copy of Judge Haight's September 29, 2008 Memorandum Opinion is attached hereto as Exhibit A.

2

        John D. Aldock
        Mark S. Raffman
        **GOODWIN PROCTER LLP**
        901 New York Avenue, N.W.
        Washington, DC 20001
        Telephone:  (202) 346-4240


        Daniel A. Webb (#13294)
        **SUTTERFIELD & WEBB, LLC**
        Poydras Center
        650 Poydras Street, Suite 2715
        New Orleans, LA 70130
        Telephone:  (504) 598-2715

        *Attorneys for Lafarge North America Inc.*

## Certificate of Service

I hereby certify that I have on this 1st day of October, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.


        <u>/s/ Derek A. Walker</u>