MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 29, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: INSURANCE (Peterson, 07-2753) | CIVIL ACTION<br><br>NO. 05-4182 "K"(2)<br><br>JUDGE DUVAL<br>MAG. WILKINSON |

I have received a report dated September 12, 2008 from plaintiff's counsel, Michael Darnell, and a letter dated September 12, 2008 from defense counsel, Gregory Schwab, in the referenced Peterson case, which have been separately filed in the record of both C.A. No. 07-2753 and C.A. No. 05-4182. These materials are responses to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning their settlement efforts to date. In addition, I conferred separately by telephone with both counsel concerning the settlement efforts of the parties. Although the parties were given the opportunity to conduct the private mediation referenced in both letters, no settlement was reached. Thus, it appears that settlement is not attainable in the short term without further court proceedings. Accordingly,

MJSTAR: 0 : 05

OCT - 1 2008

REALLOTTED TO
SECT. R MAG. 2

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

**IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Peterson case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby DIRECTED to docket a copy of this order and henceforth all future filings in C.A. No. 07-2753 on the docket of C.A. No. 07-2753, and not on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk randomly REALLOT this case to both a district judge section and a magistrate judge section, for future proceedings.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.