MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 29, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE (Gonzales, 07-2746) | JUDGE DUVAL<br>MAG. WILKINSON |

I have received a letter dated September 12, 2008 from defense counsel, Gregory Schwab, in the referenced <u>Gonzales</u> case, which has been separately filed in the record of both C.A. No. 07-2746 and C.A. No. 05-4182. The letter is deemed the response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning their settlement efforts to date. Counsel were given the opportunity to confer concerning settlement as requested in the letter. Subsequently, I conferred by telephone with Gregory Schwab, defense counsel, concerning the settlement efforts of the parties. Settlement does not appear imminent. Accordingly,

MJSTAR:  0 : 05

OCT - 1 2008

REALLOTTED TO
SECT. L MAG. 4



**IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Gonzales case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby DIRECTED to docket a copy of this order and henceforth all future filings in C.A. No. 07-2746 on the docket of C.A. No. 07-2746, and not on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk randomly REALLOT this case to both a district judge section and a magistrate judge section, for future proceedings.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.