# Longman Russo
### A PROFESSIONAL LAW CORPORATION

GARY J. RUSSO
Also Admitted To Practice In Texas
GJRUSSO@LRFIRM.COM

CHASE TOWER, SUITE 1600
600 JEFFERSON STREET
LAFAYETTE, LOUISIANA 70501
(337) 262-9000  FAX (337) 262-9001

MAILING ADDRESS:
P.O. BOX 3408
LAFAYETTE, LOUISIANA 70502-3408

OUR FILE NUMBER:
894.197

September 26, 2008

Mr. Gary M. Pendergast
1515 Poydras Street
Suite 2260
New Orleans LA 70112

Re: Gerald Weeks versus Eagan Insurance Agency, Inc., et al
    Civil Action No. 07-112 and 05-4182

Dear Gary:

We settled Gerald Week's claim sometime back reserving only the flood claim pending resolution of the Sher decision. Judge Wilkinson just called our office because this matter was transferred to the Katrina Consolidated Canal Breaches Litigation and even though The Standard Fire Insurance Company was dismissed there remains two other defendants. Judge Wilkinson wanted to know if you have resolved the matter with the other two defendants. Could you please call Judge Wilkinson at 504-589-7630?

Thank you. With kindest regards, I am

Very truly yours,

Gary J. Russo

GJR:LL counsel.03.doc
C – Judge J. Wilkinson (via fax)
C – Client