# GARY M. PENDERGAST, L.L.C.
### ATTORNEYS AT LAW
1515 POYDRAS STREET, SUITE 2260
NEW ORLEANS, LOUISIANA 70112
TELEPHONE: (504) 523-0454
FACSIMILE: (504) 523-0464

September 30, 2008

VIA FACSIMILE (504) 589-7633

The Honorable Magistrate Joseph C. Wilkinson, Jr.
U.S. District Court, Eastern District of Louisiana
500 Poydras Street, Room B409
New Orleans, Louisiana 70130

Re: Gerald Weeks v. Eagan Insurance Agency, Inc., et al
    Civil Action No. 07-cv-00112 [05-4182]

Dear Judge Wilkinson:

I have received Gary Russo's letter of September 26, 2008 and this will confirm that Gerald Weeks's claims against Standard Fire Insurance Company have been settled, in full. Mr. Weeks advises, however, that he does wish to pursue the errors and omissions claim against his agent and Eagan Insurance Agency and, to that end, I respectfully request that the above referenced matter be separated from insurance umbrella and assigned to a District Judge for the completion of discovery and trial.

Respectfully and Sincerely,

Gary M. Pendergast

GMP/lwm