UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES  CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE, Weeks, 07-112   JUDGE DUVAL
MAG. WILKINSON

### ORDER

At the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, I received letters dated September 26 and September 30, 2008, from Gary Pendergast, plaintiff's counsel, and defense counsel, Gary Russo, in the referenced Weeks case, which have been separately filed in the record of both C.A. No. 07-112 and C.A. No. 05-4182. These materials are deemed a response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts.

Counsel report that plaintiff's claims against defendant Standard Fire Insurance Company have been settled, but that plaintiff wishes to pursue his claims against the remaining insurance agency defendants. It appears that settlement of the case as a whole is not attainable in the short term and that further proceedings are required. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Weeks case only is terminated.

OCT - 1 2008

TRANSFERRED TO
**SECT. L  MAG. 5**

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No_____

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and henceforth all future filings in C.A. No. 07-112 on the docket of C.A. No. 07-112, and not on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it back to Section "L"(5), where it was previously allotted before its transfer to this consolidated litigation, for future proceedings in Section "L"(5).

New Orleans, Louisiana, this ___30th___ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**
**HON. ELDON E. FALLON**

2