MINUTE ENTRY
WILKINSON, M.J.
OCTOBER 1, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, <u>LeSea</u>, 07-4462 | JUDGE DUVAL |
| | MAG. WILKINSON |

At the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, I conducted a conference via telephone on this date concerning the status of the parties' settlement efforts to date. Participating were: Brian Katz, representing plaintiff; and Gregory Moore, representing defendant. During the conference, counsel advised the court that all parties have agreed to schedule a private mediation in this matter, which they expect to occur within the next six (6) weeks.

Accordingly, **IT IS ORDERED** that a followup conference via telephone is set in the referenced <u>LeSea</u> case on **November 13, 2008 at 10:30 a.m.** Counsel must contact me by telephone at 504-589-7630 at the assigned time to advise me of the

MJSTAR:  0 : 10

outcome of their private mediation in the referenced <u>LeSea</u> case. the parties are advised that, if no settlement is reached through private mediation, I may determine that deconsolidation for purposes of reallotment and setting a trial schedule will then be appropriate.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.