UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION
                                       NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE (Rico, 06-4636)  JUDGE DUVAL
                                        MAG. WILKINSON

## ORDER

I have received a letter dated September 12, 2008, from defense counsel in the referenced Rico case, which has been separately filed in the record of both C.A. No. 06-4636 and C.A. No. 05-4182. The letter is deemed the response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts. In addition, I conducted a status conference with both counsel on August 25, 2008 and followup conferences via telephone with defense counsel thereafter. It appears that no actual settlement progress has been made to date. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Rico case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution

OCT - 1 2008
TRANSFERRED TO
SECT. F MAG. 5

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No_____

independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and henceforth all future filings in C.A. No. 06-4636 on the docket of C.A. No. 06-4636, and not on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it back to Section "F"(5), where it was previously allotted before its transfer to this consolidated litigation, for future proceedings in Section "F"(5).

If all parties seek a "court-conducted settlement conference as soon as possible" because they believe that "there is a strong likelihood of settlement," as stated in the letter, they may request that the assigned magistrate judge to whom the case is being reallotted schedule one, at her discretion, on her calendar.

New Orleans, Louisiana, this ___30th___ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**
**HON. MARTIN L.C. FELDMAN**
**HON. ALMA L. CHASEZ**

2