UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>* |
| PERTAINS TO: MRGO | * SECTION "K" (2)<br>*<br>* JUDGE DUVAL<br>*<br>* MAGISTRATE WILKINSON |

## **UNOPPOSED *EX PARTE* MOTION TO EXCEED PAGE LIMITS**

Washington Group International, Inc. ("WGII") respectfully requests leave, pursuant to L.R. 7.8.1E, to file a Memorandum in Support of its Motion for Summary Judgment in excess of the page limit of 25 pages. WGII will file its Motion for Summary Judgment on October 9, 2008 in accordance with the Court's Order (Rec. Doc. 15069).

Plaintiffs' allegations involve demolition and remediation work that WGII performed for the United States Army Corps of Engineers over the course of several years. In order to provide the Court with the necessary pertinent facts, to fully address plaintiffs' allegations, and to fully brief the legal issues, WGII requests leave to file a memorandum no longer than 90 pages, exclusive of exhibits. WGII respectfully submits that the relief sought herein will assist the Court in its resolution of the motion, and that it will endeavor to refrain from prolixity. In order to further assist the Court in its review and resolution of its motion for

947147v.1

summary judgment, WGII will, simultaneously with the filing of its brief, file an Executive Summary not to exceed 10 pages in length, and will, on or before October 20, 2008, provide the Court with an electronic version of the brief containing hyperlinks to the authorities and exhibits cited.  Plaintiffs' Liaison Counsel has been consulted, and has no opposition to the relief sought herein.

**WHEREFORE**, Washington Group International, Inc. respectfully requests leave, pursuant to L.R. 7.8.1E, to file its Memorandum in Support of its Motion for Summary Judgment in excess of the 25-page limit.

Dated:  October 2, 2008

Respectfully submitted,

*/s/ Heather S. Lonian*
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
    Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

and

Adrian Wager-Zito
Debra S. Clayman
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-3891
Facsimile:   (202) 626-1700

Attorneys for Washington Group International, Inc., a division of URS Corporation

947147v.1

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing Unopposed *Ex Parte* Motion to Exceed Page Limits has been served upon all counsel of record by electronic notice via the Court's CM/ECF system or by placing same in the United States mail, postage prepaid and properly addressed, this 2nd day of October, 2008.

                                          */s/Heather S. Lonian*