UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>* |
| PERTAINS TO: MRGO | * SECTION "K" (2)<br>*<br>* JUDGE DUVAL<br>*<br>* MAGISTRATE WILKINSON |

## O R D E R

Considering the foregoing Unopposed *Ex Parte* Motion to Exceed the Page Limits;

**IT IS ORDERED** that the motion is **GRANTED** and that WGII shall file a memorandum in support of its motion for summary judgment not to exceed 90 pages in length, exclusive of exhibits. WGII's memorandum shall be accompanied by an Executive Summary not to exceed 10 pages in length. On or before October 20, 2008, WGII shall submit a electronic version of its memorandum containing hyperlinks to all exhibits and authorities cited therein.

New Orleans, Louisiana, this _____ day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE

947149v.1