UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182<br>SECTION "K" (2) |
| *severed from Abadie*, 06-5164 | |
| JOSEPHINE COCO,<br>　　　　Plaintiff | CIVIL ACTION<br>No. 07-2417<br>SECTION "K" (2) |
| VS. | |
| STATE FARM FIRE AND CASUALTY<br>COMPANY,<br>　　　　Defendant | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiff, Josephine Coco, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this 2nd day of October, 2008.

_____
USDC JUDGE STANWOOD R. DUVAL, JR.
Section "K," Magistrate: 2

{N0033354}