# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES**<br>**CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br>**NO. 05-4182**<br>**SECTION "K" (2)** |
| *severed from Abadie,* **06-5164** | |
| **PAUL SCALIA**<br>            **Plaintiff** | **CIVIL ACTION**<br>**No. 07-2358**<br>**SECTION "K" (2)** |
| **VS.** | |
| **STATE FARM FIRE AND CASUALTY**<br>**COMPANY,**<br>            **Defendant** | |

**************************************************************************

## ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiff, Paul Scalia, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this _____ day of _____, 2008.


_____
USDC JUDGE STANWOOD R. DUVAL, JR.
Section "K," Magistrate: 2


{N0033832}