UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____ | *<br>*<br>*<br>* | CIVIL ACTION<br><br>NUMBER 05-4182<br>& CONSOLIDATED CASES |
| THIS DOCUMENT RELATES TO<br>LEVEE:  06-5116  (Sims)<br>         06-5127 (DePass)<br>         06-5131 (Bourgeois) | *<br>*<br>*<br>*<br>*<br>* | SECTION "K"<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

### ORDER

Considering the Sewerage and Water Board of New Orleans' Motion for Leave to File Second Supplemental Memorandum In Opposition to Plaintiffs' Motion for Reconsideration:

IT IS ORDERED that defendant's motion for leave is granted, and the Second Supplemental Memorandum is hereby filed.

New Orleans, Louisiana, this  2nd  day of October, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE