UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. |
| | * | NO. 05-4182 |
| | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO: | | MAGISTRATE WILKINSON |
| | * | |
| INSURANCE (McNabb, W. Reid, et al, No. 07-7855) | | |
| | * | |

## MOTION TO DISMISS

COME NOW, W. Reid McNabb and Diane LeBreton McNabb, plaintiffs, appearing herein through undersigned counsel, and on suggesting to the Court that the above consolidated matter bearing Docket No. 07-7855, has been compromised in full and that Plaintiffs desire to dismiss with prejudice the said cause against Liberty Mutual Fire Insurance Company, with each party to bear its own court costs.

Respectfully submitted:

/s/ Jeffery B. Struckhoff
Andrea S. Lestelle
Jeffery Bryan Struckhoff
Terrence Jude Lestelle
Lestelle & Lestelle

1

3421 N. Causeway Blvd., Suite 602
Metairie, LA 70002-3726
504-828-1224

ATTORNEYS FOR PLAINTIFFS, W. REID McNABB and DIANE LeBRETON McNABB

## CERTIFICATE OF SERVICE

     I hereby certify that on October 2, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following to all counsel of record.

/s/ Jeffery B. Struckhoff
.