UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. |
| | * | NO. 05-4182 |
| | * | JUDGE DUVAL |
| _____ | * | |
| PERTAINS TO: | | MAGISTRATE WILKINSON |
| | * | |
| INSURANCE (McNabb, W. Reid, et al, No. 07-7855) | | |
| _____ | * | |

**ORDER OF DISMISSAL**

CONSIDERING THE FOREGOING MOTION TO DISMISS;

IT IS ORDERED by the Court that the above consolidated action bearing Docket No. 07-7855, be and the same is hereby dismissed with prejudice against Liberty Mutual Fire Insurance Company, with each party to bear its own court costs.

New Orleans, Louisiana this ____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE