MINUTE ENTRY
WILKINSON, M.J.
OCTOBER 2, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Combs, 08-1523 | JUDGE DUVAL |
| | MAG. WILKINSON |

At the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, I conducted a conference via telephone on this date. Participating were: Patrick Kehoe, representing plaintiffs; and Gregory Schwab, representing defendant. During the conference, counsel jointly advised the court that both the referenced Combs case and its duplicate, "Combs v. Allstate," C. A. No. 07-3427 "L"(4), have settled, probably subject to Road Home approval. By copy of this minute entry, Judge Duval is advised so that he may enter an appropriate 90-day conditional dismissal order in the referenced Combs case only.

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

MJSTAR:  **0 : 15**