MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 29, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE<br>     Montelongo, 08-1656<br>     Nemeth, 07-3078<br>     Soto, 07-3079<br>     Conerly, 07-3085<br>     Scheuermann, 07-2752<br>     Mitchell, 07-9420<br>     Cospelich Dastugue, 07-2755 | JUDGE DUVAL<br>MAG. WILKINSON |

     I have received from Gregory Schwab, representing defendant Allstate Insurance Company, a supplemental report concerning the above-referenced cases at the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order." Record Doc. No. 13521. Counsel has advised the court that the referenced cases have all been settled, subject to Road Home Program approval. By copy of this minute entry, Judge Duval is advised so that he may enter appropriate 90-day conditional dismissal orders in the referenced cases only.

                                                             JOSEPH C. WILKINSON, JR
                                               UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.

MJSTAR: 0 : 15