# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| | * |
| **IN RE: KATRINA CANAL BREACHES** | * |
| **CONSOLIDATED LITIGATION** | *     **CIVIL ACTION** |
| | * |
| | *     **NO. 05-4182** |
| | *     **and consolidated cases** |
| **PERTAINS TO: BARGE** | * |
| | *     **SECTION "K" (2)** |
| *Parfait Family v. USA*     **07-3500** | * |
| | *     **JUDGE** |
| | *     **STANWOOD R. DUVAL, JR.** |
| | * |
| | *     **MAGISTRATE** |
| | *     **JOSEPH C. WILKINSON, JR.** |
| | * |

## ORDER GRANTING MOTION TO FILE SURREPLY MEMORANDUM

Upon consideration of the motion of Lafarge North America Inc. to file a surreply memorandum in opposition to the Motion to Dismiss filed by the Lake Borgne Levee District, it is hereby ORDERED that the motion is GRANTED. The Clerk is directed to file the SURREPLY MEMORANDUM OF LAFARGE NORTH AMERICA INC. IN OPPOSITION TO THE RULE 12(b)(6) MOTION TO DISMISS FILED BY THE LAKE BORGNE LEVEE DISTRICT.

New Orleans, Louisiana, this 2nd day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE