MINUTE ENTRY
WILKINSON, M.J.
OCTOBER 1, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES　　　　　CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE, Gomez, 07-4536　　　JUDGE DUVAL
　　　　　　　　　　　　　　　　　　　　　　　MAG. WILKINSON

At the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, I conducted a conference via telephone on this date concerning the status of the parties' settlement efforts to date. Participating were: Brian Katz, representing plaintiffs; and William DeJean, representing defendant. Settlement does not appear imminent. Accordingly,

**IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Gomez case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

MJSTAR: 0 : 05

OCT - 1 2008
TRANSFERRED TO
SECT. I   MAG. 4

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby DIRECTED to docket a copy of this order and henceforth all future filings in C.A. No. 07-4536 on the docket of C.A. No. 07-4536, and not on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it back to Section "I" (4), where it was previously allotted before its transfer to this consolidated litigation, for future proceedings in Section "I" (4).

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.
HON. LANCE M. AFRICK

2