LAW OFFICES

# Lozes & Ponder*

*NOT A PARTNERSHIP

1010 Common Street
Suite 1700
New Orleans, LA 70112
(504) 581-4455
FAX (504) 587-9408

Steven M. Lozes
Jeffery P. Lozes
Christopher E. Lozes
Charles M. Ponder, III
‡ Felicien P. Lozes

‡ Of Counsel

E-mail: jlozes@bellsouth.net

September 12, 2008

Honorable Magistrate Joseph C. Wilkinson, Jr.

United States District Court

500 Poydras Street
Room B409
New Orleans, LA  70130

Re:   Robert Mejia & Janine G. Mejia v. Allstate Ins. Co.
      USDC 2006-2786; Sec. S, Mag. 3

Dear Magistrate Judge Wilkinson:

In accordance with the Post-Sher Insurance Umbrella Case Management Order entered by Judge Duval and this Court on June 12, 2008, and on behalf of Allstate Insurance Company ("Allstate"), I hereby request that you set the above-referenced matter for a court-conducted settlement conference as soon as possible. The parties have fully complied with the June 12, 2008 Order and exchanged written offers and counteroffers. In addition, the parties are currently involved in settlement negotiations and Allstate believes that there is a strong likelihood of settlement. As such, Allstate does not believe that it is in either party's interest to set this matter for trial.

Please let me know if you would like any additional information regarding this matter.

Very Truly Yours

Jeffery P. Lozes

cc:   Mr. Kenneth C. Fonte