# GOLDEN & FONTE

A PROFESSIONAL LAW CORPORATION
ATTORNEYS AND COUNSELORS AT LAW
NOTARIES PUBLIC

EDMUND W. GOLDEN, P.L.C.
KENNETH C. FONTE
JOHN A. KOPFINGER, JR.

JOSEPH J. LEPOW
OF COUNSEL

ONE GALLERIA BLVD.
SUITE 1822
METAIRIE, LA. 70001
(504) 849-2600
FAX (504) 849-2615

September 30, 2008

Via Facsimile: (504) 589-7633

Honorable Magistrate Joseph C. Wilkinson, Jr.
United States District Court
500 Poydras Street
Room B409
New Orleans, LA 70130

RE: Robert Mejia & Janine G. Meija v. Allstate Ins. Co
    USDC 2006-2786, Sec. S, Mag. 3

Dear Magistrate Judge Wilkinson:

Pursuant to our telephone conference regarding the progress of settlement negotiations in the captioned matter, please be advised that mediation has been set for Friday, October 3, 2008, at 1:00 P.M. with retired Judge Steven Plotkin.

With warmest regards, I remain

Very truly yours,

GOLDEN & FONTE

KENNETH C. FONTE

KCF/aj
cc: (via facsimile -504-587-9408)
    Jeffrey P. Lozes, Esq.