GERALD J. NIELSEN

THOMAS C. PENNEBAKER
JOHN D. CARTER
WILLIAM T. TREAS
KIM HUONG A. TRAN
JOSEPH J. AGUDA JR.
DOROTHY L. TARVER
ALLEN D. KINCANNON
WILLIAM R. DeJEAN
CHRISTOPHER J. BELL
MICHAEL D. BREININ
BRANDON S. STOCKSTILL

# NIELSEN LAW FIRM, L.L.C.

3838 NORTH CAUSEWAY BOULEVARD
SUITE 2850
METAIRIE, LOUISIANA 70002
PHONE (504) 837-2500
FAX (504) 832-9165
E-MAIL: tpennebaker@nielsenlawfirm.com

JASON M. VERDIGETS
MICHAEL C. WEBER
DOUGLAS K. FOSTER
BRENT M. BURNS
KENNETH M. WAGUESPACK JR
KRISTIE E. LUKE
KEITH M. DETWEILER

Of Counsel
FRANZ L. ZIBILICH
DEANI BEARD MILANO

September 12, 2008

VIA Fax (504) 589-7633

Honorable Magistrate Joseph C. Wilkinson, Jr.
500 Poydras Street
Room B409
New Orleans, LA 70130

RE:  *Patricia B. Mehrtens, as Executrix of the Francis B. Montalbano Estate
v. Louisiana Citizens Fair Plan, et al.*
Policy No.: 87-01806806-2004
USDC-EDLA No. 06-7837, "K" (3)
Our File No.: 8.03.26

Dear Magistrate Judge Wilkinson:

In accordance with the Post-Sher Insurance Umbrella Case Management Order entered by Judge Duval and this Court on June 12, 2008, and on behalf of Hartford Insurance Company ("Hartford"), I hereby request that you set the above-referenced matter for a court-conducted settlement conference before placing same back on the trial docket. The parties have fully complied with the June 12, 2008 Order and exchanged written offers and counteroffers. In addition, the parties are currently involved in settlement negotiations and Hartford believes that there is a strong likelihood of settlement.

Please let me know if you would like any additional information regarding this matter.

Sincerely,

Keith M. Detweiler



RECEIVED
SEP 12 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.