MINUTE ENTRY
WILKINSON, M.J.
OCTOBER 3, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE, Garrison, 07-3393<br>Gordon, 07-3421 | JUDGE DUVAL<br>MAG. WILKINSON |

    I received no report in response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts. Thus, I contacted Scott Jones, counsel for defendant Allstate Insurance Company, by telephone and was advised that settlements of both cases, in which plaintiffs are represented by the Lestelle law firm, have been reached, subject to approval of the Road Home Program. By copy of this minute entry, Judge Duval will be notified so that he may enter appropriate 90-day conditional dismissal orders.

                                                JOSEPH C. WILKINSON, JR.
                                      UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

MJSTAR:  **0:10**