UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CIVIL ACTION NO. 05-04182 |
| KATRINA CANAL | * | |
| BREACHES LITIGATION | * | PERTAINING TO |
| | * | <u>CASE NO. 06-9151</u> |
| | * | |
| | * | SECTION    "K" |
| | * | JUDGE STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |

<u>NOTICE OF HEARING</u>

Please take notice that plaintiffs, Kenneth Jones and Lori James-Jones, Motion for Leave to File Second Supplemental and Amending Complaint will be heard before the Honorable District Judge Stanwood R. Duval, Jr. on the 29th day of October, 2008 at 9:30 a.m.

Respectfully submitted this 3rd day of October, 2008.

BY:        /s/Paul C. Miniclier
Paul C. Miniclier, T.A.  (#17062)
The Law Office of Paul C. Miniclier
1305 Dublin Street
New Orleans, Louisiana 70118
(504) 864-1276; (504)864-1278 fax
Email: pcm@minilaw.net
Attorneys for plaintiffs, Kenneth and Lori James-Jones

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all counsel of record by electronic service through the electronic filing system of the United States District Court for the Eastern District of Louisiana, and/or by U.S. Mail, postage pre-paid.

New Orleans, Louisiana, this 3rd day of October, 2008.

                                              /s/Paul C. Miniclier