# McCranie Sistrunk Anzelmo Hardy Maxwell & McDaniel PC

3445 N. Causeway Blvd.   Suite 800   Metairie, LA 70002
(504) 831-0946   (504) 831-2492 Fax   www.mcsalaw.com

**Sidney J. Hardy**
Direct Dial: (504) 846-8407
E-Mail: shardy@mcsalaw.com

September 23, 2008

Magistrate Judge Joseph C. Wilkinson, Jr.                    **Via Fax (504) 589-7633**
United States District Court, Eastern District of Louisiana
500 Poydras Street, Room B409
New Orleans, Louisiana 70130

  Re: Gilda Morgan, et al v State Farm, USDC Eastern Dist. No. 07-1583
    Georgia Villere v State Farm, USDC Eastern Dist. No. 07-1589

Dear Judge Wilkinson:

  With regard to my letter dated September 16, 2008, as to the status of the Ailes mass action, please be advised that the Gilda Morgan and Georgia Villere cases are not settled. Counsel in these two cases are awaiting approval from their clients and therefore they should be considered "open".

  Thank you for your cooperation in this mater.

    Respectfully,

    Sidney J. Hardy

SJH/sw
cc: Bruce Feingerts, Esq. - via fax 504-568-1521
  Patrick Kehoe, Esq. - via fax 504-588-1954
  William P. Connick, Esq. - 504-838-9903
  Roy F. Amedee, Jr., Esq. - 504-592-8783
  Andrea S. Lestelle, Esq. - 504-828-1229
  J. Van Robichaux, Jr., Esq. - 504-282-6298
  Randy J. Ungar, Esq. - 504-566-1652
  Allan Berger, Esq. - 504-483-8130



RECEIVED

SEP 23 2008

CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.