UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:     INSURANCE<br>                 <u>Cospelich Dastugue,</u>  07-2755 | SECTION "K"(2) |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise subject to Louisiana Recovery Authority/Road Home Program approval,

**IT IS ORDERED** that this action be and it is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 90 (ninety) days, to reopen the action or seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time.  The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this   2nd   day of October, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE