UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION<br><br>NO. 05-4182<br>and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*  05-5531<br>*Mumford v. Ingram*  05-5724<br>*Lagarde v. Lafarge*  06-5342<br>*Perry v. Ingram*  06-6299<br>*Benoit v. Lafarge*  06-7516<br>*Parfait Family v. USA*  07-3500 | * * * * * * * * | JUDGE<br>STANWOOD R. DUVAL, JR.<br><br>MAGISTRATE<br>JOSEPH C. WILKINSON, JR. |

**MEMORANDUM IN SUPPORT OF LAFARGE NORTH AMERICA INC.'S
MOTION TO CONTINUE HEARING ON THIRD-PARTY DEFENDANTS'
<u>MOTIONS FOR SUMMARY JUDGMENT</u>**

Lafarge North America Inc. ("LNA") respectfully moves for an Order continuing hearing on the Motions for Summary Judgment filed by Third-Party Defendants Orleans Levee District[1] and the Board of Commissioners of the Port of New Orleans[2] ("Dock Board"), which are currently set for hearing on October 15, 2008. Because the current deadline for LNA to oppose

---

[1] Doc. No. 15059
[2] Doc. No. 14710

1174419-1

these motions is October 7, 2008, LNA respectfully requests expedited consideration of this motion.

Third-Party Defendants' Motions for Summary Judgment rely exclusively upon the argument that the Barge Plaintiffs' underlying claims against LNA do not fall within this Court's admiralty jurisdiction. In support of this argument, Third-Party Defendants rely heavily on Barge Plaintiffs' alleged failure to designate their claims as admiralty and/or maritime claims pursuant to Rule 9(h) of the Federal Rules of Civil Procedure. While LNA does not agree that Barge Plaintiffs' failure to make a Rule 9(h) designation would require the dismissal of LNA's claims against the Third-Party Defendants, a finding that the Barge Plaintiffs have invoked the Court's admiralty and maritime jurisdiction would render Third-Party Defendants' Motions for Summary Judgment moot.

Barge Plaintiffs have filed a Motion for Leave to File a Seventh Amended Consolidated Class Action Complaint for Damages, in which they expressly designate their claims against LNA as admiralty and maritime claims pursuant to Rule 9(h).[3] The hearing on the Barge Plaintiffs' Motion for Leave to Amend is currently set for October 15, 2008, the same day as the hearing on Third-Party Defendants' Motions for Summary Judgment, and after the deadline for LNA's opposition to Third-Party Defendants' Motions for Summary Judgment. Because the resolution of Barge Plaintiffs' Motion for Leave to Amend will have a potentially dispositive effect on third-party defendants' Motions for Summary Judgment, LNA respectfully requests that this Court continue the hearing on Third Party Defendants' Motions for Summary Judgment to November 12, 2008. This will allow the Court to decide the Summary Judgment Motions within the proper context, namely with Barge Plaintiffs' claims against LNA in their final form.

---

[3] Doc. No. 15356.

1174419-1                           2

Additionally, Rule 56(f) supports a continuance of the hearing Third-Party Defendants' Motions for Summary Judgment. Rule 56(f) allows for a court to order a continuance of a motion for summary judgment if the party opposing the motion cannot present facts essential to justify its opposition. LNA's requested continuance is designed to enable, *inter alia,* the taking of depositions. Specifically, Third-Party Defendant Dock Board, has not yet been deposed in these consolidated matters. The Dock Board's 30(b)(6) deposition is currently scheduled for October 22, 2008[4] in the MRGO track. A continuance is necessary to allow LNA to develop sworn testimony from the Dock Board to present in opposition to the Third-Party Defendants' Motion for Summary Judgment.

WHEREFORE, LNA respectfully requests that its Motion to Continue Hearing on Third-Party Defendants' Motions for Summary Judgment be granted.

Respectfully submitted,

/s/Derek A. Walker
Derek A. Walker (#13175)
Robert B. Fisher, Jr., (#5587)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
Walker@chaffe.com

John D. Aldock
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4240

---

[4] Doc. 15188.

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715
*Attorneys for Lafarge North America Inc.*

## Certificate of Service

I hereby certify that I have on this 3rd day of October, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/s/ Derek A. Walker