**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  KATRINA CANAL BREACHES                         CIVIL ACTION
CONSOLIDATED LITIGATION
                                                        NO. 05-4182

PERTAINS TO:      INSURANCE
                  <u>Nemeth,</u>  07-3078                SECTION "K"(2)

<u>ORDER OF DISMISSAL</u>

The Court having been advised by counsel for the parties that all of the parties to this

action have firmly agreed upon a compromise subject to Louisiana Recovery Authority/Road

Home Program approval,

**IT IS ORDERED** that this action be and it is hereby dismissed without costs and

without prejudice to the right, upon good cause shown within 90 (ninety) days, to reopen the

action or seek summary judgment enforcing the compromise if settlement is not consummated

within a reasonable time.  The Court retains jurisdiction for all purposes, including enforcing the

settlement agreement entered into by the parties.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE
BEEN SUBPOENAED, <u>EVERY</u> <u>WITNESS</u> MUST BE
NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this __2nd__ day of October, 2008.

_____
        **STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**