UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*    05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. Lafarge*   06-5342 | * | JUDGE |
| *Perry v. Ingram*     06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*    06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * * * | MAGISTRATE JOSEPH C. WILKINSON, JR. |

**MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION OF LAFARGE NORTH AMERICA INC. FOR EXPEDITED HEARING OF MOTION TO CONTINUE HEARING ON THIRD-PARTY DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

Lafarge North America Inc. ("LNA") respectfully submits this Memorandum in Support of its *Ex Parte* Motion for Expedited Hearing of its Motion to Continue Hearing on Third-Party Defendants' Motions for Summary Judgment.

An expedited hearing is necessary because LNA's oppositions to the Orleans Levee District and the Board of Commissioners for the Port of New Orleans' ("Dock Board") Motions

1174536-1

for Summary Judgment[1] are due to be filed on or before October 7, 2008, which is before this Court's next available hearing date, and is also before the hearing on the Barge Plaintiffs' Motion for Leave to Amend their Complaint. LNA intends to file its opposition to the Third-Party Defendants' Motions for Summary Judgment in the event that the requested continuance is not granted on or before this Monday, October 6, 2008. However, as more fully explained in LNA's Motion to Continue Hearing, the Court's ruling on Barge Plaintiffs' Motion for Leave to Amend their Complaint will greatly effect LNA's and Third-Party Defendants' positions with respect to these Motions for Summary Judgment, and may make Third-Party Defendants' arguments moot. It is essential that LNA know before October 6, 2008 whether its Motion to Continue Hearing will be granted. Otherwise, LNA will be forced, out of an abundance of caution, to fully brief and file its oppositions to Third-Party Defendants' Motions for Summary Judgment. As the Court's ruling on Barge Plaintiffs' Motion to Amend may resolve the issues raised in Third-Party Defendants' Motions for Summary Judgment, judicial economy will be served by this Court's expedited consideration of LNA's Motion to Continue Hearing.

WHEREFORE, LNA respectfully requests this Honorable Court grant the instant Motion for Expedited Hearing.

Respectfully submitted,

/s/Derek A. Walker
Derek A. Walker (#13175)
Robert B. Fisher, Jr., (#5587)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
Walker@chaffe.com

---

[1] Doc. Nos. 15059 and 14710.

John D. Aldock
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715
*Attorneys for Lafarge North America Inc.*

## Certificate of Service

I hereby certify that I have on this 3rd day of October, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/s/ Derek A. Walker