UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br>and consolidated cases |
| PERTAINS TO: BARGE | SECTION "K" (2) |
| *Boutte v. Lafarge*         05-5531<br>*Mumford v. Ingram*      05-5724<br>*Lagarde v. Lafarge*       06-5342<br>*Perry v. Ingram*           06-6299<br>*Benoit v. Lafarge*         06-7516<br>*Parfait Family v. USA*   07-3500 | JUDGE<br>STANWOOD R. DUVAL, JR.<br><br>MAGISTRATE<br>JOSEPH C. WILKINSON, JR. |

## O R D E R

Upon consideration of the *Ex Parte* Motion of Lafarge North America Inc. for Expedited Hearing of its Motion to Continue Hearing of Third-Party Defendants' Motions for Summary Judgment,

**IT IS HEREBY ORDERED** that the Motion for Expedited Hearing is GRANTED.

LNA's Motion to Continue Hearing shall be brought for hearing before the Honorable Stanwood R. Duval, Jr., United States District Judge on the October 6, 2008 at 9:30 a.m.

New Orleans, Louisiana this ____ day of October, 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge

1174536-1