UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: | | |
| KATRINA CANAL BREACHES | § | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | § | |
| | § | SECTION "K" |
| | § | |
| PERTAINS TO:  INSURANCE | § | JUDGE DUVAL |
| | § | |
| | § | MAGISTRATE NO. 2 |
| STACY BISHOP, et al        NO.:  07-2748 | § | |
| | § | MAGISTRATE WILKINSON |
| VERSUS | § | |
| | § | |
| ALLSTATE INDEMNITY COMPANY | § | |
| | § | |

**RULE 41(a) JOINT STIPULATION OF
VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW, the Plaintiffs, Stacy Bishop and Victor Marino, as well as Defendant, Allstate Insurance Company, through undersigned counsel and who hereby stipulate to the dismissal of the above-captioned matter, no. 07-2748, with prejudice.

WHEREFORE, the Plaintiffs, Stacy Bishop and Victor Marino, and Defendant, Allstate Insurance Company pray that this Rule 41 (a) Joint Stipulation of Dismissal with Prejudice will be deemed good and sufficient and the Court will sign the attached Order.

Respectfully submitted,

*/s/ Gregory J. Schwab*
**GREGORY J. SCHWAB #21075**
100 Ramey Road, Suite B
Houma, Louisiana 70360
Telephone: (985) 223-4457
Facsimile:  (985) 851-5051
E-mail: gjschwab@exceedtech.net
Attorney for Allstate

1

FEINGERTS & KELLY

*/s/ Bruce L. Feingerts*
**Bruce L. Feingerts (No. 5499)**
One Canal Place – Suite 2700
365 Canal Street
New Orleans, Louisiana 70130
Telephone: (504) 568-1515
Attorney for Plaintiffs