MINUTE ENTRY
WILKINSON, M.J.
OCTOBER 3, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, <u>Andante</u>, 07-4783 | JUDGE DUVAL<br>MAG. WILKINSON |

     I received no report in response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts. Thus, I conducted a conference via telephone on this date. Participating were: Wanda Edwards, representing plaintiffs; and Kelley Collins, representing defendant. During the conference, counsel jointly advised the court that a settlement has been confirmed in the referenced <u>Andante</u> case. By copy of this minute entry, Judge Duval is advised so that he may enter an appropriate 60-day conditional dismissal order in the referenced <u>Andante</u> case only.

**CLERK TO NOTIFY:**  JOSEPH C. WILKINSON, JR.
**HON. STANWOOD R. DUVAL, JR.**  UNITED STATES MAGISTRATE JUDGE

MJSTAR:  **0 : 10**