UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE, Morgan, 07-1583 | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER

**IT IS ORDERED** that a telephone conference to discuss the status of settlement discussions is hereby set in the referenced Morgan case before me on **October 16, 2008 at 3:00 p.m.**  Sidney Hardy, counsel for defendant, and Brent Klibert, counsel for plaintiffs, must participate in the conference by calling my chambers at 504-589-7630 at the designated time.

New Orleans, Louisiana, this __3rd__ day of October, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**(1)  Brent A. Klibert by email at brent@klibertlaw.com**
**(2) Sidney Hardy by email at shardy@mcsalaw.com**