MINUTE ENTRY
WILKINSON, M.J.
OCTOBER 3, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
       CONSOLIDATED LITIGATION
                                                  NO. 05-4182 "K" (2)

PERTAINS TO:  MRGO, Robinson 06-2268            JUDGE DUVAL
                                                          MAG. WILKINSON

     At the request of counsel, a telephone conference was conducted on this date concerning a deposition dispute. Participating were: Joseph Bruno, representing plaintiffs; Robin Smith, representing defendant. Counsel and the witness were instructed on the record before the deposition court reporter to ask questions, provide answers and cease their needless bickering. Any real dispute about the adequacy of the testimony or witness designation or the propriety of the questioning is reserved for determination on written motion, if necessary.

**CLERK TO NOTIFY:**                                    JOSEPH C. WILKINSON, JR.
**HON. STANWOOD R. DUVAL, JR.**              UNITED STATES MAGISTRATE JUDGE

MJSTAR: **0 : 05**