UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: | |
| *Jefferson*, 07-8947 | SECTION "K"(2) |

### ORDER

Before the Court is Defendant Scottsdale Insurance Company's Motion for Misjoinder and to Sever Claims (Doc. 15288). This motion was filed in the above-referenced case. However, this **identical** suit was removed twice. The first removal was obtained by Allstate Insurance Company's on November 16, 2007 when it removed from the Civil District Court for the Parish of Orleans, Civ. Action No. 2007-09731- I-14 to this Court. The case was assigned to Judge Berrigan and eventually was transferred for consolidation with *In re Katrina Canal Breaches Consolidated Litigation* on December 12, 2007. On September 18, 2008, it was determined that the settlement evaluation process provided in the Post-*Sher* Insurance Umbrella Case Management order (Doc. 13521) was terminated, and the matter was transferred to Judge Berrigan for further proceedings.

The second removal was obtained by Scottsdale Insurance Company on November 16, 2007 as well. As noted, the identical suit was removed and given another case number in the Eastern District of Louisiana, that being C.A. No. 07-8947. That case was not transferred into the umbrella until September 24, 2008–after the first filed suit was de-consolidated. The instant

motion was filed therein on September 24, 2008. As this case is duplicative and was not properly removed in that all defendants are suppose to coordinate with said removal, the Court finds that this case should be dismissed without prejudice as duplicative and the instant motion should be filed in C.A. No. 07-8880. Accordingly,

**IT IS ORDERED** that the suit, *Mervin Jefferson, et al. v. Louisiana Citizens Property, et al.*, C.A. No. 07-8947 is **DISMISSED without prejudice as being duplicative of *Mervin Jefferson, et al. v. Louisiana Citizens Property, et al.*, C.A. No. 07-8880 "C"(4)**.

**IT IS FURTHER ORDERED** that the Motion for Misjoinder and to Sever Claims filed herein must be refiled in *Mervin Jefferson, et al. v. Louisiana Citizens Property, et al.*, C.A. No. 07-8880 "C"(4).

New Orleans, Louisiana, this  2nd  day of October, 2008.

 STANWOOD R. DUVAL, JR.
 UNITED STATES DISTRICT COURT JUDGE

**CLERK TO NOTIFY:**
**MAG. JUDGE WILKINSON**