PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FWS | 001 | FWS-001-000000001 | FWS-001-000000189 | United States Department of Agriculture; US Forest Service | Samuel Lambert | KC912 | 10/3/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | FIA LA State Publications |
| NED | 270 | NED-270-000000001 | NED-270-000004601 | USACE;MVD;MVN; CEMVN-ED-F | Robert Brooks | KC912 | 10/3/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | MRGO Levee Report - Evaluation of Repairs and Improvements |
| NPM | 152 | NPM-152-000000001 | NPM-152-000000006 | USACE;MVD;MVN; CEMVN-PM | Suzanne Hawes | KC912 | 10/3/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | MRGO Committee Notes |
| NPM | 153 | NPM-153-000000001 | NPM-153-000000139 | USACE;MVD;MVN; CEMVN-PM-OR | Gregory Miller | KC912 | 10/3/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | MRGO Bank Erosion Draft |
| NPM | 154 | NPM-154-000000001 | NPM-154-000000046 | USACE;MVD;MVN; CEMVN-PM-OR | Gregory Miller | KC912 | 10/3/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Ship Wake Study |
| NPM | 155 | NPM-155-000000001 | NPM-155-000000002 | USACE;MVD;MVN; CEMVN-PM-OR | Gregory Miller | KC912 | 10/3/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-mails regarding pre-Katrina MRGO Re-evaluation |
| SPJ | 001 | SPJ-001-000000001 | SPJ-001-000000020 | St. Bernard Police Jury | Police Jury; St. Bernard Parish, LA | KC912 | 10/3/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | St. Bernard Police Jury Committee Meeting Minutes |
| ENF | 015 | ENF-015-000000001 | ENF-015-000000006 | United States Environmental Protection Agency; Water Quality Protection Division; Region 6 | Ricardo Lopez | KC913 | 10/3/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from United States Environmental Protection Agency |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| ENF | 016 | ENF-016-000000001 | ENF-016-000000007 | United States Environmental Protection Agency; Water Quality Protection Division; Region 6 | Ricardo Lopez | KC914 | 10/3/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from United States Environmental Protection Agency |
| ENF | 017 | ENF-017-000000001 | ENF-017-000000007 | United States Environmental Protection Agency; Water Quality Protection Division; Region 6 | Barbara Keeler | KC915 | 10/3/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from United States Environmental Protection Agency |
| ENF | 018 | ENF-018-000000001 | ENF-018-000000004 | United States Environmental Protection Agency; Water Quality Protection Division; Region 6 | Patricia Taylor | KC916 | 10/3/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from United States Environmental Protection Agency |
| ENF | 019 | ENF-019-000000001 | ENF-019-000000003 | United States Environmental Protection Agency; Water Quality Protection Division; Region 6 | Tim Landers | KC917 | 10/3/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from United States Environmental Protection Agency |
| ENF | 020 | ENF-020-000000001 | ENF-020-000000501 | United States Environmental Protection Agency; Water Quality Protection Division; Region 6 | Patricia Taylor | KC918 | 10/3/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from United States Environmental Protection Agency |