**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NO. 05-4182** |
| **PERTAINS TO: MRGO** | **SECTION "K"(2)** |

**ORDER**

Before the Court is an Unopposed Ex Parte Motion to Exceed Page Limits (Doc. 15669) filed by Washington Group International, Inc. ("WGII")  Each time the Court has granted permission to exceed the 25 page limit, especially when the request is for 50 pages or more, the Court has mentally edited each pleading finding invariably repetition, diversion from salient issues and lack of focus.  If sufficient time and thought are utilized in crafting a legal "brief", it can and should be more incisive.  As stated by The Bard, "He draweth out the thread of his verbosity finer than the staple of his argument."  Shakespeare, *Love Labors Lost, V, i,* 18.

However, because of the complex nature of this motion, the Court will allow WGII some latitude.  Accordingly,

**IT IS ORDERED** the Unopposed Ex Parte Motion to Exceed Page Limits (Doc. 15669) is **GRANTED** and that WGII shall file a memorandum in support of its motion for summary judgment not to exceed 60 pates in length, exclusive of exhibits.  WGII's memorandum shall be accompanied by an Executive Summary not to exceed 8 pages in length.  On or before October

20, 2008, WGII shall submit an electronic verison of its memorandum containing hyperlinks to all exhibits and authorities cited therein.

    New Orleans, Louisiana, this  3rd  day of October, 2008.

                                  **STANWOOD R. DUVAL, JR.**
                         **UNITED STATES DISTRICT COURT JUDGE**