UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | ) ) ) | CIVIL ACTION NO.:     05-CV-4182 |
| | ) | SECTION  "K" |
| _____ | ) | JUDGE STANWOOD R. DUVAL, JR. |
| *PERTAINS TO:* | ) | |
| *Andante, LLC, Calvin C. Fayard, Jr., et al.* | ) | MAG. "M2" |
| *vs. AIG Private Client Group* | ) | MAGISTRATE JOSEPH C. WILKINSON, JR. |
| *Case No.: 07-CV-4783* | ) | |

### VOLUNTARY MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come Andante, LLC, Calvin C. Fayard, Jr., and Frances Fayard, plaintiffs herein, who, pursuant to Fed. R. Civ. P. 41 move to dismiss the above-entitled matter with prejudice, each party to bear its own respective costs.

    Respectfully submitted,
    /s/ Calvin C. Fayard, Jr.
    Wanda J. Edwards, #27448
    Calvin C. Fayard, Jr., #5486
    Fayard and Honeycutt, APC
    519 Florida Avenue, SW
    Denham Springs, Louisiana  70726
    Telephone: 225/664-4193
    *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of October, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Robert I. Siegel, Esq.
Margaret L. Sunkel, Esq.
Kelley Strain Collins, Esq.
Gieger, Laborde & Laperouse
701 Poydras St., Ste. 4800
New Orleans, LA 70139
  *Counsel for Defendant*

        <u>Calvin C. Fayard, Jr.</u>
        Calvin C. Fayard, Jr.