## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | ) ) ) ) | **CIVIL ACTION NO.:**     **05-CV-4182**<br><br>**SECTION  "K"**<br>**JUDGE STANWOOD R. DUVAL, JR.** |
| **PERTAINS TO:** *Andante, LLC, Calvin C. Fayard, Jr., et al. vs. AIG Private Client Group Case No.: 07-CV-4783* | ) ) ) ) | **MAG. "M2"**<br>**MAGISTRATE JOSEPH C. WILKINSON, JR.** |

## ORDER

CONSIDERING the foregoing Motion to Dismiss,

IT IS ORDERED, that all claims of plaintiffs, Andante, L.L.C., Calvin C. Fayard, Jr., and

Frances Fayard, be, and they are hereby, dismissed, with prejudice, each party to bear its own

respective costs.

New Orleans, Louisiana, this _____ day of _____, 2008

_____
U.S. DISTRICT JUDGE