UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO.  05-4182 (K)(2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| | § | |
| PERTAINS TO:     INSURANCE | § | |
| *Kiefer, et al. v. Allstate, et al.*   06-5370 | § | |
| As to Bryant Anthony only | § | |
| | § | |

MOTION FOR LIMITED REOPENING
OF CASE TO DISMISS CLAIMS OF BRYANT ANTHONY

NOW INTO COURT, through undersigned counsel, comes plaintiff Bryant Anthony, who

respectfully requests that his claim against defendant Louisiana Citizens be dismissed from *Kiefer,*

et al. *v. Allstate*, et al. without prejudice to any other lawsuit, complaint, or proceeding in which

Bryant Anthony has asserted a claim against Louisiana Citizens.  This Motion seeks the limited

ruling that Bryant Anthony's claim in the above named and captioned litigation only be dismissed.

Accordingly, plaintiff moves this Court for an entry of an order to (1) reopen the *Kiefer, et al.*

proceeding, No. 06-5370, with respect to Louisiana Citizens for the limited purpose of addressing

this Motion, and (2) dismiss, and at each party's cost, all claims asserted by plaintiff Bryant Anthonyt

against Louisiana Citizens in the *Kiefer* complaint.   Plaintiff Bryant Anthony is represented by

another firm, namely The Law Office of Joseph M. Bruno.  Plaintiff's motion is not intended to encompass any other claims asserted by Bryant Anthony against Louisiana Citizens in any other pending or settled litigation.

Defense counsel has been contacted and has no opposition to the dismissal of Bryant Anthony's claims against Louisiana Citizens pending in the *Kiefer* complaint only.

**WHEREFORE,** plaintiff Bryant Anthony requests that this Court enter an order as set forth above.

Respectfully submitted,

/s/ Calvin C. Fayard, Jr.
Wanda J. Edwards, #27448
Calvin C. Fayard, Jr., #5486
Fayard and Honeycutt, APC
519 Florida Avenue, SW
Denham Springs, Louisiana  70726
Telephone:  225/664-4193

and

Peyton P. Murphy, #22125
7035 Jefferson Highway
Baton Rouge, LA 70806
(225) 928-8800

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in the captioned matter.

/s/   Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr.
