UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO:   INSURANCE *Kiefer, et al. v. Allstate, et al.*   06-5370 As to Bryant Anthony only | |

## ORDER

**IT IS ORDERED** that the above entitled and numbered cause which is administratively stayed, be opened for the limited purposes expressed herein; and

**IT IS FURTHER ORDERED** that the above entitled and numbered cause be and it hereby is dismissed only as to plaintiff Bryant Anthony and his claims against his insurer and defendant Louisiana Citizens, as to all demands, all parties to bear their own costs, but only to the claims asserted in the above entitled and numbered cause, and without prejudice to any other claim pending in any other lawsuit.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE