UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, Robinson, No. 06-2268 | § | |
| _____ | § | |

## UNITED STATES' MOTION TO STRIKE AND EXPUNGE DEPOSITION TESTIMONY AND EXHIBIT

NOW INTO COURT comes the defendant United States of America which respectfully moves the Court for an order striking and expunging the portions of Greg Breerwood's deposition transcript at which plaintiffs' counsel read into the record protected United States Army Corps of Engineers' (Corps) documents, and ordering the destruction of the Corps' privileged documents that are attached to the transcript.

In support of this motion, the Court is respectfully referred to the United States'

Memorandum in Support of Motion to Strike and Expunge Deposition Testimony and Exhibit, the exhibits submitted herewith, and the entire record.

     A proposed Order is attached hereto.

                                  Respectfully submitted,

                                  GREGORY G. KATSAS
                                  Assistant Attorney General

                                  PHYLLIS J. PYLES
                                  Director, Torts Branch

                                  JAMES G. TOUHEY, JR.
                                  Assistant Director, Torts Branch

                                  _s/ James F. McConnon, Jr._
                                  JAMES F. McCONNON, JR.
                                  Trial Attorney, Torts Branch, Civil Division
                                  U.S. Department of Justice
                                  Benjamin Franklin Station, P.O. Box 888
                                  Washington, D.C.  20044
                                  (202) 616-4400/ (202) 616-5200 (Fax)
                                  Attorneys for the United States

Dated: October 3, 2008

## CERTIFICATE OF SERVICE

I, James F. McConnon, Jr., hereby certify that on October 3, 2008, I served a true copy of the "United States' Motion to Strike and Expunge Deposition Testimony and Exhibit" upon all parties by ECF.

     *s/ James F. McConnon, Jr.*
     JAMES F. McCONNON, JR.