**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ § | | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, Robinson, No. 06-2268 | § | |
| _____ § | | |

**ORDER**

Having considered defendant United States of America's Motion to Strike and Expunge

Deposition Testimony and Exhibit, and for good cause shown, it is hereby ORDERED that

defendant's Motion is hereby GRANTED.  The Corps' documents at Bates range NED-187-

000000377 through NED-187-000000378 attached as part of Exhibit 7 to the July 10, 2008

deposition transcript of Greg Breerwood is stricken and all copies of the documents are to be

destroyed.  Moreover, the parts of the deposition transcript at line 21, pg. 77 thru line 4, pg. 78

are to be stricken and expunged from the deposition transcript.

New Orleans, Louisiana, this _____ day of _____, 2008.


_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE