UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, Robinson, No. 06-2268 | § | |
| _____ | § | |

NOTICE OF HEARING RE: UNITED STATES' MOTION TO
STRIKE AND EXPUNGE DEPOSITION TESTIMONY AND EXHIBIT

**PLEASE TAKE NOTICE** that the defendant United States of America on Wednesday, October 22, 2008 at 11:00 a.m. at the United States District Courthouse, Court Room B421, 500 Poydras Street, New Orleans, Louisiana, and before U.S. Magistrate Judge Joseph C. Wilkinson,

Jr., will bring on for hearing the United States' Motion to Strike and Expunge Deposition Testimony and Exhibit.

                    Respectfully submitted,

                    GREGORY G. KATSAS
                    Assistant Attorney General

                    PHYLLIS J. PYLES
                    Director, Torts Branch

                    JAMES G. TOUHEY, JR.
                    Assistant Director, Torts Branch

                     s/ James F. McConnon, Jr.
                    JAMES F. McCONNON, JR.
                    Trial Attorney, Torts Branch, Civil Division
                    U.S. Department of Justice
                    Benjamin Franklin Station, P.O. Box 888
                    Washington, D.C.  20044
                    (202) 616-4400 / (202) 616-5200 (Fax)
                    Attorneys for the United States

Dated: October 3, 2008

## CERTIFICATE OF SERVICE

      I, James F. McConnon, Jr., hereby certify that on October 3, 2008, I served a true copy of "Notice of Hearing Re: United States' Motion to Strike and Expunge Deposition Testimony and Exhibit" upon all counsel of record by ECF, electronic mail, or first class mail.

                                */s/ James F. McConnon, Jr.*
                                James F. McConnon, Jr.