UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: KATRINA CANAL BREACHES** § | CIVIL ACTION |
| **CONSOLIDATED LITIGATION** § | NO. 05-4182 (K)(2) |
| § | JUDGE DUVAL |
| § | MAG. WILKINSON |
| § | |
| § | |
| **PERTAINS TO: INSURANCE** § | |
| *Kiefer, et al. v. Allstate, et al.* 06-5370 § | |
| As to Plaintiffs Wilson and Breeda Thompson only § | |
| § | |

## MOTION FOR LIMITED REOPENING
## OF CASE TO DISMISS CLAIMS OF WILSON AND BREEDA THOMPSON

NOW INTO COURT, through undersigned counsel, come plaintiffs Wilson and Breeda Thompson, who respectfully request that their claim against defendant Allstate Insurance Company be dismissed from *Kiefer*, et al. *v. Allstate*, et al. as Wilson and Breeda Thompson do not wish to proceed to prosecute the claims made in the complaint. This Motion seeks the limited reopening of the *Kiefer* case to dismiss Wilson and Breeda Thompson's claim in the above named and captioned litigation. Accordingly, plaintiffs move this Court for an entry of an order to (1) reopen the *Kiefer, et al.* proceeding, No. 06-5370, with respect to Allstate Insurance Company for the limited purpose of addressing this Motion, and (2) dismiss, and at each party's cost, all claims asserted by plaintiffs Wilson and Breeda Thompson against Allstate Insurance Company in the

*Kiefer* complaint.

Defense counsel has been contacted and has no opposition to the dismissal of Wilson and Breeda Thompson's claims against Allstate Insurance Company pending in the *Kiefer* complaint.

**WHEREFORE,** plaintiffs Wilson and Breeda Thompson request that this Court enter an order as set forth above.

Respectfully submitted,

/s/ Calvin C. Fayard, Jr.
Wanda J. Edwards, #27448
Calvin C. Fayard, Jr., #5486
Fayard and Honeycutt, APC
519 Florida Avenue, SW
Denham Springs, Louisiana 70726
Telephone: 225/664-4193

and

Peyton P. Murphy, #22125
7035 Jefferson Highway
Baton Rouge, LA 70806
(225) 928-8800

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in the captioned matter.

/s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr.