UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, Robinson, No. 06-2268 | § | |
| | § | |

**UNITED STATES' EX PARTE/CONSENT MOTION
TO FILE EXHIBIT 1 UNDER SEAL**

NOW INTO COURT comes the defendant United States of America which respectfully moves the Court to file under seal for Court review *in camera* Exhibit 1 which is the July 10, 2008 deposition transcript with Exhibit 7 of retired United States Army Corps of Engineers' employee Greg Breerwood.  The deposition transcript with Exhibit 7 are the subject of the United States' Motion to Strike and Expunge Deposition Testimony and Exhibit.  See Doc. Rec. No. 15743.

In support of this motion, the Court is respectfully referred to the United States' Memorandum in Support of Ex Parte/Consent Motion to File Exhibit 1 Under Seal and the entire record.

The undersigned counsel certifies that plaintiffs' counsel has been consulted and

consented to the United States filing Exhibit 1 under seal.

A proposed Order is attached hereto.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400/ (202) 616-5200 (Fax)
Attorneys for the United States

Dated: October 3, 2008

## CERTIFICATE OF SERVICE

I, James F. McConnon, Jr., hereby certify that on October 3, 2008, I served a true copy of the "Defendant United States' Ex Parte/Consent Motion to File Exhibit 1 Under Seal" upon all parties by ECF.

    s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.