UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, Robinson, No. 06-2268 | § | |
| _____ | § | |

## ORDER

Good cause exists to file under seal the United States' Exhibit 1 to its Memorandum in Support of Motion to Strike and Expunge Deposition Testimony and Exhibit, Doc. Rec. No. 15743, which is the July 10, 2008 Greg Breerwood deposition transcript with Exhibit 7. Two pages of Exhibit 7 and parts of the transcript contain communications to which the United States asserts the attorney-client privilege. The United States represents that plaintiffs' counsel has no objection to filing the exhibit under seal. Accordingly, the Clerk of Court is directed to file under seal the United States' Exhibit 1, pending further order of the Court.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE