UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>* | CIVIL ACTION |
| | *<br>* | NO. 05-4182 |
| PERTAINS TO:  BARGE | *<br>* | and consolidated cases |
| | *<br>* | SECTION "K"  (2) |
| *Boutte v. Lafarge*           05-5531<br>*Mumford v. Ingram*       05-5724<br>*Lagarde v. Lafarge*        06-5342<br>*Perry v. Ingram*              06-6299<br>*Benoit v. Lafarge*           06-7516<br>*Parfait Family v. USA*   07-3500<br>*Lafarge v. USA*              07-5178 | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | JUDGE<br>STANWOOD R. DUVAL, JR.<br><br>MAG. JOSEPH C. WILKINSON, JR. |

# BARGE PLAINTIFFS' MOTION TO WITHDRAW ADELE RAPPORT, ALAN FUCHSBERG, AND LESLIE KELMACHTER AS COUNSEL, AND TO WITHDRAW LESLIE KELMACHTER FROM THE BARGE P.S.L.C.

Barge plaintiffs hereby move to withdraw Adele Rapport, Alan Fuchsberg, and Leslie Kelmachter as co-counsel for Barge plaintiffs, and to withdraw Leslie Kelmachter from the Barge P.S.L.C., with any entitlement to an award of fees and expenses for their services reserved until after a determination on the merits.  A Memorandum in support and proposed form of Order are attached.

Respectfully submitted,

/s/_____
SHAWN KHORRAMI  (CA Bar #180411)
DYLAN POLLARD  (CA Bar #180306)
H. SCOTT LEVIANT  (CA Bar #200834)
MATT BAILEY  (CA Bar #218685)
444 S. Flower St., Thirty-Third Floor
Los Angeles, California 90071
    Telephone:   (213) 596-6000
    Facsimile:    (213) 596-6010
    skhorrami@kpalawyers.com
    dpollard@kpalawyers.com
    hsleviant@kpalawyers.com
    mbailey@kpalawyers.com

/s/ Brian A. Gilbert
Brian A. Gilbert, Esq. (21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
    Telephone: (504) 885-7700
    Telephone: (504) 581-6180
    Facsimile: (504) 581-4336
    e-mail: bgilbert@briangilbertlaw.com

/s/ Lawrence D. Wiedemann,
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
    Telephone: (504) 581-6180
    Facsimile: (504) 581-4336
    e-mail: lawrence@wiedemannlaw.com,
    karl@wiedemannlaw.com, karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
    Telephone: 504-834-0646
    e-mail: pistols42@aol.com

/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
    Voice: 202-862-4320
    Cell:    202-549-1454
    Facsimile:  800-805-1065 and 202-828-4130
    e-mail: rick@rickseymourlaw.net,

/s/ Alan L. Fuchsberg
Alan L. Fuchsberg, Esq.(N.Y.S.B.A. #1755966)
Leslie Kelmachter, Esq.(N.Y.S.B.A. #1795723)
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
45th Floor
New York, NY 10110-0002
    Telephone: 212-869-3500 ext. 235
    Facsimile:  212-398-1532
    e-mail: a.fuchsberg@fuchsberg.com,
    l.kelmachter@fuchsberg.com

Dated: October 4, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by ECF upload, or by facsimile or e-mail or First Class mail, this 4th day of October, 2008.

      /s/ Richard T. Seymour
      Richard T. Seymour
      Law Office of Richard T. Seymour, P.L.L.C.
      1150 Connecticut Avenue N.W., Suite 900
      Washington, D.C.  20036-4129
         Voice: 202-862-4320
         Cell:   202-549-1454
        Facsimile:  800-805-1065 and 202-828-4130
        e-mail: rick@rickseymourlaw.net