UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*   05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. Lafarge*   06-5342 | * | JUDGE |
| *Perry v. Ingram*   06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*   06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | MAG. JOSEPH C. WILKINSON, JR. |
| *Lafarge v. USA*   07-5178 | * * | |

# ORDER GRANTING BARGE PLAINTIFFS' MOTION TO WITHDRAW ADELE RAPPORT, ALAN FUCHSBERG, AND LESLIE KELMACHTER AS COUNSEL, AND TO WITHDRAW LESLIE KELMACHTER FROM THE BARGE P.S.L.C.

This matter comes before the Court on Barge plaintiffs' motion to withdraw Adele Rapport, Alan Fuchsberg, and Leslie Kelmachter as co-counsel for Barge plaintiffs, and to withdraw Leslie Kelmachter from the Barge P.S.L.C.  It appears that the Motion is well taken.  It is accordingly therefore

ORDERED, that Adele Rapport, Alan Fuchsberg, and Leslie Kelmachter are hereby withdrawn as co-counsel for Barge plaintiffs, and it is further hereby

ORDERED, that Leslie Kelmachter is hereby withdrawn as a member of the Barge P.S.L.C.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

**CLERK TO NOTIFY:**
**HON. JOSEPH C. WILKINSON, JR.**