MINUTE ENTRY
WILKINSON, M.J.
OCTOBER 3, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION

                                                 NO. 05-4182 "K"(2)

PERTAINS TO:  INSURANCE, Brien, 07-7596          JUDGE DUVAL
                                                 MAG. WILKINSON


I received no report in response to the court's "Post-Sher Insurance Umbrella Case

Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement

efforts in the referenced Brien case.  Thus, I conducted separate phone conferences with

defense counsel, Jim Donovan, and the office of plaintiff's counsel, who then submitted a

letter (which has been separately filed in the record) confirming that a settlement has been

reached in the referenced Brien case, subject to Road Home Program approval.  By copy of

this minute entry, Judge Duval is advised so that he may enter an appropriate 90-day

conditional dismissal order in the referenced Brien case only.

Although the letter of plaintiff's counsel expresses doubt that the Road Home Program

will be able to process its approval of the settlement within 90 days, it has been the court's

recent experience that the Road Home Program is able to process settlement consent requests

MJSTAR:  **0 : 10**

within 45 days, if the court-approved settlement protocol is actually complied with by counsel. Plaintiff's counsel is directed to contact my office if Road Home Program approval of this settlement is not received in 45 days, so that I may follow up on the status of Road Home settlement approval.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**