MINUTE ENTRY
WILKINSON, M.J.
OCTOBER 3, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, St. Etienne, 07-7448 | JUDGE DUVAL<br>MAG. WILKINSON |

    I received no report in response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts in the referenced St. Etienne case. Thus, I contacted the office of plaintiffs' counsel, Doug Sunseri, via telephone, who advised the court orally, confirmed via letter separately filed in the record, that settlement has been completed in the referenced St. Etienne case. By copy of this minute entry, Judge Duval is advised so that he may enter an appropriate 60-day conditional dismissal order in the referenced St. Etienne case only.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

MJSTAR:  0 : 10