## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | |
| _____ | * * | CIVIL ACTION NO.: 05-4182 |
| PERTAINS TO: | * * | JUDGE: DUVAL |
| INSURANCE:        *Abram*, 07-5205 | * * | MAGISTRATE: WILKINSON |
| * * * * * * * * * * * * * * * * * * * | | |

## <u>ORDER</u>

Considering the foregoing Partial Motion to Dismiss;

**IT IS ORDERED** that the Partial Motion to Dismiss be and hereby is **GRANTED** and that all of the claims asserted against the defendants listed below in this lawsuit be dismissed, with prejudice, each party to bear its own costs. All claims against all parties are reserved.

New Orleans, Louisiana, this   3rd   day of ____October____, 2008.

_____
UNITED STATES DISTRICT JUDGE

<u>Plaintiffs</u>

- Baker, Angela

- Baudoin, Michael & Rhonda

- Bourgeois, Albert & Viola

- Brown, Emma

- Brown, Jr., Leonard & Alicia

- Burch, Jr. Woody
- Cooper, Brenda
- Davis, Warren & Viola
- Duvernay, Henry & Orelia
- Fazio,Thomas
- Francois, Rudolph & Mary
- Green, Sr.
- Hardy, George & Alicia
- Holmes, Enola
- Jacobs, Joseph & Shirley
- Jenevein, Ruth
- Johnson, Jr. George & Barbara
- Johnson, Jr. Roosevelt & Bernet
- Jupiter, Stephanie
- LeBlanc, Jr. Joseph & Grethel
- Lively, Bernard & Leona
- Marchese, Lorraine
- Phillpott, William
- Pollard, William & Brenda
- Porter, Sandra
- Richardson, Josephine
- Robertson, Adadele T.
- Roccaforte, Shirley
- Sandras,Linda L.

- Tenhaaf, Connie
- Tillie, Joyce
- Vaughn,Wanda
- Walker, Delphia
- Weathersby, Dora
- Weaver,Yvonne
- Welbourne, Ebenezev
- Young, Marion

Defendants

- Lafayette Insurance Company
- Lafayette United Fire Insurance
- United Fire & Casualty
- United Fire Group