UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES            CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182 "K"(2)

PERTAINS TO:  INSURANCE, Villere, 07-1589        JUDGE DUVAL
MAG. WILKINSON

### ORDER

**IT IS ORDERED** that a telephone conference to discuss the status of settlement discussions is hereby set in the referenced Villere case before me on **October 10, 2008 at 10:30 a.m.**  Sidney Hardy, counsel for defendant, and Terrence Lestelle, counsel for plaintiff, must participate in the conference by calling my chambers at 504-589-7630 at the designated time.

New Orleans, Louisiana, this ___3rd___ day of October, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**(1) Terrence Lestelle by email at lestelle@lestellelaw.com**
**(2) Sidney Hardy by email at shardy@mcsalaw.com**