UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. |
| | * | NO. 05-4182 |
| | * | JUDGE DUVAL |
| _____ | * | |
| PERTAINS TO: | * | MAGISTRATE WILKINSON |
| INSURANCE (McNabb, W. Reid, et al, No. 07-7855) | * | |
| _____ | * | |

**ORDER OF DISMISSAL**

CONSIDERING THE FOREGOING MOTION TO DISMISS;

IT IS ORDERED by the Court that the above consolidated action bearing Docket No. 07-7855, be and the same is hereby dismissed with prejudice against Liberty Mutual Fire Insurance Company, with each party to bear its own court costs.

New Orleans, Louisiana this 3rd day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE