# McCranie Sistrunk Anzelmo Hardy Maxwell & McDaniel PC

3445 N. Causeway Blvd.  Suite 800  Metairie, LA 70002
(504) 831-0946   (504) 831-2492 Fax   www.mcsalaw.com

September 29, 2008

**VIA FAX TRANSMITTAL ONLY (504) 589-7633**

Magistrate Judge Wilkinson
USDC, Eastern District of Louisiana     *file in 05-4182-K*
U.S. Courthouse                                AND
500 Poydras Street
New Orleans, Louisiana 70130

                                                         07-4395
RE:   Insured:       Junot, Judy Theriot
      Claim Files:   HO18-R327-059
                     FL 18-R327-091
      Matter No.:    2007-16126-LA
      Our File:      1603 80 7

Re:   Insured:       Gloria Theriot v. SFF & CC
                     USDC EDLA CA No. 07-4396
      Claim No.:     18-R327-092 (HO); 18-R327-093 (FL)
      Matter No.:    2007-16157-LA
      Our File No.:  1603-81-7

Dear Magistrate Judge Wilkinson:

These cases are a part of the In Re Katrina Insurance cases to which the insurance case management order is effective. Plaintiff's counsel, Ryan Reece, and I have discussed the status of this case, and the plaintiffs were not in a position to submit a settlement demand by the ordered date of August 14, 2008. Unfortunately, Mr. Reece and I were heavily engaged in preparation for the Braniff trial, which was scheduled for September 22, 2008, and which settled a few days beforehand. Therefore, we did not timely prepare this letter to meet your September 12, 2008 deadline.

MCSA

If you believe a court conducted settlement conference or private mediation would be fruitful in this matter, we respect your opinion. Otherwise, because the plaintiffs in these cases have not submitted any further information for which State Farm to evaluate, if you believe a deconsolidation of these matters, and reassignment to the originally assigned district Judge would be the proper avenue to follow, please let us know.

Very truly yours,

Donna Bramlett Wood

DBW/sf

cc: Ryan Reece
Allen Borne