MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 29, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE<br>Junot, 07-4395<br>Theriot, 07-4396 | JUDGE DUVAL<br>MAG. WILKINSON |

Based on the written report received from defense counsel at the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, which has been separately filed in the record of both the referenced cases and C.A. No. 05-4182, I conducted a conference via telephone in the referenced cases on this date. Participating were: Ryan Reece, representing plaintiffs; and Debra Wood, representing defendant. It appears that these cases are not currently in a posture to settle and that further proceedings are required. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Junot and Theriot cases only is terminated.

MJSTAR: 0 : 10

OCT - 1 2008
REALLOTTED TO
SECT. C MAG. 2

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that the referenced cases are hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that they may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and henceforth all future filings in C.A. Nos. 07-4395 and 07-4396 on the docket of C.A. Nos. 07-4395 and 07-4396, and not on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk randomly REALLOT these cases to both a district judge section and a magistrate judge section, for future proceedings.

New Orleans, Louisiana, this ___30th___ day of September, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**