## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO: BARGE<br>Boutte, No. 05-5531<br>Mumford, No. 05-5724<br>Lagarde, No. 06-5342<br>Perry, No. 06-6299<br>Benoit, No. 06-7516<br>Parfait Family, No. 07-3500<br>Lafarge, No. 07-5178 | CIVIL ACTION<br><br>NO. 05-4182<br>& Consol. Cases<br><br>SECTION "K" (2)<br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

**MEMORANDUM OF THIRD-PARTY DEFENDANT, BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS, IN OPPOSITION TO LAFARGE NORTH AMERICA INC.'S MOTION TO CONTINUE HEARING ON THIRD-PARTY DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT, AND IN OPPOSITION TO EX PARTE MOTION OF LAFARGE NORTH AMERICA INC. FOR EXPEDITED HEARING OF MOTION TO CONTINUE HEARING ON THIRD-PARTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**MAY IT PLEASE THE COURT:**

On August 29, 2008, third-party defendant, Board of Commissioners of the Port of New Orleans ("Dock Board"), timely filed a motion for summary judgment [Rec. Doc. No. 14710] to dismiss the third-party claims that defendant and third-party plaintiff, Lafarge North America, Inc. ("Lafarge"), had filed against it. The original hearing date

on the Dock Board's motion was pushed back to October 15, 2008, due to Hurricane Gustav.

In the meantime, on September 25, 2008, nearly one month after the Dock Board's summary-judgment motion was filed, and well after this Honorable Court's deadline for amending pleadings, Barge Plaintiffs, in a clear attempt to thwart the Dock Board's motion and keep Lafarge's third-party claims alive, moved this Honorable Court for leave to amend their Complaint in Mumford for a seventh time to now assert that their action was being brought as an admiralty action under Rule 9(h). See, Motion for Leave to File Barge Plaintiffs' Seventh Amended Consolidated Class Action Complaint for Damages [Rec. Doc. No. 15356]. The prejudice suffered by the Dock Board by Barge Plaintiffs' proposed amendment is patently obvious.

Now, Lafarge, lacking any substantive opposition to the Dock Board's summary-judgment motion, and in an equally-prejudicial move, now seeks to postpone a decision on the Dock Board's previously-filed and timely motion until after a decision on the Barge Plaintiffs' later-filed motion for leave to amend has been decided. Lafarge's justification for this delay is that "[t]his will allow the Court to decide the Summary Judgment Motions within the proper context, namely with Barge Plaintiffs' claims against LNA in their final form." See, Memorandum in Support of Lafarge North America Inc.'s Motion to Continue Hearing on Third-Party Defendants' Motions for Summary Judgment at p. 2 [Rec. Doc. No. 15720-2].

Contrary to Lafarge's assertion, Barge Plaintiffs' claims against Lafarge have been in their final form for nearly a year. In reliance upon the allegations contained in

Barge Plaintiffs' original through sixth amended Complaints, the Dock Board filed the summary-judgment motion at issue to dismiss Lafarge's invalid claims and has a right for that motion to be decided as noticed. Lafarge's further argument regarding Rule 56(f) is similarly misplaced. There are no facts that need to be discovered, or depositions that need to be taken, in order to decide the Dock Board's summary-judgment motion. The issue is clear and straightforward, did Lafarge have the right, based upon the allegations contained in Barge Plaintiffs' original through sixth amended Complaints, to make the type of Rule 14(c) style third-party claims that they have asserted against the Dock Board, or not?

The Dock Board has vigorously opposed the Barge Plaintiffs' motion for leave to amend their Complaint for a seventh time, and the arguments contained in the Dock Board's opposition to that motion are attached hereto as Exhibit A and incorporated herein in further opposition to Lafarge's motion to continue the hearing date and for expedited hearing. See, Memorandum of Third-Party Defendant, Board of Commissioners of the Port of New Orleans, in Opposition to Motion for Leave to File Barge Plaintiffs' Seventh Amended Consolidated Class Action Complaint for Damages [Rec. Doc. No. 15767] (attached as Exhibit A).

Based on the foregoing reasons, Lafarge's motion to continue and for expedited hearing should respectfully be denied.

Respectfully submitted,

DAIGLE FISSE & KESSENICH, PLC

BY: /s/ Kirk N. Aurandt
J. FREDRICK KESSENICH (7354)
JONATHAN H. SANDOZ (23928)
MICHAEL W. MCMAHON (23987)
JON A. VAN STEENIS (27122)
KIRK N. AURANDT (25336)
P. O. Box 5350
Covington, Louisiana 70434-5350
Telephone: 985/871-0800
Facsimile: 985/871-0899
Attorneys for Board of Commissioners
of the Port of New Orleans

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the Court's ECF system, this 6th day of October 2008.

/s/ Kirk N. Aurandt
KIRK N. AURANDT