MINUTE ENTRY
WILKINSON, M.J.
OCTOBER 3, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE, Frught, 07-5069 | JUDGE DUVAL<br>MAG. WILKINSON |

I received no report in response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts. Thus, I conducted a telephone conference concerning settlement activity on this date. Participating were Ryan Reece, representing plaintiff; Sidney Hardy, representing defendant. It appears that the case is not currently in a posture to settle and that further proceedings are required. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Frught case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

MJSTAR:   **0:15**

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and henceforth all future filings in C.A. No. 07-5069 "K"(2) on the docket of C.A. No. 07-5069 "K"(2), and not on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk mark this case for continued proceedings in Section "K"(2), where it was originally allotted before its placement in this consolidated litigation, for future proceedings in Section "K"(2).

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**