# LARZELERE PICOU WELLS SIMPSON LONERO, LLC
ATTORNEYS AT LAW
SUITE 1100 - TWO LAKEWAY CENTER
3850 N. CAUSEWAY BOULEVARD
METAIRIE, LOUISIANA 70002
TELEPHONE (504) 834-6500

ANGIE ARCENEAUX AKERS
aakers@lpwsl.com

FAX (504) 834-6565

29 September 2008

**VIA TELEFACSIMILE**

Honorable Joseph C. Wilkinson, Jr.
Magistrate Judge
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

RE: *In Re Katrina Canal Breaches Consolidated Litigation*
USDC, EDLA No. 05-4182, "K" (2)
**Pertains to: *Barbara Rush*, 08-0709**
Our File No: 000800-08145

Dear Judge Wilkinson:

Please be advised that plaintiff in the above-referenced matter has not provided any sort of settlement demand or supporting documentation as outlined in the Court's Post-Sher Insurance Umbrella Case Management Order. In this regard, there have been no attempts at settlement of the matter bearing Docket No. 08-0709. One of the primary reasons for this is the confusion that exists over who represents plaintiff. Plaintiff in this matter is represented by Harry Cantrell; however, plaintiff is also a named plaintiff in the *Abadie, et al v. Aegis Security Insurance Company, et al*, No. 06-5164, in which case she is purportedly represented by the Bruno Law Firm. Both of these matters involve claims under the same insurance policy for alleged damage to the same property arising out of Hurricane Katrina. Additionally, counsel for Republic has met with counsel for plaintiff in the *Abadie* matter and reached a conditional settlement agreement, pursuant to which counsel for Republic has forwarded settlement documents and funds to the Bruno Law Firm. Undersigned counsel is awaiting plaintiff's consent to the settlement and receipt of the executed settlement documents.

## LARZELERE PICOU WELLS SIMPSON LONERO, LLC

Honorable Joseph C. Wilkinson, Jr.
RE: In Re Katrina Canal Breaches
    Consolidated Litigation
29 September 2008
Page 2

Should you have any questions regarding the above, or need any additional information, please do not hesitate to contact us at your convenience.

Very respectfully,

Angie Arceneaux Akers

AAA/cwt

cc: Harry Cantrell, Esq.
    Joseph M. Bruno, Esq.