# INABNET & JONES, L.L.C.
## Counselors at Law

1331 West Causeway Approach
Mandeville, LA 70471
Telephone: (985) 624-9920
Facsimile: (985) 624-9940

RAYMON G. JONES
raymon@inabnetjones.com



September 12, 2008

Honorable Magistrate Joseph C. Wilkinson, Jr.
United States District Court
500 Poydras Street, Room B409
New Orleans, Louisiana 70130

RE:   *Joseph M. Felix v. Allstate Insurance Company*
      USDC CA # 05-4182
      Duplicate Case No.: 07-3409

Dear Magistrate Judge Wilkinson:

In accordance with the Post-Sher Insurance Umbrella Case Management Order entered by Judge Duval and this Court on June 12, 2008, and on behalf of Allstate Indemnity Company ("Allstate"), I hereby request that the above-referenced matter be separated from the Insurance Umbrella and assigned to a district court judge for completion of discovery and trial for the following two reasons:

1.  Although the parties exchanged settlement documents regarding Joseph M. Felix's claim, a dispute still exists as to which portion of the damage was caused by wind and which portion was caused by flood. As a result, settlement appears unlikely at this time.

2.  Joseph M. Felix is a named plaintiff in the above-referenced cause. However, in violation of the Order, we still have not received any demand or supporting documentation regarding Mr. Felix's claim despite bringing this matter to the attention of opposing counsel in our August 22, 2008 letter. Additionally, it has come to our attention that Joseph M. Felix filed a duplicate suit, Case No. 07-3409 *Joseph Felix v. Allstate Insurance Company*, in the United States District Court for the Eastern District of Louisiana, that has been settled. However, despite this dismissal, opposing counsel has not informed us whether Mr. Felix is dismissing this suit. As such, Allstate has no basis for a counter-offer.

Sincerely,

Raymon G. Jones

RGJ/kmb
cc:  Patrick G. Kehoe
     Terrence J. Lestelle