# INABNET & JONES, L.L.C.
## Counselors at Law

1331 West Causeway Approach
Mandeville, LA 70471
Telephone: (985) 624-9920
Facsimile: (985) 624-9940

**RAYMON G. JONES**
raymon@inabnetjones.com



September 12, 2008

Honorable Magistrate Joseph C. Wilkinson, Jr.
United States District Court
500 Poydras Street, Room B409
New Orleans, Louisiana 70130

**RE:   Allen A. Fernandez v. Allstate Insurance Company**
**USDC CA # 07-4852**
**Duplicate Case No.: 07-3430**

Dear Magistrate Judge Wilkinson:

   In accordance with the Post-Sher Insurance Umbrella Case Management Order entered by Judge Duval and this Court on June 12, 2008, and on behalf of Allstate Indemnity Company ("Allstate"), I hereby request that the consolidated case number 07-4852 above-referenced matter be separated from the Insurance Umbrella and assigned to a district court judge for completion of discovery and trial for the following two reasons:

1.   Although the parties exchanged settlement documents regarding Allen A. Fernandez's claim, a dispute still exists as to which portion of the damage was caused by wind and which portion was caused by flood.  As a result, settlement appears unlikely at this time.

2.   Allen A. Fernandez is a named plaintiff in the above-referenced cause. However, in violation of the Order, we still have not received any demand or supporting documentation regarding Mr. Fernandez's claim. Additionally, it has come to our attention that Allen A. Fernandez filed a duplicate suit, Case No. 07-3430 *Allen A. Fernandez v. Allstate Insurance Company*; in the United States District Court for the Eastern District of Louisiana, that has been settled.   However, despite this dismissal, opposing counsel has not informed us whether Mr. Fernandez is dismissing this suit. As such, Allstate has no basis for a counter-offer.

Sincerely,

Raymon G. Jones

RGJ/kmb
cc:    Jim Hall