MINUTE ENTRY
WILKINSON, M.J.
OCTOBER 6, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION

                                                 NO. 05-4182 "K"(2)

PERTAINS TO:  INSURANCE, Mejia, 06-2786          JUDGE DUVAL
                                                 MAG. WILKINSON


A follow-up conference concerning the parties' ongoing settlement efforts was conducted in the above-referenced Mejia case on this date. Participating via telephone were: Kenneth Fonte, plaintiffs' counsel, and Jeff Lozes, defense counsel.

Counsel reported that the parties recently participated in a private mediation and that substantial progress toward settlement was made, pending clarification of certain issues concerning plaintiffs' participation in the Road Home Program. Counsel must address those issues this week and report back to me via telephone on **October 10, 2008 at 10:30 a.m**., so that I may determine whether a settlement has been reached and, if not, whether the case should be deconsolidated for purposes of issuing a trial schedule.


                                                 _____
CLERK TO NOTIFY:                                 JOSEPH C. WILKINSON, JR.
HON. STANWOOD R. DUVAL, JR.                      UNITED STATES MAGISTRATE JUDGE


MJSTAR:  **0 : 10**