# NICAUD & SUNSERI, L.L.C.
A Group of Professional Law Corporations
3000 18th Street
Metairie, Louisiana 70002

*Albert J. Nicaud\**
*J. Douglas Sunseri\**
*Svetlana "Lana" Crouch*
*Timothy P. Farrelly*
*Kristin J. Milano*
*Edward C. Vocke, IV*
*Peter J. Perez, Jr.*

*(\*A Professional Law Corporation)*

*Telephone (504) 837-1304*
*Facsimile (504) 833-2843*



RECEIVED
OCT - 3 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

**Via Fax 589-7633 Only**
Honorable Joseph C. Wilkinson, Jr.
Magistrate Judge, Div. 2
U.S. District Court, EDLA

Re:   *Randy L. Brien v. Allstate Insurance Company*
      USDC EDLA 07-7596, Judge Berrigan, Section C, Magistrate 4
      Our File No.: 4047-07-2306

Dear Judge Wilkinson:

   In response to your telephone query this morning, this matter was not forwarded to Road Home until September 23, 2008. Our client had difficulty in obtaining his Road Home number as he misplaced the documentation in a move. As soon as we obtained this information on September 23rd, we forwarded the Request for Consent to the Disaster Recovery Unit.

   Issuing a 90-Day Dismissal at this point may be risky, as Road Home does not have a dependable track record in returning documents within this time period. If you have any further questions, please do not hesitate to contact us.

Sincerely,

J. DOUGLAS SUNSERI

JDS/dfp