UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION NO.: 05-4182 |
| | * JUDGE: DUVAL |
| | * MAGISTRATE: WILKINSON |
| PERTAINS TO: | * |
| INSURANCE: Uli, 07-3569 | * |

*********************************************************

## JOINT MOTION TO DISMISS

COMES NOW, the Plaintiffs, Peter and Marie Uli as well as Defendant, Liberty Mutual Insurance Company ("Liberty Mutual"), through undersigned counsel and who hereby declare that this matter has been amicably settled by these parties and request the dismissal of Defendant Liberty Mutual Insurance Company ("Liberty Mutual") as to the claims made by these Plaintiffs only, such dismissal shall not affect any other Plaintiffs in this litigation.

119162

WHEREFORE, Plaintiffs Peter and Marie Uli and Defendants Liberty Mutual Insurance Company ("Liberty Mutual") pray that the claims in this lawsuit be dismissed, with prejudice, each party to bear its own costs.

Respectfully submitted,

/s/ H. Minor Pipes, III

H. Minor Pipes, III, 24603
Barrasso, Usdin, Kupperman
Freeman & Sarver, LLC
909 Poydras Street, Suite 2400
New Orleans, LA 70112
Counsel for Defendant

/s/ William P. Connick

William P. Connick, 14158
Connick and Connick, LLC
2551 Metairie Road
Metairie, LA 70005
Counsel for Plaintiffs

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Motion to Dismiss has been served upon all counsel of record by placing same in the United States Mail, postage prepaid and properly addressed, this 6th day of October, 2008.

/s/ H. Minor Pipes, III

119162