UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * <br> * CIVIL ACTION NO.: 05-4182 <br> * <br> * JUDGE: DUVAL <br> * <br> * MAGISTRATE: WILKINSON |
| PERTAINS TO: | * <br> * |
| INSURANCE:   *Uli*, 07-3569 | * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Dismiss;

**IT IS ORDERED** that the Motion be and hereby is **GRANTED** and that all of the claims asserted by Plaintiffs Peter and Marie Uli and this lawsuit are dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this ____ day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE

112493