## PORTEOUS, HAINKEL AND JOHNSON, L.L.P.
408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

WWW.PHJLAW.COM

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

C. GORDON JOHNSON, JR.
JAMES S. THOMPSON
MICHAEL K. FITZPATRICK
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
PATRICK D. DeROUEN
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
LAURIE L. DeARMOND
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.
MICHAEL W. COLLINS
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE L. TROWBRIDGE
GUY H. BUMPAS, IV
MICHAEL J. MADERE
HEATHER A. ENGLAND REZNIK
RALPH J. AUCOIN, JR.
CLAIBORNE W. BROWN
DENIA D. SYLVE

EMAIL ADDRESS OF WRITER
Abaumgartner@phjlaw.com

PLEASE REPLY TO:

**COVINGTON**

OF COUNSEL:

CHAD J. PRIMEAUX
ELEANOR W. WALL
JULIANNE T. ECHOLS
JESSE WALES*
CAROLINE D. BARKERDING

*Licensed in OR & CA only

September 26, 2008

**VIA FACSIMILE:** (504) 589-7633
Honorable Magistrate Wilkinson
United States District Court
Eastern District of Louisiana
500 Poydras
New Orleans, LA 70130

RECEIVED SEP 26 2008 CHAMBERS OF U.S. MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR.

 Re: Style of Case: Branden Villavaso vs. State Farm Insurance Company
   Suit No.: USDC Eastern District Section K No. 07-8945 Div. K
   Our File No.: 895.0901

Dear Magistrate Wilkinson:

  In compliance with the Post-Sher Case Management Order and in regards to settlement negotiations in the above referenced matter, both sides are making progress toward a resolution. Multiple offers and demands have been exchanged and the matter will be settled shortly.

          Sincerely,

          ADRIANNE L. BAUMGARTNER

ALB/ayh

Claim No. 18-R251-884/EC#2007-20036