UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 |
| | * | SECTION: K |
| | * * | MAGISTRATE: 2 |
| PERTAINS TO: INSURANCE (#06-9246) | * * * | |
| NU POINTE EAST, L.L.C., D/B/A EASTPOINT SHOPPING CENTER | * * * | |
| VERSUS | * * | |
| NORTHERN INSURANCE COMPANY OF NEW YORK AND ZURICH AMERICAN INSURANCE COMPANY | * * * * | |
| *   *   *   *   *   *   *   * | | |

**PLAINTIFF, NU POINT EAST, LLC, LLC, D/B/A EASTPOINT SHOPPING CENTER'S, AND DEFENDANT, NORTHERN INSURANCE COMPANY OF NEW YORK'S JOINT MOTION TO DISMISS**

**ON MOTION OF** plaintiff, Nu Pointe East, LLC d/b/a Eastpoint Shopping Center, and defendant, Northern Insurance Company of New York, upon representing that the parties to this litigation have reached an amicable compromise of all issues raised herein, and mutually desire

to dismiss the above-captioned matter and all claims asserted herein, with prejudice, and with each party to bear its own costs.

WHEREFORE, plaintiff, Nu Pointe East, LLC, d/b/a Eastpoint Shopping Center, and defendant, Northern Insurance Company of New York, respectfully move this Honorable Court for the entry of an Order dismissing the above-captioned matter in its entirety, with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

*/s/ Richard E. King*

**RICHARD E. KING (#25128)**
**DAVID M. MORAGAS (#29633)**
**GALLOWAY, JOHNSON, TOMPKINS,**
    **BURR & SMITH**
701 Poydras Street, Suite 4040
New Orleans, Louisiana  70139
Telephone: (504) 525-6802
Facsimile:  (504) 525-2456

*Counsel for Defendant,*
*Northern Insurance Company of New York*

*~and~*

*/s/ Terrence J. Lestelle*

**TERRENCE J. LESTELLE (#08540)**
**ANDREA S. LESTELLE (#08539)**
**JEFFERY B. STRUCKHOFF (#30173)**
**LESTELLE & LESTELLE**
**3421 North Causeway Blvd., Suite 602**
Metairie, Louisiana 70002
Telephone:     (504) 828-1224
Facsimile:     (504) 828-1229

*Counsel for Plaintiff,*
*Nu Pointe East, LLC, d/b/a Eastpoint Shopping Center*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 6th day of October, 2008, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Richard E. King*

**RICHARD E. KING**