# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.:  05-4182 |
| | | SECTION:  K |
| | | MAGISTRATE:  2 |
| PERTAINS TO: INSURANCE (#06-9246) | * * * | |
| NU POINTE EAST, L.L.C., D/B/A EASTPOINT SHOPPING CENTER | * * * | |
| VERSUS | * * | |
| NORTHERN INSURANCE COMPANY OF NEW YORK AND ZURICH AMERICAN INSURANCE COMPANY | * * * * | |
| *    *    *    *    *    *    *    * | | |

## ORDER

Considering the foregoing Joint Motion and Incorporated Memorandum to Dismiss filed on behalf of plaintiff, Nu Pointe East, LLC, d/b/a Eastpoint Shopping Center, and defendant, Northern Insurance Company of New York;

**IT IS HEREBY ORDERED** that the above-captioned matter, and all claims asserted therein are hereby dismissed **WITH PREJUDICE**, each party to bear its own costs and fees.

New Orleans, Louisiana this _____ day of _____ 2008.

_____
**UNITED STATES DISTRICT COURT JUDGE**