UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES<br>             CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:  INSURANCE<br>             (DUPLICATE REPRESENTATION) | JUDGE DUVAL<br>MAG. WILKINSON |

## **CALL DOCKET / SHOW CAUSE ORDER**

At the conclusion of the "Post-Sher" settlement evaluation process mandated by the court's order of June 13, 2008, Record Doc. No. 13521, I received numerous reports from counsel for plaintiffs and defendants in various cases in which counsel have pointed out that numerous cases apparently involve plaintiffs who (a) have asserted the same claim in two different cases and/or (b) are represented by more than one lawyer in two different cases.  In some of the cases, settlements are either pending, conditioned upon clarification of plaintiffs' representation, or the cases cannot proceed in an orderly fashion due to uncertainty or conflict concerning plaintiffs' representation. Accordingly,

**IT IS ORDERED** that a CALL DOCKET AND SHOW CAUSE HEARING will be conducted in the cases listed below before Joseph C. Wilkinson, Jr., United States Magistrate Judge, 500 Poydras Street, Hale Boggs Building, Room B421, New Orleans, Louisiana, on **NOVEMBER 6, 2008 at 10:30 a.m.**  The purpose of the hearing is to

(a) establish plaintiffs' representation; (b) determine if each listed plaintiff has in fact settled his or her Hurricane Katrina insurance claim and, if so, through what attorney; and (3) dismiss duplicate lawsuits concerning the same parties, properties and policies. The following lawyers MUST appear in person:

> Joseph M. Bruno or Scott Joanen, plaintiffs' counsel in the Abadie I, Abadie II and Allen mass joinder cases;
> Joseph Rausch, plaintiffs' counsel in the Aaron and Aguilar mass joinder cases;
> Stuart Barasch, counsel for HLC plaintiffs in various mass joinder cases;
> Doug Sunseri, William P. Connick, Patrick Kehoe, Jr., Brent Klibert, Harry Cantrell, Jr., David Bernberg and John Van Robichaux, counsel for individual plaintiffs in the listed cases;
> Minor Pipes, Raymon Jones or Scott Jones, Arthur J. Lentini or Trey Henderson, Danna Schwab and Steve Lozes, counsel for Allstate Insurance Co.;
> David Persons, counsel for State Farm;
> John Waters, counsel for Louisiana Citizens;
> Gary Russo, counsel for Standard Fire;
> Holly Hansen, counsel for Scottsdale;
> Angie Akers, counsel for Republic Fire and Casualty; and
> Nora Bilbro, counsel for Homesite Insurance Co.

Unless plaintiffs clearly state, in writing, with a copy delivered to me, prior to **November 5, 2008 at 5:00 p.m.**, the identity of the particular lawyer who actually represents them in connection with their Hurricane Katrina insurance claim, all plaintiffs named below in the following Civil Action Nos. must appear before me in person at the date, place and time set out above:

Bruce Burley, Yolandra Sudds, Jennifer Moss, Preston Smith, Cecile Vigee, Geneva Dorsey, Alice Dabney, Gloria Christopher, Ronald Browder and Joyce Olsen, plaintiffs in Abadie I, C.A. No. 06-5164

Mary James, Cung Nguyen, Yvonne Hitts, Mark Hammond, Carol Hill, Detter Conway, Betty Martin, Alyssa St. Cyr-Williams, Gwendolyn Smith, Debra Wheeler-Bennett, Gladys Encalade, Diana Fizer, Craig Polk, Geraldine Norman, Ivory Chopin, Brenda Gibson, Tonya Seager, Ozzie Ball, Christin Moten, Donna Fournier, Annette Macklin, Kenneth Mitchell, Irwan Anderson, Thomas Coston and Gabriel Walker, plaintiffs in Abadie II, C. A. No. 07-5112

Gloria Calhoun v. Allstate, C.A. No. 06-6145

Harold and Stacy Hebert v. State Farm, C.A. No. 07-1784

JoAnn Everhardt v. State Farm, C.A. No. 07-1787

Gloria Perrier v. Allstate, C.A. No. 07-3387

Sandra and Brian Davis v. Allstate, C.A. No. 07-3403

Asif Gafur and Aliya Asif v. Allstate, C.A. No. 07-3406

Joseph M. Michael and Janet Felix v. Allstate, C.A. No. 07-3409

Aloma and William Shelton v. Allstate, C.A. No. 07-3412

Allen Fernandez v. Allstate, C.A. No. 07-3430

Alex and Miriam Katz v. Allstate, C.A. No. 07-3444

Dianne Thornton v. Allstate, C.A. No. 07-3459

Vivian Watson v. Allstate, C.A. No. 07-3462

Gertrude and Emanuel Esteves v. Standard Fire et al., C.A. No. 07-3848

<u>Barbara Rush v. Republic Fire</u>, C.A. No. 08-709

<u>Jason Williams v. Homesite</u>, C.A. No. 07-4021

<u>Troylynn Toney v. State Farm</u>, plaintiff in <u>Allen</u>, C.A. No. 07-5111

Failure to appear may result in sanctions, including dismissal of the later-filed of any plaintiffs' lawsuits and/or claims.

New Orleans, Louisiana, this ___6th___ day of October, 2008.

  
JOSEPH C. WILKINSON, JR  
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**