UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES           CIVIL ACTION NO. 05-4182 "K"(2)
CONSOLIDATED LITIGATION                 JUDGE DUVAL
                                        MAG WILSON
_____

PERTAINS TO:   INSURANCE
               Alfonso, No. 06-8801
_____

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

The Standard Fire Insurance Company, incorrectly referred to in Plaintiffs'

pleadings as Travelers Indemnity Company and Travelers Insurance Company

(hereinafter "Standard Fire"), moves to withdraw the following attorney as

counsel of record:

> CAMILLE BIENVENU POCHÉ (#22597)
> LONGMAN RUSSO, APLC
> P. O. Drawer 3408
> Lafayette, LA 70502-3408
> Telephone: (337) 262-9000
> Fax: (337) 262-9001
> Email: cpoche@lrfirm.com

Gary J. Russo and Douglas C. Longman, Jr., also attorneys at Longman Russo,

APLC, are to remain counsel of record for Standard Fire.

Respectfully submitted:

s/Camille Bienvenu Poché
CAMILLE BIENVENU POCHÉ (#22597)
GARY J. RUSSO (#10828)
LONGMAN RUSSO, APLC
P. O. Drawer 3408
Lafayette, LA.  70502-3408
Telephone: (337) 262-9000
Fax: (337) 262-9001
Email: cpoche@lrfirm.com

## CERTIFICATE

I HEREBY CERTIFY that on _____October 6____, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/ Camille Bienvenu Poché
CAMILLE BIENVENU POCHÉ (#22597)