UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | ) ) ) ) | CIVIL ACTION NO.:      05-CV-4182 SECTION  "K" JUDGE STANWOOD R. DUVAL, JR. |
| *PERTAINS TO:* *Andante, LLC, Calvin C. Fayard, Jr., et al.* *vs. AIG Private Client Group* *Case No.: 07-CV-4783* | ) ) ) ) | MAG. "M2" MAGISTRATE JOSEPH C. WILKINSON, JR. |

### ORDER

CONSIDERING the foregoing Motion to Dismiss,

IT IS ORDERED, that all claims of plaintiffs, Andante, L.L.C., Calvin C. Fayard, Jr., and Frances Fayard, be, and they are hereby, dismissed, with prejudice, each party to bear its own respective costs.

New Orleans, Louisiana, this __6th__ day of __October__, 2008

_____
U.S. DISTRICT JUDGE