UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> § <br> § <br> PERTAINS TO:   INSURANCE § <br> *Kiefer, et al. v. Allstate, et al.*   06-5370 § <br> As to Plaintiffs Wilson and Breeda Thompson only § <br> § | CIVIL ACTION <br> NO. 05-4182 "K"(2) <br> JUDGE DUVAL <br> MAG. WILKINSON |

## ORDER

**IT IS ORDERED** that the above entitled and numbered cause which is administratively stayed, be opened for the limited purposes expressed herein; and

**IT IS FURTHER ORDERED** that the above entitled and numbered cause be and it hereby is dismissed only as to plaintiffs Wilson and Breeda Thompson, and their claims against their insurer and defendant Allstate Insurance Company, as to all demands, all parties to bear their own costs.

New Orleans, Louisiana, this  6th  day of  October , 2008.

Stanwood R. Duval, Jr.
United States District Judge