UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| | * | |
| | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE | * | |
| (Ambrose, No. 07-3840) | * | MAGISTRATE WILKINSON |
| | * | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

The Standard Fire Insurance Company, incorrectly referred to in Plaintiff's pleadings as St. Paul Travelers Group, Travelers Indemnity Company and Automobile Insurance Company of Hartford, Connecticut, One of the Travelers Property and Casualty [Insurance] Companies, (hereinafter "Standard Fire") moves to withdraw the following attorney as counsel of record:

> CAMILLE BIENVENU POCHÉ (#22597)
> LONGMAN RUSSO, APLC
> P. O. Drawer 3408
> Lafayette, LA 70502-3408
> Telephone: (337) 262-9000
> Fax: (337) 262-9001
> Email: cpoche@lrfirm.com

Gary J. Russo and Douglas C. Longman, Jr., also attorneys at Longman Russo, APLC, are to remain counsel of record for Standard Fire.

Respectfully submitted:

s/Camille Bienvenu Poché
CAMILLE BIENVENU POCHÉ (#22597)
GARY J. RUSSO (#10828)
LONGMAN RUSSO, APLC
P. O. Drawer 3408
Lafayette, LA. 70502-3408
Telephone: (337) 262-9000
Fax: (337) 262-9001
Email: cpoche@lrfirm.com

## CERTIFICATE

I HEREBY CERTIFY that on __October 6__, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/ Camille Bienvenu Poché
CAMILLE BIENVENU POCHÉ (#22597)