UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO.  05-4182 |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO: INSURANCE | * | MAGISTRATE WILKINSON |
| (Dixon, No. 07-5852) | * | |
| | * | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

The Standard Fire Insurance Company, incorrectly referred to in Plaintiffs' pleadings as Travelers Indemnity Company (hereinafter "Standard Fire"), moves to withdraw the following attorney as counsel of record:

> CAMILLE BIENVENU POCHÉ (#22597)
> LONGMAN RUSSO, APLC
> P. O. Drawer 3408
> Lafayette, LA 70502-3408
> Telephone: (337) 262-9000
> Fax: (337) 262-9001
> Email:  cpoche@lrfirm.com

Gary J. Russo, Douglas C. Longman, Jr. and Nadia M. delaHoussaye, also attorneys at Longman Russo, APLC, are to remain counsel of record for Standard Fire.

Respectfully submitted:

s/Camille Bienvenu Poché
CAMILLE BIENVENU POCHÉ (#22597)
GARY J. RUSSO (#10828)
DOUGLAS C. LONGMAN, JR. (#8719)
NADIA M. de la HOUSSAYE (#24777)
LONGMAN RUSSO, APLC
P. O. Drawer 3408
Lafayette, LA.  70502-3408
Telephone: (337) 262-9000
Fax: (337) 262-9001
Email: cpoche@lrfirm.com

## CERTIFICATE

I  HEREBY  CERTIFY  that  on  _Octo ber  6_,  2008,  I

electronically  filed  the  foregoing  with  the  Clerk  of  Court  by  using  the  CM/ECF

system which will send a notice of electronic filing to all counsel of record.

s/ Camille Bienvenu Poché
CAMILLE BIENVENU POCHÉ (#22597)