UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>        CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:  MRGO, <u>Robinson</u> 06-2268 | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:        The United States' Ex Parte/Consent Motion to File Exhibit Under Seal, Record Doc. No. 15747

O R D E R E D:

 XXX : GRANTED IN PART AND DENIED IN PART, as follows. The United States needlessly seeks to file under seal a 226-page deposition transcript and a seven-page exhibit, when only two pages of the transcript and two pages of the exhibit contain privileged information. Accordingly, the motion is granted as to pages 77-78 of the deposition transcript and as to the last two, unnumbered pages of the exhibit, which were Bates-stamped NED-187-00000377 through NED-187-00000378 when the United States produced them to plaintiffs and which the court has previously ruled are protected by the attorney-client privilege and/or work product doctrine. Record Doc. No. 15665. The Clerk of Court is directed to file those four pages <u>only</u> under seal. The motion is denied as to all of the other pages submitted with the motion, and the Clerk of Court is directed to return those pages to the attorney for the United States.

New Orleans, Louisiana, this    7th    day of October, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE