MINUTE ENTRY
DUVAL, J.
October 6, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES               CIVIL ACTION
CONSOLIDATED LITIGATION
                                           NO. 05-4182

PERTAINS TO:     BARGE

                                           SECTION "K"(2)

*Boutte v. Lafarge*          C.A. No. 05-5531
*Mumford v. Ingram*          C.A. No. 05-5724
*Lagarde v. Lafarge*         C.A. No. 06-5342
*Perry v. Ingram Barge*      C.A. No. 06-6299
*Benoit v. Lafarge*          C.A. No. 06-7516
*Parfait Family v. USA*      C.A. No. 07-3500

Attending a telephonic status conference held this day to discuss an Ex Parte Motion of Lafarge North America Inc. for Expedited Hearing of Motion to Continue Hearing on Third-Party Defendants' Motions for Summary Judgment (Doc. 15723) and Lafarge North America Inc.'s Motion to Continue Hearing on Third-Party Defendants' Motions for Summary Judgment (Doc. 15720)  were:

John Robert and John Aldock for Large North America Inc.

Kirk Aurandt for the Port of New Orleans and

Tommy Anzelmo for Orleans Levee District.

The Court heard argument concerning Lafarge's Motion to Continue Hearing on the motions and finds that a continuance is justified in light of judicial economy.  There is a possibility that the Motions for Summary Judgment might be rendered moot if a pending motion to amend which is set before Judge Wilkinson on October 15, 2008, the same day the Motions

for Summary Judgment are set, is granted. In all likelihood, if that motion to amend is granted, there will be an appeal therefrom which would affect the procedural posture of the motions for summary judgment. In addition, Lafarge seeks pursuant to Fed. R. Civ. P. 56(f) to complete the deposition of the Dock Board prior to filing its opposition to that motion. Accordingly,

**IT IS ORDERED** that the Ex Parte Motion of Lafarge North America Inc. for Expedited Hearing of Motion to Continue Hearing on Third-Party Defendants' Motions for Summary Judgment (Doc. 15723) was **GRANTED** and heard today.

**IT IS FURTHER ORDERED** that the Lafarge North America Inc.'s Motion to Continue Hearing on Third-Party Defendants' Motions for Summary Judgment (Doc. 15720) is **GRANTED** and the motion is **CONTINUED** to November 12, 2008 at 9:30 a.m.

JS:10-20 MINS.