UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LISBETH SCOTT | * | CIVIL ACTION |
| VERSUS | * | NO. 07-7166 |
| ENCOMPASS INSURANCE COMPANY OF AMERICA | * | SECTION "M" |
| | * | MAG. 4 |

*******************************************

## JOINT STIPULATION OF DISMISSAL

ON MOTION of plaintiff Lisbeth Scott and defendant Encompass Insurance Company of America, herein appearing through undersigned counsel of record, and on suggesting to the Court that this matter has been fully compromised and settled and, therefore, should be dismissed with full prejudice as to all of plaintiff's rights herein, each party to bear its own costs.

Respectfully submitted,

s/Kristin J. Milano
KRISTIN J. MILANO (#30274)
3000 18TH Street
Metairie, Louisiana 70002
Telephone: 504.837.1304
Counsel for Plaintiff

*(signature)*
STEVEN M. LOZES (#8922)
LOZES & PONDER
1010 Common Street, Suite 1700
New Orleans, Louisiana 70112
Phone: 504.581.4455
Facsimile: 504.587.9408
Attorney for Encompass Indemnity Company

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of October, 2008, I electronically filed the foregoing with the Clerk of Court, by using the CM/ECF system, which will send a notice of electronic filing to the following: Carl N. Finley, Esq.. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: None.

*(signature)*
Steven M. Lozes

2