UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| LISBETH SCOTT | * | CIVIL ACTION |
|---|---|---|
| VERSUS | * | NO. 07-7166 |
| ENCOMPASS INSURANCE COMPANY OF AMERICA | * | SECTION "M" |
|  | * | MAG. 4 |

******************************************

### ORDER

Considering the foregoing Joint Stipulation of Dismissal;

IT IS HEREBY ORDERED that the above-numbered and entitled matter be dismissed, in its entirety, and as to all parties, with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
JUDGE