UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § § | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br>MRGO and LEVEE | | |

## REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant Washington Group International, Inc. ("WGII"), which pursuant to Local Rule 78.1E, respectfully requests permission to argue orally the MRGO and LEVEE PSLCs' Joint Motion to Modify Case Management Order No. 7 To Defer Class Action Certification Proceedings (Rec. Doc. 15241). Oral argument will clarify the issues of fact and law and assist the Court in making a correct disposition of the motion.

947890v.1

**WHEREFORE**, counsel for WGII respectfully moves this Court to grant oral argument for said motion on the scheduled motion date on the 15th day of October, 2008, at 9:30 a.m.

Dated: October 7, 2008　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/Heather S. Lonian*
　　　　　　　　　　　　　　　　　　　　William D. Treeby, Bar No. 12901
　　　　　　　　　　　　　　　　　　　　Carmelite M. Bertaut , Bar No. 3054
　　　　　　　　　　　　　　　　　　　　Heather S. Lonian, Bar No. 29956
　　　　　　　　　　　　　　　　　　　　STONE PIGMAN WALTHER WITTMANN L.L.C.
　　　　　　　　　　　　　　　　　　　　546 Carondelet Street
　　　　　　　　　　　　　　　　　　　　New Orleans, LA 70130
　　　　　　　　　　　　　　　　　　　　Phone:  504-581-3200
　　　　　　　　　　　　　　　　　　　　Fax:  504-581-3361

　　　　　　　　　　　　　　　　　　　　Of Counsel:

　　　　　　　　　　　　　　　　　　　　Adrian Wager-Zito
　　　　　　　　　　　　　　　　　　　　JONES DAY
　　　　　　　　　　　　　　　　　　　　51 Louisiana Avenue, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20001-2113
　　　　　　　　　　　　　　　　　　　　Phone:  202-879-3939
　　　　　　　　　　　　　　　　　　　　Fax:  202-626-1700

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　*Washington Group International, Inc.*

- 3 -

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Request for Oral Argument has been served upon all counsel of record through the Court's CM/ECF electronic filing system or by placing same in the United States mail, postage prepaid and properly addressed, this 7th day of October, 2008

*/s/Heather S. Lonian*

947890v.1