UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE, Moreau, 07-3082 | JUDGE DUVAL<br>MAG.WILKINSON |

## ORDER

Having received no report at the conclusion of the court's "Post-Sher" settlement evaluation process pursuant to Record Doc. No. 13521, I reviewed the record of the referenced Moreau case and conferred via telephone with defense counsel, Ed Wicker, concerning its status. The claims of plaintiff Lorraine Moreau were originally asserted in the mass joinder case of Bacques v. Allstate, C.A. No. 06-7549 "R"(5). Prior to severance of the misjoined claims and their transfer to the captioned consolidated litigation in Section "K"(2), Lorraine Moreau settled her claims against Allstate, and they were dismissed in response to plaintiff's motion by order of Judge Vance dated January 10, 2007, Record Doc. Nos. 8 and 9 in C.A. No. 06-7549. The referenced Moreau case, C.A. No. 07-3082, was erroneously filed and docketed thereafter, even though all claims asserted in the new case had previously been settled and dismissed. Accordingly,

**IT IS ORDERED** that the Clerk mark the captioned Moreau case, C.A. No. 07-3082, **CLOSED**, because all claims asserted in it have already been settled and dismissed. The Clerk is hereby **DIRECTED** to docket a copy of this order, together with copies of the

motion and order to dismiss, Record Doc. Nos. 8 and 9 in C.A. No. 06-7549 "R"(5), on the docket of C.A. No. 05-4182 and on the docket of C.A. No. 07-3082.

New Orleans, Louisiana, this   7th   day of October, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**