

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 JAN -4  PM 4: 36
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN BACQUES, et al. | * | CIVIL ACTION NO.: 06-7549 |
| | * | |
| | * | JUDGE: VANCE |
| VERSUS | * | |
| | * | MAGISTRATE: CHASEZ |
| ALLSTATE INSURANCE COMPANY | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### PARTIAL MOTION TO DISMISS PLAINTIFF LORRAINE MOREAU, WITH PREJUDICE

Plaintiff Lorraine Moreau, having settled her claim against Defendant and Allstate Indemnity Company in the captioned proceeding in mediation, respectfully requests that she be dismissed from this action, with prejudice.

**WHEREFORE,** Lorraine Moreau prays that she be dismissed as a Plaintiff from

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____
72403

this lawsuit, with prejudice, and that her claim against Defendant and Allstate Indemnity Company be dismissed, with prejudice.

Respectfully submitted,

_____
William P. Connick, 14158
CONNICK & CONNICK
2551 Metairie Road
Metairie, Louisiana 7000
Telephone: (504) 838-8777
Fax: (504) 838-9903

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Partial Motion to Dismiss Plaintiff Lorraine Moreau, With Prejudice has been served upon all counsel of record by facsimile, hand delivery, electronic mail, or placing same in the United States mail, postage prepaid and properly addressed, this 4th day of January, 2007.

_____

72403