UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 |
| | * | JUDGE:  DUVAL |
| | * * | MAGISTRATE:  WILKINSON |
| PERTAINS TO: | * * | |
| INSURANCE:   *Abadie,* 06-5164 | * * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LIMITED REOPENING OF CASE
AND PARTIAL MOTION TO DISMISS**

Plaintiffs with claims against Metropolitan Property and Casualty Insurance Company and MetLife (collectively "Metropolitan") have resolved their disputes and been dismissed from this lawsuit.  Since no other named plaintiff is insured by any of the Metropolitan entities, plaintiffs request that all other claims against all Metropolitan entities be dismissed, without prejudice.  All claims by all remaining plaintiffs against all defendants other than these Metropolitan entities are reserved.

**WHEREFORE,** Plaintiffs pray that this motion be granted, each party to bear its own costs.

Dimsissal Motion Adabie1 W Metropolitan.doc

                                                Respectfully Submitted,

                                                /s/ Joseph M. Bruno
                                                Joseph M. Bruno, 3604
                                                L. Scott Joanen, 21431
                                                The Law Offices of Joseph M. Bruno
                                                855 Baronne Street
                                                New Orleans, Louisiana  70113
                                                Telephone:  504/525-1335

                                                Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss has been served upon all counsel of record by placing same in the United States Mail, postage prepaid, or by electronic transmission or facsimile transmission on the 7th day of October, 2008.

                                                /s/ Joseph M. Bruno