UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 <br><br> SECTION "K" <br><br> MAGISTRATE (2) |
| THIS DOCUMENT RELATES TO: <br> Insurance <br><br> **No. 06-5164,** *Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Palmalee Grimes, Edward regarding 1712 St Anthony Dr, New Orleans, LA 70116; Ira Chauvin regarding 5522 Wildair Dr., New Orleans, LA 70122; Erica Mann-Thomas regarding 3418 Annette Street, New Orleans, LA 70122; Rene Crosier regarding 7331 Voyageur Dr, New Orleans, LA 70129; Patricia Anderson regarding 4850 Eunice St., New Orleans, LA 70127; Freddie Powell, Annette C. Powell regarding 1711 Gayoso St., New Orleans, LA 70127; Beverly Mason regarding 6141 Craigie Rd., New Orleans, LA 70126; Fredene Hughes regarding 2401 Edgar Dr., Violet, LA 70092; Sherman Slack regarding 1726 Tricou St., New Orleans, LA 70117; Mohammed Samad regarding 3705 Jacob Dr., Chalmette, LA 70043; Iris Garnier regarding #9 Magnolia Trace Dr, Harvey, LA 70058; Robin Champlin regarding 343 Dandelion Dr, Waggaman, LA 70094; Mary Tibbs regarding 5009 Read Rd., New Orleans, LA 70127; Alvin Brown regarding #15 N Oakridge Ct, New Orleans, LA 70128; Wanda Davis, Renaldo C. Davis regarding 1612 Mirabeau Ave., New Orleans, LA 70122; Lee Hendler regarding 5966 Louisville St, New Orleans, LA 70124; Christine Williams regarding 3811 Ford St., New Orleans, LA 70126; Sandra Ivory regarding 2336 Franklin Ave., New Orleans, LA 70117 |

**<u>UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF</u>**

**<u>MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO</u>**

**<u>DISMISS WITH PREJUDICE</u>**

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Palmalee Grimes,

Edward regarding 1712 St Anthony Dr, New Orleans, LA 70116; Ira Chauvin regarding 5522 Wildair Dr., New Orleans, LA 70122; Erica Mann-Thomas regarding 3418 Annette Street, New Orleans, LA 70122; Rene Crosier regarding 7331 Voyageur Dr, New Orleans, LA 70129; Patricia Anderson regarding 4850 Eunice St., New Orleans, LA 70127; Freddie Powell, Annette C. Powell regarding 1711 Gayoso St., New Orleans, LA 70127; Beverly Mason regarding 6141 Craigie Rd., New Orleans, LA 70126; Fredene Hughes regarding 2401 Edgar Dr., Violet, LA 70092; Sherman Slack regarding 1726 Tricou St., New Orleans, LA 70117; Mohammed Samad regarding 3705 Jacob Dr., Chalmette, LA 70043; Iris Garnier regarding #9 Magnolia Trace Dr, Harvey, LA 70058; Robin Champlin regarding 343 Dandelion Dr, Waggaman, LA 70094; Mary Tibbs regarding 5009 Read Rd., New Orleans, LA 70127; Alvin Brown regarding #15 N Oakridge Ct, New Orleans, LA 70128; Wanda Davis, Renaldo C. Davis regarding 1612 Mirabeau Ave., New Orleans, LA 70122; Lee Hendler regarding 5966 Louisville St, New Orleans, LA 70124; Christine Williams regarding 3811 Ford St., New Orleans, LA 70126; Sandra Ivory regarding 2336 Franklin Ave., New Orleans, LA 70117, who wish to voluntarily dismiss the claims against Defendant(s) Allstate Insurance Company in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

    Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY:   /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 7th day of October, 2008.

  /s/ Joseph M. Bruno
Joseph M. Bruno