UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO:<br>Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Palmalee Grimes, Edward regarding 1712 St Anthony Dr, New Orleans, LA 70116; Ira Chauvin regarding 5522 Wildair Dr., New Orleans, LA 70122; Erica Mann-Thomas regarding 3418 Annette Street, New Orleans, LA 70122; Rene Crosier regarding 7331 Voyageur Dr, New Orleans, LA 70129; Patricia Anderson regarding 4850 Eunice St., New Orleans, LA 70127; Freddie Powell, Annette C. Powell regarding 1711 Gayoso St., New Orleans, LA 70127; Beverly Mason regarding 6141 Craigie Rd., New Orleans, LA 70126; Fredene Hughes regarding 2401 Edgar Dr., Violet, LA 70092; Sherman Slack regarding 1726 Tricou St., New Orleans, LA 70117; Mohammed Samad regarding 3705 Jacob Dr., Chalmette, LA 70043; Iris Garnier regarding #9 Magnolia Trace Dr, Harvey, LA 70058; Robin Champlin regarding 343 Dandelion Dr, Waggaman, LA 70094; Mary Tibbs regarding 5009 Read Rd., New Orleans, LA 70127; Alvin Brown regarding #15 N Oakridge Ct, New Orleans, LA 70128; Wanda Davis, Renaldo C. Davis regarding 1612 Mirabeau Ave., New Orleans, LA 70122; Lee Hendler regarding 5966 Louisville St, New Orleans, LA 70124; Christine Williams regarding 3811 Ford St., New Orleans, LA 70126; Sandra Ivory regarding 2336 Franklin Ave., New Orleans, LA 70117 |

**ORDER**

Considering the Unopposed Motion and Incorporated Memorandum in Support of

Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Palmalee Grimes, Edward regarding 1712 St Anthony Dr, New Orleans, LA 70116; Ira Chauvin regarding 5522 Wildair Dr., New Orleans, LA 70122; Erica Mann-Thomas regarding 3418 Annette Street, New Orleans, LA 70122; Rene Crosier regarding 7331 Voyageur Dr, New Orleans, LA 70129; Patricia Anderson regarding 4850 Eunice St., New Orleans, LA 70127; Freddie Powell, Annette C. Powell regarding 1711 Gayoso St., New Orleans, LA 70127; Beverly Mason regarding 6141 Craigie Rd., New Orleans, LA 70126; Fredene Hughes regarding 2401 Edgar Dr., Violet, LA 70092; Sherman Slack regarding 1726 Tricou St., New Orleans, LA 70117; Mohammed Samad regarding 3705 Jacob Dr., Chalmette, LA 70043; Iris Garnier regarding #9 Magnolia Trace Dr, Harvey, LA 70058; Robin Champlin regarding 343 Dandelion Dr, Waggaman, LA 70094; Mary Tibbs regarding 5009 Read Rd., New Orleans, LA 70127; Alvin Brown regarding #15 N Oakridge Ct, New Orleans, LA 70128; Wanda Davis, Renaldo C. Davis regarding 1612 Mirabeau Ave., New Orleans, LA 70122; Lee Hendler regarding 5966 Louisville St, New Orleans, LA 70124; Christine Williams regarding 3811 Ford St., New Orleans, LA 70126; Sandra Ivory regarding 2336 Franklin Ave., New Orleans, LA 70117 against Defendant Allstate Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
United States District Judge