**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) & Consolidated Cases |
| PERTAINS TO: BARGE | |
| Boutte, No. 05-5531 | JUDGE DUVAL |
| Mumford, No. 05-5724 | |
| Lagarde, No. 06-5342 | MAG. WILKINSON |
| Perry, No. 06-6299 | |
| Benoit, No. 06-7516 | |
| Parfait Family, No. 07-3500 | |
| Lafarge, NO. 07-5178 | |

**MEMORANDUM OF THIRD-PARTY DEFENDANT, ORLEANS LEVEE DISTRICT, IN OPPOSITION TO LAFARGE NORTH AMERICA INC.'S MOTION TO CONTINUE HEARING ON THIRD-PARTY DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT, AND IN OPPOSITION TO EX PARTE MOTION OF LAFARGE NORTH AMERICA INC. FOR EXPEDITED HEARING OF MOTION TO CONTINUE HEARING ON THIRD-PARTY <u>DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u>**

**MAY IT PLEASE THE COURT:**

The Orleans Levee District (the "OLD") respectfully submits this Memorandum in Opposition, adopting the Memorandum in Opposition of Third-Party Defendant, The Board of

- 1 -

Commissioners of the Port of New Orleans (the "Port's Memorandum") (Doc. 15770), filed with this Honorable Court on October 6, 2008, in connection with the above-captioned matters and concerning Lafarge North America, Inc.'s (1) Motion to Continue Hearing on Third-Party Defendants' Motions for Summary Judgment; and (2) Ex Parte Motion for Expedited Hearing of Motion to Continue Hearing on Third-Party Defendants' Motions for Summary Judgment.

**WHEREFORE,** for all of the reasons set forth in the Port's Memorandum, which the Orleans Levee District adopts *in extenso* herein, the Orleans Levee District respectfully requests that this Honorable Court deny Lafarge North America, Inc.'s motion to continue and for expedited hearing.

Dated: October 7, 2008

Respectfully submitted,

s/ Thomas P. Anzelmo_____
McCRANIE, SISTRUNK, ANZELMO,
   HARDY, MAXWELL & McDANIEL
Thomas P. Anzelmo, P.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE: (504) 831-0946
FACSIMILE: (504) 831-2492

and

LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE: (337) 237-7000
FACSIMILE: (337) 233-9450
Attorneys for the ORLEANS LEVEE DISTRICT

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of October, 2008, a copy of the above and foregoing **Memorandum of Third-Party Defendant, Orleans Levee District, in Opposition to Lafarge North America Inc.'s Motion to Continue Hearing on Third-Party Defendants' Motions for Summary Judgment, and in Opposition to Ex Parte Motion of Lafarge North America Inc. for Expedited Hearing of Motion to Continue Hearing on Third-Party Defendants' Motions for Summary Judgment** was filed electronically with the Clerk of Court using the Court's CM/ECF system.  Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

    s/ Thomas P. Anzelmo_____
    McCRANIE, SISTRUNK, ANZELMO,
       HARDY, MAXWELL & McDANIEL
    3445 N. Causeway Boulevard, Ste. 800
    Metairie, Louisiana 70002
    TELEPHONE:  (504) 831-0946
    FACSIMILE:  (504) 831-2492
    E-MAIL:  tpa@mcsalaw.com