## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| *In Re:* **KATRINA CANAL BREACHES** <br> ***CONSOLIDATED LITIGATION*** | CIVIL ACTION NO.: 05-4182 "K"(2) <br><br> JUDGE DUVAL <br><br> MAG. WILKINSON |
| **PERTAINS TO:** | |
| **INSURANCE 07-3406** (Gafur v. Allstate) | |

## MOTION AND ORDER FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes the defendant herein, Allstate Insurance Company ("Allstate"), in its capacity as the homeowners insurer for the plaintiffs, Asif Gafur and Aliya Asif ("plaintiffs"), and respectfully suggesting to this Court that the claims of the plaintiffs against Allstate for damage to the insured dwelling, as well as for damages to the contents of that dwelling, both should be dismissed on the basis that the total value of the plaintiffs' dwelling and contents were designated as being damaged by flood, were paid for under a flood insurance policy, and are excluded under the Allstate homeowners policy.

Accordingly, for the reasons more fully set forth, Allstate desires an Order to be issued dismiss the plaintiffs' claims against Allstate with prejudice and plaintiff to bear all costs.

>Respectfully submitted,
>
>/s/ Scott G. Jones
>Scott G. Jones (Bar No. 14408)
>1331 West Causeway Approach
>Mandeville, Louisiana 70471
>Telephone: 985-624-9920
>Facsimile: 985-624-9940
>scott@inabnetjones.com

## CERTIFICATE OF SERVICE

I certify that on this __8__ day of October, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel.

>/s/ Scott G. Jones
>Scott G. Jones

2