UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| *In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION* | CIVIL ACTION NO.: 05-4182 "K"(2) |
| | JUDGE DUVAL |
| | MAG. WILKINSON |
| **PERTAINS TO:** | |
| INSURANCE 07-3406 (Gafur v. Allstate) | |

## ORDER

Considering the foregoing;

IT IS HEREBY ORDERED that the Court grants Allstate Insurance Company's Motion for Summary Judgment and dismisses the claims for dwelling and contents damage being made by the plaintiffs, Asif Gafur and Aliya Asif, said dismissal to be with prejudice.

Thus signed in New Orleans, Louisiana, this _____ day of October, 2008.

_____
U.S. DISTRICT JUDGE