# Allstate Insurance Compa.

Policy Number: 0 31 384778 06/28      Your Agent:   White Ins Agency  (504) 241-2234
For Premium Period Beginning: June 28, 2005

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - w/out Building Structure Reimbursement Extended Limits<br> • $1,000  Other Peril Deductible Applies<br> • $7,150  Hurricane Deductible Applies | $143,000 | |
| Other Structures Protection<br> • $1,000  Other Peril Deductible Applies<br> • $7,150  Hurricane Deductible Applies | $14,300 | |
| Personal Property Protection - Actual Cash Value<br> • $1,000  Other Peril Deductible Applies<br> • $7,150  Hurricane Deductible Applies | $71,500 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br> • $250   All Peril Deductible Applies | $1,000 | each occurrence |

## DISCOUNTS   Your premium reflects the following discounts on applicable coverage(s):
Protective Device                              10 %

## RATING INFORMATION
The dwelling is of Brick Veneer construction and is occupied by  1 family

Information as of
May 12, 2005

Page 2
LA007IR80



ALST-SHEL 202448

Assig

Wind Auj Adjuster: 14580 ALLYSON PITS

| F300 Flood Claim Work Order | 10/18/2005 11:17:42 AM | | |
|---|---|---|---|
| 205   ALLSTATE FLOOD | Receive Date: 10/11/2005 | Batch #: 3129 | Date Assigned 10/13/2005 |

| Claim Number: | 5115185240 | Policy: | 000000280035496 | Policy Term: 06/28/2005 To 06/28/2006 |
|---|---|---|---|---|
| Notice Date: | 10/10/2005 | Loss Dte: | 08/29/2005 | Cat Code:   K      ROC: |

| Insured Name: | ASIF GAFUR 4659 CHARLMARK DR | NEW ORLEANS | LA | 70127 |
|---|---|---|---|---|
| Loss Location: Address: | ASIF GAFUR 4659 CHALMARK DR | NEW ORLEANS | LA | 70127 |

| Phone: | (504) 638-4261 | (504) 261-5555 |
|---|---|---|
| EDS Insured: Eds Ins Add: | GAFUR, ALIYA H & ASIF 4659 CHALMARK DR | |

Lien Holder:

Agent:                                    Agent Phone:

### Dwelling Damage

DWELLING DMG: UNK EXTENT OF DAMAGES LOSS FACTS: HURRICANE KATRINA PRIOR LOSS: NONE FOUND L300 COVERAGES: NOT FOUND ***** DAMAGE LEVEL: 3 - SEVERE DAMAGE ***** AGENTNAME: NAME NOT AVAILABLE PHONE:

### Flood Policy Data

| Building Type: | 1 Single Family | Mobile Home: N | # Floors: 1 | Basement: 0   None |
|---|---|---|---|---|
| Firm Zone: A04 | Elevated Building: N | Elevation Difference: 1 | | Const Date: 06/06/1984 |
| Building Cov: $139,200.00 | Building Ded: $500.00 | Contents Cov: $16,600.00 | | Contents Ded: $500.00 |

#### Prior Claims

| Claim# | Loss Date | Build Loss | Contents | Close Date |
|---|---|---|---|---|
| | | | | |

#### Comments

CAT CODE = K

TRANSFER

FROM  14580

TO  912

#### Customer Care



# Allstate Insurance-National Catastrophe Team

PO Box 94054
PALATINE, IL 60094
Phone #(800) 547-8676        Fax # (888) 859-3946

November 11, 2005                    **Flood Narrative**

**Re:**   Insured:            ASIF GAFUR
          Claim Number:       5115185240
          Policy Number:      000000280035496
          Claim #:            5115185240
          Date of Loss:       8/29/2005
          Peril:              FLOOD
          Location of Loss:   4659 CHALMARK DR, NEW ORLEANS, LA  70127

**Assignment:**  This loss was assigned to Allstate Insurance-National Catastrophe Team on 10/10/2005. This writer contacted insured on 10/27/2005 to discuss the scope of damages and schedule an inspection. Arrangements were made to meet at the loss site on 11/1/2005 and review the damages.

