UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | : : : | CIVIL ACTION |
| PERTAINS TO:  BARGE | : : : | Case No. 05-4182 and consolidated cases |
| *Weber v. Lafarge  08-4459* | : : : : | SECTION "K" |
| | : : | **MOTION TO STRIKE etc.** |
| | : : : | Hon. Stanwood R. Duval, Jr. Mag. Judge Joseph Wilkinson |

### MOTION TO STRIKE, DISMISS AND/OR STAY COMPLAINT FILED ON BEHALF OF UNIQUE TOWING, INC.

**NOW COMES** Unique Towing, Inc. and moves to strike, dismiss and/or stay the complaint filed in C.A. 08-4459 by plaintiffs Weber, Gibson and McFarland on two grounds. First, the filing of this action against Unique violates the monition entered in Unique's limitation proceeding which was filed in June, 2006 and originally assigned to Section "C" of this Court. Second, each of these plaintiffs has previously filed a claim in Unique's limitation proceeding, and therefore this action should be stayed as against Unique so as to prevent duplicative litigation, all of which is more fully set forth in the attached Memorandum in Support.

Respectfully submitted this 8th day of October, 2008.

WAITS, EMMETT & POPP

s/John F. Emmett
John F. Emmett (La. Bar. No. 1861), T.A.
1515 Poydras Street, Suite 1950
New Orleans, Louisiana  70112
Telephone:  (504) 581-1301
Telecopier:  (504) 585-1796

1

Attorneys for Unique Towing, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on all counsel of record by filing same using the Court's electronic filing system, or, for those parties who do not participate in the electronic filing system, by first class mail, facsimile or electronic mail, this 8th day of October, 2008.

s/ John F. Emmett