FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 19 PM 2: 56

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF UNIQUE TOWING, INC. and JOSEPH C. DOMINO, INC., as owners or alleged owners and operator of the M/V REGINA H, in a Cause for Exoneration From or Limitation of Liability | CIVIL ACTION<br><br>NO. 06-3313<br><br>SECTION SECT. K MAG 2<br><br>JUDGE<br><br>MAGISTRATE JUDGE |

### ORDER APPROVING *AD INTERIM* STIPULATION, DIRECTING ISSUANCE OF NOTICE, AND RESTRAINING PROSECUTION OF CLAIMS

A *Complaint-in-Limitation* having been filed herein by Unique Towing, Inc. and Joseph C. Domino, Inc., as the owner and alleged owner of the M/V REGINA H, for exoneration from or limitation of liability, pursuant to 46 U.S.C. §§ 181-196, and all laws supplementary thereto and amendatory thereof, and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, for any loss, damage, injury, or destruction caused by or resulting out of the incident occurring on August 29, 2005, as more fully described in the *Complaint-in-Limitation*;



1

And the *Complaint-in-Limitation* having stated that the value of Unique Towing, Inc.'s and Joseph C. Domino, Inc.'s interest in the M/V REGINA H and its pending freight, if any, at the time of the aforesaid incident does not exceed four hundred thousand dollars and zero cents ($400,000.00), as set forth in the *Unsworn Declaration Pursuant to 28 U.S.C. § 1746*, executed by John Wiggins, and referenced within the *Complaint-in-Limitation* filed by the Petitioners herein; and

Unique Towing, Inc. and Joseph C. Domino, Inc., having deposited in the Court security for the benefit of claimants, in the form of an Ad Interim Stipulation with surety not less than or equal to the amount or value of their interest in the M/V REGINA H;

**NOW, THEREFORE**, on the motion of Emmett, Cobb, Waits & Henning, attorneys for Petitioners, it is ordered as follows:

(1)  The above-described *Ad Interim Stipulation* for value with surety, deposited by Petitioners with the Court for the benefit of claimants in the sum of $400,000.00, as security for the amount or value of Petitioners' interest in the M/V REGINA H, be and same is hereby approved;

(2)  The Court, upon motion, shall cause due appraisement of such value, and may thereupon order the said security increased or reduced, if it finds the amount of value insufficient or excessive, and upon demand, the Court may similarly order an increase or reduction if it finds that such order is necessary to carry out the provisions of 46 U.S.C. § 183, as amended;

(3)  A notice shall be issued by the Clerk of Court to all persons asserting claims with respect to which the *Complaint-in-Limitation* seeks exoneration or limitation, admonishing them to file their respective claims with the Clerk of Court in writing, and to serve on counsel for Petitioners a copy thereof on or before ___ *August 29* ___, 2006, or be defaulted, and that if any claimant desires to contest either the right to exoneration from or the right to limitation of liability, he shall file and serve on counsel for Petitioners an answer to the

2

*Complaint-in-Limitation* on or before the said date, unless his claim has included an answer to the *Complaint-in-Limitation*, so designated, or be defaulted;

(4) The aforesaid notice shall be published in the *Times-Picayune* once a week, for four successive weeks, prior to the date fixed for the filing of the claims, as provided by the aforesaid Rule F; and copies of the notice shall also be mailed to any known claimants;

(5) The further prosecution of any and all actions, suits, and proceedings already commenced, and the commencement or prosecution thereafter of any and all suits, actions, or proceedings of any nature and description whatsoever in any jurisdiction, and the taking of any steps and the making of any motion in such actions, suits, or proceedings against Unique Towing, Inc., Joseph C. Domino, Inc. and the M/V REGINA H, or their underwriters, or against any property of such parties, except in this action, to recover damages for or in respect of any loss of life, injury, loss, destruction, and/or damages caused by or resulting out of the incident which occurred on August 29, 2005, as more fully described in the *Complaint-in-Limitation*, be and they are hereby restrained, stayed, and enjoined until the hearing and determination of this action; and

(6) Service of this Order as restraining order may be made by mailing a conformed copy thereof by certified mail to the person or persons to be restrained, or to their respective attorneys, or alternatively, delivered by hand.

