UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | : : : | CIVIL ACTION |
| | : | Case No. 05-4182 |
| PERTAINS TO: BARGE | : : | and consolidated cases |
| | : | SECTION "K" |
| *Weber v. Lafarge  08-4459* | : : : | |
| | : | **MOTION TO STRIKE etc.** |
| | : : | Hon. Stanwood R. Duval, Jr. |
| | : | Mag. Judge Joseph Wilkinson |

## NOTICE OF HEARING.

**PLEASE TAKE NOTICE** that Unique Towing, Inc. will bring on the foregoing Motion to Strike, Dismiss and/or Stay for hearing before the Honorable Stanwood R. Duval, Jr. on the 29th day of October, 2008, at 9:30 a.m., in the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Respectfully submitted this 8th day of October, 2008.

        WAITS, EMMETT & POPP

        s/John F. Emmett
        John F. Emmett (La. Bar. No. 1861), T.A.
        1515 Poydras Street, Suite 1950
        New Orleans, Louisiana   70112
        Telephone:  (504) 581-1301
        Telecopier:  (504) 585-1796
        Attorneys for Unique Towing, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on all counsel of record by filing same using the Court's electronic filing system, or, for those parties who do not participate in the electronic filing system, by first class mail, facsimile or electronic mail, this 8th day of October, 2008.

s/ John F. Emmett

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | : : : | CIVIL ACTION |
| | : | Case No. 05-4182 |
| PERTAINS TO: BARGE | : | and consolidated cases |
| | : : | SECTION "K" |
| *Weber v. Lafarge 08-4459* | : : | |
| | : | **NOTICE OF HEARING** |
| | : : | Hon. Stanwood R. Duval, Jr. |
| | : | Mag. Judge Joseph Wilkinson |

## NOTICE OF HEARING.

**PLEASE TAKE NOTICE** that Unique Towing, Inc. will bring on the foregoing Motion to Strike, Dismiss and/or Stay for hearing before the Honorable Stanwood R. Duval, Jr. on the 29th day of October, 2008, at 9:30 a.m., in the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Respectfully submitted this 8th day of October, 2008.

                                                   WAITS, EMMETT & POPP

                                                   s/John F. Emmett
                                                   John F. Emmett (La. Bar. No. 1861), T.A.
                                                   1515 Poydras Street, Suite 1950
                                                   New Orleans, Louisiana 70112
                                                   Telephone: (504) 581-1301
                                                   Telecopier: (504) 585-1796
                                                   Attorneys for Unique Towing, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on all counsel of record by filing same using the Court's electronic filing system, or, for those parties who do not participate in the electronic filing system, by first class mail, facsimile or electronic mail, this 8th day of October, 2008.

s/ John F. Emmett