-1-

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * | **CIVIL ACTION NO. 05-4182** |
| | * | **SECTION K (JUDGE DUVAL)** |
| **PERTAINS TO:** | * | **DIVISION 2 (MAGISTRATE JUDGE WILKINSON)** |
| **CA No. 07-5112 (Abadie II)** | * | |
| **CA No. 07-5199 (Acevedo I)** | * | |
| **CA No. 07-5205 (Abram)** | * | |
| **CA No. 07-5208 (Acevedo II)** | | |

### SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT OF SAFECO INSURANCE COMPANY

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 5.6, defendant Safeco Insurance Company, by counsel of record, certifies that it is a subsidiary of LIH US P&C Corporation (Delaware), which is a direct subsidiary of Liberty Insurance Holdings, Inc., (Delaware), which is a direct subsidiary of Liberty Mutual Insurance Company (Massachusetts), which is a direct subsidiary of Liberty Mutual Group, Inc., (Massachusetts), which is a direct subsidiary of LMHC Massachusetts Holding Inc., which is a direct subsidiary of Liberty Mutual

Holding Company, Inc. (Massachusetts).  Safeco Insurance Company further certifies that there is no publicly held corporation that owns 10% or more of its stock.

Dated: October 08, 2008             Respectfully Submitted,

                                         Wendy Hickok Robinson, Bar No. 25225
Nina Wessel English, La. Bar No. 29176
GORDON, ARATA, MCCOLLAM,
  DUPLANTIS & EAGAN, L.L.P.
201 St. Charles Avenue, Suite 4000
New Orleans, Louisiana 70170-4000
Telephone: (504) 582-1111

By: _____/s/ Wendy Hickok Robinson_____

and

Cari K. Dawson, Georgia Bar No. 213490
Daniel F. Diffley, Georgia Bar No. 221703
ALSTON & BIRD, LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000

Attorneys for Defendant Safeco Insurance Company

## C E R T I F I C A T E

I hereby certify that on this \_\_\_\_ day of October, 2008, a copy of this Supplemental Corporate Disclosure Statement of Safeco Insurance Company was sent to counsel of record via the electronic filing system for the Eastern District of Louisiana.  A copy of this pleading has also been sent by United States mail, postage prepaid, to any counsel of record not registered to receive documents electronically.

                                         \_\_\_\_\_/s/ Wendy Hickok Robinson_____