UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| | * | |
| | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE | * | |
| (Williams, No. 07-3838) | * | MAGISTRATE WILKINSON |
| | * | |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record filed on behalf of The Standard Fire Insurance Company;

IT IS ORDERED that The Standard Fire Insurance Company's Motion to Withdraw Camille Bienvenu Poché as counsel of record is hereby granted and that the Clerk of Court is directed to remove her name as counsel of record for The Standard Fire Insurance Company; and

IT IS FURTHER ORDERED that attorneys, Gary J. Russo and Douglas C. Longman, Jr., of Longman Russo, APLC are to remain counsel of record for The Standard Fire Insurance Company.

THUS DONE AND SIGNED this __8th__ day of __October__, 2008 at New Orleans, Louisiana.

_____
HON. STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA