UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br> CONSOLIDATED LITIGATION | *<br>* CIVIL ACTION NO.: 05-4182<br>*<br>* JUDGE: DUVAL<br>*<br>* |
| PERTAINS TO:<br>INSURANCE: *Abadie, 06-5164* | * MAGISTRATE: WILKINSON<br>*<br>*<br>*<br>* |

* * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss be and hereby is **GRANTED** and that Metropolitan Property and Casualty Insurance Company and MetLife and all Metropolitan entities be dismissed, without prejudice, each party to bear its own costs. All claims by all remaining plaintiffs against all remaining defendants are reserved.

New Orleans, Louisiana, this  8th  day of      October      , 2008.

_____
UNITED STATES DISTRICT JUDGE

1