UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NUMBER: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |

### PROPOSED AMENDED *ROBINSON* CASE MANAGEMENT ORDER

Pursuant to the Court's request at the September 12, 2008 hearing, the parties hereby submit the following proposed *Robinson* Case Management Order:

| | |
|---|---|
| September 24, 2008 | Defendant's Motion for Summary Judgment concerning Plaintiffs' claim that alleges the negligent operation and maintenance of the MR-GO caused their damages (Causation MSJ) |
| October 22, 2008 | Plaintiffs' Opposition to Causation MSJ due |
| November 5, 2008 | Defendant's Reply in Support of Causation MSJ due |
| November 20, 2008 | Defendant's Motion for Summary Judgment on Discretionary Function Exception due (Discretionary Function MSJ) |
| December 18, 2008 | Opposition to Discretionary Function MSJ due |
| December 22, 2008 | Defendant's Expert Reports and Computer Generated Evidence Due |
| January 2, 2008 | Defendant's Reply in Support of Discretionary Function MSJ due |
| January 8, 2009 | Hearing on Causation MSJ and Discretionary Function MSJ |
| February 6, 2009 | Depositions of Plaintiffs' and Defendant's Experts Completed |
| February 11, 2009 | All other Substantive Motions, including *Daubert* motions, shall be filed as soon as possible but in any event not later than this date. If any motion will be filed before this date, counsel shall contact the Court before filing, to confer concerning the establishment of a briefing and hearing schedule that is agreeable to the Court. The Notice of Hearing shall include a citation to this Minute Entry, to alert the Clerk's Office that counsel has conferred with the Court before noticing the hearing. |

1

| March 4, 2009 | Oppositions to all other Substantive Motions, including *Daubert* motions, due |
|---|---|
| March 16, 2009 | Replies to all other Substantive Motions, including *Daubert* motions, due |
| March 20, 2009 | Final List of Witnesses, Exhibits, and Stipulated Facts to be Filed with the Court |
| March 24, 2009 | Hearing at 10:00 a.m. on all other Substantive Motions, including *Daubert* motions |
| April 7, 2009 | Pretrial Order Filed |
| April 10, 2009 | Pretrial Conference at 1:30 p.m. Attendance in person of all trial counsel required |
| April 13, 2009 | All Pretrial filings must be filed in Chambers |
| April 20, 2009 | Trial Commences at 9:00 a.m. with counsel to be in Chambers at 8:30 a.m. as this is a non-jury trial and is scheduled for 3 weeks |

Dated: October 8, 2008

Respectfully submitted,

**O'Donnell & Associates P.C.**

By: /s/ Pierce O'Donnell
Pierce O'Donnell (*pro hac vice*)
550 S. Hope St., Suite 1000
Los Angeles, California 90071
Phone: (213) 347-0290
Fax: (213) 347-0298

**Law Offices of Joseph M. Bruno**

By: /s/ Joseph M. Bruno
Joseph M. Bruno (LSBA No. 3604)
855 Baronne Street
New Orleans, Louisiana 70133
Telephone: (504) 525-1335
Facsimile: (504) 581-1493

**U.S. Department of Justice**

By: s/ Robin D. Smith
Senior Trial Counsel, Torts Branch,
Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C. 20044
(202)616-4400/ (202) 616-5200 (Fax)
Attorney for the United States