UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NUMBER: 05-4182 "K"(2) |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO: MRGO, Robinson | * | MAG. WILKINSON |
| (No. 06-2268) | * | |

**********************************************************************

## ORDER

Upon consideration of the Consent Motion of the Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz along with the defendant United States of America, to amend the *Robinson* Case Management Order, and good cause appearing:

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

_____
UNITED STATES DISTRICT COURT JUDGE