# CHAFFE McCALL
L. L. P.

**DEREK A. WALKER**
Licensed in Louisiana,
Texas & Colorado

Direct Dial No: 504-585-7044
E-mail: walker@chaffe.com

September 26, 2008

**Via Hand Delivery:**
Joseph M. Bruno, Esq.,
Scott Joanen, Esq.
Plaintiffs' Liaison Counsel
The Law offices of Joseph M. Bruno
855 Baronne Street
New Orleans LA 70113

**Via Hand Delivery**
Ralph S. Hubbard, III, Esq.
Seth A. Schmeeckle, Esq.
Defendants' Liaison Counsel
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras St., Suite 2775
New Orleans LA 70130

cc:   **Via Hand Delivery:**
Brian A. Gilbert, Esq.
Law Office of Brian A. Gilbert, PLC
821 Baronne Street
New Orleans LA 70113

Re:   Katrina Canal Breaches Consolidated Litigation - BARGE
USDC, E.D. LA., No. 05-4182 "K"
Our Ref: 99675/28821

Dear Counsel:

Please find enclosed for each of you a DVD containing LNA's documents being produced in connection with LNA's trial and class certification Exhibit Lists, which are stamped LNA005802 – 7897.

We ask liaison counsel to kindly accommodate anyone who contacts you for viewing or copying of the DVD.

Yours sincerely,

CHAFFE McCALL, L.L.P.

Derek A. Walker

DAW/kh
Enclosure (DVD)

961847-1