MINUTE ENTRY
WILKINSON, M.J.
OCTOBER 8, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES         CIVIL ACTION
       CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

PERTAINS TO: MRGO, Robinson 06-2268      JUDGE DUVAL
                                                        MAG. WILKINSON

      At the request of counsel, a telephone conference was conducted on this date concerning a dispute during the Rule 30(b)(6) deposition of the United States Army Corps of Engineers. Participating were: Joseph Bruno, representing plaintiffs; Robin Smith, representing defendant. The court overruled the instruction not to answer and required the witness to answer, and the proceeding was recorded on the deposition record by the court reporter retained by the parties.

                                                 JOSEPH C. WILKINSON, JR.
                                                 UNITED STATES MAGISTRATE JUDGE

MJSTAR: **0 : 15**