MINUTE ENTRY
WILKINSON, M.J.
OCTOBER 8, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Villere, 07-1589 | JUDGE DUVAL<br>MAG. WILKINSON |

At the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, I conducted a telephone conference in the referenced Villere case. Participating were: Sidney Hardy, counsel for defendant, and Terrence Lestelle, counsel for plaintiff. Counsel jointly advised the court that the referenced Villere case has settled, pending Road Home approval. Accordingly, the conference previously set in this matter before me on October 10, 2008, is hereby CANCELLED. By copy of this minute entry, Judge Duval is advised so that he may enter an appropriate 90-day conditional dismissal order in the referenced Villere case only.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.

MJSTAR: **0 : 05**