

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 |
| | * * | JUDGE: DUVAL |
| | * * | MAGISTRATE: WILKINSON |
| PERTAINS TO: | * * | |
| INSURANCE:   *Aguilar, 07-4852* | * * | |

* * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS

Plaintiffs, Crystal and Jonah Bernard, Michael Caruso and Leona Caruso, Cedric Celestine, Pamela Collins, Ivory and Consuella Delaney, Leroy Henry, Edwin Fenasci, Charles and Lama Jones, Mary and Sherman Jones, Alvin McFadden, Vanessa Williams and Michael Williams, and have resolved their disputes with defendants Liberty Mutual Fire Insurance Company and all Liberty Mutual entities (collectively, "Liberty Mutual"). As a result of these settlements, these plaintiffs respectfully request that this Court reopen this case with respect to Liberty Mutual for the sole purpose of addressing this motion, and that all of their claims against all parties, including Liberty Mutual, be dismissed, with prejudice, each party to bear its own

___ Fee_____
___ Process_____
 X  Dktd_____
 ✓  CtRmDep_____
___ Doc. No. __107104__

costs. Finally, since no other named plaintiff is insured by any of the Liberty Mutual entities, plaintiffs request that all other claims against all Liberty Mutual entities be dismissed, without prejudice. All claims by all remaining plaintiffs against all defendants other than these Liberty Mutual entities are reserved.

**WHEREFORE**, Plaintiffs pray that this motion be granted, each party to bear its own costs.

Respectfully Submitted,

JIM S. HALL & ASSOCIATES

Joseph W. Rausch, No. 11394
800 N. Causeway Boulevard
Suite #100
Metairie, Louisiana 70001
Telephone: (504) 832-3000
Facsimile: (504) 832-1799
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss has been served upon all counsel of record by placing same in the United States Mail, postage prepaid, or by electronic transmission or facsimile transmission on the 1st day of October, 2008.

-2-

107104