FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 OCT -8  PM 4: 08

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES    *
CONSOLIDATED LITIGATION         *
                                  *
                                  *
PERTAINS TO:                    *
                                  *
INSURANCE:     *Aguilar, 07-4852*    *
                                  *

CIVIL ACTION NO.: 05-4182

JUDGE: DUVAL

MAGISTRATE: WILKINSON

* * * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

        Considering the foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss;

        **IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss be and hereby is **GRANTED** and that all claims asserted by plaintiffs Crystal and Jonah Bernard, Michael Caruso and Leona Caruso, Cedric Celestine, Pamela Collins, Ivory and Consuella Delaney, Leroy Henry, Edwin Fenasci, Charles and Lama Jones, Mary and Sherman Jones, Alvin McFadden, Vanessa Williams and Michael Williams are dismissed, with prejudice, each party to bear its own costs;

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

107104

**IT IS FURTHER ORDERED** that Liberty Mutual Fire Insurance Company and all Liberty Mutual entities be dismissed, without prejudice, each party to bear its own costs.  All claims by all remaining plaintiffs against all remaining defendants are reserved.

New Orleans, Louisiana, this ___7th___ day of ___October___, 2008.

_____
UNITED STATES DISTRICT JUDGE

107104