FILED 08 OCT 06 15:32 USDC-LAE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * <br> * CIVIL ACTION NO.: 05-4182 <br> * <br> * JUDGE: DUVAL <br> * <br> * MAGISTRATE: WILKINSON |
| PERTAINS TO: | * <br> * |
| INSURANCE:   *Aaron*, 06-4746 | * <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

Plaintiffs, Shirley Alexander, Katie Ann Babineaux, Kevin Bickham-Joseph, Carrie Calhoun, Verna Gueringer, Georgiana U. Horn, Ida Belle Joshua, James and Dorothy Levy, Denise and Oscar Lewis, Beryl Ann Merritt, Edwina T. Porter, Gregory and Kathy Ross and Gertrude and Charles Williams have resolved their disputes with defendants Allstate Insurance Company and Allstate Indemnity Company (collectively, "Allstate") related to their homeowners' insurance policies. As a result of these settlements, these plaintiffs respectfully request that this Court reopen this case with respect to Allstate for the sole purpose of addressing this motion, and that any claims on any homeowners' insurance policies issued by Allstate be

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDepuy927__
___ Doc. No_____

dismissed, with prejudice, as to these plaintiffs, each party to bear its own costs. All claims by all remaining plaintiffs are reserved.

**WHEREFORE,** Plaintiffs pray that this motion be granted, each party to bear its own costs.

Respectfully Submitted,

**JIM S. HALL & ASSOCIATES**

_____
Joseph W. Rausch, No. 11394
800 N. Causeway Boulevard
Suite #100
Metairie, Louisiana 70001
Telephone: (504) 832-3000
Facsimile: (504) 832-1799
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss With Prejudice has been served upon all counsel of record by placing same in the United States Mail, postage prepaid, or by electronic transmission or facsimile transmission on the ____ day of September, 2008.

_____