FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 OCT -8 PM 4:08

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION NO.: 05-4182 * * JUDGE: DUVAL * * MAGISTRATE: WILKINSON |
| PERTAINS TO: | * * |
| INSURANCE:   *Aaron*, 06-4746 | * * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss With Prejudice;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss With Prejudice be and hereby is **GRANTED** and that all claims asserted by plaintiffs Shirley Alexander, Katie Ann Babineaux, Kevin Bickham-Joseph, Carrie Calhoun, Verna Gueringer, Georgiana U. Horn, Ida Belle Joshua, James and Dorothy Levy, Denise and Oscar Lewis, Beryl Ann Merritt, Edwina T. Porter, Gregory and Kathy Ross and Gertrude and Charles Williams on any homeowners' insurance policies issued by Allstate Insurance Company

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No 117927

or Allstate Indemnity Company to these plaintiffs are dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 7th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE

117927