UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION * * * | |
| * | CIVIL ACTION NO.: 05-4182 |
| * | |
| PERTAINS TO: * | JUDGE: DUVAL |
| * | |
| INSURANCE: *Abram*, 07-5205 * | MAGISTRATE: WILKINSON |
| * | |
| * * * * * * * * * * * * * * * * * * * * | |

**PARTIAL MOTION TO DISMISS**

The plaintiffs listed below, respectfully request that all of their claims against the defendants listed below be dismissed without prejudice, each party to bear its own costs. Claims of remaining plaintiffs against all defendants are reserved.

Plaintiffs

- Charles, Barry
- Hughes, Carolyn
- Kenard, Sandra
- Matthews, Levern
- Newsome, Estelle
- Pendelton, Bernice

Defendants

- American International Group Incorporated
- Audubon Insurance Company
- Louisiana Citizens Property Insurance Corporation

1

- Union National Fire Insurance Company
- Unitrin, Inc.

Respectfully submitted,

*/S/ Stuart T. Barasch*
STUART T. BARASCH (20650)
HURRICANE LEGAL CENTER. LLC
910 Julia Street
New Orleans, Louisiana 70113
Telephone:    (504) 525-1944
Facsimile:     (504) 525-1279
Email: sblawoffice@aol.com

**CERTIFICATE**

I hereby certify that a copy of the above and foregoing Motion to Dismiss has been served upon all counsel of record by placing same in the United States Mail, postage prepaid and properly addressed, this 8 day of October, 2008.

*/S/ Stuart T. Barasch*