**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re:  KATRINA CANAL BREACHES          *
CONSOLIDATED LITIGATION                 *
                                        *
                                        *     CIVIL ACTION NO.: 05-4182
                                        *
PERTAINS TO:                            *     JUDGE: DUVAL
                                        *
INSURANCE:          *Abram*, 07-5205    *     MAGISTRATE: WILKINSON
                                        *
* * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Partial Motion to Dismiss;

**IT IS ORDERED** that the Partial Motion to Dismiss be and hereby is **GRANTED** and that all of the listed plaintiffs' claims asserted against the defendants listed below be dismissed, with prejudice, each party to bear its own costs. Claims of all remaining plaintiffs against all defendants are reserved.

Plaintiffs

- Charles, Barry
- Hughes, Carolyn
- Kenard, Sandra
- Matthews, Levern
- Newsome, Estelle
- Pendelton, Bernice

<u>Defendants</u>

- American International Group Incorporated
- Audubon Insurance Company
- Louisiana Citizens Property Insurance Corporation
- Union National Fire Insurance Company
- Unitrin, Inc.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____

UNITED STATES DISTRICT JUDGE