UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAGISTRATE JUDGE WILKINSON |
| PERTAINS TO: LEVEE/MR-GO *Louisiana State*, C.A. No. 07-5040 | * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF COMPLIANCE

Counsel for plaintiffs have notified defendants' liaison counsel, Ralph Hubbard, regarding the Ex Parte Motion to Substitute Counsel of Record.

        Respectfully submitted,
        **THE STATE OF LOUISIANA**

        **/s/ James D. "Buddy" Caldwell**
        The Honorable James D. Caldwell (No. 2211)
        **ATTORNEY GENERAL, STATE OF LOUISIANA**
        James Trey Phillips (No. 19978)
        **ASSISTANT ATTORNEY GENERAL, STATE OF LOUISIANA**
        1885 North Third Street, 6th Floor
        Baton Rouge, LA 70802
        Telephone: (225)326-6040
        Telefax: (225)326-6097