UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAGISTRATE JUDGE WILKINSON |
| PERTAINS TO: LEVEE/MR-GO *Louisiana State*, C.A. No. 07-5040 | * * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## EX PARTE MOTION TO SUBSTITUTE COUNSEL OF RECORD

The State of Louisiana, individually and on behalf of the State of Louisiana, Division of Administration, through the Honorable James D. "Buddy" Caldwell, Attorney General for the State of Louisiana, Assistant Attorney General James Trey Phillips, and undersigned private counsel duly authorized to act for and on behalf of the State, respectfully move the court as follows:

That James D. "Buddy" Caldwell, Attorney General for the State of Louisiana and Assistant Attorney General James Trey Phillips be substituted as counsel of record for the State and the following attorneys and their law firms be allowed to withdraw as counsel of record for the State: James P. Roy and Bob F. Wright and the Law Firm of Domengeaux Wright Roy & Edwards; Jerry McKernan and the McKernan Law Firm; Calvin C. Fayard, Jr. and Fayard & Honeycutt, APC; Drew Ranier and the Law Firm of Ranier, Gayle & Elliot; Frank C. Dudenhefer, Jr. and The Dudenhefer Law Firm, L.L.C.; Paul G. Aucoin and the Law Firm of Paul G. Aucoin; Daniel Becnel and the Becnel Law Firm; and Jonathan B. Andry and The Andry Law Firm.

WHEREFORE, movers respectfully pray that James D. "Buddy" Caldwell, Attorney General for the State of Louisiana and Assistant Attorney General James Trey Phillips be substituted as counsel of record for the State and that James P. Roy and Bob F. Wright and the Law Firm of Domengeaux Wright Roy & Edwards; Jerry McKernan and the McKernan Law Firm; Calvin C. Fayard, Jr. and Fayard & Honeycutt, APC; Drew Ranier and the Law Firm of Ranier, Gayle & Elliot; Frank C. Dudenhefer, Jr. and The Dudenhefer Law Firm, L.L.C.; Paul G. Aucoin and the Law Firm of Paul G. Aucoin; Daniel Becnel and the Becnel Law Firm; and Jonathan B. Andry and The Andry Law Firm be withdrawn as counsel of record in the above captioned litigation.

    Respectfully submitted,
**THE STATE OF LOUISIANA**
**/s/James D. Caldwell**
The Honorable James D. Caldwell (No. 2211)
**ATTORNEY GENERAL, STATE OF LOUISIANA**
James Trey Phillips (No. 19978)
**ASSISTANT ATTORNEY GENERAL, STATE OF LOUISIANA**
1885 North Third Street, 6th Floor
Baton Rouge, LA 70802
Telephone: (225)326-6040
Telefax: (225)326-6097

**AND**

**/s/ James P. Roy**
James P. Roy (No. 11511)
Bob F. Wright (No. 13691)
**DOMENGEAUX WRIGHT ROY & EDWARDS**
556 Jefferson Street, Suite 500
Lafayette, LA 70501
Telephone: (337)233-3033
Telefax: (337)233-2796
E-mail: jimr@wrightroy.com

AND

/s/ Joseph J. McKernan
Joseph J. McKernan (No. 10027)
**MCKERNAN LAW FIRM**
8710 Jefferson Highway
Baton Rouge, LA 70809
Telephone: (225)926-1234
Telefax: (225)926-1202
E-mail: jemckernan@mckernanlawfirm.com

AND

/s/ Paul G. Aucoin
Paul G. Aucoin (No. 2604)
**PAUL G. AUCOIN**
134 Goodwill Plantation
Vacherie, LA 70090-5240
Telephone: (225)265-7906
Telefax: (225)265-7906
E-mail: aucoinp@bellsouth.net

AND

/s/ Frank C. Dudenhefer, Jr.
Frank C. Dudenhefer, Jr. (No. 5117)
**THE DUDENHEFER LAW FIRM, L.L.C.**
A Limited Liability Company
Pan American Life Center
601 Poydras Street, Suite 2655
New Orleans, LA 70130
Telephone: (504)525-2553
Telefax: (504)523-2508
E-mail: fcdlaw@aol.com

AND

/s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr. (No. 5486)
**FAYARD & HONEYCUTT, APC**
519 Florida Avenue, SW
Denham Springs, LA 70726
Telephone: (225)664-4193
Telefax: (225)664-6925
E-mail: calvinfayard@fayardlaw.com

AND

/s/ **Drew A. Ranier**
Drew A. Ranier (No. 8320)
**RANIER, GAYLE & ELLIOT, L.L.C.**
1419 Ryan Street
Lake Charles, LA 70601
Telephone: (337)494-7171
Telefax: (337)494-7128
E-mail: dranier@rgelaw.com

AND

/s/ **Daniel Becnel**
Daniel Becnel (No. 2926)
**Law Offices of Daniel E. Becnel, Jr.**
P. O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Telephone: (985)536-1186
Telefax: (985)536-6445
E-mail: dbecnel@becnellaw.com

AND

/s/ **Jonathan B. Andry**
Jonathan B. Andry (No. 20081)
610 Baronne Street
New Orleans, LA 70113
Telephone: (504)586-8899
Telefax: (504)586-8911
E-mail: jandry@andrylawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2008, a copy of the foregoing Ex Parte Motion to Substitute Counsel of Record was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to all counsel of record.

**/s/ James D. "Buddy" Caldwell**
JAMES D. "BUDDY" CALDWELL