UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * * * * * * | **CIVIL ACTION NO.: 05-4182 "K"(2)** |
| | * | **JUDGE DUVAL** |
| | * | **MAGISTRATE JUDGE WILKINSON** |
| **PERTAINS TO: LEVEE/MR-GO** *State of Louisiana,* **C.A. No. 07-5548** | * * * * | |

**************************************

## MEMORANDUM IN SUPPORT OF EX PARTE MOTION TO SUBSTITUTE COUNSEL OF RECORD

**MAY IT PLEASE THE COURT:**

The Attorney General of the State of Louisiana, JAMES D. "BUDDY" CALDWELL, and Assistant Attorney General for the State of Louisiana, JAMES TREY PHILLIPS, have assumed sole representation of the State's interests herein.

No class has been certified in this action. The State has and will continue to serve as class representative through the exercise of its *parens patriae* powers. The State, through the Attorney General's Office, has been actively involved in this action from its inception and has the resources to ensure the putative class' interests are preserved. The putative class will suffer no prejudice from the granting of this motion.

Therefore, in consideration of the above and foregoing Memorandum in Support, movers respectfully pray that James D. "Buddy" Caldwell, Attorney General for the State of Louisiana and Assistant Attorney General James Trey Phillips be substituted as counsel of record for the State and

Road Home Lead and Liaison Counsel Calvin C. Fayard, Jr. and Fayard & Honeycutt, APC; Road Home Co-Lead Counsel James P. Roy, Bob F. Wright, and the Law Firm of Domengeaux Wright Roy & Edwards; Road Home Co-Lead Counsel Jerry McKernan and the McKernan Law Firm; Road Home Co-Lead Counsel Drew Ranier and the Law Firm of Ranier, Gayle & Elliot; Road Home Co-Lead Counsel Frank C. Dudenhefer, Jr. and the Dudenhefer Law Firm; Road Home Co-Lead Counsel Paul G. Aucoin and the Law Firm of Paul G. Aucoin; and Road Home Co-Lead Counsel James Dugan, Stephen Murray, and the Murray Law Firm, as well as all members of the above named law firms, be withdrawn as counsel of record in the above captioned litigation.

Respectfully submitted,

**THE STATE OF LOUISIANA**
　/s/　**James D. "Buddy" Caldwell**
The Honorable James D."Buddy" Caldwell (No. 2211)
**ATTORNEY GENERAL, STATE OF LOUISIANA**
James Trey Phillips (No.19978)
**ASSISTANT ATTORNEY GENERAL, STATE OF LOUISIANA**
1885 North Third Street, 6th Floor
Baton Rouge, LA 70802
Telephone: (225)326-6040
Telefax: (225)326-6097

**AND**

　/s/　**Calvin C. Fayard, Jr.**
Calvin C. Fayard, Jr. (No. 5486)
**FAYARD & HONEYCUTT, APC**
519 Florida Avenue, SW
Denham Springs, LA 70726
Telephone: (225)664-4193
Telefax: (225)664-6925
E-mail: calvinfayard@fayardlaw.com

**AND**

James P. Roy (No. 11511)
Bob F. Wright (No. 13691)
**DOMENGEAUX WRIGHT ROY & EDWARDS**
556 Jefferson Street, Suite 500
Lafayette, LA 70501
Telephone: (337)233-3033
Telefax: (337)233-2796
E-mail: jimr@wrightroy.com

**AND**

Joseph J. McKernan (No. 10027)
**MCKERNAN LAW FIRM**
8710 Jefferson Highway
Baton Rouge, LA 70809
Telephone: (225)926-1234
Telefax: (225)926-1202
E-mail: jemckernan@mckernanlawfirm.com

**AND**

Paul G. Aucoin (No. 2604)
**PAUL G. AUCOIN**
135 Goodwill Plantation
Vacherie, LA 70090-5240
Telephone: (225)265-7906
Telefax: (225)265-7906
E-mail: aucoinp@bellsouth.net

**AND**

Frank C. Dudenhefer, Jr. (No. 5117)
**THE DUDENHEFER LAW FIRM, LLC**
601 Poydras Street, Suite 2655
New Orleans, LA 70130
Telephone: (504)525-2553
Telefax: (504)523-2508
E-mail: fcdlaw@aol.com

**AND**

Drew A. Ranier (No. 8320)
**RANIER, GAYLE & ELLIOT, L.L.C.**
1419 Ryan Street

3

Lake Charles, LA 70601
Telephone: (337)494-7171
Telefax: (337)494-72128
E-mail: dranier@rgelaw.com

### AND

James R. Dugan, II (No. 24785)
Stephen Murray (No. 9858)
**MURRAY LAW FIRM**
650 Poydras Street, Suite 1250
New Orleans, LA 70130
Ph.: 504-525-8100
Fax: 504-584-5249
Email: jdugan@dugan-lawfirm.com

### CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2008, a copy of the foregoing Memorandum in Support of Ex Parte Motion to Substitute Counsel of Record was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the court's electronic filing system.

/s/   Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr.

4