UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * * * * * * * * * * * * | **CIVIL ACTION NO.: 05-4182 "K"(2)** <br><br> **JUDGE DUVAL** <br><br> **MAGISTRATE JUDGE WILKINSON** |
| **PERTAINS TO: ROAD HOME** <br> *State of Louisiana*, C.A. No. 07-5548 | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CERTIFICATE OF COMPLIANCE

Counsel for plaintiffs has contacted the defendants' liaison counsel regarding the Ex Parte Motion to Substitute Counsel of Record.

**Respectfully submitted,**

**THE STATE OF LOUISIANA**

/s/   James D. "Buddy" Caldwell
The Honorable James D. "Buddy" Caldwell (No. 2211)
**ATTORNEY GENERAL, STATE OF LOUISIANA**
James Trey Phillips (No. 19978)
**ASSISTANT ATTORNEY GENERAL, STATE OF LOUISIANA**
1885 North Third Street, 6th Floor
Baton Rouge, LA 70802
Telephone: (225)326-6040
Telefax: (225)326-6097

**AND**

/s/   Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr. (No. 5486)
**FAYARD & HONEYCUTT, APC**

1

519 Florida Avenue, SW
Denham Springs, LA 70726
Telephone: (225)664-4193
Telefax: (225)664-6925
E-mail: calvinfayard@fayardlaw.com

**AND**

James P. Roy (No. 11511)
Bob F. Wright (No. 13691)
**DOMENGEAUX WRIGHT ROY & EDWARDS**
556 Jefferson Street, Suite 500
Lafayette, LA 70501
Telephone: (337)233-3033
Telefax: (337)233-2796
E-mail: jimr@wrightroy.com

**AND**

Joseph J. McKernan (No. 10027)
**MCKERNAN LAW FIRM**
8710 Jefferson Highway
Baton Rouge, LA 70809
Telephone: (225)926-1234
Telefax: (225)926-1202
E-mail: jemckernan@mckernanlawfirm.com

**AND**

Paul G. Aucoin (No. 2604)
**PAUL G. AUCOIN**
135 Goodwill Plantation
Vacherie, LA 70090-5240
Telephone: (225)265-7906
Telefax: (225)265-7906
E-mail: aucoinp@bellsouth.net

**AND**

Frank C. Dudenhefer, Jr. (No. 5117)
**THE DUDENHEFER LAW FIRM, LLC**
601 Poydras Street, Suite 2655
New Orleans, LA 70130

2

Telephone: (504)525-2553
Telefax: (504)523-2508
E-mail: fcdlaw@aol.com

**AND**

Drew A. Ranier (No. 8320)
**RANIER, GAYLE & ELLIOT, L.L.C.**
1419 Ryan Street
Lake Charles, LA 70601
Telephone: (337)494-7171
Telefax: (337)494-72128
E-mail: dranier@rgelaw.com

**AND**

James R. Dugan, II (No. 24785)
Stephen Murray (No. 9858)
**MURRAY LAW FIRM**
650 Poydras Street, Suite 1250
New Orleans, LA 70130
Ph.: 504-525-8100
Fax: 504-584-5249
Email: jdugan@dugan-lawfirm.com