UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * * * * * | **CIVIL ACTION NO.: 05-4182 "K"(2)** |
| | * | **JUDGE DUVAL** |
| | * * | **MAGISTRATE JUDGE WILKINSON** |
| **PERTAINS TO: ROAD HOME** *State of Louisiana, C.A. No. 07-5528* | * * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## EX PARTE MOTION TO SUBSTITUTE COUNSEL OF RECORD

The State of Louisiana, individually and on behalf of the State of Louisiana, Division of Administration, and Office of Community Development (the "State"), through the Honorable James D. "Buddy" Caldwell, Attorney General for the State of Louisiana, Assistant Attorney General James Trey Phillips, and undersigned private counsel duly authorized to act for and on behalf of the State, respectfully move the court as follows:

That James D. "Buddy" Caldwell, Attorney General for the State of Louisiana and Assistant Attorney General James Trey Phillips be substituted as counsel of record for the State and the following attorneys, all members of their law firms, and their law firms be allowed to withdraw as

1

counsel of record for the State: Road Home Lead and Liaison Counsel Calvin C. Fayard, Jr. and Fayard & Honeycutt, APC; Road Home Co-Lead Counsel James P. Roy, Bob F. Wright, and the Law Firm of Domengeaux Wright Roy & Edwards; Road Home Co-Lead Counsel Jerry McKernan and the McKernan Law Firm; Road Home Co-Lead Counsel Drew Ranier and the Law Firm of Ranier, Gayle & Elliot; Road Home Co-Lead Counsel Frank C. Dudenhefer, Jr. and the Dudenhefer Law Firm; Road Home Co-Lead Counsel Paul G. Aucoin and the Law Firm of Paul G. Aucoin; and Road Home Co-Lead Counsel James Dugan, Stephen Murray, and the Murray Law Firm.

No class has been certified in this action. The State has and will continue to serve as class representative through the exercise of its *parens patriae* powers. The State, through the Attorney General's Office, has been actively involved in this action from its inception and has the resources to ensure the putative class' interests are preserved. The putative class will suffer no prejudice from the granting of this motion.

WHEREFORE, movers respectfully pray that James D. "Buddy" Caldwell, Attorney General for the State of Louisiana and Assistant Attorney General James Trey Phillips be substituted as counsel of record for the State and Calvin C. Fayard, Jr. and Fayard & Honeycutt, APC; James P. Roy, Bob F. Wright, and the Law Firm of Domengeaux Wright Roy & Edwards; Jerry McKernan and the McKernan Law Firm; Drew Ranier and the Law Firm of Ranier, Gayle & Elliot; Frank C. Dudenhefer, Jr. and the Dudenhefer Law Firm; Paul G. Aucoin and the Law Firm of Paul G. Aucoin; and James Dugan, Stephen Murray, and the Murray Law Firm, as well as all members of the above named law firms, be withdrawn as counsel of record in the above captioned litigation and as Road Home Lead, Liaison, and Co-Lead Counsel.

Respectfully submitted,

**THE STATE OF LOUISIANA**
   /s/   **James D. "Buddy" Caldwell**
The Honorable James D. "Buddy" Caldwell (No. 2211)
**ATTORNEY GENERAL, STATE OF LOUISIANA**
James Trey Phillips (No.19978)
**ASSISTANT ATTORNEY GENERAL, STATE OF LOUISIANA**
1885 North Third Street, 6th Floor
Baton Rouge, LA 70802
Telephone: (225)326-6040
Telefax: (225)326-6097

**AND**

   /s/   **Calvin C. Fayard, Jr.**
Calvin C. Fayard, Jr. (No. 5486)
**FAYARD & HONEYCUTT, APC**
519 Florida Avenue, SW
Denham Springs, LA 70726
Telephone: (225)664-4193
Telefax: (225)664-6925
E-mail: calvinfayard@fayardlaw.com

**AND**

   /s/   **James P. Roy**
James P. Roy (No. 11511)
Bob F. Wright (No. 13691)
**DOMENGEAUX WRIGHT ROY & EDWARDS**
556 Jefferson Street, Suite 500
Lafayette, LA 70501
Telephone: (337)233-3033
Telefax: (337)233-2796
E-mail: jimr@wrightroy.com

**AND**

   /s/   **Joseph J. McKernan**
Joseph J. McKernan (No. 10027)
**MCKERNAN LAW FIRM**
8710 Jefferson Highway
Baton Rouge, LA 70809
Telephone: (225)926-1234

3

Telefax: (225)926-1202
E-mail: jemckernan@mckernanlawfirm.com

AND

/s/ **Paul G. Aucoin**
Paul G. Aucoin (No. 2604)
**PAUL G. AUCOIN**
135 Goodwill Plantation
Vacherie, LA 70090-5240
Telephone: (225)265-7906
Telefax: (225)265-7906
E-mail: aucoinp@bellsouth.net

AND

/s/ **Frank C. Dudenhefer, Jr.**
Frank C. Dudenhefer, Jr. (No. 5117)
**THE DUDENHEFER LAW FIRM, LLC**
601 Poydras Street, Suite 2655
New Orleans, LA 70130
Telephone: (504)525-2553
Telefax: (504)523-2508
E-mail: fcdlaw@aol.com

AND

/s/ **Drew A. Ranier**
Drew A. Ranier (No. 8320)
**RANIER, GAYLE & ELLIOT, L.L.C.**
1419 Ryan Street
Lake Charles, LA 70601
Telephone: (337)494-7171
Telefax: (337)494-72128
E-mail: dranier@rgelaw.com

AND

/s/ **James R. Dugan, II**
James R. Dugan, II (No. 24785)
Stephen Murray (No. 9858)
**MURRAY LAW FIRM**
650 Poydras Street, Suite 1250

4

                                      New Orleans, LA 70130
                                      Ph.: 504-525-8100
                                      Fax: 504-584-5249
                                      Email: jdugan@dugan-lawfirm.com

### CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2008, a copy of the foregoing Ex Parte Motion to Substitute as Counsel of Record was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the court's electronic filing system.

                                      /s/   Calvin C. Fayard, Jr.
                                      Calvin C. Fayard, Jr.