UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CIVIL ACTION NO. 05-04182 |
| KATRINA CANAL | * | |
| BREACHES LITIGATION | * | PERTAINING TO |
| | * | <u>CASE NO. 06-9151</u> |
| | * | |
| | * | SECTION   "K" |
| | * | JUDGE STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |

<u>MOTION FOR LEAVE TO FILE</u>
<u>SECOND SUPPLEMENTAL AND AMENDING COMPLAINT</u>

**NOW INTO COURT,** through undersigned counsel, come plaintiffs, Kenneth Jones and Lori James-Jones, persons of the full age of majority, domiciled in the Parish of Orleans, and respectfully pray for leave of Court to file their second amended complaint.  As counsel for the Jones was unable to contact all opposing counsel in this case, this motion is being set for hearing.

1

Respectfully submitted this 9th day of October, 2008.

BY:   /s/Paul C. Miniclier
    Paul C. Miniclier, T.A.  (#17062)
    The Law Office of Paul C. Miniclier
    1305 Dublin Street
    New Orleans, Louisiana 70118
    (504) 864-1276; (504)864-1278 fax
    Email: pcm@minilaw.net
    Attorneys for plaintiffs, Kenneth and Lori James-Jones

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on all counsel of record by electronic service through the electronic filing system of the United States District Court for the Eastern District of Louisiana, and/or by U.S. Mail, postage pre-paid.

New Orleans, Louisiana, this 9th day of October, 2008.

    /s/Paul C. Miniclier