UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CIVIL ACTION NO. 05-04182 |
| KATRINA CANAL | * | |
| BREACHES LITIGATION | * | PERTAINING TO |
| | * | <u>CASE NO. 06-9151</u> |
| | * | |
| | * | SECTION   "K" |
| | * | JUDGE STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |

**<u>MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE
SECOND SUPPLEMENTAL AND AMENDING COMPLAINT</u>**

MAY IT PLEASE THE COURT:

Plaintiffs, Kenneth Jones and Lori James-Jones, who pursuant to Local Rule 7.4 of the Uniform Local Rules of the District Courts, respectfully submit the following Memorandum in Support of their Motion for Leave to File Second Supplemental and Amending Complaint.

Further developments in the case require the amendment of this pleading.

Respectfully submitted this 9th day of October, 2008.

               BY:       /s/Paul C. Miniclier
                           Paul C. Miniclier, T.A.  (#17062)
                           The Law Office of Paul C. Miniclier
                           1305 Dublin Street
                           New Orleans, Louisiana 70118
                           (504) 864-1276; (504)864-1278 fax
                           Email: pcm@minilaw.net
                           Attorneys for plaintiffs, Kenneth and Lori James-Jones

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all counsel of record by electronic service through the electronic filing system of the United States District Court for the Eastern District of Louisiana, and/or by U.S. Mail, postage pre-paid.

New Orleans, Louisiana, this 9th day of October, 2008.

            /s/Paul C. Miniclier