UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAGISTRATE JUDGE WILKINSON |
| PERTAINS TO: LEVEE/MR-GO *Louisiana State*, C.A. No. 07-5040 | * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing unopposed Ex Parte Motion to Substitute Counsel of Record;

**IT IS ORDERED, ADJUDGED, AND DECREED** that James D. "Buddy" Caldwell, Attorney General for the State of Louisiana, and Assistant Attorney General James Trey Phillips be and they hereby are substituted as counsel of record for the State in place of the private counsel of the Attorney General: James Parkerson Roy, Bob F. Wright, and the Law Firm of Domengeaux Wright Roy & Edwards; Jerry McKernan and the McKernan Law Firm; Calvin C. Fayard, Jr. and Fayard & Honeycutt, APC; Drew Ranier and the Law Firm of Ranier, Gayle & Elliot; Frank C. Dudenhefer, Jr. and The Dudenhefer Law Firm, L.L.C.; Paul G. Aucoin and the Law Firm of Paul G. Aucoin; Daniel Becnel and the Law Firm of Daniel Becnel; and Jonathan B. Andry and The Andry Law Firm, all of said private counsel shall no longer be counsel of record for the State in the above proceeding and shall be deemed to have withdrawn as counsel for the State.

James D. "Buddy" Caldwell, Attorney General for the State of Louisiana, and Assistant Attorney General James Trey Phillips shall remain as <u>sole counsel</u> for the State of Louisiana herein.

New Orleans, Louisiana, this __9th__ day of __October__, 2008.

_____
UNITED STATES DISTRICT JUDGE