UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * * * * * * | **CIVIL ACTION** **NO.: 05-4182 "K"(2)** **JUDGE DUVAL** |
| | * | **MAGISTRATE JUDGE WILKINSON** |
| **PERTAINS TO: ROAD HOME** *State of Louisiana*, C.A. No. 07-5528 | * * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing unopposed Ex Parte Motion to Substitute Counsel of Record;

IT IS ORDERED, ADJUDGED, AND DECREED that James D. "Buddy" Caldwell, Attorney General for the State of Louisiana, and Assistant Attorney General James Trey Phillips be and they hereby are substituted as counsel of record for the State.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Calvin C. Fayard, Jr. and Fayard & Honeycutt, APC; James Parkerson Roy, Bob F. Wright, and the Law Firm of Domengeaux Wright Roy & Edwards; Jerry McKernan and the McKernan Law Firm; Drew Ranier and the Law Firm of Ranier, Gayle & Elliot; Frank C. Dudenhefer, Jr. and the Dudenhefer Law Firm; Paul G. Aucoin and the Law Firm of Paul G. Aucoin; and James Dugan, Stephen Murray, and the Murray Law Firm, as well as all members of the above named law firms, be and they hereby are withdrawn as counsel of record for the State and as Lead, Liaison, and Co-Lead Road Home Counsel in the above proceeding.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Order issued on

August 13, 2008 at Document #14450 of the consolidated hurricane docket is hereby deemed moot as to the response required from the Commissioner of Administration and the Commissioner of Administration is relieved and released from any responsibility to respond thereto.

New Orleans, Louisiana, this 9th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE