15-6566

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | NO. 05-4182 JUDGE DUVAL |
| PERTAINS TO: ROBERT, 07-6162 | SECTION "K" (2) |

## JOINT MOTION TO DISMISS CASE

On joint motion of plaintiff Jean Robert, and of defendant Allstate Insurance Company, through undersigned counsel of record, and on suggesting to this Honorable Court that this matter has been compromised and settled and, therefore, should be dismissed, with full prejudice as to all of plaintiff's rights therein, each party to bear its own costs.

Respectfully submitted,

/s/ Kristin J. Milano
KRISTIN J. MILANO (30274)
NICAUD, SUNSERI & & FRADELLA
3000 18th Street
Metairie, LA 70002
Telephone: (504) 837-1304
Facsimile: (504) 833-2843
Attorneys for Plaintiff, Jean Robert

/s/ James L. Donovan, Jr.
JAMES L. DONOVAN, JR. (1337)
DONOVAN & LAWLER, APLC
4640 Rye Street
Metairie, LA 70006
Telephone: (504) 454-6808
Facsimile: (504) 887-5885
Email: jdonovan@donovanlawler.com
Attorneys for Defendant,
Allstate Insurance Company

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of October, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

- **James L. Donovan, Jr.**
  jdonovan@donovanlawler.com, jtaulli@donovanlawler.com

- **Timothy P. Farrelly**
  tfarrelly@nsflaw.com

- **Kristin J. Milano**
  kmilano@nsflaw.com, mbordelon@nsflaw.com

- **Albert J. Nicaud**
  anicaud@nsflaw.com, mbordelon@nsflaw.com

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

N/A.

/s/ James L. Donovan, Jr.