15-6566

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182<br><br>NO. 05-4182 JUDGE DUVAL |
| PERTAINS TO: ROBERT, 07-6162 | SECTION "K" (2) |

### ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss Case;

IT IS ORDERED that the above-entitled and numbered cause be, and the same is hereby dismissed, with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**UNITED STATES DISTRICT JUDGE**

-1-