UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES | CIVIL ACTION |
| | NO. 05-4182 |
| | JUDGE DUVAL |
| PERTAINS TO INSURANCE<br>(Scieneaux, No. 06-3990) | MAGISTRATE WILKINSON |

**JOINT MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, come plaintiffs, Brion Joseph Scieneaux and Dierde Scieneaux (the "Scieneauxs"), and defendant, The Standard Fire Insurance Company ("Standard Fire"), who suggest to the Court that the above matter has been compromised in full and that the parties desire to dismiss, with prejudice, the consolidated cause bearing Docket No. 06-3990, with each party to bear its own court costs.

WHEREFORE, Brion Joseph Scieneaux, Dierde Scieneaux and The Standard Fire Insurance Company pray that this motion to dismiss be granted, dismissing the consolidated cause bearing Docket No. 06-3990, with prejudice, with each party to bear its own costs.

1

Respectfully submitted:

*David R Cannella*

Mickey P. Landry
Frank J. Swarr
David Ryan Cannella
Landry & Swarr, LLC
1010 Common St., Suite 2050
New Orleans, LA 70112
504-299-1214

ATTORNEYS FOR PLAINTIFFS, BRION JOSEPH SCIENEAUX AND DIEDRE SCIENEAUX

LONGMAN RUSSO,
A Professional Law Corporation

s/Gary J. Russo
GARY J. RUSSO (#10828)
CAMILLE BIENVENU POCHÉ (#22597)
DOUGLAS C. LONGMAN, JR. (#8719)
P. O. Drawer 3408
Lafayette, LA 70503-3408
337-262-9000

ATTORNEYS FOR DEFENDANT,
THE STANDARD FIRE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following to all counsel of record.

/s/ Gary J. Russo