UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>* |
| PERTAINS TO: MRGO | * SECTION "K" (2)<br>*<br>* JUDGE DUVAL<br>*<br>* MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, and for the reasons set forth more fully in the accompanying memorandum, Washington Group International, Inc. ("WGII") moves for a summary judgment dismissing with prejudice all claims asserted against it

**WHEREFORE**, Washington Group International, Inc. moves for a summary judgment dismissing with prejudice all claims asserted against it.

947710v.1

Dated:  October 9, 2008	Respectfully submitted,

	/s/ William D. Treeby
	William D. Treeby, 12901
	Carmelite M. Bertaut, 3054
	Heather S. Lonian, 29956
	    Of
	STONE PIGMAN WALTHER WITTMANN L.L.C.
	546 Carondelet Street
	New Orleans, Louisiana  70130
	Telephone:  (504) 581-3200
	Facsimile:   (504) 581-3361

	and

	Adrian Wager-Zito
	Debra S. Clayman
	Jones Day
	51 Louisiana Avenue, N.W.
	Washington, D.C. 20001-2113
	Telephone:  (202) 879-3891
	Facsimile:  (202) 626-1700

	Attorneys for Washington Group
	International, Inc., a division of URS
	Corporation


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion has been served upon all counsel of record by electronic notice via the Court's CM/ECF system or by placing same in the United States mail, postage prepaid and properly addressed, this 9th day of October, 2008.

	/s/ William D. Treeby