UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION |
|  | * NO. 05-4182 |
| PERTAINS TO:  MRGO | * SECTION "K" (2) |
|  | * JUDGE DUVAL |
|  | * MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF MANUAL ATTACHMENT

Washington Group International, Inc. hereby submits this Notice of Manual Attachment to its Motion for Summary Judgment and states that a disc containing the exhibits cited in its Motion for Summary Judgment is on file with the Clerk of Court for the United States District Court for the Eastern District of Louisiana, 500 Camp St., New Orleans, Louisiana 70130.[1]  The exhibits contained on the disc are identified in the attached Exhibit A to Notice of Manual Attachment.

---

[1]     A copy of the disc has been served upon Plaintiffs Liaison Counsel.  Any additional parties seeking to obtain a courtesy copy of the disc should direct their requests to William D. Treeby, Esq.

Dated:  October 9, 2008                    Respectfully submitted,


                                           /s/William D. Treeby
                                           William D. Treeby, 12901
                                           Carmelite M. Bertaut, 3054
                                           Heather S. Lonian, 29956
                                                Of
                                           STONE PIGMAN WALTHER WITTMANN L.L.C.
                                           546 Carondelet Street
                                           New Orleans, Louisiana  70130
                                           Telephone:  (504) 581-3200
                                           Facsimile:   (504) 581-3361

                                           Attorneys for Washington Group
                                           International, Inc., a division of URS
                                           Corporation

                                           Of counsel

                                           Adrian Wager-Zito
                                           Debra S. Clayman
                                           Jones Day
                                           51 Louisiana Avenue, N.W.
                                           Washington, D.C. 20001-2113
                                           Telephone:  (202) 879-3891
                                           Facsimile:  (202) 626-1700


### CERTIFICATE OF SERVICE

        I  hereby  certify  that  a  copy  of  the  above  and  foregoing  Notice  of  Manual

Attachment to its Motion for Summary Judgment has been served upon all counsel of record by

electronic notice via the Court's CM/ECF system this 9th day of October, 2008.

                                           /s/William D. Treeby

947744v.1