UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION <br><br> PERTAINS TO: MRGO | * <br> *   CIVIL ACTION <br> * <br> *   NO. 05-4182 <br> * <br> *   SECTION "K" (2) <br> * <br> * <br> *   JUDGE DUVAL <br> * <br> *   MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *    *

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order dated September 19, 2008 (Rec. Doc. 15069) Washington Group International, Inc. will bring its Motion for Summary Judgment before Judge Stanwood R. Duval, Jr. in the United States District Courthouse, 500 Camp Street, New Orleans, Louisiana 70130 on the 13th day of November, 2008 at 10:00 a.m.

947741v.1

- 2 -

Dated:  October 9, 2008             Respectfully submitted,

            /s/William D. Treeby
            William D. Treeby, 12901
            Carmelite M. Bertaut, 3054
            Heather S. Lonian, 29956
               Of
            STONE PIGMAN WALTHER WITTMANN L.L.C.
            546 Carondelet Street
            New Orleans, Louisiana  70130
            Telephone:  (504) 581-3200
            Facsimile:   (504) 581-3361

            Attorneys for Washington Group International, Inc., a division of URS Corporation

            Of counsel

            Adrian Wager-Zito
            Debra S. Clayman
            Jones Day
            51 Louisiana Avenue, N.W.
            Washington, D.C. 20001-2113
            Telephone:  (202) 879-3891
            Facsimile:  (202) 626-1700

**CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the above and foregoing Notice of Hearing has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 9th day of October, 2008.

            /s/William D. Treeby