# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>* |
| PERTAINS TO: MRGO | * SECTION "K" (2)<br>*<br>*<br>* JUDGE DUVAL<br>*<br>* MAGISTRATE WILKINSON |

## REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT,** through undersigned counsel, comes Washington Group International, Inc., and respectfully requests permission to orally argue its Motion for Summary Judgment. Oral argument will clarify the issues of law and fact and will assist the Court in making a correct disposition of the motion.

**WHEREFORE**, Washington Group International, Inc. respectfully moves the Court for entry of an Order granting oral argument on its Motion for Summary Judgment.

947731v.1

- 2 -

Dated:  October 9, 2008         Respectfully submitted,

                */s/William D. Treeby*
                William D. Treeby, 12901
                Carmelite M. Bertaut, 3054
                Heather S. Lonian, 29956
                  Of
                STONE PIGMAN WALTHER WITTMANN L.L.C.
                546 Carondelet Street
                New Orleans, Louisiana  70130
                Telephone:  (504) 581-3200
                Facsimile:   (504) 581-3361

                Attorneys for Washington Group
                International, Inc., a division of URS
                Corporation

                Of counsel

                Adrian Wager-Zito
                Debra S. Clayman
                Jones Day
                51 Louisiana Avenue, N.W.
                Washington, D.C. 20001-2113
                Telephone:  (202) 879-3891
                Facsimile:  (202) 626-1700

### CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing Request for Oral Argument on Motion for Summary Judgment has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 9th day of October, 2008.

                */s/William D. Treeby*

947731v.1