UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
|  | NO. 05-4182 |
| PERTAINS TO: BARGE | and consolidated cases |
|  | SECTION "K" (2) |
| *Boutte v. Lafarge*          05-5531 |  |
| *Mumford v. Ingram*     05-5724 |  |
| *Lagarde v. Lafarge*       06-5342 | JUDGE |
| *Perry v. Ingram*             06-6299 | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*          06-7516 |  |
| *Parfait Family v. USA*  07-3500 | MAG. |
| *Lafarge v. USA*              07-5178 | JOSEPH C. WILKINSON, JR. |
| *Weber v. Lafarge*          08-4459 |  |

## AMENDED MOTION FOR APPOINTMENT OF BARGE P.S.L.C. MEMBERS

**NOW COME** the Barge Plaintiffs' Subgroup Litigation Committee, Shawn Khorrami, Dylan F. Pollard, and Matt C. Bailey, who respectfully move the Court for appointment of additional members. The Barge PSLC has associated as co-counsel for Barge Plaintiffs the nationally renown class action, mass tort and complex litigation firm, Khorrami, Pollard and Abir. Several of its members, including Messrs. Khorrami, Pollard and Bailey, were recently sponsored by the Barge PSLC for admission *pro hac vice* on behalf of the Barge Plaintiffs, and are now enrolled as such. Undersigned nominate and seek appointment and confirmation of Shawn Khorrami, Dylan F. Pollard, and Matt C. Bailey, all of Khorrami, Pollard and Abir, to the Barge Plaintiffs' Subgroup Litigation Committee, for reasons more fully shown in the supporting memorandum and submissions

made herewith.

It is so moved, this 9[h] day of October, 2008.

Respectfully Submitted,

/s/ Brian A. Gilbert,
Brian A. Gilbert, Esq.(21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
    Telephone: (504) 885-7700
    Telephone: (504) 581-6180
    Facsimile: (504) 581-4336
    e-mail: bgilbert@briangilbertlaw.com

/s/ Lawrence D. Wiedemann,
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
    Telephone: (504) 581-6180
    Facsimile: (504) 581-4336
    e-mail: lawrence@wiedemannlaw.com,
    karl@wiedemannlaw.com,
    karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
    Telephone: 504-834-0646
    e-mail: pistols42@aol.com

/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
    Voice: 202-862-4320

        Cell:    202-549-1454
        Facsimile:  800-805-1065 and 202-828-4130
        e-mail: rick@rickseymourlaw.net,

/s/ Lawrence A. Wilson
Lawrence A. Wilson (N.Y.S.B.A. #2487908)
David W. Drucker (N.Y.S.B.A. #1981562)
Wilson, Grochow, Druker & Nolet
Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279-0003
    Telephone: (212) 608-4400
    Facsimile: (212) 227-5159
    e-mail: lwilson@wgdnlaw1.com,
ddruker@wgdnlaw1.com


/s/Shawn Khorrami
Shawn Khorrami (CA SBN #14011)
Dylan F. Pollard (CA SBN # 180306)
Matt C. Bailey (CA SBN #218685)
Khorrami, Pollard & Abir, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
    Telephone: (213) 596-6000
    Facsimilie: (213) 596-6010
    e-mail:  Skhorrami@kpalawyers.com;
Dpollard@kpalawyers.com
Mbailey@kpalawyers.com


## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 9th day of October, 2008.


        \s\Brian A. Gilbert