UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION * * NO. 05-4182 * and consolidated cases |
| PERTAINS TO:   BARGE | * SECTION "K" (2) * |
| *Boutte v. Lafarge*   05-5531 *Mumford v. Ingram*   05-5724 *Lagarge v. Lafarge*   06-5342 *Perry v. Ingram*   06-6299 *Benoit v. Lafarge*   06-7516 *Parfait Family v. USA*   07-3500 *Lafarge v. USA*   07-5178 1 | * * * * JUDGE * STANWOOD R. DUVAL, JR. * * MAG. JOSEPH C. WILKINSON, JR. * * |

**AFFIDAVIT OF DYLAN F. POLLARD IN SUPPORT OF APPLICATION FOR APPOINTMENT TO THE PLAINTIFFS' SUBGROUP LITIGATION COMMITTEE**

I, DYLAN F. POLLARD, declare as follows:

1. I am an active member in good standing of the State Bar of California (SBN 180306) and partner with the law firm Khorrami, Pollard & Abir, LLP.  My business address is 444 South Flower Street, 33rd Floor, Los Angeles, California 90071 and my business telephone number is (213) 596-6000.  I am qualified to practice before this Court, am of good moral character, and am not subject to any pending suspension, disbarment or professional discipline in any other court.  I have never been convicted of a crime.

2. I graduated with honors (*cum laude*) from Pepperdine University School of Law in 1995, after earning my undergraduate degree in English Literature in 1992 from Stanford University in Palo Alto, CA.  I am admitted to practice law in California

(since 1995), Nevada (since 1996), and Georgia (since 1996) and have been admitted *pro hac vice* before courts in several states across the country, including this Court.

3. Since I started practicing law in December 1995, I have represented plaintiffs in many types of complex litigation including, but not limited to, consumer fraud, wage and hour violations, pharmaceutical litigation, environmental law and toxic torts, product liability litigation, catastrophic personal injury, medical negligence/malpractice, nursing home abuse, police misconduct, premises liability, residential habitability (including toxic mold litigation), and wrongful death cases.

4. I believe that my track record, and that of my partner Shawn Khorrami, with whom I have practiced since approximately July 1996, qualifies me for this Court's appointment to the Plaintiff's Subgroup Litigation Committee, as I have previously served on National Plaintiffs' Steering and Executive Committees and have been appointed lead and liaison counsel and co-counsel in a number of cases, including, but not limited to, the following:

   a. <u>In re Prempro Products Liability Litigation</u>, MDL Docket No. 4:03-cv-1507 WRW. Hon. William R. Wilson, Jr., Judge, Eastern District of Arkansas. MDL involving hormone replacement therapy, taken by millions of women each year. Among the injuries alleged by plaintiffs are breast cancer, blood clots, and strokes. My firm was appointed to both of the Plaintiffs' Steering Committees for the class and individual cases; the Governing Committee of the Plaintiff's Steering Committee; as well as the Science Committee; and I have personally taken a very active role in preparing over 30 of these cases for trial.

 b. <u>In re Vioxx Cases</u>, Los Angeles Superior Court, Judicial Council Coordinated Proceeding No. 4247.  My firm was appointed member of the Plaintiffs' Steering Committee and trial selection committee before the complex division of the Superior Court, overseeing nearly 5,000 individual and class cases involving the painkiller Vioxx;

 c. <u>Zalis, et al. v. Pfizer, et al.</u>, Los Angeles Superior Court Case No. BC327801.  My firm was appointed lead and liaison counsel before the complex division of the Superior Court in re individual cases involving the painkillers Celebrex and Bextra;

5. Currently, I head up the management of my firm's mass tort and litigation practice, representing thousands of plaintiffs in a variety of mass torts.  Among them are individuals who were allegedly injured by defective products such as Avandia, Digitek, Zyprexa, the Kugel Mesh Patch, Prempro (and other Hormone Replacement Therapy Products), Ortho Evra Birth Control Patch and Fosamax.

6. I have served as lead or class counsel in many dozens of class actions, each having between a few thousand to millions of putative class members involving anything from pharmaceuticals, to product liability, to labor and employment, to consumer fraud.  Among others, these include:

 a. <u>Becker v. Balley Total Fitness</u>, Los Angeles Superior Court Case No. BC290380;

 b. <u>King v. CVS/Caremark Corp., et al.,</u> U.S. District Court, Southern District of Florida Case No. 07 21824 CIV Graham/O'Sullivan;

 c. <u>Pollard v. Ericsson</u>, Los Angeles Superior Court Case No. BC 288072;

 d. <u>The Great Escape Promotion Cases</u>, California Superior Court, JCCP 4343;

e. <u>Checkmate v. Yahoo</u>, U.S. District Court, Central District of California Case No. CV 05-4588 CAS;

f. <u>Click Defense, Inc. v. Google</u>, U.S. District Court, Northern District of California Case No. C 05 02579 RMW;

g. <u>Grair v. GlaxoSmithKline</u>, Los Angeles Superior Court Case No. BC288536;

h. <u>Bouverat v. Park West Gallery, Inc., et al.</u>, U.S. District Court, Southern District of Florida Case No. 08 21331 CIV Jordan/McAliley;

i. <u>Angelino v. DaimlerChrysler Corp.</u>, California Superior Court, County of San Diego Case No. GIC 765729;

j. <u>Hurtado, et al. v. TEG/LVI Environmental Services</u>, Los Angeles Superior Court Case No. BC276468;

k. <u>Alba, et al. v. Papa John's, et al.</u>, U.S. District Court, Central District of California Case No. CV 05 7487 GAF;

l. <u>Bautista v. Park West Gallery, Inc. et al.</u>, U.S. District Court, Central District of California Case No. CV08 03717 MRP(RZx);

m. <u>Lockette v. Ross Stores, Inc.</u>, U.S. District Court, Northern District of California Case No. CV 03430 MMC;

n. <u>Cossey v. Coca Cola Bottling Co.</u>, Los Angeles Superior Court Case No. BC367978;

o. <u>Moore, et al. v. T-Mobile USA, Inc., et al.</u>, U.S. District Court, Central District of California Case No. CV 08 3108 GW(AGRx);

    p.  <u>Ware v. Smilecare</u>, LASC Case No. BC364496 (Hon. Emilie H Elias) (pending class action alleging claims employer failed to pay overtime and meal and rest periods)

7. I have also represented numerous plaintiffs in civil rights actions, including individuals who have sued the County of Los Angeles for inadequate medical care while in custody (both in individual and class actions). Currently, my firm represents a class of tens of thousands of prisoners who suffer from Hepatitis C – a potentially fatal disease – due to the lack of adequate health care in the prison. I also represent individual plaintiffs in cases involving everything from alleged rape by police officers to use of excessive force, to warrantless entry into premises without legal justification to individuals injured by "less lethal" munitions.

8. I am a member of the Consumer Attorneys of Los Angeles, California Association of Consumer Attorneys, the Los Angeles County Bar Association, and The American Association for Justice.

9. I welcome the opportunity to use my passion and experience in mass tort litigation in support of the plaintiffs in this instant litigation, and look forward to using my skills in working towards a resolution of this litigation. Based on my experience, I believe that I am qualified to serve effectively in any role as Plaintiffs Subgroup Litigation committee counsel.

I declare under the penalty of perjury under the laws of the State of Louisiana and the United States of America that the foregoing is true and correct.

Executed on this 19th day of October, 2008, in Los Angeles, California.

\s\ Dylan F. Pollard
Dylan F. Pollard, "Declarant"