UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*  05-5531 | * | |
| *Mumford v. Ingram*  05-5724 | * | |
| *Lagarde v. Lafarge*  06-5342 | * | JUDGE |
| *Perry v. Ingram*  06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*  06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAG. |
| *Lafarge v. USA*  07-5178 | * | JOSEPH C. WILKINSON, JR. |
| *Weber v. Lafarge*  08-4459 | * | |

ORDER OF APPOINTMENT
OF BARGE P.S.L.C. MEMBERS

Considering the Barge Plaintiffs' Subgroup Litigation Committee's **Motion for Appointment Of Barge P.S.L.C. Members**, it is hereby **ORDERED** that the motion be, and is hereby, **GRANTED**.

**FURTHER ORDERED**, attorneys for the Barge Plaintiffs, Shawn Khorrami, Dylan F. Pollard, and Matt C. Bailey are hereby accepted and appointed to the Barge Plaintiffs' Subgroup Litigation Committee.

New Orleans, Louisiana, this ____ day of _____, 2008.

_____
**HON. STANWOOD R. DUVAL, JR.
U. S. DISTRICT JUDGE**

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 9th day of October, 2008.

                                                  \s\Brian A. Gilbert