UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, Robinson, No. 06-2268 | § | |
| _____ | § | |

**UNITED STATES' CONSENT MOTION TO CORRECT COURT ORDER**

NOW INTO COURT comes the defendant United States of America which respectfully moves the Court pursuant to Federal Rules of Civil Procedure 60(a) to correct a clerical error in its October 1, 2008 Order and Reasons on Motion.  See Doc. Rec. No. 15665.

The United States invoked the attorney-client privilege over United States Army Corps of Engineers' (Corps) documents with Bates-stamp range NED-187-000000377 through 000000378, MVD-003-000001586 through 000001588, MVD-003-000001591 through 000001593 and MVD-003-000001596 through 000001603.  See Doc. Rec. No. 15198.  The Court, in its Order, sustained the United States' claim of privilege over the contested Corps' documents, but inadvertently omitted the Corps' privileged documents with Bates-stamp range MVD-003-000001599 through 000001603 from its Order.  See Doc. Rec. No. 15665.  Accordingly, the United States respectfully requests that the Court correct the clerical error by amending the Order to include the Corps' privileged documents with Bates-stamp range MVD-003-000001599 through 000001603.

The United States certifies that plaintiffs' counsel has been consulted and consented to this motion.

A proposed Order is attached hereto.

                                              Respectfully submitted,

                                              GREGORY G. KATSAS
                                              Assistant Attorney General

                                              PHYLLIS J. PYLES
                                              Director, Torts Branch

                                              JAMES G. TOUHEY, JR.
                                              Assistant Director, Torts Branch

                                              _s/ James F. McConnon, Jr._
                                              JAMES F. McCONNON, JR.
                                              Trial Attorney, Torts Branch, Civil Division
                                              U.S. Department of Justice
                                              Benjamin Franklin Station, P.O. Box 888
                                              Washington, D.C.  20044
                                              (202) 616-4400/ (202) 616-5200 (Fax)
                                              Attorneys for the United States

                                              **Law Offices of Joseph M. Bruno**

                                              By: _s/ Joseph M. Bruno_
                                              Joseph M. Bruno (LSBA No. 3604)
                                              855 Baronne Street
                                              New Orleans, Louisiana 70133
                                              Telephone: (504) 525-1335
                                              Facsimile: (504) 581-1493

Dated: October 10, 2008

## CERTIFICATE OF SERVICE

I, James F. McConnon, Jr., hereby certify that on October 10, 2008, I served a true copy of the "United States' Consent Motion to Correct Court Order" upon all parties by ECF.

  s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.