UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, Robinson, No. 06-2268 | § | |
| _____ | § | |

## ORDER

Having considered the United States' Consent Motion to Correct Court Order per Federal Rules of Procedure 60(a), and for good cause shown, it is hereby ORDERED that the Motion is hereby GRANTED.  The Court's Order and Reasons on Motion (Doc. Rec. No. 15665) is corrected to reflect that the attorney-client privilege applies to the contested United States Army Corps of Engineers' documents with Bates-stamped range MVD-003-000001599 through 000001603.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE