**RETURN**

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Daniel Weber, et al | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. **08-4459** |
| Lafarge North America, Inc., et al | ) | |
| Defendant | ) | |

Summons in a Civil Action

**SECT. K  MAG. 2**

To: *(Defendant's name and address)*
Boston Old Colony Insurance Company
Through the Louisiana Secretary of State
Legal Services Section
P.O. Box 94125
Baton Rouge, LA  70804-9125

**SERVED ON
JAY DARDENNE

SEP 2 9 2008

SECRETARY OF STATE
COMMERCIAL DIVISION**

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Law Office of Brian A. Gilbert, PLC
821 Baronne Street
New Orleans, LA  70113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**LORETTA G. WHYTE**
Name of clerk of court

Date: **SEP 2 3 2008**

*Deputy clerk's signature*

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **Boston Old Colony Insurance** by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is **Louisiana Sec of State**; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00  .

Date: **10/6/08**

Server's signature

**Edward L. Moreno, Esq.**
Printed name and title

**821 Bayonne St New Orleans LA 70113**
Server's address

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hon. Jay Dardenne
   Louisiana Secretary of State
   Legal Services Section
   P.O. Box 94125
   Baton Rouge, LA 70804-9125

2. 7001 2510 0006 2980 3772

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_            ☐ Agent
                              ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   ALBERTA HALL                 SEP 2 9 2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box •

Law Office of Brian A. Gilbert, PLC
821 Baronne Street
New Orleans, LA  70113