# UNITED STATES DISTRICT COURT

**RETURN**

for the

**Eastern** District of Louisiana

| Daniel Weber, et al | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. 08-4459 |
| Lafarge North America, Inc., et al | ) | |
| Defendant | ) | |

Summons in a Civil Action

**SECT. K  MAG. 2**

To: *(Defendant's name and address)*
   Navigators Insurance Company
   Through the Louisiana Secretary of State
   Legal Services Section
   P.O. Box 94125
   Baton Rouge, LA  70804-9125

SERVED ON
JAY DARDENNE

SEP ~~~

SECR~~~ STATE
CO~~~ DIVISION

A lawsuit has been filed against you.

   Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

   Law Office of Brian A. Gilbert, PLC
   821 Baronne Street
   New Orleans, LA  70113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE

Name of clerk of court

Date: SEP 2 3 2008

Deputy clerk's signature

SERVED ON
JAY DARDENNE

SEP 2 9 2008

SECRETARY OF STATE
COMMERCIAL DIVISION

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _Navigator's Insurance_ by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _Louisiana Sec of State_ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

Date: _10/6/08_

Server's signature

_Edward L. Moreno, Esq_
Printed name and title

Law Office of Brian A. Gilbert, PLC
821 Baronne Street
New Orleans, LA  70113

Server's address

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hon. Jay Dardenne
   Louisiana Secretary of State
   Legal Services Section
   P.O. Box 94125
   Baton Rouge, LA   70804-9125

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)
ALBERTA HALL

C. Date of Delivery
SEP 2 9 2008

D. Is delivery address different from item 1?   ☐ Yes   ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. 7001 2510 0006 2980 3772

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box •

Law Office of Brian A. Gilbert, PLC
821 Baronne Street
New Orleans, LA   70113