PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EPA | 014 | EPA-014-000000001 | EPA-014-000000012 | United States Environmental Protection Agency; Water Quality Protection Division; Region 6 | James Brown | KC920 | 10/10/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | NOAA Power Point - 12 Photographs of Katrina Flood Sequence |
| EPA | 015 | EPA-015-000000001 | EPA-015-000000037 | United States Environmental Protection Agency; Water Quality Protection Division; Region 6 | Olivia Balandran | KC920 | 10/10/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Power Point Presentation at National Environmental Partnership Summit, May 8, 2007, New Orleans |
| NWP | 001 | NWP-001-000000001 | NWP-001-000000001 | Morning Advocate | Unavailable | KC921 | 10/10/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Explain Benefits to be derived from Tidewater Channel at N.O. September 30, 1959 |
| NWP | 002 | NWP-002-000000001 | NWP-002-000000001 | The Times-Picayune | Unavailable | KC921 | 10/10/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | St. Bernard Police Jury Opposes Channel Outlet April 2, 1958 |
| NWP | 003 | NWP-003-000000001 | NWP-003-000000002 | The Times-Picayune | Pen Wilson | KC921 | 10/10/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Terrific Charge Of Dynamite Begins Tidewater Channel |
| PNO | 001 | PNO-001-000000001 | PNO-001-000000005 | Port of New Orleans Record | Ed Kimbrough | KC921 | 10/10/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Tidewater Channel Shorter Route to the Gulf |
| PNO | 001 | PNO-001-000000006 | PNO-001-000000014 | Port of New Orleans | Board of Commissioners | KC921 | 10/10/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Second Supplemental Brief in Support of the Proposed Tidewater Ship Cannel From the IHNC to the Gulf of Mexico |
| SCA | 001 | SCA-001-000000001 | SCA-001-000000028 | The Mississippi Valley Seaway Canal Association | Unavailable | KC921 | 10/10/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Report on Proposed Tidewater Seaway Canal at New Orleans |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| WHQ | 009 | WHQ-009-000000001 | WHQ-009-000000012 | USACE; CECW-CO;Navigation & Operations | James Walker | KC921 | 10/10/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | USACE Regulation ER 1130-2-307, Project Operation - Dredging Policies and Practices October 31, 1968 |