# UNITED STATES DISTRICT COURT
for the

**Eastern** District of Louisiana

| Daniel Weber, et al | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. 08-4459 |
| Lafarge North America, Inc., et al | ) | |
| Defendant | ) | |

Summons in a Civil Action

**SECT. K  MAG. 2**

To: *(Defendant's name and address)*
    The Continental Insurance Company
    Through the Louisiana Secretary of State
    Legal Services Section
    P.O. Box 94125
    Baton Rouge, LA  70804-9125

**SERVED ON
JAY DARDENNE

SEP 2 9 2008

SECRETARY OF STATE
COMMERCIAL DIVISION**

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    Law Office of Brian A. Gilbert, PLC
    821 Baronne Street
    New Orleans, LA  70113

//3

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**LORETTA G. WHYTE**

Name of clerk of court

Date: **SEP 2 3 2008**

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Continental Insurance Co. by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is Louisiana Sec. of State ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: 10/6/08

Server's signature

Edward L. Moreno, Esq.
Printed name and title

821 Baronne St New Orleans, LA 70113
Server's address

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Alberta Hall_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>ALBERTA HALL   SEP 29 2006<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Hon. Jay Dardenne<br>Louisiana Secretary of State<br>Legal Services Section<br>P.O. Box 94125<br>Baton Rouge, LA  70804-9125 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. 7001 2510 0006 2980 3772 | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Law Office of Brian A. Gilbert, PLC
821 Baronne Street
New Orleans, LA  70113