IN RE KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION

                                      NO. 05-4182

                                      SECTION K; MAG. 2

PERTAINS TO: LEVEE                    JUDGE DUVAL
             MRGO
*Xavier University of La. v. United States of*     MAGISTRATE JUDGE WILKINSON
*America, et al., No. 07-5018*

### *EX PARTE* MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

Plaintiff, Xavier University of Louisiana, through undersigned counsel, moves this Honorable

Court to enroll Frank C. Dudenhefer (Louisiana State Bar No. 5717), of The Dudenhefer Law Firm

L.L.C., 601 Poydras Street, Suite 2655, New Orleans, Louisiana 70130-6004 as additional counsel

of record on its behalf in the above entitled and captioned matter. Xavier prays that this motion be

granted and that Mr. Dudenhefer be named as additional counsel of record on Xavier's behalf.

RESPECTFULLY SUBMITTED:


 /s/ James M. Garner
JAMES M. GARNER, #19589
DARNELL BLUDWORTH, #18801
TIMOTHY B. FRANCIS, #14973
KEVIN M. MCGLONE, #28145
**SHER GARNER CAHILL RICHTER
 KLEIN & HILBERT, L.L.C.**
909 Poydras St., 28th Floor
New Orleans, LA  70112
Telephone:  504-299-2100
Facsimile: 504-299-2300

/s/ Frank C. Dudenhefer
FRANK C. DUDENHEFER, JR. # 5717
**THE DUDENHEFER LAW FIRM, L.L.C.**
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130-6004
Telephone: 504-525-2553
fcdlaw@aol.com

COUNSEL FOR XAVIER UNIVERSITY
OF LOUISIANA

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2008, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

/s/ James M. Garner
JAMES M. GARNER