MINUTE ENTRY
WILKINSON, M.J.
OCTOBER 10, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES　　　　　　　CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182 "K"(2)

PERTAINS TO:  INSURANCE, Morgan, 07-1583　　　　JUDGE DUVAL
　　　　　　　　　　　　　　　　　　　　　　　　MAG. WILKINSON

　　　At the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, and pursuant to my previous order, Record Doc. No. 15730, the court has been advised by Sidney Hardy, counsel for defendant, by letter separately filed in the record, that a settlement has been reached in the referenced Morgan case.  Accordingly, the conference previously set in this matter before me on October 16, 2008, is hereby CANCELLED.  By copy of this minute entry, Judge Duval is advised so that he may enter a 90-day conditional dismissal order in the referenced Morgan case only, in the event that Road Home Program approval may be necessary.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Joseph C. Wilkinson, Jr.
**CLERK TO NOTIFY:**　　　　　　　　　　　JOSEPH C. WILKINSON, JR.
**HON. STANWOOD R. DUVAL, JR.**　　　　UNITED STATES MAGISTRATE JUDGE

MJSTAR:  0 : 10