UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO: BARGE<br>Boutte, No. 05-5531<br>Mumford, No. 05-5724<br>Lagarde, No. 06-5342<br>Perry, No. 06-6299<br>Benoit, No. 06-7516<br>Parfait Family, No. 07-3500<br>Lafarge, No. 07-5178 | CIVIL ACTION<br><br>NO. 05-4182<br>& Consol. Cases<br><br>SECTION "K" (2)<br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

### MEMORANDUM IN SUPPORT OF EX PARTE MOTION OF THIRD-PARTY DEFENDANT, BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS, FOR LEAVE OF COURT TO FILE A SUR-REPLY MEMORANDUM IN OPPOSITION TO MOTION FOR LEAVE TO FILE BARGE PLAINTIFFS' SEVENTH AMENDED CONSOLIDATED CLASS ACTION COMPLAINT FOR DAMAGES

**MAY IT PLEASE THE COURT:**

Third-Party Defendant, Board of Commissioners of the Port of New Orleans ("Dock Board"), respectfully requests leave of this Honorable Court to file the accompanying Sur-Reply Memorandum in Opposition to the Barge Plaintiffs' motion to amend their Complaint for a seventh time [Rec. Doc. No. 15356]. In the proposed pleading, the Dock Board seeks to respond to those arguments

asserted in the Barge Plaintiffs' Reply Memorandum in Support [Rec. Doc. No. 15838-3] that were not raised by the Barge Plaintiffs' in their original supporting memorandum. The Dock Board's opposition to Barge Plaintiffs' motion is also relevant to a pending motion for summary judgment [Rec. Doc. 14710] filed by the Dock Board seeking to dismiss the third-party claims filed against it in the Barge litigation. It is hoped that this proposed pleading will further assist the Court in deciding the merits of the Barge Plaintiffs' motion.

Respectfully submitted,

DAIGLE FISSE & KESSENICH, PLC

BY: /s/ Kirk N. Aurandt
J. FREDRICK KESSENICH (7354)
JONATHAN H. SANDOZ (23928)
MICHAEL W. MCMAHON (23987)
JON A. VAN STEENIS (27122)
KIRK N. AURANDT (25336)
P. O. Box 5350
Covington, Louisiana 70434-5350
Telephone: 985/871-0800
Facsimile: 985/871-0899
Attorneys for Board of
Commissioners of the Port of New
Orleans

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the Court's ECF system, this 10th day of October, 2008.

/s/ Kirk N. Aurandt
KIRK N. AURANDT