UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | Case Number: 08-4459 c/w 05-4182 |
| *Weber v. Lafarge 08-4459* | * * * * | Section : K |
| | | Magistrate: 2 |

## MOTION TO STRIKE, DISMISS AND/OR STAY COMPLAINT FILED ON BEHALF OF JOSEPH C. DOMINO

NOW INTO COURT, through undersigned counsel comes, defendant, Joseph C. Domino, Inc. (hereinafter "Domino"), and moves to strike, dismiss and/or stay the complaint filed in C.A. 08-4459 by plaintiffs Weber, Gibson, and McFarland on the same grounds filed by Unique Towing on or about October 8, 2008 as is more fully set forth in the attached Memorandum of Support.

Respectfully submitted,

　　/s/ Jill S. Willhoft
**Harris & Rufty, LLC**
**Rufus C. Harris, III (#6638)**
**Alfred C. Rufty, III (#19990)**
**Jill S. Willhoft (#28990)**
650 Poydras Street, Suite 2710
New Orleans, Louisiana 70130
(504) 525-7500 Telephone
(504) 525-7222 Facsimile
Attorneys for Joseph C. Domino, Inc.

**Certificate of Service**

  I hereby certify that a copy of the above and forgoing pleading has been served on all counsel of record by facsimile transmission or electronic copy, this 13th day of October, 2008.

                    /s/ Jill S. Willhoft
                    Jill S. Willhoft