UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | Case Number: 08-4459 c/w 05-4182 |
| *Weber v. Lafarge 08-4459* | * * * | Section : K |
| | * | Magistrate: 2 |

## MEMORANDUM IN SUPPORT OF MOTION TO STRIKE, DISMISS AND/OR STAY COMPLAINT FILED ON BEHALF OF JOSEPH C. DOMINO

NOW INTO COURT, through undersigned counsel comes, defendant, Joseph C. Domino, Inc. (hereinafter "Domino"), and moves to strike, dismiss and/or stay the complaint filed in C.A. 08-4459 by plaintiffs Weber, Gibson, and McFarland on the same grounds filed by Unique Towing on or about October 8, 2008. First, the filing of this action against Domino violates the monition entered in Domino's limitation proceeding which was filed in June, 2006 and originally assigned to Section "C" of this Court. Second, each of these plaintiffs has previously filed a claim in Domino's limitation proceeding, and therefore this action should be stayed as against Domino so as to prevent duplicative litigation.

## FACTUAL BACKGROUND

Domino adopts the factual background as alleged by Unique and filed with this Court on October 8, 2008.

In addition, Domino was also named in the Parfait Family *et al* amended complaint as a defendant. Moreover, third party claims were filed against Domino in the Ingram limitation proceedings by plaintiffs. Domino joined with Unique in responding to these actions by initiating an action for exoneration from and/or limitation of liability which was consolidated

into the Ingram action. In the same order issued by Judge Berrigan in the Ingram suit, all pending and future claims or suits against Domino were restrained, enjoined and stayed. (The order is attached to the Unique Motion to Strike filed on 10/8/08 as Exhibit 1).

Moreover, the same claims filed against Unique in those proceedings were also filed against Domino with the same results as that of Unique in Phase 1. Domino has also appealed the finding of negligence made against it.

### ARGUMENT

Domino adopts the arguments as alleged by Unique and filed with this Court on October 8, 2008 as they also apply to Domino.

**WHEREFORE,** for the reasons stated herein and in the Memorandum of Law supporting the Motion to Strike filed by Unique Towing on October 8, 2008, Domino respectfully requests that this Honorable Court grant its Motion to Strike, Dismiss and/or Stay the Complaint of Plaintiffs.

Respectfully submitted,

   /s/ Jill S. Willhoft
**Harris & Rufty, LLC**
**Rufus C. Harris, III (#6638)**
**Alfred C. Rufty, III (#19990)**
**Jill S. Willhoft (#28990)**
650 Poydras Street, Suite 2710
New Orleans, Louisiana 70130
(504) 525-7500 Telephone
(504) 525-7222 Facsimile
Attorneys for Joseph C. Domino, Inc.

**Certificate of Service**

    I hereby certify that a copy of the above and forgoing pleading has been served on all counsel of record by facsimile transmission or electronic copy, this 13th day of October, 2008.

                                                    /s/ Jill S. Willhoft
                                                    Jill S. Willhoft