UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION * * * * *<br><br>*Weber v. Lafarge 08-4459* * * * * | Case Number: 08-4459 c/w 05-4182<br><br>Section : K<br><br>Magistrate: 2 |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Joseph C. Domino will bring the foregoing Motion to Strike, Dismiss and/or Stay for hearing before the Honorable Stanwood R. Duval, Jr. on the 29th day of October, 2008, at 9:30 a.m., in the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Respectfully submitted,

     /s/ Jill S. Willhoft     
**Harris & Rufty, LLC**
**Rufus C. Harris, III (#6638)**
**Alfred C. Rufty, III (#19990)**
**Jill S. Willhoft (#28990)**
650 Poydras Street, Suite 2710
New Orleans, Louisiana 70130
(504) 525-7500 Telephone
(504) 525-7222 Facsimile
Attorneys for Joseph C. Domino, Inc.

## Certificate of Service

    I hereby certify that a copy of the above and forgoing pleading has been served on all counsel of record by facsimile transmission or electronic copy, this 13th day of October, 2008.

                                                /s/ Jill S. Willhoft
                                                  Jill S. Willhoft