**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: BARGE<br>Boutte, No. 05-5531<br>Mumford, No. 05-5724<br>Lagarde, No. 06-5342<br>Perry, No. 06-6299<br>Benoit, No. 06-7516<br>Parfait Family, No. 07-3500<br>Lafarge, No. 07-5178 | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |

**MEMORANDUM IN SUPPORT OF EX PARTE MOTION OF THIRD-PARTY DEFENDANT, ORLEANS LEVEE DISTRICT, FOR LEAVE OF COURT TO FILE A SUR-REPLY MEMORANDUM IN OPPOSITION TO MOTION FOR LEAVE TO FILE BARGE PLAINTIFFS' SEVENTH AMENDED CONSOLIDATED CLASS ACTION COMPLAINT FOR DAMAGES**

**MAY IT PLEASE THE COURT:**

Third-Party Defendant, the Orleans Levee District (the "OLD"), respectfully requests leave of this Honorable Court to file the accompanying Sur-Reply Memorandum in Opposition to the Barge Plaintiffs' motion to amend their Complaint for a seventh time (Doc. 15356). In the proposed pleading, the OLD seeks to respond to those arguments

- 1 -

asserted in the Barge Plaintiffs' Reply Memorandum in Support (Doc. 15838-3) that were not raised by the Barge Plaintiffs in their original supporting memorandum.  The OLD's opposition to the Barge Plaintiffs' motion is also relevant to a pending motion for summary judgment (Doc. 15059) filed by the OLD seeking to dismiss the third-party claims filed against it in the Barge litigation.  It is hoped that this proposed pleading will further assist the Court in deciding the merits of the Barge Plaintiffs' motion.

Dated:  October 13, 2008					Respectfully submitted,

							s/ Thomas P. Anzelmo_____
							McCRANIE, SISTRUNK, ANZELMO,
							    HARDY, MAXWELL & McDANIEL
							Thomas P. Anzelmo, P.A. - #2533
							Mark E. Hanna - #19336
							Kyle P. Kirsch - #26363
							Andre J. Lagarde - #28649
							3445 N. Causeway Boulevard, Ste. 800
							Metairie, Louisiana 70002
							TELEPHONE:  (504) 831-0946
							FACSIMILE:  (504) 831-2492

							and

							LABORDE & NEUNER
							Ben L. Mayeaux - #19042
							James L. Pate - # 10333
							Gregory A. Koury - #26364
							One Petroleum Center, Suite 200
							1001 West Pinhook Road
							Lafayette, Louisiana 70503
							TELEPHONE:  (337) 237-7000
							FACSIMILE:  (337) 233-9450
							Attorneys for the ORLEANS LEVEE
							DISTRICT

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of October, 2008, a copy of the above and foregoing **Memorandum in Support of Ex Parte Motion of Third-Party Defendant, Orleans Levee District, for Leave of Court to File a Sur-Reply Memorandum in Opposition to Motion for Leave to File Barge Plaintiffs' Seventh Amended Consolidated Class Action Complaint for Damages** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

                  s/ Thomas P. Anzelmo
                  McCRANIE, SISTRUNK, ANZELMO,
                    HARDY, MAXWELL & McDANIEL
                  3445 N. Causeway Boulevard, Ste. 800
                  Metairie, Louisiana 70002
                  TELEPHONE: (504) 831-0946
                  FACSIMILE: (504) 831-2492
                  E-MAIL: tpa@mcsalaw.com