MINUTE ENTRY
WILKINSON, M.J.
OCTOBER 6, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>    INSURANCE, Mejia, C.A. No. 06-2786 | SECTION "K" (2) |

A follow-up conference concerning the parties' ongoing settlement efforts was scheduled in the above-referenced Mejia case on this date. At the time of the scheduled conference, Kenneth Fonte, plaintiffs' counsel, advised the court that the matter has been settled, subject to Road Home Program approval. By copy of this minute entry, Judge Duval is hereby notified so that he may enter an appropriate 90-day conditional dismissal order.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.

MJSTAR:   0:05