MINUTE ENTRY
WILKINSON, M.J.
OCTOBER 10, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: INSURANCE<br>    Palmer, C.A. No. 06-7580<br>    Palmer, C.A. No. 06-8126 | SECTION "K" (2) |

In response to my previous orders, David Kavanagh, representing plaintiffs, and Steve Lozes, defense counsel, have conducted further settlement discussions in the referenced Palmer cases, and this afternoon defense counsel has advised me that a settlement has been reached. By copy of this minute entry, Judge Duval is advised so that he may enter a 60-day conditional dismissal order.

                                                                  JOSEPH C. WILKINSON, JR.
                                                          UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.

MJSTAR:   0:10