# McCranie Sistrunk Anzelmo Hardy Maxwell & McDaniel PC

3445 N. Causeway Blvd.   Suite 800   Metairie, LA 70002
(504) 831-0946   (504) 831-2492 Fax   www.mcsalaw.com

**Sidney J. Hardy**
Direct Dial: (504) 846-8407
E-Mail: shardy@mcsalaw.com

October 9, 2008

<u>Via Fax (504) 589-7633</u>
Magistrate Judge Joseph C. Wilkinson, Jr.
United States District Court, Eastern District of Louisiana
500 Poydras Street, Room B409
New Orleans, Louisiana 70130

RECEIVED OCT - 9 2008 CHAMBERS OF U.S. MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR.

Re:   Gilda Morgan, et al v State Farm, USDC Eastern Dist. No. 07-1583

Dear Judge Wilkinson:

Please be advised that the above case has settled. Therefore, I would respectfully request that the telephone conference set for October 16, 2008 at 3:00 p.m., be removed from your calendar.

Thank you for your cooperation in this matter and should you have any questions, please do not hesitate to contact me at 846-8407.

Respectfully submitted,

Sidney J. Hardy

SJH/emh

cc:   Brent A. Klibert, Esq., **Via Facsimile - 592-8783**