**BOBBY JINDAL**
GOVERNOR



**ANGELE DAVIS**
COMMISSIONER OF ADMINISTRATION

# State of Louisiana
### Division of Administration
## OFFICE OF GENERAL COUNSEL

October 9, 2008

**VIA FACSIMILE AND U.S. MAIL**
The Honorable Stanwood R. Duval, Jr.
Judge, Section K
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130

RE: In Re: Katrina Canal Breaches Consolidated Litigation; Pertains To: Road Home
Suit No.: 05-4182 "K" (2)

Dear Judge Duval,

On August 13, 2008, you issued an order in the above-entitled matter directing the Louisiana Commissioner of Administration "to inform the court of her concurrence or lack thereof regarding the Attorney General's appointment of private counsel". In your October 9, 2008 Order and Reasons, you allowed the private attorneys to withdraw from this matter and indicated there is no longer a need for a response from the Division of Administration. Please allow this letter to serve as our confirmation of both orders, and if there is anything further that we can do, please advise.

Sincerely,

Pamela Perkins

Pamela Miller Perkins
General Counsel

c: Commissioner Davis

---

Office of General Counsel • Post Office Box 94095 • Baton Rouge, Louisiana 70804-9095
Claiborne Building • 1201 N. 3rd Street • Suite 7-211 • Baton Rouge, Louisiana 70802
(225) 342-7154 • Fax (225) 219-7572
An Equal Opportunity Employer



BOBBY JINDAL
GOVERNOR

ANGELE DAVIS
COMMISSIONER OF ADMINISTRATION

# State of Louisiana
### Division of Administration
## Office of General Counsel

**FAX TRANSMITTAL SHEET**

Number of pages, including cover sheet: 2

**TO:** Judge Stanwood R. Duval, Jr.

**FAX #:** (504) 589-7697

**FROM:** Pamela Miller Perkins

**OFFICE:** Division of Administration / Office of General Counsel
Post Office Box 94095
Baton Rouge, LA 70804-9095

**PHONE #:** (225) 342-7154

**FAX #:** (225) 219-7572

**MESSAGE:** If there is a problem with this transmission, please call.

*The documents accompanying this facsimile transmission may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity to which it is addressed. If you have received this communication in error, please notify by telephone, and destroy this information.*