# Law Offices of Brian A. Gilbert, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113

Telephone (504) 581-6180
Telephone (504) 885-7700
Facsimile  (504) 581-4336                                                                bgilbert@briangilbertlaw.com

October 14, 2008

**Via Fax No. 589-7633**
Hon. Joseph C. Wilkinson, Jr.
United States Magistrate
500 Poydras Street, Room B409
New Orleans, Louisiana 70130

                                **Re:**    *In re Katrina Canal Breaches Consol., USDC, EDLA, No. 05-4182, Section "K" (2); BARGE*

Dear Magistrate Wilkinson:

      The Barge Plaintiffs' Motion for Leave to File Barge Plaintiffs' Seventh Amended Consolidated Class Action Complaint for Damages (re: Mumford) is to be heard without oral argument on October 15, 2008.

      We have determined that the contentions raised by Unique Towing, Inc. in it's opposition are meritorious.  The same merits affect the Barge Plaintiffs' allegations against Joseph C. Domino, Inc. in the proposed Barge Plaintiffs' Seventh Amended Consolidated Class Action Complaint for Damages.  We therefore agree to withdrawal of allegations against Unique, Joseph C. Domino, Inc., and their insurers (relative only to policies issued to Unique or Domino), without prejudice, and reserving to the Barge Plaintiffs' all rights against the foregoing in accord with an Appeals Court or District Court decision denying Unique or Domino limitation of or exoneration from liability.

      All counsel are being notified of this action via ECF, with specific email to counsel for Domino and Unique.

      Thank you for your courtesy and attention to this matter. If you have any questions, please do not hesitate to contact my office.

**Hon. Joseph C. Wilkinson, Jr.**
**October 14, 2008**
**P.2**

                                   Yours very truly,

                                   **BRIAN A. GILBERT**
                                   Barge Plaintiffs' Liaison

BAG/jrc

cc (ECF):    All Counsel
cc (e-mail): John F. Emmett, Esq.
                Rufus C. Harris, III, Esq.