MINUTE ENTRY
WILKINSON, M.J.
OCTOBER 14, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE<br>       Alexander, 07-4538 | JUDGE DUVAL<br>MAG. WILKINSON |

A status conference was conducted on this date in the referenced Alexander case. Participating via telephone were Kevin Klibert and Gary Pendergast, representing plaintiffs; Chase Chassaignac, Seth Schmeeckle and Jim Donovan, representing defendants.

Substantial progress toward settlement or other resolution as to all but seven (7) of the 109 named plaintiffs has been made and continues to be made. Accordingly, further proceedings in the Alexander case will continue to be conducted pursuant to the schedule established in my previous order, Record Doc. No. 14712, including the updated report of plaintiffs' counsel due on **December 18, 2008 at noon**, and the final status conference before me on **December 19, 2008 at 10:30 a.m.**

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR:  0 : 10