UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182 "K"(2)

PERTAINS TO:  INSURANCE, <u>Lynch</u>, 07-4384          JUDGE DUVAL
                                                 MAG. WILKINSON

## <u>ORDER</u>

Because plaintiff, Betty Lynch, has been unavailable to her counsel and the court

in our efforts to contact her informally about the proposed settlement in her case, **IT IS**

**ORDERED** that Betty Lynch must appear <u>in person</u> for the settlement conference set

before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs

Building, Room B409, New Orleans, Louisiana, on **November 13, 2008 at 11:00 a.m.**

in the referenced <u>Lynch</u> case.  Failure of plaintiff to appear as ordered may result in the

imposition of sanctions.  The United States Marshal is directed to serve a copy of this

order on plaintiff Betty Lynch at either of the following addresses:

(1)    2121 LaSalle Street, New Orleans, LA 70113; and

(2)    2235 Jackson Avenue, New Orleans, LA 70113.

Plaintiff Betty Lynch is DIRECTED to contact her attorney upon receipt of this

order to discuss the proposed settlement.  Entry of a written settlement agreement prior

to **November 13, 2008** will make the in-person appearance    required    herein

unnecessary.

New Orleans, Louisiana, this ____14th____ day of October, 2008.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**UNITED STATES MARSHAL SERVICE**