MINUTE ENTRY
WILKINSON, M.J.
OCTOBER 14, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, <u>Lynch</u>, 07-4384 | JUDGE DUVAL |
| | MAG. WILKINSON |

A settlement conference was conducted on this date before the undersigned magistrate judge. Participating were: Wiley Lastrapes, representing plaintiffs; and Gordon Serou, representing defendant. A tentative settlement has been recommended, but one of the plaintiffs has not been in contact with her counsel. An attempt by the court to contact her via telephone during the conference was unsuccessful. Accordingly, a second settlement conference which plaintiff will separately be ordered to attend in person will be conducted before me on **November 13, 2008 at 11:00 a.m.**

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR: 0 : 20