UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, <u>Lewis</u>, 06-3996 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

At the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, and pursuant to my previous order, Record Doc. No. 15209, the court has been advised by David Cannella, counsel for plaintiffs, that a settlement was reached, subject to Road Home Program approval, between all parties in the referenced <u>Lewis</u> case at their private mediation conducted yesterday. By copy of this minute entry, Judge Duval is advised so that he may enter an appropriate 90-day conditional dismissal order in the referenced <u>Lewis</u> case only.

New Orleans, Louisiana, this   15th   day of October, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**