UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: BARGE<br>Boutte, No. 05-5531<br>Mumford, No. 05-5724<br>Lagarde, No. 06-5342<br>Perry, No. 06-6299<br>Benoit, No. 06-7516<br>Parfait Family, No. 07-3500<br>Lafarge, No. 07-5178 | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |

**SUR-REPLY MEMORANDUM OF THIRD-PARTY DEFENDANT,
ORLEANS LEVEE DISTRICT, IN OPPOSITION TO MOTION FOR
LEAVE TO FILE BARGE PLAINTIFFS' SEVENTH AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT FOR DAMAGES**

**MAY IT PLEASE THE COURT:**

The Orleans Levee District (the "OLD") respectfully submits this Sur-Reply Memorandum in Opposition to Motion for Leave to File Barge Plaintiffs' Seventh Amended Consolidated Class Action Complaint for Damages, adopting the proposed Sur-Reply Memorandum of Third-Party Defendant, The Board of Commissioners of the Port of New Orleans, in Opposition to Motion for Leave to File Barge Plaintiffs' Seventh

Amended Consolidated Class Action Complaint for Damages ("PNO's Proposed Memorandum") (Doc. 15881-4), filed with this Honorable Court on October 10, 2008 in connection with the above-captioned matters.

More specifically, the OLD adopts the arguments advanced and discussed in detail in the PNO's Proposed Memorandum that (1) the cases upon which Barge Plaintiffs rely are distinguishable; and (2) if the Barge Plaintiffs' claims against defendants arise under General Maritime Law, then substantive admiralty law would govern their claims regardless of whether a Rule 9(h) election is now allowed.

**WHEREFORE,** for all of the reasons set forth in the PNO's Proposed Memorandum, which the Orleans Levee District adopts *in extenso* herein, the Orleans Levee District respectfully requests that this Honorable Court deny the Barge Plaintiffs' motion for leave to amend their Complaint.

Dated:  October 13, 2008             Respectfully submitted,

                                     s/ Thomas P. Anzelmo_____
                                     McCRANIE, SISTRUNK, ANZELMO,
                                        HARDY, MAXWELL & McDANIEL
                                     Thomas P. Anzelmo, P.A. - #2533
                                     Mark E. Hanna - #19336
                                     Kyle P. Kirsch - #26363
                                     Andre J. Lagarde - #28649
                                     3445 N. Causeway Boulevard, Ste. 800
                                     Metairie, Louisiana 70002
                                     TELEPHONE:  (504) 831-0946
                                     FACSIMILE:  (504) 831-2492

                                     and

        LABORDE & NEUNER
        Ben L. Mayeaux - #19042
        James L. Pate - # 10333
        Gregory A. Koury - #26364
        One Petroleum Center, Suite 200
        1001 West Pinhook Road
        Lafayette, Louisiana 70503
        TELEPHONE:  (337) 237-7000
        FACSIMILE:  (337) 233-9450
        Attorneys for the ORLEANS LEVEE
        DISTRICT

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of October, 2008, a copy of the above and foregoing **Sur-Reply Memorandum of Third-Party Defendant, Orleans Levee District, in Opposition to Motion for Leave to File Barge Plaintiffs' Seventh Amended Consolidated Class Action Complaint for Damages** was filed electronically with the Clerk of Court using the Court's CM/ECF system.  Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

        s/ Thomas P. Anzelmo_____
        McCRANIE, SISTRUNK, ANZELMO,
          HARDY, MAXWELL & McDANIEL
        3445 N. Causeway Boulevard, Ste. 800
        Metairie, Louisiana 70002
        TELEPHONE:  (504) 831-0946
        FACSIMILE:  (504) 831-2492
        E-MAIL:  tpa@mcsalaw.com