UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES         §         CIVIL ACTION
        CONSOLIDATED LITIGATION         §         NO. 05-4182 "K" (2)
                                        §         JUDGE DUVAL
_____     §         MAG. WILKINSON
                                        §
PERTAINS TO:                            §
    ALL LEVEE                           §
    ALL MRGO                            §
    ALL BARGE                           §
                                        §
_____     §

## NOTICE OF PRODUCTION

In response to the First Sets of Requests for Production propounded by the Plaintiffs in the MRGO and Levee Class Certification Actions and Lafarge North America Inc.'s Requests for Production of Documents in the Barge category, the United States produces the following Bates ranges pursuant to the Court's Orders of June 27, 2007 (Docket No. 6053), July 6, 2007 (Docket No. 6299), and January 8, 2008 (Doc. Rec. No. 10293):

|  |  |  |
|---|---|---|
| ACK001-0001 | to | ACK001-5000; |
| ACK002-0001 | to | ACK002-5000; |
| ACK003-0001 | to | ACK003-5000; |
| ACK004-0001 | to | ACK004-5000; |
| ACK005-0001 | to | ACK005-5000; |
| ACK006-0001 | to | ACK006-5000; |
| ACK007-0001 | to | ACK007-5000; |
| ACK008-0001 | to | ACK008-1224; |
| ACK009-0001 | to | ACK009-5000; |

| | | |
|---|---|---|
| ACK010-0001 | to | ACK010-5000; |
| ACK011-0001 | to | ACK011-5000; |
| ACK012-0001 | to | ACK012-5000; |
| ACK013-0001 | to | ACK013-5000; |
| ACK014-0001 | to | ACK014-2776; |
| ACK015-0001 | to | ACK015-5000; |
| ACK016-0001 | to | ACK016-5000; |
| ACK017-0001 | to | ACK017-5000; |
| ACK018-0001 | to | ACK018-5000; |
| ACK019-0001 | to | ACK019-5000; |
| ACK020-0001 | to | ACK020-5000; |
| ACK021-0001 | to | ACK021-2000; |
| ACK022-0001 | to | ACK022-5000; |
| ACK023-0001 | to | ACK023-5000; |
| ACK024-0001 | to | ACK024-5000; |
| ACK025-0001 | to | ACK025-5000; |
| ACK026-0001 | to | ACK026-5000; |
| ACK027-0001 | to | ACK027-5000; |
| ACK028-0001 | to | ACK028-5000; |
| ACK029-0001 | to | ACK029-5000; |
| ACK030-0001 | to | ACK030-5000; |
| ACK031-0001 | to | ACK031-5000; |
| ACK032-0001 | to | ACK032-5000; |
| ACK033-0001 | to | ACK033-5000; |
| ACK034-0001 | to | ACK034-5000; |
| ACK035-0001 | to | ACK035-3446; |
| ACK036-0001 | to | ACK036-5000; |
| ACK037-0001 | to | ACK037-2150; |
| ACK038-0001 | to | ACK038-5000; |
| ACK039-0001 | to | ACK039-5000; |
| ACK040-0001 | to | ACK040-3000; |
| ACK041-0001 | to | ACK041-5000; |
| ACK042-0001 | to | ACK042-5000; |
| ACK043-0001 | to | ACK043-3000; |
| ACK044-0001 | to | ACK044-5000; |
| ACK045-0001 | to | ACK045-5000; |
| ACK046-0001 | to | ACK046-3000; |
| ACK047-0001 | to | ACK047-5000; |
| ACK048-0001 | to | ACK048-5000; |
| ACK049-0001 | to | ACK049-3000; |
| ACK050-0001 | to | ACK050-5000; |
| ACK051-0001 | to | ACK051-5000; |
| ACK052-0001 | to | ACK052-3000; |

