UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CIVIL ACTION NO. 05-04182 |
| KATRINA CANAL | * | |
| BREACHES LITIGATION | * | PERTAINING TO |
| | * | <u>CASE NO. 06-9151</u> |
| | * | |
| | * | SECTION    "K" |
| | * | JUDGE STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |

<u>**MOTION AND INCORPORATED MEMORANDUM FOR LEAVE
TO FILE MOTION TO AMEND JUDGMENT**</u>

**NOW INTO COURT,** through undersigned counsel, come plaintiffs, Kenneth Jones and Lori James-Jones, persons of the full age of majority, domiciled in the Parish of Orleans, and respectfully pray for leave of Court to file their Motion and Incorporated Memorandum to Amend Judgment.

Plaintiffs requests leave to file this motion as it is necessary to correct the Judgment in the record.

Respectfully submitted this 15th day of October, 2008.

BY:         /s/Paul C. Miniclier
           Paul C. Miniclier, T.A.  (#17062)
           The Law Office of Paul C. Miniclier
           1305 Dublin Street
           New Orleans, Louisiana 70118
           (504) 864-1276; (504)864-1278 fax
           Email: pcm@minilaw.net
           Attorneys for plaintiffs, Kenneth and Lori James-Jones

1

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing has been served on all counsel of record by electronic service through the electronic filing system of the United States District Court for the Eastern District of Louisiana, and/or by U.S. Mail, postage pre-paid.

    New Orleans, Louisiana, this 15th day of October, 2008.

                                      /s/Paul C. Miniclier