UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CIVIL ACTION NO. 05-04182 |
| KATRINA CANAL | * | |
| BREACHES LITIGATION | * | PERTAINING TO |
| | * | <u>CASE NO. 06-9151</u> |
| | * | |
| | * | SECTION    "K" |
| | * | JUDGE STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |

## ORDER

**CONSIDERING** the foregoing Motion for Leave to file Motion and Incorporated Memorandum to Amend Judgment by plaintiffs, Kenneth Jones and Lorie James-Jones, said motion is hereby **GRANTED.**

**DONE AND ORDERED** this _____ day of _____, 2008.

_____
**UNITED STATES DISTRICT JUDGE**

1