UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182  "K" (2) |
| | * | |
| _____ | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO: | * | MAG. WILKINSON |
| | * | |
| 06-9151 (JONES) | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION AND INCORPORATED MEMORANDUM TO AMEND JUDGMENT**

NOW INTO COURT, through undersigned counsel, come plaintiffs Kenneth Jones and Lori James Jones and file their motion to amend judgment.

On September 18, 2008, this Court granted State Farm Fire and Casualty Company's motion for entry of judgment pursuant to the Court's post-Sher case management order (Doc. 13826).

Instead of dismissing only the pertinent claims, the Court dismissed the entire case.

Plaintiffs, the Joneses, move that this Court amend the judgment, reinstating their case and dismissing only the pertinent claims.

Opposing counsel has been contacted concerning this motion and has no objection.

WHEREFORE, after due proceedings are had, plaintiffs Kenneth Jones and Lori James-Jones respectfully pray that:

1. their motion to amend judgment be granted;

2. their case be reinstated;

3. only those claims asserted by plaintiffs against any insurer defendant alleging failure of the defendant to provide flood damage coverage under an insurance policy that excludes such

coverage be dismissed with prejudice.

Respectfully submitted this 15th day of October, 2008.

        BY:        /s/ Paul C. Miniclier
                 Paul C. Miniclier, Esq. (Bar #17062)
                 LAW OFFICE OF PAUL C. MINICLIER
                 1305 Dublin Street
                 New Orleans, Louisiana 70018
                 Telephone: (504) 864-1276
                 Facsimile: (504) 864-1278
                 Attorneys for plaintiffs, Kenneth Jones
                 and Lorie James-Jones

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record via the electronic filing system, this 15th day of October, 2008.

                                         /s/ Paul C. Miniclier