UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182  "K" (2) |
| | * | |
| _____ | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO: | * | MAG. WILKINSON |
| | * | |
| 06-9151 (JONES) | * | |
| | * | |

* * * * * * * * * * * * * * * * *

## ORDER

**CONSIDERING** the foregoing Motion for Leave to Amend Judgment by plaintiffs, Kenneth Jones and Lorie James-Jones, said motion is hereby **GRANTED.**

**IT IS HEREBY ORDERED THAT:**

1. Plaintiffs, Kenneth Jones and Lorie James-Jones' case be reinstated;

2. only those claims asserted by plaintiffs, Kenneth Jones and Lorie James-Jones, against any insurer defendant alleging failure of the defendant to provide flood damage coverage under an insurance policy that excludes such coverage be dismissed with prejudice.

**DONE AND ORDERED** this \_\_\_\_ day of _____, 2008.

_____
**UNITED STATES MAGISTRATE JUDGE**