UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                      CIVIL ACTION
        CONSOLIDATED LITIGATION

                                                   NO. 05-4182

PERTAINS TO: INSURANCE                             SECTION "K"(2)
         **ROBERT, 07-6162**

## ORDER

Considering the parties' Joint Motion to Dismiss (Rec. Doc. 15858), accordingly

**IT IS ORDERED** that the above-captioned matter be **DISMISSED WITH PREJUDICE** as to all claims, with each party to bear their own costs.

New Orleans, Louisiana, this __15th__ day of October, 2008

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**