UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. |
| | * | |
| | * | NO. 05-4182 |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO INSURANCE | * | MAGISTRATE WILKINSON |
| (Scieneaux, No. 06-3990) | * | |

### ORDER OF DISMISSAL

CONSIDERING THE FOREGOING JOINT MOTION TO DISMISS;

IT IS ORDERED by the Court that the above entitled and numbered consolidated action bearing Docket No. 006-3990, be and the same is hereby dismissed with prejudice, with each party to bear its own court costs.

THUS DONE AND SIGNED at New Orleans, Louisiana this 15th day of October, 2008.

Stanwood R. Duval, Jr.
United States District Judge