| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| | SECTION K; MAG. 2 |
| PERTAINS TO: LEVEE<br>                 MRGO | JUDGE DUVAL |
| *Xavier University of La. v. United States of America, et al., No. 07-5018* | MAGISTRATE JUDGE WILKINSON |

## ORDER

Considering the foregoing motion Plaintiff, Xavier University of Louisiana, to enroll additional counsel of record,

IT IS ORDERED that said motion is GRANTED and Frank C. Dudenhefer (Louisiana State Bar No. 5717), of The Dudenhefer Law Firm L.L.C., 601 Poydras Street, Suite 2655, New Orleans, Louisiana 70130-6004 is added as additional counsel of record in the captioned matter.

New Orleans, Louisiana this 15th day of October 2008.

_____
UNITED STATES DISTRICT COURT