UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | DOCKET NO.:  05-4182 "K" (2) <br><br> JUDGE:  DUVAL <br><br> MAGISTRATE:  WILKINSON |
| PERTAINS TO: <br><br> INSURANCE    (Steudlein, No. 06-7307) | * * * * | |

## ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss with Prejudice;

**IT IS ORDERED, ADJUDGED AND DECREED** that the above entitled and numbered cause be and the same is hereby dismissed, with full prejudice, each party to bear its own costs;

New Orleans, Louisiana, this __15th__ day of __October__, 2008.

_____
UNITED STATES DISTRICT JUDGE