UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:<br>KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:  INSURANCE<br><br>CHANNING BRANCH and     NO.: 07-3086<br>TONIA BRANCH<br><br>VERSUS<br><br>ALLSTATE INSURANCE COMPANY | § CIVIL ACTION NO. 05-4182 "K" (2)<br>§<br>§ JUDGE DUVAL<br>§<br>§ MAGISTRATE WILKINSON<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## JOINT MOTION AND INCORPORATED
## MEMORANDUM TO SUBSTITUTE PARTY

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, CHANNING and TONIA BRANCH and Defendant, ALLSTATE INDEMNITY COMPANY, who represent to the court the following:

I.

Plaintiff named Allstate Insurance Company as defendants in this lawsuit.

II.

The company that issued the homeowner's policy at issue to Plaintiff was Allstate Indemnity Company, not Allstate Insurance Company.

III.

Accordingly, by agreement and stipulation of Plaintiff and Defendant, Allstate Indemnity Company shall be substituted as the only party defendant instead of Allstate Insurance Company.

RESPECTFULLY SUBMITTED,

*/s/ Gregory J. Schwab*
**GREGORY J. SCHWAB #21075**
100 Ramey Road, Suite B
Houma, Louisiana 70360
Telephone: (985) 223-4457
Facsimile:  (9985) 851-5051
E-mail: gjschwab@exceedtech.net
Attorney for Allstate

And

*/s/ William P. Connick*
**WILLIAM P. CONNICK, Bar No. 14158**
Connick and Connick LLC
2551 Metairie Rd.
Metairie, LA 70001
Telephone: (504) 838-8777
Facsimile: (504) 838-9903