UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:<br>**KATRINA CANAL BREACHES**<br>**CONSOLIDATED LITIGATION**<br><br>**PERTAINS TO:  INSURANCE**<br><br>**CHANNING BRANCH** and    NO.: 07-3086<br>**TONIA BRANCH**<br><br>**VERSUS**<br><br>**ALLSTATE INSURANCE COMPANY** | **CIVIL ACTION NO. 05-4182 "K" (2)**<br><br>**JUDGE DUVAL**<br><br>**MAGISTRATE WILKINSON** |

## ORDER

**UPON CONSIDERATION** of the Joint Motion and Incorporated Memorandum to Substitute Party; and

**UPON CONSIDERATION** that all parties herein agree that Allstate Insurance is not a proper defendant in this matter;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Allstate Indemnity Company is substituted as the only defendant in this matter instead of Allstate Insurance Company.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
J U D G E