UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 "K" (2) CONS. KATRINA CANAL |
| PERTAINS TO INSURANCE | * | |
| | | JUDGE STANWOOD R. DUVAL, JR. |
| Joyce Stall v. Scottsdale Insurance Company: 07-1233 | * | |
| | | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |
| | * | |

* * * * * * * * * * * * * * * * * * * *

## JOINT MOTION OF DISMISSAL WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come Plaintiff, **Joyce Stall,** and Defendant, **Scottsdale Insurance Company,** who respectfully represent that the above-entitled proceeding has been settled to the satisfaction of all parties in conclusion of this proceeding.

**WHEREFORE,** all parties to this proceeding respectfully request that an Order of Dismissal be executed by this Honorable Court, dismissing this action with prejudice, each party to bear its own costs.

Respectfully submitted, | Respectfully submitted,

**Nicaud, Sunseri & Fradella, LLC** | **GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH**

By: /s/ *Edward C. Vocke, IV*
    **EDWARD C. VOCKE, IV #22882**
    3000 18th Street
    Metairie, LA 70002
    Telephone: (504) 837-1304
    Facsimile: (504) 833-2843
    *Counsel for Plaintiff, Joyce Stall*

By: /s/ *Cynthia J. Thomas*
    **CYNTHIA J. THOMAS, #22631**
    **KIMBERLY A. DIAMOND, #04921**
    Three Sanctuary Boulevard, Suite 301
    Mandeville, LA 70471
    Telephone: (985) 674-6680
    Facsimile: (985) 674-6681
    *Attorneys for Defendant,*
    *Scottsdale Insurance Company*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 16th day of October, 2008, served a copy of the foregoing pleading on all counsel for all parties by electronic service through the Court's CM/ECF system and/or by:

( ) Hand Delivery      ( ) Prepaid U.S. Mail
( ) Facsimile      ( ) UPS/Federal Express
( ) Certified Mail      ( X ) Electronic Mail
    Return Receipt Requested

    /s/ *Cynthia J. Thomas*
    CYNTHIA J. THOMAS