MINUTE ENTRY
WILKINSON, M.J.
OCTOBER 15, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE<br>    Aaron 06-4746<br>    Aguilar 07-4852 | JUDGE DUVAL<br>MAG. WILKINSON |

A status conference was conducted in the referenced Aaron and Aguilar "Insurance-Mass Joinder" cases on October 15, 2008. Participating via telephone were: Joseph Rausch, representing plaintiffs; Defendants' Liaison Counsel Ralph Hubbard and Seth Schmeeckle; Sam Arena, representing Travelers; and Gerald Nielsen, representing various flood insurance carrier defendants.

Counsel reported that substantial progress toward settlement has been made in these cases, except as to the flood claims under NFIP policies. Counsel will continue in their current settlement efforts as to the claims against homeowner insurers, without severance of the remaining claims and scheduling of individual trial dates, at least for another 60 days. Counsel were reminded of their obligation to file motions and orders

MJSTAR:  0 : 20

to dismiss cases they have reported to be "settled," particularly those that have already been severed from these two cases and assigned individual Civil Action Nos., as formal dismissal becomes appropriate.

**IT IS ORDERED** that, as in the HLC mass joinder cases, the stay is lifted for the limited purpose of allowing the flood insurance carriers to file a motion to sever their cases on misjoinder grounds and separate them from the Katrina Canal Breaches Consolidated Litigation insurance umbrella for further proceedings.

**IT IS FURTHER ORDERED** that a call docket in the Aaron/Aguilar cases, at which plaintiffs' counsel and Defense Liaison Counsel must appear in person, will be conducted before me on **January 8, 2009 at 10:00 a.m.** At that call docket, plaintiffs' counsel must report to me plaintiff-by-plaintiff, on an individual basis, the status of the claims of each plaintiff whose claims have not yet formally been dismissed, so that I may determine if each such claim should immediately be severed and reallotted for trial scheduling purpose. No later than **January 5, 2009**, plaintiffs' counsel must provide me with an updated, detailed, plaintiff-by-plaintiff status report for all claims that have not by that date been formally dismissed.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.