UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO.05-4182 |
| CONSOLIDATED LITIGATION | * | |
| PERTAINS TO: SEVERED MASS | * | SECTION: K (2) |
| JOINDER CASES | * | |
| | * | |
| Severed from Ailes 06-7822 | * | |
| | * | |
| THERESA GASCON | * | CIVIL ACTION NO. 07-1591 |
| | * | |
| VERSUS | * | JUDGE |
| | * | SECTION   K |
| STATE FARM FIRE AND | * | |
| CASUALTY COMPANY | * | MAGISTRATE 2 |
| ************************************ | | |

## MOTION AND ORDER FOR DISMISSAL

NOW INTO COURT, through undersigned counsel, comes plaintiff, THERESA GASCON, and defendant, STATE FARM FIRE AND CASUALTY INSURANCE COMPANY, who suggest to this Honorable Court that all issues in the above entitled and numbered cause have been resolved and settled and that this cause should be dismissed with full prejudice, each party to bear their own cost.

Respectfully Submitted:

_____
Roy F. Amedee, Jr., Bar No. 2449
Brent A. Klibert, Bar No. 29296
Law Offices of Roy F. Amedee, Jr.
228 St. Charles Avenue, Suite 801
New Orleans, Louisiana 70130
Telephone: 504-592-3222
Facsimile: 504-592-8783
ATTORNEY FOR PLAINTIFF

_____
Sidney J. Hardy (1938)
McCranie, Sistrunk, Anzelmo,
  Hardy, Maxwell & McDaniel
3445 N. Causeway Blvd., Ste. 800
Metairie, LA 70002
Telephone: 504-831-0946
Facsimile: 504-831-2492
ATTORNEY FOR DEFENDANT