MINUTE ENTRY
WILKINSON, M.J.
OCTOBER 16, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
CONSOLIDATED LITIGATION
                                             NO. 05-4182 "K"(2)

PERTAINS TO:  INSURANCE, Ancar, 07-4853      JUDGE DUVAL
                                             MAG. WILKINSON

A conference to discuss the status of settlement was conducted by the undersigned magistrate judge on October 16, 2008 in the referenced Ancar case. Participating via telephone were: Plaintiffs' counsel, Joseph Rausch; Charles Chassaignac, counsel for the only defendant, State Farm.

Substantial progress toward conclusion of this matter in its entirety as to all of the more than 160 named plaintiffs continues to be made. Accordingly, further proceedings in the Ancar case will continue to be conducted pursuant to the schedule established in my previous order, Record Doc. No. 14622, including the updated report of plaintiffs' counsel due on **December 18, 2008 at noon**, and the final status conference before me on **December 19, 2008 at 10:30 a.m.**  Plaintiffs' counsel, Joseph Rausch, and Charles

MJSTAR:   0 : 10

Chassaignac, counsel for State Farm, must appear before me in person at that time, prepared to review plaintiff-by-plaintiff the status of each claim that has not been formally dismissed by that date.

                                        JOSEPH C. WILKINSON, JR.
                                       UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**