UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 |
| PERTAINS TO: Insurance | * * | SECTION "K"(2) |
| Kiefer, 06-5370 | * * | JUDGE DUVAL |
| Pertains to Gertrude Pierre Only | * | MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LIMITED REOPENING OF CASE
## TO DISMISS CLAIMS OF GERTRUDE PIERRE

NOW INTO COURT, through undersigned counsel, comes plaintiff Gertrude Pierre, who respectfully requests that her claims against defendant Security Plan Fire Insurance Company be dismissed. Counsel for defendant Security Plan Fire Insurance Company has been contacted and there is no opposition to this motion.

Accordingly, plaintiff moves this Court for an entry of an order to (1) reopen the Kiefer, et al. proceeding, No. 06-5370, with respect to Gertrude Pierre and her claims against Security Plan Fire Insurance Company only for the limited purpose of addressing this Motion, and (2) dismiss at each party's cost, all claims asserted by plaintiff Gertrude Pierre against Security Plan Fire Insurance

Company.

WHEREFORE, plaintiff Gertrude Pierre requests that this Court enter an order as set forth above.

                                            Respectfully submitted,

                                            /s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr., #5486
Wanda J. Edwards, #27448
Fayard and Honeycutt, APC
519 Florida Avenue, SW
Denham Springs, Louisiana 70726
Telephone: 225/664-4193

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

                                  /s/ Calvin C. Fayard, Jr.
                                  Calvin C. Fayard, Jr.