UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES<br>         CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:  INSURANCE, Smith, 07-3833;<br>               Munna, 07-3843 (also asserted in<br>               Alfonso, 06-8801)<br>               (DUPLICATE REPRESENTATION) | JUDGE DUVAL<br>MAG. WILKINSON |

**CALL DOCKET / SHOW CAUSE ORDER**

At the conclusion of the "Post-Sher" settlement evaluation process, Record Doc. No. 13521, I have received a supplemental report dated October 15, 2008 from Gary Russo, counsel for defendant Travelers/Standard Fire in the referenced Smith, Munna and Alfonso cases.  These cases apparently involve plaintiffs who (a) have asserted the same claim in two different cases and/or (b) are represented by more than one lawyer in two different cases.  In these cases, like others that have already been the subject of a separate "CALL DOCKET / SHOW CAUSE ORDER," Record Doc. No. 15783, settlements are either pending, conditioned upon clarification of plaintiffs' representation, or the cases cannot proceed in an orderly fashion due to uncertainty or conflict concerning plaintiffs' representation.  Accordingly,

**IT IS ORDERED** that a CALL DOCKET AND SHOW CAUSE HEARING will be conducted in the referenced Smith, Munna and Alfonso cases before Joseph C.

Wilkinson, Jr., United States Magistrate Judge, 500 Poydras Street, Hale Boggs Building, Room B421, New Orleans, Louisiana, on **NOVEMBER 6, 2008 at 10:30 a.m.**  The purpose of the hearing is to (a) establish plaintiffs' representation; (b) determine if each plaintiff has in fact settled his or her Hurricane Katrina insurance claim and, if so, through what attorney; and (3) dismiss duplicate lawsuits concerning the same parties, properties and policies.  Plaintiffs' counsel, Roy F. Amedee, Jr., Brian Page and Joseph Rausch, and defense counsel, Gary Russo, MUST appear in person.

Unless plaintiffs clearly state, in writing, with a copy delivered to me, prior to **November 5, 2008 at 5:00 p.m.**, the identity of the particular lawyer who actually represents them in connection with their Hurricane Katrina insurance claim, all plaintiffs named in the referenced Smith and Munna cases must appear before me in person at the date, place and time set out above.

Failure to appear may result in sanctions, including dismissal of the later-filed of any plaintiffs' lawsuits and/or claims.

New Orleans, Louisiana, this   17th   day of October, 2008.

*[signature]*
JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

2