UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE<br>    Davis, 07-3834<br>    Ambrose, 07-3840<br>    Johnson, 07-3842<br>    Clark, 07-3846<br>    Kelley, 07-3849<br>    Thomas, 07-3850 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

At the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, the court has been advised by defense counsel, Gary Russo, by letter dated October 15, 2008, with attached supplemental status report concerning several cases, including the referenced cases, which has been separately filed in the record of C.A. Nos. 07-3834, 07-3840, 07-3842, 07-3846, 07-3849, 07-3850, and C.A. No. 05-4182, that the referenced cases have settled, conditional upon Road Home Program approval. By copy of this minute entry, Judge Duval is advised so that he may enter appropriate 90-day conditional dismissal orders in the referenced Davis, Ambrose, Johnson, Clark, Kelley and Thomas cases only.

New Orleans, Louisiana, this \_\_\_17th\_\_\_ day of October, 2008.

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE