UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE<br>          Williams, 07-3838<br>          Clark, 07-3841 | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER

At the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, the court has been advised by defense counsel, Gary Russo, by letter dated October 15, 2008, with attached supplemental status report concerning several cases, including the referenced Williams and Clark cases, which has been separately filed in the record of C.A. Nos. 07-3838, 07-3841, and C.A. No. 05-4182, that the referenced Williams and Clark cases have settled.  By copy of this order, Judge Duval is advised so that he may enter appropriate 60-day conditional dismissal orders in the referenced Williams and Clark cases only.

New Orleans, Louisiana, this   17th    day of October, 2008.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.