## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of John Hoard regarding 7131 Queensway Dr., New Orleans, LA 70128; Yolanda Parker, Kerry Parker regarding 5551 Red Maple Dr, New Orleans, LA 70129; Ronald Tromatore regarding 1221 Bayou Rd, New Orleans, LA 70085 |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs John Hoard regarding 7131 Queensway Dr., New Orleans, LA 70128; Yolanda Parker, Kerry Parker regarding 5551 Red Maple Dr, New Orleans, LA 70129; Ronald Tromatore regarding 1221 Bayou Rd, New Orleans, LA 70085 against Defendant Allstate Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
United States District Judge