UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:<br>KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:  INSURANCE<br><br>CHANNING BRANCH and     NO.: 07-3086<br>TONIA BRANCH<br><br>VERSUS<br><br>ALLSTATE INSURANCE COMPANY | § CIVIL ACTION NO. 05-4182 "K" (2)<br>§<br>§ JUDGE DUVAL<br>§<br>§ MAGISTRATE WILKINSON<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

**UPON CONSIDERATION** of the Joint Motion and Incorporated Memorandum to Substitute Party; and

**UPON CONSIDERATION** that all parties herein agree that Allstate Insurance is not a proper defendant in this matter;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Allstate Indemnity Company is substituted as the only defendant in this matter instead of Allstate Insurance Company.

New Orleans, Louisiana, this __20th__ day of ___October___, 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge