UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 "K" (2) CONS. KATRINA CANAL |
| PERTAINS TO INSURANCE | * | |
| | | JUDGE STANWOOD R. DUVAL, JR. |
| Joyce Stall v. Scottsdale Insurance Company:  07-1233 | * | |
| | * | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## O R D E R

Upon consideration of the foregoing Motion;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-entitled and numbered action be and the same is hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this __20th__ day of ___October___, 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge