# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES * | C.A. NO. 05-4182; "K" (2) |
| CONSOLIDATED LITIGATION * | JUDGE: DUVAL |
| * | MAG.: WILKINSON |
| * | |
| PERTAINS TO: * | |
| INSURANCE (Staes, No. 07-2169) * | |

## ORDER

IT IS ORDERED that the above numbered and entitled cause be and the same is hereby dismissed **(AS IT PERTAINS TO CLAIM NO. 18-R491-744, PIEDMONT PROPERTY, ONLY)**, with prejudice, each party to bear their own costs of court.

NEW ORLEANS, LOUISIANA, this 20th day of October, 2008

Stanwood R. Duval, Jr.
United States District Judge