UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182  "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| PERTAINS TO: | * | |
| INSURANCE (Ancar, No. 07-4853) | * | |

## ORDER

IT IS ORDERED that the above numbered and entitled cause, as it pertains to

**DAYMEION JOSEPH AND ZEPHRA JOSEPH**, be and the same is hereby dismissed, with

prejudice, each party to bear their own costs of court.

NEW ORLEANS, LOUISIANA, this 20th day of _____October_____, 2008

Stanwood R. Duval, Jr.
United States District Judge