UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*         05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*     06-5342 | * | JUDGE |
| *Perry v. Ingram*             06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*         06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAG. |
| *Lafarge v. USA*              07-5178 | * | JOSEPH C. WILKINSON, JR. |
| *Weber v. Lafarge*         08-4459 | * | |

## ORDER OF APPOINTMENT
## OF BARGE P.S.L.C. MEMBERS

Considering the Barge Plaintiffs' Subgroup Litigation Committee's **Motion for Appointment Of Barge P.S.L.C. Members**, and this motion being unopposed,

IT IS **ORDERED** that the motion be, and is hereby, **GRANTED**.

**FURTHER ORDERED**, attorneys for the Barge Plaintiffs, Shawn Khorrami, Dylan F. Pollard, and Matt C. Bailey are hereby accepted and appointed to the Barge Plaintiffs' Subgroup Litigation Committee.

New Orleans, Louisiana, this 20th day of October, 2008.

_____
HON. STANWOOD R. DUVAL, JR.
U. S. DISTRICT JUDGE

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 9th day of October, 2008.

\s\Brian A. Gilbert