UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LISBETH SCOTT | * | CIVIL ACTION |
| VERSUS | * | NO. 07-7166 |
| ENCOMPASS INSURANCE COMPANY OF AMERICA | * | SECTION "M" |
| | * | MAG. 4 |

*******************************************

## O R D E R

Considering the foregoing Joint Stipulation of Dismissal;

IT IS HEREBY ORDERED that the above-numbered and entitled matter be dismissed, in its entirety, and as to all parties, with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this ___20th___ day of ___October___, 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge