UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*         05-5531 | * | |
| *Mumford v. Ingram*      05-5724 | * | |
| *Lagarde v. Lafarge*       06-5342 | * | JUDGE |
| *Perry v. Ingram*            06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*          06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | MAG. |
| *Lafarge v. USA*             07-5178 | * | JOSEPH C. WILKINSON, JR. |
| *Weber v. Lafarge*          08-4459 | * | |

### ORDER GRANTING LEAVE TO SUBSTITUTE AMENDED MOTION FOR APPOINTMENT OF BARGE P.S.L.C. MEMBERS

Considering the above and foregoing, the Barge PSLC's Motion for Leave to Substitute Amended Motion for Appointment Of Barge P.S.L.C. Members is hereby GRANTED.

New Orleans, Louisiana, this 20th day of October, 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 9th day of October, 2008.

\s\Brian A. Gilbert