# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182** |
| | **SECTION "K"** |
| **THIS DOCUMENT RELATES TO:** Insurance | **MAGISTRATE (2)** |
| **No. 07-5112,** *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | |

**This pleading applies only to the claim of Frederick Ross regarding 1436 Tupelo St., New Orleans, LA 70117; Myrna Keys, Elphage J. Keys regarding 1468 Robert E. Lee Blvd., New Orleans, LA 70122; Myrna Keys, Elphage Keys regarding 2775 Frankfort Street, New Orleans, LA 70122; Wardell Bourgeois regarding 10901 N. Hardy St., New Orleans, LA 70127; Elaine Thomas regarding 4826 Viola St., New Orleans, LA 70126; Charles Bowman, Odeal Bowman regarding 4700 Werner Dr., New Orleans, LA 70126; Esther Hammond, Lou G. Hammond regarding 4752 Pecan St., New Orleans, LA 70126; Dionne Lewis-Martin, Harry Lewis regarding 7031 Edgefield Dr., New Orleans, LA 70128; Robert Cannon regarding 1218 Pauline St., New Orleans, LA 70118; Hattie Patterson regarding 3014-3016 Broadway, New Orleans, LA 70125; Donna Washington regarding 186 Melius Dr., Reserve, LA 70084; Ellen Wallace regarding 1328 Gallier St., New Orleans, LA 70117; William Frught, Karen A. Frught regarding 7520 Mars Dr., Violet, LA 70092; Richard Wells, Norene A. Wells regarding 4818 & 4820 Lynhuber Dr., New Orleans, LA 70126; Delores Moline, Delores Morgan regarding 6155 S. Hermes St., New Orleans, LA 70126; Marguerite Daroca, Joyce R. Swindler regarding 7740 & 7742 Henley St., New Orleans, LA 70126; Joyce Washington regarding 5971 N. Johnson St., New Orleans, LA 70117; Patrick Chaplain, Connie E. Chaplain regarding 7637 McKennie, New Orleans, LA 70128; Lloyd Lazard regarding 3320 Delachaise St., New Orleans, LA 70125; Francis Greiner, Wilma Greiner regarding 10 S. Oak Ridge Ct., New Orleans, LA 70128; Bronwyn Alfano regarding 315 N.**

Bernadotte St., New Orleans, LA 70119; Glayds Phillip regarding 4759 & 4761 Rosemont Dr., New Orleans, LA 70126; Patricia Brown, Louis Brown regarding 2218-20 Feliciana St., New Orleans, LA 70117; Janice Nicholas regarding 5510 Samovar Dr., New Orleans, LA 70126; Janice Nicholas regarding 2927-2929 1/2 College Court, New Orleans, LA 70125; Milton Coulon, Yvonne L. Coulon regarding 1901 Wilton Dr., New Orleans, LA 70122; Wanda Buras regarding 4940 Lafaye St., New Orleans, LA 70122

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Frederick Ross regarding 1436 Tupelo St., New Orleans, LA 70117; Myrna Keys, Elphage J. Keys regarding 1468 Robert E. Lee Blvd., New Orleans, LA 70122; Myrna Keys, Elphage Keys regarding 2775 Frankfort Street, New Orleans, LA 70122; Wardell Bourgeois regarding 10901 N. Hardy St., New Orleans, LA 70127; Elaine Thomas regarding 4826 Viola St., New Orleans, LA 70126; Charles Bowman, Odeal Bowman regarding 4700 Werner Dr., New Orleans, LA 70126; Esther Hammond, Lou G. Hammond regarding 4752 Pecan St., New Orleans, LA 70126; Dionne Lewis-Martin, Harry Lewis regarding 7031 Edgefield Dr., New Orleans, LA 70128; Robert Cannon regarding 1218 Pauline St., New Orleans, LA 70118; Hattie Patterson regarding 3014-3016 Broadway, New Orleans, LA 70125; Donna Washington regarding 186 Melius Dr., Reserve, LA 70084; Ellen Wallace regarding 1328 Gallier St., New Orleans, LA 70117; William Frught, Karen A. Frught regarding 7520 Mars Dr., Violet, LA 70092; Richard Wells, Norene A. Wells regarding 4818 & 4820 Lynhuber Dr., New Orleans, LA 70126; Delores Moline, Delores Morgan regarding 6155 S. Hermes St., New Orleans, LA 70126;

Marguerite Daroca, Joyce R. Swindler regarding 7740 & 7742 Henley St., New Orleans, LA 70126; Joyce Washington regarding 5971 N. Johnson St., New Orleans, LA 70117; Patrick Chaplain, Connie E. Chaplain regarding 7637 McKennie, New Orleans, LA 70128; Lloyd Lazard regarding 3320 Delachaise St., New Orleans, LA 70125; Francis Greiner, Wilma Greiner regarding 10 S. Oak Ridge Ct., New Orleans, LA 70128; Bronwyn Alfano regarding 315 N. Bernadotte St., New Orleans, LA 70119; Glayds Phillip regarding 4759 & 4761 Rosemont Dr., New Orleans, LA 70126; Patricia Brown, Louis Brown regarding 2218-20 Feliciana St., New Orleans, LA 70117; Janice Nicholas regarding 5510 Samovar Dr., New Orleans, LA 70126; Janice Nicholas regarding 2927-2929 1/2 College Court, New Orleans, LA 70125; Milton Coulon, Yvonne L. Coulon regarding 1901 Wilton Dr., New Orleans, LA 70122; Wanda Buras regarding 4940 Lafaye St., New Orleans, LA 70122 against Defendant Allstate Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 20th day of ___October___, 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge