**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION   * | | |
| | * | NO. 05-4182 "K"(2) |
| | * | |
| PERTAINS TO: ROAD HOME | * | JUDGE DUVAL |
| Louisiana State C.A. No.: 07-5528 | * | MAGISTRATE WILKINSON |

*******************************************

## MOTION TO ENROLL COUNSEL

**NOW INTO COURT**, through undersigned counsel comes James D. "Buddy" Caldwell, Attorney General, State of Louisiana, who respectfully moves that Sallie J. Sanders, Assistant Attorney General, Bar Number 11703 be permitted to enroll as additional counsel of record in this matter.

WHEREFORE, James D. "Buddy" Caldwell, Attorney General, State of Louisiana prays that this Court enter an Order permitting Sallie J. Sanders, Assistant Attorney General be permitted to enroll as counsel of record.

Respectfully Submitted,

**JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL**

Sallie J. Sanders, La. Bar # 11703
Assistant Attorney General
1885 North Third Street
Baton Rouge, LA  70802
Telephone:  225-326-6400
Fax:  225-326-6498
/s/Sallie J. Sanders

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 21st day of October, 2008, I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using CM/ECF system which will send notification of such filing to all the attorneys for all parties that have appeared.

                                                         /s/Sallie J. Sanders