UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K"(2) |
| | * | |
| PERTAINS TO: ROAD HOME | * | JUDGE DUVAL |
| Louisiana State C.A. No.: 07-5528 | * | MAGISTRATE WILKINSON |

*******************************************

## ORDER

Considering the State's Motion to Enroll Counsel:

**IT IS ORDERED** that the motion is granted and that Sallie J. Sanders, Assistant Attorney General, be enrolled as counsel of record for the State of Louisiana in the above referenced matter.

New Orleans, Louisiana, October 21, 2008.

_____
STANWOOD R. DUVALL, JR.
DISTRICT JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA