UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: ROAD HOME<br>*Louisiana State C.A. No. 07-5528* | CIVIL ACTION NO. 05-4182<br><br>JUDGE<br>STANWOOD R. DUVAL, JR.<br>MAGISTRATE:<br>JOSEPH C. WILKINSON, JR. |

### AFFIDAVIT OF DENISE MILBY

COUNTY OF MARICOPA

STATE OF ARIZONA

BEFORE ME, the undersigned Notary Public, duly commissioned, qualified, and sworn in and for the State and County aforesaid, personally came and appeared:

DENISE MILBY

who did depose and state:

1.

I am a person of the full age of majority and I reside in the City of Scottsdale, County of Maricopa, State of Arizona.

2.

I am currently employed by Scottsdale Insurance Company ("Scottsdale") as a Specialty Claim Manager - Catastrophe Division. I have been employed by Scottsdale since 1995. In my capacity as Specialty Claim Manager - Catastrophe Division with Scottsdale, I have personal knowledge of the facts stated herein.

Scottsdale Indemnity Company is a separate entity from Scottsdale Insurance Company, but is part of the Scottsdale group of companies. I have personal knowledge regarding the claims made against Scottsdale Indemnity Company as a result of Hurricane Katrina in August 2005 and Hurricane Rita in September 2005.

3.

Scottsdale Indemnity Company did not write any homeowners or personal lines of insurance on any residence in the State of Louisiana in effect during either Hurricane Katrina in August 2005 or Hurricane Rita in September 2005.

4.

Scottsdale Indemnity Company did not write any homeowners or personal lines of insurance on any residence in the State of Louisiana in effect during either Hurricane Katrina in August 2005 or Hurricane Rita in September 2005.

5.

Scottsdale Indemnity Company understands that the plaintiffs are relying upon this affidavit for the purposes of dismissal without prejudice from the above numbered and entitled litigation.

6.

WITNESSES:

_____          _____
Name                                Affiant

_____
Name

SWORN TO AND SUBSCRIBED before me, this 24th day of July, 2008, in the City of Scottsdale County/Parish of MARICOPA, State of ARIZONA.

BARBARA GERHARDT
Notary Public - Arizona
Maricopa County
My Commission Expires
December 6, 2008

_____
Barbara Gerhardt
NOTARY PUBLIC

Printed Name of Notary Public: BARBARA GERHARDT
Bar Roll No. or Notary ID Number: 160035
Address: 8877 N. GAINEY CENTER DR.
SCOTTSDALE, AZ 85258

NO.99861719.1

My Commission Expires: _12-6-08_

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: ROAD HOME<br>*Louisiana State C.A. No.* 07-5528 | CIVIL ACTION NO. 05-4182<br><br>JUDGE<br>STANWOOD R. DUVAL, JR.<br>MAGISTRATE:<br>JOSEPH C. WILKINSON, JR. |

## AFFIDAVIT OF DENISE MILBY

COUNTY OF MARICOPA

STATE OF ARIZONA

BEFORE ME, the undersigned Notary Public, duly commissioned, qualified, and sworn in and for the State and County aforesaid, personally came and appeared:

DENISE MILBY

who did depose and state:

1.

I am a person of the full age of majority and I reside in the City of Scottsdale, County/Parish of Maricopa, State of Arizona.

2.

I am currently employed by Scottsdale Insurance Company ("Scottsdale") as a Specialty Claim Manager - Catastrophe Division. I have been employed by Scottsdale since 1995. In my capacity as Specialty Claim Manager - Catastrophe Division with Scottsdale, I have personal knowledge of the facts stated herein.

National Casualty Company is a separate entity from Scottsdale Insurance Company, but is part of the Scottsdale group of companies. I have personal knowledge regarding the claims made against National Casualty Company as a result of Hurricane Katrina in August 2005 and Hurricane Rita in September 2005.

3.

National Casualty Company did not write any homeowners or personal lines of insurance on any residence in the State of Louisiana in effect during either Hurricane Katrina in August 2005 or Hurricane Rita in September 2005.

4.

National Casualty Company understands that the plaintiffs are relying upon this affidavit for the purposes of dismissal without prejudice from the above numbered and entitled litigation.

5.

WITNESSES:

_____
Name

_____
Name

_____
Affiant

SWORN TO AND SUBSCRIBED before me, this 24th day of July, 2008, in the City of Scottsdale, County/Parish of Maricopa, State of Arizona.

BARBARA GERHARDT
Notary Public - Arizona
Maricopa County
My Commission Expires
December 6, 2008

_Barbara Gerhardt_
NOTARY PUBLIC

Printed Name of Notary Public: BARBARA GERHARDT
Bar Roll No. or Notary ID Number: 160038
Address: 8877 N. GAINEY CENTER DR.
SCOTTSDALE, AZ 85258

My Commission Expires: 12-6-08

NO.99861725.1