UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | C.A. NO. 05-4182; "K" (2) |
| CONSOLIDATED LITIGATION | * | JUDGE: DUVAL |
| | * | MAG.: WILKINSON |
| | * | |
| PERTAINS TO: | * | |
| ROAD HOME ( C.A. No. 07-5528) | * | |

EXHIBIT "A"

**INDIVIDUAL AGREEMENT TO OBLIGATIONS UNDER PROTECTIVE ORDER GOVERNING ROAD HOME APPLICATE AND RECIPIENT INFORMATION**

I have read and I understand the Protective Order Governing Road Home Applicant and Recipient Information ("Protective Order") concerning the release of Applicant and Recipient Personal Information filed under seal in the above-referenced lawsuit. I hereby agree to be bound by all the terms, conditions, and restrictions imposed by the Protective Order and to use the Personal Information disclosed to me solely in accordance with the terms of the Protective Order.

I further acknowledge and agree that the terms of the Protective Order are enforceable against me both during and after the conclusion of this lawsuit and agree to submit to the jurisdiction of the United States District Court for the Eastern District of Louisiana for any enforcement proceedings.

Respectfully submitted by:

*[signature]*

CHARLES L. CHASSAIGNAC, IV (20746)
PORTEOUS, HAINKEL & JOHNSON
Attorneys for Defendants Lafayette Insurance Company,
United Fire and Indemnity Company,
United Fire and Casualty Company
343 Third Street, Ste. 202
Baton Rouge, LA 70801
Telephone: (225) 383-8900
Facsimile: (225) 383-7900
cchassaignac@phjlaw.com

10-22-08
Date