EXHIBIT "B"

## ENTITY AGREEMENT TO OBLIGATIONS UNDER PROTECTIVE ORDER GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION

*In re: Katrina Canal Breaches Litigation*
Civil Action No. 05-4182 "K" (2)
Pertains to: Road Home
*Louisiana State*, Civil Action No. 07-5528,

United States District Court for the Eastern District of Louisiana

I have read and I understand the Protective Order Governing Road Home Applicant and Recipient Information ("Protective Order") concerning the release of Applicant and Recipient Personal Information filed under seal in the above referenced lawsuit. I am authorized to agree and do hereby agree that United Fire & Indemnity Company is bound by the Protective Order and shall use the Personal Information disclosed to it solely in accordance with the terms of the Protective Order.

I further acknowledge and agree that the terms of the Protective Order are enforceable against United Fire & Indemnity Company during and after the conclusion of this lawsuit, and United Fire & Indemnity Company agrees to submit to the jurisdiction of the United States District Court for the Eastern District of Louisiana for any enforcement proceedings.

UNITED FIRE & INDEMNITY COMPANY

118 – 2ND Avenue SE
Address

By: _[signature]_
Signature and Date

Cedar Rapids, IA 52401
City, State and Zip Code

Neal R. Scharmer – General Counsel
Print Name and Title

(319) 399-5700
Phone Number