TOTAL P.004

**EXHIBIT "B"**

**ENTITY AGREEMENT TO OBLIGATIONS UNDER PROTECTIVE ORDER GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION**

*In re: Katrina Canal Breaches Litigation*
Civil Action No. 05-4182 "K" (2)
Pertains to: Road Home
*Louisiana State*, Civil Action No. 07-5528,

United States District Court for the Eastern District of Louisiana

I have read and I understand the Protective Order Governing Road Home Applicant and Recipient Information ("Protective Order") concerning the release of Applicant and Recipient Personal Information filed under seal in the above referenced lawsuit. I am authorized to agree and do hereby agree that Lafayette Insurance Company is bound by the Protective Order and shall use the Personal Information disclosed to it solely in accordance with the terms of the Protective Order.

I further acknowledge and agree that the terms of the Protective Order are enforceable against Lafayette Insurance Company during and after the conclusion of this lawsuit, and Lafayette Insurance Company agrees to submit to the jurisdiction of the United States District Court for the Eastern District of Louisiana for any enforcement proceedings.

LAFAYETTE INSURANCE COMPANY

By: ____________________
Signature and Date

Neal R. Scharmer – General Counsel
Print Name and Title

118 – 2ND Avenue SE
Address

Cedar Rapids, IA 52401
City, State and Zip Code

(319) 399-5700
Phone Number