UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>*Jones*, C.A. No. 06-9151 | SECTION "K"(2) |

## ORDER

Before the Court is a Motion and Incorporated Memorandum to Amend Judgment (Doc. 15953).On September 18, 2008, this Court granted State Farm Fire and Casualty Company's Motion for Entry of Judgment pursuant to the Court's Post-*Sher* Case Management Order. (Doc. 15027) and entered judgment accordingly. In so doing, the Court did not make clear that the judgment was entered pursuant to Fed. R. Civ. P. 54(b) and was entered solely as to State Farm Fire and Casualty Company, as there were other outstanding, non-insurer defendants in the matter. Accordingly,

**IT IS ORDERED** that Motion and Incorporated Memorandum to Amend Judgment (Doc. 15953) is **GRANTED** as delineated herein.

**IT IS ORDERED** that the Order and Reasons (Doc. 15027) be **AMENDED** to note that there is pursuant to Fed. R. Civ. P. 54(b) there is no just cause for delay for the entry of judgment with respect to State Farm Fire and Casualty Company.

**IT IS FURTHER ORDERED** that an Amended Judgment be entered clarifying that judgment is entered solely as to State Farm Fire and Casualty Company.

New Orleans, Louisiana, this 20th day of October, 2008.

STANWOOD R. DUVAL, JR.

                                        **UNITED STATES DISTRICT COURT JUDGE**