UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NO. 05-4182** |
| **PERTAINS TO:** | **SECTION "K"(2)** |
| K. Jones C.A. No. 06-9151 | |

### AMENDED JUDGMENT

Considering the foregoing order, and pursuant to Fed. R. Civ. P. 54(b)

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment herein in favor of solely defendant, State Farm Fire and Casualty Company, and against Kenneth Jones and Lorie James-Jones, dismissing the complaint with prejudice solely as to State Farm Fire and Casualty Company, with each party to pay his, her or its respective costs.

New Orleans, Louisiana, the  20th  day of October, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE