UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION
NO. 05-4182
SECTION "K" (2)

*severed from Abadie*, 06-5164

JENNIFER BOLTON, RICKY BOLTON
         Plaintiffs

CIVIL ACTION
No. 07-2533
SECTION "K" (2)

VS.

STATE FARM FIRE AND CASUALTY
COMPANY,
        Defendant

*********************************************************************

**ORDER**

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiffs, Jennifer Bolton and Ricky Bolton, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this 21st day of October, 2008.

_____
USDC JUDGE STANWOOD R. DUVAL, JR.
Section "K," Magistrate: 2

{N0069427}