UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VIRGIL AND BRENDA SORINA | ) | CIVIL ACTION No. 06-9885 |
| Plaintiffs, | ) ) | SECTION "C" |
| VERSUS | ) ) | MAGISTRATE JUDGE 5 |
| HANOVER INSURANCE COMPANY | ) ) ) ) | |
| Defendant. | ) | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come plaintiffs, Virgil and Brenda Sorina, and defendant, The Hanover Insurance Company (incorrectly named herein as "Hanover Insurance Company"), who, pursuant to a settlement agreement executed by plaintiffs, Virgil and Brenda Sorina, jointly move this Court for the entry of an Order of Dismissal, dismissing the captioned lawsuit and all claims therein, with prejudice, with each party to bear its own costs.

Respectfully Submitted:

_____
Harold V. Dutton, Jr., TX Bar No. 06293050
One Thousand Houston Building
2323 Caroline Street
Houston, Texas 77004
Telephone: (713) 659-5998
Facsimile: (713) 659-2812
**Attorneys for Plaintiffs Virgil and Brenda Sorina**

AND

_____
Seth A. Schmeeckle, T.A., La. Bar No. 27076
Ralph S. Hubbard III, La. Bar No. 7040
Katherine L. Osborne, La. Bar No. 29503
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:    (504) 568-1990
Facsimile:    (504) 310-9195
E-mail:       kosborne@lawla.com
**Attorneys for The Hanover Insurance Company**

CERTIFICATE OF SERVICE

I hereby certify that, on the ___21___ day of ___October___ 2008, a copy of the foregoing Joint Motion to Dismiss with Prejudice was filed electronically with the Clerk of Court using the CM/ECF system.

/s/ Katherine L. Osborne