UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VIRGIL AND BRENDA SORINA | ) | CIVIL ACTION No. 06-9885 |
| Plaintiffs, | ) | SECTION "C" |
| VERSUS | ) | MAGISTRATE JUDGE 5 |
| HANOVER INSURANCE COMPANY | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss With Prejudice filed by plaintiffs, Virgil and Brenda Sorina, and defendant, The Hanover Insurance Company (incorrectly named as "Hanover Insurance Company"),

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the captioned lawsuit and all claims therein, be and are hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this _____ day of _____, 2008

_____
UNITED STATES DISTRICT JUDGE