# PRODUCTION LOG
## In re Katrina Canal Breaches Litigation 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| DFP | 147 | DFP-147-000000001 | DFP-147-000000001 | USACE; MVD; MVN; CEMVN-CD | Bruce A Terrell | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from MVN; Construction Department |
| EFP | 636 | EFP-636-000000001 | EFP-636-000000020 | USACE;ERDC;CEERD-ID | Edward L Huell; Milton D Richardson | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Information Technology Lab; Shared Drive 1 |
| EFP | 636 | EFP-636-000000022 | EFP-636-000000497 | USACE;ERDC;CEERD-ID | Edward L Huell; Milton D Richardson | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Information Technology Lab; Shared Drive 1 |
| EFP | 636 | EFP-636-000000499 | EFP-636-000000789 | USACE;ERDC;CEERD-ID | Edward L Huell; Milton D Richardson | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Information Technology Lab; Shared Drive 1 |
| EFP | 636 | EFP-636-000000791 | EFP-636-000001142 | USACE;ERDC;CEERD-ID | Edward L Huell; Milton D Richardson | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Information Technology Lab; Shared Drive 1 |
| EFP | 636 | EFP-636-000001144 | EFP-636-000001187 | USACE;ERDC;CEERD-ID | Edward L Huell; Milton D Richardson | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Information Technology Lab; Shared Drive 1 |
| EFP | 636 | EFP-636-000001189 | EFP-636-000001248 | USACE;ERDC;CEERD-ID | Edward L Huell; Milton D Richardson | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Information Technology Lab; Shared Drive 1 |

PRODUCTION LOG
In re Katrina Canal Breaches Litigation 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 637 | EFP-637-000000001 | EFP-637-000000056 | USACE;ERDC;CEERD-ID | Edward L Huell; Milton D Richardson | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Information Technology Lab; Shared Drive 1 |
| EFP | 637 | EFP-637-000000058 | EFP-637-000000105 | USACE;ERDC;CEERD-ID | Edward L Huell; Milton D Richardson | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Information Technology Lab; Shared Drive 1 |
| EFP | 637 | EFP-637-000000107 | EFP-637-000000129 | USACE;ERDC;CEERD-ID | Edward L Huell; Milton D Richardson | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Information Technology Lab; Shared Drive 1 |
| EFP | 638 | EFP-638-000000001 | EFP-638-000000203 | USACE;ERDC;CEERD-ID | Edward L Huell; Milton D Richardson | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Information Technology Lab; Shared Drive 1 |
| EFP | 638 | EFP-638-000000205 | EFP-638-000000206 | USACE;ERDC;CEERD-ID | Edward L Huell; Milton D Richardson | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Information Technology Lab; Shared Drive 1 |
| EFP | 638 | EFP-638-000000208 | EFP-638-000000241 | USACE;ERDC;CEERD-ID | Edward L Huell; Milton D Richardson | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Information Technology Lab; Shared Drive 1 |
| EFP | 638 | EFP-638-000000243 | EFP-638-000000265 | USACE;ERDC;CEERD-ID | Edward L Huell; Milton D Richardson | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Information Technology Lab; Shared Drive 1 |

PRODUCTION LOG
In re Katrina Canal Breaches Litigation 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 639 | EFP-639-000000001 | EFP-639-000000458 | USACE;ERDC;CEERD-ID | Edward L Huell; Milton D Richardson | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Information Technology Lab; Shared Drive 1 |
| EFP | 640 | EFP-640-000000001 | EFP-640-000000061 | USACE;ERDC;CEERD-ID | Edward L Huell; Milton D Richardson | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Information Technology Lab; Shared Drive 1 |
| EFP | 640 | EFP-640-000000063 | EFP-640-000000064 | USACE;ERDC;CEERD-ID | Edward L Huell; Milton D Richardson | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Information Technology Lab; Shared Drive 1 |
| EFP | 640 | EFP-640-000000073 | EFP-640-000000170 | USACE;ERDC;CEERD-ID | Edward L Huell; Milton D Richardson | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Information Technology Lab; Shared Drive 1 |
| EFP | 640 | EFP-640-000000176 | EFP-640-000000176 | USACE;ERDC;CEERD-ID | Edward L Huell; Milton D Richardson | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Information Technology Lab; Shared Drive 1 |
| EFP | 640 | EFP-640-000000182 | EFP-640-000000432 | USACE;ERDC;CEERD-ID | Edward L Huell; Milton D Richardson | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Information Technology Lab; Shared Drive 1 |
| EFP | 641 | EFP-641-000000001 | EFP-641-000000691 | USACE;ERDC;CEERD-ID | Edward L Huell; Milton D Richardson | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Information Technology Lab; Shared Drive 1 |

