UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * |
| | *   CIVIL ACTION NO.: 05-4182 |
| PERTAINS TO: | *   JUDGE: DUVAL |
| INSURANCE:   *Acevedo*, 07-5199 | *   MAGISTRATE: WILKINSON |

## ORDER

Considering the foregoing Partial Motion to Dismiss;

**IT IS ORDERED** that the Partial Motion to Dismiss be and hereby is **GRANTED** and that the listed plaintiffs claims asserted against the defendants listed below be dismissed, with prejudice, each party to bear its own costs. Claims of all remaining plaintiffs against all defendants are reserved.

Plaintiff

- Miriam Davis

Defendants

- Balboa Insurance Company
- Meritplan Insurance Company

New Orleans, Louisiana, this __22nd__ day of __October__, 2008.

_____
UNITED STATES DISTRICT JUDGE