# FAX COVER SHEET

## Longman Russo
A PROFESSIONAL LAW CORPORATION

P. O. Box 3408
Lafayette, Louisiana 70502-3408
Telephone: (337) 262-9000
Fax: (337) 262-9001



RECEIVED
OCT 15 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

---

If there is a problem with transmission or if all pages are not received,
please call (337) 262-9000 for retransmission.

---

Our File Number:
894.171

DATE:       October 15, 2008

TO:         Judge Joseph Wilkinson        504-589-7633

FROM:       Gary J. Russo

RE:         In Re: Katrina Canal Breaches Consolidated Litigation
            Status Report

Number of pages including this cover page: 5

MESSAGE:

---

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL TO US BY MAIL WITHOUT MAKING A COPY. THANK YOU.

DATE SENT: _____

TIME SENT: _____

SENDER'S INITIALS: _____

In Re: Katrina Canal Breaches Consolidated Litigation - Master List of Travelers/Standard Fire Insurance Company - being handled by Gary Russo (337-262-9000) of Longman Russo, APLC

Revised 10/15/2008 5:13 PM

| Civil Action | Case Caption | Claimant | Demand & Backup | Status | Attorney |
|---|---|---|---|---|---|
| 06-8801 | Frank Alfonso, et al versus Travelers Insurance Co. and Travelers Indemnity Co. | Alfonso, Frank | | settlement funds and settlement docs sent to plaintiff | Page, Brian 504-286-2022 |
| 06-8801 | Frank Alfonso, et al versus Travelers Insurance Co. and Travelers Indemnity Co. | Hyver, Robert | | settlement funds and settlement docs sent to plaintiff | Page, Brian 504-286-2022 |
| 06-8801 | Frank Alfonso, et al versus Travelers Insurance Co. and Travelers Indemnity Co. | Eddy, Charles & Vivian | | settled - need Road Home consent | Page, Brian 504-286-2022 |
| 06-8801 | Frank Alfonso, et al versus Travelers Insurance Co. and Travelers Indemnity Co. | Gremillion, Michael & Marie | | settled - need Road Home consent | Page, Brian 504-286-2022 |
| 06-8801 | Frank Alfonso, et al versus Travelers Insurance Co. and Travelers Indemnity Co. | Killeen, Sandra | | settled - need Road Home consent | Page, Brian 504-286-2022 |
| 06-8801 | Frank Alfonso, et al versus Travelers Insurance Co. and Travelers Indemnity Co. | Cerise Victor & York, Anne | 10/14/2008 rejected settled offer | waiting on confirmation of settlement | Kehoe, Patrick 504-588-1110 |
| 06-6861 | Ruby Williams and Edward Williams, Jr. versus Standard Fire Insurance Company/Travelers and Insurance Counselors Inc. | Williams, Ruby | | settled - need Road Home consent | Kavanagh, David 504-529-5100 |
| 06-3990 | Brion Scieneaux and Dierde Scieneaux versus The Standard Fire Insurance Company | Scieneaux, Brion | | settled - funds and settlement docs forwarded to plaintiff | Cannella, David 504-299-1214 |
| 06-3999 | Carol Ann Heintz versus The Standard Fire Insurance Company | Heintz, Carol | | settled - need Road Home consent | Cannella, David 504-299-1214 |
| 06-8176 | John Flores and Jean Flores versus Travelers Insurance Compay | Flores, John & Jean | inspection 10/7/2008 and settlement conference of two remaining claims | 10/8 ongoing settlement negotiations | Sanders, Patrick 504-834-0646 |
| 06-8801 | Frank Alfonso, et al versus Travelers Insurance Co. and Travelers Indemnity Co. | Rinaldo, Louise | yes | settled 10/9/08 | Feingerts, Bruce 504-522-7791 |
| 08-7687 | Jennifer McKnight and Scott McKnight versus Martin Insurance Agency, Inc., Lexington Insurance Company and Travelers Insurance Company | Jennifer McKnight | not yet | is being dismissed | Pendergast, Gary 504-523-0454 |
| 07-5852 | Funches Dixon, et al versus The Standard Fire Insurance Company and the Travelers Indemnity Co. | Dixon, Funches & Sharese Matthews Dixon | demand | settlement meeting 10/27 in Houston | Douglas, Darcy 713-228-2200 |
| 06-7286 | Eugene Latapie versus St. Paul Travelers Insurance Company | Latapie, Eugene | not yet | | Riley, Michael 504-588-1110 |
| 06-8638 | Frank Gambino and Lucrezia Gambino versus The Standard Fire Insurance Company and Alliance Insurance Agency Services, Inc. | Gambino, Frank & Lurezia #2 | none received | | Gambino, Derek 504-523-5413 |
| 07-3845 | Michael Serio versus The Standard Fire Insurance Company, et al | Serio, Michael | none received | 10/9/08 ongoing settlement negotiations | Amedee, Roy 504-592-3222 and/or Feingerts, Bruce 504-522-7791 |
| 06-4927 | Pelican Graphics, L.L.C. versus United States Fidelity & Guaranty | Pelican Graphics | none received | | Wolfe, Scott (504) 894-9653 |
| 07-2820 | Jennifer Luscy Deane, et al versus Travelers Property Casualty Company of America | Deane, Jennifer Luscy, Luscy, William D., Luscy Johnathan M., Luscy, William J. III | none received | | Luscy, William J., III 504-837-5597 |
| 07-3576 | Eileen Fabregas versus The Standard Fire Insurance Company | Fabregas, Elleen | none received | | Sunseri, Doug 504-837-1304 |
| 07-4581 | Kathy and Louis Frught versus Standard Fire Insurance Company | Frught, Kathy & Louis Frught | none received | | Stams, Remi 225-936-7619 |
| 07-4787 | Charles Gray and Sadie Gray versus Travelers Casualty and Surety Company | Gray, Charles & Sadie Gray #2 | | 10/6/08 dismissal executed | Fayard, Calvin 225-664-4193 |

