UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES  CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE, Darnell, 07-229    JUDGE DUVAL
MAG. WILKINSON

## ORDER

I received no report in response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts. Thus, I contacted defense counsel, Steven Lozes, by telephone and was advised that although the parties have agreed to attempt to settle the case by scheduling a private mediation, no private mediation has in fact yet been scheduled. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Darnell case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and

OCT 20 2008

TRANSFERRED TO

MAG. 1

henceforth all future filings in C.A. No.07-229 on the docket of C.A. No. 07-229, and not on the docket of C.A. No. 05-4182.

The referenced case was originally randomly allotted to Section "K"(1) upon its removal to this court from state court. Accordingly, **IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it back to Magistrate Section (1), where it was previously allotted before its transfer to this consolidated litigation, for future proceedings in Section "K"(1).

New Orleans, Louisiana, this ___17th___ day of October, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

2