UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION
                                       NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE, <u>Flores</u>, 06-8176    JUDGE DUVAL
                                       MAG. WILKINSON

### ORDER

I have received a letter dated October 15, 2008 from defense counsel with attached supplemental status report concerning several cases, including the referenced <u>Flores</u> case, which has been separately filed in the record of both C.A. No. 06-8176 and C.A. No. 05-4182. The letter is deemed the supplemental response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts, that was required by my separate order, Record Doc. No. 14873. While it appears that the parties are engaged in ongoing settlement discussions, no settlement has yet been reached, and further proceedings may be required. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced <u>Flores</u> case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation,

OCT 20 2008
TRANSFERRED TO ʏᴍ
**SECT. J MAG. 3**

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No _____

Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and henceforth all future filings in C.A. No. 06-8176 on the docket of C.A. No. 06-8176, and not on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it back to Section "J"(3), where it was previously allotted before its transfer to this consolidated litigation, for future proceedings in Section "J" (3).

New Orleans, Louisiana, this ___17th___ day of October, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
HON. STANWOOD R. DUVAL, JR.
HON. CARL J. BARBIER