UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES            CIVIL ACTION
CONSOLIDATED LITIGATION
                                          NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE, Dixon, 07-5852    JUDGE DUVAL
                                          MAG. WILKINSON

### ORDER

I have received a letter dated October 15, 2008 from defense counsel with attached supplemental status report concerning several cases, including the referenced Dixon case, which has been separately filed in the record of both C.A. No. 07-5852 and C.A. No. 05-4182. The letter is deemed the supplemental response to the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521 at p. 4, concerning the status of settlement efforts, that was required by my separate order, Record Doc. No. 14873. While it appears from this material that the parties have scheduled additional settlement discussions, no settlement has yet been achieved, and further proceedings may be required. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced Dixon case only is terminated.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4,

**IT IS FURTHER ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation,

OCT 20 2008
REALLOTTED TO
SECT. I MAG. 2

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and henceforth all future filings in C.A. No. 07-5852 on the docket of C.A. No. 07-5852, and not on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk randomly REALLOT this case to both a district judge section and a magistrate judge section, for future proceedings.

New Orleans, Louisiana, this \_\_\_17th\_\_\_ day of October, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**