UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NUMBER:  05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO:  *Robinson* (No. 06-2268) | |

## DECLARATION OF PIERCE O'DONNELL

1.      I am a member of the California State Bar in good standing, am admitted to appear before this Court *pro hac vice,* and a partner in O'Donnell & Associates PC, counsel of record for Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucille Franz (collectively, "Plaintiffs").  I have personal knowledge of the following facts and, if called and sworn, would competently testify as follows:

2.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the expert report of Dr. Robert Bea dated July 14, 2008.

3.      Attached hereto as Exhibit 2 is a true and correct copy of excerpts of Declaration No. 1 Engineering Forensic Studies of Performance of the Man-Made Features Bordering the Reach 2 of the Mississippi River-Gulf Outlet (MR-GO) During Hurricane Katrina by Dr. Robert Bea dated July 11, 2008.

4.      Attached hereto as Exhibit 3 is a true and correct copy of the expert report of Dr. G. Paul Kemp, Mississippi River Gulf Outlet Effects on Storm Surge, Waves and Flooding During Hurricane Katrina dated July 11, 2008.

1

5.      Attached hereto as Exhibit 4 is a true and correct copy of excerpts of Declaration No. 3 Engineering Forensic Studies of Performance of the Man-Made Features Bordering the Mississippi River-Gulf Outlet (MR-GO) During 'Neutral' MR-GO Hurricane Katrina Conditions by Dr. Robert Bea dated July 11, 2008.

6.      Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the Declaration of Dr. G. Paul Kemp.

7.      Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the deposition transcript of Robert A. Dalrymple.

8.      Attached hereto as Exhibit 7 is a true and correct copy of excerpts of the videotaped deposition transcript of United States of America, by and through the United States Army Corps of Engineers, through its designee, Gib A. Owen.

9.      Attached hereto as Exhibit 8 is a true and correct copy of Greater New Orleans Hurricane and Storm Damage Risk Reduction System (HSDRRS) Status June 2008.

10.     Attached hereto as Exhibit 9 is a true and correct copy of New Orleans Hurricane and Storm Damage Risk Reduction System 2008 Facts and Figures by the U.S. Army Corp of Engineers dated August 28, 2008.

11.     Attached hereto as Exhibit 10 is a true and correct copy of Project Fact Sheet by the U.S. Army Corp of Engineers.

12.     Attached hereto as Exhibit 11 is a true and correct copy of excerpts of Lake Pontchartrain, Louisiana and Vicinity Design Memorandum No. 1, Hydrology and Hydraulic Analysis – Part IV Chalmette Extension by the Office of the District Engineer, New Orleans District, Corps of Engineers dated October 1967.

13.     Attached hereto as Exhibit 12 is a true and correct copy of excerpts of Decision Record, Individual Environmental Report #11, Improved Protection on the Inner Harbor Navigation Canal by the U.S. Army Corps of Engineers.

14.     Attached hereto as Exhibit 13 is a true and correct copy of excerpts of Draft Individual Environmental Report, Improved Protection on the Inner Harbor Navigation Canal, Orleans and St. Bernard Parishes, Louisiana, IER #11 Tier 2 Borgne by the U.S. Army Corps of Engineers dated August 2008.

15.     Attached hereto as Exhibit 14 is a true and correct copy of Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Final Report of the Interagency Performance Evaluation Task Force, Vol. 4 – The Storm by the U.S. Army Corps of Engineers dated March 26, 2007.

16.     Attached hereto as Exhibit 15 is a true and correct copy of Wave Modeling New Orleans – Mississippi River Gulf Outlet, Hurricane Katrina August 2005 Appendices by C. Gautier, M. Kok, and J.K. Vrijling dated July 9, 2008.

17.     Attached hereto as Exhibit 16 is a true and correct copy of excerpts of Team Louisiana, The Failure of the New Orleans Levee System during Hurricane Katrina by Dr. Ivor Ll van Heerden et al. dated December 18, 2006.

18.     Attached hereto as Exhibit 17 is a true and correct copy of excerpts of the deposition transcript of United States Army Corps of Engineers, 30(b)(6) witness Alfred Naomi dated November 14 and 15, 2007.

19.     Attached hereto as Exhibit 18 is a true and correct copy of excerpts of Mississippi River–Gulf Outlet, St. Bernard Parish, La., Bank Erosion, Reconnaissance Report, LMVD

Comments Relative to the Mississippi River-Gulf Outlet Bank Erosion Reconnaissance Report by U.S. Army Corps of Engineers dated February 1988.

20.     Attached hereto as Exhibit 19 is a true and correct copy of relevant excerpts of the Expert Report of Dr. John Day and Dr. Gary Shaffer entitled "Effects of the Mississippi River Gulf Outlet on Coastal Wetlands and Other Ecosystems in Southeastern Louisiana" dated May 1, 2008.

21.     Attached hereto as Exhibit 20 is a true and correct copy of Louisiana Coastal Area (LCA) Ecosystem Restoration, LA (General Investigations): Comprehensive Coastwide Ecosystem Restoration Feasibility Study dated January 31, 2005.

22.     Attached hereto as Exhibit 21 is a true and correct copy of excerpts of Mississippi River Gulf-Outlet, St. Bernard Parish, La., Bank Erosion Reconnaissance Report, Syllabus by U.S. Army Corps of Engineers dated February 1988.

23.     Attached hereto as Exhibit 22 is a true and correct copy of excerpts of Army Corps, Environmental Considerations of an Expanded Mississippi River-Gulf Outlet, Appendix I at NED-111-000001197.

