## Declaration No. I.

# ENGINEERING FORENSIC STUDIES OF PERFORMANCE OF THE MAN-MADE FEATURES BORDERING THE REACH 2 OF THE MISSISSIPPI RIVER-GULF OUTLET (MR-GO) DURING HURRICANE KATRINA

Report to

**Katrina Canal Breaches Consolidated Litigation**

[Civil Action Number: 05-4182 "K" (2)]

United States District Court

Eastern District of Louisiana

Pertains to MR-GO, Robinson

(No. 06-2268)

By

Dr. Robert Bea

**Risk Assessment and Management Services**

Moraga, California

July 11, 2008

Format edits: July 15, 2008

37.    These 'Neutral' MR-GO Hurricane Katrina Conditions were analyzed to help determine how the design, construction, operation, and maintenance of the MR-GO affected the performance of the man-made flood protection structures during Hurricane Katrina (Bea 2008). The 'base case' for the 'Neutral' MR-GO Hurricane Katrina Conditions is identified in Table 2 as Scenario 2C. The other Scenario 2 and Scenario 3 analyses are intended to provide insights into the affects of the MR-GO design, construction, operation, and maintenance parameters important to the performance characteristics of the man-made structures associated with Reach 1 and Reach 2.

38.    The 'Neutral' MR-GO Hurricane Katrina Conditions assessment is based on the contention that the Congressionally authorized MR-GO navigation project should 'do no harm' to the environment and to the man-made hurricane flood protection structures that defend this region from hurricane flooding.  Thus, if there would be negative effects of the MR-GO that would have substantial deleterious effects on these elements, then it was incumbent that the USACE properly address and mitigate these negative effects. Such negative effects as destruction and degradation of the natural hurricane flood protection features (barrier beaches, land bridges, marshes, wetlands, swamps, salinity increases resulting in degradation of vegetation and habitats) and those associated with constructed works (e.g. protective berms for flood protection levees and other man-made structures, channel water flow increasing surge elevations, channel effects increasing hurricane waves and currents and channel induced erosion of both natural and man-made flood protection elements) have been addressed in development of the 'Neutral' MR-GO Hurricane Katrina Conditions addressed in this Declaration.

39.   The negative effects of the MR-GO could have and should have been addressed by mitigating elements applied directly to the MR-GO channel itself and to the adjacent man-made flood protection structures. It was incumbent on the USACE to address these potential environmental effects in the MR-GO environmental impact statement (USACE 1976). The scientific and engineering technology, although not as well developed as today, did exist to properly address these effects (see Appendix B in Declaration by Robert Glenn Bea dated September 17, 2007; USACE 1975; Bretschneider and Collins 1966; Woolley and Shabman 2008; Colten 2006; ILIT 2006; Team Louisiana 2007; Coastal Environments 1984; Arnold 2007, 2008). In fact, the history of the development of the MR-GO project (*MR-GO Timeline 1722 A.D. – Present*, Katrina Consolidated Litigation Committee, 2008) clearly shows that the USACE was aware of and in fact did consider many of the critical negative impacts. It is also clear, that preoccupations with continued development of navigable waterways, budgets, and schedules led to decisions not to mitigate these important impacts. Today, MR-GO channel mitigations are being developed and evaluated by the USACE as part of the *Mississippi River Gulf Outlet Deep-Draft De-Authorization Report* to Congress (USACE 2008a), the *Louisiana Coastal Protection and Restoration Project* (LCPRA, USACE 2008b), and the MR-GO Reach 2 man-made flood protection structures mitigations included in the *Hurricane and Storm Damage Reduction System Design Guidelines* (USACE 2008c). Potential channel mitigating measures include placing barriers or gates at the Gulf of Mexico – MR-GO entrance, at the intersection of the MR-GO with the GIWW, and at the IHNC (Seabrook), restoring natural protective features (barrier beaches, wetlands, marshes, swamps), providing armoring of channel banks, and provision of foreshore protection to protect the EBSB and other similar levee alignments.

Potential man-made flood protection structure mitigating measures include provision of protected and flood side armor for levees and embankments, wave berms, foreshore protection, EBSB and levee profiles that reduce surge – current – and wave effects, use of proper materials and construction methods, use of deeper sheet piling and other means to cut-off subterranean seepage paths, and construction and maintenance procedures to maintain levees and EBSBs to adequate elevations. The effects of these mitigations have been included in characterization of the 'Neutral' MR-GO Hurricane Katrina Conditions.

