

**Figure 6.2 ADCIRC hindcast of surge sequence from August 29 0700 (top left), 0800 (top right), 0900 (bottom left), 1000 (bottom right).  Surge is in meters with warmer colors higher.  The vectors indicate wind direction with the center of circulation (eye) visible in the top right and bottom left panels (Team Louisiana 2007).**

Wave action generally increases with surge height (**Figure 6.3**), as both are forced by the same properties of the wind, namely speed and direction (Gautier et al. 2008).  So surge and wave action built up at varying rates in different places during the passage of Katrina, but diminished rapidly as soon as the storm left the area.  The severity of flood damage in protected areas is related to when flooding begins in the surge sequence, more if earlier and less if later, which is also a function of when overtopping or breaching of the LPV structures takes place in the surge sequence.  Surge and wave energy (proportional to significant wave height, Hs) builds up at varying rates and to varying levels at different places depending on details of the geometry of the landscape impacted.  Accordingly, it is appropriate to consider whether the construction of the MRGO, which dictated the selection of the subsequent alignments of the LPV flood protection structures built later, played any role in hastening the onset of surge or waves that could have damaged LPV flood protection elements sooner rather than later.

The way that this could -- and did -- happen is if the geometry created by the combination of channels and paralleling man-made protective structures act together to drive up surge through creation of what local residents have called since Hurricane Betsy the Lake Borgne "funnel" (**Figure 6.4**).  As we will show, it was well known within the oceanographic and coastal engineering community that this was a likely outcome of the geometry selected by the USACE at the time that it was chosen.



**Figure 6.3 Evolution of significant wave heights (feet) in eastern lobe of Lake Borgne predicted by SWAN for the southeastern lobe of Lake Borgne from 0600 (top left), 0700 (top right), 0800 (bottom left) and 0900 (bottom right) corresponding to surge elevations on the MRGO EBSBs of 13, 15, 18 and 14 feet, respectively (Gautier et al. expert report 2008).**



**Figure 6.4 Lake Borgne is bounded by channels that converge to the west with parallel flood protection structures on the landward side that has been called a "funnel." Most breaches of the Greater New Orleans flood protection system occurred within this funnel and in the IHNC which was connected directly to it (Morris expert report 2008).**

### 6.1 Historical USACE understanding of funnel effects on storm surge

Fitzgerald (expert report 2008) has documented an extensive scientific knowledge base that existed on factors affecting storm surge elevation prior to MRGO construction. Devastating hurricanes struck heavily populated coastal communities on the east coast in 1938 and 1954, as well as those living around Lake Okeechobee in south Florida in the 1920s and 1949. The 1938 hurricane produced storm tides of 14 to 18 feet across most of the Long Island and Connecticut coast, with 18 to 25-foot tides from New London east to Cape Cod (Jarvinen http://www.aoml.noaa.gov/hrd/Landsea/12Tides.pdf). As the surge drove northward through Narragansett Bay, it was restricted by the Bay's funnel shape, and rose to a level of nearly 16 feet (15.8) feet above normal spring tides, resulting in more than 13 feet of water in some areas of downtown Providence (**Figure 6.5**).

Narragansett Bay is a coastal estuary connected by relatively deep outlets to Long Island Sound, but Lake Okeechobee is a completely landlocked freshwater lake about 35 percent larger than Lake Pontchartrain in the center of the Florida peninsula. There, the August 26, 1949 hurricane sequentially generated surges of more than 20 feet against the south and north shores as the wind directions changed (**Figure 6.6**)

In 1954 the U.S. Army Corps of Engineers published their first manual entitled: "*Shore Protection, Planning, and Design*", which was the forerunner to the well-known "*Shore Protection Manual*" that continues to this day to be the coastal engineer's "Bible." A second edition was published in 1961 that used the Lake Okeechobee example shown in **Figure 6.6** to illustrate the problems associated with converging, funnel shaped shoreline. Dr. Fitzgerald (expert report 2008) discusses this manual in more detail to illustrate the state of USACE knowledge of hurricane surge in the 1950s prior to construction of the MRGO.

