

Figure 6.15 Flow velocities and direction in MRGO Reaches 1, 2 and IHNC at 0800 for Katrina-As-Is scenario, showing overtopping across south levee of MRGO Reach 1. Maximum velocities in Reach 1 and IHNC are 8 and 11 feet per second (fps on scale), respectively (de Wit et al. expert report 2008).

What is most apparent in the velocity plots is that the larger channel dimensions of the channels constructed or enlarged as part of the MRGO project are carrying a disproportional share of flow. The channel from about Bayou Bienvenue all the way into the IHNC looks like a single river in the velocity maps (**Figure 6.15**). We will compare discharges calculated by FINEL for each of the reaches once the scenario results have been introduced, but it can be seen that velocities in MRGO Reach 1 are only slightly higher than in Reach 2 between the Bayou Bienvenue control structure and the turn at the junction with the GIWW. This suggests that the vast majority of flow entering Reach 1 is coming from Reach 2 (**Figure 6.15**), and that this flow is being efficiently conveyed by the Reach 1 channel all the way into the IHNC. From this point on in the surge analysis we consider the various "what if" surge scenarios provided by our esteemed Dutch colleagues (de Wit et al. expert report 2008).

No MRGO, No LPV structures
Scenarios 2A and 2B were designed to simulate a Katrina surge in the absence of any man-made channels or flood protection works constructed under either the MRGO or LPV projects (de Wit et al. expert report 2008). The two scenarios differ in only one way. For scenario 2B, the 40 Arpent Levee is left at the average 6.5 foot (NAVD88) elevation that it had during Katrina. For scenario 2A, this levee has been raised to the 17.5 foot (NAVD88) design elevation that it could have had under an LPV protection scheme in which the pre-existence of the MRGO did not lead the USACE to choose a more exposed alignment.

We consider scenario 2B first. For this, we have to envision a situation similar to what existed in the late 1950s prior to construction of the MRGO and LPV projects. Accordingly, we simulate surge along the shores of Lake Borgne in a model in which we change the Scenario 1 model input in the following ways:

(1)   90% reduction in cross-section area of MRGO Reach 1 to the dimensions of the GIWW (pre-MRGO);
(2)   MRGO Reach 2 is removed and replaced with land at the elevation of the surrounding marsh and swamp areas;
(3)   The spoil disposal area and LPV EBSBs are degraded to natural swamp or marsh elevation depending on the 1958 habitat map;
(4)   Bayou LaLoutre ridge is restored to fill-in the hole dredged for MRGO Reach 2;
(5)   The developed area between the 40 Arpent levee and the Mississippi is added to the model grid. The pre-Katrina crest level of 6.5 ft NAVD is used for the 40 Arpent levee.
(6)   The cypress forests originally present between the MRGO alignment and the 40 Arpent levees, as well as between Lake Borgne and the IHNC are restored and exert an influence on the water current velocities and the effective wind speed on the water surface (**Figure 6.16**), as was discussed in Chapter 4 (de Wit et al. expert report 2008).

113



Figure 6.16 Healthy stand of second-growth cypress-tupelo swamp in the Maurepas basin will effectively retard flow both by bottom friction and lateral friction on trunks throughout the water column even at high surge levels, and by largely separating the water surface from hurricane velocity winds, which will affect the forest canopy instead (de Wit et al. expert report 2008, Day and Shaffer expert report 2008, S. A. Hsu, personal communication).



Figure 6.17 Output locations for FINEL simulated surge hydrographs (de Wit et al. expert report 2008).

114



Figure 6.18a FINEL surge simulation for Scenario 2b at 0400 (top), 0500 (middle) and 0600 (bottom). Warmer colors indicate higher surge on scale (ft). Inset indicates surge progression on B. Bienvenue hydrograph. Arrows show wind direction. Overtopping of intact 40 Arpent Levee into developed area has already begun by 0400 (de Wit et al. expert report 2008).

115



Figure 6.18b FINEL surge simulation for Scenario 2b at 0700 (top), 0800 (middle) and 0900 (bottom). Warmer colors indicate higher surge on scale (ft). Inset indicates surge progression on B. Bienvenue hydrograph. Arrows show wind direction. Six foot difference between surge at L. Borgne shore and 40 Arpent Levee at 0800. Developed area flooded with surge at average 12 foot elevation by 0900 (de Wit et al. expert report 2008)

116





Figure 6.19a FINEL generated Katrina hydrographs for Scenarios 1, 2a, 2b and 3 (de Wit et al. expert report 2008). The red line for Scenario 3 is almost identical to the Scenario 1 hydrograph and lies beneath the blue line. Scenarios 2a and 2b produce similar hydrographs, lower than Scenario 1 at these locations (Figure 6.17)

117





Figure 6.19b FINEL generated Katrina hydrographs for Scenarios 1, 2a, 2b and 3 (de Wit et al. expert report 2008). The red line for Scenario 3 is almost identical to the Scenario 1 hydrograph and lies beneath the blue line. The Scenario 2a peak is higher than that at 2b, but the peak is delayed for both relative to Scenario 1 at these locations (Figure 6.17).





