





**Figure 6.22c FINEL generated Katrina hydrographs for Scenario 1, 2a, 2b, 2c, 2d and 3 (de Wit et al. expert report 2008). Scenario 2c, the grey dashed line is of interest and is now quite a bit lower than the Katrina-As-Is run, scenario 1, at these locations (Figure 6.21), with a pronounced lag similar to the scenario 2a and 2b hydrographs.**







**Figure 6.22d FINEL generated Katrina hydrographs for Scenario 1, 2a, 2b, 2c, 2d and 3 (de Wit et al. expert report 2008). Scenario 2c, the grey dashed line is of interest and is now quite a bit lower than the Katrina-As-Is run, scenario 1, at these locations (Figure 6.21), with a pronounced lag similar to the scenario 2a and 2b hydrographs.**







**Figure 6.22e FINEL generated Katrina hydrographs for Scenario 1, 2a, 2b, 2c, 2d and 3 (de Wit et al. expert report 2008). Scenario 2c, the grey dashed line is of interest and is now lower than the Katrina-As-Is run, scenario 1, or any other at these 40 Arpent locations (Figure 6.21) indicating less flooding of the Central Wetlands.**







**Figure 6.22f FINEL generated Katrina hydrographs for Scenario 1, 2a, 2b, 2c, 2d and 3 (de Wit et al. expert report 2008). Scenario 2c, the grey dashed line is of interest and is now lower than all other simulations at these 40 Arpent locations (Figure 6.21) indicating no flooding of the Central Wetlands.**




**Figure 6.23 Output locations for overtopping volume analysis (de Wit et al, appendices, expert report 2008)**

the length of these structures extend for several miles, even a minor increase in the overtopping rate per linear foot results in much larger volumes of water getting over the structure. This can be seen in an analysis of structure overtopping for a number of the FINEL scenarios (de Wit, et al. expert report 2008).

Overtopping Analysis Using Weir Equation

Locations were selected for calculation of structure overtopping using the FINEL surge output as the upstream input and considering the surveyed elevation of the structure crown in the pre-Katrina condition (**Figure 6.23**). de Wit et al.(expert report 2008) state that during overtopping the levees can be considered as a perfect weir. The perfect weir discharge can be calculated by:

$$q = C_d 2/3E\sqrt{2/3gE} .$$

With:

- $q$ = discharge per m levee ($m^3/s/m$),
- $C_d$ = discharge coefficient (-),
- $E$ = upstream energy level with reference to the levee crest (m),
- $g$ = gravity constant (9.81 $m/s^2$).

The upstream energy level can be considered equal to the upstream water level. The Dutch ministry of public works executed a study to determine the discharge coefficient for different levee heights/slopes and for perfect and imperfect weir flow (de Wit et al.

expert report 2008). They found that the discharge coefficient $C_d \approx 1$ for perfect weir flow for all investigated levee slopes/heights. Therefore, we use a $C_d = 1$ is to determine the overtopping rates.

Knowing the elevation difference between the water level in FINEL and the levee crest, a time line of the overtopping rate can be calculated for each selected location (**Figures 6.24a-f**). The levee crest elevations used to determine the overtopping rates are shown in **Table 6.1**. The overtopping rates and total amount of levee overtopping water volume for all scenarios are shown in Figures 2.40a to 2.40g.

**Table 6.1: LPV structure crest elevation for overtopping analysis**

| Symbol Fig. 6.22 | Structure Name | Levee crest elevation for all runs Except where noted otherwise (ft+NAVD88) | |
|---|---|---|---|
| 1 | Citrus Back Levee | 13.0 | |
| 2 | New Orleans East Back EBSB | 16.5 | |
| 3 | Lower Ninth Ward Floodwall | 12.5 | |
| 4 | IHNC West Floodwall | 11.5 | |
| 5 | IHNC East Floodwall | 11.6 | |
| 6 | Chalmette West of Paris Road | 11.6 | |
| I | Bayou Bienvenue EBSB | 15.5 | |
| Ii | MRGO halfway EBSB | 17.0 | |
| iii | Bayou Dupre EBSB | 14.5 | |
| II | Loc II 40 Arpent | 17.5 (Sc 2A) | 6.5 (Sc 2B, 2C, 2D) |
| A | Loc A 40 Arpent | 17.5 (Sc 2A) | 6.5 (Sc 2B, 2C, 2D) |
| B | Loc B 40 Arpent | 17.5 (Sc 2A) | 6.5 (Sc 2B, 2C, 2D) |
| C | Loc C 40 Arpent | 17.5 (Sc 2A) | 6.5 (Sc 2B, 2C, 2D) |

The Orleans Metro and New Orleans East polders are not included in the model grid so overtopping into those bowls, as well as breaching, do not occur in the FINEL model. So the FINEL hydrographs in the IHNC and MRGO Reach 1 will be a little higher than what actually would occur in each scenario, as was discussed in the calibration section. Overtopping rates in MRGO Reach 1 and to a greater degree in the IHNC must therefore be considered an upper bound. The surge peak on structures within the Lake Borgne will be more realistic estimates when no breaching occurs because the surge in Lake Borgne is unaffected by overtopping that is not included (de Wit et al. expert report 2008).

