# Declaration No. III.

# ENGINEERING FORENSIC STUDIES OF PERFORMANCE OF THE MAN-MADE FEATURES BORDERING THE MISSISSIPPI RIVER – GULF OUTLET (MR-GO) DURING 'NEUTRAL' MR-GO HURRICANE KATRINA CONDITIONS

Report to

**Katrina Canal Breaches Consolidated Litigation**

[Civil Action Number: 05-4182 "K" (2)]

United States District Court

Eastern District of Louisiana

Pertains to MR-GO, Robinson

(No. 06-2268)

By

Dr. Robert Bea

**Risk Assessment and Management Services**

Moraga, California

July 11,  2008

Format edits: July 15, 2008

**Performance of Reach 1 and Reach 2 Hurricane Flood Protection Structures During 'Neutral' MR-GO Hurricane Katrina**

*Summary of Hurricane Katrina Surge, Current and Wave Conditions as Affected by MR-GO – The 'Neutral' MR-GO Hurricane Katrina Conditions*

59.    An extensive study has been performed by Kemp (2008), Kemp and van Heerden (2008), Wit, et al (2008), and Gautier, et al (2008) of the Hurricane Katrina surge, current and wave conditions as affected by the design, construction, and maintenance of the MR-GO. Extensive data development and analytical efforts were made to develop realistic 'baseline' conditions and characteristics that would allow realistic descriptions and characterizations of the Hurricane Katrina 'as-was' surge, current, and wave characteristics. These conditions, characteristics, and descriptions are identified by Wit, et al (2008) and Gautier, et al (2008) as Scenario 1.

60.    In addition, extensive data development and analytical efforts were made to develop realistic conditions and characteristics that would allow accurate descriptions of the Hurricane Katrina 'could have been' surge, current, and wave characteristics. These 'could have been' characteristics were intended to identify how the design, construction, and maintenance of the MR-GO and the associated natural and man-made features affected the Hurricane Katrina surge, current, and wave conditions. The 'Neutral' MR-GO Conditions are identified as Scenario 2C. There are three sub-cases that represent the 'best estimate', 'lower bound', and 'higher bound' conditions, respectively. The best estimate condition will be referred to as Scenario 2C. This approach enables recognition of 'natural' and 'modeling' uncertainties (Bea 2007a, 2006). Parametric studies of the effects of different elements that comprise these conditions, characteristics, and descriptions are identified by Wit, et al (2008) and Gautier, et al (2008) as Scenarios 2A-2D and 3.

61.    Table 2 summarizes the principal conditions and characteristics integrated into the
Hurricane Katrina surge, current, and wave analytical models.

Table 2: Summary of simulation Scenarios for characterization and description of MR-GO Reach 1 and Reach 2 Hurricane Katrina surge, current, and wave characteristics

| Scenario | MR-GO channel | GIWW channel | Reach 2 EBSBs | 40 Arpent Levee | Vegetation |
|---|---|---|---|---|---|
| **1** | **Existing 8/2005** | **Existing 8/2005** | **Existing 8/2005** | **Existing 8/2005** | **Existing 8/2005** |
| 2A | None | Pre MR-GO | None | LPV authorized & no flow past | Pre MR-GO 1958 |
| 2B | None | Pre MR-GO | None | Existing 8/2005 & flow to Miss. River | Pre MR-GO 1958 |
| **2C 'Neutral' MR-GO** | **Pre-construction** | **Pre MR-GO** | **Existing 8/2005** | **Existing 8/2005** | **Pre MR-GO 1958** |
| 2D | None | Pre MR-GO | Existing 8/1965 | Existing 8/2005 | Pre MR-GO 1958 |
| 3 | As authorized | As authorized | Existing 8/2005 | Existing 8/2005 | Pre MR-GO 1958 |

62.    These 'Neutral' MR-GO Conditions were studied to help determine how the design, construction, and maintenance of the MR-GO affected the performance of the man-hade hurricane flood protection structures during Hurricane Katrina. The 'base case' for the 'Neutral' MR-GO Hurricane Katrina conditions is identified in Table 2 as Scenario 2C. The other Scenario 2 and Scenario 3 analyses are intended to provide insights into the affects of the MR-GO design, construction, and maintenance parameters important to the performance characteristics of the man-made structures associated with Reach 1 and Reach 2.

63.    The 'Neutral' MR-GO Hurricane Katrina assessment is based on the assumption that the Congressionally authorized MR-GO project should 'do no harm' to the environment and

to the man-hade hurricane flood protection structures that defend this region from hurricane flooding. Thus, it is further assumed that if there would be negative effects of the MR-GO that would have substantial deleterious effects on these elements, then it was incumbent that the USACE properly address and mitigate these negative effects. Such negative effects as destruction and degradation of the natural hurricane flood protection features, salinity increases resulting in degradation of vegetation (marshes, swamps, wetlands, forests) both natural and associated with other constructed works (e.g. protective berms for flood protection levees and other man-made structures), water flow increases resulting in increases in surge elevations and durations above critical elevations, channel effects resulting in increases in the intensity of the hurricane waves and currents and in erosion of both natural and man-hade hurricane flood protection elements have been addressed in development of the 'Neutral' MR-GO Hurricane Katrina conditions addressed in this declaration.

64.     The primary locations identified for outputs from the analytical models are shown in Figure 30. Based on the analytical results provided by Wit, et al (2008), the surge hydrographs associated with these locations are summarized in Figure 31. These surge hydrographs are based on retaining the man-hade hurricane flood protection structures in their pre-Katrina conditions – there is no breaching, only overtopping.

