# DECLARATION OF DR. G. PAUL KEMP

I, G. Paul Kemp, declare as follows:

1.      I am a coastal geologist and oceanographer living in Baton Rouge, Louisiana.  I have been employed since February 2007 as Vice-President of the Gulf Coast Initiative of the National Audubon Society, a 100 year old conservation organization headquartered in New York City.  Prior to holding this position, I had been an Associate Professor, Research, and Director of the Natural Systems Modeling Group (NSMG) at the Louisiana State University (LSU) School of the Coast and Environment for twelve years.  I received a B.S. degree in 1975 from Cornell University in Ithaca, New York, and I was awarded M.S. (1978) and Ph.D. (1986) degrees from the LSU Department of Marine Sciences, now the Department of Oceanography and Coastal Sciences, and from the Coastal Studies Institute at Louisiana State University.  The opinions given here are my own and should not be construed as positions held by LSU or the National Audubon Society.

2.      I submit this declaration on behalf of Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucille Franz in *Robinson v. United States*, Case No. Civ. 06-2268 (SRD).  As detailed below, this Declaration constitutes my expert report, supporting my opinion that the catastrophic inundation of Greater New Orleans associated with Hurricane Katrina was caused by the storm surge dynamics of the "funnel" and the destruction of the wetlands and marshes surrounding the MR-GO, both of which detrimental effects were caused by the defective design, construction and maintenance of the MR-GO.  This Declaration is submitted in connection with the Section 702c immunity issues.  I reserve the right to amend and supplement my Declaration when and if additional information

41. As happened during Hurricane Katrina and would be true for many critical storm tracks, the surge from Lake Borgne was higher and earlier that that in Lake Pontchartrain and was conveyed into the IHNC via MR-GO's Reach 1. Without the Reach 1 connector, the IHNC floodwalls would have seen a surge of 11 to 12 feet coming from Lake Pontchartrain and would have escaped most, if not all, of the catastrophic overtopping and breaching.

42. The Lake Borgne surge – delivered by the MR-GO funnel – added an additional three feet to Katrina's storm surge. The flow from the funnel also prolonged the period of high surge in Reach 1 and the IHNC because the storm surge from Lake Borgne was conveyed into this region earlier than the storm surge generated in Lake Pontchartrain. The cumulative affect was to extend the period of high water beyond that which would have resulted from storm surge emanating from Lake Pontchartrain alone. Both of these outcomes resulted from the decision to join the MR-GO and the GIWW and the design and construction of the MR-GO in a manner that created and intensified storm surges to cause the catastrophic inundation and destruction during Hurricane Katrina. USCE officials have denied the connection between increased flooding and MR-GO. Hoever, USACE personnel have actually long known of the problem as is indicated in a comment from the Lower Mississippi Valley Division (LMVD) then reviewing the 1988 MR-GO bank erosion reconnaissance report (USACE 1988). This report may be downloaded from the IPET website where four pages of LMVD comments are appended before the main body of the report. Comment 2, headed <u>Page 30, Alternative Plans</u> is worth repeating here:

> "The alternative to completely close the MRGO waterway should
> be evaluated and a discussion of the evaluation should be included
> in the report….This alternative will control all future channel
> maintenance problems by controlling bank erosion, preventing the

associated biological resources problems, preventing saltwater intrusion, and lessening the recreational losses. *In addition to solving the aforementioned problems, it will also reduce the possibility of catastrophic damage to urban areas by a hurricane surge coming up this waterway* and also greatly reduce the need to operate (and could possibly eliminate) the control structures at Bayous Dupre and Bienvenue. Furthermore, the salinity level in Lake Ponchartrain will be reduced which, according to some parties, will be a great benefit." (*Italics added*)

### C. Storm Surge Modeling Of The MR-GO

43. Dr. Mashriqui and I used storm surge modeling to explore the dimensions of this critical and fundamental flaw in the design and construction of the MR-GO, collectively known as the "funnel," prior to Hurricane Katrina's landfall. Unfortunately, as we discovered in Hurricane Katrina's wake, our analyses and predictions of the MR-GO's funneling effect – and its destructive consequences – proved accurate.

44. Based on several Advanced Circulation Hydrodynamic Model ("ADCIRC") computer runs of other simulated hurricanes tracking east and south of the Greater New Orleans area, I have concluded that if the MR-GO had not been defectively designed, constructed, and operated, Greater New Orleans, and particularly St. Bernard and New Orleans East, would have experienced far less flooding due to overtopping and fewer floodwall failures in Hurricane Katrina's wake as opposed to the catastrophic devastation that actually occurred.

45. The ADCIRC storm surge model version that I used to simulate Hurricanes Katrina and Rita has been greatly modified by Dr. Westerink since these storms under contract to

Pontchartrain, so at some times there may be as much as 6 feet of difference between the stage at Paris Road and at Seabrook on the north end of the MR-GO, and less at other times.  Then as the storm progresses north, the flow is reversed and is from Lake Pontchartrain through the IHNC and MR-GO Reach 1 back into the funnel.

56.  We do not yet have a good handle on this level of detail, and we will be pursuing it in the next modeling phase with our colleagues at Delft.  In a simplistic way, we can say that if the MR-GO was not there, surge in the IHNC would have been controlled by that of Lake Pontchartrain at Seabrook, which reached about 12 ft during Katrina.  Because of the connection through MRGO, the IHNC actually reached a maximum of 15 ft, so a difference of about 3 feet.  It is important, however, not to fixate on maximum surge elevation alone because this single parameter tends to converge on a narrow range for the IHNC during a large storm like Hurricane Katrina, as was discovered first by Bretschneider and Collins (1966) in their post-Hurricane Betsy report for the USACE titled *Storm Surge Effects of the Mississippi River Gulf Outlet*.  What is more important from a flooding standpoint is how soon the surge gets above levee and floodwall crowns, and how long it stays above this level.  This duration is at least as important from a flood protection standpoint as the maximum elevation reached (for a second, or for hours?).