```
         UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF LOUISIANA


IN RE:  KATRINA CANAL      CIVIL ACTION
BREACHES CONSOLIDATED
LITIGATION                   NO. 05-4182 "K" (2)

                           JUDGE DUVAL
PERTAINS TO:  MRGO         MAG. WILKINSON

FILED IN:

05-4181, 05-4182, 05-4191,
05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327,
05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208,
06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065,
06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159,
06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937,
06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286,
07-1288, 07-1289
```

       Deposition of ROBERT A. DALRYMPLE, Ph.D., 1902A Indian Head Road, Towson, Maryland 21204, taken in the offices of Stone, Pigman, Walther, Wittmann, L.L.C., 546 Carondelet St., New Orleans, Louisiana on Tuesday, the 18th day of September, 2007 at 9:17 a.m.

Page 142

1  50 major breaches into a smaller number.  And
2  so the sources may not have been distributed
3  exactly as what happened.  So I think in the
4  details you can make arguments that the model
5  is not functioning perfectly accurately, but
6  in terms of net flooding, it's reasonable.
7      Q.  Okay.  That's fine.  Can you
8  compare and contrast for me the HEC-RAS Corps
9  model to the one the Delft Team did?
10     A.  Only in the sense I've already
11 given, in that it's more of a 1D model
12 originally than the current Sobek model is,
13 but I've not done a side-by-side comparison.
14 And the Sobek model I don't know the details
15 of because it's a proprietary model.
16     Q.  Is HEC-RAS a dynamic model?  Does
17 it try to depict what Delft does, the, I
18 don't know if they use blue or not, but the
19 timing, volume and sourcing of flooding, does
20 HEC-RAS try to do that?
21     A.  They do that, but they don't
22 present -- I've not seen the results
23 presented in that fashion.  Basically what
24 they present in their IPET report is sort of
25 the final flooding volumes and like the Table

Page 143

1  8 I referred to.
2      Q.  Right.
3      A.  So I don't know the extent that
4  they've done the time-dependent flooding of
5  the polder areas.
6      Q.  Okay.  Have you done any study to
7  determine what the surge height would have
8  been in Reach 2 if the wetlands had not been
9  destroyed?
10     A.  I have not.  IPET has done some
11 sensitivities of the ADCIRC modeling with and
12 without the wetlands.
13     Q.  Have you studied those or have an
14 opinion on those, one way or the other?
15     A.  Only to the extent that I know that
16 there's about a meter of water level
17 difference with and without the wetlands.
18     Q.  Okay.  That's their conclusion,
19 right?
20     A.  Yes.
21     Q.  But you haven't independently
22 studied that?
23     A.  No, I have not.
24     Q.  And don't have an opinion whether
25 it's good, bad or indifferent?

Page 144

1      A.  I haven't studied it myself.  I
2  would think that the ADCIRC modeling done by
3  the IPET team was fairly reasonable.
4      Q.  Again, it would be --
5      A.  It would make the right trend.  The
6  number of 1 meter would not be exactly right.
7      Q.  Right.
8      A.  I mean, there would be some
9  uncertainties with the number.
10     Q.  It could be three meters or four
11 meters, right?
12     A.  Probably not that big, but I guess
13 15, 20 percent.
14     Q.  A meter is over 3 feet, right?
15     A.  Just barely, yeah.
16     Q.  It's 39 inches?
17     A.  Yeah.  It's 3.28 feet, yes.
18     Q.  I have kids and they use metric and
19 I have no idea what they're talking about,
20 so -- and 3 feet of difference in surge made
21 the difference in terms of overtopping and
22 washing away Reach 2, correct, from what you
23 told me?
24     A.  There was -- yeah.  We know that
25 there was a significant amount of overtopping

Page 145

1  on that order of magnitude, yes.
2      Q.  Okay.  Now, you've worked with
3  people at Delft before, I think you said,
4  correct?
5      A.  Yes.  I've spent half a year or
6  three or four months, actually, at Delft.
7      Q.  Where is Delft?
8      A.  It's in the Netherlands.  It is
9  east and a little bit south of Amsterdam, if
10 I remember my map right.  It's about a 30-,
11 40-minute train ride.
12     Q.  Is it an engineering school?
13     A.  Yes, it is.
14     Q.  Okay.  And is it a renowned
15 engineering school?
16     A.  Yes.
17     Q.  Were you a visiting professor
18 there?
19     A.  I don't think I had that title.  I
20 think I was, I was there about six weeks.  I
21 don't know if I had an official title.
22     Q.  Would it be fair to say Delft is
23 either the Caltech or MIT of the Netherlands?
24     A.  Probably.
25     Q.  Okay.  Now, I'm a Caltech guy.  I

Page 162

1  critique is the entire southern Louisiana as
2  well.
3     Q.  Of which Greater New Orleans is a
4  subset?
5     A.  Correct.
6     Q.  So will you be critiquing the plan
7  the Corps is going to try to implement by
8  2012?
9     A.  Some portions of it.  The one, the
10 part that's already committed we may say
11 something about that, but what's already
12 underway is probably less of concern to us
13 than what's proposed.
14    Q.  Do you think that whatever system
15 the Corps built by the time of Katrina after
16 1965 was designed to deal with the most
17 severe combination of meteorological
18 conditions that are considered reasonably
19 characteristic of this region?
20    A.  No.
21       MR. O'DONNELL:
22       I have nothing further.  Thank you.
23       And thank you very much, Doctor.
24       THE WITNESS:
25       Thank you.

Page 163

1        VIDEOGRAPHER:
2        This concludes this deposition.  It
3        is 11:37.
4
5
6    (Whereupon, the deposition was
7  concluded at 11:37 a.m.)

Page 164

1              WITNESS CERTIFICATE
2
3
4     I, ROBERT A. DALRYMPLE, Ph.D., do
5  hereby certify that the foregoing testimony
6  was given by me, and that the transcription
7  of said testimony, with corrections and/or
8  changes, if any, is true and correct as given
9  by me on the aforementioned date.
10
11
12
   DATE SIGNED       WITNESS' SIGNATURE
13
14
15
16       Signed with corrections as noted.
17
         Signed with no corrections noted.
18
19
20 DATE TAKEN: September 18, 2007

Page 165

1             REPORTER'S CERTIFICATE
2
3     I, MARGARET MCKENZIE, Certified Court
4  Reporter, do hereby certify that the
5  above-named witness, after having been first
6  duly sworn by me to testify to the truth, did
7  testify as hereinabove set forth;
8       That the testimony was reported by me
9  in shorthand and transcribed under my
10 personal direction and supervision, and is a
11 true and correct transcript, to the best of
12 my ability and understanding;
13      That I am not of counsel, not related
14 to counsel or the parties hereto, and not in
15 any way interested in the outcome of this
16 matter.
17
18
      MARGARET MCKENZIE, CCR, RPR, RMR, CRR
19    CERTIFIED COURT REPORTER