# DRAFT INDIVIDUAL ENVIRONMENTAL REPORT

## IMPROVED PROTECTION ON THE INNER HARBOR NAVIGATION CANAL

## ORLEANS AND ST. BERNARD PARISHES, LOUISIANA

## IER #11 TIER 2 BORGNE





**US Army Corps of Engineers**®

**August 2008**

Inundation areas were calculated for depths greater than 0.25 ft, 0.5 ft, 0.75 ft, and 1.0 ft NAVD88 2004.65.  The modeled results for both the protected side and flood side as compared to the existing (MRGO open) and base (MRGO closed at Bayou La Loutre) conditions are presented in table 5.

| Table 5.  Maximum and Minimum Inundated Areas | | | | | | |
|---|---|---|---|---|---|---|
| Protected Side (x 1000 acres) | | | | | | |
| Depth (ft) | Existing Case | | Base Case | | Proposed Action | |
|  | Min | Max | Min | Max | Min | Max |
| 0.25 | 0.3 | 0.7 | 0.3 | 0.7 | 0.4 | 0.6 |
| 0.5 | 0.3 | 0.7 | 0.3 | 0.7 | 0.4 | 0.6 |
| 0.75 | 0.2 | 0.6 | 0.2 | 0.6 | 0.3 | 0.5 |
| 1 | 0.2 | 0.5 | 0.2 | 0.5 | 0.2 | 0.4 |
| Flood Side (x 1000 acres) | | | | | | |
| Depth (ft) | Existing Case | | Base Case | | Proposed Action | |
|  | Min | Max | Min | Max | Min | Max |
| 0.25 | 5.7 | 9.3 | 5.8 | 9.2 | 5.9 | 9.4 |
| 0.5 | 5.6 | 9.2 | 5.7 | 9.1 | 5.8 | 9.2 |
| 0.75 | 5.0 | 8.7 | 5.1 | 8.5 | 5.2 | 8.5 |
| 1 | 4.4 | 8.0 | 4.5 | 7.8 | 4.7 | 7.8 |

The difference between the maximum water volume and the minimum water volume defines the tidal prism. Percentages were computed to show how this volume of water is influenced by the barrier configuration of the proposed action. The model predicts that a nearly 30 percent decrease in tidal prism can be expected within the Golden Triangle marsh on the protected side of the proposed barrier and a 3.5 percent decrease can be expected on the flood side of the barrier (USACE 2008a). These results demonstrate that placement of the structures restrict tidal exchange within the protected side and to a lesser extent, flood side of the marsh.

Surge modeling and flood risk assessment of the project area (USACE 2007e) demonstrates that surge height increases as it moves from east to west in the Borgne complex, due to the narrowing of the corridor between the GIWW and the MRGO as it approaches the IHNC (USACE 2008d). Subsequent overtopping analysis (overtopping due to wave action during a 100 year event) has shown that greater volumes are expected the further east the alignment (due to longer barrier lengths required for more eastern alignments). Although water level rise due to overtopping behind the barrier is higher for the alignments that are located more eastward (Alignments 3, 4 and 5), the more westerly alignments (Alignments 1 and 2) result in a greater water level rises due to rainfall in relation with the available storage volume.

*Indirect Impacts to Hydrology*

Hydrologic changes as discussed above may indirectly correlate to impacts to water quality and wetlands which can result in loss of habitat. This loss of habitat has the potential to impact both

aquatic and terrestrial species. These impacts are discussed in further detail within other significant resource sections of the document.

*Cumulative Impacts to Hydrology*

By providing a storm surge barrier across the Golden Triangle marsh, the incremental effect of the proposed action, in combination with other projects in the vicinity (discussed in section 4.0), would significantly reduce the effect of surges from extreme events up to the 100-year storm level and beyond. This would result in further enhancement of the entire proposed 100-year hurricane and storm damage risk reduction system throughout the area (USACE 2008b).

As shown in figure 26, when 2007-without-Borgne-barrier statistics are plotted along with 2010-with-Borgne-barrier statistics for a point #140 located near Seabrook/Lake Pontchartrain, resulting curves of still water elevation are nearly identical. However, the structure at Seabrook in addition to the proposed action could increase local friction in IHNC channel, which could result in decreases in the maximum surface velocity by ~0.05 ft/sec (Martin et al. 2008).

The proposed action will have additive impacts to identified future projects such as a proposed gate structure at the Lake Pontchartrain/IHNC interface, closure of the MRGO at Bayou La Loutre and the possible freshwater diversion at Violet, all resulting in altered hydrologic flows within the study area. For example, the proposed action, in conjunction with a gate structure at the Lake Pontchartrain/IHNC interface, could result in an increase in water levels within the GIWW/IHNC up to 1.5 ft due to overtopping with both gates closed during a storm that produces a 1 percent exceedance surge elevation.  This surge elevation has a 1 percent chance of occurring each year. Furthermore, the project area is no longer freely connected with the sediment source of the Mississippi River due to numerous past flood control projects in the area.