



Figure C5.a:   Scenario 2A; SWAN results peak wave period (Tp [s]), 4:00 am and 5:00 am on grid F, G and part of M

   17   



Figure C5.b: Scenario 2A; SWAN results peak wave period (Tp [s]), 6:00 am - 9:00 am on grid F, G and part of M







Figure C6.a: Wave parameters on rays 1-4 at 8:00 am LT Scenario 2A

 



Figure C6.b:   Wave parameters on rays 5-7 at 8:00 am LT Scenario 2A




# APPENDIX D: Scenario 2B "virgin no-MRGO scenario, no levees"

## D.1 Introduction Scenario 2B

Scenario 2B is the situation as if the MRGO nor its levees had ever existed. In this scenario the 40 Arpent Avenue levee has a pre-Katrina crest elevation of 6.5 ft (NAVD88).

## D.2 Input SWAN simulations Scenario 2B

The only difference between Scenario 2A and 2B are the water levels of grids M, F and G. Instead of FINEL run 2A, the water levels are based on the results of FINEL run 2B.

Figure D1 shows the water levels as input for the SWAN computations.

## D.3 SWAN results Scenario 2B

SWAN results at output locations
Table D.1 gives the significant wave height, peak wave period, wave direction and surge water level for the seven pre-described output locations. At time 8:00 am (t3) the wave conditions are most severe. The location where the levee used to be in Scenario 1 has the following maxima: 5.5 ft as significant wave height at ray 2, 5.1 seconds as peak period at ray 6 and 15.6 ft as water level at ray 6.

On the levee, the significant wave height in Scenario 2B is 0.1 till 0.5 ft lower than in Scenario 2A. The water levels are in the order of 1 ft lower.

2d-overview of significant wave height - Hs
Figures D2 present the significant wave height on the the F and G grids, completed with parts of the M-grid. In the Cypress forest the wave height is less than in the swamp areas without trees, due to the presence of the trees and the reduced wind velocity. Note that in Scenario 2B, the MRGO has been removed.

2d-overview of peak wave period - Tp
Figure D3 shows the peak wave period on the F and G grids, completed with parts of the M-grid.

Wave parameters along the rays
Figure D4 presents the wave parameters along the seven rays in the area of interest, for time step 8:00 am.

**Conclusion Scenario 2B**

In Scenario 2B the situation before the MRGO was constructed has been simulated, with Cypress trees growing in the marshes, and no MRGO-levees. The absence of the deep and wide MRGO prevents the waves to grow as they did in Scenario 1. Furthermore, the Cypress forests suppress the waves and reduce the wind velocity so that there is less driving force for the waves to grow. The general outcome of the SWAN simulations of Scenario 2B is that the waves on the location of the present levee would be lower if there were no MRGO.




| Hs [ft] | 4am (local) | | | | 5am (local) | | |
|---|---|---|---|---|---|---|---|
| loc | L | T | D | | L | T | D |
| 1 | 1.7 | 1.7 | 1.7 | | 2.1 | 2.1 | 2.2 |
| 2 | 2.5 | 2.5 | 2.1 | | 3.1 | 3.1 | 2.7 |
| 3 | 1.2 | 1.2 | 1.4 | | 1.7 | 1.6 | 1.9 |
| 4 | 1.6 | 1.3 | 1.3 | | 2.1 | 1.7 | 1.7 |
| 5 | 1.6 | 1.2 | 1.1 | | 2.0 | 1.6 | 1.5 |
| 6 | 1.6 | 1.8 | 1.9 | | 2.1 | 2.4 | 2.5 |
| 7 | | | 3.4 | | | | 4.0 |

| dir come from [°N] | 4am (local) | | | | 5am (local) | | |
|---|---|---|---|---|---|---|---|
| loc | L | T | D | | L | T | D |
| 1 | 59 | 58 | 58 | | 57 | 56 | 56 |
| 2 | 51 | 55 | 70 | | 50 | 54 | 67 |
| 3 | 71 | 65 | 72 | | 68 | 63 | 69 |
| 4 | 38 | 33 | 41 | | 37 | 33 | 41 |
| 5 | 50 | 51 | 50 | | 46 | 47 | 49 |
| 6 | 54 | 53 | 53 | | 53 | 52 | 52 |
| 7 | | | 54 | | | | 53 |

| Tp [s] | 4am (local) | | | | 5am (local) | | |
|---|---|---|---|---|---|---|---|
| loc | L | T | D | | L | T | D |
| 1 | 2.6 | 2.4 | 2.4 | | 2.9 | 2.6 | 2.6 |
| 2 | 2.6 | 2.6 | 2.9 | | 2.9 | 2.9 | 3.2 |
| 3 | 2.4 | 2.4 | 2.4 | | 2.9 | 2.9 | 3.2 |
| 4 | 2.4 | 2.4 | 2.4 | | 2.9 | 2.9 | 2.6 |
| 5 | 2.0 | 2.0 | 2.9 | | 2.2 | 2.4 | 3.2 |
| 6 | 2.9 | 5.1 | 5.1 | | 3.2 | 5.1 | 5.1 |
| 7 | | | 3.2 | | | | 3.5 |

