**Bottom friction Scenario 3**

In Scenario 3 the Cypress forest south west of Lake Borgne is included albeit that it is cut by the MRGO. Where trees are present, the bottom friction coefficient is raised from 0.015 to 2.0 (see also explanation for bottom friction of Scenario 2C and Figure 4.5). The marshes have a friction coefficient of 0.49. In the MRGO and on its levees we did not include any vegetation ; hence the friction coefficient is 0.015 here.

There are three different values for the friction coefficient (Cfr=stem rigidity * Diameter [m] * number/$m^2$ * Height [m]):
- Cypress forest              Cfr= 0.9      * 0.5   *      0.9   *     5       = 2.0
- Spartina (moderate)         Cfr= 0.5      * 0.01  *      49    *     2       = .49
- Flat (Lake, Channel, Ocean) Cfr= 0.015 (SWAN's default value)

The perimeter of the Cypress forest is as we received it from the Robinson experts (Ivor van Heerden), see Figure 4.5. The larger bottom friction is only included in computational grids M and F. Figure E2 shows the friction coefficient as input for the SWAN computations.

**Wind Scenario 3**

Inside the cypress forest the influence of the wind is reduced by the trees. Therefore the wind velocities are reduced by 80% (percentage provided to us by the Robinson experts) inside Cypress forests. Along the MRGO channel, the wind is not reduced, which makes the wind for this scenario different from Scenario 2A/B/C.

The reduced wind is only included in computational grids M and F. Figure E3 shows the wind velocities as input for the SWAN computations. The resolution of the wind file for Scenario 3 is 500 m x 500 m (1640 ft x 1640 ft) which is twice as fine as in Scenario 1.

**Water levels Scenario 3**

The water level data consists of non-uniform data fields based on the combination of ADCIRC S08 simulations for Scenario 3 performed by the Robinson experts and FINEL simulations for Scenario 3 (Wit, de 2008). The water levels for Scenario 3 are only included in computational grids M, F and G. Figure E.4 shows the water levels as input for the SWAN computations.

## E.3 SWAN results Scenario 3

**General**

NB:
When comparing the results of Scenario 3 with other scenarios one should keep in mind that the output locations have the same coordinates, but not necessarily the same elevation. The names "levee", "toe" etc are based on Scenario 1.

In Scenario 3 the MRGO has its authorized dimensions which are smaller than its actual size. The Cypress forest is present south west of Lake Borgne. The levees are in place.

Scenario 1 revealed that the waves grow as they cross the MRGO; we expect smaller waves in Scenario 3 as the MRGO is narrower. Also the trees and marh vegetation will dampen the waves since they reduce the wind velocity and physically obstruct the waves. The water




levels of Scenario 3, using a combination of FINEL and ADCIRC output, are more or less similar to the ones from Scenario 1.

### Scenario 3: SWAN results at output locations

Tables E1.a and b present the significant wave height, peak period, wave direction and water level for a few locations on the seven output rays. On the levee the significant wave height of Scenario 3 is roughly 1 ft less than of Scenario 1. The maximum significant wave height at a levee output location is 6.0 ft on location 1. The maximum period occurs on locations 1,2,6 and is 4.2 s.

### Scenario 3: 2d-overview of significant wave height - Hs

Figures E5.a-c show 2d-plots of the significant wave height. One can recognize the MRGO with higher waves and the Cypress trees with lower waves. The larger waves on the MRGO are present over a narrower width than in Scenario 1.

### Scenario 3: 2d-overview of peak wave period - Tp

Figure E6a-c shows 2d-plots of the peak period. The period varies between circa 3 and 7 seconds. On 8 am the wave periods are highest.

### Scenario 3: Wave parameters along the rays

Figures E7a-b present the wave parameters (including bottom friction coefficient and water levels) along the seven rays in the area of interest at 8:00 am local time.

The location of the rays can be found in Figure 2.6. The colored dots have the same position as the ones in Scenario 1, but since the MRGO has been changed in Scenario 3, their vertical elevation is different. One can see that the cross section of the MRGO is smaller than in Scenario 1.

