

10000008



**US Army Corps
of Engineers**
New Orleans District

# Mississippi River-Gulf Outlet
# St. Bernard Parish, La.

## Bank Erosion

## Reconnaissance Report

February 1988

Prod. # MRGOX0411

LMVD COMMENTS RELATIVE TO
THE MISSISSIPPI RIVER-GULF OUTLET BANK EROSION
RECONNAISSANCE REPORT

1. In view of the sensitivity of project justification to project maintenance dredging requirements, the District should furnish the rationale used for projecting annual maintenance dredging quantities. The discussion on page 24, Future MRGO Channel Maintenance, is inadequate to verify data on Plates 2 and 3. Additional discussion is needed to address the following:

   a. The methodology used to project the location of the MRGO north bank by the year 2040. When the waterway was constructed in 1968, it had a top width of 650 feet which increased to approximately 1,500 feet by 1987. If New Orleans District used a straight-line protection using this past observed enlargement trend, then the future enlargement is vastly overstated. Waves from ships will decay in height over distance traveled (from the vessel) and also when they encounter a much shallower top bank than that which was originally constructed.

   b. The erosion rate of Lake Borgne shoreline and the impact this erosion will have on the "buffering marshes."

   c. The loss of the "buffering marshes" will reduce the erodible material that contributes to the maintenance dredging. However, maintenance dredging requirements are projected to increase significantly with the loss of these marshes. The rational for this increase is inadequate.

   d. The projected increase in dredging for critical reaches 1 and 2 (see Table 4) is approximately three times as many cubic yards per mile as that of adjacent reaches. The increase in maintenance dredging quantities for non-critical areas is a substantial increase over present dredging requirements. The logic for determining the various rates of increase dredging quantities should be given.

2. Page 30, Alternative Plans. The alternative to completely close the MRGO waterway should be evaluated and a discussion of the evaluation should be included in the report. The closure should be located in the vicinity of mile 23 and could be constructed of dredged material from the existing waterway. This alternative will control all future channel maintenance problems by controlling bank erosion, preventing the associated biological resources problems, preventing saltwater intrusion, and lessening the recreational losses. In addition to solving the aforementioned problems, it will also reduce the possibility of catastrophic damage to urban areas by a hurricane surge coming up this waterway and also greatly reduce the need to operate (and could possibly eliminate) the control structures at Bayous Dupre and Bienvenue. Furthermore, the salinity level in Lake Pontchartrain will be reduced which, according to some parties, will be a great benefit. Plus, by making this closure the problems/concerns addressed by April 1984 Feasibility Study entitled, Mississippi and Louisiana Estuarine Areas, will be substantially reduced.

3. Page 30, Alternative Plans. Recommend the economic justification of continued maintenance of the existing project be demonstrated.

Prod. # MRGOX0420

channel is required to assure that these needs of the shipping industry and the national defense continue to be satisfied. Unabated bank erosion will substantially increase channel maintenance requirements. Controlling bank erosion will provide an opportunity to minimize channel maintenance requirements and allow the channel's purpose and function to remain unimpaired.

The most easily quantified biological resource problem resulting from bank erosion is the continuing loss of highly productive habitat. The diminution of fish and wildlife resources is a less easily quantifiable, but equally important, consequence of unabated bank erosion. Such losses, in an area where many depend on these resources for their livelihood, suggest a problem requiring urgent attention. Erosion of the channel banks has caused an average loss of 211 acres of marsh per year during the 20 year period between 1968 and 1987. Most of the lost acreage is in the marsh/estuarine area along the northeast bank. Undeniably, overall fish and wildlife productivity and recreational hunting in the study area have been diminished by the loss of this approximate 4,220 acres of marsh.

Saltwater intrusion also contributes significantly to marsh loss in the study area. Subsidence and lack of sediment deposition affect marsh loss to a lesser degree. Erosion and disintegration of the banks of the MR-GO has created many additional routes for saltwater to intrude into formerly less saline interior marshes. Consequently, salinity in the marshes has increased significantly in the last 20 years. High salinity levels of recent years have reduced the amount of three-cornered grass and, thus, muskrat populations in the marshes adjacent to the MR-GO. Other wildlife species that prefer less saline conditions have declined as well. Winter waterfowl populations within the marshes have also declined because of increased salinities. The less saline vegetation which is most attractive to waterfowl has been greatly reduced by saltwater intrusion. Thus, the recreational value of the overall area for waterfowl hunting has diminished.

Prod. # MRGOX0490