MICHAEL H. SAUCIER



**US Army Corps
of Engineers**
New Orleans District

# Mississippi River-Gulf Outlet
# St. Bernard Parish, La.

## Bank Erosion

## Reconnaissance Report

February 1988

N=J-188-000001531

## SYLLABUS

This report presents the results of the reconnaissance phase investigation of bank erosion and erosion-related problems in the vicinity of the Mississippi River-Gulf Outlet (MR-GO) channel.

The affected study area is located in southeast Louisiana, and encompasses Orleans (City of New Orleans), St. Bernard, Jefferson, and Plaquemines Parishes. This report specifically addresses a 37 mile segment of the MR-GO navigation channel and adjacent wetlands in Orleans and St. Bernard Parishes, Louisiana.

Severe bank erosion is occurring on the MR-GO navigation channel. Approximately 41 miles of the 66 mile long channel consists of a land cut through unstable marsh and shallow water areas. Since its completion in 1968, the top width of the channel increased from 650 feet to an average of 1,500 feet, in 1987, principally due to erosion. The channel banks have eroded beyond the existing channel right-of-way in several locations. Much of the bank erosion is caused by wave-wash and drawdown from large displacement vessel traffic on the restrictive waterway. Passage of these vessels causes very large quantities of water to be displaced from the channel into the adjacent marsh, followed by rapid return flow into the channel. The tremendous forces exerted by these rapid and extreme water level fluctuations cause the relatively soft marsh adjacent to the channel to break up and be swept into the waterway. Between 1968 and 1987, bank erosion resulted in the loss of approximately 4,200 acres of highly productive marsh adjacent to the MR-GO channel.

Continued erosion threatens to produce large breaches in the rapidly dwindling marsh buffer between the navigation channel and the open waters of Lake Borgne and Breton Sound. Once the buffering marshes are lost,

dredging frequency and quantity in the vicinity of the breached bank area will increase significantly. The navigation channel will be exposed to storms, currents, and less attenuated tidal action from the north and northeast. Attendant sedimentation and shoaling problems are expected to occur. Thus, without corrective action, the bank erosion problem will become a major channel maintenance problem in the future.

Both structural and non-structural measures were evaluated to address the bank erosion/channel maintenance problem. Options for structural bank erosion abatement were developed for three lengths of application along the MR-GO. Four erosion abatement structure design possibilities were developed to provide bank protection and thus, minimize channel shoaling. For each of the three optional lengths of project, any one of the four structure designs could be used. Consequently, a total of 12 structural alternatives were developed for initial evaluation. Additionally, plans that would use maintenance dredged material to reduce marsh losses adjacent to the navigation channel were evaluated. Imposition of a speed limit for large displacement vessels on the inland portion of the MR-GO was evaluated as a non-structural erosion and channel shoaling reduction option.

From preliminary analysis of potential structure design effectiveness, reliability, and survivability; costs; benefits; and impacts; one structural option and four conceptual structure designs are recommended for detailed investigation. Greater than 85 percent of the quantifiable potential benefits of implementing structural bank erosion reduction measures would accrue to navigation in the form of savings in maintenance of the MR-GO. Consequently, additional studies should be conducted via preparation of a supplement to the General Design Memorandum (GDM) for the Mississippi River-Gulf Outlet navigation project.

The total cost of the reconnaissance study is $171,000. The estimated cost to complete the supplement to the Mississippi River-Gulf Outlet GDM is $991,000. The GDM supplement will require 24 months to complete.