VI. Summary and Recommendations

It has been demonstrated that the Hurricane Betsy flood of 1965, which inundated a large section of New Orleans, and most of the parishes, including St. Bernard, in the Delta to the southeast of the City, was a direct result of the storm surge which moved across the low delta land and was locally enhanced by the existence of the MRGO. It has also been demonstrated that the record of surge elevations along the Mississippi River below New Orleans during Hurricane Betsy provide an excellent example of the manner in which a storm surge can build to a maximum in a large and deep channel as a result of the funneling effect of the confined channel. A study of the historical storm-surge heights on the U.S. Coasts and a review of the numerical modelling of the storm surge related to MRGO were also made.

The author can only conclude that the present MRGO has the potential of greatly increasing hurricane generated surge and/or flooding in the event that the radius of high flooding made a direct hit at the mouth of the channel. Proposed widening and deepening of the Gulf Outlet would considerably increase the potential funneling effect. More specifically this study indicates that the proposed widening and deepening of the MRGO should be reconsidered for the following reasons:

(a) Since the present MRGO already can cause adverse effect on the flood of St. Bernard Parish and the New Orleans Metropolitan Area as demonstrated by Hurricane Betsy, 1965.

NED-111-000001197