MRGO-CEI000025

UNITED STATES DEPARTMENT OF THE INTERIOR
FISH AND WILDLIFE SERVICE
BUREAU OF SPORT FISHERIES AND WILDLIFE
REGION 4
ATLANTA, GEORGIA

AN
INTERIM REPORT
ON
FISH AND WILDLIFE RESOURCES
AS RELATED TO
MISSISSIPPI RIVER TO GULF OUTLET
PROJECT, LOUISIANA
AND AN
OUTLINE OF PROPOSED
FISH AND WILDLIFE STUDIES

Prepared By
Branch of River Basins
Vicksburg Office
April 1958

# TABLE OF CONTENTS

Page

Introduction ........................................................ 1
Description of the Area ......................................... 2
Description of the Project ..................................... 3

   Engineering Features
   Status of Work

Fish and Wildlife Resources ................................... 6
Project Effects .................................................... 9
Effects of Industrial Segment of Project ................ 11
Fish and Wildlife Conservation in Industrial Area .... 12
Need for Further Study .......................................... 13
Studies Proposed .................................................. 15
Program and Cost of Studies .................................. 17
Discussion and Conclusions .................................... 18
Recommendations ................................................. 20

## List of Tables

Table 1 - Production of Area of Consideration Compared
     to Total Production in Louisiana, 1955
     (by percentages)

## List of Plates

Plate 1 - Proposed Area of Fish and Wildlife Study
Plate 2 - Mississippi River to Gulf Outlet Project Location
Plate 3 - Industrial Area of Project

## Appendix

Work Program of Fish and Wildlife Study of the Mississippi River
to Gulf Outlet, Louisiana Project.

MRGO-CEI000002/

## INTRODUCTION

1.  The Mississippi River-Gulf Outlet, Louisiana project is authorized by Public Law 455, Chapter 112, H.R. 6309, 84th Congress, approved March 29, 1956. This authorization is substantially in accordance with H.D. 245, 82nd Congress in which the Division Engineer, Lower Mississippi Valley Division recommends that the existing project, Mississippi River, Baton Rouge to the Gulf of Mexico, authorized by the Rivers and Harbors Act of March 2, 1945, be modified to provide for an additional east-bank, deep-draft outlet and tidewater harbor. At present construction has been started on the first reach and the Army Engineers are making detailed studies and preparing detailed design memoranda for the remainder of the project.

2.  This report is pursuant to the Act of August 14, 1946 (60 Stat. 1080). Its purposes are to establish in general terms the importance of fish and wildlife resources with regard to local and national economy, to establish the need for detailed study of these resources, to present a program of study which is required to adequately relate project effects to fish and wildlife, and establish bases for recommendations designed to conserve the resources.

3.  The Bureau of Commercial Fisheries, the Louisiana Wild Life and Fisheries Commission, the District Engineer, New Orleans District, Louisiana State University Departments of Geology and Forestry, and the Research Foundation, Texas A&M College, have generously contributed to the compilation of this report.

MRGO-CEI000002B

## DESCRIPTION OF THE AREA

4.    The area under consideration consists of sub-delta marshes, sounds and adjacent waters of the Gulf of Mexico.  In the absence of definite information as to the extent of project influence, the area to be affected by the project is tentatively considered as the marshes lying east of Lake Pontchartrain and north of the Mississippi River, Breton and Chandeleur Sounds, Lake Borgne, the western part of the Mississippi Sound, eastern portion of Lake Pontchartrain, portions of the Chandeleur Island chain and adjacent waters of the Gulf of Mexico (Plate 1).

5.    In general the marsh area is undeveloped, except for limited industrial and agricultural areas along the higher natural levees of the Mississippi River and its distributaries.  Vegetation is grass or grass-like plants, except for a limited occurrence of trees and shrubs on the better-drained sites.  Soils are generally organic and the topography is extremely flat, except at natural levees that have been formed along waterways by deposition of silts and sands. Subsidence compaction and erosion, in the absence of compensating alluviation from the Mississippi River, are resulting in a continuous reduction in marsh areas.  The drainage system consists of numerous lakes, bays and bayous, and water courses meander extensively.  Water movement is a continuously changing factor; an expression of gravity, lunar tides, and wind tides, with the latter usually being dominant.  Water is usually fresh distant from the sounds, and increases in salinity toward the sounds.  The climate is moderate, with about a 10-month growing

MRGO-CEI000000029

season, and about 60 inches of rain falls annually.

