COASTAL ENVIRONMENTS, INC.

3337 Highland Rd., Baton Rouge, La.
Box 22614, Baton Rouge, La., 70803
504-343-8284

# ENVIRONMENTAL IMPACT STUDY
# SHIP CHANNEL PROJECT

October   1972

Prepared for
ST. BERNARD PARISH POLICE JURY

MRGO-CEI-0003400

Other Recommendations.

This study and the companion "Environmental Baseline Study" have identified a number of very serious environmental problems in the St. Bernard area. Some of these problems are related to natural changes, while others are the direct and indirect result of man's modification of the landscape. The culmulative effect has been detrimental; some of the most beautiful and highly productive wetland areas in the state have been drastically degraded during recent decades.

A number of specific recommendations can be made regarding both the proposed ship channel project and future environmental management in the area of study. These can be summarized as follows:

1) From the standpoint of minimizing adverse environmental impact, the IHNC site is clearly the best of the four proposed locations. Environmentally, the best alternative is the Saxonholm Site. In the event that Saxonholm or the Upper Site should be chosen, the channel project should be closely coordinated with the proposed Interstate-10 Highway in order to minimize land acquisition, construction costs, and environmental impact. Construction at the Lower Site and/or either of the proposed barge canal locations would have major and irreparable consequences to the area as a whole.

2) The MRGO should not be deepened and/or widened in whole or in part. Justification for this channel, both in terms of economic and national defense needs, should be critically re-examined. Although not directly concerned with MRGO, results of this study suggest that maintenance dredging should be halted and attempts to maintain it as a major navigation channel be abandoned on environmental and economic grounds.

3) A reevaluation of hurricane storm surge threat in the funnel formed by the MRGO and the GIWW and associated hurricane protection levees should be made. The build up of tides in naturally constricted estuaries is a well known phenomena. The funnel-shaped arrangement immediately west of Lake Borgne could direct and accentuate the build up of tidal surge in the Centroport-IHNC area posing a serious threat not only to industry, but to adjacent densely populated urban areas.

4) Restoration and management programs should be initiated at the earliest possible time in the already badly deteriorated marshes, swamps and natural levee forests of St. Bernard Parish. The programs should include surface water management, use of selective construction of water control structures where necessary, rehabilitation of marshes through sediment introduction and marsh grass sprigging, introduction of supplementary fresh water, and erosion control.

5) A program to reduce shoreline erosion along the western margin of Lake Borgne should be initiated as soon as possible. Man-made barrier islands are suggested as an erosion control, as they would be environmentally compatible with the estuarine setting. These islands

MRGO-CEI-0003461

should be built in a chain with each island about 1/4 mile long and separated from its neighbor by narrow tidal inlets. The islands should be a few hundred feet from the existing lake shore, creating a shallow lagoon and preserving the important natural land-water interface. The islands should have a structural core of steel sheet pilings, concrete tetrahedrons, rip-rap or some other rigid material. This should be capped by sediment dredged from the bottom of Lake Borgne to form the body of the island. The lake face should be veneered with gravel, sand or some other wave absorbant material. Tidal inlets should be lined with rip-rap or other erosion resistant material. The crest of the islands should be planted with trees and the backslope with marsh grasses. Such islands would not only reduce erosion but would also serve as a protection against hurricane generated storm surge and would diversify existing habitats for increased biological productivity and recreational use.

6) Unique environments and features as well as historic and archeological sites should be placed in protective public ownership, as far as possible. A number of historic and archeologic sites in the area qualify for the "National Register of Historic Sites and Landmarks" and should be submitted. This would insure some measure of protection and qualify them for federal funding for scientific exploration and restoration.

7) St. Bernard Parish should state its position in unequivocal terms regarding the value and use of its resources for the welfare and quality of life of its citizens. The parish should officially recognize its natural setting values and opportunities for development and management of renewable resources by adopting an environmental quality statement and by revising its land use plan using newly available techniques for ranking land use suitability.

55.

MRGO-CEI-0003462

Burke and Associates, Inc. 1964. Drainage Study for New Orleans East Areas III & IV. Burk and Associates, New Orleans.

Carter and Burgess. 1971. Study for Protection from Tidal Flooding in New Orleans East. Carter and Burgess, Inc., Engineers, Planners, Fort Worth, Texas.

Chabreck, Robert H. 1970. Marsh Zones and Vegetative Types in the Louisiana Coastal Marshes. Dissertation, Department of Botany and Plant Pathology, L.S.U., Baton Rouge.

Corps of Engineers. 1972. Announcement of Public Meeting to Discuss the Tentative Plan of the Mississippi River - Gulf Outlet - New Ship Lock and Connective Channels Located at the Lower Site in St. Bernard Parish, Department of the Army, Corps of Engineers, New Orleans District.

Corps of Engineers. 1965. Hurricane Betsy, September 8-11, 1965. U.S. Army Engineer District, New Orleans, Louisiana.

Corps of Engineers 1969. Review of Reports, St. Bernard Parish, Louisiana. U.S. Army Corps of Engineers, New Orleans, Louisiana.

Corps of Engineers. 1970. Report on Hurricane Camille, 14-22 August 1969. U.S. Army Engineer District, New Orleans, Louisiana

Day, John W. 1972. Role of Detritus in Estuarine Production. unpublished paper.

Day, John W.; Smith, William G.; Wagner, Paul R.; and Stowe, Wilmer C. 1972. Community Structure and Energy Flow in a Salt Marsh and Shallow Bay Estuarine System in Louisiana. Office of Sea Grant Development, Louisiana State Univ., Baton Rouge, Louisiana.

Gagliano, Sherwood M. and John W. Day, Jr. 1972. Environmental Aspects of a Superport off the Louisiana Coast in Center for Wetland Resources, Louisiana Superport Studies. Report No. 1, Preliminary Recommendations and Data Analysis, Louisiana State Univ., Baton Rouge. pp. 281-317.

Jones, Lamar B. 1971. The Louisiana Fishery in Louisiana Business Review, July.

Leopold, L.L.; Clarke, F.E.; Hanshaw, B.B.; Balsley, J.R. 1972. A Procedure for Evaluating Environmental Impact. U.S. Department of the Interior, Geological Survey, Arlington.

Lindall, William N.,Jr.; Hall, John Rl; Sykes, James E.; and Arnold, Edgar L. Jr. 1972. Louisiana Coastal Zone: Analysis of Resources and Resource Development Needs in Connection with Estuarine Ecology. Fishery Biologist (Research), National Marine Fisheries Service, Biological Laboratory, St. Petersburg Beach, Florida.

MRGO-CEI-0003463

Louisiana Wild Life and Fisheries Commission. 1971. Cooperative Gulf of Mexico Estuarine Inventory and Study, Louisiana. Phase I (William S. Perret), Area Description and Phase IV, Biology. New Orleans, Louisiana.

Taylor, John L. and Saloman, Carl H. 1968. Some effects of hydraulic dredging and coastal development in Boca Ciega Bay, Florida. Fishery Bulletin 67(2): 213-241.

Urban Transportaion and Planning Association, Inc. 1970. Alternative Regional Concepts. Regional Planning Commission, Jefferson, Orleans, and St. Bernard Parishes.

USDA & Louisiana Agricultural Experiment Station. 1970. Soil Survey of Portions of Jefferson, Orleans, and St. Bernard Parishes. Regional Planning Commission, Jefferson, Orleans and St. Bernard Parishes.

U.S. Weather Bureau. 1972. Climates of the States: Louisiana. Climatography of the United States, #60-61. Washington, D.C.

57.

MRGO-CEI-0003464