

Report of the
Environmental Sub-Committee
to the
MRGO Technical Committee
March 16, 2000

NED-188-000001511

# HABITAT IMPACTS OF THE CONSTRUCTION OF THE MRGO

December 1999

Prepared by the New Orleans District
Corps of Engineers
for the Environmental Subcommittee
of the Technical Committee Convened by EPA
in Response to St. Bernard Parish Council Resolution 12-98

NED-188-000001556

## Executive Summary

### Habitat Impacts of the Construction of the MRGO

The MRGO is a 36-foot deep, 500-foot wide, 76-mile long navigation channel from the Gulf of Mexico to the city of New Orleans, completed in 1965. It has been controversial from the beginning since it destroyed several thousand acres of wetlands in St. Bernard Parish. Wave wash erodes the channel by about 15 feet per year. St. Bernard Parish has long requested the closure of the channel because, in addition to the environmental damage, they believe that the channel serves as a funnel for hurricane surges to enter the parish. In the fall of 1999, the Environmental Protection Agency convened a group to "facilitate and lend structure to the issues involved with the MRGO".

The group formed an Environmental Subcommittee and tasked it with preparing a report on the environmental impacts of the MRGO. The Corps of Engineers agreed to draft this report. There were three basic impacts caused by construction of the MRGO: 1) habitat loss due to channel excavation, spoil disposal and erosion; 2) shifts in habitat type due to salinity brought in by the MRGO, and 3) increased land loss due to hydrological changes caused by the MRGO. The habitat loss due to construction was estimated by placing the MRGO footprint on maps, superimposing the habitat types in the mid-1960's, and calculating the amounts of various habitat types that were destroyed. Habitat shifts were estimated using a database from Louisiana Department of Natural Resources that consisted of the habitat composition of various mapping units in 1956 and 1990. Possible increased land loss due to the MRGO was very roughly estimated by first calculating the "baseline" loss by mapping unit. Then the percent of this "baseline" loss that was caused by the hydrological change due to the MRGO was estimated to determine the "without MRGO" loss rate. This loss rate was applied to acres present in 1956; the resulting 1990 acres were compared to existing acres to calculate the possible increased loss.

All of these calculations represent best professional judgement since it is difficult to know the exact location of habitats 35 years ago. The estimate of increased land loss is especially speculative.

Construction of the MRGO and subsequent erosion has caused extensive loss of land in St. Bernard Parish. Nearly 3,400 acres of fresh/intermediate marsh, over 10,300 acres of brackish marsh and over 4,200 acres of saline marsh have been converted to open water or spoil. Over 1,500 acres of cypress swamp and levee forest have become disposal area. A total of nearly 20,000 acres of wetlands have been lost and nearly 4,800 acres of shallow open water have been converted into deep water or disposal area. Habitat shifts caused by saline waters brought in by the MRGO have caused 3,350 acres of fresh/intermediate marsh and 8,000 acres of cypress swamp to shift to brackish marsh. Approximately 7,500 acres of swamp have converted to intermediate marsh. Also, 19,170 acres of brackish marsh and swamp have shifted to saline marsh. If the roughly estimated amount of increased loss is considered, the area influenced by the MRGO could have lost over 3,400 acres of wetlands due to increased tides and salinity.

NED-188-000001557

## Introduction

The Mississippi River Gulf Outlet (MRGO) is a 36-foot deep, 500-foot wide, 76-mile long man-made waterway that extends from the city of New Orleans to the Gulf of Mexico. The U.S. Congress authorized the channel in 1956. Construction commenced in 1958 and an interim channel with dimensions of 36 feet deep by 250 feet wide was opened in July 1963. The channel was completed to the authorized dimensions in March 1965.

