WBM   WBS
8/17/71   Mr. Seale

LMNED-HT
SUBJECT: MR-GO--New Ship Lock; Return Levees

TO: Ch, Plng. & Rpts. Br.    FROM: Ch, Hydraulics Br.    DATE 16 Aug 71   CMT 2
                                                         Mr. Soileau/esk/369

1. The height of the St. Bernard (Chalmette) back levees has already been determined for all three cases cited in paragraph 3 of CMT 1, dated 21 June 1971. These heights are determined in Lake Pontchartrain, Louisiana and Vicinity General Design Memorandum No. 1, Hydrology and Hydraulic Analysis, Part I-Chalmette, dated August 1966. This height is 17.5 ft. mean sea level based upon a stillwater level of 12.5 and 13.0 ft. mean sea level in the Lake Borgne Area.

2. The return levees should be 15 ft. above mean sea level and should join the back levee via a smooth transition beginning 1 mile from the centerline of the back levee paralleling the MR-GO. This transition should slope 2.5 ft. per mile from 17.5 ft. to 15.0 ft. mean sea level. The first mile of return levee will have a height of 17.5 ft. mean sea level. The interior portion of this levee between the transition and the lock will provide 2 ft. of free board against reflections at the lock end of the channel.

3. A discussion of the three points in paragraph 3 of CMT 1 is regarded as unnecessary since any hurricane induced inflow of gulf waters into Lake Borgne would be general over all land areas in St. Bernard Parish east of the MR-GO where the marsh is lower than 3 ft. This low relief tends to render the MR-GO inconsequential in any analysis of stages (surges) exceeding about 5 ft. For this reason it is impracticable to separate the surge into three components. In reference to paragraph 3.b. of CMT 1, any hurricane of SPH intensity specifically critical to the "funnel" would have a recurrence interval much greater than the Design Hurricane.

4. A draft of the tidal hydraulic appendix covering hydraulic procedures and design surge heights and levee grades is furnished for inclusion in the New Ship Lock D.M.

5. It is presumed that information furnished herewith also satisfies the request in your DF of 29 Apr 71, same subject.

2 Incl                                    BECNEL
Incl 1 Map (w/d)
Incl 2 Tidal Hydraulic Appendix

2

AFW-440-000000936

LMNED-DT
SUBJECT: MR-GO--New Ship Lock; Return Levees

TO: Ch, Plng. & Rpts. Br.   FROM: Ch, Hydraulics Br.   DATE 16 Aug 71   CMT
Mr. Sotleen/osk/3C

1. The height of the St. Bernard (Chalmette) back levees has already been determined for all three cases cited in paragraph 3 of CMT 1, dated 21 June 1971. These heights are determined in Lake Pontchartrain, Louisiana and Vicinity General Design Memorandum No. 1, Hydrology and Hydraulic Analysis, Part I-Chalmette, dated August 1966. This height is 17.5 ft. mean sea level based upon a stillwater level of 12.5 and 13.0 ft. mean sea level in the Lake Borgne Area.

2. The return levees should be 15 ft. above mean sea level and should join the back levee via a smooth transition beginning 1 mile from the centerline of the back levee paralleling the MR-GO. This transition should slope 2.5 ft. per mile from 17.5 ft. to 15.0 ft. mean sea level. The first mile of return levee will have a height of 17 ft. mean sea level. The interior portion of this levee between the transition and the lock will provide 2 ft. of free board against reflections at the lock end of the channel.

3. A discussion of the three points in paragraph 3 of CMT 1 is regarded as unnecessary since any hurricane induced inflow of gulf waters into Lake Borgne would be general all land areas in St. Bernard Parish east of the MR-GO where the marsh is lower than 3 ft. This low relief tends to render the MR-GO inconsequential in any analysis of stages (surges) exceeding about 5 ft. For this reason it is impracticable to separate the surge into three components. In reference to paragraph 3.b. of CMT 1, any hurricane of SPH intensity specifically critical to the "funnel" would have a recurrence interval much greater than the Design Hurricane.

4. A draft of the tidal hydraulic appendix covering hydraulic procedures and design surge heights and levee grades is furnished for inclusion in the New Ship Lock D.M.

5. It is presumed that information furnished herewith also satisfies the request in your DF of 29 Apr 71, same subject.

                                        BECNEL
2 Incl
Incl 1 Map (w/d)
Incl 2 Tidal Hydraulic Appendix

2

AFW-440-000000937