# DISPOSITION FORM

For use of this form, see AR 340-15; the proponent agency is The Adjutant General's Office.

| REFERENCE OR OFFICE SYMBOL | SUBJECT |
|---|---|
| LMNED-PP | MR-GO--New Ship Lock; Return Levees |

**TO** Ch, Hyd. Br.    **FROM** Ch, Plng. & Rpts. Br.    **DATE** 21 Jun 71    **CMT 1**

Mr. Rousseau/kn/430

1. Reference is made to my DF dtd 29 Apr 71, subject as above.

2. The purpose of this DF is to delineate areas of special interest concerning hurricane effects indigenous to the back levee of St. Bernard and to the return levees of the subject project.

3. The following three specific points of interest are hereby listed for special attention due to the recurring nature of vocal concern shown by numerous St. Bernard citizens in past meetings.

   a. The proper height of back levee, and ship lock channel return levees caused by gulf surge parallel to the back levees. This surge is shown as arrow No. 1 on incl 1.

   b. The proper height of back levee caused by a wave and surge energy build-up from Lake Borgne in the "funnel" formed by the east and west levees at the confluence of the MR-GO and GIWW. This surge is shown as arrow No. 2 on incl 1.

   c. The proper height of back and return levees caused by hurricane surge and wave build-up from Lake Borgne against the St. Bernard back levees and into the new lock channel. This surge is shown as arrow No. 3 on incl 1.

4. It is requested that the above three points of interest be specifically discussed and prepared for later inclusion in GDM No. 3, Part I. This work is still required by COB 16 Aug 71.

MASK

1 Incl
Map

**DA FORM 2496** 1 FEB 62    REPLACES DD FORM 96, EXISTING SUPPLIES OF WHICH WILL BE ISSUED AND USED UNTIL 1 FEB 63 UNLESS SOONER EXHAUSTED.    GPO: 1970-407-285

AFW-440-000000938