LMNED-PP                              MR-GO Floodgates at IHNC

Ch, Operations Div.        Ch, Engineering Div.           14 Oct 69
                                               Messrs.Davis:Richter/kn/430

1. Inclosed herewith is a location map showing the proposed locations for floodgates in the GIWW and MR-GO with adjoining levees.

2. Should implementation of this scheme be realized, the following gates are planned:

   a. The closure of the GIWW would be affected by a sector gated structure 110' wide by 14.0' m.s.l. top elevation by -16.0' m.l.g. sill elevation. Closure would commence only when a stage of approximately 5.0' or 6.0' m.s.l. was reached on the gulfward side of the gate.

   b. The closure of the MR-GO would be affected by a 250' wide floating-type floodgate with a top elevation of 14.0' m.s.l. and a sill elevation of -36' m.l.g. Closure would commence only when a stage of 5.0' or 6.0' m.s.l. was reached on the gulfward side of the gate. The gate would be a cellular type structure which could be floated over its sill and then submerged into position. A more conventional type structure will be adopted if it is more economically feasible. If normal tidal fluctuations cause excessive velocities through the opening, a gated flow structure could be constructed adjacent to the floodgate.

3. It is requested that you review the proposed plan to determine whether or not the size of the floodgates will comply with navigation requirements in the two channels. With specific reference to the MR-GO closure, will a 250' opening adequately pass 1-way ship traffic without impinging on navigational safety? If safety is impaired, what would be an appropriate size opening for 1-way ship traffic in the channel? Further, if the MR-GO channel were widened to 750' and deepened to -50' m.l.g., would the 250' opening suffice for 1-way ship traffic assuming a sill elevation of -50' m.l.g. and that velocities were held to acceptable levels? If not, what would be an acceptable size for 1-way ship traffic?

4. It is requested that you furnish any additional information or comment you may have which will propitiate this floodgate scheme.

5. The above information should be furnished by 31 Oct 69. Costs of your studies will be charged to 05 1272 030 121 034 052.


Incl                          JEROME C. BAEHR
Map H-2-23693                 Chief, Engineering Division

