

# DEPARTMENT OF THE ARMY
## NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P. O. BOX 60267
NEW ORLEANS, LOUISIANA 70160

IN REPLY REFER TO
LMNED-PP

19 October 1966

SUBJECT: Lake Pontchartrain, La. and Vicinity - Report on Controlling Elevation of Seabrook Lock

TO: Acting Division Engineer, Lower Mississippi Valley
ATTN: LMVED-TD

1. <u>Authority and scope</u>. This report is prepared in accordance with instructions contained in LMVED-TD 1st Indorsement dated 8 December 1965 to LMNED-PP letter dated 5 November 1965, subject "Revised Outline of Planning Procedure for 'Lake Pontchartrain, La. & Vicinity,' project," and in paragraph 9.b. of EM 1110-2-1150 dated 1 July 1966, for the purpose of establishing the bases for changing the controlling elevation of the authorized Seabrook Lock from that specified in the project document.

2. <u>Project authorization</u>. The "Lake Pontchartrain, La. and Vicinity," project was authorized by the Flood Control Act of 1965 (Public Law 89-298, approved 27 October 1965), substantially in accordance with the recommendations of the Chief of Engineers in his report printed as House Document No. 231, 89th Congress.

3. <u>Project description</u>. The project consists of two independent features: the Lake Pontchartrain Barrier Plan and the Chalmette Area Plan. Only the former is pertinent to this report. The Lake Pontchartrain Barrier Plan will serve to protect areas contiguous to the shores of Lake Pontchartrain from flooding by hurricane surges. The keystone around which the plan is built is the Lake Pontchartrain barrier--a system of levees and control structures, the purpose of which is to limit uncontrolled entry of hurricane tides into Lake Pontchartrain, while preserving navigation access. The barrier would comprise enlarged embankments along the existing seaward levee system, new embankment extending to high ground on the north side of the Rigolets with regulating tidal and navigation structures in the Rigolets and Chef Menteur Pass, and a dual-purpose navigation lock in the Inner Harbor Navigation Canal (IHNC) at Seabrook. In addition to the barrier, additional protective works consisting of new lakeshore levees in St. Charles Parish and the Citrus and New Orleans East areas of Orleans Parish, and enlargement or strengthening of existing protective works in Jefferson and Orleans Parishes and at Mandeville will be provided (see incl 1).

*Incl. 1.*