Order Code RL33597

# CRS Report for Congress
Received through the CRS Web

# Mississippi River Gulf Outlet (MRGO): Issues for Congress

August 4, 2006

Nicole T. Carter
Analyst in Natural Resources Policy
Resources, Science, and Industry Division

Charles V. Stern
Research Associate in Natural Resources Policy
Resources, Science, and Industry Division

Congressional Research Service ❖ The Library of Congress

**St. Bernard Parish Flooding.** St. Bernard Parish, which includes an urban area to the southeast of New Orleans and several miles west of the MRGO, has received much attention since it flooded during Hurricane Katrina. Studies by the University of California-Berkeley,[14] IPET,[15] and a State of Louisiana Working Group[16] demonstrated that levee overtopping, along with subsequent failures along the Outlet, were the chief factors in St. Bernard Parish flooding. **Figure 3** shows how the water moved past the levees, then inundated shorter local levees on the east side of the parish's urban areas. Many MRGO detractors point to wetland degradation between MRGO and Lake Borgne as facilitating the overwhelming of the MRGO levees, and the degradation of the Cypress swamp wetlands between the MRGO and the parish's urban area as contributing to the overwhelming of the local levee. Additionally, a 2006 book by Professor Ivor Van Heerden of Louisiana State University argues that had wetlands been present between the MRGO and St. Bernard Parish's urban areas, the Cypress swamps between MRGO's levees and the St. Bernard Parish east side levees would have slowed down Katrina's storm surge as it flowed westward.[17]

**Funnel Effect.** In contrast to continuing differences of opinion regarding the role of the MRGO as a hurricane highway for moving water from the Gulf to the City, there is a degree of consensus on the channel's funnel effect at the intersection of Reach 1, Reach 2, and the GIWW. The Berkeley, IPET, and Louisiana Working Group reports all noted that at the confluence of the MRGO and the GIWW, there was no barrier in place to prevent the channeling of the waters from Lake Borgne into the narrow confines of Reach 1. As a result, Reach 1 hydraulically connected Lake Pontchartrain and Lake Borgne, and allowed the Lake Borgne waters to be pushed into the interior of New Orleans and toward Lake Pontchartrain (see **Figure 3)**. This connectivity is shown to have both amplified surge level and velocity through the interior of the city, and raised the level of Lake Pontchartrain. As pressure on the levees throughout this area increased, structural failures along the IHNC and Lake Pontchartrain canals occurred.

As previously noted, Congress has funded construction of gates to close the movement of water between Lake Borgne and Lake Pontchartrain through MRGO Reach 1 during storms. Stakeholders, however, place different emphasis on the degree to which hurricane protection for the area should rely on structural or nonstructural measures (e.g., surge buffering through wetlands restoration, damage reduction through elevating structures). While most observers acknowledge wetlands' role in reducing storm surge, there is a lack of agreement on the extent to

---

[14] R. Seed et al., *Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005: Draft Final Report* (Berkeley, CA: May 22, 2006). Hereafter referred to as the Berkeley Report. The report is critical of the Corps, citing levee design flaws as a primary factor in St. Bernard Parish flooding.

[15] IPET Report.

[16] Working Group for Post-Hurricane Planning for the Louisiana Coast, *A New Framework for Planning the Future of Coastal Louisiana after the Hurricanes of 2005: Final Draft* (Cambridge, MD: January 26, 2006).

[17] I. Van Heerden and M. Brian, *The Storm* (New York: Viking, 2006).