
DISTANCE IN FEET FROM SEABROOK LOCK
0+00
20+00
40+00
60+00
80+00
100+00
120+00
140+00
160+00
ELEVATIONS IN FEET — MEAN SEA LEVEL
14
13
12
11
10
AUTHORIZED SEABROOK LOCK & DIKE
NEW SEABROOK BRIDGE
OLD SEABROOK BRIDGE
HWY 90 BRIDGE
L & N RR BRIDGE
MRGO
NET GRADE FOR CONTROLLING ELEVATION OF 7.2 FEET MSL
NOTE:
Both flowlines are constant at elevation 13.0 between MR-GO and I.H.N.C. lock.
Net grade is constant at elevation 14.0 between MR-GO and I.H.N.C. lock.
El. 13.00
El. 12.93
El. 12.96
El. 13.00
El. 12.40
El. 12.42
El. 11.88
El. 11.95
El. 11.98
El. 12.01
El. 11.45
El. 11.46
1
2
1 Crest flowline is for a discharge of 27,000 cfs which is the flow which would result from passage of the SPH critical to the Inner Harbor Navigation Canal. The Seabrook lock is assumed to be in place as authorized except that the controlling elevation is assumed to be 7.2 feet msl vice 13.2 feet msl.
2 Crest elevation for passage of the SPH critical to the Inner Harbor Navigation Canal with confining structure at Seabrook.
REPORT ON
CONTROLLING ELEVATION OF SEABROOK LOCK
PROFILE
INNER HARBOR NAVIGATION CANAL
TO ACCOMPANY LETTER REPORT DATED: 19 OCT. 1966
FILE NO. H-2-24040
PLATE 3



STATE OF LOUISIANA
DEPARTMENT OF PUBLIC WORKS
BATON ROUGE

April 13, 1966

LEON GARY
DIRECTOR

Colonel Thomas J. Bowen
District Engineer
New Orleans District
Corps of Engineers, U.S. Army
P. O. Box 60267
New Orleans, Louisiana 70160

Dear Colonel Bowen:

As you know, the interim survey report for Lake Pontchartrain, Louisiana and Vicinity, recommended construction of a lock in Lake Pontchartrain near the terminus of the Inner Harbor Navigation Canal (Seabrook). The purposes of this lock are to alleviate undesirable current conditions in the canal generated by the Mississippi River-Gulf Outlet; provide for the preservation of a favorable salinity regimen in Lake Pontchartrain by permitting control of a tendency for the Mississippi River-Gulf Outlet to produce higher salinities in the lake; and for control of hurricane inflow. The interim survey report called for a lock with a controlling elevation of 13.2 feet above mean sea level, which elevation would not be exceeded by the stages expected to result from the passage of the design hurricane. The report further recommended that the costs of this feature chargeable to the hurricane project be limited to the differential in cost between the recommended lock and one with a controlling elevation based on Mississippi River-Gulf Outlet requirements alone (then estimated to be 7.2 above mean sea level). On the above basis, the costs chargeable to the hurricane protection project would have been $400,000 and the local cooperation would have amounted to $120,000.

In reviewing the interim survey report, the Bureau of the Budget recommended a change in the cost sharing specified in the report to provide for allocation of the costs equally between the navigation and hurricane protection functions. The Secretary of the Army agreed to the change with "... the understanding that this apportionment of costs would not unduly delay construction ..." The project, "Lake Pontchartrain, Louisiana and Vicinity," was ultimately authorized in accordance with this recommendation of the Secretary of the Army, resulting in an estimated additional cost to local interests of $687,000.

We understand that consideration is now being given, on technical grounds, to a reduction in the controlling elevation of the Seabrook Lock. We are of the opinion that such reduction is desirable. Hurricane "Betsy" demonstrated the advantages of having some outflow from the canal under certain conditions, in that stages at the lake

end of the canal were some 3 to 4 feet lower than those at the Inner Harbor Navigation Canal Lock as a result of outflow from the canal.

