89th Congress, 1st Session          House Document No. 231

# LAKE PONTCHARTRAIN AND VICINITY, LOUISIANA

## LETTER

### FROM

## THE SECRETARY OF THE ARMY

#### TRANSMITTING

A LETTER FROM THE CHIEF OF ENGINEERS, DEPART-
MENT OF THE ARMY, DATED MARCH 4, 1965, SUBMIT-
TING A REPORT, TOGETHER WITH ACCOMPANYING
PAPERS AND ILLUSTRATIONS, ON A REVIEW OF THE
REPORTS ON, AND AN INTERIM HURRICANE SURVEY
OF LAKE PONTCHARTRAIN AND VICINITY, LOUISIANA,
REQUESTED BY RESOLUTIONS OF THE COMMITTEE ON
PUBLIC WORKS, UNITED STATES SENATE, ADOPTED
JANUARY 28, 1949, AND FEBRUARY 4, 1957, AND AUTHOR-
IZED BY THE RIVER AND HARBOR ACT APPROVED
MARCH 2, 1945.  IT IS ALSO IN PARTIAL RESPONSE TO
PUBLIC LAW 71, 84TH CONGRESS, APPROVED JUNE 15, 1955



JULY 6, 1965.—Referred to the Committee on Public Works and
ordered to be printed with illustrations

U.S GOVERNMENT PRINTING OFFICE
WASHINGTON : 1965

50-164 O

# REPORT OF THE DISTRICT ENGINEER

## HURRICANE STUDY
### INTERIM SURVEY REPORT
### LAKE PONTCHARTRAIN, LOUISIANA AND VICINITY

### SYLLABUS

The lowlands in the Lake Pontchartrain tidal basin are subject to tidal overflow. The Greater New Orleans Metropolitan area which lies in this basin will continue its rapid economic development in the near future even though severe damages have resulted from several hurricanes in the recent past. Hurricane damages result from surges entering Lake Pontchartrain from Lake Borgne through natural tidal passes at Rigolets and Chef Menteur Pass and through improved channels of the Mississippi River-Gulf Outlet and Inner Harbor Navigation Canal. The surges are intensified by local wind effects, and the combination of waves and surges causes overtopping of the protective works along the shores of the lake. The eastern portion of the area is also subject to flooding by surges and waves that move directly from Lake Borgne and overtop the existing inadequate protective system seaward of the developed land areas. As a result, residences and industrial and commercial establishments suffer damage, business activities are disrupted, lives endangered, and hazards to health created. Hurricanes much more severe than any of record are possible. In the event of the occurrence of such a severe hurricane, catastrophic property damage and loss of human life would be experienced. Local interests have requested protection against these threats to life and property. Another and related problem exists in the area. The Mississippi River-Gulf Outlet provides a deep, direct route for the inflow of saline currents from the Gulf of Mexico to the area along its channel and to Lake Pontchartrain, with resultant adverse effect on fishery resources in the area. The Gulf Outlet Channel also will produce high velocity currents in the Inner Harbor Navigation Canal, creating a hazard to navigation and causing serious scour and damage, particularly in constricted areas at bridge crossings. These adverse effects can be greatly alleviated by construction of a lock for navigation and salinity control at the lake end of the Inner Harbor Navigation Canal at Seabrook. This lock is properly chargeable as a feature of the Gulf Outlet project. A low level lock to the height of the existing protective works will serve the needs of the Gulf Outlet project. By increasing the grade of the rock dike and the landward gate bay section and gates, this structure will also serve as an essential part of a hurricane barrier plan by preventing the entry of hurricane surges into Lake Pontchartrain through the Gulf Outlet. The incremental cost of raising the lock to serve the dual purpose of excluding hurricane surges is properly a charge to the hurricane plan.

The recommended protection plan for the Lake Pontchartrain basin consists of a barrier at the east end of the lake to exclude hurricane tides, coupled with construction or enlargement of protective works fronting developed or potentially developable areas. The barrier would comprise enlarged embankments along the seaward levee system, new embankment extending to high ground on the north side of the Rigolets with regulating tidal and navigation structures in the Rigolets and Chef Menteur Pass, and a dual purpose navigation lock in the Inner Harbor Navigation Canal at Seabrook for control of hurricane inflows into the lake as

17

10060024.041

elevation at -14 feet as shown on plates 6 and 8. Gates will be 60-degree radial type. The chamber walls are composite type with concrete sheet piles to elevation -2 feet mounted by buttress walls and stabilized by concrete batter piles. Chamber bottom is riprap on a shell blanket. The west gate bay along the barrier alignment will have a crest elevation at 14 feet, and the chamber and east gate a crest elevation at 6 feet. Connecting channels will have bottom widths of 100 feet at an elevation of -14 feet. A minor relocation of U. S. Highway 90 is required.

(d) Seabrook. A dual purpose control structure is required to complete the Lake Pontchartrain barrier system and prevent the entry of hurricane tides through the Mississippi River-Gulf Outlet. The Seabrook Lock, required as a feature of the Mississippi River-Gulf Outlet and described in par. 17.d.(1) above, may be utilized for this purpose by increasing the grade of the rock dike and the landward gate bay to an elevation of 13.2 feet, as shown on plate 9.

(e) St. Charles Parish. The plan provides for the construction of a new levee 5.5 miles in length along the St. Charles Parish lakeshore from the Bonnet Carre Spillway to the east St. Charles Parish boundary. The levee, shown on plate 10, will have a crown elevation of 10 feet and a crown width of 20 feet with slope protection on the lakeside extending from 15 feet beyond the toe to elevation 6.5 feet. A lateral return levee will extend 3.8 miles along an existing canal adjacent to the east St. Charles Parish line to the Illinois Central Railroad. The levee grade will be elevation 8 feet and the crown width 15 feet, as shown on plate 11. Interior drainage ditches will be provided along the entire length of both levees, as shown on plate E-1, appendix E. A drainage structure, as shown on plate 12, will be constructed at the lake end of the lateral levee, equipped with flapgates to provide maximum drainage with tidal fluctuations in the lake, and obviate the employment of operating personnel at the inaccessible site. Additional details related to the hydraulic design for interior drainage are shown in appendix A. Alteration of one 16-inch pipeline crossing will be required.

(f) Jefferson Parish. The grade and section of the existing Jefferson Parish levee system are adequate. The existing riprap slope protection along the lakefront will be extended upward to elevation 6.5 feet. Length of the improvement is 9.7 miles. A typical section is shown on plate 10.

(g) New Orleans. The existing low levees landward of the seawall in this 4.1-mile reach will be raised to an elevation of 11.5 feet, as shown on plate 10. The ramping of streets will be required at 12 locations of levee crossings, as shown in appendix E. The levee along 5.8 miles of the Inner Harbor Navigation Canal can be raised only by construction of a

63

10060024.087