RETURN TO
PROJECTS ENGINEERING SECTION

# LAKE PONTCHARTRAIN AND VICINITY, LOUISIANA

## LETTER

FROM

## THE SECRETARY OF THE ARMY

TRANSMITTING

A LETTER FROM THE CHIEF OF ENGINEERS, DEPARTMENT OF THE ARMY, DATED MARCH 4, 1964, SUBMITTING A REPORT, TOGETHER WITH ACCOMPANYING PAPERS AND ILLUSTRATIONS, ON A REVIEW OF THE REPORTS ON, AND AN INTERIM HURRICANE SURVEY OF LAKE PONTCHARTRAIN AND VICINITY, LOUISIANA, REQUESTED BY RESOLUTIONS OF THE COMMITTEE ON PUBLIC WORKS, UNITED STATES SENATE, ADOPTED JANUARY 28, 1949, AND FEBRUARY 4, 1957, AND AUTHORIZED BY THE RIVER AND HARBOR ACT APPROVED MARCH 2, 1945.   IT IS ALSO IN PARTIAL RESPONSE TO PUBLIC LAW 71, 84TH CONGRESS, APPROVED JUNE 15, 1955



JULY 6, 1965.—Referred to the Committee on Public Works and ordered to be printed with illustrations

U.S. GOVERNMENT PRINTING OFFICE
WASHINGTON : 1965

50-264 O

NPM-015-000000001

2. PURPOSE AND EXTENT OF INVESTIGATION

    a. The authorizing legislation cited in paragraph 1.a. prescribes a Hurricane Study for the eastern and southern seaboards of the United States. In order to facilitate the study, the entire Louisiana coast within the limits of the U. S. Army Engineer District, New Orleans, was divided into six independent areas. The study area covered by this interim report, designated "Lake Pontchartrain, Louisiana and Vicinity," is one of these areas and is shown on plate 1. The purpose of this report is to present plans and recommendations for protection of life and property against hurricane flooding. This includes consideration of hurricane protective works at New Orleans and Mandeville. Beach erosion and navigation are discussed in paragraph 26 a. A report in response to the resolution cited in paragraph 1.d. was assigned to the Mississippi River Commission but that report has been combined with the hurricane study.

    b. Basic data were available for the study from surveys and studies made in connection with previous reports and existing projects in the area. These data consisted of topographic maps and aerial photographs, topographic and geological surveys, construction drawings, hurricane damage survey reports, census reports, development planning reports and records of hurricane damages from newspapers, periodicals, miscellaneous reports, and U. S. Weather Bureau files. Details and descriptions of experienced hurricane characteristics and damage are given in supplement 1, which is published separately. Additional data required for the study were obtained from field surveys, appraisal studies to determine damages for selected surge heights, and research of technical bulletins, reports, and publications. The U. S. Army Engineer Waterways Experiment Station conducted model studies to determine the effect of proposed plans on the existing circulation patterns and salinity regimen of Lake Pontchartrain.

    c. The following agencies and organizations were consulted during the course of the study: U. S. Department of Commerce, Weather Bureau; U. S. Department of Interior, Fish and Wildlife Service and Geological Survey; U. S. Coast Guard; U. S. Department of Agriculture, Soil Conservation Service; U. S. Department of Health, Education and Welfare, Public Health Service; State of Louisiana, Department of Public Works, Department of Wild Life and Fisheries, Department of Highways, Board of Health, Port of New Orleans, Orleans Levee Board, and Chalmette Back Levee District; Sewerage and Water Board of New Orleans; and Jefferson Parish, Department of Sanitation.

    d. The District Engineer made a reconnaissance of the area during the preparation of this report.

NPM-015-000000046