MINUTE ENTRY
WILKINSON, M.J.
OCTOBER 20, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE, Jacobs, 06-8892 | JUDGE DUVAL |
| | MAG. WILKINSON |

**ORDER**

At the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, the court has been advised by defense counsel, Lawrence Duplass, that settlement has been confirmed in the referenced case.  By copy of this order, Judge Duval is advised so that he may enter an appropriate 60-day conditional dismissal order in the referenced Jacobs case only.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.

MJSTAR:  **0  : 10**