UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION

                                        NO. 05-4182 "K"(2)

PERTAINS TO:  MRGO, <u>Robinson</u>, 06-2268          JUDGE DUVAL
                                        MAG. WILKINSON


## <u>ORDER ON MOTION</u>

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed AND a copy be delivered to chambers eight days prior to the date set for hearing of the motion.  No memorandum in opposition to the United States' Motion to Strike and Expunge Deposition Testimony and Exhibit, Record Doc. No. 15755, set for hearing on October 22, 2008 at 11:00 a.m. without oral argument, has been timely submitted.  Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the court that the motion has merit,

IT IS ORDERED that the motion is GRANTED.  Pursuant to the clawback order, Record Doc. No. 5183, and this court's prior order finding that the Corps of Engineers documents Bates-stamped NED-187-000000377 through 000000378 are protected by the attorney-client privilege and the work product doctrine, Record Doc. No. 15665, IT IS ORDERED that the portion of the deposition transcript of Greg Breerwood at line 21,

page 77 through line 4, page 78, and the last two pages of Exhibit 7 to that deposition are

stricken and expunged from the deposition transcript.  IT IS FURTHER ORDERED that

all parties must immediately destroy all copies of the last two pages of Exhibit 7, which

have been otherwise identified during discovery as documents Bates-stamped NED-187-

000000377 through 000000378.

New Orleans, Louisiana, this   22nd   day of October, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE