UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
CONSOLIDATED LITIGATION
                                             NO. 05-4182 "K"(2)

PERTAINS TO:  INSURANCE                      JUDGE DUVAL
         Alfonso, C.A. No. 06-8801           MAG. WILKINSON

## ORDER

The referenced case of "Frank Alfonso et al v. Travelers Ins. Co. et al," C.A. No. 06-8801, asserted Hurricane Katrina insurance coverage claims by 12 plaintiffs involving eight (8) separate properties.  Although these claims were misjoined, no severance order separating the various plaintiffs' individual claims against the Travelers defendants was entered after the case was removed to this court from the state court in St. Bernard Parish and transferred and consolidated in the captioned proceeding.

At the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, the court has received two letters dated September 12 and October 15, 2008 from defense counsel with attached supplemental status reports concerning several cases, including the referenced Alfonso case.  These letters have been separately filed in the record of both C.A. No. 06-8801, Record Doc. Nos. 8 and 10, and C.A. No. 05-4182, Record Doc. Nos. 14881 and 16055.  These letters indicate that all claims by all parties in the Alfonso case

have been settled, some subject to Road Home Program approval, <u>except</u> the claims of Ann Cerise and Victor Cerise, a married couple, concerning property located at 1709 Mehle St., Arabi, Louisiana. It appears that the Cerise plaintiffs are represented by attorney Patrick Kehoe. Accordingly, **IT IS ORDERED** that the settlement evaluation process provided in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, in the referenced <u>Alfonso</u> case only is terminated.

**IT IS FURTHER ORDERED** that Patrick Kehoe, plaintiffs' counsel for the Cerise plaintiffs, must within 30 days of entry of this order, file an amended complaint for the claims of the Cerises only. This pleading shall be filed with the Clerk on paper, not electronically. The caption of the Amended Complaint shall contain only the plaintiff(s), defendant(s) and properly which are the subject of that specific claim. It shall also be accompanied by a copy of the original petition and Notice of Removal and a copy of this order. Upon filing, the Clerk will assign a new docket number and allot it at random among the judges of the court. All pleadings regarding that claim shall thereafter bear the new title, docket number and section of the new case.

**IT IS FURTHER ORDERED** that the Cerise plaintiffs shall serve the new amended complaint, a copy of the original complaint or Notice of Removal and a copy of this order on opposing counsel and on each defendant not yet having appeared in the litigation.

Any substantive motion still pending in the original case must be refiled in this newly assigned case if it pertains to that case.

Any claims not timely brought before the court by amended complaint as ordered herein will be dismissed without further notice.

After the expiration of the 30-day time period provided herein the court will determine the settlement or other disposition status of the remaining claims asserted in the <u>Alfonso</u> case and enter a dismissal order concerning the <u>Alfonso</u> case, if appropriate.

The Clerk is directed to file and docket a copy of this order in <u>both</u> C.A. No. 05-4182 and 06-8801.

New Orleans, Louisiana, this  22nd  day of October, 2008.

*[signature]*

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.
and (via email)
Patrick Kehoe; pgkehoejr@kehoejr.com
Gary Russo; gjrusso@lrfirm.com