**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: KATRINA CANAL BREACHES             CIVIL ACTION
     CONSOLIDATED LITIGATION

                                           NO. 05-4182

PERTAINS TO: INSURANCE                 SECTION "K"(2)
        Jacobs, 06-8892

**************************************

ORDER OF DISMISSAL

      The Court having been advised that all of the parties to this action have firmly agreed

upon a compromise,

      **IT IS ORDERED** that this action is hereby dismissed without costs and without

prejudice to the right, upon good cause shown, within 60 (sixty) days, to reopen the action or to

seek summary judgment enforcing the compromise if settlement is not consummated within a

reasonable time. The Court retains jurisdiction for all purposes, including enforcing the

settlement agreement entered into by the parties.

                **COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE**
                **BEEN SUBPOENAED, EVERY WITNESS MUST BE**
                **NOTIFIED BY COUNSEL NOT TO APPEAR.**

     New Orleans, Louisiana, this __22nd__ day of October, 2008.

                                   _____

                                 **STANWOOD R. DUVAL, JR.**
                     **UNITED STATES DISTRICT COURT JUDGE**