UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** § | | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** § | | **NO. 05-4182 (K)(2)** |
| § | | **JUDGE DUVAL** |
| § | | **MAG. WILKINSON** |
| § | | |
| § | | |
| **PERTAINS TO:   INSURANCE** § | | |
| *Kiefer, et al. v. Allstate, et al.*   06-5370 § | | |
| As to Plaintiff Sophie Dumoulins only § | | |
| § | | |

**MOTION FOR LIMITED REOPENING
OF CASE TO DISMISS CLAIMS OF SOPHIE DUMOULINS**

NOW INTO COURT, through undersigned counsel, comes plaintiff Sophie Dumoulins, who respectfully requests that her claims against defendant Lexington Insurance Company be dismissed with prejudice from *Kiefer,* et al. *v. Allstate*, et al. as all claims between the parties have been compromised and settled.

This Motion seeks the limited reopening of the *Kiefer* case to dismiss Sophie Dumoulins' claim in the above named and captioned litigation. Accordingly, plaintiff moves this Court for an entry of an order to (1) reopen the *Kiefer, et al.* proceeding, No. 06-5370, with respect to Lexington Insurance Company for the limited purpose of addressing this Motion, and (2) dismiss with prejudice, and at each party's cost, all claims asserted by plaintiff Sophie Dumoulins against

Lexington Insurance Company in the *Kiefer* complaint.

Defense counsel has been contacted and has no opposition to the dismissal of Sophie Dumoulins' claims against Lexington Insurance Company pending in the *Kiefer* complaint.

**WHEREFORE,** plaintiff Sophie Dumoulins requests that this Court enter an order as set forth above.

Respectfully submitted,

/s/ Calvin C. Fayard, Jr.
Wanda J. Edwards, #27448
Calvin C. Fayard, Jr., #5486
Fayard and Honeycutt, APC
519 Florida Avenue, SW
Denham Springs, Louisiana 70726
Telephone: 225/664-4193

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in the captioned matter.

/s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr.