UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE (07-2665) *Viola Johnson v. State Farm Fire and Casualty Insurance Company* | |

## ORDER

**IT IS ORDERED** that the above entitled and numbered cause be and it hereby is dismissed with prejudice as to plaintiff, Viola Johnson, and defendant, State Farm Fire and Casualty Insurance Company, as to all demands, all parties to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
JUDGE