# THE LAW OFFICE OF
# JOSEPH M. BRUNO APLC
### FEDERAL TRIAL LAWYERS*

JOSEPH M. BRUNO
L. SCOTT JOANEN



October 20, 2008

**VIA HAND DELIVERY**
Honorable Magistrate Joseph C. Wilkinson, Jr
US District Court - Eastern District of LA
500 Camp Street, Room B409
New Orleans, LA 70130

     RE:    In Re: Katrina Canal Levee Breaches Litigation,
               USDC, EDLA, Case No. 05-4182 "K" (2)

Dear Magistrate Wilkinson:

     This letter is a formal request for a status conference to discuss the remaining open cases filed against Louisiana Citizens Property Insurance Company ("Citizens") by clients of the Law Office of Joseph M. Bruno. Citizens has unilaterally changed the procedure by which settlement documents and settlement checks have been exchanged. This new policy allows Citizens hold all current and future settlement checks until a fully executed release is returned to their office. Only then will Citizens release the settlement checks.

     This conduct deviates from the principles of good faith and fair dealing in the following ways:

1. A tremendous imposition is imposed on the clients by forcing them to appear on more than one occasion, especially considering the displacement that so many still struggle with more than three years after the storm;

2. This office alone has provided over 1275 properly executed releases to Citizens without incident by utilizing the more efficient procedure of executing settlement documents and settlement checks simultaneously. The logistical delays of Citizens's disruptive new procedure will prevent the final resolution of a substantial number of claims by the end of the calendar year.

     For the foregoing reasons, I ask that a status conference be scheduled to address these issues. Opposing counsel has asked that said conference be set at least 10 days in advance.

Very truly yours,

The Law Office of Joseph M. Bruno

Joseph M. Bruno

JMB/LSJ

cc:   John Waters