# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CALAN BREACHES | * | CIVIL ACTION |
| CONSOLIDATION LITIGATION | * | NO. 05-4182 ("K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| PERTAINS TO: | * | |
| INSURANCE (Ancar, No. 07-4853) | * | |

## ORDER

IT IS ORDERED that the above numbered and entitled cause, as it pertains to **ERIC KELTY**, be and the same is hereby dismissed, with prejudice, (only as it pertains to Mr. Kelty's claims associated with Claim No. 18-R497-470; Policy No. 98-142656-2, against State Farm Fire and Casualty Company), each party to bear its own costs of court.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008

_____
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA