UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE (Ancar, No. 07-4853) | * * | |

## ORDER

IT IS ORDERED that the above numbered and entitled cause, as it pertains to **ERIC LOCHBRUNNER AND MELANIE LOCHBRUNNER**, be and the same is hereby dismissed, with prejudice, each party to bear their own costs of court.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008

UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA