# CHAFFE McCALL
L. L. P.

**Derek A. Walker**
Direct Dial No: (504) 585-7044
Direct Fax No: (504) 544-6066
E-mail: walker@chaffe.com

October 23, 2008

Magistrate Joseph C. Wilkinson, Jr.
U.S. District Court
Eastern District of Louisiana
500 Poydras Street, Room B409
New Orleans, LA 70130

      Re:    Katrina Canal Breaches Consolidated Litigation - BARGE
               USDC, E.D. LA., No. 05-4182 "K"
               Our Ref: 99675/28821

Dear Magistrate Judge Wilkinson

      In accordance with this Court's September 22, 2008 Order, Lafarge North America, Inc. requested that Centanni Investigative Agency attempt to identify and locate the owner of each of the thirty-six timepieces that Centanni collected after Hurricane Katrina. The general process employed to locate the owners of the timepieces is detailed below.

      Centanni reviewed the Orleans Parish Tax Assessor's records and/or the Orleans Parish Mortgage and Conveyance Office's records to identify the owner (as of August 29, 2005) of each residence or business from where Centanni collected the timepiece. Where a corporation or other legal entity owned the property, Centanni researched the Louisiana Secretary of State's website to identify officers and/or registered agents for that entity.

      In some cases, Centanni discovered that the property owner as of August 29, 2005 subsequently died. In those situations, Centanni reviewed obituary notices and/or succession pleadings to identify the surviving spouse and children of each deceased person.

      In two instances, Centanni was not able to determine the exact address of the residence from where the timepiece was collected. Centanni then analyzed its records,

October 23, 2008
Page 2

as well as aerial maps and aerial photographs, to determine the correct address. In both cases, Centanni narrowed the location to two possible addresses and conducted ownership research on both locations.

Centanni analyzed information contained in a database to determine the current address of each owner that it identified through its property records searches. The search database that Centanni used is commonly employed by members of the private investigator industry to obtain address information.

Centanni provided the current address information to Lafarge. Lafarge then prepared and sent the attached notices by certified mail to the property owners.

Centanni was not able to locate the owners of four properties from where timepieces were collected because those timepieces were obtained from the street, an empty lot, or an unidentified yard. Lafarge has sent correspondence to Mr. Brian Gilbert of the PSLC identifying these general locations and requesting information, if any, that the PSLC may have concerning ownership of those timepieces.

We trust we have fully complied with the Court's order. If the Court desires any additional information concerning Lafarge's efforts to identify and provide notice to owners of the timepieces, please let us know.

Sincerely,

*[signature]*

Derek A. Walker
Charles P. Blanchard

DAW/CPB/jlc
Enclosures

cc: Brian A. Gilbert, Esq.

1184579-1