

# C H A F F E  McC A L L
### L. L. P.

EXHIBIT
A-1

**Derek A. Walker**
Direct Dial No: (504) 585-7044
Direct Fax No: (504) 544-6066
E-mail:walker@chaffe.com

October 23, 2008

**Certified Mail**
**Return Receipt Requested**
Deidra Marie Sampson
Dedra Ann Sampson
6550 Hawthorne Falls Lane, Apt. 206
Houston, TX  77049

> Re:   Katrina Canal Breaches Consolidated Litigation - BARGE
> USDC, E.D. LA., No. 05-4182 "K"
> Our Ref: 99675/28821

Dear Ms. Deidra Sampson and Ms. Dedra Sampson:

The purpose of this letter is to inform you that after Hurricane Katrina made landfall in the New Orleans area, Lafarge North America, Inc. (LNA) conducted an investigation regarding the cause of the flooding in the Lower Ninth Ward. During that investigation, LNA found and removed a timepiece (clock) from the residence located at 2019 Egania Street, New Orleans, LA 70117, and is now under a court order to return it.

This matter arises out of a lawsuit filed against LNA ("Defendant") on behalf of certain individual plaintiffs and a putative class of persons and business entities ("Plaintiffs") who allege they sustained injuries as a result of the breaches in the East wall of the Industrial Canal on Monday August 29, 2005. The lawsuit alleges, among other things, that the breaches in the East wall of the Industrial Canal were caused by Barge ING 4727. LNA disagrees with the Plaintiffs' allegations, denies that it has any liability in this matter, and denies that the Barge caused the breaches. The lawsuit is brought on behalf of the Plaintiffs by the "Plaintiffs Sub-group Litigation Committee" ("PSLC"). For additional information concerning the lawsuit, including information concerning your right to join the lawsuit, you may contact the PSLC with the contact information below.

October 23, 2008
Page 2

Based on Orleans Parish Tax Assessor and/or Orleans Parish Conveyance and Mortgage Office records, you were the owner of that residence on August 29, 2005. LNA is under court order to return the clock to its owner, whether that is you, a tenant, or other resident of the home.

If the clock belongs to you, or if you can provide information regarding its ownership, please contact Mr. Brian Gilbert, of the PSLC and provide him with an affidavit or other evidence concerning  ownership of the clock and your current address, and he will assist you in obtaining the clock.  Mr. Gilbert's contact information is the following if you have any questions regarding what needs to be done to claim your timepiece:

Brian A. Gilbert
Law Office of Brian A. Gilbert, P.L.C.
821 Baronne Street
New Orleans, LA  70113
Telephone: (504) 885-7700
bgilbert@briangilbertlaw.com

If you have any questions please contact Mr. Gilbert.

Sincerely,

Derek A. Walker
Charles P. Blanchard

DAW/CPB:jlc

cc:    Brian Gilbert, Esq.

1183120-1

# CHAFFE McCALL
L. L. P.

**Derek A. Walker**
Direct Dial No: (504) 585-7044
Direct Fax No: (504) 544-6066
E-mail:walker@chaffe.com

October 23, 2008

**<u>Certified Mail</u>**
**<u>Return Receipt Requested</u>**
Emily B. Price
1101 Aline Street, Apt. 316
New Orleans, LA 70115

and

4528 S. Saratoga Street
New Orleans, LA 70115

     Re:    Katrina Canal Breaches Consolidated Litigation - BARGE
             USDC, E.D. LA., No. 05-4182 "K"
             Our Ref: 99675/28821

Dear Ms. Price:

The purpose of this letter is to inform you that after Hurricane Katrina made landfall in the New Orleans area, Lafarge North America, Inc. (LNA) conducted an investigation regarding the cause of the flooding in the Lower Ninth Ward. During that investigation, LNA found and removed two timepieces (clocks) from the residence located at 2241 Deslonde Street, New Orleans, LA 70117, and is now under a court order to return them.

This matter arises out of a lawsuit filed against LNA ("Defendant") on behalf of certain individual plaintiffs and a putative class of persons and business entities ("Plaintiffs") who allege they sustained injuries as a result of the breaches in the East wall of the Industrial Canal on Monday August 29, 2005. The lawsuit alleges, among other things, that the breaches in the East wall of the Industrial Canal were caused by Barge ING 4727. LNA disagrees with the Plaintiffs' allegations, denies that it has any liability in this matter, and denies that the Barge caused the breaches. The lawsuit is brought on behalf of the Plaintiffs by the "Plaintiffs Sub-group Litigation Committee" ("PSLC"). For additional information concerning the lawsuit, including information

October 23, 2008
Page 2

concerning your right to join the lawsuit, you may contact the PSLC with the contact information below.

Based on Orleans Parish Tax Assessor and/or Orleans Parish Conveyance and Mortgage Office records, you were the owner of that residence on August 29, 2005. LNA is under court order to return the clocks to their owners, whether that is you, a tenant, or other resident of the home.

If the clocks belong to you, or if you can provide information regarding their ownership, please contact Mr. Brian Gilbert, of the PSLC and provide him with an affidavit or other evidence concerning ownership of the clocks and your current address, and he will assist you in obtaining the clocks. Mr. Gilbert's contact information is the following if you have any issues or questions regarding what needs to be done to claim your timepieces:

Brian A. Gilbert
Law Office of Brian A. Gilbert, P.L.C.
821 Baronne Street
New Orleans, LA  70113
Telephone: (504) 885-7700
bgilbert@briangilbertlaw.com

If you have any questions please contact Mr. Gilbert.

Sincerely,

Derek A. Walker
Charles P. Blanchard

DAW/CPB:jlc

cc:    Brian Gilbert, Esq.

