# C H A F F E  M c C A L L
### L. L. P.

EXHIBIT
A-2

**Derek A. Walker**
Direct Dial No: (504) 585-7044
Direct Fax No: (504) 544-6066
E-mail:walker@chaffe.com

October 23, 2008

**Certified Mail**
**Return Receipt Requested**
Dorothy Mae Perkins Smith Thomas
1707 Mercy Drive, Apt. 205
Orlando, FL  32808

     Re:    Katrina Canal Breaches Consolidated Litigation - BARGE
              USDC, E.D. LA., No. 05-4182 "K"
              Our Ref: 99675/28821

Dear Ms. Thomas:

     The purpose of this letter is to inform you that after Hurricane Katrina made landfall in the New Orleans area, Lafarge North America, Inc. (LNA) conducted an investigation regarding the cause of the flooding in the Lower Ninth Ward.  During that investigation, LNA found and removed a timepiece (clock) from the residence located at 1722 Lizardi Street, New Orleans, LA  70117, and is now under a court order to return it.

     This matter arises out of a lawsuit filed against LNA ("Defendant") on behalf of certain individual plaintiffs and a putative class of persons and business entities ("Plaintiffs") who allege they sustained injuries as a result of the breaches in the East wall of the Industrial Canal on Monday August 29, 2005.  The lawsuit alleges, among other things, that the breaches in the East wall of the Industrial Canal were caused by Barge ING 4727.  LNA disagrees with the Plaintiffs' allegations, denies that it has any liability in this matter, and denies that the Barge caused the breaches.  The lawsuit is brought on behalf of the Plaintiffs by the "Plaintiffs Sub-group Litigation Committee" ("PSLC").  For additional information concerning the lawsuit, including information concerning your right to join the lawsuit, you may contact the PSLC with the contact information below.

     Based on Orleans Parish Tax Assessor and/or Orleans Parish Conveyance and Mortgage Office records, you were the owner of that residence on August 29, 2005.

October 23, 2008
Page 2

LNA is under court order to return the clock to its owner, whether that is you, a tenant, or other resident of the home.

If the clock belongs to you, or if you can provide information regarding its ownership, please contact Mr. Brian Gilbert, of the PSLC and provide him with an affidavit or other evidence concerning ownership of the clock and your current address, and he will assist you in obtaining the clock. Mr. Gilbert's contact information is the following if you have any issues or questions regarding what needs to be done to claim your timepiece:

> Brian A. Gilbert
> Law Office of Brian A. Gilbert, P.L.C.
> 821 Baronne Street
> New Orleans, LA 70113
> Telephone: (504) 885-7700
> bgilbert@briangilbertlaw.com

If you have any questions please contact Mr. Gilbert.

Sincerely,

Derek A. Walker
Charles P. Blanchard

DAW/CPB:jlc

cc:    Brian Gilbert, Esq.

1183116-1

# CHAFFE McCALL
### L. L. P.

**Derek A. Walker**
Direct Dial No: (504) 585-7044
Direct Fax No: (504) 544-6066
E-mail:walker@chaffe.com

October 23, 2008

**Certified Mail**
**Return Receipt Requested**
Vonzelle Davis Nelson
300 N. Military Road, Apt. 8
Slidell, LA  70461

and

308 Rocksprings Court
Athens, GA  30606

   Re:  Katrina Canal Breaches Consolidated Litigation - BARGE
      USDC, E.D. LA., No. 05-4182 "K"
      Our Ref: 99675/28821

Dear Ms. Nelson:

  The purpose of this letter is to inform you that after Hurricane Katrina made landfall in the New Orleans area, Lafarge North America, Inc. (LNA) conducted an investigation regarding the cause of the flooding in the Lower Ninth Ward.  During that investigation, LNA found and removed a timepiece (clock) from the residence located at 1933 Egania Street, New Orleans, LA  70117, and is now under a court order to return it.

  This matter arises out of a lawsuit filed against LNA ("Defendant") on behalf of certain individual plaintiffs and a putative class of persons and business entities ("Plaintiffs") who allege they sustained injuries as a result of the breaches in the East wall of the Industrial Canal on Monday August 29, 2005.  The lawsuit alleges, among other things, that the breaches in the East wall of the Industrial Canal were caused by Barge ING 4727.  LNA disagrees with the Plaintiffs' allegations, denies that it has any liability in this matter, and denies that the Barge caused the breaches.  The lawsuit is brought on behalf of the Plaintiffs by the "Plaintiffs Sub-group Litigation Committee"

October 23, 2008
Page 2

("PSLC"). For additional information concerning the lawsuit, including information concerning your right to join the lawsuit, you may contact the PSLC with the contact information below.

Based on Orleans Parish Tax Assessor and/or Orleans Parish Conveyance and Mortgage Office records, you were the owner of that residence on August 29, 2005. LNA is under court order to return the clock to its owner, whether that is you, a tenant, or other resident of the home.

If the clock belongs to you, or if you can provide information regarding its ownership, please contact Mr. Brian Gilbert, of the PSLC and provide him with an affidavit or other evidence concerning  ownership of the clock and your current address, and he will assist you in obtaining the clock. Mr. Gilbert's contact information is the following if you have any issues or questions regarding what needs to be done to claim your timepiece:

> Brian A. Gilbert
> Law Office of Brian A. Gilbert, P.L.C.
> 821 Baronne Street
> New Orleans, LA  70113
> Telephone: (504) 885-7700
> bgilbert@briangilbertlaw.com

If you have any questions please contact Mr. Gilbert.

Sincerely,

Derek A. Walker
Charles P. Blanchard

DAW/CPB:jlc

cc:    Brian Gilbert, Esq.

