UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES  *  | CIVIL ACTION |
| CONSOLIDATED LITIGATION  * | NO. 05-4182 "K" (2) |
| * | JUDGE DUVAL |
| PERTAINS TO:  * | MAG. WILKINSON |
| INSURANCE  * | |
| 06-8892 (Jacobs)  * | |

*********************************************

## MOTION TO DISMISS

**NOW INTO COURT** come plaintiffs who suggest to the Court that the captioned matter has been compromised and settled and that plaintiffs move to dismiss the captioned matter with prejudice against all defendants, all parties to bear their own costs.

**WHEREFORE**, plaintiffs move that the captioned matter be dismissed with prejudice against all defendants, all parties to bear their own costs.

Respectfully submitted,

JACOBS MANUEL & KAIN

(A Group of Law Corporations)

STANLEY J. JACOBS #7211
JODI JACOBS AAMODT #21639
500 St. Louis Street, Suite 200
New Orleans, LA 70130
Telephone: 504-523-1444
Facsimile: 504-524-1655

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been forwarded to all counsel of record by depositing a copy into the United States mail, properly addressed and postage prepaid, on ~~September~~ October 16, 2008.

_[signature]_