FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 OCT 23  AM 11: 45

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| PERTAINS TO: | * | MAG. WILKINSON |
| INSURANCE | * | |
| 06-8892 (Jacobs) | * | |
| | * | |

*********************************************

## ORDER

After considering the Motion of plaintiffs to dismiss the captioned matter;

**IT IS ORDERED BY THE COURT** that the suit of plaintiffs against all defendants be, and the same is hereby, dismissed with prejudice, all parties to bear their own costs.

NEW ORLEANS, LOUISIANA this 22nd day of October, 2008.

UNITED STATES DISTRICT JUDGE

___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
___ Doc. No.

1