U.S. FILED
EASTERN DISTRICT COURT
EASTERN DISTRICT OF LA

2008 OCT 23  AM 11: 45

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION NO.: 05-4182 |
| | * |
| | * JUDGE: DUVAL |
| | * |
| | * MAGISTRATE: WILKINSON |
| PERTAINS TO: | * |
| | * |
| INSURANCE:   *Aaron*, 06-4746 | * |

* * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss be and hereby is **GRANTED** and that all claims asserted by plaintiffs Atron and Freddie Thomas are dismissed, with prejudice, each party to bear its own costs. All claims by all remaining plaintiffs against all remaining defendants are reserved.

New Orleans, Louisiana, this 23rd day of October, 2008.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No.____       87635