# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | 05-4182-K |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| PERTAINS TO: INSURANCE, Lynch, 07-4388 | ORDER |

**SERVE**  
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
BETTY LYNCH

**AT**  
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  
2121 LASALLE STREET  
NEW ORLEANS, LA 70113

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

BY ORDER OF JOSEPH C. WILKINSON, JR.  
U.S. MAGISTRATE JUDGE

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

ALTERNATE ADDRESS: 2235 JACKSON AVENUE  
NEW ORLEANS, LA 70113

Court date 11/13/08

Signature of Attorney or other Originator requesting service on behalf of:  
☐ PLAINTIFF  
☐ DEFENDANT  
TELEPHONE NUMBER   DATE

---

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 34 | 34 | Joanne Waite | 10/15/08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)  
Anita Lynch, Daughter of Betty Lynch

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 10/20/08  Time: 10:30 am  
Signature of U.S. Marshal or Deputy #3422 Michael Sheshy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 5.00 | | 50.00 | | | |

REMARKS:

Fee  
Process  
☒ Dktd  
CrtmDep  
Doc. No

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |