UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO:   INSURANCE *Kiefer, et al. v. Allstate, et al.*   06-5370 As to Plaintiff Sophie Dumoulins only | § § § § § § | |

## ORDER

**IT IS ORDERED** that the above entitled and numbered cause which is administratively stayed, be opened for the limited purposes expressed herein; and

**IT IS FURTHER ORDERED** that the above entitled and numbered cause be and it hereby is dismissed with prejudice only as to plaintiff Sophie Dumoulins, and her claims against her insurer and defendant Lexington Insurance Company, as to all demands, all parties to bear their own costs.

New Orleans, Louisiana, this __24th__ day of _____October_____, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE