UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | DOCKET NO.:   05-4182 "K" (2) |
| | | JUDGE:   DUVAL |
| | | MAGISTRATE:   WILKINSON |
| ************************************ | | |
| PERTAINS TO: | * * * | |
| INSURANCE   (Glaudi, No. 06-8452) | * * | |
| ************************************ | | |

## ORDER

Pursuant to the attached and foregoing Stipulation, that all matters in controversy having been resolved through settlement, IT IS HEREBY ORDERED, that all matters and things in controversy in this case among and between the parties hereto, including such parties' claims, counter claims, cross claims and third party claims against each other and that the same are each and all dismissed, WITH PREJUDICE, on the merits, each party to bear their own costs.

New Orleans, Louisiana, this 24th day of October, 2008.

_____
**J U D G E**