UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                     CIVIL ACTION
      CONSOLIDATED LITIGATION
                                                  NO. 05-4182

PERTAINS TO: INSURANCE                            SECTION "K"(2)
      **SULLEN, 07-2173**

## ORDER

Considering the Plaintiff's Motion to Dismiss (Rec. Doc. 16108), accordingly

**IT IS ORDERED** that the above-captioned matter be **DISMISSED WITH PREJUDICE** as to all claims, with each party to bear their own costs.

New Orleans, Louisiana, this  24th  day of October, 2008

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE