PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| WHQ | 010 | WHQ-010-000000001 | WHQ-010-000000995 | USACE; CECW-CO; Navigation & Operations | James Walker | KC970 | 10/24/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Dredging Resources |
| WHQ | 011 | WHQ-011-000000001 | WHQ-011-000000213 | USACE; Navigation & Operations | Donald Pommer | KC970 | 10/24/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Final Policy and Procedures Option Study (Vol. I & II) 09/08/1992 |
| WHQ | 011 | WHQ-011-000000214 | WHQ-011-000000225 | USACE; Navigation & Operations | Donald Pommer | KC970 | 10/24/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Project Operation (Dredging Polices & Procedures) 10/31/1968 |
| WHQ | 011 | WHQ-011-000000226 | WHQ-011-000000401 | USACE; Navigation & Operations | Donald Pommer | KC970 | 10/24/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Dredging for Engineers/Estimators |
| WHQ | 011 | WHQ-011-000000402 | WHQ-011-000000668 | USACE; Navigation & Operations | Donald Pommer | KC970 | 10/24/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Dredging - Cutterhead Dredge Operation |
| WHQ | 011 | WHQ-011-000000669 | WHQ-011-000000932 | USACE; Navigation & Operations | Donald Pommer | KC970 | 10/24/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | The Development of New Dredging Procedures 9/78 |
| WHQ | 011 | WHQ-011-000000933 | WHQ-011-000001132 | USACE; Navigation & Operations | Donald Pommer | KC970 | 10/24/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Civil Works (Dredging) |
| NGC | 003 | NGC-003-000000001 | NGC-003-000001501 | USACE;MVD;MVN; OGC | T A Halliday | KC971 | 10/24/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Damaged Vessel Files; Includes Redacted Pages |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NGC | 004 | NGC-004-000000001 | NGC-004-000000111 | USACE;MVD;MVN;OGC | T A Halliday | KC971 | 10/24/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Damaged Vessel Files; Includes Redacted Pages |
| NGC | 004 | NGC-004-000000135 | NGC-004-000000279 | USACE;MVD;MVN;OGC | T A Halliday | KC971 | 10/24/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Damaged Vessel Files |
| NGC | 005 | NGC-005-000000001 | NGC-005-000001018 | USACE;MVD;MVN;OGC | T A Halliday | KC971 | 10/24/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Damaged Vessel Files; Includes Redacted Pages |