UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CALAN BREACHES<br>CONSOLIDATION LITIGATION | *<br>*<br>*<br>* | CIVIL ACTION<br>NO. 05-4182 ("K") (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br>INSURANCE (Ancar, No. 07-4853) | *<br>* | |

## ORDER

IT IS ORDERED that the above numbered and entitled cause, as it pertains to **ERIC KELTY,** be and the same is hereby dismissed, with prejudice, (only as it pertains to Mr. Kelty's claims associated with Claim No. 18-R497-470; Policy No. 98-142656-2, against State Farm Fire and Casualty Company), each party to bear its own costs of court.

NEW ORLEANS, LOUISIANA, this 24th day of October, 2008

UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA