UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES           CIVIL ACTION
       CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE                  JUDGE DUVAL
    Abadie, 06-5164                          MAG. WILKINSON
    Abadie, 07-5112
(Louisiana Citizens Claims)

## ORDER

At the request of plaintiffs' counsel, Record Doc. No. 16109,

**IT IS ORDERED** that a status conference is set in this matter before me on **November 19, 2008 at 3:00 p.m.** Joseph Bruno, counsel for plaintiffs, and John Waters, counsel for Louisiana Citizens Property Insurance Company, must participate in the conference in person.

New Orleans, Louisiana, this   24th   day of October, 2008.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE