## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES  *<br>CONSOLIDATED LITIGATION         *<br>                                                                *<br>                                                                *<br>PERTAINS TO:                                       *<br>INSURANCE (Ancar, No. 07-4853)    * | C.A. NO. 05-4182; "K" (2)<br>JUDGE: DUVAL<br>MAG.: WILKINSON |

## ORDER

IT IS ORDERED that the above numbered and entitled cause, as it pertains to **EVELYN HARRISON**, be and the same is hereby dismissed, with prejudice, each party to bear their own costs of court.

NEW ORLEANS, LOUISIANA, this 24th day of October, 2008

UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA