UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION "K" (2) |
| PERTAINS TO: INSURANCE CASES | JUDGE DUVAL |
| *Heron,* No. 06-7327 | MAG. WILKINSON |

JOINT MOTION AND INCORPORATED MEMORANDUM
FOR TEMPORARY LIFTING OF STAY ORDER FOR PURPOSE OF
DISMISSING ALL CLAIMS OF PLAINTIFF WYLENE HERON WITH PREJUDICE

**NOW INTO COURT,** come Plaintiff, Wylene Heron (hereinafter "Plaintiff"), and defendant, Homesite Insurance Company (hereinafter "Homesite"), who respectfully aver as follows:

I.

Plaintiff filed suit against Homesite in the United States District Court, Eastern District of Louisiana in the proceeding entitled *Wylene Heron vs. Homesite Insurance Company, et al*, No. 06-7327, (hereinafter the "*Heron Matter*"), asserting claims under her homeowner's policy for damages associated with or resulting from Hurricane Katrina and its aftermath and/or the subsequent handling, investigation and/or adjustment of her claim under the policy.

II.

The *Heron Matter* was transferred to this section and consolidated with the above captioned *In Re Katrina Canal Breaches Consolidated Litigation* under the Insurance Umbrella.

NO.99899804.1

III.

By virtue of this Court's Order, all matters within the *In Re Katrina* Insurance Umbrella are currently stayed.

IV.

Plaintiff and Homesite represent that Plaintiff desires to voluntarily dismiss all claims asserted against Homesite in the *Heron Matter*.

V.

Accordingly, Plaintiff and Homesite jointly move this Court for entry of an order to (1) temporarily lift the stay of the *In Re Katrina* Insurance Umbrella solely for the limited purpose of addressing this motion and (2) dismiss, with prejudice and with each party to bear its own costs, all of the claims of Plaintiff against Homesite in the *Heron Matter*, including without limitation all claims arising under Plaintiff's policy of insurance for damages associated with or resulting from Hurricane Katrina and its aftermath and/or all claims arising out of the handling, investigation and/or adjustment of Plaintiff's claim.

**WHEREFORE,** Plaintiff and Homesite pray that this Court enter an order which (1) temporarily lifts the stay of the *In Re Katrina* Insurance Umbrella solely for the limited purpose of addressing this motion and (2) dismisses, with prejudice and with each party to bear its own costs, all claims asserted by Plaintiff Wylene Heron against Homesite in the *Heron Matter*, including without limitation all claims arising under Plaintiff's policy of insurance for damages associated with or resulting from Hurricane Katrina and its aftermath and/or all claims arising out of the handling, investigation and/or adjustment of Plaintiff's claim.

Respectfully submitted

BY: _____
Elton Heron (Bar # 28077)
The Law Office of Elton Heron
37218 Audubon Park Avenue
Geismar, Louisiana 70734

**COUNSEL FOR PLAINTIFF**


BY: _____
Neil C. Abramson (Bar #21436)
Nora B. Bilbro (Bar #22955)
**Phelps Dunbar LLP**
365 Canal Street • Suite 2000
New Orleans, LA 7130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130
**And**
Marshall M. Redmon (Bar #18398)
**Phelps Dunbar LLP**
445 North Boulevard, Suite 701
Baton Rouge, LA 70802
Telephone: (225) 346-0285
Facsimile: (225) 381-9197

**COUNSEL FOR DEFENDANT,
HOMESITE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27 day of October, 2008, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants and that I have mailed by United States Postal Service the document to all non-CM/ECF participants. _____