

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
NO. 07-30349

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

Petitioners – Appellants

VERSUS

UNITED STATES OF AMERICA, ET AL.

Defendants – Appellees

U.S. COURT OF APPEALS
**FILED**

AUG 8   2007

CHARLES R. FULBRUGE III
CLERK

---

### EX PARTE MOTION TO REINSTATE APPEAL BY PLAINTIFFS/APPELLANTS MAUREEN O'DWYER, ET AL.

---

The Opposed / Unopposed Motion _to Reinstate_ Is Granted In Part Denied

8/24/2007

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.**
Ashton R. O'Dwyer, Jr.
Bar No. 10166
821 Baronne Street
New Orleans, LA 70113
Tel. (504) 679-6166
Fax. (504) 581-4336
**Attorney for Appellants**

**COME NOW** plaintiffs/appellants, appearing through undersigned counsel and, upon tendering to This Honorable Court a Cashier's Check in the amount of $455.00 to cover costs and fees, do hereby move This Honorable Court for reinstatement of this Appeal upon the grounds that, since Hurricane KATRINA, plaintiffs' counsel has devoted his law practice to "Victims of KATRINA" litigation, meaning that he has not earned any money, and that counsel has been, largely, without funds since the filing of the Notice of Appeal in this case, but that within the past few days, he was able to scrape together the funds necessary to pay the fees and costs which are being simultaneously delivered to the Clerk of Court. This Motion to Reinstate Appeal is filed upon the further grounds that no party will be prejudiced by the reinstatement of this appeal, so that the case can be determined on the merits, rather than by default.

Respectfully submitted,

LAW OFFICES OF
ASHTON R. O'DWYER, JR.

Ashton R. O'Dwyer, Jr.
Bar No. 10166
821 Baronne Street
New Orleans, LA 70113
Tel. (504) 679-6166
Fax. (504) 581-4336

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record via E-mail this ___ day of _____, 2007.