IN THE UNITED STATES COURT APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
FILED
MAY 15 2008
CHARLES R. FULBRUGE III
CLERK

U.S. COURT OF APPEALS
[illegible]
MAY 15 2008
NEW ORLEANS, LA.

NO. 08-30362

IN RE: KATRINA CANAL BREACHES LITIGATION

MAUREEN O'DWYER; ET AL.
ASHTON R. O'DWYER, JR.
    **Plaintiffs/Appellants**

V.

DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT, ET AL.

**Defendants – Appellees**

**PLAINTIFF'S/APPELLANT'S
MOTION TO REINSTATE APPEAL**

  **COMES NOW** plaintiff/appellant, Ashton R. O'Dwyer, Jr., appearing *in propria persona*, and moves This Honorable Court for leave to reinstate this appeal for the following reasons, which plaintiff/appellant respectfully submits constitute "good cause":

1. This appeal was dismissed "for want of prosecution" on May 8, 2008 upon the grounds that "The appellant failed to timely order transcripts and make financial arrangements with the court reporter".

2. The only hearing necessitating a transcript was held on February 28, 2007, and the transcript of those proceedings are already in the record. (See Record Document No. 7399). Accordingly, it is not necessary to order a transcript, and it is not necessary make financial arrangements with any court reporter;

3. Although plaintiff/appellant solicited a "no objection" from his opponents, he was told that they do, indeed, object to the reinstatement of this appeal;

[Handwritten margin notation: The Opposed / Unopposed Motion to read to be Is Granted in Part Denied    JUN 3. 2008]

4. Nonetheless, plaintiff/appellant respectfully submits that the appeal should be reinstated for good cause in the interests of justice.

Respectfully submitted,

LAW OFFICES OF
ASHTON R. O'DWYER, JR.

_____
Ashton R. O'Dwyer, Jr.
Bar No. 10166
*In Propria Persona*
821 Baronne Street
New Orleans, LA 70113
Tel. (504) 679-6166
Fax. (504) 581-4336
Attorney for Plaintiff/Appellee

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail and U.S. Mail, postage prepaid, this 15th day of May 2008.

_____