## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL<br>BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO INSURANCE: 07-1807<br>PLAINTIFFS: CHARLES J. MARSH<br>AND MICHELE E. POWER | CIVIL ACTION NO. 05-4182<br>"K" (2)<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

### ORDER

Considering the foregoing Rule 41(a) Stipulation of Voluntary Dismissal,

**IT IS ORDERED** that the above-entitled case is hereby dismissed with prejudice, each party to bear his, her or its own costs.

New Orleans, Louisiana this _____ day of _____, 2008.

_____
**UNITED STATES DISTRICT JUDGE**

DKP Library:RP6513