# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL<br>BREACHES CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION NO. 05-4182<br>"K" (2) |
| PERTAINS TO INSURANCE: 07-1804<br>PLAINTIFFS:<br>BROSSIE AND GWENDOLYN PERNICIARO | *<br>*<br>*<br>* | JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

## STIPULATED ORDER OF DISMISSAL, PURSUANT TO F.R.C.P. 41(a)(1)(ii)

**IT IS STIPULATED,** by all parties to this action and subject to the approval of the Court that:

I.

All claims presented by plaintiffs in their Petition filed herein, shall be dismissed with prejudice as to all parties pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

II.

Each party shall bear his, her or its own costs and attorney's fees.

| Respectfully Submitted: | Respectfully Submitted: |
|---|---|
| A PROFESSIONAL LAW CORPORATION | HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P. |
| BY: _____ | BY: _____ |
| J. Van Robichaux, Jr., #11338 | DAVID K. PERSONS, #2046 T.A. |
| 6305 Elysian Fields Avenue, Suite 406 | Email: dpersons@hmhlp.com |
| New Orleans, LA 70122 | JOHN E. UNSWORTH, #9477 |
| Telephone: (504) 286-2022 | CAROLINE D. IBOS, #21307 |
| Facsimile: (504) 286-2044 | DARREN A. PATIN, #23244 |
| **Counsel for Plaintiffs,** | BRAD D. FERRAND, #29860 |
| **Brossie and Gwendolyn Perniciaro** | One Galleria Boulevard, Ste. 1400 |
| | P.O. Box 8288 |
| **Allan Berger, #2977** | Metairie, Louisiana 70011-8288 |
| 4173 Canal Street | Telephone: (504) 836-6500 |
| New Orleans, Louisiana 70119 | Facsimile: (504) 836-6565 |
| Telephone: (504) 486-9481 | **Attorneys for Defendant,** |
| Facsimile: (504) 483-8130 | **State Farm Fire and Casualty Company** |

**William P. Connick, #14158**
2551 Metairie Road
Metairie, Louisiana 70005
Telephone: (504) 838-8777
Facsimile: (504) 838-9903

**Terrence J. Lestelle, #08540**
**Andrea S. Lestelle, #08539**
**Jeffery B. Struckhoff, #30173**
3421 N. Causeway Blvd., Ste. 602
Metairie, Louisiana 70002
Telephone: (504) 828-1224
Facsimile: (504) 828-1229

**Patrick G. Kehoe, Jr., #14419**
833 Baronne Street
New Orleans, Louisiana 70133
Telephone: (504) 588-1110
Facsimile: (504) 588-1954

**Roy F. Amedee, Jr., #2449**
228 St. Charles Avenue, Ste. 801
New Orleans, Louisiana 70130
Telephone: (504) 592-3222
Facsimile: (504) 592-8783

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 27TH day of October, 2008, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record:

_____
DAVID K. PERSONS