# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL<br>BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182<br>"K" (2) |
| PERTAINS TO INSURANCE: 07-1804<br>PLAINTIFFS:<br>BROSSIE AND GWENDOLYN PERNICIARO | JUDGE DUVAL<br>MAGISTRATE WILKINSON |

## ORDER

Considering the foregoing Rule 41(a) Stipulation of Voluntary Dismissal,

**IT IS ORDERED** that the above-entitled case is hereby dismissed with prejudice, each party to bear his, her or its own costs.

New Orleans, Louisiana this _____ day of _____, 2008.

_____
**UNITED STATES DISTRICT JUDGE**