# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 "K" (2) |
| PERTAINS TO INSURANCE: 07-1803 PLAINTIFFS: | * * | JUDGE DUVAL |
| BROSSIE AND GWENDOLYN PERNICIARO | * * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## STIPULATED ORDER OF DISMISSAL, PURSUANT TO F.R.C.P. 41(a)(1)(ii)

**IT IS STIPULATED,** by all parties to this action and subject to the approval of the Court that:

I.

All claims presented by plaintiffs in their Petition filed herein, shall be dismissed with prejudice as to all parties pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

II.

Each party shall bear his, her or its own costs and attorney's fees.

Respectfully Submitted:

A PROFESSIONAL LAW CORPORATION

BY: _____
J. Van Robichaux, Jr., #11338
6305 Elysian Fields Avenue, Suite 406
New Orleans, LA 70122
Telephone: (504) 286-2022
Facsimile: (504) 286-2044
**Counsel for Plaintiffs,**
**Brossie and Gwendolyn Perniciaro**

**Allan Berger, #2977**
4173 Canal Street
New Orleans, Louisiana 70119
Telephone: (504) 486-9481
Facsimile: (504) 483-8130

**William P. Connick, #14158**
2551 Metairie Road
Metairie, Louisiana 70005
Telephone: (504) 838-8777
Facsimile: (504) 838-9903

**Terrence J. Lestelle, #08540**
**Andrea S. Lestelle, #08539**
**Jeffery B. Struckhoff, #30173**
3421 N. Causeway Blvd., Ste. 602
Metairie, Louisiana 70002
Telephone: (504) 828-1224
Facsimile: (504) 828-1229

**Patrick G. Kehoe, Jr., #14419**
833 Baronne Street
New Orleans, Louisiana 70133
Telephone: (504) 588-1110
Facsimile: (504) 588-1954

**Roy F. Amedee, Jr., #2449**
228 St. Charles Avenue, Ste. 801
New Orleans, Louisiana 70130
Telephone: (504) 592-3222
Facsimile: (504) 592-8783

Respectfully Submitted:

HAILEY, McNAMARA, HALL,
LARMANN & PAPALE, L.L.P.

BY: _____
**DAVID K. PERSONS, #2046 T.A.**
**Email: dpersons@hmhlp.com**
**JOHN E. UNSWORTH, #9477**
**CAROLINE D. IBOS, #21307**
**DARREN A. PATIN, #23244**
**BRAD D. FERRAND, #29860**
One Galleria Boulevard, Ste. 1400
P.O. Box 8288
Metairie, Louisiana 70011-8288
Telephone: (504) 836-6500
Facsimile: (504) 836-6565
**Attorneys for Defendant,**
**State Farm Fire and Casualty Company**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 27TH day of October, 2008, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record:

_____
DAVID K. PERSONS