UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES   *   CIVIL ACTION NO. 05-4182
      CONSOLIDATED LITIGATION   *
                                        *   JUDGE: STANWOOD R. DUVAL, JR.
                                        *
                                        *   MAG.: JOSEPH C. WILKINSON, JR.
PERTAINS TO: INSURANCE   *
      ACEVEDO, 07-5208   *   SECTION: "K-2"
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO SEVER

**NOW INTO COURT**, through undersigned counsel, come Defendants, Allstate Insurance Company, American National Property and Casualty Insurance Company ("ANPAC"), American Reliable Insurance Company, American Bankers Insurance Company of Florida, Audubon Insurance Company, Farmers Insurance Company, Farm Bureau Insurance Company, Fidelity National Insurance Company, Fidelity National Property and Casualty Insurance Company, First Community Insurance Company, Harleysville Mutual Insurance Company, Hartford Fire Insurance Company, Imperial Fire and Casualty Insurance Company, Liberty Mutual Fire Insurance Company, USAA General Indemnity Company, and Waterstreet Insurance Company, (collectively, "Defendants") for the reasons set forth more fully in the attached Memorandum in Support, respectfully moves this Honorable Court to sever Plaintiffs' claims and to proceed separately with each.

**WHEREFORE**, Defendants hereby respectfully move to sever Plaintiffs' claims and to proceed separately with each.

                                            Respectfully submitted,

                                            **NIELSEN LAW FIRM, L.L.C.**

                                            */s/ Gerald J. Nielsen*
                                            Gerald J. Nielsen, La. Bar No. 17078
                                            William R. DeJean, La Bar No. 22762
                                            3838 N. Causeway Blvd, Suite 2850
                                            Metairie, Louisiana 70002
                                            P: (504) 837-2500; F: (504) 832-9165
                                            Counsel for Defendants

### C E R T I F I C A T E

I hereby certify that on October 27, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties.

                                            */s/ Gerald J. Nielsen*
                                            Gerald J. Nielsen