UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES　*　CIVIL ACTION NO. 05-4182
　　　　　CONSOLIDATED LITIGATION　*
　　　　　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　　*　JUDGE: STANWOOD R. DUVAL, JR.
　　　　　　　　　　　　　　　　　　*
PERTAINS TO: INSURANCE　　　　　　*
　　　ACEVEDO, 07-5208　　　　　　 *　MAG.: JOSEPH C. WILKINSON, JR.
*************************************

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendants, Allstate Insurance Company, American National Property and Casualty Insurance Company ("ANPAC"), American Reliable Insurance Company, American Bankers Insurance Company of Florida, Audubon Insurance Company, Farmers Insurance Company, Farm Bureau Insurance Company, Fidelity National Insurance Company, Fidelity National Property and Casualty Insurance Company, First Community Insurance Company, Harleysville Mutual Insurance Company, Hartford Fire Insurance Company, Imperial Fire and Casualty Insurance Company, Liberty Mutual Fire Insurance Company, USAA General Indemnity Company, and Waterstreet Insurance Company, (collectively, "Defendants"), will bring the foregoing *Motion to Sever* for hearing on the 12th day of November, 2008 at 9:30 a.m. before the Honorable Stanwood R. Duval, Jr., United States District Judge, United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

**NIELSEN LAW FIRM, L.L.C.**

*/s/ Gerald J. Nielsen*
Gerald J. Nielsen, La. Bar No. 17078
William R. DeJean, La. Bar No. 22762
3838 N. Causeway Blvd, Suite 2850
Metairie, Louisiana 70002
P: (504) 837-2500; F: (504) 832-9165
Counsel for Defendants

## C E R T I F I C A T E

I hereby certify that on October 27, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties.

*/s/ Gerald J. Nielsen*
Gerald J. Nielsen