UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182  "K" (2) |
| | * | |
| _____ | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO: | * | MAG. WILKINSON |
| | * | |
| LEVEE:   06-9151 (JONES) | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW COUNSEL

NOW INTO COURT, through undersigned counsel, come plaintiffs, Stewart and Mary Gaines, and advise this Honorable Court that Attorney David A. Binegar has resigned from the Law Office of Paul C. Miniclier.  As such, plaintiffs request that Attorney David A. Binegar be immediately withdrawn as counsel of record for plaintiffs in the above referenced matter.  Attorney Paul C. Miniclier will remain as trial counsel for plaintiffs.

Respectfully submitted this 27th day of October, 2008.

-1-

BY:    /s/Paul C. Miniclier
　　　　Paul C. Miniclier, Esq. (Bar #17062)
　　　　LAW OFFICE OF PAUL C. MINICLIER
　　　　1305 Dublin Street
　　　　New Orleans, Louisiana 70018
　　　　Telephone: (504) 864-1276
　　　　Facsimile: (504) 864-1278
　　　　Attorneys for plaintiffs, Kenneth Jones
　　　　and Lorie James-Jones

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record via the electronic filing system, this 27th day of October, 2008.

　　　　　　　　　　/s/Paul C. Miniclier