UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: INSURANCE CASES<br><br>*Heron*, No. 06-7327 | CIVIL ACTION NO. 05-4182<br><br>SECTION "K" (2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |

ORDER

Considering the foregoing Joint Motion and Incorporated Memorandum for Temporary Lifting of Stay Order For Purpose of Dismissing All Claims of Plaintiff Wylene Heron With Prejudice;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion is Granted and that this Court's stay order is temporarily lifted for the sole purpose of addressing the Joint Motion and Incorporated Memorandum for Temporary Lifting of Stay Order For Purpose of Dismissing All Claims of Plaintiff Wylene Heron With Prejudice;

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that all claims of Plaintiff Wylene Heron asserted against Homesite Insurance Company in the consolidated proceeding entitled *Wylene Heron vs. Homesite Insurance Company, et al*, No. 06-7327, including without limitation all claims arising under Plaintiff's policy of insurance for damages associated with or resulting from Hurricane Katrina and its aftermath and/or all claims

arising out of the handling, investigation and/or adjustment of Plaintiff's claim, are hereby **DISMISSED**, with prejudice and with each party to bear its own costs.

New Orleans, Louisiana, this  28th  day of      October     , 2008.

_____
UNITED STATES DISTRICT JUDGE

- 2 -

NO.99899808.1