UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                       CIVIL ACTION
       CONSOLIDATED LITIGATION
                                                    NO. 05-4182

PERTAINS TO:                                        SECTION "K"(2)
       K. JONES, 06-9151

ORDER AND AMENDED JUDGMENT

Plaintiffs Kenneth Jones and Lorie James-Jones filed a Motion to Amend Judgment (Rec. Doc. 15953), which this Court granted on October 20, 2008 (Rec. Doc. 16015). However, it has been brought to the attention of this Court that the amended judgment was too broad in its scope insofar as it should have only granted judgment in favor of any insurer defendant for allegations of failure to provide flood damage coverage. Accordingly,

**IT IS ORDERED** that the Court's Amended Judgment of October 20, 2008 (Rec. Doc. 16017) is hereby **AMENDED**, and all claims against State Farm Fire and Casualty Company ("State Farm") and ABC Insurance Company ("ABC Insurance") are hereby **REINSTATED,** except for those claims against State Farm and ABC Insurance for their alleged failure to provide flood damage coverage under an insurance policy that excludes such coverage; and

1

Pursuant to Fed. R. Civ. P. 54(b), **IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment herein solely in favor of Defendants, State Farm and ABC Insurance, and against Plaintiffs Kenneth Jones and Lorie James-Jones, dismissing the complaint with prejudice solely as to any allegations of State Farm's or ABC Insurance's failure to provide flood damage coverage under an insurance policy that excludes such coverage, each party to bear its own costs.

New Orleans, Louisiana, this __28th__ day of October, 2008.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**