## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL<br>BREACHES CONSOLIDATED LITIGATION | *<br>*<br>* | CIVIL ACTION NO. 05-4182<br>"K" (2) |
| PERTAINS TO INSURANCE: 07-1807<br>PLAINTIFFS: CHARLES J. MARSH<br>AND MICHELE E. POWER | *<br>*<br>* | JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

### ORDER

Considering the foregoing Rule 41(a) Stipulation of Voluntary Dismissal,

**IT IS ORDERED** that the above-entitled case is hereby dismissed with prejudice, each party to bear his, her or its own costs.

New Orleans, Louisiana this __28th__ day of __October__, 2008.

_____
UNITED STATES DISTRICT JUDGE

DKP Library:RP6513