UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * * * * * | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: | | |
| LEVEE:    06-9151 (JONES) | | |

* * * * * * * * * * * * * * * *

### ORDER

CONSIDERING THE FOREGOING Motion to Withdraw David A. Binegar as counsel for plaintiffs, Kenneth Jones and Lorie James-Jones;

Said Motion is hereby GRANTED.  Paul C. Miniclier will remain as trial counsel for plaintiffs.

DONE AND ORDERED this 28th day of October, 2008, New Orleans, Louisiana.

_____
UNITED STATES DISTRICT COURT JUDGE

-1-