UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES    CIVIL ACTION
    CONSOLIDATED LITIGATION
                                  NO. 05-4182

PERTAINS TO:                     SECTION "K"(2)
    K. JONES, 06-9151

## ORDER

Considering that no party has filed any opposition to Plaintiffs' Motion to File a Second Amended Complaint (Rec. Doc. 15854), accordingly,

**IT IS ORDERED** that Plaintiffs' Motion is **GRANTED**. The Plaintiffs' amended complaint shall be filed.

New Orleans, Louisiana, this ___28th___ day of October, 2008.

                          _____
                          STANWOOD R. DUVAL, JR.
                          UNITED STATES DISTRICT JUDGE

1