UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | CIVIL ACTION |
| | **NO. 05-4182** and consolidated cases |
| **PERTAINS TO: BARGE** | SECTION "K" (2) |
| *Weber v. Lafarge* **08-4459** | Hon. Stanwood R. Duval, Jr. |
| | Magistrate Judge Joseph C. Wilkinson, Jr. |

## [PROPOSED] ORDER

Pursuant to the attached and foregoing Stipulation, and the Court's authority under Federal Rules of Civil Procedure, Rule 41(a)(2), IT IS HEREBY ORDERED

(a) that Plaintiffs' claims against Defendants UNIQUE TOWING, INC. and JOSEPH C. DOMINO, INC., are dismissed, WITHOUT PREJUDICE;

(b) that this Order shall in no way affect and/or impair the continuation of this action against all remaining named defendants, or be construed as limiting in any way Plaintiffs' rights, except as expressly stated herein;

(c) that Plaintiffs shall retain any and all rights to reinstatement of this action against Defendants in the event of a ruling in favor of the Barge Plaintiffs in the pending appeal to the Fifth Circuit; and

(d) that the applicable statute of limitations shall be tolled until the Fifth Circuit renders a ruling on said appeal.
.
New Orleans, Louisiana, this ____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 28th day of October 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/s/  Brian Gilbert, Esq.