UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, <u>Lynch</u>, 07-4384 | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER

The court has been advised by plaintiffs' counsel, Wiley Lastrapes, Jr., (by letter filed separately in the record), that the captioned case has settled, and that the settlement conference previously set in this matter should be cancelled. Accordingly,

**IT IS ORDERED** that the settlement conference set before the undersigned magistrate judge on November 13, 2008, is hereby CANCELLED, and the in-person appearance required by my previous order, Record Doc. No. 15894, is no longer necessary. By copy of this minute entry, Judge Duval is advised so that he may enter an appropriate conditional dismissal order.

New Orleans, Louisiana, this ___28th___ day of October, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**