UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | JUDGE: STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAG.: JOSEPH C. WILKINSON, JR. |
| PERTAINS TO: INSURANCE | * | |
| ACEVEDO II, 07-5208 | * | SECTION: "K-2" |

**************************************

## MOTION TO SEVER

**NOW INTO COURT**, through undersigned counsel, come Defendant, State Farm Fire and Casualty Company, for the reasons set forth more fully in the attached Memorandum in Support, respectfully moves this Honorable Court to sever Plaintiffs' claims and to proceed separately with each.

**WHEREFORE**, State Farm Fire and Casualty Company hereby respectfully moves to sever Plaintiffs' claims and to proceed separately with each.

Respectfully submitted,

**NIELSEN LAW FIRM, L.L.C.**

*/s/ Gerald J. Nielsen*
Gerald J. Nielsen, La. Bar No. 17078
Kim Huong A. Tran, La. Bar No. 24896
Three Lakeway Center
3838 N. Causeway Blvd, Suite 2850
Metairie, Louisiana 70002
P: (504) 837-2500
F: (504) 832-9165
Counsel for State Farm Fire and Casualty Company

# **C E R T I F I C A T E**

  I hereby certify that on October 29, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties.


               */s/ Gerald J. Nielsen*
               Gerald J. Nielsen