UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES   *   CIVIL ACTION NO. 05-4182
    CONSOLIDATED LITIGATION   *
                                       *
                                       *   JUDGE: STANWOOD R. DUVAL, JR.
                                       *
PERTAINS TO: INSURANCE   *
    ACEVEDO II, 07-5208   *   MAG.: JOSEPH C. WILKINSON, JR.
**************************************

NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendant, State Farm Fire and Casualty Company, will bring the foregoing *Motion to Sever* for hearing on the 26th day of November, 2008 at 9:30 a.m. before the Honorable Stanwood R. Duval, Jr., United States District Judge, United States District Court for the Eastern District of Louisiana.

                                           Respectfully submitted,

                                           **NIELSEN LAW FIRM, L.L.C.**

                                           */s/ Gerald J. Nielsen*
                                           Gerald J. Nielsen, La. Bar No. 17078
                                           Kim Huong A. Tran, La. Bar No. 24896
                                           Three Lakeway Center
                                           3838 N. Causeway Blvd, Suite 2850
                                           Metairie, Louisiana 70002
                                           P: (504) 837-2500
                                           F: (504) 832-9165
                                           Counsel for Defendants, State Farm Fire and Casualty Company

**C E R T I F I C A T E**

  I hereby certify that on October 29, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties.

               */s/ Gerald J. Nielsen*
               Gerald J. Nielsen