LAW OFFICES OF
# WILEY G. LASTRAPES, JR.
PLACE ST. CHARLES • SUITE 4314 • 201 ST. CHARLES AVENUE
NEW ORLEANS, LOUISIANA 70170

WILEY G. LASTRAPES, JR.

(504) 799-6464
(888) 593-9026
FAX (504) 529-1782
WILEY@LASTRAPESLAW.COM

October 28, 2008

<u>Via Fax 504-589-7633</u>

The Honorable Joseph C. Wilkinson, Jr.
500 Poydras Street
Room B409
New Orleans, LA 70130

Re: Betty and Wesley Lynch vs. American Security Insurance Company
USDC, EDLA, Civil Action No: 07-4384, K(2)

Dear Judge Wilkinson:

This will confirm that Betty Lynch has also agreed to the settlement with the defendant, Amercian Security Insurance Company. The other plaintiff, Wesley Lynch, had previously agreed to the settlement.

Please enter a 60 Dismissal in the case.

Thanks for your help in bringing this to settlement.

With my kindest regards, I remain

Very truly yours,

Wiley G. Lastrapes, Jr.

WGLjr:bjw
cc: Gordon P. Serou, Jr., Esq. (Via email)