MINUTE ENTRY
DUVAL, J.
October 28, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>       ROAD HOME | SECTION "K"(2) |

Attending a telephonic status conference held this date were liaison counsel:

Trey Phillips and Sallie Jones Sanders for the State of Louisiana
Ralph Hubbard, Seth Schmeeckle, Steve Usdin and Chase Chassignac for Defendants.

The purpose of the status conference was to discuss the further prosecution of this matter. The State of Louisiana requested a delay in the filing of Rule 12 motions pending its filing another Motion to Remand, which it intended to file in January. The insurers requested that all Rule 26 disclosures be suspended until the resolution of their Motion(s) to Dismiss which they seek to file forthwith. Having heard the argument of counsel, the Court found no reason to delay further the filing of the Motion(s) to Dismiss since the United States Court of Appeals for the Fifth Circuit has found that this Court has jurisdiction over this matter. However, the State of Louisiana was told that this decision did not mean that the Court would prohibit its filing whatever pleading the State sees fit to file. Accordingly

**IT IS ORDERED** that the requirement to provide Rule 26 disclosures is **SUSPENDED** until such time as the Court rules on the insurers' Motion to Dismiss.

**IT IS FURTHER ORDERED** that the following schedule is established for this motion practice:

November 20, 2008    Motion(s) to Dismiss shall be filed.

December 19, 2008    Opposition(s) to Motions(s) to Dismiss shall be filed.

January 9, 2009      Reply brief(s) shall be filed.

January 30, 209      Hearing on Motion(s) to Dismiss shall be had at 9:30 a.m.

No brief over 25 pages in length will be accepted or allowed without prior leave of Court.

**It is expected that to the degree possible one joint motion concerning any particular issue that applies to groups of defendants shall be filed jointly and shall be opposed jointly. While not encouraged, any individual lawyer who finds that he or she must augment such filings is limited to filing a 7 page supplemental brief simultaneously with the relevant joint filing.**

JS-10: 20 MINS.