UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES** <br> **CONSOLIDATED LITIGATION** | **CIVIL ACTION** <br><br> **NO. 05-4182** |
| **PERTAINS TO:** <br> *Chehardy* C.A. Nos. 06-1672, 06-1673, 06-1574 <br> *Imperial Trading Co.* C.A. No. 07-1303 <br> *Xavier University* C.A. No. 07-1304 | **SECTION "K"** |

## ORDER

**IT IS ORDERED** that Joe Bruno, Ralph Hubbard and Jim Garner shall attend an in-person status conference to be held on October 30, 2008 at 11:30 a.m. in the above-referenced cases to discuss the scheduling of the Rule 12 motion practice as well as the confecting of a case management order.

New Orleans, Louisiana, this  29th  day of October, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE