UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br><br>**NO. 05-4182** |
| **PERTAINS TO: LEVEE/MRGO**<br>*Cina*, C.A. No. 07-4944 | **SECTION "K"(2)** |

## ORDER AND REASONS

Before the Court is the Motion of Defendant, Board of Commissioners of the Port of New Orleans, For Judgment on the Pleadings (Doc. 13710) moving pursuant to Fed. R. Civ. P. 12(c) for the dismissal of all claims asserted against it in the complaint filed in the above-enumerated case. In response, plaintiff's counsel has consented to the dismissal thereof. (Doc. 13889). Accordingly,

**IT IS ORDERED** that the Motion of Defendant, Board of Commissioners of the Port of New Orleans, For Judgment on the Pleadings (Doc. 13710) is **GRANTED**.

New Orleans, Louisiana, this  29th  day of October, 2008.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**