UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE                       JUDGE DUVAL
   Kiefer, 06-5370                           MAG. WILKINSON

## ORDER

In response to my previous order, Record Doc. No. 13865, plaintiffs' counsel has provided to the court an updated status report concerning the referenced Kiefer "Insurance-Mass Joinder" case. Progress toward resolution of all claims in this case continues to proceed satisfactorily. Thus, counsel will be permitted to continue in their current settlement efforts as to the claims against homeowner insurers, without severance of the remaining claims and scheduling of individual trial dates, at least for another 60 days.

**IT IS ORDERED**, however, that a call docket in the Kiefer case will be conducted before me on **January 8, 2009 at 10:00 a.m.** At that call docket, plaintiffs' counsel must report to me plaintiff-by-plaintiff, on an individual basis, the status of the claims of each plaintiff whose claims have not yet formally been dismissed, so that I may determine if each such claim should immediately be severed and reallotted for trial scheduling purpose. No later than **January 5, 2009**, plaintiffs' counsel must provide me with an updated, detailed, plaintiff-by-plaintiff status report for all claims that have not

by that date been formally dismissed. Plaintiffs' counsel, Wanda Edwards, and Defense Liaison Counsel must appear in person. Counsel for any defendant against whom claims are asserted in the <u>Kiefer</u> case may also attend.

New Orleans, Louisiana, this ___29th___ day of October, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.
and (via email)
Wanda Edwards; wandaedwards@fayardlaw.com
Ralph Hubbard; rhubbard@lawla.com