UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES | * CIVIL ACTION |
| | * |
| PERTAINS TO: INSURANCE<br>DEROUEN (06-8293 c/w 06-8301) | * NO. 05-4182 |
| | * |
| | * SECTION "K" (2) |
| * * * * * * * * * * * * * * * * * * | * |

## MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Joycelyn and Gordy DeRouen, appearing herein individually, who upon suggesting to the Court that the above-captioned matter has been settled, adjusted and compromised with regard to Orkin, Inc., and who move this Court to dismiss the claims in this matter, against the aforementioned Defendant, with prejudice and as of compromise, each party to bear their respective costs.

WHEREFORE, Plaintiffs respectfully request that this Court issue the attached order dismissing the claims in this matter, against Defendant, Orkin, Inc., and as of compromise, each party to bear their respective costs.

Respectfully submitted,

Robichaux Law Firm

/s/ J. Van Robichaux, Jr.
**J. Van Robichaux, Jr. - 11338**
**Brian D. Page – 30941**
Mailing Address: P.O. Box 792500
New Orleans, LA 70179
6305 Elysian Fields Avenue
Suite 304
New Orleans, LA 70122
Telephone: 504-286-2022
Facsimile: 504- 282-6298

## CERTIFICATE OF SERVICE

I hereby certify that on Oct 29, 2008, I electronically filed the foregoing with the clerk of court by using the CM/ECF filing system which will send notice to all counsel of record electronically.

/s/ J. Van Robichaux, Jr.
J. Van Robichaux, Jr.