**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION

CONSOLIDATED LITIGATION                NO. 05-4182

PERTAINS TO: *Mulkey* C.A. No. 07-2754 SECTION "K"(2)

**PLAINTIFF'S MOTION FOR EXTENSION OF DISMISSIAL DEADLINES**

    NOW INTO COURT, comes undersigned counsel, who respectfully requests this Honorable Court extend the deadlines for dismissal of this case by an additional 90 (ninety) days in order to facilitate the settlement of this case.  Plaintiff and Counsel are working diligently to complete the necessary formalities to settle this claim and simply need more time to obtain the necessary signatures and endorsements.


         Respectfully Submitted,

         ROBICHAUX LAW FIRM

         __/s/ J. Van Robichaux_____
         J. Van Robichaux, Jr. -- 11338
         Brian D. Page -- 30941
         CAPITAL ONE BUILDING
         6305 Elysian Fields Ave, Suite 406
         New Orleans, LA 70122
         P.O. Box 792500
         New Orleans, LA 70179
         Ph:   504-286-2022
         Fax:  504-286-2044

---

CERTIFICATE OF SERVICE

    I hereby certify that on October 29, 2008, I electronically filed the forgoing with the clerk of court by using the CM/ECF filing system which will send notice to all counsel of record electronically.

         _____/s/ J. Van Robichaux_____