## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION

CONSOLIDATED LITIGATION          NO. 05-4182


PERTAINS TO: Leval C.A. No. 07-2749 SECTION "K"(2)

### PLAINTIFF'S MOTION FOR EXTENSION OF DISMISSIAL DEADLINES

      NOW INTO COURT, comes undersigned counsel, who respectfully requests this Honorable Court extend the deadlines for dismissal of this case by an additional 90 (ninety) days in order to facilitate the settlement of this case.  Plaintiff and Counsel are working diligently to complete the necessary formalities to settle this claim and simply need more time to obtain the necessary signatures and endorsements.


      Respectfully Submitted,

      ROBICHAUX LAW FIRM

      __/s/ J. Van Robichaux, Jr._____
      J. Van Robichaux, Jr. -- 11338
      Brian D. Page -- 30941
      CAPITAL ONE BUILDING
      6305 Elysian Fields Ave, Suite 406
      New Orleans, LA 70122
      P.O. Box 792500
      New Orleans, LA 70179
      Ph:   504-286-2022
      Fax:  504-286-2044

### CERTIFICATE OF SERVICE

      I hereby certify that on October 29, 2008, I electronically filed the forgoing with the clerk of court by using the CM/ECF filing system which will send notice to all counsel of record electronically.

      _____/s/ J. Van Robichaux, Jr._____