UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES         CIVIL ACTION

CONSOLIDATED LITIGATION               NO. 05-4182

PERTAINS TO: Alfonso C.A. No. 07-2756 SECTION "K"(2)

**PLAINTIFF'S MOTION FOR EXTENSION OF DISMISSIAL DEADLINES**

    NOW INTO COURT, comes undersigned counsel, who respectfully requests this Honorable Court extend the deadlines for dismissal of this case by an additional 90 (ninety) days in order to facilitate the settlement of this case.  Plaintiff and Counsel are working diligently to complete the necessary formalities to settle this claim and simply need more time to obtain the necessary signatures and endorsements.

    Respectfully Submitted,

    ROBICHAUX LAW FIRM

    __/s/ J. Van Robichaux, Jr._____
    J. Van Robichaux, Jr. -- 11338
    Brian D. Page -- 30941
    CAPITAL ONE BUILDING
    6305 Elysian Fields Ave, Suite 406
    New Orleans, LA 70122
    P.O. Box 792500
    New Orleans, LA 70179
    Ph:   504-286-2022
    Fax:  504-286-2044

CERTIFICATE OF SERVICE

    I hereby certify that on October 29, 2008, I electronically filed the forgoing with the clerk of court by using the CM/ECF filing system which will send notice to all counsel of record electronically.

    _____/s/ J. Van Robichaux, Jr._____