UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES            CIVIL ACTION
CONSOLIDATED LITIGATION                  NO. 05-4182

PERTAINS TO: *Mulkey* C.A. No. 07-2754 SECTION "K"(2)

## ORDER

Considering the forgoing, **IT IS ORDERED** that the dismissal cutoff be extended an additional 90 (ninety) days to facilitate completing the necessary formalities to settle this case.

New Orleans, Louisiana, this 31st day of July, 2008.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**