UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NUMBER: 05-4182 "K"(2) |
| | * | |
| | * | JUDGE DUVAL |
| PERTAINS TO: MRGO | * | |
| | * | MAG. WILKINSON |

**************************************

**CONSENT MOTION FOR LEAVE TO FILE EXCESS PAGES**

**NOW INTO COURT**, through undersigned counsel, comes the MRGO PSLC, that moves for leave to file excess pages than allowed by the Federal Rules of Civil Procedure, for the following reasons:

1.	The MRGO PSLC's Opposition to the Motion for Summary Judgment filed by Washington Group International, Inc. ("WGI") incorporates a substantial number facts and deposition excerpts and is heavily footnoted.  Despite substantial editing, the memorandum still exceeds the page limit allowed by the Rules of Civil Procedure.

2.	The memorandum in question only exceeds the page limit by five (5) pages.

3.	Undersigned counsel has conferred with opposing counsel, who does not oppose the granting of this Motion.

1

WHEREFORE, the MRGO PSLC prays that the Court will grant its Consent Motion for leave to file exceeds pages.

**Respectfully Submitted,**
**APPROVED PLAINTIFFS LIAISON COUNSEL**
  /s/  Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

MR-GO PLAINTIFFS SUB-GROUP
LITIGATION COMMITTEE

s/ James Parkerson Roy
JAMES PARKERSON ROY
MR-GO PSLC Liaison Counsel
LA Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
Post Office Box 3668
Lafayette, Louisiana 70502
Telephone: (337) 593-4190 or (337) 233-3033
Email: jimr@wrightroy.com

for
MR-GO PLAINTIFFS SUB GROUP
LITIGATION COMMITTEE

Jonathan Andry (The Andry Law Firm,
   New Orleans, Louisiana)
Clay Mitchell (Levin, Papantonio, et al.,
    Pensacola, Florida)
Pierce O'Donnell (O'Donnell & Associates,
    Los Angeles, California)
James Parkerson Roy (Domengeaux, Wright, et al.,
    Lafayette, Louisiana)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 30th day of October, 2008.

        /s/ Joseph M. Bruno
        Joseph M. Bruno