UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | |
| * | | NUMBER: 05-4182 "K"(2) |
| * | | |
| * | | JUDGE DUVAL |
| PERTAINS TO: MRGO * | | |
| * | | MAG. WILKINSON |
| ************************************** | | |

### ORDER

Upon consideration of the Motion of the MRGO PSLC for leave to file excess pages, and good cause appearing:

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

_____
UNITED STATES DISTRICT COURT JUDGE

1