UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES  * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION  * | | |
|  * | | NUMBER: 05-4182 "K"(2) |
|  * | | |
|  * | | JUDGE DUVAL |
| PERTAINS TO: MRGO  * | | |
|  * | | MAG. WILKINSON |

**************************************

### RESPONSE OF THE MRGO PSLC TO THE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF WASHINGTON GROUPS INTERNATIONAL, INC.'S MOTION FOR SUMMARY JUDGEMENT

**NOW INTO COURT**, through undersigned counsel, comes the MRGO PSLC, that in response to the Statement of Undisputed Facts filed byWashington Group International, Inc. "WGI") in support of its Motion for Summary Judgement, does contest the below enumerated Statement of Undisputed Facts as follows:

**18.   Controverted.**

This statement is the question asked of the witness.  The answer included the response that the Corps would make sure that "we build the new floodwall and levees on that east side,

that that wouldn't be violated by the bypass channel also."[1]

Mr. Dicharry was referring to the Alternative Parallel Protection Design Report that specified that shhet piles be driven to a depth of at least 60 feet before dredging was commenced. It is unknown whether this was design was finally approved.

**24.    Controverted**

The Statement of Work was not "specific." "The Statement of Work lists the work elements, a little description of the site, a little description of the work to be performed."[2]

**27.    Controverted**

Montegut testified that he would have know if material brought on site, but didn't know that over 40,000 cubic yards of sand/fill had been delivered just within the first year of physical labor at the EBIA. See Opposition to Motion for Summary Judgment.

See Opposition to Motion for Summary Judgment.

**32.    Controverted**

Plaintiffs dispute that the Corps "typically" would send a Scope of Work.  The word typical is ambiguous, and it was not done on many occasions, including for the development of the Sewer Lift Station excavation plan.

See Opposition to Motion for Summary Judgment.

**33.    Controverted**

Guillory did not have "his staff at the Corps" conduct an independent analysis.  Only parts of the Project Delivery team were involved in the review, and even then some members

---

[1] Depo. transcript of Gerald Dicharry, p. 32, l. 1-5.

[2] Depo. transcript of WGI by Stephen Clay Roe, p. 16.

were listed as involved when in fact they were not.

See Opposition to Motion for Summary Judgment & Exhibit 1 of the Opposition to Motion for Summary Judgment (MRGO PSLC, as *amicus curiae*, Memorandum in Support of the Robinson Plaintffs' Opposition to the United States of America's Motion to Dismiss Counts Two and Three of the Amended Complaint (Record Doc 14252). )

**34     Controverted**

See Opposition to Motion for Summary Judgment

**37.     Controverted**

See Opposition to Motion for Summary Judgment

**40.      Controverted**

See Opposition to Motion for Summary Judgment

**41.     Controverted**

See Opposition to Motion for Summary Judgment

**42.     Controverted**

See Opposition to Motion for Summary Judgment

**43.     Controverted**

See Opposition to Motion for Summary Judgment

**44.     Controverted**

See Opposition to Motion for Summary Judgment.

**45.     Controverted**

See Opposition to Motion for Summary Judgment & Exhibit 1 of the Opposition to Motion for Summary Judgment (MRGO PSLC, as *amicus curiae*, Memorandum in Support of

the Robinson Plaintffs' Opposition to the United States of America's Motion to Dismiss Counts Two and Three of the Amended Complaint (Record Doc 14252). )

**46.     Controverted**

See Opposition to Motion for Summary Judgment.

**52.     Controverted**

See Opposition to Motion for Summary Judgment

**54.     Controverted**

See Opposition to Motion for Summary Judgment

**55.     Controverted**

See Opposition to Motion for Summary Judgment

**56.     Controverted.**

See Opposition to Motion for Summary Judgment

**57.     Controverted**

See Opposition to Motion for Summary Judgment

**58.     Controverted**

See Opposition to Motion for Summary Judgment

**61.     Controverted**

See Opposition to Motion for Summary Judgment

**64.     Controverted**

See Opposition to Motion for Summary Judgment

**65.     Controverted**

See Opposition to Motion for Summary Judgment

**67.** **Controverted**.

See Opposition to Motion for Summary Judgment

**71.** **Controverted.**

See Opposition to Motion for Summary Judgment & Exhibit 1 of the Opposition to Motion for Summary Judgment (MRGO PSLC, as *amicus curiae*, Memorandum in Support of the Robinson Plaintffs' Opposition to the United States of America's Motion to Dismiss Counts Two and Three of the Amended Complaint (Record Doc 14252). )

**75.** **Controverted**

See Opposition to Motion for Summary Judgment

**78.** **Controverted**

See Opposition to Motion for Summary Judgment.

