# EXHIBIT 11

# STATEMENT OF WORK
## DEMOLITION AND SITE PREPARATION
### FOR
## INNER HARBOR NAVIGATION CANAL LOCK REPLACEMENT
### PROJECT
### EAST BANK INDUSTRIAL AREA
### NEW ORLEANS, LOUISIANA

Contract Number DACA56-94-D-0021

MK Task Order Number 0026

1 Jun 99

1. **General**.  The Contractor shall furnish all services, materials, supplies, labor, and travel, as required, in connection with the coordination and technical review of site documents for the remediation and demolition of the east bank of the Inner Harbor Navigation Canal (IHNC) between Claiborne and Florida Avenues, from the IHNC east to the floodwall. Interagency partners involved in this project consists of the US Army Corps of Engineers Tulsa District, US Army Corps of Engineers New Orleans District and Morrison Knudsen Corporation.

2. **Site History**.  The East Bank Industrial Area consists of inactive and active industrial sites leased to private operators by the Port of New Orleans on the east side of the IHNC along Surekote Road.  Specific sites include: Boland Marine, McDonough Marine, Indian Towing, Distributor's Oil, Mayer Yacht, Saucer Marine, and International Tank Terminal.  Most of these sites have been abandoned by Port tenants; however, two sites still have current leases with the Port.  The project property will be purchased by USACE and the current tenants will be relocated by the Port.  The 36-acre project site includes approximately 50 above-ground buildings, 35 additional concrete slabs, 10 abandoned barges, wharves, bulkheads, fencing, paved areas, trash piles, above ground storage tanks(ASTs), underground storage tanks(USTs), transformer units, miscellaneous equipment, and debris.  Previous investigations have shown lead-based paint, asbestos, and PCBs in the above-ground structures, creosote-treated timbers along the wharves and bulkheads, and soil contaminated with products and wastes utilized by the marine service industry including oil, petroleum fuel, arsenic, and lead associated with sand blasting.  Other unknown debris and contaminants may exist at the site.

3. **Project Requirements**.  The Contractor shall furnish all engineering services, materials, supplies, labor, as required, in connection with the technical review of site documents, attendance at site meetings and travel necessary for the period of approximately 21 June 99 through 30 Sep 99 associated with the demolition and

WGI000005

remediation of the east bank of the Inner Harbor Navigation Canal (IHNC). In addition to reviewing the site documents the Contractor shall prepare a comprehensive report recommending the scope and duration of the remediation and demolition that will be required, including any data gaps that may need to filled by sampling or other investigations.

4. **Project Changes**. Amendments, additions, or changes proposed by the Contractor as part of this task order shall be reviewed, annotated and approved by the Contracting Officer prior to field implementation. Requests for changes shall be submitted to the Contracting Officer or the Contracting Officer's Representative (COR) in the form of Contractor Information Requests (CIR). A standard form shall include the date of request, CIR sequence number, problem identification, explanation and nature of problem, resolutions, cost and schedule impacts, and recommendations. The form shall be signed by the Contractor's representative with space for a Government response. The work shall incorporate the requirements as discussed in any pre-proposal and site visit conference(s) and all data included in Government-furnished material.

5. **Project Schedule**. Duration is in calendar days.

| | | |
|---|---|---|
| 5.1 | Work Allocation Document Setup | Seven days after T.O. award |
| 5.2 | Technical Review of Site Documents and recommendation report | 21 June 99 - 30 Sep 99 |
| 5.3 | Close-out | Seven days after completion of T.O. |

6. **Government-Furnished Information**.

The USACE, New Orleans District will provide one (1) copy of the following site documents for the Contractor's technical review and use in preparation of the recommendation report:

- 1992, "A Land Use History of Areas Adjacent to the Inner Harbor Navigation Canal Lock, New Orleans, Final Report," submitted to USACE-NOD by Christopher R. Goodwin and Associates.

- 1997, USACE-NOD, Assessment of Potential Hazardous, Toxic and Radiological Wastes: Part I - HTRW Initial Assessment Report and Part II - Sampling and Analysis Report, in "Draft Evaluation Report: Mississippi River - Gulf Outlet New Lock and Connecting Channels," Volume 5, Appendix C.

- 1994, "IHNC Drums and Containers Testing, Collection and Disposal: Saucier Marine, Indian Towing and Boland Marine Sites, Final Report," submitted to the Board of Commissioners of the Port of New Orleans by Materials Management Group, Inc.

WGI000006

- 1997, USACE-NOD, Environmental, Section 3 - Section 404(B)(1) Evaluation, Volume 6, Appendix D.

- 1999, "Final Submittal, Demolition Design Memorandum Input, Demolition of Buildings, Foundations, and Facilities Along the Inner Harbor Navigation Canal for the Lock Replacement," submitted to USACE-NOD by Waldemar S. Nelson and Co., Inc.

- 1999, "Above-Ground Structures Report: Environmental Support to Inner Harbor Navigation Canal, New Lock and Connecting Channels," Final Draft submitted to USACE-NOD by Dames & Moore.

- 1999, "Mixed-Waste Mounds: Environmental Support to Inner Harbor Navigation Canal, New Lock and Connecting Channels," Final Draft submitted to USACE-NOD by Dames & Moore.

- 1999, " Above-Ground Storage Tanks Report: Environmental Support to Inner Harbor Navigation Canal, New Lock and Connecting Channels," Final Draft submitted to USACE-NOD by Dames & Moore.

- 1998, "Secondary Limited Site Assessment, Distributor's Oil Company Former Bulk Plant," Hydrodyne Environmental Inc.

- 1994, Reports submitted to Louisiana Oil Spill Coordinator's Office on abandoned barges #36-039 through 36-047.

- (In preparation) "Contaminated Soils Investigation," by Dames & Moore.

- (In preparation) "Sampling, Testing, and Disposal Requirements for Shoreline Sediments and Abandoned Barges," by Dames & Moore.


7. **Work Sequencing and General Performance**. The time for completion of the work from commencement of task order activities shall not exceed 102 calendar days.

8. **Reports**. In addition to the reports required by the Basic Contract, the Contractor shall provide the following reports:

8.1 **Monthly Cost Reports**. The Contractor shall submit monthly cost reports to USACE, New Orleans District. The Contractor shall include in the cost reports all field and home office costs.

8.2 **Recommendations Report**. The Contractor shall submit a draft and final recommendations report to USACE, New Orleans District.

9. **Contractor Quality Control (CQC).** The Contractor shall provide the assurance that required levels of quality are being achieved throughout all design and coordination work, including work performed by subcontractors.

10. **Points of Contact.** The USACE Construction Manager will be Mr. Lee Guillory, 504-862-2934 and the USACE COR will be Mr. Ward C. Purdum, Jr., 504-862-1241. Any questions concerning technical issues, contract administration, billing, and payment should be directed to Mr. Guillory. The Contracting Officer is Mr. John Weatherly, (918) 669-7281. All contract questions should be directed to Mr. Weatherly.

11. **Distribution of Submittals.**

    11.1 Copies of technical comments, submittals, monthly reports, etc. shall be mailed to:

        U.S. Army Corps of Engineers, New Orleans District
        ATTN: Mr. Lee A. Guillory - CEMVN-CD-QM
        Post Office Box 60267
        New Orleans, LA 70160-0267

        The street address for priority mail is:

        7400 Leake Avenue
        New Orleans, LA 70118

    11.2 Subcontract Consent/Notification of Award packages shall be submitted as follows:

        Original to:

        U.S. Army Corps of Engineers, Tulsa District
        ATTN: Mr. John Weatherly - CESWT-CT-M
        Post Office Box 61
        Tulsa, OK 74121-0061

        The street address for priority mail is:

        1645 S. 101st E. Ave.
        Tulsa, OK 74128-4629

        Copy to: Mr. Guillory

    11.3 Cost schedule reports will be submitted as follows:

        Original to Mr. Guillory
        Copy to Mr. Weatherly

Copy to Mr. Rex Ostrander, same address as Mr. Weatherly, except CESWT-EC-E

11.4 Vouchers will be submitted as follows:

Original SF1034, SF1035 and certification FedExed to DCAA/with FedEx
envelope to Mr. Guillory
Copy of SF1034, SF1035, certification and highlighted back-up data FedExed to
Mr. Guillory

11.5 WAD and travel requests shall be sent to Mr. Guillory.

11.6 Percent complete reports for Fixed/Base Fee/Award Fee (all T.O.s)

Original to Mr. Ostrander
Copy to Mr. Guillory

11.7 Percent complete reports for Fixed/Base Fee/Award Fee (all T.O.s)

Original to Mr. Ostrander
Copy to Mr. Guillory

11.8 Form 743R, Monthly Exposure Reports to Mr. Guillory.

12. **Task Order Close-out**. Within seven (7) days after substantial completion of the
work, the Contractor shall coordinate close-out with the COR. The COR will prepare a
punch-list of items that the Contractor is responsible for correcting within five (5) days of
receiving the punch-list.

13. **General Provisions**. See Contract DACA 56-94-D-0021.

WGI000009

# EXHIBIT 12

**PART A**

December 2, 1999

# RECOMMENDATION REPORT FOR DEMOLITION AND SITE PREPARATION ACTIVITIES OF THE EAST BANK INDUSTRIAL AREA OF THE INNER HARBOR NAVIGATION CANAL LOCK REPLACEMENT PROJECT - NEW ORLEANS, LOUISIANA

*Prepared for*



**US Army Corps of Engineers**

## New Orleans District

**Under Contract to**
**U.S. Army Corps of Engineers – Tulsa District**
**Total Environmental Restoration Contract**
**DACA56-94-D-0021**          **Task Order #0026**

*By*



MORRISON KNUDSEN CORPORATION

WGI038704

Recommendation Report for Demolition and Site Preparation Activities of the
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

**1.0 EXECUTIVE SUMMARY** ........................................................................................**1-1**

**2.0 INTRODUCTION** ...............................................................................................**2-1**

**3.0 BACKGROUND INFORMATION** ......................................................................**3-1**

   3.1 DOCUMENTS AND REPORTS............................................................................3-1
      *3.1.1 USACE – New Orleans District Supplied Reports.....................................3-1*
         3.1.1.1 "Assessment of Potential Hazardous, Toxic and Radiological Waste, Volume 5 of 9, Appendix C" [1] 3-1
         3.1.1.2 "Environmental Evaluation, Volume 6 of 9, Appendix D" [2] .......3-2
         3.1.1.3 "Demolition Design Memorandum Input" [3] ..............................3-2
         3.1.1.4 "Above-Ground Structures Report" [4] .......................................3-8
         3.1.1.5 "Mixed-Waste Mounds" [5] ......................................................3-9
         3.1.1.6 "Above-Ground Storage Tank Report" [6] .................................3-9
         3.1.1.7 "Statewide Abandoned Vessel Inventory" [7] ...........................3-10
         3.1.1.8 "IHNC Drums Report" [8] ......................................................3-10
         3.1.1.9 "Land Use History Report" [9] ................................................3-11
      *3.1.2 Port of New Orleans Supplied Reports.....................................................3-11*
         3.1.2.1 "Boland Marine UST Closure Report" ......................................3-11
         3.1.2.2 "McDonough Marine UST Closure Report" ..............................3-11
         3.1.2.3 "Saucer Marine UST Closure Report"......................................3-11
   3.2 MEETINGS.....................................................................................................3-12
      *3.2.1 USACE Kickoff Meeting...........................................................................3-12*
      *3.2.2 Port of New Orleans Meeting....................................................................3-12*
      *3.2.3 LDEQ Meeting.........................................................................................3-12*

