# EXHIBIT 12

**PART B**

Recommendation Report for Demolition and Site Preparation Activities of the
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

### 5.1.3.2.1   Daily Onsite Accumulation Areas

Daily onsite accumulation areas will include drums, tanks, containers, drip pads and containment buildings as appropriate. The level and location of project activity will determine the number and location of accumulation areas. At the end of each workday, the waste stored in the daily accumulation areas will be transferred to identified onsite staging areas.

### 5.1.3.2.2   Onsite Staging Areas

Because of the adjoining neighborhood and the potential delays involved in transporting waste over the Florida Avenue bridge, a majority of waste material shall be hauled out on barges to a permitted offsite / satellite waste loadout area. To facilitate the barging of waste, a staging area(s) will be identified that coincides with efficient daily on site accumulation points and barge loading areas. The staging area(s) will be situated to allow adequate loading and transport of contaminated material should the need arise to transport selected materials by truck. Finally, dewatering treatment facilities will be established in the staging area.

### 5.1.3.2.3   Barge Area

An adequate area will be created for barge accessibility. That is, an area that allows safe handling and accessibility to trucking, material handling equipment, storage areas and barge loading. This area may require temporary excavation and fill to ensure safe operation.

### 5.1.3.2.4   Onsite Load-out Area

The onsite load-out area shall be an established point that is traffic controlled and capable of establishing inventory control over generated waste. Records regarding manifests, bills of lading, and accumulation logs will be prepared at the load out area. A contractor representative will supervise transfer activities at the load out area.

### 5.1.3.2.5   Waste Transportation

Waste transported by barge will have two destinations. Those wastes that can go directly to a recycler (such as metal to Southern Scrap Recyclers) will be transported directly by barge from the Industrial Area to the appropriate recycler. Non-recyclable materials (i.e. soils, trash, and treated timber) will be barged to the offsite load-out site for subsequent transport.

### 5.1.3.2.6   Offsite Load-out Area

The offsite load-out area will have truck access. This site will be in an area that will not create excessive traffic or noise in surrounding neighborhoods. This load-out area will be a secure area that can verify

WGI038740

Recommendation Report for Demolition and Site Preparation Activities of the
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

transport identity, volumes, and transport destination. A contractor
representative will supervise the site during times of activity. All
activity will be documented. There is no plan to move hazardous
material through this area. This area will have a corresponding barge
receiving area for off-loading of materials that facilitate subsequent
truck transport to the appropriate facility.

### 5.1.3.3    Utility Requirements

It is the intent of project planning to have all required utilities supplied by
temporary sources. This includes water, electrical, sewer, fire suppression and
telephone. No existing utilities will be in service for the duration of the
project. Project operational utilities will be installed above ground to ensure
non-interference with the field activities.

### 5.1.3.4    Office Areas

Office areas will consist of temporary office trailers located adjacent to the
floodwall along Surekote Road in close proximity to utility services.

### 5.1.3.5    Potential Work Zones

The establishment of work zones as directed in the SSHP will be based on
operations and area activity. It is assumed that the entire area will be a
support zone for activities occurring throughout the property. Depending on
individual site activities, site control measures will be established and
enforced. Delineation of work zones will be identified with signs and barrier
tape where and when required. Weekly toolbox meetings will publicize work
zones and associated levels of protection.

### 5.1.3.6    Traffic Routes

The scope of the project, the size of the Industrial Area, and potential for
heavy traffic volume requires that a traffic plan be established. Signage will
be placed at critical points along with notification to contractors and contract
employees. Traffic will not be allowed to either move about freely or park in
undesignated areas. Areas will be restricted according to activity or condition.
Land transportation will be strictly limited to routes that cross Florida Avenue
Bridge.

### 5.1.3.7    Fencing and Security

Throughout the project area, potentially hazardous work zones, construction
equipment, private vehicles and work-related materials would be subject to
vandalism and theft. Therefore, a security service will be contracted to
maintain main gate access during work hours and patrol the Industrial Area
throughout the 24-hour period. Consultation with the security service will
determine if additional fencing is required for adequate security.

WGI038741

Recommendation Report for Demolition and Site Preparation Activities of the
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

### 5.1.4  Permitting Procedures

Certain activities concerning the demolition and preparation of the Industrial Area
will require regulatory permits in order to proceed with the work. The permits
required are expected to be as follows:

- Levee Board
- City Permits
- 404 Wetlands (the USACE has indicated that this permit will probably not
  be required as it already exist for the overall project)
- Waste Water Discharge for site (NPDES/LPDES)
- LDEQ Temporary Waste Storage Facility
- LDEQ AAC-2 Form  submittal for demolition (asbestos)

The duration of permit application time will vary, but maximum duration for overall
permitting process is not expected to exceed six months.

### 5.1.5  Subcontracting

One of the primary efforts associated with pre-work activities is the prequalification,
competitive bidding and selection of subcontractors to perform the construction
activities.  The contractor will contact potential subcontractors in the general vicinity
of the project site and evaluate their capabilities and their availability of resources.
Every effort will be made to utilize local subcontractors to perform the construction
work since using local resources not only supports the community economically, but
also results in a more cost effective approach. Activities anticipated to be
subcontracted include barge salvage, building demolition, waste hauling, barges, and
excavation efforts.

A pre-bid job walk will be conducted for subcontracts before receipt of bids for
construction work.

LOCAL LABOR PREFERENCE

The Contractor and his subcontractors shall, in carrying out the work under this
contract, give preference to qualified persons who regularly reside in the area where
the project is situated, except:

> To the extent that qualified persons regularly residing in the area are not
> available.

> For the reasonable needs of the Contractor or his subcontractors to employ
> supervisory or specially experienced individuals necessary to assure execution
> of the contract.

WGI038742

Recommendation Report for Demolition and Site Preparation Activities of the
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

For the obligation of the Contractor or his subcontractors to offer employment
to present or former employees as the result of a lawful collective bargaining
contract, provided that in no event shall the number of NONRESIDENT
persons employed under this subparagraph (3) exceed 20 percent of the total
number of employees employed by such Contractor and his subcontractors on
such project.

A person who regularly resides in the area means an individual must reside in the
area, without limit to time, but cannot either have been hired outside the area or have
been moved to the area at the Contractor's expense.

The "area where the project is situated" means the following impacted communities
located along the Industrial Canal: the Holy Cross, Lower Ninth Ward, Bywater, and
St. Claude neighborhoods, within the boundaries of Almonaster Avenue on the west,
the Mississippi River on the south, the Orleans/St Bernard Parish lines on the east,
and Florida Avenue on the north.

The Contractor and his subcontractors shall furnish the Contracting Officer, within 30
days of award, with a written plan outlining the actions planned to achieve full
compliance with the provisions of Section 844 of the Water Resources Development
Act of 1986, to assure the full participation of groups living in the affected areas in
the construction of the replacement lock.

The Contractor shall furnish, and be responsible for his subcontractors furnishing to
the Contracting Officer, monthly reports by the 10th of the following month. Reports
shall be in such form as the Contracting Officer may prescribe and shall show the
total number of employees and the number of employees who regularly reside within
the area. If the number of non-targeted employees of the Contractor or any
subcontractor exceeds 90 percent of his total employees, the report shall also include
a statement of actions taken to achieve compliance with this clause.

