# EXHIBIT 14

PART B

*Above Ground Storage Tanks*

Based on information provided in previous reports, four ASTs will require removal. These ASTs are located on the old Boland Marine and Saucer Marine sites. See Table 3-3 Remaining ASTs for a detailed list and identifiers for the ASTs and Figure 3-4 for a graphic location of each AST.

Removal of the ASTs will be performed in accordance with American Petroleum Institute (API) standard 2015, guide 2015A and recommended practice (1604). Some of the major issues detailed in the referenced documents are as follows:

- Initial preparations
- Profile AST contents
- Liquid and solids removal/disposal
- AST isolation
- Ignition sources control
- Lead-based painted surfaces
- Implement all permit requirement
- Confined Space Entry
- Hot work

Table 3-3     Remaining ASTs[6]

| Site ID # | Size | Comments |
|-----------|------|----------|
| 18 | 10' l x 5' d | Horizontal steel AST |
| 40A | 12' l x 4' d | Horizontal steel AST, probably an air receiver |
| 83A | 12' l x 5' d | Horizontal steel AST, marked 1075 |
| 103 | 8' d | Vertical bulk sand handling tank with piles of sand around |

*Treated Timber*

Existing treated timbers that include treated wood, treated telephone poles and other treated poles will be moved to the waste staging area. Samples will be collected and the timbers will be handled in accordance with the Waste Management Plan and the Sampling and Analysis Plan. Previous reports did not detail the number of treated

WGI041912



WGI041913

timbers; therefore, a site walk will be conducted to determine the number of treated timbers.

*Material and Waste in Containers*

There are various paints, solvents, oils and containers of unknown materials in and around the site structures. This containerized waste will be collected from around the site and staged in the waste storage area for inspection. The materials will be segregated based on container labelling, exterior appearance and condition. The contents of all the containers will then be visually inspected in accordance with the Site Safety and Health Plan. Containers will be re-segregated. Sampling and material consolidation will be performed in accordance with the Waste Management Plan and the Sampling and Analysis Plan. Compatible materials will be consolidated for disposal.

**3.4.2  General Site Items**

The General Site Items include abandoned equipment, storage containers, abandoned vehicles and equipment, chain-link fencing, vegetation, and trash and debris. Each item will be evaluated at the time of collection, to determine whether it will be relocated to the waste storage area or will be direct loaded into an appropriate roll-off box. Each item will be handled in accordance with the Waste Management Plan. The following will detail general procedure for each of the listed items. Table 3-4 provides a list of items detailed in the previous reports and graphically presented in Figure 3-5, General Site Items.

*Abandoned Equipment*

Abandoned equipment will be evaluated to determine if it has salvage value or will be removed as scrap metal for recycling. Material to be salvaged or recycled will be staged for removal. Equipment determined not have a salvage value will be placed in roll off containers for scrap metal. Scrap metal will be staged on site until there are sufficient quantities for transporting to the metal recycler.

*Storage Containers*

Storage containers that include hoppers, conex boxes and wooden crates  will be opened and the items inside will be removed for inspection. . Materials will be classified as salvage material, scrap, debris or waste. The materials will be transported to the staging

WGI041914

area and segregated according to classification. Storage containers in good condition will be relocated and used for storage during the project. Unusable containers will be dismantled, crushed and removed as scrap for recycling or debris.

*Abandoned Vehicles*

Abandoned vehicles with identifiable license plate, VIN # or registration papers will be researched through the Department of Motor Vehicles to identify the owner. A legal search effort will be initiated to find the owner and request removal of the vehicle from site. Abandoned vehicles without evidence of registration will be removed from the site as salvage or scrap material.

*Chain-linked Fencing*

Chain-link fencing will be removed as scrap during site clearing operations. Other miscellaneous items attached to the fencing will be handled as salvage material, scrap or debris and removed.

*Vegetation*

Currently only a small portion of the site is mowed and maintained leaving some areas overgrown. Initial mowing and clearing of the site will be performed during mobilization. This clearing will be performed for general housekeeping and to expose items that may be covered by the vegetation. Maintenance mowing of the site will continue throughout the duration of the project. Any new environmentally sensitive items identified will be added to the site inventory. Heavy overgrowth (trees, plants and shrubs) will be removed and placed in roll-off boxes. The waste will be treated as described in the Waste Management Plan.

*Trash and Debris*

Due to changes in the use of the site there are accumulations of trash and debris in piles at various locations. There are several piles of trash and sand blasting grit mixed with other debris. The debris includes scrap steel, valves, lumber and empty transformer canisters.

WGI041915

Scrap steel and valves will be removed and placed in the roll off container for recycling. Lumber will be disposed of as demolition debris. The remaining material will be disposed of as demolition debris.

Table 3-4     General Site Items[3]

| Site ID #. | DESCRIPTION | SIZE | HEIGHT | DETAILS |
|---|---|---|---|---|
| 19 | VALVE SITE | 5' X 5' | | 3 RISERS |
| 34 | FENCE – CHAIN LINK - 8' H | 20' X 20' | | 6 TRANSFORMERS INSIDE – WINDINGS MISSING FROM TRANS. |
| 35 | TRASH PILE | 30' X 30' | | APPLIANCES, SOME STEEL AND LARGE PUNCH EQUIPMENT |
| 37 | CONCRETE AREA - NOT A SLAB | 40' X 40' | | |
| 38 | TRASH PILE | 10' X 10' | 6'H | LUMBER |
| 39 | TRASH PILE | 7' X 7' | | HEAVY STEEL / LARGE GATE VALVES |
| 41A | FENCE – CHAIN LINK - 8' H | L = 3650' | 8'H | |
| 54 | OLD CRANE | 15' X 15' | | INOPERABLE |
| 59 | STACK OF 3 OLD STEEL BARGES | 40' X 15' | 12' H | WITH 2 – 2' SQ X 40' STEEL SPUDS |
| 64 | STEEL SHELTER SKID | 30' X 16' | | W / 2 TANKS – GAS AND PAINT THINNER |
| 65 | OLD TRUCK | | | INOPERABLE |
| 66 | STEEL SHELTER OVER STEEL SKID | 16' X 20' | | LG. AIR COMPRESSOR & FUEL TANK ON SKID |
| 69 | FIBERGLASS BOAT | 24'LG | | OLD EUROPEAN - MADE LIFEBOAT |
| 71 | STACKS OF BARGE COVERS & WASTE TIMBERS | 35' X 100' | | STEEL BARGE COVERS & TIMBER CRANE MATS |
| 72 | STEEL CONTAINER | 40' X 10' | 9' H | |
| 78 | CRANE | | | A – FRAME SHAPE - MISSING BOOM |
| 106 | LARGE CAST IRON PUNCH EQUIPMENT | | | HYDRAULIC / ON SLAB NEXT TO METAL BUILDING |
| 121 | STEEL A-FRAME CRANE | | + 40' H | |
| 125A | DRY DOCK | 55' X 80' | | |
| 126A | TRIPOD CRANE | 25' X 10' | 30' H | |
| 130 | STEEL CONTAINER AND 2 OLD TRUCKS | CONT. 10' X 20' & 2 15' X 6' TRUCKS | 8'H | |

