# EXHIBIT 23

**Washington Group International**

| Report No: | 221 |
|---|---|
| Day of Week | Wednesday |
| Date: | November 7, 2001 |
| Page: | 1 of 3 |

## DAILY QUALITY CONTROL REPORT

US Army Corps of Engineers - New Orleans District
Contract No.   DACA56-94-D-0021
Task Order No:   0026
Weather:   Sunny

Project Name:   IHNC
Project No:   4423
Project Location:   New Orleans, LA

Temperature:       High:   74   Low:   54
Precipitation:       0
Site Conditions:   Dry
Lost Time Due to Inclement Weather:       0

Section 1:  Prime Contractor/Subcontractors and Areas of Responsibility/Labor Count:

PRIME CONTRACTOR

| WGI | # Personnel | # Hours | Classification | # Personnel | # Hours | Classification |
|---|---|---|---|---|---|---|
| | | | Program Manager | 1 | 8 | Subcontracts Admin. |
| | 1 | 8 | Project Manager | | | Business Clerk |
| | 1 | 8 | Construction Manager | 2 | 19 | Field Coordinators |
| | 1 | 8 | Project Secretary | | | Field Engineer |
| | 1 | 9 | CSSHO | | | QC Clerk |
| | 1 | 9 | Quality Control System Manager | 1 | 8 | Cost/Scheduler |
| | | | Business Manager | | | Project Controls Mgr. |
| | 1 | 10 | Environmental Manager | | | Regulatory Specialist |
| | 1 | 8.5 | Waste Specialist | | | Chemist |
| | | | Sampling Coordinator | | | Sampling Technicians |
| | 1 | 8 | Site Foreman | 1 | 8 | Environmental Tech |
| | | | Hazmat Techs | | | DGPIS/GIS Tech |

| OTHERS | # Personnel | # Hours | Classification | | # Personnel | # Hours | Classification |
|---|---|---|---|---|---|---|---|
| | Forte | 3 | 24 | Security | GIL | 1 | 9 | Operator |
| | Shav-Whit | 1 | 10 | Supervisor | GIL | 2 | 16 | Laborer |
| | Shav-Whit | 1 | 2.5 | Operator | GIL | 1 | 8 | Supervisor |
| | Shav-Whit | 1 | 8 | Welder | GIL | 1 | 7 | Air Monitoring |
| | Shav-Whit | 1 | 10 | Laborer | Envirocon | 1 | 10 | Project Manager |
| | | | | | Envirocon | 1 | 10 | Operator/Supervisor |
| | McDonald's | 1 | 9 | Operator | Envirocon | 2 | 20 | Laborer |
| | Dinvaut's | 1 | 9 | Truck Driver | Envirocon | 1 | 10 | Operator |

Section 2:  Work Performed:

| Contractor | Location | Description |
|---|---|---|
| WGI | General Site | Site management. General Maintenance, and housekeeping efforts. |
| GIL | Boland | Removal and load out of transite contaminated soil. Backfill of excavations. |
| McDonald's | McDonough | Excavating and loading fill material from borrow pit. |
| McDonald's | ITT | Loading out sand fill. |
| Dinvaut's | McD/BOL | Hauling fill material from borrow pit to Boland Marine for backfill. |
| Dinvaut's | ITT/SAU | Hauling fill sand for backfill at sewer lift station excavation. |
| Envirocon | MAY/BOL | Load out of debris. |
| Envirocon | Saucer | Assisted with cutting walers from inside the cofferdam. |
| Shav-Whit | Saucer | Started cutting diagonal corner supports of walers inside the cofferdam. |



EXHIBIT
//

WGI021810

## DAILY QUALITY CONTROL REPORT

**Section 3: Equipment Utilized:** (WGI Group Operations)

| Description | Owner | Hours Used | Area Equipment Used |
|---|---|---|---|
| DOZER | | | |
| EXCAVATOR | | | |
| CRANE | | | |
| BACKHOE/LOADER | | | |
| Ditchwitch/trencher (Ditchwitch 3700) | | | |
| DRILL RIG | | | |
| WATER TRUCK | | | |
| DUMP TRUCK | | | |
| TRACTOR          New Holland TC35 | USACE | 5 | General Site |
| Bush hog | USACE | 0 | General Site |
| ROLLER COMPACTOR | | | |
| Manual bush hog | | | |
| MINI TRUCK              3 | Leased | 10 | General Site |
| REG CAB TRUCK          3 | Leased | 10 | General Site |

**Section 4: Results of Surveillance:** (Include satisfactory work completed, or deficiencies w/action to be taken)

| |
|---|
| a. Preparatory Inspection(s):      N/A |
| b. Initial Inspection(s):N/A |
| c. Follow-up Inspection(s)Envirocon/Shavers-Whittle- Prepped cofferdam excavation for a confine space entry at Saucer |
| Marine.  Set up O2/Acetylene torch and began cutting diagonal braces on wale system inside the cofferdam. Completed |
| cutting (3) diagonal braces.  Started excavating/exposing subsurface concrete at Boland Marine.  Built an earth access |
| ramp with dozer for Dinvaut's truck to dump fill material inside transite excavation at Boland Marine. |
| Loaded out (3) loads of concrete from Boland Marine totaling 48.63 tons. Loaded out (1) load of scrap metal from Mayer |
| Yacht totaling 12.32 tons. Loaded out (2) loads of timber pilings from Mayer Yacht. |
| **Performed Final Inspections on Boland Marine and Mayer Yacht Demolition (Attached)** |
| GIL-Continued with transite contaminated soil excavation and load out at Boland Marine.  Loaded (20) loads of Transite soil |
| totaling 553.11 tons.  All load trucks were lined and tarped prior to exiting the site. Backfilling excavations with borrow |
| material from McDonough Marine.  Implementing dust control at Boland with fire water.  Separating clean soil and subsurface |
| debris from transite material. Dewatered ground water from excavations as needed. |
| WGI-Performed general site maintenance, construction and safety management. Continued hand digging at fiber optic line |
| on north end of Boland Marine to locate/expose line prior to moving heavy equipment into the area. |
| McDonald's-Excavating and loading fill material from the McDonough Marine borrow pit into Dinvaut's truck for back fill at Boland |
| Marine.  Loaded sand from ITT to be hauled to Saucer Marine for backfill at the cofferdam excavation. |
| Dinvaut's-Hauling fill material from McDonough Marine borrow pit to Boland Marine for backfill of transite removal excavations. |
| Hauled fill sand from ITT to Saucer Marine. |
| d. Safety Inspection(s)-Include safety violations and corrective actions taken: (Attached) |

**Section 5: QC Tests Performed and Results:** (As required by scope and/or project plans)

| |
|---|
| N/A |
| |
| Truck Inspections: |
| Observed all transite loads were lined and tarped prior to exiting site. |

**Section 6: Verbal instructions received or given:** (List any instructions received from government personnel on
construction deficiencies identified, required testing, etc., and action to be taken.)

| |
|---|
| N/A |
| |
| |

WGI021811

| DAILY QUALITY CONTROL REPORT | Page 3 of 3 |
|---|---|

**Section 7: Changed Conditions/Delays/Conflicts Encountered:** (List any conflicts w/the Delivery Order, [I.e. scope and/or project plans], any delays to project attributable to site and weather conditions, etc.)

| N/A |
|---|
| |
| |
| |

**Section 8: Meetings:** (I.e. Health & Safety, Site Operations, Cost/Schedule, etc.)

| Tailgate Safety Meeting (Attached) |
|---|
| |
| |

**Section 9: Visitors:** (List Name & Affiliation)

| N/A | |
|---|---|
| | |
| | |
| | |

**Section 10: Remarks:** (Any additional information pertinent to project not defined by the previous entries)

| Perimeter noise and air monitoring performed.  No elevated readings recorded.  All below PEL and residential levels. |
|---|
| |
| |
| |

**Other Attachments:** WGI Field Progress reports; Subcontractor Daily Reports; Contractor Daily Quantity Report; Truck ticket tracking sheets; McDonald Construction daily reports for 11/5-6/01..

**Contractor's Verification:** The above report is complete and correct.  Materials and equipment used and work performed are in compliance with the contract plans and specifications except as noted above.

_Sara Alvey_ _____     _11/7/01_ _____

Quality Control Manager                                    Date

# EXHIBIT 24

## INSPECTORS QUALITY ASSURANCE REPORT (QAR)

### DAILY LOG OF CONSTRUCTION – CIVIL
(ER 415-1-302)

| | |
|---|---|
| | THE QCR WILL BE ATTACHED TO OR FILED WITH THE QAR |
| | REPORT NUMBER<br>221 |
| TO: RESIDENT ENGINEER          COPY TO: CEMVN-CD-QM (Guillory)<br>    EBIA, IHNC  Remediation | DATE<br>Wednesday, 07 November 2001 |
| PROJECT: East Bank Industrial Area, Inner Harbor Navigational Canal, Remediation | CONTRACT NUMBER<br>DACA56-94-D-0021 |
| CONTRACTOR (OR HIRED LABOR)<br>Washington Group International, Federal Projects Division | WEATHER<br>Clear |

| PORTION OF SCHEDULED DAY SUITABLE FOR OPERATIONS | | | | TEMPERATURE | |
|---|---|---|---|---|---|
| SAMPLING | DEMOLITION LAND | DISPOSAL | DEMOLITION MARINE | MINIMUM | MAXIMUM |
| 100 % | 100 % | 100 % | N/A | 54 deg F | 74 deg F |

| HAS ANYTHING DEVELOPED ON THE WORK WHICH | | X | NO | | YES (Explain) | 24 HOUR PRECIPITATION | |
|---|---|---|---|---|---|---|---|
| MIGHT LEAD TO A CHANGE ORDER OR FINDING OF FACT? | | | | | | INCHES | ENDING |
| | | | | | | 0.00" | 2400 |

| NUMBER OF GOVERNMENT EMPLOYEES | | | | | | CANAL GAUGE | |
|---|---|---|---|---|---|---|---|
| SUPERVISORY | OFFICE | LAYOUT | INSPECTION | TOTAL | LABOR | FEET | TIME |
| 0-0 | 2- 18 | 0-0 | 1- 09 | 3- 27 | 0-0 | NA | 0700 |

| NUMBER OF CONTRACTOR'S EMPLOYEES | | | | NUMBER OF SHIFTS | | X | 1 | | 2 | | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SUPERVISORY | SKILLED | LABORERS | TOTAL | FROM | TO | FROM | TO | | FROM | | TO |
| - | - | - | See CQC | 0700 | 1700 | | | | | | |

CONTRACTOR/SUBCONTRACTORS AND AREA OF RESPONSIBILITY FOR WORK PERFORMED TODAY:

a. WGI Federal Projects Division(Prime) – Project Management; Site Work

b. MMG(Sub) – Drill Sampling Analysis

c. Hamp's(Sub) – Demolition

d. Gill(Sub) – Removal of ACM

e. McDonald(Sub) – Borrow Pit

WORK PERFORMED TODAY:  (Indicate location and description of work performed.  Refer to work performed by prime and/or subcontractors by letter in Table above.)

**A:**  Performed job-site management, monitored safety controls, noise and air monitoring, and performed housekeeping.

**C:**  Cut cofferdam walers, constructed ramp into ACM excavations at Boland Marine, and exposing subsurface concrete at Boland Marine. Loaded out scrap metal from Mayer Yacht, concrete from Boland Marine, and wood pilings from Mayer Yacht.

**D:**  Excavated transite contaminated soil from west end of Boland Marine, loaded trucks with excavated ACM for landfill disposal, and backfilled excavations with borrow material from McDonough Marine.

**E:**  Excavated borrow pit at McDonough Marine and loaded dump truck with backfill material for Boland Marine, and loaded dump truck with sand pile from ITT for Saucer Marine sewer lift station backfill.

Days of no work and reasons for same:

There has been no lost time since the start date of 2 January 2001.     Time Elapse: 292 days

Information on progress of work, causes for delays and extent of delays, Plant, material, etc.

Progress is on schedule.

Refer to the most recent cost schedule report for accurate percentage complete.

| | | |
|---|---|---|
| EN FORM 2538-2, AUG. 89 (CIVIL) | This form, together with ENG. Form 2538-1, Aug. 89, replaces<br>ENG. Form 2538, Dec. 87, which is obsolete | (Proponent: CEMP-CE) |



EXHIBIT
12

WGI008586

CQC INSPECTION PHASES ATTENDED AND INSTRUCTIONS GIVEN:

**FOLLOW–UP – SITE WORK:** No instructions given.
**FOLLOW–UP – DEMOLITION:** No instructions given.
**FOLLOW–UP – LIFT STATION REMOVAL:** No instructions given.
**FOLLOW–UP – REMOVAL OF TRANSITE CONTAMINATED CONCRETE AND SOIL:** No instructions given.
**FOLLOW–UP – BORROW PIT:** No instructions given.

RESULTS OF QA INSPECTIONS AND TESTS, DEFICIENCIES OBSERVED, ACTIONS TAKEN AND CORRECTIVE ACTION OF CONTRACTOR

**FOLLOW–UP – SITE WORK:** Observed contractor's personnel performing housekeeping, and maintaining silt fence for erosion control. Assured housekeeping is adequate. No deficiencies observed.

**FOLLOW–UP – DEMOLITION:** Observed sub's excavator loading dump trucks with 1 load of scrap metal from Mayer Yacht, and 3 loads of concrete debris from Boland Marine. Assured trucks hauling 12.32T scrap meatl to Southern Scrap, and 48.63T to recycler. Assured tracking forms and weigh tickets are completed and collected for each load. Observed excavator excavating sand backfill material from around subsurface concrete at Boland Marine for removal of concrete. Performed final inspection of Mayer Yacht for demolition activities. Assured punch list items addressed at pre-final inspection were completed and 11 wood pilings abandoned at Mayer Yacht have been DGPS located and location map attached. No deficiencies observed.

**FOLLOW–UP – LIFT STATION REMOVAL:** Observed welders cutting corner braces from walers. Observed sub's excavator loading dump truck with 2 loads of wood pilings from lift station to Jefferson Parish Landfill for disposal. No deficiencies observed.

**FOLLOW–UP – REMOVAL OF TRANSITE CONTAMINATED CONCRETE AND SOIL:** Observed sub's excavator excavating transite contaminated soil from north end of Boland Marine. Visually assured material is excavated to natural clay bottom, ACM has been removed, and debris has been segregated. Observed excavator loading 20 loads (553.11T) ACM into dump trucks, and trucks hauling to Jefferson Parish Landfill. Scraping top 6"-10" clean fill prior to excavating ACM and removing excessive concrete and steel debris. Assured excavated areas have been inspected and accepted as clean, and fabric placed along excavation limits prior to backfilling for identifying stopping points. Observed dozer ramping into and backfilling excavations with clay hauled from McDonough Marine borrow pit. Assured clay is placed in dry excavation and compacted. No deficiencies observed.

**FOLLOW–UP – BORROW PIT:** Observed sub's excavator excavating clay from borrow pit at McDonough Marine, and Dinvaut dump truck hauling to Boland Marine for ACM excavation backfill. Excavator loading dump truck with sand pile at ITT and truck stockpiling outside lift station cofferdam for backfill. No deficiencies observed.

VERBAL INSTRUCTIONS GIVEN TO CONTRACTOR: (Include names, reactions and remarks)
None.

CONTROVERSIAL MATTERS IN DETAIL:
None

INFORMATION, INSTRUCTIONS OR ACTIONS TAKEN NOT COVERED IN QCR REPORT OR DISAGREEMENTS:
None.

REMARKS: (Include visitors to project and miscellaneous remarks pertinent to work)

| NAME | DESIGNATION | HOURS AT SITE | DUTIES |
|------|-------------|---------------|--------|
| Clouatre | Construction Rep. | 9 hrs | QAR |
| Ariatti | Project Engineer | 9 hrs | QAR |
| Montegut | Team Leader | 9 hrs | QAR |

SAFETY: (Include any infractions of approved safety plan, safety manual or instructions from Government personnel. Specify protective action taken)

**ENVIRONMENTAL:**
Assured Linkbelt LS 418 crane is not leaking fuel or oil.

**SAFETY:**
Assured confined space entry permit is issued prior to welders working inside sheetpile cofferdam.

| INSPECTOR'S SIGNATURE | DATE | SUPERVISOR'S INITIALS | DATE |
|----------------------|------|----------------------|------|
| | | | |

WGI008587

| Alvin Clouatre III | 09 Nov 2001 | | |

(Reverse of ENG. Form 2538-2(Civil))                    Page 2 of 2 pages

WGI008588

# EXHIBIT 25

BACUTA, Ph.D., GEORGE

7/2/2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES    CIVIL ACTION
CONSOLIDATED LITIGATION          NO. 05-4182 K2
                                 JUDGE DUVAL
PERTAINS TO:  MRGO AND ROBINSON
              (No. 06-2268)

        Deposition of GEORGE C. BACUTA, Ph.D.,
given at the U.S. Nuclear Regulatory
Commission, One Whiteflint North, 11555
Rockville Pike, Rockville, Maryland 20852-2738,
on July 2nd, 2008.

REPORTED BY:
        JOSEPH A. FAIRBANKS, JR., CCR, RPR
        CERTIFIED COURT REPORTER #75005

Page 1

---

1   PRESENT VIA I-DEP:
2       CHRISTOPHER ALFIERI, ESQ.
3       SCOTT GASPARD, ESQ.
4
5   VIDEOGRAPHER:
6       BRAD FISCHER
7
8   ESCORTS UNDER NRC SECURITY REGULATIONS:
9       MAXWELL SMITH, ESQ. (NRC)
10      CHARLES E. MULLINS, ESQ. (NRC)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

---

1   APPEARANCES:
2   REPRESENTING THE PLAINTIFFS:
3       BRUNO & BRUNO
4       (BY:  SCOTT JOANEN, ESQUIRE)
5       855 Baronne Street
6       New Orleans, Louisiana 70113
7       504-525-1335
8
9   REPRESENTING THE UNITED STATES OF AMERICA:
10      UNITED STATES DEPARTMENT OF JUSTICE,
11      TORTS BRANCH, CIVIL DIVISION
12      (BY:  JEFFREY P. EHRLICH, ESQUIRE)
13      (BY:  JACK WOODCOCK, ESQUIRE)
14      P.O. Box 888
15      Benjamin Franklin Station
16      Washington, D.C. 20044
17      202-616-4289
18
19   ALSO PRESENT:
20      LAURA ROUGEAU, ESQ.
21      ERIC GOLDBERG, ESQ.
22      PHILIP WATSON, ESQ.
23      ADRIAN WAGER-ZITO, ESQ.
24      CHRIS THATCH, ESQ.
25      RICHARD T. SEYMOUR, ESQ.

Page 2

---

1   E X A M I N A T I O N   I N D E X
2
3   EXAMINATION BY:                        PAGE
4
5   MR. JOANEN   ...............................7
6   MS. WAGER-ZITO ............................191
7   MR. JOANEN   .............................207
8   E X H I B I T   I N D E X
9
10  EXHIBIT NO.                            PAGE
11  Exhibit 1    ...............................19
12  Exhibit 2    ...............................19
13  Exhibit 3    ...............................73
14  Exhibit 4    ...............................73
15  Exhibit 5    ...............................86
16  Exhibit 6    ...............................87
17  Exhibit 7    ..............................103
18  Exhibit 8    ..............................110
19  Exhibit 9    ..............................110
20  Exhibit 10   ..............................124
21  Exhibit 11   ..............................126
22  Exhibit 12   ..............................133
23  Exhibit 13   ..............................139
24  Exhibit 14   ..............................153
25  Exhibit 15   ..............................154

Page 4

1  (Pages 1 to 4)

BACUTA, Ph.D., GEORGE

7/2/2008

1   Exhibit 16   ...............................165
2   Exhibit 17   ...............................170
3   Exhibit 18   ...............................182
4   Exhibit 19   ...............................184
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 5

1   GEORGE C. BACUTA, PH.D.
2   U.S. Nuclear Regulatory Commission, One
3   Whiteflint North, 11555 Rockville Pike, Mail
4   Stop 0-12-E-1, Rockville, Maryland 20852-2738,
5   a witness named in the above stipulation,
6   having been first duly sworn, was examined and
7   testified on his oath as follows:
8   EXAMINATION BY MR. JOANEN:
9   Q.   Dr. Bacuta, my name is Scott Joanen.
10   I'm here on behalf of the plaintiffs in both
11   the MRGO case which is one of the class actions
12   involving the levee breaches after Hurricane
13   Katrina or during Hurricane Katrina and also
14   the Robinson case which is an individual
15   lawsuit brought by six individual plaintiffs
16   that doesn't have class allegations.  So I'll
17   be asking questions of you that are pertinent
18   to both litigations, but the focus of the
19   questions I'm going to have for you are going
20   to deal primarily with the levee walls along
21   the East Bank Industrial Area.  Okay?
22   A.   Um -- okay.
23   Q.   Task Order No. 26.
24   A.   Task Order 26.
25   Q.   Yes, sir.

Page 7

1        S T I P U L A T I O N
2        IT IS STIPULATED AND AGREED by and
3   among counsel for the parties hereto that the
4   deposition of the aforementioned witness may be
5   taken for all purposes permitted within the
6   Federal Rules of Civil Procedure, in accordance
7   with law, pursuant to notice;
8        That all formalities, save reading
9   and signing of the original transcript by the
10   deponent, are hereby specifically waived;
11        That all objections, save those as to
12   the form of the question and the responsiveness
13   of the answer, are reserved until such time as
14   this deposition, or any part thereof, is used
15   or sought to be used in evidence.
16
17
18             *  *  *
19
20
21
22        JOSEPH A. FAIRBANKS, JR., CCR, RPR,
23   Certified Court Reporter in and for the State
24   of Louisiana, officiated in administering the
25   oath to the witness.

Page 6

1   A.   Which is Washington Group, um --
2   Q.   Yes, sir.
3   A.   -- task order.
4   Q.   Yes, sir.  Have you ever given a
5   deposition before?
6   A.   Oh, yeah.  During the divorce of my
7   father from my mother.
8   Q.   Okay.  Just to make sure that we are
9   clear of some of the ground rules here, this
10   deposition is taking place here at the Nuclear
11   Regulatory Commission, we appreciate your
12   making yourself available; however, it is as if
13   we're in a court of law.  In fact, you've been
14   given an oath so that you are expected to tell
15   the truth.
16        Do you understand that?
17   A.   Yeah.  I do.
18   Q.   One of the interesting aspects of a
19   deposition is that we are here to get
20   information from you primarily to have it put
21   in the form of a deposition transcript, which
22   our court reporter is taking down everything we
23   say right here.
24        Do you understand that?
25   A.   I do.

Page 8

2  (Pages 5 to 8)

BACUTA, Ph.D., GEORGE

7/2/2008

1    Q.   It's important that as I ask my
2  questions you allow me to finish my questions,
3  for two reasons; one, so that you fully
4  understand what the question is, because
5  sometimes a witness may kind of think he knows
6  where I'm going, but sometimes I don't even
7  know where I'm going halfway through.  And let
8  me get to where I need to be before you answer
9  the question.
10    A.   Okay.
11    Q.   Also, too, I'd like to ask you to
12  allow me to finish my question so that the
13  court reporter can take everything down.  It's
14  very important that he not guesstimate what it
15  is we're trying to say, it's important that he
16  get it down.  He is the scribe, it's important
17  that he get it down as precisely as he can.
18    A.   I understand.
19    Q.   This deposition transcript will be --
20  you'll have the opportunity to review it before
21  it is finalized, and that's why he was asking
22  for your mailing address before.  You'll have a
23  chance to review it and make any corrections if
24  there is anything that we say here that was not
25  intended to be said.  For example, sometimes

Page 9

1  there may be an objection by the attorney here
2  for the government.  That attorney, he is
3  reserving his rights.  If there is anything
4  that we're talking about that needs to be
5  brought up with the Court later, he's reserving
6  that and marking that as something we would
7  know that we would talk about later.  However,
8  since this is a chance for me to talk to you
9  about these issues, unless he instructs you not
10  to answer you'll be giving me an answer to that
11  question.  He's just reserving his rights.
12    Do you understand that?
13    A.   I understand.
14    Q.   If at any time you need a take a
15  break, just say so; restroom break, water
16  break.  More importantly, for anybody else, I
17  understand you're the gate keeper to get us in
18  and out of the restrooms, so it's important if
19  anybody here also needs a break, just speak up
20  and we'll be glad to do so.  Okay?
21    A.   Okay.
22    Q.   Dr. Bacuta, have you had -- and I
23  address you as Dr. Bacuta.  I understand you
24  have a Ph.D.  Is that correct?
25    A.   Yeah, I do.

Page 11

1  engineering concepts or medical concepts, some
2  terms, depending on how you type them, can have
3  different meanings, and so that's why we want
4  you to be able to review and sign it.
5    Also, too, a lot of times witnesses
6  informally will say uh-huh and unh-unh, and
7  sometimes they're not clear.  Although you and
8  I may think we're on the same page, if it's not
9  clear on the transcript, when someone else
10  reads it it wouldn't be clear to them.  So I
11  would ask you to say yes or no and not shakes
12  of the head and uh-huhs and unh-unhs.  Okay?
13    A.   Okay.
14    Q.   Also, I'd like you to make sure you
15  verbalize any answers that you have to make
16  sure that it is taken down as clearly as we
17  can.  Okay?
18    A.   Sure.
19    Q.   Okay.  If at any time you have any
20  questions of me, you don't understand the
21  question, just ask me to repeat it and I'll
22  either have the court reporter read it back or
23  I will rephrase the question.  Okay?
24    A.   Okay.
25    Q.   During the course of this deposition

Page 10

1    Q.   And what is that a specialty in?
2    A.   Geological sciences, but I specialize
3  in geochemistry, geophysics geared towards
4  economic geology, looking for mineral deposits
5  and all that stuff.
6    Q.   In the course of your studies to get
7  your Ph.D., did you take geotechnical courses?
8    A.   Geotechnical courses?  No.
9    Q.   When is it that you first started with
10  the Corps of Engineers, I guess?
11    A.   I started in 1990 with the
12  Jacksonville District.  That's in Florida.
13    Q.   In 1990, when you were hired, what was
14  the highest level of education that you had
15  attained at that point?
16    A.   I got a doctorate in geology.
17    Q.   And so when you started with the Corps
18  of Engineers you already had your doctorate
19  degree?
20    A.   Pardon.
21    Q.   You already had your doctor's degree
22  when you started with the Corps?
23    A.   Yeah.  I did.
24    Q.   Where did you go to do your
25  undergraduate studies?

Page 12

3  (Pages 9 to 12)

BACUTA, Ph.D., GEORGE

7/2/2008

1       A.  I went to the University of the
2   Philippines, in the Philippines.
3       Q.  Is that where you are from, born and
4   raised?
5       A.  Yeah.  I was born in Manila, the
6   Philippines.
7       Q.  What was your undergraduate degree in?
8       A.  In geology.
9       Q.  And what was the next level of
10  education you attained?
11      A.  Doctorate degree.
12      Q.  There's no Master's?
13      A.  There's no Master's.
14      Q.  You went directly from undergrad to a
15  Ph.D.; is that correct?
16      A.  Yes, sir.
17      Q.  And where did you obtain your Ph.D.?
18      A.  I got it from Cornell University in
19  Ithaca, New York.
20      Q.  What year did you obtain your
21  undergraduate degree?
22      A.  1975.
23      Q.  And what year did you obtain your
24  Ph.D.?
25      A.  1989.

Page 13

1       Q.  What year did you enter Cornell
2   University?
3       A.  1980 and '82.
4       Q.  What did you do from 1975 to 1980?
5       A.  I worked for the Philippine Bureau of
6   Mines, looking for mineral resources.
7       Q.  What kind of mineral resources would
8   you have been looking for?
9       A.  Copper, gold, chromite, a lot of
10  stuff -- nickel.
11      Q.  And how long did you work there?
12      A.  Until about 1980.
13      Q.  In 1980, is that the first time that
14  you went to Cornell University in Ithaca?
15      A.  Yes.
16      Q.  And what was the purpose for you going
17  to Cornell University at that point?
18      A.  I started, um -- my doctoral degree.
19      Q.  And that was going to be in geology?
20      A.  Yeah.  Geology is, um -- geological
21  science department.
22      Q.  And how long did you stay in the
23  program from the time you started in 1980?
24      A.  Until about 1985, '86, when I finished
25  my A exams, then I had to get into my

Page 14

1   dissertation.
2       Q.  I understood, or I thought I
3   understood that you said previously that you
4   entered Cornell in 1980 and 1982?
5       A.  Yeah.  I didn't have money to pursue,
6   so then I had to restart again.
7       Q.  When you started in 1980, did you go
8   one semester or one year?
9       A.  About probably -- yeah, I think about
10  one year, I think.
11      Q.  And when you entered in the 1980
12  academic year, how long did you anticipate that
13  the program would last?
14      A.  I don't know, because, um -- I could
15  be like some other folks who got to stay so
16  long.
17      Q.  Professionals do.
18      A.  It could be quick, you know.  It
19  depends upon the funding.
20      Q.  When you looked in the catalogue of
21  the school, how many academic hours would it
22  take for you to get the designation?
23      A.  Well, Cornell is kind of different
24  from the rest of -- you know, they're not into
25  the number of credits.

Page 15

1       Q.  Okay.
2       A.  You know, they're into, um -- how you
3   progress as a person in graduate work, you
4   know.  So, um -- usually -- I see some folks
5   who's going to be done in three or five years,
6   you know, and they got a dissertation which is
7   just one page.  I see some folks who's going to
8   be there for twenty years and they got a
9   dissertation this thick.  (Indicating.)
10      Q.  Okay.
11      A.  That kind of stuff.
12      Q.  So you were out of Cornell for a brief
13  period, and then you reentered in 1982?
14      A.  Yes.
15      Q.  Were you in the workforce during the
16  time period from when you left Cornell to
17  reentering?
18      A.  No, not really.
19      Q.  In 1982, were you continuously
20  attending Cornell?
21      A.  Yes.
22      Q.  Through 1985 or '86?
23      A.  '86.  Yeah.
24      Q.  And then what happened in 1986, did
25  you finish your formal classes?

Page 16

4  (Pages 13 to 16)

Johns Pendleton Court Reporters                    800 562-1285

BACUTA, Ph.D., GEORGE

1    A.   I finished my formal classes, and I
2   still with Cornell and doing some little bit of
3   work.  Then I had to write my own research
4   work, submit it to NSF, and they finally funded
5   me, so I had some money to continue my
6   dissertation work, and I had to go do some
7   research work at the MIT, and also here at,
8   um -- USGS Reston.
9    Q.   You said the NSF --
10    A.   National Science Foundation.
11    Q.   What type of research did you do for
12   MIT?
13    A.   I look at uranium and osmium, isotopic
14   work.  You know, I try to date the solar
15   system, maybe, and stuff.  And also there's
16   application for looking for more mineral
17   deposits, so.  That kind of stuff.
18    Q.   And when you were here in Reston,
19   Virginia, what type of search --
20    A.   Same kind of stuff.  I'm doing more of
21   the chemical type of work, the reservoir, and
22   my specialty is in geochemistry.  Because I
23   did, um -- work with the chemical analysis
24   branch at the USGS.
25    Q.   And I take it you got additional

Page 17

1   funding, or you got -- needed funding from the
2   NSF to continue your dissertation work?
3    A.   Yes, sir.
4    Q.   And ultimately you achieved your Ph.D.
5   designation.
6    A.   In '89, yeah.  And thanks to the
7   Department of Geology at Cornell they found
8   some money and, um -- I was a poor graduate
9   student trying to make it in this big world.
10    Q.   And then you -- how did you come about
11   to work for the Corps of Engineers?
12    A.   My father used to work with the Corps.
13   He's a civil engineer.
14    Q.   When you were in Jacksonville what
15   type of branch were you in?
16    A.   I'm in geotechnical branch.  But I
17   moved quickly to the environmental section.
18    Q.   For the purposes of the record I've
19   marked as Plaintiff's Exhibit 1 just the Notice
20   of Deposition which is what got us here.
21        But I'll mark as Exhibit 2, this is
22   not Bates stamp numbered, I believe it comes
23   from documents that were produced to us by the
24   government.  And I'm sorry, I didn't bring
25   copies because I could only fit so much on a

Page 18

1   plane.
2        I'll show you what I'll mark as
3   plaintiff's Exhibit 2.  It appears to be a
4   résumé or a curriculum vitae of some sort.
5        Do you know if that's something that
6   you had produced at some time, or generated,
7   and that's how it ended up in the government
8   storeroom?
9        (Exhibit 1 was marked for
10   identification and is attached hereto.)
11        (Exhibit 2 was marked for
12   identification and is attached hereto.)
13    A.   Yeah.
14   EXAMINATION BY MR. JOANEN:
15    Q.   If you look at that briefly, is that
16   accurate of your --
17    A.   I think it's accurate.  '79 --
18   earliest date in documents.  No, not '79,
19   because '79 -- that would be my father right
20   there.  Because we have the same name.
21    Q.   Oh, okay.
22    A.   And he works for the New Orleans
23   District.
24    Q.   Does he?  Okay.
25        How long has your father worked for

Page 19

1   the New Orleans District?
2    A.   I think 23 years or something.  I'm
3   not sure.
4    Q.   And what is his specialty?
5    A.   Um -- he's, um -- he moves from
6   structural to cost engineering, then plans and
7   specifications, then he went to TAC, which is
8   transatlantic, to Saudi Arabia, then he ended
9   up in -- first in Seattle, from Saudi Arabia,
10   in Washington, the Corps over there.  Then
11   finally he stayed in Savannah, Georgia -- the
12   Corps of Engineers in Savannah, Georgia, as a
13   construction engineer, quality assurance.
14    Q.   The reason we're here today is to ask
15   questions of a George Bacuta who was involved
16   with Task Order 26.
17        Are you the right person we're here
18   for today?
19    A.   I am the one.
20    Q.   So when -- just to get back to your
21   history, since this is not what we're looking
22   for, you were in Jacksonville, originally, the
23   geotechnical branch.
24        Did you do any work with levees or
25   floodwalls while you were in the geotechnical

Page 20

BACUTA, Ph.D., GEORGE

7/2/2008

| | |
|---|---|
| 1 branch? | 1 if you miss our summers. |
| 2     A.  No, just drilling, you know, because I | 2     A.  The humidity is life over there.  I |
| 3 worked my way up as a, um -- a geologist on a | 3 mean, you have to live it. |
| 4 drill rig, you know, in the Everglades.  You | 4     Q.  Yeah.  In 1992, you came to the New |
| 5 know the big project we have? | 5 Orleans District.  What was your position |
| 6     Q.  Right. | 6 there? |
| 7     A.  And also in San Juan, Puerto Rico. | 7     A.  I'm a geologist, and I'm associated |
| 8 Then we moved quickly to HTRW environmental | 8 with the new lock project at the inner harbor. |
| 9 group. | 9     Q.  You started that in 1992, you started |
| 10     Q.  When did you first became associated | 10 working with that? |
| 11 with the HTRW work? | 11     A.  Yeah. |
| 12     A.  Oh, that was -- they were looking -- | 12     Q.  Was that the project that Mr. Dicharry |
| 13 way back in '91, I think, they were looking | 13 was the -- |
| 14 for -- they have a new section because the | 14     A.  Oh, yeah.  I work with, um -- Joe. |
| 15 Superfund project is big, you know, got a lot | 15 He's a very good project manager.  And he's a |
| 16 of money and, you know, the Corps would like to | 16 very nice person. |
| 17 get their hands on this kind of stuff, you | 17     Q.  Happily retired now I understand. |
| 18 know. | 18     A.  Yeah, I know. |
| 19     Q.  Sure. | 19     Q.  When you were in Jacksonville working |
| 20     A.  And the -- you know. | 20 with the HTRW, did you do any work that |
| 21     Q.  So in 1991 you started with the HTRW. | 21 involved a TERC contract, which I believe is a |
| 22     What type of responsibilities did you | 22 Total Environmental Restoration -- |
| 23 have? | 23     A.  No.  The TERC contract came later when |
| 24     A.  Well, we write a lot of scope of work, | 24 they had to deal with some contracting |
| 25 do -- have some kind of contractor do some, | 25 mechanism where, from cradle to grave, you |
| Page 21 | Page 23 |

| | |
|---|---|
| 1 um -- investigation of formerly use defense | 1 know, because most of the mechanism that we had |
| 2 sites, FUDS, and for defense environmental | 2 is, um -- so tight, it's got a lot of problems. |
| 3 restoration program projects, base realignment | 3 Especially with the contracting type of works, |
| 4 type closures, that kind of stuff.  And also, | 4 you know. |
| 5 um -- whenever some kind of locals would like | 5     Q.  Sure. |
| 6 the Corps to investigate some sites, we go | 6     A.  And, um -- the TERC allows you to |
| 7 there and investigate and remediate and all | 7 do -- it gets more flexibility for a |
| 8 this stuff. | 8 continuation of, you know, some kind of -- from |
| 9     Q.  How long did you stay in Jacksonville? | 9 investigation to remediation work, which is, |
| 10     A.  1992 I, um -- I was hired by New | 10 um -- very successful program because it helps |
| 11 Orleans. | 11 the country clean up a lot of, you know, sites |
| 12     Q.  Was that something that you applied | 12 quick -- quickly rather than spending the |
| 13 for or does the Corps just -- | 13 taxpayers' money for this prolonged -- |
| 14     A.  I applied for.  Because it is a little | 14     Q.  Right.  The new lock project, when you |
| 15 bit of promotion.  Plus originally my | 15 first started with Mr. Dicharry, what was your |
| 16 sisters -- my siblings are in New Orleans.  And | 16 general job duties? |
| 17 I like New Orleans.  First I hated New Orleans | 17     A.  I'm, um -- with HTRW stuff, you know, |
| 18 because of the roads and stuff, you know, so | 18 I have to look into the various regulated |
| 19 humid and hot.  But when you come to know the | 19 materials in the different, you know, media, |
| 20 people over there, they're fun, you know. | 20 like soils, water, those buildings, you know, |
| 21     Q.  That's great. | 21 asbestos, some of those, um -- some other |
| 22     A.  And the food is real good. | 22 stuff, lead-based paint and stuff, you know, |
| 23     Q.  Yeah.  I was thinking that last night | 23 because I got to have to make sure that when |
| 24 as I was coming into town, there was no | 24 they do something over there it's not going to |
| 25 humidity, it was so nice here.  I was wondering | 25 be -- we're not a site -- first, we're at a |
| Page 22 | Page 24 |

BACUTA, Ph.D., GEORGE

7/2/2008

1  site what is so costly for the taxpayer.  Um --
2  and secondly, if we're going to do work there,
3  if that site is chosen and we're going to do
4  work there, and eventually, you know, had the
5  lock constructed in that area, that we're going
6  to be in compliance with state environmental
7  regs, you know, look at safety and environment,
8  and also with the federal regulations.
9      Q.   In 1992 when you first started with
10 that lock project, it was already identified --
11 the Industrial Canal corridor area, was it
12 already identified as a potential HTRW site or
13 is did that come after you started
14 investigating?
15     A.   It was already identified, because I
16 think they have, um -- they had to go through
17 what they call an EIS -- environmental impact
18 statement -- study, and design memorandum,
19 which is the engineering appendices to that
20 environmental impact study.  And they did some
21 alternative options -- alternative site
22 selections in there.  And they came up with a
23 preferred site which is just north of the
24 existing lock.
25     Q.   And that was the one where they were

Page 25

1  going to float in the lock pieces?
2      A.   Float in or -- it's going to be a
3  float in or, um -- cast in place.  And right
4  now they're trying to just -- we can float in,
5  cast in place, it depends upon, um -- how much
6  it would cost, if it's feasible.  Because
7  sometimes even if the float in is less costly
8  it's not constructable.  You know?  That kind
9  of stuff.
10     Q.   Do you know what companies were
11 involved with testing the soils to determine
12 the HTRW site?
13     A.   Yeah.  Well, it's -- we first come in
14 there and survey whether -- and find out, you
15 know, the degree of contamination or impact in
16 that site -- at that site.  Because that site
17 is an area where -- it's an industrial area,
18 you know, and you could have impact which is
19 mild or impact that would qualify as an HTRW
20 site, which is, you know, the degree of impact.
21     Q.   Was the Industrial Canal area broken
22 down into sectors or degrees of impact?
23     A.   No, they're not broken down into
24 sectors.  First, they're broken down into
25 facilities.  I think they got seven facilities

Page 26

1  in there.  And you go into each facility and
2  find out where, you know, the problem areas are
3  that you're going to have to put some kind of
4  attention to compliance when you do some work
5  in there.
6      Q.   You talk about facilities.  I wasn't
7  necessarily talking about the East Bank
8  Industrial area right away.  I was thinking
9  more from the river where the old lock is up to
10 the Florida Avenue bridge where they were going
11 to finish up the bypass channel.
12         Were you referring to the sectors from
13 the river to Florida Avenue?
14     A.   No.
15     Q.   Are you talking about the East Bank
16 Industrial Area?
17     A.   I was talking about for the facility
18 that's a little bit more of a -- you know, that
19 has a greater impact would be the East Bank
20 Industrial Area.  The other areas like Galvez
21 Street wharf and the areas within the Coast
22 Guard area, and the oak tree area, and down
23 south of -- towards the river south of I think,
24 um -- St. Claude bridge, I think.
25     Q.   Yes.

Page 27

1      A.   Those are least impact.
2      Q.   Did the Corps of one of its
3  subcontractors identify the place that had the
4  most impact as of 1992 or shortly thereafter?
5      A.   Yeah.  I mean, um -- we did different
6  types, various types of geochemical surveys,
7  like a soil gas survey.  We did collect some
8  soil samples and water samples, and habitat
9  study, and we come with concentrations that are
10 a little bit elevated, and we kind of screened
11 them out and these are the areas where we have
12 to concentrate our, um -- more investigations
13 and, um -- you know.
14     Q.   Do you recall what areas it was that
15 you -- that the Corps decided to concentrate
16 its areas?
17     A.   That would be the East Bank Industrial
18 Area.  It's more -- because they're going to
19 construct a bypass channel there, and I think
20 one of the plans -- in the plans, in the EIS
21 design memorandum, they're going to have to --
22 and we're going to have to deal with, when they
23 dredge the sediment and dispose of it, what
24 you're going to do with it?  Where are you
25 going to send it to?  Is it send it to the

Page 28

BACUTA, Ph.D., GEORGE

7/2/2008

1  river, send it to -- you know, the disposal
2  sites --
3      Q.  Right.
4      A.  -- kind of stuff.
5      Q.  You were kind of anticipating my next
6  question.
7      A.  Yeah.
8      Q.  When you were looking at the East Bank
9  Industrial Area as being the one with the
10  greatest impact, was the lock project -- was it
11  already kind of set in stone that they were
12  going to have the bypass channel?
13      A.  No.  Well, it's in the plans that in
14  order for them to, you know, construct a new
15  lock, they need to have a navigation, you know,
16  go through.  And that's -- that's in the
17  plans -- in the design memorandum, you know.
18  One of the features of the --
19      Q.  Did the Corps -- if the lock project
20  were not to go forward and the bypass channel
21  not be needed, did the Corps have any
22  requirements to remediate the East Bank
23  Industrial Area that you know of?
24          MR. EHRLICH:
25              Object to form.

Page 29

1      A.  I don't know.
2  EXAMINATION BY MR. JOANEN:
3      Q.  Was the East Bank Industrial Area the
4  first area to be remediated in the Industrial
5  Canal corridor pursuant to this lock project?
6      A.  No, I think it was -- when you say
7  remediated, I mean, um -- it's not remediation
8  with regards to what they call this -- to,
9  um -- like a Superfund site, you know.  If you
10  do some work in the area, like when you do some
11  construction work in the area, like Galvez
12  Street wharf, they had to demolish the wharf.
13  But it's not that -- it has a lesser impact
14  than the East Bank, you know.  But the Galvez
15  Street wharf, you got some regulated materials
16  in the -- in those -- in the components of the
17  structure, so you got to have to pay attention
18  to those.  That kind of stuff.
19      Q.  When working on the Galvez Street
20  wharf, was there a need for this specialized
21  contract such as the TERC?
22      A.  Oh, yeah.  You have to do -- not TERC.
23  It's not TERC, because the reason why you only
24  get a TERC contract is if you don't have a good
25  grasp on stuff, you know.  If you, um -- are

Page 30

1  not so knowledgeable on, um -- all of a sudden
2  you discover something and all that stuff, you
3  know.  With the Galvez Street wharf, it was a
4  IDIQ contract, I think.  It's a firm cost type
5  contract, you know, because we definitely know
6  what we got there.  So -- and all what we did
7  in the Galvez Street wharf is just demolish and
8  prepare it for possible, you know -- for
9  construction work for the new lock.  It's site
10  preparation and demolition.  You have to
11  demolish the buildings and -- you prep it for
12  construction related to the new lock.
13      Q.  I know -- and I brought some of the
14  materials with me, but there was a 1997
15  evaluation report made to the Mississippi River
16  Gulf Outlet New Lock and Replacement Report?
17      A.  When was that?
18      Q.  1997.  Were you involved in the
19  drafting of that?
20      A.  Yeah.  Could I take a look at it?
21      Q.  Sure.
22      A.  And I could, um -- verify whether
23  that's the -- you know, the report.
24      Q.  Just for the record, it was the
25  Mississippi River Gulf Outlet New Lock and

Page 31

1  Connecting Channels Evaluation Report dated
2  March, 1997, Bates stamp Number
3  NPM-006-000000001.  (Tendering.)
4      A.  I guess so.  Oh, Ed Husser.  He's a
5  program analyst.  He takes care of the money.
6      Q.  Okay.  That's how it came to us.
7      A.  Yeah.
8      Q.  You see that number on the bottom,
9  that's a Bates stamp number telling us that it
10  came from --
11      A.  Oh, okay.  This not Corps number.
12      Q.  No, I think that's production for this
13  litigation.
14      A.  Yeah.  Gen. and Leslie Waguespack,
15  yeah.  Yeah, he's the -- he's the project guy.
16  I mean, he's the alternative guy.  I'm having
17  some memories.
18      Q.  Hopefully good ones.
19      A.  Oh, yeah.  This -- I think this is,
20  um -- this is one of the reports.  The big
21  report.  They have some alternative studies
22  here, like the Violet site.
23      Q.  I brought a few others, too.
24      A.  Yeah.  (Tendering.)
25          (Off the record.)

Page 32

8  (Pages 29 to 32)

BACUTA, Ph.D., GEORGE

7/2/2008

1    EXAMINATION BY MR. JOANEN:
2        Q.   Anyway, we have the volumes here.  We
3    have Volume 3 of 9 --
4        A.   Yeah.
5        Q.   -- which is the engineering
6    investigations --
7        A.   Yeah.
8        Q.   -- and we have Volume 5 of 9 which is
9    the Assessment of Potential Hazardous Toxic and
10   Radiological Waste.
11       A.   Yeah.
12       Q.   Were you involved in the drafting and
13   preparation of this report?
14       A.   I'm involved in contributing inputs
15   into the reports, especially with regards to
16   the environment.
17       Q.   Okay.  So of your inputs, you think
18   your inputs would have been more with the
19   assessment of potential hazardous --
20       A.   Yeah.
21       Q.   Which is Volume 5 of 9?
22       A.   Yeah.  I had some input in there.
23       Q.   I also brought with me the Appendix C,
24   Part 2 to this, and I have this as a WGI Bates
25   stamp.  That's Washington Group International.
                                          Page 33

1    geotech group are involved also with regards to
2    civil works projects.  And I worked with the
3    geology section of the geotech branch, and
4    that's how I got involved with this work.
5        Q.   Do you recall whether in the
6    preparation of this document it was determined
7    how much soil was going to need to be removed
8    from the East Bank Industrial Area?
9        A.   Well --
10            MR. EHRLICH:
11               Object to form.
12       A.   Yeah.  Where is that at?
13   EXAMINATION BY MR. JOANEN:
14       Q.   No, I'm asking if you know.
15       A.   If I know?
16       Q.   Yeah.
17       A.   No, I'm not involved with the
18   computation, but I was -- I read about it.  And
19   I think it's in here.  But mind you -- I think
20   it's in here -- where is that?
21       Q.   Well, let me -- just to cut you off, I
22   also brought another document which is from
23   February of 1999 which is a Inner Harbor
24   Navigational Canal Lock Replacement Project
25   Design Documentation Report Number 1, Site
                                          Page 35

1    It's WGI 245973.
2        A.   Uh-huh.
3        Q.   I show you that and see if you were
4    involved in the drafting of that.  That
5    indicates that was prepared by the hydraulics
6    and foundations branch.
7        A.   Yeah.  We were involved in this.
8    Yeah.  We were involved in this.
9        Q.   How was it that you got involved in
10   the preparation of these -- of this report?
11       A.   I worked with the geology section of
12   geotech branch at that time, which is HTRW.
13   Because HTRW, the environmental, um -- portion,
14   piece of work at the Corps at that time is
15   divided into different groups.  Um -- most of
16   the Phase I, which is non-intrusive type work,
17   is performed by, um -- the planning section at
18   that time and the hydraulics group at that
19   time, in engineering division.  The planning
20   section is with project management division.
21   Okay?  They're trying to fight on a piece of
22   pie, you know, the different sections.
23           Then there's the general engineering
24   group, which is also involved, I believe, but
25   mainly with the defense -- DOD sites.  And the
                                          Page 34

1    Preparation and Demolition.  This is Volume 6
2    of 8 which deals with excavation, treatment and
3    disposal of contaminated soils.
4        A.   Yeah.
5        Q.   You signed off on this one.
6        A.   Oh, yeah.
7        Q.   That's one of the reasons that we're
8    here.
9        A.   Yeah.  Yeah.  That's fine.
10       Q.   To tell you where it comes from, the
11   Corps of Engineers developed an IPET website,
12   and this is one of the documents that we were
13   able to load from there.
14       A.   One of documents that was in there.
15       Q.   It indicates on here the purpose of
16   this document is to identify the materials of
17   the East Bank Industrial Area along the IHNC
18   between 0 to 5 feet below ground surface that
19   are subject to environmental and safety
20   regulations.
21       A.   Yeah.
22       Q.   That was in '99.  And I'm trying to
23   work my way through it to understand it.
24           In 1997 when this report was
25   developed, was there an understanding of how
                                          Page 36

BACUTA, Ph.D., GEORGE

Page 37

1 deep of the soils you were going to have to
2 remove?  For example, here, 0 to 5 feet or
3 total numbers?
4     A.  There's a general, um -- there's a
5 general, um -- estimation, but, um -- but the
6 depth really is in the, you know -- this is how
7 it goes:  The engineering design would show you
8 the depths and all that stuff, and how they do
9 the bypass channels, all that stuff.  And our
10 work is to find how much contamination is in
11 the upper soil, because most of the impact is
12 in the -- it's very shallow.  It's in the upper
13 soil.  Okay?  It's in the upper surface,
14 because they don't migrate much with regards to
15 the contaminants that they have at the East
16 Bank.
17     Q.  Okay.
18     A.  It's just very shallow.  It's just on
19 the carapace, you know.
20     Q.  Is that a function of the types of
21 soils that are there?
22     A.  It's a function of the types of soils
23 also.  Because it doesn't -- you got a lot of
24 clays in there.  It doesn't move.  I mean, and
25 those are like little pots, you know, like

Page 38

1 perch, you know, it's right here and then it's
2 sounded by soil -- by clay.  And you've got
3 very thick clays.  You know, that kind of
4 stuff.  So it doesn't move.  It's like stays
5 there.  And it's isolated.  Stays there and
6 it's isolated.
7     Q.  In preparing this '97 report, to your
8 knowledge was the stratigraphy of the soils
9 analyzed in the East Bank Industrial Area?
10     A.  Yeah.  They -- the way that, um --
11 there are two approaches there.  Okay?  The
12 geotech guys and the geology guys, they do the
13 stratigraphy or engineering type of work.  For
14 us, we do stratigraphy.  A little bit of
15 stratigraphy or environmental type of work,
16 because our goal is, we're concerned with
17 migration, you know, of contaminants.  We don't
18 want the contaminants to go elsewhere and harm
19 people and the environment, you know.  Those
20 are our goals.  We have different goals.  That
21 kind of stuff.  So our involvement is very
22 narrow on types of, you know, on the
23 stratigraphy.
24         The geotech guys and the geology guys
25 that would be more expanded because they're

Page 39

1 more concerned with construction, or buildings
2 and structures.
3     Q.  I will share with you we spoke to a
4 geotechnical guy last week.  He indicated that
5 the investigation for the stratigraphy from his
6 perspective was looking at the design documents
7 back from the sixties.
8     A.  Oh.
9     Q.  Is that --
10     A.  I don't know.  Because I'm not really
11 involved --
12     Q.  Let me finish.
13     A.  -- with engineering work, lots of
14 these engineering work.  My involvement is
15 really just very narrow environmental.
16     Q.  Let me finish my question.
17     A.  I'm sorry.
18     Q.  If that is true, what he said, do you
19 have any knowledge to refute that?  Do you know
20 of any other investigations --
21     A.  I don't.
22     Q.  -- contemporaneous with this?
23     A.  I don't know.
24     Q.  When you worried about the migration
25 of contaminants, how would the contaminants

Page 40

1 migrate from the area where they are to another
2 area?
3     A.  Mainly they are going to migrate
4 laterally or maybe vertically.  But it's kind
5 of tough, kind of tough, because that area,
6 like I said, there are a lot of clay, you've
7 got a lot of structures in there, you know,
8 those buildings, and the groundwater flow is
9 not very much defined, you know.  It's like --
10 it's all over the place.  But mind you, we're
11 looking only at the shallow subsurface.  We're
12 not looking at the deeper ones, you know.
13     Q.  What is groundwater flow?
14     A.  I don't know.  In that area?
15     Q.  No, what is the definition of it?
16     A.  Oh, the groundwater flow?
17     Q.  How do you define groundwater flow?
18     A.  The direction of flow of the water
19 from one point to another.  You know.
20     Q.  Under the soil surface?  Within the
21 soils?
22     A.  It could be -- depends upon the
23 aquifer that you have, whether it's a saturated
24 or unsaturated type deal.  You know.  Confined
25 or unconfined type deal.

10  (Pages 37 to 40)

BACUTA, Ph.D., GEORGE

7/2/2008

1    Q.   Do you recall, leading up to this,
2    stay within the time frame, leading up to the
3    production of this '97 report, what type of
4    aquifer was in the East Bank Industrial Area?
5    A.   These are largely perched aquifer and
6    they're very small and very shallow.  Because
7    that's what, you know, we're concerned about.
8    Q.   What is a perched aquifer?
9    A.   It's surrounded by clays.  It doesn't
10   move.  It's just pooled right there.  It's like
11   a little lens, you know.
12   Q.   At the time of the preparation of this
13   '97 report, would the level of the Industrial
14   Canal affect the movement of the groundwater
15   flow?
16   A.   I don't think so.
17   Q.   Would that be something that's within
18   your area of expertise?
19   A.   Not really.
20   Q.   If I was trying --
21   A.   Because, you know, we didn't
22   investigate that for the purpose, you know.
23   Q.   In preparation of this report, who or
24   what discipline would have studied that to
25   determine if in fact it is affected by --

Page 41

1    they're going to go to the floodwall on their
2    bypass channel when they do the dredging and
3    excavation.  The big, that big dredge they call
4    it.  Or constructing -- that's the reason why
5    they have two design methods, the cast in place
6    and the float -- the float, um -- float in.
7    You know, because they're looking to the
8    constructability of that lock in a very tight
9    spot, you know, not to impact the neighborhood,
10   especially real estate, especially the flood
11   protection system.  Very small impact,
12   especially people sleeping during the night
13   when they do the piling work and stuff, they
14   might wake up and all that stuff, you know.
15   Q.   Well, unfortunately that's not a
16   concern anymore.
17        In preparing this report, do you know
18   whether there was an understanding of the depth
19   of the sheet pile at the East Bank
20   Industrial --
21   A.   I don't have any idea on that one,
22   that would be a geotech, that's more of an
23   engineering concern rather than the
24   environmental.
25   Q.   If you look at the document in front

Page 43

1    A.   Well, it could be the geotech group
2    and the hydraulics group, maybe.  If they're
3    concerned with the structures, you know.  But I
4    don't know if they're real concerned because
5    there's no big sand lens underneath it.
6    Q.   What was the term you used?
7    A.   Sand.  It's a sand layer.  There is
8    nothing there.  It's a huge clay area.
9    Q.   In preparing this 1997 report, keeping
10   in mind your involvement, were you aware of any
11   concerns or discussions regarding the impact of
12   the work that would take place at the East Bank
13   Industrial Area and any negative effect it
14   could have on the structural integrity of the
15   adjacent floodwall?
16   A.   I think that has been addressed by the
17   geotech folks and also the hydraulics folks,
18   especially during construction of the lock
19   itself and the bypass channel itself.  These
20   are huge construction work.
21   Q.   Right.
22   A.   So they're very -- they're worried
23   that they're not going to be impacting the
24   existing flood protection in there.  And the
25   reason why they have some limits on how close

Page 42

1    of you, I'll share with you that this paragraph
2    right here, and for purposes of the record it's
3    WGI 245991.  Is that correct?  Is that the
4    number?  I'm reading upside-down.
5    A.   This is not Washington Group.  But it
6    came from the Washington Group?
7    Q.   Yes.  Well, this is -- my
8    understanding is this is an appendix --
9    A.   To that.
10   Q.   -- to the HTRW, which is Volume 5.
11   A.   Yeah.
12        MS. WAGER-ZITO:
13             He's not saying it was prepared
14        by Washington Group.  It was produced
15        by them in the litigation.
16   EXAMINATION BY MR. JOANEN:
17   Q.   My understanding is, in all fairness
18   to you, it's part of this evaluation report.
19   A.   Yeah.  Sure.
20   Q.   WGI gave us documents first, so I
21   found this first and I been hanging onto this
22   from the very beginning.  Anyway, in here it
23   indicates in this paragraph that the depth of
24   the sheet pile is -8 feet in the East Bank
25   Industrial Area.

Page 44

11  (Pages 41 to 44)

BACUTA, Ph.D., GEORGE

```
 1      A.  Sheet pile, that would be, um -- the
 2  what?  What is that sheet pile?
 3      Q.  You know where the floodwall is?
 4      A.  Oh.  The floodwall?
 5      Q.  Sheet pile under that, the sheet pile
 6  curtain?
 7      A.  Yeah.  Oh, that -- the floodwall on
 8  the -- on top of the levee right there, the
 9  little levee --
10      Q.  Correct.  Had a sheet pile apron --
11      A.  -- that's parallel to the Boland -- to
12  the Jourdan Street -- Jourdan Road?
13      Q.  Right.  Correct.
14      A.  Jourdan Avenue or something.
15      Q.  Correct.  In fact, this is oftentimes
16  how it's --
17      A.  Oh.  Yeah.  Right there.
18      Q.  You'll have the land that will support
19  the structure, you'll have the above-ground
20  structures are concrete, and then you'll have a
21  sheet pile curtain that goes down under there.
22  (Indicating.)
23      A.  Yeah.
24      Q.  In this report, it indicates that the
25  sheet pile was at -8 feet.
```
                                        Page 45

```
 1      A.  Uh-huh.
 2      Q.  Do you have any knowledge that it
 3  would not have been at -8 feet?
 4      A.  No.  This has to be -- this has to
 5  reference whatever is in old documents, you
 6  know.  Any of the engineering document.
 7  Because it should be there.
 8      Q.  In deciding with your engineering
 9  investigations and assessments of your HTRW,
10  why would it be important to put in a report
11  that the sheet pile curtain goes down to -8
12  feet?
13      A.  So that you know that, um -- at least
14  you have -- you're concerned with migration of
15  contaminants.  If indeed if there's a
16  migration, a sheet pile -- because of the
17  presence of the flat wall over there that has a
18  sheet piling in it.  You know that there's no
19  migrating to the neighborhood.  It would stop
20  by that little particle from moving.
21      Q.  If works were taking place below eight
22  feet and the sheet pile curtain only goes down
23  to eight feet, would there be the potential for
24  migration of contaminants?
25      A.  I don't think so, because, um -- as I
```
                                        Page 46

```
 1  said, there's a lot of clays from below.  And
 2  our concern is just the subsurface, you know,
 3  the very shallow subsurface.  And we're kind of
 4  confident that, um -- that there's no out
 5  migration from -- off-site migration is what we
 6  call it, because you had that drainage along
 7  Surekote Road I think, then you got that sheet
 8  pile, so you got multiple layers of defense
 9  migrating towards the neighborhood, you know.
10  Plus you got a lot of clay where it really
11  doesn't move, you know.  So it's a simple
12  straightforward environmental project.
13      Q.  The term you use, simple
14  straightforward environmental project, was that
15  the understanding of the Corps of Engineers
16  when this was produced, this nine volume
17  report?
18      A.  Yeah.
19          MR. EHRLICH:
20              Object to form.
21      A.  Yeah.  Um -- this is one of the
22  projects that, um --
23          THE WITNESS:
24              Can I do a personal -- no, it's
25  speculation.
```
                                        Page 47

```
 1          MR. EHRLICH:
 2              Well, I don't think anyone wants
 3          you to speculate.
 4              But just to clarify, Mr. Joanen,
 5          he doesn't speak for the Corps of
 6          Engineers.  So your question is was it
 7          the understanding of the Corps of
 8          Engineers.
 9          MR. JOANEN:
10              I understand.
11  EXAMINATION BY MR. JOANEN:
12      Q.  Was it your understanding of what the
13  Corps of Engineers' position was that it was a
14  simple straightforward engineering project?
15      A.  Our group would have that
16  understanding, because it's one of the least
17  impacted area in the whole harbor work of the
18  Corps.  It's unlike Boston harbor, it's unlike
19  the Bedford harbor, it's unlike the New Jersey
20  and New York harbor or the Baltimore harbor, or
21  Chesapeake Bay where you got a lot of problems,
22  you know.  And, um -- because you got a lot of
23  clay, the nature of soils in Louisiana, where
24  you got a lot of clay, the contaminants are
25  going to isolate it.  You know, they're kept
```
                                        Page 48

                                12  (Pages 45 to 48)

BACUTA, Ph.D., GEORGE

1   right there. You know.
2       Q.   You mentioned New York Harbor. This
3   is more personal: I'm supposed to swim in the
4   Hudson River in a month. Would you say don't
5   do it?
6       A.   Oh. Don't do that.
7       Q.   No? I was going to do a triathlon
8   there, but I may not now. You think that would
9   be not recommended?
10      A.   You going to have to do it up the
11  Hudson, probably, more on the upper
12  tributaries, way past -- where's that PCB plant
13  over there?
14      Q.   No, this is going to be right near the
15  marina going right along where Central Park is.
16      A.   Oh, man.
17      Q.   No?
18      A.   No.
19          MS. WAGER-ZITO:
20              That's why they're recruiting
21          people from New Orleans to do it.
22      A.   On the Upper Hudson, there's a
23  Superfund, you know, EPA and the Corps of
24  Engineers are involved in trying to remediate
25  some PCBs over there. Then also by the New

Page 49

1   York harbor, by Staten Island they're trying to
2   do dome kind of capping of some contaminated
3   bottom sediments and try to protect the fishes
4   and all that stuff, you know, the aquatic
5   resource over there.
6   EXAMINATION BY MR. EHRLICH:
7       Q.   And the swimmers.
8       A.   As long as you don't go --
9          MR. EHRLICH:
10             I think we're all concerned for
11         your health, but Mr. Bacuta is at a
12         new employer now and we would like to
13         get this done as soon as possible.
14  EXAMINATION BY MR. JOANEN:
15      Q.   Did you review any soil borings or any
16  soil stratigraphy studies for the East Bank
17  Industrial Area leading up to this 1997 report
18  which would give you an understanding of the
19  various layers in the East Bank Industrial
20  Area?
21      A.   For the shallow ones where we are kind
22  of on our narrow, you know, goal or concern,
23  yes, I did. But it's very shallow.
24      Q.   How many feet would you say?
25      A.   More likely about five feet maybe. Of

Page 50

1   course you got -- you know, refer to some of
2   the engineering cross-section, but they're not
3   concerned about that. I'm not concern
4   concerned about that.
5       Q.   Based upon this document which was the
6   volume 6 of 8 of the design documentation
7   report Number 1 that you signed off on, it
8   indicates on Page 1 in the introduction right
9   here that the soils to be removed were going to
10  be from 0 to 5 feet.
11      A.   Yeah. Because that's -- we believed
12  that, um -- the impacts is probably confined on
13  that, um -- on that level.
14      Q.   So as far as you were concerned in
15  signing off on this report, the Corps of
16  Engineers was only concerned about removal of
17  soils down the five feet is that correct?
18      A.   For the environmental portion, for
19  being compliant. Because that's kind of --
20  you're concerned with it because you got to
21  know where to send it to. You know? Or if
22  you're going to remediate it you're going to
23  know where to send it to because there are some
24  rules that you had to follow, especially state
25  rules, especially the RECAP, LDEQ RECAP is law

Page 51

1   in Louisiana. That guideline is -- dictates on
2   what you can and cannot do, you know. And
3   we -- we did a good job in that -- you know, in
4   terms of being compliant with the Louisiana
5   Department of Environmental Quality.
6       Q.   When this 1997 report was prepared,
7   was there an understanding that you know of as
8   to how this was going to be implemented?
9       A.   No, not yet, because, um -- we're
10  going to have to bring this to Congress and all
11  that stuff, um -- get a, you know, check on
12  Congress, or headquarters, Congress, then we
13  going to have to, um -- we going to have to
14  find that the local agrees to it -- you know,
15  the local folks agrees to it. Then, um -- if
16  it's a go then it's a go, you know. Then they
17  are going to -- because if you're familiar with
18  the civil works project, first we have the
19  design memorandum. Then you go to another
20  phase of further investigation, okay? If
21  you're going to be moving through construction.
22  Okay? Congress and headquarters -- USACE
23  headquarters would approve it and Congress
24  would approve the money and all that stuff.
25  You have to go to another more, um -- more

Page 52

BACUTA, Ph.D., GEORGE

7/2/2008

1    detailed investigation like what you did with
2    that DDR, design memorandum right here.  This
3    is a follow-up project of this one.
4        Q.   Okay.
5        A.   Because you had to go from
6    conversation, from headquarters and Congress,
7    you know, okay, go ahead and do some site
8    preparation work.  So before you do some site
9    preparation, we going to put in there plans and
10   specifications in order for them to do the
11   work.  We know a little bit of this, we're
12   going to have to do more, you know.  And what
13   kind of contracting mechanism are you going to
14   do, you know?  And all of that stuff.  So they
15   chose the TERC because it's more flexible and
16   all that stuff.
17       Q.   So my understanding of your testimony,
18   and I want to make sure that I understand it
19   clear, the '97 report was prepared.
20       A.   That's the basic design memorandum
21   report.
22       Q.   And that was vetted by higher levels
23   within the Corps?
24       A.   Yeah.  Within the Corps.
25       Q.   And it got some type of approval

Page 53

1    process?
2        A.   Yeah.
3        Q.   And that's what instigated the need
4    for this --
5        A.   The need to --
6        Q.   -- DDR?
7        A.   -- to be more defined, um -- to define
8    the features when you do the site preparation
9    and the demolition.  So you're going to know
10   more, so you're going to have to write --
11   you're going to be able to write a better
12   specifications for the contractor to do the
13   work, you know.  That kind of stuff.
14       Q.   With this '99 DDR?
15       A.   Yeah.
16       Q.   Did this deal with the entire lock
17   project, was that it only for East Bank
18   Industrial Area -- let me finish my question.
19       A.   Yeah.  I'm sorry.
20       Q.   Does it the deal only with the East
21   Bank Industrial area?
22       A.   No.  It deal with the entire lock
23   project.  It dealt with the entire lock project
24   because it's more cost effective that way.  And
25   but most not work is geared towards the east

Page 54

1    bank.  Because this report also deals with the
2    Galvez Street wharf, the Coast Guard area and
3    also south of Claiborne -- of St. Claude.
4        Q.   Did you know as part of your
5    involvement with this group of people in
6    preparing this report how the project will be
7    implemented?  For instance, did they already
8    know that they were going to have a TERC to
9    implement this through a task order?
10       A.   We had the indication that we're going
11   to go that way, because of the information that
12   we were getting from here, and because of the
13   uncertainty in those -- in the area, you know.
14   Because we're going to have to find a way where
15   we could complete the work quickly and less
16   costly, hopefully, for the taxpayers in the
17   long-term, I mean.
18       Q.   Mr. Guillory testified on Monday --
19       A.   Yeah.
20       Q.   -- on behalf of the Corps, and
21   indicated that he was on a project delivery
22   team?
23       A.   Yeah.
24       Q.   Or a project deliverables team?
25       A.   It was a PDT.  We call it a project

Page 55

1    delivery team.  And for the TERC project, he's
2    the construction manager, he's the man.  He's
3    like, you know, Jerry Dicharry.
4        Q.   Were you on that project, that PDT?
5        A.   Yeah.  I'm on PDT.  And they got me
6    like a consultant from engineering division to
7    help them shepherd through the maze of -- to
8    help shepherd the project through the maze of
9    LDEQ compliance, the RECAP compliance stuff,
10   you know.
11       Q.   Do you recall when it was that you got
12   on that PDT?
13       A.   Maybe 1999 or 2000, something.
14       Q.   Well, do you know that you had signed
15   off on this '99 report.
16       A.   Uh-huh.
17       Q.   Was the PDT.  Were you on the PDT by
18   the time you signed this DDR?
19       A.   I don't know.  I don't recall.
20       Q.   You don't know?  Do you recall how
21   many other members were on that PDT?  Was it a
22   group that was a fixed number of people or
23   would --
24       A.   No, it's a lot of stakeholders.  I
25   think the PDT started with some kind of

Page 56

14  (Pages 53 to 56)

Johns Pendleton Court Reporters                          800 562-1285

BACUTA, Ph.D., GEORGE

1   planning, talking to folks about the
2   possibility of using a TERC contract on these
3   things.  So we had different stakeholders; we
4   had the port people, we had the contractor, the
5   company like Washington Group, then we have
6   some other subcontractors, possible
7   subcontractor like maybe MMG, and we got folks
8   from construction division, folks from
9   engineering division, and folks from -- I don't
10  know if there is an environmental, from the
11  planning division that were in there, but it
12  was a well -- it's an open and very transparent
13  type -- you know, I don't know if we had also
14  folks from the neighborhood or from Lake
15  Pontchartrain Basin Foundation.  But
16  everybody -- and also from LDEQ.  Because we
17  had to coordinate this stuff, we're going to
18  have to be sure that we're going to be
19  successful with it.  And we're going to have to
20  be completed quickly and within cost, too, you
21  know.  I mean, to save the government some
22  money and all that stuff, you know.
23       Q.   That PDT from what I understand was a
24  multi-disciplinarily group.
25       A.   It's a multidisciplinary.  It involves

1   a lot of stakeholders, too.  And for the
2   planning stage, you know.  So people are -- so
3   people knows what we're doing, and if there's
4   some kind of objections and all that stuff.
5   And there probably -- I don't know if -- yeah,
6   the Port of New Orleans is involved.  I don't
7   know if the levee districts are involved and
8   all that stuff, you know, because we're going
9   to be working around, you know, floodwalls and
10  all that stuff.  I don't know.
11       Q.   Well, again --
12       A.   That's a long time ago.
13       Q.   -- you're anticipating my next
14  question.  Being a multidisciplinary group,
15  what was your focus, or what was your
16  contribution to that multi -- what discipline
17  did you bring to the table?
18       A.   My discipline is on HTRW,
19  environmental, especially with the compliance
20  with the Louisiana Department of Environmental
21  Quality RECAP.  It is -- I forgot the -- what
22  that stand for.  Remediation Environment or
23  something.  Risk --
24       Q.   Corrective action plan?
25       A.   -- corrective action.  Because

1   whatever we do, when we move soils around in
2   Louisiana, you got to be paying attention with
3   the RECAP, because that's the law, you know.
4       Q.   At that project delivery team, was it
5   necessarily that your discipline be involved in
6   all phases or were you only involved with
7   certain distinct phases?
8       A.   More likely with distinct phases,
9   because I'm involved in a little bit of --
10  through the demolition work, I'm involved when
11  there's something that concerns disposal,
12  environment, compliance with the LDEQ.
13       Q.   Were you interacting with the
14  geotechnical division on this multidisciplinary
15  team?
16       A.   Not directly.  That's the, the
17  construction manager and the construction
18  engineer.  If they have some issues regarding
19  any engineering type work, they should, you
20  know, they should, um -- address that to the
21  engineering division, or maybe if Washington
22  Group has some issues, they address it to the
23  construction manager and construction engineer,
24  and the construction engineer would address
25  either with the Corps of Engineers, with

1   engineering division, specifically with -- if
2   it pertains to structure, with the structures
3   branch, if it pertains to foundation, geotech,
4   geotech branch.  And, um -- they could also
5   have, you know, their expert contractor, you
6   know, they could contract it out, too, you
7   know.  Because that's what TERC will do.  As
8   long as the contractor does that utilizing the
9   Corps' guidelines on -- the standard way, the
10  standard operating procedure or guidelines,
11  design guidelines that the Corps follows.
12       Q.   Where would the contractor get those
13  guidelines, would those be available?
14       A.   Oh.  Yeah.  And also, you know, the
15  branches and all that stuff.  And, um -- when
16  they have a product they have to show it to
17  this expert of the Corps, you know.
18       Q.   Do you recall when it was that
19  Washington Group first got involved in this
20  East Bank Industrial Area project?
21       A.   Way back in 1999, I think, when we
22  started the planning work and stuff.  You know.
23       Q.   Do you know whether that would have
24  been before or after the development of this
25  1999 -- February of 1999 --

BACUTA, Ph.D., GEORGE

7/2/2008

1     A.  After.  After I think.  After.
2 Washington Group is a -- my relationship with
3 Washington Group is with Superfund project.
4     Q.  Was with what?
5     A.  With Superfund projects.  And they do
6 a hell of a bang work, you know.  They're --
7 EPA is very satisfied with how they conduct
8 their business.
9     Q.  And at the time, in '99, just for
10 purposes of the record, it would have been
11 Morrison Knudsen, correct?
12     A.  Oh, yeah, Morrison Knudsen.  MK.  I
13 remember that.
14     Q.  Just to make sure the question is
15 clear, at the time you developed this February,
16 1999 DDR, Morrison Knudsen was not on site, or
17 you weren't interacting with them at that
18 point, were you?
19     A.  No, not me.  Not me directly, I wasn't
20 involved.
21     Q.  Were you involved in any discussions
22 as part of this project delivery team to decide
23 to use the TERC?
24     A.  No.  Not me.  I mean, you know, I hear
25 about it, you know, and, um -- at the time my

Page 61

1 personal opinion is it's the way to go because
2 of a lot of uncertainties in the project and
3 because of successes we had with TERC at
4 Superfund sites and sites with a lot of, um --
5 unknowns and stuff, you know.
6     Q.  Had you worked with any previous TERC
7 task orders before this Task Order No. 26?
8     A.  Oh, yeah.  I did.  I did.
9     Q.  And what were some of those projects?
10     A.  It was with EPA.  EPA hired us to do
11 the Popile Superfund site.  That would be in El
12 Dorado, Arkansas.  And there's another site
13 which is the Bayou Bonfouca Superfund site
14 which is in Slidell, Louisiana.
15     Q.  That was a creosote plant.
16     A.  That was a big one.  That's a three
17 hundred million dollars.
18     Q.  Were you involved with that project?
19     A.  Yeah.  I was involved with those
20 projects.  I wasn't -- on Bayou Bonfouca I was
21 involved when we were transferring the site,
22 when EPA was transferring the site
23 responsibility of management operations to the
24 state of Louisiana.
25     Q.  And how -- what was you are

Page 62

1 involvement, were you with the Corps of
2 Engineers --
3     A.  I was with the Corps of Engineers.
4     Q.  -- or contracted out to EPA?
5     A.  I was -- we're with the Corps of
6 Engineers.  And EPA hired the Corps of
7 Engineers in New Orleans District to be their
8 technical consultant.  And we had to go through
9 Morrison Knudsen as our consultant.
10     Q.  I was getting to my next question.
11        Had you worked with Morrison Knudsen
12 prior to this Task Order 26?
13     A.  Worked for?
14     Q.  Worked with.
15     A.  Worked with?  Yeah.  On the Popile
16 Superfund site.  And the Bayou Bonfouca site.
17 Morrison Knudsen.
18     Q.  The individuals associated with the
19 Task Order 26, the project manager, the
20 construction manager, had you worked with those
21 particular individuals before?
22     MR. EHRLICH:
23        Object to form.
24     MR. JOANEN:
25        Sorry?

Page 63

1     MR. EHRLICH:
2        I objected to form.
3     A.  Yeah, I'll check the form.  Where's
4 the form?
5        No.  I worked with Steve Roe.  He's
6 the project manager.
7 EXAMINATION BY MR. JOANEN:
8     Q.  Okay.
9     A.  But not with Dennis O'Connor.
10 O'Connor is the new guy, the new person with,
11 um -- with the group.  And Phil Staggs, so it's
12 a new, um -- I worked mostly with, um -- some
13 other folks before.
14     Q.  Had you worked with Richard Lesser
15 before?
16     A.  Oh, yeah.  He was there at the
17 introduction, at the planning stage for the
18 Popile Superfund site.  But Richard was not
19 involved in the actual, um -- work at Popile,
20 it was some other guy.  But with the IHNC, he
21 came later, after O'Connor, I think.
22     Q.  Do you know whether the Orleans Levee
23 District or the Sewerage & Water Board were
24 involved with this project delivery team?
25     A.  I don't know.  Maybe, um -- what's his

Page 64

Johns Pendleton Court Reporters                    800 562-1285

BACUTA, Ph.D., GEORGE

7/2/2008

1  face?  Guillory had some, because I'm not
2  involved with all the meetings of the PDT.  I'm
3  involved with the meetings of the PDT when they
4  have some environmental concerns, particularly
5  with LDEQ compliance and stuff.  If they're
6  involved with, you know -- if they're concerned
7  with some other stuff, they have another PDT
8  that would maybe involve the levee board or,
9  you know --
10      Q.   To your knowledge --
11      A.   -- the Sewerage & Water Board --
12      Q.   -- were you involved in any
13  discussions between the Corps of Engineers and
14  WGI and either OLD or Sewerage & Water Board
15  regarding permitting?
16      A.   No.  I'm not involved in those, um --
17  in those discussions.
18      Q.   Were you involved with any -- a lot of
19  these I know the answer to, I got to ask the
20  question anyway.
21           Were you involved in any discussions
22  between the Corps of Engineers and WGI and the
23  Orleans Levee District and LDEQ regarding
24  permitting for work adjacent to or on the levee
25  floodwall?

Page 65

1  so have to carry everything back.  I told him I
2  would try to introduce into the record as
3  little as possible.  But I will show you what
4  is WGI 5 through 9.
5           MR. JOANEN:
6               And if anybody wants me to attach
7           them, I can.  I can always carry them
8           back to New Orleans for the record.
9  EXAMINATION BY MR. JOANEN:
10      Q.   I'm going to show you this and ask you
11  to look at it.  It's a scope of work dated
12  1999.  My understanding from previous testimony
13  is that this is what was given to WGI after
14  they'd agreed to be part of the Task Order 26.
15      A.   0026?
16      Q.   Yes, sir.
17      A.   I thought the 0026 is a technical
18  completion report.
19      Q.   I have that, too.
20      A.   Yeah.
21      Q.   My understanding is the TERC is
22  divided into various task orders, like the
23  Popile would have been a task order, Bayou
24  Bonfouca may have been a task order --
25      A.   Yeah.

Page 67

1      A.   Maybe in some of the comments that I
2  made I have to, um -- to note down that if you
3  got to do some stuff in here maybe you are
4  going to have to coordinate with, um -- with
5  somebody else who has the jurisdiction of
6  those -- of, you know, the levees and
7  floodwall, on both sides, you know.  That kind
8  of stuff.
9      Q.   As part of your responsibilities on
10  this project delivery team, were you involved
11  in the supervision of any of these
12  jurisdictional agencies to make sure that
13  permitting processes were complied with?
14      A.   No.  My involvement really is with
15  LDEQ.  So I do a lot of involvement --
16           (Brief interruption.)
17  EXAMINATION BY MR. JOANEN:
18      Q.   Dr. Bacuta, I have a number of
19  documents I'm going to try and go through.
20  They've been introduced -- just for everybody
21  else on the record, they've been introduced
22  through various other depositions.  I may not
23  attach them all because I can go through the
24  Bates stamp numbers but I'm going show them to
25  you, and it helps the court reporter here not

Page 66

1      Q.   This happens to be the 26th granting
2  of a work project to WGI under that TERC --
3      A.   Under that TERC.
4      Q.   -- as a task order.
5      A.   Yeah.
6      Q.   And Task Order 26, as I understand it,
7  deals specifically with the East Bank
8  Industrial Area.
9      A.   Uh-huh.
10      Q.   And so the way that communications for
11  that East Bank Industrial Area started would
12  have been, as I understand it, through this
13  scope of work.
14      A.   Yeah.
15      Q.   The reason I show it to you, I'm going
16  to ask you, were you involved -- have you seen
17  this document before?
18      A.   I've seen it but I'm not involved in,
19  you know, developing it.  I think it's legal
20  did this.
21      Q.   That's what I was going to ask you.
22  He had indicated that you were on a project
23  delivery team, but he doesn't -- I don't know
24  that he necessarily knows that you were
25  involved in the preparation and drafting of

Page 68

17 (Pages 65 to 68)

BACUTA, Ph.D., GEORGE

7/2/2008

1  this.  And so my question to you is, were you
2  involved in the preparation and drafting of
3  that scope of work?
4      A.  No.
5      Q.  Now, this scope of work, as I
6  understand -- with this scope of work there
7  were certain government furnished information
8  provided to WGI that they were supposed to
9  review and prepare called a recommendation
10  report.  Do you recall being involved in that
11  process?
12      A.  A recommendation report from WGI.
13      Q.  Yes, sir.
14      A.  For the many reports that I've seen,
15  probably, um -- I look into it and, um -- maybe
16  browse through it.
17      Q.  As part of the government furnished
18  information, I want to draw your attention-- as
19  Part Number 6 on Page 6, it indicates that the
20  1997 report, which is in Volume 5 --
21      A.  Yeah.  It's a government furnished
22  information.
23      Q.  -- which was -- would have been this
24  evaluation report, the assessment potential
25  hazardous, toxic and radiological waste.

Page 69

1      A.  I thought it was a sampling and
2  analysis plan.
3      Q.  Right.
4      So this --
5      A.  Sorry about that.
6      Q.  This set of documents that was
7  provided --
8      A.  I was confused.
9      Q.  -- this set of documents that was
10  provided to WGI, this government furnished
11  information --
12      A.  Yeah, government furnished, right.
13      Q.  -- included this report, and it was
14  the understanding of this statement of work, as
15  you understand it, that WGI would review these
16  materials -- or Morrison Knudsen would review
17  those materials and produce a recommendation
18  report.  Correct?
19      A.  Yes.
20      Q.  I have -- I note that there were a
21  number of revisions to the recommendation
22  report but I will provide to you what I
23  understand is the final recommendation report
24  which is WGI 38704 --
25      A.  Uh-huh.

Page 71

1      A.  Uh-huh.
2      Q.  Would that also include the sampling
3  analysis report?
4      A.  No.  No.  It doesn't include that one.
5  Because I think this was developed for the TERC
6  contract.  For the TERC contract.  This is
7  just -- I think this is part of, you know, the
8  scope of work.  This one right here.
9  (Indicating.)  No.  This one.
10      Q.  Right.  Okay.  (Tendering.)
11      A.  This one is I think WGI or Morrison
12  Knudsen did this work, right?
13      Q.  Correct.
14      A.  Then here are government references
15  and stuff.
16      Q.  Right.
17      A.  Then the Corps is saying give us a
18  recommendation report.  Then WGI produce a
19  recommendation report, and part of the
20  recommendation report farther down the road
21  would be something like this.
22      What is this?  Sampling and analysis
23  report.  Oh, yeah.  This is part of that.  I'm
24  sorry.
25      Q.  Okay.  Yes.

Page 70

1      Q.  -- through WGI 038769.  (Tendering.)
2  Have you seen this before?
3      A.  Yes.  I've seen this before.
4      Q.  And my understanding from other
5  documents provided to us was that you were
6  involved in the analysis and review of the
7  recommendation report.  Is that correct?
8      A.  With whatever pertains to HTRW I'm
9  involved with.  The review of it.  I think this
10  summarizes what they've lead to in those
11  previous reports.
12      Q.  In this recommendation report it
13  indicates that the WGI did, in fact, or they
14  say that they reviewed these documents --
15      A.  Yeah.  Those documents.
16      Q.  Based upon your involvement with the
17  HTRW projects, why was it important that WGI or
18  Morrison Knudsen review this Volume 5 of 9?
19      A.  Because they would know -- because
20  most of the structures in there got some
21  regulated materials.  And when they do their
22  demolition, they're going to have to protect
23  their workers, on-site workers, they have to
24  protect -- they got to know where to send those
25  materials, and they got to know how to separate

Page 72

18  (Pages 69 to 72)

BACUTA, Ph.D., GEORGE

7/2/2008

| | |
|---|---|
| 1  the regulated materials from the non regulated<br>2  materials for disposal off site.<br>3      Q.   On Page -- were you, as part of the<br>4  project delivery team, reviewing this<br>5  recommendation report concerned with the<br>6  demolition inventory of above-ground<br>7  structures?<br>8      A.   We're concerned with the general<br>9  inventory, but not particularly -- I'm not<br>10  particularly concerned with the specifics of<br>11  it.  Um -- but construction folks would be<br>12  particularly concerned because it involves<br>13  cost.  Especially the engineers.<br>14      Q.   Just to be fair to you, I should give<br>15  you what -- I will mark these as Exhibit 3 and<br>16  Exhibit 4.  Exhibit 3 is WGI 53905 through<br>17  53911.  And Exhibit 4 will be WGI 38791 through<br>18  38797.  I'll let you look at those.<br>19          Those, as I understand it, are the<br>20  comments regarding the report itself.<br>21          (Exhibit 3 was marked for<br>22  identification and is attached hereto.)<br>23          (Exhibit 4 was marked for<br>24  identification and is attached hereto.)<br>25          (Off the record.)<br><div align="right">Page 73</div> | 1  RECAP person, too.  So me and Jane Morgan, we<br>2  work together on, with LDEQ on, um -- getting<br>3  environmental compliance.<br>4      Q.   Did WGI have anyone with that degree<br>5  of specialization as Jane Morgan would have had<br>6  that was involved in these --<br>7      A.   Maybe they have somebody in -- they<br>8  got some chemists and also maybe a risk person,<br>9  or a toxicologist in Denver, you know.  And<br>10  Jane, because she's kind of an expert in the<br>11  state of Louisiana, is -- was kind of hired<br>12  through MMG.<br>13      Q.   And what is the process that we go<br>14  through here?  There's I guess a draft report,<br>15  recommendation report --<br>16      A.   Yeah.<br>17      Q.   -- that would be reviewed?<br>18      A.   Yeah.<br>19      Q.   And then based upon any comments made,<br>20  would it be by the Corps; changes are made by<br>21  the recommention --<br>22      A.   Yeah.  Then changes are made in the<br>23  recommendation report.  And this could be --<br>24  you know, if people are not satisfied they<br>25  would disagree and, you know, it's going to be<br><div align="right">Page 75</div> |
| 1  EXAMINATION BY MR. JOANEN:<br>2      Q.   Dr. Bacuta, if you could look at those<br>3  two documents, I ask you first have you had the<br>4  chance to review any of those documents in<br>5  preparation for your deposition today?<br>6      A.   Oh, yeah.  Gary Brouse and Jean<br>7  Spadaro.  They were in our group.<br>8      Q.   Colleagues of yours, I understand.<br>9      A.   Yeah.  They move up high now.  And<br>10  George has left, move on to NRC.  Yeah.  I<br>11  think this --<br>12      Q.   Could you describe what those<br>13  documents are.<br>14      A.   I think this is a comment on, um --<br>15  the recommendation report.  And commented by<br>16  the reviewers are Corps of Engineers folks, Lee<br>17  Guillory who is the construction manager, Gary<br>18  Brouse who belongs to the HTRW group, myself<br>19  and Jean Spadaro who also belongs to HTRW<br>20  group.  And we are working out of the general<br>21  engineering branch.  Then the respondents are<br>22  Dennis O'Connor who is with Morrison<br>23  Knudsen/WGI, and Jim Blasek is a sub for MK.<br>24      Q.   And Jane Morgan also, she's with --<br>25      A.   Yeah.  He's the risk person.  He's a<br><div align="right">Page 74</div> | 1  an issue, it's going to be a loop.<br>2      Q.   This recommendation report that I've<br>3  showed you previously, it involves the entire<br>4  scope of work for the East Bank Industrial Area<br>5  as of December 2nd, 1999, correct?<br>6      A.   Yeah.  Yeah.<br>7      Q.   And as part of your involvement -- and<br>8  I'm trying to focus on just your involvement in<br>9  this back and forth -- were you involved with<br>10  the part that would involve demolition of above<br>11  ground structures?<br>12      A.   Yeah, for regulated material that's<br>13  attached to some features of the above ground<br>14  structures.  But if they don't have any<br>15  regulated material, or material going to be<br>16  regulated by the state or the federal<br>17  regulators, then I'm not involved with it.<br>18      Q.   I was going the show you page, it's<br>19  Page 3-3, 3-4, 3-5, 3-6.  And that appears be<br>20  an inventory.  I show you 3-7, too.<br>21      A.   Those are concrete slabs.<br>22          MS. WAGER-ZITO:<br>23              Those are out of the<br>24          recommendation report now?<br>25      A.   Yeah.  There is an inventory dated --<br><div align="right">Page 76</div> |

<div align="right">19  (Pages 73 to 76)</div>

BACUTA, Ph.D., GEORGE

7/2/2008

1  EXAMINATION BY MR. JOANEN:
2      Q.   At that portion of the review, there's
3  no discussion about excavations below the soil
4  surface --
5      A.   Uh-huh.
6      Q.   -- is there?
7      A.   No.  Those are all above ground, I
8  think.
9      Q.   And if you get to the end of that
10  inventory, they have indications --
11      A.   Oh.  Well, when you have partially
12  sunken, then you're going to be -- you know,
13  you're going to be disturbing some, um --
14  you're going to be releasing the structure to,
15  in order to take it down.
16      Q.   Does that indicate the depths to which
17  the excavations would take place?
18      A.   There's a height here, but it doesn't
19  indicate depths.  Maybe it's just a height of
20  the measurement above the ground.
21      Q.   On this table you have here, if there
22  was going to be an excavation below the soil,
23  would they indicate that as a negative?
24      A.   Where is that?
25      Q.   It's not on there, I'm just asking you

Page  77

1  if --
2      A.   No, I don't know.  Because I think
3  this information is an inventory from, um --
4  Waldemar -- it's a local company that Jean
5  Spadaro had contracted to do an inventory of
6  structures in the area.
7      Q.   And that was all part of that?
8      A.   Yeah.
9      Q.   '99 DDR.
10      A.   Yeah.  That would be Jean.
11      Q.   On the Page 3.7 indicates that there
12  are some data gaps.
13      A.   Yeah.  3.7?
14      Q.   What is -- actually, can you describe
15  what a data gap is?
16      A.   Oh.  Data gap, um -- you don't have a
17  complete handle of, um -- of the feature.  So
18  that there's, you know, a little bit of gap,
19  some holes, in order for you to really cost it
20  rightly, you know.  That kind of stuff.
21      Q.   So based upon what I understand your
22  previous testimony to be, the minimum benefit
23  of working under the TERC contract is that the
24  Corps doesn't have a full grasp of what the
25  scope of work will be.  Correct?

Page  78

1      A.   Yeah.
2      Q.   And so when the information that's in
3  the DDR is provided to WGI --
4      A.   Uh-huh.
5      Q.   -- they may not be able to get a full
6  grasp of it as well --
7      A.   As well, yes.
8      Q.   -- but that they then will, because of
9  their skill and expertise develop --
10      A.   You could be --
11      Q.   Let me finish my question.
12      A.   I'm sorry.
13      Q.   -- they then would develop the scope
14  of work or the work plans to address those
15  issues.  Correct?
16      A.   Yeah.  Yeah.
17      Q.   In there, it indicates on Page 3.7
18  there's a data gap dealing with groundwater;
19  correct?
20      A.   Yeah.  Groundwater remediation.
21      Q.   When WGI tells you that there's a data
22  gap regarding the groundwater remediation --
23      A.   What it implies is, um -- we don't
24  know how LDEQ would look at whether we have to
25  remediate the groundwater or not, because they,

Page  79

1  too, don't have complete picture of the area.
2  Everyone doesn't have a complete picture of the
3  area.  But as you go through your site prep and
4  demolition, which includes following the RECAP,
5  LDEQ RECAP guidelines, then you're going to be
6  more confident -- information comes in, you're
7  going to be more confident on what's in there,
8  then you're going to be successful with the
9  project.
10      Q.   When there's a data gap identified by
11  WGI, is that addressed in your comments?  Do
12  you say to them in your comments that there
13  should there be a data gap this is where you go
14  find it, or do your comments address it in any
15  way?
16      A.   Well, no, and, um -- because with the
17  plan on, you know, doing some more work in
18  there following RECAP, LDEQ RECAP guidelines,
19  then those data gap would be filled.  So.
20      Q.   So the RECAP report would address the
21  data gaps, is that correct?
22      A.   Yeah.  Everything.  Yeah.  Because our
23  goal is to be in compliance with LDEQ.  And
24  everything is coordinated with LDEQ.  The LDEQ
25  will do a site visit and sometimes a surprise

Page  80

20  (Pages  77 to 80)

BACUTA, Ph.D., GEORGE

1  site visit.  Whatever issues you got, you have
2  to coordinate with did LDEQ because they've got
3  to be signing the closure report or the
4  certificate that you did fine, you know.
5      Q.   I'm going show you Page 4.3.  It's a
6  WGI 38726, which is Part 4.1.  It's project
7  assumptions.  The first project assumption
8  regarding the scope of work is that the
9  contaminated soil, which is approximately top
10  five feet, will be treated by various treatment
11  options.  And I'll show you that.  Take a look
12  at that.  (Tendering.)
13         Is it your understanding based upon
14  your -- being part of the review team for this
15  recommendation report --
16     A.   Uh-huh.
17     Q.   -- that the soil that was to be in
18  essence scraped off and removed was limited to
19  the first five feet as far as contaminated
20  soil?
21     A.   Yeah.  Based on previous studies, it
22  could be -- but with previous studies is if you
23  do a repeat analysis, it might not be there
24  anymore.  I mean, because it could be naturally
25  attenuated, it's gone, you know.  So you're not

Page 81

1  going to remediate the portion anymore because
2  it would pass LDEQ screening levels.
3      Q.   Now, this recommendation report, your
4  understanding was it did not have specifics
5  regarding the work, they were going to have to
6  develop a project work plan, correct?
7      A.   Yeah.  As you discover stuff,
8  following LDEQ guidelines, particular with the
9  soils.
10     Q.   Were you involved in any way with the
11  requirement that WGI or Morrison Knudsen
12  develop the following reports -- and I'll just
13  read them to you:  The project work plan, the
14  waste management plan, the storm water
15  pollution prevention plan, the sampling
16  analysis plan, the contractor quality control
17  plan, and site safety and health plan?
18     A.   Parts of it, yeah.  I have inputs on
19  several of them.  But most of -- the
20  construction quality control plan, that's
21  construction.
22     Q.   Yeah.  The project work plan, would
23  you have had --
24     A.   I got, you know, some inputs, small
25  inputs in particular narrow towards the

Page 82

1  environmental compliance area.
2      Q.   To your knowledge in your review of
3  the recommendation report, was there
4  discussions regarding the removal of deeply
5  situated underground structures?
6      A.   No.  For me, no.  If it doesn't have
7  any environmental stuff in there, you know, I'm
8  not involved in it.
9      Q.   There were two -- at least two deep
10  excavations that we know of, one was there's a
11  sewer lift station at the Saucer Marine site.
12     A.   Uh-huh.
13     Q.   Were you involved in any of the
14  analysis of that excavation?
15     A.   No.  I'm not involved in the analysis.
16     Q.   By you not being involved, would that
17  be because there was no contaminated soils to
18  worry about --
19     A.   Yeah.
20     Q.   There's another one --
21     A.   It doesn't involve LDEQ.
22     Q.   So unless it involves LDEQ --
23     A.   Yeah.  Then I'm not involved.
24     Q.   Let me finish my question.
25     A.   I'm sorry.

Page 83

1      Q.   Unless it involves LDEQ, you and your
2  discipline weren't needed on that project
3  delivery team; correct?
4      A.   Uh-huh.
5      Q.   You know there were distinct sites at
6  the East Bank Industrial Area.  The
7  northernmost site was a Boland Marine site, and
8  they had discovered, sometime after this
9  recommendation report, that there was what they
10  believed to be a concrete foundation --
11     A.   Uh-huh.
12     Q.   -- referred to as the wedding cake
13  structure.
14     A.   I didn't know about that until now.
15     Q.   Okay.  Were you involved in any
16  analysis of the soils of a deep excavation at
17  the Boland site?
18     A.   No.  I was not.
19     Q.   And the reason that you would not have
20  been is because there were no LDEQ issues with
21  that, correct?
22     A.   Yes.  That's correct.
23     Q.   I understand that Task Order 26, the
24  first part that we went over that report was
25  looking for a recommendation report, but then

Page 84

21  (Pages 81 to 84)

BACUTA, Ph.D., GEORGE

7/2/2008

1    subsequent changes or amendments were through
2    what were called a modification.
3         A.   Yeah.
4         Q.   Were you involved in the drafting of
5    the modification reports, for scope of work?
6         A.   When it doesn't pertain to, um --
7    something that would involve LDEQ, I'm not.
8         Q.   I'll just give you one as an example.
9    This is Modification 2601 dated October 7th,
10   1999.  It's WGI 35 through 42.  It's a
11   statement of work regarding arsenic background
12   investigation.
13        A.   I am involved in this one.
14        Q.   Would that have been one that you were
15   involved with?
16        A.   I'm involved in this one because we've
17   got to establish background to address some
18   screening levels in arsenic in the RECAP, um --
19   guidelines.
20        Q.   The arsenic investigation, do you know
21   whether it was -- to remediate the soils were
22   going to involve excavation of soils below the
23   five feet that had been originally contemplated
24   in the recommendation report?
25        A.   Um -- most of the arsenic, um -- are

Page 85

1         A.   Yeah.  Rubin, too, huh?  All right.
2    Yeah.
3    EXAMINATION BY MR. JOANEN:
4         Q.   And I also show you Plaintiff's
5    Exhibit 6 which is for completion purposes.
6              (Exhibit 6 was marked for
7    identification and is attached hereto.)
8         MR. EHRLICH:
9              Is there a question on 5?
10        MR. JOANEN:
11             I'm going to get to it.
12        MR. EHRLICH:
13             Okay.
14   EXAMINATION BY MR. JOANEN:
15        Q.   It's WGI 41790, WGI 41791, and ask you
16   to look at this.  This is -- let me just read
17   that.
18        A.   I'm sorry.
19        Q.   It's the -- looks like to be a final
20   approval, and I'll ask you to verify this, of
21   the work plan for the arsenic background
22   investigation.  And your name is on that, also.
23        A.   I see.
24        Q.   Is that something that you were
25   involved with reviewing?

Page 87

1    on the top, you know, kind of related to
2    herbicides.  And anthropogenic, you know.  It's
3    a regional stuff, you know.  So I had to
4    establish background regionally that would show
5    that your screening levels, LDEQ, is wrong, if
6    you going to have to remediate this in the east
7    bank you're going to have to remediate the
8    whole Mississippi River Valley Delta.  You
9    know, that kind of stuff.  So it's mostly
10   surficial.  But the volume here is because it's
11   so widespread.
12        Q.   Widespread?
13        A.   Aerially.
14        Q.   Okay.
15        A.   That even the neighborhood you're
16   going to have to remediate.  The whole of New
17   Orleans I guess you got to remediate.
18        Q.   I'll show you what I'll just mark as
19   Exhibit 5.  This is WGI 41843 through 41845.
20   It indicates that these are comments to this
21   draft arsenic background investigation report.
22   Your name is on it, that's why I want to show
23   it to you.
24             (Exhibit 5 was marked for
25   identification and is attached hereto.)

Page 86

1         A.   Yeah.  I wasn't in this.  Probably I
2    was on vacation.  Because I don't have any
3    comments in it.
4         Q.   Okay.  How would we know that it's
5    your comments as opposed to anyone else's?
6         A.   You're going to have a name in there.
7         Q.   Okay.
8         A.   And they just included me.  And they
9    didn't change I guess the reviewers.
10        Q.   The fact that your name is not on the
11   comments, would that be that you --
12        A.   Didn't see it.
13        Q.   -- were not there or that --
14        A.   Yeah.  Because either I'm not --
15        Q.   -- or you had nothing to say.
16             Which would it be?
17        A.   I'm not present, maybe.
18        Q.   Okay.
19        A.   I don't believe.  And they're going to
20   have to move on.
21        Q.   So just to be complete, the arsenic
22   work that was going to take place, that was not
23   going to involve removing soils below the five
24   foot area that was contemplated by the
25   recommendation plan, correct?

Page 88

22  (Pages 85 to 88)

BACUTA, Ph.D., GEORGE

7/2/2008

| | |
|---|---|
| 1      A.   Yeah. | 1   have seen this criteria document? |
| 2      Q.   I'll next show you WGI 67 which is | 2      A.   That would be when, um -- maybe |
| 3   Modification 2603.  And that's WGI 67 through | 3   several days before I signed it.  Or maybe, |
| 4   73.  This is called Statement of Work for the | 4   um -- |
| 5   Development of Work Plans. | 5      Q.   This would have been something you |
| 6          I'll ask you, looking at that, were | 6   would have been involved with reviewing; |
| 7   you involved in the preparation and drafting of | 7   correct? |
| 8   that document? | 8      A.   Reviewing.  Oh, yeah.  Because I think |
| 9      A.   No, because this involved | 9   this was prepared by, um -- Jane. |
| 10   subcontracting plans and service.  More of, | 10      Q.   Can you tell me why that, as presented |
| 11   um -- more of, um -- Lee Guillory group, you | 11   to me, has the date of June 2000 on there but |
| 12   know. | 12   it is not signed until -- |
| 13      Q.   So you were not prepared in drafting | 13      A.   Oh, because it has to -- it's a dual |
| 14   that? | 14   loop, you know.  There's some -- we going to |
| 15      A.   No. | 15   have to go to, um -- the Corps of Engineers |
| 16      Q.   I show you another document.  This is | 16   would comment -- Washington Group would |
| 17   a proposal by Morrison Knudsen for the | 17   prepare, Corps of Engineers would comment, |
| 18   development of those work plans and | 18   coordinate with, um -- LDEQ.  If there's some |
| 19   subcontracting plans, it's WGI 37709 through | 19   issues, it's going to go back, and it goes |
| 20   37717, and ask if you have seen this.  And my | 20   through the process until everybody is |
| 21   understanding is there would be this scope of | 21   satisfied and clear on what should be in the |
| 22   work prepared, WGI comes back with this | 22   criteria document.  So this was signed by, |
| 23   proposal -- | 23   um -- |
| 24      A.   That would be just, you know, setting | 24      Q.   Is your signature one of the ones on |
| 25   the procedures for scope of work, contracting | 25   there? |
| Page 89 | Page 91 |

| | |
|---|---|
| 1   work and what Washington Group can do, what the | 1      A.   Yeah.  Here. |
| 2   Corps -- this is standard operating procedure | 2      Q.   That's on the right? |
| 3   for the TERC contracting procedure. | 3      A.   Right.  Yeah.  Then Lee. |
| 4      Q.   Were you -- the question will be, to | 4          Who's this?  I don't know. |
| 5   you, were you involved in negotiation | 5      Q.   I'm sorry.  That's what I came out |
| 6   involving -- | 6   here to ask you. |
| 7      A.   No. | 7      A.   But this should have gone through Bill |
| 8      Q.   -- this Proposal 96 for development of | 8   Perry with LDEQ.  He's the RECAP person that |
| 9   work plans? | 9   can say yea or nay on whatever involves LDEQ. |
| 10      A.   No, I'm not involved. | 10      Q.   My understanding was that this |
| 11      Q.   Now I'm going to show you a | 11   criteria document would address the overall |
| 12   document -- this is a RECAP submittal report | 12   project -- |
| 13   criteria document.  This was produced by -- | 13      A.   The overall, yes, sir. |
| 14   produced to me, to the plaintiffs, by WGI, but | 14      Q.   -- the East Bank Industrial Area.  And |
| 15   my understanding is, based upon this, is that | 15   there would be a criteria document -- I mean |
| 16   it was prepared by the Washington Group for the | 16   there would be RECAP reports for each |
| 17   Corps of Engineers.  This particular document | 17   individual site. |
| 18   is 47665 through 67761.  The cover sheet | 18      A.   Yes, sir. |
| 19   indicates that it's June, 2000.  It has a | 19      Q.   The fact that this has a June, 2000, |
| 20   signature page of USACE from July 11th, 2001. | 20   date on the cover sheet, would that indicate |
| 21          Let me show you this and let you look | 21   that the first draft of this would have been |
| 22   at it real quick.  (Tendering.)  My question | 22   provided to the Corps in June, 2000, for |
| 23   ultimately is going to be -- | 23   comment and review? |
| 24      A.   Uh-huh. | 24      A.   I don't -- I don't know.  I'm not |
| 25      Q.   -- when is the first time you would | 25   really sure about that, but that should have |
| Page 90 | Page 92 |

23   (Pages 89 to 92)

BACUTA, Ph.D., GEORGE

7/2/2008

| | |
|---|---|
| 1 been -- you know, as they do the planning, then | 1 document, it indicates that in a previous study |
| 2 they think about the criteria, you know, then, | 2 of groundwater flow, wells were installed to |
| 3 um -- you know, that kind of stuff.  You know, | 3 5 feet below ground surface.  And that's from |
| 4 so it's a long process.  It's a long planning | 4 the USACE-NOD 1997. |
| 5 process developing the criteria, coordinating | 5     That would have been part of this |
| 6 with the LDEQ to make sure that everybody is in | 6 report? |
| 7 tune on what's going to be done in the area. | 7     A.  Uh-huh. |
| 8 And finally they sign off.  We sign off it in | 8     Q.  And so groundwater flow was understood |
| 9 June, 2000, on that. | 9 to be, at that time, only as being studied up |
| 10     Q.  Which would have been the results of a | 10 to five feet. |
| 11 back and forth. | 11     A.  Subsurface. |
| 12     A.  Yeah.  Back and forth stuff. | 12     Q.  The potentiometric devices that were |
| 13     Q.  This back and forth, would that have | 13 used, would they have been able to evaluate -- |
| 14 been with Jane Morgan who's the regulatory | 14 if they were only installed to five feet below |
| 15 specialist? | 15 the ground surface, would they have been able |
| 16     A.  Yeah.  That would be with Jane Morgan | 16 to evaluate any ground flow below that five |
| 17 and also with Dennis O'Connor because | 17 feet? |
| 18 everybody, you know, try to put some input into | 18     A.  No. |
| 19 it until everybody, um -- is kind of satisfied, | 19     Q.  It indicates that there's a divide |
| 20 you know.  Especially, you know, the | 20 running north-south down the center of the East |
| 21 regulators. | 21 Bank Industrial Area, and that groundwater |
| 22     Q.  Would Bill Perry, the LDEQ, have been | 22 would flow both west towards the IHNC and to |
| 23 concerned with the depth of the sheet pile | 23 the east away from the canal? |
| 24 beneath the floodwall? | 24     A.  Yes. |
| 25     A.  Not really. | 25     MS. WAGER-ZITO: |
| Page 93 | Page 95 |
| 1     MS. WAGER-ZITO: | 1     Where are you reading from? |
| 2     Objection. | 2 MR. JOANEN: |
| 3     You can answer. | 3     Page 25. |
| 4     A.  I can answer? | 4     MS. WAGER-ZITO: |
| 5 EXAMINATION BY MR. JOANEN: | 5     I just need the page number. |
| 6     Q.  You can.  Unless she represents you | 6 MR. JOANEN: |
| 7 and you've got her hired, she's just reserving. | 7     4.2.  I'm sorry.  Right where |
| 8     MR. EHRLICH: | 8 it's highlighted. |
| 9     Well, I object to the form as | 9     MS. WAGER-ZITO: |
| 10 well.  But he can still answer. | 10     I have a different version of the |
| 11     MR. JOANEN: | 11 document, so. |
| 12     What was wrong with the form? | 12     MR. JOANEN: |
| 13     MR. EHRLICH: | 13     Okay. |
| 14     You're asking him what someone | 14 EXAMINATION BY MR. JOANEN: |
| 15 else concluded. | 15     Q.  Were you involved in any of those |
| 16     MR. JOANEN: | 16 studies? |
| 17     Okay.  Strike that question. | 17     A.  Yeah.  That's an interpretation, |
| 18 EXAMINATION BY MR. JOANEN: | 18 because of, you got a lot of structures still |
| 19     Q.  In any of your communications | 19 standing in there and the foundation of the |
| 20 throughout this whole process of preparing this | 20 structures are interfering with the general |
| 21 RECAP submittal report criteria document, did | 21 flow. |
| 22 Bill Perry ever indicate any issues or concerns | 22     Q.  I understand. |
| 23 regarding the sheet pile? | 23     A.  So it's a mess.  I mean, it's all over |
| 24     A.  No. | 24 the place.  If you do a flow there, it's more |
| 25     Q.  In Section 4.2 on Page 25 of this | 25 likely an arm waving type deal. |
| Page 94 | Page 96 |

BACUTA, Ph.D., GEORGE

7/2/2008

| | |
|---|---|
| 1  Q.  A what? | 1     MS. WAGER-ZITO: |
| 2  A.  Arm waving. | 2        Objection. |
| 3  Q.  What is that? | 3     A.  The floodwall is put in there for |
| 4  A.  It's just an interpretation -- it's an | 4  flood protection and not for -- it just |
| 5  interpretation of what you found on the water | 5  happened that you got contaminants in there. |
| 6  levels and stuff, you know. | 6  That's it. |
| 7  Q.  It indicates further here, this report | 7  EXAMINATION BY MR. JOANEN: |
| 8  that was prepared by WGI, that the floodwall to | 8     Q.  But you get the benefit of having that |
| 9  the east of the site is supported on sheet | 9  eight foot sheet pile -- -8 foot sheet pile to |
| 10  piles that reach a depth of at least 25 feet, | 10  protect against the migration when it's there, |
| 11  and this would essentially interrupt the | 11  correct? |
| 12  groundwater flow in an easterly direction at | 12     A.  If you have a flow that goes that way. |
| 13  lower elevations to 25 feet. | 13  If it's real. |
| 14        In reviewing this document, do you | 14     Q.  Well, that's why I'm asking you. |
| 15  know where that information would have come | 15  You're using ifs here, and I'm trying to find |
| 16  from? | 16  out -- you're using ifs, but it's important |
| 17  A.  No, I don't know. | 17  enough that this be put in there, and I'm |
| 18  Q.  (Tendering.) | 18  asking you -- |
| 19  A.  I don't know, because I think this is, | 19     MR. EHRLICH: |
| 20  um -- from Washington Group. | 20        He didn't put it in there. |
| 21  Q.  Correct.  Do you know why it would be | 21     A.  I didn't put it in there. |
| 22  they would put that in there? | 22  EXAMINATION BY MR. JOANEN: |
| 23  A.  However, the floodwall to the east of | 23     Q.  Okay.  It's important enough to put in |
| 24  the site supported on the sheet pile is -- this | 24  here.  Why -- you're the one who reviewed the |
| 25  would essentially interrupt the water flow in | 25  report and you're the one that was most |
| Page 97 | Page 99 |

| | |
|---|---|
| 1  an easterly direction.  We'll they're | 1  integrally involved in the review of the |
| 2  hypothesizing with that one already.  I mean, | 2  criteria document. |
| 3  um -- Jane does. | 3     MR. EHRLICH: |
| 4  Q.  No, but I'm asking why, in your | 4        Object to the form. |
| 5  estimation, and you're responsible -- | 5     A.  Well, I don't know.  I mean, um -- |
| 6  A.  Maybe they're -- | 6  Washington Group may have decided to put it in |
| 7  Q.  Let me finish my question so he can | 7  there because, um -- it describes a probable |
| 8  get it down. | 8  feature that the contaminants stay -- haven't |
| 9        Why would it be they would put that in | 9  been migrating off site.  That's what it is. |
| 10  there?  Why is it necessary that it be put in | 10  EXAMINATION BY MR. JOANEN: |
| 11  there? | 11     Q.  That groundwater -- |
| 12  A.  They are, um -- what do you call this, | 12     A.  It just happens that you got a, um -- |
| 13  assuming that if there's a groundwater flow | 13  sheet pile in there that, um -- is a barrier to |
| 14  that flows that way, then -- it's about | 14  any probable off site migration. |
| 15  migration of the contaminants.  You got a sheet | 15     Q.  So it's important that the groundwater |
| 16  wall there, then it's going to be -- it's not | 16  be contained -- |
| 17  going to migrate off site.  That's what they're | 17     A.  It's not really -- |
| 18  saying. | 18     Q.  -- on the flood site, correct? |
| 19  Q.  And you do want to make sure, correct, | 19     A.  You could also use the argument that |
| 20  to keep water that's on the flood side from | 20  you've got a lot of clays in there. |
| 21  migrating -- | 21     Q.  No, my question -- |
| 22  A.  Yeah. | 22     MR. JOANEN: |
| 23  Q.  -- to the protected side; correct? | 23        Can you read the question back? |
| 24     MR. EHRLICH: | 24     (Whereupon the previous question was |
| 25        Object to form. | 25  read back.) |
| Page 98 | Page 100 |

25  (Pages 97 to 100)

BACUTA, Ph.D., GEORGE

7/2/2008

```
 1        MR. EHRLICH:
 2            Object to the form.
 3            You can answer if you understand.
 4     A.  Yeah.  Um -- yeah.
 5  EXAMINATION BY MR. JOANEN:
 6     Q.  When --
 7     A.  No, I think I going to rephrase that.
 8  It's important that there's no off site
 9  migration.  That's what it is.
10        MS. WAGER-ZITO:
11            Of contaminants.
12     A.  Of contaminants.
13  EXAMINATION BY MR. JOANEN:
14     Q.  Through groundwater; correct?
15     A.  Through any --
16     Q.  She's is not supposed to be asking you
17  questions at this point.
18     A.  Through any medium.
19     Q.  She's going to have her chance.  She's
20  going to say whatever she wants.
21     A.  Through any --
22     Q.  Let me finish.  She's not supposed to
23  be talking to you yet.
24     A.  Okay.
25     Q.  So --
```
Page 101

```
 1            I would ask that that be marked
 2  as Exhibit 7, the document that you
 3  just asked him about.
 4  MR. JOANEN:
 5            We'll make it 7.
 6  MR. EHRLICH:
 7            Actually, I was only speaking
 8  about that.  You were just asking him
 9  about that.
10  MR. JOANEN:
11            Oh, the criteria.
12            We'll make that 7.
13        (Exhibit 7 was marked for
14  identification and is attached hereto.)
15  EXAMINATION BY MR. JOANEN:
16     Q.  Do you know a guy that was in the
17  geotechnical department in New Orleans District
18  called Grieshaber?
19     A.  Yeah.  John.
20     Q.  He was with the geotechnical --
21     A.  Yeah.  At the time when we were in
22  engineering, I think he was the section chief
23  and probably the branch chief of the geotech.
24     Q.  His previous testimony last Friday was
25  that the indication there that the sheet pile
```
Page 103

```
 1     A.  I'm sorry.
 2     Q.  My question to you was -- your
 3  response was you want to keep the contaminants
 4  for migrating; correct?
 5     A.  Yes.  From migrating through any
 6  medium; air, wind, water.
 7     Q.  Groundwater, correct?
 8     A.  Including groundwater.
 9     Q.  Including groundwater.  And one of the
10  documents that was given to WGI to review in
11  preparing their documents to do the work was
12  this HTRW volume, which had on here the
13  appendix --
14     A.  Uh-huh.
15     Q.  -- which indicated that the sheet pile
16  was 8 feet.  -8 feet.
17     A.  Well --
18     Q.  That was something that was --
19     A.  Could be, you know.
20     Q.  -- in preparing the initial scope of
21  work was considered to be important enough to
22  make sure that they were supposed to review it,
23  correct?
24     A.  Yeah.
25        MR. EHRLICH:
```
Page 102

```
 1  tip went down 25 feet was, I think he used the
 2  term clearly wrong.
 3            Do you have any reason to dispute that
 4  statement?
 5        MS. WAGER-ZITO:
 6            Objection.
 7     A.  I don't know.  Um -- they are the
 8  engineers, they should know about that.
 9  EXAMINATION BY MR. JOANEN:
10     Q.  On the team that reviewed that RECAP
11  report, were there any geotechnical people, do
12  you know?
13     A.  I'm not sure about that.  Lee should
14  know.  Guillory.
15     Q.  To your understanding, would Lee
16  Guillory have been the person to catch that
17  discrepancy?
18        MR. EHRLICH:
19            Object to the form.
20  EXAMINATION BY MR. JOANEN:
21     Q.  If in fact it is a discrepancy?
22     A.  I don't know.  Maybe some other more
23  engineering type person.
24     Q.  Next I'll show you -- this is a
25  Modification 2604.  It's a statement of work
```
Page 104

26 (Pages 101 to 104)

BACUTA, Ph.D., GEORGE

7/2/2008

1  for the project site development and
2  remediation.  It's WGI 27277 through 27284.
3  And I just ask you to look at that and see if
4  you recognize it and if you are involved in the
5  preparation of that document.
6         MR. EHRLICH:
7             Let me see it first.
8      A.  What was the question again on this,
9  sir?
10  EXAMINATION BY MR. JOANEN:
11      Q.  Have you seen that?  I'm curious to
12  know whether you were involved in the
13  drafting --
14      A.  No, I'm not involved in the drafting
15  of this.
16      Q.  When this was given to WGI, they then
17  developed a proposal to do the work that was
18  being specified here.
19      A.  Uh-huh.
20      Q.  That proposal your counsel is looking
21  at, I'm going to ask you to look at that and
22  see if you were involved in the negotiation of
23  that proposal in any way.
24      A.  More likely no, because that's, you
25  know, construction management people that work
                                        Page 105

1  the proposal, so I brought a letter
2  saying that there was a Revision 2
3  dated October 26th.
4         MR. EHRLICH:
5             All right.  Well, why don't you
6  show --
7         MR. JOANEN:
8             Revision 1 is the one I'm worried
9  about.
10         MR. EHRLICH:
11             Okay.  So you're going to show
12  him this document and ask him
13  questions about it.
14         MR. JOANEN:
15             I'm going to show him both.  I'm
16  going to show them to you first.
17         MR. EHRLICH:
18             Well, I've seen them.  But
19  there's two different documents.
20         MR. JOANEN:
21             But I hadn't asked the question
22  yet.  That's why I'm getting to this.
23  EXAMINATION BY MR. JOANEN:
24      Q.  I'm going to show you this WGI
25  Revision 1 that is the proposal that was
                                        Page 107

1  on TERC.
2      Q.  And I'll read the Bates stamp numbers
3  to you.
4         MR. EHRLICH:
5             Well, yeah.  Does the first page
6  go with the next one?  Because there's
7  a gap in the Bates numbers.
8         MR. JOANEN:
9             Well, there's there is a gap.
10  Why I don't know.  But I'll read them
11  to you.
12         MR. EHRLICH:
13             No, if you're showing him a
14  document I just want to make sure it's
15  a complete document.
16         MR. JOANEN:
17             It's WGI 073207 dated
18  October 26th, 2000, and there's WGI
19  027349 through WGI 027393.  The reason
20  I have both of these is because this
21  was produced to Mr. Guillory on
22  Monday, he said he didn't know which
23  one was which, and so I brought the
24  letter which would indicate, because
25  they weren't specifically dated with
                                        Page 106

1  Proposal Number 99.  And again, my question is,
2  once you've had -- have you seen that before?
3  That will be my first question.
4      A.  No.  But maybe I browsed through it,
5  but this is not my particular, um -- Lee is not
6  going to, um -- he's not going to, you know,
7  um --
8      Q.  Fair enough.  So my question would
9  be -- let's make sure we're clear.
10             You were not involved in the
11  negotiations of this proposal; correct?
12      A.  No.  Not involved.
13      Q.  Now, instead of having to drag this
14  whole document again with the difference one, I
15  just brought a letter.  And this letter
16  indicates that on October 26th, 2000, there was
17  a proposal which was agreed to, dated
18  October 26th, 2000.  So I just want to show
19  that in case you didn't remember there was a
20  revision.
21             Were you involved in anything that
22  lead to the agreement which lead to the
23  October 26th, 2000 acceptance?
24      A.  No.
25         MR. EHRLICH:
                                        Page 108

Johns Pendleton Court Reporters

800 562-1285

BACUTA, Ph.D., GEORGE

7/2/2008

| | |
|---|---|
| 1     Object to the form.<br>2   MS. WAGER-ZITO:<br>3     There's got to be something<br>4   objectionable in there.<br>5   MR. EHRLICH:<br>6     I have no idea what he's talking<br>7   about, that's why I made it.  I don't<br>8   think the witness does either.<br>9   MR. JOANEN:<br>10     Oh, I'm sorry.<br>11   THE WITNESS:<br>12     Let me take a look at that.<br>13   MR. JOANEN:<br>14     Okay.  (Tendering.)<br>15   A.  No.  Especially with money, no.<br>16   EXAMINATION BY MR. JOANEN:<br>17   Q.  I'm trying to make it easy here.<br>18   I'm going show you next which is the<br>19   project work plan.  This is WGI 41879 through<br>20   WGI 41944.  It's dated October, 2000, called<br>21   the IHNC master copy.<br>22   A.  Maybe just for your information type<br>23   deal --<br>24   Q.  Well, I have some questions about it.<br>25   You were involved with the analysis of<br>Page 109 | 1   A.  Yeah.  I commented on it, then, on the<br>2   draft project work plan, but the financial ones<br>3   they just signed off on it.  I was not involved<br>4   in the signature.  As well as Joan Spadaro, I<br>5   think.<br>6   EXAMINATION BY MR. JOANEN:<br>7   Q.  Well, if you look at the date here,<br>8   response dated October 27th, 2000 -- can you<br>9   look at the date of the work plan?<br>10   A.  October 2000?<br>11   Q.  And you can look at the signature<br>12   page, too.<br>13   A.  Right here?<br>14   MR. EHRLICH:<br>15     You want him to look at Exhibit 8<br>16   again?<br>17   MR. JOANEN:<br>18     Let me see it.<br>19   A.  Yeah.  I might have reviewed that, but<br>20   I did not sign off on it.  Sometimes they just<br>21   give it for your information.  All of a sudden<br>22   I see something that's been agreed upon with<br>23   Washington Group, you know.  But I may or may<br>24   not have reviewed before.  There's a lot of<br>25   documents in there.<br>Page 111 |
| 1   that and ultimate acceptance?  Is that correct?<br>2   A.  No.  I mean -- I didn't sign off on<br>3   it, but it could be this is for your<br>4   information.<br>5   Q.  I'll show you what I'll mark as<br>6   Exhibit 8.<br>7   MR. EHRLICH:<br>8     Actually, could we mark this as<br>9   Exhibit 8, the document you just<br>10   showed him?<br>11   MR. JOANEN:<br>12     Exhibit 8.<br>13   (Exhibit 8 was marked for<br>14   identification and is attached hereto.)<br>15   MR. EHRLICH:<br>16     Thanks.<br>17   EXAMINATION BY MR. JOANEN:<br>18   Q.  I'll show you what I'll mark as<br>19   Exhibit 9.  This is Bates stamp Number WGI 3336<br>20   through 3344.  And looking at that, the reason<br>21   I show you that is because you're indicated as<br>22   one of the reviewers for that project work<br>23   plan.<br>24   (Exhibit 9 was marked for<br>25   identification and is attached hereto.)<br>Page 110 | 1   EXAMINATION BY MR. JOANEN:<br>2   Q.  Did any part of your analysis of this<br>3   project work plan concern itself with<br>4   excavations that went below five feet?<br>5   A.  There are, especially when it pertains<br>6   to any contamination that would be -- or what<br>7   LDEQ would say you're going to have to go<br>8   deeper for remediation, you know, then I have<br>9   to look more deeply into it and, um -- find out<br>10   whether it's reasonable to do that or not.<br>11   Q.  In this project work plan it deals<br>12   with -- it addresses the borrow pit.  And on<br>13   this document it's 3.3.1.<br>14   A.  Yes.<br>15   Q.  What was the purpose of the borrow<br>16   pit?<br>17   A.  The borrow pit is to make use of a<br>18   material from the site that are least<br>19   contaminated to fill those areas that would be<br>20   excavated and disposed off site because of<br>21   environmental issues.<br>22   Q.  The -- was the soil at the borrow pit<br>23   clean enough to be used?<br>24   A.  Yeah.  That's what -- it's all agreed<br>25   upon with LDEQ.  LDEQ has to sign off on that,<br>Page 112 |

28  (Pages 109 to 112)

BACUTA, Ph.D., GEORGE

7/2/2008

1  too, for reuse purposes, because it's one of
2  the -- one of the specific guidelines for reuse
3  in the RECAP document.
4      Q.   In this, it indicates that the soil
5  that -- the reuse soil from the borrow pit
6  would be for storm water control berms?
7      A.   I don't know.  I don't know what the
8  particularly -- but they need material to do
9  some work to stabilize, to stabilize the area
10  or fill up some, um -- some, um -- you know,
11  some, um -- materials that are excavated and
12  mostly for, you know, the fill in the area
13  comes from the clays of the borrow pit.
14      Q.   When this October, 2000 report was
15  finalized --
16      A.   Uh-huh.
17      Q.   -- was there a calculation of how much
18  soil would be removed from the East Bank
19  Industrial Area?
20      A.   You really don't know.  You have an
21  estimate, you know, but as you go on with the
22  RECAP guideline -- with the RECAP process, then
23  you're going to discover stuff.  Then when you
24  discover stuff, um -- Washington Group is going
25  to write the report, then we look at it and see

Page 113

1      Q.   I will show you, which is on Page
2  3-30, 3-31, and 3-32, of this project work
3  plan, the -- they're talking about grid
4  trenching and contaminated soils areas?
5      A.   Uh-huh.
6      Q.   Would you look at that table.
7      A.   These are an estimate.  This is
8  what -- what's the date on this one?
9      Q.   October, 2000.
10      A.   October, 2000?  Yeah.  These are kind
11  of estimates that they have.  Because you still
12  haven't started RECAP here.  RECAP is, you
13  know, borings -- rig type borings and kind of
14  the limiting areas that LDEQ and you -- and the
15  Corps, would want to -- and Washington Group,
16  would want to dispose off site.  So as you go
17  towards that, you know, towards that -- as you
18  finish up a RECAP report, then you have a CAP
19  report proposing the volume of the material to
20  be excavated and dispose off site.  Then you
21  get a better handle on the volume.
22      Q.   As of October, 2000, just looking at
23  the depth of the excavations --
24      A.   Yeah.
25      Q.   -- what was the deepest excavation

Page 115

1  if this is a reasonable and within compliance
2  with LDEQ, then we go the LDEQ and probably
3  say, um -- I think we just would, you know,
4  excavate like three feet because this may be
5  just a -- the contaminants here, looking at
6  probably in the five feet range probably is
7  because of some fall-in from the surface, the
8  way they do the sampling and testing and all
9  that stuff, you know.
10      Q.   The estimates that were taken for the
11  soil removal, would WGI then be able to
12  calculate how big of a borrow pit it would need
13  to refill the area with native soils?
14      A.   You have a general estimate.  You
15  could do that in the initial part of the game,
16  you know, the construction work.  Then, as you
17  need more, then you're going to have to look
18  for more, preferably on site.  But if you can't
19  find on site then you probably get some
20  off-site material.
21      Q.   In this project work report, were
22  there any specifications of what type of
23  off-site soil would be used?
24      A.   No, as long as they're clean.  They're
25  clean and --

Page 114

1  that was going to take place?
2      A.   Well, about three feet, I think.  And
3  there is one -- well, it's not a depth, but
4  it's, it's just a mound, you know.  Maybe this
5  is a height, seven feet.  It's a mound seven
6  feet thick.  Okay.
7      Q.   Okay.  Turn, then, to Page 3-34.  If
8  you look in the second paragraph, it says the
9  soil remediation area is defined as the area
10  15 feet west of the floodwall.
11          So the floodwall was taken into
12  consideration as a delineating factor?
13      A.   Yeah.
14      Q.   And then it says, in the third
15  sentence, during the course of the excavation
16  there's a high probability that groundwater
17  will be encountered.
18      A.   2000.  Well, this just a plan, a work
19  plan, you know.  It's just saying there's a
20  probability.  But really, the truth is when you
21  do the RECAP investigation that's when you'll
22  find out what's really in there.
23      Q.   Do you recall at any time --
24      A.   This is an approximation.
25      Q.   Do you recall at any time during your

Page 116

29 (Pages 113 to 116)

Johns Pendleton Court Reporters

800 562-1285

BACUTA, Ph.D., GEORGE

7/2/2008

1    review of this document that this was going to
2    be considered a stand-alone document, that
3    whoever was working at the site would be able
4    to review this and determine the scope of work?
5         MR. EHRLICH:
6              Object to form.
7         A.   Stand-alone in the context that you're
8    going to be working with, um -- LDEQ RECAP
9    guidelines, and that may grow or may lessen.
10   EXAMINATION BY MR. JOANEN:
11        Q.   But based upon the input --
12        A.   It's a base.  It's just a base
13   guideline.  This is a basic plan.  Then the
14   relevant thing is when you do the RECAP thing.
15   The process.  That's the one that really
16   matters.
17        Q.   The comments by Washington Group, the
18   Corps is telling you what they anticipate
19   finding, is that I guess based upon all their
20   review of the documents, that they'll be
21   encountering groundwater in their excavations.
22        Do you have any reason to believe that
23   would not happen?  That that's a false
24   statement?
25        A.   That may or may be a false statement.

Page 117

1    If you're close to the canal, you may
2    encounter, you know.  But it depends upon -- as
3    I said, this is a perched aquifer.  Those are
4    kind of isolated stuff, you know.  You don't
5    really have a groundwater -- an aquifer in
6    there defined with groundwater, you know.  You
7    got, you know, isolated thing that's surrounded
8    by clays.
9         (Off the record.)
10   EXAMINATION BY MR. JOANEN:
11        Q.   Dr. Bacuta, before we broke we were
12   talking about groundwater in the East Bank
13   Industrial Area.
14        A.   Uh-huh.
15        Q.   It's not your testimony that there was
16   not groundwater in the area; correct?
17        A.   Well, there's water that's going to --
18   percolating through the ground, but then you
19   have some areas, small areas, that's the reason
20   why it's a perched aquifer, that would -- can
21   contain some water, but these are surrounded by
22   clays, you know, so it's right there, it
23   doesn't move.  And these are small isolated
24   areas.  And that's -- that's, um -- that's the
25   reason why the groundwater classification in

Page 118

1    there is Number 3, because according to LDEQ
2    classification, because the yield of the
3    groundwater is so small.  So really, it's
4    like -- you know, sometimes it's dry.  At the
5    same elevations, sometimes it's dry, you go
6    about ten feet, then you got a little pool of
7    water in the subsurface, then you go a little
8    bit, you know, five feet off or fifteen feet
9    off, then it's dry again at the same elevation,
10   you know.  That kind of stuff.
11        Q.   One of the work plans that WGI was
12   required to prepare pursuant to its
13   recommendation report was a sampling and
14   analysis plan; correct?
15        A.   Yes.
16        Q.   And you were involved in review of
17   that sampling and analysis plan, correct?
18        A.   Uh-huh.
19        Q.   This is dated January, 2001.  It's WGI
20   317669 through 317827.  In here, there's a
21   portion that talks about subsurface soils, and
22   it indicates that subsurface soil samples are
23   limited to those taken by the USACE in 1993,
24   open parentheses, USACE NOD 1997, close
25   parentheses, period.  Those subsurface soil

Page 119

1    samples would be the ones that are referenced
2    in this New Lock and Connecting Channel
3    Evaluation Report; is that correct?
4         A.   Uh-huh.
5         Q.   And I'll show you this document.  And
6    this area that talks about subsurface soil,
7    does it indicate in here that there is any
8    subsurface soil being examined below the five
9    foot area?
10        A.   Well, if you follow --
11        MS. WAGER-ZITO:
12              What document is that?
13        MR. JOANEN:
14              Sampling and analysis.
15        A.   -- follow the RECAP, when you do the
16   RECAP guideline, the RECAP process --
17   EXAMINATION BY MR. JOANEN:
18        Q.   My question is in this document.  I
19   know we're going to get to that, and I brought
20   them.
21        A.   Yeah.
22        Q.   Just in that area right there, it
23   talks about the soils subsurface.
24        A.   We had also examined deeper than that
25   five feet.  But the concentration is on the

Page 120

30  (Pages 117 to 120)

Johns Pendleton Court Reporters

800 562-1285

BACUTA, Ph.D., GEORGE

7/2/2008

1  five foot level.
2      Q.  But this document itself focuses on
3  that, right?
4      A.  It says here 0 to 15 feet, you know.
5      Q.  Okay.
6      A.  So it's deeper than five feet.
7      Q.  So what record -- what -- where does
8  it say that?
9      A.  Right here.
10     Q.  That's not under the subsurface soils,
11 that's sediments.  But right in subsurface
12 soil.  That document right there that talks
13 about the fact that the only subsurface
14 investigation was this 1997 report --
15     A.  It doesn't say anything in here --
16     Q.  Okay.
17     A.  -- about depths.
18     Q.  And in fact, when you mention 0 to
19 15 feet, you talk about samples from water
20 depths 0 to 15 feet.
21     A.  0 to 15 feet.  For the sediments, I
22 guess.
23     Q.  Isn't that over by the bank?  For the
24 bank reclamation?
25     A.  Yeah.  By the -- by the canal.

Page 121

1      A.  Oh.  Other than what it says.
2  EXAMINATION BY MR. JOANEN:
3      Q.  I'm just lawyer.  I don't know what it
4  mention.  I'm asking you what it means --
5      A.  Yeah.
6      Q.  -- to you?
7      A.  Is this a plan?  Yeah, it's a plan.
8      Q.  Yes, sir, this is the sampling
9  analysis plan --
10     A.  Yeah.  So what they're saying is --
11     Q.  The government required WGI to
12 prepare, in preparation --
13     A.  We need more information, you know, if
14 we're going to go around this area.  This
15 Hydrodyne study.  Because Hydrodyne is, um -- I
16 think this was contracted by the facility to do
17 this study -- this, um -- tank removal or
18 something.
19     Q.  So that's another data gap?
20     A.  Well --
21     Q.  Is it or is it not?
22     A.  It could be -- it is a -- it can be a
23 data gap, but it may or may not be a data gap.
24 All you going to have to do is just verify
25 it --

Page 123

1      Q.  And then you turn the page, and the
2  document -- I mean the portion 1.2.3 talks
3  about groundwater.
4      A.  Uh-huh.
5      Q.  And it says groundwater samples have
6  been collected in two investigations, the 1993,
7  the USACE-NOD 1993, and NOD 1997, which is this
8  report, correct?  And then there is a Hydrodyne
9  study of the ASTUST area --
10     A.  Yeah.
11     Q.  -- which is presented as an appendix
12 in Dames & Moore 1999C?
13     A.  Uh-huh.
14     Q.  It indicates on here that neither
15 investigation -- this is what WGI is saying:
16 Neither investigation successfully fulfills
17 technical information requirements.
18     A.  Successfully fulfills?
19     Q.  Yeah.  (Indicating.)
20     MR. EHRLICH:
21         Is there a question?
22 EXAMINATION BY MR. JOANEN:
23     Q.  What does that mean?
24     MR. EHRLICH:
25         Other than what it says?

Page 122

1      Q.  Well, isn't that what a data gap is?
2      A.  -- with additional information.
3      Q.  At the time of the drafting of this,
4  which is January, 2001, they didn't have
5  sufficient information, correct?  Isn't that
6  what they're saying?
7      A.  In that particular area.
8      Q.  Yeah.
9      A.  For that particular area.  They have
10 information here and there, but, um -- you
11 know, for the Hydrodyne study, it may not be
12 sufficient, that's what they're saying.
13     Q.  So it's potentially a data gap,
14 correct?
15     A.  It may or may not be a data gap.
16     Q.  Okay.
17     MR. EHRLICH:
18         Could you mark that as an
19     exhibit, that whole document?
20     MR. JOANEN:
21         I can.
22     (Exhibit 10 was marked for
23 identification and is attached hereto.)
24     A.  It depends upon the interpreter, I
25 guess, for a data gap, you know.

Page 124

31 (Pages 121 to 124)

BACUTA, Ph.D., GEORGE

7/2/2008

| | |
|---|---|
| 1   EXAMINATION BY MR. JOANEN: | 1      A.   Yeah.  Yeah.  I guess so.  Yeah.  The |
| 2      Q.   The interpreters for this, as best I | 2   dates -- |
| 3   can tell from the document prepared, produced | 3      Q.   Now, in that review, is there any |
| 4   by WGI, were you, Lee Guillory and William | 4   comments made by you or Lee Guillory or Bill |
| 5   Perry of LDEQ. | 5   Perry that would indicate that there are other |
| 6      A.   And Bill Perry, yeah. | 6   subsurface soil samples taken -- there were |
| 7      Q.   Yeah.  William Perry. | 7   subsurface soil samples taken other than the |
| 8      A.   Yeah. | 8   1993 then incorporated into the 1997 report? |
| 9      Q.   Do you know whether Lee Guillory | 9      A.   What do you mean by that?  I mean, |
| 10   considered that a data gap? | 10   um -- |
| 11      A.   I don't know. | 11      Q.   Was this considered -- this |
| 12      Q.   Do you know whether you considered it | 12   information in here reviewed by you and Lee |
| 13   a data gap? | 13   Guillory and determined to be accurate? |
| 14      A.   I don't know. | 14      A.   That's accurate.  I mean, um -- |
| 15      Q.   As you sit here today? | 15      Q.   Okay.  And now also I'll draw your |
| 16      A.   And Bill Perry -- I'm going have to | 16   attention to this comment about the groundwater |
| 17   look into it again and all that stuff, you | 17   and this potential data gap. |
| 18   know.  And Bill Perry, we going to have to go | 18      A.   Uh-huh. |
| 19   through -- as I said, we're going to have to go | 19      Q.   Is that indicated -- does the document |
| 20   through that RECAP process again.  So, you | 20   that you have in your hand indicate that this |
| 21   know. | 21   information was reviewed and that either you or |
| 22      Q.   We'll get there, I'm just worrying | 22   Lee Guillory took issue with the statement in |
| 23   about what was going on. | 23   this paragraph? |
| 24      A.   Yeah. | 24      A.   No. |
| 25      Q.   I'll show you what I'll mark as | 25      Q.   And is it true that the reason you |
| Page 125 | Page 127 |
| 1   Plaintiffs' Exhibit 11. | 1   would not have concerns about that is because |
| 2      A.   It could be a data gap, it could be | 2   you knew that the RECAP study was still coming? |
| 3   not a data gap. | 3      A.   Yes. |
| 4         MS. WAGER-ZITO: | 4      Q.   So as of January -- actually, as of |
| 5            Can you for the record identify | 5   February, 2001 -- |
| 6   10. | 6      A.   Yeah. |
| 7         MR. JOANEN: | 7      Q.   -- that's the way things were being |
| 8            I thought I did that.  317669, | 8   considered, correct? |
| 9   317827. | 9      A.   Yeah.  And, um -- the RECAP is more of |
| 10   EXAMINATION BY MR. JOANEN: | 10   a very intense site investigation is the reason |
| 11      Q.   This is Plaintiffs' Exhibit 11.  It is | 11   why. |
| 12   WGI 48055 -- | 12         And, um -- this one provided -- this |
| 13      A.   Uh-huh. | 13   information provided us some information where |
| 14      Q.   -- through 48061.  It indicates that | 14   we could go to another level. |
| 15   it is a, um -- comments on the refined sampling | 15      Q.   Now, in your comments, and this is a |
| 16   analysis plan.  The U.S.A. approval is February | 16   comment -- |
| 17   1, '01, which is the same day that Lee Guillory | 17      A.   And can I add more? |
| 18   signed it here.  (Indicating.) | 18      Q.   Certainly. |
| 19         (Exhibit 11 was marked for | 19      A.   And because RECAP came about in 1998, |
| 20   identification and is attached hereto.) | 20   and it was made into law in 2000.  So the |
| 21      A.   Uh-huh. | 21   regulations has been developing, also. |
| 22   EXAMINATION BY MR. JOANEN: | 22      Q.   I don't have a page, but this is on |
| 23      Q.   So I can only go by that to know that | 23   WGI 048057.  There is an indication by -- it's |
| 24   these are the final approval.  So I ask you to | 24   your comment -- George regarding sampling |
| 25   look at that.  (Tendering.) | 25   methods for groundwater.  Your comment is, |
| Page 126 | Page 128 |

32  (Pages 125 to 128)

BACUTA, Ph.D., GEORGE

7/2/2008

1    recommend clarify mist with LDEQ.  This is a
2    critical issue -- and it gives the reasons.
3    And I'll ask you to look at that and tell me
4    why you thought that was a critical issue.
5        A.   Yeah.  Because you don't want to be
6    cleaning groundwater.
7        Q.   I'm sorry.
8        A.   It's going to be potentially very
9    costly, as experienced in Popile and Bayou
10   Bonfouca.  And also, you're going to need to
11   define what kind of groundwater classification
12   you got underneath this site --
13       Q.   Okay.
14       A.   -- whether it's high yield or low
15   yield, Groundwater 1, Groundwater 2,
16   Groundwater 3, according to the RECAP
17   classification.
18       Q.   And what do you mean by high yield or
19   low yield?
20       A.   There's no water in there.  I mean, if
21   it's low yield groundwater you don't use it for
22   drinking water, you don't use it for public
23   supply, you know, that kind of stuff.  Quality.
24   Groundwater quality.  It's not going to produce
25   a lot of water type thing.

Page 129

1        A.   What does it say?
2        Q.   It says -- a sentence has been
3    included that says, the survey will be
4    undertaken by personnel who are trained and
5    experienced in geophysical data collection and
6    data processing/analysis and interpretation.
7        A.   Yeah.  I'm just trying to, um --
8    emphasize to them the quality of work that has
9    to be done.
10       Q.   That there needs to be a geophysical
11   survey done.  Correct?
12       A.   Yeah.  Some, um -- kind of related to
13   our, um -- to the environmental work, you know.
14       Q.   A quality geophysical survey, right?
15       A.   Yeah.
16       Q.   So it was your understanding, as a
17   reviewer, and hopefully, based upon the
18   comments that you made and that was added, that
19   Lee Guillory would have had reason to believe,
20   and the reason he signed off on this analysis
21   report was that a survey would be undertaken by
22   personnel who are trained and experienced in
23   geophysical data collection, data
24   processing/analysis and interpretation.
25       A.   They should, you know, be familiar

Page 131

1        Q.   Drinking water.  But there could be
2    water there, correct?
3        A.   Well, very small.  If there's -- a
4    drinking water, you need to have a constant
5    supply.  So it has to be high yield, you know.
6    If it's Groundwater Classification 3, it's --
7    you know, we don't care about.  It's low yield.
8    You know, it's difficult to suck in some water
9    from there.
10       Q.   And this is Groundwater Classification
11   3 here?
12       A.   Yeah.  That's the classification.
13       Q.   Moving down, Comment 18 deals with
14   geophysical surveying.
15       A.   Uh-huh.
16       Q.   You say, indicate that the survey work
17   will be undertaken by Washington personnel or a
18   subcontractor that are well-trained and
19   well-experienced in geophysical data
20   collection, data processing, analysis and
21   interpretation.
22       A.   Yeah.
23       Q.   And there's a response by Jane Morgan,
24   I guess.  It says respondents, but we're not
25   sure, I'm going to ask you about that.

Page 130

1    with, you know, with that kind of stuff.
2        Q.   Do you know whether such a geophysical
3    survey ever took place?
4        A.   I think so.  They did some, um --
5    geophysical survey with regards to magnetic,
6    um -- surveying, electrical surveys, I think,
7    and some GPS style, um -- you know, looking for
8    some buried metals and stuff, you know.
9        Q.   In that geophysical survey, as a
10   reviewer would you have anticipated that they
11   would have studied the stratigraphy of the
12   soils?
13       A.   No, I don't think so.  They were just
14   looking for some, um -- stuff that are, um --
15   kind of buried.  Metallic stuff.
16       Q.   I have a document that is -- this is
17   RECAP submittal report criteria document.  This
18   is dated April, 2001.
19       A.   Uh-huh.
20       Q.   Best I can tell it's the same as the
21   one we went through before but it's got a
22   different date.
23       Could you explain why this document as
24   produced to me would have an April 2001 date?
25       A.   I don't know.  That's Lee.  I mean,

Page 132

33  (Pages 129 to 132)

BACUTA, Ph.D., GEORGE

7/2/2008

1   he's the one that takes care of, um -- the
2   paperworks, too.
3       Q.   I will show you what I'll mark as
4   Exhibit 12.  This is the criteria document
5   dated June, 2001?
6           (Exhibit 12 was marked for
7   identification and is attached hereto.)
8       A.   Uh-huh.
9   EXAMINATION BY MR. JOANEN:
10      Q.   I have a number WGI 51585 through
11  51656.  This is signed by you, also --
12      A.   Uh-huh.
13      Q.   -- but this has -- well, it's dated
14  June, 2001, but it's signed July 11th, 2001.
15      A.   Uh-huh.
16      Q.   Any reason why there would be a delay
17  between June 2001 and July 2000?
18      A.   Because it's an office deal, you know.
19      Q.   So it's just matter of getting the
20  signatures.  This was a final approved form,
21  it's just matter of getting all the signatures
22  on there?
23      A.   It's, um -- Lee 's job to, um -- to do
24  that, take care of paperwork.
25      Q.   And again on this one, I show you on

Page 133

1       Object to form.
2       A.   Yeah.  As long as you got Perry in
3   there, too -- did Perry sign in there?
4   EXAMINATION BY MR. JOANEN:
5       Q.   You tell me.
6       A.   Or reviewed it?
7       Q.   You tell me.
8       A.   No, he hasn't.  But these should be
9   submitted.  When you get this one, you submit
10  it to Perry.  You've got some signatures in
11  there.  And Perry should take a look at it and
12  stuff.
13      Q.   Were there any other reviewers --
14      A.   LDEQ.
15      Q.   -- who would have been looking or be
16  concerned about the --
17      A.   No.
18      Q.   Let me finish my question.
19      A.   Yeah.
20      Q.   -- who would have been concerned about
21  the depth of the sheet pile that signed off on
22  this?
23      A.   No.
24      Q.   Or that would have signed off on this?
25      A.   No.  I don't think so.

Page 135

1   Page 25 of this, Section 4.2, identification of
2   groundwater classification, point of compliance
3   and point of exposure.  It indicates in here
4   that it is anticipated that groundwater
5   classification will be Groundwater 3.
6       A.   Those are planning documents, criteria
7   plans.  And the real deal is when you're in
8   there.
9       Q.   Okay.  So at this point --
10      A.   The LDEQ process.
11      Q.   You think this could be a low yield
12  groundwater; correct?
13      A.   Yeah.
14      Q.   But at the same time, whoever is
15  writing this believes there's a 25-foot sheet
16  pile adjacent there.
17      A.   I don't know.  I'm not sure about
18  that.
19      Q.   On -- what type of review was done of
20  this document for errors that would lead three
21  Corps people to sign a document that
22  nonetheless has an error in it?
23      MR. EHRLICH:
24          Object to form.
25      MS. WAGER-ZITO:

Page 134

1       Q.   There's two empty spots for USACE New
2   Orleans District technical representative.
3       A.   I don't -- I don't know who's going
4   to -- who Lee is going to think about who's
5   going to be signing that.
6       Q.   That was Lee 's responsibility?
7       A.   Yeah.  That was lee.  Maybe he's got
8   an extra line, you know.
9       Q.   This is -- I'm just going to ask you,
10  this is a statement of work for excavation of
11  disposal -- excavation and disposal of
12  additional subsurface foundations, ACM and
13  concrete wastes.  This is WGI 619 through WGI
14  636 dated August 6th, 2001.  It's modification
15  2610 --
16      A.   Uh-huh.
17      Q.   -- marked on the bottom contractor's
18  copy.
19          Do you know whether you would have
20  been involved in drafting that document?
21      A.   No.  No.  Most of this, you know, more
22  of the construction work I'm not that really --
23  I'm involved in the RECAP document, the CAP
24  document and request for no further action or
25  closure of sites.  That's where I am mostly

Page 136

34  (Pages 133 to 136)

BACUTA, Ph.D., GEORGE

7/2/2008

| | |
|---|---|
| 1 involved. I may comment here and there, but | 1 57606 through 57601. That's not right. |
| 2 I'm not really in -- | 2 MS. WAGER-ZITO: |
| 3 Q. This, um -- this was that wedding cake | 3 That can't be right. |
| 4 structure that was -- I referred to earlier. | 4 (Exhibit 13 was marked for |
| 5 A. Uh-huh. | 5 identification and is attached hereto.) |
| 6 Q. The reason I wanted to bring it up to | 6 EXAMINATION BY MR. JOANEN: |
| 7 is because it does indicate on here that | 7 Q. All right. WGI 57606 through 57615. |
| 8 Mr. Bill Perry -- | 8 And I'm going to ask you to look at this, and |
| 9 A. Yeah. | 9 the reason I want you to look at it is because |
| 10 Q. -- LDEQ point of contact. | 10 there are some tasks associated with |
| 11 A. Yeah. | 11 asbestos-containing material excavation. |
| 12 Q. Why would it be that he would be | 12 (Tendering.) See if that jogs your memory that |
| 13 involved as listed on this if it's not going to | 13 you were involved with that in any way. |
| 14 involve issues that concern you with -- | 14 A. When there's cost involved, they don't |
| 15 A. Because they've got some asbestos, | 15 really get me involved into it, they just go |
| 16 also, in there. I mean, you know, but | 16 ahead and do it. So. |
| 17 regular -- but asbestos, getting into the realm | 17 Q. You wouldn't be the person to bring |
| 18 of a regular construction material, that really | 18 in, considering that it involves hazardous |
| 19 it's -- it's kind of minor for, you know, for | 19 or -- |
| 20 DEQ. Because everybody, um -- they're involved | 20 A. Yeah. Because asbestos is so |
| 21 with certification that it's an asbestos type | 21 standardized now that they're going to tell me |
| 22 person and all that stuff. | 22 about it, I'm going to ask them are you going |
| 23 Q. Would you have had any input | 23 to use, you know, um -- permitted people, |
| 24 whatsoever regarding this with it having | 24 certified people, where are you going to bring |
| 25 asbestos on it? | 25 those? |
| Page 137 | Page 139 |

| | |
|---|---|
| 1 A. In the inventory I was involved in | 1 And they're going to tell me where |
| 2 asbestos, identifying which structures got | 2 they're going to bring it and -- |
| 3 asbestos, you know. And in disposal they could | 3 Okay, that's good. Have you told Bill |
| 4 tell me about it, you know, then, because | 4 Perry about it? |
| 5 asbestos is a very standardized construction | 5 Yeah. |
| 6 material, or demolition type material that, | 6 Make sure that you got the waste |
| 7 um -- sometimes they're going to -- they're | 7 manifest back. |
| 8 going to inform me for information on it type | 8 Those are my concerns there, that kind |
| 9 deal, you know. | 9 of stuff. You make sure that you got your |
| 10 Q. When this modification scope of work | 10 documentation right and all that stuff. |
| 11 was issued to WGI, they were, they produced a | 11 Q. The excavation that involved that |
| 12 proposal -- | 12 structure went down to approximately 22 feet, |
| 13 A. Uh-huh. | 13 thereabout? |
| 14 Q. -- which was dated somewhere around | 14 A. No, I don't think so. It's just a |
| 15 September 24th, 2001. Were you involved in the | 15 foundation -- I think, based on my -- |
| 16 negotiations of this proposal? | 16 Q. That wasn't the question. That was -- |
| 17 A. No. Not really. I may have reviewed | 17 I'm leading up to that. |
| 18 it to take a look at it, but I'm not really | 18 A. Yeah. |
| 19 that intense into, especially with the cost | 19 Q. Were you involved in the analysis of |
| 20 negotiating between USACE and Washington Group. | 20 any of the materials that got put back into |
| 21 I may provide comments but not, you | 21 that hole? |
| 22 know, in the -- I'm not really the negotiating | 22 A. No. What hole? There are lots of |
| 23 type aspect of it. | 23 holes over there. |
| 24 Q. I'll just show it to you so you can | 24 Q. The whole that they dug for that. |
| 25 look at it. I'll mark it as 13. This is WGI | 25 A. For -- |
| Page 138 | Page 140 |

35  (Pages 137 to 140)

BACUTA, Ph.D., GEORGE

7/2/2008

1    Q.  For that excavation.
2    A.  For what excavation?
3    Q.  This wedding cake structure.
4    A.  No.
5    Q.  My question is, were you involved in
6  the analysis of any of the materials the got
7  put back into the hole to fill it back up?
8    A.  No.  I'm not involved in that.
9    Q.  Would you have been involved as the
10  geologist on site?
11    A.  I'm not the geologist in the site.
12    Q.  Oh, you're not?
13    A.  No.
14    Q.  Who was the geologist on the site?
15    A.  Well, I don't know.  I mean, MMG has a
16  geologist on site.  They work for, um --
17  Washington Group.  There's another geologist at
18  the site; the project manager Dennis O'Connor
19  is a geologist by profession.
20    Q.  He's not a Corps employee, he's a WGI
21  employee.
22    A.  He's a WGI employee.  So they got a
23  lot of geologists in there.
24    Q.  Was there a geologist, Corps of
25  Engineers geologist, at the site?

Page 141

1    A.  I'm going to be as geologist then, but
2  that's not my role.  My role is specifically
3  for LDEQ stuff.
4    Q.  Was there an analysis, that you know
5  of, of the materials that went into the
6  excavation for this wedding cake structure?
7    A.  No.  I don't know --
8    Q.  Do you know if there was a geologist
9  for the Corps that was at is the site that was
10  involved with the compaction?
11    A.  -- I don't know.
12    Q.  Compaction of the materials --
13    A.  No.
14    Q.  -- that went into the excavation hole?
15    A.  I don't know.
16    Q.  Would not have evaluated the
17  compaction specifications for this hole as a
18  geologist that is associated with Task Order
19  No. 26, correct?
20    A.  Correct.
21    Q.  Were you involved in any way with the
22  analysis of the excavation plan that took place
23  at the Saucer Marine site to pull out the
24  Sewerage & Water Board sewer lift station?
25    A.  No.

Page 142

1    Q.  Do you know whether or not there was a
2  geologist assigned to the Corps of Engineers to
3  evaluate the plan?
4    A.  I don't know.
5    Q.  To your understanding, would the
6  project deliverables team been relying upon
7  Dennis O'Connor as the geologist for that
8  issue?
9    A.  No.  They should -- I think, um --
10  between Dennis and the construction engineer on
11  site and the construction manager, that's
12  their --
13    Q.  Lee Guillory?
14    A.  Yeah.  Any construction work is their
15  stuff.
16    Q.  Is Lee Guillory a geologist?
17    A.  No.  He's a, um -- engineer.  A civil
18  engineer.
19    Q.  To your knowledge, did any geologist
20  employed by the Corps of Engineers evaluate the
21  excavation that took place at the Saucer Marine
22  site where the sewer lift station was removed?
23    A.  No.
24    Q.  To your knowledge was any geologist --
25    A.  I don't know.

Page 143

1    Q.  Let me finish my question.
2    A.  Yes, sir.
3    Q.  I got to get this out.
4    To your knowledge, was there a
5  geologist with the Corps of Engineers who
6  analyzed the materials that were put into the
7  excavation of the sewer lift station area?
8    A.  I don't know.
9    MR. EHRLICH:
10      Objection.  Asked and answered.
11  EXAMINATION BY MR. JOANEN:
12    Q.  To your knowledge, was there a
13  geologist associated with the Corps of
14  Engineers or employed by the Corps of Engineers
15  that evaluated the compaction of the materials
16  that were put into the hole that the sewer lift
17  station was?
18    A.  No, I don't know.
19    MR. EHRLICH:
20      Asked and answered.
21    MR. JOANEN:
22      That's the first time I asked him
23  that.  Your objection is asked and
24  answered?
25    MR. EHRLICH:

Page 144

36 (Pages 141 to 144)

BACUTA, Ph.D., GEORGE

7/2/2008

1        (Nods affirmatively.)
2        Q.   As a geologist that is familiar with
3    the East Bank Industrial Area, would you have
4    any concerns about sand being put into the
5    excavation at the sewer lift station excavation
6    site?
7            MR. EHRLICH:
8            Object to form.
9        A.   I can't comment on that because I
10   don't know --
11   EXAMINATION BY MR. JOANEN:
12       Q.   Don't know what?
13       A.   I don't know what they put in there
14   or, um -- how they put it or --
15       Q.   That's why --
16       A.   I wasn't there.
17       Q.   That's why I'm asking the question.
18           Would you, as a geologist familiar
19   with that area and working on the East Bank
20   Industrial Area Task Order No. 26, would you
21   have any issues with sand being put into those
22   excavations that go down to twenty feet?
23           MS. WAGER-ZITO:
24           Object to form.
25           MR. EHRLICH:
                                          Page 145

1    any of that?
2        A.   I was not familiar with that stuff.
3        Q.   As a geologist, is it your
4    understanding that sands are more permeable
5    than clays?
6        A.   In school, yeah.
7        Q.   In what?
8        A.   School.
9        Q.   What does that mean?
10       A.   When you're studying.
11       Q.   Oh, when you were in school?
12       A.   When you're studying about sands --
13   you know, it's kind of general knowledge.  Even
14   laymen now knows about it.
15       Q.   How about silts; do you think those
16   are generally more permeable than clays?
17       A.   It depends upon, um -- you could say
18   this in general, but the real test is when you
19   test it.
20       Q.   When you what?
21       A.   When you do some testing of the
22   material.
23       Q.   When was the first time that you know
24   that testing of materials was done in the East
25   Bank Industrial Area to determine permeability
                                          Page 147

1            Object to form.
2        A.   I can't comment on that one.
3    EXAMINATION BY MR. JOANEN:
4        Q.   Why is that?
5        A.   Because my role is not as a geologist
6    at the site, my role is as a geochemist.
7        Q.   Who on the projects deliverable team
8    would I direct that question to?
9            MR. EHRLICH:
10           Object to the form.
11       A.   Maybe Lee.  Or the construction
12   engineer over there; Jim Montegut.
13   EXAMINATION BY MR. JOANEN:
14       Q.   Would it have been -- are you familiar
15   with any concerns or comments by the projects
16   deliverable team regarding materials being put
17   into these excavation holes that go down twenty
18   feet about the types of soils put in there?
19       A.   I'm not -- I don't know anything
20   about, um -- that hole and, you know, the
21   sewerage and the other one.
22       Q.   So you're not familiar with the --
23       A.   I'm not familiar with that.
24       Q.   You weren't -- any communications, any
25   comments, any discussions, you were not part of
                                          Page 146

1    of the soils after this sampling and analysis
2    plan of January, 2001?
3        A.   Yeah.  I don't know -- that would be
4    groundwater as we were finishing -- the
5    groundwater closure study as we were finishing
6    up, um -- the -- as we were finishing up, um --
7    the whole contract.  That was I guess probably
8    May, 2005.
9        Q.   Were you involved with the, um -- the
10   site assessment drilling reports prepared by
11   MM&G for Washington Group?
12       A.   Yeah.
13       Q.   In particular, the one I'm looking at
14   right now is from January of 2002.  You can
15   look at it.  (Tendering.)
16       A.   January, 2002, yeah.  I looked at it.
17       Q.   That's what it's dated as produced to
18   me.
19       A.   Yeah.  I took a look at this.  Yeah.
20   I'm familiar with this.
21       Q.   To your knowledge, is this the first
22   time that -- in looking at this, you know that
23   they did test down to 22 feet, right?
24       A.   Oh, yeah.
25       Q.   Was this the first time that either
                                          Page 148

37  (Pages 145 to 148)

BACUTA, Ph.D., GEORGE

7/2/2008

1 WGI or its subcontractors analyzed the soils
2 down to 22 feet for this project?
3    A.  Yeah.
4    Q.  And just -- I know there's a number of
5 these in here, but just as random samples they
6 indicate that at some levels they have an ML as
7 a geologist.  Does that have any significance
8 to you?
9    A.  Yeah.  Those are silt, I think.  But
10 those are field, um -- classification.  If you
11 wanted the real classification you going to
12 have to send it to the lab for --
13    Q.  The when?
14    A.  You're going to have to send it to the
15 lab for testing.  But a geologist I think
16 should be familiar with the field
17 classification stuff.
18    Q.  Who would be most familiar with this
19 material on behalf of the Corps of Engineers
20 when it was produced?
21    A.  The geology section.
22    Q.  The geology section?
23    A.  Yeah.  They're familiar with -- or the
24 geotech section, the soils section.
25    Q.  Who would have been involved with the

Page 149

1    Q.  Let me finish my question.
2    A.  Yeah.
3    Q.  -- such that if you had clay and silt
4 mixed, you had 51 percent clay, 49 percent
5 silt, it would be more permeable than
6 100 percent clay?
7    A.  No, I don't think so.  It depends upon
8 how the distribution of the clay and silt is in
9 there, you know.  You're going to have some
10 type of a hydraulic conductivity to really show
11 some permeability.
12    Q.  What do you mean by that?
13    A.  So that you could transmit the water.
14 The water kind of connected and stuff, you
15 know.
16    Q.  Okay.  How would that happen?
17    A.  If you get a continuous, um --
18 communication of, um -- porosity, you know,
19 that kind of stuff.
20    Q.  Would an Artesian head provide that
21 type of hydro conductivity?
22    A.  Yes and no.  It depends.  You know,
23 it's a complex thing.
24    Q.  Sure.
25    A.  And sometimes it's, um -- based on a

Page 151

1 geology other than you?
2    A.  That would be, um -- Allen Blake, but
3 he's retired already.
4    Q.  There's some classifications that
5 indicate there is an ML-CL.
6    A.  Uh-huh.
7    Q.  And the description is embedded silt
8 and lean clay?
9    A.  Uh-huh.
10    Q.  What's the difference between a lean
11 clay and a fat clay?  Is that within the scope
12 of your expertise?
13    A.  I'm kind of familiar with the words.
14 I mean, a fat clay is, um -- a tight clay, more
15 likely the permeability is so low a tenth to
16 the -8, you know.  A lean clay is maybe a tenth
17 to the -6, that kind of stuff.  So when you
18 talk about clay, um -- the permeability is not
19 there.
20    Q.  And is it true that in order to
21 classify it as a clay it has to have greater
22 than 50 percent of that clay material?
23    A.  Well, it --
24    Q.  Such that if you had clay and silt --
25    A.  As I said --

Page 150

1 lot of interpretation.
2    Q.  I'm sorry.  Can you repeat that?
3    A.  Yes and no.
4    Q.  Okay.
5    A.  It depends upon a lot of stuff, you
6 know.  Trying to figure out, you know -- you
7 have to have some kind of an expert to do that.
8    Q.  That's not something --
9    A.  And then you're going to have to test
10 it in the field.  You have some testing in the
11 laboratory and all this stuff.  You just
12 wouldn't just, um -- but sometimes if you don't
13 have those additional information, because
14 those are expensive.  Like Bob Bea, he get it
15 from literature.  That's not good, you know.
16    Q.  Have you met Bob Bea before?
17    A.  No, I've seen him on TV on the taste
18 test thing, you know.  It's funny that he did
19 that, you know.
20    Q.  So it would be your comment that
21 there's no hydraulic conductivity in the East
22 Bank Industrial Area that would allow
23 underseepage below that 8-foot sheet --
24    A.  I just wouldn't comment on that.  I'm
25 not an expert on that.  I just, you know --

Page 152

38 (Pages 149 to 152)

BACUTA, Ph.D., GEORGE

7/2/2008

1      Q.   Do you have any information that would
2   refute that there is hydraulic conductivity --
3      A.   They're going to have to do a lot of,
4   you know, testing of soils in there.  The real
5   tests.  It's not, you know, getting from --
6   information from the literature.
7           MR. EHRLICH:
8               Scott, can we mark this 14?
9           MR. JOANEN:
10               What's that?
11           MR. EHRLICH:
12               Can you mark this one 14?
13           (Exhibit 14 was marked for
14   identification and is attached hereto.)
15   EXAMINATION BY MR. JOANEN:
16      Q.   So just so that we're clear, the first
17   subsurface analysis of the East Bank Industrial
18   Area at the Saucer Marine site by WGI or
19   subcontractors, to your knowledge, would have
20   been the result of this January 2002 report.
21           MR. EHRLICH:
22               Objection.  Asked and answered.
23      A.   Yeah.
24           MS. WAGER-ZITO:
25               Can you identify it?
                                       Page 153

1           MR. JOANEN:
2               WGI 69840 through WGI 70115.
3           MR. EHRLICH:
4               We should make another pile or
5               we're going to start blocking the
6               witness from the camera.
7   EXAMINATION BY MR. JOANEN:
8      Q.   Next I'll mark as Exhibit 15, this is
9   WGI 357813 through 358095, this is a July, 2002
10   Boland Marine site assessment drilling report.
11   And I ask you take look at that.  (Tendering.)
12           (Exhibit 15 was marked for
13   identification and is attached hereto.)
14      A.   July.  I'm still with the New Orleans
15   District then.  2002, you say?  Yeah.  Okay.
16   EXAMINATION BY MR. JOANEN:
17      Q.   To your knowledge, was that the first
18   time that a subsurface investigation of the
19   East Bank Industrial Area was performed by WGI
20   or one of its subcontractors?
21      A.   Yeah.  That's the first time.  I think
22   that's part of the RECAP process.
23      Q.   In being associated with the East Bank
24   Industrial Area, were you familiar with any
25   restrictions preventing works or excavations
                                       Page 154

1   taking place within a certain distance of the
2   floodwall?
3      A.   Yeah.  I have, um -- um -- whenever
4   you're working, being associated with geotech
5   at one time, before moving to engineering, and
6   also whenever people work close to a levee
7   floodwall, you're going to need to, um --
8   coordinate that with the geotech folks.
9      Q.   Were you, as a member of the projects
10   deliverable team, involved with any
11   coordination with the geotech division?
12      A.   No.  I'm not involved.
13      Q.   Have you ever attended any earthwork
14   quality verification training courses sponsored
15   by the United States Army Corps of Engineers?
16      A.   No.
17      Q.   Have you ever taken any courses
18   sponsored by the Corps of Engineers that deal
19   with seepage and groundwater control?
20      A.   No.
21      Q.   Do you understand the need for
22   groundwater control as part of your job
23   responsibilities on that project?
24      A.   It's not my job responsibility on that
25   project, it is -- I'm familiar with groundwater
                                       Page 155

1   control in relation to other projects, like the
2   Pointe Coupee sand boil project where you have
3   underseepage over there, and being associated
4   in geotech at that time they were working on
5   it.
6      Q.   To your knowledge, was any seepage
7   analysis required in preparing the '97 or '99
8   reports?
9      A.   I think with the borrow material,
10   um -- Lee had, um -- requested an analysis from
11   geotech, and I think it was Julie Oliphant who
12   did the analysis, and Julie Oliphant is both a
13   geologist and a geotechnical engineer from LSU,
14   a graduate of LSU.
15      Q.   And that occurred -- they were worried
16   about the slope of the stability slope for the
17   borrow project, right?
18      A.   Whenever we do excavation with the
19   Corps, you always take care of the slope
20   because of safety of the workers, and also for
21   stability of other surrounding ground, you
22   know.  So it's a, um -- normal standard
23   operating procedure.  It's kind of funny --
24   well --
25      Q.   What's funny?
                                       Page 156

                              39 (Pages 153 to 156)

BACUTA, Ph.D., GEORGE

1    A.   I look at the cross-section of the
2  modeling that was done by Bob Bea.  It's kind
3  of, you know, vertical box, you know,
4  25 feet -- it's ridiculous, you know.  It's a
5  lot of arm waving.
6    Q.   How was it that you came to be
7  involved with reviewing Bob Bea 's reports?
8    A.   Pardon?
9    Q.   How was it you came to be involved
10  with reviewing Bob Bea 's reports?
11    A.   I think it's -- well, somebody, um --
12  sent it to me, and I took look at it, and I
13  say, well --
14    Q.   Do you know when it is they sent it to
15  you?
16    A.   Several months ago, I guess.  Several,
17  um --
18    Q.   Who sent that to you?
19    A.   I saw it, um --
20    Q.   No.  Who sent it to you?  Who sent it
21  to you?
22    A.   What?
23    Q.   Bea 's report.
24    A.   Oh.  In an E-mail.
25    Q.   Was it from one of the government
Page 157

1  lawyers?
2        MR. EHRLICH:
3          I don't think it was from me.
4    A.   Yeah.
5  EXAMINATION BY MR. JOANEN:
6    Q.   I'm asking you.
7        MR. EHRLICH:
8          You're pointing at me.
9  EXAMINATION BY MR. JOANEN:
10    Q.   Was it one of the government lawyers?
11        MR. EHRLICH:
12          You're suggesting an answer.
13    A.   Yeah.
14        MR. JOANEN:
15          You're a government lawyer.
16  EXAMINATION BY MR. JOANEN:
17    Q.   Was it one of the government lawyers
18  who sent it to you?
19    A.   Yeah.
20    Q.   Did you have any communications other
21  than that E-mail with that government lawyer?
22    A.   No.
23    Q.   Were you still employed with the Corps
24  of Engineers at the time?
25    A.   Um -- yeah.  At the time.
Page 158

1    Q.   With the New Orleans District?
2    A.   With the New Orleans District.
3    Q.   Were you involved in any discussions
4  regarding the cause of failure for the levee
5  breach at the Boland site, the north breach in
6  the Industrial Canal?
7    A.   No.
8        MR. EHRLICH:
9          With government lawyers?
10    A.   With government lawyers?
11  EXAMINATION BY MR. JOANEN:
12    Q.   I'm asking with anybody.  And if you
13  tell me, yes, you did, then I'll ask was it
14  with government lawyers.
15    A.   No.
16    Q.   Were you involved with any
17  communications with any investigators regarding
18  the cause of failure at the south breach at the
19  Saucer Marine site --
20    A.   No.
21    Q.   -- in the Lower Ninth Ward?
22    A.   No.
23    Q.   I want to draw your attention to
24  August of 2005.  Looks like you were working
25  with a guy named Richard Lesser for WGI?
Page 159

1    A.   Uh-huh.
2    Q.   How was it that you came to be working
3  with him?
4    A.   Well, I think he, um -- was the
5  project manager after Dennis O'Connor, during
6  the closure of the project.
7    Q.   What was Richard Lesser 's expertise,
8  do you know?
9    A.   I don't know.  I think he's a
10  geologist or an environmental scientist, you
11  know.  He's good with what he does.
12    Q.   Which was what?
13    A.   Environmental stuff on HTRW sites;
14  remediation, investigation and all that stuff.
15    Q.   I'll show you this E-mail, it was
16  produced to us by WGI.  The stack that I have
17  is WGI 079929 through WGI 079933.  And it's an
18  E-mail from you to Richard Lesser, and it
19  indicates in here that -- you talk about MMG's
20  soil DF is its closeness to the canal.  DF I
21  understand is dilutionary effect?
22    A.   Dilution factor.
23    Q.   It says here that -- and since the
24  1997 USACE design memo report showed a
25  pre-medication groundwater flow both towards
Page 160

BACUTA, Ph.D., GEORGE

7/2/2008

| 1 | and away from the canal -- okay? |
| 2 | A. Okay. Uh-huh. |
| 3 | Q. And then it indicates, after |
| 4 | remediation the structures are gone, the soil's |
| 5 | subsurface had been modified on account of |
| 6 | excavation, removal, new fill -- it should be |
| 7 | excavation/removal/new fill -- the current |
| 8 | groundwater flow information (taken by WGI in |
| 9 | May/June 2005) points to a flow away from the |
| 10 | canal. |
| 11 | A. Uh-huh. |
| 12 | Q. Do you know what the groundwater flow |
| 13 | information that was obtained by WGI, where it |
| 14 | came from? |
| 15 | A. From -- there is a report, a |
| 16 | groundwater investigation report -- |
| 17 | Q. Okay. |
| 18 | A. -- from, um-- that was submitted by |
| 19 | WGI which is part of the LDEQ requirement to |
| 20 | look into the groundwater for any residual |
| 21 | contamination in the groundwater. |
| 22 | Q. Okay. |
| 23 | A. So that dilution factor is because of |
| 24 | the closeness to the canal. So -- and I think |
| 25 | the dilution factor is you going to have to |

Page 161

| 1 | A. I didn't really know about those |
| 2 | trucked in fill from off site. |
| 3 | Q. Do you have any reason to believe that |
| 4 | WGI used only native soils? |
| 5 | A. That's what my understanding is, |
| 6 | because of the big borrow area, you know. If |
| 7 | they trucked in fills, it's -- |
| 8 | Q. If it did prove to be true that there |
| 9 | was sands trucked in, that would be the |
| 10 | first -- this is the first you're hearing of |
| 11 | it? |
| 12 | A. Yeah. |
| 13 | Q. And the report that was prepared by |
| 14 | WGI in May or June, 2005, do you know how deep |
| 15 | the potentiometric meters were established? |
| 16 | A. No. You're going to have to go back |
| 17 | to that groundwater report and find out how |
| 18 | deep they are. |
| 19 | Q. That report would be the best evidence |
| 20 | of what was done? |
| 21 | A. What was -- yeah. But, um -- no, the |
| 22 | goal of the report is to get through the hump, |
| 23 | the groundwater hump many with RECAP. So it's |
| 24 | establishing the yield and trying to get a |
| 25 | number for the DF, for the dilution factor. |

Page 163

| 1 | look into some -- |
| 2 | Q. I know. That's not my question. My |
| 3 | question was about -- the report was done by |
| 4 | WGI. |
| 5 | A. Yeah. The report was done by WGI. |
| 6 | Q. Were you involved in the review of |
| 7 | that report? |
| 8 | A. Yeah. |
| 9 | Q. Now, it indicates from reading this |
| 10 | that you're coming to the conclusion -- |
| 11 | A. Uh-huh. |
| 12 | Q. -- that the groundwater flow has been |
| 13 | modified because of the excavations. Correct? |
| 14 | And the new fill. |
| 15 | A. The shallow groundwater flow. |
| 16 | Q. Yeah. But -- all right, we'll get |
| 17 | there. |
| 18 | A. Okay. |
| 19 | Q. My question was, that's your |
| 20 | conclusions, correct? |
| 21 | A. Uh-huh. |
| 22 | Q. And then when you indicate on here new |
| 23 | fill, what new fill are you talking about? |
| 24 | A. Clay fall. |
| 25 | Q. Would it be trucked in fill, as well? |

Page 162

| 1 | Then when you get that, then you showed it |
| 2 | to -- you show it to LDEQ, then they're going |
| 3 | to say yea or nay for your groundwater |
| 4 | classification, this is groundwater |
| 5 | Classification 3. Then that's the end of it. |
| 6 | Q. Uh-huh. There's a couple of E-mails |
| 7 | back and forth on that day, and the next day |
| 8 | you write back to them -- and I'll show you |
| 9 | this in a second -- indicates that -- your |
| 10 | statement is another info on the groundwater |
| 11 | and drainage (Jourdan Avenue) across the |
| 12 | floodwall -- |
| 13 | A. Uh-huh. |
| 14 | Q. -- geotech map showed that the |
| 15 | levee/floodwall along the east side of Surekote |
| 16 | Road has sheet pile that goes to minus 8 NGVD. |
| 17 | A. Uh-huh. |
| 18 | Q. This information is contained in that |
| 19 | USACE 1997 Design Memorandum Report, Appendix |
| 20 | C, Volume 5 of 9 -- |
| 21 | A. Uh-huh. |
| 22 | Q. -- WGI/MMG should have a copy of this |
| 23 | report. |
| 24 | A. Yeah. |
| 25 | Q. That's your E-mail; correct? |

Page 164

41 (Pages 161 to 164)

BACUTA, Ph.D., GEORGE

7/2/2008

1      A.  Yeah, that's my E-mail.
2      Q.  And I'll mark that as --
3      A.  They're going to need to verify that
4  report.
5      Q.  16?
6          (Exhibit 16 was marked for
7  identification and is attached hereto.)
8  EXAMINATION BY MR. JOANEN:
9      Q.  My first question to you is, why would
10  you write that in there?
11      A.  What, that, um --
12      Q.  Telling them that the issue regarding
13  groundwater and drainage across the floodwall,
14  which is the protected side, why would you
15  write that in there and also be mindful of the
16  fact that there's only a -8 sheet pile curtain
17  right there?
18      A.  I'm not really concentrating on -8 or
19  on, you know, the sheet pile.  I'm trying to
20  show him that, um -- look, for the DF, for the
21  dilution factor, you have either canal or maybe
22  there's another, um -- Bayou Bienvenue.
23  Because he was kind of alluding to some type of
24  Bayou Bienvenue, if I recall it right.
25      Q.  Look at the E-mail.  That's the whole

Page 165

1  project because he comes after Dennis O'Connor.
2  So he got to be mindful of those information.
3  EXAMINATION BY MR. JOANEN:
4      Q.  But all the work was done, this was
5  just to do this technical completion report;
6  right?
7      A.  No, to do the groundwater, when you go
8  towards that, um -- that groundwater RECAP
9  procedure, you know.  That kind of stuff.  It
10  is good information to know, that there's this
11  report in there.  There's this information in
12  that report.
13      Q.  Okay.
14      A.  Because Lesser is new, you know.  He
15  just came in after Dennis.  So Dennis left.
16  He's not privy to those kind of information.
17  He's not going to be a able to read like a room
18  full of information.
19      Q.  So it's your testimony that when he
20  begins his analysis --
21      A.  Yeah.
22      Q.  -- we now know that the groundwater
23  flow has changed to flow towards the sheet pile
24  curtain, correct?
25      A.  Uh-huh.

Page 167

1  string.  Look at it, please.  Review it.  I
2  want you to be accurate.
3      A.  There was were more E-mails that goes
4  with this, you know.  There were other E-mails
5  and some telephone conversation that we had
6  about stuff, just providing him some more
7  information on how he's going to write his
8  report.  That's what it is, you know.
9      Q.  And my question to you is, based upon
10  all the things he's saying, when originally
11  you're talking about the change of groundwater
12  flow away from the canal --
13      A.  Uh-huh.
14      Q.  -- with the removal of the structures
15  and the placement of new fill, now you have
16  him -- within a, you know, 24-hour period,
17  you're advising him to be conscious of water
18  crossing the floodwall to Jourdan Avenue and
19  the sheet pile only being at -8 feet, which is
20  something he should already know because WGI,
21  you gave that information to them, correct?
22      MS. WAGER-ZITO:
23          Object to the form.
24      A.  He's just telling this other
25  information, because Lesser is new to the

Page 166

1      Q.  And you also have to tell someone --
2      A.  Well --
3      Q.  -- about this sheet pile curtain.
4      A.  Yeah.  That's information, yeah.
5      Q.  And so is it your testimony that your
6  concerns and statements about modified
7  groundwater flow, subsurface soil, groundwater
8  flow and drainage across the floodwall with a
9  sheet pile curtain of only -8 feet, there's no
10  concern whatsoever about underseepage?
11      A.  No.
12      MR. EHRLICH:
13          Object to form.
14  EXAMINATION BY MR. JOANEN:
15      Q.  Why would that be?
16      A.  I don't know.  I mean, it's not really
17  a concern.  Because the purpose of our project
18  is to get through the groundwater certification
19  with LDEQ.  And we're concerned with, you know,
20  the shallow groundwater.  We're concerned with
21  looking into what is the DF value, you know.
22  The dilution factor.  We're concerned with the
23  yield, and we're concerned with the quality of
24  the water.  What is residual in the water?
25  Because what we're concerned really is to get a

Page 168

42  (Pages 165 to 168)

Johns Pendleton Court Reporters

800 562-1285

BACUTA, Ph.D., GEORGE

7/2/2008

```
 1   no further action at this time or a closure
 2   certificate for, you know, those facilities at
 3   the east bank.
 4       Q.  I'll show you what I'll mark as
 5   Exhibit 17.  This is a Earthwork Quality
 6   Verification Training Course put on by the
 7   Geotechnical Laboratory of the Corps of
 8   Engineers.
 9       A.  ERDIC.
10       Q.  Huh?
11       A.  ERDIC.
12       Q.  If you say so.  The introduction in
13   the first sentence says perhaps no single
14   feature of an earthwork project deserves as
15   much attention during construction as the
16   drainage system?  Would you disagree with that?
17       A.  I can't comment on that one because
18   I'm not --
19       Q.  Next sentence says, however, since the
20   drainage system generally controls a hidden
21   force - the force of water seepage through soil
22   - its importance is sometimes not fully
23   appreciated.
24           Would you agree with that?
25       A.  I can't comment on that.
                                    Page 169
```

```
 1           I'm showing you a plate.
 2   EXAMINATION BY MR. JOANEN:
 3       Q.  Have you ever seen a plate like that
 4   before, the top one which has the analysis of
 5   underseepage?
 6       A.  No.
 7       MS. WAGER-ZITO:
 8           A plate.  What exhibit are you
 9           showing him?
10       MR. EHRLICH:
11           Exhibit 17.
12       MR. JOANEN:
13           That was an exhibit attached to
14       the McElwee deposition.
15       MS. WAGER-ZITO:
16           Okay.  I have the document.
17   EXAMINATION BY MR. JOANEN:
18       Q.  When you talk in this statement you
19   made on August 4th, 2005, which was 25 days
20   before the levee fell down, you talk about
21   groundwater and drainage across the floodwall.
22           Would you have been referring to
23   something similar to those arrows passing under
24   that levee on that plate?
25       A.  No.  No.  No.  I could be referring to
                                    Page 171
```

```
 1       Q.  Do you feel that the source of
 2   water -- the force of the underseepage through
 3   the soils here was fully appreciated by WGI and
 4   MMG --
 5       A.  I can't --
 6       Q.  -- based upon your comments here?
 7       MR. EHRLICH:
 8           Object to the form.
 9       A.  I can't comment on that.
10   EXAMINATION BY MR. JOANEN:
11       Q.  Part of this -- this has a plate
12   dealing with sand boils.  You commented about
13   that.  And it has a plate, and this will be
14   Exhibit 17.
15           (Exhibit 17 was marked for
16       identification and is attached hereto.)
17       MR. EHRLICH:
18           This is from the course that you
19           asked him whether he attended and he
20           said no?
21       MR. JOANEN:
22           Yes.
23       MR. EHRLICH:
24           Now you're --
25       MR. JOANEN:
                                    Page 170
```

```
 1   the very shallow ones from here.
 2       Q.  But you said across the floodwall.
 3       A.  There are some -- I think I was
 4   referring to, um -- some, um -- geotech maps
 5   also across the floodwall right here kind of
 6   related more probably also with Bayou
 7   Bienvenue.  I don't really recall that.  But --
 8       Q.  Bayou Bienvenue all the way down in
 9   Chalmette?
10       A.  Well, by Florida Avenue, close to,
11   um -- you know, where the --
12       Q.  By the green bridge.
13       A.  No, by the blue bridge.  There's Bayou
14   Bienvenue there that goes all towards Paris
15   bridge, you know, from MRGO.
16       Q.  So you were worried about groundwater
17   passes under the floodwall and getting to --
18       A.  No.  I'm not worried about that.
19       Q.  -- Bayou Bienvenue.
20       A.  But what I'm telling Rich is if you're
21   looking for a body of water, surface body of
22   water that -- where you going to be basing your
23   dilution factor on, the Bayou Bienvenue there
24   might be some geotech maps on drainage about,
25   that's towards Bayou Bienvenue, and here you
                                    Page 172
```

43  (Pages 169 to 172)

BACUTA, Ph.D., GEORGE

1  have the canal that's closest to the site, you
2  know, so you're going to have to consider those
3  information when you propose a dilution factor
4  to LDEQ.
5      Q.  Would the head pressure from Bayou
6  Bienvenue affect --
7      A.  No.
8      Q.  -- the groundwater flow?
9      A.  I don't know.  Because --
10     Q.  Wait.  Wait.
11     A.  Yeah.
12     Q.  Let me finish my question.
13         Would it affect the groundwater flow?
14     A.  No.
15     Q.  You said you don't know, now you said
16 no.
17     A.  Because it's far away.  Far north.
18 That's what I'm trying to impress.  Um --
19     Q.  That's why I'm confused, because
20 you're utilizing that as something to be
21 concerned about when you say across the
22 floodwall.  I don't understand that.
23     A.  I'm concerned about he trying to find
24 a surface body of water that he's going to use
25 for his dilution factor when classifying -- you
                                        Page 173

1  know, when classifying the groundwater
2  underneath the site.  And because he's
3  relatively new, then I have to point -- inform
4  him of the information that's available around
5  the site.
6      Q.  If there was groundwater and drainage
7  flowing under the sheet pile --
8      A.  I didn't say --
9      Q.  Let me finish my question.
10         If there was, would you have known
11 about it?
12     A.  If you look, um --
13     Q.  Yes or no?  Yes or no?
14     A.  Yes.
15     Q.  Okay.  How would you have known about
16 it?
17     A.  Looking at the engineering, um --
18 um -- the signed documentation that supports
19 the EIS.
20     Q.  From '97?
21     A.  In '97.
22     Q.  No, I'm talking about with the changes
23 of the water, the removal of the subsurface
24 structures and new fill --
25     A.  Yeah.
                                        Page 174

1      Q.  Okay -- would you have known about it
2  in August -- if this was happening in August of
3  2005, would you have known about it?  And if
4  so, how?
5      A.  You're talking on different two
6  things, you know.  These are -- what we're
7  doing out there is very shallow.  What you have
8  here is deep wells.  And what you have here,
9  the deeper ones, you're going to know it
10 especially if you have sand layers in it.
11     Q.  Good point.
12     A.  Yeah.
13     Q.  I want you to assume that in nowhere
14 in the '97 report --
15     A.  Yeah.
16     Q.  -- or in the '99 design memorandum
17 that they considered removing that wedding cake
18 structure going down to 22 or 23 feet.
19     A.  Uh-huh.
20     Q.  I want you to assume that.  Because
21 the reason I'm going tell you to assume that is
22 because WGI, they did Modification 2610, they
23 said, we just discovered this -- and we went
24 through the recommendation report and project
25 work plans, and they didn't discuss it.  You
                                        Page 175

1  remember?  They said, we just discovered it, we
2  need to come up with a new design for this
3  braced excavation.  Okay?  Assuming that it's
4  not in there --
5      A.  Uh-huh.
6      Q.  -- what studies would have been done
7  to evaluate whether that would allow for
8  subsurface migration?
9      A.  I mean, how do you relate a completely
10 engineering type work on that, you know, with
11 the contaminants?
12     Q.  I'm here asking you the questions.
13     A.  I have difficulty --
14     Q.  When you fly down to New Orleans you
15 can ask me all the questions you want.
16     A.  I have difficulty, you know,
17 relating --
18     Q.  That's not my question.
19     A.  Yeah.
20     Q.  My question to you is, assuming that
21 that excavation was not considered in any of
22 these design documents --
23     A.  What excavation?
24     Q.  The wedding cake structure.
25     A.  Uh-huh.
                                        Page 176

                              44  (Pages 173 to 176)

BACUTA, Ph.D., GEORGE

7/2/2008

1    Q.   And we know it took place, they dug it
2  out, WGI got paid a lot of money for it.
3    A.   Uh-huh.
4    Q.   What analysis was done, that you know
5  of, that would allow you to know that there was
6  no subsurface drainage across the floodwall?
7    A.   I don't know any study.
8    Q.   Thank you.
9    A.   Because I wasn't involved in that,
10 that wedding cake.
11   Q.   Correct.  Same with the sewer lift
12 station?
13   A.   Yeah.
14   Q.   Assuming that there's no plans or
15 specifications presented either in your '97
16 report, which is the evaluation report, or the
17 99 DDR, what studies would have been done after
18 that excavation -- either before or after that
19 excavation was done that would lead you to know
20 that there's no groundwater and drainage across
21 the floodwall?
22   A.   I don't know of any study because I
23 wasn't involved in the excavation of the sewer
24 lift station.
25   Q.   So again, my question to you was, how

Page 177

1  do you know that on August 4th, 2005 that there
2  was no groundwater and drainage passing under
3  and across the floodwall?
4    A.   Because our studies are just confined
5  on, you know, on shallow ones.
6    Q.   Right.  So you wouldn't know if
7  there's --
8    A.   I wouldn't know.
9    Q.   You wouldn't know if there's
10 groundwater passing under the floodwall below
11 the eight feet.
12   A.   No.  I wouldn't know.
13   Q.   Who else besides you would have been
14 involved -- I see Lee Guillory was cc'd on
15 this, and Edward Bielecki.  Who is he?
16   A.   He's a geologist, a hydrogeologist or
17 a geohydrologist, they're the same kind, you
18 know.  And he's with Washington Group.
19   Q.   To your knowledge, did he have the
20 type of expertise or training to understand the
21 soil stratigraphy in the East Bank Industrial
22 Area to know whether there could be subsurface
23 migration of waters below the floodwall, the
24 groundwater and drainage across the floodwall?
25   A.   Richard Lesser thinks he is because he

Page 178

1  is -- he cc copied Bielecki.
2    Q.   Richard Lesser thinks Bielecki is.  My
3  question was do you know?
4    A.   He may be.
5    Q.   But do you know?
6    A.   I don't really know.  He's in the
7  E-mail, you know, and when we talked to -- when
8  I talk to Richard less see, he said he's a
9  hydrologist, or a geohydrologist.
10   Q.   So Bielecki -- if he does have that
11 qualification, I want you to assume that he
12 probably does.
13   A.   Yeah.
14   Q.   -- were to review this document which
15 shows that the sheet pile only goes down do
16 eight feet --
17   A.   Yeah.  Uh-huh.
18   Q.   -- he reviews the site assessment
19 drilling reports for the Boland Marine and
20 Saucer Marine areas and understands the soil
21 stratigraphy there, he reviews the excavations
22 at the Boland Marine site, that wedding cake
23 structure, and the saw Saucer Marine site, he
24 reviews the fill that was put in there and the
25 compaction of that, if it was possible that

Page 179

1  water was getting down into a permeable layer
2  and passes across the floodwall, as you put it,
3  would he have been the person that should have
4  known that, to your knowledge?
5       MS. WAGER-ZITO:
6            Object to the form of the
7       question.
8       MR. EHRLICH:
9            Objection to form.
10   A.   I don't know.  Because Bielecki is
11 involved only with getting information for
12 RECAP, that kind of stuff.
13 EXAMINATION BY MR. JOANEN:
14   Q.   Would Bielecki, to your knowledge,
15 from any involvement you had with him, was he
16 aware of any requirements of the Corps of
17 Engineers that any works or excavations near
18 the floodwall be permitted within a certain
19 distance of the center line of the floodwall?
20   A.   No.
21   Q.   How about Richard Lesser, would he
22 have any of that type of information or
23 knowledge?
24       MS. WAGER-ZITO:
25            Object to the form.

Page 180

45  (Pages 177 to 180)

BACUTA, Ph.D., GEORGE

7/2/2008

1       A.  He's new.  I guess, um -- you know, I
2   don't know if he's briefed by, um -- O'Connor,
3   you know.
4   EXAMINATION BY MR. JOANEN:
5       Q.  The report that you said you reviewed
6   of Bob Bea you said is a lot of hand waving I
7   think is the term you used.
8       A.  Uh-huh.
9       Q.  Did you review that with any other
10  geologists --
11      A.  No.
12      Q.  -- in the Corps of Engineers?
13      A.  I think, um -- Del Briesch had looked
14  at it.  He's a geologist.  And he's very
15  familiar with the local geology.
16      Q.  What's this his name?
17      A.  Louie Del Briesch.  Louie Delfino
18  Briesch.  That would be it.
19      Q.  I'll show you what I'll mark as
20  Exhibit 18.  This is an E-mail dated May 9th,
21  2005, to Richard Lesser.  Preliminary
22  ground water data at the East Bank Industrial
23  Area.  And in that you indicate that I would
24  not expect the shallow groundwater to be
25  cleaner than the ambient IHNC canal water
                                    Page 181

1   ambient water quality, particularly if the
2   canal and the shallow groundwater at EBIA are
3   hydraulically connected in anyway
4   (diffusion/concentration gradient) due to their
5   proximities (adjacentness) to each other.
6       (Exhibit 18 was marked for
7   identification and is attached hereto.)
8       A.  Yeah.
9   EXAMINATION BY MR. JOANEN:
10      Q.  Is it your opinion, after everything
11  that's happened down there, that as a result of
12  all the works that took place that the IHNC and
13  the groundwater are hydraulically connected?
14      A.  No.
15      Q.  Why is that?
16      A.  It's because you got a lot of clays in
17  there.  The subsurface is largely clay
18  material.  It's got a very low permeability.
19      Q.  What tests are you aware of that were
20  done to determine the permeability after --
21      A.  Test the groundwater.
22      Q.  -- after all the subsurface materials
23  were removed and the bank was scraped away and
24  all -- everything else was moved away?
25      A.  That Washington Group groundwater
                                    Page 182

1   investigation for, um -- LDEQ RECAP, the
2   closure of the sites.  But then the objective
3   is for water quality, residual impacts on the
4   water quality.  Just to get through those, you
5   know, to check those boxes on LDEQ.
6       Q.  Dr. Bacuta, you've been talking about
7   this groundwater report, and I have a final
8   comments on a -- I can't tell you what it is
9   other than it's called a SAP revisions draft
10  groundwater monitoring plan revisions.
11      A.  Uh-huh.
12      Q.  Would that be what you were referring
13  to here as what would be the analysis of the
14  permeability of the soils?
15      A.  No.  That is -- because that -- I
16  think those comments are for the plans, you
17  know?  And we don't know what's going to really
18  happen when LDEQ comes in.  Okay?  It's like a
19  work plan, I think.
20      Q.  This is March 4th, 2005.
21      A.  Oh, no.  It's a difference one.  I'm
22  sorry.
23      Q.  When did you have LDEQ coming in?
24      A.  Before, um -- can I take a look at
25  that?
                                    Page 183

1       Q.  Sure.  Ill mark this as Exhibit 19.
2   This is WGI 41589 through WGI 41592.
3   (Tendering.)
4       (Exhibit 19 was marked for
5   identification and is attached hereto.)
6       A.  Oh.  Yeah.  That's clearly, you
7   know -- I mean, this is working on the
8   groundwater report right here.
9   EXAMINATION BY MR. JOANEN:
10      Q.  Wouldn't that be something that
11  Richard Lesser would be involved with pursuant
12  to this --
13      A.  Yeah.
14      Q.  -- august 2005 E-mail?
15      A.  No, this is some earlier -- you know,
16  it's a draft moratorium plan.  He prepared a
17  plan, he said this is what I'm going to do,
18  then, um -- then I think he did it.  Then
19  probably we commented on how he should do it,
20  then coordinate with LDEQ and all this stuff.
21  Then I think they went ahead, they went -- when
22  a final plan was approved with LDEQ's EA, then
23  they went over there and took some samples,
24  test it and prepared a report.
25      Q.  That would have been in May or June of
                                    Page 184

46  (Pages 181 to 184)

Johns Pendleton Court Reporters                    800 562-1285

BACUTA, Ph.D., GEORGE

7/2/2008

1    2005?
2        A.   Maybe --
3        Q.   Uh-huh.
4        A.   -- at that time, yeah.
5        Q.   And that's where they would have
6    indicated that the groundwater flow had changed
7    to flow to the canal, right -- I mean to the
8    floodwall, correct?
9        A.   Well, what I'm trying to impress on
10   them, the groundwater flow is different from
11   before because of some of those, you know --
12   the structures had been removed.
13       Q.   In your comments, Number 4, part of it
14   you say it is best to assume GW 3
15   classification.  I guess you're saying
16   Groundwater 3 classification --
17       A.   Yeah.
18       Q.   -- as proposed in the SAP, which is
19   the sampling analysis plan, right?
20       A.   Uh-huh.
21       Q.   Which is January, 2001.
22       A.   Yeah.
23       Q.   Okay.  So as of March 4th, 2005, there
24   had been no tests to determine what the true
25   groundwater classification was, you wanted them
                                              Page 185

1    to continue with the same assumptions they had
2    from four years previously.  Correct?
3        A.   Not the same assumptions, but because
4    you're working on, if they're going to do some
5    groundwater, um -- cleanup stuff, LDEQ would
6    require more than probably -- you know, you're
7    going to have to study more and, you know --
8        Q.   So you wanted them to assume that
9    which was presented in the --
10       A.   Now --
11       Q.   Let me finish my question because he
12   can't take us both down.
13       A.   Yeah.
14       Q.   You wanted them to assume the same
15   classification as was presented in the sampling
16   analysis plan from January, 2001; correct?
17       A.   I don't know what classification that
18   is.
19       Q.   Well, read the language.  Tell me --
20   you wrote it.  You tell me what your comment is
21   to convey.
22       A.   As proposed in the SAP, yeah.  It's a
23   Groundwater 3 classification as proposed in the
24   SAP.  That's what it is.
25       Q.   Now, these are comments about
                                              Page 186

1    particular sections of this report, and these
2    were attached all together with the production
3    of WGI.  And so in looking at this, these are
4    proposed edits to the sampling analysis plan.
5    I don't know why they're attached, but they
6    were and so I want to ask you questions about
7    it.  It indicates that you wanted them to
8    remove a sentence which says, migration of
9    contaminants from hot spots will be minimized
10   by siting, S-I-T-I-N-G -- is that sitting or
11   siting?
12       A.   Siting.
13       Q.   -- siting well away from high spots
14   and by properly grouting wells.
15       A.   Uh-huh.
16       Q.   Why would you need to grout these
17   wells?
18       A.   Because that's, um -- you going to
19   have to look at DOTD.  That's a DOTD, um --
20   whenever you do some boring in the state of
21   Louisiana you're going to have to go through
22   their abandonment program where you're going to
23   have to plug those wells.  It's about safety.
24       Q.   Okay.  Do you know whether those wells
25   were plugged?  And that would be with
                                              Page 187

1    bentonite?
2        A.   That should be in their report -- that
3    the groundwater report, if they have one.  They
4    produce a groundwater report, you know.
5    Submittal.
6        Q.   When they drill these wells, do they
7    put casing in the hole?
8        A.   I don't think so.
9        Q.   When they pull the drill pipe out, why
10   would not the soils -- if they are this clay
11   slurry material, why wouldn't they just
12   collapse upon themselves?
13       A.   I think you get more collapse if these
14   are sands, you know.  So the hole is -- remains
15   open because these are clays.
16       Q.   I'm sorry.  It's your feeling that
17   those holes would be maintained -- would
18   maintain their openness, and therefore they
19   need to be grouted; correct?
20       A.   Yeah.  They need to be grouted.
21       Q.   That same sentence when you talked
22   about removing and properly grouting wells,
23   someone wanted it replaced with the migration
24   of contaminants from hot spots will be
25   minimized by siting wells away from hot spots
                                              Page 188

47  (Pages 185 to 188)

Johns Pendleton Court Reporters                    800 562-1285

BACUTA, Ph.D., GEORGE

7/2/2008

1    and by properly sealing the wells above the
2    sand pack by using a continuous column of
3    bentonite.  Where --
4         A.  Can I look at that?
5         Q.  Absolutely.  (Tendering.)
6         A.  Well, this is their wording, and I
7    guess I'm kind of easy on how they worded it.
8         Q.  Well, you see they're talking about --
9         A.  Seal the wells above the sand pack by
10   using a continuous column of bentonite.  Yeah.
11   Because the way they install the wells, there's
12   a sand through -- the screen where the water
13   comes in.  So they've going to have to, um --
14   to grout the wells some sort with -- following
15   the plug and abandonment procedures.  What I'm
16   just referring to here is this procedure for
17   plugging the wells following DOTD procedure.
18        Q.  But there's the indication there
19   there's a sand pack strata.
20        A.  No.  Is not a strata, it's -- when you
21   install a well, especially a monitoring well,
22   you're going to have to put a sand on the
23   screen where they got one so at least water
24   would enter in there.  So when you get water in
25   the well, then you could sample it.  Otherwise,
                                            Page 189

1    the well is going to be dry.  You're not going
2    to have any water in there.  You know.  The
3    sand is just for allowing water to get in there
4    for --
5         Q.  So you're saying there's a sand pack
6    that's only as wide as the hole --
7         A.  Yeah.
8         Q.  -- is that correct?  And so you're
9    worried about a sand pack at the bottom of a
10   hole that's what, six inches wide?
11        A.  Right here.  You got your screen right
12   here.  Then -- you got your screen right there.
13   So this is the ground right there.  This is the
14   well.  Okay?
15        Q.  Uh-huh.
16        A.  Then, in that, they put a sand pack
17   right there.  These are sands.
18        Q.  Right.
19        A.  Okay?  Then you going to have to --
20   than you put your bentonite in there.
21        Q.  Okay.
22        A.  That's it.  So at least you get some
23   kind of water that accumulates in here.  Then
24   you could drop your sampling, um -- equipment
25   and take some water samples.  If you don't put
                                            Page 190

1    this in, you might not have some water samples
2    in there.
3         Q.  So --
4         A.  It's just a sampling procedure.
5         Q.  How does that have to do with the
6    monitoring of the migration of contaminants in
7    that little-bitty sand pack?
8         A.  That little-bitty sand pack would tell
9    you what the water quality is in here.  So if
10   you have a map right there with the monitoring
11   wells, and you get some water samples in each
12   of those locations, then it's going to tell you
13   how, you know, how the water may be -- how are
14   the contaminants, the quality of water -- in
15   those locations if you got some kind of
16   containment, and probably you could make some
17   interpretation on all that stuff, you know.
18        Q.  I don't have any other questions.
19   Thank you.
20        A.  Thanks a lot.
21        (Off the record.)
22   EXAMINATION BY MS. WAGER-ZITO:
23        Q.  Dr. Bacuta, we met before off the
24   record.  My name is Adrian Wager-Zito with
25   Jones Day.  We represent Washington Group
                                            Page 191

1    formerly Morrison Knudsen, and with me is Chris
2    Thatch.  We're going to keep this very short.
3    Just a few follow-up questions to some of the
4    questions that Mr. Joanen asked you.
5         And I think I'll just start where we
6    left off with the groundwater assessment that
7    was done at the end of the project.
8         A.  Uh-huh.
9         Q.  And can you -- I think you were trying
10   to get to this, but what was the purpose for
11   performing that assessment at the end of the
12   project that WGI was doing?
13        A.  So you know the water quality at the
14   end of the project.  What is the -- at the end
15   of the project you know if there's a kind of
16   residual contamination in the water.  And it's
17   a requirement -- a RECAP requirement.
18        Q.  Okay.  Was that performed in any way,
19   shape or form in connection with determining
20   whether the project had any impact on the
21   stability of the levees or the flood walls?
22        A.  No.  The purpose of it is just for
23   water quality for closure purposes.
24        Q.  Was there a permeability analysis done
25   in connection with the groundwater analysis?
                                            Page 192

48  (Pages 189 to 192)

BACUTA, Ph.D., GEORGE

7/2/2008

1     A.  I think -- yeah.  They did a slug test
2  in the field.  I think Bielecki and Rich Lesser
3  did that.
4     Q.  Do you know that was done, or is --
5     A.  I think it's done.  If you go back to
6  the report -- we're going to have to look at
7  the report.  I think there is a slug test in
8  there.  It's a field test to check on -- to
9  make some kind of estimate on permeability.
10  And the permeability is 10 so to the -6 or 10
11  to the -8, which just really representative of
12  clays.
13     Q.  Do you know if it showed that there
14  was a change in the permeability from,
15  pre-remediation to post-remediation?
16     A.  No, I don't know.  Because the
17  investigations before this TERC work didn't do
18  any slug tests or pumping test in the area.
19     Q.  Okay.  And we've talked a little bit
20  about -- you talked a little bit about, with
21  Mr. Joanen, that there was a change in the flow
22  of the water from pre-remediation to
23  post-remediation?
24     A.  Uh-huh.
25     Q.  Do you know if that change, the
Page 193

1  analysis of the change in the flow, was it a
2  particular point in time, or was that for all
3  purposes the flow had changed?
4     A.  For all purposes of when you remove --
5  your shallow water would be -- well, it's not
6  going to go through when there's a structure
7  blocking it, you know.  I mean, it has to go
8  around and stuff.  Or if you've got clays
9  there, a bank of clay, it's not going to go
10  through it.  I mean, it's going to have to find
11  some ways to go around or it would just stay
12  there, you know.  So when you do some type
13  of -- when the structures were removed, the
14  area is disturbed, the shallow area is
15  disturbed, then your shallow flow is -- you
16  know, is kind of disturbed, you know.
17     Q.  But do you know if after the
18  remediation the water was still flowing both
19  ways?
20     A.  I don't know.
21     MR. JOANEN:
22        Object to the form.
23     A.  I mean, the reason why, we had some
24  information from that groundwater report, also.
25  Because we're going to have to present this to
Page 194

1  LDEQ, they might need that information.  So
2  it's there, you know, then they can make their
3  analysis and interpretation of it, too.
4  EXAMINATION BY MS. WAGER-ZITO:
5     Q.  And you've discussed the depth of the
6  groundwater that was being examined.  Do you
7  know what that depth was?
8     A.  There are shallow ones, and maybe
9  there are deeper ones, but I don't know the
10  slug test how deep it went, you know.  You're
11  going to need to go to that report.
12     Q.  And there was a lot of discussion
13  about the depth to which Washington Group was
14  supposed to go in performing remediation, and
15  that it was, you know, going to go to five
16  feet --
17     A.  Uh-huh.
18     Q.  -- I guess in the early plans.
19     A.  Uh-huh.
20     Q.  What's your understanding of the depth
21  that Washington Group was supposed to go to in
22  remediating the soil at the East Bank
23  Industrial Area?
24     A.  Well, because we have to follow RECAP,
25  which is the LDEQ RECAP which is made into law
Page 195

1  in 2000, I think, then the depth would be
2  dictated by the guidelines and stuff.  But most
3  of the excavation are, shallow excavation about
4  three feet.  As much as possible when we get
5  into deeper excavation we're going to say, hold
6  on a minute, is there any -- maybe, you know,
7  maybe those are just particles that went into
8  the boring sample and now it's artificially at
9  that depth, you know, that kind of stuff.  Then
10  we coordinate with the LDEQ, we do some more
11  clarification and all this stuff, then as much
12  as possible we don't excavate deeply, you know.
13     Q.  But was it ever intended that
14  Washington Group was never going to go -- was
15  never going to excavate any deeper than five
16  feet?
17     A.  Well, it depends upon what they're
18  going to discover in there.  It's like in the
19  process of the RECAP investigation they're
20  going to discover more, maybe they got some
21  tanks that are buried in there or some -- the
22  concrete may be -- you know, the concrete is
23  kind of expected.  Probably the foundation is
24  just about six feet, you know, from below
25  ground and stuff.  And sometimes you got
Page 196

49 (Pages 193 to 196)

BACUTA, Ph.D., GEORGE

7/2/2008

1  surprising stuff, you're going to have to do
2  more, you know, you're going to have to go
3  deeper a little bit.  But in all of this you
4  going to have to -- the engineers have to,
5  um -- look how it's properly done on the side
6  of safety and -- on the side of safety, you
7  know.
8      Q.  But Washington Group was going to go
9  as deep as they had to go to meet the LDEQ
10 standards --
11     A.  If they're -- if LDEQ insists on that.
12 Um -- but based on the mechanism and the
13 guidelines that we had, we don't have to go
14 really that deep.
15     Q.  And the depth would be determined at
16 the direction of the Corps with the input of
17 the LDEQ?
18     A.  Yeah.
19     Q.  Okay.
20     A.  Because we have to comply with, you
21 know, the regulations.
22     Q.  And there's been much discussion of
23 the depth of the sheet piles and the eight
24 foot, and then the one document --
25     A.  Yeah.

Page 197

1  20 feet above ground to about -8 feet NGVD.  So
2  the sheet pile is essentially 28 feet.  That
3  kind of stuff.
4      Q.  And do you know if the depth of the
5  sheet pile was the same along the entire
6  floodwall --
7      A.  I don't know.
8      Q.  -- on the EBIA?
9      A.  I don't really know, because the
10 floodwall was there when it was built in, I
11 don't know, 1960s, maybe, and I came in like
12 1992.  So I'm relying on old data, old
13 information and maybe what an engineer would
14 tell me and all that stuff, you know.  We're
15 trying to look for as-built drawings.  Those
16 as-built drawings are more important than
17 anybody 's comment or anybody 's report.
18     Q.  Are you aware of any post-Katrina
19 evaluation of the depth of the sheet pile?
20     A.  Post-Katrina?  I don't know.  I guess
21 probably, um -- when they did the, you know,
22 the 17th Street canal --
23     Q.  I mean, I'm just talking about the
24 EBIA?
25     A.  I don't know.

Page 199

1      Q.  -- you saw that said 25 feet.
2      A.  Uh-huh.
3      Q.  First question:  Do you know what --
4  when they talk about a depth of -8 NGVD, do you
5  know what that's referring to?
6      A.  I think it's below the national
7  geodetic vertical datum something, you know,
8  but now NGVD.  Because it's funny thing about
9  New Orleans.  They have Below Mean Gulf, MLG,
10 NGVD, Nav 88 and stuff, you know, so elevations
11 really there is a little bit -- but now they're
12 being standardized I think on account of they
13 found out that the floodwall is lower or higher
14 and stuff.  So when you see these numbers, the
15 more reliable numbers would be after Katrina.
16     Q.  Okay.  But do you know if the -8 NGVD
17 means that the sheet pile length was only
18 8 feet --
19     A.  No.
20     Q.  -- below the floodwall?
21     A.  No.  It has to be -- probably it's
22 got -- it's not going to just be 8 feet,
23 because that would refer to elevation.  The
24 NGVD -- -8 NGVD would refer -- it's not the
25 sheet pile.  The sheet pile could be from

Page 198

1          MR. JOANEN:
2              You mean by people other than
3          those just looking at it on the
4          ground?
5          MS. WAGER-ZITO:
6              I'm asking if he's aware of any
7          analysis.
8  EXAMINATION BY MS. WAGER-ZITO:
9      Q.  Mr. Joanen asked you some questions
10 early on about data gaps when Washington Group
11 was doing its recommendation report.
12     A.  Uh-huh.
13     Q.  And there was some discussion about
14 how those data gaps were filled.
15     A.  Uh-huh.
16     Q.  Is it your understanding on this
17 project that the Washington Group and the Corps
18 worked collaboratively to fill those data gaps
19 and then to come up with a course of action
20 based on what they learned going forward?
21         MR. JOANEN:
22             Object to form.
23 EXAMINATION BY MS. WAGER-ZITO:
24     Q.  You can answer.
25     A.  Yeah.  Well, the way I understand this

Page 200

50  (Pages 197 to 200)

BACUTA, Ph.D., GEORGE

7/2/2008

1   is, Washington Group got to prepare a plan.
2   Okay? Plan would identify some data gaps from
3   here.  (Indicating.)  Based on this studies
4   right there.  So they had to fill in the data
5   gap, and you're proposing to the Corps that
6   we're going to have to do something about this
7   data gap.  If it's -- if it's okay, and it's
8   going to be under the -- because potentially
9   we're going to be working under RECAP
10  guidelines.  Okay?  So then the Corps would
11  look at it and say, okay, you know, this could
12  be a data gap, you know, so let's do it.  You
13  know?
14          Then when you do the actual work, then
15  you're going to have to go with LDEQ.  Then you
16  prepare another plan, a RECAP plan, give it to
17  LDEQ and say, LDEQ, this is what we're going to
18  do at the site.  You know?  Then this is what
19  we propose to do.
20          LDEQ would comment on it and say,
21  that's enough, or you're going to have the
22  company more work, or, um -- you don't need
23  this one, you know.
24          Then we go with it.  You know?  Then
25  after the RECAP investigation, then we have a

Page 201

1   what they call a corrective action plan.
2   Because in the RECAP you're going to identify
3   areas, probably, that may need some, you know,
4   special treatment or special remediation, you
5   know, or removal and all this stuff.  Then,
6   um -- then with the corrective action plan,
7   you're going to tell LDEQ that this what we're
8   going to do, and this is how much we're going
9   to excavate, and this is how deep we're going
10  to go.
11          And then LDEQ would take a look at it
12  and say, well, that's okay, you know, or you're
13  going to do this more, or you don't need this
14  and all this stuff.
15          Then after that corrective action
16  plan, then you have -- you're going to submit a
17  verification -- a closure report that includes
18  what they call a confirmatory sampling and
19  testing where you're going, to -- this is what
20  we have now at the site.  Can you grant us some
21  closure or no further action at this time?
22          And LDEQ would, you know, take look at
23  it and say, oh, you did a good job, or, oh, you
24  didn't do a good job, you know.  Or oh, you did
25  a good job, we're going to have to give you a

Page 202

1   certificate.  And that's the end of it.
2       Q.  Okay.  Mr. Joanen asked you some
3   questions about a geophysical survey being
4   performed.
5       A.  Uh-huh.
6       Q.  And that it had to be performed by a
7   qualified individual?
8       A.  Uh-huh.
9       Q.  Can you just tell us what a
10  geophysical survey is?
11      A.  There are different types of
12  geophysical surveys.  It depends upon the
13  purpose of what you're looking for.  You could
14  do an electrical methods -- there are some
15  electrical methods, there are some magnetic
16  methods, then there are some seismic methods.
17          (Off the record.)
18  EXAMINATION BY MS. WAGER-ZITO:
19      Q.  Methods or metals?
20      A.  Methods or tools, you know.  Seismic
21  methods or magnetic methods, or ground
22  penetrating radar, a lot of stuff, you know.
23          At the IHNC, they're more worried
24  about -- when -- during the site preparation,
25  they're worried about, when you do some

Page 203

1   dredging and stuff, if you suck in some metals
2   or some concrete in the subsurface, it's going
3   to damage equipment.  Okay?  So that's what
4   they're worried about.  So they have to do
5   some, you know, geophysical testing.  And also,
6   they have to verify whether they got some
7   buried metals, concretes in there.
8       Q.  Is the geophysical survey in any sense
9   a geotechnical analysis?
10      A.  It depends upon the purpose of why
11  you're doing that survey.  It could be for the
12  purpose of a geochemistry issue, it could be a
13  purpose of a geotech issue, it could be a
14  purpose of other issues, structural issues.
15      Q.  What was its purpose in connection
16  with the East Bank Industrial Area work?
17      A.  It's a purpose for either if you got
18  some buried materials in there that are more
19  contaminated and stuff, like drums and stuff,
20  or if you got some materials -- buried
21  materials in there that you need to take out
22  because when you get with the dredging
23  equipment it's going to destroy your equipment.
24      Q.  So in this instance, was it for
25  purposes of doing a geotechnical analysis?

Page 204

51 (Pages 201 to 204)

BACUTA, Ph.D., GEORGE

7/2/2008

| | |
|---|---|
| 1    A.  Not really.<br>2    Q.  And did it, the geophysical survey<br>3  that was being conducted, have anything to do<br>4  with an analysis of the stability of the levees<br>5  or the floodwalls?<br>6    A.  No.<br>7    Q.  You were asked some questions about<br>8  the dilution factor or the dilution attenuation<br>9  factor?<br>10    A.  Uh-huh.<br>11    Q.  What was the purpose of doing that<br>12  analysis of the dilution factor?<br>13    A.  It is a, um -- it is their method of<br>14  kind of classifying the groundwater.  You<br>15  got -- DEQ got this Groundwater 1, Groundwater<br>16  2, Groundwater 3.  Then they had to calculate<br>17  some kind of concentrations and stuff, you<br>18  know.  I'm going to have to go back to the<br>19  RECAP to restudy it and how it's used for, but<br>20  what I -- but the dilution factor is like<br>21  looking for a body that would be impacted by<br>22  the contaminant, the residual contamination.<br>23  So, um -- it depends upon the distance to a<br>24  surface water body, I think, for the dilution<br>25  factor.<br>Page 205 | 1  a fault at this site?<br>2    A.  No, I don't think so.<br>3    Q.  Do you think if that existed it would<br>4  have shown up in any of the analysis that was<br>5  performed prior to this work being done?<br>6    A.  Yeah, but it's difficult to, um --<br>7  it's difficult to really put a line in there.<br>8  I mean, it's difficult to see that kind of<br>9  fault that he's talking about.  And you going<br>10  to have to be an expert and got more evidence<br>11  that would support that really this is a fault.<br>12    Q.  And you're not aware of any such<br>13  evidence existing.<br>14    A.  No.  Maybe -- no.<br>15    Q.  That's all I have.<br>16    A.  Okay.<br>17  EXAMINATION BY MR. JOANEN:<br>18    Q.  Just a couple follow-up questions.<br>19    When you talk about the slug tests,<br>20  was the slug test, that you know of, done<br>21  between the area where the sewer lift station<br>22  excavation took place and the floodwall?<br>23    A.  I don't know.  You're going to have to<br>24  go back to that report, I think.<br>25    Q.  And my same question with that Boland<br>Page 207 |
| 1    Q.  And does the dilution factor have<br>2  anything to do with the stability of the levees<br>3  or the floodwalls?<br>4    A.  No, it doesn't.  It's just -- it's<br>5  more related to the screening standards of the<br>6  groundwater.<br>7    Q.  Dr. Bacuta, are you aware of a theory<br>8  by Mr. Gagliano that there's a fault located at<br>9  the IHNC site?<br>10    A.  No.  I've heard about, um -- they talk<br>11  about it in the general geology of southern<br>12  Louisiana, but there is nothing really around<br>13  that project area.<br>14    Q.  So are you aware of any evidence that<br>15  there's --<br>16    A.  No, I'm not aware.<br>17    Q.  -- a fault at the --<br>18    A.  IHNC?<br>19    Q.  -- IHNC site --<br>20    A.  At the east bank area?<br>21    Q.  Yes.<br>22    A.  No.<br>23    Q.  Do you know if there was any<br>24  subsurface investigation performed prior to<br>25  this work to determine whether or not there was<br>Page 206 | 1  excavation site, do you know, as you sit here<br>2  right now, of any slug tests performed to<br>3  indicate the stratification between the Boland<br>4  excavation site and the floodwall?<br>5    A.  I don't know.<br>6    Q.  If any were done, the slug tests<br>7  report would indicate that, correct?<br>8    A.  I don't know.  If it's -- it depends<br>9  upon where that location is, where that slug<br>10  test is located.<br>11    Q.  Were either of those tests utilized as<br>12  a basis for the information in your August 4th<br>13  and August 5th, 2005, E-mails to Richard Lesser<br>14  that dealt with water passing across the<br>15  floodwall?<br>16    A.  That's separate thing.<br>17    Q.  I'm just asking, was that part of your<br>18  analysis?  Did you review that in putting that<br>19  information into that August 4th or 5th, 2005<br>20  E-mail to Richard Lesser?<br>21    A.  I don't know if it does.  I'm not sure<br>22  about that one.<br>23    Q.  You just don't recall as you sit here<br>24  today?<br>25    A.  I don't recall.<br>Page 208 |

52 (Pages 205 to 208)

BACUTA, Ph.D., GEORGE

7/2/2008

```
1       Q.   I have no other questions.
2           MR. EHRLICH:
3               Nothing.
4           (Off the record.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                    Page 209
```

```
1           WITNESS' CERTIFICATE
2
3           I, GEORGE C. BACUTA,  Ph.D., do
4   hereby certify that the foregoing testimony was
5   given by me, and that the transcription of said
6   testimony, with corrections and/or changes, if
7   any, is true and correct as given by me on the
8   aforementioned date.
9
10  _____   _____
11  DATE SIGNED          GEORGE C. BACUTA,  Ph.D.
12
13  _____ Signed with corrections as noted.
14
15  _____ Signed with no corrections noted.
16
17
18
19
20
21
22
23
24
25  DATE TAKEN:  July 2nd, 2008
                                    Page 210
```

```
1           REPORTER'S CERTIFICATE
2           I, JOSEPH A. FAIRBANKS, JR., CCR, RPR,
3   Certified Court Reporter in and for the State
4   of Louisiana, do hereby certify that the
5   aforementioned witness, after having been first
6   duly sworn by me to testify to the truth, did
7   testify as hereinabove set forth;
8           That said deposition was taken by me
9   in computer shorthand and thereafter
10  transcribed under my supervision, and is a true
11  and correct transcription to the best of my
12  ability and understanding.
13          I further certify that I am not of
14  counsel, nor related to counsel or the parties
15  hereto, and am in no way interested in the
16  result of said cause.
17
18
19
20
21
22
23  _____
24      JOSEPH A. FAIRBANKS, JR., CCR, RPR
25      CERTIFIED COURT REPORTER #75005
                                    Page 211
```

53 (Pages 209 to 211)

**A**

**abandonment** 187:22 189:15

**ability** 211:12

**able** 10:4 36:13 54:11 79:5 95:13,15 114:11 117:3 167:17

**above-ground** 45:19 73:6

**Absolutely** 189:5

**academic** 15:12 15:21

**acceptance** 108:23 110:1

**account** 161:5 198:12

**accuate** 166:2

**accumulates** 190:23

**accurate** 19:16 19:17 127:13 127:14

**achieved** 18:4

**ACM** 136:12

**action** 1:4 58:24 58:25 136:24 169:1 200:19 202:1,6,15,21

**actions** 7:11

**actual** 64:19 201:14

**add** 128:17

**added** 131:18

**additional** 17:25 124:2 136:12 152:13

**address** 9:22 11:23 59:20,22 59:24 79:14 80:14,20 85:17 92:11

**addressed** 42:16 80:11

**addresses** 112:12

**adjacent** 42:15 65:24 134:16

**adjacentness** 182:5

**administering** 6:24

**Adrian** 2:23 191:24

**advising** 166:17

**Aerially** 86:13

**affect** 41:14 173:6,13

**affirmatively** 145:1

**aforementioned** 6:4 210:8 211:5

**agencies** 66:12

**ago** 58:12 157:16

**agree** 169:24

**agreed** 6:2 67:14 108:17 111:22 112:24

**agreement** 108:22

**agrees** 52:14,15

**ahead** 53:7 139:16 184:21

**air** 102:6

**ALFIERI** 3:2

**allegations** 7:16

**Allen** 150:2

**allow** 9:2,12 152:22 176:7 177:5

**allowing** 190:3

**allows** 24:6

**alluding** 165:23

**alternative** 25:21,21 32:16 32:21

**ambient** 181:25 182:1

**amendments**

85:1

**AMERICA** 2:9

**analysis** 17:23 70:3,22 71:2 72:6 81:23 82:16 83:14,15 84:16 109:25 112:2 119:14 119:17 120:14 123:9 126:16 130:20 131:20 140:19 141:6 142:4,22 148:1 153:17 156:7 156:10,12 167:20 171:4 177:4 183:13 185:19 186:16 187:4 192:24 192:25 194:1 195:3 200:7 204:9,25 205:4 205:12 207:4 208:18

**analyst** 32:5

**analyzed** 38:9 144:6 149:1

**and/or** 210:6

**answer** 6:13 9:8 11:10,10 65:19 94:3,4,10 101:3 158:12 200:24

**answered** 144:10,20,24 153:22

**answers** 10:15

**anthropogenic** 86:2

**anticipate** 15:12 117:18

**anticipated** 132:10 134:4

**anticipating** 29:5 58:13

**anybody** 11:16

11:19 67:6 159:12 199:17 199:17

**anymore** 43:16 81:24 82:1

**anyway** 33:2 44:22 65:20 182:3

**APPEARANC...** 2:1

**appears** 19:3 76:19

**appendices** 25:19

**appendix** 33:23 44:8 102:13 122:11 164:19

**application** 17:16

**applied** 22:12,14

**appreciate** 8:11

**appreciated** 169:23 170:3

**approaches** 38:11

**approval** 53:25 87:20 126:16 126:24

**approve** 52:23 52:24

**approved** 133:20 184:22

**approximately** 81:9 140:12

**approximation** 116:24

**April** 132:18,24

**apron** 45:10

**aquatic** 50:4

**aquifer** 40:23 41:4,5,8 118:3 118:5,20

**Arabia** 20:8,9

**area** 7:21 25:5 25:11 26:17,17 26:21 27:8,16

27:20,22,22 28:18 29:9,23 30:3,4,10,11 35:8 36:17 38:9 40:1,2,5 40:14 41:4,18 42:8,13 44:25 48:17 50:17,20 54:18,21 55:2 55:13 60:20 68:8,11 76:4 78:6 80:1,3 83:1 84:6 88:24 92:14 93:7 95:21 113:9,12,19 114:13 116:9,9 118:13,16 120:6,9,22 122:9 123:14 124:7,9 144:7 145:3,19,20 147:25 152:22 153:18 154:19 154:24 163:6 178:22 181:23 193:18 194:14 194:14 195:23 204:16 206:13 206:20 207:21

**areas** 27:2,20,21 28:11,14,16 112:19 115:4 115:14 118:19 118:19,24 179:20 202:3

**argument** 100:19

**Arkansas** 62:12

**arm** 96:25 97:2 157:5

**Army** 155:15

**arrows** 171:23

**arsenic** 85:11,18 85:20,25 86:21 87:21 88:21

BACUTA, Ph.D., GEORGE

7/2/2008

Page 213

**Artesian** 151:20
**artificially** 196:8
**asbestos** 24:21
  137:15,17,21
  137:25 138:2,3
  138:5 139:20
**asbestos-conta...**
  139:11
**asked** 103:3
  107:21 144:10
  144:20,22,23
  153:22 170:19
  192:4 200:9
  203:2 205:7
**asking** 7:17 9:21
  35:14 77:25
  94:14 98:4
  99:14,18
  101:16 103:8
  123:4 145:17
  158:6 159:12
  176:12 200:6
  208:17
**aspect** 138:23
**aspects** 8:18
**assessment** 33:9
  33:19 69:24
  148:10 154:10
  179:18 192:6
  192:11
**assessments**
  46:9
**assigned** 143:2
**associated** 21:10
  23:7 63:18
  139:10 142:18
  144:13 154:23
  155:4 156:3
**assume** 175:13
  175:20,21
  179:11 185:14
  186:8,14
**assuming** 98:13
  176:3,20
  177:14
**assumption** 81:7

**assumptions**
  81:7 186:1,3
**assurance** 20:13
**ASTUST** 122:9
**as-built** 199:15
  199:16
**attach** 66:23
  67:6
**attached** 19:10
  19:12 73:22,24
  76:13 86:25
  87:7 103:14
  110:14,25
  124:23 126:20
  133:7 139:5
  153:14 154:13
  165:7 170:16
  171:13 182:7
  184:5 187:2,5
**attained** 12:15
  13:10
**attended** 155:13
  170:19
**attending** 16:20
**attention** 27:4
  30:17 59:2
  69:18 127:16
  159:23 169:15
**attenuated**
  81:25
**attenuation**
  205:8
**attorney** 11:1,2
**august** 136:14
  159:24 171:19
  175:2,2 178:1
  184:14 208:12
  208:13,19
**available** 8:12
  60:13 174:4
**Avenue** 27:10,13
  45:14 164:11
  166:18 172:10
**aware** 42:10
  180:16 182:19
  199:18 200:6

  206:7,14,16
  207:12

---
    **B**
---
**B** 4:8
**back** 10:22
  20:20 21:13
  39:7 60:21
  67:1,8 76:9
  89:22 91:19
  93:11,12,13
  100:23,25
  140:7,20 141:7
  141:7 163:16
  164:7,8 193:5
  205:18 207:24
**background**
  85:11,17 86:4
  86:21 87:21
**Bacuta** 1:10 7:1
  7:9 11:22,23
  20:15 50:11
  66:18 74:2
  118:11 183:6
  191:23 206:7
  210:3,11
**Baltimore** 48:20
**bang** 61:6
**bank** 7:21 27:7
  27:15,19 28:17
  29:8,22 30:3
  30:14 35:8
  36:17 37:16
  38:9 41:4
  42:12 43:19
  44:24 50:16,19
  54:17,21 55:1
  60:20 68:7,11
  76:4 84:6 86:7
  92:14 95:21
  113:18 118:12
  121:23,24
  145:3,19
  147:25 152:22
  153:17 154:19
  154:23 169:3
  178:21 181:22

  182:23 194:9
  195:22 204:16
  206:20
**Baronne** 2:5
**barrier** 100:13
**base** 22:3 117:12
  117:12
**based** 51:5 72:16
  75:19 78:21
  81:13,21 90:15
  117:11,19
  131:17 140:15
  151:25 166:9
  170:6 197:12
  200:20 201:3
**basic** 53:20
  117:13
**Basin** 57:15
**basing** 172:22
**basis** 208:12
**Bates** 18:22 32:2
  32:9 33:24
  66:24 106:2,7
  110:19
**Bay** 48:21
**Bayou** 62:13,20
  63:16 67:23
  129:9 165:22
  165:24 172:6,8
  172:13,19,23
  172:25 173:5
**Bea** 152:14,16
  157:2,7,10,23
  181:6
**Bedford** 48:19
**beginning** 44:22
**begins** 167:20
**behalf** 7:10
  55:20 149:19
**believe** 18:22
  23:21 34:24
  88:19 117:22
  131:19 163:3
**believed** 51:11
  84:10
**believes** 134:15

**belongs** 74:18,19
**beneath** 93:24
**benefit** 78:22
  99:8
**Benjamin** 2:15
**bentonite** 188:1
  189:3,10
  190:20
**berms** 113:6
**best** 125:2
  132:20 163:19
  185:14 211:11
**better** 54:11
  115:21
**Bielecki** 178:15
  179:1,2,10
  180:10,14
  193:2
**Bienvenue**
  165:22,24
  172:7,8,14,19
  172:23,25
  173:6
**big** 18:9 21:5,15
  32:20 42:5
  43:3,3 62:16
  114:12 163:6
**Bill** 92:7 93:22
  94:22 125:6,16
  125:18 127:4
  137:8 140:3
**bit** 17:2 22:15
  27:18 28:10
  38:14 53:11
  59:9 78:18
  119:8 193:19
  193:20 197:3
  198:11
**Blake** 150:2
**Blasek** 74:23
**blocking** 154:5
  194:7
**blue** 172:13
**board** 64:23
  65:8,11,14
  142:24

BACUTA, Ph.D., GEORGE

**Bob** 152:14,16
  157:2,7,10
  181:6
**body** 172:21,21
  173:24 205:21
  205:24
**boil** 156:2
**boils** 170:12
**Boland** 45:11
  84:7,17 154:10
  159:5 179:19
  179:22 207:25
  208:3
**Bonfouca** 62:13
  62:20 63:16
  67:24 129:10
**boring** 187:20
  196:8
**borings** 50:15
  115:13,13
**born** 13:3,5
**borrow** 112:12
  112:15,17,22
  113:5,13
  114:12 156:9
  156:17 163:6
**Boston** 48:18
**bottom** 32:8
  50:3 136:17
  190:9
**box** 2:14 157:3
**boxes** 183:5
**braced** 176:3
**BRAD** 3:6
**branch** 2:11
  17:24 18:15,16
  20:23 21:1
  34:6,12 35:3
  60:3,4 74:21
  103:23
**branches** 60:15
**breach** 159:5,5
  159:18
**breaches** 1:4
  7:12
**break** 11:15,15

  11:16,19
**bridge** 27:10,24
  172:12,13,15
**brief** 16:12
  66:16
**briefed** 181:2
**briefly** 19:15
**Briesch** 181:13
  181:17,18
**bring** 18:24
  52:10 58:17
  137:6 139:17
  139:24 140:2
**broke** 118:11
**broken** 26:21,23
  26:24
**brought** 7:15
  11:5 31:13
  32:23 33:23
  35:22 106:23
  107:1 108:15
  120:19
**Brouse** 74:6,18
**browse** 69:16
**browsed** 108:4
**BRUNO** 2:3,3
**buildings** 24:20
  31:11 39:1
  40:8
**built** 199:10
**Bureau** 14:5
**buried** 132:8,15
  196:21 204:18
  204:20
**burried** 204:7
**business** 61:8
**bypass** 27:11
  28:19 29:12,20
  37:9 42:19
  43:2
_____
**C**
**C** 1:10 7:1 33:23
  164:20 210:3
  210:11
**cake** 84:12 137:3
  141:3 142:6

  175:17 176:24
  177:10 179:22
**calculate** 114:12
  205:16
**calculation**
  113:17
**call** 25:17 30:8
  43:3 47:6
  55:25 98:12
  202:1,18
**called** 69:9 85:2
  89:4 103:18
  109:20 183:9
**camera** 154:6
**canal** 1:4 25:11
  26:21 30:5
  35:24 41:14
  95:23 118:1
  121:25 159:6
  160:20 161:1
  161:10,24
  165:21 166:12
  173:1 181:25
  182:2 185:7
  199:22
**CAP** 115:18
  136:23
**capping** 50:2
**carapace** 37:19
**care** 32:5 130:7
  133:1,24
  156:19
**carry** 67:1,7
**case** 7:11,14
  108:19
**casing** 188:7
**cast** 26:3,5 43:5
**catalogue** 15:20
**catch** 104:16
**cause** 159:4,18
  211:16
**cc** 179:1
**CCR** 1:24 6:22
  211:2,24
**cc'd** 178:14
**center** 95:20

  180:19
**Central** 49:15
**certain** 59:7 69:7
  155:1 180:18
**Certainly**
  128:18
**certificate** 81:4
  169:2 203:1
  210:1 211:1
**certification**
  137:21 168:18
**certified** 1:25
  6:23 139:24
  211:3,25
**certify** 210:4
  211:4,13
**Chalmette** 172:9
**chance** 9:23 11:8
  74:4 101:19
**change** 88:9
  166:11 193:14
  193:21,25
  194:1
**changed** 167:23
  185:6 194:3
**changes** 75:20
  75:22 85:1
  174:22 210:6
**channel** 27:11
  28:19 29:12,20
  42:19 43:2
  120:2
**channels** 32:1
  37:9
**CHARLES** 3:10
**check** 52:11 64:3
  183:5 193:8
**chemical** 17:21
  17:23
**chemists** 75:8
**Chesapeake**
  48:21
**chief** 103:22,23
**chose** 53:15
**chosen** 25:3
**Chris** 2:24 192:1

**CHRISTOPH...**
  3:2
**chromite** 14:9
**civil** 1:4 2:11 6:6
  18:13 35:2
  52:18 143:17
**Claiborne** 55:3
**clarification**
  196:11
**clarify** 48:4
  129:1
**class** 7:11,16
**classes** 16:25
  17:1
**classification**
  118:25 119:2
  129:11,17
  130:6,10,12
  134:2,5 149:10
  149:11,17
  164:4,5 185:15
  185:16,25
  186:15,17,23
**classifications**
  150:4
**classify** 150:21
**classifying**
  173:25 174:1
  205:14
**Claude** 27:24
  55:3
**clay** 38:2 40:6
  42:8 47:10
  48:23,24 150:8
  150:11,11,14
  150:14,16,18
  150:21,22,24
  151:3,4,6,8
  162:24 182:17
  188:10 194:9
**clays** 37:24 38:3
  41:9 47:1
  100:20 113:13
  118:8,22 147:5
  147:16 182:16
  188:15 193:12

BACUTA, Ph.D., GEORGE

7/2/2008

Page 215

194:8
**clean** 24:11
112:23 114:24
114:25
**cleaner** 181:25
**cleaning** 129:6
**cleanup** 186:5
**clear** 8:9 10:7,9
10:10 53:19
61:15 91:21
108:9 153:16
**clearly** 10:16
104:2 184:6
**close** 42:25
118:1 119:24
155:6 172:10
**closeness** 160:20
161:24
**closest** 173:1
**closure** 81:3
136:25 148:5
160:6 169:1
183:2 192:23
202:17,21
**closures** 22:4
**Coast** 27:21 55:2
**collaboratively**
200:18
**collapse** 188:12
188:13
**Colleagues** 74:8
**collect** 28:7
**collected** 122:6
**collection**
130:20 131:5
131:23
**column** 189:2,10
**come** 18:10
22:19 25:13
26:13 28:9
97:15 176:2
200:19
**comes** 18:22
36:10 80:6
89:22 113:13
167:1 183:18

189:13
**coming** 22:24
128:2 162:10
183:23
**comment** 74:14
91:16,17 92:23
127:16 128:16
128:24,25
130:13 137:1
145:9 146:2
152:20,24
169:17,25
170:9 186:20
199:17 201:20
**commented**
74:15 111:1
170:12 184:19
**comments** 66:1
73:20 75:19
80:11,12,14
86:20 88:3,5
88:11 117:17
126:15 127:4
128:15 131:18
138:21 146:15
146:25 170:6
183:8,16
185:13 186:25
**Commission**
1:12 7:2 8:11
**communication**
151:18
**communicatio...**
68:10 94:19
146:24 158:20
159:17
**compaction**
142:10,12,17
144:15 179:25
**companies** 26:10
**company** 57:5
78:4 201:22
**complete** 55:15
78:17 80:1,2
88:21 106:15
**completed** 57:20

**completely**
176:9
**completion**
67:18 87:5
167:5
**complex** 151:23
**compliance** 25:6
27:4 56:9,9
58:19 59:12
65:5 75:3
80:23 83:1
114:1 134:2
**compliant** 51:19
52:4
**complied** 66:13
**comply** 197:20
**components**
30:16
**computation**
35:18
**computer** 211:9
**concentrate**
28:12,15
**concentrating**
165:18
**concentration**
120:25
**concentrations**
28:9 205:17
**concepts** 10:1,1
**concern** 43:16
43:23 47:2
50:22 51:3
112:3 137:14
168:10,17
**concerned** 38:16
39:1 41:7 42:3
42:4 46:14
50:10 51:3,4
51:14,16,20
65:6 73:5,8,10
73:12 93:23
135:16,20
168:19,20,22
168:23,25
173:21,23

**concerns** 42:11
59:11 65:4
94:22 128:1
140:8 145:4
146:15 168:6
**concluded** 94:15
**conclusion**
162:10
**conclusions**
162:20
**concrete** 45:20
76:21 84:10
136:13 196:22
196:22 204:2
**concretes** 204:7
**conduct** 61:7
**conducted** 205:3
**conductivity**
151:10,21
152:21 153:2
**confident** 47:4
80:6,7
**confined** 40:24
51:12 178:4
**confirmatory**
202:18
**confused** 71:8
173:19
**Congress** 52:10
52:12,12,22,23
53:6
**connected**
151:14 182:3
182:13
**Connecting** 32:1
120:2
**connection**
192:19,25
204:15
**conscious**
166:17
**consider** 173:2
**consideration**
116:12
**considered**
102:21 117:2

125:10,12
127:11 128:8
175:17 176:21
**considering**
139:18
**CONSOLIDA...**
1:5
**constant** 130:4
**construct** 28:19
29:14
**constructability**
43:8
**constructable**
26:8
**constructed** 25:5
**constructing**
43:4
**construction**
20:13 30:11
31:9,12 39:1
42:18,20 52:21
56:2 57:8
59:17,17,23,23
59:24 63:20
73:11 74:17
82:20,21
105:25 114:16
136:22 137:18
138:5 143:10
143:11,14
146:11 169:15
**consultant** 56:6
63:8,9
**contact** 137:10
**contain** 118:21
**contained**
100:16 164:18
**containment**
191:16
**contaminant**
205:22
**contaminants**
37:15 38:17,18
39:25,25 46:15
46:24 48:24
98:15 99:5

100:8 101:11
101:12 102:3
114:5 176:11
187:9 188:24
191:6,14
**contaminated**
36:3 50:2 81:9
81:19 83:17
112:19 115:4
204:19
**contamination**
26:15 37:10
112:6 161:21
192:16 205:22
**contemplated**
85:23 88:24
**contemporane...**
39:22
**context** 117:7
**continuation**
24:8
**continue** 17:5
18:2 186:1
**continuous**
151:17 189:2
189:10
**continuously**
16:19
**contract** 23:21
23:23 30:21,24
31:4,5 57:2
60:6 70:6,6
78:23 148:7
**contracted** 63:4
78:5 123:16
**contracting**
23:24 24:3
53:13 89:25
90:3
**contractor** 21:25
54:12 57:4
60:5,8,12
82:16
**contractor's**
136:17
**contributing**

33:14
**contribution**
58:16
**control** 82:16,20
113:6 155:19
155:22 156:1
**controls** 169:20
**conversation**
53:6 166:5
**convey** 186:21
**coordinate**
57:17 66:4
81:2 91:18
155:8 184:20
196:10
**coordinated**
80:24
**coordinating**
93:5
**coordination**
155:11
**copied** 179:1
**copies** 18:25
**Copper** 14:9
**copy** 109:21
136:18 164:22
**Cornell** 13:18
14:1,14,17
15:4,23 16:12
16:16,20 17:2
18:7
**Corps** 12:10,17
12:22 18:11,12
20:10,12 21:16
22:6,13 28:2
28:15 29:19,21
32:11 34:14
36:11 47:15
48:5,7,13,18
49:23 51:15
53:23,24 55:20
59:25 60:9,11
60:17 63:1,3,5
63:6 65:13,22
70:17 74:16
75:20 78:24

90:2,17 91:15
91:17 92:22
115:15 117:18
134:21 141:20
141:24 142:9
143:2,20 144:5
144:13,14
149:19 155:15
155:18 156:19
158:23 169:7
180:16 181:12
197:16 200:17
201:5,10
**correct** 11:24
13:15 44:3
45:10,13,15
51:17 61:11
70:13 71:18
72:7 76:5
78:25 79:15,19
80:21 82:6
84:3,21,22
88:25 91:7
97:21 98:19,23
99:11 100:18
101:14 102:4,7
102:23 108:11
110:1 118:16
119:14,17
120:3 122:8
124:5,14 128:8
130:2 131:11
134:12 142:19
142:20 162:13
162:20 164:25
166:21 167:24
177:11 185:8
186:2,16
188:19 190:8
208:7 210:7
211:11
**corrections** 9:23
210:6,13,15
**corrective** 58:24
58:25 202:1,6
202:15

**corridor** 25:11
30:5
**cost** 20:6 26:6
31:4 54:24
57:20 73:13
78:19 138:19
139:14
**costly** 25:1 26:7
55:16 129:9
**counsel** 6:3
105:20 211:14
211:14
**country** 24:11
**Coupee** 156:2
**couple** 164:6
207:18
**course** 10:25
12:6 51:1
116:15 169:6
170:18 200:19
**courses** 12:7,8
155:14,17
**court** 1:1,25
6:23 8:13,22
9:13 10:22
11:5 66:25
211:3,25
**cover** 90:18
92:20
**cradle** 23:25
**credits** 15:25
**creosote** 62:15
**criteria** 90:13
91:1,22 92:11
92:15 93:2,5
94:21 100:2
103:11 132:17
133:4 134:6
**critical** 129:2,4
**crossing** 166:18
**cross-section**
51:2 157:1
**curious** 105:11
**current** 161:7
**curriculum** 19:4
**curtain** 45:6,21

46:11,22
165:16 167:24
168:3,9
**cut** 35:21

**D**

**D** 4:1,8
**damage** 204:3
**Dames** 122:12
**data** 78:12,15,16
79:18,21 80:10
80:13,19,21
123:19,23,23
124:1,13,15,25
125:10,13
126:2,3 127:17
130:19,20
131:5,6,23,23
181:22 199:12
200:10,14,18
201:2,4,7,12
**date** 17:14 19:18
91:11 92:20
111:7,9 115:8
132:22,24
210:8,11,25
**dated** 32:1 67:11
76:25 85:9
106:17,25
107:3 108:17
109:20 111:8
119:19 132:18
133:5,13
136:14 138:14
148:17 181:20
**dates** 127:2
**datum** 198:7
**day** 126:17
164:7,7 191:25
**days** 91:3 171:19
**DDR** 53:2 54:6
54:14 56:18
61:16 78:9
79:3 177:17
**deal** 7:20 23:24
28:22 40:24,25
54:16,20,22

BACUTA, Ph.D., GEORGE

7/2/2008

Page 217

96:25 109:23
133:18 134:7
138:9 155:18
**dealing** 79:18
170:12
**deals** 36:2 55:1
68:7 112:11
130:13
**dealt** 54:23
208:14
**December** 76:5
**decide** 61:22
**decided** 28:15
100:6
**deciding** 46:8
**deep** 37:1 83:9
84:16 163:14
163:18 175:8
195:10 197:9
197:14 202:9
**deeper** 40:12
112:8 120:24
121:6 175:9
195:9 196:5,15
197:3
**deepest** 115:25
**deeply** 83:4
112:9 196:12
**defense** 22:1,2
34:25 47:8
**define** 40:17
54:7 129:11
**defined** 40:9
54:7 116:9
118:6
**definitely** 31:5
**definition** 40:15
**degree** 12:19,21
13:7,11,21
14:18 26:15,20
75:4
**degrees** 26:22
**Del** 181:13,17
**delay** 133:16
**Delfino** 181:17
**delineating**

116:12
**deliverable**
146:7,16
155:10
**deliverables**
55:24 143:6
**delivery** 55:21
56:1 59:4
61:22 64:24
66:10 68:23
73:4 84:3
**Delta** 86:8
**demolish** 30:12
31:7,11
**demolition**
31:10 36:1
54:9 59:10
72:22 73:6
76:10 80:4
138:6
**Dennis** 64:9
74:22 93:17
141:18 143:7
143:10 160:5
167:1,15,15
**Denver** 75:9
**department** 2:10
14:21 18:7
52:5 58:20
103:17
**depending** 10:2
**depends** 15:19
26:5 40:22
118:2 124:24
147:17 151:7
151:22 152:5
196:17 203:12
204:10 205:23
208:8
**deponent** 6:10
**deposition** 1:10
6:4,14 8:5,10
8:19,21 9:19
10:25 18:20
74:5 171:14
211:8

**depositions**
66:22
**deposits** 12:4
17:17
**depth** 37:6 43:18
44:23 93:23
97:10 115:23
116:3 135:21
195:5,7,13,20
196:1,9 197:15
197:23 198:4
199:4,19
**depths** 37:8
77:16,19
121:17,20
**DEQ** 137:20
205:15
**describe** 74:12
78:14
**describes** 100:7
**description**
150:7
**deserves** 169:14
**design** 25:18
28:21 29:17
35:25 37:7
39:6 43:5 51:6
52:19 53:2,20
60:11 160:24
164:19 175:16
176:2,22
**designation**
15:22 18:5
**destroy** 204:23
**detailed** 53:1
**determine** 26:11
41:25 117:4
147:25 182:20
185:24 206:25
**determined** 35:6
127:13 197:15
**determining**
192:19
**develop** 79:9,13
82:6,12
**developed** 36:11

36:25 61:15
70:5 105:17
**developing**
68:19 93:5
128:21
**development**
60:24 89:5,18
90:8 105:1
**devices** 95:12
**DF** 160:20,20
163:25 165:20
168:21
**Dicharry** 23:12
24:15 56:3
**dictated** 196:2
**dictates** 52:1
**difference**
108:14 150:10
183:21
**different** 10:3
15:23 24:19
28:5 34:15,22
38:20 57:3
96:10 107:19
132:22 175:5
185:10 203:11
**difficult** 130:8
207:6,7,8
**difficulty** 176:13
176:16
**diffusion/conc...**
182:4
**dilution** 160:22
161:23,25
163:25 165:21
168:22 172:23
173:3,25 205:8
205:8,12,20,24
206:1
**dilutionary**
160:21
**direct** 146:8
**direction** 40:18
97:12 98:1
197:16
**directly** 13:14

59:16 61:19
**disagree** 75:25
169:16
**discipline** 41:24
58:16,18 59:5
84:2
**discover** 31:2
82:7 113:23,24
196:18,20
**discovered** 84:8
175:23 176:1
**discrepancy**
104:17,21
**discuss** 175:25
**discussed** 195:5
**discussion** 77:3
195:12 197:22
200:13
**discussions**
42:11 61:21
65:13,17,21
83:4 146:25
159:3
**disposal** 29:1
36:3 59:11
73:2 136:11,11
138:3
**dispose** 28:23
115:16,20
**disposed** 112:20
**dispute** 104:3
**dissertation** 15:1
16:6,9 17:6
18:2
**distance** 155:1
180:19 205:23
**distinct** 59:7,8
84:5
**distribution**
151:8
**District** 1:1,2
12:12 19:23
20:1 23:5 63:7
64:23 65:23
103:17 136:2
154:15 159:1,2

districts 58:7
disturbed
  194:14,15,16
disturbing 77:13
divide 95:19
divided 34:15
  67:22
division 2:11
  34:19,20 56:6
  57:8,9,11
  59:14,21 60:1
  155:11
divorce 8:6
doctoral 14:18
doctorate 12:16
  12:18 13:11
doctor's 12:21
document 35:6
  35:22 36:16
  43:25 46:6
  51:5 68:17
  89:8,16 90:12
  90:13,17 91:1
  91:22 92:11,15
  94:21 95:1
  96:11 97:14
  100:2 103:2
  105:5 106:14
  106:15 107:12
  108:14 110:9
  112:13 113:3
  117:1,2 120:5
  120:12,18
  121:2,12 122:2
  124:19 125:3
  127:19 132:16
  132:17,23
  133:4 134:20
  134:21 136:20
  136:23,24
  171:16 179:14
  197:24
documentation
  35:25 51:6
  140:10 174:18
documents

18:23 19:18
  36:12,14 39:6
  44:20 46:5
  66:19 71:6,9
  72:5,14,15
  74:3,4,13
  102:10,11
  107:19 111:25
  117:20 134:6
  176:22
DOD 34:25
doing 17:2,20
  58:3 80:17
  175:7 192:12
  200:11 204:11
  204:25 205:11
dollars 62:17
dome 50:2
Dorado 62:12
DOTD 187:19
  187:19 189:17
Dr 7:9 11:22,23
  66:18 74:2
  118:11 183:6
  191:23 206:7
draft 75:14
  86:21 92:21
  111:2 183:9
  184:16
drafting 31:19
  33:12 34:4
  68:25 69:2
  85:4 89:7,13
  105:13,14
  124:3 136:20
drag 108:13
drainage 47:6
  164:11 165:13
  168:8 169:16
  169:20 171:21
  172:24 174:6
  177:6,20 178:2
  178:24
draw 69:18
  127:15 159:23
drawings 199:15

199:16
dredge 28:23
  43:3
dredging 43:2
  204:1,22
drill 21:4 188:6
  188:9
drilling 21:2
  148:10 154:10
  179:19
drinking 129:22
  130:1,4
drop 190:24
drums 204:19
dry 119:4,5,9
  190:1
dual 91:13
due 182:4
dug 140:24
  177:1
duly 7:6 211:6
duties 24:16
DUVAL 1:6
D.C 2:16

———————
E
E 3:10 4:1,1,8,8
EA 184:22
earlier 137:4
  184:15
earliest 19:18
early 195:18
  200:10
earthwork
  155:13 169:5
  169:14
east 7:21 27:7,15
  27:19 28:17
  29:8,22 30:3
  30:14 35:8
  36:17 37:15
  38:9 41:4
  42:12 43:19
  44:24 50:16,19
  54:17,20,25
  60:20 68:7,11
  76:4 84:6 86:6

92:14 95:20,23
  97:9,23 113:18
  118:12 145:3
  145:19 147:24
  152:21 153:17
  154:19,23
  164:15 169:3
  178:21 181:22
  195:22 204:16
  206:20
easterly 97:12
  98:1
EASTERN 1:2
easy 109:17
  189:7
EBIA 182:2
  199:8,24
economic 12:4
Ed 32:4
edits 187:4
education 12:14
  13:10
Edward 178:15
effect 42:13
  160:21
effective 54:24
EHRLICH 2:12
  29:24 35:10
  47:19 48:1
  50:6,9 63:22
  64:1 87:8,12
  94:8,13 98:24
  99:19 100:3
  101:1 102:25
  103:6 104:18
  105:6 106:4,12
  107:4,10,17
  108:25 109:5
  110:7,15
  111:14 117:5
  122:20,24
  124:17 134:23
  144:9,19,25
  145:7,25 146:9
  153:7,11,21
  154:3 158:2,7

158:11 159:8
  168:12 170:7
  170:17,23
  171:10 180:8
  209:2
eight 46:21,23
  99:9 178:11
  179:16 197:23
EIS 25:17 28:20
  174:19
either 10:22
  59:25 65:14
  88:14 109:8
  127:21 148:25
  165:21 177:15
  177:18 204:17
  208:11
El 62:11
electrical 132:6
  203:14,15
elevated 28:10
elevation 119:9
  198:23
elevations 97:13
  119:5 198:10
else's 88:5
embedded 150:7
emphasize 131:8
employed
  143:20 144:14
  158:23
employee 141:20
  141:21,22
employer 50:12
empty 136:1
encounter 118:2
encountered
  116:17
encountering
  117:21
ended 19:7 20:8
engineer 18:13
  20:13 59:18,23
  59:24 143:10
  143:17,18
  146:12 156:13

BACUTA, Ph.D., GEORGE

7/2/2008

Page 219

199:13
**engineering** 10:1
20:6 25:19
33:5 34:19,23
37:7 38:13
39:13,14 43:23
46:6,8 48:14
51:2 56:6 57:9
59:19,21 60:1
74:21 103:22
104:23 155:5
174:17 176:10
**engineers** 12:10
12:18 18:11
20:12 36:11
47:15 48:6,8
48:13 49:24
51:16 59:25
63:2,3,6,7
65:13,22 73:13
74:16 90:17
91:15,17 104:8
141:25 143:2
143:20 144:5
144:14,14
149:19 155:15
155:18 158:24
169:8 180:17
181:12 197:4
**enter** 14:1
189:24
**entered** 15:4,11
**entire** 54:16,22
54:23 76:3
199:5
**environment**
25:7 33:16
38:19 58:22
59:12
**environmental**
18:17 21:8
22:2 23:22
25:6,17,20
34:13 36:19
38:15 39:15
43:24 47:12,14

51:18 52:5
57:10 58:19,20
65:4 75:3 83:1
83:7 112:21
131:13 160:10
160:13
**EPA** 49:23 61:7
62:10,10,22
63:4,6
**equipment**
190:24 204:3
204:23,23
**ERDIC** 169:9,11
**ERIC** 2:21
**error** 134:22
**errors** 134:20
**ESCORTS** 3:8
**especially** 24:3
33:15 42:18
43:10,10,12
51:24,25 58:19
73:13 93:20
109:15 112:5
138:19 175:10
189:21
**ESQ** 2:20,21,22
2:23,24,25 3:2
3:3,9,10
**ESQUIRE** 2:4
2:12,13
**essence** 81:18
**essentially** 97:11
97:25 199:2
**establish** 85:17
86:4
**established**
163:15
**establishing**
163:24
**estate** 43:10
**estimate** 113:21
114:14 115:7
193:9
**estimates** 114:10
115:11
**estimation** 37:5

98:5
**evaluate** 95:13
95:16 143:3,20
176:7
**evaluated**
142:16 144:15
**evaluation** 31:15
32:1 44:18
69:24 120:3
177:16 199:19
**eventually** 25:4
**Everglades** 21:4
**everybody** 57:16
66:20 91:20
93:6,18,19
137:20
**evidence** 6:15
163:19 206:14
207:10,13
**EXAMINATI...**
4:3 7:8 19:14
30:2 33:1
35:13 44:16
48:11 50:6,14
64:7 66:17
67:9 74:1 77:1
87:3,14 94:5
94:18 96:14
99:7,22 100:10
101:5,13
103:15 104:9
104:20 105:10
107:23 109:16
110:17 111:6
112:1 117:10
118:10 120:17
122:22 123:2
125:1 126:10
126:22 133:9
135:4 139:6
144:11 145:11
146:3,13
153:15 154:7
154:16 158:5,9
158:16 159:11
165:8 167:3

168:14 170:10
171:2,17
180:13 181:4
182:9 184:9
191:22 195:4
200:8,23
203:18 207:17
**examined** 7:6
120:8,24 195:6
**example** 9:25
37:2 85:8
**exams** 14:25
**excavate** 114:4
196:12,15
202:9
**excavated**
112:20 113:11
115:20
**excavation** 36:2
43:3 77:22
83:14 84:16
85:22 115:25
116:15 136:10
136:11 139:11
140:11 141:1,2
142:6,14,22
143:21 144:7
145:5,5 146:17
156:18 161:6
176:3,21,23
177:18,19,23
196:3,3,5
207:22 208:1,4
**excavations** 77:3
77:17 83:10
112:4 115:23
117:21 145:22
154:25 162:13
179:21 180:17
**excavation/re...**
161:7
**exhibit** 4:10,11
4:12,13,14,15
4:16,17,18,19
4:20,21,22,23
4:24,25 5:1,2,3

5:4 18:19,21
19:3,9,11
73:15,16,16,17
73:21,23 86:19
86:24 87:5,6
103:2,13 110:6
110:9,12,13,19
110:24 111:15
124:19,22
126:1,11,19
133:4,6 139:4
153:13 154:8
154:12 165:6
169:5 170:14
170:15 171:8
171:11,13
181:20 182:6
184:1,4
**existed** 207:3
**existing** 25:24
42:24 207:13
**expanded** 38:25
**expect** 181:24
**expected** 8:14
196:23
**expensive**
152:14
**experienced**
129:9 131:5,22
**expert** 60:5,17
75:10 152:7,25
207:10
**expertise** 41:18
79:9 150:12
160:7 178:20
**explain** 132:23
**exposure** 134:3
**extra** 136:8
**E-mail** 157:24
158:21 160:15
160:18 164:25
165:1,25 179:7
181:20 184:14
208:20
**E-mails** 164:6
166:3,4 208:13

BACUTA, Ph.D., GEORGE

7/2/2008

Page 220

| F |
| --- |

**face** 65:1
**facilities** 26:25
  26:25 27:6
  169:2
**facility** 27:1,17
  123:16
**fact** 8:13 41:25
  45:15 72:13
  88:10 92:19
  104:21 121:13
  121:18 165:16
**factor** 116:12
  160:22 161:23
  161:25 163:25
  165:21 168:22
  172:23 173:3
  173:25 205:8,9
  205:12,20,25
  206:1
**failure** 159:4,18
**fair** 73:14 108:8
**FAIRBANKS**
  1:24 6:22
  211:2,24
**fairness** 44:17
**fall** 162:24
**fall-in** 114:7
**false** 117:23,25
**familiar** 52:17
  131:25 145:2
  145:18 146:14
  146:22,23
  147:2 148:20
  149:16,18,23
  150:13 154:24
  155:25 181:15
**far** 51:14 81:19
  173:17,17
**farther** 70:20
**fat** 150:11,14
**father** 8:7 18:12
  19:19,25
**fault** 206:8,17
  207:1,9,11
**feasible** 26:6

**feature** 78:17
  100:8 169:14
**features** 29:18
  54:8 76:13
**February** 35:23
  60:25 61:15
  126:16 128:5
**federal** 6:6 25:8
  76:16
**feel** 170:1
**feeling** 188:16
**feet** 36:18 37:2
  44:24 45:25
  46:3,12,22,23
  50:24,25 51:10
  51:17 81:10,19
  85:23 95:3,10
  95:14,17 97:10
  97:13 102:16
  102:16 104:1
  112:4 114:4,6
  116:2,5,6,10
  119:6,8,8
  120:25 121:4,6
  121:19,20,21
  140:12 145:22
  146:18 148:23
  149:2 157:4
  166:19 168:9
  175:18 178:11
  179:16 195:16
  196:4,16,24
  198:1,18,22
  199:1,1,2
**fell** 171:20
**field** 149:10,16
  152:10 193:2,8
**fifteen** 119:8
**fight** 34:21
**figure** 152:6
**fill** 112:19
  113:10,12
  141:7 161:6,7
  162:14,23,23
  162:25 163:2
  166:15 174:24

  179:24 200:18
  201:4
**filled** 80:19
  200:14
**fills** 163:7
**final** 71:23 87:19
  126:24 133:20
  183:7 184:22
**finalized** 9:21
  113:15
**finally** 17:4
  20:11 93:8
**financial** 111:2
**find** 26:14 27:2
  37:10 52:14
  55:14 80:14
  99:15 112:9
  114:19 116:22
  163:17 173:23
  194:10
**finding** 117:19
**fine** 36:9 81:4
**finish** 9:2,12
  16:25 27:11
  39:12,16 54:18
  79:11 83:24
  98:7 101:22
  115:18 135:18
  144:1 151:1
  173:12 174:9
  186:11
**finished** 14:24
  17:1
**finishing** 148:4,5
  148:6
**firm** 31:4
**first** 7:6 12:9
  14:13 20:9
  21:10 22:17
  24:15,25 25:9
  26:13,24 30:4
  44:20,21 52:18
  60:19 74:3
  81:7,19 84:24
  90:25 92:21
  105:7 106:5

  107:16 108:3
  144:22 147:23
  148:21,25
  153:16 154:17
  154:21 163:10
  163:10 165:9
  169:13 198:3
  211:5
**FISCHER** 3:6
**fishes** 50:3
**fit** 18:25
**five** 16:5 50:25
  51:17 81:10,19
  85:23 88:23
  95:10,14,16
  112:4 114:6
  119:8 120:8,25
  121:1,6 195:15
  196:15
**fixed** 56:22
**flat** 46:17
**flexibility** 24:7
**flexible** 53:15
**float** 26:1,2,3,4,7
  43:6,6,6
**flood** 42:24
  43:10 98:20
  99:4 100:18
  192:21
**floodwall** 42:15
  43:1 45:3,4,7
  65:25 66:7
  93:24 97:8,23
  99:3 116:10,11
  155:2,7 164:12
  165:13 166:18
  168:8 171:21
  172:2,5,17
  173:22 177:6
  177:21 178:3
  178:10,23,24
  180:2,18,19
  185:8 198:13
  198:20 199:6
  199:10 207:22
  208:4,15

**floodwalls** 20:25
  58:9 205:5
  206:3
**Florida** 12:12
  27:10,13
  172:10
**flow** 40:8,13,16
  40:17,18 41:15
  95:2,8,16,22
  96:21,24 97:12
  97:25 98:13
  99:12 160:25
  161:8,9,12
  162:12,15
  166:12 167:23
  167:23 168:7,8
  173:8,13 185:6
  185:7,10
  193:21 194:1,3
  194:15
**flowing** 174:7
  194:18
**flows** 98:14
**fly** 176:14
**focus** 7:18 58:15
  76:8
**focuses** 121:2
**folks** 15:15 16:4
  16:7 42:17,17
  52:15 57:1,7,8
  57:9,14 64:13
  73:11 74:16
  155:8
**follow** 51:24
  120:10,15
  195:24
**following** 80:4
  80:18 82:8,12
  189:14,17
**follows** 7:7 60:11
**follow-up** 53:3
  192:3 207:18
**food** 22:22
**foot** 88:24 99:9,9
  120:9 121:1
  197:24

BACUTA, Ph.D., GEORGE

7/2/2008

Page 221

force 169:21,21
  170:2
foregoing 210:4
forgot 58:21
form 6:12 8:21
  29:25 35:11
  47:20 63:23
  64:2,3,4 94:9
  94:12 98:25
  100:4 101:2
  104:19 109:1
  117:6 133:20
  134:24 135:1
  145:8,24 146:1
  146:10 166:23
  168:13 170:8
  180:6,9,25
  192:19 194:22
  200:22
formal 16:25
  17:1
formalities 6:8
formerly 22:1
  192:1
forth 76:9 93:11
  93:12,13 164:7
  211:7
forward 29:20
  200:20
found 18:7 44:21
  97:5 198:13
foundation
  17:10 57:15
  60:3 84:10
  96:19 140:15
  196:23
foundations
  34:6 136:12
four 186:2
frame 41:2
Franklin 2:15
Friday 103:24
front 43:25
FUDS 22:2
fulfills 122:16,18
full 78:24 79:5

167:18
fully 9:3 169:22
  170:3
fun 22:20
function 37:20
  37:22
funded 17:4
funding 15:19
  18:1,1
funny 152:18
  156:23,25
  198:8
furnished 69:7
  69:17,21 71:10
  71:12
further 52:20
  97:7 136:24
  169:1 202:21
  211:13

─────────
G
─────────
Gagliano 206:8
Galvez 27:20
  30:11,14,19
  31:3,7 55:2
game 114:15
gap 78:15,16,18
  79:18,22 80:10
  80:13,19 106:7
  106:9 123:19
  123:23,23
  124:1,13,15,25
  125:10,13
  126:2,3 127:17
  201:5,7,12
gaps 78:12 80:21
  200:10,14,18
  201:2
Gary 74:6,17
gas 28:7
GASPARD 3:3
gate 11:17
geared 12:3
  54:25
Gen 32:14
general 24:16
  34:23 37:4,5

73:8 74:20
96:20 114:14
147:13,18
206:11
generally 147:16
  169:20
generated 19:6
geochemical
  28:6
geochemist
  146:6
geochemistry
  12:3 17:22
  204:12
geodetic 198:7
geohydrologist
  178:17 179:9
geological 12:2
  14:20
geologist 21:3
  23:7 141:10,11
  141:14,16,17
  141:19,24,25
  142:1,8,18
  143:2,7,16,19
  143:24 144:5
  144:13 145:2
  145:18 146:5
  147:3 149:7,15
  156:13 160:10
  178:16 181:14
geologists
  141:23 181:10
geology 12:4,16
  13:8 14:19,20
  18:7 34:11
  35:3 38:12,24
  149:21,22
  150:1 181:15
  206:11
geophysical
  130:14,19
  131:5,10,14,23
  132:2,5,9
  203:3,10,12
  204:5,8 205:2

geophysics 12:3
George 1:10 7:1
  20:15 74:10
  128:24 210:3
  210:11
Georgia 20:11
  20:12
geotech 34:12
  35:1,3 38:12
  38:24 42:1,17
  43:22 60:3,4
  103:23 149:24
  155:4,8,11
  156:4,11
  164:14 172:4
  172:24 204:13
geotechnical
  12:7,8 18:16
  20:23,25 39:4
  59:14 103:17
  103:20 104:11
  156:13 169:7
  204:9,25
getting 55:12
  63:10 75:2
  107:22 133:19
  133:21 137:17
  153:5 172:17
  180:1,11
give 50:18 70:17
  73:14 85:8
  111:21 201:16
  202:25
given 1:11 8:4
  8:14 67:13
  102:10 105:16
  210:5,7
gives 129:2
giving 11:10
glad 11:20
go 12:24 15:7
  17:6 22:6
  25:16 27:1
  29:16,20 38:18
  43:1 50:8
  52:16,16,19,25

53:5,7 55:11
62:1 63:8
66:19,23 75:13
80:3,13 91:15
91:19 106:6
112:7 113:21
114:2 115:16
119:5,7 123:14
125:18,19
126:23 128:14
139:15 145:22
146:17 163:16
167:7 187:21
193:5 194:6,7
194:9,11
195:11,14,15
195:21 196:14
197:2,8,9,13
201:15,24
202:10 205:18
207:24
goal 38:16 50:22
  80:23 163:22
goals 38:20,20
goes 37:7 45:21
  46:11,22 91:19
  99:12 164:16
  166:3 172:14
  179:15
going 7:19,19
  9:6,7 14:16,19
  16:5,7 24:24
  25:2,3,5 26:1,2
  27:3,10 28:18
  28:21,22,24,25
  29:12 35:7
  37:1 40:3
  42:23 43:1
  48:25 49:7,10
  49:14,15 51:9
  51:22,22 52:8
  52:10,13,13,17
  52:21 53:9,12
  53:13 54:9,10
  54:11 55:8,10
  55:14 57:17,18

BACUTA, Ph.D., GEORGE

7/2/2008

Page 222

| | | | | |
|---|---|---|---|---|
| 57:19 58:8 | 193:6 194:6,9 | **grid** 115:3 | 185:6,10,16,25 | **guesstimate** 9:14 |
| 66:4,19,24 | 194:10,25 | **Grieshaber** | 186:5,23 188:3 | **guideline** 52:1 |
| 67:10 68:15,21 | 195:11,15 | 103:18 | 188:4 192:6,25 | 113:22 117:13 |
| 72:22 75:25 | 196:5,14,15,18 | **ground** 8:9 | 194:24 195:6 | 120:16 |
| 76:1,15,18 | 196:20 197:1,2 | 36:18 76:11,13 | 205:14,15,15 | **guidelines** 60:9 |
| 77:12,13,14,22 | 197:4,8 198:22 | 77:7,20 95:3 | 205:16 206:6 | 60:10,11,13 |
| 80:5,7,8 81:5 | 200:20 201:6,8 | 95:15,16 | **group** 8:1 21:9 | 80:5,18 82:8 |
| 82:1,5 85:22 | 201:9,15,17,21 | 118:18 156:21 | 33:25 34:18,24 | 85:19 113:2 |
| 86:6,7,16 | 202:2,7,8,8,9 | 181:22 190:13 | 35:1 42:1,2 | 117:9 196:2 |
| 87:11 88:6,19 | 202:13,16,19 | 196:25 199:1 | 44:5,6,14 | 197:13 201:10 |
| 88:22,23 90:11 | 202:25 204:2 | 200:4 203:21 | 48:15 55:5 | **Guillory** 55:18 |
| 90:23 91:14,19 | 204:23 205:18 | **groundwater** | 56:22 57:5,24 | 65:1 74:17 |
| 93:7 98:16,17 | 207:9,23 | 40:8,13,16,17 | 58:14 59:22 | 89:11 104:14 |
| 101:7,19,20 | **gold** 14:9 | 41:14 79:18,20 | 60:19 61:2,3 | 104:16 106:21 |
| 105:21 107:11 | **GOLDBERG** | 79:22,25 95:2 | 64:11 74:7,18 | 125:4,9 126:17 |
| 107:15,16,24 | 2:21 | 95:8,21 97:12 | 74:20 89:11 | 127:4,13,22 |
| 108:6,6 109:18 | **good** 22:22 | 98:13 100:11 | 90:1,16 91:16 | 131:19 143:13 |
| 112:7 113:23 | 23:15 30:24 | 100:15 101:14 | 97:20 100:6 | 143:16 178:14 |
| 113:24 114:17 | 32:18 52:3 | 102:7,8,9 | 111:23 113:24 | **Gulf** 31:16,25 |
| 116:1 117:1,8 | 140:3 152:15 | 116:16 117:21 | 115:15 117:17 | 198:9 |
| 118:17 120:19 | 160:11 167:10 | 118:5,6,12,16 | 138:20 141:17 | **guy** 32:15,16 |
| 123:14,24 | 175:11 202:23 | 118:25 119:3 | 148:11 178:18 | 39:4 64:10,20 |
| 125:16,18,19 | 202:24,25 | 122:3,5 127:16 | 182:25 191:25 | 103:16 159:25 |
| 125:23 129:8 | **government** | 128:25 129:6 | 195:13,21 | **guys** 38:12,12,24 |
| 129:10,24 | 11:2 18:24 | 129:11,15,15 | 196:14 197:8 | 38:24 |
| 130:25 136:3,4 | 19:7 57:21 | 129:16,21,24 | 200:10,17 | **GW** 185:14 |
| 136:5,9 137:13 | 69:7,17,21 | 130:6,10 134:2 | 201:1 | |
| 138:7,8 139:8 | 70:14 71:10,12 | 134:4,5,12 | **groups** 34:15 | **H** |
| 139:21,22,22 | 123:11 157:25 | 148:4,5 155:19 | **grout** 187:16 | **H** 4:8 |
| 139:24 140:1,2 | 158:10,15,17 | 155:22,25 | 189:14 | **habitat** 28:8 |
| 142:1 149:11 | 158:21 159:9 | 160:25 161:8 | **grouted** 188:19 | **halfway** 9:7 |
| 149:14 151:9 | 159:10,14 | 161:12,16,20 | 188:20 | **hand** 127:20 |
| 152:9 153:3 | **GPS** 132:7 | 161:21 162:12 | **grouting** 187:14 | 181:6 |
| 154:5 155:7 | **gradient** 182:4 | 162:15 163:17 | 188:22 | **handle** 78:17 |
| 161:25 163:16 | **graduate** 16:3 | 163:23 164:3,4 | **grow** 117:9 | 115:21 |
| 164:2 165:3 | 18:8 156:14 | 164:10 165:13 | **Guard** 27:22 | **hands** 21:17 |
| 166:7 167:17 | **grant** 202:20 | 166:11 167:7,8 | 55:2 | **hanging** 44:21 |
| 172:22 173:2 | **granting** 68:1 | 167:22 168:7,7 | **guess** 12:10 32:4 | **happen** 117:23 |
| 173:24 175:9 | **grasp** 30:25 | 168:18,20 | 75:14 86:17 | 151:16 183:18 |
| 175:18,21 | 78:24 79:6 | 171:21 172:16 | 88:9 117:19 | **happened** 16:24 |
| 183:17 184:17 | **grave** 23:25 | 173:8,13 174:1 | 121:22 124:25 | 99:5 182:11 |
| 186:4,7 187:18 | **great** 22:21 | 174:6 177:20 | 127:1 130:24 | **happening** 175:2 |
| 187:21,22 | **greater** 27:19 | 178:2,10,24 | 148:7 157:16 | **happens** 68:1 |
| 189:13,22 | 150:21 | 181:24 182:2 | 181:1 185:15 | 100:12 |
| 190:1,1,19 | **greatest** 29:10 | 182:13,21,25 | 189:7 195:18 | **Happily** 23:17 |
| 191:12 192:2 | **green** 172:12 | 183:7,10 184:8 | 199:20 | **harbor** 23:8 |
| | | | | 35:23 48:17,18 |

BACUTA, Ph.D., GEORGE

48:19,20,20
49:2 50:1
**harm** 38:18
**hated** 22:17
**hazardous** 33:9
33:19 69:25
139:18
**head** 10:12
151:20 173:5
**headquarters**
52:12,22,23
53:6
**health** 50:11
82:17
**hear** 61:24
**heard** 206:10
**hearing** 163:10
**height** 77:18,19
116:5
**hell** 61:6
**help** 56:7,8
**helps** 24:10
66:25
**herbicides** 86:2
**hereinabove**
211:7
**hereto** 6:3 19:10
19:12 73:22,24
86:25 87:7
103:14 110:14
110:25 124:23
126:20 133:7
139:5 153:14
154:13 165:7
170:16 182:7
184:5 211:15
**hidden** 169:20
**high** 74:9 116:16
129:14,18
130:5 187:13
**higher** 53:22
198:13
**highest** 12:14
**highlighted** 96:8
**hired** 12:13
22:10 62:10

63:6 75:11
94:7
**history** 20:21
**hold** 196:5
**hole** 140:21,22
141:7 142:14
142:17 144:16
146:20 188:7
188:14 190:6
190:10
**holes** 78:19
140:23 146:17
188:17
**hopefully** 32:18
55:16 131:17
**hot** 22:19 187:9
188:24,25
**hours** 15:21
**HTRW** 21:8,11
21:21 23:20
24:17 25:12
26:12,19 34:12
34:13 44:10
46:9 58:18
72:8,17 74:18
74:19 102:12
160:13
**Hudson** 49:4,11
49:22
**huge** 42:8,20
**huh** 87:1 169:10
**humid** 22:19
**humidity** 22:25
23:2
**hump** 163:22,23
**hundred** 62:17
**Hurricane** 7:12
7:13
**Husser** 32:4
**hydraulic**
151:10 152:21
153:2
**hydraulically**
182:3,13
**hydraulics** 34:5
34:18 42:2,17

**hydro** 151:21
**Hydrodyne**
122:8 123:15
123:15 124:11
**hydrogeologist**
178:16
**hydrologist**
179:9
**hypothesizing**
98:2

**I**

**idea** 43:21 109:6
**identification**
19:10,12 73:22
73:24 86:25
87:7 103:14
110:14,25
124:23 126:20
133:7 134:1
139:5 153:14
154:13 165:7
170:16 182:7
184:5
**identified** 25:10
25:12,15 80:10
**identify** 28:3
36:16 126:5
153:25 201:2
202:2
**identifying**
138:2
**IDIQ** 31:4
**ifs** 99:15,16
**IHNC** 36:17
64:20 95:22
109:21 181:25
182:12 203:23
206:9,18,19
**Ill** 184:1
**impact** 25:17,20
26:15,18,19,20
26:22 27:19
28:1,4 29:10
30:13 37:11
42:11 43:9,11
192:20

**impacted** 48:17
205:21
**impacting** 42:23
**impacts** 51:12
183:3
**implement** 55:9
**implemented**
52:8 55:7
**implies** 79:23
**importance**
169:22
**important** 9:1
9:14,15,16
11:18 46:10
72:17 99:16,23
100:15 101:8
102:21 199:16
**importantly**
11:16
**impress** 173:18
185:9
**inches** 190:10
**include** 70:2,4
**included** 71:13
88:8 131:3
**includes** 80:4
202:17
**Including** 102:8
102:9
**incorporated**
127:8
**indicate** 77:16
77:19,23 92:20
94:22 106:24
120:7 127:5,20
130:16 137:7
149:6 150:5
162:22 181:23
208:3,7
**indicated** 39:4
55:21 68:22
102:15 110:21
127:19 185:6
**indicates** 34:5
36:15 44:23
45:24 51:8

69:19 72:13
78:11 79:17
86:20 90:19
95:1,19 97:7
108:16 113:4
119:22 122:14
126:14 134:3
160:19 161:3
162:9 164:9
187:7
**Indicating** 16:9
45:22 70:9
122:19 126:18
201:3
**indication** 55:10
103:25 128:23
189:18
**indications**
77:10
**individual** 7:14
7:15 92:17
203:7
**individuals**
63:18,21
**industrial** 7:21
25:11 26:17,21
27:8,16,20
28:17 29:9,23
30:3,4 35:8
36:17 38:9
41:4,13 42:13
43:20 44:25
50:17,19 54:18
54:21 60:20
68:8,11 76:4
84:6 92:14
95:21 113:19
118:13 145:3
145:20 147:25
152:22 153:17
154:19,24
159:6 178:21
181:22 195:23
204:16
**info** 164:10
**inform** 138:8

BACUTA, Ph.D., GEORGE

7/2/2008

Page 224

174:3
**informally** 10:6
**information**
8:20 55:11
69:7,18,22
71:11 78:3
79:2 80:6
97:15 109:22
110:4 111:21
122:17 123:13
124:2,5,10
127:12,21
128:13,13
138:8 152:13
153:1,6 161:8
161:13 164:18
166:7,21,25
167:2,10,11,16
167:18 168:4
173:3 174:4
180:11,22
194:24 195:1
199:13 208:12
208:19
**initial** 102:20
114:15
**inner** 23:8 35:23
**input** 33:22
93:18 117:11
137:23 197:16
**inputs** 33:14,17
33:18 82:18,24
82:25
**insists** 197:11
**install** 189:11,21
**installed** 95:2,14
**instance** 55:7
204:24
**instigated** 54:3
**instructs** 11:9
**integrally** 100:1
**integrity** 42:14
**intended** 9:25
196:13
**intense** 128:10
138:19

**interacting**
59:13 61:17
**interested**
211:15
**interesting** 8:18
**interfering**
96:20
**International**
33:25
**interpretation**
96:17 97:4,5
130:21 131:6
131:24 152:1
191:17 195:3
**interpreter**
124:24
**interpreters**
125:2
**interrupt** 97:11
97:25
**interruption**
66:16
**introduce** 67:2
**introduced**
66:20,21
**introduction**
51:8 64:17
169:12
**inventory** 73:6,9
76:20,25 77:10
78:3,5 138:1
**investigate** 22:6
22:7 41:22
**investigating**
25:14
**investigation**
22:1 24:9 39:5
52:20 53:1
85:12,20 86:21
87:22 116:21
121:14 122:15
122:16 128:10
154:18 160:14
161:16 183:1
196:19 201:25
206:24

**investigations**
28:12 33:6
39:20 46:9
122:6 193:17
**investigators**
159:17
**involve** 65:8
76:10 83:21
85:7,22 88:23
137:14
**involved** 20:15
23:21 26:11
31:18 33:12,14
34:4,7,8,9,24
35:1,4,17
39:11 49:24
58:6,7 59:5,6,9
59:10 60:19
61:20,21 62:18
62:19,21 64:19
64:24 65:2,3,6
65:12,16,18,21
66:10 68:16,18
68:25 69:2,10
72:6,9 75:6
76:9,17 82:10
83:8,13,15,16
83:23 84:15
85:4,13,15,16
87:25 89:7,9
90:5,10 91:6
96:15 100:1
105:4,12,14,22
108:10,12,21
109:25 111:3
119:16 136:20
136:23 137:1
137:13,20
138:1,15
139:13,14,15
140:11,19
141:5,8,9
142:10,21
148:9 149:25
155:10,12
157:7,9 159:3

159:16 162:6
177:9,23
178:14 180:11
184:11
**involvement**
38:21 39:14
42:10 55:5
63:1 66:14,15
72:16 76:7,8
180:15
**involves** 57:25
73:12 76:3
83:22 84:1
92:9 139:18
**involving** 7:12
90:6
**IPET** 36:11
**Island** 50:1
**isolate** 48:25
**isolated** 38:5,6
118:4,7,23
**isotopic** 17:13
**issue** 76:1
127:22 129:2,4
143:8 165:12
204:12,13
**issued** 138:11
**issues** 11:9 59:18
59:22 79:15
81:1 84:20
91:19 94:22
112:21 137:14
145:21 204:14
204:14
**Ithaca** 13:19
14:14
**I-DEP** 3:1

**J**

**JACK** 2:13
**Jacksonville**
12:12 18:14
20:22 22:9
23:19
**Jane** 74:24 75:1
75:5,10 91:9
93:14,16 98:3

130:23
**January** 119:19
124:4 128:4
148:2,14,16
153:20 185:21
186:16
**Jean** 74:6,19
78:4,10
**JEFFREY** 2:12
**Jerry** 56:3
**Jersey** 48:19
**Jim** 74:23
146:12
**Joan** 111:4
**Joanen** 2:4 4:5,7
7:8,9 19:14
30:2 33:1
35:13 44:16
48:4,9,11
50:14 63:24
64:7 66:17
67:5,9 74:1
77:1 87:3,10
87:14 94:5,11
94:16,18 96:2
96:6,12,14
99:7,22 100:10
100:22 101:5
101:13 103:4
103:10,15
104:9,20
105:10 106:8
106:16 107:7
107:14,20,23
109:9,13,16
110:11,17
111:6,17 112:1
117:10 118:10
120:13,17
122:22 123:2
124:20 125:1
126:7,10,22
133:9 135:4
139:6 144:11
144:21 145:11
146:3,13 153:9

---

BACUTA, Ph.D., GEORGE

7/2/2008

Page 225

153:15 154:1,7
154:16 158:5,9
158:14,16
159:11 165:8
167:3 168:14
170:10,21,25
171:2,12,17
180:13 181:4
182:9 184:9
192:4 193:21
194:21 200:1,9
200:21 203:2
207:17
**job** 24:16 52:3
133:23 155:22
155:24 202:23
202:24,25
**Joe** 23:14
**jogs** 139:12
**John** 103:19
**Jones** 191:25
**JOSEPH** 1:24
6:22 211:2,24
**Jourdan** 45:12
45:12,14
164:11 166:18
**JR** 1:24 6:22
211:2,24
**Juan** 21:7
**JUDGE** 1:6
**Julie** 156:11,12
**July** 1:14 90:20
133:14,17
154:9,14
210:25
**June** 90:19
91:11 92:19,22
93:9 133:5,14
133:17 163:14
184:25
**jurisdiction** 66:5
**jurisdictional**
66:12
**JUSTICE** 2:10

**K**
**Katrina** 1:4 7:13

7:13 198:15
**keep** 98:20 102:3
192:2
**keeper** 11:17
**keeping** 42:9
**kept** 48:25
**kind** 9:5 14:7
15:23 16:11
17:17,20 21:17
21:25 22:4,5
24:8 26:8 27:3
28:10 29:4,5
29:11 30:18
38:3,21 40:4,5
47:3 50:2,21
51:19 53:13
54:13 56:25
58:4 66:7
75:10,11 78:20
86:1,9 93:3,19
115:10,13
118:4 119:10
129:11,23
131:12 132:1
132:15 137:19
140:8 147:13
150:13,17
151:14,19
152:7 156:23
157:2 165:23
167:9,16 172:5
178:17 180:12
189:7 190:23
191:15 192:15
193:9 194:16
196:9,23 199:3
205:14,17
207:8
**knew** 128:2
**know** 9:7 11:7
15:14,18,24
16:2,4,6 17:14
19:5 21:2,4,5
21:15,16,18,20
22:18,19,20
23:18 24:1,4,8

24:11,17,19,20
24:22 25:4,7
26:8,10,15,18
26:20 27:2,18
28:13 29:1,14
29:15,17,23
30:1,9,14,25
31:3,5,5,8,13
31:23 34:22
35:14,15 37:6
37:19,25 38:1
38:3,17,19,22
39:10,19,23
40:7,9,12,14
40:19,24 41:7
41:11,21,22
42:3,4 43:7,9
43:14,17 45:3
46:6,13,18
47:2,9,11
48:22,25 49:1
49:23 50:4,22
51:1,21,21,23
52:2,3,7,11,14
52:16 53:7,11
53:12,14 54:9
54:13 55:4,8
55:13 56:3,10
56:14,19,20
57:10,13,13,21
57:22 58:2,5,7
58:8,9,10 59:3
59:20 60:5,6,7
60:14,17,22,23
61:6,24,25
62:5 64:22,25
65:6,9,19 66:6
66:7 68:19,23
70:7 72:19,24
72:25 75:9,24
75:25 77:12
78:2,18,20
79:24 80:17
81:4,25 82:24
83:7,10 84:5
84:14 85:20

86:1,2,3,9 88:4
89:12,24 91:14
92:4,24 93:1,2
93:3,3,18,20
93:20 97:6,15
97:17,19,21
100:5 102:19
103:16 104:7,8
104:12,14,22
105:12,25
106:10,22
108:6 111:23
112:8 113:7,7
113:10,12,20
113:21 114:3,9
114:16 115:13
115:17 116:4
116:19 118:2,4
118:6,7,22
119:4,8,10
120:19 121:4
123:3,13
124:11,25
125:9,11,12,14
125:18,21
126:23 129:23
130:5,7,8
131:13,25
132:1,2,7,8,25
133:18 134:17
136:3,8,19,21
137:16,19
138:3,4,9,22
139:23 141:15
142:4,7,8,11
142:15 143:1,4
143:25 144:8
144:18 145:10
145:12,13
146:19,20
147:13,23
148:3,22 149:4
150:16 151:9
151:15,18,22
152:6,6,15,18
152:19,25

153:4,5 156:22
157:3,3,4,14
160:8,9,11
161:12 162:2
163:1,6,14
165:19 166:4,8
166:16,20
167:9,10,14,22
168:16,19,21
169:2 172:11
172:15 173:2,9
173:15 174:1
175:6,9 176:10
176:16 177:1,4
177:5,7,19,22
178:1,5,6,8,9
178:12,18,22
179:3,5,6,7
180:10 181:1,2
181:3 183:5,17
183:17 184:7
184:15 185:11
186:6,7,17
187:5,24 188:4
188:14 190:2
191:13,17
192:13,15
193:4,13,16,25
194:7,12,16,16
194:17,20
195:2,7,9,10
195:15 196:6,9
196:12,22,24
197:2,7,21
198:3,5,7,10
198:16 199:4,7
199:9,11,14,20
199:21,25
201:11,12,13
201:18,23,24
202:3,5,12,22
202:24 203:20
203:22 204:5
205:18 206:23
207:20,23
208:1,5,8,21

BACUTA, Ph.D., GEORGE

7/2/2008

Page 226

**knowledge** 38:8
39:19 46:2
65:10 83:2
143:19,24
144:4,12
147:13 148:21
153:19 154:17
156:6 178:19
180:4,14,23
**knowledgeable**
31:1
**known** 174:10
174:15 175:1,3
180:4
**knows** 9:5 58:3
68:24 147:14
**Knudsen** 61:11
61:12,16 63:9
63:11,17 70:12
71:16 72:18
82:11 89:17
192:1
**Knudsen/WGI**
74:23
**K2** 1:5

———— **L** ————
**L** 6:1
**lab** 149:12,15
**laboratory**
152:11 169:7
**Lake** 57:14
**land** 45:18
**language** 186:19
**largely** 41:5
182:17
**laterally** 40:4
**LAURA** 2:20
**law** 6:7 8:13
51:25 59:3
128:20 195:25
**lawsuit** 7:15
**lawyer** 123:3
158:15,21
**lawyers** 158:1,10
158:17 159:9
159:10,14

**layer** 42:7 180:1
**layers** 47:8
50:19 175:10
**laymen** 147:14
**LDEQ** 51:25
56:9 57:16
59:12 65:5,23
66:15 75:2
79:24 80:5,18
80:23,24,24
81:2 82:2,8
83:21,22 84:1
84:20 85:7
86:5 91:18
92:8,9 93:6,22
112:7,25,25
114:2,2 115:14
117:8 119:1
125:5 129:1
134:10 135:14
137:10 142:3
161:19 164:2
168:19 173:4
183:1,5,18,23
184:20 186:5
195:1,25
196:10 197:9
197:11,17
201:15,17,17
201:20 202:7
202:11,22
**LDEQ's** 184:22
**lead** 72:10
108:22,22
134:20 177:19
**leading** 41:1,2
50:17 140:17
**lead-based**
24:22
**lean** 150:8,10,16
**learned** 200:20
**lee** 74:16 89:11
92:3 104:13,15
108:5 125:4,9
126:17 127:4
127:12,22

131:19 132:25
133:23 136:4,6
136:7 143:13
143:16 146:11
156:10 178:14
**left** 16:16 74:10
167:15 192:6
**legal** 68:19
**length** 198:17
**lens** 41:11 42:5
**Leslie** 32:14
**lessen** 117:9
**lesser** 30:13
64:14 159:25
160:7,18
166:25 167:14
178:25 179:2
180:21 181:21
184:11 193:2
208:13,20
**letter** 106:24
107:1 108:15
108:15
**let's** 108:9
201:12
**levee** 7:12,20
45:8,9 58:7
64:22 65:8,23
65:24 155:6
159:4 171:20
171:24
**levees** 20:24 66:6
192:21 205:4
206:2
**levee/floodwall**
164:15
**level** 12:14 13:9
41:13 51:13
121:1 128:14
**levels** 53:22 82:2
85:18 86:5
97:6 149:6
**life** 23:2
**lift** 83:11 142:24
143:22 144:7
144:16 145:5

177:11,24
207:21
**limited** 81:18
119:23
**limiting** 115:14
**limits** 42:25
**line** 136:8
180:19 207:7
**listed** 137:13
**literature**
152:15 153:6
**litigation** 1:5
32:13 44:15
**litigations** 7:18
**little** 17:2 22:14
27:18 28:10
37:25 38:14
41:11 45:9
46:20 53:11
59:9 67:3
78:18 119:6,7
193:19,20
197:3 198:11
**little-bitty** 191:7
191:8
**live** 23:3
**load** 36:13
**local** 52:14,15
78:4 181:15
**locals** 22:5
**located** 206:8
208:10
**location** 208:9
**locations** 191:12
191:15
**lock** 23:8 24:14
25:5,10,24
26:1 27:9
29:10,15,19
30:5 31:9,12
31:16,25 35:24
42:18 43:8
54:16,22,23
120:2
**long** 14:11,22
15:12,16 19:25

22:9 50:8
58:12 60:8
93:4,4 114:24
135:2
**long-term** 55:17
**look** 17:13 19:15
24:18 25:7
31:20 43:25
67:11 69:15
73:18 74:2
79:24 81:11
87:16 90:21
105:3,21
109:12 111:7,9
111:11,15
112:9 113:25
114:17 115:6
116:8 125:17
126:25 129:3
135:11 138:18
138:25 139:8,9
148:15,19
154:11 157:1
157:12 161:20
162:1 165:20
165:25 166:1
174:12 183:24
187:19 189:4
193:6 197:5
199:15 201:11
202:11,22
**looked** 15:20
148:16 181:13
**looking** 12:4
14:6,8 17:16
20:21 21:12,13
29:8 39:6
40:11,12 43:7
84:25 89:6
105:20 110:20
114:5 115:22
132:7,14
135:15 148:13
148:22 168:21
172:21 174:17
187:3 200:3

203:13 205:21
**looks** 87:19
159:24
**loop** 76:1 91:14
**lot** 10:5 14:9
21:15,24 24:2
24:11 37:23
40:6,7 47:1,10
48:21,22,24
56:24 58:1
62:2,4 65:18
66:15 96:18
100:20 111:24
129:25 141:23
152:1,5 153:3
157:5 177:2
181:6 182:16
191:20 195:12
203:22
**lots** 39:13 140:22
**Louie** 181:17,17
**Louisiana** 1:2
2:6 6:24 48:23
52:1,4 58:20
59:2 62:14,24
75:11 187:21
206:12 211:4
**low** 129:14,19,21
130:7 134:11
150:15 182:18
**lower** 97:13
159:21 198:13
**LSU** 156:13,14

――――――
**M**

**M** 4:1
**magnetic** 132:5
203:15,21
**Mail** 7:3
**mailing** 9:22
**maintain** 188:18
**maintained**
188:17
**making** 8:12
**man** 49:16 56:2
**management**
34:20 62:23

82:14 105:25
**manager** 23:15
56:2 59:17,23
63:19,20 64:6
74:17 141:18
143:11 160:5
**manifest** 140:7
**Manila** 13:5
**map** 164:14
191:10
**maps** 172:4,24
**March** 32:2
183:20 185:23
**marina** 49:15
**Marine** 83:11
84:7 142:23
143:21 153:18
154:10 159:19
179:19,20,22
179:23
**mark** 18:21 19:2
73:15 86:18
110:5,8,18
124:18 125:25
133:3 138:25
153:8,12 154:8
165:2 169:4
181:19 184:1
**marked** 18:19
19:9,11 73:21
73:23 86:24
87:6 103:1,13
110:13,24
124:22 126:19
133:6 136:17
139:4 153:13
154:12 165:6
170:15 182:6
184:4
**marking** 11:6
**Maryland** 1:13
7:4
**master** 109:21
**Master's** 13:12
13:13
**material** 76:12

76:15,15
112:18 113:8
114:20 115:19
137:18 138:6,6
139:11 147:22
149:19 150:22
156:9 182:18
188:11
**materials** 24:19
30:15 31:14
36:16 71:16,17
72:21,25 73:1
73:2 113:11
140:20 141:6
142:5,12 144:6
144:15 146:16
147:24 182:22
204:18,20,21
**matter** 133:19
133:21
**matters** 117:16
**MAXWELL** 3:9
**May/June** 161:9
**maze** 56:7,8
**McElwee** 171:14
**mean** 23:3 28:5
30:7 32:16
37:24 55:17
57:21 61:24
81:24 92:15
96:23 98:2
100:5 110:2
122:2,23 127:9
127:9,14
129:18,20
132:25 137:16
141:15 147:9
150:14 151:12
168:16 176:9
184:7 185:7
194:7,10,23
198:9 199:23
200:2 207:8
**meanings** 10:3
**means** 123:4
198:17

**measurement**
77:20
**mechanism**
23:25 24:1
53:13 197:12
**media** 24:19
**medical** 10:1
**medium** 101:18
102:6
**meet** 197:9
**meetings** 65:2,3
**member** 155:9
**members** 56:21
**memo** 160:24
**memorandum**
25:18 28:21
29:17 52:19
53:2,20 164:19
175:16
**memories** 32:17
**memory** 139:12
**mention** 121:18
123:4
**mentioned** 49:2
**mess** 96:23
**met** 152:16
191:23
**Metallic** 132:15
**metals** 132:8
203:19 204:1,7
**meters** 163:15
**method** 205:13
**methods** 43:5
128:25 203:14
203:15,16,16
203:19,20,21
203:21
**migrate** 37:14
40:1,3 98:17
**migrating** 46:19
47:9 98:21
100:9 102:4,5
**migration** 38:17
39:24 46:14,16
46:24 47:5,5
98:15 99:10

100:14 101:9
176:8 178:23
187:8 188:23
191:6
**mild** 26:19
**million** 62:17
**mind** 35:19
40:10 42:10
**mindful** 165:15
167:2
**mineral** 12:4
14:6,7 17:16
**Mines** 14:6
**minimized** 187:9
188:25
**minimum** 78:22
**minor** 137:19
**minus** 164:16
**minute** 196:6
**Mississippi**
31:15,25 86:8
**mist** 129:11
**MIT** 17:7,12
**mixed** 151:4
**MK** 61:12 74:23
**ML** 149:6
**MLG** 198:9
**ML-CL** 150:5
**MMG** 57:7
75:12 141:15
170:4
**MMG's** 160:19
**MM&G** 148:11
**modeling** 157:2
**modification**
85:2,5,9 89:3
104:25 136:14
138:10 175:22
**modified** 161:5
162:13 168:6
**Monday** 55:18
106:22
**money** 15:5 17:5
18:8 21:16
24:13 32:5
52:24 57:22

109:15 177:2
**monitoring**
183:10 189:21
191:6,10
**Montegut**
146:12
**month** 49:4
**months** 157:16
**Moore** 122:12
**moratorium**
184:16
**Morgan** 74:24
75:1,5 93:14
93:16 130:23
**Morrison** 61:11
61:12,16 63:9
63:11,17 70:11
71:16 72:18
74:22 82:11
89:17 192:1
**mother** 8:7
**mound** 116:4,5
**move** 37:24 38:4
41:10 47:11
59:1 74:9,10
88:20 118:23
**moved** 18:17
21:8 182:24
**movement** 41:14
**moves** 20:5
**moving** 46:20
52:21 130:13
155:5
**MRGO** 1:7 7:11
172:15
**MULLINS** 3:10
**multi** 58:16
**multidisciplin...**
57:25 58:14
59:14
**multiple** 47:8
**multi-disciplin...**
57:24

**N**

**N** 4:1,1,1,8 6:1
**name** 7:9 19:20

86:22 87:22
88:6,10 181:16
191:24
**named** 7:5
159:25
**narrow** 38:22
39:15 50:22
82:25
**national** 17:10
198:6
**native** 114:13
163:4
**naturally** 81:24
**nature** 48:23
**Nav** 198:10
**navigation** 29:15
**Navigational**
35:24
**nay** 92:9 164:3
**near** 49:14
180:17
**necessarily** 27:7
59:5 68:24
**necessary** 98:10
**need** 9:8 11:14
29:15 30:20
35:7 54:3,5
96:5 113:8
114:12,17
123:13 129:10
130:4 155:7,21
165:3 176:2
187:16 188:19
188:20 195:1
195:11 201:22
202:3,13
204:21
**needed** 18:1
29:21 84:2
**needs** 11:4,19
131:10
**negative** 42:13
77:23
**negotiating**
138:20,22
**negotiation** 90:5

105:22
**negotiations**
108:11 138:16
**neighborhood**
43:9 46:19
47:9 57:14
86:15
**neither** 122:14
122:16
**never** 196:14,15
**new** 2:6 13:19
19:22 20:1
21:14 22:10,16
22:17,17 23:4
23:8 24:14
29:14 31:9,12
31:16,25 48:19
48:20 49:2,21
49:25 50:12
58:6 63:7
64:10,10,12
67:8 86:16
103:17 120:2
136:1 154:14
159:1,2 161:6
162:14,22,23
166:15,25
167:14 174:3
174:24 176:2
176:14 181:1
198:9
**NGVD** 164:16
198:4,8,10,16
198:24,24
199:1
**nice** 22:25 23:16
**nickel** 14:10
**night** 22:23
43:12
**nine** 47:16
**Ninth** 159:21
**NOD** 119:24
122:7
**Nods** 145:1
**non** 73:1
**non-intrusive**

34:16
**normal** 156:22
**north** 1:12 7:3
25:23 159:5
173:17
**northernmost**
84:7
**north-south**
95:20
**note** 66:2 71:20
**noted** 210:13,15
**notice** 6:7 18:19
**NPM-006-000...**
32:3
**NRC** 3:8,9,10
74:10
**NSF** 17:4,9 18:2
**Nuclear** 1:11 7:2
8:10
**number** 15:25
32:2,8,9,11
35:25 44:4
51:7 56:22
66:18 69:19
71:21 96:5
108:1 110:19
119:1 133:10
149:4 163:25
185:13
**numbered** 18:22
**numbers** 37:3
66:24 106:2,7
198:14,15

**O**

**O** 4:1 6:1
**oak** 27:22
**oath** 6:25 7:7
8:14
**object** 29:25
35:11 47:20
63:23 94:9
98:25 100:4
101:2 104:19
109:1 117:6
134:24 135:1
145:8,24 146:1

146:10 166:23
168:13 170:8
180:6,25
194:22 200:22
**objected** 64:2
**objection** 11:1
94:2 99:2
104:6 144:10
144:23 153:22
180:9
**objectionable**
109:4
**objections** 6:11
58:4
**objective** 183:2
**obtain** 13:17,20
13:23
**obtained** 161:13
**occurred** 156:15
**October** 85:9
106:18 107:3
108:16,18,23
109:20 111:8
111:10 113:14
115:9,10,22
**office** 133:18
**officiated** 6:24
**off-site** 47:5
114:20,23
**oftentimes** 45:15
**oh** 8:6 19:21
21:12 23:14
30:22 32:4,11
32:19 36:6
39:8 40:16
45:4,7,17 49:6
49:16 60:14
61:12 62:8
64:16 70:23
74:6 77:11
78:16 91:8,13
103:11 109:10
123:1 141:12
147:11 148:24
157:24 183:21
184:6 202:23

BACUTA, Ph.D., GEORGE

open 57:12
119:24 188:15
openness 188:18
operating 60:10
90:2 156:23
operations 62:23
opinion 62:1
182:10
opportunity
9:20
opposed 88:5
options 25:21
81:11
order 7:23,24
8:3 20:16
29:14 53:10
55:9 62:7
63:12,19 67:14
67:23,24 68:4
68:6 77:15
78:19 84:23
142:18 145:20
150:20
orders 62:7
67:22
original 6:9
originally 20:22
22:15 85:23
166:10
Orleans 2:6
19:22 20:1
22:11,16,17,17
23:5 49:21
58:6 63:7
64:22 65:23
67:8 86:17
103:17 136:2
154:14 159:1,2
176:14 198:9
osmium 17:13
Outlet 31:16,25
overall 92:11,13
O'Connor 64:9
64:10,21 74:22
93:17 141:18
143:7 160:5

202:23,24
okay 7:21,22 8:8
9:10 10:12,13
10:17,19,23,24
11:20,21 16:1
16:10 19:21,24
32:6,11 33:17
34:21 37:13,17
38:11 52:20,22
53:4,7 64:8
70:10,25 84:15
86:14 87:13
88:4,7,18
94:17 96:13
99:23 101:24
107:11 109:14
116:6,7 121:5
121:16 124:16
127:15 129:13
134:9 140:3
151:16 152:4
154:15 161:1,2
161:17,22
162:18 167:13
171:16 174:15
175:1 176:3
183:18 185:23
187:24 190:14
190:19,21
192:18 193:19
197:19 198:16
201:2,7,10,11
202:12 203:2
204:3 207:16
old 27:9 46:5
65:14 199:12
199:12
Oliphant 156:11
156:12
once 108:2
ones 32:18 40:12
50:21 91:24
111:2 120:1
172:1 175:9
178:5 195:8,9
on-site 72:23

167:1 181:2

**P**

P 2:12 6:1
pack 189:2,9,19
190:5,9,16
191:7,8
page 4:3,10 10:8
16:7 51:8
69:19 73:3
76:18,19 78:11
79:17 81:5
90:20 94:25
96:3,5 106:5
111:12 115:1
116:7 122:1
128:22 134:1
paid 177:2
paint 24:22
paperwork
133:24
paperworks
133:2
paragraph 44:1
44:23 116:8
127:23
parallel 45:11
Pardon 12:20
157:8
parentheses
119:24,25
Paris 172:14
Park 49:15
part 6:14 33:24
44:18 55:4
61:22 66:9
67:14 69:17,19
70:7,19,23
73:3 76:7,10
78:7 81:6,14
84:24 95:5
112:2 114:15
146:25 154:22
155:22 161:19
170:11 185:13
208:17
partially 77:11

particle 46:20
particles 196:7
particular 63:21
82:8,25 90:17
108:5 124:7,9
148:13 187:1
194:2
particularly
65:4 73:9,10
73:12 113:8
182:1
parties 6:3
211:14
Parts 82:18
pass 82:2
passes 172:17
180:2
passing 171:23
178:2,10
208:14
pay 30:17
paying 59:2
PCB 49:12
PCBs 49:25
PDT 55:25 56:4
56:5,12,17,17
56:21,25 57:23
65:2,3,7
penetrating
203:22
people 22:20
38:19 43:12
49:21 55:5
56:22 57:4
58:2,3 75:24
104:11 105:25
134:21 139:23
139:24 155:6
200:2
percent 150:22
151:4,4,6
perch 38:1
perched 41:5,8
118:3,20
percolating
118:18

performed
34:17 154:19
192:18 203:4,6
206:24 207:5
208:2
performing
192:11 195:14
period 16:13,16
119:25 166:16
permeability
147:25 150:15
150:18 151:11
182:18,20
183:14 192:24
193:9,10,14
permeable 147:4
147:16 151:5
180:1
permitted 6:5
139:23 180:18
permitting
65:15,24 66:13
Perry 92:8 93:22
94:22 125:5,6
125:7,16,18
127:5 135:2,3
135:10,11
137:8 140:4
person 16:3
20:17 23:16
64:10 74:25
75:1,8 92:8
104:16,23
137:22 139:17
180:3
personal 47:24
49:3 62:1
personnel
130:17 131:4
131:22
perspective 39:6
pertain 85:6
pertains 1:7 60:2
60:3 72:8
112:5
pertinent 7:17

BACUTA, Ph.D., GEORGE

| | | | | |
|---|---|---|---|---|
| **phase** 34:16 52:20 | 142:22 143:21 155:1 177:1 | **plate** 170:11,13 171:1,3,8,24 | **potentially** 124:13 129:8 | 154:25 |
| **phases** 59:6,7,8 | 182:12 207:22 | **please** 166:1 | 201:8 | **prevention** 82:15 |
| **Phil** 64:11 | **placement** | **plug** 187:23 | **potentiometric** | **previous** 62:6 |
| **PHILIP** 2:22 | 166:15 | 189:15 | 95:12 163:15 | 67:12 72:11 |
| **Philippine** 14:5 | **plaintiffs** 2:2 | **plugged** 187:25 | **pots** 37:25 | 78:22 81:21,22 |
| **Philippines** 13:2 | 7:10,15 90:14 | **plugging** 189:17 | **precisely** 9:17 | 95:1 100:24 |
| 13:2,6 | 126:1,11 | **Plus** 22:15 47:10 | **preferably** | 103:24 |
| **Ph.D** 1:10 7:1 | **plaintiff's** 18:19 | **point** 12:15 | 114:18 | **previously** 15:3 |
| 11:24 12:7 | 19:3 87:4 | 14:17 40:19 | **preferred** 25:23 | 76:3 186:2 |
| 13:15,17,24 | **plan** 58:24 71:2 | 61:18 101:17 | **Preliminary** | **pre-medication** |
| 18:4 210:3,11 | 80:17 82:6,13 | 134:2,3,9 | 181:21 | 160:25 |
| **picture** 80:1,2 | 82:14,15,16,17 | 137:10 174:3 | **prep** 31:11 80:3 | **pre-remediation** |
| **pie** 34:22 | 82:17,20,22 | 175:11 194:2 | **preparation** | 193:15,22 |
| **piece** 34:14,21 | 87:21 88:25 | **Pointe** 156:2 | 31:10 33:13 | **primarily** 7:20 |
| **pieces** 26:1 | 109:19 110:23 | **pointing** 158:8 | 34:10 35:6 | 8:20 |
| **Pike** 1:13 7:3 | 111:2,9 112:3 | **points** 161:9 | 36:1 41:12,23 | **prior** 63:12 |
| **pile** 43:19 44:24 | 112:11 115:3 | **pollution** 82:15 | 53:8,9 54:8 | 206:24 207:5 |
| 45:1,2,5,5,10 | 116:18,19 | **Pontchartrain** | 68:25 69:2 | **privy** 167:16 |
| 45:21,25 46:11 | 117:13 119:14 | 57:15 | 74:5 89:7 | **probability** |
| 46:16,22 47:8 | 119:17 123:7,7 | **pool** 119:6 | 105:5 123:12 | 116:16,20 |
| 93:23 94:23 | 123:9 126:16 | **pooled** 41:10 | 203:24 | **probable** 100:7 |
| 97:24 99:9,9 | 142:22 143:3 | **poor** 18:8 | **prepare** 31:8 | 100:14 |
| 100:13 102:15 | 148:2 183:10 | **Popile** 62:11 | 69:9 91:17 | **probably** 15:9 |
| 103:25 134:16 | 183:19 184:16 | 63:15 64:18,19 | 119:12 123:12 | 49:11 51:12 |
| 135:21 154:4 | 184:17,22 | 67:23 129:9 | 201:1,16 | 58:5 69:15 |
| 164:16 165:16 | 185:19 186:16 | **porosity** 151:18 | **prepared** 34:5 | 88:1 103:23 |
| 165:19 166:19 | 187:4 201:1,2 | **port** 57:4 58:6 | 44:13 52:6 | 114:2,6,6,19 |
| 167:23 168:3,9 | 201:16,16 | **portion** 34:13 | 53:19 89:13,22 | 148:7 172:6 |
| 174:7 179:15 | 202:1,6,16 | 51:18 77:2 | 90:16 91:9 | 179:12 184:19 |
| 198:17,25,25 | **plane** 19:1 | 82:1 119:21 | 97:8 125:3 | 186:6 191:16 |
| 199:2,5,19 | **planning** 34:17 | 122:2 | 148:10 163:13 | 196:23 198:21 |
| **piles** 97:10 | 34:19 57:1,11 | **position** 23:5 | 184:16,24 | 199:21 202:3 |
| 197:23 | 58:2 60:22 | 48:13 | **preparing** 38:7 | **problem** 27:2 |
| **piling** 43:13 | 64:17 93:1,4 | **possibility** 57:2 | 42:9 43:17 | **problems** 24:2 |
| 46:18 | 134:6 | **possible** 31:8 | 55:6 94:20 | 48:21 |
| **pipe** 188:9 | **plans** 20:6 28:20 | 50:13 57:6 | 102:11,20 | **procedure** 6:6 |
| **pit** 112:12,16,17 | 28:20 29:13,17 | 67:3 179:25 | 156:7 | 60:10 90:2,3 |
| 112:22 113:5 | 53:9 79:14 | 196:4,12 | **presence** 46:17 | 156:23 167:9 |
| 113:13 114:12 | 89:5,10,18,19 | **post-Katrina** | **present** 2:19 3:1 | 189:16,17 |
| **place** 8:10 26:3,5 | 90:9 119:11 | 199:18,20 | 88:17 194:25 | 191:4 |
| 28:3 40:10 | 134:7 175:25 | **post-remediati...** | **presented** 91:10 | **procedures** |
| 42:12 43:5 | 177:14 183:16 | 193:15,23 | 122:11 177:15 | 89:25 189:15 |
| 46:21 77:17 | 195:18 | **potential** 25:12 | 186:9,15 | **process** 54:1 |
| 88:22 96:24 | **plant** 49:12 | 33:9,19 46:23 | **pressure** 173:5 | 69:11 75:13 |
| 116:1 132:3 | 62:15 | 69:24 127:17 | **preventing** | 91:20 93:4,5 |

BACUTA, Ph.D., GEORGE

94:20 113:22
117:15 120:16
125:20 134:10
154:22 196:19
**processes** 66:13
**processing**
130:20
**processing/an...**
131:6,24
**produce** 70:18
71:17 129:24
188:4
**produced** 18:23
19:6 44:14
47:16 90:13,14
106:21 125:3
132:24 138:11
148:17 149:20
160:16
**product** 60:16
**production**
32:12 41:3
187:2
**profession**
141:19
**Professionals**
15:17
**program** 14:23
15:13 22:3
24:10 32:5
187:22
**progress** 16:3
**project** 21:5,15
23:8,12,15
24:14 25:10
29:10,19 30:5
32:15 34:20
35:24 47:12,14
48:14 52:18
53:3 54:17,23
54:23 55:6,21
55:24,25 56:1
56:4,8 59:4
60:20 61:3,22
62:2,18 63:19
64:6,24 66:10

68:2,22 73:4
80:9 81:6,7
82:6,13,22
84:2 92:12
105:1 109:19
110:22 111:2
112:3,11
114:21 115:2
141:18 143:6
149:2 155:23
155:25 156:2
156:17 160:5,6
167:1 168:17
169:14 175:24
192:7,12,14,15
192:20 200:17
206:13
**projects** 22:3
35:2 47:22
61:5 62:9,20
72:17 146:7,15
155:9 156:1
**prolonged** 24:13
**promotion** 22:15
**properly** 187:14
188:22 189:1
197:5
**proposal** 89:17
89:23 90:8
105:17,20,23
107:1,25 108:1
108:11,17
138:12,16
**propose** 173:3
201:19
**proposed** 185:18
186:22,23
187:4
**proposing**
115:19 201:5
**protect** 50:3
72:22,24 99:10
**protected** 98:23
165:14
**protection** 42:24
43:11 99:4

**prove** 163:8
**provide** 71:22
138:21 151:20
**provided** 69:8
71:7,10 72:5
79:3 92:22
128:12,13
**providing** 166:6
**proximities**
182:5
**public** 129:22
**Puerto** 21:7
**pull** 142:23
188:9
**pumping** 193:18
**purpose** 14:16
36:15 41:22
112:15 168:17
192:10,22
203:13 204:10
204:12,13,14
204:15,17
205:11
**purposes** 6:5
18:18 44:2
61:10 87:5
113:1 192:23
194:3,4 204:25
**pursuant** 6:7
30:5 119:12
184:11
**pursue** 15:5
**put** 8:20 27:3
46:10 53:9
93:18 97:22
98:9,10 99:3
99:17,20,21,23
100:6 140:20
141:7 144:6,16
145:4,13,14,21
146:16,18
169:6 179:24
180:2 188:7
189:22 190:16
190:20,25
207:7

**putting** 208:18
**P.O** 2:14

_____

**Q**

**qualification**
179:11
**qualified** 203:7
**qualify** 26:19
**quality** 20:13
52:5 58:21
82:16,20
129:23,24
131:8,14
155:14 168:23
169:5 182:1
183:3,4 191:9
191:14 192:13
192:23
**question** 6:12
9:4,9,12 10:21
10:23 11:11
29:6 39:16
48:6 54:18
58:14 61:14
63:10 65:20
69:1 79:11
83:24 87:9
90:4,22 94:17
98:7 100:21,23
100:24 102:2
105:8 107:21
108:1,3,8
120:18 122:21
135:18 140:16
141:5 144:1
145:17 146:8
151:1 162:2,3
162:19 165:9
166:9 173:12
174:9 176:18
176:20 177:25
179:3 180:7
186:11 198:3
207:25
**questions** 7:17
7:19 9:2,2
10:20 20:15

101:17 107:13
109:24 176:12
176:15 187:6
191:18 192:3,4
200:9 203:3
205:7 207:18
209:1
**quick** 15:18
24:12 90:22
**quickly** 18:17
21:8 24:12
55:15 57:20

_____

**R**

**radar** 203:22
**radiological**
33:10 69:25
**raised** 13:4
**random** 149:5
**range** 114:6
**reach** 97:10
**read** 10:22 35:18
82:13 87:16
100:23,25
106:2,10
167:17 186:19
**reading** 6:8 44:4
96:1 162:9
**reads** 10:10
**real** 22:22 42:4
43:10 90:22
99:13 134:7
147:18 149:11
153:4
**realignment**
22:3
**really** 16:18 37:6
39:10,15 41:19
47:10 66:14
78:19 92:25
93:25 100:17
113:20 116:20
116:22 117:15
118:5 119:3
136:22 137:2
137:18 138:17
138:18,22

BACUTA, Ph.D., GEORGE

139:15 151:10
163:1 165:18
168:16,25
172:7 179:6
183:17 193:11
197:14 198:11
199:9 205:1
206:12 207:7
207:11
**realm** 137:17
**reason** 20:14
30:23 42:25
43:4 68:15
84:19 104:3
106:19 110:20
117:22 118:19
118:25 127:25
128:10 131:19
131:20 133:16
137:6 139:9
163:3 175:21
194:23
**reasonable**
112:10 114:1
**reasons** 9:3 36:7
129:2
**recall** 28:14 35:5
41:1 56:11,19
56:20 60:18
69:10 116:23
116:25 165:24
172:7 208:23
208:25
**RECAP** 51:25
51:25 56:9
58:21 59:3
75:1 80:4,5,18
80:18,20 85:18
90:12 92:8,16
94:21 104:10
113:3,22,22
115:12,12,18
116:21 117:8
117:14 120:15
120:16,16
125:20 128:2,9

128:19 129:16
132:17 136:23
154:22 163:23
167:8 180:12
183:1 192:17
195:24,25
196:19 201:9
201:16,25
202:2 205:19
**reclamation**
121:24
**recognize** 105:4
**recommend**
129:1
**recommendati...**
69:9,12 70:18
70:19,20 71:17
71:21,23 72:7
72:12 73:5
74:15 75:15,23
76:2,24 81:15
82:3 83:3 84:9
84:25 85:24
88:25 119:13
175:24 200:11
**recommended**
49:9
**recommention**
75:21
**record** 18:18
31:24 32:25
44:2 61:10
66:21 67:2,8
73:25 118:9
121:7 126:5
191:21,24
203:17 209:4
**recruiting** 49:20
**reentered** 16:13
**reentering** 16:17
**refer** 51:1
198:23,24
**reference** 46:5
**referenced**
120:1
**references** 70:14

**referred** 84:12
137:4
**referring** 27:12
171:22,25
172:4 183:12
189:16 198:5
**refill** 114:13
**refined** 126:15
**refute** 39:19
153:2
**regarding** 42:11
59:18 65:15,23
73:20 79:22
81:8 82:5 83:4
85:11 94:23
128:24 137:24
146:16 159:4
159:17 165:12
**regards** 30:8
33:15 35:1
37:14 132:5
**regional** 86:3
**regionally** 86:4
**regs** 25:7
**regular** 137:17
137:18
**regulated** 24:18
30:15 72:21
73:1,1 76:12
76:15,16
**regulations** 3:8
25:8 36:20
128:21 197:21
**regulators** 76:17
93:21
**regulatory** 1:11
7:2 8:11 93:14
**relate** 176:9
**related** 31:12
86:1 131:12
172:6 206:5
211:14
**relating** 176:17
**relation** 156:1
**relationship**
61:2

**relatively** 174:3
**releasing** 77:14
**relevant** 117:14
**reliable** 198:15
**relying** 143:6
199:12
**remains** 188:14
**remediate** 22:7
29:22 49:24
51:22 79:25
82:1 85:21
86:6,7,16,17
**remediated** 30:4
30:7
**remediating**
195:22
**remediation**
24:9 30:7
58:22 79:20,22
105:2 112:8
116:9 160:14
161:4 194:18
195:14 202:4
**remember** 61:13
108:19 176:1
**removal** 51:16
83:4 114:11
123:17 161:6
166:14 174:23
202:5
**remove** 37:2
187:8 194:4
**removed** 35:7
51:9 81:18
113:18 143:22
182:23 185:12
194:13
**removing** 88:23
175:17 188:22
**repeat** 10:21
81:23 152:2
**rephrase** 10:23
101:7
**replaced** 188:23
**Replacement**
31:16 35:24

**report** 31:15,16
31:23 32:1,21
33:13 34:10
35:25 36:24
38:7 41:3,13
41:23 42:9
43:17 44:18
45:24 46:10
47:17 50:17
51:7,15 52:6
53:19,21 55:1
55:6 56:15
67:18 69:10,12
69:20,24 70:3
70:18,19,20,23
71:13,18,22,23
72:7,12 73:5
73:20 74:15
75:14,15,23
76:2,24 80:20
81:3,15 82:3
83:3 84:9,24
84:25 85:24
86:21 90:12
94:21 95:6
97:7 99:25
104:11 113:14
113:25 114:21
115:18,19
119:13 120:3
121:14 122:8
127:8 131:21
132:17 153:20
154:10 157:23
160:24 161:15
161:16 162:3,5
162:7 163:13
163:17,19,22
164:19,23
165:4 166:8
167:5,11,12
175:14,24
177:16,16
181:5 183:7
184:8,24 187:1
188:2,3,4

BACUTA, Ph.D., GEORGE

193:6,7 194:24
195:11 199:17
200:11 202:17
207:24 208:7
**REPORTED**
1:23
**reporter** 1:25
6:23 8:22 9:13
10:22 66:25
211:3,25
**REPORTER'S**
211:1
**reports** 32:20
33:15 69:14
72:11 82:12
85:5 92:16
148:10 156:8
157:7,10
179:19
**represent**
191:25
**representative**
136:2 193:11
**REPRESENT...**
2:2,9
**represents** 94:6
**request** 136:24
**requested**
156:10
**require** 186:6
**required** 119:12
123:11 156:7
**requirement**
82:11 161:19
192:17,17
**requirements**
29:22 122:17
180:16
**research** 17:3,7
17:11
**reserved** 6:13
**reserving** 11:3,5
11:11 94:7
**reservoir** 17:21
**residual** 161:20
168:24 183:3

192:16 205:22
**resource** 50:5
**resources** 14:6,7
**respondents**
74:21 130:24
**response** 102:3
111:8 130:23
**responsibilities**
21:22 66:9
155:23
**responsibility**
62:23 136:6
155:24
**responsible** 98:5
**responsiveness**
6:12
**rest** 15:24
**restart** 15:6
**Reston** 17:8,18
**restoration** 22:3
23:22
**restrictions**
154:25
**restroom** 11:15
**restrooms** 11:18
**restudy** 205:19
**result** 153:20
182:11 211:16
**results** 93:10
**retired** 23:17
150:3
**reuse** 113:1,2,5
**review** 9:20,23
10:4 50:15
69:9 71:15,16
72:6,9,18 74:4
77:2 81:14
83:2 92:23
100:1 102:10
102:22 117:1,4
117:20 119:16
127:3 134:19
162:6 166:1
179:14 181:9
208:18
**reviewed** 72:14

75:17 99:24
104:10 111:19
111:24 127:12
127:21 135:6
138:17 181:5
**reviewer** 131:17
132:10
**reviewers** 74:16
88:9 110:22
135:13
**reviewing** 73:4
87:25 91:6,8
97:14 157:7,10
**reviews** 179:18
179:21,24
**revision** 107:2,8
107:25 108:20
**revisions** 71:21
183:9,10
**Rich** 172:20
193:2
**Richard** 2:25
64:14,18
159:25 160:7
160:18 178:25
179:2,8 180:21
181:21 184:11
208:13,20
**Rico** 21:7
**ridiculous** 157:4
**rig** 21:4 115:13
**right** 8:23 19:19
20:17 21:6
24:14 26:3
27:8 29:3 38:1
41:10 42:21
44:2 45:8,13
45:17 49:1,14
49:15 51:8
53:2 70:8,10
70:12,16 71:3
71:12 87:1
92:2,3 96:7
107:5 111:13
118:22 120:22
121:3,9,11,12

131:14 139:1,3
139:7 140:10
148:14,23
156:17 162:16
165:17,24
167:6 172:5
178:6 184:8
185:7,19
190:11,11,12
190:13,17,18
191:10 201:4
208:2
**rightly** 78:20
**rights** 11:3,11
**risk** 58:23 74:25
75:8
**river** 27:9,13,23
29:1 31:15,25
49:4 86:8
**road** 45:12 47:7
70:20 164:16
**roads** 22:18
**Robinson** 1:7
7:14
**Rockville** 1:13
1:13 7:3,4
**Roe** 64:5
**role** 142:2,2
146:5,6
**room** 167:17
**ROUGEAU**
2:20
**RPR** 1:24 6:22
211:2,24
**Rubin** 87:1
**rules** 6:6 8:9
51:24,25
**running** 95:20
**résumé** 19:4

---

**S**

**s** 6:1 133:23
136:6 157:7,10
157:23 160:7
199:17,17
**safety** 25:7 36:19
82:17 156:20

187:23 197:6,6
**sample** 189:25
196:8
**samples** 28:8,8
119:22 120:1
121:19 122:5
127:6,7 149:5
184:23 190:25
191:1,11
**sampling** 70:2
70:22 71:1
82:15 114:8
119:13,17
120:14 123:8
126:15 128:24
148:1 185:19
186:15 187:4
190:24 191:4
202:18
**San** 21:7
**sand** 42:5,7,7
145:4,21 156:2
170:12 175:10
189:2,9,12,19
189:22 190:3,5
190:9,16 191:7
191:8
**sands** 147:4,12
163:9 188:14
190:17
**SAP** 183:9
185:18 186:22
186:24
**satisfied** 61:7
75:24 91:21
93:19
**saturated** 40:23
**Saucer** 83:11
142:23 143:21
153:18 159:19
179:20,23
**Saudi** 20:8,9
**Savannah** 20:11
20:12
**save** 6:8,11
57:21

BACUTA, Ph.D., GEORGE

7/2/2008

Page 234

saw 157:19
179:23 198:1
saying 44:13
70:17 98:18
107:2 116:19
122:15 123:10
124:6,12
166:10 185:15
190:5
says 116:8,14
121:4 122:5,25
123:1 130:24
131:2,3 160:23
169:13,19
187:8
school 15:21
147:6,8,11
science 14:21
17:10
sciences 12:2
scientist 160:10
scope 21:24
67:11 68:13
69:3,5,6 70:8
76:4 78:25
79:13 81:8
85:5 89:21,25
102:20 117:4
138:10 150:11
Scott 2:4 3:3 7:9
153:8
scraped 81:18
182:23
screen 189:12,23
190:11,12
screened 28:10
screening 82:2
85:18 86:5
206:5
scribe 9:16
Seal 189:9
sealing 189:1
search 17:19
Seattle 20:9
second 116:8
164:9

secondly 25:2
section 18:17
21:14 34:11,17
34:20 35:3
94:25 103:22
134:1 149:21
149:22,24,24
sections 34:22
187:1
sectors 26:22,24
27:12
SECURITY 3:8
sediment 28:23
sediments 50:3
121:11,21
see 16:4,7 32:8
34:3 87:23
88:12 105:3,7
105:22 111:18
111:22 113:25
139:12 178:14
179:8 189:8
198:14 207:8
seen 68:16,18
69:14 72:2,3
89:20 91:1
105:11 107:18
108:2 152:17
171:3
seepage 155:19
156:6 169:21
seismic 203:16
203:20
selections 25:22
semester 15:8
send 28:25,25
29:1 51:21,23
72:24 149:12
149:14
sense 204:8
sent 157:12,14
157:18,20,20
158:18
sentence 116:15
131:2 169:13
169:19 187:8

188:21
separate 72:25
208:16
September
138:15
service 89:10
set 29:11 71:6,9
211:7
setting 89:24
seven 26:25
116:5,5
sewer 83:11
142:24 143:22
144:7,16 145:5
177:11,23
207:21
sewerage 64:23
65:11,14
142:24 146:21
SEYMOUR
2:25
shakes 10:11
shallow 37:12,18
40:11 41:6
47:3 50:21,23
162:15 168:20
172:1 175:7
178:5 181:24
182:2 194:5,14
194:15 195:8
196:3
shape 192:19
share 39:3 44:1
sheet 43:19
44:24 45:1,2,5
45:5,10,21,25
46:11,16,18,22
47:7 90:18
92:20 93:23
94:23 97:9,24
98:15 99:9,9
100:13 102:15
103:25 134:15
135:21 152:23
164:16 165:16
165:19 166:19

167:23 168:3,9
174:7 179:15
197:23 198:17
198:25,25
199:2,5,19
shepherd 56:7,8
short 192:2
shorthand 211:9
shortly 28:4
show 19:2 34:3
37:7 60:16
66:24 67:3,10
68:15 76:18,20
81:5,11 86:4
86:18,22 87:4
89:2,16 90:11
90:21 104:24
107:6,11,15,16
107:24 108:18
109:18 110:5
110:18,21
115:1 120:5
125:25 133:3
133:25 138:24
151:10 160:15
164:2,8 165:20
169:4 181:19
showed 76:3
110:10 160:24
164:1,14
193:13
showing 106:13
171:1,9
shown 207:4
shows 179:15
siblings 22:16
side 98:20,23
164:15 165:14
197:5,6
sides 66:7
sign 10:4 93:8,8
110:2 111:20
112:25 134:21
135:3
signature 90:20
91:24 111:4,11

signatures
133:20,21
135:10
signed 36:5 51:7
56:14,18 91:3
91:12,22 111:3
126:18 131:20
133:11,14
135:21,24
174:18 210:11
210:13,15
significance
149:7
signing 6:9
51:15 81:3
136:5
silt 149:9 150:7
150:24 151:3,5
151:8
silts 147:15
similar 171:23
simple 47:11,13
48:14
single 169:13
sir 7:25 8:2,4
13:16 18:3
67:16 69:13
92:13,18 105:9
123:8 144:2
sisters 22:16
sit 125:15 208:1
208:23
site 24:25 25:1,3
25:12,21,23
26:12,16,16,16
26:20 30:9
31:9 32:22
35:25 53:7,8
54:8 61:16
62:11,12,13,21
62:22 63:16,16
64:18 73:2
80:3,25 81:1
82:17 83:11
84:7,7,17
92:17 97:9,24

BACUTA, Ph.D., GEORGE

7/2/2008

Page 235

98:17 100:9,14
100:18 101:8
105:1 112:18
112:20 114:18
114:19 115:16
115:20 117:3
128:10 129:12
141:10,11,14
141:16,18,25
142:9,23
143:11,22
145:6 146:6
148:10 153:18
154:10 159:5
159:19 163:2
173:1 174:2,5
179:18,22,23
201:18 202:20
203:24 206:9
206:19 207:1
208:1,4
**sites** 22:2,6
24:11 29:2
34:25 62:4,4
84:5 136:25
160:13 183:2
**siting** 187:10,11
187:12,13
188:25
**sitting** 187:10
**situated** 83:5
**six** 7:15 190:10
196:24
**sixties** 39:7
**skill** 79:9
**slabs** 76:21
**sleeping** 43:12
**Slidell** 62:14
**slope** 156:16,16
156:19
**slug** 193:1,7,18
195:10 207:19
207:20 208:2,6
208:9
**slurry** 188:11
**small** 41:6 43:11

82:24 118:19
118:23 119:3
130:3
**SMITH** 3:9
**soil** 28:7,8 35:7
37:11,13 38:2
40:20 50:15,16
77:3,22 81:9
81:17,20
112:22 113:4,5
113:18 114:11
114:23 116:9
119:22,25
120:6,8 121:12
127:6,7 160:20
168:7 169:21
178:21 179:20
195:22
**soils** 24:20 26:11
36:3 37:1,21
37:22 38:8
40:21 48:23
51:9,17 59:1
82:9 83:17
84:16 85:21,22
88:23 114:13
115:4 119:21
120:23 121:10
132:12 146:18
148:1 149:1,24
153:4 163:4
170:3 183:14
188:10
**soil's** 161:4
**solar** 17:14
**somebody** 66:5
75:7 157:11
**soon** 50:13
**sorry** 18:24
39:17 54:19
63:25 70:24
71:5 79:12
83:25 87:18
92:5 96:7
102:1 109:10
129:7 152:2

183:22 188:16
**sort** 19:4 189:14
**sought** 6:15
**sounded** 38:2
**source** 170:1
**south** 27:23,23
55:3 159:18
**southern** 206:11
**Spadaro** 74:7,19
78:5 111:4
**speak** 11:19 48:5
**speaking** 103:7
**special** 202:4,4
**specialist** 93:15
**specialization**
75:5
**specialize** 12:2
**specialized**
30:20
**specialty** 12:1
17:22 20:4
**specific** 113:2
**specifically** 6:10
60:1 68:7
106:25 142:2
**specifications**
20:7 53:10
54:12 114:22
142:17 177:15
**specifics** 73:10
82:4
**specified** 105:18
**speculate** 48:3
**speculation**
47:25
**spending** 24:12
**spoke** 39:3
**sponsored**
155:14,18
**spot** 43:9
**spots** 136:1
187:9,13
188:24,25
**St** 27:24 55:3
**stability** 156:16
156:21 192:21

205:4 206:2
**stabilize** 113:9,9
**stack** 160:16
**stage** 58:2 64:17
**Staggs** 64:11
**stakeholders**
56:24 57:3
58:1
**stamp** 18:22
32:2,9 33:25
66:24 106:2
110:19
**stand** 58:22
**standard** 60:9
60:10 90:2
156:22
**standardized**
138:5 139:21
198:12
**standards**
197:10 206:5
**standing** 96:19
**stand-alone**
117:2,7
**start** 154:5 192:5
**started** 12:9,11
12:17,22 14:18
14:23 15:7
21:21 23:9,9
24:15 25:9,13
56:25 60:22
68:11 115:12
**state** 6:23 25:6
51:24 62:24
75:11 76:16
187:20 211:3
**statement** 25:18
71:14 85:11
89:4 104:4,25
117:24,25
127:22 136:10
164:10 171:18
**statements**
168:6
**Staten** 50:1
**States** 1:1 2:9,10

155:15
**station** 2:15
83:11 142:24
143:22 144:7
144:17 145:5
177:12,24
207:21
**stay** 14:22 15:15
22:9 41:2
100:8 194:11
**stayed** 20:11
**stays** 38:4,5
**Steve** 64:5
**STIPULATED**
6:2
**stipulation** 7:5
**stone** 29:11
**stop** 7:4 46:19
**storeroom** 19:8
**storm** 82:14
113:6
**straightforward**
47:12,14 48:14
**strata** 189:19,20
**stratification**
208:3
**stratigraphy**
38:8,13,14,15
38:23 39:5
50:16 132:11
178:21 179:21
**Street** 2:5 27:21
30:12,15,19
31:3,7 45:12
55:2 199:22
**Strike** 94:17
**string** 166:1
**structural** 20:6
42:14 204:14
**structure** 30:17
45:19 60:2
77:14 84:13
137:4 140:12
141:3 142:6
175:18 176:24
179:23 194:6

BACUTA, Ph.D., GEORGE

7/2/2008

Page 236

structures 39:2
40:7 42:3
45:20 60:2
72:20 73:7
76:11,14 78:6
83:5 96:18,20
138:2 161:4
166:14 174:24
185:12 194:13
student 18:9
studied 41:24
95:9 132:11
studies 12:6,25
32:21 50:16
81:21,22 96:16
176:6 177:17
178:4 201:3
study 25:18,20
28:9 95:1
122:9 123:15
123:17 124:11
128:2 148:5
177:7,22 186:7
studying 147:10
147:12
stuff 12:5 14:10
16:11 17:15,17
17:20 21:17
22:4,8,18
24:17,22,22
26:9 29:4
30:18,25 31:2
37:8,9 38:4,21
43:13,14 50:4
52:11,24 53:14
53:16 54:13
56:9 57:17,22
58:4,8,10
60:15,22 62:5
65:5,7 66:3,8
70:15 78:20
82:7 83:7 86:3
86:9 93:3,12
97:6 113:23,24
114:9 118:4
119:10 125:17

129:23 132:1,8
132:14,15
135:12 137:22
140:9,10 142:3
143:15 147:2
149:17 150:17
151:14,19
152:5,11
160:13,14
166:6 167:9
180:12 184:20
186:5 191:17
194:8 196:2,9
196:11,25
197:1 198:10
198:14 199:3
199:14 202:5
202:14 203:22
204:1,19,19
205:17
style 132:7
sub 74:23
subcontracting
89:10,19
subcontractor
57:7 130:18
subcontractors
28:3 57:6
149:1 153:19
154:20
subject 36:19
submit 17:4
135:9 202:16
submittal 90:12
94:21 132:17
188:5
submitted 135:9
161:18
subsequent 85:1
subsurface
40:11 47:2,3
95:11 119:7,21
119:22,25
120:6,8,23
121:10,11,13
127:6,7 136:12

153:17 154:18
161:5 168:7
174:23 176:8
177:6 178:22
182:17,22
204:2 206:24
successes 62:3
successful 24:10
57:19 80:8
successfully
122:16,18
suck 130:8 204:1
sudden 31:1
111:21
sufficient 124:5
124:12
suggesting
158:12
summarizes
72:10
summers 23:1
sunken 77:12
Superfund
21:15 30:9
49:23 61:3,5
62:4,11,13
63:16 64:18
supervision
66:11 211:10
supply 129:23
130:5
support 45:18
207:11
supported 97:9
97:24
supports 174:18
supposed 49:3
69:8 101:16,22
102:22 195:14
195:21
sure 8:8 10:14
10:16,18 20:3
21:19 24:5,23
31:21 44:19
53:18 57:18
61:14 66:12

92:25 93:6
98:19 102:22
104:13 106:14
108:9 130:25
134:17 140:6,9
151:24 184:1
208:21
Surekote 47:7
164:15
surface 36:18
37:13 40:20
77:4 95:3,15
114:7 172:21
173:24 205:24
surficial 86:10
surprise 80:25
surprising 197:1
surrounded 41:9
118:7,21
surrounding
156:21
survey 26:14
28:7 130:16
131:3,11,14,21
132:3,5,9
203:3,10 204:8
204:11 205:2
surveying
130:14 132:6
surveys 28:6
132:6 203:12
swim 49:3
swimmers 50:7
sworn 7:6 211:6
system 17:15
43:11 169:16
169:20
S-I-T-I-N-G
187:10

T
T 2:25 4:1,8 6:1
6:1
table 58:17
77:21 115:6
TAC 20:7
take 9:13 11:14

12:7 15:22
17:25 31:20
42:12 77:15,17
81:11 88:22
109:12 116:1
133:24 135:11
138:18 154:11
156:19 183:24
186:12 190:25
202:11,22
204:21
taken 6:5 10:16
114:10 116:11
119:23 127:6,7
155:17 161:8
210:25 211:8
takes 32:5 133:1
talk 11:7,8 27:6
121:19 150:18
160:19 171:18
171:20 179:8
198:4 206:10
207:19
talked 179:7
188:21 193:19
193:20
talking 11:4
27:7,15,17
57:1 101:23
109:6 115:3
118:12 162:23
166:11 174:22
175:5 183:6
189:8 199:23
207:9
talks 119:21
120:6,23
121:12 122:2
tank 123:17
tanks 196:21
task 7:23,24 8:3
20:16 55:9
62:7,7 63:12
63:19 67:14,22
67:23,24 68:4
68:6 84:23

Johns Pendleton Court Reporters

800 562-1285

BACUTA, Ph.D., GEORGE

142:18 145:20
**tasks** 139:10
**taste** 152:17
**taxpayer** 25:1
**taxpayers** 24:13
  55:16
**team** 55:22,24
  56:1 59:4,15
  61:22 64:24
  66:10 68:23
  73:4 81:14
  84:3 104:10
  143:6 146:7,16
  155:10
**technical** 63:8
  67:17 122:17
  136:2 167:5
**telephone** 166:5
**tell** 8:14 36:10
  91:10 125:3
  129:3 132:20
  135:5,7 138:4
  139:21 140:1
  159:13 168:1
  175:21 183:8
  186:19,20
  191:8,12
  199:14 202:7
  203:9
**telling** 32:9
  117:18 165:12
  166:24 172:20
**tells** 79:21
**ten** 119:6
**Tendering** 32:3
  32:24 70:10
  72:1 81:12
  90:22 97:18
  109:14 126:25
  139:12 148:15
  154:11 184:3
  189:5
**tenth** 150:15,16
**TERC** 23:21,23
  24:6 30:21,22
  30:23,24 53:15

55:8 56:1 57:2
  60:7 61:23
  62:3,6 67:21
  68:2,3 70:5,6
  78:23 90:3
  106:1 193:17
**term** 42:6 47:13
  104:2 181:7
**terms** 10:2 52:4
**test** 147:18,19
  148:23 152:9
  152:18 182:21
  184:24 193:1,7
  193:8,18
  195:10 207:20
  208:10
**testified** 7:7
  55:18
**testify** 211:6,7
**testimony** 53:17
  67:12 78:22
  103:24 118:15
  167:19 168:5
  210:4,6
**testing** 26:11
  114:8 147:21
  147:24 149:15
  152:10 153:4
  202:19 204:5
**tests** 153:5
  182:19 185:24
  193:18 207:19
  208:2,6,11
**Thank** 177:8
  191:19
**thanks** 18:6
  110:16 191:20
**Thatch** 2:24
  192:2
**theory** 206:7
**thereabout**
  140:13
**thereof** 6:14
**they'd** 67:14
**thick** 16:9 38:3
  116:6

**thing** 117:14,14
  118:7 129:25
  151:23 152:18
  198:8 208:16
**things** 57:3
  128:7 166:10
  175:6
**think** 9:5 10:8
  15:9,10 19:17
  20:2 21:13
  25:16 26:25
  27:23,24 28:19
  30:6 31:4
  32:12,19 33:17
  35:19,19 41:16
  42:16 46:25
  47:7 48:2 49:8
  50:10 56:25
  60:21 61:1
  64:21 68:19
  70:5,7,11 72:9
  74:11,14 77:8
  78:2 91:8 93:2
  97:19 101:7
  103:22 104:1
  109:8 111:5
  114:3 116:2
  123:16 132:4,6
  132:13 134:11
  135:25 136:4
  140:14,15
  143:9 147:15
  149:9,15 151:7
  154:21 156:9
  156:11 157:11
  158:3 160:4,9
  161:24 172:3
  181:7,13
  183:16,19
  184:18,21
  188:8,13 192:5
  192:9 193:1,2
  193:5,7 196:1
  198:6,12
  205:24 207:2,3
  207:24

**thinking** 22:23
  27:8
**thinks** 178:25
  179:2
**third** 116:14
**thought** 15:2
  67:17 71:1
  126:8 129:4
**three** 16:5 62:16
  114:4 116:2
  134:20 196:4
**tight** 24:2 43:8
  150:14
**time** 6:13 10:19
  11:14 14:13,23
  16:16 19:6
  34:12,14,18,19
  41:2,12 56:18
  58:12 61:9,15
  61:25 90:25
  95:9 103:21
  116:23,25
  124:3 134:14
  144:22 147:23
  148:22,25
  154:18,21
  155:5 156:4
  158:24,25
  169:1 185:4
  194:2 202:21
**times** 10:5
**tip** 104:1
**today** 20:14,18
  74:5 125:15
  208:24
**told** 67:1 140:3
**tools** 203:20
**top** 45:8 81:9
  86:1 171:4
**TORTS** 2:11
**total** 23:22 37:3
**tough** 40:5,5
**town** 22:9
**toxic** 33:9 69:25
**toxicologist** 75:9
**trained** 131:4,22

**training** 155:14
  169:6 178:20
**transatlantic**
  20:8
**transcribed**
  211:10
**transcript** 6:9
  8:21 9:19 10:9
**transcription**
  210:5 211:11
**transferring**
  62:21,22
**transmit** 151:13
**transparent**
  57:12
**treated** 81:10
**treatment** 36:2
  81:10 202:4
**tree** 27:22
**trenching** 115:4
**triathlon** 49:7
**tributaries**
  49:12
**trucked** 162:25
  163:2,7,9
**true** 39:18
  127:25 150:20
  163:8 185:24
  210:7 211:10
**truth** 8:15
  116:20 211:6
**try** 17:14 50:3
  66:19 67:2
  93:18
**trying** 9:15 18:9
  26:4 34:21
  36:22 41:20
  49:24 50:1
  76:8 99:15
  109:17 131:7
  152:6 163:24
  165:19 173:18
  173:23 185:9
  192:9 199:15
**tune** 93:7
**turn** 116:7 122:1

BACUTA, Ph.D., GEORGE

7/2/2008

Page 238

**TV** 152:17
**twenty** 16:8
145:22 146:17
**two** 9:3 38:11
43:5 74:3 83:9
83:9 107:19
122:6 136:1
175:5
**type** 10:2 17:11
17:19,21 18:15
21:22 22:4
24:3 31:4
34:16 38:13,15
40:24,25 41:3
53:25 57:13
59:19 96:25
104:23 109:22
114:22 115:13
129:25 134:19
137:21 138:6,8
138:23 151:10
151:21 165:23
176:10 178:20
180:22 194:12
**types** 28:6,6
37:20,22 38:22
146:18 203:11

――――――――
**U**
**U** 6:1
**uh-huh** 10:6
34:2 46:1
56:16 68:9
70:1 71:25
77:5 79:4
81:16 83:12
84:4,11 90:24
95:7 102:14
105:19 113:16
115:5 118:14
119:18 120:4
122:4,13
126:13,21
127:18 130:15
132:19 133:8
133:12,15
136:16 137:5

138:13 150:6,9
160:1 161:2,11
162:11,21
164:6,13,17,21
166:13 167:25
175:19 176:5
176:25 177:3
179:17 181:8
183:11 185:3
185:20 187:15
190:15 192:8
193:24 195:17
195:19 198:2
200:12,15
203:5,8 205:10
**uh-huhs** 10:12
**ultimate** 110:1
**ultimately** 18:4
90:23
**um** 7:22 8:1
14:18,20 15:14
16:2,4 17:8,23
18:8 20:5,5
21:3 22:1,5,10
23:14 24:2,6
24:10,17,21
25:1,16 26:3,5
27:24 28:5,12
28:13 30:7,9
30:25 31:1,22
32:20 34:13,15
34:17 37:4,5,5
38:10 43:6
45:1 46:13,25
47:4,21,22
48:22 51:12,13
52:9,11,13,15
52:25 54:7
59:20 60:4,15
61:25 62:4
64:11,12,12,19
64:25 65:16
66:2,4 69:15
69:15 73:11
74:14 75:2
77:13 78:3,16

78:17 79:23
80:16 85:6,18
85:25,25 89:11
89:11 91:2,4,9
91:15,18,23
93:3,19 97:20
98:3,12 100:5
100:7,12,13
101:4 104:7
108:5,6,7
112:9 113:10
113:10,11,24
114:3 117:8
118:24 123:15
123:17 124:10
126:15 127:10
127:14 128:9
128:12 131:7
131:12,13
132:4,6,7,14
132:14 133:1
133:23,23
137:3,20 138:7
139:23 141:16
143:9,17
145:14 146:20
147:17 148:6,6
148:9 149:10
150:2,14,18
151:17,18,25
152:12 155:3,3
155:7 156:10
156:10,22
157:11,17,19
158:25 160:4
161:18 163:21
165:11,20,22
167:8 172:4,4
172:11 173:18
174:12,17,18
181:1,2,13
183:1,24
184:18 186:5
187:18,19
189:13 190:24
197:5,12

199:21 201:22
202:6 205:13
205:23 206:10
207:6
**uncertainties**
62:2
**uncertainty**
55:13
**unconfined**
40:25
**undergrad**
13:14
**undergraduate**
12:25 13:7,21
**underground**
83:5
**underneath** 42:5
129:12 174:2
**underseepage**
152:23 156:3
168:10 170:2
171:5
**understand** 8:16
8:24 9:4,18
10:20 11:12,13
11:17,23 23:17
36:23 48:10
53:18 57:23
68:6,12 69:6
71:15,23 73:19
74:8 78:21
84:23 96:22
101:3 155:21
160:21 173:22
178:20 200:25
**understanding**
36:25 43:18
44:8,17 47:15
48:7,12,16
50:18 52:7
53:17 67:12,21
71:14 72:4
81:13 82:4
89:21 90:15
92:10 104:15
131:16 143:5

147:4 163:5
195:20 200:16
211:12
**understands**
179:20
**understood** 15:2
15:3 95:8
**undertaken**
130:17 131:4
131:21
**unfortunately**
43:15
**unh-unh** 10:6
**unh-unhs** 10:12
**United** 1:1 2:9
2:10 155:15
**University** 13:1
13:18 14:2,14
14:17
**unknowns** 62:5
**unsaturated**
40:24
**upper** 37:11,12
37:13 49:11,22
**upside-down**
44:4
**uranium** 17:13
**USACE** 52:22
90:20 119:23
119:24 136:1
138:20 160:24
164:19
**USACE-NOD**
95:4 122:7
**use** 22:1 47:13
61:23 100:19
112:17 129:21
129:22 139:23
173:24
**USGS** 17:8,24
**usually** 16:4
**utilized** 208:11
**utilizing** 60:8
173:20
**U.S** 1:11 7:2
**U.S.A** 126:16

Johns Pendleton Court Reporters

800 562-1285

BACUTA, Ph.D., GEORGE

| V | | | |
|---|---|---|---|
| **vacation** 88:2 | 171:7,15 180:5 | 196:14 197:8 | 49:12 54:24 | 10:8 11:4 |

**vacation** 88:2
**Valley** 86:8
**value** 168:21
**various** 24:18
  28:6 50:19
  66:22 67:22
  81:10
**verbalize** 10:15
**verification**
  155:14 169:6
  202:17
**verify** 31:22
  87:20 123:24
  165:3 204:6
**version** 96:10
**vertical** 157:3
  198:7
**vertically** 40:4
**vetted** 53:22
**VIDEOGRAP...**
  3:5
**Violet** 32:22
**Virginia** 17:19
**visit** 80:25 81:1
**vitae** 19:4
**volume** 33:3,8
  33:21 36:1
  44:10 47:16
  51:6 69:20
  72:18 86:10
  102:12 115:19
  115:21 164:20
**volumes** 33:2

**W**

**Wager-Zito** 2:23
  4:6 44:12
  49:19 76:22
  94:1 95:25
  96:4,9 99:1
  101:10 104:5
  109:2 120:11
  126:4 134:25
  139:2 145:23
  153:24 166:22

171:7,15 180:5
180:24 191:22
191:24 195:4
200:5,8,23
203:18
**Waguespack**
  32:14
**Wait** 173:10,10
**waived** 6:10
**wake** 43:14
**Waldemar** 78:4
**wall** 46:17 98:16
**walls** 7:20
  192:21
**want** 10:3 38:18
  53:18 69:18
  86:22 98:19
  102:3 106:14
  108:18 111:15
  115:15,16
  129:5 139:9
  159:23 166:2
  175:13,20
  176:15 179:11
  187:6
**wanted** 137:6
  149:11 185:25
  186:8,14 187:7
  188:23
**wants** 48:2 67:6
  101:20
**Ward** 159:21
**Washington**
  2:16 8:1 20:10
  33:25 44:5,6
  44:14 57:5
  59:21 60:19
  61:2,3 90:1,16
  91:16 97:20
  100:6 111:23
  113:24 115:15
  117:17 130:17
  138:20 141:17
  148:11 178:18
  182:25 191:25
  195:13,21

196:14 197:8
200:10,17
201:1
**wasn't** 27:6
  61:19 62:20
  88:1 140:16
  145:16 177:9
  177:23
**waste** 33:10
  69:25 82:14
  140:6
**wastes** 136:13
**water** 11:15
  24:20 28:8
  40:18 64:23
  65:11,14 82:14
  97:5,25 98:20
  102:6 113:6
  118:17,21
  119:7 121:19
  129:20,22,25
  130:1,2,4,8
  142:24 151:13
  151:14 166:17
  168:24,24
  169:21 170:2
  172:21,22
  173:24 174:23
  180:1 181:22
  181:25 182:1
  183:3,4 189:12
  189:23,24
  190:2,3,23,25
  191:1,9,11,13
  191:14 192:13
  192:16,23
  193:22 194:5
  194:18 205:24
  208:14
**waters** 178:23
**WATSON** 2:22
**waving** 96:25
  97:2 157:5
  181:6
**way** 21:3,13
  36:23 38:10

49:12 54:24
55:11,14 60:9
60:21 62:1
68:10 80:15
82:10 98:14
99:12 105:23
114:8 128:7
139:13 142:21
172:8 189:11
192:18 200:25
211:15
**ways** 194:11,19
**website** 36:11
**wedding** 84:12
  137:3 141:3
  142:6 175:17
  176:24 177:10
  179:22
**week** 39:4
**wells** 95:2 175:8
  187:14,17,23
  187:24 188:6
  188:22,25
  189:1,9,11,14
  189:17 191:11
**well-experienc...**
  130:19
**well-trained**
  130:18
**went** 13:1,14
  14:14 20:7
  84:24 104:1
  112:4 132:21
  140:12 142:5
  142:14 175:23
  184:21,21,23
  195:10 196:7
**weren't** 61:17
  84:2 106:25
  146:24
**west** 95:22
  116:10
**we'll** 11:20 98:1
  103:5,12
  125:22 162:16
**we're** 8:13 9:15

10:8 11:4
20:14,17,21
24:25,25 25:2
25:3,5 28:22
36:7 38:16
40:10,11 41:7
47:3 50:10
52:9 53:11
55:10,14 57:17
57:18,19 58:3
58:8 63:5 73:8
108:9 120:19
123:14 125:19
130:24 153:16
154:5 168:19
168:20,22,23
168:25 175:6
192:2 193:6
194:25 196:5
199:14 201:6,9
201:17 202:7,8
202:9,25
**we've** 85:16
  193:19
**WGI** 33:24 34:1
  44:3,20 65:14
  65:22 67:4,13
  68:2 69:8,12
  70:11,18 71:10
  71:15,24 72:1
  72:13,17 73:16
  73:17 75:4
  79:3,21 80:11
  81:6 82:11
  85:10 86:19
  87:15,15 89:2
  89:3,19,22
  90:14 97:8
  102:10 105:2
  105:16 106:17
  106:18,19
  107:24 109:19
  109:20 110:19
  114:11 119:11
  119:19 122:15
  123:11 125:4

BACUTA, Ph.D., GEORGE

126:12 128:23
133:10 136:13
136:13 138:11
138:25 139:7
141:20,22
149:1 153:18
154:2,2,9,19
159:25 160:16
160:17,17
161:8,13,19
162:4,5 163:4
163:14 166:20
170:3 175:22
177:2 184:2,2
187:3 192:12
**WGI/MMG**
164:22
**wharf** 27:21
30:12,12,15,20
31:3,7 55:2
**whatsoever**
137:24 168:10
**Whiteflint** 1:12
7:3
**wide** 190:6,10
**widespread**
86:11,12
**William** 125:4,7
**wind** 102:6
**witness** 6:4,25
7:5 9:5 47:23
109:8,11 154:6
210:1 211:5
**witnesses** 10:5
**wondering**
22:25
**WOODCOCK**
2:13
**worded** 189:7
**wording** 189:6
**words** 150:13
**work** 14:11 16:3
17:3,4,6,7,14
17:21,23 18:2
18:11,12 20:24
21:11,24 23:14

23:20 24:9
25:2,4 27:4
30:10,11 31:9
34:14,16 35:4
36:23 37:10
38:13,15 39:13
39:14 42:12,20
43:13 48:17
53:8,11 54:13
54:25 55:15
59:10,19 60:22
61:6 64:19
65:24 67:11
68:2,13 69:3,5
69:6 70:8,12
71:14 75:2
76:4 78:25
79:14,14 80:17
81:8 82:5,6,13
82:22 85:5,11
87:21 88:22
89:4,5,18,22
89:25 90:1,9
102:11,21
104:25 105:17
105:25 109:19
110:22 111:2,9
112:3,11 113:9
114:16,21
115:2 116:18
117:4 119:11
130:16 131:8
131:13 136:10
136:22 138:10
141:16 143:14
155:6 167:4
175:25 176:10
183:19 193:17
201:14,22
204:16 206:25
207:5
**worked** 14:5
19:25 21:3
34:11 35:2
62:6 63:11,13
63:14,15,20

64:5,12,14
200:18
**workers** 72:23
72:23 156:20
**workforce** 16:15
**working** 23:10
23:19 30:19
58:9 74:20
78:23 117:3,8
145:19 155:4
156:4 159:24
160:2 184:7
186:4 201:9
**works** 19:22
24:3 35:2
46:21 52:18
154:25 180:17
182:12
**world** 18:9
**worried** 39:24
42:22 107:8
156:15 172:16
172:18 190:9
203:23,25
204:4
**worry** 83:18
**worrying** 125:22
**wouldn't** 10:10
139:17 152:12
152:24 178:6,8
178:9,12
184:10 188:11
**write** 17:3 21:24
54:10,11
113:25 164:8
165:10,15
166:7
**writing** 134:15
**wrong** 86:5
94:12 104:2
**wrote** 186:20

_____
**X**
_____
**X** 4:1,1,8,8

_____
**Y**
_____
**yea** 92:9 164:3

**yeah** 8:6,17
11:25 12:23
13:5 14:20
15:5,9 16:23
18:6 19:13
22:23 23:4,11
23:14,18 26:13
28:5 29:7
30:22 31:20
32:7,14,15,15
32:19,24 33:4
33:7,11,20,22
34:7,8 35:12
35:16 36:4,6,9
36:9,21 38:10
44:11,19 45:7
45:17,23 47:18
47:21 51:11
53:24 54:2,15
54:19 55:19,23
56:5 58:5
60:14 61:12
62:8,19 63:15
64:3,16 67:20
67:25 68:5,14
69:21 70:23
71:12 72:15
74:6,9,10,25
75:16,18,22
76:6,6,12,25
78:8,10,13
79:1,16,16,20
80:22,22 81:21
82:7,18,22
83:19,23 85:3
87:1,2 88:1,14
89:1 91:8 92:1
92:3 93:12,16
96:17 98:22
101:4,4 102:24
103:19,21
106:5 111:1,19
112:24 115:10
115:24 116:13
120:21 121:25
122:10,19

123:5,7,10
124:8 125:6,7
125:8,24 127:1
127:1,1 128:6
128:9 129:5
130:12,22
131:7,12,15
134:13 135:2
135:19 136:7
137:9,11
139:20 140:5
140:18 143:14
147:6 148:3,12
148:16,19,19
148:24 149:3,9
149:23 151:2
153:23 154:15
154:21 155:3
158:4,13,19,25
162:5,8,16
163:12,21
164:24 165:1
167:21 168:4,4
173:11 174:25
175:12,15
176:19 177:13
179:13,17
182:8 184:6,13
185:4,17,22
186:13,22
188:20 189:10
190:7 193:1
197:18,25
200:25 207:6
**year** 13:20,23
14:1 15:8,10
15:12
**years** 16:5,8
20:2 186:2
**yield** 119:2
129:14,15,18
129:19,21
130:5,7 134:11
163:24 168:23
**York** 13:19
48:20 49:2

BACUTA, Ph.D., GEORGE

7/2/2008

Page 241

50:1

**#**

**#75005** 1:25
211:25

**0**

**0** 36:18 37:2
51:10 121:4,18
121:20,21
**0-12-E-1** 7:4
**0026** 67:15,17
**01** 126:17
**027349** 106:19
**027393** 106:19
**038769** 72:1
**048057** 128:23
**05-4182** 1:5
**06-2268** 1:8
**073207** 106:17
**079929** 160:17
**079933** 160:17

**1**

**1** 4:11 18:19
19:9 35:25
51:7,8 107:8
107:25 126:17
129:15 205:15
**1.2.3** 122:2
**10** 4:20 124:22
126:6 193:10
193:10
**100** 151:6
**103** 4:17
**11** 4:21 126:1,11
126:19
**11th** 90:20
133:14
**110** 4:18,19
**11555** 1:12 7:3
**12** 4:22 133:4,6
**124** 4:20
**126** 4:21
**13** 4:23 138:25
139:4
**133** 4:22

**139** 4:23
**14** 4:24 153:8,12
153:13
**15** 4:25 116:10
121:4,19,20,21
154:8,12
**153** 4:24
**154** 4:25
**16** 5:1 165:5,6
**165** 5:1
**17** 5:2 169:5
170:14,15
171:11
**17th** 199:22
**170** 5:2
**18** 5:3 130:13
181:20 182:6
**182** 5:3
**184** 5:4
**19** 4:11,12 5:4
184:1,4
**191** 4:6
**1960s** 199:11
**1975** 13:22 14:4
**1980** 14:3,4,12
14:13,23 15:4
15:7,11
**1982** 15:4 16:13
16:19
**1985** 14:24 16:22
**1986** 16:24
**1989** 13:25
**1990** 12:11,13
**1991** 21:21
**1992** 22:10 23:4
23:9 25:9 28:4
199:12
**1993** 119:23
122:6,7 127:8
**1997** 31:14,18
32:2 36:24
42:9 50:17
52:6 69:20
95:4 119:24
121:14 122:7
127:8 160:24

164:19
**1998** 128:19
**1999** 35:23 56:13
60:21,25,25
61:16 67:12
76:5 85:10
**1999C** 122:12

**2**

**2** 4:12 18:21
19:3,11 33:24
107:2 129:15
205:16
**2nd** 1:14 76:5
210:25
**20** 199:1
**2000** 56:13 90:19
91:11 92:19,22
93:9 106:18
108:16,18,23
109:20 111:8
111:10 113:14
115:9,10,22
116:18 128:20
133:17 196:1
**2001** 90:20
119:19 124:4
128:5 132:18
132:24 133:5
133:14,14,17
136:14 138:15
148:2 185:21
186:16
**2002** 148:14,16
153:20 154:9
154:15
**20044** 2:16
**2005** 148:8
159:24 161:9
163:14 171:19
175:3 178:1
181:21 183:20
184:14 185:1
185:23 208:13
208:19
**2008** 1:14 210:25
**202-616-4289**

2:17
**207** 4:7
**20852-2738** 1:13
7:4
**22** 140:12 148:23
149:2 175:18
**23** 20:2 175:18
**24th** 138:15
**24-hour** 166:16
**245973** 34:1
**245991** 44:3
**25** 94:25 96:3
97:10,13 104:1
134:1 157:4
171:19 198:1
**25-foot** 134:15
**26** 7:23,24 20:16
62:7 63:12,19
67:14 68:6
84:23 142:19
145:20
**26th** 68:1 106:18
107:3 108:16
108:18,23
**2601** 85:9
**2603** 89:3
**2604** 104:25
**2610** 136:15
175:22
**27th** 111:8
**27277** 105:2
**27284** 105:2
**28** 199:2

**3**

**3** 4:13 33:3
73:15,16,21
119:1 129:16
130:6,11 134:5
164:5 185:14
185:16 186:23
205:16
**3-3** 76:19
**3-30** 115:2
**3-31** 115:2
**3-32** 115:2
**3-34** 116:7

**3-4** 76:19
**3-5** 76:19
**3-6** 76:19
**3-7** 76:20
**3.3.1** 112:13
**3.7** 78:11,13
79:17
**317669** 119:20
126:8
**317827** 119:20
126:9
**3336** 110:19
**3344** 110:20
**35** 85:10
**357813** 154:9
**358095** 154:9
**37709** 89:19
**37717** 89:20
**38704** 71:24
**38726** 81:6
**38791** 73:17
**38797** 73:18

**4**

**4** 4:14 73:16,17
73:23 185:13
**4th** 171:19 178:1
183:20 185:23
208:12,19
**4.1** 81:6
**4.2** 94:25 96:7
134:1
**4.3** 81:5
**41589** 184:2
**41592** 184:2
**41790** 87:15
**41791** 87:15
**41843** 86:19
**41845** 86:19
**41879** 109:19
**41944** 109:20
**42** 85:10
**47665** 90:18
**48055** 126:12
**48061** 126:14
**49** 151:4

BACUTA, Ph.D., GEORGE

7/2/2008

Page 242

**5**

**5** 4:15 33:8,21
36:18 37:2
44:10 51:10
67:4 69:20
72:18 86:19,24
87:9 95:3
164:20
**5th** 208:13,19
**50** 150:22
**504-525-1335**
2:7
**51** 151:4
**51585** 133:10
**51656** 133:11
**53905** 73:16
**53911** 73:17
**57601** 139:1
**57606** 139:1,7
**57615** 139:7

**6**

**6** 4:16 36:1 51:6
69:19,19 87:5
87:6 150:17
193:10
**6th** 136:14
**619** 136:13
**636** 136:14
**67** 89:2,3
**67761** 90:18
**69840** 154:2

**7**

**7** 4:5,17 103:2,5
103:12,13
**7th** 85:9
**70113** 2:6
**70115** 154:2
**73** 4:13,14 89:4
**79** 19:17,18,19

**8**

**8** 4:18 36:2
44:24 45:25
46:3,11 51:6
99:9 102:16,16

110:6,9,12,13
111:15 150:16
164:16 165:16
165:18 166:19
168:9 193:11
198:4,16,18,22
198:24 199:1
**8-foot** 152:23
**82** 14:3
**855** 2:5
**86** 4:15 14:24
16:22,23
**87** 4:16
**88** 198:10
**888** 2:14
**89** 18:6

**9**

**9** 4:19 33:3,8,21
67:4 72:18
110:19,24
164:20
**9th** 181:20
**91** 21:13
**96** 90:8
**97** 38:7 41:3,13
53:19 156:7
174:20,21
175:14 177:15
**99** 36:22 54:14
56:15 61:9
78:9 108:1
156:7 175:16
177:17