# EXHIBIT 26

MONTEGUT, III, JAMES

8/8/2008

```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

    IN RE: KATRINA CANAL BREACHES    CIVIL ACTION
    CONSOLIDATED LITIGATION          NO. 05-4182 K2
                                     JUDGE DUVAL
    PERTAINS TO:  MRGO AND ROBINSON
                  (No. 06-2268)

         Deposition of JAMES A. MONTEGUT, III,
    given at the McKernan Law Firm, 8710 Jefferson
    Highway, Baton Rouge, Louisiana 70809, on
    August 8th, 2008.




    REPORTED BY:
         JOSEPH A. FAIRBANKS, JR., CCR, RPR
         CERTIFIED COURT REPORTER #75005
```

                                                    Page 1

```
 1   ALSO PRESENT:
 2       JOSEPH E. BEARDEN, III, ESQ.
 3       LAURA ROUGEAU, ESQ.
 4       JULIA CRONIN, ESQ.
 5       WILLIAM D. TREEBY, ESQ.
 6
 7   PRESENT VIA I-DEP:
 8       ERIC GOLDBERG, ESQ.
 9       CHRIS ALFIERI, ESQ.
10       SCOTT GASPARD, ESQ.
11       DEBRA S. CLAYMAN, ESQ.
12       BRIAN RYCKMAN, ESQ.
13
14   VIDEOGRAPHER:
15       GILLEY DELORIMIER (DEPO-VUE)
16
17
18
19
20
21
22
23
24
25
```

                                                    Page 3

```
 1   APPEARANCES:
 2   REPRESENTING THE PLAINTIFFS:
 3       BRUNO & BRUNO
 4       (BY:  L. SCOTT JOANEN, ESQUIRE)
 5       855 Baronne Street
 6       New Orleans, Louisiana 70113
 7       504-525-1335
 8
 9   REPRESENTING THE UNITED STATES OF AMERICA:
10       UNITED STATES DEPARTMENT OF JUSTICE,
11       TORTS BRANCH, CIVIL DIVISION
12       (BY:  PAUL LEVINE, ESQUIRE)
13       (BY:  DAN BAEZA, ESQUIRE)
14       P.O. Box 888
15       Benjamin Franklin Station
16       Washington, D.C. 20044
17       202-616-4289
18
19   REPRESENTING THE U.S. ARMY CORPS OF ENGINEERS.
20       CORPS OF ENGINEERS, OFFICE OF COUNSEL
21       (BY:  DAVID DYER, ESQUIRE)
22       7400 Leake Avenue
23       New Orleans, Louisiana 70118-3651
24       504-862-2843
25
```

                                                    Page 2

```
 1       E X A M I N A T I O N   I N D E X
 2
 3   EXAMINATION BY:                        PAGE
 4
 5   MR. JOANEN   ...............................6
 6   MR. LEVINE   .............................146
 7
 8   EXHIBIT NO.                            PAGE
 9
10   Plaintiff's Exhibit 1 ....................... 9
11   Plaintiff's Exhibit 2 .....................60
12   Plaintiff's Exhibit 3 .....................62
13   Plaintiff's Exhibit 4 .....................93
14   Plaintiff's Exhibit 5 ....................109
15   Plaintiff's Exhibit 6 ....................139
16
17
18
19
20
21
22
23
24
25
```

                                                    Page 4

1 (Pages 1 to 4)

STIPULATION

1   STIPULATION
2       IT IS STIPULATED AND AGREED by and
3   among counsel for the parties hereto that the
4   deposition of the aforementioned witness may be
5   taken for all purposes permitted within the
6   Federal Rules of Civil Procedure, in accordance
7   with law, pursuant to notice;
8       That all formalities, save reading
9   and signing of the original transcript by the
10  deponent, are hereby specifically waived;
11      That all objections, save those as to
12  the form of the question and the responsiveness
13  of the answer, are reserved until such time as
14  this deposition, or any part thereof, is used
15  or sought to be used in evidence.
16
17
18              *   *   *
19
20
21
22      JOSEPH A. FAIRBANKS, JR., CCR, RPR,
23  Certified Court Reporter in and for the State
24  of Louisiana, officiated in administering the
25  oath to the witness.
                                        Page 5

1       JAMES A. MONTEGUT, III
2   6190 Tezcuco Court, Gonzales, Louisiana 70737
3   70118, a witness named in the above
4   stipulation, having been first duly sworn, was
5   examined and testified on his oath as follows:
6   EXAMINATION BY MR. JOANEN:
7       Q.   Mr. Montegut, my name is Scott Joanen.
8   I'm an attorney for the MRGO PSLC.  That's the
9   plaintiffs that have brought suit against the
10  Corps of Engineers and WGI for damage they
11  allege for the floodwalls falling down in the
12  Lower Ninth Ward.
13      The reason we're here today is because
14  your name has appeared on a number of documents
15  and I understand you to be being involved in
16  the project that became known as Task Order 26
17  or the remediation work at the East Bank
18  Industrial Area.  So we're here to ask you some
19  questions.
20      A.   Okay.
21      Q.   Have you ever given a deposition
22  before?
23      A.   Yes, I have.
24      Q.   How many times have you given a
25  deposition?
                                        Page 6

1       A.   Two or three.  This being the third or
2   fourth.
3       Q.   Have they been recent depositions?
4       A.   No.
5       Q.   Were they depositions that involved
6   personal injury or contract disputes, things of
7   that nature?
8       A.   Contract disputes with the Corps of
9   Engineers.
10      Q.   So you understand the procedure.
11  Basically, I'm here to ask you questions.  I'm
12  going to ask you to let me finish my question
13  before you begin your answer so that the court
14  reporter can get that down.  You understand
15  that.
16      A.   Yes.  Sounds fair.
17      Q.   Also, it's very important that you
18  answer yes or no or give a verbal response and
19  not nods of the head and shakes of the head
20  because the court reporter may not get it down
21  accurately.  It's important that what is said
22  here today is taken down accurately because
23  others may be reviewing this at a later date
24  and they will be interpreting what was said and
25  if it's unclear it can cause confusion later.
                                        Page 7

1       You understand that.
2       A.   I understand that.
3       Q.   Also, too, I have to as always tell
4   you that this is a deposition pursuant to the
5   Rules of Civil Procedure, so you've been sworn
6   to tell the truth the same as if you were in
7   court.  You understand that, as well?
8       A.   Yes, I do.
9       Q.   If at any time you don't understand my
10  question, just ask me to repeat it.  I'll be
11  glad to do so.  Either I'll rephrase it or I'll
12  have the court reporter read it back.  Okay?
13      A.   Okay.
14      Q.   I'm not one to really hold people's
15  feet to the fire so if you want to take a break
16  for any reason I'm glad to do so, although I
17  would ask if you can to be patient with me and
18  try and allow me to get as close to the noon
19  hour before we break as we can.  I would like
20  to get you out of here as quick as possible.
21  Okay?
22      A.   Sounds fair.
23      Q.   The first thing I would like to do
24  just for a matter of bookkeeping, I've marked
25  for Plaintiff's Exhibit 1, this is the Amended
                                        Page 8

MONTEGUT, III, JAMES

8/8/2008

1    Notice of Deposition, it's the Third Amended
2    Notice of Deposition, which is piece of paper
3    that tells everybody that we're asking you to
4    be here today and testify.  We'll put that into
5    the record.
6         Mr. Montegut, let me ask you first
7    just for some background information.  From
8    where are you from; where were you born and
9    raised?
10        (Plaintiff's Exhibit 1 was marked for
11   identification and is attached hereto.)
12   A.   Born and raised in New Orleans.
13   EXAMINATION BY MR. JOANEN:
14   Q.   Okay.  Where did you go to high
15   school?
16   A.   Brother Martin.
17   Q.   What year did you graduate?
18   A.   1970.
19   Q.   After Brother Martin, did you continue
20   with your education?
21   A.   Yes.  I attended University of --
22   well, at the time it was LSUNO, but now it's
23   the University of New Orleans.  UNO.
24   Q.   Okay.  And how far did you progress in
25   your education?

Page 9

1    A.   I got a Bachelor's of science degree
2    in engineering.
3    Q.   At the time, when you get a BS in
4    engineering was there any focus or specialty
5    within the engineering field that you were
6    achieving?
7    A.   At that time, at UNO, there wasn't a
8    civil, mechanical, electrical designation, they
9    had what was referred to at that time at UNO as
10   an option.  And I graduated with a mechanical
11   engineering option.  You know, I haven't looked
12   at my diploma in a thousand years, but if you
13   would read the diploma, it says, bachelor of
14   science in engineering with a mechanical
15   option.
16   Q.   Okay.  Did you take any formal
17   education after achieving your BS in
18   engineering?
19   A.   No, I did not.
20   Q.   And what year did you receive that
21   Bachelor of Science?
22   A.   1974 or '5.
23   Q.   Upon graduating from LSUNO, did you
24   enter the workforce?
25   A.   Yes.

Page 10

1    Q.   And what was the first job you took?
2    A.   I took a job with the Corps of
3    Engineers as a civil engineer.
4    Q.   Let me ask you, because I've not ever
5    taken an engineering class, what qualifies you
6    with a BS in engineering with a mechanical
7    option to qualify for a job as a civil
8    engineer?  Had you taken sufficient classes to
9    get your BS in engineering to qualify as a
10   civil engineer job title?
11   A.   Part of the engineering curriculum
12   that I took had certain civil engineering
13   courses, like soil mechanics, things like that,
14   dynamics, statics, those type of courses that
15   are typically found in a civil engineering
16   curriculum.  Apparently when I applied the
17   Corps of Engineers determined that that was
18   sufficient qualifications to be hired as a
19   civil engineer.  And of course I've been
20   there -- well, until I retired I was there for
21   thirty some odd years, so I would like to think
22   that they thought it was sufficient
23   qualifications.
24   Q.   I understand.  When you entered the
25   Corps in 1974 as a civil engineer, was there a

Page 11

1    particular branch that you were assigned to?
2    A.   Actually, you know, we need to back up
3    maybe just a little bit, because my career at
4    the Corps started prior to my graduation as an
5    engineer.
6    Q.   Okay.
7    A.   For about a year and a half prior to
8    my graduation I was working as a student for
9    the Corps of Engineers.
10   Q.   Okay.
11   A.   And so really, when I graduated it was
12   more of just a rollover from a student position
13   into a civil engineering position.  So when I
14   actually started at the Corps of Engineers I
15   was working as a student in their engineering
16   division, what they called back then the
17   engineering systems and programming branch
18   where we wrote a lot of computer programs to do
19   engineering type calculations.
20   Q.   And so while you were at the civil
21   engineer student program function, you were
22   actually doing engineering calculations and
23   things of that nature?
24   A.   Yeah.  Working more with what was
25   referred to as a technician, doing more

Page 12

3  (Pages 9 to 12)

1    technical type work, doing, um -- you know,
2    being assigned work by an engineer to do
3    certain calculations, computations and work on
4    drawings, things like that.
5        Q.    When you became a full-time employee
6    with the Corps, did your job responsibilities
7    change and, if so, how so?
8        A.    To some degree.  Switching from maybe
9    analyzing computer data at the time to when I
10    became an engineer to actually writing computer
11    programs to perform certain calculations.
12        Q.    And what would have been your title at
13    that time?  Civil engineer?
14        A.    Yeah.  Civil engineer.
15        Q.    And how long did you stay in the
16    position of civil engineer?
17        A.    Until my retirement.
18        Q.    The job position that you were in
19    originally in 1974 upon taking a full-time
20    employment, how long did you stay within that
21    job function?  Roughly.
22        A.    Yeah.
23        Q.    We're going to move pretty quickly
24    through this.
25        A.    Four or five years, yeah.

Page 13

1        Q.    At the end of the five-year period,
2    what were the new responsibilities that you
3    undertook?
4        A.    I switched from what was then the
5    engineering division to construction division,
6    and actually, the duties were somewhat similar
7    when I first went to work in construction
8    division.  I was still writing programs.  I
9    think they hired me because I had obtained a
10    certain amount of programming knowledge and
11    expertise, and they had a position open for
12    duties such as that, and that's how I
13    transferred over into the construction
14    division.
15        Q.    And both the time when you entered in
16    1974 and then switching over to the
17    construction division, that was within the New
18    Orleans District?
19        A.    Yes.  Yes.  All of my employment with
20    the Corps has been in the New Orleans District.
21        Q.    When you transferred into the
22    construction division, what types of things
23    were you involved with constructing?
24        A.    Levees, um -- different -- dredging of
25    different channels.  Primarily worked in a

Page 14

1    section that did the computations to determine
2    the pay quantities.  As you probably know,
3    typical Corps contracts are based, are let to
4    contractors and they're paid usually by unit
5    priced items, and typically in dirt work like
6    levees or dredging, they're paid by the cubic
7    yard.  It's called a firm fixed price contract.
8    In order to make payment to those contractors
9    as they complete the work and as they progress
10    through it, they have surveyors that go out and
11    survey cross-sections of the whatever, the
12    levee or the channel, and the computations
13    determine the cubic yardage.  So we worked
14    in -- I worked in the section that did those
15    computations.
16        Q.    And how long did you remain in that
17    job capacity?
18        A.    Probably I'm going to say until about
19    1992, so about fifteen years, roughly.  '78 to
20    '92; fourteen, fifteen years.
21        Q.    Was there, during this time period up
22    until 1982, where the construction division in
23    essence loaned you out to a division such that
24    you were doing work on levees in other areas
25    outside of New Orleans region?

Page 15

1        A.    Not as I recall, no.
2        Q.    So it would be fair to say as a
3    summarization that from the time you entered
4    the construction division up until about 1992,
5    you were focused primarily on works within the
6    New Orleans region?
7        A.    Yes.  Yes.  Absolutely.
8        Q.    During that time period, did you have
9    to attend any courses or further education,
10    seminars, dealing with geotechnical issues,
11    subsoil strata, things of that nature?
12        A.    Yeah.  No.  No.
13        Q.    During the time -- let me get your
14    history first.  In 1992, you switched job
15    roles.  What was your next function for the
16    Corps?
17        A.    I switched -- stayed within
18    construction division but switched from what's
19    called upstairs in the construction division to
20    the area office, which was the New Orleans area
21    office.  New Orleans District has two area
22    offices under its jurisdiction, the New Orleans
23    area office and the Lafayette area office.
24        Q.    And you were in the New Orleans area
25    office?

Page 16

4  (Pages 13 to 16)

MONTEGUT, III, JAMES

8/8/2008

| | |
|---|---|
| 1    A.  Yes.  That's correct.<br>2    Q.  And what was your role for the New<br>3  Orleans area office?<br>4    A.  I was project engineer.<br>5    Q.  And could you describe what that<br>6  entailed?<br>7    A.  It entailed oversight of various<br>8  construction projects.  In my case, they were<br>9  typically dredging type projects, an occasional<br>10  levee depending on workload.  But I was<br>11  primarily, in my case, dredging, um -- that<br>12  related to the contract administration of a<br>13  particular project that may require a<br>14  contractor to furnish a dredge to dredge the<br>15  Mississippi River, at the time the MRGO or, you<br>16  know, just any type of navigable waterway.<br>17    Q.  How long did you stay in that job<br>18  function or role?<br>19    A.  You know, it's kind of getting a<br>20  little bit fuzzy now but I'm going to say about<br>21  three or four years.<br>22    Q.  And in approximately 1995 or 1996 when<br>23  your role changed, what was your next role for<br>24  the government?<br>25    A.  I was assigned to the Bayou Bonfouca<br>Page 17 | 1  hazardous toxic and radioactive waste--<br>2    A.  Yeah.  It was what was classified as a<br>3  Superfund site.<br>4    Q.  And who were some of the contractors<br>5  that were involved in that Bayou Bonfouca?<br>6    A.  It was the IT Corporation was the<br>7  prime contractor.  I think C.F. Bean was a sub<br>8  at that time, and they were primarily<br>9  responsible for the dredging work.  Actually,<br>10  as I think back a little bit now it was IT and<br>11  OHM.  I can't remember what the letters stood<br>12  for, but there was actually a joint venture<br>13  with those two companies.<br>14    Q.  You know this already, but in the East<br>15  Bank Industrial Area, Morrison Knudsen and<br>16  later Washington Group was engaged through a<br>17  task order pursuant to the TERC, the total<br>18  environmental restoration project.<br>19    A.  Right.<br>20    Q.  Was the Bayou Bonfouca engagement of<br>21  IT and/or OHM also a task order pursuant to a<br>22  TERC contract?  If you know.<br>23    A.  The original contract for Bayou<br>24  Bonfouca was not a TERC contract as best I can<br>25  remember.  There was additional work decided to<br>Page 19 |
| 1  project out in Slidell which was a hazardous<br>2  waste cleanup project.<br>3    Q.  Did that involve dredging or was that<br>4  just a soil remediation?<br>5    A.  It involved both.<br>6    Q.  And that was the creosote plant they<br>7  had up there?<br>8    A.  That's correct.<br>9        MR. LEVINE:<br>10          What plant?<br>11       MR. JOANEN:<br>12          Creosote.  The junk they put on<br>13       the telephone poles so the termites<br>14       don't eat it.<br>15    A.  The coating of a timber piling, a wood<br>16  preservative.  It's a black wood preservative.<br>17  You know, telephone poles, mother nature<br>18  doesn't make them black.<br>19  EXAMINATION BY MR. JOANEN:<br>20    Q.  How long were you with that project?<br>21    A.  Until its completion.  I want to say<br>22  like 1999, somewhere up around in there.<br>23    Q.  Would the Bayou Bonfouca project be<br>24  considered an HTRW site, by that, in reference<br>25  in previous depositions and documents as a<br>Page 18 | 1  be performed at Bayou Bonfouca to clean up<br>2  Southern Ship, which was another site that<br>3  during the course of the original Bayou<br>4  Bonfouca project they discovered additional<br>5  creosote further down the bayou and the EPA got<br>6  with the Corps and they decided to clean that<br>7  site up, as well.  And that particular site was<br>8  accomplished with a TERC contract.  IT<br>9  Corporation had a contract with Tulsa District,<br>10  a TERC contract with Tulsa District.<br>11    Q.  Were you engaged with the work at<br>12  Southern Ship pursuant to the TERC?<br>13    A.  Yes.<br>14    Q.  Is that the first time you became<br>15  familiar with the processes of the TERC?<br>16    A.  Yes.<br>17    Q.  To your understanding, are there<br>18  different reporting requirements, in your<br>19  involvement, regarding pay and things of that<br>20  nature with the TERC as opposed to other<br>21  contracts which you had said were firm fixed<br>22  price type contracts?<br>23       MR. LEVINE:<br>24          Objection.  Vague, compound.<br>25          You can answer.<br>Page 20 |

5  (Pages 17 to 20)

Johns Pendleton Court Reporters                                    800 562-1285

MONTEGUT, III, JAMES

8/8/2008

1       MR. JOANEN:
2            I'm sure y'all have talked about
3       this already, but a lot of times he
4       will object to things, and that's for
5       us to discuss with the judge later as
6       to whether it's maybe utilized later.
7       Unless he tells you not to answer,
8       which he may -- I usually don't ask
9       those types of questions, but if he
10      does instruct you not answer you
11      wouldn't.  But unless he does, you
12      give me the answer.  Okay?
13           You remember the question?
14      A.   No.  Please repeat it.
15           (Whereupon the previous question was
16      read back.)
17      EXAMINATION BY MR. JOANEN:
18      Q.   Did you understand the question?
19      A.   You said with regards to reporting.
20      Q.   Right.
21      A.   I don't --
22      Q.   Maybe I'm showing my hand a little bit
23      here, but in reviewing a lot of documents I
24      understand that you were involved with the
25      oversight of payments and the requests for
                                        Page 21

1       payments from WGI.
2       A.   Right.
3       Q.   So I'm trying to get the background as
4       to your understanding of what the TERC was back
5       then in contrast to what was the firm fixed
6       price contracts, and that will lead me to
7       understand more of what your vernacular is
8       about this so that I can ask you questions
9       regarding the WGI project that he won't be
10      objecting to the whole time we're getting
11      through it.  So that's why I'm asking the
12      question.
13           Are there any differences in
14      reporting, to you and to your involvement, than
15      in a firm fixed price contract?
16      A.   Yes.  There were significant
17      differences in the way payments were evaluated,
18      or the requests for payments were evaluated.
19      Q.   And what were some of those?  I don't
20      mean to cut you off.  I'm sorry.
21      A.   The major difference being that under
22      the TERC, being a cost reimbursable contract,
23      the contractor was obligated to provide
24      substantiation or proof, records, if you will,
25      of every expenditure he made in conjunction
                                        Page 22

1       with that work, with that project.  Um -- this
2       led to a virtual stack of literally
3       approximately this high, about a foot high of
4       his monthly submission, where everything that,
5       like I said, that he -- expense that he
6       incurred, every time sheet for every employee
7       who worked on that project for that period,
8       month, would have to be included in that
9       submission and have to be reviewed to
10      substantiate.
11      Q.   Would you be the person that would be
12      reviewing that --
13      A.   Yes, I would.
14      Q.   -- in the Bayou Bonfouca --
15      A.   Yes.  Yeah.  For ease of maybe
16      clarification, let's refer to Bayou Bonfouca as
17      being the original firm fixed price and
18      Southern Ship as being the TERC.
19      Q.   Fair enough.  For the Southern Ship
20      part, was that the first time that you become
21      involved in such a process where these
22      voluminous expenditure reports and receipts
23      were provided?
24      A.   Yes.
25      Q.   Why is it, if you know, that the Corps
                                        Page 23

1       would have you reviewing those as opposed to an
2       accountant, a bookkeeper who would run that
3       little machine?
4       A.   Yeah.  Um -- probably because I was
5       there on site and would be more familiar with
6       what was being spent and why it was being spent
7       and could probably make a better determination
8       if it was justifiable or not.  Um -- but I
9       agree with what you're saying, yeah, maybe a
10      lot of times I kind of felt like an accountant.
11      Q.   Was the review of these that you were
12      doing, were they with an eye towards being
13      necessary from an engineering perspective, or
14      just your understanding of how an engineering
15      project has to take place?
16           MR. LEVINE:
17               Objection.  Vague.
18      EXAMINATION BY MR. JOANEN:
19      Q.   If you understand the question.
20      A.   Well, you're saying from an
21      engineering perspective.
22      Q.   Right.  To run an office, for example
23      this law office, you don't need to be a lawyer
24      to necessarily run an office.  You got to know
25      you got to pay your people on a certain day and
                                        Page 24

Johns Pendleton Court Reporters                    800 562-1285

MONTEGUT, III, JAMES

8/8/2008

1   have the lights on, electricity and pens and
2   paper and things of that nature.  Same with an
3   engineering project, I would guess, not being
4   an engineer, you need to run an office, however
5   there may be certain functions that only an
6   engineer may understand the necessity for.  And
7   so my question was improperly worded.  It
8   probably was now that I think about it.  Was
9   the role that you played focused more on the
10  necessity of the financial outlays geared
11  toward understanding how the engineering
12  process, the engineering project took place?
13          MR. LEVINE:
14              Same objection.
15      A.  I don't know how to answer that.
16  EXAMINATION BY MR. JOANEN:
17      Q.  Fair enough.  If I can figure out a
18  better way to ask it I'll come back to it
19  later.
20          How long were you involved in that
21  Southern Ship project?
22      A.  The whole time, from beginning to end.
23  It was a couple of years I guess, maybe a
24  little less.
25      Q.  Do you know when about it ended?

Page 25

1      A.  Around about 2000 -- 2000, yeah.  I
2   want to think around 2000.  No, I'm sorry.  It
3   ended in 1999.  I'm kind of confusing my times
4   a little bit here because the Bayou Bonfouca
5   didn't last until '99, the first phase of it,
6   that original phase, it probably lasted until
7   about '97.  And then Southern Ship kind of came
8   in on the -- you know, piggybacked in on the
9   back end of it, and it ran from roughly '97 to
10  '99.
11      Q.  When was the first time that you
12  became involved in the project that we'll refer
13  to as the Task Order 26 project which was the
14  work that was performed on the East Bank
15  Industrial Area of the Industrial Canal?
16      A.  When was the first time I became
17  involved?
18      Q.  What year, if you recall?
19      A.  It was whenever they mobilized to the
20  site.  That's typically when I become involved
21  in a project, when the contractor is ready to
22  mobilize to the site.  So I believe, if memory
23  serves me right, it was early in the year of
24  '01.
25      Q.  Do you recall what projects you were

Page 26

1   involved with from 1999 when the Southern Ship
2   project ended up until the time you became
3   involved with Task Order No. 26 which I believe
4   is also 2001?
5       A.  I was involved -- well, I went back as
6   a project engineer in the area office for a
7   time on the dredging work, and I was also
8   involved for a period of time, maybe
9   approximately twelve months, um -- on what was
10  called the west bank asbestos remediation
11  project, which was another EPA funded -- I
12  believe it was a Superfund site.  Don't hold me
13  to that.  But it was a similar type of a
14  cleanup.
15      Q.  And where was that located?
16      A.  It was all over the west bank of New
17  Orleans, or Jefferson Parish, in the New
18  Orleans area.  It wasn't a site, per se, it was
19  literally at residences.  People had come
20  across this asbestos-containing material, and
21  we went from, you know, location to location,
22  door to door, if you will, to remediate those
23  sites.
24      Q.  Were you --
25      A.  Excuse me.  Things are kind of

Page 27

1   clicking into this old brain where the memory
2   is kind of fogged.  In addition to that, I also
3   worked on the Agriculture Street remediation
4   project, which was another EPA lead funded
5   Superfund type project that -- the Corps was
6   doing work for EPA in that regard as far as
7   managing the work and overseeing the contracts,
8   the TERC contracts for EPA.
9       Q.  And was your role similar as it had
10  been on the Southern Ship --
11      A.  Yes.
12      Q.  -- where you would review the
13  documentation, make sure that was justified?
14      A.  Yes.
15      Q.  If you felt that something was not
16  justified, what would be the steps that you
17  would take to resolve the issue?
18      A.  It would depend on the issue.  Um --
19  if it was -- if it was an issue that was of a
20  contractual type nature, I would probably
21  consult with the contracting officer.  If it
22  was of a technical nature, then I would consult
23  with the technical folks, um -- you know,
24  construction manager, project manager.  Not
25  that the project manager would be -- have the

Page 28

7 (Pages 25 to 28)

1  technical responsibility, but he could get the
2  person that could assist you in resolving your
3  issue.
4      Q.   Were you involved with any of the
5  development of the 1997 MRGO and connecting
6  channels lock replacement evaluation report?  I
7  understand a guy by the name of Dicharry may
8  have been --
9      A.   Oh, Dicharry.
10     Q.   He may have been heavily involved in
11 the overseeing of that report.
12     A.   I was not involved in that.
13     Q.   Also regarding this East Bank
14 Industrial Area, there was a design memorandum
15 called the DDR or DDM 1.  Were you involved in
16 the development of that?
17     A.   No.
18     Q.   It was a 1999 report?
19     A.   No.
20     Q.   They also had associated with this
21 project, it was going to be to replace the lock
22 in the Industrial Canal --
23     A.   Correct.
24     Q.   -- which then led to them -- I
25 understand they needed to develop that

Page 29

1  temporary bypass channel, and that's what led
2  to the cleanup of the East Bank Industrial
3  Area.  But in 2000, there were two reports
4  developed about lateral protection, they were
5  going to drive sheet pile to I guess protect
6  the neighborhoods when they put the lock in.
7      Were you involved in the development
8  of that report?  I think there was also an
9  alternative report, too.  They were both dated
10 2000.
11     A.   No, I was not.
12     Q.   When you first became involved in 2001
13 with Task Order No. 26, what was your
14 understanding of what your job responsibilities
15 were going to be?
16     A.   Similar to what they had been on
17 previous jobs, um -- project engineer was the
18 title, um -- and with the responsibility for
19 overseeing the work that Washington -- in this
20 particular case Washington Group was going to
21 be performing out there, and with a primary
22 focus on ensuring that they were spending money
23 correctly.  And by correctly, I mean that the
24 work that they were doing was being
25 accomplished in an efficient and an effective

Page 30

1  manner, basically, that us taxpayers were
2  getting value for the money that we were
3  spending.
4      Q.   How did you first find out that you
5  were going to be -- or how does one with your
6  credentials become involved in a project like
7  this?  Does the Corps evaluate who's available
8  and assign people or do you actually apply for
9  that position, for that project?
10     A.   No.  There was no application process
11 or formal announcement, to my knowledge, of
12 this job.  It was conveyed to me through my
13 chain of supervisors, through my management,
14 that when, you know, the project that I was on
15 at the time, probably Agriculture Street
16 finished, that I was going to go on over and
17 start working on the EBIA job, as you call it.
18     Q.   Were there any other people in the
19 Corps that were your peers, such that if there
20 were two projects going on simultaneously they
21 would fulfill the role that you would play on
22 one project on that other second project?
23     A.   I don't know.  I mean, I wasn't
24 privileged to know what management's thinking
25 was.  That would be a better question to ask

Page 31

1  maybe my boss or somebody in management.
2      Q.   On the EBIA project, who was your
3  boss?
4      A.   I got to think back now, but, um -- it
5  probably changed, but when it started, at the
6  outset, it was probably -- it would have been
7  John Fogarty.  Not the singer.  Not that he
8  could sing anyway.
9      Q.   Was there anyone at the Corps that you
10 felt you could turn to to talk about issues
11 that were unique to the job role that you
12 played on the projects?
13         MR. LEVINE:
14             Objection.  Vague.
15 EXAMINATION BY MR. JOANEN:
16     Q.   Do you understand my question?
17     A.   This don't mean I can't answer --
18         MR. LEVINE:
19             You can answer unless I instruct
20          you not to answer.
21     A.   Oh.
22 EXAMINATION BY MR. JOANEN:
23     Q.   Unless he says don't answer, you'll be
24 able to answer.
25     A.   So who was my go to guy?  Is that what

Page 32

MONTEGUT, III, JAMES

8/8/2008

1   you're asking me?
2      Q.   Right.
3      A.   Lee Guillory.
4      Q.   Was he your go to guy before 2001 when
5   you got involved?
6      A.   Lee Guillory was the construction
7   manager on Agriculture Street as well as -- I
8   call it IHNC, you call it EBIA.
9      Q.   I call it IHNC.
10      A.   Yeah.
11      Q.   And so Lee Guillory is one, if you had
12   an issue come up during the course of your
13   workday and you were on the fence on which way
14   to go with it, you would go to Lee Guillory and
15   kick the ideas around with him?
16      A.   Yeah.  How does this sound, Lee, type
17   thing.  Now if it was a contractual issue, I
18   may go to the contracting officer.
19      Q.   That's someone within the Corps?
20      A.   Yes.
21      Q.   On the task orders, was the
22   contracting officer someone that -- I'm sorry.
23   On the TERC issues, was the contracting officer
24   someone that was up in Tulsa that you would
25   have to turn to or was there someone locally

Page 33

1   that you would turn to?
2      A.   No, the contracting officer, to my
3   recollection, was always in Tulsa.
4      Q.   When you first became involved in the
5   IHNC project, were you introduced to all the
6   players for Morrison Knudsen and ultimately
7   Washington Group?
8      A.   I was introduced to certain people.
9   Now, whether they were all the players, I mean,
10   when you're new to a project how do you know?
11      Q.   That leads to my next question.  How
12   was it that you first became introduced to
13   these people?  Was there a formal meeting that
14   you were involved with, or was it just a walk
15   around where you're actually just saying,
16   hello, how you doing?
17      A.   I think I was invited to one of the
18   meetings that they had in Tulsa when the
19   Washington guys were going to be there, and I
20   sat strictly as an observer to the meeting and
21   just to maybe get a feel, put a face with a
22   name type thing.
23      Q.   Okay.
24      A.   That's what I recollect as being how I
25   first came to know some of these guys.

