UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES  CIVIL ACTION
LITIGATION

VERSUS  NO: 05-4182

SECTION: SRD-JCW

**DOCUMENT REMOVED. SHOULD HAVE BEEN AN ATTACHMENT TO DOC. NO. 16208**

DESCRIPTION: Proposed Order

FILED BY: Plaintiffs Liaison Counsel

FILE DATE: 10/30/2008