MINUTE ENTRY
WILKINSON, M.J.
OCTOBER 30, 2008

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE<br>    Chehardy, 06-1672, 06-1673 & 06-1674<br>    Abadie, 06-5164 & 07-5112<br>    Imperial Trading, 07-1303<br>    Xavier, 07-1304<br>    Williams, 06-2919 | JUDGE DUVAL<br>MAG. WILKINSON |

Today I participated in a status conference with Judge Duval and counsel concerning formulation of a case management order for the referenced insurance cases which include class certification allegations.  By separate order, Judge Duval will impose the discussed dates, deadlines and procedures.

                                                                           JOSEPH C. WILKINSON, JR.
                                                                           UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

MJSTAR:  **0 : 45**