# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES | * CIVIL ACTION |
| | * |
| PERTAINS TO: INSURANCE | * NO. 05-4182 |
| DEROUEN (06-8293 c/w 06-8301) | * |
| | * SECTION "K" (2) |

## ORDER OF DISMISSAL

Considering the foregoing Motion for Voluntary Dismissal With Prejudice;

**IT IS ORDERED, ADJUDGED AND DECREED** that the claims of Plaintiffs, Joycelyn and Gordy DeRouen, appearing herein individually, against Defendant, Orkin, Inc., are hereby dismissed with prejudice, each party to bear their respective costs.

New Orleans, Louisiana, this 30th day of October, 2008.

_____
JUDGE