UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES           CIVIL ACTION
CONSOLIDATED LITIGATION                  NO. 05-4182

PERTAINS TO: *Mulkey* C.A. No. 07-2754 SECTION "K"(2)

## ORDER

Considering the forgoing, **IT IS ORDERED** that the order of dismissal be extended an additional 90 (ninety) days to facilitate completing the necessary formalities to settle this case.

New Orleans, Louisiana, this 30th day of October, 2008.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**