UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NUMBER: 05-4182 "K"(2) |
| | * | |
| | * | JUDGE DUVAL |
| PERTAINS TO: MRGO | * | |
| | * | MAG. WILKINSON |
| ************************************** | | |

## ORDER

Upon consideration of the Motion of the MRGO PSLC for leave to file excess pages, and good cause appearing:

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

New Orleans, Louisiana, this 31st day of October, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE

1