**Coverage:**  Coverage was verified by a copy of the declaration sheet provided by the producing agent. The term of the policy covering this loss is from 6/28/2005 until 6/28/2006. The declaration sheet received indicated coverage to be as follows:

| Coverage | Amount | Deductible |
|---|---|---|
| AA-Building | $139,200.00 | $500.00 |
| CC-Contents | $16,600.00 | $500.00 |

**Cause & Origin:**  This FLOOD occurred on 8/29/2005. The damage is from flood waters that entered home and stayed for 3 weeks. Mold all the way into the ceiling.

**Estimate Of Damage, (Building):**  The attached estimate of damage, which is submitted for your review and consideration, contains the damages viewed by this adjuster at the time of inspection.

| Item | Amount |
|---|---|
| Replacement Cost | $139,200.00 |



| | |
|---|---|
| Profit | $0.00 |
| Overhead | $0.00 |
| Total RCV With O&P | $269,349.00 |
| Depreciation | $40,407.00 |
| Non Recoverable Depreciation | $40,407.00 |
| Excess | $89,242.00 |
| Deductible | $500.00 |
| Actual Cash Value Claim Payable | $139,200.00 |

**RCC Claim If Appllicable**     $0.00

**Estimate Of Damage, (Contents):** Contents Per Inventory (See Contents Worksheet(s) Provided By The Insured(s)

| Item | Amount |
|---|---|
| Replacement Cost | $31,000.00 |
| Depreciation | $9,200.00 |
| Non Recoverable Depreciation | $9,200.00 |
| Excess | $4,700.00 |
| Deductible | $500.00 |
| Actual Cash Value Claim Payable | $16,600.00 |

**RCC Claim If Appllicable**     $0.00

**Salvage:**  No salvage possibilities exist.

**Subrogation:**  There are no subrogation possibilities.

**Prior Payments:**  We are aware of no prior payments.

**Outstanding Investigation / Adjustment:**  The Proof Of Loss Form(s) has been waived on this event but we have attached same to this file.This appears to conclude this loss. If we may be of any further service please contact Allstate Insurance-National Catastrophe Team.

**Draft Requests:**  If you agree with our estimate of damages and calculations as outlined in this file, please issue your draft(s) in the amounts listed above. Please include any mortgagees that may appear in the insured's file.

Thank you for allowing Allstate Insurance-National Catastrophe Team to serve you on this loss.

With kindest regards,

Paul W Pearson
Adjuster

FEDERAL EMERGENCY MANAGEMENT AGENCY

O.M.B. NO. 3067-0021

THE NFIP REQUIRES THAT A PRELIMINARY REPORT BE RECEIVED WITHIN 15 DAYS OF ASSIGNMENT,
AND AN INTERIM OR FINAL REPORT NOT LATER THAN EVERY 30 DAYS THEREAFTER.

# NATIONAL FLOOD INSURANCE PROGRAM FINAL REPORT

INSURED   GAFUR, ASIF

POLICY NUMBER   000000280035496

PROPERTY ADDRESS   4659 CHALMARK DR, NEW ORLEANS, LA 70127

DATE OF LOSS   8/29/2005

ADJUSTING COMPANY   Allstate Insurance-National Catastrophe Team

ADJ. FILE NO.   5115185240

## PREMISES HISTORY

Date risk was originally constructed:

Insured at premises since:

| Date of Alteration | Brief Description of Alteration | Market Value | Cost of Alteration | Type of Alteration | | | *Substantial Improvement? |
|---|---|---|---|---|---|---|---|
| None | | | | Repair  Recon.  Imprv. | | | Yes  No |
| | | | | Repair  Recon.  Imprv. | | | Yes  No |
| | | | | Repair  Recon.  Imprv. | | | Yes  No |

* Defined as any repair, reconstruction, or improvement; the cost of which equals or exceeds 50% of the market value of the structure before the damage occurred or the reconstruction or improvement was begun.

Prior losses (approximate dates and amounts of loss):

None

| | | | | |
|---|---|---|---|---|
| Repairs completed?  Yes  No | Insured?  Yes  No | Insured but no claim made |
| Repairs completed?  Yes  No | Insured?  Yes  No | Insured but no claim made |
| Repairs completed?  Yes  No | Insured?  Yes  No | Insured but no claim made |

(Continue under Remarks if additional space is needed for alteration or prior losses.)