New Orleans, Louisiana, this the 17th day of July, 2006.

**UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 29  PM 3:43

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF INGRAM BARGE COMPANY, ETC. | * * * * | CIVIL ACTION<br><br>NO. 05-4419<br>& Consol. Cases |
| Pertains to:<br>~~05-4237~~<br>~~05-4419~~<br>06-3313 | * * * * | SECTION "C" 2 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CLAIM IN A CLASS ACTION FOR COMPENSATORY AND EXEMPLARY DAMAGES AND FOR REASONABLE ATTORNEY'S FEES AND <u>TAXABLE COSTS</u>

COME NOW Claimants, The Parfait Family, Wilson Simmons, Procula D. Simmons, Tammy Amos, Michael Green, Helen Frank (individually and as Administratrix of the Succession of Richard Frank, and on behalf of any and all heirs, survivors, relatives and beneficiaries of the deceased),

>   **Michelle "Mink" Jones**
>   **Louise Ragas**
>   **Fayann Ragas**
>   **Terrill Morris**
>   **Linda Morris**
>   **Vanesa Davis**
>   **James Cook**
>   **Daniel Davis**
>   **Jeanette Williams**
>   **Kenneth Williams**
>   **Derrick Williams**
>   **Ladanya Williams**



EXHIBIT 2

Cadorra Williams
Valerie Williams, on her own behalf and on behalf of her minor children,
  Chrishawn Williams
  Jamon Williams, and
  Tameka Williams
Andrew Hill
Maria Washington, on her own behalf and on behalf of her minor children,
  Janisha Washington
  Andrew Washington
  Charles Washington
  Mekhi Washington
Tammy McFarland
Joshua McFarland
Kelly Augusta
Artis Ulmer, Sr.
Ruth Ulmer
Artis Ulmer, Jr., on his own behalf and on behalf of his son,
  Roche Easpdron
Patricia Harris
Bernon Barnes
Charles Ulmer, Sr.
Charles Ulmer, Jr.
Derick Ulmer
Dennis Ulmer
Kevin McFarland
Charles Hollaway
Joseph Smith
Clarisa McCoy
Wardell Luter
Janet Luter
Christopher Luter and his wife
  Tracy Luter, on their own behalf and on behalf of their minor children,
  Tranard Luter, and
  Crista Luter
Linda Molaison
Gail Brown, on her own behalf and on behalf of her minor children,
  Aaron Pulliam, and
  Brandon Pulliam
Shelia Martin
Keith Martin
Contrice Phipps
Reverend Curtis Coleman, Sr., on his own behalf and on behalf of his entire Congregation and the Ephesian Missionary Baptist Church

Mary P. Mingo
Rachel Goldsmith
Gayle LeBlanc
Michael LeBlanc, and his spouse,
  Larice Taylor LeBlanc, on their own behalf and on behalf of their minor child,
  Mika Jane LeBlanc
Jessie Arbuthnot
Curtis Coleman, Sr.
Curtis Coleman, Jr.
Jerome Coleman
Keith Coleman
Carnese Williams
Raymond Hunter
William Hunter
Andrew Williams
Eric Williams
Winston Williams
Paul Mosley, Sr.
Paul Mosley, Jr.
Brandon Mosley
Hope Mosely
Shaqual Mosley
Shannel Mosely
Ivan Mosley
Betty Mosley
Margarite Rochon
Raymond Hunter
Naomi Hunter
Hope Mosely
Shaqual Mosley
Shannel Mosely
Ivan Mosley
Betty Mosley
Margarite Rochon
Raymond Hunter
Naomi Hunter
Dorothy Saddler
Charles Harris
Keith Martin
Kellen Phipps
Mattie Allen
Vanessa Carter
Chris McCormick
Michele Armour
Monique Armour