    ACK053-0001  to  ACK053-5000;
    ACK054-0001  to  ACK054-5000;
    ACK055-0001  to  ACK055-3000;
    ACK056-0001  to  ACK056-5000;
    ACK057-0001  to  ACK057-5000;
    ACK058-0001  to  ACK058-5000;
    ACK059-0001  to  ACK059-5000;
    ACK060-0001  to  ACK060-5000;
    ACK061-0001  to  ACK061-4000;
    ACK062-0001  to  ACK062-5000;
    ACK063-0001  to  ACK063-5000;
    ACK064-0001  to  ACK064-5000;
    ACK065-0001  to  ACK065-5000;
    ACK066-0001  to  ACK066-5000;
    ACK067-0001  to  ACK067-4000;
    ACK068-0001  to  ACK068-5000;
    ACK069-0001  to  ACK069-5000;
    ACK070-0001  to  ACK070-5000;
    ACK071-0001  to  ACK071-5000;
    ACK072-0001  to  ACK072-5000;
    ACK073-0001  to  ACK073-4000;
    ACK074-0001  to  ACK074-5000;
    ACK075-0001  to  ACK075-5000;
    ACK076-0001  to  ACK076-5000;
    ACK077-0001  to  ACK077-5000;
    ACK078-0001  to  ACK078-5000;
    ACK079-0001  to  ACK079-4000;
    ACK080-0001  to  ACK080-5000;
    ACK081-0001  to  ACK081-5000;
    ACK082-0001  to  ACK082-5000;
    ACK083-0001  to  ACK083-5000;
    ACK084-0001  to  ACK084-5000;
    ACK085-0001  to  ACK085-3810;
    ACK086-0001  to  ACK086-0508;
    ACK087-0001  to  ACK087-5000;
    ACK088-0001  to  ACK088-5000;
    ACK089-0001  to  ACK089-2000;
    ACK090-0001  to  ACK090-5000;
    ACK091-0001  to  ACK091-5000;
    ACK092-0001  to  ACK092-2000;
    ACK093-0001  to  ACK093-5000;
    ACK094-0001  to  ACK094-5000;
    ACK095-0001  to  ACK095-5000;

ACK096-0001 to ACK096-5000;
ACK097-0001 to ACK097-4000;
ACK098-0001 to ACK098-2164;
ACK099-0001 to ACK099-1904;
ACK100-0001 to ACK100-5000;
ACK101-0001 to ACK101-5000;
ACK102-0001 to ACK102-5000;
ACK103-0001 to ACK103-5000;
ACK104-0001 to ACK104-5000;
ACK105-0001 to ACK105-1000;
ACK106-0001 to ACK106-5000;
ACK107-0001 to ACK107-5000;
ACK108-0001 to ACK108-5000;
ACK109-0001 to ACK109-5000;
ACK110-0001 to ACK110-4314;
ACK111-0001 to ACK111-5000;
ACK112-0001 to ACK112-2000;
ACK113-0001 to ACK113-5000;
ACK114-0001 to ACK114-1926;
ACK115-0001 to ACK115-3020;
ACK116-0001 to ACK116-0140;
ACK117-0001 to ACK117-0436;
ACK118-0001 to ACK118-4900;
ACK119-0001 to ACK119-1838;
ACK120-0001 to ACK120-0380;
ACK121-0001 to ACK121-0166;
ACK122-0001 to ACK122-5000;
ACK123-0001 to ACK123-2082;
ACK124-0001 to ACK124-2698;
ACK125-0001 to ACK125-0504;
ACK126-0001 to ACK126-0202;
ACK127-0001 to ACK127-1622;
ACK128-0001 to ACK128-4258;
ACK129-0001 to ACK129-1384;
ACK130-0001 to ACK130-0184;
ACK131-0001 to ACK131-0104;
ACK132-0001 to ACK132-1212;
ACK133-0001 to ACK133-5000;
ACK134-0001 to ACK134-1618;
ACK135-0001 to ACK135-2980;
ACK136-0001 to ACK136-0318;
ACK137-0001 to ACK137-0130;
ACK138-0001 to ACK138-0078;