PRODUCTION LOG
In re Katrina Canal Breaches Litigation 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 642 | EFP-642-000000001 | EFP-642-000000029 | USACE;ERDC;CEERD-ID | Edward L Huell; Milton D Richardson | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Information Technology Lab; Shared Drive 1 |
| EFP | 642 | EFP-642-000000031 | EFP-642-000000031 | USACE;ERDC;CEERD-ID | Edward L Huell; Milton D Richardson | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Information Technology Lab; Shared Drive 1 |
| EFP | 642 | EFP-642-000000033 | EFP-642-000000054 | USACE;ERDC;CEERD-ID | Edward L Huell; Milton D Richardson | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Information Technology Lab; Shared Drive 1 |
| EFP | 642 | EFP-642-000000056 | EFP-642-000000181 | USACE;ERDC;CEERD-ID | Edward L Huell; Milton D Richardson | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Information Technology Lab; Shared Drive 1 |
| EFP | 642 | EFP-642-000000183 | EFP-642-000000400 | USACE;ERDC;CEERD-ID | Edward L Huell; Milton D Richardson | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Information Technology Lab; Shared Drive 1 |
| EFP | 643 | EFP-643-000000001 | EFP-643-000000102 | USACE;ERDC;CEERD-ID | Edward L Huell; Milton D Richardson | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Information Technology Lab; Shared Drive 1 |
| EFP | 643 | EFP-643-000000104 | EFP-643-000000142 | USACE;ERDC;CEERD-ID | Edward L Huell; Milton D Richardson | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Information Technology Lab; Shared Drive 1 |

PRODUCTION LOG
In re Katrina Canal Breaches Litigation 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 643 | EFP-643-000000144 | EFP-643-000000151 | USACE;ERDC;CEERD-ID | Edward L Huell; Milton D Richardson | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Information Technology Lab; Shared Drive 1 |
| EFP | 643 | EFP-643-000000153 | EFP-643-000000440 | USACE;ERDC;CEERD-ID | Edward L Huell; Milton D Richardson | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Information Technology Lab; Shared Drive 1 |
| EFP | 643 | EFP-643-000000442 | EFP-643-000000965 | USACE;ERDC;CEERD-ID | Edward L Huell; Milton D Richardson | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Information Technology Lab; Shared Drive 1 |
| EFP | 643 | EFP-643-000000967 | EFP-643-000000980 | USACE;ERDC;CEERD-ID | Edward L Huell; Milton D Richardson | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Information Technology Lab; Shared Drive 1 |
| EFP | 643 | EFP-643-000000983 | EFP-643-000000995 | USACE;ERDC;CEERD-ID | Edward L Huell; Milton D Richardson | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Information Technology Lab; Shared Drive 1 |
| EFP | 643 | EFP-643-000000997 | EFP-643-000001059 | USACE;ERDC;CEERD-ID | Edward L Huell; Milton D Richardson | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Information Technology Lab; Shared Drive 1 |
| EFP | 644 | EFP-644-000000001 | EFP-644-000000005 | USACE;ERDC;CEERD-EE-W | Barbara A Kleiss | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Environmental Lab |