In Re: Katrina Canal Breaches Consolidated Litigation - Master List of Travelers/Standard Fire Insurance Company - being handled by Gary Russo (337-262-9000) of Longman Russo, APLC

Revised 10/15/2008 5:13 PM

| | | | | | |
|---|---|---|---|---|---|
| 07-6363 | Paul Volpe and Diane Volpe versus The Standard Fire Insurance Company, St. Paul's Travelers Insurance Company and The Travelers Indemnity Company | Volpe, Paul & Diane Volpe | none received | | Elliott, N. Frank 337-494-7171 |
| 07-6364 | Milton A. Caruso versus The Standard Fire Insurance Company, et al | Caruso, Milton | none received | | Elliott, N. Frank 337-494-7171 |
| 07-3833 | Ada & Anthony Smith versus The Standard Fire Insurance Company | Smith, Ada & Anthony | none received | claimants' claims previously settled with atty Jim Hall in another lawsuit (Aaron vs. AIG); have asked atty to dismiss this lawsuit since claims already settled | Amedee, Roy 504-592-3222 |
| | Aaron, et al vs. AIG Centennial Ins. Co., et al, Docket No. 06-4746, USDC, Eastern Dist of La | Claimant: Ada and Anthony Smith | | settled - reserved flood pending Sher - need dismissal | Hall, Jim 504-832-3000 |
| 07-3834 | Charles Davis versus The Standard Fire Insurance Company, et al | Charles Davis | | settled plaintiff is deceased; heirs to open succession; also need Road Home consent | Amedee, Roy 504-592-3222 |
| 07-3835 | Patricia and Clarence Wilson versus The Standard Fire Insurance Company, et al | Patricia Wilson | | settled - need Road Home consent | Amedee, Roy 504-592-3222 |
| 07-3836 | Myrtle Reed versus The Standard Fire Insurance Company, et al | Myrtle Reed | | dismissed - 5/29/08 | Amedee, Roy 504-592-3222 |
| 07-3837 | Vernice Mallet & Dwayne Mallet versus The Standard Fire Insurance Company, et al | Vernice Mallet | | dismissed - 5/29/08 | Amedee, Roy 504-592-3222 |
| 07-3838 | Williams, Carnese | | | dismissed - 1/21/08 | |
| 07-3839 | Mr. and Mrs. Francis Thaller versus The Standard Fire Insurance Company, et al | Francis Thaller | | dismissed - 1/28/08 | Amedee, Roy 504-592-3222 |
| 07-3840 | Ambrose, Ida versus The Standard Fire Insurance Company, et al | Ida Ambrose | | settled - need Road Home consent | Amedee, Roy 504-592-3222 |
| 07-3841 | Patricia Clark versus The Standard Fire Insurance Company, et al | Patricia Clark | | settled - received executed release - plaintiff did not file dismissal | Patrick Kehoe 504-588-1110 |
| 07-3842 | Bennie Frank Johnson versus The Standard Fire Insurance Company, et al | Bennie Frank Johnson | | settled - Road Home consent received 10/9/2008 | Amedee, Roy 504-592-3222 |
| 07-3843 | Myrtle Munna versus The Standard Fire Insurance Company, et al | Myrtle Munna | there are two suits by Munna | settled - SBA issue and need Road Home consent | Amedee, Roy 504-592-3222 |
| 06-8801 | Frank Alfonso, et al versus Travelers Insurance Co. and Travelers Indemnity Co. | Myrtle Munna | two suits same plaintiff | same claimaint as (07-3843, in which settlement was reached); asked atty to dismiss Munna's claims in this suit | Page, Brian 504-286-202 |
| 07-3844 | Marion Pierce versus The Standard Fire Insurance Company, et al | Marion Pierce | | dismissed - 9/19/08 | Amedee, Roy 504-592-3222 |
| 07-3845 | Michael Serio versus The Standard Fire Insurance Company, et al | Michael Serio | none received | contacting counsel to set up settlement conference | Feingerts, Bruce 504-522-7791 |