24.     Attached hereto as Exhibit 23 is a true and correct copy of excerpts of Report, Lake Pontchartrain and Vicinity, Louisiana by U.S. Army Corps of Engineers dated July 24, 1963.

25.     Attached hereto as Exhibit 24 is a true and correct copy of reply letter from E.R. Heiberg III to Mr. G.J. Lannes, Jr. dated April 21, 1975.

26.     Attached hereto as Exhibit 25 is a true and correct copy of excerpts of An Interim Report on Fish and Wildlife Resources as Related to Mississippi River to Gulf Outlet Project,

Louisiana and an Outline of Proposed Fish and Wildlife Studies by Branch of River Basins, Vicksburg Office dated April 1958.

27.     Attached hereto as Exhibit 26 is a true and correct copy of excerpts of Environmental Impact Study, Ship Channel Project by Coastal Environments, Inc. dated October 1972.

28.     Attached hereto as Exhibit 27 is a true and correct copy of Report to the Police Jury of the Parish of St. Bernard of the Tidewater Channel Advisory Committee.

29.     Attached hereto as Exhibit 28 is a true and correct copy of excerpts of Report of the Environmental Sub-Committee to the MRGO Technical Committee dated March 16, 2000, Habitat Impacts of the Construction of MRGO dated December 1999 by the New Orleans District Corps of Engineers.

30.     Attached hereto as Exhibit 29 is a true and correct copy of comments on modification of Lake Pontchartrain hurricane protection plan from W.L. Towns and Seton H. Thompson, United States Department of the Interior, Fish and Wildlife Service, Bureau of Sport Fisheries and Wildlife dated October 22, 1962.

31.     Attached hereto as Exhibit 30 is a true and correct copy of excerpts of Proposed Changes in U.S. Army Corps of Engineers Flood Control Plans – New Orleans Area from Citizens Committee for Hurricane Flood Control dated November 24, 1965.

32.     Attached hereto as Exhibit 31 is a true and correct copy of Mississippi River-Gulf Outlet New Ship Lock Review of Dock Board Proposals for St. Bernard Parish Site.

33.     Attached hereto as Exhibit 32 is a true and correct copy of Letter dated August 16, 1971; Subject: MR-GO – New Ship Lock; Return Levees; signed by Becnel (AFW-440-000000936).

34.     Attached hereto as Exhibit 33 is a true and correct copy of Disposition Form, MR-GO – New Ship Lock; Return Levees; signed by Mask dated June 21, 1971.

35.     Attached hereto as Exhibit 34 is a true and correct copy of Letter dated October 14, 1969; Subject: MR-GO Floodgates at IHNC from Jerome C. Baehr.

36.     Attached hereto as Exhibit 35 is a true and correct copy of excerpts of Report; Subject: Lake Pontchartrain, La. and Vicinity – Report on Controlling Elevation of Seabrook Lock by Department of the Army, New Orleans District, Corps of Engineers dated October 19, 1966.

37.     Attached hereto as Exhibit 36 is a true and correct copy of excerpts of CRS Report for Congress, Mississippi River Gulf Outlet (MRGO): Issues for Congress by Nicole T. Carter and Charles V. Stern dated August 4, 2006.

38.     Attached hereto as Exhibit 37 is a true and correct copy of excerpts of Appendix C, Report on Evaluation of Alternate Plans Involving Modifications in the Alignment of the Lake Pontchartrain Barrier.

39.     Attached hereto as Exhibit 38 is a true and correct copy of Lake Pontchartrain and Vicinity Design Memorandum No. 2: Citrus Back Levee, Appendix E: Report on the Controlling Elevation of the Seabrook Lock dated October 1966.

40.     Attached hereto as Exhibit 39 is a true and correct copy of excerpts of House Document No. 231, 89th Congress, 1st Session, Lake Pontchartrain and Vicinity, Louisiana, Report of the District Engineer, Hurricane Study, Interim Survey Report, dated March 4, 1964.

41.     Attached hereto as Exhibit 40 is a true and correct copy of excerpts of Lake Pontchartrain and Vicinity, Louisiana, Report from the Chief of Engineers on a Review of the

Reports on, and an Interim Hurricane Survey of Lake Pontchartrain and Vicinity, Louisiana dated March 4, 1964.

42.     Attached hereto as Exhibit 41 is a true and correct copy of excerpts of Letter from United States Department of the Interior, Fish and Wildlife Service to Jack A. Stephens of St. Bernard Parish Planning Commission dated May 31, 1979.

43.     Attached hereto as Exhibit 42 is a true and correct copy of excerpts of Louisiana Canal's Effects on Fish and Wildlife Arouse Concern of Conservationists from Department of the Interior, Information Service, United States Fish and Wildlife Service dated September 26, 1957.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 22, 2008, in Los Angeles, California.


s/ Pierce O'Donnell
PIERCE O'DONNELL

## **CERTIFICATE OF SERVICE**

I, Pierce O'Donnell, hereby certify that on October 22, 2008, I caused to be served

**DECLARATION OF PIERCE O'DONNELL**, upon Defendants' counsel, Robin D. Smith,

George Carter, Keith Liddle, and Richard Stone by ECF and email at

robin.doyle.smith@usdoj.gov; george.carter@usdoj.gov, keith.liddle@usdoj.gov, and

richard.stone@usdoj.gov.

/s/ Pierce O'Donnell