40.     The primary locations identified for outputs from the analytical models utilized by Wit et al (2008) and Gautier et al (2008) are shown in Figure 33. Based on the analytical results provided by Wit et al (2008), the surge hydrographs associated with the MR-GO Reach 2 locations are summarized in Figures 34 and 35. These surge hydrographs are based on retaining the man-made flood protection structures in their pre-Katrina conditions – no breaching – only overtopping.



Figure 33: Primary locations for Hurricane Katrina simulations outputs (Wit, et al 2008).

41.     As would be expected, depending upon location and the associated geographic – bathymetric – environmental conditions, the presence of the MR-GO has very different effects upon the Hurricane Katrina surge conditions. Comparing results between the Hurricane Katrina 'as was' surge hydrographs and the 'Neutral' MR-GO Hurricane Katrina hydrographs, in the relatively open water areas (e.g. Shell Beach, Bayou Dupre), the MR-GO channel has little influence on the surge characteristics. The Hurricane Katrina surge hydrographs that vary different parameters that affect the surge characteristics help identify how the Reach 2 EBSB alignment has significant effects on the surge characteristics along Reach 2. The EBSB alignment acts like a 'barrier' to the surge waters – and the surge waters pile up against this barrier (Scenario 2B). This 'piling up' effect was addressed by Bretschneider and Collins in their work on the 'funnel' effects for the USACE (1966). If this barrier is removed, then the surge waters have a 'place to go' – an enlarged area for volumetric, absorption, and frictional dissipation. Comparing the Hurricane Katrina peak surge at the EBSB alignment (about + 18 feet) with that at the 40 Arpent alignment without the EBSBs (Scenario 2D), the surge is dramatically reduced (about +13 to +14 feet). For the interior Reach 1 locations, the effects of the 'funnel' are further amplified by the presence of the MR-GO channel – the channel provides a conduit for earlier delivery and longer duration of the surge waters and for amplification of the surge due to the increased volume of water that can be delivered to these areas by the channel itself.

42.     Water current discharges and velocities associated with Hurricane Katrina and the MR-GO conditions also were evaluated for the areas of interest. These current characteristics also were very dependent on bathymetric, geographic, topographic, and vegetation (roughness) characteristics. Figure 36 shows the spatial current velocities for

Scenario 1 Hurricane Katrina 'as was' conditions near the time of the peak surge (August 29, 2008, 8:00am CDT referenced to Bayou Bienvenue location).



Figure 36: Spatial current velocities (magnitude with cooler scale, direction with arrows for Scenario 1 at 8:00 am CDT (Wit, et al 2008).

48

43.    Because of the potential importance of these currents to performance of the EBSBs bordering Reach 2 of the MR-GO, special current output locations were identified as shown in Figure 37 (Wit, et al 2008). Location 3 is of particular interest because this is the location used to perform detailed analyses of the wave and overtopping erosion and breaching characteristics of the EBSBs. Figure 38 shows the current velocities at Locations 1 - 3 (black line at toes of EBSBs and dashed green line - 'a' - at edge of MR-GO channel) from 4:00 am to 9:00 am CDT. The current velocities at the toes of the EBSBs are generally less than about one foot per second and have flow angles that parallel the face of the EBSB and MR-GO channel elevation.



Figure 37: Output locations for MR-GO Reach 2 (Wit, et al 2008, Gautier, et al 2008).



Figure 38: Results for Scenario 1 for locations 1, 2, and 3 (Figure 37) from 4:00 am to 9:00 am CDT. Note maximum surge elevation of 18 feet (NAVD 88) just after 8:00 am CDT (Wit et al 2008).

44.    The third Hurricane Katrina hydrodynamic characteristic addressed by Wit, et al (2008) and Gautier, et al (2008) were waves (heights, periods, directions). Because of the sensitivity of the waves to local effects (bathymetry, topography, vegetation), a series of computational grids were used to evaluate wave characteristics in the Lake Borgne region (Figure 39). Details of the sub-grids for the areas of the GIWW and the MR-GO Reach 2 are shown in Figure 40. These sub-grids are needed because of the changing scales of detail that must be addressed as one simulates regional to area to location specific hydrodynamic conditions.



Figure 39: Position of computational grids and bathymetry (feet relative to NAVD 88). Black border A-grid, Green border C-grid, Yellow border M-grid, Cyan border F-grid, Pink border G-grid).