> "The publication discussed the physical forces acting on coasts and shore protection structures. In a heading called: *Wave Set-up*, storm surges are explained as a function of wind stresses and low pressure accompanying storms. They also state: "Surge may also be increased, particularly in coastal areas, by a funneling effect in converging open mouth bays." In this same section they state: "Engineers must know expected water levels to design harbor improvements and shore protective works." They use Lake Erie to illustrate the concept of "wind set-up" or as they also called the process "wind tide" ... The Corps' *Shore Protection, Planning, and Design* (1961) also demonstrates the effect of funnel-shaped coastlines by showing water elevation changes in Lake Okeechobee during the passage of the 26-27 August 1949 hurricane. This was a Category 4 hurricane that weakened after coming ashore at Palm Beach, Florida. Wind velocities and directions and water surface elevation data were collected throughout Lake Okeechobee as storm winds first blew from the northerly quadrant and then several hours later blew from the southerly quadrant. Maximum wind velocities occurred at 2100 hours (26 August) coinciding with maximum storm surge elevations (23.7 feet above a still-water surface of 13.9 feet) in the funnel-shaped bay at the southern end of the lake. As the storm tracked northwestward, winds shifted 180 degrees and came out the south. After the lake adjusted to the new wind field, a maximum storm surge elevation of 23.1 feet was measured at the very northern funnel-shaped lake shoreline. Using data sets from Lake Erie and Lake Okeechobee, the Corps showed clearly that funnel-shaped shorelines cause a significant increase in storm surge elevation."

Fitzgerald (expert report 2008) has clearly shown how the science of hurricanes and their impact to coasts grew from detailed studies made of major storms that affected American coasts and lakes, but that it was quite mature prior to construction of the MRGO or the LPV projects. Redfield and Miller (1957) published a very detailed survey of storm surge levels due to hurricanes in New England in a paper entitled "Water Levels Accompanying Atlantic Coast Hurricanes" in the journal Meteorological Monographs. What is even more intriguing is the USACE response to the 1938 and 1954 east coast storms. They built flood-gates and barriers cutting off bays in Providence, Rhode Island and New Bedford, Massachusetts (**Figure 6.7**) to protect these regions from future storm

surges precisely because effective protection could not be assured without addressing the natural funneling geometry of the coast that amplified storm surge.



**Figure 6.5  Geometry of Narragansett Bay on left and observed surge hydrograph for September 21, 1938 storm surge in Providence, Rhode Island at head of bay (http://www.aoml.noaa.gov/hrd/Landsea/12Tides.pdf)**



**Figure 6.6  Convergence of the north and south shorelines of Lake Okeechobee into narrow bays amplified surge in these areas during the 1949 hurricane as the wind direction changed.  Diagram reproduced from the Army Corps of Engineers' (1961)** *Shore Protection, Planning, and Design* **(Fitzgerald expert report 2008).**



**Figure 6.7 Rock-armored surge barriers covering more than 3 miles built by the USACE in the mid-1960s at the mouth of New Bedford Bay equipped with navigable flood gates span nearly 3 miles (Andrew Morang, USACE ERDC 2007 presentation titled "Hurricane Barriers in New England and New Jersey – A Four-Decade History"**

### 6.2  A "bowling" analogy for storm surge effects in the Lake Borgne funnel

The Lake Borgne funnel is not a feature arising from a natural convergence of coastlines, but a creation of man that took a natural situation that was problematic, a large coastal lake partly enclosed by low-lying developed areas similar to Lake Okeechobee, and made it worse. Unlike the situations considered above along the New England coast and in Lake Okeechobee, the USACE first constructed the MRGO channel, much deeper than any natural bayou in the area, along the axis of an estuary in a way that penetrated natural ridges and marsh land bridges. They then compounded the problem by building flood protection works adjacent and inboard of these channels that had much higher crown elevations than any natural feature found in the area. These structures cut off wetland areas with significant storm surge storage capacity while deflecting surge toward westward into an ever narrower cross-section. We will show that the interaction between the channel coupled with the artificial berms greatly exacerbated flow toward the City. The question they never considered is "Where is the water pushed by a storm to go, if not up?"