Figure 6.19c FINEL generated Katrina hydrographs for Scenarios 1, 2a, 2b and 3 (de Wit et al. expert report 2008). The red line for Scenario 3 is almost identical to the Scenario 1 hydrograph and lies beneath the blue line. The Scenario 2a peak is higher than that at 2b, but the peak is delayed for both relative to Scenario 1 at these locations (Figure 6.17).





Figure 6.19d FINEL generated Katrina hydrographs for Scenarios 1, 2a, 2b and 3 (de Wit et al. expert report 2008). The red line for Scenario 3 is almost identical to the Scenario 1 hydrograph and lies beneath the blue line. The Scenario 2a peak is higher than that at 2b, but the peak is delayed for both relative to Scenario 1 at these locations (Figure 6.17).





Figure 6.19e FINEL generated Katrina hydrographs for Scenarios 1, 2a, 2b and 3 (de Wit et al. expert report 2008). The red line for Scenario 3 is almost identical to the Scenario 1 hydrograph and lies beneath the blue line. The Scenario 2a peak is higher than that at 2b, but the peak is delayed for both relative to Scenario 1 at these locations (Figure 6.17).





Figure 6.19f FINEL generated Katrina hydrographs for Scenarios 1, 2a, 2b and 3 (de Wit et al. expert report 2008). All of the scenarios are similar at these locations (Figure 6.17) controlled by the elevation of Lake Pontchartrain, a boundary condition.

The surge for scenario 2b approximates that which would have occurred under more natural conditions (**Figures 6.18a, b**). The area between the developed polders of New Orleans East and St. Bernard Parish would have been prone to high surge originating in Lake Borgne even without the MRGO and LPV projects. The wetlands in the Central Wetlands and closer to the IHNC did reduce the maximum surge elevation at the 40 Arpent Levee by about 3 feet, from 16 feet at the Lake Borgne shoreline to 13 feet (**Figure 6.18b**), but this still allowed significant overtopping of the 6.5 foot levee, and flooding of the developed area so that St. Bernard served as an outlet that reduced surge elsewhere in the funnel. The reduction in the size of the MRGO Reach 1 channel to the dimensions of the pre-existing GIWW, coupled with the swamp buffer through which it was cut, reduced maximum surge elevation at the lock on the south end of the IHNC by 5 feet and delayed the onset of surge greater than 10 feet by more than 2 hours, as Bretschneider and Collins (1966) predicted (**Figure 6.19e**).

The funnel would have been larger with more wetland storage capacity under natural conditions, and, of course, the St. Bernard Polder would have provided additional storage comparable to another outlet as it flooded to essentially the same level as actually occurred during Hurricane Katrina, although it would have been a more gradual process (**Figure 6.18b**). This simulation is the basis for the observation made in Chapter 1 that with regard to the flooding of the Lower 9th Ward and St. Bernard Parish it was as if the LPV flood protection works had never been built.

I will not present all of the output from the scenario 2A simulation in which the 40 Arpent Levee was raised to 17.5 feet. The scenario 2A hydrographs are included with the 2B output (**Figure 6.19a-f**), and show that loss of the St. Bernard storage would have raised maximum surge level in the Central Wetlands to 16 feet, about 2 feet lower than the level experienced by the MRGO EBSBs during Katrina, though for a much shorter period, and later in the surge sequence. But an earthen levee at this location would be shielded from waves by miles of swamp and marsh, and would not have been damaged by overtopping. Therefore, it would not have been exposed to the destructive combination of front and back side erosion that destroyed the MRGO EBSBs, and would not have breached almost regardless of what materials were used to build it. As surge levels rose in the Central Wetlands, water that would have drained over the much lower 40 Arpent Levee in scenario 2b made its way into the IHNC under scenario 2a, raising peak surge level at the lock by about 2 feet relative to scenario 2B, but still 3 feet lower than during Hurricane Katrina (scenario 1).

The surge peak in the IHNC during scenario 2B was controlled more by inflow from Lake Pontchartrain than from Lake Borgne (**Figure 6.20**). Water level in the IHNC during scenario 2B was essentially what it would have been if a surge barrier similar to that now being planned by the USACE for the 100-year protection plan had been in place during Katrina (See **Figure 3.6**), except that the barrier effect would have been achieved by a 90 percent reduction in the cross-section of MRGO Reach 1 to that of the GIWW, and by saving the cypress forest that once blocked the remainder of the hydraulic pathway for surge into the IHNC.



Figure 6.20 Flow velocities and direction in the GIWW and IHNC at 0900 for Scenario 2b, showing overtopping across south levee of MRGO Reach 1. Maximum velocities in GIWW and IHNC are 7 and 6 feet per second (fps on scale), respectively, and flow in the IHNC is south, from Lake Pontchartrain (de Wit et al. expert report 2008).