For the four locations along the 40 Arpent Levee in Scenario 2B where the levee crown is low (**Table 6.1**) and the developed St. Bernard polder fills up completely, the perfect weir discharge assumption is not valid. The overtopping discharge for those four locations in Scenario 2B is determined from the FINEL flow velocities and water depths at the levee crest. In FINEL the elements containing the 40 Arpent Levee have a higher bottom friction value (equal to the bottom friction in the area between the 40 Arpent Levee and the Mississippi River), therefore the current velocities are relatively low and the overtopping discharge in FINEL over the 40 Arpent Levee may lead to an underestimate (de Wit et al. expert report appendices 2008).




**Figure 24a Overtopping rates calculated for Scenarios 1, 2a, 2b, 2c and 3 at location 1 on the Citrus Back Levee (top) and location 2 on the New Orleans East Back Levee (de Wit et al. expert report 2008)**




**Figure 24b Overtopping rates calculated for Scenarios 1, 2a, 2b, 2c and 3 at location 3 on the Lower 9th Ward floodwall (top) and location 2 on the IHNC West floodwall (de Wit et al. expert report appendices 2008).**




**Figure 24c Overtopping rates calculated for Scenarios 1, 2a, 2b, 2c and 3 at location 5 on the IHNC east floodwall (top) and location 6 on the Chalmette EBSB west of Paris Road (de Wit et al. expert report appendices 2008).**




**Figure 24d Overtopping rates calculated for Scenarios 1, 2a, 2b, 2c and 3 at location I on the B. Bienvenue EBSB (top) and location Ii on the Chalmette EBSB halfway between Bayous Bienvenue and B. Dupre (de Wit et al. expert report appendices 2008).**







**Figure 24e Overtopping rates calculated for Scenarios 1, 2a, 2b, 2c and 3 at location iii on the B. Dupre EBSB (top) and location II on the 40 Arpent Levee near Chalmette (de Wit et al. expert report appendices 2008).**




**Figure 24f Overtopping rates calculated for Scenarios 1, 2a, 2b, 2c and 3 at location B on the 40 Arpent Levee (top) and location C on the 40 Arpent Levee near Verret (de Wit et al. expert report appendices 2008).**

Results of the overtopping analysis are summarized for each area that received the overtopping volume, namely, the New Orleans East polder, St. Bernard/Lower 9th Ward polder, Orleans Metro polder and the Central Wetlands (**Table 6.2**). These are only cumulative volumes at a single location and do not take into account the length of the flood protection structures that are being characterized by a few points for each receiving area. This is just one point in the case of overtopping of the IHNC west floodwall into the Orleans Metro polder, but as many as four points for the St. Bernard/Lower 9th Ward polder. For scenarios 2a and 2b, where all flood control structures were eliminated except at the 40 Arpent Levee alignment, it was not possible to calculate flow into the Central Wetlands. Some of the water that entered the Central Wetlands later overtopped the 40 Arpent Levee into St. Bernard under the 2b scenario, while it was merely stored harmlessly in the Central Wetlands for 2a with the raised 40 Arpent levee.

Even so, it is possible to derive much information from this analysis. While we know that FINEL is over predicting surge in the IHNC and to a lesser degree in MRGO Reach 1, and that this results in higher overtopping rates over the structures along these channels, this is true across the board for all scenarios. The point by point comparison acts to normalize these effects (**Table 6.2**), rendering the comparisons meaningful.

The first observation is that the Katrina-As-Is scenario caused more overtopping at all locations where common points could be compared except along the 40 Arpent Levee alignment (**Table 6.2**). Conversely, scenario 2b, which simulated the most natural, pre-MRGO, pre-LPV landscape performed better in terms of causing less overtopping into developed areas everywhere but into the St. Bernard polder which acted as a sacrificial outlet in this scenario. The added room for storage in the Central Wetlands and in the St. Bernard polder itself reduced overtopping to an almost negligible level in the other two developed areas that flooded during the actual Katrina event. This was, however, the only scenario that included significant overtopping of the 6.5 foot 40 Arpent Levee. But raising the 40 Arpent Levee in scenario 2a sent the surge elsewhere in the funnel where it contributed to increased overtopping compared to scenario 2b, although the overall effect was a significant 70 to 80 percent improvement over Katrina-As-Is (**Table 6.2**).