***Summary of Performance of the Reach 1 and Reach 2 Man-hade Hurricane Flood
Protection Structures for 'Neutral' MR-GO Hurricane Katrina Conditions***

142.   Table 5 summarizes results from the foregoing assessments of the
performance of the Reach 1 and Reach 2 man-hade hurricane flood protection structures for
the 'Neutral' MR-GO Hurricane Katrina Conditions. The following summarizes development
of breaches along Reach 1 and Reach 2 of the MR-GO:

(a) Reach 2 – There would have not been any significant breaching of the EBSBs
along Reach 2 (Figure 3). Breaching Bayou Bievenue (south) navigation structure wing-wall
to EBSB interface would have developed following surge overtopping initiating between
8:00 am and 9:00 am (CDT) and completing approximately one hour later. The Bayou Dupre
(north) navigation structure wing-wall to EBSB interface breach would not have developed.
There would have not been any breaching of the 40 Arpent Levees. These times are
referenced to the surge hydrographs developed by Wit, et al (2008) for Hurricane Katrina
'Neutral' MR-GO Conditions (characterized as Scenario 2C). Engineering analyses of the
performance of the Reach 2 man-hade hurricane flood protection structures during Hurricane
Katrina and during Hurricane Katrina 'Neutral' MR-GO Conditions are addressed in a
separate Declaration (Bea 2008a).

(b) Reach 1 – With one exception, there would have not been any significant
breaching of the New Orleans East Back Levee EBSBs, the Citrus Back Levee and the man-
hade hurricane flood protection structures along this alignment (Figure 3). The levee –
floodwall sheet pile interface breach at the Air Products Plant would have developed due to a
sheet pile interlock failure close to the time of overtopping – at approximately 8:00 am
(CDT). With two exceptions, there would have been no significant breaching of floodwalls,

levees, and man-hade hurricane flood protection structures at the MR-GO – GIWW - IHNC intersection and north of this intersection. The first exception would be at the CSX railroad crossing where the temporary sandbag closure would have failed at approximately 7:00 am (CDT). The second exception would be behind the southern end of the Port of New Orleans where two large breaches would develop through an earthen levee – embankment (filled with lightweight shell-sand) at the intersection of the levee, embankment and a concrete floodwall sections at approximately 9:00 am (CDT). South of the MR-GO – GIWW – IHNC intersection two breaches would have developed at the locations of the North Breach and South Breach at the Lower 9th Ward. The North Breach initiated at approximately 5:00 am and completed at 7:00 am (CDT). The South Breach initiated at approximately 6:00 am and completed at 8:00 am (CDT).   These times are referenced to the surge hydrographs developed by Wit, et al (2008) for hurricane Katrina 'surge 'Neutral'' MR-GO conditions (defined as Scenario 2c). Engineering analyses of the performance of the man-hade hurricane flood protection structures at the Lower 9th Ward during Hurricane Katrina and during Hurricane Katrina 'Neutral' MR-GO Conditions are addressed in the Declaration by Bea (2008b).

Table 5: Results of analyses of New Orleans East Polder, IHNC West side, Reach 2 MR-GO and Lower 9th Ward breach development during Hurricane Katrina 'as was' conditions (Scenario 1) and during 'Neutral' MR-GO Hurricane Katrina conditions (Scenario 2C).

| Location | Maximum Surge Scenario 1 (feet) | Maximum Surge Scenario 2C (feet) | Elevation range (+ feet NGVD88) | Primary failure modes Scenario 1 | Primary failure modes Scenario 2c |
|---|---|---|---|---|---|
| GIWWW NO East Back Levee | 17.0 | 16.0 | 15.5-18.0 | wave and surge breaching. main point of entry of floodwater into NOE polder | **no breaching** – limited surge overtopping. waves insufficient height to breach (vegetation effects–outboard protection & grass). |
| GIWW Paris Road Area | 16.2 | 15.5 | 14.5-16.5 | overtopping | **no breaching except at Air Products Plant** flood wall to levee sheet pile connection due to sheet pile interlock failure. |
| GIWW Bulk Terminal | 16.2 | 14.5 | 14.0-15.0 | overtopping | **no breaching of floodwalls or levees** |
| IHNC Junction Port of New Orleans | 17.0 | 14.0 | 14.0-15.4 | overtopping | **no breaching of floodwalls. through seepage breach of two roadway sections behind Port of New Orleans.** |
| IHNC I10 CSX Railroad | 14.0 | 13.0 | 13.0-14.0 | sand bags blew out at 9 ft surge elevation | **breaching** – sand bags would blow out again. no breach if CSX Railroad flood gate was in place. |
| IHNC Seabrook NOE Area | 12.0 | 12.0 | 13.0-14.0 | overtopping | **no breaching** |
| Lower 9th Ward | 17.5 | 14.5 | 12.0-12.5 | seepage, overtopping, lateral instability breaching | **breaching at North and South Breaches** due to seepage. limited overtopping. lateral instability breaching |
| MR-GO Dupre | 17.6 | 16.5 | 14.5 | overtopping breaching at wingwall | **no breaching** |
| MR-GO Reach 2 EBSBs | 18.0 | 17.0 | 15.0 – 20.0 | wave and surge breaching, overtopping, failure of some sheet pile repair inerlocks. | **no breaching** (good turf – ground cover conditions). where surge elevation exceeds crest elevation for more than 1 hour (good grass cover), breaching can develop. **breaching** at sheet pile repairs interlock failure locations |
| MR-GO Bievenue | 17.8 | 17.2 | 15.5 | seepage, lateral instability breaching | **breaching after overtopping (after peak surge when surge at 15.5 ft)** due to seepage and lateral stability at wing wall to EBSB interface. |
| 40 Arpent Levee | 8.5-5.0 | 3.8-2.0 | 6.5 | no breaching | **no breaching** |