| wl [ft] | 4am (local) | | | | 5am (local) | | |
|---|---|---|---|---|---|---|---|
| loc | L | T | D | | L | T | D |
| 1 | 5.7 | 5.7 | 5.8 | | 6.7 | 6.7 | 6.8 |
| 2 | 5.9 | 6.0 | 6.2 | | 7.1 | 7.2 | 7.4 |
| 3 | 6.5 | 6.6 | 6.9 | | 7.9 | 8.0 | 8.3 |
| 4 | 6.6 | 6.7 | 6.9 | | 8.1 | 8.1 | 8.3 |
| 5 | 6.6 | 6.6 | 7.0 | | 8.0 | 8.1 | 8.4 |
| 6 | 8.1 | 8.4 | 8.4 | | 9.7 | 10.0 | 10.0 |
| 7 | | | 7.2 | | | | 8.6 |

Table D1.a:   Results SCENARIO 2B SWAN simulations 4am and 5 am on output locations (Hs, Direction, Tp, Water level; for output locations, see Paragraph 2.5; L=levee, T=toe, D=deeper parts)




| Hs [ft] | t1=6am (local) | | | t2=7am (local) | | | t3=8am (local) | | | t4=9am (local) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| loc | L | T | D | L | T | D | L | T | D | L | T | D |
| 1 | 2.8 | 2.8 | 2.8 | 3.5 | 3.5 | 3.6 | 4.4 | 4.4 | 4.5 | 4.3 | 4.3 | 4.4 |
| 2 | 3.8 | 3.8 | 3.4 | 4.7 | 4.7 | 4.3 | 5.5 | 5.5 | 5.2 | 4.5 | 4.5 | 4.6 |
| 3 | 2.2 | 2.2 | 2.4 | 2.9 | 2.9 | 3.1 | 3.5 | 3.5 | 3.8 | 2.8 | 2.8 | 2.9 |
| 4 | 2.7 | 2.2 | 2.3 | 3.4 | 2.9 | 3.1 | 4.0 | 3.5 | 3.7 | 3.3 | 3.1 | 3.2 |
| 5 | 2.6 | 2.1 | 2.0 | 3.3 | 2.7 | 2.7 | 3.8 | 3.2 | 3.3 | 2.9 | 2.7 | 2.8 |
| 6 | 2.8 | 3.1 | 3.3 | 3.6 | 4.0 | 4.2 | 4.1 | 4.5 | 4.7 | 2.4 | 2.7 | 2.8 |
| 7 | | | 4.8 | | | 5.8 | | | 6.7 | | | 4.6 |

| dir come from [°N] | t1=6am (local) | | | t2=7am (local) | | | t3=8am (local) | | | t4=9am (local) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| loc | L | T | D | L | T | D | L | T | D | L | T | D |
| 1 | 54 | 53 | 53 | 52 | 51 | 51 | 52 | 51 | 51 | 32 | 32 | 33 |
| 2 | 49 | 52 | 63 | 49 | 51 | 60 | 50 | 52 | 59 | 22 | 23 | 27 |
| 3 | 65 | 60 | 66 | 64 | 59 | 63 | 65 | 61 | 65 | 19 | 17 | 19 |
| 4 | 36 | 33 | 40 | 37 | 35 | 41 | 40 | 38 | 43 | 10 | 9 | 10 |
| 5 | 42 | 43 | 47 | 41 | 42 | 47 | 44 | 45 | 49 | 8 | 11 | 18 |
| 6 | 51 | 50 | 51 | 51 | 51 | 51 | 54 | 54 | 54 | 22 | 20 | 20 |
| 7 | | | 51 | | | 50 | | | 54 | | | 34 |

| Tp [s] | t1=6am (local) | | | t2=7am (local) | | | t3=8am (local) | | | t4=9am (local) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| loc | L | T | D | L | T | D | L | T | D | L | T | D |
| 1 | 3.2 | 2.9 | 2.9 | 3.2 | 3.2 | 3.2 | 3.5 | 3.5 | 3.5 | 4.7 | 4.7 | 4.7 |
| 2 | 3.2 | 3.2 | 3.5 | 3.8 | 3.8 | 3.8 | 4.2 | 4.7 | 4.2 | 4.7 | 4.7 | 5.1 |
| 3 | 3.2 | 3.2 | 3.8 | 3.5 | 3.5 | 4.2 | 4.2 | 3.8 | 4.7 | 4.7 | 4.7 | 4.7 |
| 4 | 3.2 | 3.2 | 3.2 | 3.5 | 3.5 | 3.5 | 3.8 | 3.8 | 3.8 | 4.7 | 4.7 | 4.7 |
| 5 | 2.6 | 2.9 | 3.5 | 2.9 | 3.2 | 4.2 | 3.2 | 3.8 | 4.7 | 4.7 | 4.7 | 4.7 |
| 6 | 4.2 | 5.1 | 5.1 | 4.7 | 4.7 | 4.7 | 5.1 | 6.2 | 6.2 | 4.7 | 4.7 | 4.7 |
| 7 | | | 3.5 | | | 3.5 | | | 3.8 | | | 4.2 |