The variation in friction coefficient depends on the presence of the vegetation causing additional friction. One can see that the wave height reduces as the friction coefficient increases.




| Hs [ft] | 4am (local) | | | 5am (local) | | |
|---|---|---|---|---|---|---|
| loc | L | T | D | L | T | D |
| 1 | 0.0 | 2.7 | 3.0 | 0.0 | 3.5 | 3.7 |
| 2 | 0.0 | 3.1 | 3.1 | 2.4 | 3.8 | 3.8 |
| 3 | 0.0 | 2.5 | 1.9 | 0.0 | 3.1 | 2.4 |
| 4 | 1.9 | 2.5 | 2.3 | 2.6 | 3.1 | 2.9 |
| 5 | 0.0 | 2.2 | 1.6 | 0.0 | 2.8 | 2.0 |
| 6 | 2.2 | 2.6 | 3.0 | 2.8 | 3.3 | 3.7 |
| 7 |   |   | 3.6 |   |   | 4.3 |

| dir come from [°N] | 4am (local) | | | 5am (local) | | |
|---|---|---|---|---|---|---|
| loc | L | T | D | L | T | D |
| 1 | 0 | 45 | 45 | 0 | 44 | 42 |
| 2 | 0 | 47 | 50 | 49 | 45 | 47 |
| 3 | 0 | 52 | 59 | 0 | 49 | 54 |
| 4 | 35 | 41 | 40 | 35 | 39 | 37 |
| 5 | 0 | 42 | 42 | 0 | 39 | 37 |
| 6 | 45 | 47 | 51 | 44 | 47 | 50 |
| 7 |   |   | 53 |   |   | 51 |

| Tp [s] | 4am (local) | | | 5am (local) | | |
|---|---|---|---|---|---|---|
| loc | L | T | D | L | T | D |
| 1 | 0.0 | 2.9 | 2.6 | 0.0 | 3.2 | 3.2 |
| 2 | 0.0 | 2.9 | 2.9 | 3.2 | 3.2 | 3.2 |
| 3 | 0.0 | 2.6 | 2.2 | 0.0 | 2.9 | 2.4 |
| 4 | 2.6 | 2.4 | 2.4 | 2.9 | 2.6 | 2.6 |
| 5 | 0.0 | 2.4 | 2.2 | 0.0 | 2.6 | 2.4 |
| 6 | 2.9 | 2.6 | 2.9 | 3.2 | 2.9 | 3.2 |
| 7 |   |   | 3.2 |   |   | 3.5 |

| wl [ft] | 4am (local) | | | 5am (local) | | |
|---|---|---|---|---|---|---|
| loc | L | T | D | L | T | D |
| 1 | 0.0 | 8.8 | 8.7 | 0.0 | 10.6 | 10.5 |
| 2 | 0.0 | 9.0 | 9.0 | 10.9 | 10.8 | 10.8 |
| 3 | 0.0 | 9.2 | 9.1 | 0.0 | 11.0 | 10.9 |
| 4 | 9.3 | 9.2 | 9.2 | 11.1 | 11.0 | 11.0 |
| 5 | 0.0 | 9.3 | 9.2 | 0.0 | 11.0 | 11.0 |
| 6 | 9.5 | 9.4 | 9.4 | 11.2 | 11.1 | 11.1 |
| 7 |   |   | 8.2 |   |   | 9.7 |

Table E1.a: Results SWAN Scenario 3: 4am and 5 am on output locations (Hs, Direction, Tp, Water level; for output locations, see Paragraph 2.5; L="levee", T="toe", D="deeper parts")




| Hs [ft] | 6am (local) | | | 7am (local) | | | 8am (local) | | | 9am (local) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| loc | L | T | D | L | T | D | L | T | D | L | T | D |
| 1 | - | 4.3 | 4.7 | - | 5.5 | 6.0 | 6.0 | 6.4 | 6.9 | - | 3.9 | 3.9 |
| 2 | 3.4 | 4.7 | 4.8 | 4.5 | 5.9 | 6.1 | 5.5 | 6.8 | 7.0 | 3.1 | 3.6 | 3.7 |
| 3 | 2.9 | 4.0 | 3.1 | 4.1 | 5.0 | 3.9 | 5.0 | 5.7 | 4.4 | 2.6 | 2.7 | 2.2 |
| 4 | 3.5 | 3.9 | 3.7 | 4.6 | 4.9 | 4.8 | 5.4 | 5.6 | 5.3 | 2.7 | 2.8 | 2.7 |
| 5 | - | 3.5 | 2.6 | - | 4.4 | 3.4 | 4.9 | 4.9 | 3.7 | - | 2.4 | 2.1 |
| 6 | 3.6 | 4.2 | 4.7 | 4.7 | 5.4 | 6.0 | 5.2 | 5.9 | 6.4 | 2.0 | 2.2 | 2.4 |
| 7 | | | 4.6 | | | 6.3 | | | 6.6 | | | 4.0 |