6. Lake Borgne and Mississippi Sound are essentially a continuous reach of water. Lake Borgne is westernmost and is enclosed by marsh on three sides. Mississippi Sound is more exposed to the Gulf. Waters of the Lake Borgne area average about 8 feet in depth, and are brackish. Salinities increase somewhat in Mississippi Sound and average depth of water is about 12 feet. Water from Lake Pontchartrain enters the western end of Lake Borgne by way of the Rigolets and Chef Menteur Pass. Pearl River flows into Lake Borgne near its juncture with Mississippi Sound. Breton and Chandeleur Sounds are a continuous body of water generally defined as the area separated from the open Gulf by the Chandeleur Island chain. Water depth averages about 10 feet. Waters vary from brackish along the edge of the marsh to Gulf salinities in the outer portions.

7. Including Breton Island, the Chandeleur Island chain extends for about 40 miles in an arc generally paralleling, and about 20 miles from, the edge of the coastal marsh. The Islands generally have sand beaches on the Gulf side with vegetation, mostly beach grasses, established on the inshore side. Individual islands are from less than a mile to several miles on the long axis, and generally average less than a mile in width.

## DESCRIPTION OF THE PROJECT

### Engineering Features

8. The plan of development provides for the following:
(1) an additional east bank, deep-draft outlet, and tidewater harbor by

3

MRGO-CEI000030

construction of connecting harbor channel 36 feet deep and 500 feet
wide extending from the inner harbor canal to a turning basin south
of Micheaud; and (2) a channel 36 feet deep and 500 feet wide extend-
ing as a land and water cut, on tangents and easy curves, from this
turning basin southeasterly to and along the south shore of Lake Borgne
and through the marshes to and through Chandeleur Sound and Islands,
at or north of Errol Island, to deep water in the Gulf of Mexico, a
distance of approximately 70 miles (Plate 2).

9.  Provision also is included for a permanent retention dike
across Chandeleur Sound and for parallel jetties from Chandeleur Island
to the 20-foot depth contour in the Gulf of Mexico.  A wing dike across
the islands would be constructed as required.  The channel through the
jetties and across the bar would be flared to provide a width of 600
feet at the 38-foot contour.

Status of Work

10.  For clarity of presentation, the total project area is
discussed under three segments designated as industrial area, coastal
marsh area, and sound area.

11.  Funds were made available to the Corps of Engineers in
Fiscal Year 1957 to initiate preparation of the General Design Memo-
randum.  In Fiscal Year 1958, $625,000 was made available to start
construction on the industrial area between the Inner Harbor Navi-
gation Canal and Paris Road.  Construction of the industrial segment
is under way and consists principally of enlargement of the Intra-
coastal Waterway.  Center line of the new channel is 500 feet south

4

MRGO-CEI000031

of the center line of the existing waterway; right-of-way for channel
construction extends 750 feet south of the new channel center line
and for spoil disposal an additional 2,000 feet. The present contract
is for construction to station 130, approximately half of the distance
between the Inner Harbor Navigation Canal and Paris Road. For the
balance of the construction to Paris Road, additional spoil disposal
area extending all the way to Bayou Bienvenue is being sought.

12. Survey work in the coastal marsh area is completed on
that segment of the canal which traverses the marsh to a point opposite
Lake Eloi. Plans and specifications for this segment were scheduled
for submission to the Division Engineer in December 1957.

13. Construction in the coastal marsh area will be completed
by reaches. Work on the first reach (length not yet determined) sea-
ward from Paris Road is scheduled for initiation in Fiscal Year 1959,
contingent upon availability of funds. Initial excavation within
this area will be a pilot canal followed by completion of a 250-foot
wide channel, thereby completing one-half of the channel width through
the segment. Duration of dredging operations to complete the 500-foot
wide channel is not established; however, it is expected that this
work will extend over a five-year period.

14. One survey line has been completed across Chandeleur Sound
and Islands to the Gulf, and other alignments are being investigated
by the Corps of Engineers. Observation towers have been erected and
digging of test pits is under way. Construction of this segment will
be initiated prior to completion of the coastal marsh segment.

5

MRGO-CEI000032

FISH AND WILDLIFE RESOURCES

15. Importance of fish and wildlife is evidenced by extensive usage of the area by recreationists and industrial development based on harvest of fish and wildlife resources.