The channel engendered controversy prior to construction. Project proponents touted the regional economic development and the shortening of the shipping route from the Gulf of Mexico to New Orleans by 40 miles. Opponents to the project predicted that the channel would cause severe detrimental impacts to the valuable marshes and swamps south of Lake Borgne. The Louisiana Wildlife and Fisheries Commission noted that the wetland destruction would cause an economic hardship to residents of lower St. Bernard Parish who relied for their livelihood on wetland-dependent fish and wildlife resources. Additional concern was voiced about increases in salinity in St. Bernard Parish wetlands due to the direct connection to the Gulf of Mexico. The U.S. Fish and Wildlife Service coordinated several reports on the predicted serious hydrological and biological impacts of the project. (For a summary letter report, see Appendix B.)

. St. Bernard Parish has long requested the closure of the channel because, in addition to the environmental damage, they believe that the channel serves as a "funnel" for hurricane surges to enter the parish. In the fall of 1999, the Environmental Protection Agency convened a group to "facilitate and lend structure to the issues involved with the MRGO".

## Purpose of this Report

1) estimate the losses due to channel excavation, spoil disposal and erosion of the MRGO by habitat type; and
2) estimate the acreage of habitat shifts caused by the salinity brought in by the MRGO; and
3) estimate the amount of increased land loss due to the hydrological changes caused by the MRGO.

## Methodology

**Habitat Types Lost Due to Construction and Erosion of the MRGO**
The first task was to determine the habitat type of the land when the MRGO was built. During the Coast 2050 planning effort, the Louisiana coast was subdivided into mapping units (see Figure 1). Habitat information was digitized for each unit for the years 1956, 1978, and 1988/90. The habitat in 1956 was determined from maps prepared by Wicker et al. Habitats for 1978 and 1988 came from the maps of Chabreck and Linscombe. The spoil from the MRGO was included in two of the mapping units - Central Wetlands and Eloi Bay. The channel of the MRGO was included in the mapping unit known as South Lake Borgne. Erosion of the north bank of the MRGO occurred in South Lake Borgne and Eloi Bay mapping units.

The "footprint" is the area of land excavated for the MRGO and back canal channels and the land covered by material dredged from these channels. When possible, the footprint was drawn on pre-MRGO quadrangle maps. The earliest quadrangle available for the St. Bernard area was

from 1969 at a scale of 1:62,500. It already indicates the MRGO channel and spoil (see Figure 2). Portions of the 1:62,500 New Orleans 1967 quadrangle are also included in Figure 2. The Shell Beach quadrangle of 1939 at a scale of 1:62,500 forms the base for Figure 3. The 1:24,000 Lake Athanasio quadrangle of 1955 is the base for Figure 4.

There are two possible maps that could be used to determine the habitat immediately pre-MRGO – a map of the 1955 habitat prepared by Wicker et al. in 1982 (see Figure 5) and a 1960 map prepared by Wright et al. in 1960 (see Figure 6). The Wicker map was chosen because it appeared to most accurately reflect the habitat that was there when the MRGO was built. Wright classified all of the marsh in the Central Wetlands and South Lake Borgne as intermediate in 1960. It is unlikely that this classification was accurate. O'Neil (1949) had classified half of the Central Wetlands marshes and all of the South Lake Borgne marshes as brackish (see Figure 7). In 1968, Chabreck et al. (see Figure 8) called over half the Central Wetlands and most of South Lake Borgne brackish. It is unlikely that these areas switched from brackish in 1949 to intermediate in 1960 and back to brackish in 1968. Wicker did not map a portion of the Central Wetlands from the hurricane protection levee to Bayou La Loutre. An Atlas of Louisiana Coastal Habitats compiled by Barras and Swan (1989) was consulted for this area.

The habitat types from the Wicker maps were drawn on the quadrangle maps with the MRGO footprint (Figures 2-4). Then the acreage of each habitat type impacted by the MRGO footprint was measured with a dot-grid. A table indicating the acreage of each habitat type impacted by the MRGO footprint by mapping unit was prepared (Table 1).

**Habitat Loss Due to Erosion on the North Bank of the MRGO from 1965-1999**
The 15 feet per year erosion rate reported by Howard et al. (1984) was verified by measuring erosion on the north bank of the MRGO between 1985 and 1995 on aerial photographs. Marsh lost between 1965-68 was assumed to be the type indicated in the Chabreck et al. 1968 map. Similarly, erosion from 1968-1978 was assumed to be the habitat shown in the 1978 Chabreck map and erosion from 1978-1999 was assumed to be that shown on the 1988 Chabreck map. A table indicating the erosion loss from the MRGO by habitat type was prepared (Table 1).