We are opposed to the local cooperation requirements for the Seabrook Lock as recommended by the Bureau of the Budget. We are of the opinion that the construction of a lock adequate to serve adequately the needs of navigation, lake ecology, and current regulation will also provide the degree of control of hurricane inflow required. The Mississippi River-Gulf Outlet project preceded the hurricane protection project. The need for current and salinity control was generated by the Mississippi River-Gulf Outlet, not by the hurricane protection project. It is only proper, therefore, that these needs be satisfied entirely under the Mississippi River-Gulf Outlet project, and that the question of assignment of some costs to the hurricane protection project be considered only if the facilities required to fulfill such needs fail to meet the requirements of the hurricane protection project. In the event that the latter should prove to be the case, we consider that the cost sharing should be along the lines specified in the interim survey report rather than those recommended by the Bureau of the Budget.

In view of the above, we consider that the cost sharing on the Seabrook feature as recommended by the Bureau of the Budget is improper, and we recommend that consideration be given to deleting or modifying, as appropriate, the present requirement for a local contribution toward the cost of construction of this feature.

Sincerely yours,

Calvin T. Watts

CALVIN T. WATTS
Assistant Director

/an

LMVED-TD 8 December 1965

SUBJECT: Lake Pontchartrain and Vicinity, Louisiana

TO: Chief of Engineers
ATTN: ENGCW-V/ENGCW-EH/ENGCW-EZ

1. The project for Lake Pontchartrain and Vicinity, Louisiana (hurricane protection) was authorized by the Flood Control Act of 1965 (PL 89-298) at an estimated Federal cost of $56,235,000 substantially in accordance with the recommendation of the Chief of Engineers in House Document 231, 89th Congress, except that the recommendation of the Secretary of the Army in that document shall apply with respect to the Seabrook Lock feature of the project. The Secretary of the Army recommended that the cost of the Seabrook Lock feature be allocated equally between navigation and hurricane protection purposes. The basis for this allocation of cost was that the lock would serve a dual purpose - mitigating anticipated adverse effects of the Mississippi River-Gulf Outlet navigation project, and serving as an element in the hurricane surge control project.

2. In view of Hurricane Betsy's experience, the District Engineer recognized the possibility that some benefits might be derived along the Inner Harbor Navigation Canal connecting the Mississippi River-Gulf Outlet and Lake Pontchartrain by reducing the controlling elevation of Seabrook Lock. By letter dated 10 October 1965, the District Engineer proposed to reduce the controlling elevation of Seabrook Lock from elevation 13.2 feet msl to 7.2 feet msl. His proposal was approved by our 1st indorsement dated 17 November 1965. Copies of basic letter and 1st indorsement are inclosed herewith for ready reference, copies having been previously furnished OCE to the attention of ENGCW-EH/ENGCW-EZ.

3. Construction of Seabrook Lock to elevation 7.2 feet msl would be a departure from the project document plan. Inasmuch as the lock would be a single-purpose structure for mitigation of effects caused by the Mississippi River-Gulf Outlet project its cost would be charged to that project and the allocation of costs recommended by the Secretary of the Army would be modified. This has raised the question as to whether

ncl 5 ✓NOD, ATTN: LMNED-PP

LMVED-TD
8 December 1965
SUBJECT: Lake Pontchartrain and Vicinity, Louisiana

authority exists for modifying the project to the extent proposed in inclosed NOD letter of 19 October 1965 in light of the language contained in the Flood Control Act of 1965. In view of this uncertainty, and in the absence of more concrete support for the proposed modification, the District Engineer is being instructed to prepare a letter report taking into consideration all factors involving the modification, including technical data, the views of local interests, and the apportionment of costs between Federal and non-Federal interests. In compliance with paragraph 10, EM 1110-2-1150, the letter report will be forwarded to you with our recommendations for review and approval.

FOR THE DIVISION ENGINEER:

1 Incl (dupe)
Cy ltr, LMNED-PP, NOD, 19 Oct 65 w/1st Ind, LMVED-PH/LMVED-TD, LMVD, 17 Nov 65

GEORGE B. DAVIS
Acting Chief, Engineering Division

Copy furnished:
NOD, ATTN: LMNED-PP