1182902-1

# CHAFFE M McCALL
### L. L. P.

**Derek A. Walker**
Direct Dial No: (504) 585-7044
Direct Fax No: (504) 544-6066
E-mail:walker@chaffe.com

October 23, 2008

**Certified Mail**
**Return Receipt Requested**
Southern Scrap Material Company, LLC
c/o Brandt M. Lorio
902 Julia Street
New Orleans, LA 70113

> Re:   Katrina Canal Breaches Consolidated Litigation - BARGE
>        USDC, E.D. LA., No. 05-4182 "K"
>        Our Ref: 99675/28821

Dear Mr. Lorio:

The purpose of this letter is to inform you that after Hurricane Katrina made landfall in the New Orleans area, Lafarge North America, Inc. (LNA) conducted an investigation regarding the cause of the flooding in the Lower Ninth Ward. During that investigation, LNA found and removed a timepiece (clock) from the property located at 4801 Florida Avenue, New Orleans, LA 70117, and is now under a court order to return it.

This matter arises out of a lawsuit filed against LNA ("Defendant") on behalf of certain individual plaintiffs and a putative class of persons and business entities ("Plaintiffs") who allege they sustained injuries as a result of the breaches in the East wall of the Industrial Canal on Monday August 29, 2005. The lawsuit alleges, among other things, that the breaches in the East wall of the Industrial Canal were caused by Barge ING 4727. LNA disagrees with the Plaintiffs' allegations, denies that it has any liability in this matter, and denies that the Barge caused the breaches. The lawsuit is brought on behalf of the Plaintiffs by the "Plaintiffs Sub-group Litigation Committee" ("PSLC"). For additional information concerning the lawsuit, including information concerning your right to join the lawsuit, you may contact the PSLC with the contact information below.

October 23, 2008
Page 2

Based on Orleans Parish Tax Assessor and/or Orleans Parish Conveyance and Mortgage Office records, Southern Scrap Material Company, LLC was the owner of that property on August 29, 2005.  You are identified as the registered agent for Southern Scrap Material Company, LLC according to the Louisiana Secretary of State's office. LNA is under court order to return the clock to its owner, whether that is you, a tenant, or other resident of the property.

If the clock belongs to you, or if you can provide information regarding its ownership, please contact Mr. Brian Gilbert, of the PSLC and provide him with an affidavit or other evidence concerning  ownership of the clock and your current address, and he will assist you in obtaining the clock.  Mr. Gilbert's contact information is the following if you have any issues or questions regarding what needs to be done to claim your timepiece:

Brian A. Gilbert
Law Office of Brian A. Gilbert, P.L.C.
821 Baronne Street
New Orleans, LA  70113
Telephone: (504) 885-7700
bgilbert@briangilbertlaw.com

If you have any questions please contact Mr. Gilbert.

Sincerely,

Derek A. Walker
Charles P. Blanchard

DAW/CPB:jlc

cc:    Brian Gilbert, Esq.

1182807-1

# CHAFFE McCALL
### L. L. P.

**Derek A. Walker**
Direct Dial No: (504) 585-7044
Direct Fax No: (504) 544-6066
E-mail:walker@chaffe.com

October 23, 2008

**Certified Mail**
**Return Receipt Requested**
JOTO Investments, Inc.
c/o Registered Agent Lynne Fruchnicht
3644 Williams Blvd.
Kenner, LA 70065

Re:   Katrina Canal Breaches Consolidated Litigation - BARGE
USDC, E.D. LA., No. 05-4182 "K"
Our Ref: 99675/28821

Dear Ms. Fruchnicht:

The purpose of this letter is to inform you that after Hurricane Katrina made landfall in the New Orleans area, Lafarge North America, Inc. (LNA) conducted an investigation regarding the cause of the flooding in the Lower Ninth Ward. During that investigation, LNA found and removed a timepiece (clock) from the property located at 1721 Lizardi Street, New Orleans, Louisiana, and is now under a court order to return it.

This matter arises out of a lawsuit filed against LNA ("Defendant") on behalf of certain individual plaintiffs and a putative class of persons and business entities ("Plaintiffs") who allege they sustained injuries as a result of the breaches in the East wall of the Industrial Canal on Monday August 29, 2005. The lawsuit alleges, among other things, that the breaches in the East wall of the Industrial Canal were caused by Barge ING 4727. LNA disagrees with the Plaintiffs' allegations, denies that it has any liability in this matter, and denies that the Barge caused the breaches. The lawsuit is brought on behalf of the Plaintiffs by the "Plaintiffs Sub-group Litigation Committee" ("PSLC"). For additional information concerning the lawsuit, including information concerning your right to join the lawsuit, you may contact the PSLC with the contact information below.

1183122-1

**New Orleans:** 2300 Energy Centre • 1100 Poydras Street • New Orleans, LA 70163-2300 • Tel: (504) 585-7000 • Fax: (504) 585-7075
**Baton Rouge:** 202 Two United Plaza • 8550 United Plaza Blvd. • Baton Rouge, LA 70809 • Tel: (225) 922-4300 • Fax: (225) 922-4304
www.chaffe.com

October 23, 2008
Page 2

Based on Orleans Parish Tax Assessor and/or Orleans Parish Conveyance and Mortgage Office records, JOTO Investments, Inc. was the owner of that property on August 29, 2005.  You are identified as the registered agent of JOTO Investments, Inc. based on the Louisiana Secretary of State's office.  LNA is under court order to return the clock to its owner, whether that is you, a tenant, or other resident of the home.

If the clock belongs to you, or if you can provide information regarding its ownership, please contact Mr. Brian Gilbert, of the PSLC and provide him with an affidavit or other evidence concerning  ownership of the clock and your current address, and he will assist you in obtaining the clock.  Mr. Gilbert's contact information is the following if you have any issues or questions regarding what needs to be done to claim your timepiece:

Brian A. Gilbert
Law Office of Brian A. Gilbert, P.L.C.
821 Baronne Street
New Orleans, LA  70113
Telephone: (504) 885-7700
bgilbert@briangilbertlaw.com

If you have any questions please contact Mr. Gilbert.