1183117-1

# CHAFFE  McCALL

L. L. P.

**Derek A. Walker**

Direct Dial No: (504) 585-7044
Direct Fax No: (504) 544-6066
E-mail:walker@chaffe.com

October 23, 2008

**Certified Mail**
**Return Receipt Requested**
Robertine Braud McBride
P. O. Box 3960
New Orleans, LA  70177

and

7806 Green Street
New Orleans, LA  70118

Re:   Katrina Canal Breaches Consolidated Litigation - BARGE
USDC, E.D. LA., No. 05-4182 "K"
Our Ref: 99675/28821

Dear Ms. McBride:

The purpose of this letter is to inform you that after Hurricane Katrina made landfall in the New Orleans area, Lafarge North America, Inc. (LNA) conducted an investigation regarding the cause of the flooding in the Lower Ninth Ward.  During that investigation, LNA found and removed a timepiece (clock) from a residence, which we believe may be located at 1627 Reynes Street, New Orleans, LA  70117, and is now under a court order to return it.

This matter arises out of a lawsuit filed against LNA ("Defendant") on behalf of certain individual plaintiffs and a putative class of persons and business entities ("Plaintiffs") who allege they sustained injuries as a result of the breaches in the East wall of the Industrial Canal on Monday August 29, 2005.  The lawsuit alleges, among other things, that the breaches in the East wall of the Industrial Canal were caused by Barge ING 4727.  LNA disagrees with the Plaintiffs' allegations, denies that it has any liability in this matter, and denies that the Barge caused the breaches.  The lawsuit is brought on behalf of the Plaintiffs by the "Plaintiffs Sub-group Litigation Committee" ("PSLC").  For additional information concerning the lawsuit, including information

1182982-1

**New Orleans:** 2300 Energy Centre • 1100 Poydras Street • New Orleans, LA 70163-2300 • Tel: (504) 585-7000 • Fax: (504) 585-7075
**Baton Rouge:** 202 Two United Plaza • 8550 United Plaza Blvd. • Baton Rouge, LA 70809 • Tel: (225) 922-4300 • Fax: (225) 922-4304
www.chaffe.com

October 23, 2008
Page 2

concerning your right to join the lawsuit, you may contact the PSLC with the contact information below.

Based on Orleans Parish Tax Assessor and/or Orleans Parish Conveyance and Mortgage Office records, you were the owner of that residence on August 29, 2005. LNA is under court order to return the clock to its owner, whether that is you, a tenant, or other resident of the home.

If the clock belongs to you, or if you can provide information regarding its ownership, please contact Mr. Brian Gilbert, of the PSLC and provide him with an affidavit or other evidence concerning  ownership of the clock and your current address, and he will assist you in obtaining the clock.  Mr. Gilbert's contact information is the following if you have any issues or questions regarding what needs to be done to claim your timepiece:

> Brian A. Gilbert
> Law Office of Brian A. Gilbert, P.L.C.
> 821 Baronne Street
> New Orleans, LA  70113
> Telephone: (504) 885-7700
> bgilbert@briangilbertlaw.com

If you have any questions please contact Mr. Gilbert.

Sincerely,

Derek A. Walker
Charles P. Blanchard

DAW/CPB:jlc

cc:    Brian Gilbert, Esq.

1182982-1

# C H A F F E   M c C A L L

### L. L. P.

**Derek A. Walker**

Direct Dial No: (504) 585-7044
Direct Fax No: (504) 544-6066
E-mail:walker@chaffe.com

October 23, 2008

<u>**Certified Mail**</u>
<u>**Return Receipt Requested**</u>
Audrey Gaspard Dejean
Earl Joseph Dejean, Sr.
5741 Louis Prima Court
New Orleans, LA 70128

Re:    Katrina Canal Breaches Consolidated Litigation - BARGE
        USDC, E.D. LA., No. 05-4182 "K"
        Our Ref: 99675/28821

Dear Ms. Dejean and Mr. Dejean:

The purpose of this letter is to inform you that after Hurricane Katrina made landfall in the New Orleans area, Lafarge North America, Inc. (LNA) conducted an investigation regarding the cause of the flooding in the Lower Ninth Ward. During that investigation, LNA found and removed a timepiece (clock) from a residence, which we believe may be located at 1617 Reynes Street, New Orleans, LA 70117 and is under a court order to return it.

This matter arises out of a lawsuit filed against LNA ("Defendant") on behalf of certain individual plaintiffs and a putative class of persons and business entities ("Plaintiffs") who allege they sustained injuries as a result of the breaches in the East wall of the Industrial Canal on Monday August 29, 2005. The lawsuit alleges, among other things, that the breaches in the East wall of the Industrial Canal were caused by Barge ING 4727. LNA disagrees with the Plaintiffs' allegations, denies that it has any liability in this matter, and denies that the Barge caused the breaches. The lawsuit is brought on behalf of the Plaintiffs by the "Plaintiffs Sub-group Litigation Committee" ("PSLC"). For additional information concerning the lawsuit, including information concerning your right to join the lawsuit, you may contact the PSLC with the contact information below.

October 23, 2008
Page 2


Based on Orleans Parish Tax Assessor and/or Orleans Parish Conveyance and Mortgage Office records, you were the owner of that residence on August 29, 2005. LNA is under court order to return the clock to its owner, whether that is you, a tenant, or other resident of the home.