**83.** **Controverted**

See Opposition to Motion for Summary Judgment & Exhibit 1 of the Opposition to Motion for Summary Judgment (MRGO PSLC, as *amicus curiae*, Memorandum in Support of the Robinson Plaintffs' Opposition to the United States of America's Motion to Dismiss Counts Two and Three of the Amended Complaint (Record Doc 14252). )

**85.** **Controverted**

See Opposition to Motion for Summary Judgment & Exhibit 1 of the Opposition to Motion for Summary Judgment (MRGO PSLC, as *amicus curiae*, Memorandum in Support of the Robinson Plaintffs' Opposition to the United States of America's Motion to Dismiss Counts Two and Three of the Amended Complaint (Record Doc 14252). )

**89.     Controverted**

See Opposition to Motion for Summary Judgment

**91.     Controverted**

See Opposition to Motion for Summary Judgment

**95.     Controverted**

See Opposition to Motion for Summary Judgment

**97.     Controverted**

See Opposition to Motion for Summary Judgment

**103.    Controverted**

See Opposition to Motion for Summary Judgment.

**106.    Controverted**

See Opposition to Motion for Summary Judgment

**109.    Controverted**

See Opposition to Motion for Summary Judgment

**116.    Controverted**

See Opposition to Motion for Summary Judgment

**117.    Controverted**

See Opposition to Motion for Summary Judgment

**119.    Controverted**

See Opposition to Motion for Summary Judgment

**120.    Controverted**

See Opposition to Motion for Summary Judgment

**121.** **Controverted**

See Opposition to Motion for Summary Judgment.

**122.** **Controverted**

See Opposition to Motion for Summary Judgment.

**123.** **Controverted**

See Opposition to Motion for Summary Judgment.

**124.** **Controverted**

See Opposition to Motion for Summary Judgment & Exhibit 1 of the Opposition to Motion for Summary Judgment (MRGO PSLC, as *amicus curiae*, Memorandum in Support of the Robinson Plaintffs' Opposition to the United States of America's Motion to Dismiss Counts Two and Three of the Amended Complaint (Record Doc 14252). )

**130.** **Controverted**

See Opposition to Motion for Summary Judgment

**133.** **Controverted**

See Opposition to Motion for Summary Judgment.

**134.** **Controverted**

See Opposition to Motion for Summary Judgment.

**135.** **Controverted**

See Opposition to Motion for Summary Judgment.

**136.** **Controverted**

See Opposition to Motion for Summary Judgment

**137.    Controverted**

See Opposition to Motion for Summary Judgment & Exhibit 1 of the Opposition to Motion for Summary Judgment (MRGO PSLC, as *amicus curiae*, Memorandum in Support of the Robinson Plaintffs' Opposition to the United States of America's Motion to Dismiss Counts Two and Three of the Amended Complaint (Record Doc 14252). )

**139.    Controverted**

See Opposition to Motion for Summary Judgment

**157.    Controverted**

See Opposition to Motion for Summary Judgment

**167.    Controverted**

See Opposition to Motion for Summary Judgment

**170.    Controverted**

See Opposition to Motion for Summary Judgment

**178.    Controverted**

See Opposition to Motion for Summary Judgment

**180.    Controverted**

See Opposition to Motion for Summary Judgment

**185.    Controverted**

See Opposition to Motion for Summary Judgment.

**200.    Controverted**

See Opposition to Motion for Summary Judgment

**206.** **Controverted**

See Opposition to Motion for Summary Judgment

                                  **Respectfully Submitted,**
                                  **APPROVED PLAINTIFFS LIAISON COUNSEL**
                                     /s/  Joseph M. Bruno
                                  JOSEPH M. BRUNO (La. Bar # 3604)
                                  PLAINTIFFS LIAISON COUNSEL
                                  Law Offices of Joseph M. Bruno
                                  855 Baronne Street
                                  New Orleans, Louisiana 70113
                                  Telephone: (504) 525-1335
                                  Facsimile: (504) 561-6775
                                  Email: jbruno@jbrunolaw.com

                                  MR-GO PLAINTIFFS SUB-GROUP
                                  LITIGATION COMMITTEE

                                  s/ James Parkerson Roy
                                  JAMES PARKERSON ROY
                                  MR-GO PSLC Liaison Counsel
                                  LA Bar Roll Number: 11511
                                  Domengeaux Wright Roy & Edwards LLC
                                  Post Office Box 3668
                                  Lafayette, Louisiana 70502
                                  Telephone: (337) 593-4190 or (337) 233-3033
                                  Email: jimr@wrightroy.com

                                  for
                                  MR-GO PLAINTIFFS SUB GROUP
                                  LITIGATION COMMITTEE

                                  Jonathan Andry (The Andry Law Firm,
                                      New Orleans, Louisiana)
                                  Clay Mitchell (Levin, Papantonio, et al.,
                                      Pensacola, Florida)
                                  Pierce O'Donnell (O'Donnell & Associates,
                                      Los Angeles, California)
                                  James Parkerson Roy (Domengeaux, Wright, et al.,
                                      Lafayette, Louisiana)

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 30th day of October, 2008.

                                     /s/ Joseph M. Bruno
                                     Joseph M. Bruno