**4.0 OBSERVATIONS AND DISCUSSION** ...............................................................**4-1**

   4.1 PROJECT ASSUMPTIONS...................................................................................4-3
   4.2 REGULATORY CONSTRAINTS............................................................................4-4
   4.3 PROJECT ALTERNATIVES..................................................................................4-5
      *4.3.1 Soil Treatment and Disposal Options........................................................4-5*
         4.3.1.1 Thermal Treatment ...................................................................4-5
         4.3.1.2 Land Farming ..........................................................................4-5
         4.3.1.3 Chemical Treatment .................................................................4-5
      *4.3.2 Off-Site Disposal at the MRGO Disposal Site............................................4-6*

**5.0 RECOMMENDATIONS** ...................................................................................**5-1**

   5.1 RAMP-UP......................................................................................................5-1
      *5.1.1 Mobilization.............................................................................................5-1*
      *5.1.2 Project Plans and Procedures...................................................................5-1*
         5.1.2.1 Project Work Plan.....................................................................5-2
            5.1.2.1.1 Description of Project....................................................5-2
            5.1.2.1.2 Project Location...........................................................5-2
            5.1.2.1.3 Performance Standards.................................................5-2
            5.1.2.1.4 Equipment Applications.................................................5-2
            5.1.2.1.5 Detailed Engineering.....................................................5-2
            5.1.2.1.6 Procurement................................................................5-3
            5.1.2.1.7 Scheduling .................................................................5-3
            5.1.2.1.8 Demolition ..................................................................5-3
         5.1.2.2 Waste Management Plan ...........................................................5-3
            5.1.2.2.1 Waste Stream Identification...........................................5-5
            5.1.2.2.2 Storage of Waste.........................................................5-5
            5.1.2.2.3 Removal of Waste.........................................................5-6
            5.1.2.2.4 Disposal of Waste........................................................5-6
         5.1.2.3 Storm Water Pollution Prevention Plan......................................5-6
            5.1.2.3.1 Identification of Sources, Pathways and Receptors............5-6
            5.1.2.3.2 Minimization Methodology.............................................5-7
            5.1.2.3.3 Treatment Methodology.................................................5-7

WGI038705

Recommendation Report for Demolition and Site Preparation Activities of the
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

| | 5.1.2.4 | Sampling and Analysis Plan | 5-7 |
| | 5.1.2.5 | Contractor Quality Control Plan | 5-7 |
| | 5.1.2.5.1 | Organization and Responsibilities | 5-8 |
| | 5.1.2.5.2 | Objectives for Management Preventive Maintenance and Corrective Actions | 5-8 |
| | 5.1.2.6 | Site Safety & Health Plan | 5-8 |
| | 5.1.2.6.1 | Site, Task and Operation Conditions | 5-8 |
| | 5.1.2.6.2 | Training | 5-9 |
| | 5.1.2.6.3 | Personal Protective Equipment | 5-9 |
| | 5.1.2.6.4 | Medical Surveillance Requirements | 5-9 |
| | 5.1.2.6.5 | Frequency and Types of Monitoring | 5-9 |
| | 5.1.2.6.6 | Site Control Measures | 5-9 |
| *5.1.3* | | *Identify and Assign Site Activity Locations* | *5-10* |
| | 5.1.3.1 | Laydown Areas | 5-10 |
| | 5.1.3.2 | Accumulation Areas | 5-10 |
| | 5.1.3.2.1 | Daily Onsite Accumulation Areas | 5-11 |
| | 5.1.3.2.2 | Onsite Staging Areas | 5-11 |
| | 5.1.3.2.3 | Barge Area | 5-11 |
| | 5.1.3.2.4 | Onsite Load-out Area | 5-11 |
| | 5.1.3.2.5 | Waste Transportation | 5-11 |
| | 5.1.3.2.6 | Offsite Load-out Area | 5-11 |
| | 5.1.3.3 | Utility Requirements | 5-12 |
| | 5.1.3.4 | Office Areas | 5-12 |
| | 5.1.3.5 | Potential Work Zones | 5-12 |
| | 5.1.3.6 | Traffic Routes | 5-12 |
| | 5.1.3.7 | Fencing and Security | 5-12 |
| *5.1.4* | | *Permitting Procedures* | *5-13* |
| *5.1.5* | | *Subcontracting* | *5-13* |
| 5.2 | | DISCONNECT UTILITIES | 5-14 |
| 5.3 | | TRASH, DEBRIS, VEGETATION AND OTHER | 5-15 |
| *5.3.1* | | *Vegetation* | *5-16* |
| *5.3.2* | | *Storage and Conex Boxes* | *5-16* |
| *5.3.3* | | *Abandoned Equipment* | *5-16* |
| *5.3.4* | | *Treated Timber* | *5-16* |
| *5.3.5* | | *Bulkheads* | *5-17* |
| *5.3.6* | | *Trailers* | *5-17* |
| *5.3.7* | | *Material and Waste in Containers* | *5-17* |
| 5.4 | | ABOVE GROUND ENVIRONMENTAL CONCERNS | 5-17 |
| *5.4.1* | | *Above Ground Storage Tanks (ASTs)* | *5-17* |
| *5.4.2* | | *Asbestos Containing Materials (ACM)* | *5-18* |
| *5.4.3* | | *Polychlorinated Biphenyls (PCBs)* | *5-20* |
| *5.4.4* | | *Lead* | *5-20* |
| *5.4.5* | | *Fluorescent Light Bulbs, Mercury, Batteries, Smoke Detectors and CFC* | *5-21* |
| *5.4.6* | | *Creosote Treated Timber* | *5-21* |
| 5.5 | | STRUCTURE DEMOLITION | 5-21 |
| 5.6 | | BARGES | 5-24 |
| 5.7 | | RECAP | 5-24 |
| 5.8 | | SITE INVESTIGATION SAMPLING | 5-25 |
| 5.9 | | JORDAN STREET WHARF | 5-26 |
| 5.10 | | SURFACE CLEANUP | 5-26 |
| 5.11 | | GEOPHYSICAL SURVEY | 5-26 |
| 5.12 | | GRID TRENCHING | 5-27 |
| 5.13 | | SOIL REMEDIATION | 5-27 |
| 5.14 | | CONFIRMATORY SAMPLING | 5-28 |
| 5.15 | | EXCAVATION OF RECAP NON-COMPLIANT SOILS | 5-28 |
| 5.16 | | BANK AND ROAD REMOVAL | 5-28 |
| 5.17 | | DEMOBILIZATION | 5-28 |
| 5.18 | | COMPLETION REPORT | 5-28 |

WGI038706

Recommendation Report for Demolition and Site Preparation Activities of the
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

5.18.1  Synopsis of Demolition and Site Preparation Activities...................................................5-29
5.18.2  Demonstration that Criteria for Demolition and Lock Replacement Site Preparation Have Been
Met    5-29
5.18.3  Summary of Inspection Findings.................................................................................5-29
5.18.4  Summary of Total Operation......................................................................................5-29

6.0   CONCLUSION ............................................................................................................6-1

6.1   DATA GAP TASKS.......................................................................................................6-2
6.2   SOW DATA GAPS........................................................................................................6-3

APPENDICES
        Appendix A    Schedule
        Appendix B    List of Documents
        Appendix C    Drawings
        Appendix D    Data Gap Tasks
        Appendix E    SOW Data Gaps

WGI038707

Recommendation Report for Demolition and Site Preparation Activities of the
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

## 1.0    Executive Summary

This Recommendation Report for demolition and preparation activities at the Inner Harbor
Navigation Canal (IHNC) is in response to a Scope of Work (SOW) provided by the U.S.
Army Corps of Engineers designated as the Morrison Knudsen Corporation (MK) Task
Order 0026 of the Total Environmental Restoration Contract (TERC) / DACA56-94-D-0021.

Purpose of the report - The report presents recommendations regarding scope and duration of
remediation / demolition activities on the eastern side of the IHNC between Florida and
Claiborne Avenues along Surekote Road.

The report provides the following:
* Review of previously submitted reports
* Background information
* Observations and Discussion
* Recommendations
* Conclusions
* Appendices

Key Problems Addressed - Besides establishing a chronological approach to the demolition
and preparation of the site, the report identifies work methodologies for the 32-acre project
site. This site includes approximately 50 above ground buildings, 35 additional concrete
slabs, 10 abandoned barges, wharves, bulkheads, fencing, paved areas, above ground storage
tanks, transformer units, miscellaneous equipment and debris. Associated environmental
concerns are lead-based paints, asbestos, PCBs, creosotes in timbers and pilings,
contaminated soils, arsenic, and lead.

Special Conditions and Situations - The demolition and preparation of the IHNC Industrial
Area will include adherence to appropriate cleanup levels determined in accordance with the
Louisiana Department of Environmental Quality (LDEQ) Risk Evaluation and Corrective
Action Program (RECAP). The cleanup levels are not known at this time.

Data Gaps – Based on review of the provided documents a number of data gaps have been
identified that will affect the overall schedule, cost and scope of work. The Data Gaps are
identified throughout the report and have been brought together in Section 6, Conclusions.

Main Conclusions - The approach to demolition and preparation of the IHNC Industrial Area
is reasonably straightforward. The demolition of the above ground structures is the central
construction task with environmental peripherals affecting all efforts of the resulting site
preparation. There are currently several major project unknowns such as cleanup levels and
piling removal which when determined will decide level of effort. However, based on
current site information the estimated project duration is 20.09 months.

---

WGI038708

Recommendation Report for Demolition and Site Preparation Activities of the
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

## 2.0    Introduction

This Recommendation Report (Report) for demolition and site preparation activities at the
Inner Harbor Navigation Canal – East Bank Industrial Area – New Orleans, Louisiana is
presented in accordance with the scope of work (SOW) provided by the U.S. Army Corps of
Engineers (USACE), dated 2 June 1999. The contract for this SOW is designated as the
Morrison Knudsen Corporation (MK) Task Order 0026 of the TERC / DACA56-94-D-0021.

The purpose of the Report is to present a comprehensive recommendation regarding the
scope and duration of remediation and demolition activities. In addition, any data gaps that
may need to be filled by sampling or other investigations to take place at the general
industrial area on the east side of the Inner Harbor Navigational Canal (IHNC). This
industrial area is located between Florida Avenue and Claiborne Avenue and west of the
floodwall located between Surekote Road and Jordan Avenue (hereinafter referred to as the
Industrial Area). The Industrial Area is one portion of the overall construction of a new lock
system between the Mississippi River and Florida Avenue.