**5.2    Disconnect Utilities**

The scope of the project requires extensive excavation and subsurface activity. These
activities predicate the overall removal of underground objects in preparation for dredging.
Therefore, one of the initial project activities will be to contact all utility providers and
request disconnection of utilities at the outer limits of the Industrial Area. These utilities
include:

- Electricity
- Telephone
- Cable
- Water
- Sewer
- Gas

WGI038743

Recommendation Report for Demolition and Site Preparation Activities of the
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

- Storm water drainage

In the event that local utility companies cannot or will not comply with a request to supply
labor to disconnect services, the contractor will disconnect the service, under the authority of
a given utility provider. Subsequently, all required utility services would be supplied by
temporary services. (See Section 5.1.3.3)

## 5.3    Trash, Debris, Vegetation and Other

The Industrial Area has a history of multi-purpose use where the industrial activity has
changed over the 75-year life of the area. The compound uses and abandonment of the
property has left a mixture of trash, residue, overgrown vegetation and abandoned
equipment throughout the site. See Table 5-1 and 5-2 for a listing of these items. For the
sake of safety, access and eventual completion of the site preparation process, the following
tasks (as identified in 5.3.1 – 5.3.7) need to be performed:

**Table 5-1    Above Ground Items**

| NNO. | DESCRIPTION | BASELINE STATION | SIZE | HEIGHT | DETAILS |
|------|-------------|------------------|------|--------|---------|
| 19 | VALVE SITE | 75+25 | 5' X 5' | | 3 RISERS |
| 34 | FENCE – CHAIN LINK - 8' H | 71+69 | 20' X 20' | | 6 TRANSFORMERS INSIDE – WINDINGS MISSING FROM TRANS. |
| 37 | CONCRETE AREA - NOT A SLAB | 69+95 | 40' X 40' | | |
| 41A | FENCE – CHAIN LINK - 8' H | | L = 3630' | 8'H | |
| 54 | OLD CRANE | 68+85 | 15' X 15' | | INOPERABLE |
| 59 | STACK OF 3 OLD STEEL BARGES | 67+29 | 40' X 15' | 12' H | WITH 2 – 2' SQ X 40' STEEL SPUDS |
| 64 | STEEL SHELTER SKID | 65+95 | 30' X 16' | | W / 2 TANKS - GAS AND PAINT THINNER |
| 65 | OLD TRUCK | 65+95 | | | INOPERABLE |
| 66 | STEEL SHELTER OVER STEEL SKID | 66+15 | 16' X 20' | | LG. AIR COMPRESSOR & FUEL TANK ON SKID |
| 69 | FIBERGLASS BOAT | 65+48 | 24'LG | | OLD EUROPEAN - MADE LIFEBOAT |
| 71 | STACKS OF BARGE COVERS & WASTE TIMBERS | 65+49 | 35' X 100' | | STEEL BARGE COVERS & TIMBER CRANE MATS |
| 72 | STEEL CONTAINER | 65+29 | 40' X 10' | 9' H | |
| 78 | CRANE | 62+89 | | | A - FRAME SHAPE - MISSING BOOM |
| 106 | LARGE CAST IRON PUNCH EQUIPMENT | 49+88 | | | HYDRAULIC / ON SLAB NEXT TO METAL BUILDING |
| 121 | STEEL A-FRAME CRANE | 60+97 | | + 40' H | |
| 125A | DRY DOCK | 59+75 | 55' X 80' | | |
| 126A | TRIPOD CRANE | 58+10 | 25' X 10' | 30' H | |
| 130 | STEEL CONTAINER AND 2 OLD TRUCKS | 58+85 | CONT. 10' X 20' & 2 15' X 6' TRUCKS | 8' H | |

This information was compiled from the table within Reference 3.

WGI038744

Recommendation Report for Demolition and Site Preparation Activities of the
*East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project*
New Orleans, Louisiana

**Table 5-2   Trash and Debris**

| NO. | DESCRIPTION | BASELINE STATION | SIZE | HEIGHT | DETAILS |
|---|---|---|---|---|---|
| 35 | TRASH PILE | 71+29 | 30' X 30' | | APPLIANCES, SOME STEEL AND LARGE PUNCH EQUIPMENT |
| 38 | TRASH PILE | 70+64 | 10' X 10' | 6'H | LUMBER |
| 39 | TRASH PILE | 70+37 | 7' X 7' | | HEAVY STEEL / LARGE GATE VALVES |
| 84A | SAND AND DEBRIS WASTE PILE | 54 + 00 | 7000 SQ. FT. | 6 - 7 FEET | PROBABLY SPENT BLASTING SAND & OTHER DEBRIS |
| 84B | SAND AND DEBRIS WASTE PILE | 54 + 00 | 3000 SQ. FT. | 6 - 7 FEET | PROBABLY SPENT BLASTING SAND & OTHER DEBRIS |
| 85 | 6 POWER POLES | 53+83 | | | WITH TRANSFORMERS ON POLES AND EMPTY TRANS. CANS ON GROUND |

This information was compiled from the table within Reference 3.

### 5.3.1   Vegetation

Currently only a small portion of the Industrial Area is mowed and maintained.
Before and during mobilization all vegetation will be mowed and or removed. This
will be done in order to identify potential hazards and hidden objects in those areas
that are currently overgrown with shrubbery, weeds and small trees. Throughout the
duration of the project, a vegetation abatement effort will be maintained with
necessary mowing and grubbing taking place, as operational efforts and health &
safety deem necessary.

### 5.3.2   Storage and Conex Boxes

All containers will be investigated for contents, those contents removed when
applicable, and the containers and contents will be stockpiled in selected laydown
area. When containers and their contents have been identified, and sufficient
quantities have accumulated for efficient transport, this material will be shipped to the
appropriate salvage or disposal facility.

### 5.3.3   Abandoned Equipment

There are a number of abandoned construction, manufacturing and vehicle units
throughout the site. In general, they will be dealt with in the same manner as the
storage and conex boxes. However, if the equipment discovered is registered with the
Department of Motor Vehicles (DMV), a legal search effort involving the DMV will
be initiated and finalized prior to salvage operations.

### 5.3.4   Treated Timber

Existing piles of treated timber on the premises will be relocated and subsequently
analyzed. The method of analysis will be the Toxicity Characteristic Leaching
Procedure (TCLP). Based on results of TCLP analysis the treated timbers will be
disposed of in accordance with the Waste Management Plan.

WGI038745

Recommendation Report for Demolition and Site Preparation Activities of the
*East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project*
New Orleans, Louisiana

### 5.3.5 Bulkheads

The bulkheads established along the canal water's edge, consisting primarily of driven creosote pilings will be removed during the final field task of bank removal. Certain exceptions may prevail to that scheduled removal. The exceptions will be based on operational expediency. TCLP analyses will be performed on treated bulkhead timbers where applicable. Based on results of TCLP analysis the treated timbers will be disposed of in accordance with the Waste Management Plan.

### 5.3.6 Trailers

Trailers are situated on the property. Removal of the trailer(s) will follow the methods identified in 5.3.2 and 5.3.3.

### 5.3.7 Material and Waste in Containers

Product in containers, drums and cylinders will be considered hazardous until determined to be non-hazardous. Where appropriate, Material Safety Data Sheets (MSDS) will be used to determine the characteristics of the found contents. When determined appropriate, sampling and analysis protocols will be followed to determine the nature of the found product. The sampling methodology and analyses will be in accordance with the project SAP and SSHP. Subsequent salvage and/or disposal will be based on field screened or laboratory-obtained analytical results.

## 5.4 Above ground environmental concerns

This section of the report discusses the environmental concerns that have been identified in the previous reports. Tables have been provided as a convenience to the contractor. Prior to the development of the PWP, it is one of the contractor's responsibilities to field verify the magnitude of each environmental concern within the Industrial Area.

### 5.4.1 Above Ground Storage Tanks (ASTs)

Twelve- (12) ASTs have been identified within the Industrial Area. There are reports that Mayer Yacht and McDonough Marine will remove eight- (8) of the twelve- (12) upon termination of their leases. As a result the site will be left with only four- (4) ASTs that will require removal and disposal. Refer to Table 5-3, Remaining ASTs and Figure 5-1 and 5-2 (Appendix C), AST Location Maps for approximate location of the remaining ASTs.