WGI041916



INNER HARBOR NAVIGATION CANAL
EAST BANK INDUSTRIAL AREA
NEW ORLEANS, LOUISIANA

USACE NEW ORLEANS DISTRICT

FIGURE 3-5
GENERAL SITE ITEMS

WASHINGTON GROUP INTERNATIONAL, INC.

WGI041917

## 3.5   Demolition of Land Based Structures

Demolition will begin at the southern portion of the site at the former International Tank Terminal facility and progress to the north.  A list of the structures and foundations can be found in Table 3-5 and graphically presented in Figure 3-6, Demolition Inventory. Abatement of environmental issues and removal of general site items will be performed and verified prior to demolition of affected buildings.  Demolition of buildings and structures that are not affected by environmental issues will proceed independently of abatement activities.

Pile removal, building/slab demolition, vibrations, construction equipment and vehicular traffic may affect and damage existing structures.  Vibrations shall be monitored by the Contractor and limited to 0.25 inches per second at the Limits of Right-of-Way. Exceeding 0.5 inches per second may induce structural damages.  In addition, literature indicates peak particle velocities of 0.25 in./sec. may densify loose cohesionless soil. Such densification may result in settlement of pavements, structures or utilities founded over or in these materials.  The Contractor shall be informed when the vibrations from its operations have exceeded the above threshold.   If sustained peak particle velocities exceed 0.25 in./sec., pile removal, demolition or other activities shall be terminated and procedures shall be altered to bring peak particle velocities at or below 0.25 in./sec.

### 3.5.1   Building Demolition

Prior to demolition, all buildings will have the site identification number painted on the building exterior adjacent to the entrance.

The sequence of demolition will be controlled by written Demolition Release Notices. Prior to issuing a Demolition Release Notice, the Washington Field Coordinator will confirm that environmental issues for a building do not apply or have been abated.  The Field Coordinator will visually inspect the building to confirm light fixtures, batteries and smoke detectors are not present. The Field Coordinator will inspect the demolition area to confirm there are no obstructions requiring removal and confirm the incoming power lines have been disconnected from the building. Upon acceptance of the inspection for the above items, a Demolition Release Notice will be issued.

Roll off containers will be staged in the demolition area for scrap steel recycling and demolition debris disposal.

WGI041918

The perimeter of the demolition area will be barricaded with flagging to prevent unauthorized entry. The barricade will be maintained until demolition of the building and foundation is complete and the excavation has been backfilled with material from the borrow pit.

A hydraulic shear mounted on a track excavator will be used to cold cut steel supports for large buildings. Excavators with hydraulic thumbs, hydraulic breakers or concrete pulverizers will be used to remove brick/block constructed buildings. Smaller buildings may be leveled using a bulldozer or other approved method. Torch or flame cutting of building steel with lead based paint is prohibited. At other locations, torch or flame cutting shall be minimized to the extent necessary.

Demolition will be completed in place with minimal movement of the material being demolished. Once the building is brought down, the steel and debris will be cut into sections sized for the roll-off containers. Scrap steel to be recycled will be separated from demolition debris. This separated metal will be picked up by the recycling facility.

Once demolition is completed and the debris is in the roll-off containers, the demolition area will be inspected and visible paint chips will be collected. The chips will be placed in a container labelled to identify the contents. The container will be taken to the waste storage area and stored until sufficient quantities have been accumulated for disposal.

Unexpected materials or conditions may be encountered that interrupt the demolition sequence. This will require temporary suspension of work and progression to the next building while conditions are evaluated.

**Table 3-5    Demolition Inventory** [3]

| SITE ID # | DESCRIPTION | BASELINE STATION | SIZE | HEIGHT | DETAILS |
|---|---|---|---|---|---|
| 1 | CONCRETE SLAB | 81+01 | 65' X 100' | NR | ANCHOR SLAB |
| 2 | CONCRETE SLAB | 79+81 | 40' X 45' | NR | ELEVATED SLAB |
| 4 | DOCK ENTRANCE | 79+21 | 25' X 50' | NR | |
| 5 | CONCRETE FOUNDATIONS | 79+01 | 25' X 12' | 2 @ 3' X 3' | ON SLAB |
| 6 | METAL BLDG. ON SLAB | 78+33 | 70' X 70' | 35' H | FULL OF PALLETS – QUONSET HUT TYPE |
| 6A | METAL BLDG. ON SLAB | 78+91 | 50' X 50' | 25' H | FULL OF PALLETS - ON CASTERS |