Page 34

1      Q.   In your initial introductions to the
2   project, what was your understanding of what
3   the scope of the project was going to be?
4      A.   Very similar to what you had stated
5   earlier in that this was going to be the
6   precursor to coming in and dredging a bypass
7   channel.  And the disposal material -- or the
8   disposal site where this dredge material was
9   planned to go wasn't capable or wasn't
10   authorized, whatever the correct term would be,
11   to receive contaminated dredge disposal, so
12   before you could dredge it and dispose in this
13   site it had to be remediated.  And I hesitate
14   to use the word cleaned, because cleaned
15   implies contamination free.  It had to be
16   remediated which, to me, and the way it was
17   always explained to me, is that remediation is
18   something that you do to lessen or to improve
19   but not necessarily clean.  If you clean
20   something, you know, you clean your plate, you
21   can go eat on it again.  But if you remediate
22   it, you might just scrape it off and put it in
23   the dishwasher or something.  So it was to
24   remediate the site in preparation for the
25   dredging of this bypass channel.  And part of

Page 35

1   that remediation also included the demolition
2   work, obviously.
3      Q.   That was going to be my next question.
4   The project was going to involve both
5   remediation and demolition.  Was your function
6   going to be focused both on the remediation
7   aspect and the demolition --
8      A.   Oh, yes.
9      Q.   -- aspect?
10   To your knowledge, what was the scope
11   of the demolition when you first got involved?
12      A.   It was to remove all of the structures
13   that were on the site.  Those structures --
14   above ground structures, consisting of various
15   buildings, um -- the majority to my
16   recollection were like tin type constructed
17   buildings, something that you would typically
18   have seen maybe back around in the 1940s
19   construction, you know, style, motif, if you
20   will, in an industrial type setting.  That was
21   primarily what the demolition work involved.
22   Removing any concrete slab, foundation
23   slabs that were under these buildings and any
24   foundation pilings that were supporting those
25   slabs.  And basically, removing everything from

Page 36

9  (Pages 33 to 36)

MONTEGUT, III, JAMES

8/8/2008

```
 1   the site. We used to always kind of remark to
 2   ourselves that this was one of the few Corps of
 3   Engineers sites that when it was done there
 4   would be nothing to show. You know, there
 5   would be no ribbon cutting ceremony to open a
 6   new lock or a flood gate or some type of
 7   structure or levee. There was nothing there
 8   other than a lock the gate and go home.
 9       Q.  We do know that there were some
10   subsurface structures that would have to be
11   removed. When you first got involved in the
12   project, did you have an understanding of what
13   subsurface structures would have to be removed?
14       A.  Well, just through discussing it with
15   the Washington guys and with Lee who had been
16   working on the project, and, you know, I guess
17   from the inception of the design portions of
18   it, um -- that's how I learned about it, you
19   know.
20       Q.  Were there any documents that were
21   assigned to you to review to understand the
22   project? And by assigned I mean they said go
23   read this so you get up to speed?
24       A.  Um -- not as I recall, no.
25       Q.  Were there any documents that you
```
Page 37

```
 1   sought out to review to educate yourself about
 2   the project and the scope of the work that was
 3   to be performed?
 4       A.  I probably reviewed the scope of work.
 5   I believe there were several documents involved
 6   with that, the work plans and things of that
 7   nature.
 8       Q.  When you say scope of work, just so
 9   that we're on the same page, as I understand
10   what you're saying there was a scope of work
11   that could be produced by the Corps telling the
12   contractor what to do. Is that what you were
13   referring to as the scope of work? Or in this
14   particular project we know that the Corps
15   advised WGI or Morrison Knudsen to develop
16   certain work plans that ultimately became the
17   guide, initially, as to what work would be
18   done.
19           MR. TREEBY:
20               Object.
21   EXAMINATION BY MR. JOANEN:
22       Q.  When you say scope of work, what were
23   you referring to?
24           MR. TREEBY:
25               Object to the form of the
```
Page 38

```
 1   question. It's compound, it's
 2   confusing.
 3       MR. LEVINE:
 4           Objection. Vague,
 5   mischaracterizes the evidence.
 6   EXAMINATION BY MR. JOANEN:
 7       Q.  Okay. To solve that, what I'll tell
 8   you is, in 1999 --
 9       A.  See, I feel like I shouldn't answer a
10   question like that.
11       Q.  Maybe you shouldn't. I'm trying to
12   make this easy to go through quickly and not
13   have to go through this whole box of stuff.
14   But in 1999, a task order was issued and
15   ultimately a direction was given to Morrison
16   Knudsen to perform certain works. When you
17   refer to a scope of work, are you referring to
18   what the Corps was telling the contractor to do
19   or were you referring to what the contractor
20   developed to tell the Corps what they were
21   going to do?
22           MR. TREEBY:
23               Object to the form of the
24   question.
25   EXAMINATION BY MR. JOANEN:
```
Page 39

```
 1       Q.  You can answer. He doesn't represent
 2   you.
 3       A.  The second thing what you said, what
 4   Washington 's work plan said they were going to
 5   do.
 6       Q.  That's all I'm trying to get to is
 7   right there. Thank you.
 8           Had you been involved in the
 9   development or review of any documentation that
10   led to the drafting of this project or the
11   project work plans?
12       A.  No.
13       Q.  To your recollection, were you
14   involved in the review of pay proposed work
15   plans prior to them being accepted and being
16   the final document that would be relied upon to
17   perform the work at the East Bank Industrial
18   Area?
19       A.  Not that I can recall, no.
20       Q.  To your knowledge, was -- what was the
21   deepest excavation that was considered to be
22   taking place at the IHNC when you first became
23   involved?
24       A.  I don't think we knew. You know, I
25   think by nature of a TERC job you don't really
```
Page 40

MONTEGUT, III, JAMES

8/8/2008

| | |
|---|---|
| 1   know -- you don't really know an exact scope of | 1   that I recall, Alex Brogna. |
| 2   work.  That's why it's -- the TERC works well | 2      Q.   Would they report to you? |
| 3   in that setting because it allows you some | 3      A.   Yeah.  We shared a job site trailer, |
| 4   flexibility contractually in that the | 4   so.  They were on one end of the trailer, I was |
| 5   contractor can work and you don't have to give | 5   on the other. |
| 6   him specific objectives to bid on.  He's not | 6      Q.   I was -- |
| 7   bidding on excavating down three feet and three | 7      A.   It was a pretty close arrangement. |
| 8   hundred cubic yards.  He's bidding on cleaning | 8      Q.   I was thinking more on the lines of |
| 9   up the job, and you're agreeing to pay him his | 9   hierarchy, chain of command type thing. |
| 10  expenses plus, you know, an agreed-to profit | 10      Did they report to you -- |
| 11  or, you know, award fee, as they called it, for | 11      A.   I was not their official supervisor in |
| 12  his efforts.  So I don't know that that would | 12   that I didn't do any performance appraisals, I |
| 13  even be significant. | 13   couldn't -- you know, I couldn't approve leave |
| 14      Q.   Do you recall approximately when it | 14   or anything like that.  I was not their -- |
| 15  was that physical labor actually took place at | 15   technically not their supervisor.  But I was |
| 16  the IHNC? | 16   what was referred to as a team leader, and so |
| 17      A.   When they mobilized to the site, um -- | 17   if they had an issue as it related to the job, |
| 18  you're talking about when Washington Group | 18   they had a problem, say, with the job, then yes |
| 19  started physical labor at the site. | 19   they would come to me.  But was I their |
| 20      Q.   (Nods affirmatively.) | 20   supervisor?  No. |
| 21      A.   Um -- again, I'm going to say early of | 21      Q.   How much interaction did you have |
| 22  '01, maybe January of '01. | 22   personally with the members of the contractor |
| 23      Q.   And that's when you became involved? | 23   WGI and Morrison Knudsen? |
| 24      A.   Yes.  Right.  You know, because 9/11 | 24      A.   Well, that depends on who you're |
| 25  was in '01, right?  This is how I -- sorry, | 25   talking about at Morrison Knudsen or WGI.  I |
| Page 41 | Page 43 |
| 1   guys, this is how I got to remember things. | 1   had daily contact with the guys that were out |
| 2   But 9/11 was in '01, so it was before 9/11 | 2   on the site. |
| 3   because we were out there for 9/11.  And it was | 3      Q.   And who were those people? |
| 4   in the winter, so it was probably January of | 4      A.   Phillip Staggs was one.  He was the |
| 5   '01. | 5   primary guy.  Earlier on in the project, there |
| 6      Q.   When mobilization first started, was | 6   was another gentleman Dennis -- I can't |
| 7   your role to review the documentation that was | 7   remember -- |
| 8   being produced by Washington Group or at that | 8      THE WITNESS: |
| 9   time Morrison Knudsen perhaps, to determine | 9         You remind me of him. |
| 10  what they should be paid? | 10   EXAMINATION BY MR. JOANEN: |
| 11      A.   If you're referring to the stack of | 11      Q.   O'Connor?  Dennis O'Connor?  Does that |
| 12  documents -- | 12   name sound right? |
| 13      Q.   Yes, sir. | 13      A.   Yeah. |
| 14      A.   -- yeah. | 14      THE WITNESS: |
| 15      Q.   Did you have any other job | 15         In fact, I thought you were |
| 16  responsibilities out there? | 16   Dennis when you got out the car. |
| 17      A.   Well, as project engineer you had | 17   EXAMINATION BY MR. JOANEN: |
| 18  other responsibilities, yeah.  I mean, we | 18      Q.   What type of involvement would you |
| 19  had -- there were some inspectors, some Corps | 19   have with them, would it be where you'd have to |
| 20  quality assurance representatives out there | 20   ask them questions about what their solutions |
| 21  that reported to me. | 21   were, or was it more along the lines of what |
| 22      Q.   And who were they, do you remember | 22   actual physical labor was taking place? |
| 23  their names? | 23      MR. TREEBY: |
| 24      A.   They were different from -- you know, | 24         Object to the form of the |
| 25  they came in and out.  Alvin Clouatre was one | 25   question. |
| Page 42 | Page 44 |

11 (Pages 41 to 44)

MONTEGUT, III, JAMES

8/8/2008

1      MR. LEVINE:
2          Same objection.
3      A.  Both.  If I had any question or issue
4   with something that was going on out there,
5   they would be the first two guys that I would
6   go to.
7   EXAMINATION BY MR. JOANEN:
8      Q.  Can you give me some examples of some
9   of the things that you would take issue with?
10     A.  If in my opinion they were doing
11  something that was not efficient, maybe -- as
12  an example, not to say that this happened, but
13  just to use as an example, maybe they were
14  working on a particular project to dig a hole,
15  let's say maybe I felt that they may have had
16  too many people or too much equipment or the
17  wrong type of equipment to accomplish the job,
18  I would have -- I would never -- it was never
19  my policy to go out to the, you know, to the
20  people actually doing the work, to the
21  laborers, if you, and question them.  I would
22  always go to Phillip or to Dennis and say, hey,
23  you know, I was just out at the site and I saw
24  ten guys trying to dig a hole the size of this
25  table, and you had three backhoes and seven

Page 45

1   dump trucks out there.  Obviously I'm
2   exaggerating here.
3      Q.  Sure.
4      A.  But that's what -- issues of that
5   nature.  I always tried to emphasize efficiency
6   and also being effective in what you do.  By
7   effective, I mean doing the right things as
8   opposed to just -- you know, you can be very
9   efficient, but if you're doing the wrong thing
10  you're not being very effective.  So.
11     So, um -- those were primarily -- and
12  early on it was always something that I wanted
13  to establish with my relationship with the
14  contractor, that efficiency and being effective
15  was very important.  Safety of course is always
16  the Number 1 priority, but efficiency and
17  effectiveness is probably a 1A priority.  And
18  that's what I wanted to impress upon --
19     Q.  In your work in the past working with
20  levees, had you ever performed any development
21  of I-walls --
22     A.  No.
23     Q.  -- as a flood control project?
24     A.  No.  Perhaps when -- if we go back to
25  the time when I was working with the

Page 46

1   computations, perhaps we in the office did some
2   computations that involved excavations on an
3   I-wall project, but other than that no.
4      Q.  Did you ever develop any expertise
5   regarding the issues of underseepage with flood
6   walls?
7      A.  Thirty-three years of experience on
8   the job.  Now, other than that, no.
9      Q.  And you do understand what I mean by
10  underseepage of a floodwall?
11     A.  You're talking about seepage, water
12  traveling underground.
13     Q.  Yes, sir.
14     A.  Passing underground and maybe, yeah,
15  causing damage, causing erosion, whatever.
16     Q.  Yes, sir.
17     A.  Yes.
18     Q.  When you first got involved with the
19  project in early 2001, were there any
20  discussions between you and Lee Guillory and
21  any of the people at WGI regarding potential
22  for underseepage?
23     A.  Not to my recollection.
24     Q.  If that type of discussion would have
25  taken place, would that have been the type of

Page 47

1   thing that would have taken place on the site,
2   or would that be something that would take
3   place more in an office setting higher up the
4   chain of command, perhaps, in the planning
5   phase?
6      MR. TREEBY:
7          Object to the form of the
8          question.
9      A.  It could have happened either case.
10  EXAMINATION BY MR. JOANEN:
11     Q.  And your testimony was you don't
12  recall that those discussions took place --
13     A.  Not in my presence, no.
14     Q.  At any time in the course of your
15  presence on this project, was the issue of
16  underseepage discussed with members of the
17  Corps and members of the contractor?
18     A.  Not to my recollection.
19     Q.  To your knowledge, were any directives
20  given to the contractor -- I'll just refer to
21  them as WGI -- to the contractor while you were
22  involved with it to not do anything that would
23  damage the levee or the floodwall?
24     MR. LEVINE:
25          Objection.  Vague.

Page 48

12  (Pages 45 to 48)

MONTEGUT, III, JAMES

8/8/2008

1      A.   Please repeat that.
2   EXAMINATION BY MR. JOANEN:
3      Q.   To your knowledge, while you were
4   involved with the project were any directives
5   given to WGI to not perform any works that
6   would damage the floodwall?
7      A.   Not to my recollection.
8      Q.   Do you recall whether there was any
9   directives that no works would take place
10  within 15 feet of a floodwall?
11     A.   Not -- you're saying directives.  No,
12  I have to say no, because I'm not aware of any
13  directives.
14     Q.   Were you, in the course of -- and I
15  use the term supervise in a very loose sense,
16  but when you go over and look at the project,
17  do you recall whether there any works that
18  were taking place within 15 feet of the
19  floodwall that you would have had to stop and
20  tell them they couldn't do that?
21         MR. LEVINE:
22            Object to form.
23     A.   Do I recall of any occurrences of
24  that?
25  EXAMINATION BY MR. JOANEN:

Page 49

1      Q.   Uh-huh.  Yes, sir.
2      A.   No.
3      Q.   And how long did you stay out at the
4   IHNC project?
5      A.   Until-- the whole time that Washington
6   was mobilized on site.
7      Q.   And that was until 2005, right?
8      A.   Yeah.  Something like that.
9      Q.   Did you as the team leader and project
10  engineer ever review the soil stratigraphies of
11  the East Bank Industrial Area to understand
12  what the layers were and the makeup of those
13  layers, soil layers?
14         MR. LEVINE:
15            Objection.  Compound.
16     A.   No.
17  EXAMINATION BY MR. JOANEN:
18     Q.   To your knowledge, did Lee Guillory
19  ever study the stratigraphy of the soils to
20  understand the composition of the soils?
21         MR. LEVINE:
22            Objection.  Calls for
23  speculation.
24     A.   Yeah.  I don't know what --
25  EXAMINATION BY MR. JOANEN:

Page 50

1      Q.   I said to your knowledge.
2      A.   To my knowledge, no.
3      Q.   To your knowledge, was anyone assigned
4   by the Corps of Engineers as a Corps employee
5   to understand the stratigraphy of the soils at
6   the East Bank Industrial Area and the
7   composition of the soils?
8         MR. LEVINE:
9            Objection.  Compound.
10     A.   Not to my knowledge.
11  EXAMINATION BY MR. JOANEN:
12     Q.   To your knowledge, was there anyone
13  that was WGI employee that was expected to
14  understand the composition of soils and the
15  composition and stratigraphy of the soils in
16  the East Bank Industrial Area?
17         MR. LEVINE:
18            Compound.
19     A.   I don't know what WGI assigned people
20  to do.
21  EXAMINATION BY MR. JOANEN:
22     Q.   Was there a geologist that you would
23  go to that was a WGI employee, if you had any
24  soils concerns?
25     A.   I would go to Dennis or Phil.  Who

Page 51

1   they would go to was up to them.
2      Q.   How about a geotechnical -- let me ask
3   you first, do you understand what a
4   geotechnical engineer is?
5      A.   My understanding would be someone
6   who's knowledgeable in foundations or
7   subsidence or seepage, things like that.
8      Q.   Would that be the field that you
9   consider yourself an expert in?
10     A.   No.
11     Q.   Was there someone that would be either
12  a geotechnical engineer or someone who was
13  knowledgeable in the foundations work assigned
14  to WGI, the project by WGI?
15     A.   Could have been.  There again, I don't
16  know.
17     Q.   To your knowledge, was any surveys
18  done while you were out at the project to
19  determine what the soil stratigraphies were?
20     A.   There were some sampling done,
21  borings, soil borings, things of that nature,
22  to determine the level of contamination, to
23  identify contaminated areas and the extent of
24  the contamination.  To me, that's a
25  geotechnical type of a, you know, study or

Page 52

13  (Pages 49 to 52)

MONTEGUT, III, JAMES

8/8/2008

1  survey.
2      Q.   Were those the studies that were done
3  in 2002 by Materials Management Group?
4      A.   Yeah, they did some of them.  I
5  believe there was another company that took
6  some borings, as well.
7      Q.   Were you involved in the supervision
8  of those projects?
9      A.   Those companies were subcontractors to
10  Washington, um -- it was never, ever my policy
11  to go directly to a subcontractor.  I always
12  worked through the prime.  If I had an issue
13  with something a subcontractor was doing I
14  would address it with Washington and give them
15  the opportunity to, um -- solve the problem.
16      Q.   The results of these borings, did you
17  ever have the opportunity to review them?
18      A.   I never asked to review them.  I went
19  by what Washington said the results were.  They
20  were -- in my eyes, they were the, for lack of
21  a better word, experts, and that's what they
22  were hired to do.  Excuse me.  That was one of
23  the things they were hired to do.
24      Q.   Sure.  As part of your job
25  responsibilities at the IHNC, did you have any

Page 53

1      Q.   As the project progressed into 2002,
2  there was an understanding that there would be
3  the need to do some fairly deep excavations
4  below ten feet, one of which was the removal of
5  the sewer lift station.  Do you recall that?
6      A.   Do I recall the sewer lift station
7  being removed?
8      Q.   Yes, sir.
9      A.   Yes.
10      Q.   Or the little project that would be
11  involved with removing that subsurface
12  structure.
13      A.   Yeah.  The activity.
14      Q.   What was the scope of your involvement
15  in that distinct project?
16      A.   Well, that was I guess an activity.
17  You know, to me a project was the overall
18  project from mobilization to demobilization,
19  but that was an activity within the project was
20  to remove that lift station.
21          Um -- I don't recall how it was
22  accomplished contractually, if there was a
23  modification issued to do that work, if it was
24  part of the original work, I don't recall.  But
25  as far as the accomplishment of the work, I was

Page 55

1  interaction with George Bacuta?
2      A.   George Bacuta.  I'm familiar with who
3  you're referring to.  He came out to the site
4  occasionally for a visit.  Generally, he came
5  with Lee Guillory.  And other than just having
6  cordial type discussions with him and maybe
7  giving him an update on what was occurring at
8  that particular time, I didn't really have any
9  dealings with George.
10      Q.   That would be my question.  He, at his
11  deposition, indicated that he was a soils
12  geochemist for the project.  My question would
13  be was he someone that was at the site
14  regularly such that you would have interaction
15  with him?  By regularly, I mean multiple times
16  a week.
17      A.   No.
18      Q.   The work that he was performing, was
19  that the type of work that would have been
20  information funneled through you?
21      A.   No, it's my understanding that George
22  was involved with the what I call the up front
23  work, the preliminary work, the work that was
24  done and accomplished prior to me arriving on
25  site.

Page 54

1  there on a daily basis and I witnessed some of
2  the work.  I wasn't out there, you know, from
3  starting time to quitting time, but, you know,
4  I was out there.  I was curious, for one thing,
5  just to see what a sewer lift station looked
6  like when you pulled it out.  I had never seen
7  one out of the ground before.  So --
8      Q.   To your knowledge, the plan that was
9  developed to remove that lift station, was that
10  already in place before you came on site, or
11  was that developed as the project was ongoing?
12  To your knowledge.
13      A.   You know, I really don't know.  I
14  guess it never -- it was never something that I
15  thought was significant as to when it was
16  developed.  I don't recall participating in the
17  development of that plan.
18      Q.   My next question was, it's my
19  understanding that a plan was developed to
20  accomplish that activity, to use your word
21  activity.  My question was going to be, were
22  you involved in the development of that plan to
23  accomplish that activity?
24      A.   Not that I recall.
25      Q.   The engineering that would be involved

Page 56

14  (Pages 53 to 56)

MONTEGUT, III, JAMES

8/8/2008

| | |
|---|---|
| 1  in removing that subsoil structure, would that | 1      I wasn't going to attach, but |
| 2  be the type of thing that you as the project | 2  I'll be glad to. |
| 3  engineer and team leader would have expected to | 3  MR. BAEZA: |
| 4  be involved with? | 4      You'll be marking this as |
| 5      A.  You know, if you would tell me when | 5  Exhibit 10, or -- |
| 6  that plan was developed -- you know, if it was | 6  MR. JOANEN: |
| 7  developed when I was on site I was involved | 7      If you want to attach it, I'll |
| 8  with it.  If it was developed prior to January | 8  mark it as an exhibit. |
| 9  of '01, I wasn't involved with it. | 9  MR. LEVINE: |
| 10     Q.  It was in 2002.  I'll give it to you. | 10     Attaching it as 2. |
| 11     A.  If it was in '02, then yeah, I was | 11     A.  Well, I'm not going to read it all, |
| 12 involved with it.  I don't remember it.  I | 12 but just from, you know, looking over it here |
| 13 guess that's what I'm trying to answer. | 13 real quickly, it's what, um -- it's what |
| 14     Q.  Let me ask you while I'm looking for | 14 Washington 's subcontractor, apparently Hamps |
| 15 it -- | 15 Construction, prepared to submit to Washington |
| 16     A.  Well, you don't have to -- I mean, I | 16 to explain to them this is how we plan to |
| 17 think I've kind of answered it.  If it was post | 17 accomplish the removal of the lift station. |
| 18 '01, then yeah, I was involved with it.  If it | 18 Probably what happened was Washington in turn |
| 19 was prior to that, the answer would be no. | 19 transferred -- or transmitted this to us and we |
| 20     Q.  To your knowledge, was any soil | 20 looked at it and made comments to it. |
| 21 stratification studies done in relation to that | 21 EXAMINATION BY MR. JOANEN: |
| 22 engineering study to accomplish that activity? | 22     Q.  My question is, when you say we looked |
| 23     A.  I don't know.  That work was | 23 at it, I know you're referring to the Corps -- |
| 24 accomplished by Washington -- WGI and their | 24     A.  Yes. |
| 25 subs.  Um -- the engineering -- if what you're | 25     Q.  -- but my question is more specific. |
| Page 57 | Page 59 |

| | |
|---|---|
| 1  calling the engineering, if you're referring to | 1      Did you look at it?  And would this be |
| 2  the design of the cofferdam that was put there | 2  the type of thing that you would look at from |
| 3  to brace the excavation, that was all done by | 3  an engineering perspective and say it will work |
| 4  Washington Group or their subcontractor who I | 4  or maybe there's a more efficient way to do it? |
| 5  don't recall at the time who that was.  But I | 5  If you recall whether you were involved in any |
| 6  don't know what they did to design that.  I | 6  of those tasks. |
| 7  know it had to be stamped by a licensed | 7      A.  Yeah.  I don't recall. |
| 8  engineer.  We wouldn't put somebody and I know | 8      Q.  I'll be glad to mark this as Exhibit 2 |
| 9  Washington wouldn't put somebody down in a hole | 9  since we're referring to it. |
| 10 that was a braced excavation that wasn't | 10     (Plaintiff's Exhibit 2 was marked for |
| 11 designed and, you know, certified to be | 11 identification and is attached hereto.) |
| 12 structurally sound by a capable and competent | 12     A.  '01, that was seven years ago.  I |
| 13 licensed engineer. | 13 don't remember what I had for breakfast |
| 14     Q.  To show you just -- the date of this | 14 yesterday. |
| 15 was October 19, 2001.  This is referenced as | 15 EXAMINATION BY MR. JOANEN: |
| 16 WGI 48621, called Lift Station Removal Plan | 16     Q.  There also was another excavation |
| 17 Revised. | 17 further up in the northern part of the IHNC |
| 18     A.  Uh-huh. | 18 which was referred to I guess informally by a |
| 19     Q.  And I'll just show it to you just to | 19 lot of people as the wedding cake structure. |
| 20 show you the date.  And my understanding -- my | 20 Do you recall that excavation and the |
| 21 understanding is that this is the one that was | 21 subsurface structure? |
| 22 utilized. | 22     A.  I recall it.  I think I'm the one who |
| 23     MR. LEVINE: | 23 named it the wedding cake. |
| 24     WGI 48621 through WGI 48630. | 24     Q.  Really. |
| 25     MR. JOANEN: | 25     A.  Yeah. |
| Page 58 | Page 60 |

15  (Pages 57 to 60)

MONTEGUT, III, JAMES

8/8/2008

| | |
|---|---|
| 1   Q.   Good deal. | 1   up a computer somewhere and run a program |
| 2   A.   There's a story behind that, but -- | 2   that's going to spit out some numbers and say |
| 3   Q.   The need to remove this anchor | 3   yeah or no.  Um -- no, I didn't do that.  But |
| 4   foundation was discovered as the project was -- | 4   if I would have felt that it needed that, I |
| 5   A.   Yeah.  Subsequent to the mobilization | 5   would have passed it on to Lee Guillory for him |
| 6   on site. | 6   to determine who needed to perform that task. |
| 7   Q.   And it was I guess then understood by | 7   Q.   Do you recall whether in fact in |
| 8   both the Corps and WGI that a specific plan had | 8   looking at this you felt the need for that and |
| 9   to be developed to accomplish the activity of | 9   you passed it on to Lee Guillory? |
| 10   removing that wedding cake structure, correct? | 10   A.   I don't recall, but for something like |
| 11   A.   Correct. | 11   that I would have to say that I would have |
| 12   Q.   And I'll show you what I'll mark as | 12   passed it on for Lee to look at. |
| 13   Exhibit 3.  And this is WGI 37607 through WGI | 13   Q.   Do you recall whether having any |
| 14   37615.  It's a Draft Work Plan dated | 14   interaction with Lee Guillory about the |
| 15   August 2001.  (Tendering.)  My understanding, | 15   engineering efficiency of this plan? |
| 16   whether correct or incorrect, is that this was | 16   A.   No, I do not. |
| 17   a work plan that ultimately was utilized to | 17   Q.   Do you recall having any conversations |
| 18   accomplish the activity of removing it. | 18   with Lee Guillory about the engineering |
| 19   And my question to you will be the | 19   specifications about this plan? |
| 20   same as it was for this lift station removal | 20   MR. LEVINE: |
| 21   plan:  Were you involved in the analysis of | 21   Objection.  Vague. |
| 22   this work plan to determine its engineering | 22   A.   No, I don't. |
| 23   parameters, and then also, although it's | 23   EXAMINATION BY MR. JOANEN: |
| 24   somewhat of a compound question, the efficiency | 24   Q.   On this plan that involves the |
| 25   of the plan? | 25   excavation of the wedding cake structure, |
| Page 61 | Page 63 |
| 1   (Plaintiff's Exhibit 3 was marked for | 1   there's indication here that there would need |
| 2   identification and is attached hereto.) | 2   to be, of course, backfill into the hole. |
| 3   MR. LEVINE: | 3   Correct? |
| 4   I'm going to make the objection | 4   A.   Correct. |
| 5   now that you pointed it out for me. | 5   Q.   All right.  Were there specifications |
| 6   I'm also objecting to the vagueness of | 6   regarding the backfill that would have been |
| 7   the question.  But go ahead. | 7   included in this plan? |
| 8   MR. JOANEN: | 8   A.   Specifications as to what, as to the |
| 9   Okay.  Just trying to move things | 9   amount of the backfill, the application of the |
| 10   along as quickly as possible for you. | 10   backfill? |
| 11   EXAMINATION BY MR. JOANEN: | 11   Q.   Good question.  I guess I'll first say |
| 12   Q.   Were you involved in the engineering | 12   what type of materials would be put back into |
| 13   analysis of this plan on behalf of the Corps of | 13   the hole? |
| 14   Engineers? | 14   A.   The hole, um -- that structure, that |
| 15   A.   If reading through the plan and | 15   wedding cake, was not a contaminated structure, |
| 16   looking it over to determine if it looked like | 16   that I know of.  Um -- the material that was |
| 17   it was going to work, if it was feasible, if it | 17   excavated to expose it was placed back in the |
| 18   didn't have anything that was really, um -- | 18   hole.  So we basically, you know, dug it out |
| 19   unsafe, you know, obviously unsafe, inherently | 19   and put the same dirt back in. |
| 20   unsafe, um -- if that's what you mean by | 20   Q.   Okay.  But when you take a structure |
| 21   engineering analysis, then yes.  If there was | 21   out -- do you know how much -- if you make a |
| 22   something in here that required some type of | 22   rectangular box which will encompass the scope |
| 23   calculations, some type of analysis, like me | 23   of the excavation, it was going to include both |
| 24   being an engineer when you used the word | 24   the soils that surround the structure you |
| 25   analysis, I think somebody has got to go crank | 25   remove and the solid structure.  Do you know |
| Page 62 | Page 64 |

16 (Pages 61 to 64)

MONTEGUT, III, JAMES

8/8/2008

```
 1   how much -- what percentage of that excavation
 2   rectangle the wedding cake structure
 3   incorporated?
 4       A.  You're talking about the makeup fill.
 5           MR. LEVINE:
 6               Right.
 7       A.  You're talking about makeup.
 8   EXAMINATION BY MR. JOANEN:
 9       Q.  I'm trying to get to that, correct.
10       A.  Yeah.  What percentage did the makeup
11   fill constitute as opposed to the overall
12   thing?  I don't know.  You know, it was a
13   fairly large excavation they had to do to get
14   access to it, to get machines on it and break
15   it up and remove it.  I'll hazard a guess and
16   say maybe it was 25 percent of, you know, the
17   amount of material excavated, meaning that
18   75 percent of the material went back into the
19   hole.  The makeup fill was probably coming from
20   our borrow site there that we had on site.
21       Q.  Do you know for a fact whether there
22   was any specifications regarding where the
23   makeup fill would come from?
24       A.  It would be in there.
25       Q.  Would that have been anything that you
                                          Page 65
```

```
 1   would have been involved with as the project
 2   engineer?
 3       A.  As far as what?  Approving it?
 4       Q.  Sure.  Or establishing or approving
 5   the specifications.
 6       A.  Yeah, that was something that I would
 7   be involved with.
 8       Q.  Do you know whether in fact sand was
 9   an approved backfill material as the makeup
10   fill?
11       A.  I don't -- I don't really recall.  You
12   know, we were using the material that came from
13   the -- on site, you know, from the borrow pit
14   on site.
15       Q.  The McDonough borrow pit?
16       A.  Yeah.  I don't recall that being sand.
17       Q.  Do you recall whether any sand was
18   sent -- was brought to the site to be utilized
19   in backfill operations?
20           MR. LEVINE:
21               By site, you mean the wedding
22           cake structure?
23           MR. JOANEN:
24               Any of them.
25   EXAMINATION BY MR. JOANEN:
                                          Page 66
```

```
 1       Q.  For all the materials that were
 2   removed from the IHNC, was all the material
 3   that was put back all from the borrow pit, or
 4   was there any soils or sand brought in,
 5   imported?
 6       A.  What they call imported materials?
 7           MR. LEVINE:
 8               Objection.  Vague, compound.
 9       A.  I remember at the end of the job, to
10   do final grading and final dressing we brought
11   in material to do that.  That was -- I believe
12   that was sand.  River sand.
13   EXAMINATION BY MR. JOANEN:
14       Q.  During this time period of 2001-2002,
15   it's not your understanding that any sand was
16   imported to utilize in the backfill operations.
17           MR. LEVINE:
18               Objection.  Vague.
19       A.  I don't remember.  Can I ask you a
20   question?
21   EXAMINATION BY MR. JOANEN:
22       Q.  Talk to your lawyer.  I'm glad to --
23   yeah.
24       A.  What's the concern with this sand?
25       Q.  I'm just asking about the
                                          Page 67
```

```
 1   specifications of the project, that's all.
 2       A.  Okay.
 3       Q.  That's all I'm asking.
 4           To your knowledge, was there any sand
 5   utilized in the backfill operations of the
 6   wedding cake structure?
 7       A.  I don't recall.
 8       Q.  If there was sand utilized or was not
 9   utilized, would that have been a charge that
10   would have been associated with the project?
11       A.  Oh, yeah.
12       Q.  If there was a charge associated with
13   the project, would that have been something
14   that you would have reviewed?
15       A.  Yes.
16       Q.  That would have been in that stack of
17   documents?
18       A.  Yeah.  Right.
19       Q.  Is there a cover sheet for that stack
20   of documents, and if so, what would be your
21   term for it?
22       A.  Transmittal letter.
23       Q.  Would the transmittal letter summarize
24   what the supporting documentation --
25       A.  No, the transmittal letter was
                                          Page 68
```

17 (Pages 65 to 68)

MONTEGUT, III, JAMES

8/8/2008

1   generally just a one or two sentence document
2   that said, you know, attached herewith is the
3   invoice backup data for the month of blah,
4   blah, blah, you know, in the amount of a
5   million dollars.
6        Q.   I have seen that there are things
7   called I think daily quantity reports?  Were
8   you involved in the development of those?
9        A.   No.  Those were something that
10  Washington Group probably, um -- accumulated
11  and tallied up, kept track of, and probably
12  they attached them as part of their QC -- their
13  daily QC report which they submitted to us, to
14  our, um -- quality assurance representatives,
15  our inspectors.  And then they, in turn, did a
16  report of their own and attached it to
17  Washington 's QC. report.  So you had a QA
18  stapled to a QC that went in the file on a
19  daily basis.
20       Q.   Would you have reviewed those QA/QC
21  reports, and I understand that was Mr. Clouatre
22  and Brogna preparing those -- primarily
23  preparing those.  Would that be the type of
24  think that would have reviewed on a daily
25  basis?