## INTERESTS

Mortgagee(s):

Loss Payee(s):  GAFUR, ASIF

Other Insurance:     Yes  No

| (Company) | (Type) | (Policy Number) | (Coverage: Bldg./Conts.) | (Covers flood?) |
|---|---|---|---|---|

Duration building will not be habitable:   [1] 0-2 days   [2] 3-7 days   [3] 2-4 weeks   [4] 1-2 months   [5] more than 2 months

## CLAIM SUMMARY

Claim Recapitulation (See worksheets for details)

| | Building | | Contents | | Totals |
|---|---|---|---|---|---|
| | Main*/Association | Appurtenant/Unit | Main*/Association | Appurtenant/Unit | |
| Property Value (RCV) | $287,950.00 | $0.00 | $25,000.00 | $0.00 | $312,950.00 |
| Property Value (ACV) | $230,360.00 | $0.00 | $20,000.00 | $0.00 | $250,360.00 |
| Gross Loss (RCV) | $269,349.00 | $0.00 | $31,000.00 | $0.00 | $300,349.00 |
| Covered Damage (ACV) | $228,942.00 | $0.00 | $21,800.00 | $0.00 | $250,742.00 |
| Removal/Protection | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Loss (ACV) | $228,942.00 | $0.00 | $21,800.00 | $0.00 | $250,742.00 |
| Less Salvage | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Less Deductible | $500.00 | $0.00 | $500.00 | $0.00 | $1,000.00 |
| Excess Over Limit | $89,242.00 | $0.00 | $4,700.00 | $0.00 | $93,942.00 |
| Claim Payable (ACV) | $139,200.00 | $0.00 | $16,600.00 | $0.00 | $155,800.00 |
| Damage From Other Cause | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Identify Cause:

Main building RCV: $   287,950.00

Insured qualifies for R/C coverage   Yes  No  [✓] Not Applicable

* Includes mobile home.

If yes, R/C claim: $               Total building claim: $

## EXCLUDED DAMAGES

Approximate value of property excluded:

Approximate damage to property excluded:

| Excluded Building Damages: | [✓] Less than 1,000 | [4] 5,000 - 10,000 | [✓] Less than 1,000 | [4] 5,000 - 10,000 |
|---|---|---|---|---|
| | [2] 1,000 - 2,000 | [5] 10,000 - 20,000 | [2] 1,000 - 2,000 | [5] 10,000 - 20,000 |
| | [3] 2,000 - 5,000 | [6] More than 20,000 | [3] 2,000 - 5,000 | [6] More than 20,000 |

| Excluded Contents Damages: | [✓] Less than 1,000 | [4] 5,000 - 10,000 | [✓] Less than 1,000 | [4] 5,000 - 10,000 |
|---|---|---|---|---|
| | [2] 1,000 - 2,000 | [5] 10,000 - 20,000 | [2] 1,000 - 2,000 | [5] 10,000 - 20,000 |
| | [3] 2,000 - 5,000 | [6] More than 20,000 | [3] 2,000 - 5,000 | [6] More than 20,000 |

## ENCL

| Building worksheets ( ) | Photographs ( ) | Proof of Loss | Other |
|---|---|---|---|
| Contents worksheets ( ) | Narrative ( pp) | R/C Proof | Other |

## CERTIFICATION

The above statements are true and correct to the best of my knowledge. I understand that any false statements may be punishable by fine or imprisonment under 18 U.S. Code Sec. 1001.