Mitchell Armour III
Augustine Greenwood
Rosemary Greenwood, in her own behalf and on behalf of her minor children,
  Jasemine and
  Yasemine Greenwood
Louise Ragas
Fayann Ragas
Terrill Morris
Linda Morris
Vanesa Davis
James Cook
Daniel Davis
Jeanette Williams
Kenneth Williams
Derrick Williams
Ladanya Williams
Cadorra Williams
Valerie Williams, on her own behalf and on behalf of her minor children,
  Chrishawn Williams
  Jamon Williams, and
  Tameka Williams
Andrew Hill
Maria Washington, on her own behalf and on behalf of her minor children,
  Janisha Washington
  Andrew Washignton
  Charles Washington
  Mekhi Washington
Tammy McFarland
Joshua McFarland
Kelly Augusta
Artis Ulmer, Sr.
Ruth Ulmer
Artis Ulmer, Jr., on his own behalf and on behalf of his son,
  Roche Easpdron
Patricia Harris
Bernon Barnes
Charles Ulmer, Sr.
Charles Ulmer, Jr.
Derick Ulmer
Dennis Ulmer
Kevin McFarland
Charles Hollaway
Joseph Smith

Clarisa McCoy
Wardell Luter
Janet Luter
Christopher Luter and his wife
  Tracy Luter, on their own behalf and on behalf of their minor
children,
  Tranard Luter, and
  Crista Luter
Linda Molaison
Gail Brown, on her own behalf and on behalf of her minor children,
  Aaron Pulliam, and
  Brandon Pulliam
Shelia Martin
Keith Martin
Contrice Phipps
Daniel Weber, individually and in his capacity as Administrator of the
Succession of his spouse, Rosetta Marrero, and as personal
representative of the deceased, and on behalf of any and all heirs,
survivors, relatives and beneficiaries of the deceased, known or
unknown
Lamont Marrero
Edward Marrero
Renzoll Marrero
Peter Thibodeaux
Agnes Mae Recasner
Quiana Whitney
Carl Recasner
Bobby Recasner
Tyrone Moffett and his fiancé,
Ashley Robinson, on their own behalfs and on behalf of their minor
child,
Ty' Janie Moffett
Bruce Hayes
Marinesha Green, on her own behalf and on behalf of her minor
child,
Bruce Hayes III
Emma Martin
Ollie Rickney
Ryan Ward
Tinisha Sims, on her own behalf and on behalf of her minor children,
Kiyera Sims, and
Garnycia Reed
Broderick Mack
Antonio Green
Ebony Gordon
Melba Gibson

        Emmanuel Joseph LeBlanc
        Gertrude LeBlanc
        Ardell Joseph LeBlanc
        LeShaun Monique LeBlanc
        Cyndria LeBlanc
        Arianya LeBlanc
        Paul Mosley
        Betty Mosely
        Troy Louis, and his spouse,
        Erika Louis, on their own behalfs and on behalf of their minor children,
        Gregory Williams,
        Erik Louis,
        Darrion Louis,
        Shekinah Louis
        Raymond Joseph
        Claudia Rattler
        Terry Rattler
        Renelle Rattler
        Lamont Marrero
        Susan Lazard
        Ashley Norris
        Paulette Dupart
        Dawn Barthe
        Derek Barthe
        Gregfory Baptiste, Sr., and his spouse,
         Lisa Baptiste, on their own behalf(s) and on behalf of their minor children, including
         Jonathan Baptiste and
         Gregory Baptiste, Jr.
        Alfred C. Green, and his spouse,
         Darlana Green, on their own behalf and on behalf of their minor children,
         Armani Green and
         Amya Green
        Myayana Reed

appearing on their own behalf(s) and in their representative capacities, and aver as follows:

I.

Claimants are representatives of the following classes of people, *inter alia*, to wit:

A. Survivors of human beings who died as a result of the events described, *infra*.

B. Citizens, residents and/or owners of immovable and movable property which was, at all times pertinent, located below the Industrial Canal in the Greater New Orleans Metropolitan area.

C. Citizens, residents and/or owners of immovable and movable property, as described, *supra*, who suffered bodily injury, mental suffering and/or emotional distress, as a result of the events described *infra*.

D. Citizens, residents and/or owners of immovable and movable property as described, *supra*, who suffered property loss and/or damage as a result of the events described, *infra*.