| | | |
|---|---|---|
| ACK139-0001 | to | ACK139-0378; |
| ACK140-0001 | to | ACK140-0676; |
| ACK141-0001 | to | ACK141-0006; |
| ACK142-0001 | to | ACK142-0038; |
| ACK143-0001 | to | ACK143-0020; |
| ACK144-0001 | to | ACK144-0260; |
| ACK145-0001 | to | ACK145-4966; |
| ACK146-0001 | to | ACK146-0054; |
| ACK147-0001 | to | ACK147-0144; |
| ACK148-0001 | to | ACK148-5000; |
| ACK149-0001 | to | ACK149-5000; |
| ACK150-0001 | to | ACK150-5000; |
| ACK151-0001 | to | ACK151-5000; |
| ACK152-0001 | to | ACK152-5000; |
| ACK153-0001 | to | ACK153-5000; |
| ACK154-0001 | to | ACK154-5000; |
| ACK155-0001 | to | ACK155-5000; |
| ACK156-0001 | to | ACK156-5000; |
| ACK157-0001 | to | ACK157-5000; |
| ACK158-0001 | to | ACK158-5000; |
| ACK159-0001 | to | ACK159-5000; |
| ACK160-0001 | to | ACK160-5000; |
| ACK161-0001 | to | ACK161-5000; |
| ACK162-0001 | to | ACK162-5000; |
| ACK163-0001 | to | ACK163-1782; |
| ACK164-0001 | to | ACK164-0004; |
| ACK165-0001 | to | ACK165-0020; |
| ACK166-0001 | to | ACK166-0092; |
| ACK167-0001 | to | ACK167-0136; |
| ACK168-0001 | to | ACK168-0016; |
| ACK169-0001 | to | ACK169-5000; |
| ACK170-0001 | to | ACK170-5000; |
| ACK171-0001 | to | ACK171-2728; |
| ACK172-0001 | to | ACK172-0096; |
| ACK173-0001 | to | ACK173-0014; |
| ACK174-0001 | to | ACK174-5000; |
| ACK175-0001 | to | ACK175-2504; |
| ACK176-0001 | to | ACK176-2336; |
| ACK177-0001 | to | ACK177-5000; |
| ACK178-0001 | to | ACK178-5000; |
| ACK179-0001 | to | ACK179-5000; |
| ACK180-0001 | to | ACK180-5000; |
| ACK181-0001 | to | ACK181-5000; |

| | | |
|---|---|---|
| ACK182-0001 | to | ACK182-5000; |
| ACK183-0001 | to | ACK183-5000; |
| ACK184-0001 | to | ACK184-5000; |
| ACK185-0001 | to | ACK185-4806; |
| ACK186-0001 | to | ACK186-0052; |
| ACK187-0001 | to | ACK187-0062; |
| ACK188-0001 | to | ACK188-0004; |
| ACK189-0001 | to | ACK189-5000; |
| ACK190-0001 | to | ACK190-0954; |
| ACK191-0001 | to | ACK191-2096; |
| ACK192-0001 | to | ACK192-5000; |
| ACK193-0001 | to | ACK193-1352; |
| ACK194-0001 | to | ACK194-0188; |
| ACK195-0001 | to | ACK195-0120; |
| ACK196-0001 | to | ACK196-3118; |
| ACK197-0001 | to | ACK197-0018; |
| ACK198-0001 | to | ACK198-2298; |
| ACK199-0001 | to | ACK199-5000; |
| ACK200-0001 | to | ACK200-5000; |
| ACK201-0001 | to | ACK201-4000; |
| ACK202-0001 | to | ACK202-5000; |
| ACK203-0001 | to | ACK203-5000; |
| ACK204-0001 | to | ACK204-4272; |
| ACK205-0001 | to | ACK205-1438; |
| ACK206-0001 | to | ACK206-0096; |
| ACK207-0001 | to | ACK207-0392; |
| ACK208-0001 | to | ACK208-0020; |
| ACK209-0001 | to | ACK209-0004; |
| ACK210-0001 | to | ACK210-3332; |
| ACK211-0001 | to | ACK211-0016; |
| ACK212-0001 | to | ACK212-3146; |
| ACK213-0001 | to | ACK213-1258; |
| ACK214-0001 | to | ACK214-1030; |
| ACK215-0001 | to | ACK215-2042; |
| ACK216-0001 | to | ACK216-3746; |
| ACK217-0001 | to | ACK217-0032; |
| ACK218-0001 | to | ACK218-1718; |
| ACK219-0001 | to | ACK219-2618; |
| ACK220-0001 | to | ACK220-0004; |
| ACK221-0001 | to | ACK221-0426; |
| ACK222-0001 | to | ACK222-1528; |
| ACK223-0001 | to | ACK223-0010; |
| ACK224-0001 | to | ACK224-2384; |