**PRODUCTION LOG**
**In re Katrina Canal Breaches Litigation 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 644 | EFP-644-000000008 | EFP-644-000000009 | USACE;ERDC;CEERD-EE-W | Barbara A Kleiss | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Environmental Lab |
| EFP | 644 | EFP-644-000000011 | EFP-644-000000044 | USACE;ERDC;CEERD-EE-W | Barbara A Kleiss | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Environmental Lab |
| EFP | 644 | EFP-644-000000046 | EFP-644-000000133 | USACE;ERDC;CEERD-EE-W | Barbara A Kleiss | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Environmental Lab |
| EFP | 644 | EFP-644-000000136 | EFP-644-000000137 | USACE;ERDC;CEERD-EE-W | Barbara A Kleiss | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Environmental Lab |
| EFP | 644 | EFP-644-000000143 | EFP-644-000000143 | USACE;ERDC;CEERD-EE-W | Barbara A Kleiss | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Environmental Lab |
| EFP | 644 | EFP-644-000000153 | EFP-644-000000153 | USACE;ERDC;CEERD-EE-W | Barbara A Kleiss | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Environmental Lab |
| EFP | 644 | EFP-644-000000156 | EFP-644-000000157 | USACE;ERDC;CEERD-EE-W | Barbara A Kleiss | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Environmental Lab |

**PRODUCTION LOG**
**In re Katrina Canal Breaches Litigation 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 644 | EFP-644-000000161 | EFP-644-000000617 | USACE;ERDC;CEERD-EE-W | Barbara A Kleiss | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Environmental Lab |
| EFP | 644 | EFP-644-000000619 | EFP-644-000000620 | USACE;ERDC;CEERD-EE-W | Barbara A Kleiss | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Environmental Lab |
| EFP | 644 | EFP-644-000000622 | EFP-644-000000708 | USACE;ERDC;CEERD-EE-W | Barbara A Kleiss | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Environmental Lab |
| EFP | 644 | EFP-644-000000710 | EFP-644-000000759 | USACE;ERDC;CEERD-EE-W | Barbara A Kleiss | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Environmental Lab |
| EFP | 644 | EFP-644-000000761 | EFP-644-000000847 | USACE;ERDC;CEERD-EE-W | Barbara A Kleiss | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Environmental Lab |
| EFP | 644 | EFP-644-000000849 | EFP-644-000000855 | USACE;ERDC;CEERD-EE-W | Barbara A Kleiss | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Environmental Lab |
| EFP | 644 | EFP-644-000000859 | EFP-644-000000870 | USACE;ERDC;CEERD-EE-W | Barbara A Kleiss | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Environmental Lab |

PRODUCTION LOG
In re Katrina Canal Breaches Litigation 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 644 | EFP-644-000000872 | EFP-644-000000964 | USACE;ERDC;CEERD-EE-W | Barbara A Kleiss | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Environmental Lab |
| EFP | 644 | EFP-644-000000966 | EFP-644-000001066 | USACE;ERDC;CEERD-EE-W | Barbara A Kleiss | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Environmental Lab |
| EFP | 644 | EFP-644-000001068 | EFP-644-000001159 | USACE;ERDC;CEERD-EE-W | Barbara A Kleiss | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Environmental Lab |
| EFP | 644 | EFP-644-000001161 | EFP-644-000001206 | USACE;ERDC;CEERD-EE-W | Barbara A Kleiss | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Environmental Lab |
| EFP | 644 | EFP-644-000001208 | EFP-644-000001530 | USACE;ERDC;CEERD-EE-W | Barbara A Kleiss | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Environmental Lab |
| EFP | 645 | EFP-645-000000002 | EFP-645-000000240 | USACE;ERDC;CEERD-EE-W | Barbara A Kleiss | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Environmental Lab |
| EFP | 645 | EFP-645-000000242 | EFP-645-000000362 | USACE;ERDC;CEERD-EE-W | Barbara A Kleiss | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Environmental Lab |