In Re: Katrina Canal Breaches Consolidated Litigation – Master List of Travelers/Standare Fire Insurance Company – being handled by Gary Russo (337-262-9000) of Longman Russo, APLC

Revised 10/15/2008 6:13 PM

| | | | | | |
|---|---|---|---|---|---|
| 07-3846 | Colleen Clark versus The Standard Fire Insurance Company, etal | Colleen Clark | | settled – need proof of mortgage payoff; Road Home consent and SBA | Amedee, Roy 504-592-3222 |
| 07-1926 & 07-3847 | Dow Edwards versus The Standard Fire Insurance Company | Dow Edwards | | both dismissed – 8/28/08 | Amedee, Roy 504-592-3222 |
| 07-3848 | Gertrude and Emanuel Esteves versus The Standard Fire Insurance Company, et al | Gertrude Esteves | | settled – subsequently served with another suit by claimaint (CDC, Orleans #07-10005); holding settlement funds pending resolving issue of 2nd suit | Amedee, Roy 504-592-3222 |
| 08-8828 | Gertrude Esteves, et al versus The Standard Fire Insurance Company, et al | Gertrude Esteves | same suit | " " | Amedee, Roy 504-592-3222 |
| | Emanuel Esteves and Gertrude Esteves versus The Standard Fire Insurance Company et al, Docket No. 2007-10005, Civil District Court, Orleans Parish | Gertrude Esteves | new lawsuit – different law firm | not canal breaches – same claimaint as in Canal Breach suit (07-3848); letter sent to atty re: duplicate lawsuit | Perry, Earl & Brian Houghtaling 504-456-8600 |
| 07-3949 | Mildred Kelley versus The Standard Fire Insurance Company, et al | Mildred Kelley | | settled – need Road Home consent | Amedee, Roy 504-592-3222 |
| 07-3850 | Michelle Thomas versus The Standard Fire Insurance Commpany, et al | Michelle Thomas | | settled – need Road Home consent | Amedee, Roy 504-592-3222 |
| 07-3851 | Rosemarie Palmer Jones versus the Standard Fire Insurance Company, et al | Jones, Rosemarie Palmer | none received | not sure plaintiff is pursuing | Amedee, Roy 504-592-3222 |

F:\DATA\0894 Travelers St Pauls\Hurricane Katrina\canal breaches\canal breaches-judge wilkinson.xls