Figure 40: Bathymetry (feet NAVD 88) for F- and G-grids and Wave Rays 3 and 4 at MR-GO channel and EBSB study location (Gautier, et al 2008).

45.     Of particular importance in evaluation and analyses of performance of the Reach 2 EBSBs and at the EBSB study location are wave characteristics along Rays 3 and 4, and at the positions located at the toes of the EBSBs indicated as 'L' (on levee, elevation approximately +5 to +6 feet (NAVD 88) (Figure 40).

46.     Figure 41 shows the significant wave heights (Hs, average of the highest one third wave heights – reflecting the energy content of the sea state) in the MR-GO Reach 2 area during the peak conditions generated by Hurricane Katrina – Scenario 1 as was conditions. The waves are approaching the EBSBs essentially broadside with their crests aligned with the crest of the EBSBs – the most damaging approach direction.

47.     Figure 42 shows propagation of the waves along Rays 3 and 4 during the most severe conditions (8:00 am CDT – close to the same time as the peak surge). The effects of bathymetry, topography, and roughness are evident. The waves decrease in height as they cross the area bordering Lake Borgne. When the waves encounter the deeper water of the MR-GO channel, their heights increase. When the waves cross over the other side of the MR-GO channel, their heights rapidly decrease – primarily due to shallow water wave shoaling and breaking. For the Hurricane Katrina peak conditions, the maximum significant wave heights at the toes of the EBSBs are approximately 6 feet. Note that these wave heights are very dependent on the water depth defined as the EBSB toe (L). For wave Ray 3, this position is close to the edge of the channel with the water depth close to mean sea level elevation. For wave Ray 4, this position is at the toe of the EBSB. These waves have 'peak periods' (Tp, the 'period' is the time between two successive wave crests, the 'peak period' is the period associated with the maximum energy in the sea state) of approximately 5.6 seconds.



Figure 41: Significant wave heights (Hs, feet) and wave directions during period 6:00 am to 9:00 am CDT in the MR-GO Reach 2 area (Gautier, et al 2008).



Figure 42: Hurricane Katrina 'as was' (Scenario 1) wave parameters on Rays 3 and 4 at 8:00 am CDT (Gautier, et al 2008).

48.     Figure 43 summarizes the Hurricane Katrina 'as was' Scenario 1 significant wave heights for Location 3 (EBSB study site, Ray 3). Also shown are the surge elevations provided by Wit, et al (2008) and computed shallow water 'breaking' wave heights based on the USACE STWAVE breaking wave height model (Smith 2008, IPET 2007) and an earlier breaking wave height model developed by Bretschneider (1954) based on measured wave heights in Lake Okeechobee, Florida during storm conditions (very comparable with Lake Borgne conditions). As noted earlier, the peak wave heights are closely related in time to the

peak surge elevations. Further, the maximum wave heights at the toe of the EBSB – Levees are governed by the water depths at this point and shallow water wave shoaling and breaking processes. The results provided by Wit, et al (2008) and Gautier, et al (2008) corroborate these observations.



Figure 43: Hurricane Katrina 'as was' (Scenario 1) surge elevation and significant wave height conditions at MR-GO Reach 2 Location 3 – Ray 3 (EBSB breaching study site) based on analyses performed by Wit, et al (2008) and Gautier, et al (2008). Local shallow water wave height breaking 'limits' shown are based on USACE STWAVE model (2006, Smith 2007) and Bretschneidner model (1954).

49.     Figure 44 summarizes Hurricane Katrina 'Neutral' MR-GO (Scenario 2C) wave height characteristics along Rays 3 and 4. Figure 45 shows a summary of the Hurricane Katrina 'Neutral' MR-GO (Scenario 2Ci) surge elevation and significant wave height conditions at the MR-GO Reach 2 Location 3 – Ray 3 EBSB breaching study site (location

L) and adjacent locations (Ray 4 EBSB location L) based on analyses performed by Wit et al (2008) and Gautier et al (2008). The significant wave heights are reduced by the 'Neutral' MR-GO channel (area occupied with native vegetation) and the vegetation on the Lake Borgne side of the EBSB Reach 2 alignment. The peak condition maximum significant wave heights at the toes of the EBSBs have been reduced to in the range of 4.0 to 4.6 feet (Figure 41).



Figure 44: Hurricane Katrina 'Neutral' MR-GO conditions (Scenario 2c) wave parameters on Rays 3 and 4 at 8:00 am CDT (Gautier, et al 2008).