"Funnel" is an apt term to describe the geometry of the system of channels and flood protection berms the USACE developed for this area (**Figure 6.4**). But a physicist might

prefer an analogy that gives a better idea of what happens to surge during a hurricane. Consider a bowling alley in which the lanes are not rectangular, but are much wider at the baseline behind which the bowlers must release, and converge to a point at the other end. At the far end, where the pins might be placed in a normal alley, the two gutters (GIWW and Reach 2) on each side of the lane come together to form a single trough that serves as an outlet (GIWW/MRGO Reach 1).

Participants in this curious game take on the role of hurricanes, with names like Betsy and Katrina, or any storm from the past or future that passes nearby on any track from the south or east. The goal is to throw as many balls as possible in a period that corresponds to hurricane passage, and see who gets the most balls through the trough on the other end before time is called.

In addition to its shape, this alley has another unusual feature. The gutters are the smoothest features, and frequently waxed (dredged), while the rest of the lane is never even cleaned. So, in contrast to what happens in a real bowling alley, balls move faster in the gutters than in the lanes. In fact, areas that are marsh in the real funnel are covered with deep-pile carpet in the hypothetical hurricane bowling alley. Balls that hit these patches are deflected and slow down, and some never make it to the end of the alley.

A skilled bowler knows that the best way to win is to send all balls sequentially down the largest and smoothest gutter (MRGO Reach 2), because these balls will take a straight path, will end up in the right place with no aiming required, and will experience minimal interference from other balls. No matter how a ball arrives in a gutter, as long as it does not stop, it ends up heading toward the outlet trough.

But the players who enjoy this game most are youngsters who love to throw balls in from every point on the baseline as fast as they can. These balls bump and jostle and sometimes even bounce toward the next lane, where they carom off the divider, drop into the gutter, and continue on their way. The divider is like a flood protection berm, at least like one that works, in that it keeps the balls in the right lane and redirects errant balls back toward the target.

The kids' approach described above gives a better idea of the hydrologic chaos that pertains during a surge than does the method of the more skilled bowler. While water, like the balls, is always coming across the baseline into the mouth of the funnel from the east, flows within the funnel are complex and can interfere with each other. Current speed and direction at points outside of the gutters changes often and is influenced by the occurrence of lakes, ridges, swamp, marsh and other landscape features, so that water particles, like colliding bowling balls, follow erratic paths. Erratic paths are longer, meaning that the balls may not make it through the trough at the end before winds shift to the opposite direction as the storm passes.

The USACE designed this particular bowling alley, built and maintained every part of it. Even if we are constrained to assume that the lane dividers, i.e. flood protection berms, are beyond reproach, there is a much larger system here, with many other features that, in

combination, enhance surge into New Orleans. When the system is at full capacity and full of water, this water links all of the parts of the funnel together so it is clear that what happens one place, like a breach, can have significant effects elsewhere in the system, like lowering peak surge or delaying the arrival of it.

### 6.3 Storm Surge Dynamics and the Funnel

Damaging storm surges propagated into the IHNC from Lake Borgne through the MRGO channel reach west of the junction with the GIWW in 1965, 1969 and 2005, during hurricanes Betsy (**Figure 6.8**), Camille (**Figure 6.9**) and Katrina (**Figure 6.2**), respectively. These were all storms that generated higher surges in Lake Borgne than in Lake Pontchartrain, and caused flooding in New Orleans through the MRGO "back door." The convergence of the two navigation channels, and the berms built along their banks, with the mouth open to Lake Borgne on the east, favors the amplification of surges generated by hurricanes tracking over the city or to the east. Once the adjacent Central Wetlands were isolated by the LPV berms, the only outlet for surge is the 6 mile portion of the MRGO channel that was constructed inside the original GIWW right-of-way that IPET discusses as MRGO Reach 1.

Hurricane-generated surge arises from the interaction between wind-forced water flow and the geometry of the receiving coastal landscape. Like a tsunami, the elevation of the surge is trivial in deep water but rises up against any barrier, whether an island, beach, floodwall or levee, particularly if there is no ready avenue for escape. In coastal Louisiana, the hurricane protection and river levees are the highest features in the landscape, so this is where the surge rises to its greatest heights. At the same time, dredged channels, far deeper than any natural waterway, convey the surge inland particularly if, like the MRGO or the Calcasieu Ship Channel, they run perpendicular to the coast. Adjacent wetlands also convey surge, but provide far greater resistance and a shallower depth of flow.