124

Neutral MRGO Scenario 2c

The final FINEL scenario that I will describe, and I have not addressed all that have been run, is that which Dr. Bea refers to as the "Neutral MRGO" simulation (Bea expert report 2008). For this, we added the pre-Katrina levees to the 1950s landscape that was used for scenario 2B. Accordingly, we simulate surge along the shores of Lake Borgne in a model in which we change the Scenario 1 model input in the following ways:

(1)   90% reduction in cross-section area of MRGO Reach 1 to the dimensions of the GIWW (pre-MRGO);
(2)   MRGO Reach 2 is removed and replaced with land at the elevation of the surrounding marsh and swamp areas;
(3)   The levees along MRGO Reach 1 and 2 are at their pre-Katrina crest elevations (same as in Scenario 1);
(4)   Bayou LaLoutre ridge is restored to fill-in the hole dredged for MRGO Reach 2;
(5)   The area between the 40 Arpent levee and the Mississippi is added to the model grid. The pre-Katrina crest level of 6.5 ft NAVD is used for the 40 Arpent levee.
(6)   The cypress forests originally present between the MRGO alignment and the 40 Arpent levees, as well as between Lake Borgne and the IHNC are restored and exert an influence on the water current velocities and the effective wind speed on the water surface (**Figure 6.16**), as was discussed in Chapter 4 (de Wit et al. expert report 2008).

The "Neutral MRGO" analyses conducted by Dr. Bea are based on the rationale that the USACE had a Congressionally directed responsibility to manage the MRGO navigation project so that it caused no added, unmitigated impact on the ability of the LPV hurricane protection project to also fulfill its mission -- also Congressionally mandated – to protect the City of New Orleans and St. Bernard Parish from hurricane induced flooding. Further, it is accepted under this hypothesis that the levees, EBSBs, floodwalls and other structures built by the Corps as part of the LPV project are beyond reproach in the condition in which they were tested by Hurricane Katrina.

Surge hydrographs were prepared at the same output locations as shown for the earlier scenarios, but also at additional points along the 40 Arpent Levee (**Figure 6.21**). The replacement of the MRGO channel by marsh had a minor effect on the surge hydrographs at locations along the MRGO EBSB alignment toward the east side of the funnel (**Figure 6.22a**), but a progressive lowering of the peak surge and a time-lag becomes more prominent at locations farther west (**Figures 6.22b-d**). This is particularly true for the locations inside the GIWW and IHNC west of Paris Road, so that at the lock on the south side of the IHNC, the surge is about 3.0 feet lower than for the Katrina-As-Is condition, and is similar to the hydrograph for scenario 2a, where the only LPV structure was a 17.5 foot levee on the 40 Arpent alignment (Figure **6.22d**).

125



**Figure 6.21 Output locations for FINEL simulations of the Neutral MRGO scenario 2c (de Wit et al. expert report 2008).**

The most interesting result of this analysis is that it produces the least amount of flooding of the Central Wetlands area of any of the simulations run (**Figures 6.22e, f**). The closest competitor for this distinction is scenario 3, one that we have not discussed yet, in which the MRGO Reach 1 and Reach 2 channels are modeled as at the authorized dimensions with a 500 foot bottom-width and a 650 foot top-width. Scenario 3 produced reductions in peak surge elevations of less than a foot only within MRGO Reach 1 and the IHNC (**Figures 6.22c, d**) when compared with the Katrina-As-Is scenario (scenario 1). The reason for this has eluded all earlier researchers but is quite obvious, and explains the IPET ADCIRC results discussed in Chapter 4 that showed decreased flooding of protected areas from what the USACE researchers considered negligible reductions in maximum surge elevation when they eliminated only MRGO Reach 2 and did nothing to Reach 1 (See **Figure 4.11**).

The answer is that the apparently minor increases in peak surge elevation and duration that the ADCIRC and FINEL models allow us to attribute to the MRGO project have a disproportionate impact on overtopping caused flooding across the adjacent LPV hurricane protection structures because in many places the crown elevations are not much lower than the surge elevation. Because

126





Figure 6.22a FINEL generated Katrina hydrographs for Scenario 1, 2a, 2b, 2c, 2d and 3 (de Wit et al. expert report 2008). Scenario 2c, the grey dashed line is of interest but is only slightly lower than the Katrina-As-Is run, scenario 1 at these locations (Figure 6.21), with no lag.

127

**Figure 6.22b FINEL generated Katrina hydrographs for Scenario 1, 2a, 2b, 2c, 2d and 3 (de Wit et al. expert report 2008). Scenario 2c, the grey dashed line is of interest but is only slightly lower than the Katrina-As-Is run, scenario 1 at these locations (Figure 6.21), with a slight lag.**