For scenario 3, the ravages of time and ship traffic were reversed to return the dimensions of both channel reaches of the MRGO project to the authorized values. This reduced overtopping at points along MRGO Reach 1 and the IHNC by 20 to 25 percent, but did little to reduce it along the MRGO Reach 2 EBSBs (**Table 6.2**). The best overall performance was achieved in scenario 2c by returning the landscape to its pre-MRGO condition, but with the LPV levees in place as they were before Katrina. This resulted in a fairly uniform reduction in overtopping volume of 80 to 85 percent at points discharging into all three of the developed polders. Overtopping of the Reach 2 EBSBs was reduced by 60 percent (**Table 6.2**).

**Table 6.2 SUMMARY OF FINEL OVERTOPPING ANALYSIS FOR SCENARIOS 1, 2A, 2B, 2C AND 3 (cubic feet/linear foot)**

| *Fig. 6.22* Location | Structure Name | Overtopped Into | Scenarios 1 | 2A | 2B | 2C | 3 |
|---|---|---|---|---|---|---|---|
| 1 | Citrus Back Levee | NO East Polder | 118,300 | 35,700 | 0 | 17,600 | 86,700 |
| 2 | NOEast Back EBSB | NO East Polder | 700 | 0 | 0 | 0 | 1,500 |
| 3 | Lower 9 Floodwall | Lower 9, St. Bernard Polder | 230,200 | 46,400 | 400 | 34,700 | 182,700 |
| 4 | IHNC West Floodwall | Upper 9, Orleans Metro Polder | 302,800 | 77,500 | 11,100 | 61,400 | 240,100 |
| 5 | IHNC East Floodwall | NO East Polder | 47,100 | 17,900 | 1,600 | 12,300 | 35,700 |
| 6 | Chalmette Levee W. Paris Rd | Central Wetlands | 252,200 | No Levee | No Levee | 76,500 | 206,400 |
| I | B. Bienvenue EBSB | Central Wetlands | 30,800 | No Levee | No Levee | 26,800 | 33,200 |
| Ii | MRGO Halfway EBSB | Central Wetlands | 5,800 | No Levee | No Levee | 100 | 6,200 |
| iii | B. Dupre EBSB | Central Wetlands | 77,700 | No Levee | No Levee | 43,700 | 85,800 |
| II | 40 Arpent near Chalmette | St. Bernard Polder | 0 | 0 | 78,300 | 0 | 0 |
| B | 40 Arpent near Poydras | St. Bernard Polder | 0 | 0 | 44,600 | 0 | 0 |
| C | 40 Arpent near Verret | St. Bernard Polder | 0 | 0 | 62,800 | 0 | 0 |
| | Subtotal NO East Polder | | **166,100** | **53,600** | **1,600** | **29,900** | **123,900** |
| | Subtotal St. Bernard L9 Polder | | **230,200** | **46,400** | **186,100** | **34,700** | **182,700** |
| | Subtotal Orleans Metro Polder | | **302,800** | **77,500** | **11,100** | **61,400** | **240,100** |
| | Subtotal Central Wetlands | | **366,500** | No Levee | **No Levee** | **147,100** | **331,600** |
| | Total All Overtopping | | ***1,065,600*** | ***177,500*** | ***198,800*** | ***273,100*** | ***878,300*** |
| | ***Percent Scenario 1 Volume*** | **NO East Polder** | ***100*** | ***32*** | ***1*** | ***18*** | ***75*** |
| | ***Percent Scenario 1 Volume*** | **St. Bernard L9 Polder** | ***100*** | ***20*** | ***81*** | ***15*** | ***79*** |
| | ***Percent Scenario 1 Volume*** | **Orleans Metro Polder** | ***100*** | ***26*** | ***4*** | ***20*** | ***79*** |
| | ***Percent Scenario 1 Volume*** | **Total Central Wetlands** | ***100*** | ***Not Known*** | ***Not Known*** | ***40*** | ***90*** |
| | ***Percent Scenario 1 Volume*** | ***All Overtopping*** | ***100*** | ***17*** | ***19*** | ***26*** | ***82*** |

MRGO channel reach discharge analysis

Our Svasek Hydraulics modeling team did one other analysis that sheds a great deal of light on surge behavior in a funnel situation. de Wit et al. (2008 expert report appendix) developed discharge estimates at cross-sections laid across the MRGO Reach 1 and Reach 2 channels, or in the case where they were modeling a no MRGO channel condition, across the total area that could convey surge inland in the vicinity of Reach 1. This long traverse extends from the LPV berm protecting New Orleans East all the way to 40 Arpent alignment and included conveyance through both wetlands and the pre-existing GIWW channel (**Figure 6.24**).