| wl [ft] | t1=6am (local) | | | t2=7am (local) | | | t3=8am (local) | | | t4=9am (local) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| loc | L | T | D | L | T | D | L | T | D | L | T | D |
| 1 | 8.0 | 8.0 | 8.1 | 9.5 | 9.5 | 9.6 | 11.5 | 11.5 | 11.6 | 13.4 | 13.5 | 13.5 |
| 2 | 8.6 | 8.7 | 8.8 | 10.4 | 10.4 | 10.6 | 12.4 | 12.5 | 12.6 | 13.7 | 13.7 | 13.8 |
| 3 | 9.6 | 9.7 | 9.9 | 11.5 | 11.6 | 11.9 | 13.6 | 13.7 | 13.9 | 14.0 | 14.0 | 14.0 |
| 4 | 9.8 | 9.9 | 10.0 | 11.8 | 11.9 | 12.0 | 13.9 | 14.0 | 14.1 | 14.1 | 14.1 | 14.1 |
| 5 | 9.8 | 9.8 | 10.2 | 11.9 | 11.8 | 12.2 | 13.9 | 13.9 | 14.2 | 14.1 | 14.1 | 14.1 |
| 6 | 11.6 | 11.9 | 11.9 | 13.9 | 14.1 | 14.2 | 15.6 | 15.8 | 15.8 | 14.1 | 14.1 | 14.1 |
| 7 | | | 10.0 | | | 11.5 | | | 13.7 | | | 13.5 |

Table D1.b:   Results SCENARIO 2B SWAN simulations 6-9am on output locations (Hs, Direction, Tp, Water level; for output locations, see Paragraph 2.5; L=levee, T=toe, D=deeper parts)






Figure D1:   Scenario 2B: Surge water level fields [ft relative to NAVD88] 4am, 5am, 6am, 7am, 8am, 9am LT based on data from FINEL and ADCIRC







Figure D2.a:   Scenario 2B: SWAN results significant wave height Hs [ft] and wave direction 4am and 5am LT on grid F, G and part of M



Figure D2.b: Scenario 2B: SWAN results significant wave height Hs [ft] and wave direction 6am and 7am LT on grid F, G and part of M

   26   





Figure D2.c: Scenario 2B: SWAN results significant wave height Hs [ft] and wave direction 8am and 9am LT on grid F, G and part of M



27







Figure D3.a:   Scenario 2B: SWAN results peak wave period Tp [s] 4am and 5am LT on grid F, G and part of M



28





Figure D3.b:   Scenario 2B: SWAN results peak wave period Tp [s] 6am and 7am LT on grid F, G and part of M

 



Figure D3.c:   Scenario 2B: SWAN results peak wave period Tp [s] 8am and 9am LT on grid F, G and part of M

 



Figure D4.a:  Scenario 2B; Wave parameters on rays 1-4 at 8am LT
              (colored circles indicate output locations)






Figure D4.b: Scenario 2B; Wave parameters on rays 5-7 at 8am LT
(colored circles indicate output locations)

 

# APPENDIX E: Scenario 3 "MRGO-as-designed scenario"

## E.1 Introduction Scenario 3

This chapter deals with Scenario 3, the "MRGO-as-designed scenario". We run a Katrina storm with a scenario run modified with a MRGO channel as originally designed.

Scenario 3 consists of the Katrina storm in combination with:
- the MRGO levees along their current alignment at their pre-Katrina elevations,
- the MRGO channel (Reach 1 and reach 2) at its authorized width, depth, and alignment and with
- the pre-MRGO (1958) wetlands/swamps (incl trees where they used to be) and shoreline.

The authorized dimensions of the MRGO, as originally designed, refer to a bottom width of 500 ft, slopes 1:2 and a depth of 36 ft.

## E.2 Input Scenario 3

The position and resolution of the computational grids is equal to those in Scenario 1. Also the wave boundary conditions, numerical settings, output locations and most physical settings are the same. Since the difference between the scenarios are limited to the area within computational grid C, the Scenario 1 results on the base grid (A) are valid for Scenario 3 too.

Input for Scenario 3 that differs from Scenario 1:
- Bathymetry
- Bottom friction
- Wind
- Water levels

### Bathymetry Scenario 3

The bathymetry for Scenario 3 consists of the Scenario 2A-bathymetry to which the MRGO at its design dimensions is added. MRGO Reach 1 and 2 have dimensions of 36 feet deep, 500 feet wide at the bottom and 650 feet wide at the top, as provided by the Robinson experts.

The levees along the MRGO Reach 1 and 2 are at the actual pre-Katrina crest heights, as provided by the Robinson experts. These were also present in the bathymetry of Scenario 1.

The GIWW has the dimensions of 150 feet wide and 12 feet deep (similar as in Scenario 1), as provided by the Robinson experts.

The resulting depths in the model area are shown in Figure E1. The adjusted bathymetry for Scenario 3 is only included in computational grids C, M, F and G.