| dir come from [°N] | 6am (local) | | | 7am (local) | | | 8am (local) | | | 9am (local) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| loc | L | T | D | L | T | D | L | T | D | L | T | D |
| 1 | - | 41 | 38 | - | 39 | 35 | 38 | 39 | 36 | - | 23 | 17 |
| 2 | 48 | 43 | 43 | 46 | 41 | 41 | 46 | 42 | 42 | 32 | 23 | 16 |
| 3 | 46 | 45 | 47 | 42 | 43 | 43 | 43 | 45 | 46 | 17 | 13 | 1 |
| 4 | 34 | 36 | 33 | 34 | 35 | 31 | 35 | 36 | 33 | 16 | 14 | 3 |
| 5 | - | 35 | 31 | - | 33 | 28 | 42 | 35 | 32 | - | 7 | 359 |
| 6 | 44 | 45 | 47 | 44 | 45 | 47 | 46 | 49 | 51 | 21 | 16 | 12 |
| 7 | | | 43 | | | 47 | | | 43 | | | 33 |

| Tp [s] | 6am (local) | | | 7am (local) | | | 8am (local) | | | 9am (local) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| loc | L | T | D | L | T | D | L | T | D | L | T | D |
| 1 | - | 3.5 | 3.5 | - | 3.8 | 3.8 | 4.2 | 4.2 | 4.2 | - | 3.5 | 3.5 |
| 2 | 3.5 | 3.5 | 3.5 | 3.8 | 3.8 | 3.8 | 4.2 | 4.2 | 4.2 | 3.5 | 3.5 | 3.5 |
| 3 | 3.2 | 3.2 | 2.6 | 3.5 | 3.5 | 3.2 | 3.8 | 3.8 | 3.2 | 3.2 | 3.2 | 2.9 |
| 4 | 3.2 | 2.9 | 2.9 | 3.5 | 3.5 | 3.2 | 3.8 | 3.5 | 3.5 | 3.2 | 3.2 | 2.9 |
| 5 | - | 2.9 | 2.6 | - | 3.2 | 2.9 | 3.5 | 3.5 | 3.2 | - | 2.9 | 2.9 |
| 6 | 3.5 | 3.2 | 3.5 | 3.8 | 3.8 | 3.8 | 4.2 | 3.8 | 3.8 | 2.9 | 2.9 | 2.9 |
| 7 | | | 3.5 | | | 3.8 | | | 4.2 | | | 3.5 |

| wl [ft] | 6am (local) | | | 7am (local) | | | 8am (local) | | | 9am (local) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| loc | L | T | D | L | T | D | L | T | D | L | T | D |
| 1 | - | 12.5 | 12.4 | - | 14.8 | 14.7 | 17.2 | 17.2 | 17.2 | - | 14.6 | 14.6 |
| 2 | 12.9 | 12.8 | 12.7 | 15.3 | 15.2 | 15.1 | 17.8 | 17.7 | 17.6 | 14.7 | 14.7 | 14.7 |
| 3 | 13.0 | 13.0 | 12.9 | 15.4 | 15.4 | 15.3 | 17.8 | 17.8 | 17.7 | 14.7 | 14.7 | 14.6 |
| 4 | 13.1 | 13.0 | 13.0 | 15.5 | 15.4 | 15.4 | 17.8 | 17.7 | 17.7 | 14.6 | 14.6 | 14.6 |
| 5 | - | 13.0 | 13.0 | - | 15.4 | 15.4 | 17.8 | 17.7 | 17.7 | - | 14.6 | 14.6 |
| 6 | 13.2 | 13.1 | 13.1 | 15.7 | 15.6 | 15.6 | 17.7 | 17.6 | 17.6 | 14.4 | 14.4 | 14.4 |
| 7 | | | 11.3 | | | 13.1 | | | 16.0 | | | 14.1 |

Table E1b:   Results SWAN Scenario 3: 6-9am on output locations (Hs, Direction, Tp, Water level; for output locations, see Paragraph 2.5; L="levee", T="toe", D="deeper parts")









Figure E1:   Scenario 3; Bathymetry for C, M, F and G grids [feet relative to NAVD88]






Figure E2: Friction fields Scenario 3g on M-grid and F-grid



Figure E3: Scenario 3; Example wind field [knots] 7am

 



Figure E4:   Scenario 3: Water level surge [ft NAVD88]) based on the combination of FINEL Scenario 3 and ADCIRC Scenario 3









Figure E5.a:   Scenario 3: SWAN results significant wave height Hs [ft] and wave direction on grids M, F, G at 4, 5am local time



41





Figure E5.b:   Scenario 3: SWAN results significant wave height Hs [ft] and wave direction on grids M, F, G at 6, 7, 8, 9am local time






Figure E6.a: Scenario 3, SWAN results peak wave period [s] on grids M, F, G at 4 & 5 am

 



Figure E6.b: Scenario 3, SWAN results peak wave period [s] on grids M, F, G at 6,7,8,9 am

 



Figure E7.a:   Scenario 3, SWAN wave parameters on rays 1-4 at 8:00 am



45





Figure E7.b:   Scenario 3, SWAN wave parameters on rays 5-7 at 8:00 am



46