16. Sport-fishing activity, which requires an assortment of tackle, travel, bait, and in many cases, meals, lodging and water transportation, is extensive in this area. All available access points are heavily utilized by fishermen. Protected waters of the marsh are accessible to fishermen in small boats and the sounds and adjacent open waters are used by fishermen in more seaworthy craft. Speckled trout and red fish are the most popular sport fishes, though flounder, croakers, catfish, pompano, sheepshead and tarpon are all taken.

17. Commercial fisheries within the area under consideration are a significant portion of the total Louisiana production and additionally contribute to landings in Mississippi. On the basis of preliminary estimates the production of fish and shellfish of this area compared to total production in Louisiana, is presented in Table 1.

## Table 1

### Production of Area of Consideration Compared to Total Production in Louisiana 1955 (by percentages)

| | Percent of Total | |
|---|---|---|
| | Pounds | Value |
| Fin food fish | 42.6 | 48.5 |
| Oysters (market) | 34.0 | 28.5 |
| Shrimp | 15.8 | 14.6 |
| Menhaden | 24.0 | 24.0 |
| Crabs | 27.8 | 28.4 |
| Total Fish | 24.5 | 25.5 |
| Total Shellfish | 19.0 | 17.0 |
| Total Fish and Shellfish | 22.8 | 19.0 |

6

In addition to these commercial landings are the harvest of shrimp
for bait and home consumption and crabs for home consumption. Also,
seed oyster production in this area is estimated to be 75 percent
or more of the total used in Louisiana. It is estimated that 85 per-
cent of the oysters landed in Mississippi are taken from Louisiana
waters. The role of this area for nursery and rearing grounds of many
species important to commercial and sport fishes is generally known
to be high.

18. With the exception of the Mississippi River Delta, the
marsh area along the southwest shore of Lake Borgne, between Bayou
Bienvenue and Shell Beach, about 30 square miles, is by far the most
important waterfowl area in southeast Louisiana. Because of its prox-
imity to the New Orleans metropolitan area, it provides great waterfowl
hunting opportunity. It is estimated that 2,000 hunters from New
Orleans hunt this marsh regularly and that normally about 40,000 ducks
winter there. Other migratory game birds, rails and gallinules are
important and the esthetic values of concentrations of water and shore
birds are high.

19. Marshes of much of the area under consideration are of a
type considered as very valuable for muskrat production. At present
fur animals other than muskrat are taken in low numbers. These are
nutria, minks, raccoons, opossums and otter. Minks have maintained a
good value in the face of a generally declining fur market.

20. The factors that give rise to the production of fish
and wildlife in this area are numerous and complex and incompletely
understood. They include the physical aspects of the environment, such

7

MRGO-CEI000034

as geologic and physiographic aspects; climate, including temperature, rainfall and winds; hydrologic conditions, which include tides, currents and suspended sediments; and watershed influences. Chemical factors include salinities and dissolved nutrients or pollutants. These basic factors influence the environment that sustains the biological complex. Some components of the complex are ultimately harvested as the fish and wildlife crop.

21. Wildlife is frequently referred to as a produce of edges, and truly this area is an edge of magnificent proportion. The marsh and estuarine area associated with the distributaries of the Mississippi River is about 70 miles wide and extends for about 150 miles along the coast. The rich alluvial land was laid down by the Mississippi River, which transports fertilizing elements washed from the soils of two-thirds of the United States. Geographic location between a land mass and the sea is strategic, as the brackish waters contain nutrient elements from both. The climate is favorable, with a long growing season and abundant rainfall. Physiographic conditions result in an intricate system of lakes, ponds, bays and waterways; extreme flatness of the area permits tidal influences to extend far into the marshes. These are some of the features that permit a biological succession which results in an inconceivably large supply of living plants and animal organisms, the fundamental food supply of our fresh and salt water food fishes, turtles, alligators, shrimp, oysters, fur-bearing animals, ducks, and other birds. These in the aggregate constitute perhaps the densest and richest wild fauna in the world, considered

8

MRGO-CEI000035

both from the commercial and recreational values.

## PROJECT EFFECTS

22.  In the face of a major disturbance, construction of
the ship channel, the welfare of fish and wildlife resources is felt
to be in jeopardy.  It has been observed that construction of canals
in other coastal marsh areas has resulted in drastic changes in phy-
sical and chemical aspects of adjacent areas, their vegetation and
the fish and wildlife forms that inhabit them.