**Habitat Shifts Caused by Salinity Brought in by the MRGO**
Construction of a deep channel connecting the Gulf of Mexico with the cypress swamps and fresh/intermediate marshes of St. Bernard Parish caused dramatic changes in habitat.
In order to determine the amount of habitat shift caused by the increased salinity brought in by the MRGO, acreage of various habitat types in years past was obtained from Eldridge (1999) for the Coast 2050 mapping units. To simplify the results, various habitat types were sometimes combined. For instance, in 1990, all the Agricultural/Pasture was found only on the MRGO spoil so this habitat type was included in the Spoil category. Tables of habitat change for each mapping unit were prepared (see Tables 2-4). Appendix A is a discussion of the habitat mapping efforts from 1949 to 1988 in all mapping units influenced by the MRGO.

**Increased Land Loss Caused by Hydrological Changes Brought in by the MRGO**
The MRGO directly destroyed wetlands and caused shifts in habitat types. In addition to shifting habitat types, the higher salinity (and greater tidal exchange) in fragile wetlands increased

47

wetland loss above that which would have occurred without the MRGO. The estimate of this type of loss is far more speculative than the estimate of direct loss or habitat shifts.

To estimate the amount of "baseline" land loss for each mapping unit, the " MRGO footprint" acres (spoil, channel, and erosion) were subtracted from the acres of wetland present in 1956. These acres were removed since they are reflected as channel or spoil by 1990. This allows comparison of the non-footprint acres in 1956 and 1990. The "baseline" loss in percent per year from 1956 to 1990 was calculated by subtracting the acres of marsh in 1956 without the footprint from the acres of marsh present in 1990; then dividing by acres in 1956, and then by 34 years.

Then a very rough estimate was made of the amount of this "baseline" loss that was caused by the hydrological changes brought about by the MRGO. The percent of the loss caused by the MRGO was removed from the baseline loss to calculate a "without MRGO" loss rate. This rate was then applied to all the wetlands present in 1956. The difference between the loss with and without the MRGO was calculated. This is a very rough estimate, but gives some indication of the impacts of the hydrological changes.

## Results

### Impacts of the MRGO in the Central Wetlands

This unit lies between the 40-Arpent Levee and the MRGO and goes from the Inner Harbor Navigation Canal to Hopedale. According to Eldridge (1999), this unit had 35,310 acres of marsh and cypress swamp in 1956 (see Table 2). About 11,620 acres were fresh/intermediate, 13,490 acres were brackish, and 10,200 acres were cypress swamp. There were also 2,740 acres of forest, 520 acres of developed/agricultural and 4,020 acres of water.

The MRGO "footprint" covered 5,530 acres of brackish marsh, 3,080 acres of fresh/intermediate marsh, 1,110 acres of swamp and 1,700 acres of shallow open water with spoil; a total of 9,720 acres of wetlands (see Table 1). The spoil bank eroded 200 acres since construction and 620 acres of fresh marsh had formed on the spoil bank. Thus, the net loss of wetlands due to the footprint in the Central Wetlands was 9,100 acres.

By 1990, the only fresh marsh remaining was 620 acres that had formed due to ponding on the MRGO spoil bank. The only cypress left was 90 acres near two pumping stations that discharge fresh water into the "ghost swamp". About 90 acres of saline marsh existed. The amount of brackish marsh had increased to 19,710 acres as about 2,700 acres of the fresh/intermediate marsh and nearly 8,000 acres of cypress converted to this marsh type. Thus, in 1990, there was a total of 20,510 acres of marsh and cypress swamp.