Sincerely,

Derek A. Walker
Charles P. Blanchard

DAW/CPB:jlc

cc:     Brian Gilbert, Esq.

1183122-1

# CHAFFE McCALL
L. L. P.

### Derek A. Walker
Direct Dial No: (504) 585-7044
Direct Fax No: (504) 544-6066
E-mail:walker@chaffe.com

October 23, 2008

**Certified Mail**
**Return Receipt Requested**
Robert Francis Stark, Sr.
616 France Street, Apt. 1F
New Orleans, LA  70117

Re:   Katrina Canal Breaches Consolidated Litigation - BARGE
USDC, E.D. LA., No. 05-4182 "K"
Our Ref: 99675/28821

Dear Mr. Stark:

The purpose of this letter is to inform you that after Hurricane Katrina made landfall in the New Orleans area, Lafarge North America, Inc. (LNA) conducted an investigation regarding the cause of the flooding in the Lower Ninth Ward.  During that investigation, LNA found and removed a timepiece (clock) from the residence located at 1815 Egania Street, New Orleans, LA  70117, and is now under a court order to return it.

This matter arises out of a lawsuit filed against LNA ("Defendant") on behalf of certain individual plaintiffs and a putative class of persons and business entities ("Plaintiffs") who allege they sustained injuries as a result of the breaches in the East wall of the Industrial Canal on Monday August 29, 2005.  The lawsuit alleges, among other things, that the breaches in the East wall of the Industrial Canal were caused by Barge ING 4727.  LNA disagrees with the Plaintiffs' allegations, denies that it has any liability in this matter, and denies that the Barge caused the breaches.  The lawsuit is brought on behalf of the Plaintiffs by the "Plaintiffs Sub-group Litigation Committee" ("PSLC").  For additional information concerning the lawsuit, including information concerning your right to join the lawsuit, you may contact the PSLC with the contact information below.

Based on Orleans Parish Tax Assessor and/or Orleans Parish Conveyance and Mortgage Office records, Geneva B. Stark Morgan is listed as the owner at the above

1183121-1

October 23, 2008
Page 2

address on August 29, 2005.  We believe that Geneva Stark Morgan is deceased and that you are a surviving child of Geneva B. Stark Morgan and that you and Ms. Stark Morgan shared the same address.  LNA is under court order to return the clock to its owner, whether that is you, a tenant, or other resident of the home.

If the clock belongs to you, or if you can provide information regarding its ownership, please contact Mr. Brian Gilbert, of the PSLC and provide him with an affidavit or other evidence concerning  ownership of the clock and your current address, and he will assist you in obtaining the clock.  Mr. Gilbert's contact information is the following if you have any issues or questions regarding what needs to be done to claim your timepiece:

Brian A. Gilbert
Law Office of Brian A. Gilbert, P.L.C.
821 Baronne Street
New Orleans, LA  70113
Telephone: (504) 885-7700
bgilbert@briangilbertlaw.com

If you have any questions please contact Mr. Gilbert.

Sincerely,

Derek A. Walker
Charles P. Blanchard

DAW/CPB:jlc

cc:    Brian Gilbert, Esq.

1183121-1

# CHAFFE MᶜCALL
### L. L. P.

**Derek A. Walker**
Direct Dial No: (504) 585-7044
Direct Fax No: (504) 544-6066
E-mail:walker@chaffe.com

October 23, 2008

<u>**Certified Mail**</u>
<u>**Return Receipt Requested**</u>
King Solomon Baptist Church in
New Orleans
c/o Registered Agents Solomon James
and Earnest James
2626 Andry Street
New Orleans, LA 70117

and

<u>**Certified Mail**</u>
<u>**Return Receipt Requested**</u>
King Solomon Baptist Church in
New Orleans
c/o Registered Agents Solomon James
and Earnest James
2626 St. Andrew Street
New Orleans, LA 70113

> Re:  Katrina Canal Breaches Consolidated Litigation - BARGE
> USDC, E.D. LA., No. 05-4182 "K"
> Our Ref: 99675/28821

Dear Mr. Solomon James and Mr. Earnest James:

The purpose of this letter is to inform you that after Hurricane Katrina made landfall in the New Orleans area, Lafarge North America, Inc. (LNA) conducted an investigation regarding the cause of the flooding in the Lower Ninth Ward. During that investigation, LNA found and removed a timepiece (clock) from the property located at 2601 Andry Street, New Orleans, LA 70117, and is now under a court order to return it.

This matter arises out of a lawsuit filed against LNA ("Defendant") on behalf of certain individual plaintiffs and a putative class of persons and business entities ("Plaintiffs") who allege they sustained injuries as a result of the breaches in the East

October 23, 2008
Page 2

wall of the Industrial Canal on Monday August 29, 2005. The lawsuit alleges, among other things, that the breaches in the East wall of the Industrial Canal were caused by Barge ING 4727. LNA disagrees with the Plaintiffs' allegations, denies that it has any liability in this matter, and denies that the Barge caused the breaches. The lawsuit is brought on behalf of the Plaintiffs by the "Plaintiffs Sub-group Litigation Committee" ("PSLC"). For additional information concerning the lawsuit, including information concerning your right to join the lawsuit, you may contact the PSLC with the contact information below.

Based on Orleans Parish Tax Assessor and/or Orleans Parish Conveyance and Mortgage Office records, it appears that the King Solomon Baptist Church in New Orleans owned the property at this address and that each of you is a registered agent for the Church. LNA is under court order to return the clock to its owner, whether that is you, a tenant, or other resident of the home.