If the clock belongs to you, or if you can provide information regarding its ownership, please contact Mr. Brian Gilbert, of the PSLC and provide him with an affidavit or other evidence concerning  ownership of the clock and your current address, and he will assist you in obtaining the clock. Mr. Gilbert's contact information is the following if you have any issues or questions regarding what needs to be done to claim your timepiece:

> Brian A. Gilbert
> Law Office of Brian A. Gilbert, P.L.C.
> 821 Baronne Street
> New Orleans, LA  70113
> Telephone: (504) 885-7700
> bgilbert@briangilbertlaw.com

If you have any questions please contact Mr. Gilbert.

Sincerely,

Derek A. Walker
Charles P. Blanchard

DAW/CPB:jlc

cc:   Brian Gilbert, Esq.

1182984-1

# CHAFFE McCALL

L. L. P.

**Derek A. Walker**
Direct Dial No: (504) 585-7044
Direct Fax No: (504) 544-6066
E-mail:walker@chaffe.com

October 23, 2008

**Certified Mail**
**Return Receipt Requested**
Leon L. Davis
Dequillar Allen Davis
4335 Eastview Drive
New Orleans, LA 70126

Re:   Katrina Canal Breaches Consolidated Litigation - BARGE
USDC, E.D. LA., No. 05-4182 "K"
Our Ref: 99675/28821

Dear Mr. Davis and Ms. Davis:

The purpose of this letter is to inform you that after Hurricane Katrina made landfall in the New Orleans area, Lafarge North America, Inc. (LNA) conducted an investigation regarding the cause of the flooding in the Lower Ninth Ward. During that investigation, LNA found and removed a timepiece (clock) from the residence located at 2408 Forstall Street, New Orleans, LA 70117, and is now under a court order to return it.

This matter arises out of a lawsuit filed against LNA ("Defendant") on behalf of certain individual plaintiffs and a putative class of persons and business entities ("Plaintiffs") who allege they sustained injuries as a result of the breaches in the East wall of the Industrial Canal on Monday August 29, 2005. The lawsuit alleges, among other things, that the breaches in the East wall of the Industrial Canal were caused by Barge ING 4727. LNA disagrees with the Plaintiffs' allegations, denies that it has any liability in this matter, and denies that the Barge caused the breaches. The lawsuit is brought on behalf of the Plaintiffs by the "Plaintiffs Sub-group Litigation Committee" ("PSLC"). For additional information concerning the lawsuit, including information concerning your right to join the lawsuit, you may contact the PSLC with the contact information below.

October 23, 2008
Page 2


Based on Orleans Parish Tax Assessor and/or Orleans Parish Conveyance and Mortgage Office records, you were the owner of that residence on August 29, 2005. LNA is under court order to return the clock to its owner, whether that is you, a tenant, or other resident of the home.

If the clock belongs to you, or if you can provide information regarding its ownership, please contact Mr. Brian Gilbert, of the PSLC and provide him with an affidavit or other evidence concerning   ownership of the clock and your current address, and he will assist you in obtaining the clock. Mr. Gilbert's contact information is the following if you have any issues or questions regarding what needs to be done to claim your timepiece:

    Brian A. Gilbert
    Law Office of Brian A. Gilbert, P.L.C.
    821 Baronne Street
    New Orleans, LA  70113
    Telephone: (504) 885-7700
    bgilbert@briangilbertlaw.com

If you have any questions please contact Mr. Gilbert.

Sincerely,

Derek A. Walker
Charles P. Blanchard


DAW/CPB:jlc

cc:    Brian Gilbert, Esq.


1183125-1

# CHAFFE McCALL
### L. L. P.

**Derek A. Walker**
Direct Dial No: (504) 585-7044
Direct Fax No: (504) 544-6066
E-mail:walker@chaffe.com

October 23, 2008

**Certified Mail**
**Return Receipt Requested**
Doris C. Rose
c/o Adam Perkins Rose, III
P. O. Box 2607
Gretna, LA  70054

and

1624 Gary Lane, Apt. B
Gretna, LA  70056

> Re:   Katrina Canal Breaches Consolidated Litigation - BARGE
>        USDC, E.D. LA., No. 05-4182 "K"
>        Our Ref: 99675/28821

Dear Ms. Rose:

The purpose of this letter is to inform you that after Hurricane Katrina made landfall in the New Orleans area, Lafarge North America, Inc. (LNA) conducted an investigation regarding the cause of the flooding in the Lower Ninth Ward.  During that investigation, LNA found and removed a timepiece (clock) from the residence located at 2216 Deslonde Street, New Orleans, LA  70117, and is now under a court order to return it.

This matter arises out of a lawsuit filed against LNA ("Defendant") on behalf of certain individual plaintiffs and a putative class of persons and business entities ("Plaintiffs") who allege they sustained injuries as a result of the breaches in the East wall of the Industrial Canal on Monday August 29, 2005.  The lawsuit alleges, among other things, that the breaches in the East wall of the Industrial Canal were caused by Barge ING 4727.  LNA disagrees with the Plaintiffs' allegations, denies that it has any liability in this matter, and denies that the Barge caused the breaches.  The lawsuit is brought on behalf of the Plaintiffs by the "Plaintiffs Sub-group Litigation Committee"

1183129-1
**New Orleans:** 2300 Energy Centre • 1100 Poydras Street • New Orleans, LA 70163-2300 • Tel: (504) 585-7000 • Fax: (504) 585-7075
**Baton Rouge:** 202 Two United Plaza • 8550 United Plaza Blvd. • Baton Rouge, LA 70809 • Tel: (225) 922-4300 • Fax: (225) 922-4304
www.chaffe.com

October 23, 2008
Page 2

("PSLC").  For additional information concerning the lawsuit, including information concerning your right to join the lawsuit, you may contact the PSLC with the contact information below.