The 32-acre project site (Figure 2-1) includes approximately fifty- (50) above-ground
buildings, thirty-five- (35) additional concrete slabs, ten- (10) abandoned barges, wharves,
bulkheads, fencing, paved areas, trash piles, above ground storage tanks, transformer units,
miscellaneous equipment and debris. Previous investigations have shown lead-based paint,
asbestos, and PCBs in the above ground structures and creosote-treated timbers supporting
the wharves, bulkheads and buildings. The soils are contaminated with products used and
waste generated by the marine service industry including oil, petroleum fuel, possible
arsenic, and heavy metals associated with sand blasting. Other unknown debris and
contaminants may exist at the site.

Previously submitted reports (discussed in Section 3.1.1), regulatory constraints, geographic
location and observations predicate the methodology presented in this report. The
methodologies have been chosen based on observations, discussion and project assumptions
presented in following sections.

The general principles used to develop the recommended SOW are grounded on concepts
that include fast-tracking, concurrent operations, a systematic approach and value
engineering.

WGI038709

Recommendation Report for Demolition and Site Preparation Activities of the
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

**Figure 2-1     Site Location Map**

WGI038710

Recommendation Report for Demolition and Site Preparation Activities of the
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

## 3.0    Background Information

### 3.1    Documents and Reports

One of the tasks assigned to MK was to consolidate the information collected by the USACE
and Port of New Orleans (PNO) in order to identify the documents that directly address
issues associated with site preparation activities for this Report. A description of the relevant
items in each reviewed report will be discussed.  For a detailed reference of the following
reports see Appendix B -- List of Documents.

#### 3.1.1   USACE – New Orleans District Supplied Reports

##### 3.1.1.1    "Assessment of Potential Hazardous, Toxic and Radiological Waste, Volume 5 of 9, Appendix C" [1]

The primary objective of the assessment was to address the existence of or
potential for contamination on the (1) project area, including structures and
submerged lands in the project area and (2) off-site contamination that could
impact the project area.  The Assessment Report contained two parts: Part I,
HTRW Initial Assessment Report and Part II, Sampling and Analysis Report.

Part I followed the procedure of a Hazardous, Toxic and Radioactive Waste
Initial Assessment and included:

Agency reviews (EPA, LDEQ, LDNR, State Police, Fire Departments and
Public Works),
Land Use/History studies,
Visual site surveys.

No conclusions were made in the Initial Assessment Report.

The Part II study undertook a phased approach to sampling the Industrial
Area. A passive soil gas survey and a photo ionization detector (PID)was
undertaken, followed by confirmatory sampling and analysis of soils and
groundwater.  The analytical data indicated that the majority of the soils (top
five feet) to be excavated from the Industrial Area is non-hazardous and will
require disposal at an industrial landfill. The groundwater was impacted but,
the concentration and size of the contaminant plume was not determined.

Data Gap – Contamination Plume Identification

The Part II Study was performed to determine if contaminated soil and
groundwater were present within the Industrial Area. The study identified that
contamination basically exists within the top five- (5) feet of the Industrial

WGI038711

Recommendation Report for Demolition and Site Preparation Activities of the
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

Area. The study did not; however, identify the extent of contamination (i.e.
contamination plume areas and depths). The study also limited screening to
volatiles through the use of a PID. As a number of the businesses occupying
the Industrial Area were identified as providing sandblasting and marine
support services, field screening should have also performed for semi-volatiles
and metals. In addition the study was developed prior to the implementation
of the current LDEQ RECAP Standards. Closure of the site will be required
to meet RECAP Standards. The importance of the RECAP Standards are
discussed in greater detail in Section 5.7. To adequately determine the
quantities of soils that will need to be disposed at an industrial landfill or other
final soil disposition sites, the contamination plumes will need to be identified
and defined. Refer to Section 6 for recommended methodologies for
resolution of this data gap.

**3.1.1.2    "Environmental Evaluation, Volume 6 of 9, Appendix D" [2]**

The report discussed Cultural Resources, Threatened & Endangered Species,
Section 404(b)(1) Permit, Coastal Zone Consistency Determination, Farmland
Protection, Air Quality, Noise Impact and Fish & Wildlife Mitigation. Within
some of these sections the final disposition of the soils removed from the
entire Lock Project was discussed. It was noted that the excavated soil from
the top five– (5) feet of the Industrial Area would probably need to go to an
industrial landfill. Sediments and lesser-contaminated soils would be sent to
the Mississippi River Gulf Outlet (MRGO) disposal area. The MRGO
disposal area is a tract of land that was used to dispose of dredged material
from the construction of the MRGO.

Data Gap – Utilization of the MRGO Disposal Area

This report states that the lesser contaminated and non-contaminated soils
would go to the MRGO disposal area or other areas as justified in the
404(b)(1) Evaluation. Utilization of the soils at the MRGO disposal area is
questionable. The first document does not provide justification for acceptance
of the soils at each of the referenced areas. Second, this statement was made
prior to the implementation of the RECAP Standards for the re-use of soil.
Refer to Section 6 for recommended methodologies for resolution of this data
gap.

**3.1.1.3    "Demolition Design Memorandum Input" [3]**

The primary objective of the above referenced report was to identify the
building, structures, items and areas that will need to be demolished, cleared,
transported and/or disposed as a part of the future development of the
Industrial Area. An identification system was used to catalog areas of concern
(i.e. structure, vehicles, trash, etc.). Table 3-1 - Demolition Inventory presents
a detailed description of the items. This table is taken from the document.

WGI038712

*Recommendation Report for Demolition and Site Preparation Activities of the*
*East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project*
*New Orleans, Louisiana*

Each item has been given an identification number ("No." column). These identification numbers have been included on Figures 3-1 and 3-2 (Appendix C) to identify each item listed in Table 3-1. The report identified environmental issues that will need to be addressed prior to building demolition. The environmental issues are asbestos, PCBs, creosote piles and power poles and oil stained concrete. Procedures for minimizing noise, dust and waste transportation were discussed. The report also provides an estimated schedule and projected cost to complete the demolition of the Industrial Area.

**Table 3-1      Reference 3 - Demolition Inventory (as of February 1999)**

| NO. | DESCRIPTION | BASELINE STATION | SIZE | HEIGHT | DETAILS |
|---|---|---|---|---|---|
| A1 | PLOWABLE AREA (ALONG SUREKOTE ROAD) | 21 ACRES | | NA | |
| 1 | CONCRETE SLAB | 81+01 | 65' X 100' | NR | ANCHOR SLAB |
| 2 | CONCRETE SLAB | 79+81 | 40' X 45' | NR | ELEVATED SLAB |
| 3 | ELECTRICAL SERVICE | 80+33 | 6' W | 10' | ON POLES |
| 4 | DOCK ENTRANCE | 79+21 | 25' X 50' | NR | |
| 4A | CONCRETE BERM | 70+00 - 80+00 | 1000' X 10' | 3' | BREAKWATER ALL ALONG BOLAND WATERFRONT |
| 5 | CONCRETE FOUNDATIONS | 79+01 | 25' X 12' | 2 @ 3' X 3' | ON SLAB |
| 6 | METAL BLDG. ON SLAB | 78+33 | 70' X 70' | 35' H | FULL OF PALLETS – QUONSET HUT TYPE |
| 6A | METAL BLDG. ON SLAB | 78+91 | 50' X 50' | 25' H | FULL OF PALLETS - ON CASTERS |
| 7 | METAL BLDG. ON SLAB | 76+67 | 125' X 80' | 28' H | FULL OF PALLETS |
| 7A | SLAB – PARTIALLY UNDER TWO BUILDINGS | 77 + 50 | 185' X 100' | NR | BUILDINGS # 6 & #6A ARE ON THIS SLAB |
| 8 | CONCRETE SLAB | 77+56 | 40' X 20' | NR | HEAVY EQUIP. FDN. WITH STEEL IMBEDS |
| 8A | CONCRETE SLAB | 77+56 | 20' X 20' | NR | HEAVY EQUIP. FDN. WITH STEEL IMBEDS |
| 9 | CONCRETE SLAB | 77+09 | 60' X 40' | NR | HEAVY EQUIP. FDN. WITH STEEL IMBEDS |
| 10 | ELECTRICAL SERVICE | 77+73 | 12' W | 12' | ON STEEL SHELTER |
| 11 | METAL BLDG. ON PIERS | 76+31 | 60' X 40' | 26' H | |
| 12 | DOCK ENTRANCE | 75+53 | 25' X 50' | NR | BARRELS OF TRASH ALONG DOCK |
| 13 | METAL BLDG. ON SLAB | 75+07 | 50' X 40' | 21' H | FULL OF PALLETS / FORMER SUPPLY BLDG. |
| 14 | METAL BLDG. ON SLAB | 73+65 | 220' X 100' | 28' H | FULL OF PALLETS |
| 15 | GUARD SHACK | 75+35 | 10' X 10' | 15' H | ON SKID |
| 16 | RAISED COVERED PLATFORM | 74+42 | 24' X 18' | 17' H | |
| 17 | METAL BLDG. ON SLAB | 75+83 | 25' X 12' | 6' H | EMPTY BLDG. ON SLAB |
| 18 | TANK ON CONC SLAB | 75+33 | 10' LG X 5' DIA | | |
| 19 | VALVE SITE | 75+25 | 5' X 5' | NR | 3 RISERS |
| 20 | ELECTRICAL SERVICE | 75+33 | 8'W | 5' H | |
| 21 | METAL BLDG. ON SLAB | 74+93 | 35' X 20' | 15' H | WITH 10' X 14' HVY EQUIP FDN - FORMER GENERATOR BLDG. |
| 22 | WOOD FRAMED METAL SHED | 78+13 | 25' X 10' | 10' H | FALLING DOWN / WITH ELECT. SERVICE PANELS |
| 23 | METAL BLDG. ON SLAB | 73+83 | 60' X 30' | 20' H | TRASH INSIDE / COULD NOT SEE INSIDE WELL |
| 24 | STEEL FRAME DECK W/ PLATE | 74+19 | 12' X 8' | 4' H | FORMER BOTTLE STORAGE |
| 25 | RAISED STEEL FRAMED SLAB | 72+42 | 20' X 25' | 1' H | EQUIPMENT SUPPORT FOUNDATION |