WGI038746

Recommendation Report for Demolition and Site Preparation Activities of the
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

**Table 5-3     Remaining ASTs**

| Site Name | Structure Number | Structure Type |
|---|---|---|
| Boland Marine | 18 | Horizontal Steel AST |
| | 40A | Horizontal Steel AST |
| Saucer Marine | 83A | Horizontal Steel AST |
| | 103 | Upright AST |

This information was compiled from the table within Reference 3.

Removal of the ASTs will be performed in accordance with American Petroleum
Institute (API) standard 2015, guide 2015A and recommended practice (1604). Some
of the major issues detailed in the referenced documents are as follows:

- Initial preparations
- Liquid and solids removal
- AST isolation
- Ignition sources control
- Lead-based painted surfaces
- Implement all permit requirement
- Confined Space Entry
- Hot work

In the event that the current tenants do not remove the ASTs, the contractor will be
required to remove one or more of the ASTs identified in Table 5-4.

**Table 5-4     Tenant ASTs**

| Site Name | Structure Number | AST Description |
|---|---|---|
| Mayer Yacht | 127 | 300 – 500 gal – Steel AST |
| | 127 | 300 – 500 gal – Steel AST |
| McDonough Marine | 44 | 1,000 gallon – Oxygen |
| | 61 | 500 gallon – Propane |
| | 62 | 500 gallon – Motor Oil |
| | 64 | 1,000 gallon – Paint Thinner |
| | 64 | 600 gallon – Gasoline |
| | 66 | 500 gallon – Diesel |

This information was compiled from the table within Reference 6.

### 5.4.2   Asbestos Containing Materials (ACM)

As a part of the PWP and prior to the demolition of the buildings, the contractor will
prepare a detailed ACM Abatement Plan and submitted to the USACE for review and
approval. This abatement plan will be in accordance with the Louisiana
Administrative Code, Title 33, Part III, Subchapter M, 5151 and any other Federal or
local regulations. The abatement plan will also include an Emergency Plan for
dealing with hidden ACM exposed during demolition and an Air Sampling Plan for
ensuring that the adjacent residential area will not be exposed to hazardous levels of
asbestos. As the quantity of asbestos roofing material has not yet been determined,
the ACM Abatement Plan should include a sampling plan that will identify the

WGI038747

Recommendation Report for Demolition and Site Preparation Activities of the
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

presence of regulated asbestos within the roofing and determine the quantities requiring abatement.

Two- (2) asbestos surveys have been completed for the Industrial Area.  These surveys identified both friable and non-friable ACM. Refer to Table 5-5, Asbestos Survey Summary and Figures 5-3 and 5-4, ACM Location Maps for approximate locations (Appendix C).

**Table 5-5     Asbestos Survey Summary**

| Site ID # | Material Type | Quantity | Volume of Material |
|---|---|---|---|
| 7 | Window caulk (20x15) | 6 panes, 16 windows | Est. 0.5 cubic yard |
| 11 | Floor tile (8x8in) | 1200 sq. ft | 1.5 cubic yards |
| 11 | Window caulk (20x15in) | 6 panes x 24 windows | Est. 0.5 cubic yard |
| 11 | Floor tile (8x8in) | 500 sq. ft | 0.5 CY |
| 11 | Floor tile (8x8in) | 500 sq. ft | 0.5 CY |
| 14 | Pipe insulation | 20 linear ft | Est. 1 CY |
| 14 | Pipe insulation | 40 linear ft | Est. 2 CY |
| 14 | Window caulk (20x15in) | 9 panes x 11 windows | <0.5 CY |
| 21 | Electrical switch insulation | ~3 sq. ft | <0.25 CY |
| 21 | Window caulk (20x15in) | 9 panes, 1 window | <0.25 CY |
| 27 | Window caulk (20x15in) | 6 panes, 1 window | <0.25 CY |
| 70 | Ceiling tile – transite | 200 sq. ft | 1 CY |
| 74 | Window caulk (20x15in) | 2 panes: 14 windows | 0.25 CY |
| 74 | Roofing material | 3,750 sq. ft | 5.0 CY |
| 76 | Floor tile (8x8in) | 800 sq. ft | 1 CY |
| 76 | Floor tile Tan (12x12in) | 400 sq. ft | 0.5 CY |
| 76 | Floor tile | 750 sq. ft | 1 CY |
| 76 | Window caulk | 4x4 sq. ft: 8 windows | 0.25 CY |
| N 108 | Floor tile | 50 sq. ft | <0.25 CY |
| 45 | Mastic associated with tile | 3000 sq. ft | 2 CY |
| 60 | Shingles | Unknown | Unknown |
| 91 | Floor tiles (12x12in) | 50 sq. ft | <0.25 CY |
| 99 | Floor tile (8x8in) | 50 sq. ft | <0.25 CY |

This information was compiled from the table within Reference 3.

Prior to abatement the contractor will obtain all necessary permits and licenses from Federal, State and local authorities.  The contractor will be responsible for completing the LDEQ AAC-2 Form – "Notification of Demolition and Renovation Form".  Regardless of the presence of ACM, the form will be needed for each structure being demolished.  The name of the Certified LDEQ Asbestos Inspector(s) is required on these forms.  It will be the responsibility of the contractor to obtain approval from the two- (2) firms that completed the previous inspections for use of the inspectors' names on the forms.  Should approval not be granted, the contractor will be responsible for completing an inspection that meets LDEQ requirements.

WGI038748

Recommendation Report for Demolition and Site Preparation Activities of the
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

### 5.4.3   Polychlorinated Biphenyls (PCBs)

As a portion of the Work Plan and prior to the demolition of the buildings, the
contractor will prepare a detailed PCBs Abatement Plan to be submitted to USACE
for review and approval. This abatement plan will include the removal and disposal
of fluorescent light ballasts; transformer oil and PCBs impacted concrete. See Table
5-6 for a list of suspect PCBs-containing or impacted items and Figure 5-5 and 5-6,
PCBs Location Maps (Appendix C). As the quantity of contaminated concrete has
not yet been determined, the PCB Abatement Plan should include a sampling plan
that will identify concrete impacted with PCBs and estimate the quantity. PCBs
impacted soils will be addressed in the sampling and soil remediation section of this
report.

**Table 5-6     PCB Survey Summary**

| Site ID # | Material Type | Quantity |
|---|---|---|
| 11 | Fluorescent Light Ballast | 72 Fixtures |
| 34 | Oil | 6 Transformers |
| 34 | Soil | Unknown |
| 74 | Fluorescent Light Ballast | 6 Fixtures |
| 76 | Fluorescent Light Ballast | 33 Fixtures |
| 117 | Fluorescent Light Ballast | 4 Fixtures |
| 119 | Fluorescent Light Ballast | 4 Fixtures |
| 122 | Fluorescent Light Ballast | 7 Fixtures |
| 123 | Fluorescent Light Ballast | 3 Fixtures |
| 45 | Fluorescent Light Ballast | 80 Fixtures |
| 47 | Fluorescent Light Ballast | 6 Fixtures |
| 58 | Fluorescent Light Ballast | 1 Fixture |
| 60 | Fluorescent Light Ballast | 5 Fixtures |
| 85 | 3 Transformers | ~40 gallons each |
| 86 | Fluorescent Light Ballast | 6 Fixtures |
| 88 | Soil | Unknown |

This information was compiled from the table within Reference 4.

### 5.4.4   Lead

Lead-based paint has been identified on a number of the structures within the
Industrial Area. Under current regulations, the lead-based paint will not require
removal prior to demolition. However, the contractor will employ engineering
controls during the demolition process ensuring that air borne lead remains below the
permissible exposure level and that no additional lead contamination occurs to the
surrounding soils. A lead baseline survey SOW that would facilitate monitoring and
engineering controls is discussed in Section 6.0. During the course of the building
demolition, area and perimeter air monitoring will be incorporated to confirm that
workers' and the public's exposure levels are within OSHA compliance requirements.