WGI041919

| SITE ID # | DESCRIPTION | BASELINE STATION | SIZE | HEIGHT | DETAILS |
|---|---|---|---|---|---|
| 7 | METAL BLDG. ON SLAB | 76+67 | 125' X 80' | 28' H | FULL OF PALLETS |
| 7A | SLAB – PARTIALLY UNDER TWO BUILDINGS | 77 + 50 | 185' X 100' | NR | BUILDINGS # 6 & #6A ARE ON THIS SLAB |
| 8 | CONCRETE SLAB | 77+56 | 40' X 20' | NR | HEAVY EQUIP. FDN. WITH STEEL IMBEDS |
| 8A | CONCRETE SLAB | 77+56 | 20' X 20' | NR | HEAVY EQUIP. FDN. WITH STEEL IMBEDS |
| 9 | CONCRETE SLAB | 77+09 | 60' X 40' | NR | HEAVY EQUIP. FDN. WITH STEEL IMBEDS |
| 11 | METAL BLDG. ON PIERS | 76+31 | 60' X 40' | 26' H | |
| 12 | DOCK ENTRANCE | 75+53 | 25' X 50' | NR | BARRELS OF TRASH ALONG DOCK |
| 13 | METAL BLDG. ON SLAB | 75+07 | 50' X 40' | 21' H | FULL OF PALLETS / FORMER SUPPLY BLDG. |
| 14 | METAL BLDG. ON SLAB | 73+65 | 220' X 100' | 28' H | FULL OF PALLETS |
| 15 | GUARD SHACK | 75+35 | 10' X 10' | 15' H | ON SKID |
| 16 | RAISED COVERED PLATFORM | 74+42 | 24' X 18' | 17' H | |
| 17 | METAL BLDG. ON SLAB | 75+83 | 25' X 12' | 6' H | EMPTY BLDG. ON SLAB |
| 21 | METAL BLDG. ON SLAB | 74+93 | 35' X 20' | 15' H | WITH 10' X 14' HVY EQUIP FDN – FORMER GENERATOR BLDG. |
| 22 | WOOD FRAMED METAL SHED | 78+13 | 25' X 10' | 10' H | FALLING DOWN / WITH ELECT. SERVICE PANELS |
| 23 | METAL BLDG. ON SLAB | 73+83 | 60' X 30' | 20' H | TRASH INSIDE / COULD NOT SEE INSIDE WELL |
| 24 | STEEL FRAME DECK W/ PLATE | 74+19 | 12' X 8' | 4' H | FORMER BOTTLE STORAGE |
| 25 | RAISED STEEL FRAMED SLAB | 72+42 | 20' X 25' | 1' H | EQUIPMENT SUPPORT FOUNDATION |
| 26 | DOCK ENTRANCE | 72+05 | 25' X 50' | NR | BARRELS OF TRASH ALONG DOCK |
| 27 | WOOD FRAMED METAL SHED | 71+82 | 20' X 20' | 17' H | TWO OLD COMPRESSORS INSIDE |
| 28 | CONCRETE SLAB | 72+77 | 20' X 30' | NR | |
| 29 | CONCRETE SLAB | 73+47 | 20' X 15' | NR | |
| 30 | CONCRETE SLAB | 73+37 | 25' X 10' | NR | |
| 31 | CONCRETE SLAB | 72+45 | 30' X 140' | NR | SMALL STEEL PLATES ON TOP OF SLAB |
| 33 | CONCRETE RAMP | 71+42 | 15' X 45' | NR | |
| 36 | METAL BLDG. ON SLAB | 70+71 | 150' X 100' | 40' H | WAREHOUSE IN USE BY BOLAND MARINE |
| 41 | WOOD FRAMED SHED | 71+81 | 4' X 25' | 8'H | ELECTRICAL EQUIPMENT SHED |
| 43 | BULKHEAD | 69+67 | L = 250' | NR | |
| 44 | SLAB W / TANK | 68+93 | 12' X 20' | NR | ACTIVE W 4' H. FENCE AROUND |
| 45 | WOOD BUILDING – OFFICE | 67+37 | 60' X 80' | 30' H | |
| 46 | STEEL CARPORT | 68+41 | 90' X 16' | 8' H | OLD BARGE COVERS |
| 47 | METAL BLDG. ON SLAB | 67+63 | 75' X 25' | 15' H | WAREHOUSE IN USE BY McDONOUGH MARINE |

WGI041920

| SITE ID # | DESCRIPTION | BASELINE STATION | SIZE | HEIGHT | DETAILS |
|---|---|---|---|---|---|
| 48 | STEEL CARPORT | 67+83 | 70' X 16' | 8' H | OLD BARGE COVERS |
| 49 | STEEL CARPORT | 65+69 | 110' X 16' | 8' H | OLD BARGE COVERS |
| 50 | CONCRETE SLAB | 69+75 | 15' X 50' | NR | |
| 51 | STEEL SHELTER | 68+81 | 24' X 30' | 10' H | |
| 52 | STEEL BUILDING | 68+55 | 20' X 30' | 10' H | |
| 53 | STEEL BUILDING | 68+55 | 20' X 30' | 15' H | |
| 55 | TRASH PILE AND ABANDONED SHELTER | 69+19 | 25' X 50' | NR | HEAVY STEEL & DEBRIS |
| 56 | STEEL SHELTER | 67+87 | 50' X 35' | 10' H | ON STEEL PLATEN |
| 56 A | HEAVY STEEL PLATEN | | 30' X 50' | 16" H | |
| 58 | STEEL BUILDING WITH TANK | 67+41 | 30' X 8' | 14' H | ON SKID |
| 60 | WOOD BUILDING | 66+83 | 20' X 20' | 12' H | |
| 61 | TANK ON CONC SLAB | 66+97 | 3' X 8' ON 10'x15' SLAB | NR | WITH 4' H CHAIN LINK FENCE |
| 62 | STEEL SHELTER | 67+03 | 20' X 20' | NR | OVER WASTE OIL SKID |
| 63 | METAL BUILDING | 67+03 | 12' X 12' | 10' H | W / WOOD FRAME |
| 70 | STEEL BUILDING | 65+57 | 12' X 12' | 8' H | STEEL BOX FROM A SHIP ON A SKID |
| 73 | CONCRETE SLAB | 64+90 | 40' X 80' | NR | |
| 74 | CONCRETE BLOCK BUILDING WITH SLAB | 64+21 | 110' X 60' | 19' H | PRECAST CONCRETE ROOF |
| 75 | METAL BUILDING | 63+83 | 20' X 80' | 13' H | |
| 76 | METAL BUILDING | 63+27 | 90' X 80' | 35' H | |
| 77 | CONCRETE SLAB | 64+05 | 80' X 100' | NR | |
| 79 | CONCRETE SLAB | 62+73 | 15' X 65' | NR | |
| 80 | CONCRETE RAMP | 63+74 | 25' X 45' | NR | FOR INACTIVE LOADING DOCK |
| 81 | CONCRETE SLAB | 63+74 | 25' X 30' | NR | TO INACTIVE LOADING DOCK |
| 83 | STEEL SHELTER OVER STEEL FRAME | 54+73 | 24' X 24' | NR | FALLING DOWN |
| 84 | CONCRETE SLAB | 54+67 | 15' X 10' | NR | LARGE PILE OF SAND NEAR SLAB |
| 86 | METAL BUILDING | 53+35 | 90' X 40' | 20' H | INACTIVE WORKSHOP ON ELEVATED SLAB / SOME OFFICE TRASH |
| 87 | STEEL RAMP | 53+83 | 10' X 25' | NR | ADJACENT TO SHOP BUILDING |
| 88 | CONCRETE SLAB | 53+77 | 25' X 50' | NR | |
| 89 | CONCRETE SLAB | 54+03 | 25' X 35' | NR | |
| 90 | CONCRETE SLAB | 53+85 | 20' X 25' | NR | |
| 91 | GUARD SHACK | 53+29 | 10' X 8' | 19' H | WOOD BUILDING ON STEEL FRAME |
| 93 | METAL BUILDING ON CONC. BARGE | 53+68 | 70' X 20' | 12' H | |
| 96 | STEEL RAMP | 52+69 | 15' X 25' | NR | REMOVED AS OF 7/1/98 |
| 97 | STEEL TANK | 51+89 | 3' X 14' | NA | REMOVED AS OF 7/1/98 |
| 98 | CONCRETE SLAB | 53+85 | 15' X 15' | NR | |
| 99 | CONCRETE SLAB | 52+29 | 25' X 35' | NR | |
| 100 | DOUBLE TRAILER OFFICE ON STEEL PILES ON | 51+72 | 70' X 30' | 20' H | ONLY THE CONCRETE FOOTINGS REMAIN AS OF |