Page 69

1        Q.   Going back to these work plans for the
2   specific activity, in dealing with the lift
3   station do you know whether there was any
4   specifications regarding the compaction of the
5   backfill once the subsurface structure was
6   removed?
7        A.   I believe there was some, um --
8   statement to the effect that they had to
9   compact it with the bucket of the machine or
10  the excavator.  Um --
11       Q.   Were you involved in the approval
12  process of that specification of the work plan,
13  the compaction specification?
14       A.   Well, it's not -- as I recall, it's
15  not a separate specification, it's probably a
16  paragraph in that document that you're holding
17  there, or a couple of sentences of the
18  paragraph that addresses how they're going to
19  compact it.
20       Q.   Was there any testing of the
21  compaction?
22       A.   No.  Can I say something here?
23       MR. JOANEN:
24           You want to talk to your attorney
25  first.

Page 71

1        A.   I would review them.  Not necessarily
2   on a daily basis.  I would review them when
3   they submitted them to me.
4        Q.   Would there be a scheduled interval in
5   which they would be submitted to you?
6        A.   They tried to maybe give me a week 's
7   worth at a time.  You know, like today is
8   Friday, maybe they would give -- on a Friday
9   they would give me that week 's worth of
10  reports, um -- that sort of thing.
11       Q.   And what was your review of those
12  reports entail?
13       A.   Generally, when I'm looking at those
14  reports I'm looking for comments that they may
15  have made -- there's a few little -- it's a
16  form.  The report is a form and there are a few
17  little boxes on that form -- areas on the form
18  that pertain to controversial issues that the
19  inspector may have encountered with the
20  contractor, so my primary focus was on if there
21  were any controversial issues that occurred on
22  that particular day, in which case I would go
23  and ask and find out, you know, what happened
24  or what the problem was and what was the
25  solution.

Page 70

1        MR. LEVINE:
2            We'll talk at a break.
3            (Brief recess.)
4   EXAMINATION BY MR. JOANEN:
5        Q.   You wanted to say something?
6        A.   Yeah.  Based on the line of your
7   questioning, it seems like you have a concern
8   about the backfill material that was used in
9   these excavations and, um -- some question as
10  to maybe if that backfill could have induced
11  some type of a seepage, caused some type of, I
12  forget the term you used, but --
13       Q.   Underseepage.
14       A.   -- underseepage.  Yeah.
15       Q.   Right.
16       A.   I'd like to explain a little bit my
17  thought process --
18       Q.   Sure.  Sure.
19       A.   -- and maybe why I think you guys
20  might be missing the boat a little bit on it.
21       Q.   I look forward to your insight.
22       A.   Yeah.  I tend to approach things from
23  a practical nature.  Thirty-five years of
24  experience have kind of taught me that that's
25  the best way to go most of the time.

Page 72

18  (Pages 69 to 72)

MONTEGUT, III, JAMES

1    And if you stop to think about this
2 for a minute, as far as the backfill I'm
3 talking about, what my thought process was is
4 that a Proctor is good, you know, it proves
5 something, it shows that compaction was
6 achieved. But I didn't need a Proctor, I had
7 other things in my favor here that didn't make
8 it necessary to spend our taxpayers' money on a
9 Proctor. Because chances are if I would have
10 gotten a Proctor, you guys would be here asking
11 me why I didn't take two Proctors or three
12 Proctors. What I had in my -- you know, I
13 guess the luxury that I had was two things; I
14 had the luxury of time on my side because this
15 job was -- I believe you said it was in '01 or
16 '02 at this time.
17    Q.  Yes, sir.
18    A.  We were still going to be on site for
19 another two to three years. Washington wasn't
20 going anywhere. I had them under contract,
21 under a cost reimbursable contract. And if we
22 had a problem with any of these backfill
23 operations it would have been nothing -- that's
24 a poor choice of words -- it would have been
25 quite simple for me to direct them, as

Page 73

1 contracting officer 's representative, to
2 correct deficient work and to go in and to do
3 whatever it took, probably just add fill
4 material. And it would have been very easy to
5 notice if there was a problem because material,
6 over time, it will achieve a certain amount of
7 compaction on its own. Rain and just elements,
8 natural vibrations, would cause the material to
9 settle and compact on its own. Had it -- if it
10 were not compacted properly, the area that was
11 excavated would have subsided and there would
12 have been a depression or a hole in the ground
13 at that site. It would have been very simple
14 to notice that and to direct Washington to go
15 back and fix it. So that was my thought
16 process at the time.
17    If you want to be concerned about
18 seepage, you have to consider what was removed
19 from the site. We were talking about a slab
20 that, I don't know, it may have been cracked up
21 and damaged in some sort of a way. The lift
22 station that you referred to earlier, that was
23 an abandoned lift station that had been
24 there -- I don't know, it might have been there
25 before the levee. I don't know how long it had

Page 74

1 been there. It was in a deteriorated state
2 when it was removed.
3    The lift station is basically a
4 pipe -- it's a large diameter pipe with pumps
5 in it, valves and ladders to get down into it,
6 all encased in a -- I want to think that that
7 was a metal pipe. Over the years, being
8 exposed to a brackish water in the Industrial
9 Canal, that thing was deteriorated
10 substantially. You don't think that was a
11 seepage -- a source for potential seepage?
12    So we were out there remediating the
13 site. What we did, regardless of what the
14 backfill was -- and I honestly don't recall
15 what it was, but regardless, if it was sand, at
16 the very worst what we put back was every bit
17 as good as what we took out. Because you had
18 this deteriorating structure, vessel, in the
19 ground that was just holding dirt around it
20 loosely.
21    There was a lot of sand that came out
22 of that hole for the, um -- for the lift
23 station because that's typical construction
24 practice -- whenever you put a pipe or
25 something in the ground, a conduit, you

Page 75

1 typically lay a bed of sand down so that when
2 it rests it's supported consistently. If you'd
3 put clay and it was balls of clay like bricks,
4 it would point load the structure and, you
5 know, pushing on it harder in one spot than
6 another and it would tend to cause breakage.
7 So to avoid that, an engineering solution to
8 that is to lay a bed of sand, set it down in
9 sand as a kind of like a cushion almost,
10 something that will conform uniformly around
11 the vessel and support it. They do that in
12 tanks, whenever they put down underground
13 tanks. You do that in -- you know, whenever
14 you're laying a utility line or a sewer line,
15 an electrical line or whatever, you always put
16 gravel or some type of a material like that to
17 support it evenly.
18    Talking about utility lines, we
19 removed numerous utility lines. They were
20 running all over the place out there, from
21 front to back. By front I mean from Surekote
22 Road being the front of those properties to the
23 back being the canal of those properties.
24 Numerous utility lines, waterlines, um -- there
25 was no natural gas back there. Sewer lines,

Page 76

19 (Pages 73 to 76)

1  electrical lines.  Um -- we removed all of
2  that.  You don't think that was potential
3  seepage problem waiting to happen?
4       I mean, you had all of these trenches
5  that were dug with deteriorated conduit and
6  whatnot in it laid with sand in the trenches.
7  I mean, we remediated all of that.
8       So if you want to consider harm that
9  we did, okay, give us credit for the good that
10 we did.  And that's my point.  My point is is
11 that what was done out there was remediation.
12 I wasn't a cleanup, it was a remediation.  And
13 when we left that site it was better than when
14 we drove up to it because of that.
15      Thank you for listening.
16      Q.   No.  The sheet pile that was beneath
17 the floodwall at the East Bank Industrial Area,
18 IHNC --
19      A.   Yeah.
20      Q.   -- do you know how far down it
21 reached?
22      A.   No.
23      Q.   The Corps of Engineers says it reached
24 down to about -8 feet, per the design.
25      A.   Elevation -8.

Page 77

1  the sheet pile tips did not exceed -8 to
2  -10 feet?
3       A.   I have no idea what the sheet pile
4  tips were.
5       Q.   If I showed you a document that was
6  produced by WGI that said the sheet pile tip
7  went down to -25 feet and would therefore cut
8  off any groundwater flow down to that level,
9  would you have any reason to believe that is
10 correct or incorrect based upon your
11 understanding of the actual facts?
12      A.   No, I base my belief of it on whether
13 it was stamped by a professional land surveyor
14 or a licensed engineer.
15      Q.   If you're the project engineer and WGI
16 gives you a document that they produce that
17 indicates that the sheet pile tip depth was
18 -25 feet, would you have any reason to question
19 it?
20      A.   If it was -- no, if it was stamped by
21 a professional engineer or a licensed land
22 surveyor.
23      Q.   Do you believe that was necessary for
24 them to have it stamped by a professional
25 engineer or licensed land surveyor?

Page 79

1       MR. LEVINE:
2       Objection.
3  EXAMINATION BY MR. JOANEN:
4       Q.   And then when it was measured after --
5  you know where the south breach occurred, which
6  is near where the Saucer site was?
7       A.   No.
8       Q.   You know where the Saucer site was --
9  you know that IHNC was divided into six
10 distinct sites?
11      A.   Yeah.  That's portion closest to the
12 Claiborne Avenue bridge.
13      Q.   Yes, sir.  And then you had the Boland
14 site was the northern part?
15      A.   Correct.
16      Q.   At the Boland site, that's adjacent to
17 where one of the breaches occurred that flooded
18 the Lower Ninth Ward?
19      A.   Unh-unh.
20      Q.   You're familiar with that?
21      A.   Yeah.
22      Q.   And then the southern breach was
23 adjacent to the Saucer site?
24      A.   Okay.
25      Q.   Do you have any reason to believe that

Page 78

1       A.   Well, I think that's the only way you
2  can make it a legal document.
3       Q.   Were there documents produced by WGI
4  that the Corps relied upon that were not
5  stamped such as you said they need to be?
6       A.   Um -- you know, I can remember taking
7  surveys, or not me taking surveys, but I can
8  remember surveys being taken that may not have
9  been stamped, but I know that they were done by
10 a professional land surveying company.  So in
11 that context, yes, I think there would have
12 been some situations where they submit
13 documents that weren't stamped, but knowing
14 that they came from a licensed company it's the
15 equivalent in my mind to it being stamped.
16      Q.   Was WGI considered a licensed company?
17      A.   Their company was licensed, and I'm
18 sure they had professional engineers and land
19 surveyors on the payroll.  If not, I'm sure
20 they knew where to go hire them.
21      Q.   Was it your understanding or your
22 expectation that the project engineer knew that
23 they would be the ones to handle those
24 obligations?
25      MR. TREEBY:

Page 80

MONTEGUT, III, JAMES

8/8/2008

```
1        Objection vague; those
2    obligations.
3    EXAMINATION BY MR. JOANEN:
4      Q.   You the ones you just referred to in
5    your previous answer.
6        MR. TREEBY:
7          He didn't refer to any
8      obligations in his previous answer.
9      A.   Repeat the question, please.
10   EXAMINATION BY MR. JOANEN:
11     Q.   As the project engineer, was it your
12   expectation that WGI would go out and get the
13   proper stamps?
14       MR. TREEBY:
15         Objection.  Vague.
16   EXAMINATION BY MR. JOANEN:
17     Q.   Either of a professional engineer or
18   that they would do it themselves.
19       MR. TREEBY:
20         Objection.  Vague.
21       MR. LEVINE:
22         Objection.  Compound.
23     A.   I would think if I requested them to
24   get it stamped, yes, they would.
25   EXAMINATION BY MR. JOANEN:
                                    Page 81
```

```
1      A.   No.  One of the, um -- I guess
2    requirements -- requirements is a bad word, but
3    one of the principles of a TERC contract is
4    that the money has to be there before the
5    contractor is allowed to do the work.  I can't
6    direct them to go do something, commit the
7    government to funds -- I can't do it because
8    I'm a COR.  But the contracting officer can't
9    do something to commit -- or have them go do
10   work that funds aren't available to pay them
11   for.
12     Q.   Who would actually write the check to
13   WGI when they would submit an invoice?
14     A.   That's a good question.  I don't know.
15   It wasn't me.  What I would do is I would
16   review the invoice for completeness, and then
17   when I was satisfied that the invoice, that
18   there were no issues -- typically what would
19   happen is I would question a few things, send
20   it back to WGI, and then they would rectify
21   those costs that I would question, resubmit it,
22   and then we would prepare a form -- I forget
23   the number of the form, but it was a form that
24   our finance and accounting folks would use to
25   cut the check.  I don't even think there was a
                                    Page 83
```

```
1      Q.   But that wasn't my question.
2      A.   I was willing to pay for it.
3      Q.   Well, was there a time during the
4    course of this project where the Corps was not
5    able to met their financial obligations to keep
6    the project moving?
7      A.   I'm thinking.  I'm thinking back.  I
8    mean, there was a time when funding levels were
9    below what was originally anticipated, but we
10   always meet our financial obligations.  We
11   worked closely with Washington Group on things
12   or measures to take to make sure that we would
13   meet those financial obligations.  But with the
14   approval of the contracting officer and the
15   project manager, we scaled back from time to
16   time on operations to ensure that we would have
17   enough money.  And that kind of goes back to
18   what I was saying toward the beginning of this
19   discussion, this deposition, one of my biggest
20   concerns, one of my biggest responsibilities, I
21   felt, was to make sure that any work that was
22   done we had the money to pay for it.
23     Q.   Did you ever have an understanding
24   that WGI felt that they had advanced in their
25   work further than they were being paid?
                                    Page 82
```

```
1    check, per se, cut.  I think it was an
2    electronic funds transfer probably into one of
3    their bank accounts.
4        But once I've signed that invoice, I
5    would give it to Lee Guillory, he would in turn
6    forward it to the paying office, the finance
7    center, and I want to think it was in
8    Millington, Tennessee.  I think for some reason
9    Millington, Tennessee shoots out in my mind as
10   being on that form as the address of where to
11   send the invoice to.
12     Q.   Just so I understand, the steps I
13   guess would be that you would review WGI 's
14   invoice submission --
15     A.   Right.
16     Q.   -- make sure it met the standards that
17   you required.
18     A.   Right.
19     Q.   Once it met your standards you would
20   forward it to Lee Guillory; is that correct?
21     A.   That's correct.
22     Q.   And then Lee Guillory at that point
23   would approve it?  Is that correct?
24     A.   No, um -- Lee never signed it.  I
25   signed it.  Once I signed it, it was approved
                                    Page 84
```

21 (Pages 81 to 84)

Johns Pendleton Court Reporters                    800 562-1285

Page 85

```
 1   for payment.  Um -- in that particular sense --
 2   we didn't really have a fax machine out on the
 3   office, so I would give it to Lee who would fax
 4   it -- or Fed Ex it.  I think he Fed Ex'd it.
 5   We never really that had type of a setup.  I
 6   gave it to Lee just to expedite it.
 7       Q.   Would there be communication between
 8   the New Orleans District and the Tulsa office
 9   to effectuate payment?
10       A.   I don't know.  Nothing that I did
11   along those lines.  Now, if maybe Lee did
12   something -- probably what he -- as a minimum
13   what he would have done is probably faxed them
14   a copy of the forms.  Not the twelve-inch stack
15   of backup documents, but, you know, the little
16   four or five pages of forms.
17       Q.   So if in fact there were communication
18   between the New Orleans District and the Tulsa
19   District relative to payment of WGI 's specific
20   invoice, it would have taken place between
21   individuals other than you; is that correct?
22       A.   Yeah.  That's not to say, though, that
23   if someone in Tulsa had an issue or had a
24   question that they wouldn't necessarily pick up
25   the phone and call me.  But typically the
```

Page 86

```
 1   standard operating procedure would have been
 2   for them to work through Lee.  Lee was kind of
 3   the liaison, I guess, between the field and the
 4   technical and the other district elements.  I
 5   believe his official title was like
 6   construction manager or something.  Something
 7   along those lines.  Not that it matters.
 8       Q.   Of the projects that you worked on for
 9   the Corps, how would you rate them as -- how
10   would you rate the IHNC project as -- relative
11   difficulty, would you find that a difficult
12   job?
13       A.   In some ways.  In other ways I think
14   it was probably average.  Um --
15       Q.   In what ways did you think it was more
16   difficult than some of the others that you
17   worked on?
18       A.   Primarily because it was along the
19   bank of the canal and you had some marine work
20   involved.  They had to remove a pier, a dock.
21   They had -- we discovered at some point that
22   there was a, um -- a sunken railroad tank car
23   that had apparently fallen off of a barge and
24   was in the canal and had to be removed.  In
25   those respects, um -- in other respects, um --
```

Page 87

```
 1   it was less easy -- it was less difficult.
 2       Because Agriculture Street, for
 3   example -- the west bank, for example, we were
 4   literally working in people's front and
 5   backyards, and you had to please the public
 6   with varying, I guess, expectations as to what
 7   they should get in return for the work.  You
 8   know, just the public relations, the
 9   coordination of that was difficult.
10       That wasn't present on this job, per
11   se.  I mean, we weren't working in people 's
12   backyards.  So.
13       Q.   Other than working on the canal and
14   the tank car issue where they had to remove it,
15   what other activities at that work site would
16   lead you to believe that it was more difficult
17   than others that you have worked on in your
18   experience?
19       A.   I can't think of any.
20       Q.   In your relationship --
21       A.   Washington might tell you that working
22   with me was difficult.
23       Q.   I'm building up to that.  My question
24   to you was what was -- in your dealings with
25   Washington Group, what was your analysis of
```

Page 88

```
 1   whether they thought this was a difficult
 2   project or not?
 3       MR. LEVINE:
 4           Objection.  Calls for
 5       speculation.
 6       A.   Yeah.
 7   EXAMINATION BY MR. JOANEN:
 8       Q.   I'm saying what's your analysis.  I
 9   don't want you to speculate about what you
10   think, I want to know what you actually thought
11   in your analysis.
12       A.   Personally, it didn't matter to me
13   what they thought, if they thought the job was
14   difficult or not.  What mattered to me was that
15   they did it.
16       Q.   Well, you as the project engineer can
17   tell whether they're getting along easily or
18   they're having some technical issues that need
19   to be addressed.
20       A.   Oh.
21       Q.   And so in your analysis, did you think
22   that they were having an easy job of it or was
23   it a difficult job?
24       MR. LEVINE:
25           Same objection.
```

22  (Pages 85 to 88)

MONTEGUT, III, JAMES

8/8/2008

1      A.  I never got the impression from them
2   that they were in over their heads or that they
3   stumbled upon something that they didn't know
4   what to do or who to call or who to hire to fix
5   a problem.  No.  They were top notch.
6   EXAMINATION BY MR. JOANEN:
7      Q.  In your analysis of removing the
8   aboveground structures, the sheds that had the
9   forties motif --
10     A.  Yeah.
11     Q.  -- was that a hard job?  Anything any
12   competent demolition contractor couldn't do?
13     A.  Yeah.  I don't -- if I recall
14   correctly, Washington, you know, subbed that
15   out to a demolition guy.
16     Q.  Same with concrete slab removals;
17   nothing difficult about that?
18     A.  They may have self-performed the slab
19   removals, you know.  If I recall correctly, I
20   think that was Washington 's forces that did
21   the slab removals.
22     Q.  That's not rocket science, right?  You
23   put a chisel hammer on it, break it up and put
24   it on a truck and get rid of it; right?
25     A.  Any caveman can do it.

Page 89

1      Q.  Done it myself.
2      MR. LEVINE:
3          I'm not so sure about that.
4   EXAMINATION BY MR. JOANEN:
5      Q.  The excavations that are done, the
6   removal of the soils around the subsurface
7   structures, obviously you have to have a
8   specialized machinery there which is a backhoe
9   or something like that.  Was that anything that
10   requires extraordinary technical experience?
11     A.  No, but I'm not real sure what you
12   mean by the removal of the soils around the
13   subsurface foundation.
14     Q.  Scooping -- when you build a cofferdam
15   you got to scoop the soils up to lift the thing
16   out?
17     A.  You're back to talking about
18   cofferdams now.
19     Q.  I'm talking about excavations, right.
20   Well, let's talk about the shallow excavations
21   they did.  Originally, they were planning on
22   only removing --
23          (Off the record.)
24   EXAMINATION BY MR. JOANEN:
25     Q.  If you want to talk about the shallow

Page 90

1   excavations first, scooping up the soils, is
2   there any special technical experience you need
3   to have to scoop that first five feet up?
4      A.  No.
5      Q.  The deeper excavations, when we go to
6   the wedding cake structure and the sewer lift
7   station, other than having the specialized
8   machinery to get down deep into there, is there
9   any specialized technical experience that needs
10   to be hired by the Corps to get that hole dug?
11     A.  Yeah.  Um -- you are getting into a
12   little bit more technical issues there because
13   you've got a cofferdam involved so you've got
14   to drive the sheet piling, you know, to
15   construct the cofferdam, you've got welding
16   involved, you've got pile driving involved.  I
17   guess at that point it becomes a question do
18   you consider that complicated?  Um -- it's more
19   complicated than having a backhoe there with a
20   bucket on it and a guy on back of the backhoe
21   digging three feet deep, you know.
22     Q.  Do you think that the driving of the
23   cofferdam and tack welding the walers is a
24   complicated activity such that Washington Group
25   would have difficulty with it?

Page 91

1      A.  No.  There again, though, Washington
2   Group did not self-perform those activities,
3   they subbed it out.
4      Q.  The actual lifting of the sewer lift
5   station, do you know whether Washington Group
6   did that themselves or whether they
7   subcontracted it out?
8      A.  I don't recall.
9      Q.  The wedding cake structure, I know
10   that wasn't just lifted out, it was broken up.
11     A.  Right.
12     Q.  Was that anything that was a
13   complicated activity that Washington Group did
14   themselves?
15     MR. LEVINE:
16         Objection.  Compound.
17     A.  Um -- you know, I'm a little fuzzy on
18   that.  I remember the actual removal of it, and
19   like you said, they had to break it up with a
20   hammer.  They actually had a big iron cube in
21   the middle of the thing that had to be cut up
22   with a torch.
23   EXAMINATION BY MR. JOANEN:
24     Q.  Uh-huh.
25     A.  I want to think Washington did some of

Page 92

23  (Pages 89 to 92)

| | |
|---|---|
| 1 that work. They didn't do the construction of<br>2 the cofferdam, though.<br>3    Q.  They subbed that out.<br>4    A.  Yeah.<br>5    Q.  I'm going to show you an E-mail<br>6 that -- so you understand where this comes<br>7 from.  In this litigation the Washington Group<br>8 has produced reams of documents that I've had<br>9 the pleasure of going through.<br>10       (Plaintiff's Exhibit 4 was marked for<br>11 identification and is attached hereto.)<br>12    A.  God love you.<br>13 EXAMINATION BY MR. JOANEN:<br>14    Q.  And this is one from Dennis O'Connor,<br>15 someone that you knew of, and it was from<br>16 Dennis O'Connor to Richard Lesser.<br>17       Do you know who Richard Lesser is?<br>18    A.  The name is familiar, but -- I mean,<br>19 he's familiar in the sense that he was a<br>20 Washington employee.<br>21    Q.  Uh-huh.  I'll let you read it but I'm<br>22 going to just read it into the record.  This is<br>23 dated August 2nd, 2005.  And it says, a month<br>24 or so ago I was asked what I thought of working<br>25 in Iraq.  I responded by saying, "I've been on<br>Page 93 | 1    Q.  My question to you, as the project<br>2 engineer, what in your observation would lead<br>3 this guy Dennis O'Connor, who is one of the<br>4 senior guys on site, to feel that working in<br>5 the East Bank Industrial Area in New Orleans,<br>6 Louisiana is harder than working in Iraq?<br>7       MR. LEVINE:<br>8          Objection.  Speculation.<br>9 EXAMINATION BY MR. JOANEN:<br>10    Q.  I'm asking about your observations.<br>11    A.  Well, you know, anybody who's good at<br>12 what they do as a professional has -- be it a<br>13 football player or a dancer or an engineer or a<br>14 lawyer, anybody who's good at it, has a way, a<br>15 knack to make something that's very difficult<br>16 for the average person to appear to be very<br>17 easy.  If you're sitting down watching a<br>18 football game or a golf match, you watch these<br>19 guys perform, and they'll catch a football<br>20 that's flying 60 yards in the air, or kick a<br>21 football, or hit a golf ball three hundred and<br>22 fifty yards right down the middle of the<br>23 fairway.  You go try to do that.  I try to do<br>24 it every day playing golf and I can't come<br>25 close.  So what I'm trying to say is, a true<br>Page 95 |
| 1 harder jobs, I've dealt with tougher problems.<br>2 Of course, I was referring to the EBIA.  The<br>3 people that worked on the EBIA should be<br>4 congratulated.  I always thought that the<br>5 company failed to understand the difficulties<br>6 this particular project presented.<br>7 Nonetheless, thanks for letting me know that<br>8 the job got finished and no one shot the<br>9 Montegut.  My thanks to the folks that I was<br>10 privileged to work with, you know who you are<br>11 (now get over it)."  And it's signed by him,<br>12 electronically, I guess, as a project manager<br>13 for the Middle East Construction Program.  And<br>14 I'll read that, it's WGI 262190.<br>15       MR. LEVINE:<br>16          Do you have any more copies?<br>17       MR. JOANEN:<br>18          No.<br>19       MR. LEVINE:<br>20          Is there a question pending?<br>21       MR. JOANEN:<br>22          I'm going to ask a question but I<br>23 want him to look at it before I ask a<br>24 question.<br>25 EXAMINATION BY MR. JOANEN:<br>Page 94 | 1 professional can take the difficult and make it<br>2 appear easy.  So maybe I didn't know everything<br>3 Dennis O'Connor had going on and all of the,<br>4 you know, balls he had to juggle to make it<br>5 look easy to me.  Um -- if he felt it was<br>6 difficult, then I'm kind of glad in a way,<br>7 because that means I pushed him and got a good<br>8 job out of him, in a way.  In another way, I'm<br>9 somewhat, you know, sad that he was glad nobody<br>10 shot me.  But that's okay.  I'm glad nobody<br>11 shot him in Iraq.<br>12    Q.  I guess the question that I have that<br>13 pops in into my mind on this is if the<br>14 difficulties that he's referring to were in<br>15 getting paid, that's different than the<br>16 difficulties that he's experiencing in actually<br>17 performing the labor to accomplish the tasks.<br>18 Correct?<br>19       MR. LEVINE:<br>20          Objection.  Speculation.<br>21       MS. CRONIN:<br>22          Speculation.<br>23    A.  Correct.<br>24 EXAMINATION BY MR. JOANEN:<br>25    Q.  And we have already gone through this<br>Page 96 |

MONTEGUT, III, JAMES

8/8/2008

1  when we went through the various tasks that you
2  were asking them to perform; they weren't
3  overly complicated, correct?
4      A.  Taken on an individual analysis, yeah,
5  it's not complicated to dig a three-foot hole
6  with an excavator, no.
7      Q.  And as you said, the time constraints
8  were not that overbearing because they had a
9  number of years to be out there, correct?
10     A.  That's correct.
11     Q.  So it would appear to me that the
12 difficulties that they had were getting paid.
13 And of course every big corporation, the reason
14 they're out there is to --
15     A.  Make money.
16     Q.  -- get paid.
17         MR. LEVINE:
18             Objection.  Speculation.
19         MS. CRONIN:
20             Speculation and
21         mischaracterization.
22 EXAMINATION BY MR. JOANEN:
23     Q.  While you were the project engineer
24 for this project, did you ever hear anyone at
25 WGI refer to this project as an upside-down

Page 97

1  project?
2      A.  No.
3      Q.  Have you ever in your experience as an
4  engineer with the Corps of Engineers heard of a
5  project being an upside-down project?
6      A.  I don't know what that means.
7          MR. LEVINE:
8              Did you mark that last document?
9          MR. JOANEN:
10             Yeah.  It's 4.
11 EXAMINATION BY MR. JOANEN:
12     Q.  At any time while you were a project
13 engineer on this project, did you hear someone
14 from WGI comment that they had made a deal with
15 the devil during funding?
16     A.  No.
17     Q.  Did you ever hear someone from WGI say
18 they made a deal with the devil during --
19 regarding the interruptions; i.e., all funds
20 went to maintain on-site staff?
21     A.  No.
22     Q.  I'll show you -- this is a document --
23 again it's produced by WGI.  It's WGI 57505
24 through 57523.  I'm sorry I only have one copy.
25 I didn't think we would get into this.  But in

Page 98

1  the same paragraph it talks about this deal
2  with the devil, and it indicates that the logic
3  is that it was easy to reassign office pukes
4  and if we left the site we might not be called
5  back.
6          Did you ever hear of anyone at WGI
7  make those comments to you?  And I'll show you
8  just a page.
9          MR. LEVINE:
10             Are we going to attach --
11         MR. JOANEN:
12             If I give them all to him.
13     A.  No.  I never did.
14 EXAMINATION BY MR. JOANEN:
15     Q.  And this just -- like I said, it's
16 obviously -- it's something that was being
17 worked on by WGI with angry comments from WGI
18 people, as I understand it.  You also see up
19 here where it says upside-down.  Obviously
20 there's some overlying concepts that were on
21 this guy 's mind.
22     A.  Yeah.  I'm kind of curious what
23 upside-down means.  I don't know.  I know what
24 it is to be upside-down on a car loan.
25     Q.  Well, that's what instigated my

Page 99

1  questions to you, since you're the finance --
2  there's a financial interaction through you, to
3  see if you understand what they're talking
4  about here.
5          And again, on the second page, it's
6  WGI 57506, they have in quotes, upside-down,
7  that's the table of contents, but they have a
8  whole section on that.
9          Moving into Section 1.1.0 which is the
10 introduction, there's some amendments in here,
11 and it's difficult to read but my understanding
12 of what this says, this report -- and I can't
13 read the word, it starts with a C -- the
14 problem of subcontracting Washington Group 's
15 core competence and its detrimental effect on
16 Washington Group 's long-term business
17 interests.  The bottom of that second
18 paragraph.
19         MR. LEVINE:
20             Core competence, that's spelled,
21         so the record is clear, that's C-O-R-E
22         not C-O-R-P-S.
23         MR. JOANEN:
24             Good point.
25         (Off the record.)