County of _____     Insured _____

State of _____     Insured _____

Signed this _____ day of _____, 20___     Witness _____

11/11/2005

Date of Report

FEMA Form B1-58, JUL 00

Adjuster's Signature

EXHIBIT
D

ALL-STATE LEGAL

06010315

Adjuster's SSN

F-094 (7/00)

FEDERAL EMERGENCY MANAGEMENT AGENCY
NATIONAL FLOOD INSURANCE PROGRAM

O.M.B. NO. 3067-0021

# CONTENTS

November 11, 2005

Date of Report

| Insured and Location<br>GAFUR, ASIF<br>4659 CHARLMARK DR, NEW ORLEANS, LA 70127 | Policy No.<br>000000280035496 | |
|---|---|---|
| Adjusting Firm and Address<br>Allstate Insurance-National Catastrophe Team<br>PO Box 94054, PALATINE, IL 60094 | (ADJUSTER)<br>Paul W Pearson | Adjuster's File No.<br>5115185240 | Date of Loss<br>8/29/2005 |

| 1<br>ITEM. | 2<br>DESCRIPTION | 3<br>QUANTITY | 4<br>AGE | 5<br>REPLACEMENT COST | 6<br>LOSS OR DAMAGE | 7<br>DEPRECIATION | 8<br>A.C.V. FLOOD LOSS | 9<br>A.C.V. WIND LOSS |
|---|---|---|---|---|---|---|---|---|
| | **Contents** | | | | | | | |
| 1 | Replace LIVING ROOM | 1 | | $3,500.00 w | $3,500.00 | $700.00 | $2,800.00 | |
| 2 | Replace DINING ROOM | 1 | | $2,500.00 w | $2,500.00 | $500.00 | $2,000.00 | |
| 3 | Replace MASTER BEDROOM | 1 | | $5,000.00 w | $5,000.00 | $1,000.00 | $4,000.00 | |
| 4 | Replace BEDROOM #2 | 1 | | $3,000.00 w | $3,000.00 | $600.00 | $2,400.00 | |
| 5 | Replace BEDROOM #3 | 1 | | $3,000.00 w | $3,000.00 | $600.00 | $2,400.00 | |
| 6 | Replace CLOTHES | 1 | | $10,000.00 w | $10,000.00 | $5,000.00 | $5,000.00 | |
| 7 | Replace TV AND EQUIPT. | 1 | | $4,000.00 w | $4,000.00 | $800.00 | $3,200.00 | |
| | **Estimate Totals** | | | | **$31,000.00** | **$9,200.00** | **$21,800.00** | |

**Price Database Legend**
w = Write-in

*less ded.*     5ᵒᵒ

21 800

*limit of Cov.* 16000

*excess* 47 07

EXHIBIT
E
ALL-STATE LEGAL®

F-096 (9/00)

# Adjuster Summary

Claim #        5114377301

## Allstate Insurance-National Catastrophe Team

Adjuster
David S Curention
Phone
Fax

PO Box 94054
PALATINE, IL 60094
Phone (800) 547-8676   Fax (888) 859-3946

October 20, 2005

Insured Name   GAFUR, ASIF
Loss Address   4659 CHALMARK DR, NEW ORLEANS, LA 70127
Phone Number (504) 242-1128      Policy #     000000031384778
Other Phone
Ins Company   Allstate Insurance Company      Ins Claim # 5114377301

Catastrophe # K082505
Date of Loss   8/28/2005

## AA - Dwelling (ROOF)

### Roof

4,587 sf Roof

Main Area    60' 1" x 24' 5" (2)     20' 3" x 21' 10" (2)     12' 6" x 30' 9" (2)

| | Repl. Cost | Depr. | ACV | OP | RD |
|---|---|---|---|---|---|
| Remove Fiberglass Shingles, 3 Tab, 25 YR.   45.87 SQ @ $14.18 [a] | $650.44 | $0.00 | $650.44 | | |
| Replace Fiberglass Shingles, 3 Tab, 25 YR.   49.67 SQ @ $31.26 [b] | $1,552.68 | Material | | | |
| 46 SQ @ $24.42 | $1,123.32 | Labor | | | |
| | $2,676.00 | $0.00 | $2,676.00 | | |

> DAMAGE TO ALL SLOPES. SHINGLES WILL NOT ADHERE.
> STRESS CRACKS WHERE SHINGLES FOLDED BACK. DEBRIS
> UNDER SHINGLES AND ARE CUPPED.