E. Citizens and/or residents of the State of Louisiana who suffered purely economic losses, including lost income, lost profits and relocation and/or increased living expenses.

F. Citizens and/or residents of the State of Louisiana who suffered damage from pollution, including bodily injury, contamination of real or personal property, lost revenues, profits and earning capacity due to pollution, and damage for substance use, as well as damage for the cost of containment, clean-up, remediation and restoration, and for damage to the environment.

and for their Answer to the Verified Complaint in Limitation of Unique Towing, Inc. and Joseph C. Domino, Inc., aver as follows:

II.

Named Respondents in this action are Complainants, Unique Towing, Inc. and Joseph C. Domino, Inc., which were, at all times pertinent, and now are, the owners and/or operators and/or charterers of the Tug REGINA H, which was a proximate cause of the damages suffered by Claimants, which are complained of herein.

III.

Sometime prior to, during or after the Category 5 Hurricane KATRINA's passing through the Greater New Orleans Metropolitan Area on the early morning of August 29, 2005, the Barge ING-4727, which had been shifted, moored or secured prior to the storm by crewmembers of the Tug REGINA H, for whose action and inaction Respondents are legally responsible, broke free from her moorings and knocked down a retaining wall structure on the East side of the Industrial Canal, causing widespread flooding in the area below the Industrial Canal, which otherwise would have survived the storm, and causing Claimants or their loved ones to suffer the following:

    a.    Death;

    b.    Bodily injury;

    c.    Loss of or damage to immovable property;

    d.    Loss of or damage to movable property;

    e.    Mental suffering and emotional distress;

    f.    Economic losses; and

    g.    Damage from pollution.

IV.

The above-described suffering and damage was caused and/or occasioned by the negligent shifting, mooring and/or securing of the Barge ING-4727 by the crew of the Tug REGINA H and/or the negligent shifting, mooring or securing of the barge to which the Barge ING-4727 was moored or secured.

V.

Claimants aver the aforesaid negligence by Respondents, Unique Towing, Inc. and Joseph C. Domino, Inc., and those for whom they were legally responsible, was committed and incurred with the actual fault and privity of Respondents or either of them.

VI.

Claimants invoke The Pennsylvania Rule and aver that Respondents, Unique Towing, Inc. and/or Joseph C. Domino, Inc., are presumed to be at fault because parties for whom they are legally responsible last shifted, moored or secured the Barge ING-4727 prior to Hurricane KATRINA, and because a moving vessel struck and penetrated a fixed or stationary object, namely the retaining wall structure of the Industrial Canal.

VII.

Claimants aver that the conduct of Respondents, and those for whom they were legally responsible, described supra, was criminal, willful, wanton and reckless, so as to constitute legal misconduct, entitling Claimants to an award of punitive or exemplary damages from Respondents under the general maritime law.

VIII.

Claimants invoke the doctrine of *res ipsa loquitor* against Respondents and those for whom they are legally responsible.

IX.

Claimants aver entitlement to an award of reasonable attorney's fees and expenses of litigation to be fixed at the maximum percentage of the total award allowed by law, whether pursuant to Rule 23(h), Federal Rules of Civil Procedure, or pursuant to any other Rule or statute, or allowed by law.

X.

Claimants pray for trial by jury as to all issues so triable and for an advisory jury as to claims asserted against any party against whom there is no jury trial of right.

**WHEREFORE**, Claimants pray for dismissal of the Verified Complaint in Limitation, with prejudice, at Complainants' costs. Claimants further pray that their class status be recognized and certified as such, and that after due proceedings had, that there be judgment entered herein against Complainants, *in personam*, jointly, severally and *in solido*, for the amount of Claimants' damages, plus reasonable attorney's fees, prejudgment interest and costs.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR., L.L.C.**
Counsel for Claimants

By: _____
Ashton R. O'Dwyer, Jr.
**In Proper Person**

-10-


One Canal Place
Suite 2670
New Orleans, LA 70130
Tel. (504) 561-6561
Tel. (504) 561-6560

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail, this 29th day of *July*, 2006.