|             |     |              |
|-------------|-----|--------------|
| ACK225-0001 | to  | ACK225-0014; |
| ACK226-0001 | to  | ACK226-1188; |
| ACK227-0001 | to  | ACK227-1472; |
| ACK228-0001 | to  | ACK228-0290; |
| ACK229-0001 | to  | ACK229-2652; |
| ACK230-0001 | to  | ACK230-0012; |
| ACK231-0001 | to  | ACK231-1202; |
| ACK232-0001 | to  | ACK232-0836; |
| ACK233-0001 | to  | ACK233-0040; |
| ACK234-0001 | to  | ACK234-0282; |
| ACK235-0001 | to  | ACK235-0506; |
| ACK236-0001 | to  | ACK236-0056; |
| ACK237-0001 | to  | ACK237-0034; |
| ACK238-0001 | to  | ACK238-0006; |
| ACK239-0001 | to  | ACK239-1258; |
| ACK240-0001 | to  | ACK240-0034; |
| ACK241-0001 | to  | ACK241-0334; |
| ACK242-0001 | to  | ACK242-0008; |
| ACK243-0001 | to  | ACK243-5000; |
| ACK244-0001 | to  | ACK244-5000; |
| ACK245-0001 | to  | ACK245-5000; |
| ACK246-0001 | to  | ACK246-5000; |
| ACK247-0001 | to  | ACK247-4000; |
| ACK248-0001 | to  | ACK248-5000; |
| ACK249-0001 | to  | ACK249-5000; |
| ACK250-0001 | to  | ACK250-5000; |
| ACK251-0001 | to  | ACK251-5000; |
| ACK252-0001 | to  | ACK252-4000; |
| ACK253-0001 | to  | ACK253-5000; |
| ACK254-0001 | to  | ACK254-5000; |
| ACK255-0001 | to  | ACK255-5000; |
| ACK256-0001 | to  | ACK256-5000; |
| ACK257-0001 | to  | ACK257-5000; |
| ACK258-0001 | to  | ACK258-2336; |
| ACK259-0001 | to  | ACK259-0108; |
| ACK260-0001 | to  | ACK260-5000; |
| ACK261-0001 | to  | ACK261-5000; |
| ACK262-0001 | to  | ACK262-1726; |
| ACK263-0001 | to  | ACK263-5000; |
| ACK264-0001 | to  | ACK264-2732; |
| ACK265-0001 | to  | ACK265-0002; |
| ACK266-0001 | to  | ACK266-0784; |
| ACK267-0001 | to  | ACK267-5000; |