PRODUCTION LOG
In re Katrina Canal Breaches Litigation 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 645 | EFP-645-000000371 | EFP-645-000000371 | USACE;ERDC;CEERD-EE-W | Barbara A Kleiss | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Environmental Lab |
| EFP | 645 | EFP-645-000000373 | EFP-645-000000373 | USACE;ERDC;CEERD-EE-W | Barbara A Kleiss | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Environmental Lab |
| EFP | 645 | EFP-645-000000377 | EFP-645-000000380 | USACE;ERDC;CEERD-EE-W | Barbara A Kleiss | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Environmental Lab |
| EFP | 645 | EFP-645-000000383 | EFP-645-000000385 | USACE;ERDC;CEERD-EE-W | Barbara A Kleiss | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Environmental Lab |
| EFP | 645 | EFP-645-000000387 | EFP-645-000000390 | USACE;ERDC;CEERD-EE-W | Barbara A Kleiss | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Environmental Lab |
| EFP | 645 | EFP-645-000000393 | EFP-645-000000394 | USACE;ERDC;CEERD-EE-W | Barbara A Kleiss | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Environmental Lab |
| EFP | 645 | EFP-645-000000396 | EFP-645-000000398 | USACE;ERDC;CEERD-EE-W | Barbara A Kleiss | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Environmental Lab |

**PRODUCTION LOG**
**In re Katrina Canal Breaches Litigation 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 645 | EFP-645-000000400 | EFP-645-000000406 | USACE;ERDC;CEERD-EE-W | Barbara A Kleiss | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Environmental Lab |
| EFP | 646 | EFP-646-000000001 | EFP-646-000000068 | USACE;ERDC;CEERD-EE-W | Barbara A Kleiss | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Environmental Lab |
| EFP | 646 | EFP-646-000000070 | EFP-646-000000121 | USACE;ERDC;CEERD-EE-W | Barbara A Kleiss | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Environmental Lab |
| EFP | 646 | EFP-646-000000124 | EFP-646-000000178 | USACE;ERDC;CEERD-EE-W | Barbara A Kleiss | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Environmental Lab |
| EFP | 646 | EFP-646-000000180 | EFP-646-000000181 | USACE;ERDC;CEERD-EE-W | Barbara A Kleiss | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Environmental Lab |
| EFP | 646 | EFP-646-000000183 | EFP-646-000000193 | USACE;ERDC;CEERD-EE-W | Barbara A Kleiss | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Environmental Lab |
| EFP | 646 | EFP-646-000000195 | EFP-646-000000195 | USACE;ERDC;CEERD-EE-W | Barbara A Kleiss | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Environmental Lab |

PRODUCTION LOG
In re Katrina Canal Breaches Litigation 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 646 | EFP-646-000000197 | EFP-646-000000321 | USACE;ERDC;CEERD-EE-W | Barbara A Kleiss | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Environmental Lab |
| EFP | 646 | EFP-646-000000323 | EFP-646-000000510 | USACE;ERDC;CEERD-EE-W | Barbara A Kleiss | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Environmental Lab |
| EFP | 646 | EFP-646-000000512 | EFP-646-000000781 | USACE;ERDC;CEERD-EE-W | Barbara A Kleiss | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Environmental Lab |
| EFP | 646 | EFP-646-000000785 | EFP-646-000000952 | USACE;ERDC;CEERD-EE-W | Barbara A Kleiss | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Environmental Lab |
| EFP | 646 | EFP-646-000000954 | EFP-646-000000954 | USACE;ERDC;CEERD-EE-W | Barbara A Kleiss | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Environmental Lab |
| EFP | 647 | EFP-647-000000001 | EFP-647-000000048 | USACE;ERDC;CEERD-GV-T | Reed L Mosher | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 647 | EFP-647-000000050 | EFP-647-000000063 | USACE;ERDC;CEERD-GV-T | Reed L Mosher | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |

PRODUCTION LOG
In re Katrina Canal Breaches Litigation 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 647 | EFP-647-000000065 | EFP-647-000000186 | USACE;ERDC;CEERD-GV-T | Reed L Mosher | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 647 | EFP-647-000000188 | EFP-647-000000194 | USACE;ERDC;CEERD-GV-T | Reed L Mosher | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 647 | EFP-647-000000196 | EFP-647-000000363 | USACE;ERDC;CEERD-GV-T | Reed L Mosher | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 648 | EFP-648-000000001 | EFP-648-000000074 | USACE;ERDC;CEERD-GV-T | Reed L Mosher | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 648 | EFP-648-000000076 | EFP-648-000000202 | USACE;ERDC;CEERD-GV-T | Reed L Mosher | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 648 | EFP-648-000000205 | EFP-648-000000291 | USACE;ERDC;CEERD-GV-T | Reed L Mosher | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 649 | EFP-649-000000001 | EFP-649-000000031 | USACE;ERDC;CEERD-GV-T | Reed L Mosher | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |

**PRODUCTION LOG**
**In re Katrina Canal Breaches Litigation 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 649 | EFP-649-000000033 | EFP-649-000000059 | USACE;ERDC;CEERD-GV-T | Reed L Mosher | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 649 | EFP-649-000000061 | EFP-649-000000061 | USACE;ERDC;CEERD-GV-T | Reed L Mosher | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 649 | EFP-649-000000063 | EFP-649-000000063 | USACE;ERDC;CEERD-GV-T | Reed L Mosher | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 649 | EFP-649-000000070 | EFP-649-000000078 | USACE;ERDC;CEERD-GV-T | Reed L Mosher | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 649 | EFP-649-000000083 | EFP-649-000000083 | USACE;ERDC;CEERD-GV-T | Reed L Mosher | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 649 | EFP-649-000000115 | EFP-649-000000125 | USACE;ERDC;CEERD-GV-T | Reed L Mosher | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 649 | EFP-649-000000134 | EFP-649-000000211 | USACE;ERDC;CEERD-GV-T | Reed L Mosher | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |

**PRODUCTION LOG**
**In re Katrina Canal Breaches Litigation 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 650 | EFP-650-000000001 | EFP-650-000000586 | USACE;ERDC;CEERD-GV-T | Reed L Mosher | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 651 | EFP-651-000000001 | EFP-651-000000252 | USACE;ERDC;CEERD-GV-T | Reed L Mosher | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 652 | EFP-652-000000001 | EFP-652-000000046 | USACE;ERDC;CEERD-GV-T | Reed L Mosher | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 652 | EFP-652-000000048 | EFP-652-000000049 | USACE;ERDC;CEERD-GV-T | Reed L Mosher | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 652 | EFP-652-000000051 | EFP-652-000000062 | USACE;ERDC;CEERD-GV-T | Reed L Mosher | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 652 | EFP-652-000000064 | EFP-652-000000097 | USACE;ERDC;CEERD-GV-T | Reed L Mosher | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 652 | EFP-652-000000099 | EFP-652-000000195 | USACE;ERDC;CEERD-GV-T | Reed L Mosher | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |

**PRODUCTION LOG**
**In re Katrina Canal Breaches Litigation 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 652 | EFP-652-000000197 | EFP-652-000000355 | USACE;ERDC;CEERD-GV-T | Reed L Mosher | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 652 | EFP-652-000000357 | EFP-652-000000463 | USACE;ERDC;CEERD-GV-T | Reed L Mosher | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 652 | EFP-652-000000465 | EFP-652-000000468 | USACE;ERDC;CEERD-GV-T | Reed L Mosher | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 652 | EFP-652-000000470 | EFP-652-000000628 | USACE;ERDC;CEERD-GV-T | Reed L Mosher | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 652 | EFP-652-000000630 | EFP-652-000000711 | USACE;ERDC;CEERD-GV-T | Reed L Mosher | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 652 | EFP-652-000000713 | EFP-652-000000816 | USACE;ERDC;CEERD-GV-T | Reed L Mosher | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 652 | EFP-652-000000818 | EFP-652-000000930 | USACE;ERDC;CEERD-GV-T | Reed L Mosher | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |

**PRODUCTION LOG**
**In re Katrina Canal Breaches Litigation 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 652 | EFP-652-000000932 | EFP-652-000000971 | USACE;ERDC;CEERD-GV-T | Reed L Mosher | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 652 | EFP-652-000000973 | EFP-652-000000982 | USACE;ERDC;CEERD-GV-T | Reed L Mosher | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 652 | EFP-652-000000987 | EFP-652-000001003 | USACE;ERDC;CEERD-GV-T | Reed L Mosher | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 652 | EFP-652-000001010 | EFP-652-000001010 | USACE;ERDC;CEERD-GV-T | Reed L Mosher | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 652 | EFP-652-000001013 | EFP-652-000001022 | USACE;ERDC;CEERD-GV-T | Reed L Mosher | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 652 | EFP-652-000001026 | EFP-652-000001052 | USACE;ERDC;CEERD-GV-T | Reed L Mosher | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 652 | EFP-652-000001059 | EFP-652-000001095 | USACE;ERDC;CEERD-GV-T | Reed L Mosher | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |

PRODUCTION LOG
In re Katrina Canal Breaches Litigation 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 654 | EFP-654-000000001 | EFP-654-000000803 | USACE;ERDC;CEERD-GG-H | Don E Yule | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 654 | EFP-654-000000805 | EFP-654-000000829 | USACE;ERDC;CEERD-GG-H | Don E Yule | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 654 | EFP-654-000000831 | EFP-654-000000834 | USACE;ERDC;CEERD-GG-H | Don E Yule | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 654 | EFP-654-000000836 | EFP-654-000000942 | USACE;ERDC;CEERD-GG-H | Don E Yule | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 654 | EFP-654-000000946 | EFP-654-000000946 | USACE;ERDC;CEERD-GG-H | Don E Yule | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 654 | EFP-654-000000948 | EFP-654-000001049 | USACE;ERDC;CEERD-GG-H | Don E Yule | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 654 | EFP-654-000001051 | EFP-654-000001440 | USACE;ERDC;CEERD-GG-H | Don E Yule | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |

PRODUCTION LOG
In re Katrina Canal Breaches Litigation 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 654 | EFP-654-000001442 | EFP-654-000001448 | USACE;ERDC;CEERD-GG-H | Don E Yule | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 654 | EFP-654-000001452 | EFP-654-000001519 | USACE;ERDC;CEERD-GG-H | Don E Yule | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 654 | EFP-654-000001521 | EFP-654-000001568 | USACE;ERDC;CEERD-GG-H | Don E Yule | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 654 | EFP-654-000001570 | EFP-654-000002096 | USACE;ERDC;CEERD-GG-H | Don E Yule | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 654 | EFP-654-000002098 | EFP-654-000002407 | USACE;ERDC;CEERD-GG-H | Don E Yule | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 654 | EFP-654-000002409 | EFP-654-000002411 | USACE;ERDC;CEERD-GG-H | Don E Yule | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 654 | EFP-654-000002413 | EFP-654-000002427 | USACE;ERDC;CEERD-GG-H | Don E Yule | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |

**PRODUCTION LOG**
**In re Katrina Canal Breaches Litigation 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 654 | EFP-654-000002429 | EFP-654-000002501 | USACE;ERDC;CEERD-GG-H | Don E Yule | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 654 | EFP-654-000002503 | EFP-654-000002612 | USACE;ERDC;CEERD-GG-H | Don E Yule | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 654 | EFP-654-000002616 | EFP-654-000002643 | USACE;ERDC;CEERD-GG-H | Don E Yule | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Geotechnical and Structures Lab |
| EFP | 655 | EFP-655-000000001 | EFP-655-000000002 | USACE;ERDC;GWOT | James Houston | KC966 | 10/22/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-Files from ERDC; Command Staff |