Figure 45: Hurricane Katrina 'Neutral' MR-GO conditions (Scenario 2Ci) surge elevations and significant wave heights at MR-GO Reach 2 Location 3 – Ray 3 (EBSB breaching study site) and Location 4 – Ray 4 (south of EBSB study location) based on analyses performed by Wit, et al (2008) and Gautier, et al (2008).

LOCAL VEGETATION EFFECTS ON HURRICANE KATRINA WAVE CONDITIONS

50.    The results developed by Wit, et al (2008) and Gautier, et al (2008) have addressed the effects of the vegetation that existed in the Lake Borgne region at the time of Hurricane Katrina – the MR-GO 'as was' Scenario 1 conditions. Also, they have addressed the effects of the vegetation that would have existed in Lake Borgne region at the time of Hurricane Katrina – the 'Neutral' MR-GO conditions. However, because of 'scale' constraints in these simulations, the established vegetation existing between the MR-GO channel alignment and the toes of the hurricane flood protection EBSB 'berms' at the time of occurrence of Hurricane Katrina (Scenario 1), nor the established vegetation that would have

58

'n' sea states ($t_{gi}$ - time grass exposed to given 'ith' sea state) divided by the time to grass lift-off in that sea state ($Tf_{gi}$):

$$D = \sum_{i=1}^{n} \frac{t_{gi}}{Tf_{gi}} \leq 1.0 \ \text{(D = 1 = 'failure')}$$

Miner's fatigue damage accumulation rule has proven to be robust in application to determining the damaging effects of repeated cyclic straining of a wide variety of man-made (e.g. steel, concrete, plastics) and natural materials (e.g timber, soil, rock) (Lematire and Desmorat 2005, Suresh 1998).

## PERFORMANCE OF THE REACH 2 MAN-MADE FLOOD PROTECTION STRUCTURES FOR MR-GO HURRICANE KATRINA CONDITIONS

68.     Figure 71 summarizes the various effects that hurricane waves transiting from the open waters of Lake Borgne 'feel' (or are affected by) as they cross the Brackish Marsh, the MR-GO channel, the west channel bank, and finally the berm in front of the EBSBs. Four conditions are identified for the waves arriving at the toes of the EBSBs: 1) Condition 1 - no effects on Lake Borgne waves, 2) Condition 2 - decay due to Brackish Marsh and breaking and shoaling on channel bank and berm, 3) Condition 3 - Condition 2 and no MR-GO channel effects, and 4) Condition 4 - Condition 3 with bank vegetation effects. Condition 4 was used in the work summarized here to evaluate the performance of the EBSBs – the 'Neutral' MR-GO Hurricane Katrina Conditions (Bea and Storesund 2008a). It is very important to characterize the geographic, bathymetric, vegetation, and wave dissipation characteristics associated with each of the 'zones' identified in Figure 71.



Figure 71: Transit effects as hurricane waves propagate from Lake Borgne to the toes of the EBSBs (based on simulation results provided by Gautier, et al 2008).

69.     It was noted earlier in this Declaration, that the 'Neutral' MR-GO Hurricane Katrina Conditions hydrodynamic simulations did not incorporate local effects associated with the natural wave vegetation buffer zone between the authorized channel of the MR-GO and the toes of the EBSBs and navigation structures. The previous section has summarized results from validated analytical models that indicate that a well developed vegetation buffer zone (100 – 200 feet wide, 10 to 15 feet tall, moderate density) – consistent with 'Neutral' MR-GO Conditions - would reduce the incident waves to approximately 50 percent of the incident shallow water wave heights (water depths consistent the surge that accompanied Hurricane Katrina). The incident wave significant heights for the various locations along the EBSB alignment for the peak surge conditions ranged from 4.3 feet to 4.5 feet (upper bound 4.7 to 5.1 feet, lower bound 2.3 to 3.4 feet) – depending on the water depth and local bathymetry associated with the position of the base or toe of the man-made hurricane flood protection and navigation structures (Gautier et al 2008). The peak wave periods associated with these conditions ranged from about 3 to 4 seconds. These waves approached the Reach 2 alignment essentially 'broadside' with their crests about parallel to the Reach 2 alignment. Given that these wave heights would be further reduced by the local vegetation buffer zone, the maximum significant wave heights would be in the range of 2 to 3 feet (best estimate). The surge elevations would be unaffected. The currents at the toes of the EBSBs would be negligible.