**Figure 6.8 Peak water levels in funnel during Hurricane Betsy, September 8-9, 1965.**



**Figure 6.9 High water caused by storm surge of Hurricane Camille on August 17, 1969.  Peak elevation was 9.7 ft (NGVD29) at Paris Road, 10.2 ft on the north side of the IHNC lock, and 6.5 ft at the IHNC opening into Lake Pontchartrain.  New Orleans flooding was limited to a small area of the Upper 9th Ward on the west side of the IHNC.  New Orleans experienced a Lake Borgne/MRGO surge during Camille, while Lake Pontchartrain levels remained relatively low.**

The throat of the funnel, MRGO Reach 1, is a large navigation channel (44 by 1,000 feet), but it is small relative to the gape at the end of the flood protection structures (7.5 miles, **Figure 6.10**) so that water pushed by wind into the jaws tends to pile up as can be seen in an ADCIRC simulation of the surge from Hurricane Betsy (**Figure 6.1**).  IPET describes MRGO Reach 1 with respect to storm surge as follows.

> "The critical section of the MRGO is Reach 1, the combined GIWW/MRGO.  *It is through this section of channel that Lake Pontchartrain and Lake Borgne are hydraulically connected to one another via the IHNC.*  Reach 1 existed as the GIWW prior to the construction of the MRGO, although the maintained depth was lower.  Because of this connectivity, the local storm surge and astronomical tide in the IHNC and in the section designated GIWW/MRGO is influenced by the tide and storm surge in both Lake Pontchartrain and Lake Borgne…*The Reach 1 GIWW/MRGO section is very important in determining the magnitude of the storm surge that reaches the IHNC from Lake Borgne and Breton Sound.*  If the hydraulic connectivity between Lake Pontchartrain and Lake Borgne is eliminated at a point within this section of channel, tide or surge to the west of this point will become primarily influenced by conditions in Lake Pontchartrain" (IPET 2006, IV-6-2).  (*emphasis added*)

105

The term "critical section" as used by the IPET surge modeling team refers to that portion of the channel in which hydraulic gradients are steepest and the velocity increases as a result of constriction (**Figure 6.11**). The highest mean velocities observed in deep rivers and dredged channels like the MRGO are generally constrained by turbulent and inertial forces to 10 feet per second (fps) or less, which is far lower than the classic transition from critical to supercritical flow (Froude number > 1) for a channel of the depth of the MRGO. But conveyance or discharge through a given channel cross-section is still limited by this constraint, as we will discuss in the next chapter.



**Figure 6.10 Cross-section of the funnel between the New Orleans East and Chalmette (St. Bernard) HPS levees at surge levels from 0 to 15 ft MSL, showing constriction in MRGO Reach 1 (Team Louisiana 2007).**

In the 1,800 foot narrows between the New Orleans East and St. Bernard hurricane levee systems in MRGO Reach 1, the cross-section available rises more slowly with the hurricane surge than the rate at which water enters the eastern end, so velocity rises (**Figure 6.11**). If we look at the maximum depth-averaged velocities predicted by ADCIRC throughout the funnel area during Katrina, the highest values occurred at the eastern end of MRGO/GIWW Reach 1 and in the northern reach of the IHNC at inlet constrictions (**Figure 6.12**). At the time that the surge is highest against the hurricane protection levee along the south bank of the MRGO in Reach 2, flow throughout the funnel converges on the throat, but cannot be fully accommodated, so that a return flow is predicted to the northeast in the GIWW (**Figure 6.12**). Flow also moves away from the peak surge zone out both ends of MRGO Reach 2. It should be noted that IPET has quibbled with use of the term 'funnel' to describe Lake Borgne surge dynamics because

surge merely built up against the Chalmette EBSBs south of the Lake rather than in the 'throat as it did during Betsy (Figure 6.1), but this interpretation is complicated by the close proximity of MRGO Reach 2 to the LPV EBSBs which acted to efficiently conduct surge essentially undiminished into the throat from wherever it originally built up (IPET 2007)



**Figure 6.11 Peak flow velocities in the funnel in Katrina ADCIRC simulation by H. Mashriqui of the LSU Hurricane Center. The red regions are zones of highest velocity (>8 fps). MRGO Reach 1 and the northern reach of the IHNC are 'critical,' where a reduction in cross-section has the most effect on velocity (Team Louisiana 2007).**



**Figure 6.12 Currents in the funnel at peak surge in Katrina ADCIRC simulation by H. Mashriqui of the LSU Hurricane Center. The surge reached approximately 18 feet on the MRGO EBSBs south of Lake Borgne (orange). Even though the surge maximum was along the south side of the funnel, flow converges from all directions**

toward the throat, but some that cannot be accommodated moves east as a return flow in the GIWW (Team Louisiana 2007).