**Figure 6.25 Cross-sections for which surge discharge was calculated using FINEL (de Wit et al. 2008 expert report)**

The cross-sectional area for each of these traverses with an assumed +16 foot (NAVD88) water elevation is given in **Table 6.3**, and the discharges for each cross-section and each scenario is provided at hourly intervals in **Table 6.4**.

**Table 6.3 Cross-sectional area for each traverse in Figure 6.24 at a uniform elevation of +16 feet (NAVD88) from de Wit et al. 2008 expert report appendix**

| | | Cross-sectional area ($ft^2$) |
|---|---|---|
| Scenario 1 | MRGO Reach 1 | 67.000 |
| | MRGO Reach 2 | 75.000 |
| Scenario 2A | MRGO Reach 1 incl. wetlands | 225.000 |
| | | |
| Scenario 2B | MRGO Reach 1 incl. wetlands | 221.000 |
| | | |
| Scenario 2C | MRGO Reach 1 | 38.000 |
| | MRGO Reach 2 | 36.000 |
| Scenario 3 | MRGO Reach 1 | 55.000 |
| | MRGO Reach 2 | 58.000 |

The largest cross-sections by more than a factor of three are those applicable to scenarios 2a and 2b. In these 1950s-like scenarios neither the MRGO Reach 1 ship channel, nor

the LPV flood protection structures that flank it today are present, while many acres of wetlands that have since been destroyed are thriving. The cross-section of Reach 1 is roughly half that of the Katrina-As-Is section for scenario 2c because about half of the total cross-sectional area of Reach 1 for scenario 1 is above the overbank when the water level is at + 16 feet (**Table 6.3**). The "as-authorized" Reach 1 channel used for scenario 3 has 82 percent of the Katrina-As-Is cross-section, indicating that erosion and enlargement is contributing an additional 18 percent to the section authorized for this reach. For the Reach 2 traverse of similar length in the vicinity of the Bayou Bienvenue control structure, the contribution of post-construction cross-section enlargement is larger, 23 percent (**Table 6.3**). These differences would loom larger at lower water elevations. The contraction in section from Reach 2 to Reach 1 is 6 and 11 percent for the 'as authorized' and 'as is' conditions, respectively.

**Table 6.4 Discharge to the west across the test cross-sections in cubic feet per second (cfs) predicted by FINEL for scenarios 1, 2a, 2b, 2c and 3 at hourly intervals for Katrina surge (de Wit et al. expert report 2008)**

| | | 4:00 am | 5:00 am | 6:00 am | 7:00 am | 8:00 am | 9:00 am |
|---|---|---|---|---|---|---|---|
| Scenario 1 | MRGO Reach 1 | 173,000 | 202,000 | 236,000 | 293,000 | 430,000 | 234,000 |
| | MRGO Reach 2 | 149,000 | 161,000 | 179,000 | 211,000 | 264,000 | 72,000 |
| Scenario 2A | MRGO Reach 1 incl. wetlands | 124,000 | 156,000 | 205,000 | 280,000 | 363,000 | 246,000 |
| | | | | | | | |
| Scenario 2B | MRGO Reach 1 incl. wetlands | 50,000 | 71,000 | 103,000 | 154,000 | 225,000 | 245,000 |
| | | | | | | | |
| Scenario 2C | MRGO Reach 1 | 44,000 | 63,000 | 86,000 | 117,000 | 157,000 | 114,000 |
| | MRGO Reach 2 | 14,000 | 20,000 | 28,000 | 39,000 | 48,000 | -4,000 |
| Scenario 3 | MRGO Reach 1 | 141,000 | 174,000 | 209,000 | 255,000 | 354,000 | 213,000 |
| | MRGO Reach 2 | 107,000 | 117,000 | 129,000 | 145,000 | 171,000 | 41,000 |

These discharges are very large, ranging for MRGO Reach 1 in the Katrina-As-Is scenario from 173,000 to 430,000 cfs over the course of five hours (**Table 6.4**). The Reach 1 channel entrains water in addition to that contributed by Reach 2 from the GIWW channel and from across the remaining wetlands. This added water becomes more significant at the 0800 surge peak. At peak surge, the volume contributed from outside of Reach 2 rises from about 25 to 40 percent and continues to increase to 70 percent at 0900 as the discharge in Reach 2 drops precipitously when the wind shifts.