23.  Intrusion of salt water is one of the more easily observed
phenomena and the results of changes in salinities on marsh vegetation
is quite spectacular.  The range of salinities which maintain brackish
conditions that permit the production of vegetation suitable to water-
fowl and fur animals has rather narrow limits.  This delicate balance
is easily upset and the productivity of the marsh destroyed or greatly
reduced.  Even under natural conditions the productive zones of the
marsh shift from year to year as a result of weather conditions.  Pro-
ductivity may be destroyed for long periods of time as a result of
access provided saline waters by construction of a canal from a highly
saline area through fresh and brackish marshes.

24.  Shallow brackish marshes that are the most productive of
waterfowl and fur-animal food plants are altered by changes in water
levels.  There is good reason to believe that some areas will be
excessively drained as a result of channel construction while others will

9

MRGO-CEI000003b

be inundated to greater depths by water trapped behind spoil bank levees. Spoil deposition may alter the characteristic of the marsh by changing water depths, the substratum or by smothering of existing vegetation. Other marsh areas may be lost by erosion; soil of the lower part of the marsh is highly organic and is known as a "soft" marsh. It is speculated that in this reach the channel will undergo severe erosion from wave action created by movement of large vessels and currents produced by tidal action, resulting in the loss of a considerable acreage of marshland.

25. Broad changes in salinities and currents are expected to result from project construction in the sound area. As a result of retention dikes or spoil deposits, currents may be interrupted to the extent that salinities in the sound are altered to a degree that affects biological productivity in adjacent marshes as well as the sound itself. Sedimentation and turbidity from construction activities will affect broad areas and maintenance dredging will be a continuing disturbance factor as evidenced by the high annual project maintenance costs. The oyster fishery is particularly vulnerable to these environmental changes as has been demonstrated at other channel construction projects. Production and harvest of shrimp, crabs and finfishes will also be detrimentally affected.

26. It is relatively simple to visualize changes that will probably occur where marsh vegetation and oyster reefs are concerned. Effect of the channel on the many aquatic organisms and its impact on the industries that are dependent on the harvest of these forms can hardly be speculated. It is causing great concern among commercial

10

MRGO-CEI000003?

fisheries industries and national organizations associated with these industries, and it is felt that this concern is justified to the extent that this project should be thoroughly investigated from the biological standpoint before construction through the marshes below Paris Road and the sound is undertaken.

## EFFECTS OF INDUSTRIAL SEGMENT OF PROJECT

27. Excavation of the channel has been initiated in the industrial segment of the project. This reach extends from the juncture of the existing Intracoastal Waterway and Inner Harbor Navigation Canal to Louisiana Highway No. 61 or Paris Road, and it is aligned parallel with the Intracoastal Waterway (Plate 3). Inasmuch as the construction of this segment will not, by itself, modify the hydrological aspects of the overall project area, consideration is not given to that aspect in this preliminary report. Our concern is that of the physical change of land and its use in the immediate environs of the industrial segment. Generally, the area subject to effect by construction activities is that segment of marsh and swamplands bounded by the Intracoastal Waterway on the north, by Paris Road to the east, and Jackson Protection Levee and Southern Railroad embankment on the south. At present, the head water reach of Bayou Bienvenue provides drainage to this area which approximates 4,400 acres. It is possible that Bayou Bienvenue downstream from this area may be influenced by construction of this segment.

28. In general, the area is a low-quality marsh. It has been excessively drained and is polluted by introduction of wastes through Outfall Canal at the upper end of the system. Existing fish

11

MRGO-CEI000003B

and wildlife resources are of minor value. Occasional fishing and hunting trips are made into this area but in view of the exceptional hunting and fishing opportunities present elsewhere in the immediate environs, the area does not have significant value. Downstream from Paris Road habitat increases in value for fish and wildlife.