If the MRGO had never been built, what would the Central Wetlands Unit have looked like in 1990? When the wetland footprint of 9,720 acres is subtracted from the 35,310 acres of wetlands present in 1956, this leaves 25,590 acres on which to base the "baseline" loss. Comparing this to the 20,510 acres wetlands present in 1990, there was a "baseline" loss of 5,080 acres. This represents a "baseline" loss rate of 0.58 percent per year.

NED-188-000001560

It is very difficult to determine what portion of this "baseline" loss would have occurred without the hydrological influence of the MRGO. The 1,100 acres of failed impoundment west of Paris Road was not influenced by the MRGO. A very rough assumption can be made that about 60 percent of the remainder of the loss is due to the salinity and tidal energy brought in by the MRGO. Thus, the "without MRGO" loss rate could have been 0.35% per year.

The "without MRGO" loss rate was applied to the 35,590 acres of marsh and cypress that was present in 1956. By 1990, there might have been 10,3500 acres of fresh/intermediate marsh, 12,010 acres of brackish marsh, 9,090 acres of cypress swamp for a total of 31,450 acres of wetlands if the MRGO had not been built. Instead, there were 620 acres of fresh/intermediate marsh, 19,710 acres of brackish marsh, 90 acres of saline marsh, and 90 acres of swamp for a total of 20,510 acres of wetlands. This represents a loss of 3,860 acres of wetlands since 1956 without the MRGO compared to a loss of 14,800 acres with the MRGO, a difference of 10,940 acres. When the already counted 9,100-acre net loss due to the footprint is removed, the increased wetland loss due to the MRGO could have been 1,840 acres. In addition, without the MRGO, over 10,710 acres of fresh/intermediate marsh and cypress would not have converted to brackish marsh.

### Impacts of the MRGO in Eloi Bay

This unit lies between Bayou La Loutre and the MRGO back dike canal. This unit had 33,660 acres of marsh in 1956 according to Eldridge (1999) (see Table 2). About 950 acres were fresh, 18,000 acres brackish, and 14,700 acres saline (assuming that the brackish/saline percentage was the similar to that when O'Neil mapped the area in 1949). There were also 360 acres of swamp and 63,850 acres of water.

The MRGO spoil "footprint" covered 1,880 acres of brackish marsh, 1,950 acres of saline marsh, 300 acres of swamp and 2,220 acres of shallow open water with spoil. Channel excavation destroyed 460 acres of brackish marsh, 360 acres of saline marsh and 60 acres of swamp. Erosion on the north bank destroyed 100 acres of brackish marsh and 790 acres of saline marsh. Meanwhile, the spoil bank eroded 280 acres since construction. Since 1956, 990 acres of fresh marsh have formed on the spoil bank. Thus, 2,440 acres of brackish marsh, 3,100 acres of saline marsh and 360 acres of swamp have become open water or spoil and 2,200 acres of shallow open water have been filled. A total of 5,900 acres of wetlands were lost due to MRGO, but then 990 formed, so the net loss was 4,910 acres.

By 1990, the amount of brackish marsh had dropped to only 5,320 acres, while saline marsh had increased to 19,160 acres. About 990 acres of fresh marsh formed on the MRGO spoil. Nearly 8,550 acres of brackish marsh had converted to saline marsh. In 1990, there was a total of 25,470 acres of marsh.

If the MRGO had never been built, what would the Eloi Bay Unit have looked like in 1990? When the wetland footprint of 5,900 acres is subtracted from the 33,660 acres of wetlands present in 1956, this leaves 28,120 acres on which to base the "baseline" loss. Comparing this to the 25,470 acres wetlands present in 1990, there was a "baseline" loss of 2,650 acres. This represents a "baseline" loss rate of 0.28 percent per year.

It is unlikely that the salinity brought in by the MRGO would increase the loss rate in this brackish/saline environment. However, the increased tides could have accounted for a 10 percent increase in the loss rate. Thus, the "without-MRGO" loss rate could have been 0.25 percent per year.