If the clock belongs to the King Solomon Baptist Church in New Orleans, or if you can provide information regarding its ownership, please contact Mr. Brian Gilbert, of the PSLC and provide him with an affidavit or other evidence concerning ownership of the clock and your current address, and he will assist you in obtaining the clock. Mr. Gilbert's contact information is the following if you have any issues or questions regarding what needs to be done to claim your timepiece:

Brian A. Gilbert
Law Office of Brian A. Gilbert, P.L.C.
821 Baronne Street
New Orleans, LA  70113
Telephone: (504) 885-7700
bgilbert@briangilbertlaw.com

If you have any questions please contact Mr. Gilbert

Sincerely,

Derek A. Walker
Charles P. Blanchard

DAW/CPB:jlc
cc:     Brian Gilbert, Esq.

1182965-1

# C H A F F E M C C A L L
## L. L. P.

### Derek A. Walker
Direct Dial No: (504) 585-7044
Direct Fax No: (504) 544-6066
E-mail:walker@chaffe.com

October 23, 2008

**Certified Mail**
**Return Receipt Requested**
Alice Mae Haney Davis Harris
103 Pavillion Street
Lafayette, LA 70507

**Certified Mail**
**Return Receipt Requested**
Mr. George D. Davis
2051 Dylan Drive
Slidell, LA 70461

**Certified Mail**
**Return Receipt Requested**
Ms. Tamara Davis
5521 Patio-Way
New Orleans, LA 70129

**Certified Mail**
**Return Receipt Requested**
Ms. Mamie Davis
5521 Patio-Way
New Orleans, LA 70129

Re:  Katrina Canal Breaches Consolidated Litigation - BARGE
USDC, E.D. LA., No. 05-4182 "K"
Our Ref: 99675/28821

Dear Ms. Alice Davis Harris, Ms. Tamara Davis,
Mr. George Davis and Ms. Mamie Davis:

The purpose of this letter is to inform you that after Hurricane Katrina made landfall in the New Orleans area, Lafarge North America, Inc. (LNA) conducted an investigation regarding the cause of the flooding in the Lower Ninth Ward. During that investigation, LNA found and removed a timepiece (clock) from the residence located at 2231 Deslonde Street, New Orleans, LA 70117, and is now under a court order to return it.

This matter arises out of a lawsuit filed against LNA ("Defendant") on behalf of certain individual plaintiffs and a putative class of persons and business entities ("Plaintiffs") who allege they sustained injuries as a result of the breaches in the East wall of the Industrial Canal on Monday August 29, 2005. The lawsuit alleges, among other things, that the breaches in the East wall of the Industrial Canal were caused by Barge ING 4727. LNA disagrees with the Plaintiffs' allegations, denies that it has any liability in this matter, and denies that the Barge caused the breaches. The lawsuit is

October 23, 2008
Page 2

brought on behalf of the Plaintiffs by the "Plaintiffs Sub-group Litigation Committee" ("PSLC").  For additional information concerning the lawsuit, including information concerning your right to join the lawsuit, you may contact the PSLC with the contact information below.

Based on Orleans Parish Tax Assessor and/or Orleans Parish Conveyance and Mortgage Office records, Ms. Alice Davis Harris and Mr. Charles E. Davis, Jr. were the owners of that residence on August 29, 2005.  Other records indicate that Mr. Charles E. Davis died on February 9, 2008, and that Ms. Tamara Davis, Mr. George D. Davis and Ms. Mamie Davis are three of Mr. Davis' surviving children.  LNA is under court order to return the clock to its owner, whether that is you, a tenant, or other resident of the home.

If the clock belongs to any of you, or if you can provide information regarding its ownership, please contact Mr. Brian Gilbert, of the PSLC and provide him with an affidavit or other evidence concerning  ownership of the clock and your current address, and he will assist you in obtaining the clock.  Mr. Gilbert's contact information is the following if you have any questions regarding what needs to be done to claim your timepiece:

Brian A. Gilbert
Law Office of Brian A. Gilbert, P.L.C.
821 Baronne Street
New Orleans, LA  70113
Telephone: (504) 885-7700
bgilbert@briangilbertlaw.com

If you have any questions please contact Mr. Gilbert.

Sincerely,

Derek A. Walker
Charles P. Blanchard

DAW/CPB:jlc

cc:    Brian Gilbert, Esq.

1182909-1

# C H A F F E  McC A L L
L. L. P.

**Derek A. Walker**
Direct Dial No: (504) 585-7044
Direct Fax No: (504) 544-6066
E-mail:walker@chaffe.com

October 23, 2008

**Certified Mail**
**Return Receipt Requested**
Opportunities Industrialization Center
  of Greater New Orleans, Inc.
c/o Philip M. Baptiste, Executor Director
727 S. Dupre Street
New Orleans, LA  70119

and

John Keller
639 Loyola Avenue, Suite 1140
New Orleans, LA  70113

> Re:   Katrina Canal Breaches Consolidated Litigation - BARGE
>       USDC, E.D. LA., No. 05-4182 "K"
>       Our Ref: 99675/28821

Dear Mr. Baptiste and Mr. Keller:

The purpose of this letter is to inform you that after Hurricane Katrina made landfall in the New Orleans area, Lafarge North America, Inc. (LNA) conducted an investigation regarding the cause of the flooding in the Lower Ninth Ward.  During that investigation, LNA found and removed a timepiece (clock) from the property located at 2607 Andry Street, New Orleans, LA  70117, and is now under a court order to return it.

This matter arises out of a lawsuit filed against LNA ("Defendant") on behalf of certain individual plaintiffs and a putative class of persons and business entities ("Plaintiffs") who allege they sustained injuries as a result of the breaches in the East wall of the Industrial Canal on Monday August 29, 2005.  The lawsuit alleges, among other things, that the breaches in the East wall of the Industrial Canal were caused by Barge ING 4727.  LNA disagrees with the Plaintiffs' allegations, denies that it has any liability in this matter, and denies that the Barge caused the breaches.  The lawsuit is

October 23, 2008
Page 2

brought on behalf of the Plaintiffs by the "Plaintiffs Sub-group Litigation Committee" ("PSLC"). For additional information concerning the lawsuit, including information concerning your right to join the lawsuit, you may contact the PSLC with the contact information below.