Based on Orleans Parish Tax Assessor and/or Orleans Parish Conveyance and Mortgage Office records, you were the owner of that residence on August 29, 2005. LNA is under court order to return the clock to its owner, whether that is you, a tenant, or other resident of the home.

If the clock belongs to you, or if you can provide information regarding its ownership, please contact Mr. Brian Gilbert, of the PSLC and provide him with an affidavit or other evidence concerning  ownership of the clock and your current address, and he will assist you in obtaining the clock.  Mr. Gilbert's contact information is the following if you have any issues or questions regarding what needs to be done to claim your timepiece:

> Brian A. Gilbert
> Law Office of Brian A. Gilbert, P.L.C.
> 821 Baronne Street
> New Orleans, LA  70113
> Telephone: (504) 885-7700
> bgilbert@briangilbertlaw.com

If you have any questions please contact Mr. Gilbert.

Sincerely,

Derek A. Walker
Charles P. Blanchard

DAW/CPB:jlc

cc:    Brian Gilbert, Esq.

1183129-1

# CHAFFE ⧉ McCALL
L. L. P.

**Derek A. Walker**
Direct Dial No: (504) 585-7044
Direct Fax No: (504) 544-6066
E-mail:walker@chaffe.com

October 23, 2008

**Certified Mail**
**Return Receipt Requested**
Katrina L. Daniels
105 N. Menard Avenue, Apt. 2
Chicago, IL  60644

and

P. O. Box 440279
Chicago, IL  60644

Re:   Katrina Canal Breaches Consolidated Litigation - BARGE
USDC, E.D. LA., No. 05-4182 "K"
Our Ref: 99675/28821

Dear Ms. Daniels:

The purpose of this letter is to inform you that after Hurricane Katrina made landfall in the New Orleans area, Lafarge North America, Inc. (LNA) conducted an investigation regarding the cause of the flooding in the Lower Ninth Ward.  During that investigation, LNA found and removed a timepiece (clock) from the residence located at 1910 Egania Street, New Orleans, LA  70117, and is now under a court order to return it.

This matter arises out of a lawsuit filed against LNA ("Defendant") on behalf of certain individual plaintiffs and a putative class of persons and business entities ("Plaintiffs") who allege they sustained injuries as a result of the breaches in the East wall of the Industrial Canal on Monday August 29, 2005.  The lawsuit alleges, among other things, that the breaches in the East wall of the Industrial Canal were caused by Barge ING 4727.  LNA disagrees with the Plaintiffs' allegations, denies that it has any liability in this matter, and denies that the Barge caused the breaches.  The lawsuit is brought on behalf of the Plaintiffs by the "Plaintiffs Sub-group Litigation Committee"

October 23, 2008
Page 2

("PSLC"). For additional information concerning the lawsuit, including information concerning your right to join the lawsuit, you may contact the PSLC with the contact information below.

Based on Orleans Parish Tax Assessor and/or Orleans Parish Conveyance and Mortgage Office records, you were the owner of that residence on August 29, 2005. LNA is under court order to return the clock to its owner, whether that is you, a tenant, or other resident of the home.

If the clock belongs to you, or if you can provide information regarding its ownership, please contact Mr. Brian Gilbert, of the PSLC and provide him with an affidavit or other evidence concerning  ownership of the clock and your current address, and he will assist you in obtaining the clock. Mr. Gilbert's contact information is the following if you have any issues or questions regarding what needs to be done to claim your timepiece:

    Brian A. Gilbert
    Law Office of Brian A. Gilbert, P.L.C.
    821 Baronne Street
    New Orleans, LA  70113
    Telephone: (504) 885-7700
    bgilbert@briangilbertlaw.com

If you have any questions please contact Mr. Gilbert.

Sincerely,

Derek A. Walker
Charles P. Blanchard

DAW/CPB:jlc

cc:    Brian Gilbert, Esq.

1182939-1



# C H A F F E  M c C A L L

L. L. P.

**Derek A. Walker**
Direct Dial No: (504) 585-7044
Direct Fax No: (504) 544-6066
E-mail:walker@chaffe.com

October 23, 2008

**Certified Mail**
**Return Receipt Requested**
Ms. Ida Bell Williams Hameed
4359 Dale Street
New Orleans, LA  70126

**Certified Mail**
**Return Receipt Requested**
Lucille Sarah Haynes Sergent
1522 Leonidas Street
New Orleans, LA  70118

and

2042 Desire Street
New Orleans, LA  70117

      Re:    Katrina Canal Breaches Consolidated Litigation - BARGE
             USDC, E.D. LA., No. 05-4182 "K"
             Our Ref: 99675/28821

Dear Ms. Hameed and Ms. Sergent:

The purpose of this letter is to inform you that after Hurricane Katrina made landfall in the New Orleans area, Lafarge North America, Inc. (LNA) conducted an investigation regarding the cause of the flooding in the Lower Ninth Ward.  During that investigation, LNA found and removed a timepiece (clock) from the residence located at 5019 N. Derbigny Street, New Orleans, Louisiana, and is now under a court order to return it.

This matter arises out of a lawsuit filed against LNA ("Defendant") on behalf of certain individual plaintiffs and a putative class of persons and business entities ("Plaintiffs") who allege they sustained injuries as a result of the breaches in the East wall of the Industrial Canal on Monday August 29, 2005.  The lawsuit alleges, among other things, that the breaches in the East wall of the Industrial Canal were caused by Barge ING 4727.  LNA disagrees with the Plaintiffs' allegations, denies that it has any liability in this matter, and denies that the Barge caused the breaches.  The lawsuit is brought on behalf of the Plaintiffs by the "Plaintiffs Sub-group Litigation Committee" ("PSLC").  For additional information concerning the lawsuit, including information

1182974-1

October 23, 2008
Page 2

concerning your right to join the lawsuit, you may contact the PSLC with the contact information below.