WGI038713

Recommendation Report for Demolition and Site Preparation Activities of the
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

| NO. | DESCRIPTION | BASELINE STATION | SIZE | HEIGHT | DETAILS |
|---|---|---|---|---|---|
| 26 | DOCK ENTRANCE | 72+05 | 25' X 50' | NR | BARRELS OF TRASH ALONG DOCK |
| 27 | WOOD FRAMED METAL SHED | 71+82 | 20' X 20' | 17' H | TWO OLD COMPRESSORS INSIDE |
| 28 | CONCRETE SLAB | 72+77 | 20' X 30' | NR | |
| 29 | CONCRETE SLAB | 73+47 | 20' X 15' | NR | |
| 30 | CONCRETE SLAB | 73+37 | 25' X 10' | NR | |
| 31 | CONCRETE SLAB | 72+45 | 30' X 140' | NR | SMALL STEEL PLATES ON TOP OF SLAB |
| 32 | ELECTRICAL SERVICE | 73+15 | 6' W | 8' H | ON STEEL FRAME - WITH 7 OUTLET PANELS |
| 33 | CONCRETE RAMP | 71+42 | 15' X 45' | NR | |
| 34 | FENCE – CHAIN LINK - 8' H | 71+69 | 20' X 20' | 8' H | 6 TRANSFORMERS INSIDE - WINDINGS MISSING FROM TRANS. |
| 35 | TRASH PILE | 71+29 | 30' X 30' | NR | APPLIANCES, SOME STEEL AND LARGE PUNCH EQUIPMENT |
| 36 | METAL BLDG. ON SLAB | 70+71 | 150' X 100' | 40' H | WAREHOUSE IN USE BY BOLAND MARINE |
| 37 | CONCRETE AREA - NOT A SLAB | 69+95 | 40' X 40' | NR | |
| 38 | TRASH PILE | 70+64 | 10' X 10' | 6'H | LUMBER |
| 39 | TRASH PILE | 70+37 | 7' X 7' | NR | HEAVY STEEL / LARGE GATE VALVES |
| 40 | STEEL BARGE | 71+63 | 40' X 80' | NR | MOSTLY SUNKEN |
| 40 A | HORIZONTAL STEEL TANK | 71 + 70 | 4' DIA X 12' LG | | PROBABLY AN AIR RECEIVER |
| 41 | WOOD FRAMED SHED | 71+81 | 4' X 25' | 8'H | ELECTRICAL EQUIPMENT SHED |
| 41A | FENCE – CHAIN LINK - 8' H | | L – 3630' | 8'H | |
| 42 | METAL FRAMED PLATED RAMP | 72 + 00 | 12' X 8' | NR | |
| 42 A | DOCK / JOURDAN AVE WHARF | 71+63  79+65 | 805' X 30' | NR | 7 LIGHT POLES, HEAVY MOORING BITS, 25 DRUMS, PIPE & TIMBER |
| 43 | BULKHEAD | 69+67 | L = 290' | NR | |
| 44 | SLAB W / TANK | 68+93 | 12' X 20' | NR | ACTIVE W 4' H. FENCE AROUND |
| 45 | WOOD BUILDING – OFFICE | 67+37 | 60' X 80' | 30' H | |
| 46 | STEEL CARPORT | 68+41 | 90' X 16' | 8' H | OLD BARGE COVERS |
| 47 | METAL BLDG. ON SLAB | 67+63 | 75' X 25' | 15' H | WAREHOUSE IN USE BY McDONOUGH MARINE |
| 48 | STEEL CARPORT | 67+83 | 70' X 16' | 8' H | OLD BARGE COVERS |
| 49 | STEEL CARPORT | 65+69 | 110' X 16' | 8' H | OLD BARGE COVERS |
| 50 | CONCRETE SLAB | 69+75 | 15' X 30' | NR | |
| 51 | STEEL SHELTER | 68+81 | 24' X 30' | 10' H | |
| 52 | STEEL BUILDING | 68+55 | 20' X 30' | 10' H | |
| 53 | STEEL BUILDING | 68+55 | 20' X 30' | 15' H | |
| 54 | OLD CRANE | 68+85 | 15' X 15' | NR | INOPERABLE |
| 55 | TRASH PILE AND ABANDONED SHELTER | 69+19 | 25' X 50' | NR | HEAVY STEEL & DEBRIS |
| 55A | BULKHEAD | | L = 320' | NR | |
| 56 | STEEL SHELTER | 67+87 | 50' X 35' | 10' H | ON STEEL PLATEN |
| 56 A | HEAVY STEEL PLATEN | | 50' X 50' | 16' H | |
| 57 | PILE OF TIMBERS | 67+87 | 10' X 15' | 4' H | |
| 58 | STEEL BUILDING WITH TANK | 67+41 | 30' X 8' | 14' H | ON SKID |
| 59 | STACK OF 3 OLD STEEL BARGES | 67+29 | 40' X 15' | 12' H | WITH 2 - 2' SQ X 40' STEEL SPUDS |
| 60 | WOOD BUILDING | 66+83 | 20' X 20' | 12' H | |
| 61 | TANK ON CONC SLAB | 66+97 | 3' X 8' ON | NR | WITH 4' H CHAIN LINK FENCE |

WGI038714

Recommendation Report for Demolition and Site Preparation Activities of the
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

| NO. | DESCRIPTION | BASELINE STATION | SIZE | HEIGHT | DETAILS |
|---|---|---|---|---|---|
| | | | 10'X15' SLAB | | |
| 62 | STEEL SHELTER | 67+03 | 20' X 20' | NR | OVER WASTE OIL SKID |
| 63 | METAL BUILDING | 67+03 | 12' X 12' | 10' H | W / WOOD FRAME |
| 64 | STEEL SHELTER SKID | 65+95 | 30' X 16' | NR | W / 2 TANKS - GAS AND PAINT THINNER |
| 65 | OLD TRUCK | 65+95 | | NR | INOPERABLE |
| 66 | STEEL SHELTER OVER STEEL SKID | 66+15 | 16' X 20' | NR | LG. AIR COMPRESSOR & FUEL TANK ON SKID |
| 67 | TRASH PILE | 65+57 | 25' X 25' | 4' H | WOOD AND STEEL DEBRIS |
| 68 | ELECTRICAL SERVICE | 66+27 | 4' W | 3' H | ON POWER POLE |
| 69 | FIBERGLASS BOAT | 65+48 | 24'LG | NA | OLD EUROPEAN - MADE LIFEBOAT |
| 70 | STEEL BUILDING | 65+57 | 12' X 12' | 8' H | STEEL BOX FROM A SHIP ON A SKID |
| 71 | STACKS OF BARGE COVERS & WASTE TIMBERS | 65+49 | 35' X 100' | NR | STEEL BARGE COVERS & TIMBER CRANE MATS |
| 72 | STEEL CONTAINER | 65+29 | 40' X 10' | 9' H | |
| 73 | CONCRETE SLAB | 64+90 | 40' X 80' | NR | |
| 74 | CONCRETE BLOCK BUILDING WITH SLAB | 64+21 | 110' X 60' | 19' H | PRECAST CONCRETE ROOF |
| 75 | METAL BUILDING | 63+83 | 20' X 80' | 13' H | |
| 76 | METAL BUILDING | 63+27 | 90' X 80' | 35' H | |
| 77 | CONCRETE SLAB | 64+05 | 80' X 100' | NR | |
| 78 | CRANE | 62+89 | NA | NA | A - FRAME SHAPE - MISSING BOOM |
| 79 | CONCRETE SLAB | 62+73 | 15' X 65' | NR | |
| 80 | CONCRETE RAMP | 63+74 | 25' X 45' | NR | FOR INACTIVE LOADING DOCK |
| 81 | CONCRETE SLAB | 63+74 | 25' X 30' | NR | TO INACTIVE LOADING DOCK |
| 82 | NUMEROUS STEEL BARGES | 54+14  57+08 | TOTAL:30' X 350' | NR | PARTIALLY SUNKEN |
| 83 | STEEL SHELTER OVER STEEL FRAME | 54+73 | 24' X 24' | NR | FALLING DOWN |
| 83A | HORIZONTAL STEEL TANK | 54+75 | 5' DIA X 12' LG | | MARKED 1075 |
| 84 | CONCRETE SLAB | 54+67 | 15' X 10' | NR | LARGE PILE OF SAND NEAR SLAB |
| 84A | SAND AND DEBRIS WASTE PILE | 54 + 00 | 7000 SQ. FT. | 6 - 7 FEET | PROBABLY SPENT BLASTING SAND & OTHER DEBRIS |
| 84B | SAND AND DEBRIS WASTE PILE | 54 + 00 | 3000 SQ. FT. | 6 - 7 FEET | PROBABLY SPENT BLASTING SAND & OTHER DEBRIS |
| 85 | 6 POWER POLES | 53+83 | NR | NR | WITH TRANSFORMERS ON POLES AND EMPTY TRANS. CANS ON GROUND |
| 86 | METAL BUILDING | 53+35 | 90' X 40' | 20' H | INACTIVE WORKSHOP ON ELEVATED SLAB / SOME OFFICE TRASH |
| 87 | STEEL RAMP | 53+83 | 10' X 25' | NR | ADJACENT TO SHOP BUILDING |
| 88 | CONCRETE SLAB | 53+77 | 25' X 50' | NR | |
| 89 | CONCRETE SLAB | 54+03 | 25' X 35' | NR | |
| 90 | CONCRETE SLAB | 53+85 | 20' X 25' | NR | |
| 91 | GUARD SHACK | 53+29 | 10' X 8' | 19' H | WOOD BUILDING ON STEEL FRAME |
| 92 | CONCRETE BARGE | 51+99  54+11 | 260' X 50' | NR | PARTIALLY SUNKEN |
| 93 | METAL BUILDING ON CONC. BARGE | 53+68 | 70' X 20' | 12' H | |
| 94 | STEEL BARGE | 53+55 | 140' X 40' | NR | PARTIALLY SUNKEN |
| 95 | STEEL BARGE | 52+12 | 130' X 30' | NR | PARTIALLY SUNKEN |
| 96 | STEEL RAMP | 52+69 | 15' X 25' | NR | REMOVED AS OF  7 / 1 / 98 |
| 97 | STEEL TANK | 51+89 | 3' X 14' | NA | REMOVED AS OF  7 / 1 / 98 |
| 98 | CONCRETE SLAB | 53+85 | 15' X 15' | NR | |
| 99 | CONCRETE SLAB | 52+29 | 25' X 35' | NR | |