WGI038749

Recommendation Report for Demolition and Site Preparation Activities of the
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

Lead impacted soils will be addressed in the sampling and soil remediation portions
of this report.

### 5.4.5   Fluorescent Light Bulbs, Mercury, Batteries, Smoke Detectors and CFC

All fluorescent lighting, mercury, batteries, smoke detectors and CFC will be
collected and segregated.  Each item will be then evaluated for disposal, recycling or
reuse.  Based on the final disposition, the items will be packaged, labeled and
transported to the final disposition site in accordance with City, State and Federal
regulations.

### 5.4.6   Creosote Treated Timber

The treated timbers (includes support pilings, telephone poles and treated bulkhead
timber) will be stockpiled according to the potential for exposure to additional
contaminants. (i.e. abandoned treated timber pile may have been over sprayed with
herbicides to control vegetation or building piles that may have been affected by a
contamination plume.)  Each stockpile will then be sampled and analyzed by TCLP,
profiled and disposed in accordance with the Waste Management Plan. During these
processes there is the potential for exposure to various chemical hazards; therefore,
the contractor will incorporate these hazards into the Health and Safety Plan.

### 5.5   Structure demolition

Upon removal of all environmentally sensitive materials and isolation of utilities, the
contractor will be required to remove structures (buildings, sheds, covered parking), concrete
slabs (assumed no greater than 18" thick), associated electrical, plumbing and miscellaneous
items. See Table 5-7 for a list of the structures requiring removal.  To the extent possible the
contractor will send construction debris to be recycled.  Debris that can not be recycled will
be sent for off-site disposal.  Demolition will be performed in a manner to limit noise,
vibration and dust pollution.  The contractor will be required to provide noise, vibration and
dust monitoring.  During the course of demolition, support piles may be encountered.  The
contractor will remove all pilings down to 36 feet below mean water level.  Disposal of the
piles will be performed as described in the Creosote Treated Timber section above.

Table 5-7     Building and Slabs

| NO. | DESCRIPTION | SIZE | HEIGHT | ESTIMATED NUMBER OF PILINGS | DETAILS |
|---|---|---|---|---|---|
| 1 | CONCRETE SLAB | 65' X 100' | NR | 68 | ANCHOR SLAB |
| 2 | CONCRETE SLAB | 40' X 45' | NR | 20 | ELEVATED SLAB |
| 3 | ELECTRICAL SERVICE | 6' W | 10' | NR | ON POLES |
| 4 | DOCK ENTRANCE | 25' X 50' | NR | 16 | |
| 5 | CONCRETE FOUNDATIONS | 25' X 12' | 2 @ 3' X 3' | 8 | ON SLAB |
| 6 | METAL BLDG. ON SLAB | 70' X 70' | 35' H | 52 | FULL OF PALLETS - QUONSET HUT TYPE |
| 6A | METAL BLDG. ON SLAB | 50' X 50' | 25' H | 28 | FULL OF PALLETS - ON CASTERS |
| 7 | METAL BLDG. ON SLAB | 125' X 80' | 28' H | 100 | FULL OF PALLETS |

Morrison Knudsen Corporation
December 2, 1999

DACA56-94-D-0021 Task Order 0026
Page 5-21

WGI038750

Recommendation Report for Demolition and Site Preparation Activities of the
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

| NO. | DESCRIPTION | SIZE | HEIGHT | ESTIMATED NUMBER OF PILINGS | DETAILS |
|---|---|---|---|---|---|
| 7A | SLAB - PARTIALLY UNDER TWO BUILDINGS | 185' X 100' | NR | 188 | BUILDINGS # 6 & #6A ARE ON THIS SLAB |
| 8 | CONCRETE SLAB | 40' X 20' | NR | 8 | HEAVY EQUIP. FDN. WITH STEEL IMBEDS |
| 8A | CONCRETE SLAB | 20' X 20' | NR | 4 | HEAVY EQUIP. FDN. WITH STEEL IMBEDS |
| 9 | CONCRETE SLAB | 60' X 40' | NR | 24 | HEAVY EQUIP. FDN. WITH STEEL IMBEDS |
| 10 | ELECTRICAL SERVICE | 12' W | 12' | NR | ON STEEL SHELTER |
| 11 | METAL BLDG. ON PIERS | 60' X 40' | 26' H | 24 | |
| 13 | METAL BLDG. ON SLAB | 50' X 40' | 21' H | 20 | FULL OF PALLETS / FORMER SUPPLY BLDG. |
| 14 | METAL BLDG. ON SLAB | 220' X 100' | 28' H | 220 | FULL OF PALLETS |
| 15 | GUARD SHACK | 10' X 10' | 15' H | NR | ON SKID |
| 16 | RAISED COVERED PLATFORM | 24' X 18' | 17' H | 8 | |
| 17 | METAL BLDG. ON SLAB | 25' X 12' | 6' H | 4 | EMPTY BLDG. ON SLAB |
| 20 | ELECTRICAL SERVICE | 8' W | 5' H | NR | |
| 21 | METAL BLDG. ON SLAB | 35' X 20' | 15' H | 8 | WITH 10' X 14' HVY EQUIP FDN – FORMER GENERATOR BLDG. |
| 22 | WOOD FRAMED METAL SHED | 25' X 10' | 10' H | NR | FALLING DOWN / WITH ELECT. SERVICE PANELS |
| 23 | METAL BLDG. ON SLAB | 60' X 30' | 20' H | 20 | TRASH INSIDE / COULD NOT SEE INSIDE WELL |
| 24 | STEEL FRAME DECK W/ PLATE | 12' X 8' | 4' H | NR | FORMER BOTTLE STORAGE |
| 25 | RAISED STEEL FRAMED SLAB | 20' X 25' | 1' H | 8 | EQUIPMENT SUPPORT FOUNDATION |
| 27 | WOOD FRAMED METAL SHED | 20' X 20' | 17 H | NR | TWO OLD COMPRESSORS INSIDE |
| 28 | CONCRETE SLAB | 20' X 30' | NR | 8 | |
| 29 | CONCRETE SLAB | 20' X 15' | NR | 4 | |
| 30 | CONCRETE SLAB | 25' X 10' | NR | 4 | |
| 31 | CONCRETE SLAB | 30' X 140' | NR | 44 | SMALL STEEL PLATES ON TOP OF SLAB |
| 32 | ELECTRICAL SERVICE | 6' W | 8' H | NR | ON STEEL FRAME - WITH 7 OUTLET PANELS |
| 33 | CONCRETE RAMP | 15' X 45' | NR | 8 | |
| 36 | METAL BLDG. ON SLAB | 150' X 100' | 40' H | 152 | WAREHOUSE IN USE BY BOLAND MARINE |
| 42 | METAL FRAMED PLATED RAMP | 12' X 8' | NR | NR | |
| 45 | WOOD BUILDING – OFFICE | 60' X 80' | 30' H | 48 | |
| 46 | STEEL CARPORT | 90' X 16' | 8' H | NR | OLD BARGE COVERS |
| 47 | METAL BLDG. ON SLAB | 75' X 25' | 15' H | 20 | WAREHOUSE IN USE BY McDONOUGH MARINE |
| 48 | STEEL CARPORT | 70' X 16' | 8' H | NR | OLD BARGE COVERS |
| 49 | STEEL CARPORT | 110' X 16' | 8' H | NR | OLD BARGE COVERS |
| 50 | CONCRETE SLAB | 15' X 50' | NR | 8 | |
| 51 | STEEL SHELTER | 24' X 30' | 10' H | NR | |
| 52 | STEEL BUILDING | 20' X 30' | 10' H | 8 | |
| 53 | STEEL BUILDING | 20' X 30' | 15' H | 8 | |
| 55 | TRASH PILE AND ABANDONED SHELTER | 25' X 50' | NR | NR | HEAVY STEEL & DEBRIS |
| 56 | STEEL SHELTER | 50' X 35' | 10' H | NR | ON STEEL PLATEN |
| 56 A | HEAVY STEEL PLATEN | 30' X 50' | 16" H | 16 | |
| 58 | STEEL BUILDING WITH TANK | 30' X 8' | 14' H | 4 | ON SKID |
| 60 | WOOD BUILDING | 20' X 20' | 12' H | NR | |
| 62 | STEEL SHELTER | 20' X 20' | NR | NR | OVER WASTE OIL SKID |
| 63 | METAL BUILDING | 12' X 12' | 10' H | NR | W / WOOD FRAME |
| 64 | STEEL SHELTER SKID | 30' X 16' | NR | NR | W / 2 TANKS - GAS AND PAINT THINNER |
| 66 | STEEL SHELTER OVER STEEL SKID | 16' X 20' | NR | NR | LG. AIR COMPRESSOR & FUEL TANK ON SKID |