WGI041921

| SITE ID # | DESCRIPTION | BASELINE STATION | SIZE | HEIGHT | DETAILS |
|-----------|-------------|------------------|------|--------|---------|
| | CONCRETE FOUNDATIONS | | | | 7 / 1 / 98 |
| 104 | METAL BUILDING, WORKSHOP ON SLAB | 49+84 | 60'x40' | 14' H | ADJACENT TO LARGE PUNCH EQUIPMENT |
| 105 | CONCRETE SLAB | 49+84 | 60'x40' | NR | WITH FRAME FOR AN OVERHEAD CRANE |
| 107 | WOOD FRAMED METAL BUILDING | 47+75 | 40' X 30' | 14' H | OLD HORSE SHED |
| 108 | ELEV. SLAB W/ BLOCK WALL BELOW | 46+89 | 130' X 50' | 4' H | # 111 SHELTER ABOVE |
| 109 | CONCRETE SLAB | 47+15 | 30' X 30' | NR | BLASTING MEDIA ON AND AROUND SLAB |
| 110 | CONCRETE SLAB | 46+79 | 30' X 40' | NR | BLASTING MEDIA ON AND AROUND SLAB |
| 111 | METAL SHELTER | 46+15 | 60' X 70' | NR | ON FAILED STEEL FRAME |
| 112 | CONCRETE SLAB | 44+55 | 85' X 160' | NR | BLASTING MEDIA ON AND AROUND SLAB |
| 113 | CONCRETE SLAB | 46+27 | 30' X 30' WITH 15' X 15' L | | |
| 114 | CONCRETE SLAB | 58+15 | 30' X 40' | NR | AROUND SEWER LIFT STATION W / FENCE |
| 117 | METAL BUILDING | 62+35 | 60' X 35' | 17' H | FORMER STORE - SLAB PROTRUDES 25' SOUTH – STORAGE USE |
| 118 | METAL BUILDING | 61+64 | 60' X 40' | 22' H | STORAGE FOR PAINT AND OTHER MATERIALS |
| 119 | METAL BUILDING | 61+11 | 50' X 50' | 27' H | STORAGE FOR PAINT AND OTHER MATERIALS |
| 120 | CONCRETE SLAB | 61+27 | 100' X 120' | NR | |
| 122 | METAL BUILDING | 61+55 | 40' X 50' | 17' H | LOCKED STORAGE - COULD NOT SEE INSIDE |
| 123 | METAL BUILDING | 61+19 | 20' X 60' | 12' H | LOCKED STORAGE - COULD NOT SEE INSIDE |
| 124 | METAL BUILDING | 60+45 | 80' X 100' | 40' H | FORMER BLAST BUILDING - USED FOR STORAGE |
| 125 | CONCRETE SLAB | 60+35 | 240' X 80' | NR | |
| 126 | METAL SHELTER ON STEEL FRAME | 59+72 | 50' X 80' | NR | COVERED BOAT SLIPS |
| 128 | METAL STRUCTURE ON STEEL FRAME | 59+91 | 6' x 6' | NR | SAND PILES AROUND |
| 129 | WOOD FRAME OFC. BLDG. ON PILES | 58+84 | 50' X 20' | NR | CONTAINER TO THE SOUTH |

NR = Not Reported

## 3.5.2 Foundation Demolition

After removal of the steel and debris from the demolition area, the building foundations and ancillary concrete slabs will be demolished. Demolition will be accomplished with either a hydraulic hammer (hoe ram), hydraulic splitter or other approved method. The

WGI041922

concrete will be broken into the largest size sections manageable for truck and/or barge hauling. Based upon visual inspection and field screening, foundation areas that are expected not to be contaminated will be backfilled with soils from the borrow pit.

Unusual foundation conditions or environmental concerns may be encountered during foundation demolition. Unusual foundation conditions include barges used as foundations, foreign materials or debris incorporated into the foundation or foundations greater than 24 inches thick. Environmental concerns include waste materials, chemicals or oil residue under the slab. All unusual foundation conditions and environmental concerns will be documented and reported to the USACE.

Unusual environmental conditions encountered during demolition will interrupt the demolition sequence. This will require temporary suspension of work and progression to the next demolition area until the issue is resolved.

Miscellaneous scrap steel will be separated from the concrete rubble and placed in the designated roll off for recycling. Concrete rubble will be transported by truck to the concrete recycling facility to be crushed and reused.

### 3.5.3  Piling Removal

Previous reports estimate approximately 2,544 treated wooden piles installed under the foundations and slabs around the site. There are no records that indicate the size, quantity or depth of piles installed.

Prior to pile removal, soil samples will be taken in accordance with the Sampling and Analysis Plan within the removed foundation/piling area. Upon clearance of the area by the Washington Environmental Manager the piles will be removed with a vibratory pile extractor suspended from a crane. Piles will be removed to a depth of 36 feet below mean water level and stockpiled in the waste storage area.