Page 100

25 (Pages 97 to 100)

MONTEGUT, III, JAMES

8/8/2008

EXAMINATION BY MR. JOANEN:
Q.   Have you had a chance to look at that?
A.   Yeah.
Q.   While you were the project engineer, did you ever hear anyone at WGI say to you that they had subcontracted out tasks which fell within their core competence?
A.   No.
Q.   Were there any discussions between you and Dennis O'Connor or anyone else that would indicate that the things that they were doing were difficult and that they were outside of the scope of their core competence?
A.   Not as I recall, no.
Q.   Did Dennis O'Connor or anyone else involved with the management of the project on site say to you that they were concerned about the issues that they were having at the East Bank -- at the IHNC would be detrimental to their long-term business interests?
A.   Not that I recall.
Q.   Were you familiar with any WGI's difficulties at the Tar Creek project?
A.   None whatsoever.
Q.   I'm sorry?

Page 101

A.   None whatsoever.
Q.   Were you familiar as the project engineer with any difficulties that WGI was having with its subcontractor MMG which is Materials Management Group?
A.   I'm thinking.  There were some issues with MMG early on in the project as it related to their efficiency in accomplishing certain activities.  Whether that caused difficulties with Washington I can't speak to that.
Q.   If Washington were having difficulty with that, would that be something that you would have been brought in on?
A.   I think that that would be something you'd have to ask Washington.  That would be a decision they would have to, um -- make if they wanted to bring me in on a difficulty they were having with a sub that I was unaware of.
Q.   I guess that was a bad question.
If you realized that -- as the project engineer, in your responsibilities at the project, if you realized that WGI was having some difficulties and you knew from observation and experience that it was because one of their subs was not performing to the best of their

Page 102

abilities, would that be the type of thing that you would get involved with?  Or maybe someone else, perhaps it would be Lee Guillory and not you.
A.   Yes.  Yes.  And I think it would be me.
Q.   Okay.  Did you -- and if I asked the question before, I apologize.  Did you observe any such difficulties that WGI was having with its subcontractors such that you did get involved?
A.   Yes.
Q.   And what issues were those?  Or what activities?
A.   As I recall, MMG was performing soil borings to determine contamination levels.  Um -- the performance, in my opinion, was inefficient due to the fact that while the people on the ground were working hard and doing the best they could, the equipment that they were utilizing was just too small to work effectively and efficiently in the large scope of the borings that they had to do.  If I recall correctly, they may have had to do three hundred and some odd borings.  Maybe more, I

Page 103

don't know.  But let's just say for the sake of discussion they had to do 365 borings.  Um -- it was my observation when they were out there initially that it would take them, based on my recollection, in excess of a day to complete one boring.  And we're talking about a boring that may be ten feet deep, twenty feet deep.  They had -- the borings were varying in depth, some were ten, some were twenty.  It didn't take a whole lot of complicated arithmetic to figure out that they would be out there at that rate for well over a year.  And it was not through a lack of effort from the people.  It's not that the people were, you know, taking a break every five minutes or anything like that, they were out there doing the best they could.
So I went to Dennis and expressed my concerns over the amount of time this was taking, and I said that in my estimation we would come out cheaper in the long run to get a larger drill rig out there, one that could really drill and go and collect a sample and maybe do two or three holes a day as opposed to point something.  At first I believe Dennis was reluctant because there were certain, um --

Page 104

26  (Pages 101 to 104)

MONTEGUT, III, JAMES

8/8/2008

1    maybe agreements or arrangements that they had
2    with MMG that I wasn't privy to, that I don't
3    want to be privy to, that I had no business
4    being privy to as contracting officer's
5    representative. What they did, arrangements
6    they made with their subcontractors was within
7    their own business discretion as far as I was
8    concerned. I was only concerned about the
9    efficiency with the people that they put on the
10   site.
11        And to a lesser degree, I was
12   concerned also somewhat from a safety
13   standpoint, because when they first came out,
14   as I recall, it was kind of like this time of
15   year, it was hot, and some of the folks that
16   they had out there, although they tried very
17   hard they were not typical field worker, they
18   were more office people. And I consider myself
19   an office person. I can't go out and
20   physically do what it takes in this type of a
21   climate to accomplish a day's worth of work.
22   And I felt, based on my experience, that some
23   of the people in that crew were like me. I
24   expressed that to him, too.
25        And we went, we had discussions, we

1    had disagreements over it, and eventually the
2    decision was made to replace that operation
3    with another company. And I even at the time
4    expressed to Dennis that my only interest was
5    getting it done efficiently, if he wanted to
6    give MMG the opportunity to sub it out to --
7    you know, if they didn't have a bigger rig in
8    their equipment inventory, if they wanted to
9    sub out a bigger rig, it didn't matter to me as
10   long as we got better than a hole a day because
11   we couldn't live with that. I couldn't afford
12   to -- I couldn't justify -- I mean I could
13   afford it, but I couldn't justify, in my mind,
14   the overhead cost of the other field personnel
15   waiting for this process to, you know, be
16   accomplished.
17        So anyway, long story short, we
18   replaced them. Washington replaced them.
19   Because if I recall correctly, MMG chose not to
20   sub the work out. And the other company came
21   in and they performed, um -- to an efficiency
22   level that I would expect a drill rig crew
23   perform and accomplish, you know, a pace of
24   production that you would typically expect for
25   a job of that magnitude.

1        Had we been working in my backyard or
2    your backyard or somebody's backyard, MMG would
3    have probably been the person for the job. But
4    on a 32-acre site like we were out in, you
5    know, in an industrial type site where you're
6    going to encounter trip hazards, wasps, bees,
7    you know, just elements, they weren't the
8    people for the job.
9    Q.   Do you remember when it was that MMG
10   was replaced?
11   A.   No. I mean shortly after all of
12   the -- I can't recall how many holes they
13   completed or what, but --
14   Q.   Do you remember the name of the
15   company that replaced MMG?
16   A.   No, it was a drill rig company -- the
17   guy on the crew we called him Jaws. I can
18   remember Jaws, but I can't remember the name of
19   the company. I'm sorry.
20   Q.   Do you remember whether MMG was
21   replaced only to perform the physical labor of
22   drilling the hole, or were they also replaced
23   to do the analysis of the soils?
24   A.   I don't remember. My concern was only
25   in regards to the physical, um -- collecting or

1    the drilling, you know, the borings.
2    Q.   That was somewhat my next question.
3        Would that have been the type of task
4    that you would have had to familiarize yourself
5    with as a project engineer to know whether the
6    company that was doing the soil testings and
7    analyzing those borings was in fact MMG or a
8    replacement?
9        MR. TREEBY:
10        Objection. Vague.
11   A.   It kind of goes back to my answer
12   about the professional engineer. You know, as
13   long as it was a company that did that kind of
14   thing and was a certified lab or whatever the
15   designation of -- a Corps approved lab, I had
16   no preference.
17   EXAMINATION BY MR. JOANEN:
18   Q.   From my amateur point of view it seems
19   to me that George Bacuta who was the soils
20   geochemist would be the one more integrally
21   involved in that type or part of the project.
22   A.   Yeah. Right. Yeah.
23        MR. LEVINE:
24        Object.
25   EXAMINATION BY MR. JOANEN:

27 (Pages 105 to 108)

MONTEGUT, III, JAMES

8/8/2008

1     Q.   In this report, it indicates a
2   statement that says -- and this is part 1.0 --
3   I'm sorry, 1.1, Subsection B, and it's on WGI
4   57516.  It indicates that importantly, although
5   Washington Group staff did not have sufficient
6   oversight capacity, Washington Group
7   nonetheless defended its subcontractor's
8   technical decisions.
9       Do you know whether in fact that is
10  true?
11      (Plaintiff's Exhibit 5 was marked for
12  identification and is attached hereto.)
13     A.   Could you read that again for me?
14  EXAMINATION BY MR. JOANEN:
15     Q.   I'll show it to you right here.  It
16  talks about -- I'll read the line that predates
17  it.
18     A.   But what is the context of this?
19     Q.   I'm trying to -- it's from --
20      MR. TREEBY:
21          Let the witness look at the
22          document so he can understand it.
23  EXAMINATION BY MR. JOANEN:
24     Q.   I'll show it to you.  (Tendering.)
25  This page.  It says --

Page 109

1     A.   Oh, this is project completion report.
2     Q.   It's the same --
3     A.   This is part of the project completion
4   report --
5     Q.   Yes, sir.
6     A.   -- which was done --
7     Q.   And so this sentence --
8      MS. CRONIN:
9          I would like to stop and look at
10      the document because I think the
11      witness thinks -- he just said it's
12      part of the project completion
13      document.  I don't know if that's
14      accurate.
15          I don't understand, but I
16      don't --
17      MR. JOANEN:
18          It's a document that you guys
19      produced.
20      MS. CRONIN:
21          I understand it's a document I
22      produced, but --
23      MR. JOANEN:
24          I'm asking him questions based
25      upon information in that production.

Page 110

1      MS. CRONIN:
2          I understand what you're saying.
3      And I understand the writing on the
4      document is the project completion
5      report, but the writing on the
6      document -- what you're referring to
7      is the writings on the document, and
8      that's a different thing than making
9      the witness think that this is the
10     project completion document that was
11     submitted to the Corps.  This is a
12     document that has handwriting on it
13     which is what you've been asking
14     questions about.
15      MR. TREEBY:
16          You're asking questions about
17      handwriting; right?
18      MS. CRONIN:
19          Which is from WGI 's files, not
20      something that was given to the Corps.
21      MR. JOANEN:
22          I think the record will indicate
23      that I explained to him originally
24      that this was something produced to
25      me, it was something that was produced

Page 111

1   on WGI with their little stamp on
2   there.  I did nothing more than that.
3   Therefore I'm asking him questions
4   about the content of it, if he has any
5   information about that.  I think
6   that's what I led him to believe.
7       If I led you to believe something
8   different, I apologize.
9       But I thought that's what I led
10  him to believe.
11      MS. CRONIN:
12          It's my understanding at this
13      time he has a different understanding.
14      MR. JOANEN:
15          I don't know anything about this,
16      I think your people have testified
17      they don't know what it is, so that's
18      why I'm asking the questions.
19      MS. CRONIN:
20          I was just concerned if he had a
21      misunderstanding at this point about
22      which document he was looking at,
23      that's all.
24      MR. JOANEN:
25          And I understand you have a joint

Page 112

28  (Pages 109 to 112)

MONTEGUT, III, JAMES

8/8/2008

```
 1          defense agreement.  If y'all want to
 2     go outside and talk --
 3     MS. CRONIN:
 4          No.  Thank you.
 5     MR. TREEBY:
 6          Scott, were you reading
 7     handwritten stuff?  Is that what you
 8     were reading?
 9     MR. JOANEN:
10          No, that was actually the
11     typewritten part.  I was asking him
12     that part.
13     MS. CRONIN:
14          I apologize for the
15     misunderstanding.  I wasn't looking at
16     it, I was just trying to make sure we
17     were all on the same page.
18     MR. LEVINE:
19          Where were you reading from, just
20     to make sure?
21     (Off the record.)
22      MR. LEVINE:
23          Do you have a question pending?
24     You're just asking him to read it?
25     MR. JOANEN:
                                    Page 113
```

```
 1          A.  No.
 2     EXAMINATION BY MR. JOANEN:
 3          Q.  Were you aware as a project engineer
 4     of any issues wherein Washington Group felt it
 5     was necessary to defend its subcontractors
 6     technical decisions?
 7          MR. LEVINE:
 8               Same objection.
 9          MR. JOANEN:
10               What is the objection?
11          MR. LEVINE:
12               Ambiguous and vague.
13          MR. JOANEN:
14               Were you aware?
15          MR. LEVINE:
16               You're asking to know about
17          defending the subcontractors'
18          technical decisions.  There's multiple
19          subcontractors in the project and this
20          is only speaking about one of them.
21     EXAMINATION BY MR. JOANEN:
22          Q.  Okay.  Were you aware of any instances
23     where the Washington Group defended
24     subcontractors' technical decisions to the
25     Corps of Engineers?
                                    Page 115
```

```
 1          I was asking him a question if he
 2     knew about any of those issues as the
 3     project engineer.
 4     EXAMINATION BY MR. JOANEN:
 5          Q.  So my question to you, and just so
 6     that you understand, obviously I wasn't at the
 7     site while WGI was doing all of their work, and
 8     just in reviewing the things that have been
 9     produced in this litigation it leads me to have
10     certain questions, and I'm just telling you
11     background from which I ask the question, and
12     the question is from a document that was
13     developed apparently by WGI which indicates
14     that they're putting in a report that
15     Washington Group staff did not have sufficient
16     oversight capacity, Washington Group
17     nonetheless defended its subcontractors'
18     technical decisions.
19          My question to you is, as the project
20     engineer in involvement with this IHNC project,
21     were you aware of any difficulties Washington
22     Group was having in supervising their
23     subcontractors?  First question.
24          MR. LEVINE:
25               Objection.  Ambiguous, vague.
                                    Page 114
```

```
 1          MR. LEVINE:
 2               Same objections.
 3          A.  You know, the way I would look at it
 4     is is that I had a contract with Washington
 5     Group, not with MMG or any of their other
 6     subcontractors.  I really wasn't that
 7     concerned.  I mean, I would expect Washington
 8     Group to defend any position that the
 9     subcontractor did, be it, you know, from a
10     labor standpoint or a time management
11     standpoint or from a technical standpoint,
12     because they would want to do that because they
13     had their contract with me.  And they saw it
14     as -- the contractor's subcontractor was really
15     their agent, essentially them.  They were
16     responsible for him.
17     EXAMINATION BY MR. JOANEN:
18          Q.  Would you have had the expectation,
19     when you said they had the contract with you,
20     that you would analyze the subcontractor's
21     technical evaluations?
22          MR. LEVINE:
23               Objection.  Calls for
24          speculation.
25          A.  What do you mean by technical
                                    Page 116
```

29  (Pages 113 to 116)

MONTEGUT, III, JAMES

8/8/2008

| | |
|---|---|
| 1 evaluations? | 1   A.  I don't know. |
| 2 EXAMINATION BY MR. JOANEN: | 2   Q.  Do you know whether it should have |
| 3   Q.  If you are the contractor -- if you're | 3 been? |
| 4 the Corps of Engineers and you have, like you | 4     MR. LEVINE: |
| 5 said, a contract with Washington Group and you | 5       Objection. |
| 6 were expecting them to perform certain | 6   MR. JOANEN: |
| 7 technical evaluations and you know they're | 7       Which is? |
| 8 going to subcontract it out -- | 8   MR. LEVINE: |
| 9   A.  Uh-huh. | 9       Speculation. |
| 10   Q.  -- would you expect, as the person | 10 EXAMINATION BY MR. JOANN: |
| 11 paying for the service to WGI, expect them to | 11   Q.  Do you know whether it should have |
| 12 review what their subcontractor did as opposed | 12 been? |
| 13 to just passing it on to you without looking at | 13     MR. LEVINE: |
| 14 it? | 14       Calls for speculation. |
| 15     MR. LEVINE: | 15   MR. JOANEN: |
| 16       Objection.  Same objection. | 16       I'm asking, do you know? |
| 17   A.  I don't know.  It's -- really, to me, | 17 EXAMINATION BY MR. JOANEN: |
| 18 it's immaterial because the way I look at it is | 18   Q.  Do you know? |
| 19 MMG is Washington Group.  If I have a problem | 19     MR. TREEBY: |
| 20 with something that it so happened that MMG was | 20       Same objection. |
| 21 doing, I wasn't going to go discuss it with | 21   A.  Whether the Corps of Engineers should |
| 22 MMG, I was going to go resolve the problem with | 22 have reviewed that document? |
| 23 Washington Group.  You know, it's not, hey, | 23 EXAMINATION BY MR. JOANN: |
| 24 Washington Group, you know, MMG has got a | 24   Q.  Whether this should have been |
| 25 problem.  It's, hey, Washington Group, you have | 25 forwarded to the engineering division for |
| Page 117 | Page 119 |
| 1 a problem.  The problem is, in this particular | 1 review? |
| 2 case, MMG.  What are you going to do to fix it? | 2   A.  I think I would know whether it should |
| 3 Or what am I missing that I'm seeing it | 3 be forwarded or not, yes. |
| 4 incorrectly?  So yeah, they would have to | 4   Q.  Should it have been or not? |
| 5 defend it. | 5     MR. LEVINE: |
| 6   Q.  Was the Corps taking the engineering | 6       Same objection. |
| 7 evaluations that were being done by Washington | 7   A.  The lift station? |
| 8 Group and its subcontractors and forwarding | 8 EXAMINATION BY MR. JOANEN: |
| 9 those to the engineering department for review? | 9   Q.  (Tendering.) |
| 10     MR. TREEBY: | 10     MR. TREEBY: |
| 11       Objection. | 11       What page are you looking at in |
| 12     MR. LEVINE: | 12     that report? |
| 13       Objection.  Compound. | 13     MR. LEVINE: |
| 14   A.  I guess I don't exactly know what you | 14       This is Exhibit 2. |
| 15 refer to as engineering evaluations. | 15   MR. JOANEN: |
| 16 EXAMINATION BY MR. JOANEN: | 16       That's different. |
| 17   Q.  Technical considerations regarding any | 17   MR. LEVINE: |
| 18 engineering that was done on the site.  For | 18       Let the record reflect that the |
| 19 example, I'll go to this -- this lift station | 19     witness is looking at Exhibit 2. |
| 20 removal plan. | 20   A.  I would have forwarded this to Lee |
| 21   A.  Uh-huh. | 21 Guillory for him to take a look at and leave it |
| 22   Q.  Do you know whether as a project | 22 up to him to decide if it was something that |
| 23 engineer when this was produced by WGI it was | 23 was so technical in nature that it would |
| 24 reviewed by the engineering division of the | 24 require further review by technical staff. |
| 25 Corps of Engineers? | 25 EXAMINATION BY MR. JOANEN: |
| Page 118 | Page 120 |

30 (Pages 117 to 120)

MONTEGUT, III, JAMES

8/8/2008

1     Q.   This -- the excavation of the concrete
2  anchor foundation blocks, that was prepared by
3  WGI by a subcontractor.
4     A.   Uh-huh.
5     Q.   Was that --
6     A.   That other one was prepared by a
7  subcontractor as well.
8     Q.   Which you would expect WGI to defend
9  the technical considerations.
10    A.   Right.  But from my viewpoint, once it
11 was presented to the Corps, it was WGI
12 presenting it, it wasn't the subcontractor at
13 that point.
14    Q.   This document right here which we've
15 marked as Exhibit 3, would you expect that this
16 document be forwarded to the engineering
17 division of the Corps of Engineers for
18 evaluation prior to the activities taking
19 place?
20    A.   Again --
21         MR. LEVINE:
22            Objection.
23    A.   Again, it's the same response.  If it
24 was something in here that I felt questionable,
25 then I would have given it to Lee Guillory,

Page 121

1  asked him to take a look at it and make a
2  decision as to whether or not it should go
3  further.
4  EXAMINATION BY MR. JOANEN:
5     Q.   So you'd have relied upon his
6  expertise as the higher ranking official at
7  that time?
8     A.   As the liaison, just to be familiar
9  with the organization well enough to know who
10 to send it to, what office would have the
11 expertise to review that document, yes.
12    Q.   In this same -- going back to this
13 what was defined as the project completion
14 report, the bottom of Page WGI 57516 indicates
15 that they should insert a time line, 2000,
16 2001, and it says this is possibly a good place
17 to use the phrase "upside-down."  And then the
18 next sentence says, note when changes in
19 approach occurred.
20         And I'll show you, it's on the bottom
21 in the handwriting.  (Tendering.)
22    A.   What's the question?
23         MR. TREEBY:
24            I don't see a question.  I'm
25            looking at what you've said and I

Page 122

1            don't see a question.
2         MR. LEVINE:
3            There's no question yet.
4         MR. JOANEN:
5            I'm giving him the context for
6            the question.  Thank you for pointing
7            that out.
8         MR. TREEBY:
9            I want to make sure he doesn't
10           start answering before you ask a
11           question.
12 EXAMINATION BY MR. JOANEN:
13    Q.   And me giving you some background
14 information, does this give you any reason to
15 understand what the use of the term upside-down
16 would be in relationship to the IHNC project?
17        MR. TREEBY:
18           Objection.  Calls for
19           speculation.
20    A.   No.  I still don't know what
21 upside-down means.
22        MR. LEVINE:
23           Let the record reflect that
24           earlier I think you called this the
25           project completion report.  And so we

Page 123

1            had a further dispute about that.
2            So --
3         MR. JOANEN:
4            It's called a project completion
5            report.
6         MS. CRONIN:
7            Yes, but you haven't established
8            any foundation for the document.
9         MR. LEVINE:
10           There's a whole bunch of
11           handwriting on it, so it's not the
12           project completion report.  It's a
13           document labeled as the project
14           completion report --
15        MR. JOANEN:
16           Right.
17        MR. LEVINE:
18           -- but this is clearly not the
19           project completion report that was
20           provided to the Corps of Engineers
21           from WGI.
22        MR. JOANEN:
23           Well, I will also tell you that
24           in the context of a 30(b)(6)
25           deposition we had a inquiry about all

Page 124

31 (Pages 121 to 124)

MONTEGUT, III, JAMES

8/8/2008

```
 1        project completion reports, we were
 2        advised by WGI counsel there is no
 3        such thing as a project completion
 4        report, it's a technical completion
 5        report.
 6    MS. CRONIN:
 7        That's correct and that's not it.
 8    MR. JOANEN:
 9        I'm not asking about the
10        technical completion report.  I'm
11        asking about this document.
12    MS. CRONIN:
13        But you haven't established any
14        foundation for that document.
15    MR. JOANEN:
16        I'm not introducing it into
17        evidence.  I'm asking the witness --
18    MR. TREEBY:
19        The witness has said he
20        doesn't -- he can't answer your
21        question.  And it is calling for
22        speculation, it's about handwriting
23        he's never seen before.  I think
24        that's really all we need to say.
25    MR. LEVINE:
                                    Page 125
```

```
 1    familiar with or aware of?
 2    MR. LEVINE:
 3        Objection.  Speculation.
 4     A.  What I did in the way of processing an
 5    invoice or, if you will, paying WGI, was if
 6    they presented an invoice or an expense, a
 7    receipt, if you will, for a cost that I could
 8    recognize, I would check it off and go on.  The
 9    only time I questioned a cost would be is if
10    there was something that I didn't recognize.
11    Could have been I forgot about it.  Could have
12    been I just didn't remember.  I'd go contact
13    Dennis or Phil or maybe one of their
14    accountants, as you say, up in Denver, and
15    maybe they would clear it up for me.  Um --
16    maybe they would say, oh, you know what?  That
17    goes on another job, you know, we mixed it up.
18    Sorry, take it out.
19        But once that process was completed
20    and once everything in that invoice was, you
21    know, satisfactory to me and I was confident
22    that it was a justifiable cost for this EBIA
23    project, I signed it and processed it on.
24        Um -- what I would do, if I got a
25    stack of invoices and I knew it was going to
                                    Page 127
```

```
 1        Can you just ameliorate it by
 2        calling it Exhibit 5 from here on out?
 3    MR. JOANEN:
 4        Exhibit 5.
 5    EXAMINATION BY MR. JOANEN:
 6     Q.  I'm not going to read all of this, and
 7    I'm just trying to get an understanding of what
 8    this upside-down terminology is.  This is Page
 9    WGI 57518, and I'll ask you to just look at the
10    whole page.  I'm not going to even read it or
11    evaluate it, and see if that does anything to
12    jog your memory or give you any insight as to
13    what upside-down means as it relates to this
14    IHNC project.
15    MR. TREEBY:
16        Object to the reference of jog
17        your memory since this witness has not
18        indicated he's ever seen this before.
19     A.  So the question is what now?
20    EXAMINATION BY MR. JOANEN:
21     Q.  Well, here they're talking about
22    substantial additional costs.  Would that lead
23    you to believe that there's an issue with costs
24    and that the upside-down scenario referred to
25    in this Exhibit 5 is something that you were
                                    Page 126
```

```
 1    take me two weeks, three weeks to go through
 2    that, I would process the invoice.  I wouldn't
 3    hold up their payments.  And the agreement I
 4    had with them was that if anything subsequent
 5    came out that was a questionable cost that we
 6    had to at a later date back out, they would
 7    back it out.  And I think you can probably see
 8    instances of that.
 9        So it was never my intent to, you
10    know, use that as a stick or a punishment or
11    anything like that.  I always tried, whenever I
12    was presented an invoice, to get it, so to
13    speak, off of my desk and into the processing,
14    um -- cycle within two or three days.
15        The Corps has a policy, as far as I
16    know they still do, prompt payment act, to pay
17    a contractor within 14 days of him submitting a
18    correct invoice.  I don't think we ever had a
19    situation where we didn't meet that.  And
20    charges that turned out to be, you know,
21    incorrect were always backed out on a
22    subsequent invoice.
23        Beyond that, what's -- what I read on
24    that page you just gave me, it relates
25    apparently to some internal type of, um --
                                    Page 128
```

32  (Pages 125 to 128)

MONTEGUT, III, JAMES

8/8/2008

1  situation that WGI had with subcontractors or
2  maybe certain feelings about subcontractors
3  that they never, ever expressed to me.
4  EXAMINATION BY MR. JOANEN:
5      Q.  As the project engineer, what does the
6  term to recast the property's performance
7  criteria mean?
8      A.  Yeah.  I read that and I wondered what
9  that meant myself.  I don't know.
10     Q.  As the project engineer, what does it
11 mean when it says acquiring raw data from the
12 analytical laboratory which was recast to
13 obtain measurements sufficient to propose that
14 the site met the state 's closure criteria?  Do
15 you know what that means, as the project
16 engineer?
17         MR. LEVINE:
18             Objection.  Speculation.
19     A.  I'm not real sure what it means.
20 Um -- I would sure like to know who wrote that
21 and maybe they could better explain than I
22 could.
23 EXAMINATION BY MR. JOANEN:
24     Q.  I'd like to know who wrote it, too,
25 but they won't tell me.