| | Repl. Cost | Depr. | ACV | OP | RD |
|---|---|---|---|---|---|
| Replace Felt, #15, 15 LB   45.87 SQ @ $8.20 [b] | $376.13 | $0.00 | $376.13 | | |
| Replace Ridge Shingles, Fiberglass   102.5 LF @ $1.12 [a] | $114.80 | $0.00 | $114.80 | | |
| Remove Collar, Vent Stack   8 EA @ $2.29 [a] | $18.32 | $0.00 | $18.32 | | |
| Replace Collar, Vent Stack   8 EA @ $10.97 [a] | $87.76 | $0.00 | $87.76 | | |
| Remove Vent, Dryer/Exhaust, Aluminum   3 EA @ $3.44 [a] | $10.32 | $0.00 | $10.32 | | |
| Replace Vent, Dryer/Exhaust, Aluminum   3 EA @ $11.89 [b] | $35.67 | $0.00 | $35.67 | | |
| Remove Roof Vent, Powered, Medium   1 EA @ $11.46 [a] | $11.46 | $0.00 | $11.46 | | |
| Replace Roof Vent, Powered, Medium   1 EA @ $94.50 [b] | $94.50 | $0.00 | $94.50 | | |
| Remove Roof Vent, Box, 12"x12"   1 EA @ $2.71 [a] | $2.71 | $0.00 | $2.71 | | |
| Replace Roof Vent, Box, 12"x12"   1 EA @ $18.02 [a] | $18.02 | $0.00 | $18.02 | | |
| Remove Drip Edge, Aluminum, Mill Finish, 5"   339.2 LF @ $0.13 [a] | $44.10 | $0.00 | $44.10 | | |
| Replace Drip Edge, Aluminum, Mill Finish, 5"   339.2 LF @ $0.61 [a] | $206.91 | $0.00 | $206.91 | | |
| Remove Valley Flashing, Galvanized Steel   33.6 LF @ $0.43 [a] | $14.45 | $0.00 | $14.45 | | |
| Replace Valley Flashing, Galvanized Steel   33.6 LF @ $1.31 [b] | $44.02 | $0.00 | $44.02 | | |
| Special Cleanup & Removal   11.46 HR @ $13.40 [a] | $153.56 | $0.00 | $153.56 | | |
| Special Dumpster, 20 Yard   1 EA @ $263.57 [a] | $263.57 | $0.00 | $263.57 | | |
| **AA - Dwelling (ROOF) Totals** | **$4,822.74** | **$0.00** | **$4,822.74** | | |

## AA - Dwelling

Adjuster Summary (MS/B 0120)
Claim # 5114377301

- 1 -

EXHIBIT
F

Oct 20, 2005

ALST-SHEL 202493

**North Elevation**

|  |  | Repl. Cost | Depr. | ACV | OP | RD |
|---|---|---|---|---|---|---|
| Rem/Reset Downspout, Aluminum, 6" | 10 LF @ $1.89 [a] | $18.90 | $0.00 | $18.90 | | |
| Remove Gutter, Aluminum, 6" | 31.6 LF @ $0.39 [a] | $12.32 | $0.00 | $12.32 | | |
| Replace Gutter, Aluminum, 6" | 31.6 LF @ $3.89 [a] | $122.92 | $0.00 | $122.92 | | |
| Special Minimum Charge, Paint | 1 LS @ $80.40 [a] | $80.40 | $0.00 | $80.40 | | |
| **AA – Dwelling Totals** | | **$234.54** | **$0.00** | **$234.54** | | |

## Appurt Structures or Mobile Home Contents

**FENCE**

|  |  | Repl. Cost | Depr. | ACV | OP | RD |
|---|---|---|---|---|---|---|
| Remove Fence, Board | 20 LF @ $1.79 [a] | $35.80 | $0.00 | $35.80 | | |
| Replace Fence, Board | 20 LF @ $8.27 [b] | $165.40 | $0.00 | $165.40 | | |
| Special Re-Align & Brace Fence, Wood | 112.3 LF @ $0.72 [a] | $80.86 | $0.00 | $80.86 | | |
| Remove Gate, Board | 1 EA @ $3.44 [a] | $3.44 | $0.00 | $3.44 | | |
| Replace Gate, Board | 1 EA @ $92.58 [a] | $92.58 | $0.00 | $92.58 | | |
| Tear Out Tree, (medium to large), Off Fence | 6 HR @ $25.00 [a*] | $150.00 | $0.00 | $150.00 | | |
| Special TREE CLEAN UP AND REMOVAL | 4 HR @ $25.00 [w] | $100.00 | $0.00 | $100.00 | N | N |
| **Appurt Structures or Mobile Home Contents Totals** | | **$628.08** | **$0.00** | **$628.08** | | |