| | | |
|---|---|---|
| ACK268-0001 | to | ACK268-5000; |
| ACK269-0001 | to | ACK269-5000; |
| ACK270-0001 | to | ACK270-5000; |
| ACK271-0001 | to | ACK271-5000; |
| ACK272-0001 | to | ACK272-5000; |
| ACK273-0001 | to | ACK273-3000; |
| ACK274-0001 | to | ACK274-5000; |
| ACK275-0001 | to | ACK275-5000; |
| ACK276-0001 | to | ACK276-5000; |
| ACK277-0001 | to | ACK277-5000; |
| ACK278-0001 | to | ACK278-5000; |
| ACK279-0001 | to | ACK279-5000; |
| ACK280-0001 | to | ACK280-3000; |
| ACK281-0001 | to | ACK281-5000; |
| ACK282-0001 | to | ACK282-5000; |
| ACK283-0001 | to | ACK283-5000; |
| ACK284-0001 | to | ACK284-5000; |
| ACK285-0001 | to | ACK285-5000; |
| ACK286-0001 | to | ACK286-5000; |
| ACK287-0001 | to | ACK287-3000; |
| ACK288-0001 | to | ACK288-5000; |
| ACK289-0001 | to | ACK289-5000; |
| ACK290-0001 | to | ACK290-5000; |
| ACK291-0001 | to | ACK291-5000; |
| ACK292-0001 | to | ACK292-5000; |
| ACK293-0001 | to | ACK293-5000; |
| ACK294-0001 | to | ACK294-3896; |
| ACK295-0001 | to | ACK295-0488; |
| ACK296-0001 | to | ACK296-5000; |
| ACK297-0001 | to | ACK297-5000; |
| ACK298-0001 | to | ACK298-5000; |
| ACK299-0001 | to | ACK299-5000; |
| ACK300-0001 | to | ACK300-5000; |
| ACK301-0001 | to | ACK301-5000; |
| ACK302-0001 | to | ACK302-5000; |
| ACK303-0001 | to | ACK303-1688; |
| ACK304-0001 | to | ACK304-5000; |
| ACK305-0001 | to | ACK305-5000; |
| ACK306-0001 | to | ACK306-5000; |
| ACK307-0001 | to | ACK307-5000; |
| ACK308-0001 | to | ACK308-5000; |
| ACK309-0001 | to | ACK309-0870; |
| ACK310-0001 | to | ACK310-0002; |

ACK311-0001 to ACK311-2384;
ACK312-0001 to ACK312-0086;
ACK313-0001 to ACK313-0230;
ACK314-0001 to ACK314-0002;
ACK315-0001 to ACK315-0016;
ACK316-0001 to ACK316-0082;
ACK317-0001 to ACK317-0004;
ACK318-0001 to ACK318-0002;
ACK319-0001 to ACK319-1202;
ACK320-0001 to ACK320-0006;
ACK321-0001 to ACK321-4412;
ACK322-0001 to ACK322-0126;
ACK323-0001 to ACK323-0120;
ACK324-0001 to ACK324-0010;
ACK325-0001 to ACK325-0494;
ACK326-0001 to ACK326-0006;
ACK327-0001 to ACK327-1702;
ACK328-0001 to ACK328-0040;
ACK329-0001 to ACK329-0118;
ACK330-0001 to ACK330-0068;
ACK331-0001 to ACK331-0192;
ACK332-0001 to ACK332-0056;
ACK333-0001 to ACK333-0024;
ACK334-0001 to ACK334-0580;
ACK335-0001 to ACK335-2335;
ACK336-0001 to ACK336-0015;
ACK337-0001 to ACK337-4997;
ACK338-0001 to ACK338-1960;
ACK339-0001 to ACK339-0783;
ACK340-0001 to ACK340-0622;
ACK341-0001 to ACK341-0936;
ACK342-0001 to ACK342-1192;
ACK343-0001 to ACK343-0903;
ACK344-0001 to ACK344-0067;
ACK345-0001 to ACK345-4999;
ACK346-0001 to ACK346-4998;
ACK347-0001 to ACK347-4998;
ACK348-0001 to ACK348-4996;
ACK349-0001 to ACK349-4998;
ACK350-0001 to ACK350-4998;
ACK351-0001 to ACK351-4998;
ACK352-0001 to ACK352-4998;
ACK353-0001 to ACK353-4998;