### *LS-DYNA Computer Program*

70.     The computer program LS-DYNA (Livermore Software Technology Corporation. 2007) (Figure 72) was used to analyze the hydrodynamic conditions – levee profile – soil erosion and scour characteristics at the EBSB erosion – scour – breaching study site (Bea and Storesund

99.    As shown in Figure 100, the water velocities developed at the crest and backside of the EBSBs can be higher than those acting on the front sides. For the peak surge conditions, a primary determinant in these velocity characteristics and the associated erosion and breaching will be the elevation of the surge (hs) relative to the elevation of the crest of the EBSB (hc). The waves arriving at this point will have been affected by a wide variety of processes (e.g. diffraction, refraction, shoaling, friction, vegetation interactions, breaking, current interactions) (Pullen et al 2007; Goda 1985; D'Eliso 2007; Schuttrumpf 2007).

100.    The wave characteristics at the crown of the EBSBs will be affected in a significant way by local elements (e.g. geometry of the MR-GO channel, channel bank, front side berm and levee face). The IPET investigation addressed some of these local effects to develop insights into the three dimensional characteristics of the waves arriving at the unprotected side face of the EBSBs (e.g Figure 102) and into the two dimensional affects of the waves as they arrived at the crown of the EBSBs (e.g Figures 103 and 104). These high-resolution simulations of hydrodynamic interactions utilized the COULWAVE (Cornell University Long and Intermediate Wave Model) based Boussinesq-type model (IPET 2007). Due to the wide range in geometric scales and details that are needed to properly evaluate the hydrodynamic processes and effects, multiple models capable of addressing the different scales and details must be properly employed and integrated. The IPET investigation of hydrodynamic characteristics and effects devoted significant efforts to assure that these different scales and details were properly addressed and integrated (IPET 2007). The investigation on which this Declaration is based repeated the same processes to properly address the different scales and required levels of detail.

***Conclusions and Observations from Analytical Results***

121.   Based on these analyses, it is concluded that for the Hurricane Katrina hydrodynamic conditions the EBSB study section breached through the crest solely as a result of wave-induced erosion acting on the front side of the EBSB. <u>Wave induced breaching occurred before overtopping by Hurricane Katrina's storm surge</u>. By 6:00 to 7:00 am CDT the storm surge was above the levee crest resulting in active overtopping of the EBSB and further developing the breaches developed by wave side attack. In this process, the overtopping back side erosion would erase the wave side attack features, thus giving the false impression that the breach had developed solely because of overtopping.

***Assessment of MR-GO Reach 2 EBSB Breaching***

122.   Locations along the MR-GO Reach 2 EBSB locations where scour and erosion occurred outboard of the EBSB centerline were identified as probable wave-induced erosion breaching sites. Examination of the 2005 aerial LiDAR surveys was conducted to identify these areas.  Based on this review, probable wave-induced and overtopping exploited erosion sites were identified (Figure 124). Characteristics used to identify wave-induced erosion sites included regions with significant erosion but lack of a flood side toe ridge which would occur as a result of overtopping induced erosion creating a failure zone that propagates from the protected side of the EBSB to towards the flood side toe, areas with visible flood side notching, and zones with wider erosion extents on the flood side as compared with the protected side.

123.   Study of pre- and post- Hurricane Katrina LiDAR surveys that delineated breach features (Morris 2008, Ebersole 2008) coupled with results from analyses of the performance of the man-hade hurricane flood protection structures during hurricane Katrina indicate that approximately 35 percent of the EBSBs along the Reach 2 alignment were breached due to

attack by waves, 47 percent were breached by a combination of wave attack and surge overtopping – backside erosion (including sheet pile repair breaches), and 18 percent were overtopped but did not breach (sheet pile repair sections, Dupre and Bienvenue navigation structures, some segments of the EBSBs) (Figure 124). Analyses of the breaching that developed at the Bayou Dupre and Bayou Bienvenue navigation structure wing walls were determined to have been caused by overtopping erosion (section north of Dupre structure wing wall to EBSB connection) and by the combination of seepage, uplift and surge lateral forces (section south of Bienvenue structure wing wall to EBSB connection) (Bea 2008a, Bea and Storesund 2008a, Bea and Cobos-Roa 2008a).



Figure 124: Identification of wave-induced breach sites based on visual examination of 2005 aerial LiDAR data (Bea 2008a, Bea and Storesund 2008a).