## 6.4 FINEL analysis of funnel effects

Three scenarios modeled with FINEL by our colleagues at Svasek Hydraulics are considered (de Wit et al. expert report 2008). These have allowed us to learn far more about Katrina surge dynamics than any previous analyses. First, we take an in-depth look at Hurricane Katrina driven flow patterns in the funnel as it was during the storm, Scenario 1 or Katrina-As-Is. Surge hydrographs for this scenario were given in the last chapter (**Figures 5.6a, b**). Then we compare this to the condition that would have existed in the absence of the man-made features constructed under either the MRGO or LPV authorizations (Scenarios 2a, 2b, 2d). Then, we put back first the flood protection structures absent the MRGO project (Scenario 2c). Finally, we put the MRGO back in, but at its authorized dimensions, rather than what it has since become (Scenario 3).

Katrina-As-Is Scenario 1
The progression of surge in the funnel is shown hourly from 0400 through the peak at around 0800 and as it is dropping at 0900 (**Figure 6.13a, b**). The surge maximum occurs on the MRGO Reach 2 EBSBs south of the east lobe of Lake Borgne as has been true for all ADCIRC simulations by the LSU Hurricane Center and IPET. But FINEL predicts that this maximum is transmitted through MRGO Reach 1 with little decrease to the south end of the IHNC (**Figure 6.13b**). Overtopping of flood protection structures occurs where the surge is highest south of Lake Borgne, and where levee and floodwall crowns are lowest, along MRGO Reach 1 and at the southern end of the IHNC, but because the structures do not breach in the model, the Central Wetlands storage area is not filled by the end of the sequence (Figure 6.13b). Under the modeled conditions for the flood protection structures, flooding of developed areas of the St. Bernard polder through overtopping of the 6.5 foot 40 Arpent Levee would not have occurred except at the western margin into the Lower 9th Ward. There, overtopping would have lasted less than 3 hours, and would have been less than 2 hours on the MRGO EBSBs south of Lake Borgne.

The role of both reaches of the MRGO in conveying surge into the IHNC is quite apparent in maps of the spatial distribution of current velocity (**Figure 6.14**). Velocities are generally less than 2 feet per second (fps) even at the peak of the surge everywhere but in the channels and where flow is overtopping flood protection structures. It is much lower in the GIWW along the north side of the funnel than in the two reaches of the MRGO and the IHNC. The highest velocities predicted are in the constricted reach of the IHNC north of the MRGO junction that was not enlarged as part of the MRGO project. There, velocities of more than 10 fps are shown for water draining to Lake Pontchartrain (**Figure 6.15**). Current direction in the IHNC is always north toward Lake Pontchartrain through the whole sequence that ends after the peak at 0900.







**Figure 6.13a FINEL surge simulation for Katrina-As-Is Scenario 1 at 0400 (top), 0500 (middle) and 0600 (bottom).  Warmer colors indicate higher surge on scale (ft). Inset indicates surge progression on B. Bienvenue hydrograph.  Arrows show wind direction.  No overtopping of intact MRGO EBSBs into Central Wetlands (de Wit et al. expert report 2008)**







**Figure 6.13b FINEL surge simulation for Katrina-As-Is Scenario 1 at 0700 (top), 0800 (middle) and 0900 (bottom). Overtopping of intact MRGO EBSBs into Central Wetlands begins close to peak surge at 0800 is most significant at MRGO-IHNC junction and in vicinity of Bayou Dupre (de Wit et al. expert report 2008).**





**Figure 6.14 Flow velocities predicted by FINEL (top) at 0800 with detail of overtopping between Bayous Dupre and Bienvenue for Katrina-As-Is Scenario 1 (de Wit et al. expert report 2008)**.