29. With construction of the industrial segment of the project, the area to the south of the Intracoastal Waterway will be utilized for spoil disposal. Spoil from hydraulic dredging operation will generally spread into a major portion of the affected area and may possibly affect Bayou Bienvenue downstream from Paris Road. It is anticipated that the lands adjacent to the Industrial segment of the project will be developed for industrial purposes. About 2,400 acres of land between Bayou Bienvenue and Intracoastal Waterway will be severely affected by project construction and the subsequent development for industrial purposes. In view of the low value of this area for fish and wildlife, this effect will be negligible. However, the possible effect of excessive silting in the reaches of Bayou Bienvenue downstream from Paris Road is of concern to fish and wildlife interests. This area has significant values for both fish and wildlife resources and should be protected.

## FISH AND WILDLIFE CONSERVATION IN THE INDUSTRIAL AREA

30. To minimize the possibility of damaging fish and wildlife habitat associated with Bayou Bienvenue, every effort should be made to reduce the amount of sediment discharged into that stream. Spoil should be confined by dikes and waste waters ponded so as to reduce

12

their load of sediment. Examination of the specifications provided
prospective bidders for the dredging contract indicates that spoil is
to be confined by dikes. In the Technical Provisions; Part 4, TP-4J
reads as follows: "Any material that is deposited elsewhere than in
places designated or approved by the Contracting Officer will not be
paid for, and the Contractor may be required to remove such misplaced
material and deposit it where directed at his expense." This could be
construed to mean that an excess of sediment deposited in Bayou Bienvenue
would have to be removed at a cost to the contractor. In the segment from
Station 0.0 to Station 130 the contractor is utilizing the area between
the back dike and the levee along Bayou Bienvenue as a lagooning area and
constructing a weir to discharge waters from the lagoon into Bayou Bien-
venue. From examination of drawings and contract specifications, and
discussion with U. S. Army Engineers' personnel, it appears that adequate
means are being taken to confine effects of construction to the areas
immediately adjacent to this first segment. Construction from Station
130 to Paris Road contemplates use of the area between the front dike
and Bayou Bienvenue for spoil deposition without any indication of a
lagooning area. Proper handling of spoil in this reach will require
confinement of spoil between levees and lagooning of waste waters in
a manner similar to the segment now under construction.

**NEED FOR FURTHER STUDY**

31. In order that measures can be devised to sustain fish
and wildlife resources of the area and determine effects of the project

13

in relation to them, it is necessary to understand the factors and processes whereby these resources are produced. At present there are many gaps in the information needed to make these determinations. Some of the physical and chemical aspects of the environment have been studied and reported. For example, meteorological data have been recorded and are available for study, but the relationship of air temperature to water temperature has not been established; effects of wind velocities on tidal movements, mixing, and suspended sediments have not been studied in sufficient detail. Additionally, there are many cases where data are so incomplete as to make an assumption of environmental conditions impossible. Direction and velocity of currents, sedimentation, salinities and other chemical components, will need more complete study before the basis for biological processes can be established.

32. In some instances, data from existing records will be sufficient to depict the biological potential of a species once environmental conditions have been established; in other cases life history and ecological studies will be needed. The marshes and estuarine areas have long been recognized as nursery and rearing grounds of marine fishes and crustaceans and their food organisms. The use of these areas by the forms harvested commercially and for sport has not been established to the degree that changes in production as a result of alteration of conditions in the marshes and estuaries can be estimated. The menhaden is one of these; the young are observed in their movements into and from the marshes, but the importance of the marshes in relation to harvest of adult fishes has not been demonstrated.

14

MRGO-CEI000041

33. Having established conditions that are responsible for the production of fish and wildlife, methods will have to be devised for determining the changes in production that will result from construction of the project. Changes from environmental conditions as they exist without the project to conditions that would be operative with the project will first have to be established. One method, much applied in the past, has been to observe effects on other similar areas with similar construction works. This has not always proven satisfactory, and in this case it is doubtful that comparable examples are available. It is believed that by means of a model study principal changes in salinities, direction and velocities of currents and movement and deposit of sediment can be demonstrated. With these environmental changes established, the effect on biological successions and ultimately in production and harvest can be shown.

## STUDIES PROPOSED

34. There are four major elements to the studies required: (1) Determination of existing environmental conditions and trends, the chemical and physical components of the habitat that provide the basis for biological productivity and determine its limits; (2) relating the production of food organisms and use of marsh and sound areas by larvae and juveniles with the forms harvested commercially and for sport; (3) evaluation of the habitat and the fish and wildlife resources produced; and (4) model studies to demonstrate environmental changes that will result with the project in place and serve as a basis for estimating effects on fish and wildlife resources and determining

15