The "without-MRGO" loss rate was applied to the 33,660 acres of marsh present in 1956. By 1990, without the MRGO, there might have been a total of 30,980 acres of marsh (875 acres of fresh/intermediate, 16,570 acres of brackish, and 13,535 acres of saline). Instead there was a total of 25,470 acres (990 acres fresh/intermediate, 5,320 acres of brackish and 19,160 acres of saline). This represents a loss of 2,680 acres since 1956 without the MRGO compared to a loss of 8,190 acres with the MRGO, a difference of 5,510 acres. When the already counted 4,910 net loss due to the footprint is considered, the increased loss due to the MRGO could be about 600 acres. In addition, compared to conditions with the MRGO, conversion of 8,550 acres of brackish marsh to saline marsh would have been prevented.

### Impacts of the MRGO in South Lake Borgne

This unit had 24,690 acres of marsh and swamp in 1956 according to Eldridge (1999) (see Table 2). About 540 acres were fresh/intermediate marsh, 23,760 acres brackish marsh and 390 acres swamp. There were also 4,450 acres of water and minor amounts of other habitat types.

The MRGO "footprint" and subsequent erosion converted 290 acres of fresh/intermediate marsh, 2,340 acres of brackish marsh, 1,110 acres of saline marsh, and 40 acres of swamp to channel. Thus, the net loss of wetlands due to the MRGO was 3,780 acres.

By 1990, there was no fresh/intermediate marsh or swamp and the brackish marsh had decreased to 16,950 acres. Meanwhile, saline marsh had increased to 9,510 acres even after losing 1,100 acres to channel. Approximately 10,270 acres of brackish marsh and 350 acres of swamp became this habitat type. In 1990, there were 16,590 acres of wetlands.

If the MRGO had never been built, what would the South Lake Borgne Unit have looked like in 1990? When the wetland footprint of 3,780 acres is subtracted from the 24,690 acres of wetlands present in 1956, this leaves 20,910 acres on which to base the "baseline" loss. Comparing this to the 16,590 acres wetlands present in 1990, there was a "baseline" loss of 4,320 acres. This represents a "baseline" loss rate of 0.61 percent per year.

It is very difficult to determine what portion of this loss would have occurred without the MRGO. The salinity brought in by the MRGO could have increased the loss rate in this once low-brackish environment by 10 percent. In addition, the increased tides could have accounted for another 10 percent increase in the loss rate. Thus, the "without-MRGO" loss rate could have been 0.49 percent per year.

The "without-MRGO" loss rate was applied to the 24,690 acres of marsh present in 1956. By 1990, without the MRGO, there would have been a total of 21,000 acres of wetlands (20,210 acres of brackish marsh, 460 acres of fresh/intermediate marsh, and 330 acres of swamp). Instead there was a total of 16,590 acres (7,080 acres of brackish marsh and 9,510 acres of saline marsh). This represents a loss of 3,690 acres of marsh since 1956 without the MRGO compared

NED-188-000001562

to a loss of 8,110 acres with the MRGO. When the 3,780-acre loss due to the footprint is considered, the net loss due to the MRGO could be about 630 acres. In addition, compared to conditions with the MRGO, conversion of 10,270 acres of brackish marsh and 350 acres of swamp to more saline habitat types would have been prevented.

### Impacts of the MRGO in the Biloxi Marshes

This unit lies east of the MRGO, stretching from Bayou St. Malo to Chandeleur Sound. It appears that the only influence of the MRGO in the Biloxi Marshes was the shift of 650 acres of intermediate marsh to brackish marsh (see Table 3). The MRGO has had essentially no influence on shifting the brackish/saline interface. Loss patterns show that most of the loss in shoreline erosion around Lake Borgne or on the marshes facing the large bays and Chandeleur Sound. Thus, the salinity and increased tidal exchange connected with the MRGO are not likely to have increased the marsh loss rate in the Biloxi Marshes.

### Impacts of the MRGO on the East Orleans Land Bridge

This unit lies between Lake Pontchartrain and Borgne and the Lake Pontchartrain Hurricane Protection Levee and the Rigolets. The influences of the MRGO did not appear to have caused any habitat shifts in this unit since the area has remained brackish since 1956 (see Table 3). Loss patterns indicate that the majority of the 1956-90 loss is along shorelines or is ponding in interior marshes not connected to the GIWW. It is unlikely that presence of the MRGO increased the marsh loss rate in this mapping unit.