Based on Orleans Parish Tax Assessor and/or Orleans Parish Conveyance and Mortgage Office records, Opportunities Industrialization Center of Greater New Orleans, Inc. was the owner of that property on August 29, 2005. Mr. Baptiste is identified as the Executive Director and Mr. Keller is identified as the registered agent of that entity. LNA is under court order to return the clock to its owner, whether that is you, a tenant, or other resident of the property.

If the clock belongs to Opportunities Industrialization Center of Greater New Orleans, or if you can provide information regarding its ownership, please contact Mr. Brian Gilbert, of the PSLC and provide him with an affidavit or other evidence concerning ownership of the clock and your current address, and he will assist you in obtaining the clock. Mr. Gilbert's contact information is the following if you have any issues or questions regarding what needs to be done to claim your timepiece:

Brian A. Gilbert
Law Office of Brian A. Gilbert, P.L.C.
821 Baronne Street
New Orleans, LA 70113
Telephone: (504) 885-7700
bgilbert@briangilbertlaw.com

If you have any questions please contact Mr. Gilbert.

Sincerely,

Derek A. Walker
Charles P. Blanchard

DAW/CPB:jlc

cc:    Brian Gilbert, Esq.

1182872-1

# C H A F F E   M c C A L L

L. L. P.

**Derek A. Walker**
Direct Dial No: (504) 585-7044
Direct Fax No: (504) 544-6066
E-mail:walker@chaffe.com

October 23, 2008

**Certified Mail**
**Return Receipt Requested**
St. Rose Baptist Church
c/o Reverend Noily Paul, Jr.
701 Huey P. Long Avenue
Gretna, LA 70058

and

2205 Colombo Drive
Harvey, LA 70058

> Re:   Katrina Canal Breaches Consolidated Litigation - BARGE
> USDC, E.D. LA., No. 05-4182 "K"
> Our Ref: 99675/28821

Dear Reverend Paul:

The purpose of this letter is to inform you that after Hurricane Katrina made landfall in the New Orleans area, Lafarge North America, Inc. (LNA) conducted an investigation regarding the cause of the flooding in the Lower Ninth Ward. During that investigation, LNA found and removed a timepiece (clock) from the property located at 2619 Forstall Street, and is now under a court order to return it.

This matter arises out of a lawsuit filed against LNA ("Defendant") on behalf of certain individual plaintiffs and a putative class of persons and business entities ("Plaintiffs") who allege they sustained injuries as a result of the breaches in the East wall of the Industrial Canal on Monday August 29, 2005. The lawsuit alleges, among other things, that the breaches in the East wall of the Industrial Canal were caused by Barge ING 4727. LNA disagrees with the Plaintiffs' allegations, denies that it has any liability in this matter, and denies that the Barge caused the breaches. The lawsuit is brought on behalf of the Plaintiffs by the "Plaintiffs Sub-group Litigation Committee"

1182804-1
**New Orleans:** 2300 Energy Centre • 1100 Poydras Street • New Orleans, LA 70163-2300 • Tel: (504) 585-7000 • Fax: (504) 585-7075
**Baton Rouge:** 202 Two United Plaza • 8550 United Plaza Blvd. • Baton Rouge, LA 70809 • Tel: (225) 922-4300 • Fax: (225) 922-4304
www.chaffe.com

October 23, 2008
Page 2

("PSLC"). For additional information concerning the lawsuit, including information concerning your right to join the lawsuit, you may contact the PSLC with the contact information below.

Based on Orleans Parish Tax Assessor and/or Orleans Parish Conveyance and Mortgage Office records, St. Rose Baptist Church owned that property on August 29, 2005. You are listed as the Church's registered agent according to the Louisiana Secretary of State's office. LNA is under court order to return the clock to its owner, whether that is you, a tenant, or other resident of the building.

If the clock belongs to the St. Rose Baptist Church, or if you can provide information regarding its ownership, please contact Mr. Brian Gilbert, of the PSLC and provide him with an affidavit or other evidence concerning ownership of the clock and your current address, and he will assist you in obtaining the clock. Mr. Gilbert's contact information is the following if you have any issues or questions regarding what needs to be done to claim your timepiece:

> Brian A. Gilbert
> Law Office of Brian A. Gilbert, P.L.C.
> 821 Baronne Street
> New Orleans, LA 70113
> Telephone: (504) 885-7700
> bgilbert@briangilbertlaw.com

If you have any questions please contact Mr. Gilbert.

Sincerely,

Derek A. Walker
Charles P. Blanchard

DAW/CPB:jlc

cc:   Brian Gilbert, Esq.

1182804-1

# CHAFFE M McCALL
### L. L. P.

**Derek A. Walker**
Direct Dial No: (504) 585-7044
Direct Fax No: (504) 544-6066
E-mail:walker@chaffe.com

October 23, 2008

**Certified Mail**
**Return Receipt Requested**
Rosalie Jones (a/k/a Lillie Mae Gilmore)
7914 Mayo Blvd.
New Orleans, LA 70126

4113 Bissonet Drive
Metairie, LA 70003

     Re:   Katrina Canal Breaches Consolidated Litigation - BARGE
           USDC, E.D. LA., No. 05-4182 "K"
           Our Ref: 99675/28821

Dear Ms. Jones:

     The purpose of this letter is to inform you that after Hurricane Katrina made landfall in the New Orleans area, Lafarge North America, Inc. (LNA) conducted an investigation regarding the cause of the flooding in the Lower Ninth Ward. During that investigation, LNA found and removed three timepieces (clocks) from the residence and yard of the property located at 1728-1730 Deslonde Street, New Orleans, LA 70117, and is now under a court order to return them.