Based on Orleans Parish Tax Assessor and/or Orleans Parish Conveyance and Mortgage Office records, you were the owner of that residence on August 29, 2005. LNA is under court order to return the clock to its owner, whether that is you, a tenant, or other resident of the home.

If the clock belongs to both or either of you, or if you can provide information regarding its ownership, please contact Mr. Brian Gilbert, of the PSLC and provide him with an affidavit or other evidence concerning ownership of the clock and your current address, and he will assist you in obtaining the clock. Mr. Gilbert's contact information is the following if you have any issues on questions regarding what needs to be done to claim your timepiece:

> Brian A. Gilbert
> Law Office of Brian A. Gilbert, P.L.C.
> 821 Baronne Street
> New Orleans, LA  70113
> Telephone: (504) 885-7700
> bgilbert@briangilbertlaw.com

If you have any questions please contact Mr. Gilbert.

Sincerely,

Derek A. Walker
Charles P. Blanchard

DAW/CPB:jlc

cc:    Brian Gilbert, Esq.

1182974-1

# CHAFFE McCALL

L. L. P.

**Derek A. Walker**
Direct Dial No: (504) 585-7044
Direct Fax No: (504) 544-6066
E-mail:walker@chaffe.com

October 23, 2008

<u>Certified Mail</u>
<u>Return Receipt Requested</u>
Betty Jean W. Austin
317 Travis Drive
Avondale, LA  70094

and

2406 Maywood Run Court
Fresno, TX  77545

> Re:   Katrina Canal Breaches Consolidated Litigation - BARGE
> USDC, E.D. LA., No. 05-4182 "K"
> Our Ref: 99675/28821

Dear Mr. Austin:

The purpose of this letter is to inform you that after Hurricane Katrina made landfall in the New Orleans area, Lafarge North America, Inc. (LNA) conducted an investigation regarding the cause of the flooding in the Lower Ninth Ward.  During that investigation, LNA found and removed a timepiece (clock) from the yard of the residence located at 1807-1809 Forstall Street, New Orleans, LA  70117, and is now under a court order to return it.

This matter arises out of a lawsuit filed against LNA ("Defendant") on behalf of certain individual plaintiffs and a putative class of persons and business entities ("Plaintiffs") who allege they sustained injuries as a result of the breaches in the East wall of the Industrial Canal on Monday August 29, 2005.  The lawsuit alleges, among other things, that the breaches in the East wall of the Industrial Canal were caused by Barge ING 4727.  LNA disagrees with the Plaintiffs' allegations, denies that it has any liability in this matter, and denies that the Barge caused the breaches.  The lawsuit is brought on behalf of the Plaintiffs by the "Plaintiffs Sub-group Litigation Committee" ("PSLC").  For additional information concerning the lawsuit, including information

October 23, 2008
Page 2

concerning your right to join the lawsuit, you may contact the PSLC with the contact information below.

Based on Orleans Parish Tax Assessor and/or Orleans Parish Conveyance and Mortgage Office records, you were the owner of that residence on August 29, 2005. LNA is under court order to return the clock to its owner, whether that is you, a tenant, or other resident of the home.

If the clock belongs to you, or if you can provide information regarding its ownership, please contact Mr. Brian Gilbert, of the PSLC and provide him with an affidavit or other evidence concerning  ownership of the clock and your current address, and he will assist you in obtaining the clock.  Mr. Gilbert's contact information is the following if you have any issues or questions regarding what needs to be done to claim your timepiece:

> Brian A. Gilbert
> Law Office of Brian A. Gilbert, P.L.C.
> 821 Baronne Street
> New Orleans, LA  70113
> Telephone: (504) 885-7700
> bgilbert@briangilbertlaw.com

If you have any questions please contact Mr. Gilbert.

Sincerely,

Derek A. Walker
Charles P. Blanchard

DAW/CPB:jlc

cc:    Brian Gilbert, Esq.

1182824-1

# CHAFFE McCALL
### L. L. P.

**Derek A. Walker**
Direct Dial No: (504) 585-7044
Direct Fax No: (504) 544-6066
E-mail:walker@chaffe.com

October 23, 2008

**Certified Mail**
**Return Receipt Requested**
Derick Labostrie
Darlene Sentmore Labostrie
5940 Eastover Drive
New Orleans, LA  70128

and

P. O. Box 872713
New Orleans, LA  70187

     Re:    Katrina Canal Breaches Consolidated Litigation - BARGE
             USDC, E.D. LA., No. 05-4182 "K"
             Our Ref: 99675/28821

Dear Mr. Labostrie and Ms. Labostrie:

     The purpose of this letter is to inform you that after Hurricane Katrina made landfall in the New Orleans area, Lafarge North America, Inc. (LNA) conducted an investigation regarding the cause of the flooding in the Lower Ninth Ward.  During that investigation, LNA found and removed a timepiece (clock) from a residence, which we believe may be located at 5011 N. Rocheblave Street, New Orleans, LA  70187, and is now under a court order to return it.

     This matter arises out of a lawsuit filed against LNA ("Defendant") on behalf of certain individual plaintiffs and a putative class of persons and business entities ("Plaintiffs") who allege they sustained injuries as a result of the breaches in the East wall of the Industrial Canal on Monday August 29, 2005.  The lawsuit alleges, among other things, that the breaches in the East wall of the Industrial Canal were caused by Barge ING 4727.  LNA disagrees with the Plaintiffs' allegations, denies that it has any liability in this matter, and denies that the Barge caused the breaches.  The lawsuit is brought on behalf of the Plaintiffs by the "Plaintiffs Sub-group Litigation Committee"

October 23, 2008
Page 2

("PSLC"). For additional information concerning the lawsuit, including information concerning your right to join the lawsuit, you may contact the PSLC with the contact information below.