WGI038715

Recommendation Report for Demolition and Site Preparation Activities of the
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

| NO. | DESCRIPTION | BASELINE STATION | SIZE | HEIGHT | DETAILS |
|---|---|---|---|---|---|
| 100 | DOUBLE TRAILER OFFICE ON STEEL PILES ON CONCRETE FOUNDATIONS | 51+72 | 70' X 30' | 20' H | ONLY THE CONCRETE FOOTINGS REMAIN AS OF 7/1/98 |
| 101 | ELECTRICAL SERVICE | 51+53 | 5' X 5' | 4' H | BOX SURROUNDED BY 4 BOLLARDS |
| 102 | STEEL BARGE | 50+97 | 170' X 30' | NR | PARTIALLY SUNKEN |
| 102A | STEEL BARGE | 48+00 | APPROX. 35'X175' | | PARTIALLY SUNKEN |
| 103 | CYLINDRICAL TANK | 50+41 | 8' DIA | 18' H | VERTICAL BULK SAND HANDLING TANK WITH PILES OF SAND AROUND |
| 104 | METAL BUILDING, WORKSHOP ON SLAB | 49+84 | 60'X40' | 14' H | ADJACENT TO LARGE PUNCH EQUIPMENT |
| 105 | CONCRETE SLAB | 49+84 | 60'X40' | NR | WITH FRAME FOR AN OVERHEAD CRANE |
| 106 | LARGE CAST IRON PUNCH EQUIPMENT | 49+88 | NA | NA | HYDRAULIC / ON SLAB NEXT TO METAL BUILDING |
| 107 | WOOD FRAMED METAL BUILDING | 47+75 | 40' X 30' | 14' H | OLD HORSE SHED |
| 108 | ELEV. SLAB W/ BLOCK WALL BELOW | 46+89 | 130' X 50' | 4' H | # 111 SHELTER ABOVE |
| 109 | CONCRETE SLAB | 47+15 | 30' X 30' | NR | BLASTING MEDIA ON AND AROUND SLAB |
| 110 | CONCRETE SLAB | 46+79 | 30' X 40' | NR | BLASTING MEDIA ON AND AROUND SLAB |
| 111 | METAL SHELTER | 46+15 | 60' X 70' | NR | ON FAILED STEEL FRAME |
| 112 | CONCRETE SLAB | 44+55 | 85' X 160' | NR | BLASTING MEDIA ON AND AROUND SLAB |
| 113 | CONCRETE SLAB | 46+27 | 30' X 30' WITH 15' X 15' L | | |
| 114 | CONCRETE SLAB | 58+15 | 30' X 40' | NR | AROUND SEWER LIFT STATION W / FENCE |
| 115 | CYLINDRICAL TANKS | 62+23 | 5' X 30' | | TANKS REMOVED AS OF 7/1/98 |
| 116 | CONTAINMENT AREA WITH CYLINDRICAL TANKS | 62+31 | AREA @ 35' X 85' TANKS @ 8' DIA | | TANKS REMOVED AS OF 7/1/98 |
| 117 | METAL BUILDING | 62+35 | 60' X 35' | 17' H | FORMER STORE - SLAB PROTRUDES 25' SOUTH – STORAGE USE |
| 118 | METAL BUILDING | 61+64 | 60' X 40' | 22' H | STORAGE FOR PAINT AND OTHER MATERIALS |
| 119 | METAL BUILDING | 61+11 | 50' X 50' | 27' H | STORAGE FOR PAINT AND OTHER MATERIALS |
| 120 | CONCRETE SLAB | 61+27 | 100' X 120' | NR | |
| 121 | STEEL A-FRAME CRANE | 60+97 | | > 40' H | |
| 122 | METAL BUILDING | 61+55 | 40' X 50' | 17' H | LOCKED STORAGE - COULD NOT SEE INSIDE |
| 123 | METAL BUILDING | 61+19 | 20' X 60' | 12' H | LOCKED STORAGE - COULD NOT SEE INSIDE |
| 124 | METAL BUILDING | 60+45 | 80' X 100' | 40' H | FORMER BLAST BUILDING - CURRENTLY USED FOR STORAGE |
| 125 | CONCRETE SLAB | 60+35 | 240' X 80' | NR | |
| 125A | DRY DOCK | 59+75 | 55' X 80' | NR | |
| 126 | METAL SHELTER ON STEEL FRAME | 59+72 | 50' X 80' | NR | COVERED BOAT SLIPS |
| 126A | TRIPOD CRANE | 58+10 | 25' X 10' | 30' H | |
| 127 | STEEL HOPPER | 59+89 | 6' X 6' | 25' H | SAND PILES AROUND |
| 128 | METAL STRUCTURE ON STEEL FRAME | 59+91 | 6' X 6' | NR | SAND PILES AROUND |
| 129 | WOOD FRAME OFC. BLDG. ON PILES | 58+84 | 50' X 20' | NR | CONTAINER TO THE SOUTH |
| 130 | STEEL CONTAINER AND 2 | 58+85 | CONT. 10' X 20' | 8' H | |

WGI038716

*Recommendation Report for Demolition and Site Preparation Activities of the*
*East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project*
*New Orleans, Louisiana*

| NO. | DESCRIPTION | BASELINE STATION | SIZE | HEIGHT | DETAILS |
|---|---|---|---|---|---|
| | OLD TRUCKS | | & 215'X 6' TRUCKS | | |

Data Gap – Schedule and Level of Effort Limitations

In an effort to develop a projected schedule, the Demolition Design Memorandum Input [3] report apparently made a number of unstated assumptions. Additionally, a number of calculations were made to establish the 360-day project completion.  Some of these calculations were erroneous. For Example the Demolition Design Memorandum Input [3] report estimated that there were 3,416 piles and that each pile would require 0.8 hours to remove for a total of 2,733 hrs.  The report assumed a 40-hour work week (2080 hr/yr.); therefore, requiring 1.31 years to complete the piling removal. Since this one activity exceeds the project completion time frame by three to four months, the accuracy of this estimate is questionable.  Additionally, the report did not address contaminated soil or ground water issues and did not allow time for them in the estimate.

Data Gap – LDEQ AAC-2 Form

The asbestos inspection section of the report appears to be comprehensive. However, prior to demolition and asbestos abatement an LDEQ AAC-2 form will need to be submitted.  The form requires the name of the certified asbestos inspector and the report does not state who performed the inspection. Refer to Section 6 for recommended methodologies for resolution of this data gap.

Data Gap – Soil and Groundwater Remediation

This report did not address the remediation of contaminated soils.  The report recommends plowing the soil, but for the purpose of identification and removal of obstructions.  The omission of soil remediation from the report supports the contention that the estimated schedule is inaccurate.

Data Gap – Unseen Construction Materials and Objects

The report identified the lack of drawings that show the make-up or nature of unseen materials or objects within the Industrial Area as being a data gap. Any unknown materials and objects may affect the overall schedule and engineering practice involved in completing the SOW.  Two- (2) objects of particular concern are pilings and barges used as fill and foundation.

Pilings - The depth of piling removal has been set at 36 feet below the mean water level of the IHNC.  Actual total depth of pilings is not known.  The overall physical condition of the pilings is not known.  It is likely that

WGI038717

Recommendation Report for Demolition and Site Preparation Activities of the
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

abandoned - unseen pilings exist in the IHNC. It is possible that pilings are in sections. Considering the age of the pilings, they may break during the removal process. As a result cost intensive methods (i.e., cofferdams) may be required to extract any remaining piles down to -36 feet. An alternate method may require that piles that break will remain in place, marked and removed at a later date by the dredging contract. This will require that the soil in the area where piles remain will need to be dredged with a bucket dredge instead of a hydraulic dredge.

Barges as Fill and Foundation - The extent and depth of barges used as fill and foundations are not known. Barges used as foundation may be stacked one upon another. The methodology used to fill the barges with concrete is not known. The potential for contained contamination will not be known until barge excavation takes place. Refer to Section 6 for recommended methodologies for resolution of these data gap issues.

### 3.1.1.4   "Above-Ground Structures Report" [4]

This report expanded on the "Demolition Design Memorandum Input Report" (reference section 3.1.1.3). Asbestos, PCBs, contaminated concrete and creosote issues were reinvestigated; and lead, oils, chlorofluorocarbons (CFCs), mercury, emergency light batteries and smoke detector radioactive sources were identified. Sampling was performed to identify lead-containing paints. The report concluded that the majority of the environmental issues identified would need to be removed by appropriate means prior to any demolition. The exception was lead containing paint on building structures. It was concluded that the lead painted materials could be removed as part of the demolition process by cold cutting.

Data Gap – LDEQ AAC-2 Form

The asbestos inspection section of the report appears to be comprehensive. However, prior to demolition and asbestos abatement an LDEQ AAC-2 form will need to be submitted. The form requires the name of the certified asbestos inspector and the report does not state who performed the inspection. Refer to Section 6 for recommended methodologies for resolution of this data gap.

Data Gap – Lead-based Paint Contaminated Soils

The "Above-Ground Structures Report" stated that the lead-based paint would not require removal prior to demolition. Baseline lead soil samples were not taken as a part of the report's scope. To ensure that demolition does not contaminate the surrounding soil, special engineering practices will need to be implemented. Sampling and analysis will be required to confirm the

WGI038718

Recommendation Report for Demolition and Site Preparation Activities of the
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

effectiveness of the engineering practices. Refer to Section 6 for
recommended methodologies for resolution of this data gap.

### 3.1.1.5    "Mixed-Waste Mounds" [5]

The Mixed-Waste Mounds Report addressed the mounds found on the Saucer
Marine site. A geophysical survey was performed to detect buried anomalies.
Selected locations were excavated for identification of the buried anomalies.
Soil samples were collected for TCLP analysis. The areas investigated were
comprised of blasting sand and various metallic components. The mounds
were reported as being contaminated but not hazardous by TCLP. The
estimated time to remove and dispose of the piles was 30- days.

Data Gap – Contaminated Soil Mounds

The sampling and analysis of the mounds were completed prior to the
implementation of the LDEQ RECAP Standards. The RECAP Standards are
based on total concentration and not TCLP values; therefore, the analytical
data collected is not applicable for determining if the soil meets the minimum
RECAP Standards to either remain onsite or for reuse. Refer to Section 6 for
recommended methodologies for resolution of this data gap.

### 3.1.1.6    "Above-Ground Storage Tank Report" [6]

The report identified twelve- (12) different above ground storage tanks
(ASTs) within the limits of the Industrial Area. The companies leasing
portions of the Industrial Area report that eight- (8) of these ASTs will be
removed when their leases are terminated.

Attached to the Above Ground Storage Tank Report was Hydrodyne
Environmental, Inc.'s "Secondary Limited Site Assessment Report for the
Distributors Oil Company Area". The Hydrodyne report identified soil
contamination (petroleum based) in three- (3) general areas within the area
previously leased by Distributors Oil Company area. The groundwater
samples contained petroleum based contaminants including free-phase
hydrocarbons.

Data Gap – AST Contents

The contents of the ASTs were not characterized as a part of the report. Prior
to determining the disposition of the ASTs contents, characterization will be
required. This will ensure that potentially contaminated materials will not be
mixed in with the surrounding soil and increase the quantities requiring
disposal. The potential also exists that ASTs may be left behind by the
current tenants, thus increasing the number of AST to be removed. Refer to
Section 6 for recommended methodologies for resolution of this data gap.

WGI038719

Recommendation Report for Demolition and Site Preparation Activities of the
*East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project*
New Orleans, Louisiana

Data Gap – Contaminated Former AST Farm Area

The Hydrodyne report identified petroleum-contaminated soils and
groundwater. The report identified contamination plumes based on generally
acceptable limits of that time. Since this report the more stringent RECAP
Standards have been implemented. The site data will need to be reevaluated
with regards to the RECAP Standards. Refer to Section 6 for recommended
methodologies for resolution of this data gap.

### 3.1.1.7    "Statewide Abandoned Vessel inventory" [7]

This report documented that there are nine- (9) abandoned barges located at
the Saucer Marine site. Sampling of the barges by the Louisiana Oil Spill
Coordinators Office (LOSCO) showed that small amounts of oil still remain
in the hold of at least one barge. The report also indicated that not all of the
areas within the barges were accessible for inspection and sampling. Thus,
there is a possibility that oil or other substances may be released during barge
removal. Note: Based on information provided in other documents –
Reference 3, there are actually ten- (10) abandoned barges for the entire
Industrial Area.