Morrison Knudsen Corporation
December 2, 1999

DACA56-94-D-0021 Task Order 0026
Page 5-22

WGI038751

Recommendation Report for Demolition and Site Preparation Activities of the
*East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project*
New Orleans, Louisiana

| NO. | DESCRIPTION | SIZE | HEIGHT | ESTIMATED NUMBER OF PILINGS | DETAILS |
|---|---|---|---|---|---|
| 68 | ELECTRICAL SERVICE | 4' W | 3' H | NR | ON POWER POLE |
| 70 | STEEL BUILDING | 12' X 12' | 8' H | NR | STEEL BOX FROM A SHIP ON A SKID |
| | CONCRETE SLAB | 40' X 80' | NR | 32 | |
| 73 | | | | | |
| 74 | CONCRETE BLOCK BUILDING WITH SLAB | 110' X 60' | 19' H | 148 | PRECAST CONCRETE ROOF |
| 75 | METAL BUILDING | 20' X 80' | 13' H | 16 | |
| 76 | METAL BUILDING | 90' X 80' | 35' H | 72 | |
| 77 | CONCRETE SLAB | 80' X 100' | NR | 80 | |
| 79 | CONCRETE SLAB | 15' X 65' | NR | 12 | |
| 80 | CONCRETE RAMP | 25' X 45' | NR | 12 | FOR INACTIVE LOADING DOCK |
| 81 | CONCRETE SLAB | 25' X 30' | NR | 8 | TO INACTIVE LOADING DOCK |
| 83 | STEEL SHELTER OVER STEEL FRAME | 24' X 24' | NR | NR | FALLING DOWN |
| 84 | CONCRETE SLAB | 15' X 10' | NR | 4 | LARGE PILE OF SAND NEAR SLAB |
| 86 | METAL BUILDING | 90' X 40' | 20' H | 36 | INACTIVE WORKSHOP ON ELEVATED SLAB / OFFICE TRASH |
| 87 | STEEL RAMP | 10' X 25' | NR | NR | ADJACENT TO SHOP BUILDING |
| 88 | CONCRETE SLAB | 25' X 50' | NR | 16 | |
| 89 | CONCRETE SLAB | 25' X 35' | NR | 12 | |
| 90 | CONCRETE SLAB | 20' X 25' | NR | 8 | |
| 91 | GUARD SHACK | 10' X 8' | 19' H | NR | WOOD BUILDING ON STEEL FRAME |
| 93 | METAL BUILDING ON CONC. BARGE | 70' X 20' | 12' H | NR | |
| 98 | CONCRETE SLAB | 15' X 15' | NR | 4 | |
| 99 | CONCRETE SLAB | 25' X 35' | NR | 12 | |
| 100 | DOUBLE TRAILER OFFICE ON STEEL PILES ON CONCRETE FOUNDATIONS | 70' X 30' | 20' H | 48 | ONLY THE CONCRETE FOOTINGS REMAIN AS OF 7 / 1 / 98 |
| 101 | ELECTRICAL SERVICE | 5' X 5' | 4' H | NR | BOX SURROUNDED BY 4 BOLLARDS |
| 104 | METAL BUILDING, WORKSHOP ON SLAB | 60'x40' | 14' H | 24 | ADJACENT TO LARGE PUNCH EQUIPMENT |
| 105 | CONCRETE SLAB | 60'x40' | NR | 24 | WITH FRAME FOR AN OVERHEAD CRANE |
| 106 | LARGE CAST IRON PUNCH EQUIPMENT | NR | NR | NR | HYDRAULIC / ON SLAB NEXT TO METAL BUILDING |
| 107 | WOOD FRAMED METAL BUILDING | 40' X 30' | 14' H | NR | OLD HORSE SHED |
| 108 | ELEV. SLAB W/ BLOCK WALL | 130' X 30' | 4' H | 68 | # 111 SHELTER ABOVE |
| 109 | CONCRETE SLAB | 30' X 30' | NR | 12 | BLASTING MEDIA ON AND AROUND SLAB |
| 110 | CONCRETE SLAB | 30' X 40' | NR | 12 | BLASTING MEDIA ON AND AROUND SLAB |
| 111 | METAL SHELTER | 60' X 70' | NR | 44 | ON FAILED STEEL FRAME |
| 112 | CONCRETE SLAB | 85' X 160' | NR | 136 | BLASTING MEDIA ON AND AROUND SLAB |
| 113 | CONCRETE SLAB | 30' x30' with 15' x 15' L | NR | 8 | |
| 114 | CONCRETE SLAB | 30' X 40' | NR | 12 | AROUND SEWER LIFT STATION W / FENCE |
| 117 | METAL BUILDING | 60' X 35' | 17' H | 24 | FORMER STORE - SLAB PROTRUDES 25' SOUTH - STORAGE |
| 118 | METAL BUILDING | 60' X 40' | 22' H | 24 | STORAGE FOR PAINT AND OTHER MATERIALS |
| 119 | METAL BUILDING | 50' X 50' | 27' H | NR | STORAGE FOR PAINT AND OTHER MATERIALS |
| 120 | CONCRETE SLAB | 100' X 120' | NR | 120 | |
| 122 | METAL BUILDING | 40' X 50' | 17' H | 20 | LOCKED STORAGE - COULD NOT SEE INSIDE |
| 123 | METAL BUILDING | 20' X 60' | 12' H | 12 | LOCKED STORAGE - COULD NOT SEE INSIDE |

WGI038752

Recommendation Report for Demolition and Site Preparation Activities of the
*East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project*
New Orleans, Louisiana

| NO. | DESCRIPTION | SIZE | HEIGHT | ESTIMATED NUMBER OF PILINGS | DETAILS |
|---|---|---|---|---|---|
| 124 | METAL BUILDING | 80' X 100' | 40' H | 80 | FORMER BLAST BUILDING – CURRENTLY USED FOR STORAGE |
| 125 | CONCRETE SLAB | 240' X 80' | NR | 192 | |
| 126 | METAL SHELTER ON STEEL FRAME | 50' X 80' | NR | 40 | COVERED BOAT SLIPS |
| 128 | METAL STRUCTURE ON STEEL FRAME | 6' x 6' | NR | NR | SAND PILES AROUND |
| 129 | WOOD FRAME OFC. BLDG. ON PILES | 50' X 20' | NR | 12 | CONTAINER TO THE SOUTH |

NR-Not Reported    This information was compiled from the table within Reference 3.