In the event piles are not initially extracted, extraction effort will continue for a period of 20 minutes. The Washington Field Coordinator will observe the removal effort and determine if there is measurable movement of the pile. If there is no measurable movement of the pile after extraction is attempted for 20 minutes, the Field Coordinator will direct the pile to be left in place.

WGI041923

The location all piles not removed to a depth of 36 feet below mean water level will be verified by differential global positioning station (DGPS) survey and recorded. A drawing will be developed to identify the location of piles abandoned in place. The completed drawing will be submitted to the USACE for use during the dredging operations.

Upon removal of all piles in a group, work will proceed to the next environmentally cleared group of piles. The removed piles will be transported off site for reuse or disposed of as waste material.

WGI041924



INNER HARBOR NAVIGATION CANAL
EAST BANK INDUSTRIAL AREA
NEW ORLEANS, LOUISIANA

USACE NEW ORLEANS DISTRICT

FIGURE 3-6
DEMOLITION INVENTORY

WASHINGTON GROUP INTERNATIONAL, INC.

WGI041925

### 3.6    Demolition of Water-based Structures

Due to the location of the site being situated along the IHNC, a number of demolition issues will be performed on and from the water. These include the removal of various barges that have been identified by the previous Louisiana Oil Spill Coordinator's Office (LOSCO) investigations and the removal of the wharf and associated pilings near the northwestern corner of the EBIA.

### 3.6.1   Barges

There are ten known sunken or partially sunken barges adjacent to EBIA. Nine of these barges have been identified by LOSCO and an additional barge was identified during a previous survey. The barges are identified in Table 3-6.

Prior to demolition of the barges, movable objects will be removed and handled in accordance with the Barge Removal Plan. This plan will be developed by the barge removal specialty contractor and approved by Washington and USACE.

Although the small amount of petroleum product noted by LOSCO has been removed, floating containment boom and screens will be placed around the barge prior to removal to protect the waterway. The details of the boom deployment, spill prevention control measures and barge removal will be detailed in the Barge Removal Plan.

Once all the barges have been removed, Washington will provide proper notification to the State in accordance with LOSCO requirements.

WGI041926

Table 3-6     Identified Barges [7]

| Site ID # | LOSCO Identification # | Size | Environmental Concern ID in LOSCO Report |
|-----------|------------------------|------|------------------------------------------|
| 40 | Not identified | 40' x 80' | NT |
| 82 | 36-047 | 12' x 41' | NR |
| 82 | 36-046 | 12' x 40' | NR |
| 82 | 36-045 | 26' x 100' | NR |
| 82 | 36-044 | 32' x 200' | NR |
| 92 | 36-042 | 37' x 265' | NR |
| 94 | 36-043 | 33' x 125' | NR |
| 95 | 36-041 | 24' x 140' | NR |
| 102 | 36-040 | 32' x 110' | Diesel range organics (Note: Photo taken by W S Nelson indicates the conex box has been removed. |
| 102A | 36-039 | 32' x 110' | NR |

NR- Not Reported     NT – Not Tested by LOSCO

### 3.6.2  Jordan Wharf

The wharf is reported to measure 30' x 805' and is constructed of treated wood timbers, covered by a concrete deck and supported by treated timber pilings.

Prior to the demolition of the Jordan Wharf, a Washington Field Coordinator will inspect the wharf to ensure that all movable objects have been removed. This includes moorings, ramps, piping, electrical, piles of debris and trash, and other miscellaneous items attached to the wharf.

Once the Washington Field Coordinator has inspected the wharf and cleared the wharf for demolition, a Demolition Release Notice will be issued. To limit the potential for debris to enter the main IHNC channel, silt screens will be placed around the wharf. Removed concrete and wood will be staged and segregated.

### 3.6.3  Pilings

Previous reports reported that there are an estimated 600 pilings associated with the Jordan Wharf. The piles are reported to extend 65' for the fender piles, 70' for the batter piles and 75' for the wharf support piles. All pilings are to be removed or to a depth of

WGI041927

36' below mean IHNC water level. Silt curtains and floating sorbent booms will be used during marine piling removal.

In the event piles are not initially extracted, extraction effort will continue for a period of 20 minutes. The Washington Field Coordinator will observe the removal effort and determine if there is measurable movement of the pile. If there is no measurable movement of the pile after extraction is attempted for 20 minutes, the Field Coordinator will direct the pile to be left in-place and cut or broken off at the mud line.

The location and approximate length remaining underground of all piles not removed to a depth of 36 feet below mean water level will be located by DGPS survey and recorded. A drawing will be developed to identify the location of piles abandoned in place. The completed drawing will be submitted to the USACE for use during the dredging operations.

Removed pilings will be staged at a specified laydown area for handling in accordance with the Waste Management Plan.

### 3.7   Soils and Subsurface Issues

Upon completion of various phases of the demolition, soils and subsurface issues will be addressed. These include the obtaining of soil samples, removal of partially exposed objects, performance of a geophysical survey, confirmatory removal of buried objects by grid trenching, remediation of contamination and back reclamation.

### 3.7.1   Site Characterization for RECAP and CAP

The scope and objective of the sampling plan is to delineate the comprehensive sampling activities. These can be divided into the following main categories:

- Site characterization sampling of environmental media in compliance with the LDEQ RECAP guidelines so that following any remediation the levels of chemical constituent of concern (COCs) at the site are protective of human health and the environment and meet the LDEQ RECAP levels to achieve a No Further Action - At This Time (NFA - ATT) determination.
- Confirmation sampling of environmental media in compliance with the LDEQ RECAP guidelines to confirm that removal of the soils at the site has met the RECAP reuse requirements for soil at any off-site location.

WGI041928

- Waste Characterization sampling of wastes materials so that their disposal, discharge, reuse, or recycling is in compliance with applicable regulations and meet the waste acceptance criteria of the receiving facilities.

A detailed discussion of the proposed sampling program can be found in the Sampling and Analysis Plan.