Page 129

1  of transparency allowed the project 's pace to
2  exceed available funding on two occasions.
3      Q.  Do you know of any instances where the
4  project 's pace exceeded available funding?
5      A.  No.  If I did I wouldn't have allowed
6  it to proceed.
7      Q.  The next paragraph, I'm going to show
8  it to you in a second, says, in response to the
9  project outpacing available funding, and it
10 says the client -- scratched out with Jones
11 written in next to it -- demanded near realtime
12 evaluations of expenditures as a way to track
13 project development and prevent future work
14 flow interruptions.
15     Do you know of any work flow
16 interruptions that took place?
17     A.  You mean like had to shut down because
18 we ran out of money type thing?
19     Q.  That's why I'm asking you the
20 questions.  That's why I came up here.  I don't
21 know if there were, but I'm asking you as the
22 project engineer were there any work flow
23 interruptions?
24     A.  Like I had said earlier, you know,
25 when funding started to slow down we had to

Page 131

1         MR. TREEBY:
2             You haven't asked.  So you're not
3         representing it correctly, Scott.
4      A.  But if you want me to respond to what
5  I think it would mean, collecting raw data from
6  the lab would be they went back to the lab and
7  started over from scratch because apparently
8  somebody made a mistake in processing --
9  taking the raw data and processing it into an
10 interpretable form.  So that's what they did,
11 they went back to the lab, got the raw data so
12 that they could start from scratch and
13 reperform the analysis so that they could have
14 a valid set of data that the LDEQ, the
15 Louisiana Department of Environmental Quality,
16 would accept and issue the NFFAT, whatever
17 those letters were, which was basically the
18 LDEQ 's blessing that the site was clean and
19 you could go forward with the next phase of
20 your project, that being the construction of
21 the new lock.
22 EXAMINATION BY MR. JOANEN:
23     Q.  Moving on to Page WGI 057520,
24 Section 7.1, there is an indication here --
25 this is not handwriting, this is typed -- lack

Page 130

1  match that funding pace with our work pace, so
2  we throttled back and reduced the pace that we
3  had originally anticipated performing at.
4      Q.  And do you know of any instances where
5  the project was outpacing available funding?
6      A.  No.  Like I said, if I did we would
7  have had to have taken corrective action.
8      Q.  There's a handwritten note in here,
9  I'm going to show you this after, it says
10 Montegut came up with his version that
11 convoluted things no one could understand.
12     I'm going to ask you -- the question
13 is, was there a procedure in place for
14 invoicing and funding that was changed as the
15 project developed?
16     A.  A procedure in place that changed.
17 Not as I recall.
18     Q.  Were there any changes that you made
19 to the invoicing and funding procedure?
20     A.  Not that I recall.
21     Q.  If there were changes, would they be
22 indicated in any documents as a directive or a
23 written document that would say we want you to
24 do things different now?
25         MR. LEVINE:

Page 132

33  (Pages 129 to 132)

MONTEGUT, III, JAMES

8/8/2008

1          Objection.  Speculation,
2      hypothetical.
3      A.  I don't know.  I can't recall.
4  EXAMINATION BY MR. JOANEN:
5      Q.  Moving on to the next page, I think I
6  may have asked you this question already, this
7  is on Page 57522, on Part 6.0, under project
8  achievements, Number 1.  It says, client
9  regards Washington Group's technical
10  performance as superior.  And then handwritten
11  under there it says don't even mention Tar
12  Creek, why should we?
13          Have I asked you, do you know anything
14  about their involvement with the Tar Creek
15  project?
16      A.  Yeah.
17      MR. TREEBY:
18          Objection.  Asked and answered.
19      A.  Yeah.  You did, and I said no.
20  EXAMINATION BY MR. JOANEN:
21      Q.  I apologize.  I'm not meaning to waste
22  your time.
23          On the last page, 57523, under the
24  conclusions and recommendations, the statement
25  for conclusions that's typed in here says

Page 133

1  the Corps Tulsa District from assign the work
2  to one of its CEC contractors.
3          Do you know what a CEC contractor is?
4      A.  No.  And I wasn't aware that the devil
5  was an employee of the Corps.
6      Q.  There's a statement in here, the
7  handwritten statement that indicates that
8  significant environmental remediation -- we
9  completed a significant environmental
10  remediation job in spite of the fact the
11  environmental staff had atrophied to the point
12  of being nonexistent.
13          Do you recall any times while you were
14  the project engineer where the environmental
15  staff had atrophied to the point of being
16  nonexistent?
17      A.  No.  That could possibly be referring
18  to there was nobody on site at a particular
19  point maybe toward the end of the project, but
20  that doesn't mean that there wasn't people
21  available back in their main office to call
22  upon if needed.
23      Q.  Do you know whether they were calling
24  upon people in the main office?
25      MR. LEVINE:

Page 135

1  Washington Group is at risk whenever it
2  subcontracts its core competence, particularly
3  where sufficient oversight by Washington Group
4  is precluded by a project budget or misguided
5  corporate strategies.  And then handwritten
6  under there Number 1 says the project was set
7  up upside-down.
8          Would you understand what that would
9  mean, a project being set up upside-down?
10      MR. TREEBY:
11          Objection.  Asked and answered.
12      MR. LEVINE:
13          Same objection.
14      MR. JOANEN:
15          No, this is different because
16      this is set up upside-down, not being
17      upside-down.
18      MR. LEVINE:
19          Po-tay-to, po-tah-to.
20      A.  I wasn't involved in the setup of the
21  project.
22  EXAMINATION BY MR. JOANEN:
23      Q.  And then there's another handwriting
24  written on here, it says deals made with the
25  devil during funding interruptions prevented

Page 134

1          Objection.  Calls for
2      speculation.
3      A.  No.
4      MR. JOANEN:
5          I'm asking if he knows.
6      MR. LEVINE:
7          I understand what you're asking.
8  EXAMINATION BY MR. JOANEN:
9      Q.  I want know if you know as you sit
10  here today whether --
11      A.  No, I do not.
12      Q.  Do you know as you sit here today
13  whether in fact the Washington Group was
14  utilizing geotechnical engineers to evaluate
15  their work and the work the subcontractors were
16  doing?
17      A.  No.
18      Q.  Do you know in your experience with
19  the TERC that the TERC requires that they have
20  geotechnical engineers assigned to the project?
21      A.  No.  I don't know that.
22      Q.  You want to look at this?
23  (Tendering.)
24      (Off the record.)
25      MR. TREEBY:

Page 136

34 (Pages 133 to 136)

MONTEGUT, III, JAMES

8/8/2008

| | |
|---|---|
| 1 | Oh, the same document? |
| 2 | MS. CRONIN: |
| 3 | The document with handwriting on |
| 4 | it that he's never seen before and |
| 5 | he's asking him to interpret it. |
| 6 | MR. JOANEN: |
| 7 | I'm not asking him to interpret. |
| 8 | I'm asking him questions. I'm telling |
| 9 | him the basis from which I developed |
| 10 | my questions. |
| 11 | MR. LEVINE: |
| 12 | And this particular page is WGI |
| 13 | 57523. |
| 14 | Do you have a question? |
| 15 | MR. JOANEN: |
| 16 | I just felt it was unfair to not |
| 17 | show it to him when I asked him |
| 18 | questions about it. I'm just trying |
| 19 | to be fair to the guy. I asked him do |
| 20 | you want to look at it. He could have |
| 21 | told me no. |
| 22 | MR. LEVINE: |
| 23 | I'm just asking if you have a |
| 24 | question about the document you just |
| 25 | showed him. |

Page 137

| | |
|---|---|
| 1 | EXAMINATION BY MR. JOANEN: |
| 2 | Q. I'll make this easy: As the project |
| 3 | engineer, were you involved in the analysis or |
| 4 | evaluation of groundwater flow? |
| 5 | MR. JOANEN: |
| 6 | Objection. Vague. |
| 7 | EXAMINATION BY MR. JOANEN: |
| 8 | Q. As an engineer, do you know what |
| 9 | groundwater flow is? |
| 10 | A. I'm not real sure. |
| 11 | Q. As an engineer, do you know what |
| 12 | subsurface groundwater flow is? |
| 13 | A. I'm familiar with terms like, you |
| 14 | know, groundwater flowing in an aquifer or |
| 15 | wells, water wells, things of that nature. |
| 16 | That's groundwater. |
| 17 | Q. You were the project engineer at the |
| 18 | IHNC project. Were you involved in the |
| 19 | analysis of subsurface groundwater flow? |
| 20 | A. No. |
| 21 | Q. I have E-mail communications from |
| 22 | George Bacuta to Richard Lesser cc'ing Lee |
| 23 | Guillory -- and I'll show you this in a second, |
| 24 | it's WGI 262218 -- wherein George Bacuta is |
| 25 | indicating to Richard Lesser, Richard Lesser |

Page 138

| | |
|---|---|
| 1 | with WGI, that the 1997 report on groundwater |
| 2 | flow information indicated the influence of |
| 3 | structures present at the time on the shallow |
| 4 | groundwater flow. |
| 5 | Are you familiar with that? |
| 6 | (Plaintiff's Exhibit 6 was marked for |
| 7 | identification and is attached hereto.) |
| 8 | A. (Shakes head negatively.) |
| 9 | MR. LEVINE: |
| 10 | You got to answer yes or no. |
| 11 | A. No. I'm sorry. |
| 12 | EXAMINATION BY MR. JOANEN: |
| 13 | Q. Are you familiar with the concept that |
| 14 | subsurface structures can affect the migration |
| 15 | of subsurface groundwater? |
| 16 | A. Yes. I think that's kind of related |
| 17 | to what I was discussing earlier when we were |
| 18 | talking about seepage. All of the structures |
| 19 | that we removed probably improved the potential |
| 20 | for seepage. |
| 21 | Q. Do you know whether in fact the 1997 |
| 22 | design memorandum showed the pre-remediation |
| 23 | groundwater flow flowed both towards and away |
| 24 | from the Industrial Canal? |
| 25 | A. No. |

Page 139

| | |
|---|---|
| 1 | Q. I'll mark this as Exhibit 6. In this |
| 2 | same E-mail, and I'm going to show it to you in |
| 3 | just a second, it says that the current |
| 4 | groundwater flow taken by WGI in May and June, |
| 5 | 2005, points to flow away from the canal as |
| 6 | opposed to going both ways in 1997. |
| 7 | A. Uh-huh. |
| 8 | Q. Do you, as project engineer, have any |
| 9 | reason to disagree with such a report? |
| 10 | MR. LEVINE: |
| 11 | Objection. |
| 12 | A. I'm not really familiar with it, so I |
| 13 | don't know how I could possibly disagree or |
| 14 | agree with something I'm not familiar with. |
| 15 | EXAMINATION BY MR. JOANEN: |
| 16 | Q. The final portion of the E-mail back |
| 17 | and forth indicates that regarding other |
| 18 | information on the groundwater across the |
| 19 | floodwall, the geotech map showed that the |
| 20 | levee/floodwall along the east side of Surekote |
| 21 | Road had sheet pile the goes down to -8 feet |
| 22 | NGVD. This information is contained in that |
| 23 | USACE 1997 design memorandum report, Appendix |
| 24 | C, Volume 5 of 9. WGI/MMG should have a copy |
| 25 | of this report. (Tendering.) |

Page 140

35  (Pages 137 to 140)

MONTEGUT, III, JAMES

8/8/2008

1       My question to you, in relation to
2   that, were you as the project engineer involved
3   in the analysis of groundwater flow across the
4   floodwall at the IHNC?
5       A.   No.
6       Q.   Do you as a project engineer know why
7   there would be groundwater flow across the
8   floodwall at the IHNC?
9           MR. LEVINE:
10              Objection.
11          MR. JOANEN:
12              What's the basis of your
13          objection?
14          MR. LEVINE:
15              He says he wasn't involved with
16          it.  How is he going to know it?
17          Lacks foundation.
18          MR. JOANEN:
19              That's a different question.
20          MR. LEVINE:
21              Lacks foundation.
22   EXAMINATION BY MR. JOANEN:
23       Q.   You can answer.
24       A.   No.
25           (Brief recess.)
                                    Page 141

1   it to be in the QC, the quality control report.
2   EXAMINATION BY MR. JOANEN:
3       Q.   Would the indication in a quality
4   control report that sand was brought onto the
5   site on a particular date, would that have been
6   something that you would have known of or have
7   been concerned with in reviewing those QC-QA
8   reports?
9           MR. LEVINE:
10              Same objection.
11       A.   Not as a matter of routine, no.  I
12   mean, you know, it was a delivery of sand, a
13   load of sand.  The way that the site was laid
14   out, my trailer -- all the trailers were right
15   there by the front gate, and you were pretty
16   aware of when a dump truck was rolling through.
17   So it wouldn't -- you know, you obviously
18   wouldn't know that it was five or ten or one,
19   but you would know that on that particular day
20   they probably had some material brought in.
21   EXAMINATION BY MR. JOANEN:
22       Q.   Would the sand that was brought in,
23   would that be included as a cost that you would
24   review?
25           MR. LEVINE:
                                    Page 143

1   EXAMINATION BY MR. JOANEN:
2       Q.   Just a last couple of follow-up
3   questions and we'll finish, Mr. Montegut.  The
4   delivery of outside materials for backfill, if
5   there were to be sand brought, those are the
6   types of materials or the type of things that
7   would be documented in the reports prepared by
8   WGI, is that correct?
9           MR. LEVINE:
10              Objection.  Hypothetical.
11       A.   I would expect that they would, yeah.
12   EXAMINATION BY MR. JOANEN:
13       Q.   If the quality -- is quality assurance
14   report done by WGI or the Corps?
15       A.   Corps.
16       Q.   So the quality control is the WGI
17   document.
18       A.   Right.
19       Q.   If sand is brought onto the site,
20   would that be included in the quality control
21   report or the quality assurance report?
22           MR. LEVINE:
23              Same objection as before.
24       A.   It might actually be in both, but if
25   it were going to be in only one I would expect
                                    Page 142

1           Objection.
2       A.   Yeah.  I would fully expect Washington
3   to submit that in their monthly invoice for
4   whatever period that it would have been brought
5   in on.  They certainly weren't going to give it
6   to the government.
7   EXAMINATION BY MR. JOANEN:
8       Q.   When you say -- originally when you
9   got involved in this deposition you said that a
10   lot of the fixed cost contracts were by how
11   much material was either removed or brought in.
12           Was the materials that were being
13   brought into this job site under a fixed cost
14   type payment scenario?
15       A.   No.  It was cost reimbursement.  So if
16   they paid $100 for a load of material, then we
17   reimbursed them $100.
18       Q.   By the time that you left the project
19   in 2005, had the physical labor completed at
20   the IHNC?
21       A.   Yeah.  The last day that I was there
22   we literally locked the gate and walked away.
23   Drove away.
24       Q.   And that was before Hurricane Katrina,
25   correct?
                                    Page 144

36 (Pages 141 to 144)



1    A.  Yes.
2    Q.  Have you had any discussions with any
3  engineers at the Corps of Engineers or
4  associated with the IPET team that did the
5  investigation of the floodwall failures at the
6  IHNC?
7    A.  No.
8    Q.  When did you retire?
9    A.  February of this year.
10    Q.  Have you undertaken of your own
11  volition to review the IPET report that
12  discussed the failures at the Lower Ninth Ward?
13    A.  No.
14    Q.  Do you know of any communications
15  you've had with some of your colleagues, or now
16  former colleagues, at the Corps about the IPET
17  report?
18    A.  No.
19    Q.  Have you formulated any of your own
20  personal opinions about the conclusions of the
21  IPET report?
22        MR. LEVINE:
23            Objection.  Lacks foundation.
24    A.  No, I've never read it, so I mean I'm
25  not familiar with it, so therefore no

Page 145

1  government that if we -- since this
2  deposition was noticed both in MRGO
3  and Robinson, our choices were to ask
4  all the questions we needed to, we had
5  an agreement with Mr. Bruno previously
6  that for these depositions we would
7  not need to do that, and if we needed
8  to take them later we would arrange it
9  at a mutually convenient time to
10  continue the deposition.  So I just
11  wanted to confirm that agreement and
12  that we're reserving our right to ask
13  this witness questions, if necessary,
14  later.
15        MR. BEARDEN:
16            Lake Borgne Levee District also
17  joins.
18        MR. LEVINE:
19            We'll read and sign.
20
21
22
23
24
25

Page 147

1  conclusions.
2  EXAMINATION BY MR. JOANEN:
3    Q.  I have no other questions.  Someone
4  else may.
5        (Brief recess.)
6  EXAMINATION BY MR. LEVINE:
7    Q.  Mr. Montegut, I just have a few
8  questions for you.  I'm going to hand you
9  what's been labeled as Plaintiff's Exhibit 5
10  which for the record is WGI 57505 through WGI
11  57523.  Do you know what this is?
12    A.  I've never seen it before today.  Only
13  by the title here project completion report.
14  The date September 5 is after I was involved --
15  after I had stopped being involved in the
16  project.
17    Q.  Do you know whether this document was
18  transmitted from WGI to the U.S. Army Corps of
19  Engineers?
20    A.  I do not know.
21    Q.  I have no more questions.
22        MR. TREEBY:
23            For Washington Group, we are
24  reserving the right pursuant to the
25  agreement with Mr. Bruno and with the

Page 146

1            WITNESS' CERTIFICATE
2
3        I, JAMES A. MONTEGUT, III, do
4  hereby certify that the foregoing testimony was
5  given by me, and that the transcription of said
6  testimony, with corrections and/or changes, if
7  any, is true and correct as given by me on the
8  aforementioned date.
9
10  _____      _____
11  DATE SIGNED          JAMES A. MONTEGUT, III
12
13  _____  Signed with corrections as noted.
14
15  _____  Signed with no corrections noted.
16
17
18
19
20
21
22
23
24
25  DATE TAKEN:  August 8th, 2008

Page 148

37 (Pages 145 to 148)

MONTEGUT, III, JAMES

8/8/2008

```
 1            REPORTER'S CERTIFICATE
 2        I, JOSEPH A. FAIRBANKS, JR., CCR, RPR,
 3    Certified Court Reporter in and for the State
 4    of Louisiana, do hereby certify that the
 5    aforementioned witness, after having been first
 6    duly sworn by me to testify to the truth, did
 7    testify as hereinabove set forth;
 8        That said deposition was taken by me
 9    in computer shorthand and thereafter
10    transcribed under my supervision, and is a true
11    and correct transcription to the best of my
12    ability and understanding.
13        I further certify that I am not of
14    counsel, nor related to counsel or the parties
15    hereto, and am in no way interested in the
16    result of said cause.
17
18
19
20
21
22
23    _____
24    JOSEPH A. FAIRBANKS, JR., CCR, RPR
25    CERTIFIED COURT REPORTER #75005
                            Page 149
```

38 (Page 149)

MONTEGUT, III, JAMES

8/8/2008

Page 150

## A

**abandoned** 74:23
**abilities** 103:1
**ability** 149:12
**able** 32:24 82:5
**aboveground** 89:8
**Absolutely** 16:7
**accept** 130:16
**accepted** 40:15
**access** 65:14
**accomplish** 45:17 56:20,23 57:22 59:17 61:9,18 96:17 105:21 106:23
**accomplished** 20:8 30:25 54:24 55:22 57:24 106:16
**accomplishing** 102:8
**accomplishment** 55:25
**accountant** 24:2 24:10
**accountants** 127:14
**accounting** 83:24
**accounts** 84:3
**accumulated** 69:10
**accurate** 110:14
**accurately** 7:21 7:22
**achieve** 74:6
**achieved** 73:6
**achievements** 133:8
**achieving** 10:6 10:17
**acquiring** 129:11
**act** 128:16

**action** 1:4 132:7
**activities** 87:15 92:2 102:9 103:14 121:18
**activity** 55:13,16 55:19 56:20,21 56:23 57:22 61:9,18 71:2 91:24 92:13
**actual** 44:22 79:11 92:4,18
**add** 74:3
**addition** 28:2
**additional** 19:25 20:4 126:22
**address** 53:14 84:10
**addressed** 88:19
**addresses** 71:18
**adjacent** 78:16 78:23
**administering** 5:24
**administration** 17:12
**advanced** 82:24
**advised** 38:15 125:2
**affect** 139:14
**affirmatively** 41:20
**afford** 106:11,13
**aforementioned** 5:4 148:8 149:5
**agent** 116:15
**ago** 60:12 93:24
**agree** 24:9 140:14
**AGREED** 5:2
**agreed-to** 41:10
**agreeing** 41:9
**agreement** 113:1 128:3 146:25 147:5,11
**agreements**

105:1
**Agriculture** 28:3 31:15 33:7 87:2
**ahead** 62:7
**air** 95:20
**Alex** 43:1
**ALFIERI** 3:9
**allege** 6:11
**allow** 8:18
**allowed** 83:5 131:1,5
**allows** 41:3
**alternative** 30:9
**Alvin** 42:25
**amateur** 108:18
**Ambiguous** 114:25 115:12
**ameliorate** 126:1
**Amended** 8:25 9:1
**amendments** 100:10
**AMERICA** 2:9
**amount** 14:10 64:9 65:17 69:4 74:6 104:18
**analysis** 61:21 62:13,21,23,25 87:25 88:8,11 88:21 89:7 97:4 107:23 130:13 138:3 138:19 141:3
**analytical** 129:12
**analyze** 116:20
**analyzing** 13:9 108:7
**anchor** 61:3 121:2
**and/or** 19:21 148:6
**angry** 99:17

**announcement** 31:11
**answer** 5:13 7:13,18 20:25 21:7,10,12 25:15 32:17,19 32:20,23,24 39:9 40:1 57:13,19 81:5 81:8 108:11 125:20 139:10 141:23
**answered** 57:17 133:18 134:11
**answering** 123:10
**anticipated** 82:9 132:3
**anybody** 95:11 95:14
**anyway** 32:8 106:17
**apologize** 103:8 112:8 113:14 133:21
**apparently** 11:16 59:14 86:23 114:13 128:25 130:7
**appear** 95:16 96:2 97:11
**APPEARANC...** 2:1
**appeared** 6:14
**Appendix** 140:23
**application** 31:10 64:9
**applied** 11:16
**apply** 31:8
**appraisals** 43:12
**approach** 72:22 122:19
**approval** 71:11 82:14
**approve** 43:13

84:23
**approved** 66:9 84:25 108:15
**approving** 66:3 66:4
**approximately** 17:22 23:3 27:9 41:14
**aquifer** 138:14
**area** 6:18 16:20 16:20,21,23,23 16:24 17:3 19:15 26:15 27:6,18 29:14 30:3 40:18 50:11 51:6,16 74:10 77:17 95:5
**areas** 15:24 52:23 70:17
**arithmetic** 104:10
**Army** 2:19 146:18
**arrange** 147:8
**arrangement** 43:7
**arrangements** 105:1,5
**arriving** 54:24
**asbestos** 27:10
**asbestos-conta...** 27:20
**asked** 53:18 93:24 103:7 122:1 130:2 133:6,13,18 134:11 137:17 137:19
**asking** 9:3 22:11 33:1 67:25 68:3 73:10 95:10 97:2 110:24 111:13 111:16 112:3 112:18 113:11

113:24 114:1
115:16 119:16
125:9,11,17
131:19,21
136:5,7 137:5
137:7,8,23
**aspect** 36:7,9
**assign** 31:8
135:1
**assigned** 12:1
13:2 17:25
37:21,22 51:3
51:19 52:13
136:20
**assist** 29:2
**associated** 29:20
68:10,12 145:4
**assurance** 42:20
69:14 142:13
142:21
**atrophied**
135:11,15
**attach** 59:1,7
99:10
**attached** 9:11
60:11 62:2
69:2,12,16
93:11 109:12
139:7
**Attaching** 59:10
**attend** 16:9
**attended** 9:21
**attorney** 6:8
71:24
**August** 1:13
61:15 93:23
148:25
**authorized**
35:10
**available** 31:7
83:10 131:2,4
131:9 132:5
135:21
**Avenue** 2:22
78:12
**average** 86:14

95:16
**avoid** 76:7
**award** 41:11
**aware** 49:12
114:21 115:3
115:14,22
127:1 135:4
143:16

———————
**B**

**B** 109:3
**bachelor** 10:13
10:21
**Bachelor's** 10:1
**back** 8:12 12:2
12:16 19:10
21:16 22:4
25:18 26:9
27:5 32:4
36:18 46:24
64:12,17,19
65:18 67:3
71:1 74:15
75:16 76:21,23
76:25 82:7,15
82:17 83:20
90:17 91:20
99:5 108:11
122:12 128:6,7
130:6,11 132:2
135:21 140:16
**backed** 128:21
**backfill** 64:2,6,9
64:10 66:9,19
67:16 68:5
71:5 72:8,10
73:2,22 75:14
142:4
**background** 9:7
22:3 114:11
123:13
**backhoe** 90:8
91:19,20
**backhoes** 45:25
**backup** 69:3
85:15
**backyard** 107:1

107:2,2
**backyards** 87:5
87:12
**Bacuta** 54:1,2
108:19 138:22
138:24
**bad** 83:2 102:19
**BAEZA** 2:13
59:3
**ball** 95:21
**balls** 76:3 96:4
**bank** 6:17 19:15
26:14 27:10,16
29:13 30:2
40:17 50:11
51:6,16 77:17
84:3 86:19
87:3 95:5
101:19
**barge** 86:23
**Baronne** 2:5
**base** 79:12
**based** 15:3 72:6
79:10 104:4
105:22 110:24
**basically** 7:11
31:1 36:25
64:18 75:3
130:17
**basis** 56:1 69:19
69:25 70:2
137:9 141:12
**Baton** 1:12
**bayou** 17:25
18:23 19:5,20
19:23 20:1,3,5
23:14,16 26:4
**Bean** 19:7
**BEARDEN** 3:2
147:15
**bed** 76:1,8
**bees** 107:6
**beginning** 25:22
82:18
**behalf** 62:13
**belief** 79:12

**believe** 26:22
27:3,12 38:5
53:5 67:11
71:7 73:15
78:25 79:9,23
86:5 87:16
104:24 112:6,7
112:10 126:23
**beneath** 77:16
**Benjamin** 2:15
**best** 19:24 72:25
102:25 103:20
104:16 149:11
**better** 24:7
25:18 31:25
53:21 77:13
106:10 129:21
**Beyond** 128:23
**bid** 41:6
**bidding** 41:7,8
**big** 92:20 97:13
**bigger** 106:7,9
**biggest** 82:19,20
**bit** 12:3 17:20
19:10 21:22
26:4 72:16,20
75:16 91:12
**black** 18:16,18
**blah** 69:3,4,4
**blessing** 130:18
**blocks** 121:2
**boat** 72:20
**Boland** 78:13,16
**Bonfouca** 17:25
18:23 19:5,20
19:24 20:1,4
23:14,16 26:4
**bookkeeper** 24:2
**bookkeeping**
8:24
**Borgne** 147:16
**boring** 104:6,6
**borings** 52:21,21
53:6,16 103:16
103:23,25
104:2,8 108:1

108:7
**born** 9:8,12
**borrow** 65:20
66:13,15 67:3
**boss** 32:1,3
**bottom** 100:17
122:14,20
**box** 2:14 39:13
64:22
**boxes** 70:17
**brace** 58:3
**braced** 58:10
**brackish** 75:8
**brain** 28:1
**branch** 2:11
12:1,17
**breach** 78:5,22
78:17
**break** 8:15,19
65:14 72:2
89:23 92:19
104:15
**breakage** 76:6
**breakfast** 60:13
**BRIAN** 3:12
**bricks** 76:3
**bridge** 78:12
**Brief** 72:3
141:25 146:5
**bring** 102:17
**Brogna** 43:1
69:22
**broken** 92:10
**Brother** 9:16,19
**brought** 6:9
66:18 67:4,10
102:13 142:5
142:19 143:4
143:20,22
144:4,11,13
**Bruno** 2:3,3
146:25 147:5
**BS** 10:3,17 11:6
11:9
**bucket** 71:9

91:20
**budget** 134:4
**build** 90:14
**building** 87:23
**buildings** 36:15
36:17,23
**bunch** 124:10
**business** 100:16
101:20 105:3,7
**bypass** 30:1 35:6
35:25

**C**

**C** 100:13 140:24
**cake** 60:19,23
61:10 63:25
64:15 65:2
66:22 68:6
91:6 92:9
**calculations**
12:19,22 13:3
13:11 62:23
**call** 31:17 33:8,8
33:9 54:22
67:6 85:25
89:4 135:21
**called** 12:16 15:7
16:19 27:10
29:15 41:11
58:16 69:7
99:4 107:17
123:24 124:4
**calling** 58:1
125:21 126:2
135:23
**Calls** 50:22 88:4
116:23 119:14
123:18 136:1
**canal** 1:4 26:15
29:22 75:9
76:23 86:19,24
87:13 139:24
140:5
**capable** 35:9
58:12
**capacity** 15:17
109:6 114:16

**car** 44:16 86:22
87:14 99:24
**career** 12:3
**case** 17:8,11
30:20 48:9
70:22 118:2
**catch** 95:19
**cause** 7:25 74:8
76:6 149:16
**caused** 72:11
102:9
**causing** 47:15,15
**caveman** 89:25
**CCR** 1:24 5:22
149:2,24
**cc'ing** 138:22
**CEC** 135:2,3
**center** 84:7
**ceremony** 37:5
**certain** 11:12
13:3,11 14:10
24:25 25:5
34:8 38:16
39:16 74:6
102:8 104:25
114:10 117:6
129:2
**certainly** 144:5
**CERTIFICATE**
148:1 149:1
**certified** 1:25
5:23 58:11
108:14 149:3
149:25
**certify** 148:4
149:4,13
**chain** 31:13 43:9
48:4
**chance** 101:2
**chances** 73:9
**change** 13:7
**changed** 17:23
32:5 132:14,16
**changes** 122:18
132:18,21
148:6

**channel** 15:12
30:1 35:7,25
**channels** 14:25
29:6
**charge** 68:9,12
**charges** 128:20
**cheaper** 104:20
**check** 83:12,25
84:1 127:8
**chisel** 89:23
**choice** 73:24
**choices** 147:3
**chose** 106:19
**CHRIS** 3:9
**civil** 1:4 2:11 5:6
8:5 10:8 11:3,7
11:10,12,15,19
11:25 12:13,20
13:13,14,16
**Claiborne** 78:12
**clarification**
23:16
**class** 11:5
**classes** 11:8
**classified** 19:2
**clay** 76:3,3
**CLAYMAN**
3:11
**clean** 20:1,6
35:19,19,20
130:18
**cleaned** 35:14,14
**cleaning** 41:8
**cleanup** 18:2
27:14 30:2
77:12
**clear** 100:21
127:15
**clearly** 124:18
**clicking** 28:1
**client** 131:10
133:8
**climate** 105:21
**close** 8:18 43:7
95:25
**closely** 82:11

**closest** 78:11
**closure** 129:14
**Clouatre** 42:25
69:21
**coating** 18:15
**cofferdam** 58:2
90:14 91:3,15
91:23 93:2
**cofferdams**
90:18
**colleagues**
145:15,16
**collect** 104:22
**collecting**
107:25 130:5
**come** 25:18
27:19 33:12
43:19 65:23
95:24 104:20
**comes** 93:6
**coming** 35:6
65:19
**command** 43:9
48:4
**comment** 98:14
**comments** 59:20
70:14 99:7,17
**commit** 83:6,9
**communication**
85:7,17
**communicatio...**
138:21 145:14
**compact** 71:9,19
74:9
**compacted**
74:10
**compaction** 71:4
71:13,21 73:5
74:7
**companies** 19:13
53:9
**company** 53:5
80:10,14,16,17
94:5 106:3,20
107:15,16,19
108:6,13

**competence**
100:15,20
101:7,13 134:2
**competent** 58:12
89:12
**complete** 15:9
104:5
**completed**
107:13 127:19
135:9 144:19
**completeness**
83:16
**completion**
18:21 110:1,3
110:12 111:4
111:10 122:13
123:25 124:4
124:12,14,19
125:1,3,4,10
146:13
**complicated**
91:18,19,24
92:13 97:3,5
104:10
**composition**
50:20 51:7,14
51:15
**compound** 20:24
39:1 50:15
51:9,18 61:24
67:8 81:22
92:16 118:13
**computations**
13:3 15:1,12
15:15 47:1,2
**computer** 12:18
13:9,10 63:1
149:9
**concept** 139:13
**concepts** 99:20
**concern** 67:24
72:7 107:24
**concerned** 74:17
101:17 105:8,8
105:12 112:20
116:7 143:7

MONTEGUT, III, JAMES

8/8/2008

Page 153

concerns 51:24
82:20 104:18
conclusions
133:24,25
145:20 146:1
concrete 36:22
89:16 121:1
conduit 75:25
77:5
confident 127:21
confirm 147:11
conform 76:10
confusing 26:3
39:2
confusion 7:25
congratulated
94:4
conjunction
22:25
connecting 29:5
consider 52:9
74:18 77:8
91:18 105:18
considerations
118:17 121:9
considered
18:24 40:21
80:16
consistently 76:2
consisting 36:14
CONSOLIDA...
1:5
constitute 65:11
constraints 97:7
construct 91:15
constructed
36:16
constructing
14:23
construction
14:5,7,13,17
14:22 15:22
16:4,18,19
17:8 28:24
33:6 36:19
59:15 75:23