## Summary

|  | Repl. Cost | Depr. | ACV |
|---|---|---|---|
| Estimate Totals | $5,685.36 | $0.00 | $5,685.36 |
| Less Amount Not Subject To Overhead & Profit | ($100.00) | $0.00 | ($100.00) |
| Amount Subject To Overhead & Profit | $5,585.36 | $0.00 | $5,585.36 |
| Contractor's Overhead & Profit (31%) | $1,731.46 | $0.00 | $1,731.46 |
| Sub-Total | $7,316.82 | $0.00 | $7,316.82 |
| Amount Not Subject To Overhead & Profit | $100.00 | $0.00 | $100.00 |
| Total With Overhead & Profit | $7,416.82 | $0.00 | $7,416.82 |
| Sales Tax 9.00% | $234.97 | $0.00 | $234.97 |
| Total With Tax | $7,651.79 | $0.00 | $7,651.79 |
| Less Deductible Applied ($7,150.00 Maximum) | ($7,150.00) | | ($7,150.00) |
| **Net Claim** | **$501.79** | **$0.00** | **$501.79** |

ALST-SHEL 202494

Items noted as such by the Price Database Legend at the bottom of this estimate were based on material pricing provided by and available at large building material suppliers in your local market. It should be noted that prices can change without notice. Allstate will honor this estimate and work with you to resolve your claim regardless of where you purchase your materials and services. If you find the cost of repairs or replacement is more than reflected in this estimate, please contact your claim adjuster at the number listed above.

PLEASE NOTE: "Actual Cash Value is defined as the amount it would take to repair or replace damage to your property less depreciation. Depreciation, when applied in this estimate, is the decrease of the property's value due to age, wear and tear (condition) or obsolescence, except where otherwise noted."

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Price Database Legend**

a = MSB Cost Data SS05A0405
b = MSB Cost Data SS05A0405 (Home Improvement Ret Material)

w = Write-in
* = Modified

ALST-SHEL 202495

# Claim Summary

**Clr #**        **5114377301**

---

**Allstate Insurance-National Catastrophe Team**

| | | |
|---|---|---|
| Adjuster<br>David S Curention | PO Box 94054 | October 20, 2005 |
| Phone | PALATINE, IL 60094 | |
| Fax | Phone (800) 547-8676   Fax (888) 859-3946 | |

Insured Name  GAFUR, ASIF
Loss Address  4659 CHALMARK DR, NEW ORLEANS, LA 70127
Phone Number (504) 242-1128         Policy #      000000031384778
Other Phone                          Ins Claim # 5114377301
Ins Company   Allstate Insurance Company

Catastrophe # K082505
Date of Loss  8/28/2005

---

## AA - Dwelling

| | Repl. Cost | Depr. | ACV |
|---|---|---|---|
| Estimate Totals | $5,057.28 | $0.00 | $5,057.28 |
| Contractor's Overhead & Profit (31%) | $1,567.76 | $0.00 | $1,567.76 |
| Total With Overhead & Profit | $6,625.04 | $0.00 | $6,625.04 |
| Sales Tax 9.00% | $210.46 | $0.00 | $210.46 |
| Total With Tax | $6,835.50 | $0.00 | $6,835.50 |
| Less Deductible Applied | ($6,835.50) | | ($6,835.50) |
| AA - Dwelling Claim | $0.00 | $0.00 | $0.00 |