| | | |
|---|---|---|
| ACK354-0001 | to | ACK354-4998; |
| ACK355-0001 | to | ACK355-4998; |
| ACK356-0001 | to | ACK356-2004; |
| ACK357-0001 | to | ACK357-0428; |
| ACK358-0001 | to | ACK358-1433; |
| ACK359-0001 | to | ACK359-0012; |
| ACK360-0001 | to | ACK360-0024; |
| ACK361-0001 | to | ACK361-0003; |
| ACK362-0001 | to | ACK362-0006; |
| ACK363-0001 | to | ACK363-0005; |
| ACK364-0001 | to | ACK364-0012; |
| ACK365-0001 | to | ACK365-0005; |
| ACK366-0001 | to | ACK366-0012; |
| ACK367-0001 | to | ACK367-0003; |
| ACK368-0001 | to | ACK368-4995; |
| ACK369-0001 | to | ACK369-4998; |
| ACK370-0001 | to | ACK370-4986; |
| ACK371-0001 | to | ACK371-4995; |
| ACK372-0001 | to | ACK372-4998; |
| ACK373-0001 | to | ACK373-4901; |
| ACK374-0001 | to | ACK374-5000; |
| ACK375-0001 | to | ACK375-4998; |
| ACK376-0001 | to | ACK376-1910; |
| ACK377-0001 | to | ACK377-0422; |
| ACK378-0001 | to | ACK378-4995; |
| ACK379-0001 | to | ACK379-4997; |
| ACK380-0001 | to | ACK380-2077; |
| ACK381-0001 | to | ACK381-0046; |
| ACK382-0001 | to | ACK382-0012; |
| ACK383-0001 | to | ACK383-0114; |
| ACK384-0001 | to | ACK384-0049; |
| ACK385-0001 | to | ACK385-0265; |
| ACK386-0001 | to | ACK386-0263; |
| ACK387-0001 | to | ACK387-0004; |
| ACK388-0001 | to | ACK388-1129; |
| ACK389-0001 | to | ACK389-0869; |
| ACK390-0001 | to | ACK390-0006; |
| ACK391-0001 | to | ACK391-0006; |
| ACK392-0001 | to | ACK392-0139; |
| ACK393-0001 | to | ACK393-0078; |
| ACK394-0001 | to | ACK394-1740; |
| ACK395-0001 | to | ACK395-0010; |
| ACK396-0001 | to | ACK396-0004; |

| | | |
|---|---|---|
| ACK397-0001 | to | ACK397-0043; |
| ACK398-0001 | to | ACK398-0237; |
| ACK399-0001 | to | ACK399-0193; |
| ACK400-0001 | to | ACK400-0324; |
| ACK401-0001 | to | ACK401-3720; |
| ACK402-0001 | to | ACK402-3359; |
| ACK403-0001 | to | ACK403-0197; |
| ACK404-0001 | to | ACK404-0033; |
| ACK405-0001 | to | ACK405-4991; |
| ACK406-0001 | to | ACK406-0107; |
| ACK407-0001 | to | ACK407-0027; |
| ACK408-0001 | to | ACK408-4996; |
| ACK409-0001 | to | ACK409-4998; |
| ACK410-0001 | to | ACK410-1392; |
| ACK411-0001 | to | ACK411-0021; |
| ACK412-0001 | to | ACK412-0012; |
| ACK413-0001 | to | ACK413-0076; |
| ACK414-0001 | to | ACK414-0023; |
| ACK415-0001 | to | ACK415-0209; |
| ACK416-0001 | to | ACK416-0076; |
| ACK417-0001 | to | ACK417-0749; |
| ACK418-0001 | to | ACK418-2254; |
| ACK419-0001 | to | ACK419-0301; |
| ACK420-0001 | to | ACK420-0301; |
| ACK421-0001 | to | ACK421-0135; |
| ACK422-0001 | to | ACK422-0155; |
| ACK423-0001 | to | ACK423-0004; |
| ACK424-0001 | to | ACK424-0146; |
| ACK425-0001 | to | ACK425-0258; |
| ACK426-0001 | to | ACK426-0008; |
| ACK427-0001 | to | ACK427-0555; |
| ACK428-0001 | to | ACK428-0424; |
| ACK429-0001 | to | ACK429-0012; |
| ACK430-0001 | to | ACK430-0024; |
| FMD533-0001 | to | FMD533-2307; |
| FMD534-0001 | to | FMD534-1966; |
| FMD553-0001 | to | FMD553-0029; |
| FWD001-0001 | to | FWD001-5061; |
| FWD002-0001 | to | FWD002-3652; |
| FWD003-0001 | to | FWD003-4658; |
| FWD004-0001 | to | FWD004-4297; |
| FWD005-0001 | to | FWD005-2221; |
| FWD006-0001 | to | FWD006-0350; |