### Impacts of the MRGO on the La Branche Wetlands

This unit contains the wetlands on the south shore of Lake Pontchartrain between the city of Kenner and the Bonnet Carre Spillway and north of U.S. Highway 61 (Airline Highway). It does not appear that intermediate marsh has converted to brackish since 1956. Instead, this marsh type has converted to forest and open water. Swamp has converted mainly to forest with some changing to intermediate marsh. Thus, salinity increases caused by the MRGO do not appear to have shifted habitat types.

Scientists from LSU's Center for Wetland Resources (Pierce et al., 1985) analyzed aerial photographs to determine wetland losses in the La Branche Wetlands from 1956 to 1983 (see Figure 9). The areas north of I-10 lost over 950 acres of marsh and swamp between 1956 and 1965. The marshes south of I-10 lost nearly 760 acres from 1965-1972. There are numerous factors contributing to these large losses: the recently completed MRGO, access canals for I-10, the poor condition of the water control structures south of I-10, subsidence and sea level rise. However, the most likely major cause of these losses was Hurricane Betsy in September 1965. It generated a tidal surge of nearly 12 feet in Lake Pontchartrain. The canals and openings in the shoreline would have guided the scouring action of the surge into the marshes between the lake and I-10 and caused the immediate loss of the remaining marsh in the failed agricultural impoundment in the northwest corner of the La Branche area. This loss showed up on the 1965 photo. The hurricane would have subjected the areas south of I-10 to a greater duration of flooding and increased salinities, which would have caused opening up of ponds, showing up as loss on the 1972 photo. Since 1972, loss rates have slowed significantly and some areas are actually healing. The construction of the MRGO has played a part in increasing marsh loss in this unit. A rough estimate might be made that 20 percent of the 1956-65 loss north of I-10 and

*[handwritten margin note: "no data to support this cl"]*

51

10 percent of the loss south of I-10 could have been attributed to the MRGO. Thus, the MRGO could have caused an increased loss of 270 acres in this mapping unit.

### Impacts of the MRGO on the Eastern Manchac Land Bridge

This unit lies along the western shore of Lake Pontchartrain between the western guide levee of the Bonnet Carre Spillway and North Pass. This unit, which contains the only passes between Lakes Pontchartrain and Maurepas, has received enough slightly saline water from the MRGO for habitat types to switch (see Table 4). Nearly 7,500 acres of swamp have become intermediate marsh. Most of this change can be attributed to the construction of the MRGO. The deep navigation channel raised salinity less than 3 ppt, but this increase in a swamp/fresh marsh area was enough to prevent the swamp from regenerating and to allow the colonization of intermediate marsh plants beneath the cypress.

[Handwritten margin notes: "No data to support this cla[im]  Soil compact + subsidence likely major problem"]

This unit lost 1,080 acres of land from 1956 to 1990 (Eldridge (1999). The main causes were shoreline erosion (about 500 acres) and the interior marsh loss caused by formation of "The Prairie" (about 500 acres). Neither of these were likely to have been caused by salinity or tides brought in by the MRGO. However the interior loss of about 80 acres could have been due to the secondary impacts of the MRGO.

### Impacts of the MRGO on the North Shore Marshes

This unit lies between Green Point and Big Point along the north shore of Lake Pontchartrain. Despite the influence of salinity from the MRGO, this unit freshened from 1956 to 1990 - there was more fresh marsh in 1990 than in 1956 (see Table 4). The causes of this freshening are uncertain. It is possible that increased rainwater runoff from development in St. Tammany Parish has caused the expansion of the fresh marsh.

### Conclusion

All of the above calculations represent best professional judgement since it is difficult to know the exact location of habitats 35 years ago. The estimate of increased land loss is especially speculative. Construction of the MRGO and subsequent erosion has caused extensive loss of land in St. Bernard Parish. Nearly 3,400 acres of fresh/intermediate marsh, over 10,300 acres of brackish marsh and over 4,200 acres of saline marsh have been converted to open water or spoil. Over 1,500 acres of cypress swamp and levee forest have become disposal area. A total of nearly 20,000 acres of wetlands have been lost and nearly 4,800 acres of shallow open water have been converted into deep water or disposal area.