     This matter arises out of a lawsuit filed against LNA ("Defendant") on behalf of certain individual plaintiffs and a putative class of persons and business entities ("Plaintiffs") who allege they sustained injuries as a result of the breaches in the East wall of the Industrial Canal on Monday August 29, 2005. The lawsuit alleges, among other things, that the breaches in the East wall of the Industrial Canal were caused by Barge ING 4727. LNA disagrees with the Plaintiffs' allegations, denies that it has any liability in this matter, and denies that the Barge caused the breaches. The lawsuit is brought on behalf of the Plaintiffs by the "Plaintiffs Sub-group Litigation Committee" ("PSLC"). For additional information concerning the lawsuit, including information

1182817-1
   **New Orleans:** 2300 Energy Centre • 1100 Poydras Street • New Orleans, LA 70163-2300 • Tel: (504) 585-7000 • Fax: (504) 585-7075
   **Baton Rouge:** 202 Two United Plaza • 8550 United Plaza Blvd. • Baton Rouge, LA 70809 • Tel: (225) 922-4300 • Fax: (225) 922-4304
                        www.chaffe.com

October 23, 2008
Page 2

concerning your right to join the lawsuit, you may contact the PSLC with the contact information below.

Based on Orleans Parish Tax Assessor and/or Orleans Parish Conveyance and Mortgage Office records, you were the owner of that residence on August 29, 2005. LNA is under court order to return the clocks to its owner, whether that is you, a tenant, or other resident of the home.

If the clocks belong to you, or if you can provide information regarding its ownership, please contact Mr. Brian Gilbert, of the PSLC and provide him with an affidavit or other evidence concerning ownership of the clocks and your current address, and he will assist you in obtaining the clocks. Mr. Gilbert's contact information is the following if you have any questions regarding what needs to be done to claim your timepiece:

> Brian A. Gilbert
> Law Office of Brian A. Gilbert, P.L.C.
> 821 Baronne Street
> New Orleans, LA 70113
> Telephone: (504) 885-7700
> bgilbert@briangilbertlaw.com

If you have any questions please contact Mr. Gilbert.

Sincerely,

Derek A. Walker
Charles P. Blanchard

DAW/CPB:jlc

cc:    Brian Gilbert, Esq.

1182817-1

# CHAFFE McCALL

L. L. P.

**Derek A. Walker**
Direct Dial No: (504) 585-7044
Direct Fax No: (504) 544-6066
E-mail:walker@chaffe.com

October 23, 2008

**Certified Mail**
**Return Receipt Requested**
Frances Lee Williams Jenkins
14527 Beekman Road
New Orleans, LA 70128

and

8830 Gervais Street
New Orleans, LA 70127

Re:    Katrina Canal Breaches Consolidated Litigation - BARGE
        USDC, E.D. LA., No. 05-4182 "K"
        Our Ref: 99675/28821

Dear Ms. Jenkins:

      The purpose of this letter is to inform you that after Hurricane Katrina made landfall in the New Orleans area, Lafarge North America, Inc. (LNA) conducted an investigation regarding the cause of the flooding in the Lower Ninth Ward. During that investigation, LNA found and removed a timepiece (clock) from the residence located at 2600 Forstall Street, New Orleans, LA 70117, and is now under a court order to return it.

      This matter arises out of a lawsuit filed against LNA ("Defendant") on behalf of certain individual plaintiffs and a putative class of persons and business entities ("Plaintiffs") who allege they sustained injuries as a result of the breaches in the East wall of the Industrial Canal on Monday August 29, 2005. The lawsuit alleges, among other things, that the breaches in the East wall of the Industrial Canal were caused by Barge ING 4727. LNA disagrees with the Plaintiffs' allegations, denies that it has any liability in this matter, and denies that the Barge caused the breaches. The lawsuit is brought on behalf of the Plaintiffs by the "Plaintiffs Sub-group Litigation Committee" ("PSLC"). For additional information concerning the lawsuit, including information

October 23, 2008
Page 2

concerning your right to join the lawsuit, you may contact the PSLC with the contact information below.

Based on Orleans Parish Tax Assessor and/or Orleans Parish Conveyance and Mortgage Office and Orleans Parish Civil Court records, you were the owner or held a usufruct over that residence on August 29, 2005. LNA is under court order to return the clock to its owner, whether that is you, a tenant, or other resident of the home.

If the clock belongs to you, or if you can provide information regarding its ownership, please contact Mr. Brian Gilbert, of the PSLC and provide him with an affidavit or other evidence concerning  ownership of the clock and your current address, and he will assist you in obtaining the clock.  Mr. Gilbert's contact information is the following if you have any issues or questions regarding what needs to be done to claim your timepiece:

> Brian A. Gilbert
> Law Office of Brian A. Gilbert, P.L.C.
> 821 Baronne Street
> New Orleans, LA  70113
> Telephone: (504) 885-7700
> bgilbert@briangilbertlaw.com

If you have any questions please contact Mr. Gilbert.

Sincerely,

Derek A. Walker
Charles P. Blanchard

DAW/CPB:jlc

cc:   Brian Gilbert, Esq.

1182906-1

# CHAFFE MᶜCALL
### L. L. P.

**Derek A. Walker**
Direct Dial No: (504) 585-7044
Direct Fax No: (504) 544-6066
E-mail:walker@chaffe.com

October 23, 2008

**Certified Mail**
**Return Receipt Requested**
Gino Leroi Gautreaux
1205 Londonberry Court
Slidell, LA  70461

and

P. O. Box 2225
Slidell, LA  70459

Re:   Katrina Canal Breaches Consolidated Litigation - BARGE
       USDC, E.D. LA., No. 05-4182 "K"
       Our Ref: 99675/28821

Dear Mr. Gautreaux:

The purpose of this letter is to inform you that after Hurricane Katrina made landfall in the New Orleans area, Lafarge North America, Inc. (LNA) conducted an investigation regarding the cause of the flooding in the Lower Ninth Ward.  During that investigation, LNA found and removed a timepiece (clock) from the residence located at 2025 Forstall Street, New Orleans, LA  70117, and is now under a court order to return it.