Based on Orleans Parish Tax Assessor and/or Orleans Parish Conveyance and Mortgage Office records, you were the owner of that residence on August 29, 2005. LNA is under court order to return the clock to its owner, whether that is you, a tenant, or other resident of the home.

If the clock belongs to you, or if you can provide information regarding its ownership, please contact Mr. Brian Gilbert, of the PSLC and provide him with an affidavit or other evidence concerning ownership of the clock and your current address, and he will assist you in obtaining the clock. Mr. Gilbert's contact information is the following if you have any issues or questions regarding what needs to be done to claim your timepiece:

Brian A. Gilbert
Law Office of Brian A. Gilbert, P.L.C.
821 Baronne Street
New Orleans, LA 70113
Telephone: (504) 885-7700
bgilbert@briangilbertlaw.com

If you have any questions please contact Mr. Gilbert.

Sincerely,

Derek A. Walker
Charles P. Blanchard

DAW/CPB:jlc

cc:    Brian Gilbert, Esq.

1182921-1

# CHAFFE McCALL
L. L. P.

### Derek A. Walker
Direct Dial No: (504) 585-7044
Direct Fax No: (504) 544-6066
E-mail:walker@chaffe.com

October 23, 2008

**<u>Certified Mail</u>**
**<u>Return Receipt Requested</u>**
Linda A. Henry
3935 Dauphine Street
New Orleans, LA  70117

and

P. O. Box 770561
New Orleans, LA  70177

Re:   Katrina Canal Breaches Consolidated Litigation - BARGE
      USDC, E.D. LA., No. 05-4182 "K"
      Our Ref: 99675/28821

Dear Ms. Henry:

The purpose of this letter is to inform you that after Hurricane Katrina made landfall in the New Orleans area, Lafarge North America, Inc. (LNA) conducted an investigation regarding the cause of the flooding in the Lower Ninth Ward.  During that investigation, we found and removed a timepiece (clock) from a residence, which we believe may be located at 5017 N. Rocheblave Street, New Orleans, LA  70187, and is now under a court order to return it.

This matter arises out of a lawsuit filed against LNA ("Defendant") on behalf of certain individual plaintiffs and a putative class of persons and business entities ("Plaintiffs") who allege they sustained injuries as a result of the breaches in the East wall of the Industrial Canal on Monday August 29, 2005.  The lawsuit alleges, among other things, that the breaches in the East wall of the Industrial Canal were caused by Barge ING 4727.  LNA disagrees with the Plaintiffs' allegations, denies that it has any liability in this matter, and denies that the Barge caused the breaches.  The lawsuit is brought on behalf of the Plaintiffs by the "Plaintiffs Sub-group Litigation Committee" ("PSLC").  For additional information concerning the lawsuit, including information

October 23, 2008
Page 2

concerning your right to join the lawsuit, you may contact the PSLC with the contact information below.

Based on Orleans Parish Tax Assessor and/or Orleans Parish Conveyance and Mortgage Office records, you were the owner of that residence on August 29, 2005. LNA is under court order to return the clock to its owner, whether that is you, a tenant, or other resident of the home.

If the clock belongs to you, or if you can provide information regarding its ownership, please contact Mr. Brian Gilbert, of the Plaintiffs Sub-group Liaison Committee (PSLC) and provide him with an affidavit or other evidence concerning ownership of the clock and your current address, and he will assist you in obtaining the clock.  Mr. Gilbert's contact information is the following if you have any issues or questions regarding what needs to be done to claim your timepiece:

> Brian A. Gilbert
> Law Office of Brian A. Gilbert, P.L.C.
> 821 Baronne Street
> New Orleans, LA  70113
> Telephone: (504) 885-7700
> bgilbert@briangilbertlaw.com

If you have any questions please contact Mr. Gilbert.

Sincerely,

Derek A. Walker
Charles P. Blanchard

DAW/CPB:jlc

cc:    Brian Gilbert, Esq.

1182927-1

# C H A F F E  M c C A L L
### L. L. P.

**Derek A. Walker**
Direct Dial No: (504) 585-7044
Direct Fax No: (504) 544-6066
E-mail:walker@chaffe.com

October 23, 2008

<u>**Certified Mail**</u>
<u>**Return Receipt Requested**</u>
Dianne Watson Smith
7832 Berg Street
New Orleans, LA  70128

<u>**Certified Mail**</u>
<u>**Return Receipt Requested**</u>
Kim Watson Brock
134 Cora Lane
Denham Springs, LA  70706

and

123 W. Oakville Street
Belle Chasse, LA 70037

Re:   Katrina Canal Breaches Consolidated Litigation - BARGE
USDC, E.D. LA., No. 05-4182 "K"
Our Ref: 99675/28821

Dear Ms. Smith and Ms. Brock:

The purpose of this letter is to inform you that after Hurricane Katrina made landfall in the New Orleans area, Lafarge North America, Inc. (LNA) conducted an investigation regarding the cause of the flooding in the Lower Ninth Ward. During that investigation, LNA found and removed a timepiece (clock) from the residence located at 2404 Reynes Street, New Orleans, LA 70117, and is now under a court order to return it.