Data Gap – Potential Contaminants in Uninvestigated Barge Holds

The LOSCO report stated that the investigating divers could not inspect a
number of areas in various barges. There is the potential for trapped
petroleum and other products to be present in the non-inspected areas. The
potential presence of petroleum and other products will require spill
emergency response contingency to be put in place. This will help contain
any release that may occur during the demolition of the barges. Refer to
Section 6 for recommended methodologies for resolution of this data gap.

### 3.1.1.8    "IHNC Drums Report" [8]

This report prepared by Materials Management Group, Inc. in July 1994,
documented the locating and collection of drums and containers from Saucer
Marine, Indian Towing and Boland Marine sites. The waste was field
screened, segregated and bulked into certified containers for temporary
storage. Sampling and analysis of like waste streams for characterization and
the removal and disposal of waste was also completed.

WGI038720

Recommendation Report for Demolition and Site Preparation Activities of the
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

### 3.1.1.9   "Land Use History Report" [9]

This report identified the uses of the Industrial Area from the 1940's to 1992.
This report reviewed historic maps, city directories, PNO documents and
LDEQ records. The review identified that the Industrial Area tenants had a
history of contaminating the area with various chemical and petroleum wastes.

Data Gap – No Research After 1992

The report was presented in 1992; therefore, LDEQ records have not been
comprehensively reviewed. The records at LDEQ can provide valuable
information on environmental cleanups or violations since 1992. Refer to
Section 6 for recommended methodologies for resolution of this data gap.

### 3.1.2   Port of New Orleans Supplied Reports

On July 22, 1999, MK was given access to all of the Port of New Orleans
Environmental Records. Four- (4) reports were identified that addressed the Industrial
Area. These included three- (3) UST reports discussed below and the Materials
Management Group, Inc. IHNC Drums Report that was discussed in Section 3.1.1.8.
Refer to Figure 3-3 UST Closure Location Map (Appendix C).

### 3.1.2.1   "Boland Marine UST Closure Report"

The closure report documented the removal of one- (1) gasoline 1,000-gallon
and one- (1) diesel 1,000-gallon underground storage tanks (USTs) from the
Boland Marine site in June 1993. These USTs were reported closed in
accordance with LDEQ-UST Division regulations.

### 3.1.2.2   "McDonough Marine UST Closure Report"

The closure report detailed the removal of one- (1) 500-gallon underground
storage tank (UST) from the McDonough Marine site. The gasoline UST was
reported closed in accordance with LDEQ-UST Division regulations.

### 3.1.2.3   "Saucer Marine UST Closure Report"

The closure report detailed the removal of one- (1) 1,000-gallon underground
storage tank (UST) from the Saucer Marine site. The gasoline UST was
reported closed in accordance with LDEQ-UST Division regulations.

WGI038721

Recommendation Report for Demolition and Site Preparation Activities of the
*East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project*
New Orleans, Louisiana

Data Gap – Incomplete Closure Documentation

The review of PNO UST records included minimal information on the three-
(3) sites where the UST closures were performed. The documents stated that
the work had been performed in accordance with LDEQ-UST Division
regulations. As the documentation was not complete closure levels were not
provided. These closure levels will need to be reviewed to determine if the
levels are compatible with the current RECAP Standards. Refer to Section 6
for recommended methodologies for resolution of this data gap.

## 3.2   Meetings

### 3.2.1   USACE Kickoff Meeting

On July 19, 1999, a meeting was held between MK and the USACE - New
Orleans District. The meeting was held to discuss the overall scope for the
development of this Report, to identify the key personnel and agencies
involved, the schedule for submittals and review and to answer any initial
questions.

### 3.2.2   Port of New Orleans Meeting

On July 22, 1999, a meeting was held between MK and Mr. Clayton Miller
representing the Port of New Orleans (PNO). The meeting was held to
discuss access to the Industrial Area, the review of PNO documentation
concerning the Industrial Area and potential for using PNO controlled area for
off-site load out. It was determined that site access for MK personnel would
need to be added to the USACE access agreement. MK personnel were given
access to all known Industrial Area documentation for review and copying.
Off-site load out locations will be identified at a later date.

### 3.2.3   LDEQ Meeting

On August 18, 1999, a meeting was held with the Louisiana Department of
Environmental Quality (LDEQ), USACE and MK. The meeting outlined the
plans for the installation of the new locks and MK's role in preparing the
Industrial Area for the lock construction. To provide a coherent working
relationship for the entire lock construction project, LDEQ assigned a single
point of contact. All environmental issues pertaining to the Industrial Area
and requiring LDEQ input will go through this single point of contact,
William N. Perry.

WGI038722

Recommendation Report for Demolition and Site Preparation Activities of the
*East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project*
New Orleans, Louisiana

Attn: William N. Perry
Louisiana Department of Environmental Quality
Inactive and Abandoned Sites Division
P.O. Box 82178
Baton Rouge, LA 70884-2178
Phone: (225) 765-0461
Fax: (225) 765-0484

Once the Industrial Area work begins additional meetings will be held with
LDEQ to discuss Risk Evaluation and Corrective Action Program (RECAP)
Standards and Management Options, Waste Management, Storm Water
Pollution Prevention and Site Characterization.

WGI038723

Recommendation Report for Demolition and Site Preparation Activities of the
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

### 4.0    Observations and Discussion

This section describes observations and protocols that have been developed to guide the
demolition and site preparation project. Review of existing literature combined with site
visits, conversations with regulators, and specialty subcontractors indicate that significant
data gaps exist. The impact of some of these data gaps will not be known until associated
fieldwork takes place.

Data Gap – RECAP

In December 1998, Louisiana Department of Environmental Quality (LDEQ) issued their
Risk Evaluation and Corrective Action Program known as RECAP. RECAP is applied to all
sites that come under LDEQ's jurisdiction although it does not supercede the Department's
enforcement or permitting authority, notification requirements or applicable regulations.
Further it does not supercede the Louisiana Department of Health and Hospitals, Office of
Public Health's (LDHH/OPH) enforcement authority. RECAP is 'living' document and is
currently undergoing revision. The draft of the new version should be issued before 2000.
This draft is designed to facilitate the implementation of RECAP.

RECAP provides a uniform approach to evaluating the risk associated with chemical
constituents in the environment. Prior to its introduction each division of LDEQ followed
different methods for determining if sites met a no further action situation and by extension
determining the level of effort required to clean-up sites. In theory the levels of constituents
of concern associated with an acceptable risk may be higher or lower than the previously
enforced levels. In practice, most sites have at least one constituent of concern (COC) that
poses an unacceptable risk at low concentrations and this COC drives the risk assessment and
hence any remediation.

LDEQ's RECAP allows sites to be managed under 4 options: screening option (SO),
management option 1 (MO1), management option 2 (MO2) and management option 3
(MO3). As the options progress they become less conservative (they allow more constituents
to remain on site) by becoming more site specific. To achieve this more site-specific review
more data and a greater effort of analysis are required.

As part of the RECAP regulations, LDEQ has published 'look-up tables' for SO and MO1
containing screening standards (SS) and RECAP standards (RS), respectively. To use the
Screening Standards (SS), the highest level of contamination at the site is compared to the
published value. Some MO1 RECAP Standards (RS) can be used directly from the table and
some need some calculation based on site specific data. Then either the highest level or the
statistically determined 95 percent upper confidence limit on the arithmetic mean is
compared to the MO1 RS either published in the table or determined by simple calculations
from levels published in the tables. MO2 and MO3 RECAP Standards are determined from
site specific data and take a greater level of effort to obtain. However, they do allow a
greater concentration of contamination to remain on site.

Recommendation Report for Demolition and Site Preparation Activities of the
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

There are a number of RECAP requirements that affect the use of previously collected
analytical data:

1.  RECAP allows previously collected data to be used if it is of acceptable quality.  In
    practice previously collected data often does not have the level of quality control
    currently required.
2.  RECAP allows previously collected data to be used if the data are still valid in terms
    of reflecting the existing situation at the site.  That is there have been no additional
    spills that would increase the level of COCs, there has been no attenuation that might
    decrease the COC concentrations, and there has been no movement of COCs.
3.  The concentrations of COCs that are of concern under RECAP are often much lower
    than that of the detection limits used on previously collected data.  This means that
    the risk associated with the detection limit of the COC is higher than is acceptable.

There are a number of RECAP requirements that affect the approaches that can be used in
managing this site.

1.  RECAP provides requirements for reuse of soils from a site.  Therefore when
    managing this site the COC concentrations not only have to be acceptable for this site
    but also for any site where the soil may be reused if it is not covered by any other
    permitting authority.

2.  LDEQ has to approve the use of background concentrations as RECAP standards
    when native media contain levels of COCs greater than the RECAP standards that
    would normally be applied at a site.  In addition they must approve the site used as
    background and sampling design for the background data collection.

**Table 4-1 Illustration of the Effect of RECAP on Disposal/Reuse Activities**

| Disposal/Reuse Activity/Facility | General Comments | RECAP | Data Gap |
|---|---|---|---|
| On-site reuse | Not anticipated | N/A | N/A |
| Off-site reuse | Anticipated | Needs approval from LDEQ. COC levels based on use of receptive site | |
| Landfill Disposal | Anticipated. | N/A | N/A |
| MRGO site Disposal | Anticipated. May be covered by existing 404 permit or RECAP, or may need additional groundwater permit. | Possibly.  Note that RECAP does not supercede LDEQ's permitting authority. | YES |
| Mitigation site Disposal | Not anticipated | N/A | N/A |
| Mississippi River disposal | Not anticipated | N/A | N/A |

N/A Not Applicable

WGI038725

Recommendation Report for Demolition and Site Preparation Activities of the
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

Data Gap – Contamination Levels

Previously collected analytical data has shown that contamination is present at the site.
However there are a number of reasons why these analytical data are inadequate. These are:
(1) RECAP guidance must be followed at this site; (2) RECAP delineates guidelines for an
acceptable site assessment to include the horizontal and vertical extent of contamination, the
requirement for lower detection limits and the requirement for additional COCs at petroleum
hydrocarbon sites; (3) Natural attenuation may have reduced the concentrations of the
organic COCs; (4) Soils underneath buildings, structures and concrete slabs need to be
evaluated. Therefore COC concentrations levels for groundwater, soils and sediments still
need to be determined. As a part of the SOW the contractor will need to incorporate a
comprehensive SAP. The SAP will need to be designed to meet LDEQ RECAP Standards.
Based on the results of the sampling and analysis, contamination plumes can be identified
and addressed in the Waste Management Plan. There are areas where use would predict the
presence of environmental contaminants but there are no sampling and analysis data for these
areas. Refer to Section 6 for recommended methodologies for resolution of this data gap.