## 5.6   Barges

The contractor will remove ten- (10) abandoned barges within the IHNC. The barges are
identified in Table 5-8. All submerged debris within a distance of fifteen- (15) feet of the
barges will be removed. Any debris that extends into the Industrial Area's bank will be
handled as a part of the Bank Removal (5.16). The contractor shall remove the barges either
by disposal, recycling or salvage. If the contractor does not plan to retrofit any of the barges
for reuse, the contractor shall breakup the barges so that they cannot be re-assembled. The
contractor will be responsible for contacting the Louisiana Oil Spill Coordinator's Office
(LOSCO) to submit appropriate paper work to document the removal of the barges. The
contractor shall also comply with the requirements of the Refuse Act (33 U.S.C. 407 –
Section 13 of the River and Harbor Act 1899). It is possible that the barges contain small
amounts of petroleum product, because not all areas within the barges were accessible and
sampled. The contractor shall take precautions to prevent discharges or spills that would
result in degradation of the water quality (33 U.S.C. 1321 and 40 CFR 110).

**Table 5-8.   Abandoned Barges**

| Site ID # | LOSCO Identification # | Size | Environmental Concern ID in LOSCO Report |
|---|---|---|---|
| 40 | Not identified | 40' x 80' | NA |
| 82 | 36-047 | 12' x 41' | NR |
| 82 | 36-046 | 12' x 40' | NR |
| 82 | 36-045 | 26' x 100' | NR |
| 82 | 36-044 | 32' x 200' | NR |
| 92 | 36-042 | 37' x 265' | NR |
| 94 | 36-043 | 33' x 125' | NR |
| 95 | 36-041 | 24' x 140' | NR |
| 102 | 36-040 | 32' x 110' | Diesel range organics |
| 102A | 36-039 | 32' x 110' | NR |

NR- Not Reported    NA – Not Applicable
This information was compiled from the information presented within Reference 3 and 7.

## 5.7   RECAP

The contractor will handle any constituents of concern found at the Industrial Area under
LDEQ's Risk Evaluation and Corrective Action Program (RECAP). This program has
mechanisms for handling voluntary clean-up activities as well as those under compliance
order. It applies to all sites that are known to be or may be suspected of being contaminated

WGI038753

Recommendation Report for Demolition and Site Preparation Activities of the
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

with constituents of concern. The program is flexible enough to allow for determination that there are acceptable levels of constituents of concern as well as providing a mechanism for remediation should this be required. It is also designed to incorporate considerations regarding background levels of constituents of concern.

The contractor will follow all the requirements of RECAP. These include but are not limited to the following:

- To determine the constituents of concern that will be the subject of the site investigation.
- To design and execute the Site Investigation.
- to evaluate the quality of the data
- To determine whether the constituents of concern at the site pose an unacceptable risk by comparison with published or developed screening or RECAP standards or background levels, as appropriate.

The conceptual site model and current and future exposure scenarios for the site will be determined by agreement with USACE who will make final determinations for the disposition of the soil.

Should the risk be unacceptable the contractor will determine the extent of treatment/excavation necessary to meet the RECAP standards and design an appropriate confirmatory sampling plan.

The contractor should understand that the USACE has already met with LDEQ and that an LDEQ team with a single point of contact has been assigned to this project. It is incumbent on the contractor to apprise LDEQ (with USACE approval) of the activities they propose to undertake. The RECAP procedure is a critical juncture issue on this project and LDEQ should be apprised to the extent necessary that there will be no delays prior to any remedial actions deemed necessary.

## 5.8    Site Investigation Sampling

The purpose of the Site Investigation Sampling effort is to provide the data necessary to support a LDEQ RECAP based cleanup. Whenever feasible the contractor will utilize data previously collected. Sample results from previous groundwater and soil samples as well as current site conditions will provide information concerning the constituents of concern (COCs) and pinpoint the initial Areas of Investigation (AOI).

The Site Investigation activities will include a sufficient number of sample locations in appropriate media to adequately define the vertical and horizontal extent of the impacted AOIs. Data Quality Assurance/Quality Control (QA/QC) is critical to the acquisition of reliable data for quantitative risk assessment. Data on which risk-based decisions are made must meet minimum analytical requirements and be of known quality to allow for an evaluation of uncertainty in the data and the resulting impact on estimated risks. Therefore, the data collection must meet all of the QA/QC requirements defined in RECAP.

WGI038754

Recommendation Report for Demolition and Site Preparation Activities of the
*East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project*
New Orleans, Louisiana

The Site Investigation will be performed in accordance with the LDEQ RECAP Document
and all applicable rules and regulations including the latest versions of the Louisiana
Department of Transportation and Development (LDOTD) document "Water Well Rules,
Regulations and Standards, State of Louisiana" and LDEQ and LDOTD document
"Construction of Geotechnical Boreholes and Groundwater Monitoring Systems". The Site
Investigation will include but not be limited to the following sampling effort for each AOI:

- Characterization of all media suspected of being impacted.
- Identification of the constituents present and their respective
  concentrations
- Identification of the horizontal and vertical extent of the impact.
- Identification and characterization of migration pathways and receiving
  media.
- Characterization of current or potential off-site impacts.
- Collection of data for modeling input (if any) depending on management
  option decision.

**5.9   Jordan Street Wharf**

The contractor will remove the 30' x 805' wharf located within the boundaries of the area
once occupied by Boland Marine (northern end of the Industrial Area). The wharf demolition
will include removal of the concrete deck, support piling (down to 36'), moorings, ramps,
piping, electrical and other miscellaneous items attached to the wharf. The contractor will
then remove all submerged debris within a distance of fifteen- (15) feet of the wharf stopping
at the bank. Any debris that extends into the Industrial Area's bank will be handled as a part
of the Bank Removal section of this report.

**5.10   Surface Cleanup**

Following the removal of the above ground environmental concerns (5.4) and structure
demolition (5.5), it is expected that there will be observable surface and subsurface materials
and obstructions. This material may consist of partially buried containers, piping,
foundation materials and fencing. During the surface cleanup piping and other materials that
are discovered will be "chased" to the extent that all observable metal or debris is removed
to the Industrial Area property lines. Included in the surface cleanup, will be the removal of
observable iron and steel shavings, foundation materials and all other surface features not
previously removed in the demolition and slab removal efforts. Previous literature indicates
that buried barges may have been used as building foundations. If any foundation/barges are
discovered during this task, they will be removed.

**5.11   Geophysical Survey**

Due to the abundance of abandoned metal, metal waste, and shavings, the geophysical
survey will be conducted following the physical removal of material that would cause
magnetic interference. The survey will employ instruments designed to find buried metallic

Morrison Knudsen Corporation                                      DACA56-94-D-0021 Task Order 0026
December 2, 1999                                                                            Page 5-26

WGI038755

*Recommendation Report for Demolition and Site Preparation Activities of the*
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

targets (i.e EM61 and EM31), such as underground storage tanks, barges, piping and drums. The depth limitation for detection is estimated to be nine- (9) feet.

- During the survey, the spatial indication of any buried metal objects will be flagged at the point of discovery and logged for reference. This flagging/logging will enable separate excavation crews to locate the point source and remove any buried metals at the location. This will be a field screening operation with no subsequent geophysical report.

- During the removal of any found metal or debris, field screening will be conducted to determine the existence of any discovered or suspect contamination. If required, additional laboratory analyses will be performed as part of the Site Investigation Sampling phase of the SOW.

- Contaminated areas will be removed and handled as discussed in section 5.13 of this report.

## 5.12   Grid Trenching

Because there is a potential for undiscovered and non-metallic buried piping and debris to be overlooked by the geophysical survey, a grid trenching operation using a powered trencher to a depth of five feet will be used to find any residual underground objects. The spatial design of the grid will be determined following the geophysical survey. The process of debris removal, sampling & determination of suspected contamination and contamination removal will follow established procedures. Following grid trenching operations, the trenches will be backfilled in a timely manner to prevent slip, trip and fall hazards and unwanted storm water collection.