### 3.7.2  Partially Buried Objects

Following the removal of the above ground environmental concerns and structure demolition, it is expected that there will be observable surface and subsurface materials and obstructions that penetrate into the subsurface. This material may consist of partially buried containers, piping, foundation materials, etc. greater than one foot in diameter. During the surface cleanup, piping and other materials that are discovered will be "chased" to the extent that all observable metal or debris is removed to the EBIA property lines. Included in the surface cleanup will be the removal of observable iron and steel shavings, foundation materials and all other surface features not previously removed in the demolition and slab removal efforts. Previous literature indicates that buried barges may have been used as building foundations. If any foundation/barges are discovered during this task, they will be removed. All metal will be segregated, direct loaded into roll-off containers, and salvaged. All other debris will be segregated and loaded into roll-off containers. Based upon visual inspection and field screening, excavated areas that are not expected to be contaminated will be backfilled with soils from the borrow pit.

### 3.7.3  Geophysical Survey

Due to the abundance of abandoned metal, metal waste, and shavings, the geophysical survey will be conducted following the physical removal of material that would cause magnetic interference. The survey will employ instruments designed to find buried metallic targets (EM61), such as underground storage tanks, barges, piping and drums. Should it be determined that the EM61 does not perform as anticipated, other appropriate geophysical tools such as ground penetrating radar or micro-seismic techniques may be incorporated. The depth limitation for detection is estimated to be nine feet. The survey will use a real time procedure. This survey will utilize a 25-foot grid using the following procedures:

During the survey, the spatial indication of any buried metal objects will be flagged at the point of discovery and logged for reference. This flagging/logging will enable separate

WGI041929

excavation crews to locate the point source and remove any buried metals at the location. This will be a field screening operation with no subsequent geophysical report.

Flagged areas will be removed and handled as discussed in section 3.7.4 of this plan.

### 3.7.4  Grid Trenching

There is a potential for undiscovered and non-metallic buried piping and debris to be overlooked by the geophysical survey.  A grid trenching operation using a powered trencher to a depth of five feet will be used to find any residual underground objects on a 25-foot grid. This grid will be conducted at the center point of the geophysical grid (12.5 foot offset from geophysical grid).  Once an obstruction is identified, the area will be flagged for removal. Following grid trenching operations, the trenches will be backfilled in a timely manner to prevent slip, trip and fall hazards and unwanted storm water collection. Note: Grid trenching investigations will not be conducted in those areas that have been found to be contaminated.  These areas have been identified by the previous USACE soil investigation.

Upon completion of the grid trenching of a work area, all flagged items will be excavated.  During the removal of any found metal or debris, a visual inspection will be conducted of the excavated areas.  If visual contamination is identified, samples will be taken and sent for analysis in conformance with the Sampling and Analysis Plan.  Any contaminated soil will be handled as stated in section 3.7.5 of this plan.

Table 3-7     Contaminated Soil Areas [3]

| SITE ID # | LOCATION | APPROX. SIZE in feet | Depth* in feet | CUBIC YARDS | DETAILS |
|---|---|---|---|---|---|
| 200 | International Tank | 20x20 | 3 | 58 | NOTE: ALL CUBIC YARDS INCLUDE A 30% FLUFF FACTOR |
| 201 | International Tank | 20x20 | 3 | 58 | |
| 202 | International Tank | 20x20 | 3 | 58 | |
| 203 | International Tank | 20x20 | 3 | 58 | |
| 204 | International Tank | 20x20 | 3 | 58 | |
| 205 | International Tank | 20x20 | 3 | 58 | |
| 206 | International Tank | 20x60 | 3 | 174 | |
| 207 | Saucer Marine | 20x60 | 3 | 174 | |
| 208 | Saucer Marine | 20x20 | 3 | 58 | |
| 209 | Saucer Marine | 20x20 | 3 | 58 | |
| 210 | Saucer Marine | 20x20 | 3 | 58 | |

WGI041930

| SITE ID # | LOCATION | APPROX SIZE In feet | Depth In feet | CUBIC YARDS | DETAILS |
|---|---|---|---|---|---|
| 211 | Saucer Marine | 40x50 | 3 | 290 | |
| 212 | Saucer Marine | 20x60 | 3 | 174 | |
| 213 | Saucer Marine | 70x90 | 3 | 910 | |
| 214 | Saucer Marine | 20x60 | 3 | 174 | |
| 215 | Saucer Marine | 55x50 | 3 | 398 | |
| 216 | Saucer Marine | 20x20 | 3 | 58 | |
| 217 | Saucer Marine | 60x70 | 3 | 607 | |
| 218 | Saucer Marine | 20x20 | 3 | 58 | |
| 219 | Saucer Marine | 20x20 | 3 | 58 | |
| 220 | Saucer Marine | 20x20 | 3 | 58 | |
| 221 | Saucer Marine | 20x20 | 3 | 58 | |
| 223 | Saucer Marine | 20x20 | 3 | 58 | |
| 224 | Mayer Yacht | 50x75 | 3 | 542 | |
| 225 | Mayer Yacht | 20x60 | 3 | 174 | |
| 226 | Mayer Yacht | 20x20 | 3 | 58 | |
| 227 | Mayer Yacht | 20x60 | 3 | 174 | |
| 228 | Distributors Oil | 20x20 | 3 | 58 | |
| 229 | Distributors Oil | 20x20 | 3 | 58 | |
| 230 | Distributors Oil | 20x20 | 3 | 58 | |
| 231 | Distributors Oil | 20x20 | 3 | 58 | |
| 232 | Indian Towing | 20x20 | 3 | 58 | |
| 233 | Indian Towing | 20x20 | 3 | 58 | |
| 234 | Indian Towing | 20x20 | 3 | 58 | |
| 235 | Indian Towing | 20x20 | 3 | 58 | |
| 236 | Indian Towing | 20x20 | 3 | 58 | |
| 237 | Indian Towing | 20x20 | 3 | 58 | |
| 238 | Indian Towing | 20x20 | 3 | 58 | |
| 239 | Indian Towing | 20x20 | 3 | 58 | |
| 240 | McDonough Marine | 55x70 | 3 | 556 | |
| 241 | McDonough Marine | 20x20 | 3 | 58 | |
| 242 | McDonough Marine | 40x40 | 3 | 231 | |
| 243 | McDonough Marine | 20x20 | 3 | 58 | |
| 244 | Boland Marine | 20x20 | 3 | 58 | |
| 245 | Boland Marine | 20x20 | 3 | 58 | |
| 246 | Boland Marine | 20x20 | 3 | 58 | |
| 247 | Boland Marine | 20x20 | 3 | 58 | |
| 248 | Boland Marine | 20x20 | 3 | 58 | |
| 249 | Boland Marine | 20x20 | 3 | 58 | |
| 250 | Boland Marine | 20x20 | 3 | 58 | |