86:6 93:1
94:13 130:20
consult 28:21,22
contact 44:1
127:12
contained
140:22
contaminated
35:11 52:23
64:15
contamination
35:15 52:22,24
103:16
content 112:4
contents 100:7
context 80:11
109:18 123:5
124:24
continue 9:19
147:10
contract 7:6,8
15:7 17:12
19:22,23,24
20:8,9,10
22:15,22 73:20
73:21 83:3
116:4,13,19
117:5
contracting
28:21 33:18,22
33:23 34:2
74:1 82:14
83:8 105:4
contractor 17:14
19:7 22:23
26:21 38:12
39:18,19 41:5
43:22 46:14
48:17,20,21
70:20 83:5
89:12 117:3
128:17 135:3
contractors 15:4
15:8 19:4
135:2
contractor's

116:14
contracts 15:3
20:21,22 22:6
28:7,8 144:10
contractual
28:20 33:17
contractually
41:4 55:22
contrast 22:5
control 46:23
142:16,20
143:1,4
controversial
70:18,21
convenient
147:9
conversations
63:17
conveyed 31:12
convoluted
132:11
coordination
87:9
copies 94:16
copy 85:14 98:24
140:24
COR 83:8
cordial 54:6
core 100:15,20
101:7,13 134:2
corporate 134:5
corporation
19:6 20:9
97:13
Corps 2:19,20
6:10 7:8 11:2
11:17,25 12:4
12:9,14 13:6
14:20 15:3
16:16 20:6
23:25 28:5
31:7,19 32:9
33:19 37:2
38:11,14 39:18
39:20 42:19
48:17 51:4,4

59:23 61:8
62:13 77:23
80:4 82:4 86:9
91:10 98:4
108:15 111:11
111:20 115:25
117:4 118:6,25
119:21 121:11
121:17 124:20
128:15 135:1,5
142:14,15
145:3,16
146:18
correct 17:1
18:8 29:23
35:10 61:10,11
61:16 64:3,4
65:9 74:2
78:15 79:10
84:20,21,23
85:21 96:18,23
97:3,9,10
125:7 128:18
142:8 144:25
148:7 149:11
corrections
148:6,13,15
corrective 132:7
correctly 30:23
30:23 89:14,19
103:24 106:19
130:3
cost 22:22 73:21
106:14 127:7,9
127:22 128:5
143:23 144:10
144:13,15
costs 83:21
126:22,23
counsel 2:20 5:3
125:2 149:14
149:14
couple 25:23
71:17 142:2
course 11:19
20:3 33:12

46:15 48:14
49:14 64:2
82:4 94:2
97:13
courses 11:13,14
16:9
court 1:1,25
5:23 6:2 7:13
7:20 8:7,12
149:3,25
cover 68:19
cracked 74:20
crank 62:25
credentials 31:6
credit 77:9
Creek 101:23
133:12,14
creosote 18:6,12
20:5
crew 105:23
106:22 107:17
criteria 129:7,14
CRONIN 3:4
96:21 97:19
110:8,20 111:1
111:18 112:11
112:19 113:3
113:13 124:6
125:6,12 137:2
cross-sections
15:11
cube 92:20
cubic 15:6,13
41:8
curious 56:4
99:22
current 140:3
curriculum
11:11,16
cushion 76:9
cut 22:20 79:7
83:25 84:1
92:21
cutting 37:5
cycle 128:14
C-O-R-E 100:21

MONTEGUT, III, JAMES

**C-O-R-P-S**
100:22
**C.F** 19:7

---

**D**

**D** 3:5 4:1
**daily** 44:1 56:1
69:7,13,19,24
70:2
**damage** 6:10
47:15 48:23
49:6
**damaged** 74:21
**DAN** 2:13
**dancer** 95:13
**data** 13:9 69:3
129:11 130:5,9
130:11,14
**date** 7:23 58:14
58:20 128:6
143:5 146:14
148:8,11,25
**dated** 30:9 61:14
93:23
**DAVID** 2:21
**day** 24:25 70:22
95:24 104:5,23
106:10 143:19
144:21
**days** 128:14,17
**day's** 105:21
**DDM** 29:15
**DDR** 29:15
**deal** 61:1 98:14
98:18 99:1
**dealing** 16:10
71:2
**dealings** 54:9
87:24
**deals** 134:24
**dealt** 94:1
**DEBRA** 3:11
**decide** 120:22
**decided** 19:25
20:6
**decision** 102:16
106:2 122:2

**decisions** 109:8
114:18 115:6
115:18,24
**deep** 55:3 91:8
91:21 104:7,7
**deeper** 91:5
**deepest** 40:21
**defend** 115:5
116:8 118:5
121:8
**defended** 109:7
114:17 115:23
**defending**
115:17
**defense** 113:1
**deficient** 74:2
**defined** 122:13
**degree** 10:1 13:8
105:11
**delivery** 142:4
143:12
**DELORIMIER**
3:15
**demanded**
131:11
**demobilization**
55:18
**demolition** 36:1
36:5,7,11,21
89:12,15
**Dennis** 44:6,11
44:16 45:22
51:25 93:14,16
95:3 96:3
101:10,15
104:17,24
106:4 127:13
**Denver** 127:14
**department** 2:10
118:9 130:15
**depend** 28:18
**depending** 17:10
**depends** 43:24
**deponent** 5:10
**deposition** 1:10
5:4,14 6:21,25

8:4 9:1,2 54:11
82:19 124:25
144:9 147:2,10
149:8
**depositions** 7:3,5
18:25 147:6
**DEPO-VUE**
3:15
**depression**
74:12
**depth** 79:17
104:8
**describe** 17:5
**design** 29:14
37:17 58:2,6
77:24 139:22
140:23
**designation** 10:8
108:15
**designed** 58:11
**desk** 128:13
**deteriorated**
75:1,9 77:5
**deteriorating**
75:18
**determination**
24:7
**determine** 15:1
15:13 42:9
52:19,22 61:22
62:16 63:6
103:16
**determined**
11:17
**detrimental**
100:15 101:19
**develop** 29:25
38:15 47:4
**developed** 30:4
39:20 56:9,11
56:16,19 57:6
57:7,8 61:9
114:13 132:15
137:9
**development**
29:5,16 30:7

40:9 46:20
56:17,22 69:8
131:13
**devil** 98:15,18
99:2 134:25
135:4
**diameter** 75:4
**Dicharry** 29:7,9
**difference** 22:21
**differences**
22:13,17
**different** 14:24
14:25 20:18
42:24 96:15
111:8 112:8,13
120:16 132:24
134:15 141:19
**difficult** 86:11
86:16 87:1,9
87:16,22 88:1
88:14,23 89:17
95:15 96:1,6
100:11 101:12
**difficulties** 94:5
96:14,16 97:12
101:23 102:3,9
102:23 103:9
114:21
**difficulty** 86:11
91:25 102:11
102:17
**dig** 45:14,24
97:5
**digging** 91:21
**diploma** 10:12
10:13
**direct** 73:25
74:14 83:6
**direction** 39:15
**directive** 132:22
**directives** 48:19
49:4,9,11,13
**directly** 53:11
**dirt** 15:5 64:19
75:19
**disagree** 140:9

140:13
**disagreements**
106:1
**discovered** 20:4
61:4 86:21
**discretion** 105:7
**discuss** 21:5
117:21
**discussed** 48:16
145:12
**discussing** 37:14
139:17
**discussion** 47:24
82:19 104:2
**discussions**
47:20 48:12
54:6 101:9
105:25 145:2
**dishwasher**
35:23
**disposal** 35:7,8
35:11
**dispose** 35:12
**dispute** 124:1
**disputes** 7:6,8
**distinct** 55:15
78:10
**district** 1:1,2
14:18,20 16:21
20:9,10 85:8
85:18,19 86:4
135:1 147:16
**divided** 78:9
**division** 2:11
12:16 14:5,5,8
14:14,17,22
15:22,23 16:4
16:18,19
118:24 119:25
121:17
**dock** 86:20
**document** 40:16
69:1 71:16
79:5,16 80:2
98:8,22 109:22
110:10,13,18

MONTEGUT, III, JAMES

110:21 111:4,6
111:7,10,12
112:22 114:12
119:22 121:14
121:16 122:11
124:8,13
125:11,14
132:23 137:1,3
137:24 142:17
146:17
**documentation**
28:13 40:9
42:7 68:24
**documented**
142:7
**documents** 6:14
18:25 21:23
37:20,25 38:5
42:12 68:17,20
80:3,13 85:15
93:8 132:22
**doing** 12:22,25
13:1 15:24
24:12 28:6
30:24 34:16
45:10,20 46:7
46:9 53:13
101:11 103:20
104:16 108:6
114:7 117:21
136:16
**dollars** 69:5
**door** 27:22,22
**Draft** 61:14
**drafting** 40:10
**drawings** 13:4
**dredge** 17:14,14
35:8,11,12
**dredging** 14:24
15:6 17:9,11
18:3 19:9 27:7
35:6,25
**dressing** 67:10
**drill** 104:21,22
106:22 107:16
**drilling** 107:22

108:1
**drive** 30:5 91:14
**driving** 91:16,22
**drove** 77:14
144:23
**due** 103:18
**dug** 64:18 77:5
91:10
**duly** 6:4 149:6
**dump** 46:1
143:16
**duties** 14:6,12
**DUVAL** 1:6
**DYER** 2:21
**dynamics** 11:14
**D.C** 2:16

_____
**E**

**E** 3:2 4:1,1
**earlier** 35:5 44:5
74:22 123:24
131:24 139:17
**early** 26:23
41:21 46:12
47:19 102:7
**ease** 23:15
**easily** 88:17
**east** 6:17 19:14
26:14 29:13
30:2 40:17
50:11 51:6,16
77:17 94:13
95:5 101:18
140:20
**EASTERN** 1:2
**easy** 39:12 74:4
87:1 88:22
95:17 96:2,5
99:3 138:2
**eat** 18:14 35:21
**EBIA** 31:17 32:2
33:8 94:2,3
127:22
**educate** 38:1
**education** 9:20
9:25 10:17
16:9

**effect** 71:8
100:15
**effective** 30:25
46:6,7,10,14
**effectively**
103:22
**effectiveness**
46:17
**effectuate** 85:9
**efficiency** 46:5
46:14,16 61:24
63:15 102:8
105:9 106:21
**efficient** 30:25
45:11 46:9
60:4
**efficiently**
103:22 106:5
**effort** 104:13
**efforts** 41:12
**either** 8:11 48:9
52:11 81:17
144:11
**electrical** 10:8
76:15 77:1
**electricity** 25:1
**electronic** 84:2
**electronically**
94:12
**elements** 74:7
86:4 107:7
**Elevation** 77:25
**emphasize** 46:5
**employee** 13:5
23:6 51:4,13
51:23 93:20
135:5
**employment**
13:20 14:19
**encased** 75:6
**encompass**
64:22
**encounter** 107:6
**encountered**
70:19
**ended** 25:25

26:3 27:2
**engaged** 19:16
20:11
**engagement**
19:20
**engineer** 11:3,8
11:10,19,25
12:5,21 13:2
13:10,13,14,16
17:4 25:4,6
27:6 30:17
42:17 50:10
52:4,12 57:3
58:8,13 62:24
66:2 79:14,15
79:21,25 80:22
81:11,17 88:16
95:2,13 97:23
98:4,13 101:4
102:3,21 108:5
108:12 114:3
114:20 115:3
118:23 129:5
129:10,16
131:22 135:14
138:3,8,11,17
140:8 141:2,6
**engineering** 10:2
10:4,5,11,14
10:18 11:5,6,9
11:11,12,15
12:13,15,17,19
12:22 14:5
24:13,14,21
25:3,11,12
56:25 57:22,25
58:1 60:3
61:22 62:12,21
63:15,18 76:7
118:6,9,15,18
118:24 119:25
121:16
**engineers** 2:19
2:20 6:10 7:9
11:3,17 12:9
12:14 37:3

51:4 62:14
77:23 80:18
98:4 115:25
117:4 118:25
119:21 121:17
124:20 136:14
136:20 145:3,3
146:19
**ensure** 82:16
**ensuring** 30:22
**entail** 70:12
**entailed** 17:6,7
**enter** 10:24
**entered** 11:24
14:15 16:3
**environmental**
19:18 130:15
135:8,9,11,14
**EPA** 20:5 27:11
28:4,6,8
**equipment**
45:16,17
103:20 106:8
**equivalent** 80:15
**ERIC** 3:8
**erosion** 47:15
**ESQ** 3:2,3,4,5,8
3:9,10,11,12
**ESQUIRE** 2:4
2:12,13,21
**essence** 15:23
**essentially**
116:15
**establish** 46:13
**established**
124:7 125:13
**establishing**
66:4
**estimation**
104:19
**evaluate** 31:7
126:11 136:14
**evaluated** 22:17
22:18
**evaluation** 29:6
121:18 138:4

MONTEGUT, III, JAMES

8/8/2008

Page 156

evaluations
116:21 117:1,7
118:7,15
131:12
evenly 76:17
eventually 106:1
everybody 9:3
evidence 5:15
39:5 125:17
Ex 85:4
exact 41:1
exactly 118:14
exaggerating
46:2
EXAMINATI...
4:3 6:6 9:13
18:19 21:17
24:18 25:16
32:15,22 38:21
39:6,25 44:10
44:17 45:7
48:10 49:2,25
50:17,25 51:11
51:21 59:21
60:15 62:11
63:23 65:8
66:25 67:13,21
72:4 78:3 81:3
81:10,16,25
88:7 89:6 90:4
90:24 92:23
93:13 94:25
95:9 96:24
97:22 98:11
99:14 101:1
108:17,25
109:14,23
114:4 115:2,21
116:17 117:2
118:16 119:10
119:17,23
120:8,25 122:4
123:12 126:5
126:20 129:4
129:23 130:22
133:4,20

134:22 136:8
138:1,7 139:12
140:15 141:22
142:1,12 143:2
143:21 144:7
146:2,6
examined 6:5
example 24:22
45:12,13 87:3
87:3 118:19
examples 45:8
excavated 64:17
65:17 74:11
excavating 41:7
excavation
40:21 58:3,10
60:16,20 63:25
64:23 65:1,13
121:1
excavations 47:2
55:3 72:9 90:5
90:19,20 91:1
91:5
excavator 71:10
97:6
exceed 79:1
131:2
exceeded 131:4
excess 104:5
Excuse 27:25
53:22
exhibit 4:8,10,11
4:12,13,14,15
8:25 9:10 59:5
59:8 60:8,10
61:13 62:1
93:10 109:11
120:14,19
121:15 126:2,4
126:25 139:6
140:1 146:9
expect 106:22,24
116:7 117:10
117:11 121:8
121:15 142:11
142:25 144:2

expectation
80:22 81:12
116:18
expectations
87:6
expected 51:13
57:3
expecting 117:6
expedite 85:6
expenditure
22:25 23:22
expenditures
131:12
expense 23:5
127:6
expenses 41:10
experience 47:7
72:24 87:18
90:10 91:2,9
98:3 102:24
105:22 136:18
experiencing
96:16
expert 52:9
expertise 14:11
47:4 122:6,11
experts 53:21
explain 59:16
72:16 129:21
explained 35:17
111:23
expose 64:17
exposed 75:8
expressed
104:17 105:24
106:4 129:3
extent 52:23
extraordinary
90:10
Ex'd 85:4
eye 24:12
eyes 53:20
E-mail 93:5
138:21 140:2
140:16
_____
F

face 34:21
fact 44:15 63:7
65:21 66:8
85:17 103:18
108:7 109:9
135:10 136:13
139:21
facts 79:11
failed 94:5
failures 145:5,12
fair 7:16 8:22
16:2 23:19
25:17 137:19
FAIRBANKS
1:24 5:22
149:2,24
fairly 55:3 65:13
fairway 95:23
fallen 86:23
falling 6:11
familiar 20:15
24:5 54:2
78:20 93:18,19
101:22 102:2
122:8 127:1
138:13 139:5
139:13 140:12
140:14 145:25
familiarize
108:4
far 9:24 28:6
55:25 66:3
73:2 77:20
105:7 128:15
favor 73:7
fax 85:2,3
faxed 85:13
feasible 62:17
February 145:9
Fed 85:4,4
Federal 5:6
fee 41:11
feel 34:21 39:9
95:4
feelings 129:2
feet 8:15 41:7

49:10,18 55:4
77:24 79:2,7
79:18 91:3,21
104:7,7 140:21
fell 101:6
felt 24:10 28:15
32:10 45:15
63:4,8 82:21
82:24 96:5
105:22 115:4
121:24 137:16
fence 33:13
field 10:5 52:8
86:3 105:17
106:14
fifteen 15:19,20
fifty 95:22
figure 25:17
104:11
file 69:18
files 111:19
fill 65:4,11,19,23
66:10 74:3
final 40:16 67:10
67:10 140:16
finance 83:24
84:6 100:1
financial 25:10
82:5,10,13
100:2
find 31:4 70:23
86:11
finish 7:12 142:3
finished 31:16
94:8
fire 8:15
firm 1:11 15:7
20:21 22:5,15
23:17
first 6:4 8:23 9:6
11:1 14:7
16:14 20:14
23:20 26:5,11
26:16 30:12
31:4 34:4,12
34:25 36:11

MONTEGUT, III, JAMES

8/8/2008

Page 157

37:11 40:22
42:6 45:5
47:18 52:3
64:11 71:25
91:1,3 104:24
105:13 114:23
149:5
**five** 13:25 85:16
91:3 104:15
143:18
**five-year** 14:1
**fix** 74:15 89:4
118:2
**fixed** 15:7 20:21
22:5,15 23:17
144:10,13
**flexibility** 41:4
**flood** 37:6 46:23
47:5
**flooded** 78:17
**floodwall** 47:10
48:23 49:6,10
49:19 77:17
140:19 141:4,8
145:5
**floodwalls** 6:11
**flow** 79:8 131:14
131:15,22
138:4,9,12,19
139:2,4,23
140:4,5 141:3
141:7
**flowed** 139:23
**flowing** 138:14
**flying** 95:20
**focus** 10:4 30:22
70:20
**focused** 16:5
25:9 36:6
**Fogarty** 32:7
**fogged** 28:2
**folks** 28:23
83:24 94:9
105:15
**follows** 6:5
**follow-up** 142:2

**foot** 23:3
**football** 95:13,18
95:19,21
**forces** 89:20
**foregoing** 148:4
**forget** 72:12
83:22
**forgot** 127:11
**form** 5:12 38:25
39:23 44:24
48:7 49:22
70:16,16,17,17
83:22,23,23
84:10 130:10
**formal** 10:16
31:11 34:13
**formalities** 5:8
**former** 145:16
**forms** 85:14,16
**formulated**
145:19
**forth** 140:17
149:7
**forties** 89:9
**forward** 72:21
84:6,20 130:19
**forwarded**
119:25 120:3
120:20 121:16
**forwarding**
118:8
**found** 11:15
**foundation**
36:22,24 61:4
90:13 121:2
124:8 125:14
141:17,21
145:23
**foundations**
52:6,13
**four** 13:25 17:21
85:16
**fourteen** 15:20
**fourth** 7:2
**Franklin** 2:15
**free** 35:15

**Friday** 70:8,8
**front** 54:22
76:21,21,22
87:4 143:15
**fulfill** 31:21
**fully** 144:2
**full-time** 13:5,19
**function** 12:21
13:21 16:15
17:18 36:5
**functions** 25:5
**funded** 27:11
28:4
**funding** 82:8
98:15 131:2,4
131:9,25 132:1
132:5,14,19
134:25
**funds** 83:7,10
84:2 98:19
**funneled** 54:20
**furnish** 17:14
**further** 16:9
20:5 60:17
82:25 120:24
122:3 124:1
149:13
**future** 131:13
**fuzzy** 17:20
92:17

_____
**G**
**game** 95:18
**gas** 76:25
**GASPARD** 3:10
**gate** 37:6,8
143:15 144:22
**geared** 25:10
**generally** 54:4
69:1 70:13
**gentleman** 44:6
**geochemist**
54:12 108:20
**geologist** 51:22
**George** 54:1,2,9
54:21 108:19
138:22,24

**geotech** 140:19
**geotechnical**
16:10 52:2,4
52:12,25
136:14,20
**getting** 17:19
22:10 31:2
88:17 91:11
96:15 97:12
106:5
**GILLEY** 3:15
**give** 7:18 21:12
41:5 45:8
53:14 57:10
70:6,8,9 77:9
84:5 85:3
99:12 106:6
123:14 126:12
144:5
**given** 1:11 6:21
6:24 39:15
48:20 49:5
111:20 121:25
148:5,7
**gives** 79:16
**giving** 54:7
123:5,13
**glad** 8:11,16
59:2 60:8
67:22 96:6,9
96:10
**go** 9:14 15:10
31:16 32:25
33:4,14,14,18
35:9,21 37:8
37:22 39:12,13
45:6,19,22
46:24 49:16
51:23,25 52:1
53:11 62:7,25
70:22 72:25
74:2,14 80:20
81:12 83:6,9
91:5 95:23
104:22 105:19
113:2 117:21

117:22 118:19
122:2 127:8,12
128:1 130:19
**God** 93:12
**goes** 82:17
108:11 127:17
140:21
**going** 7:12 13:23
15:18 17:20
29:21 30:5,15
30:20 31:5,16
31:20 34:19
35:3,5 36:3,4,6
39:21 40:4
41:21 45:4
56:21 59:1,11
62:4,17 63:2
64:23 71:1,18
73:18,20 93:5
93:9,22 94:22
96:3 99:10
107:6 117:8,21
117:22 118:2
122:12 126:6
126:10 127:25
131:7 132:9,12
140:2,6 141:16
142:25 144:5
146:8
**GOLDBERG**
3:8
**golf** 95:18,21,24
**Gonzales** 6:2
**good** 61:1 64:11
73:4 75:17
77:9 83:14
95:11,14 96:7
100:24 122:16
**gotten** 73:10
**government**
17:24 83:7
144:6 147:1
**grading** 67:10
**graduate** 9:17
**graduated** 10:10
12:11

MONTEGUT, III, JAMES

8/8/2008

Page 158

**graduating** 10:23
**graduation** 12:4 12:8
**gravel** 76:16
**ground** 36:14 56:7 74:12 75:19,25 103:19
**groundwater** 79:8 138:4,9 138:12,14,16 138:19 139:1,4 139:15,23 140:4,18 141:3 141:7
**Group** 19:16 30:20 34:7 41:18 42:8 53:3 58:4 69:10 82:11 87:25 91:24 92:2,5,13 93:7 100:14,16 102:5 109:5,6 114:15,16,22 115:4,23 116:5 116:8 117:5,19 117:23,24,25 118:8 134:1,3 136:13 146:23
**Group's** 133:9
**guess** 25:3,23 30:5 37:16 55:16 56:14 57:13 60:18 61:7 64:11 65:15 73:13 83:1 84:13 86:3 87:6 91:17 94:12 96:12 102:19 118:14
**guide** 38:17
**Guillory** 33:3,6 33:11,14 47:20

50:18 54:5 63:5,9,14,18 84:5,20,22 103:3 120:21 121:25 138:23
**guy** 29:7 32:25 33:4 44:5 89:15 91:20 95:3 99:21 107:17 137:19
**guys** 34:19,25 37:15 42:1 44:1 45:5,24 72:19 73:10 95:4,19 110:18

**H**

**half** 12:7
**hammer** 89:23 92:20
**Hamps** 59:14
**hand** 21:22 146:8
**handle** 80:23
**handwriting** 111:12,17 122:21 124:11 125:22 130:25 134:23 137:3
**handwritten** 113:7 132:8 133:10 134:5 135:7
**happen** 77:3 83:19
**happened** 45:12 48:9 59:18 70:23 117:20
**hard** 89:11 103:19 105:17
**harder** 76:5 94:1 95:6
**harm** 77:8
**hazard** 65:15
**hazardous** 18:1 19:1
**hazards** 107:6

**head** 7:19,19 139:8
**heads** 89:2
**hear** 97:24 98:13 98:17 99:6 101:5
**heard** 98:4
**heavily** 29:10
**hello** 34:16
**hereinabove** 149:7
**hereto** 5:3 9:11 60:11 62:2 93:11 109:2 139:7 149:15
**herewith** 69:2
**hesitate** 35:13
**hey** 45:22 117:23 117:25
**hierarchy** 43:9
**high** 9:14 23:3,3
**higher** 48:3 122:6
**Highway** 1:12
**hire** 80:20 89:4
**hired** 11:18 14:9 53:22,23 91:10
**history** 16:14
**hit** 95:21
**hold** 8:14 27:12 128:3
**holding** 71:16 75:19
**hole** 45:14,24 58:9 64:2,13 64:14,18 65:19 74:12 75:22 91:10 97:5 106:10 107:22
**holes** 104:23 107:12
**home** 37:8
**honestly** 75:14
**hot** 105:15
**hour** 8:19
**HTRW** 18:24

**hundred** 41:8 95:21 103:25
**Hurricane** 144:24
**hypothetical** 133:2 142:10

**I**

**idea** 79:3
**ideas** 33:15
**identification** 9:11 60:11 62:2 93:11 109:12 139:7
**identify** 52:23
**IHNC** 33:8,9 34:5 40:22 41:16 50:4 53:25 60:17 67:2 77:18 78:9 86:10 101:19 114:20 123:16 126:14 138:18 141:4,8 144:20 145:6
**III** 1:10 3:2 6:1 148:3,11
**immaterial** 117:18
**implies** 35:15
**important** 7:17 7:21 46:15
**importantly** 109:4
**imported** 67:5,6 67:16
**impress** 46:18
**impression** 89:1
**improperly** 25:7
**improve** 35:18
**improved** 139:19
**inception** 37:17
**include** 64:23
**included** 23:8 36:1 64:7 142:20 143:23

**incorporated** 65:3
**incorrect** 61:16 79:10 128:21
**incorrectly** 118:4
**incurred** 23:6
**indicate** 101:11 111:22
**indicated** 54:11 126:18 132:22 139:2
**indicates** 79:17 99:2 109:1,4 114:13 122:14 135:7 140:17
**indicating** 138:25
**indication** 64:1 130:24 143:3
**individual** 97:4
**individuals** 85:21
**induced** 72:10
**industrial** 6:18 19:15 26:15,15 29:14,22 30:2 36:20 40:17 50:11 51:6,16 75:8 77:17 95:5 107:5 139:24
**inefficient** 103:18
**influence** 139:2
**informally** 60:18
**information** 9:7 54:20 110:25 112:5 123:14 139:2 140:18 140:22
**inherently** 62:19
**initial** 35:1
**initially** 38:17 104:4
**injury** 7:6

MONTEGUT, III, JAMES

inquiry 124:25
insert 122:15
insight 72:21
  126:12
inspector 70:19
inspectors 42:19
  69:15
instances 115:22
  128:8 131:3
  132:4
instigated 99:25
instruct 21:10
  32:19
integrally
  108:20
intent 128:9
interaction
  43:21 54:1,14
  63:14 100:2
interest 106:4
interested
  149:15
interests 100:17
  101:20
internal 128:25
interpret 137:5
  137:7
interpretable
  130:10
interpreting
  7:24
interruptions
  98:19 131:14
  131:16,23
  134:25
interval 70:4
introduced 34:5
  34:8,12
introducing
  125:16
introduction
  100:10
introductions
  35:1
inventory 106:8
investigation

145:5
invited 34:17
invoice 69:3
  83:13,16,17
  84:4,11,14
  85:20 127:5,6
  127:20 128:2
  128:12,18,22
  144:3
invoices 127:25
invoicing 132:14
  132:19
involve 18:3
  36:4
involved 6:15
  7:5 14:23 18:5
  19:5 21:24
  23:21 25:20
  26:12,17,20
  27:1,3,5,8 29:4
  29:10,12,15
  30:7,12 31:6
  33:5 34:4,14
  36:11,21 37:11
  38:5 40:8,14
  40:23 41:23
  47:2,18 48:22
  49:4 53:7
  54:22 55:11
  56:22,25 57:4
  57:7,9,12,18
  60:5 61:21
  62:12 66:1,7
  69:8 71:11
  86:20 91:13,16
  91:16 101:16
  103:2,11
  108:21 134:20
  138:3,18 141:2
  141:15 144:9
  146:14,15
involvement
  20:19 22:14
  44:18 55:14
  114:20 133:14
involves 63:24

IPET 145:4,11
  145:16,21
Iraq 93:25 95:6
  96:11
iron 92:20
issue 28:17,18
  28:19 29:3
  33:12,17 43:17
  45:3,9 48:15
  53:12 85:23
  87:14 126:23
  130:16
issued 39:14
  55:23
issues 16:10
  32:10 33:23
  46:4 47:5
  70:18,21 83:18
  88:18 91:12
  101:18 102:6
  103:13 114:2
  115:4
items 15:5
I-DEP 3:7
I-wall 47:3
I-walls 46:21
i.e 98:19

_____

**J**

JAMES 1:10 6:1
  148:3,11
January 41:22
  42:4 57:8
Jaws 107:17,18
Jefferson 1:11
  27:17
Joanen 2:4 4:5
  6:6,7 9:13
  18:11,19 21:1
  21:17 24:18
  25:16 32:15,22
  38:21 39:6,25
  44:10,17 45:7
  48:10 49:2,25
  50:17,25 51:11
  51:21 58:25
  59:6,21 60:15

62:8,11 63:23
  65:8 66:23,25
  67:13,21 71:23
  72:4 78:3 81:3
  81:10,16,25
  88:7 89:6 90:4
  90:24 92:23
  93:13 94:17,21
  94:25 95:9
  96:24 97:22
  98:9,11 99:11
  99:14 100:23
  101:1 108:17
  108:25 109:14
  109:23 110:17
  110:23 111:21
  112:14,24
  113:9,25 114:4
  115:2,9,13,21
  116:17 117:2
  118:16 119:6
  119:15,17
  120:8,15,25
  122:4 123:4,12
  124:3,15,22
  125:8,15 126:3
  126:5,20 129:4
  129:23 130:22
  133:4,20
  134:14,22
  136:4,8 137:6
  137:15 138:1,5
  138:7 139:12
  140:15 141:11
  141:18,22
  142:1,12 143:2
  143:21 144:7
  146:2
JOANN 119:10
  119:23
job 11:1,2,7,10
  13:6,18,21
  15:17 16:14
  17:17 30:14
  31:12,17 32:11
  40:25 41:9

42:15 43:3,17
  43:18 45:17
  47:8 53:24
  67:9 73:15
  86:12 87:10
  88:13,22,23
  89:11 94:8
  96:8 106:25
  107:3,8 127:17
  135:10 144:13
jobs 30:17 94:1
jog 126:12,16
John 32:7
joins 147:17
joint 19:12
  112:25
Jones 131:10
JOSEPH 1:24
  3:2 5:22 149:2
  149:24
JR 1:24 5:22
  149:2,24
judge 1:6 21:5
juggle 96:4
JULIA 3:4
June 140:4
junk 18:12
jurisdiction
  16:22
JUSTICE 2:10
justifiable 24:8
  127:22
justified 28:13
  28:16
justify 106:12,13

_____

**K**

Katrina 1:4
  144:24
keep 82:5
kept 69:11
kick 33:15 95:20
kind 17:19 24:10
  26:3,7 27:25
  28:2 37:1
  57:17 72:24
  76:9 82:17