## Appurt Structures or Mobile Home Contents

| | Repl. Cost | Depr. | ACV |
|---|---|---|---|
| Estimate Totals | $628.08 | $0.00 | $628.08 |
| Less Amount Not Subject To Overhead & Profit | ($100.00) | $0.00 | ($100.00) |
| Amount Subject To Overhead & Profit | $528.08 | $0.00 | $528.08 |
| Contractor's Overhead & Profit (31%) | $163.70 | $0.00 | $163.70 |
| Sub-Total | $691.78 | $0.00 | $691.78 |
| Amount Not Subject To Overhead & Profit | $100.00 | $0.00 | $100.00 |
| Total With Overhead & Profit | $791.78 | $0.00 | $791.78 |
| Sales Tax 9.00% | $24.51 | $0.00 | $24.51 |
| Total With Tax | $816.29 | $0.00 | $816.29 |
| Less Deductible Applied | ($314.50) | | ($314.50) |
| Appurt Structures or Mobile Home Contents Claim | $501.79 | $0.00 | $501.79 |

---



ALST-SHEL 202491

## Summary: Claim # 5114377301

|  | Repl. Cost | Depr. | ACV |
|---|---|---|---|
| **Estimate Totals** | $5,685.36 | $0.00 | $5,685.36 |
| **Less Amount Not Subject To Overhead & Profit** | ($100.00) | $0.00 | ($100.00) |
| **Amount Subject To Overhead & Profit** | $5,585.36 | $0.00 | $5,585.36 |
| **Contractor's Overhead & Profit (31%)** | $1,731.46 | $0.00 | $1,731.46 |
| **Sub-Total** | $7,316.82 | $0.00 | $7,316.82 |
| **Amount Not Subject To Overhead & Profit** | $100.00 | $0.00 | $100.00 |
| **Total With Overhead & Profit** | $7,416.82 | $0.00 | $7,416.82 |
| **Sales Tax 9.00%** | $234.97 | $0.00 | $234.97 |
| **Total With Tax** | $7,651.79 | $0.00 | $7,651.79 |
| **Less Deductible Applied ($7,150.00 Maximum)** | ($7,150.00) | | ($7,150.00) |
| **Net Claim** | **$501.79** | **$0.00** | **$501.79** |

Items noted as such by the Price Database Legend at the bottom of this estimate were based on material pricing provided by and available at large building material suppliers in your local market. It should be noted that prices can change without notice. Allstate will honor this estimate and work with you to resolve your claim regardless of where you purchase your materials and services. If you find the cost of repairs or replacement is more than reflected in this estimate, please contact your claim adjuster at the number listed above.

PLEASE NOTE: "Actual Cash Value is defined as the amount it would take to repair or replace damage to your property less depreciation. Depreciation, when applied in this estimate, is the decrease of the property's value due to age, wear and tear (condition) or obsolescence, except where otherwise noted."

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

ALST-SHEL 202492

#2~ <u>PERSONAL PROPERTY INVENTORY LOSS FORM</u>

| <u>#</u> | <u>ROOM</u> | <u>AMOUNT</u> | <u>Pages</u> |
|---|---|---|---|
| 1 | Dining Room | $ 6,800 | 1 |
| 2 | Living Room | 9,690 | 2 |
| 3 | Dining Room (Kitchen) | 4,020 | 3 |
| 4 | Kitchen | 5,355 | 4 |
| 5 | Foyer | 1,830 | 5 |
| 6 | Den | 9,180 | 6 & 7 |
| 7 | Bar | 795 | 8 |
| 8 | Hallway | 6,215 | 9 |
| 9 | Guest | 4,435 | 10 |
| 10 | Bathroom #1(Guest) | 5,225 | 11 |
| 11 | Master Bedroom | 14,355 | 12&13 |
| 12 | Bedroom #2 | 5,369 | 14&15 |
| 13 | Bedroom #3 | 6,700 | 16&17 |
| 14 | Bathroom #2 | 575 | 18 |
| 15 | Porch | 3,250 | 19 |
| 16 | Garage | 4,150 | 20 |
| 17 | Bathroom #3 (Master Bed.) | 4,785 | 21 |
| 18 | Study Room #1 | 5,255 | 22 |
| 19 | Study Room #2 | 3,850 | 23 |
| 20 | Utility Room | 2,025 | 24 |
| 21 | General | 900 | 25 |

Total $  104,759

EXHIBIT
H
ALL-STATE LEGAL