| | | |
|---|---|---|
| FWD007-0001 | to | FWD007-0677; |
| NPL011-0001 | to | NPL011-2995; |
| NPL012-0001 | to | NPL012-3039; |
| NPL016-0001 | to | NPL016-2681; |
| NPL032-0001 | to | NPL032-0013; |
| NRL012-0001 | to | NRL012-2944; |
| NRL095-0001 | to | NRL095-2844; |
| NRL855-0001 | to | NRL855-1140; |
| NRL856-0001 | to | NRL856-1367; |
| NRL857-0001 | to | NRL857-1387; |
| NRL858-0001 | to | NRL858-1667; |
| NRL859-0001 | to | NRL859-2273; |
| NRL860-0001 | to | NRL860-1642; |
| NRL861-0001 | to | NRL861-1775; |
| NRL862-0001 | to | NRL862-0038; |
| NRL863-0001 | to | NRL863-1236; |
| NRL864-0001 | to | NRL864-1239; |
| NRL865-0001 | to | NRL865-0047; |
| NRL866-0001 | to | NRL866-1065; |
| NRL867-0001 | to | NRL867-0006; |
| RTN001-0001 | to | RTN001-2460; |
| RTN002-0001 | to | RTN002-2399; |
| RTN003-0001 | to | RTN003-2830; |
| RTN004-0001 | to | RTN004-3956; |
| RTN005-0001 | to | RTN005-2745; |
| RTN006-0001 | to | RTN006-2402; |
| RTN007-0001 | to | RTN007-2732; |
| RTN008-0001 | to | RTN008-2991; |
| RTN009-0001 | to | RTN009-2812; |
| RTN010-0001 | to | RTN010-3203; |
| RTN011-0001 | to | RTN011-2322; |
| RTN012-0001 | to | RTN012-2580; |
| RTN013-0001 | to | RTN013-2687; |
| RTN014-0001 | to | RTN014-2524; |
| RTN015-0001 | to | RTN015-3036; |
| RTN016-0001 | to | RTN016-2437; |
| RTN017-0001 | to | RTN017-2975; |
| RTN018-0001 | to | RTN018-2869; |
| RTN019-0001 | to | RTN019-2819; |
| RTN020-0001 | to | RTN020-2472; |
| RTN021-0001 | to | RTN021-2411; |
| RTN022-0001 | to | RTN022-1773; |
| RTN023-0001 | to | RTN023-2577; |

| | | |
|---|---|---|
| RTN024-0001 | to | RTN024-3970; |
| RTN025-0001 | to | RTN025-1023; |
| RTN026-0001 | to | RTN026-2475; |
| RTN027-0001 | to | RTN027-1373; |
| RTN028-0001 | to | RTN028-2427; |
| RTN029-0001 | to | RTN029-2393; |
| RTN030-0001 | to | RTN030-2618; |
| RTN031-0001 | to | RTN031-2487; |
| RTN032-0001 | to | RTN032-2382; |
| RTN033-0001 | to | RTN033-2448; |
| RTN034-0001 | to | RTN034-2605; |
| RTN035-0001 | to | RTN035-2580; |
| RTN036-0001 | to | RTN036-2600; |
| RTN037-0001 | to | RTN037-2487; |
| RTN038-0001 | to | RTN038-2225; |
| RTN039-0001 | to | RTN039-0851; |
| RTN040-0001 | to | RTN040-1935; |
| RTN041-0001 | to | RTN041-2951; |
| RTN042-0001 | to | RTN042-2543; |
| RTN043-0001 | to | RTN043-1695; |
| RTN044-0001 | to | RTN044-1707; |
| RTN045-0001 | to | RTN045-2394; |
| RTN046-0001 | to | RTN046-2216; |
| RTN047-0001 | to | RTN047-3150; |
| RTN048-0001 | to | RTN048-3101; |
| RTN049-0001 | to | RTN049-2421; |
| RTN050-0001 | to | RTN050-1475; |
| RTN051-0001 | to | RTN051-1755; |
| RTN052-0001 | to | RTN052-2160; |
| RTN053-0001 | to | RTN053-1620; |
| RTN054-0001 | to | RTN054-1193; |
| RTN055-0001 | to | RTN055-1943; |
| RTN056-0001 | to | RTN056-2195; |
| RTN057-0001 | to | RTN057-1456; |
| RTN058-0001 | to | RTN058-1987; |
| RTN059-0001 | to | RTN059-1696; |
| RTN060-0001 | to | RTN060-2937; |
| RTN061-0001 | to | RTN061-0081; |
| RTN062-0001 | to | RTN062-3578; |
| RTN063-0001 | to | RTN063-4251; |
| RTN064-0001 | to | RTN064-3717; |
| RTN065-0001 | to | RTN065-4087; |
| RTN066-0001 | to | RTN066-3250; |