Habitat shifts caused by saline waters brought in by the MRGO have caused the following habitat shifts in St. Bernard Parish: 3,350 acres of fresh/intermediate marsh and 8,000 acres of cypress swamp to brackish marsh and 19,170 acres of brackish marsh and swamp to saline marsh. Approximately 7,500 acres of swamp have converted to intermediate marsh in St. John the Baptist Parish.

When the roughly estimated amount of increased loss is considered, the area influenced by the MRGO could have lost over 3,400 acres of wetlands due to increased tides and salinity. About 90 percent of this increased loss was in St. Bernard Parish.

NED-188-000001564

# LITERATURE CITED

Barras, J. A. and M. Swan. 1989. A study of marsh management practice in coastal Louisiana. Atlas of Louisiana coastal habitats. Prepared under MMS Contract 14-12-0001-30410. Prepared by Louisiana Geological Survey, Louisiana Department of Natural Resources.

Chabreck, R. H., T. Joanen, A. W. Palmisano. 1968. Vegetation type map of the Louisiana coastal marshes. Published by the Louisiana Wildlife and Fisheries Commission.

Chabreck, R. H. and G. Linscombe. 1978. Vegetation type map of the Louisiana coastal marshes. Published by the Louisiana Wildlife and Fisheries Commission.

Chabreck, R. H. and G. Linscombe. 1988. Louisiana coastal marsh vegetative type map 1988. Published by the Louisiana Wildlife and Fisheries Commission.

Eldridge, K. 1999. Personal communication (Habitat types of Coast 2050 mapping units in 1956, 1978, and 1990).

Howard, P.C., T. J. Duenckel, S. W. Gagliano, G. J. Gasperecz, and J. C. Leslie. 1984. The Mississippi River Gulf Outlet: A study of bank stabilization. Produced for the St. Bernard Parish Police Jury. U. S. Department of Commerce, NOAA Grant No. NA-83-AA-D-CZ025 and La. Department of Natural Resources (DNR Cooperative Agreement No. 21920-84-03).

O'Neil, T. 1949. Map of the southern part of Louisiana showing vegetation types of the Louisiana Marshes.

Pierce, R. S., J. W. Day, Jr., E. Ramcharan, W. H. Conner, R. Boumans, and J. Visser. 1985. A comprehensive wetland management plan for the La Branche Wetland, St. Charles Parish, Louisiana. Coastal Ecology Institute, Center for Wetland Resources, LSU. 71 pg.

Wicker, K. M., G. C. Castille III, D. J. Davis, S. M. Gagliano, D. W. Roberts, D. S. Sabins, and R. A. Weinstein. 1982. St. Bernard Parish: a study in wetland management. Prepared for the St. Bernard Parish Police Jury, Chalmette, LA. Contract No. 168-909. 132 pg.

Wright, R., J. Sperry, and D. Huss. 1960. Vegetation type mapping studies of the marshes of southeastern Louisiana. Submitted to the Bureau of Sport Fisheries and Wildlife, Fish and Wildlife Service, U. S. Department of the Interior by Texas A and M Research Foundation, Project 191. Contract No. 14-16-008-538. 42 pg.

NED-188-000001565

## LIST OF TABLES

| | |
|---|---|
| Table 1 | Summary of Estimated Habitat Loss from MRGO Construction and Erosion by Mapping Unit |
| Table 2 | Habitat Types in 1956, 1978, and 1990 for Central Wetlands, South Lake Borgne and Eloi Bay |
| Table 3 | Habitat Types in 1956, 1978, and 1990 in Biloxi Marshes and Eastern Orleans Land Bridge |
| Table 4 | Habitat Types in 1956, 1978, and 1990 in La Branche, E. Manchac Land Bridge and North Shore Marshes |

NED-188-000001566