This matter arises out of a lawsuit filed against LNA ("Defendant") on behalf of certain individual plaintiffs and a putative class of persons and business entities ("Plaintiffs") who allege they sustained injuries as a result of the breaches in the East wall of the Industrial Canal on Monday August 29, 2005.  The lawsuit alleges, among other things, that the breaches in the East wall of the Industrial Canal were caused by Barge ING 4727.  LNA disagrees with the Plaintiffs' allegations, denies that it has any liability in this matter, and denies that the Barge caused the breaches.  The lawsuit is brought on behalf of the Plaintiffs by the "Plaintiffs Sub-group Litigation Committee"

1182881-1
**New Orleans:** 2300 Energy Centre • 1100 Poydras Street • New Orleans, LA 70163-2300 • Tel: (504) 585-7000 • Fax: (504) 585-7075
**Baton Rouge:** 202 Two United Plaza • 8550 United Plaza Blvd. • Baton Rouge, LA 70809 • Tel: (225) 922-4300 • Fax: (225) 922-4304
www.chaffe.com

October 23, 2008
Page 2

("PSLC").  For additional information concerning the lawsuit, including information concerning your right to join the lawsuit, you may contact the PSLC with the contact information below.

Based on Orleans Parish Tax Assessor and/or Orleans Parish Conveyance and Mortgage Office records, you were the owner of that residence on August 29, 2005. LNA is under court order to return the clock to its owner, whether that is you, a tenant, or other resident of the home.

If the clock belongs to you, or if you can provide information regarding its ownership, please contact Mr. Brian Gilbert, of the PSLC and provide him with an affidavit or other evidence concerning  ownership of the clock and your current address, and he will assist you in obtaining the clock.  Mr. Gilbert's contact information is the following if you have any issues or questions regarding what needs to be done to claim your timepiece:

    Brian A. Gilbert
    Law Office of Brian A. Gilbert, P.L.C.
    821 Baronne Street
    New Orleans, LA  70113
    Telephone: (504) 885-7700
    bgilbert@briangilbertlaw.com

    If you have any questions please contact Mr. Gilbert.

        Sincerely,

        Derek A. Walker
        Charles P. Blanchard

DAW/CPB:jlc

cc:    Brian Gilbert, Esq.

1182881-1

# C H A F F E   McC A L L

L. L. P.

**Derek A. Walker**
Direct Dial No: (504) 585-7044
Direct Fax No: (504) 544-6066
E-mail:walker@chaffe.com

October 23, 2008

**Certified Mail**
**Return Receipt Requested**
Janice Davis Lee
McAllister Lee
303 Meadows Drive
Destrehan, LA 70047

and

7340 Shubrick Avenue
New Orleans, LA 70127

Re:   Katrina Canal Breaches Consolidated Litigation - BARGE
USDC, E.D. LA., No. 05-4182 "K"
Our Ref: 99675/28821

Dear Ms. Lee and Mr. Lee:

The purpose of this letter is to inform you that after Hurricane Katrina made landfall in the New Orleans area, Lafarge North America, Inc. (LNA) conducted an investigation regarding the cause of the flooding in the Lower Ninth Ward. During that investigation, LNA found and removed a timepiece (clock) from the residence located at 1616 Reynes Street, New Orleans, LA 70117, and is now under a court order to return it.

This matter arises out of a lawsuit filed against LNA ("Defendant") on behalf of certain individual plaintiffs and a putative class of persons and business entities ("Plaintiffs") who allege they sustained injuries as a result of the breaches in the East wall of the Industrial Canal on Monday August 29, 2005. The lawsuit alleges, among other things, that the breaches in the East wall of the Industrial Canal were caused by Barge ING 4727. LNA disagrees with the Plaintiffs' allegations, denies that it has any liability in this matter, and denies that the Barge caused the breaches. The lawsuit is brought on behalf of the Plaintiffs by the "Plaintiffs Sub-group Litigation Committee"

1182986-1

**New Orleans:** 2300 Energy Centre • 1100 Poydras Street • New Orleans, LA 70163-2300 • Tel: (504) 585-7000 • Fax: (504) 585-7075
**Baton Rouge:** 202 Two United Plaza • 8550 United Plaza Blvd. • Baton Rouge, LA 70809 • Tel: (225) 922-4300 • Fax: (225) 922-4304
www.chaffe.com

October 23, 2008
Page 2

("PSLC").  For additional information concerning the lawsuit, including information concerning your right to join the lawsuit, you may contact the PSLC with the contact information below.

Based on Orleans Parish Tax Assessor and/or Orleans Parish Conveyance and Mortgage Office records, and Orleans Parish Civil District Court records, you were the owner of that residence on August 29, 2005. LNA is under court order to return the clock to its owner, whether that is you, a tenant, or other resident of the home.

If the clock belongs to you, or if you can provide information regarding its ownership, please contact Mr. Brian Gilbert, of the PSLC and provide him with an affidavit or other evidence concerning  ownership of the clock and your current address, and he will assist you in obtaining the clock.  Mr. Gilbert's contact information is the following if you have any issues or questions regarding what needs to be done to claim your timepiece:

> Brian A. Gilbert
> Law Office of Brian A. Gilbert, P.L.C.
> 821 Baronne Street
> New Orleans, LA  70113
> Telephone: (504) 885-7700
> bgilbert@briangilbertlaw.com

If you have any questions please contact Mr. Gilbert.

Sincerely,

Derek A. Walker
Charles P. Blanchard

DAW/CPB:jlc

cc:    Brian Gilbert, Esq.