This matter arises out of a lawsuit filed against LNA ("Defendant") on behalf of certain individual plaintiffs and a putative class of persons and business entities ("Plaintiffs") who allege they sustained injuries as a result of the breaches in the East wall of the Industrial Canal on Monday August 29, 2005. The lawsuit alleges, among other things, that the breaches in the East wall of the Industrial Canal were caused by Barge ING 4727. LNA disagrees with the Plaintiffs' allegations, denies that it has any liability in this matter, and denies that the Barge caused the breaches. The lawsuit is brought on behalf of the Plaintiffs by the "Plaintiffs Sub-group Litigation Committee" ("PSLC"). For additional information concerning the lawsuit, including information

**New Orleans:** 2300 Energy Centre • 1100 Poydras Street • New Orleans, LA 70163-2300 • Tel: (504) 585-7000 • Fax: (504) 585-7075
**Baton Rouge:** 202 Two United Plaza • 8550 United Plaza Blvd. • Baton Rouge, LA 70809 • Tel: (225) 922-4300 • Fax: (225) 922-4304
www.chaffe.com

October 23, 2008
Page 2

concerning your right to join the lawsuit, you may contact the PSLC with the contact information below.

Based on Orleans Parish Tax Assessor and/or Orleans Parish Conveyance and Mortgage Office records, Mr. Curtis Watson was the owner of that residence on August 29, 2005. We believe that Mr. Watson is now deceased and that you are surviving children of Mr. Watson. LNA is under court order to return the clock to its owner, whether that is you, a tenant, or other resident of the home.

If the clock belongs to you, or if you can provide information regarding its ownership, please contact Mr. Brian Gilbert, of the PSLC and provide him with an affidavit or other evidence concerning ownership of the clock and your current address, and he will assist you in obtaining the clock. Mr. Gilbert's contact information is the following if you have any issues or questions regarding what needs to be done to claim your timepiece:

Brian A. Gilbert
Law Office of Brian A. Gilbert, P.L.C.
821 Baronne Street
New Orleans, LA 70113
Telephone: (504) 885-7700
bgilbert@briangilbertlaw.com

If you have any questions please contact Mr. Gilbert.

Sincerely,

Derek A. Walker
Charles P. Blanchard

DAW/CPB:jlc

cc:     Brian Gilbert, Esq.

1183123-1

# CHAFFE McCALL
### L. L. P.

**Derek A. Walker**
Direct Dial No: (504) 585-7044
Direct Fax No: (504) 544-6066
E-mail:walker@chaffe.com

October 23, 2008

**Certified Mail**
**Return Receipt Requested**
Brenda Jean Trim Sumler
5021 Royal Street
New Orleans, LA  70117

      Re:    Katrina Canal Breaches Consolidated Litigation - BARGE
              USDC, E.D. LA., No. 05-4182 "K"
              Our Ref: 99675/28821

Dear Ms. Sumler:

The purpose of this letter is to inform you that after Hurricane Katrina made landfall in the New Orleans area, Lafarge North America, Inc. (LNA) conducted an investigation regarding the cause of the flooding in the Lower Ninth Ward.  During that investigation, LNA found and removed a timepiece (clock) from the residence located at 2512 Choctaw Street, New Orleans, LA  70117, and is now under a court order to return it.

This matter arises out of a lawsuit filed against LNA ("Defendant") on behalf of certain individual plaintiffs and a putative class of persons and business entities ("Plaintiffs") who allege they sustained injuries as a result of the breaches in the East wall of the Industrial Canal on Monday August 29, 2005.  The lawsuit alleges, among other things, that the breaches in the East wall of the Industrial Canal were caused by Barge ING 4727.  LNA disagrees with the Plaintiffs' allegations, denies that it has any liability in this matter, and denies that the Barge caused the breaches.  The lawsuit is brought on behalf of the Plaintiffs by the "Plaintiffs Sub-group Litigation Committee" ("PSLC").  For additional information concerning the lawsuit, including information concerning your right to join the lawsuit, you may contact the PSLC with the contact information below.

Based on Orleans Parish Tax Assessor and/or Orleans Parish Conveyance and Mortgage Office records, you were the owner of that residence, on August 29, 2005.

1182919-1
   **New Orleans:** 2300 Energy Centre • 1100 Poydras Street • New Orleans, LA 70163-2300 • Tel: (504) 585-7000 • Fax: (504) 585-7075
   **Baton Rouge:** 202 Two United Plaza • 8550 United Plaza Blvd. • Baton Rouge, LA 70809 • Tel: (225) 922-4300 • Fax: (225) 922-4304
www.chaffe.com

October 23, 2008
Page 2

LNA is under court order to return the clock to its owner, whether that is you, a tenant, or other resident of the home.

If the clock belongs to you, or if you can provide information regarding its ownership, please contact Mr. Brian Gilbert, of the PSLC and provide him with an affidavit or other evidence concerning   ownership of the clock and your current address, and he will assist you in obtaining the clock.  Mr. Gilbert's contact information is the following if you have any issues or questions regarding what needs to be done to claim your timepiece:

> Brian A. Gilbert
> Law Office of Brian A. Gilbert, P.L.C.
> 821 Baronne Street
> New Orleans, LA  70113
> Telephone: (504) 885-7700
> bgilbert@briangilbertlaw.com

If you have any questions please contact Mr. Gilbert.

Sincerely,

Derek A. Walker
Charles P. Blanchard

DAW/CPB:jlc

cc:     Brian Gilbert, Esq.