Data Gap - Soils Disposition

Final disposition of site soils is contingent upon the contaminate levels within the Industrial
Area's soil. Additional research is required to determine if the soils can be sent to existing
MRGO Disposal Site, sent for off-site paid disposal or sent to other as yet to be determined
site(s). As part of the first step in the utilization of the MRGO Disposal Site Mod 001 to this
contract is being implemented to determine the background concentrations of arsenic for the
entire IHNC Lock Construction area and the current arsenic levels at the MRGO Disposal
Site. Refer to Section 6 for recommended methodologies for resolution of this data gap.

**4.1    Project Assumptions**

The ability to manage project processes and overall operation requires guidelines that specify
acceptable project procedures. The following assumptions provide direction for SOW
development.

- The contaminated soil (approximate top five feet) identified in the supplied reports and
  any additional contaminated soils identified through sampling will be handled by various
  treatment options. Prior to shipment to the appropriate landfill, all non-hazardous waste
  soil will be loaded onto barges and shipped to a satellite staging facility. All hazardous
  waste will be shipped from the site by trucks over the Florida Avenue Bridge to a
  permitted landfill or treatment facility.

- It is assumed that arsenic levels at the site will be such that they will not characterize the
  soil hazardous. The Scope of Work for soil remediation will be considered complete
  when confirmation sampling is equal to or less than LDEQ RECAP defined Standards or
  background levels for the site and for the final non-contaminated soil disposition site (i.e.

---

WGI038726

Recommendation Report for Demolition and Site Preparation Activities of the
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

MRGO Disposal Site. Determination of arsenic levels as well as levels of other
contaminants will require identification and quantification. This is being performed as
Mod 001 to the current T.O.

- Due to the high water table and the potential for the accumulation of large amounts of
  surface water, a wastewater treatment system will be designed to treat all accumulated
  waters on-site. All treated water will be discharged to the IHNC per permit requirements.
  As a part of the process containment levees will be constructed.

- It is assumed that correspondence from the USACE Contracting Officer will direct MK
  to act as the USACE's authorized agent with signature authority for waste generation.

- Once all constituents of concern have been removed, the entire site will be leveled and
  sloped toward the IHNC with the waterline bank left with a stable 1V:3H final slope.
  Shoring of the IHNC bank will not be required as part of this scope of work. No
  additional fill will be introduced onto the project area.

- Surekote Road is an access road for the Industrial Area. This road falls within the future
  development of the new lock system and therefore, will be removed as part of the SOW.

- The western boundary of the project area will be defined as that area that extends fifteen
  feet toward the canal centerline from the shoreline.

- Pilings are to be removed to a maximum depth of 36 feet below mean IHNC water level.

- It is assumed that the USACE will own the Industrial Area prior to start of work.

## 4.2    Regulatory Constraints

In accordance with current LDEQ regulations all sites that undergo voluntary clean-up or
compliance order related remedial action must follow the Risk Evaluation and Corrective
Action Program (RECAP). Prior to removal of constituents of concern from the site, the
LDEQ RECAP Plan will need to be developed and submitted for review and approval. Each
site is evaluated on a case by case basis; therefore, cleanup levels cannot be determined at
this time. Additionally, prior to reusing any soils from the Industrial Area LDEQ approval
will be required.

In addition to RECAP, wastewater discharge and asbestos handling plans will need to be
submitted to LDEQ for approval.

---

WGI038727

Recommendation Report for Demolition and Site Preparation Activities of the
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

## 4.3    Project alternatives

### 4.3.1    Soil Treatment and Disposal Options

In an attempt to provide the USACE with the most cost, space and time efficient method of treating the contaminated soils and meeting the concerns of the surrounding neighborhood, a number of treatment technologies were researched. The following discussions will explain the technologies researched and will give the reason why they are not appropriate for this site.

#### 4.3.1.1    Thermal Treatment

This process is designed to remediate petroleum and volatile impacted soils through a heating process. The volatile contaminants are released and captured within the treatment system. This method will greatly reduce off-site disposal for large-scale petroleum and volatile organic impacted sites. Currently, there is not sufficient analytical data to quantify the extent of petroleum or volatile contamination; therefore, the duration impact of this method is not possible at this time. The thermal treatment process is typically not time or volume efficient. The thermal treatment process typically emits steam or other non-toxic smoke. Due to the proximity to the neighboring residential area, this method of soil treatment may create public concerns. Although easily defendable as a safe method of treatment, the public perception issue will counter balance any benefits gained through the use of this method. Additionally, there is the potential for high concentrations of heavy metals in soils. Thermal treatment is not an appropriate method for removing heavy metals nor is it conducive to a time efficient operation.

#### 4.3.1.2    Land Farming

This method requires a large area of land to effectively treat petroleum, semi-volatile and volatile organic impacted soils. Although there is adequate area to use this method, the method may require years to reduce contaminants to acceptable RECAP Standards. This method is also not an appropriate method for treating heavy metals and may create an odor and/or exposure issue for the neighboring residents. Since the demolition and site preparation of the Industrial Area is critical to the overall schedule of the lock construction, the time and method limitations and the potential complaints from the adjacent neighborhood renders this method inappropriate for this site.

#### 4.3.1.3    Chemical Treatment

The general purpose of this method is to fix, reduce and/or remove the hazardous materials so that the waste may be handled as non-hazardous waste. Currently, there is not sufficient analytical data to quantify the extent of

WGI038728

Recommendation Report for Demolition and Site Preparation Activities of the
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

leachable contaminants; therefore, the viability of this method cannot be
estimated at this time.

### 4.3.2 Off-Site Disposal at the MRGO Disposal Site

The USACE "New Lock and Connecting Channels – Evaluation Report"
stated that some of the slightly contaminated soil might be sent to the MRGO
Disposal Site. Prior to utilization of this option, the permit for the MRGO site
will need to be researched to determine acceptance criteria for the constituents
of concern. These levels will then need to be compared to the constituent
level of the Industrial Area soils. Contingent upon LDEQ approval, any soils
that fall within the acceptable landfill levels could then be transported from
the Industrial Area for disposal at the MRGO site. Any Industrial Area
constituent levels in excess of the acceptable landfill levels will need to go to
an appropriate off-site disposal facility or the MRGO facility would need to be
upgraded and re-permitted.

WGI038729

Recommendation Report for Demolition and Site Preparation Activities of the
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

## 5.0    Recommendations

The following SOW is recommended after giving consideration to pre-existing reports, multiple site inspections, project related meetings, consultation with regulators and information from potential specialty subcontractors. The following presents tasks in chronological order from Notice to Proceed.

### 5.1    Ramp-up

The initial action following the award of T.O./modification shall be the ramp-up procedure. Before actual site work can proceed the following tasks will be completed and subsequently submitted for acceptance to the USACE.

#### 5.1.1    Mobilization

Primary activities are to include the Work Authorization Directive (WAD) setup, Work Breakdown Structure (WBS), and mobilization of the initial project team for work plans development, procurement, gaining access to the site and establishing work areas for subsequent ramp-up activities.

#### 5.1.2    Project Plans and Procedures

Six separate plans providing guidance and requirements for technical field execution are to be submitted in Draft and Final format for review and approval. The plans are:

- Project Work Plan (PWP)
- Waste Management Plan (WMP)
- Storm Water Pollution Prevention Plan (SWPPP)
- Sampling and Analysis Plan (SAP)
- Contractor Quality Control Plan (CQCP)
- Site Safety & Health Plan (SSHP)

The Project Plans and Procedures presented in the following subsection are not definable features of site work. However, considerable effort should be put forth to ensure that each plan is specifically tailored to meet the needs of the demolition and site preparation efforts. During the course of the project's progress, the plans should serve as guidance and reference for the execution of project activities. The plans themselves are considered to be stand alone documents; that is for example, a staff member attempting to resolve a health & safety issue should not have to look in any other document other than the SSHP in order to know what to do about a site specific health & safety question.

WGI038730

*Recommendation Report for Demolition and Site Preparation Activities of the*
*East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project*
*New Orleans, Louisiana*

### 5.1.2.1   Project Work Plan

A properly planned and coordinated PWP will be the key to an effective and
successful project execution. The demolition and site activities include
multiple functional disciplines and participants. Decisions made during the
PWP process will have impact on the overall success of the project. It is
essential that the work be fully scoped, defined and planned during the PWP
development stage. The following outlines the PWP:

#### 5.1.2.1.1   Description of Project

Provide a general description of the project. Identify the tasks to be
performed, the task objectives, the level of activity, the support
facilities, and the description of the site facilities and site dimensions.

#### 5.1.2.1.2   Project Location

Identify the projects' location. Explain the projects' site and situation
with regards to the adjacent neighborhoods, the city and the
transportation routes.

#### 5.1.2.1.3   Performance Standards

There should be three areas of consideration and consequence
regarding project performance standards.

- The site layout, which identifies the preliminary plot plan, the
  areas of concern, and the projected final site resolution.
- The project processes, which describe the areas of site demolition
  and preparation, the depth of excavation and what must be
  removed, and how removal will be accomplished.
- Media cleanup standards with reference to data sufficiency.

#### 5.1.2.1.4   Equipment Applications

A projected list of all significant equipment should be supplied, along
with equipment specifications and the intended application and
purpose of the equipment.

#### 5.1.2.1.5   Detailed Engineering

Systematic units of work that will be integrated into the overall project
shall be identified with respect to location, operations, and execution.
Engineering details are to include:

- Structural / Demolition
- Mechanical / Plumbing
- Fire protection
- Piping
- Electrical
- Environmental

WGI038731

Recommendation Report for Demolition and Site Preparation Activities of the
*East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project*
New Orleans, Louisiana

- Geotechnical
- Geology / Hydrology
- Other Services

#### 5.1.2.1.6   Procurement

The procurement process, with appropriate guidelines, shall be defined in the PWP for application throughout the life of the Industrial Area project.  Included in the definition of procurement activities:

- Levels of procurement authority and associated restrictions
- Identification of equipment and long-lead items
- Projected subcontract awards
- Bid evaluation methodology
- Expediting measures and restrictions

#### 5.1.2.1.7   Scheduling

A critical element of the PWP is scheduling.  A graphic schedule shall be developed that indicates tasks and timetables with associated duration, target dates, critical paths and milestones.  This schedule shall include the previously identified detailed engineering (5.1.2.1.5) and ancillary demolition activities.

#### 5.1.2.1.8   Demolition

Because demolition is a substantial portion of the overall project work, a comprehensive approach to site demolition activities shall be described.  These activities include:

- Demolition construction management,
- Total demolition,
- Subsequent site preparation,
- Inspection and evaluation of demolition and site preparation results.

### 5.1.2.2   Waste Management Plan

The WMP will include all waste media of concern including asbestos and lead-containing materials.  The generation, transportation and treatment/disposal will require established guidelines, monitoring and confirmation to ensure proper management of the Industrial Area waste. Refer to Figure 5-1 Waste Logic Tree.