## 5.13   Soil Remediation

Upon acceptance of the RECAP Standards by LDEQ, the contractor will remove all soils that exceed the RECAP Standards within the Soil Remediation Area. The Soil Remediation Area is defined as the area west of the floodwall, the northern and southern fence lines and fifteen- (15) feet east of the shoreline. The fifteen-foot area that will be left in place will be addressed in the Bank Removal Section of this report. During the course of the excavation there is a high probability that groundwater will be encountered. As a result the excavated soils may be saturated with water. Any excavated soils that would appear to fail the "paint filter test" will need to be dewatered. The procedure for handling the dewatering of soils will be included in the Waste Management Plan. The contractor will also incorporate into the Waste Management Plan the handling of any chemically impacted groundwater. The contractor as part of the Storm Water Pollution Prevention Plan will isolate the site to ensure that storm water runoff is not released to the surrounding area.

WGI038756

*Recommendation Report for Demolition and Site Preparation Activities of the*
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

### 5.14   Confirmatory Sampling

Confirmatory sampling will take place immediately following the removal of COCs to validate cleanup to RECAP standards. Confirmatory sampling will be established based on results of the Site Investigation and the resulting Risk Assessment and may vary for each Area of Investigation (AOI) and any proposed reuse. The contractor must ensure that the confirmatory sampling data meets all of the QA/QC requirements defined in RECAP as well as being statistically valid when required.

### 5.15   Excavation of RECAP Non-compliant Soils

Should any of the Confirmatory Samples identify areas that do not fall within the RECAP Standards, the contractor will remove the affected soils. Once the areas of concern have been removed, new Confirmatory Samples will be taken to ensure removal of all constituents of concern. The process of confirmation sampling and removal of non-compliant areas will continue until all remaining soil meets the RECAP Standards.

### 5.16   Bank and Road Removal

As part of the final field task, the contractor will remove the bank. The removal includes the fifteen feet of area not addressed in the soil remediation section of the report and the fifteen-foot area extending into the canal. All soil above the RECAP Standards and waste will be handled in accordance with the Waste Management Plan. Upon completion of the excavation and debris extraction, confirmatory samples will be taken to ensure that all remaining soils meet the RECAP Standards. Once sampling confirms that the bank is acceptable, the bank will be leveled to ensure that a 3:1 slope is produced.

Surekote Road will then be removed and the entire site will be leveled and sloped to ensure drainage toward the IHNC.

### 5.17   Demobilization

Before final demobilization, the Contractor Quality Control Manager and the Project Manager will inspect the entire site. This inspection is in addition to the day-to-day inspection by the Quality Control Manager who should have made a punch list of items to be addressed. Completion of the in-house punch list items will predicate a final inspection of the completed project by the USACE representative(s). If a punch list of item(s) is generated during the final inspection, demobilization will be postponed until all items on the list can be completed to the satisfaction of the USACE.

### 5.18   Completion Report

The Completion Report will consist of information verifying adequate preparation of the Industrial Area for Lock construction. The major elements of the report are as follows:

WGI038757

Recommendation Report for Demolition and Site Preparation Activities of the
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

### 5.18.1 Synopsis of Demolition and Site Preparation Activities

A narrative summary of work accomplishments supplemented by photographic
documentation for all phases of the project will be submitted.  Where it is deemed
necessary, topographic maps and figures will be presented.

### 5.18.2 Demonstration that Criteria for Demolition and Lock Replacement Site Preparation Have Been Met

Sampling analyses, waste manifests, bills of lading, permits and regulatory submittals
will be presented verifying that the Lock Replacement Site preparation SOW has
been completed.

### 5.18.3 Summary of Inspection Findings

A summary of all inspections, including visual, analytical, geophysical and physical
intrusion methods will be presented.  This summary will include the actions
predicated by inspection findings and the subsequent results.

### 5.18.4 Summary of Total Operation

This section will incorporate the information provided in the preceding sections and
summarize the overall demolition and preparation process.

WGI038758

*Recommendation Report for Demolition and Site Preparation Activities of the*
*East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project*
*New Orleans, Louisiana*

## 6.0    Conclusion

The review of background information provided by the USACE combined with associated observations and discussion were developed into recommendations for the SOW as presented in Section 5.0.  These efforts are subsequently developed into definable features of work as presented below.

**Table 6-1  Definable features of work**

- Project Mobilization
- Project Work Plans and associated review processes
- Site Mobilization and Site Set up
- Permitting processes that include Levee Board, City, NPDES and LDEQ permits
- Subcontracting efforts
- Utility disconnection
- Clearing and grubbing activities with ongoing clearing  (weed abatement) during the projects duration
- Above ground environmental concerns that include ASTs, PCBs, mercury, ballasts, lead, CFC and creosote
- Asbestos
- Building demolition that includes concrete slab removal and all in place structures
- Piling removal that includes onshore and offshore pilings
- RECAP
- Site Characterization
- Surface Cleanup
- Geophysical Surveys
- Grid Trenching
- Remediation
- Clearance sampling
- Bank and Surekote Road removal
- Final Grading and Seeding
- Project demobilization

A schedule indicating unique tasks, each task's duration and the chronology of the project is presented in Appendix A - Schedule.  The calculated total duration of these tasks is currently 20.09 months.

---

Morrison Knudsen Corporation                        DACA56-94-D-0021 Task Order 0026
December 2, 1999                                                                    Page 6-1

WGI038759

Recommendation Report for Demolition and Site Preparation Activities of the
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

## 6.1    Data Gap Tasks

As discussed in Section 3.0, there are certain "data gaps" that will hinder the initiation,
performance or conclusion of the definable features of work.  Current work efforts are based
on assumptions that have potential to be incorrect.  The ability to fill the data gaps and
eliminate the guesswork from the levels of effort will result in a more predictable and
controllable project.  Listed below is a summary table that presents the "data gaps", the
significance of the gap and potential resolution.

**Table 6-2  Data Gap, Significance and Resolution**

| Data Gap | Significance | Resolution |
|---|---|---|
| Lead Baseline | No established lead concentration levels | Collect and analyze samples; define baseline |
| LDEQ Reports | Found information will assist in site characterization | Data search at LDEQ offices |
| 404 CWA Permit | Need permit to remove bank, bottom and soils | Determine current status of permit situation |
| MRGO utilization | Removed soils cannot be placed within MRGO site w/o resolution | 404 CWA Permit, and RECAP issues |
| RECAP requirements for IHNC Industrial Area | Impossible to develop work plan without determining IHNC RECAP requirements | Review of analytical data with reference to RECAP |
| RECAP work plan | RECAP work plan submittal to LDEQ is required | Mapping, geology, groundwater use, DOTD survey, other |
| IHNC water quality | Discharge permit and IHNC influence on groundwater | Collect water samples from IHNC & analyze |
| Asbestos AAC-2 Form | Asbestos inspection conducted by other contractor(s) – They must participate in order for ACM abatement to proceed | Other contractors complete forms - or conduct new survey |
| Assessment Site | COC levels and extent have never been addressed. COC's may be acceptable. COC's are not acceptable & remediation required | Perform Site Assessment in accordance with LDEQ standards |

WGI038760

Recommendation Report for Demolition and Site Preparation Activities of the
*East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project*
New Orleans, Louisiana

The preceding data gaps are presented in an expanded version in Appendix D - Data Gap
Tasks.  The Data Gaps are discussed in the following format:

- General description of gap
- Impact / significance of gap
- Work required to fill gap
- Requirements
- Duration

## 6.2    SOW Data Gaps

There are select tasks with inherent data gaps that cannot be adequately determined until the
task is performed.  The determination of the actual SOW for the task will have direct bearing
on the level of effort required for the tasks, and consequently duration.