WGI041931

| SITE ID# | LOCATION | APPROX SIZE in feet | Depth* in feet | CUBIC YARDS | DETAILS |
|---|---|---|---|---|---|
| 251 | Boland Marine | 20x20 | 3 | 58 | |
| 252 | Boland Marine | 20x35 | 3 | 101 | |
| 253 | Boland Marine | 20x35 | 3 | 101 | |
| 254 | Boland Marine | 65x70 | 3 | 657 | |
| 255 | Boland Marine | 25x50 | 3 | 181 | |
| 256 | Boland Marine | 20x40 | 3 | 116 | |
| 257 | Boland Marine | 20x20 | 3 | 58 | |
| 258 | Boland Marine | 20x70 | 3 | 202 | |
| 259 | Boland Marine | 30x50 | 3 | 217 | |
| 260 | Boland Marine | 20x20 | 3 | 58 | |
| 261 | Boland Marine | 20x45 | 3 | 130 | |
| 116 | Distributors Oil | 35x85 | 8 | 1146 | |
| | | | Total Cubic Yards | 9807 | |
| Mounds | | | | | |
| 84A | Saucer Marine | 7000 | 7 | 1815 | |
| 84B | Saucer Marine | 3000 | 7 | 778 | |
| | | | Total Cubic Yards | 2593 | |

* The three-foot figure is based on the average depth of investigation performed by the USACE.

WGI041932

### 3.7.5   Corrective Action Plan Implementation (Remediation)

Site characterization data will be submitted to LDEQ in the form of a Corrective Action Plan (CAP) for each of the six site divisions detailing the remedial activities to be performed. Once Washington has received LDEQ approval for a CAP, Washington will begin the remediation phase of the project. Based on previous reports, there are currently 63 known areas of non-hazardous subsurface contamination, two contaminated mounds and three known areas of hazardous contamination. These areas are detailed in Table 3-7 and graphically presented in Figure 3-7, Remediation Areas. Note: Two areas are located under or directly adjacent to Surekote Road. These two areas will be remediated just prior to the removal of Surekote Road (Section 3.8.1).

The Soil Remediation Area is defined as the area 15-feet west of the floodwall, the northern and southern chain-link fence lines 15-feet east of the shoreline. The fifteen-foot area that will be left in place near the shoreline will be addressed in the Bank Removal Section of this report. During the course of the excavation there is a high probability that groundwater will be encountered. Therefore, the excavated soils may be saturated with water. Any excavated soils that would appear to fail the "paint filter test" will need to be dewatered. The procedure for handling the dewatering of soils will be included in the Waste Management Plan. The contractor will also incorporate into the Waste Management Plan the handling of any chemically impacted groundwater. The contractor as part of the Storm Water Pollution Prevention Plan will isolate the site to ensure that storm water runoff is not released to the surrounding area.

Confirmatory sampling will take place immediately following the removal of COCs to validate cleanup to RECAP standards. Confirmatory sampling will be established based on results of the Site Investigation and the approved CAP and may vary for each Area of Investigation (AOI) and any proposed reuse. The contractor must ensure that the confirmatory sampling data meets all of the Quality Assurance/Quality Control requirements defined in RECAP as well as being statistically valid when required.

Should any of the Confirmatory Samples identify areas exceeding the RECAP Standards, Washington will remove the affected soils. Once the areas of concern have been removed, new Confirmatory Samples will be taken to ensure removal of all COCs. The

WGI041933

process of confirmation sampling and removal of non-compliant areas will continue until all remaining soil meets the RECAP Standards.

Once an excavation pit meets the RECAP cleanup criteria the excavation area will be graded or filled with clean soil from the borrow pit or scraped from the site. If an excavation pit extends into the IHNC, the excavation pit will not be refilled.

Note: There are three areas that have been initially identified as being hazardous. These are illustrated on the Figure 3-6 as 400 series (400-402). These areas will be sampled to determine if natural degradation has reduced these areas to nonhazardous. Based on the subsequent sampling results, handling of this material is detailed in the Waste Management Plan. Handling of the waste soil from a personnel protection issue will be performed in accordance with the Site Safety and Health Plan.

All waste will be profiled and disposed in accordance with the Waste Management Plan.

### 3.7.6   Bank Reclamation

In conjunction with the removal of the contaminated soils, the bank will be excavated. Based on information gained from previous reports, 20 areas have been identified as being contaminated. These areas will be handled concurrently but differently from the non-contaminated bank soils/sediment.

The contaminated sediment areas to be remediated are designated on Figure 3-6 as 300 series numbers (300-319). These soils will be removed and relocated to the dewatering area and handled as detailed in the Waste Management Plan.

The removal of the non-contaminated soil includes the fifteen feet of area not addressed in the soil remediation section of the report and the fifteen-foot area extending into the canal (excluding contaminated bank areas). Non-contaminated soils will be placed on the bank for removal of objects greater than one foot in diameter. Any recyclable items and trash/debris will be sorted into the appropriate roll-off boxes and treated in accordance with Waste Management Plan. The bank will be graded to a 3:1. Any remaining soil on the bank will be graded during the final grading portion of the project (Section 3.8.2).

All soil above the RECAP Standards and waste will be handled in accordance with the Waste Management Plan. Upon completion of the excavation and debris extraction,

WGI041934



INNER HARBOR NAVIGATION CANAL
EAST BANK INDUSTRIAL AREA
NEW ORLEANS, LOUISIANA

USACE NEW ORLEANS DISTRICT

FIGURE 3-7

REMEDIATION AREAS

WASHINGTON GROUP INTERNATIONAL, INC.

WGI041935

confirmation samples will be taken to ensure that all remaining soils meet the RECAP Standards. Once sampling confirms that the bank is acceptable, the bank will be graded to a 3:1 slope.

For those areas that contain wood or steel bulkheads, appropriate extraction methods will be implemented. Like the piling removal, should the field coordinator determine that no progress is being made after 20 minutes, the bulkhead will be broken off and located using the DGPS. The bank will be graded to a 3:1 slope. Any remaining soil on the bank will be graded during the final grading portion of the project (Section 3.8.2).