MONTEGUT, III, JAMES

86:2 96:6
99:22 105:14
108:11,13
139:16
**knack** 95:15
**knew** 40:24
80:20,22 93:15
102:23 114:2
127:25
**know** 10:11 12:2
13:1 15:2
17:16,19 18:17
19:14,22 23:25
24:24 25:15,25
26:8 27:21
28:23 31:14,23
31:24 34:10,25
35:20 36:19
37:4,9,16,19
38:14 40:24
41:1,1,10,11
41:12,24 42:24
43:13 45:19,23
46:8 50:24
51:19 52:16,25
55:17 56:2,3
56:13,13 57:5
57:6,23 58:6,7
58:8,11 59:12
59:23 62:19
64:16,18,21,25
65:12,12,16,21
66:8,12,13
69:2,4 70:7,23
71:3 73:4,12
74:20,24,25
76:5,13 77:20
78:5,8,9 80:6,9
83:14 85:10,15
87:8 88:10
89:3,14,19
91:14,21 92:5
92:9,17 93:17
94:7,10 95:11
96:2,4,9 98:6
99:23,23 104:1

104:14 106:7
106:15,23
107:5,7 108:1
108:5,12 109:9
110:13 112:15
112:17 115:16
116:3,9 117:7
117:17,23,24
118:14,22
119:1,2,11,16
119:18 120:2
122:9 123:20
127:16,17,21
128:10,16,20
129:9,15,20,24
131:3,15,21,24
132:4 133:3,13
135:3,23 136:9
136:9,12,18,21
138:8,11,14
139:21 140:13
141:6,16
143:12,17,18
143:19 145:14
146:11,17,20
**knowing** 80:13
**knowledge**
14:10 31:11
36:10 40:20
48:19 49:3
50:18 51:1,2,3
51:10,12 52:17
56:8,12 57:20
68:4
**knowledgeable**
52:6,13
**known** 6:16
143:6
**knows** 136:5
**Knudsen** 19:15
34:6 38:15
39:16 42:9
43:23,25
**K2** 1:5
_____
**L**
**L** 2:4 5:1

**lab** 108:14,15
130:6,6,11
**labeled** 124:13
146:9
**labor** 41:15,19
44:22 96:17
107:21 116:10
144:19
**laboratory**
129:12
**laborers** 45:21
**lack** 53:20
104:13 130:25
**Lacks** 141:17,21
145:23
**ladders** 75:5
**Lafayette** 16:23
**laid** 77:6 143:13
**Lake** 147:16
**land** 79:13,21,25
80:10,18
**large** 65:13 75:4
103:22
**larger** 104:21
**lasted** 26:6
**lateral** 30:4
**LAURA** 3:3
**law** 1:11 5:7
24:23
**lawyer** 24:23
67:22 95:14
**lay** 76:1,8
**layers** 50:12,13
50:13
**laying** 76:14
**LDEQ** 130:14
130:18
**lead** 22:6 28:4
87:16 95:2
126:22
**leader** 43:16
50:9 57:3
**leads** 34:11
114:9
**Leake** 2:22
**learned** 37:18

**leave** 43:13
120:21
**led** 23:2 29:24
30:1 40:10
112:6,7,9
**Lee** 33:3,6,11,14
33:16 37:15
47:20 50:18
54:5 63:5,9,12
63:14,18 84:5
84:20,22,24
85:3,6,11 86:2
86:2 103:3
120:20 121:25
138:22
**left** 77:13 99:4
144:18
**legal** 80:2
**lessen** 35:18
**lesser** 93:16,17
105:11 138:22
138:25,25
**letter** 68:22,23
68:25
**letters** 19:11
130:17
**letting** 94:7
**let's** 23:16 45:15
90:20 104:1
**levee** 15:12
17:10 37:7
48:23 74:25
147:16
**levees** 14:24 15:6
15:24 46:20
**levee/floodwall**
140:20
**level** 52:22 79:8
106:22
**levels** 82:8
103:16
**LEVINE** 2:12
4:6 18:9 20:23
24:16 25:13
32:13,18 39:3
45:1 48:24

49:21 50:14,21
51:8,17 58:23
59:9 62:3
63:20 65:5
66:20 67:7,17
72:1 78:1
81:21 88:3,24
90:2 92:15
94:15,19 95:7
96:19 97:17
98:7 99:9
100:19 108:23
113:18,22
114:24 115:7
115:11,15
116:1,22
117:15 118:12
119:4,8,13
120:5,13,17
121:21 123:2
123:22 124:9
124:17 125:25
127:2 129:17
132:25 134:12
134:18 135:25
136:6 137:11
137:22 139:9
140:10 141:9
141:14,20
142:9,22 143:9
143:25 145:22
146:6 147:18
**liaison** 86:3
122:8
**licensed** 58:7,13
79:14,21,25
80:14,16,17
**lift** 55:5,6,20
56:5,9 58:16
59:17 61:20
71:2 74:21,23
75:3,22 90:15
91:6 92:4
118:19 120:7
**lifted** 92:10
**lifting** 92:4

MONTEGUT, III, JAMES

8/8/2008

**lights** 25:1
**line** 72:6 76:14
76:14,15
109:16 122:15
**lines** 43:8 44:21
76:18,19,24,25
77:1 85:11
86:7
**listening** 77:15
**literally** 23:2
27:19 87:4
144:22
**litigation** 1:5
93:7 114:9
**little** 12:3 17:20
19:10 21:22
24:3 25:24
26:4 55:10
70:15,17 72:16
72:20 85:15
91:12 92:17
112:1
**live** 106:11
**load** 76:4 143:13
144:16
**loan** 99:24
**loaned** 15:23
**locally** 33:25
**located** 27:15
**location** 27:21
27:21
**lock** 29:6,21
30:6 37:6,8
130:21
**locked** 144:22
**logic** 99:2
**long** 13:15,20
15:16 17:17
18:20 25:20
50:3 74:25
104:20 106:10
106:17 108:13
**long-term**
100:16 101:20
**look** 49:16 60:1
60:2 63:12

72:21 94:23
96:5 101:2
109:21 110:9
116:3 117:18
120:21 122:1
126:9 136:22
137:20
**looked** 10:11
56:5 59:20,22
62:16
**looking** 57:14
59:12 62:16
63:8 70:13,14
112:22 113:15
117:13 120:11
120:19 122:25
**loose** 49:15
**loosely** 75:20
**lot** 12:18 21:3,23
24:10 60:19
75:21 104:10
144:10
**Louisiana** 1:2,12
2:6,23 5:24 6:2
95:6 130:15
149:4
**love** 93:12
**Lower** 6:12
78:18 145:12
**LSUNO** 9:22
10:23
**luxury** 73:13,14

_____

**M**

**M** 4:1
**machine** 24:3
71:9 85:2
**machinery** 90:8
91:8
**machines** 65:14
**magnitude**
106:25
**main** 135:21,24
**maintain** 98:20
**major** 22:21
**majority** 36:15
**makeup** 50:12

65:4,7,10,19
65:23 66:9
**making** 111:8
**management**
31:13 32:1
53:3 101:16
102:5 116:10
**management's**
31:24
**manager** 28:24
28:24,25 33:7
82:15 86:6
94:12
**managing** 28:7
**manner** 31:1
**map** 140:19
**marine** 86:19
**mark** 59:8 60:8
61:12 98:8
140:1
**marked** 8:24
9:10 60:10
62:1 93:10
109:11 121:15
139:6
**marking** 59:4
**Martin** 9:16,19
**match** 95:18
132:1
**material** 27:20
35:7,8 64:16
65:17,18 66:9
66:12 67:2,11
72:8 74:4,5,8
76:16 143:20
144:11,16
**materials** 53:3
64:12 67:1,6
102:5 142:4,6
144:12
**matter** 8:24
88:12 106:9
143:11
**mattered** 88:14
**matters** 86:7
**McDonough**

66:15
**McKernan** 1:11
**mean** 22:20
30:23 31:23
32:17 34:9
37:22 42:18
46:7 47:9
54:15 57:16
62:20 66:21
76:21 77:4,7
82:8 87:11
90:12 93:18
106:12 107:11
116:7,25 129:7
129:11 130:5
131:17 134:9
135:20 143:12
145:24
**meaning** 65:17
133:21
**means** 96:7 98:6
99:23 123:21
126:13 129:15
129:19
**meant** 129:9
**measured** 78:4
**measurements**
129:13
**measures** 82:12
**mechanical** 10:8
10:10,14 11:6
**mechanics** 11:13
**meet** 82:10,13
128:19
**meeting** 34:13
34:20
**meetings** 34:18
**members** 43:22
48:16,17
**memorandum**
29:14 139:22
140:23
**memory** 26:22
28:1 126:12,17
**mention** 133:11
**met** 82:5 84:16

84:19 129:14
**metal** 75:7
**middle** 92:21
94:13 95:22
**migration**
139:14
**Millington** 84:8
84:9
**million** 69:5
**mind** 80:15 84:9
96:13 99:21
106:13
**minimum** 85:12
**minute** 73:2
**minutes** 104:15
**mischaracteri...**
97:21
**mischaracteri...**
39:5
**misguided** 134:4
**missing** 72:20
118:3
**Mississippi**
17:15
**mistake** 130:8
**misunderstan...**
112:21 113:15
**mixed** 127:17
**MMG** 102:4,7
103:15 105:2
106:6,19 107:2
107:9,15,20
108:7 116:5
117:19,20,22
117:24 118:2
**mobilization**
42:6 55:18
61:5
**mobilize** 26:22
**mobilized** 26:19
41:17 50:6
**modification**
55:23
**money** 30:22
31:2 73:8
82:17,22 83:4

97:15 131:18
**Montegut** 1:10
6:1,7 9:6 94:9
132:10 142:3
146:7 148:3,11
**month** 23:8 69:3
93:23
**monthly** 23:4
144:3
**months** 27:9
**Morrison** 19:15
34:6 38:15
39:15 42:9
43:23,25
**mother** 18:17
**motif** 36:19 89:9
**move** 13:23 62:9
**moving** 82:6
100:9 130:23
133:5
**MRGO** 1:7 6:8
17:15 29:5
147:2
**multiple** 54:15
115:18
**mutually** 147:9

**N**

**N** 4:1,1,1 5:1
**name** 6:7,14
29:7 34:22
44:12 93:18
107:14,18
**named** 6:3 60:23
**names** 42:23
**natural** 74:8
76:25
**nature** 7:7 12:23
16:11 18:17
20:20 25:2
28:20,22 38:7
40:25 46:5
52:21 72:23
120:23 138:15
**navigable** 17:16
**near** 78:6 131:11
**necessarily**

24:24 35:19
70:1 85:24
**necessary** 24:13
73:8 79:23
115:5 147:13
**necessity** 25:6,10
**need** 12:2 24:23
25:4 55:3 61:3
63:8 64:1 73:6
80:5 88:18
91:2 125:24
147:7
**needed** 29:25
63:4,6 135:22
147:4,7
**needs** 91:9
**negatively** 139:8
**neighborhoods**
30:6
**never** 45:18,18
53:10,18 56:6
56:14,14 84:24
85:5 89:1
99:13 125:23
128:9 129:3
137:4 145:24
146:12
**new** 2:6,23 9:12
9:23 14:2,17
14:20 15:25
16:6,20,21,22
16:24 17:2
27:16,17 34:10
37:6 85:8,18
95:5 130:21
**NFFAT** 130:16
**NGVD** 140:22
**Ninth** 6:12 78:18
145:12
**nods** 7:19 41:20
**nonexistent**
135:12,16
**noon** 8:18
**northern** 60:17
78:14
**notch** 89:5

**note** 122:18
132:8
**noted** 148:13,15
**notice** 5:7 9:1,2
74:5,14
**noticed** 147:2
**number** 6:14
46:16 83:23
97:9 133:8
134:6
**numbers** 63:2
**numerous** 76:19
76:24

**O**

**O** 4:1 5:1
**oath** 5:25 6:5
**object** 21:4
38:20,25 39:23
44:24 48:7
49:22 108:24
126:16
**objecting** 22:10
62:6
**objection** 20:24
24:17 25:14
32:14 39:4
45:2 48:25
50:15,22 51:9
62:4 63:21
67:8,18 78:2
81:1,15,20,22
88:4,25 92:16
95:8 96:20
97:18 108:10
114:25 115:8
115:10 116:23
117:16,16
118:11,13
119:5,20 120:6
121:22 123:18
127:3 129:18
133:1,18
134:11,13
136:1 138:6
140:11 141:10
141:13 142:10

142:23 143:10
144:1 145:23
**objections** 5:11
116:2
**objectives** 41:6
**obligated** 22:23
**obligations**
80:24 81:2,8
82:5,10,13
**observation** 95:2
102:23 104:3
**observations**
95:10
**observe** 103:8
**observer** 34:20
**obtain** 129:13
**obtained** 14:9
**obviously** 36:2
46:1 62:19
90:7 99:16,19
114:6 143:17
**occasional** 17:9
**occasionally**
54:4
**occasions** 131:2
**occurred** 70:21
78:5,17 122:19
**occurrences**
49:23
**occurring** 54:7
**October** 58:15
**odd** 11:21
103:25
**office** 2:20 16:20
16:21,23,23,25
17:3 24:22,23
24:24 25:4
27:6 47:1 48:3
84:6 85:3,8
99:3 105:18,19
122:10 135:21
135:24
**officer** 28:21
33:18,22,23
34:2 74:1
82:14 83:8

**officer's** 105:4
**offices** 16:22
**official** 43:11
86:5 122:6
**officiated** 5:24
**oh** 29:9 32:21
36:8 68:11
88:20 110:1
127:16 137:1
**OHM** 19:11,21
**okay** 6:20 8:12
8:13,21 9:14
9:24 10:16
12:6,10 21:12
34:23 39:7
62:9 64:20
68:2 77:9
78:24 96:10
103:7 115:22
**old** 28:1
**once** 71:5 84:4
84:19,25
121:10 127:19
127:20
**ones** 80:23 81:4
**ongoing** 56:11
**on-site** 98:20
**open** 14:11 37:5
**operating** 86:1
**operation** 106:2
**operations** 66:19
67:16 68:5
73:23 82:16
**opinion** 45:10
103:17
**opinions** 145:20
**opportunity**
53:15,17 106:6
**opposed** 20:20
24:1 46:8
65:11 104:23
117:12 140:6
**option** 10:10,11
10:15 11:7
**order** 6:16 15:8
19:17,21 26:13

MONTEGUT, III, JAMES

8/8/2008

Page 163

27:3 30:13
39:14
**orders** 33:21
**organization**
122:9
**original** 5:9
19:23 20:3
23:17 26:6
55:24
**originally** 13:19
82:9 90:21
111:23 132:3
144:8
**Orleans** 2:6,23
9:12,23 14:18
14:20 15:25
16:6,20,21,22
16:24 17:3
27:17,18 85:8
85:18 95:5
**outlays** 25:10
**outpacing** 131:9
132:5
**outset** 32:6
**outside** 15:25
101:12 113:2
142:4
**overall** 55:17
65:11
**overbearing**
97:8
**overhead** 106:14
**overly** 97:3
**overlying** 99:20
**overseeing** 28:7
29:11 30:19
**oversight** 17:7
21:25 109:6
114:16 134:3
**O'Connor** 44:11
44:11 93:14,16
95:3 96:3
101:10,15

_____
**P**
_____
**P** 5:1
**pace** 106:23

131:1,4 132:1
132:1,2
**page** 4:3,8 38:9
99:8 100:5
109:25 113:17
120:11 122:14
126:8,10
128:24 130:23
133:5,7,23
137:12
**pages** 85:16
**paid** 15:4,6
42:10 82:25
96:15 97:12,16
144:16
**paper** 9:2 25:2
**paragraph**
71:16,18 99:1
100:18 131:7
**parameters**
61:23
**Parish** 27:17
**part** 5:14 11:11
23:20 35:25
53:24 55:24
60:17 69:12
78:14 108:21
109:2 110:3,12
113:11,12
133:7
**participating**
56:16
**particular** 12:1
17:13 20:7
30:20 38:14
45:14 54:8
70:22 85:1
94:6 118:1
135:18 137:12
143:5,19
**particularly**
134:2
**parties** 5:3
149:14
**passed** 63:5,9,12
**passing** 47:14

117:13
**patient** 8:17
**PAUL** 2:12
**pay** 15:2 20:19
24:25 40:14
41:9 82:2,22
83:10 128:16
**paying** 84:6
117:11 127:5
**payment** 15:8
85:1,9,19
128:16 144:14
**payments** 21:25
22:1,17,18
128:3
**payroll** 80:19
**peers** 31:19
**pending** 94:20
113:23
**pens** 25:1
**people** 24:25
27:19 31:8,18
34:8,13 44:3
45:16,20 47:21
51:19 60:19
87:11 94:3
99:18 103:19
104:13,14
105:9,18,23
107:8 112:16
135:20,24
**people's** 8:14
87:4
**percent** 65:16,18
**percentage** 65:1
65:10
**perform** 13:11
39:16 40:17
49:5 63:6
95:19 97:2
106:23 107:21
117:6
**performance**
43:12 103:17
129:6 133:10
**performed** 20:1

26:14 38:3
46:20 106:21
**performing**
30:21 54:18
96:17 102:25
103:15 132:3
**period** 14:1
15:21 16:8
23:7 27:8
67:14 144:4
**permitted** 5:5
**person** 23:11
29:2 95:16
105:19 107:3
117:10
**personal** 7:6
145:20
**personally** 43:22
88:12
**personnel**
106:14
**perspective**
24:13,21 60:3
**pertain** 70:18
**PERTAINS** 1:7
**phase** 26:5,6
48:5 130:19
**Phil** 51:25
127:13
**Phillip** 44:4
45:22
**phone** 85:25
**phrase** 122:17
**physical** 41:15
41:19 44:22
107:21,25
144:19
**physically**
105:20
**pick** 85:24
**piece** 9:2
**pier** 86:20
**piggybacked**
26:8
**pile** 30:5 77:16
79:1,3,6,17

**piling** 18:15
91:14
**pilings** 36:24
**pipe** 75:4,4,7,24
**pit** 66:13,15 67:3
**place** 24:15
25:12 40:22
41:15 44:22
47:25 48:1,3
48:12 49:9,18
56:10 76:20
85:20 121:19
122:16 131:16
132:13,16
**placed** 64:17
**plaintiffs** 2:2 6:9
**Plaintiff's** 4:10
4:11,12,13,14
4:15 8:25 9:10
60:10 62:1
93:10 109:11
139:6 146:9
**plan** 40:4 56:8
56:17,19,22
57:6 58:16
59:16 61:8,14
61:17,21,22,25
62:13,15 63:15
63:19,24 64:7
71:12 118:20
**planned** 35:9
**planning** 48:4
90:21
**plans** 38:6,16
40:11,15 71:1
**plant** 18:6,10
**plate** 35:20
**play** 31:21
**played** 25:9
32:12
**player** 95:13
**players** 34:6,9
**playing** 95:24
**please** 21:14
49:1 81:9 87:5

MONTEGUT, III, JAMES

pleasure 93:9
plus 41:10
point 76:4 77:10
77:10 84:22
86:21 91:17
100:24 104:24
108:18 112:21
121:13 135:11
135:15,19
pointed 62:5
pointing 123:6
points 140:5
poles 18:13,17
policy 45:19
53:10 128:15
poor 73:24
pops 96:13
portion 78:11
140:16
portions 37:17
position 12:12
12:13 13:16,18
14:11 31:9
116:8
possible 8:20
62:10
possibly 122:16
135:17 140:13
post 57:17
potential 47:21
75:11 77:2
139:19
po-tah-to 134:19
Po-tay-to 134:19
practical 72:23
practice 75:24
precluded 134:4
precursor 35:6
predates 109:16
preference
108:16
preliminary
54:23
preparation
35:24
prepare 83:22

prepared 59:15
121:2,6 142:7
preparing 69:22
69:23
presence 48:13
48:15
present 3:1,7
87:10 139:3
presented 94:6
121:11 127:6
128:12
presenting
121:12
preservative
18:16,16
pretty 13:23
43:7 143:15
prevent 131:13
prevented
134:25
previous 18:25
21:15 30:17
81:5,8
previously 147:5
pre-remediation
139:22
price 15:7 20:22
22:6,15 23:17
priced 15:5
primarily 14:25
16:5 17:11
19:8 36:21
46:11 69:22
86:18
primary 30:21
44:5 70:20
prime 19:7
53:12
principles 83:3
prior 12:4,7
40:15 54:24
57:8,19 121:18
priority 46:16
46:17
privileged 31:24
94:10

privy 105:2,3,4
probably 15:2
15:18 24:4,7
25:8 26:6
28:20 31:15
32:5,6 38:4
42:4 46:17
59:18 65:19
69:10,11 71:15
74:3 84:2
85:12,13 86:14
107:3 128:7
139:19 143:20
problem 43:18
53:15 70:24
73:22 74:5
77:3 89:5
100:14 117:19
117:22,25
118:1,1
problems 94:1
procedure 5:6
7:10 8:5 86:1
132:13,16,19
proceed 131:6
process 23:21
25:12 31:10
71:12 72:17
73:3 74:16
106:15 127:19
128:2
processed
127:23
processes 20:15
processing 127:4
128:13 130:8,9
Proctor 73:4,6,9
73:10
Proctors 73:11
73:12
produce 79:16
produced 38:11
42:8 79:6 80:3
93:8 98:23
110:19,22
111:24,25

114:9 118:23
production
106:24 110:25
professional
79:13,21,24
80:10,18 81:17
95:12 96:1
108:12
profit 41:10
program 12:21
63:1 94:13
programming
12:17 14:10
programs 12:18
13:11 14:8
progress 9:24
15:9
progressed 55:1
project 6:16
17:4,13 18:1,2
18:20,23 19:18
20:4 22:9 23:1
23:7 24:15
25:3,12,21
26:12,13,21
27:2,6,11 28:4
28:5,24,25
29:21 30:17
31:6,9,14,22
31:22 32:2
34:5,10 35:2,3
36:4 37:12,16
37:22 38:2,14
40:10,11 42:17
44:5 45:14
46:23 47:3,19
48:15 49:4,16
50:4,9 52:14
52:18 54:12
55:1,10,15,17
55:18,19 56:11
57:2 61:4 66:1
68:1,10,13
79:15 80:22
81:11 82:4,6
82:15 86:10

88:2,16 94:6
94:12 95:1
97:23,24,25
98:1,5,5,12,13
101:4,16,23
102:2,7,20,22
108:5,21 110:1
110:3,12 111:4
111:10 114:3
114:19,20
115:3,19
118:22 122:13
123:16,25
124:4,12,13,19
125:1,3 126:14
127:23 129:5
129:10,15
130:20 131:1,4
131:9,13,22
132:5,15 133:7
133:15 134:4,6
134:9,21
135:14,19
136:20 138:2
138:17,18
140:8 141:2,6
144:18 146:13
146:16
projects 17:8,9
26:25 31:20
32:12 53:8
86:8
prompt 128:16
proof 22:24
proper 81:13
properly 74:10
properties 76:22
76:23
property's 129:6
propose 129:13
proposed 40:14
protect 30:5
protection 30:4
proves 73:4
provide 22:23
provided 23:23

MONTEGUT, III, JAMES

124:20
**PSLC** 6:8
**public** 87:5,8
**pukes** 99:3
**pulled** 56:6
**pumps** 75:4
**punishment**
128:10
**purposes** 5:5
**pursuant** 5:7 8:4
19:17,21 20:12
146:24
**pushed** 96:7
**pushing** 76:5
**put** 9:4 18:12
30:6 34:21
35:22 58:2,8,9
64:12,19 67:3
75:16,24 76:3
76:12,15 89:23
89:23 105:9
**putting** 114:14
**P.O** 2:14

**Q**
**QA** 69:17
**QA/QC** 69:20
**QC** 69:12,13,17
69:18 143:1
**QC-QA** 143:7
**qualifications**
11:18,23
**qualifies** 11:5
**qualify** 11:7,9
**quality** 42:20
69:14 130:15
142:13,13,16
142:20,21
143:1,3
**quantities** 15:2
**quantity** 69:7
**question** 5:12
7:12 8:10
21:13,15,18
22:12 24:19
25:7 31:25
32:16 34:11

36:3 39:1,10
39:24 44:25
45:3,21 48:8
54:10,12 56:18
56:21 59:22,25
61:19,24 62:7
64:11 67:20
72:9 79:18
81:9 82:1
83:14,19,21
85:24 87:23
91:17 94:20,22
94:24 95:1
96:12 102:19
103:8 108:2
113:23 114:1,5
114:11,12,19
114:23 122:22
122:24 123:1,3
123:6,11
125:21 126:19
132:12 133:6
137:14,24
141:1,19
**questionable**
121:24 128:5
**questioned**
127:9
**questioning** 72:7
**questions** 6:19
7:11 21:9 22:8
44:20 100:1
110:24 111:14
111:16 112:3
112:18 114:10
131:20 137:8
137:10,18
142:3 146:3,8
146:21 147:4
147:13
**quick** 8:20
**quickly** 13:23
39:12 59:13
62:10
**quite** 73:25
**quitting** 56:3

**quotes** 100:6

**R**
**radioactive** 19:1
**railroad** 86:22
**Rain** 74:7
**raised** 9:9,12
**ran** 26:9 131:18
**ranking** 122:6
**rate** 86:9,10
104:12
**raw** 129:11
130:5,9,11
**reached** 77:21
77:23
**read** 8:12 10:13
21:16 37:23
59:11 93:21,22
94:14 100:11
100:13 109:13
109:16 113:24
126:6,10
128:23 129:8
145:24 147:19
**reading** 5:8
62:15 113:6,8
113:19
**ready** 26:21
**real** 59:13 90:11
129:19 138:10
**realized** 102:20
102:22
**really** 8:14 12:11
40:25 41:1
54:8 56:13
60:24 62:18
66:11 85:2,5
104:22 116:6
116:14 117:17
125:24 140:12
**realtime** 131:11
**reams** 93:8
**reason** 6:13 8:16
78:25 79:9,18
84:8 97:13
123:14 140:9
**reassign** 99:3

**recall** 16:1 26:18
26:25 37:24
40:19 41:14
43:1 48:12
49:8,17,23
55:5,6,21,24
56:16,24 58:5
60:5,7,20,22
63:7,10,13,17
66:11,16,17
68:7 71:14
75:14 89:13,19
92:8 101:14,21
103:15,24
105:14 106:19
107:12 132:17
132:20 133:3
135:13
**recast** 129:6,12
**receipt** 127:7
**receipts** 23:22
**receive** 10:20
35:11
**recess** 72:3
141:25 146:5
**recognize** 127:8
127:10
**recollect** 34:24
**recollection** 34:3
36:16 40:13
47:23 48:18
49:7 104:5
**recommendati...**
133:24
**record** 9:5 90:23
93:22 100:21
100:25 111:22
113:21 120:18
123:23 136:24
146:10
**records** 22:24
**rectangle** 65:2
**rectangular**
64:22
**rectify** 83:20
**reduced** 132:2

**refer** 23:16
26:12 39:17
48:20 81:7
97:25 118:15
**reference** 18:24
126:16
**referenced**
58:15
**referred** 10:9
12:25 43:16
60:18 74:22
81:4 126:24
**referring** 38:13
38:23 39:17,19
42:11 54:3
58:1 59:23
60:9 94:2
96:14 111:6
135:17
**reflect** 120:18
123:23
**regard** 28:6
**regarding** 20:19
22:9 29:13
47:5,21 64:6
65:22 71:4
98:19 118:17
140:17
**regardless** 75:13
75:15
**regards** 21:19
107:25 133:9
**region** 15:25
16:6
**regularly** 54:14
54:15
**reimbursable**
22:22 73:21
**reimbursed**
144:17
**reimbursement**
144:15
**related** 17:12
43:17 102:7
139:16 149:14
**relates** 126:13

MONTEGUT, III, JAMES

128:24
**relation** 57:21
 141:1
**relations** 87:8
**relationship**
 46:13 87:20
 123:16
**relative** 85:19
 86:10
**relied** 40:16 80:4
 122:5
**reluctant** 104:25
**remain** 15:16
**remark** 37:1
**remediate** 27:22
 35:21,24
**remediated**
 35:13,16 77:7
**remediating**
 75:12
**remediation**
 6:17 18:4
 27:10 28:3
 35:17 36:1,5,6
 77:11,12 135:8
 135:10
**remember** 19:11
 19:25 21:13
 42:1,22 44:7
 57:12 60:13
 67:9,19 80:6,8
 92:18 107:9,14
 107:18,20
 107:24 127:12
**remind** 44:9
**removal** 55:4
 58:16 59:17
 61:20 90:6,12
 92:18 118:20
**removals** 89:16
 89:19,21
**remove** 36:12
 55:20 56:9
 61:3 64:25
 65:15 86:20
 87:14

**removed** 37:11
 37:13 55:7
 67:2 71:6
 74:18 75:2
 76:19 77:1
 86:24 139:19
 144:11
**removing** 36:22
 36:25 55:11
 57:1 61:10,18
 89:7 90:22
**repeat** 8:10
 21:14 49:1
 81:9
**reperform**
 130:13
**rephrase** 8:11
**replace** 29:21
 106:2
**replaced** 106:18
 106:18 107:10
 107:15,21,22
**replacement**
 29:6 108:8
**report** 29:6,11
 29:18 30:8,9
 43:2,10 69:13
 69:16,17 70:16
 100:12 109:1
 110:1,4 111:5
 114:14 120:12
 122:14 123:25
 124:5,12,14,19
 125:4,5,10
 139:1 140:9,23
 140:25 142:14
 142:21,21
 143:1,4 145:11
 145:17,21
 146:13
**reported** 1:23
 42:21
**reporter** 1:25
 5:23 7:14,20
 8:12 149:3,25
**REPORTER'S**

149:1
**reporting** 20:18
 21:19 22:14
**reports** 23:22
 30:3 69:7,21
 70:10,12,14
 125:1 142:7
 143:8
**represent** 40:1
**representative**
 74:1 105:5
**representatives**
 42:20 69:14
**representing** 2:2
 2:9,19 130:3
**requested** 81:23
**requests** 21:25
 22:18
**require** 17:13
 120:24
**required** 62:22
 84:17
**requirements**
 20:18 83:2,2
**requires** 90:10
 136:19
**reserved** 5:13
**reserving** 146:24
 147:12
**residences** 27:19
**resolve** 28:17
 117:22
**resolving** 29:2
**respects** 86:25
 86:25
**respond** 130:4
**responded** 93:25
**response** 7:18
 121:23 131:8
**responsibilities**
 13:6 14:2
 30:14 42:16,18
 53:25 82:20
 102:21
**responsibility**
 29:1 30:18

**responsible** 19:9
 116:16
**responsiveness**
 5:12
**restoration**
 19:18
**rests** 76:2
**resubmit** 83:21
**result** 149:16
**results** 53:16,19
**retire** 145:8
**retired** 11:20
**retirement**
 13:17
**return** 87:7
**review** 24:11
 28:12 37:21
 38:1 40:9,14
 42:7 50:10
 53:17,18 70:1
 70:2,11 83:16
 84:13 117:12
 118:9 120:1,24
 122:11 143:24
 145:11
**reviewed** 23:9
 38:4 68:14
 69:20,24
 118:24 119:22
**reviewing** 7:23
 21:23 23:12
 24:1 114:8
 143:7
**Revised** 58:17
**ribbon** 37:5
**Richard** 93:16
 93:17 138:22
 138:25,25
**rid** 89:24
**rig** 104:21 106:7
 106:9,22
 107:16
**right** 19:19
 21:20 22:2
 24:22 26:23
 33:2 40:7