| | | |
|---|---|---|
| RTN067-0001 | to | RTN067-4176; |
| RTN068-0001 | to | RTN068-4008; |
| RTN069-0001 | to | RTN069-4610; |
| RTN070-0001 | to | RTN070-4027; |
| RTN071-0001 | to | RTN071-4439; |
| RTN072-0001 | to | RTN072-1225; |
| RTN073-0001 | to | RTN073-2600; |
| RTN074-0001 | to | RTN074-4185; |
| RTN075-0001 | to | RTN075-4495; |
| RTN076-0001 | to | RTN076-2869; |
| RTN077-0001 | to | RTN077-2131; |
| RTN078-0001 | to | RTN078-0323; |
| TRN001-0001 | to | TRN001-0025; |
| TRN002-0001 | to | TRN002-0009; |
| TRN003-0001 | to | TRN003-0167; |
| TRN004-0001 | to | TRN004-0011; |
| TRN005-0001 | to | TRN005-0048; |
| TRN006-0001 | to | TRN006-0043; |
| TRN007-0001 | to | TRN007-0115; |
| TRN008-0001 | to | TRN008-0001; |
| TRN009-0001 | to | TRN009-0027; |
| TRN010-0001 | to | TRN010-0009; |
| TRN011-0001 | to | TRN011-0005 |
| TRN012-0001 | to | TRN012-0002; |
| TRN013-0001 | to | TRN013-0004; |
| TRN014-0001 | to | TRN014-0003; |
| TRN015-0001 | to | TRN015-0002; |
| TRN016-0001 | to | TRN016-0002; |
| TRN017-0001 | to | TRN017-0393; |
| TRN018-0001 | to | TRN018-0063; |
| TRN019-0001 | to | TRN019-0019; |
| TRN020-0001 | to | TRN020-0257; |
| TRN021-0001 | to | TRN021-0021. |

These ranges are produced in the manner specified in the United States Document Production Protocol (Doc. Rec. No. 5368). NRL-504-000000001, NRL-505-000000001, and NRL-506-000000001 update the previously produced database, NRL503-000000001, and is produced with the technical specifications requested by Plaintiffs' and Defendants' Counsel.

This Notice of Production is respectfully submitted,

>GREGORY G. KATSAS
>Acting Assistant Attorney General
>
>PHYLLIS J. PYLES
>Director, Torts Branch
>
>JAMES G. TOUHEY, JR.
>Assistant Director, Torts Branch
>
> s/ James F. McConnon, Jr.
>JAMES F. McCONNON, JR.
>Trial Attorney, Torts Branch, Civil Division
>U.S. Department of Justice
>Benjamin Franklin Station, P.O. Box 888
>Washington, D.C.  20044
>(202) 616-4400 / (202) 616-5200 (Fax)
>Attorneys for the United States

Dated: October 15, 2008

## CERTIFICATE OF SERVICE

I, James F. McConnon, Jr, hereby certify that on October 15, 2008, I served a true copy of the United States' Notice of Production upon all parties by ECF.

     *s/ James F. McConnon, Jr.*
     JAMES F. MCCONNON, JR.