1182986-1



# CHAFFE M McCALL

#### L. L. P.

**Derek A. Walker**
Direct Dial No: (504) 585-7044
Direct Fax No: (504) 544-6066
E-mail:walker@chaffe.com

October 23, 2008

**Certified Mail**
**Return Receipt Requested**
Alfred Money and Ollie Singleton Money
2054 Elizardi Blvd.
New Orleans, LA 70114

Re:     Katrina Canal Breaches Consolidated Litigation - BARGE
USDC, E.D. LA., No. 05-4182 "K"
Our Ref: 99675/28821

Dear Mr. Money and Ms. Money:

The purpose of this letter is to inform you that after Hurricane Katrina made landfall in the New Orleans area, Lafarge North America, Inc. (LNA) conducted an investigation regarding the cause of the flooding in the Lower Ninth Ward. During that investigation, LNA found and removed two timepieces (clocks) from the yard of the property located at 1901 Forstall Street, New Orleans, LA 70117, and is now under a court order to return them.

This matter arises out of a lawsuit filed against LNA ("Defendant") on behalf of certain individual plaintiffs and a putative class of persons and business entities ("Plaintiffs") who allege they sustained injuries as a result of the breaches in the East wall of the Industrial Canal on Monday August 29, 2005. The lawsuit alleges, among other things, that the breaches in the East wall of the Industrial Canal were caused by Barge ING 4727. LNA disagrees with the Plaintiffs' allegations, denies that it has any liability in this matter, and denies that the Barge caused the breaches. The lawsuit is brought on behalf of the Plaintiffs by the "Plaintiffs Sub-group Litigation Committee" ("PSLC"). For additional information concerning the lawsuit, including information concerning your right to join the lawsuit, you may contact the PSLC with the contact information below.

Based on Orleans Parish Tax Assessor and/or Orleans Parish Conveyance and Mortgage Office records, you were the owner of that property on August 29, 2005. LNA

October 23, 2008
Page 2

is under court order to return the clocks to their owners, whether that is you, a tenant, or other resident of the property.

If the clocks belong to you, or if you can provide information regarding its ownership, please contact Mr. Brian Gilbert, of the PSLC and provide him with an affidavit or other evidence concerning  ownership of the clocks and your current address, and he will assist you in obtaining the clocks.   Mr. Gilbert's contact information is the following if you have any issues or questions regarding what needs to be done to claim your timepieces:

> Brian A. Gilbert
> Law Office of Brian A. Gilbert, P.L.C.
> 821 Baronne Street
> New Orleans, LA  70113
> Telephone: (504) 885-7700
> bgilbert@briangilbertlaw.com

If you have any questions please contact Mr. Gilbert.

Sincerely,

Derek A. Walker
Charles P. Blanchard

DAW/CPB:jlc

cc:    Brian Gilbert, Esq.

1182814-1

# CHAFFE McCALL

L. L. P.

**Derek A. Walker**
Direct Dial No: (504) 585-7044
Direct Fax No: (504) 544-6066
E-mail:walker@chaffe.com

October 23, 2008

**Certified Mail**
**Return Receipt Requested**
Annette Shaw Mosby
24549 Plank Road, #68
Slaughter, LA  70777

and

P. O. Box 911
Zachary, LA  70791

**Certified Mail**
**Return Receipt Requested**
Ella Jean Shaw Watson
4766 Gabriel Drive
New Orleans, LA  70127

**Certified Mail**
**Return Receipt Requested**
William Shaw, Jr.
4601 Coronado Dr.
New Orleans, LA  70127

Re:   Katrina Canal Breaches Consolidated Litigation - BARGE
       USDC, E.D. LA., No. 05-4182 "K"
       Our Ref: 99675/28821

Dear Ms. Mosby, Ms. Watson and Mr. Shaw:

The purpose of this letter is to inform you that after Hurricane Katrina made landfall in the New Orleans area, Lafarge North America, Inc. (LNA) conducted an investigation regarding the cause of the flooding in the Lower Ninth Ward.  During that investigation, LNA found and removed a timepiece (wristwatch) from the residence located at 5005 N. Rocheblave Street, New Orleans, LA  70117, and is now under a court order to return it.

This matter arises out of a lawsuit filed against LNA ("Defendant") on behalf of certain individual plaintiffs and a putative class of persons and business entities ("Plaintiffs") who allege they sustained injuries as a result of the breaches in the East wall of the Industrial Canal on Monday August 29, 2005.  The lawsuit alleges, among other things, that the breaches in the East wall of the Industrial Canal were caused by Barge ING 4727.  LNA disagrees with the Plaintiffs' allegations, denies that it has any

October 23, 2008
Page 2

liability in this matter, and denies that the Barge caused the breaches.  The lawsuit is brought on behalf of the Plaintiffs by the "Plaintiffs Sub-group Litigation Committee" ("PSLC").  For additional information concerning the lawsuit, including information concerning your right to join the lawsuit, you may contact the PSLC with the contact information below.

Based on Orleans Parish Tax Assessor and/or Orleans Parish Conveyance and Mortgage Office records and/or Orleans Parish Civil Court records, you were the owners of that residence on August 29, 2005.  LNA is under court order to return the wristwatch to its owner, whether that is you, a tenant, or other resident of the home.

If the wristwatch belongs to you, or if you can provide information regarding its ownership, please contact Mr. Brian Gilbert, of the PSLC and provide him with an affidavit or other evidence concerning  ownership of the wristwatch and your current address, and he will assist you in obtaining the wristwatch.  Mr. Gilbert's contact information is the following if you have any issues or questions regarding what needs to be done to claim your timepiece:

> Brian A. Gilbert
> Law Office of Brian A. Gilbert, P.L.C.
> 821 Baronne Street
> New Orleans, LA  70113
> Telephone: (504) 885-7700
> bgilbert@briangilbertlaw.com

If you have any questions please contact Mr. Gilbert.

Sincerely,

Derek A. Walker
Charles P. Blanchard

DAW/CPB:jlc

cc:   Brian Gilbert, Esq.

1183126-1