1182919-1



# CHAFFE McCALL

L. L. P.

**Derek A. Walker**
Direct Dial No: (504) 585-7044
Direct Fax No: (504) 544-6066
E-mail:walker@chaffe.com

October 23, 2008

**Certified Mail**
**Return Receipt Requested**
Anthony M. Simon
Ruby Jones Simon
2730 Oak Tree Drive, Apt. 1007
Carrollton, TX  75006

and

2750 E. Trinity Mills Road, Apt. 1401
Carrollton, TX  75006

Re:   Katrina Canal Breaches Consolidated Litigation - BARGE
USDC, E.D. LA., No. 05-4182 "K"
Our Ref: 99675/28821

Dear Mr. Simon and Ms. Simon:

The purpose of this letter is to inform you that after Hurricane Katrina made landfall in the New Orleans area, Lafarge North America, Inc. (LNA) conducted an investigation regarding the cause of the flooding in the Lower Ninth Ward. During that investigation, LNA found and removed a timepiece (clock) from the residence located at 2028-2030 Deslonde Street, New Orleans, LA 70117, and is now under a court order to return it.

This matter arises out of a lawsuit filed against LNA ("Defendant") on behalf of certain individual plaintiffs and a putative class of persons and business entities ("Plaintiffs") who allege they sustained injuries as a result of the breaches in the East wall of the Industrial Canal on Monday August 29, 2005. The lawsuit alleges, among other things, that the breaches in the East wall of the Industrial Canal were caused by Barge ING 4727. LNA disagrees with the Plaintiffs' allegations, denies that it has any liability in this matter, and denies that the Barge caused the breaches. The lawsuit is brought on behalf of the Plaintiffs by the "Plaintiffs Sub-group Litigation Committee" ("PSLC"). For additional information concerning the lawsuit, including information

October 23, 2008
Page 2

concerning your right to join the lawsuit, you may contact the PSLC with the contact information below.

Based on Orleans Parish Tax Assessor and/or Orleans Parish Conveyance and Mortgage Office records, you were the owner of that residence on August 29, 2005. LNA is under court order to return the clock to its owner, whether that is you, a tenant, or other resident of the home.

If the clock belongs to you, or if you can provide information regarding its ownership, please contact Mr. Brian Gilbert, of the PSLC and provide him with an affidavit or other evidence concerning  ownership of the clock and your current address, and he will assist you in obtaining the clock. Mr. Gilbert's contact information is the following if you have any questions regarding what needs to be done to claim your timepiece:

> Brian A. Gilbert
> Law Office of Brian A. Gilbert, P.L.C.
> 821 Baronne Street
> New Orleans, LA  70113
> Telephone: (504) 885-7700
> bgilbert@briangilbertlaw.com

If you have any questions please contact Mr. Gilbert.

Sincerely,

Derek A. Walker
Charles P. Blanchard

DAW/CPB:jlc

cc:    Brian Gilbert, Esq.

# C H A F F E   M c C A L L
### L. L. P.

**Derek A. Walker**
Direct Dial No: (504) 585-7044
Direct Fax No: (504) 544-6066
E-mail:walker@chaffe.com

October 23, 2008

**Certified Mail**
**Return Receipt Requested**
Jean Jurette Henry
7152 Salem Drive
New Orleans, LA  70127

and

41 N. 3rd Street
Warrenton, VA  20186

Re:  Katrina Canal Breaches Consolidated Litigation - BARGE
USDC, E.D. LA., No. 05-4182 "K"
Our Ref: 99675/28821

Dear Ms. Henry:

The purpose of this letter is to inform you that after Hurricane Katrina made landfall in the New Orleans area, Lafarge North America, Inc. (LNA) conducted an investigation regarding the cause of the flooding in the Lower Ninth Ward.  During that investigation, LNA found and removed a timepiece (clock) from the residence located at 1816 Forstall Street, New Orleans, LA  70117, and is now under a court order to return it.

This matter arises out of a lawsuit filed against LNA ("Defendant") on behalf of certain individual plaintiffs and a putative class of persons and business entities ("Plaintiffs") who allege they sustained injuries as a result of the breaches in the East wall of the Industrial Canal on Monday August 29, 2005.  The lawsuit alleges, among other things, that the breaches in the East wall of the Industrial Canal were caused by Barge ING 4727.  LNA disagrees with the Plaintiffs' allegations, denies that it has any liability in this matter, and denies that the Barge caused the breaches.  The lawsuit is brought on behalf of the Plaintiffs by the "Plaintiffs Sub-group Litigation Committee" ("PSLC").  For additional information concerning the lawsuit, including information

October 23, 2008
Page 2

concerning your right to join the lawsuit, you may contact the PSLC with the contact information below.

Based on Orleans Parish Tax Assessor and/or Orleans Parish Conveyance and Mortgage Office records, and Orleans Parish Court records, you and Ms. Myrtle Jurette were the owners of that residence on August 29, 2005. We also believe that Ms. Myrtle Jurette is now deceased and you are Myrtle Jurette's surviving child. LNA is under court order to return the clock to its owner, whether that is you, a tenant, or other resident of the home.

If the clock belongs to you, or if you can provide information regarding its ownership, please contact Mr. Brian Gilbert, of the PSLC and provide him with an affidavit or other evidence concerning  ownership of the clock and your current address, and he will assist you in obtaining the clock. Mr. Gilbert's contact information is the following if you have any issues or questions regarding what needs to be done to claim your timepiece:

> Brian A. Gilbert
> Law Office of Brian A. Gilbert, P.L.C.
> 821 Baronne Street
> New Orleans, LA 70113
> Telephone: (504) 885-7700
> bgilbert@briangilbertlaw.com

If you have any questions please contact Mr. Gilbert.

Sincerely,

Derek A. Walker
Charles P. Blanchard

DAW/CPB:jlc

cc:    Brian Gilbert, Esq.

1182933-1