WGI038732

Recommendation Report for Demolition and Site Preparation Activities of the
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
*New Orleans, Louisiana*

**Figure 5-1 Waste Logic Tree**



WGI038733

Recommendation Report for Demolition and Site Preparation Activities of the
*East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project*
New Orleans, Louisiana

### 5.1.2.2.1   Waste Stream Identification

Characterization of generated waste will be determined by sample analyses. Before confirmation by analyses, all generated waste will be considered potentially hazardous. State and Federal guidelines shall be used for the determination of hazardous waste. Specific hazardous waste will be identified according to the following criteria:

- *F Series:* Hazardous waste from nonspecific sources (e.g., halogenated solvents used in degreasing and spent electroplating bath solutions)
- *K Series:* Hazardous waste from specific sources (e.g., API separator sludge and tank bottoms from leaded petroleum refining)
- *P Series:* Acutely hazardous waste of specific commercial chemical products, including discarded products, off-specification products, containers, and spill residuals
- *U Series:* Toxic hazardous wastes which are commercial chemical products, including discarded products, off specification products, containers, and spill residuals.
- *Non-hazardous waste:* All other waste contaminated and non-contaminated that will be disposed at an industrial landfill or solid waste landfill, recycled or discharged.

### 5.1.2.2.2   Storage of Waste

The storage of generated waste will occur at site selected Accumulation Points. The location and design of Accumulation Points may include drums, tanks, containers, drip pads and containment buildings. Accumulation points will be identified and properly prepared for handling accumulation and transport of characterized wastes.

An Accumulation Inspection Log, as part of the overall Waste Log will contain the following information:

- Containment method
- Quantity
- Accumulation dates and quantities
- Transportation dates and quantities
- Waste analysis
- Inspection report
- Manifests
- Exception reports
- LDEQ Generators Identification number

WGI038734

Recommendation Report for Demolition and Site Preparation Activities of the
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

Containment management for hazardous and non-hazardous waste includes all marking of storage locations or containers with labels and placards. Adequate storage operations will be observed along with 90 - day accumulation dates for hazardous waste and empty container management.

### 5.1.2.2.3  Removal of Waste

The results obtained from sample analyses and media type shall determine waste removal efforts. Work practices, extent of removal and safety issues shall reflect criteria identified in the Work Plan and the Site Safety & Health Plan.

### 5.1.2.2.4  Disposal of Waste

Subcontractors will perform transportation and disposal of waste. All waste not requiring manifest shall have associated documentation identifying the type of waste, the volume and the location and method of disposal. Any hazardous waste transported off the Industrial Area site shall be manifested. The manifests will track the waste material from the point of generation through to the point of ultimate disposal. Once the waste is received at the disposal site, a copy of the manifest will be returned to the generator to notify that the material has been received at the disposal site. If a signed copy of the manifest is not returned to the generator within 35 days of the date the waste was shipped, the generator must contact the transporter(s) and/or the designated facility to which the waste is being transported to determine the status. If the generator does not receive the signed copy of the manifest within 45 days of the date of the shipment, the generator must file an exception report with the regional administrator of the EPA and /or the Louisiana State administrator. The exception report must include:

- A legible copy of the manifest,
- A cover letter from the generator of the waste that explains the efforts taken to locate the hazardous waste and the results of these efforts.

### 5.1.2.3    Storm Water Pollution Prevention Plan

Surface runoff is the primary concern for the Industrial Area Storm Water Pollution Prevention Plan. Culverts, drainage channels and detention ponds will be typically designed for surface runoff.

#### 5.1.2.3.1   Identification of Sources, Pathways and Receptors

The identification of existing storm water runoff sources combined with project created pathways and receptors shall be considered in the design of a storm water management system.

WGI038735

Recommendation Report for Demolition and Site Preparation Activities of the
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

#### 5.1.2.3.2   Minimization Methodology

Minimization methodology should incorporate the systematic
demolition and excavation of the Industrial Area. A series of dikes
and drainage channels created, as work progresses should control the
storm water runoff.

#### 5.1.2.3.3   Treatment Methodology

During the progress of the project, there will be a potential for the
accumulation of large amounts of surface water. A wastewater
treatment system will be designed to treat all accumulated waters on-
site. All treated waters will be discharged to the IHNC per permit
requirements.

### 5.1.2.4   Sampling and Analysis Plan

The Sample and Analysis Plan (SAP) provides guidance for all sampling
fieldwork and lab work by defining in detail the sample and data gathering
methods to be used on the project. Whereas, the Contractor Quality Control
Plan (5.1.2.5) describes the policy, organization, functional activities and
quality control protocols to achieve daily quality objectives. The purpose of
the SAP is to ensure that sampling data collection and analysis activities will
be comparable to and compatible with the RECAP Standards. This goal
should be achieved while concurrently providing a mechanism for planning
and approving sampling and analyses activities.

In summary, the SAP shall incorporate:

- A Quality Assurance Project Plan (QAPP) that describes the policy,
  organization, functional activities, and quality assurance and quality
  control protocols necessary to achieve data quality objectives dictated by
  the intended use of the data;

- A Field Sampling Plan (FSP) that provides guidance for all fieldwork by
  defining in detail the sampling and data gathering methods to be used on
  the project;

- The SAP shall be written so that a field sampling team unfamiliar with the
  site will be able to gather the samples and field information required and
  subsequently have the correct analyses performed.

### 5.1.2.5   Contractor Quality Control Plan

The Contractor Quality Control Plan (CQCP) should detail the procedures,
instructions, and reports to be used to assure compliance with the contract.
No work should be started until the CQCP is approved. The plan shall cover
both on-site and off site work and include, as a minimum:

WGI038736

Recommendation Report for Demolition and Site Preparation Activities of the
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

### 5.1.2.5.1   Organization and Responsibilities

- A chart showing the CQCP organizational structure and its relationship to the production side of the organization.
- Names and qualifications, in resume format, for each person in the CQCP organization.
- Duties, responsibilities, and authorities of each person in the CQCP organization.
- A listing of outside organizations such as consulting engineering firms, that will be employed and a description of the services they will provide.
- A letter signed by an officer of the Contracting firm appointing the CQC Manager and stating that he or she is responsible for managing and implementing the CQCP as described in the Task Order. Included in this letter is the CQC Manager's authority to direct the removal and replacement of nonconforming work. A similar letter should be included for the Assistant CQC Manager.

### 5.1.2.5.2   Objectives for Management Preventive Maintenance and Corrective Actions

- Information regarding required testing laboratories, laboratory accreditation and testing laboratory requirements,
- Procedures to identify, record, track, and complete rework items. These will include the three phases of inspection: Preparatory, Initial and Follow-up,
- Documentation procedures including proposed report formats,
- A list of definable features of work.

## 5.1.2.6   Site Safety & Health Plan

Addresses the safety and health hazards of each phase of site activity and the procedures for their control. Site Safety & Health Plan (SSHP) will be developed from the documents reviewed during the Recommendation Report Phase, information obtained during site visits and data derived from the comprehensive Work Plan.

### 5.1.2.6.1   Site, Task and Operation Conditions

In order to determine the appropriate health & safety controls a qualified person shall conduct a preliminary evaluation of a site's characteristics and hazards before site work begins. The following information shall be obtained prior to allowing employees to enter the site and shall be included in the SSHP:

- Location, description and approximate size of the site,
- Description of activities and tasks to be performed and the duration of planned employee activities,

---

WGI038737

Recommendation Report for Demolition and Site Preparation Activities of the
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
*New Orleans, Louisiana*

- Safety and health hazards anticipated (Activity Hazard Analyses) at the site/associated offsite areas and their chemical and physical properties,
- Pathways for hazardous substance dispersion,
- Status and capabilities of emergency response teams that would provide assistance to site employees; the names and responsibilities of team members and leaders, and the procedures for contacting them.

### 5.1.2.6.2   Training

All personnel performing on site work activities in which they may be exposed to safety or health hazards resulting from hazardous waste operations shall have completed applicable training in compliance with 29 CFR 1910.120(e), other OSHA requirements and USACE requirements.

### 5.1.2.6.3   Personal Protective Equipment

Personal Protective Equipment (PPE) shall be provided and used during applicable site operations.  PPE shall provide protection to a level of exposure below permissible exposure limits and published levels for known or suspected hazardous substances and health hazards. PPE will also provide protection against other known and suspected hazards.

### 5.1.2.6.4   Medical Surveillance Requirements

Medical surveillance shall be conducted in accordance with the requirements delineated in Appendix K of the USACE Safety and Health Requirements Manual Number 385-1-1, 3 September 1996. Contractor and subcontractor employees involved in on-site tasks that require medical surveillance shall maintain on-site all required documentation for employees.

### 5.1.2.6.5   Frequency and Types of Monitoring

A monitoring and sampling program shall be established as part of the SSHP.  The program shall identify the frequency and types of personnel monitoring and environmental sampling techniques and instrumentation to be used.  In addition, the methods of maintenance and calibration of monitoring and sampling equipment shall be identified.

### 5.1.2.6.6   Site Control Measures

Site control measures for protecting employees shall be part of the SSHP.  These measures as a minimum shall include respective site maps; site work zones, the use of a "buddy system", site communications including alerting means for emergencies; the SOPs

WGI038738

Recommendation Report for Demolition and Site Preparation Activities of the
*East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project*
New Orleans, Louisiana

or safe work practices and identification of the nearest emergency
responders. To ensure awareness of who and where first responders
are, a list with associated telephone numbers maps and access routes
shall be posted and announced at safety meetings. In addition, letters
of notification shall be sent to appropriate first responders notifying
them of project operations, and locations. Site control for
contaminated or suspected contaminated areas will include the
establishment of exclusion zones, contamination reduction zones and
support zones. The zones will be controlled using contamination
reduction corridors and access control points. Site control will
incorporate entry procedures for confined spaces. A contingency plan
shall be developed in accordance with site work activities and
established control measures.

### 5.1.3   Identify and Assign Site Activity Locations

During the term of the project, multiple and concurrent events will be taking
place. Since areas of activity extend over the site's total acreage, the demand
for centralized and controlled action points must be determined and
maintained.

The following section describes and explains definable features of work.
Each section and subsection proposes a chronology for those activities, which
subsequently initiate collateral work. During the progress of work, a number
of activities will take place concurrently. These concurrent actions are
identified in the schedule presented in Appendix A. Overall, the chronology
of events has been developed with efficiency of schedule in mind.

#### 5.1.3.1   Laydown Areas
Laydown areas will be established at centralized locations for the storage,
maintenance and service of contractor equipment and supplies. These areas
will be designated with regards to security and convenience to the contractor.
The laydown areas will also serve as parking areas for employee vehicles,
sanitary facility areas, offices, and rest areas.

#### 5.1.3.2   Accumulation Areas
As described in the Waste Management Plan, the nature of the waste and the
location of the generation activity will determine accumulation points.
Accumulation areas will be tightly controlled and monitored by both the
contractor and subcontractors. Subcontractors will be required to
contractually adhere to the Waste Management Plan. Due to transportation
restriction, waste will be handled both within the Industrial Area (Onsite
Areas) and at an offsite load-out area (to be determined).

WGI038739