**Table 6-3  SOW Data Gaps**

| SOW | GAP | Significance / Impact |
|---|---|---|
| • Above ground concerns | AST contents, creosote, unknown releases, PCBs | Schedule & level of effort |
| • Building / structure demolition | Lack of as-built, substructure unknowns | 60 hour work week, schedule & level of effort |
| • Piling removal | Number of pilings, depth and condition of pilings unknown | 60 hour work week, schedule & level of effort |
| • Geophysical survey | Unknown buried debris & equipment | Additional analyses & cleanup |
| • Grid trenching | Unknown buried debris & equipment | Additional analyses & cleanup |
| • Confirmatory sampling | Unknown residual COCs | Several rounds of sampling, analyses and remediation |
| • Sunken Barges | Actual number of sunken barges and unknown product in barges | Spill response effort, potential for release & additional effort |
| • Bank removal | Unknown debris & COCs in bank | Level of effort & schedule impact |

WGI038761

Recommendation Report for Demolition and Site Preparation Activities of the
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

The preceding SOW Data Gaps are presented in an expanded version in Appendix E -
SOW Data Gaps.  These data gaps are presented in the following format.

- General description of work
- Work task
- Requirements
- Duration
- Task data gaps

In conclusion, demolition and preparation of the IHNC Industrial Area is proposed to
take slightly over 20 months.  The unknowns referred to as data gaps will impact the
estimated schedule.  Until the actual impact of the data gaps can be determined,
schedules, work effort and scopes of work have been estimated at best case scenario.

WGI038762

*Recommendation Report for Demolition and Site Preparation Activities of the*
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

# APPENDICES

# Appendix A – Schedule

# Appendix B – List of Documents

# Appendix C – Drawings

# Appendix D – Data Gap Tasks

# Appendix E – SOW Data Gaps

WGI038763

Recommendation Report for Demolition and Site Preparation Activities of the
*East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project*
New Orleans, Louisiana

# **Appendix A – Schedule**

Morrison Knudsen Corporation
December 2, 1999

DACA56-94-D-0021 Task Order 0026

WGI038764

# IHNC - Task Order 0026



| Task Name | Duration | Start | End |
|---|---|---|---|
| Project Mob | 1.00 m | 03/Jan/00 | 02/Feb/00 |
| Project plans | 2.00 m | 03/Jan/00 | 06/Mar/00 |
| Work plan & LDEQ review | 3.00 m | 03/Jan/00 | 05/Apr/00 |
| Waste Mgt plan | 1.50 m | 03/Jan/00 | 17/Feb/00 |
| Storm water plan | 1.50 m | 03/Jan/00 | 17/Feb/00 |
| SAP & LDEQ review | 3.00 m | 03/Jan/00 | 05/Apr/00 |
| QAPP | 1.50 m | 03/Jan/00 | 17/Feb/00 |
| HASP | 1.50 m | 03/Jan/00 | 17/Feb/00 |
| Site Mob | 0.50 m | 03/Jan/00 | 17/Feb/00 |
| Site setup | 0.50 m | 15/Feb/00 | 01/Mar/00 |
| Permitting | 0.50 m | 01/Mar/00 | 16/Mar/00 |
| Subcontracting | 6.25 m | 03/Jan/00 | 17/Jul/00 |
| Disconnect utilities | 2.00 m | 03/Jan/00 | 06/Mar/00 |
| Clear & grub | 1.00 m | 03/Jan/00 | 02/Feb/00 |
| Chopping clear & grub | 0.50 m | 18/Jan/00 | 01/Feb/00 |
| Above ground Concerns | 15.00 m | 05/Feb/00 | 12/Apr/01 |
| ASTs | 4.25 m | 05/Apr/00 | 11/Nov/00 |
| Asbestos | 4.25 m | 05/Apr/00 | 15/Aug/00 |
| PCB, forms, Merc., Bal, Etc. | 1.75 m | 05/Apr/00 | 05/Aug/00 |
| Clearance trainees | 1.50 m | 05/Apr/00 | 22/May/00 |
| Building Demo - 60 hr/wk | 12.50 m | 05/Apr/00 | 19/Apr/01 |
| Piling removal - 60 hr/wk | 12.00 m | 08/May/00 | 22/May/01 |
| Barges | 2.00 m | 03/Apr/00 | 06/Jun/00 |
| Recap | 15.87 m | 05/Apr/00 | 20/Aug/01 |
| Site characterization | 7.50 m | 02/Oct/00 | 29/May/01 |
| Surface cleanup | 12.00 m | 15/May/00 | 30/May/01 |
| Geophysical survey-1 | 0.50 m | 05/Mar/01 | 20/Mar/01 |
| Geophysical survey-2 | 1.00 m | 14/Apr/00 | 19/Jul/01 |
| Geophysical survey-3 | 0.50 m | 30/May/01 | 15/Aug/01 |
| Grid trenching-1 | 0.50 m | 20/Mar/01 | 03/Apr/01 |
| Grid trenching-2 | 0.50 m | 30/Apr/01 | 14/May/01 |
| Grid trenching-3 | 0.50 m | 14/Jun/01 | 28/Jun/01 |
| Remediation | 9.45 m | 02/Oct/00 | 30/Jul/01 |
| Clearance sampling-1 | 1.25 m | 03/Apr/01 | 10/May/01 |
| Clearance sampling-2 | 1.25 m | 14/May/01 | 21/Jun/01 |
| Clearance sampling-3 | 1.25 m | 21/Jun/01 | 31/Jul/01 |
| Bank removal | 7.75 m | 06/Dec/00 | 13/Aug/01 |
| Demob | 0.50 m | 13/Aug/01 | 27/Aug/01 |
| Closeout | 1.00 m | 28/Aug/01 | 27/Sep/01 |

WGI038765

Recommendation Report for Demolition and Site Preparation Activities of the
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

# Appendix B – List of Documents

Morrison Knudsen Corporation                    DACA56-94-D-0021 Task Order 0026
December 2, 1999

WGI038766

(1)    Mississippi River – Gulf Outlet
       New Lock and Connecting Channels - Evaluation Report
       Assessment of Potential Hazardous, toxic and Radiological Waste
       Volume 5 of 6, Appendix C - March 1997
       US Army Corps of Engineers, New Orleans District

(2)    Mississippi River – Gulf Outlet
       New Lock and Connecting Channels - Evaluation Report
       Environmental
       Volume 6 of 9, Appendix D - March 1997
       US Army Corps of Engineers, New Orleans District

(3)    Final Submittal – Demolition Design Memorandum Input
       Demolition of Buildings, Foundations and Facilities along the Inner Harbor
       Navigational Canal for the Lock Replacement
       February 1999
       Waldemar S. Nelson and Company Incorporated

(4)    Above Ground Structures Report
       Environmental Support to Inner Harbor Navigational Canal New Lock and
       Connecting Channels
       Volume One – Above Ground Structures Report Cost Estimation Tables
       Volume Two – Appendicies A thru C
       Volume Three – Appendicies D thru G
       March 1999
       Dames & Moore

(5)    Mixed-Waste Mounds
       Environmental Support to Inner Harbor Navigational Canal New Lock and
       Connecting Channels
       June 30, 1999
       Dames & Moore

(6)    Above Ground Storage Tanks
       Environmental Support to Inner Harbor Navigational Canal New Lock and
       Connecting Channels
       July 1999
       Dames & Moore

(7)    Statewide Abandoned Vessel Inventory, New Orleans Zone
       CMS, Inc.

(8)    Final Report IHNC Drum & Container Testing, Collection and Disposal
       Saucer Marine, Indian Towing & Boland marine Sites
       July 20, 1994
       Materials Management Group, Inc.

WGI038767

(9)   SA land Use History of Areas Adjacent to the Inner Harbor Navigational Canal Lock,
      New Orleans
      November 1992
      R. Christopher Goodwin & Associates, Inc.

WGI038768

Recommendation Report for Demolition and Site Preparation Activities of the
East Bank Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project
New Orleans, Louisiana

# Appendix C – Drawings