### 3.8  Road Removal and Final Grade

Once all removable objects have been removed and the site has been remediated to acceptable RECAP levels, a site walk be performed to determine if all items have been addressed. Upon approval by the USACE of the work road removal, final grading and re-vegetation will be performed.

### 3.8.1  Road Removal

Upon completion of all previous phases of work detailed above, approval by USACE and acceptance by LDEQ of all confirmation closure samples results, Surekote Road will be removed and the material sent to be recycled. In addition to the road, the AST fueling pad and wash station pad will be removed.

### 3.8.2  Final Grade

Concurrent with the removal of Surekote Road, the site will be graded to remove any depressions to establish consistent site slopes toward the IHNC.

### 3.8.3  Site Re-vegetation

Once an area has been graded the area will be covered with an application of hydro-mulch. The area will be watered once and field activities will proceed to the demobilization phase of the project.

### 3.9  Demobilization

Before final demobilization, the CQCSM and the PjM will inspect the entire site. This inspection is in addition to the day-to-day inspection by the CQCSM. Completion of the in-house punch list items will predicate a final inspection of the completed project by the USACE representative(s). If a punch list of item(s) is generated during the final

WGI041936

inspection, demobilization will be postponed until all items on the list can be completed to the satisfaction of the USACE.

### 3.9.1   Temporary Utilities Disconnects

Upon completion of any punch list items, temporary electrical and water services will be decommissioned.   Field personnel will be demobilized so that the trailers can be removed.  The one water main that remained to support the office area will be removed and capped adjacent to the floodwall.  All utility poles will be removed and handled as detailed in the Waste Management Plan.

### 3.9.2   Office and Equipment Removal

Once all utilities have been disconnected and the sewage holding tanks have been evacuated, the trailers will be removed from the site.

### 3.9.3   Fence and Security Removal

The six-foot fence that surrounded the office area will be removed and scrapped.  Keys to the permanent eight-foot fence will be turned over to the USACE.

WGI041937

SECTION 4

WGI041938

## 4.0   REPORTS AND RECORD KEEPING

In order to ensure that the project is tracked and reported, a number of records and documents will be generated. These include Daily Quality Control Reports, Biweekly Progress Reports, Monthly Cost Reports, Photo Reports and Project Closeout Report.

### 4.1  Daily Quality Control Reports

A Daily Quality Control Report will be generated in accordance with Contractor Quality Control Plan (CQCP).

### 4.2  Biweekly Progress Report

Biweekly Progress Reports will include a project accomplishment summary for the period. This will include cost and project accomplishments for the period and a cumulative summary to date, material quantities, and forecasted activities for the following period.

### 4.3  Monthly Cost/Schedule Reports

Monthly Cost/Schedule Reports will include all field and home office costs and status of the projects budget and schedule. These reports will be submitted to the USACE.

### 4.4  Photo Report

Washington shall take and submit a minimum of 36 exposures (3-1/2" x 5" minimum size) of photographs per month for the duration of the RA field work. Two (2) copies of each photograph shall be submitted to USACE and each labelled with the view shown, object/building shown, date taken, etc.

### 4.5  Project Closeout Report

Washington shall prepare, assemble and submit an original and seven (7) copies of a Draft and Final RA completion reports with detailed record drawings describing all aspects of work accomplished during the RA.

WGI041939

SECTION 5

WGI041940

## 5.0   REFERENCES

(1)   Mississippi River – Gulf Outlet
       New Lock and Connecting Channels - Evaluation Report
       Assessment of Potential Hazardous, toxic and Radiological Waste
       Volume 5 of 6, Appendix C - March 1997
       US Army Corps of Engineers, New Orleans District

(2)   Mississippi River – Gulf Outlet
       New Lock and Connecting Channels - Evaluation Report
       Environmental
       Volume 6 of 9, Appendix D - March 1997
       US Army Corps of Engineers, New Orleans District

(3)   Final Submittal – Demolition Design Memorandum Input
       Demolition of Buildings, Foundations and Facilities along the Inner Harbor Navigation Canal for
       the Lock Replacement
       February 1999
       Waldemar S. Nelson and Company Incorporated

(4)   Above Ground Structures Report
       Environmental Support to Inner Harbor Navigation Canal New Lock and Connecting Channels
       Volume One – Above Ground Structures Report Cost Estimation Tables
       Volume Two – Appendices A thru C
       Volume Three – Appendices D thru G
       March 1999
       Dames & Moore

(5)   Mixed-Waste Mounds
       Environmental Support to Inner Harbor Navigation Canal New Lock and Connecting Channels
       June 30, 1999
       Dames & Moore

(6)   Above Ground Storage Tanks
       Environmental Support to Inner Harbor Navigation Canal New Lock and Connecting Channels
       July 1999
       Dames & Moore

(7)   Statewide Abandoned Vessel Inventory, New Orleans Zone
       CMS, Inc.

WGI041941

(8)     Final Report IHNC Drum & Container Testing, Collection and Disposal
        Saucer Marine, Indian Towing & Boland marine Sites
        July 20, 1994
        Materials Management Group, Inc.

(9)     SA Land Use History of Areas Adjacent to the Inner Harbor Navigation Canal Lock, New Orleans
        November 1992 R.
        Christopher Goodwin & Associates, Inc.

(10)    Recommendation Report for Demolition and Site Preparation Activities of the East Bank
        Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project, New Orleans,
        Louisiana
        December 2, 1999
        Morrison Knudsen Corporation

(11)    Arsenic Background Investigation Report, Inner Harbor Navigation Canal and MRGO Disposal
        Site, New Orleans, Louisiana
        August 2000
        Morrison Knudsen Corporation

(12)    Statement of Work for Project Site Development and Remedial Action of East Bank Industrial
        Area (EBIA), Inner Harbor Navigation Canal (IHNC), Lock Replacement Project
        4 Aug 00
        US Army Corps of Engineers, New Orleans District

(13)    East Bank Sediment & Abandoned Barge Report
        April 2000-10-20
        Dames & Moore

(14)    Operational Plans for Excavation, Treatment and Disposal of Contaminated Soils of the East Bank
        Industrial Area of the IHNC
        April 2000
        Dames & Moore

WGI041942

Appendices

WGI041943

# Appendix A

# Site Structure Detail

C:\WMC project plans\projectview\plan.doc

(Rev. a, August 2000)

WGI041944