41:24,25 44:12
 46:7 50:7 64:5
 65:6 68:18
 72:15 84:15,18
 89:22,24 90:19
 92:11 95:22
 108:22 109:15
 111:17 121:10
 121:14 124:16
 142:18 143:14
 146:24 147:12
**risk** 134:1
**River** 17:15
 67:12
**Road** 76:22
 140:21
**Robinson** 1:7
 147:3
**rocket** 89:22
**role** 17:2,18,23
 17:23 25:9
 28:9 31:21
 32:11 42:7
**roles** 16:15
**rolling** 143:16
**rollover** 12:12
**Rouge** 1:12
**ROUGEAU** 3:3
**roughly** 13:21
 15:19 26:9
**routine** 143:11
**RPR** 1:24 5:22
 149:2,24
**Rules** 5:6 8:5
**run** 24:2,22,24
 25:4 63:1
 104:20
**running** 76:20
**RYCKMAN**
 3:12

_____
       **S**
_____
**s** 3:11 5:1 40:4
 59:14 69:17
 70:6,9 74:1
 84:13 85:19
 87:11 89:20

99:21 100:14
100:16 101:22
111:19 129:14
130:18 131:1,4
**sad** 96:9
**safety** 46:15
105:12
**sake** 104:1
**sample** 104:22
**sampling** 52:20
**sand** 66:8,16,17
67:4,12,12,15
67:24 68:4,8
75:15,21 76:1
76:8,9 77:6
142:5,19 143:4
143:12,13,22
**sat** 34:20
**satisfactory**
127:21
**satisfied** 83:17
**Saucer** 78:6,8,23
**save** 5:8,11
**saw** 45:23
116:13
**saying** 24:9,20
34:15 38:10
49:11 82:18
88:8 93:25
111:2
**says** 10:13 32:23
77:23 93:23
99:19 100:12
109:2,25
122:16,18
129:11 131:8
131:10 132:9
133:8,11,25
134:6,24 140:3
141:15
**scaled** 82:15
**scenario** 126:24
144:14
**scheduled** 70:4
**school** 9:15
**science** 10:1,14

10:21 89:22
**scoop** 90:15 91:3
**scooping** 90:14
91:1
**scope** 35:3 36:10
38:2,4,8,10,13
38:22 39:17
41:1 55:14
64:22 101:13
103:22
**Scott** 2:4 3:10
6:7 113:6
130:3
**scrape** 35:22
**scratch** 130:7,12
**scratched**
131:10
**se** 27:18 84:1
87:11
**second** 31:22
40:3 100:5,17
131:8 138:23
140:3
**section** 15:1,14
100:8,9 130:24
**see** 39:9 56:5
99:18 100:3
122:24 123:1
126:11 128:7
**seeing** 118:3
**seen** 36:18 56:6
69:6 125:23
126:18 137:4
146:12
**seepage** 47:11
52:7 72:11
74:18 75:11,11
77:3 139:18,20
**self-perform**
92:2
**self-performed**
89:18
**seminars** 16:10
**send** 83:19 84:11
122:10
**senior** 95:4

**sense** 49:15 85:1
93:19
**sent** 66:18
**sentence** 69:1
110:7 122:18
**sentences** 71:17
**separate** 71:15
**September**
146:14
**serves** 26:23
**service** 117:11
**set** 76:8 130:14
134:6,9,16
149:7
**setting** 36:20
41:3 48:3
**settle** 74:9
**setup** 85:5
134:20
**seven** 45:25
60:12
**sewer** 55:5,6
56:5 76:14,25
91:6 92:4
**shakes** 7:19
139:8
**shallow** 90:20,25
139:3
**shared** 43:3
**sheds** 89:8
**sheet** 23:6 30:5
68:19 77:16
79:1,3,6,17
91:14 140:21
**Ship** 20:2,12
23:18,19 25:21
26:7 27:1
28:10
**shoots** 84:9
**short** 106:17
**shorthand** 149:9
**shortly** 107:11
**shot** 94:8 96:10
96:11
**show** 37:4 58:14
58:19,20 61:12

93:5 98:22
99:7 109:15,24
122:20 131:7
132:9 137:17
138:23 140:2
**showed** 79:5
137:25 139:22
140:19
**showing** 21:22
**shows** 73:5
**shut** 131:17
**side** 73:14
140:20
**sign** 147:19
**signed** 84:4,24
84:25,25 94:11
127:23 148:11
148:13,15
**significant** 22:16
41:13 56:15
135:8,9
**signing** 5:9
**similar** 14:6
27:13 28:9
30:16 35:4
**simple** 73:25
74:13
**simultaneously**
31:20
**sing** 32:8
**singer** 32:7
**sir** 42:13 47:13
47:16 50:1
55:8 73:17
78:13 110:5
**sit** 136:9,12
**site** 18:24 19:3
20:2,7,7 24:5
26:20,22 27:12
27:18 35:8,13
35:24 36:13
37:1 41:17,19
43:3 44:2
45:23 48:1
50:6 54:3,13
54:25 56:10

57:7 61:6
65:20,20 66:13
66:14,18,21
73:18 74:13,19
75:13 77:13
78:6,8,14,16
78:23 87:15
95:4 99:4
101:17 105:10
107:4,5 114:7
118:18 129:14
130:18 135:18
142:19 143:5
143:13 144:13
**sites** 27:23 37:3
78:10
**sitting** 95:17
**situation** 128:19
129:1
**situations** 80:12
**six** 78:9
**size** 45:24
**slab** 36:22 74:19
89:16,18,21
**slabs** 36:23,25
**Slidell** 18:1
**slow** 131:25
**small** 103:21
**soil** 11:13 18:4
50:10,13 52:19
52:21 57:20
103:15 108:6
**soils** 50:19,20
51:5,7,14,15
51:24 54:11
64:24 67:4
90:6,12,15
91:1 107:23
108:19
**solid** 64:25
**solution** 70:25
76:7
**solutions** 44:20
**solve** 39:7 53:15
**somebody** 32:1
58:8,9 62:25

MONTEGUT, III, JAMES

8/8/2008

Page 168

130:8
**somebody's**
107:2
**somewhat** 14:6
61:24 96:9
105:12 108:2
**sorry** 22:20 26:2
33:22 41:25
98:24 101:25
107:19 109:3
127:18 139:11
**sort** 70:10 74:21
**sought** 5:15 38:1
**sound** 33:16
44:12 58:12
**Sounds** 7:16
8:22
**source** 75:11
**south** 78:5
**southern** 20:2,12
23:18,19 25:21
26:7 27:1
28:10 78:22
**speak** 102:10
128:13
**speaking** 115:20
**special** 91:2
**specialized** 90:8
91:7,9
**specialty** 10:4
**specific** 41:6
59:25 61:8
71:2 85:19
**specifically** 5:10
**specification**
71:12,13,15
**specifications**
63:19 64:5,8
65:22 66:5
68:1 71:4
**speculate** 88:9
**speculation**
50:23 88:5
95:8 96:20,22
97:18,20
116:24 119:9

119:14 123:19
125:22 127:3
129:18 133:1
136:2
**speed** 37:23
**spelled** 100:20
**spend** 73:8
**spending** 30:22
31:3
**spent** 24:6,6
**spit** 63:2
**spite** 135:10
**spot** 76:5
**stack** 23:2 42:11
68:16,19 85:14
127:25
**staff** 98:20 109:5
114:15 120:24
135:11,15
**Staggs** 44:4
**stamp** 112:1
**stamped** 58:7
79:13,20,24
80:5,9,13,15
81:24
**stamps** 81:13
**standard** 86:1
**standards** 84:16
84:19
**standpoint**
105:13 116:10
116:11,11
**stapled** 69:18
**start** 31:17
123:10 130:12
**started** 12:4,14
32:5 41:19
42:6 130:7
131:25
**starting** 56:3
**starts** 100:13
**state** 5:23 75:1
129:14 149:3
**stated** 35:4
**statement** 71:8
109:2 133:24

135:6,7
**STATES** 1:1 2:9
2:10
**statics** 11:14
**station** 2:15 55:5
55:6,20 56:5,9
58:16 59:17
61:20 71:3
74:22,23 75:3
75:23 91:7
92:5 118:19
120:7
**stay** 13:15,20
17:17 50:3
**stayed** 16:17
**steps** 28:16
84:12
**stick** 128:10
**STIPULATED**
5:2
**stipulation** 6:4
**stood** 19:11
**stop** 49:19 73:1
110:9
**stopped** 146:15
**story** 61:2
106:17
**strata** 16:11
**strategies** 134:5
**stratification**
57:21
**stratigraphies**
50:10 52:19
**stratigraphy**
50:19 51:5,15
**Street** 2:5 28:3
31:15 33:7
87:2
**strictly** 34:20
**structurally**
58:12
**structure** 37:7
55:12 57:1
60:19,21 61:10
63:25 64:14,15
64:20,24,25

65:2 66:22
68:6 71:5
75:18 76:4
91:6 92:9
**structures** 36:12
36:13,14 37:10
37:13 89:8
90:7 139:3,14
139:18
**student** 12:8,12
12:15,21
**studies** 53:2
57:21
**study** 50:19
52:25 57:22
**stuff** 39:13 113:7
**stumbled** 89:3
**style** 36:19
**sub** 19:7 102:18
106:6,9,20
**subbed** 89:14
92:3 93:3
**subcontract**
117:8
**subcontracted**
92:7 101:6
**subcontracting**
100:14
**subcontractor**
53:11,13 58:4
59:14 102:4
116:9,14
117:12 121:3,7
121:12
**subcontractors**
53:9 103:10
105:6 114:17
114:23 115:5
115:17,19,24
116:6 118:8
129:1,2 136:15
**subcontractor's**
109:7 116:20
**subcontracts**
134:2
**submission** 23:4

23:9 84:14
**submit** 59:15
80:12 83:13
144:3
**submitted** 69:13
70:3,5 111:11
**submitting**
128:17
**subs** 57:25
102:25
**Subsection**
109:3
**subsequent** 61:5
128:4,22
**subsided** 74:11
**subsidence** 52:7
**subsoil** 16:11
57:1
**substantial**
126:22
**substantially**
75:10
**substantiate**
23:10
**substantiation**
22:24
**subsurface**
37:10,13 55:11
60:21 71:5
90:6,13 138:12
138:19 139:14
139:15
**sufficient** 11:8
11:18,22 109:5
114:15 129:13
134:3
**suit** 6:9
**summarization**
16:3
**summarize**
68:23
**sunken** 86:22
**Superfund** 19:3
27:12 28:5
**superior** 133:10
**supervise** 49:15

MONTEGUT, III, JAMES

| | | | | |
|---|---|---|---|---|
| **supervising** 114:22 | **take** 8:15 10:16 24:15 28:17 | **technical** 13:1 28:22,23 29:1 | **terminology** 126:8 | 62:25 69:7,24 72:19 73:1 |
| **supervision** 53:7 149:10 | 45:9 48:2 49:9 64:20 73:11 | 86:4 88:18 90:10 91:2,9 | **termites** 18:13 **terms** 138:13 | 75:6,10 77:2 80:1,11 81:23 |
| **supervisor** 43:11 43:15,20 | 82:12 96:1 104:4,10 | 91:12 109:8 114:18 115:6 | **testified** 6:5 112:16 | 83:25 84:1,7,8 85:4 86:13,15 |
| **supervisors** 31:13 | 120:21 122:1 127:18 128:1 | 115:18,24 116:11,21,25 | **testify** 9:4 149:6 149:7 | 87:19 88:10,21 89:20 91:22 |
| **support** 76:11 76:17 | 147:8 **taken** 5:5 7:22 | 117:7 118:17 120:23,24 | **testimony** 48:11 148:4,6 | 92:25 98:25 102:14 103:5 |
| **supported** 76:2 | 11:5,8 47:25 48:1 80:8 | 121:9 125:4,10 133:9 | **testing** 71:20 **testings** 108:6 | 110:10 111:9 111:22 112:5 |
| **supporting** 36:24 68:24 | 85:20 97:4 132:7 140:4 | **technically** 43:15 | **Tezcuco** 6:2 **Thank** 40:7 | 112:16 120:2 123:24 125:23 |
| **sure** 21:2 28:13 46:3 53:24 | 148:25 149:8 **takes** 105:20 | **technician** 12:25 **telephone** 18:13 | 77:15 113:4 123:6 | 128:7,18 130:5 133:5 139:16 |
| 66:4 72:18,18 80:18,19 82:12 | **talk** 32:10 67:22 71:24 72:2 | 18:17 **tell** 8:3,6 39:7,20 | **thanks** 94:7,9 **thereof** 5:14 | **thinking** 31:24 43:8 82:7,7 |
| 82:21 84:16 90:3,11 113:16 | 90:20,25 113:2 **talked** 21:2 | 49:20 57:5 87:21 88:17 | **thing** 8:23 33:17 34:22 40:3 | 102:6 **thinks** 110:11 |
| 113:20 123:9 129:19,20 | **talking** 41:18 43:25 47:11 | 124:23 129:25 **telling** 38:11 | 43:9 46:9 48:1 56:4 57:2 60:2 | **third** 7:1 9:1 **thirty** 11:21 |
| 138:10 **Surekote** 76:21 | 65:4,7 73:3 74:19 76:18 | 39:18 114:10 137:8 | 65:12 70:10 75:9 90:15 | **Thirty-five** 72:23 |
| 140:20 **surround** 64:24 | 90:17,19 100:3 104:6 126:21 | **tells** 9:3 21:7 **temporary** 30:1 | 92:21 103:1 108:14 111:8 | **Thirty-three** 47:7 |
| **survey** 15:11 53:1 | 139:18 **talks** 99:1 | **ten** 45:24 55:4 104:7,9 143:18 | 125:3 131:18 **things** 7:6 11:13 | **thought** 11:22 44:15 56:15 |
| **surveying** 80:10 **surveyor** 79:13 | 109:16 **tallied** 69:11 | **tend** 72:22 76:6 **Tendering** 61:15 | 12:23 13:4 14:22 16:11 | 72:17 73:3 74:15 88:1,10 |
| 79:22,25 **surveyors** 15:10 | **tank** 86:22 87:14 **tanks** 76:12,13 | 109:24 120:9 122:21 136:23 | 20:19 21:4 25:2 27:25 | 88:13,13 93:24 94:4 112:9 |
| 80:19 **surveys** 52:17 | **Tar** 101:23 133:11,14 | 140:25 **Tennessee** 84:8 | 38:6 42:1 45:9 46:7 52:7,21 | **thousand** 10:12 **three** 7:1 17:21 |
| 80:7,7,8 **switched** 14:4 | **task** 6:16 19:17 19:21 26:13 | 84:9 **TERC** 19:17,22 | 53:23 62:9 69:6 72:22 | 41:7,7 45:25 73:11,19 91:21 |
| 16:14,17,18 **switching** 13:8 | 27:3 30:13 33:21 39:14 | 19:24 20:8,10 20:12,15,20 | 73:7,13 82:11 83:19 101:11 | 95:21 103:24 104:23 128:1 |
| 14:16 **sworn** 6:4 8:5 | 63:6 108:3 **tasks** 60:6 96:17 | 22:4,22 23:18 28:8 33:23 | 114:8 132:11 132:24 138:15 | 128:14 **three-foot** 97:5 |
| 149:6 **systems** 12:17 | 97:1 101:6 **taught** 72:24 | 40:25 41:2 83:3 136:19,19 | 142:6 **think** 11:21 14:9 | **throttled** 132:2 **timber** 18:15 |
| | **taxpayers** 31:1 73:8 | **term** 35:10 49:15 68:21 | 19:7,10 25:8 26:2 30:8 32:4 | **time** 5:13 8:9 9:22 10:3,7,9 |
| **T** | **team** 43:16 50:9 57:3 145:4 | 72:12 123:15 129:6 | 34:17 40:24,25 57:17 60:22 | 13:9,13 14:15 15:21 16:3,8 |
| **T** 4:1 5:1,1 **table** 45:25 100:7 **tack** 91:23 | | | | |

MONTEGUT, III, JAMES

8/8/2008

Page 170

16:13 17:15
19:8 20:14
22:10 23:6,20
25:22 26:11,16
27:2,7,8 31:15
42:9 46:25
48:14 50:5
54:8 56:3,3
58:5 67:14
70:7 72:25
73:14,16 74:6
74:16 82:3,8
82:15,16 97:7
98:12 104:18
105:14 106:3
112:13 116:10
122:7,15 127:9
133:22 139:3
144:18 147:9
**times** 6:24 21:3
24:10 26:3
54:15 135:13
**tin** 36:16
**tip** 79:6,17
**tips** 79:1,4
**title** 11:10 13:12
30:18 86:5
146:13
**today** 6:13 7:22
9:4 70:7
136:10,12
146:12
**told** 137:21
**top** 89:5
**torch** 92:22
**TORTS** 2:11
**total** 19:17
**tougher** 94:1
**toxic** 19:1
**track** 69:11
131:12
**trailer** 43:3,4
143:14
**trailers** 143:14
**transcribed**
149:10

**transcript** 5:9
**transcription**
148:5 149:11
**transfer** 84:2
**transferred**
14:13,21 59:19
**transmittal**
68:22,23,25
**transmitted**
59:19 146:18
**transparency**
131:1
**traveling** 47:12
**TREEBY** 3:5
38:19,24 39:22
44:23 48:6
80:25 81:6,14
81:19 108:9
109:20 111:15
113:5 118:10
119:19 120:10
122:23 123:8
123:17 125:18
126:15 130:1
133:17 134:10
136:25 146:22
**trenches** 77:4,6
**tried** 46:5 70:6
105:16 128:11
**trip** 107:6
**truck** 89:24
143:16
**trucks** 46:1
**true** 95:25
109:10 148:7
149:10
**truth** 8:6 149:6
**try** 8:18 95:23
95:23
**trying** 22:3
39:11 40:6
45:24 57:13
62:9 65:9
95:25 109:19
113:16 126:7
137:18

**Tulsa** 20:9,10
33:24 34:3,18
85:8,18,23
135:1
**turn** 32:10 33:25
34:1 59:18
69:15 84:5
**turned** 128:20
**twelve** 27:9
**twelve-inch**
85:14
**twenty** 104:7,9
**two** 7:1 16:21
19:13 30:3
31:20 45:5
69:1 73:11,13
73:19 104:23
128:1,14 131:2
**type** 11:14 12:19
13:1 17:9,16
20:22 27:13
28:5,20 33:16
34:22 36:16,20
37:6 43:9
44:18 45:17
47:24,25 52:25
54:6,19 57:2
60:2 62:22,23
64:12 69:23
72:11,11 76:16
85:5 103:1
105:20 107:5
108:3,21
128:25 131:18
142:6 144:14
**typed** 130:25
133:25
**types** 14:22 21:9
142:6
**typewritten**
113:11
**typical** 15:3
75:23 105:17
**typically** 11:15
15:5 17:9
26:20 36:17

76:1 83:18
85:25 106:24

_____
**U**

**U** 5:1
**Uh-huh** 50:1
58:18 92:24
93:21 117:9
118:21 121:4
140:7
**ultimately** 34:6
38:16 39:15
61:17
**um** 13:1 14:24
17:11 23:1
24:4,8 27:9
28:18,23 30:17
30:18 32:4
36:15 37:18,24
41:17,21 46:11
53:10,15 55:21
57:25 59:13
62:18,20 63:3
64:14,16 69:10
69:14 70:10
71:7,10 72:9
75:22 76:24
77:1 80:6 83:1
84:24 85:1
86:14,22,25,25
91:11,18 92:17
96:5 102:16
103:17 104:2
104:25 106:21
107:25 127:15
127:24 128:14
128:25 129:20
**unaware** 102:18
**unclear** 7:25
**underground**
47:12,14 76:12
**underseepage**
47:5,10,22
48:16 72:13,14
**understand** 6:15
7:10,14 8:1,2,7
8:9 11:24

21:18,24 22:7
24:19 25:6
29:7,25 32:16
37:21 38:9
47:9 50:11,20
51:5,14 52:3
69:21 84:12
93:6 94:5
99:18 100:3
109:22 110:15
110:21 111:2,3
112:25 114:6
123:15 132:11
134:8 136:7
**understanding**
20:17 22:4
24:14 25:11
30:14 35:2
37:12 52:5
54:21 55:2
56:19 58:20,21
61:15 67:15
79:11 80:21
82:23 100:11
112:12,13
126:7 149:12
**understood** 61:7
**undertaken**
145:10
**undertook** 14:3
**unfair** 137:16
**Unh-unh** 78:19
**uniformly** 76:10
**unique** 32:11
**unit** 15:4
**UNITED** 1:1 2:9
2:10
**University** 9:21
9:23
**UNO** 9:23 10:7,9
**unsafe** 62:19,19
62:20
**update** 54:7
**upside-down**
97:25 98:5
99:19,23,24

MONTEGUT, III, JAMES

8/8/2008

Page 171

100:6 122:17
123:15,21
126:8,13,24
134:7,9,16,17
**upstairs** 16:19
**USACE** 140:23
**use** 35:14 45:13
49:15 56:20
83:24 122:17
123:15 128:10
**usually** 15:4
21:8
**utility** 76:14,18
76:19,24
**utilize** 67:16
**utilized** 21:6
58:22 61:17
66:18 68:5,8,9
**utilizing** 103:21
136:14
**U.S** 2:19 146:18

_____
**V**
**vague** 20:24
24:17 32:14
39:4 48:25
63:21 67:8,18
81:1,15,20
108:10 114:25
115:12 138:6
**vagueness** 62:6
**valid** 130:14
**value** 31:2
**valves** 75:5
**various** 17:7
36:14 97:1
**varying** 87:6
104:8
**venture** 19:12
**verbal** 7:18
**vernacular** 22:7
**version** 132:10
**vessel** 75:18
76:11
**vibrations** 74:8
**VIDEOGRAP...**
3:14

**view** 108:18
**viewpoint**
121:10
**virtual** 23:2
**visit** 54:4
**volition** 145:11
**Volume** 140:24
**voluminous**
23:22

_____
**W**
**waiting** 77:3
106:15
**waived** 5:10
**walers** 91:23
**walk** 34:14
**walked** 144:22
**walls** 47:6
**want** 8:15 18:21
26:2 59:7
71:24 74:17
75:6 77:8 84:7
88:9,10 90:25
92:25 94:23
105:3 113:1
116:12 123:9
130:4 132:23
136:9,22
137:20
**wanted** 46:12,18
72:5 102:17
106:5,8 147:11
**Ward** 6:12 78:18
145:12
**Washington**
2:16 19:16
30:19,20 34:7
34:19 37:15
40:4 41:18
42:8 50:5
53:10,14,19
57:24 58:4,9
59:14,15,18
69:10,17 73:19
74:14 82:11
87:21,25 89:14
89:20 91:24

92:1,5,13,25
93:7,20 100:14
100:16 102:10
102:11,15
106:18 109:5,6
114:15,16,21
115:4,23 116:4
116:7 117:5,19
117:23,24,25
118:7 133:9
134:1,3 136:13
144:2 146:23
**wasn't** 10:7
27:18 31:23
35:9,9 56:2
57:9 58:10
59:1 73:19
77:12 82:1
83:15 87:10
92:10 105:2
113:15 114:6
116:6 117:21
121:12 134:20
135:4,20
141:15
**wasps** 107:6
**waste** 18:2 19:1
133:21
**watch** 95:18
**watching** 95:17
**water** 47:11 75:8
138:15
**waterlines** 76:24
**waterway** 17:16
**way** 22:17 25:18
33:13 35:16
60:4 72:25
74:21 80:1
95:14 96:6,8,8
116:3 117:18
127:4 131:12
143:13 149:15
**ways** 86:13,13
86:15 140:6
**wedding** 60:19
60:23 61:10

63:25 64:15
65:2 66:21
68:6 91:6 92:9
**week** 54:16 70:6
70:9
**weeks** 128:1,1
**welding** 91:15
91:23
**wells** 138:15,15
**went** 14:7 27:5
27:21 53:18
65:18 69:18
79:7 97:1
98:20 104:17
105:25 130:6
130:11
**weren't** 80:13
87:11 97:2
107:7 144:5
**west** 27:10,16
87:3
**we'll** 9:4 26:12
72:2 142:3
147:19
**we're** 6:13,18
9:3 13:23
22:10 38:9
60:9 104:6
147:12
**we've** 121:14
**WGI** 6:10 22:1,9
38:15 43:23,25
47:21 48:21
49:5 51:13,19
51:23 52:14,14
57:24 58:16,24
58:24 61:8,13
61:13 79:6,15
80:3,16 81:12
82:24 83:13,20
84:13 85:19
94:14 97:25
98:14,17,23,23
99:6,17,17
100:6 101:5,22
102:3,22 103:9

109:3 111:19
112:1 114:7,13
117:11 118:23
121:3,8,11
122:14 124:21
125:2 126:9
127:5 129:1
130:23 137:12
138:24 139:1
140:4 142:8,14
142:16 146:10
146:10,18
**WGI/MMG**
140:24
**whatnot** 77:6
**whatsoever**
101:24 102:1
**WILLIAM** 3:5
**willing** 82:2
**winter** 42:4
**witness** 5:4,25
6:3 44:8,14
109:21 110:11
111:9 120:19
125:17,19
126:17 147:13
148:1 149:5
**witnessed** 56:1
**wondered** 129:8
**wood** 18:15,16
**word** 35:14
53:21 56:20
62:24 83:2
100:13
**worded** 25:7
**words** 73:24
**work** 6:17 13:1,2
13:3 14:7 15:5
15:9,24 19:9
19:25 20:11
23:1 26:14
27:7 28:6,7
30:19,24 36:2
36:21 38:2,4,6
38:8,10,13,16
38:17,22 39:17

MONTEGUT, III, JAMES

40:4,11,14,17
41:2,5 45:20
46:19 52:13
54:18,19,23,23
54:23 55:23,24
55:5 56:2
57:23 60:3
61:14,17,22
62:17 71:1,12
74:2 82:21,25
83:5,10 86:2
86:19 87:7,15
93:1 94:10
103:21 105:21
106:20 114:7
131:13,15,22
132:1 135:1
136:15,15
**workday** 33:13
**worked** 14:25
15:13,14 23:7
28:3 53:12
82:11 86:8,17
87:17 94:3
99:17
**worker** 105:17
**workforce** 10:24
**working** 12:8,15
12:24 31:17
37:16 45:14
46:19,25 87:4
87:11,13,21
93:24 95:4,6
103:19 107:1
**workload** 17:10
**works** 16:5
39:16 41:2
49:5,9,17
**worst** 75:16
**worth** 70:7,9
105:21
**wouldn't** 21:11
58:8,9 85:24
128:2 131:5
143:17,18
**write** 83:12

**writing** 13:10
14:8 111:3,5
**writings** 111:7
**written** 131:11
132:23 134:24
**wrong** 45:17
46:9
**wrote** 12:18
129:20,24

——————
**X**
——————
**X** 4:1,1

——————
**Y**
——————
**yard** 15:7
**yardage** 15:13
**yards** 41:8 95:20
95:22
**yeah** 12:24 13:14
13:22,25 16:12
19:2 23:15
24:4,9 26:1
33:10,16 42:14
42:18 43:3
44:13 47:14
50:8,24 53:4
55:13 57:11,18
60:7,25 61:5
63:3 65:10
66:6,16 67:23
68:11,18 72:6
72:14,22 77:19
78:11,21 85:22
88:6 89:10,13
91:11 93:4
97:4 98:10
99:22 101:3
108:22,22
118:4 129:8
133:16,19
142:11 144:2
144:21
**year** 9:17 10:20
12:7 26:18,23
104:12 105:15
145:9
**years** 10:12

11:21 13:25
15:19,20 17:21
25:23 47:7
60:12 72:23
73:19 75:7
97:9
**yesterday** 60:14
**y'all** 21:2 113:1

——————
**$**
——————
**$100** 144:16,17

——————
**#**
——————
**#75005** 1:25
149:25

——————
**0**
——————
**01** 26:24 41:22
41:22,25 42:2
42:5 57:9,18
60:12 73:15
**02** 57:11 73:16
**05-4182** 1:5
**057520** 130:23
**06-2268** 1:8

——————
**1**
——————
**1** 4:10 8:25 9:10
29:15 46:16
133:8 134:6
**1A** 46:17
**1.0** 109:2
**1.1** 109:3
**1.1.0** 100:9
**10** 59:5 79:2
**109** 4:14
**139** 4:15
**14** 128:17
**146** 4:6
**15** 49:10,18
**19** 58:15
**1940s** 36:18
**1970** 9:18
**1974** 10:22 11:25
13:19 14:16
**1982** 15:22
**1992** 15:19 16:4

16:14
**1995** 17:22
**1996** 17:22
**1997** 29:5 139:1
139:21 140:6
140:23
**1999** 18:22 26:3
27:1 29:18
39:8,14

——————
**2**
——————
**2** 4:11 59:10
60:8,10 120:14
120:19
**2nd** 93:23
**2000** 26:1,1,2
30:3,10 122:15
**2001** 27:4 30:12
33:4 47:19
58:15 61:15
122:16
**2001-2002** 67:14
**2002** 53:3 55:1
57:10
**20044** 2:16
**2005** 50:7 93:23
140:5 144:19
**2008** 1:13 148:25
**202-616-4289**
2:17
**25** 65:16 79:7,18
**26** 6:16 26:13
27:3 30:13
**262190** 94:14
**262218** 138:24

——————
**3**
——————
**3** 4:12 61:13
62:1 121:15
**30(b)(6)** 124:24
**32-acre** 107:4
**365** 104:2
**37607** 61:13
**37615** 61:14

——————
**4**
——————
**4** 4:13 93:10

98:10
**48621** 58:16,24
**48630** 58:24

——————
**5**
——————
**5** 4:14 10:22
109:11 126:2,4
126:25 140:24
146:9,14
**504-525-1335**
2:7
**504-862-2843**
2:24
**57505** 98:23
146:10
**57506** 100:6
**57516** 109:4
122:14
**57518** 126:9
**57522** 133:7
**57523** 98:24
133:23 137:13
146:11

——————
**6**
——————
**6** 4:5,15 139:6
140:1
**6.0** 133:7
**60** 4:11 95:20
**6190** 6:2
**62** 4:12

——————
**7**
——————
**7.1** 130:24
**70113** 2:6
**70118** 6:3
**70118-3651** 2:23
**70737** 6:2
**70809** 1:12
**7400** 2:22
**75** 65:18
**78** 15:19

——————
**8**
——————
**8** 77:24,25 79:1
140:21
**8th** 1:13 148:25

MONTEGUT, III, JAMES

8/8/2008

**855** 2:5
**8710** 1:11
**888** 2:14

---

**9**

**9** 4:10 140:24
**9/11** 41:24 42:2
   42:2,3
**92** 15:20
**93** 4:13
**97** 26:7,9
**99** 26:5,10