# EXHIBIT 13

June 2000
Rev. 1 December 2001

# RECAP SUBMITTAL REPORT – CRITERIA DOCUMENT INNER HARBOR NAVIGATION CANAL – EAST BANK INDUSTRIAL AREA NEW ORLEANS, LOUISIANA

*Prepared For*



**US Army Corps of Engineers®**

**New Orleans District**

Under Contract to
U.S. Army Corps of Engineers-Tulsa District
Total Environmental Restoration Contract
DACA56-94-D-0021     Task Order #0026

LDEQ #: AI 51469

*By:*



WGI047665

# APPROVAL PAGE

RECAP Submittal Report - Criteria Document
Inner Harbor Navigation Canal -
East Bank Industrial Area
New Orleans, Louisiana

Total Environmental Restoration Contract DACA56-94-D-0021
Task Order #0026

Approved By:

_____
Washington Group International, Inc.
Dennis O'Conner, Project Manager

_____
Materials Management Group, Inc.
Jim Blazek, Jr., Environmental Manager

_____   JUL 1 1 2001
USACE – NOD
Contracting Officer Representative

_____   7/11/01
USACE – NOD Technical Representative

_____
USACE – NOD Technical Representative

_____
Materials Management Group, Inc.
Jane Morgan, Ph.D., Regulatory Specialist

_____   7/11/2001
USACE – NOD Technical Representatives

_____
USACE – NOD Technical Representatives

WGI047666

RECAP SUBMITTAL REPORT - CRITERIA DOCUMENT  AI 51469
INNER HARBOR NAVIGATION CANAL - EAST BANK INDUSTRIAL AREA

## RECAP SUBMITTAL SUMMARY FORM

A completed RECAP Submittal Summary form shall be included as the first page of the RECAP Submittal.

| | |
|---|---|
| Facility Owner Name: | USACE New Orleans District, |
| | Attn: Jim Montegut |
| Facility Owner Mailing Address: | 2500 Surekote Road |
| | New Orleans, LA 70117-3935 |
| Facility Operator Name: | Washington Group International, Incorporated |
| Facility Operator Mailing Address: | 2500 Surekote Road |
| | New Orleans, LA 70117-3935 |
| Facility Physical Address: | 2500 Surekote Road |
| | New Orleans, LA 70117-3935 |
| Parish: | Orleans |
| Latitude/Longitude of Primary Facility Entrance: | 29°58'44.3905" 90°1'13.4297 |
| Latitude/Longitude Method: | DGPS of surveyed waypoints |
| Facility Contact Person: | Dennis O'Conner |
| Facility Contact Person's Phone Number: | (504)947-5900 |
| Facility Contact Person's Mailing Address: | 2500 Surekote Road |
| | New Orleans, LA 70117-3935 |
| Facility LDEQ Identification Numbers: | AI 51469 |
| Area of Investigation Name: | East Bank Industrial Area |
| Area of Investigation Location: | 2500 Surekote Road, New Orleans, LA 70117 |
| Area of Investigation Size: | Approximately 32 acres |
| Indicate How Release Occurred (if known): | Previous industrial activities.  Leaking USTs. |
| List Constituents Released (if known): | A list of constituents is given in the attached |
| | table 'Chemicals Detected at the EBIA and |

| | |
|---|---|
| **Washington Group International, Inc.** | **Page 2** |
| **(504) 947-5900** | **Revision Date – June 2001** |

WGI047667

**RECAP SUBMITTAL REPORT - CRITERIA DOCUMENT**                AI 51469
**INNER HARBOR NAVIGATION CANAL  - EAST BANK INDUSTRIAL AREA**

Those to be Carried Through this RECAP
Assessment as Constituents of Concern'.

RECAP Submittal Date: April 2001

RECAP Submittal Prepared by: Jane Morgan

RECAP Submittal Preparer's Employer: Materials Management Group, Incorporated

Site Ranking:  [ ] Class 1     [ ] Class 2     [x] Class 3     [ ] Class 4

Media Impacted:

| | | |
|---|---|---|
| [x] Surface Soil | [ ] Groundwater 1A | [ ] Surface water |
| [x] Potential Surface Soil | [ ] Groundwater 1B | [x] Sediment |
| [x] Subsurface Soil | [ ] Groundwater 2A | [ ] Biota |
| | [ ] Groundwater 2B | |
| | [ ] Groundwater 2C | |
| | [ ] Groundwater 3A | |
| | [ ] Groundwater 3B | |
| | [x] Groundwater Classification Unknown | |

Aquifer: _____Gramercy ("200-foot"sand)_____

Depth Groundwater First Encountered: _____Not Determined_____

Fractional Organic Carbon Content: _____Not Determined _____

Distance from POC to POE: _____N/A____ Dilution Factor Applied: _20 (vertical dilution)_

NAPL Present?  [ ] Yes  [ ] No      See Note 5.

Current Land Use:      [ ] Non-Industrial [x] Industrial  SIC: _N/A_(construction site)___

Potential Future Land Use:   [ ] Non-Industrial      [x] Industrial  SIC: _____  See Note 1.

Offsite Contamination?  [ ] Yes  [x] No

If Yes, Land Use Offsite:       [ ] Non-Industrial [ ] Industrial  SIC: _____

---

WGI047668

RECAP SUBMITTAL REPORT - CRITERIA DOCUMENT      AI 51469
INNER HARBOR NAVIGATION CANAL  - EAST BANK INDUSTRIAL AREA

Management Option(s) Used:

[x] SO:       Are the maximum detected concentrations for all COCs in all impacted media less than or equal to the limiting SS? [ ] Yes [x] No    See Note 3.

[x] MO-1:     Are the exposure concentrations for all COCs in all impacted media less than or equal to the limiting MO-1 RS? [ ] Yes  [x] No  See Note 4.

[ ] MO-2:     Are  the exposure concentrations for all COCs in all impacted media less than or equal to the limiting MO-2 RS? [ ] Yes  [ ] No

[ ] Appendix J:     Are  the exposure concentrations for all COCs in all impacted media less than or equal to the limiting Appendix J MO-2 RS? [ ] Yes  [ ] No

[ ] MO-3A     Is the cumulative cancer risk less than or equal to 1E-06? [ ] Yes  [ ] No

          Is the total hazard index less than or equal to 1.0? [ ] Yes  [ ] No

[ ] MO-3B:     Are the exposure concentrations for all COCs in all impacted media less than or equal to the limiting MO-1 RS? [ ] Yes  [ ] No

Is Corrective Action Proposed:       [x] Yes      [ ] No

Are Institutional Controls Proposed: [ ] Yes      [x] No

Have Interim Corrective Actions Been Performed:  [x] Yes      [ ] No

If yes, explain:

USTs were closed in 1990 and 1994.  Drums and other containers were removed in 1994.  ASTs have been emptied and/or removed as facilities were vacated.

Is There a Current or Potential Ecological Impact:   [ ] Yes [x] No

What is the Action Being Requested for Management of this AOI:     See Note 2.

[ ] NFA-ATT       [ ] CAP Approval      [ ] Closure Plan Approval

WGI047669

RECAP SUBMITTAL REPORT - CRITERIA DOCUMENT          AI 51469
INNER HARBOR NAVIGATION CANAL  - EAST BANK INDUSTRIAL AREA

RECAP Standards Applied at the AOI:

| Constituent of Concern | Soil RECAP Standards (mg/kg) | Groundwater RECAP Standards (mg/l) |
|---|---|---|
| Chloroethane | Not yet determined. | Not yet determined. |
| Methylene chloride | " | " |
| Benzene | " | " |
| Toluene | " | " |
| Ethylbenzene | " | " |
| Acetone | " | " |
| Xylene | " | " |
| Cis-1,3-Dichloropropene | " | " |
| Naphthalene | " | " |
| Benzo(a)anthracene | " | " |
| Bis(2-Ethylhexyl)phthalate | " | " |
| Benzo(b)fluoranthene | " | " |
| Benzo(a)pyrene | " | " |
| Indeno(1,2,3-cd)pyrene | " | " |
| Dibenz(a,h)anthracene | " | " |
| Phenanthrene | " | " |
| 2-Methylnaphthalene | " | " |
| 2-Nitrophenol | " | " |
| Hexachlorobutadiene | " | " |
| Arsenic | " | " |
| Barium | " | " |
| Cadmium | " | " |
| Chromium (assume VI) | " | " |
| Lead (assume inorganic) | " | " |
| Mercury (assume inorganic) | " | " |
| Silver | " | " |
| Zinc | " | " |
| PCBS | " | " |
| TPH-G | " | " |
| TPH-D | " | " |
| TPH-O | " | " |
| Pentachlorophenol | " | " |

Notes

1. Ultimately, soil down to 22 ft. will be removed for construction of a By-Pass Channel.

2. This document is a "criteria" document.  It is meant to provide site information necessary for the evaluation for subsequent RECAP submittals.

WGI047670

**RECAP SUBMITTAL REPORT - CRITERIA DOCUMENT**
**INNER HARBOR NAVIGATION CANAL - EAST BANK INDUSTRIAL AREA**

AI 51469

3. The information on all previously detected chemicals as well as those above screening have been presented in a workplan.  It is intended to manage the EBIA under Management Option 1.

4. It is our intention to close the site under MO-1 for all constituents except Arsenic.  Arsenic levels will be compared to a LDEQ-approved site-specific background of 8.3 mg/kg.

5. USACE NOD (1997) reported film on a water sample collected by hydropunch; Dames and Moore 1999b reported a small amount of phase in a test pit.

WGI047671

RECAP SUBMITTAL REPORT - CRITERIA DOCUMENT     AI 51469
INNER HARBOR NAVIGATION CANAL - EAST BANK INDUSTRIAL AREA

Chemicals Detected at the EBIA and Those to be Carried Through this RECAP Assessment as Constituents of Concern

| Chemicals Detected | Presence in Surface Soil 0-3 ft. | Presence in Potential Surface Soil 3-15 ft. | Presence in Sub Surface Soil 15-36 ft. | Presence in Bank/ Sediments | Presence in Ground Water |
|---|---|---|---|---|---|
| **VOLATILES** | | | | | |
| Chloroethane | A | | | | B |
| Methylene chloride | A | B | B | C | B |
| 1,1-Dichloroethane | A | | | | B |
| 1,2-Dichloroethene | A | | | | |
| Chloroform | A | | | | |
| 1,2-Dichloroethane | A | B | | | |
| Trichloroethene | A | B | B | | |
| 1,1,2-Trichloroethane | | B | | | |
| Benzene | A, F | | | | B |
| Tetrachloroethylene (PERC) | A | B | | | |
| Toluene | A | B | B | | B |
| | F | | | | |
| Chlorobenzene | A | | | | B |
| Ethylbenzene | A | B | | | B |
| 1,2-Dichlorobenzene | A | | | | B |
| 1,3-Dichlorobenzene | A | | | | |
| 1,4-Dichlorobenzene | A | | | | |
| Acetone | A | B | B | C | B |
| Carbon disulfide | A | B | B | | B |
| 2-Butanone (MEK) | A | B | B | C | |
| Styrene | | | | C | |
| Xylene | A | B | | | B |
| 2-hexanone (methyl-n-butyl ketone) | A | | | | |
| 4-methyl-2-pentanone (methyl isobutyl ketone) (hexone) | A | | | | |
| Cis-1,3-Dichloropropene | | | | | B |
| **SEMI-VOLATILES (NEUTRAL/BASE)** | | | | | |
| Benzidine | A | | | | |
| Naphthalene | A | | | | B |
| Acenaphthene | A | | | C | |
| Diethylphthalate | A | | | | |
| Fluorene | A | | | | |
| n-Nitrosodiphenylamine | | | | C | |
| Anthracene | A | | | | |
| Pyrene | A | | | C | |
| Fluoranthene | A | | | C | |
| Benzo(a)anthracene | A | | | | |
| bis(2-Ethylhexyl)phthalate | A | B | B | C | B |
| Chrysene | A | | | C | |
| Benzo(b)fluoranthene | A | | | C | |
| Benzo(k)fluoranthene | A | | | C | |
| Benzo(a)pyrene | A | | | C | |
| Indeno(1,2,3-cd)pyrene | A | | | | |

WGI047672

**RECAP SUBMITTAL REPORT - CRITERIA DOCUMENT**  AI 51469
**INNER HARBOR NAVIGATION CANAL - EAST BANK INDUSTRIAL AREA**

| Chemicals Detected | Presence in Surface Soil 0-3 ft. | Presence in Potential Surface Soil 3-15 ft. | Presence in Sub Surface Soil 15-36 ft. | Presence in Bank/ Sediments | Presence in Ground Water |
|---|---|---|---|---|---|
| Dibenz(a,h)anthracene | A | | | | |
| Benzo (g,h,i) perylene | A | | | | |
| Phenanthrene | A | | | C | B |
| Acenaphthylene | A | | | | |
| 2-Methylnaphthalene | A | | | | B |
| Di-n-butylphthalate | A | | | | |
| Dibenzofuran | A | | B | | |
| **SEMI-VOLATILES (ACID)** | | | | | |
| 2-Nitrophenol | | | | | B |
| 4-methylphenol | | | | | B |
| Benzoic acid | | | | C | |
| **CHLORINATED HYDROCARBONS** | | | | | |
| 1,2-Dichlorobenzene | A | | | | |
| Hexachloroethane | A | | | | B |
| Hexachlorobutadiene | A | | | | B |
| Hexachlorobenzene | A | | | | B |
| **METALS** | | | | | |
| Arsenic | A | B | B | C | B |
| Barium | A | B | B | C | B |
| Cadmium | A | B | | C | B |
| Chromium (assume VI) | A | B | B | C | B |
| Lead (assume inorganic) | A | B | B | C | B |
| Mercury (assume inorganic) | A | B | B | C | B |
| Selenium | A | | | | B |
| Silver | A | | | | B |
| Zinc | | | | | B |
| Aluminum | | | | | B |
| Calcium | | | | | B |
| **PESTICIDES/PCBS** | | | | | |
| 4,4'-DDE | | | | C | |
| Endosulfan I | | | | C | |
| 4,4'-DDD | A | | | | |
| 4,4'-DDT | A | | | | |
| 4,4'-Methoxychlor | | | B | | |
| Arochlor-1016 | D | | | | |
| Arochlor-1254 | | | | C | |
| Arochlor-1260 | D | | | | |
| **PETROLEUM HYDROCARBONS** | | | | | |
| TPH-G | A | | | C | |
| TPH-D | A,E | E | | C | B,E |
| TPH-O | A,E | E | | C | B,E |
| BTEX (total) | E | | | | |
| **OTHER** | | | | | |
| Asbestos | A | | | | |
| **CHEMICALS NOT DETECTED BUT OF CONCERN** | | | | | |
| Pentachlorophenol | | | | | |

| **Bold** | Above the most stringent screening level or to be carried through |
|---|---|

**Washington Group International, Inc.**  **Page 8**
(504) 947-5900  Revision Date – June 2001

WGI047673

**RECAP SUBMITTAL REPORT - CRITERIA DOCUMENT**        AI 51469
**INNER HARBOR NAVIGATION CANAL - EAST BANK INDUSTRIAL AREA**

Contaminants of Concern to be carried through the RECAP assessment are shown bolded and shaded.

Contaminants detected are shown by the letter assigned to the study in which they were detected.

Contaminants above screening levels are shown shaded.

Letter shows study in which the contaminant was reported or detected as below:

A = Dames & Moore (1999a). Operational Plans for Excavation, Treatment and Disposal of Contaminated Soils of the East Bank Industrial Area of the IHNC. Environmental Support to Inner Harbor Navigation Canal new Lock and Connecting Channels Contract No. DACW29-97-D-0019. (summarizes data from reference B)

B = USACE NOD (1997a). Mississippi River Gulf Outlet New Lock and Connecting Channels Appendix C Part II Sampling and Analysis Report (SAR) Phase IIA2 HTRW Investigation Inner Harbor Navigation Canal (Northeast Bank, Canal, Disposal Site) New Orleans, Louisiana, October 1993. In [USACE NOD. Mississippi River Gulf Outlet New Lock and Connecting Channels Evaluation Report, Environmental Volume 5 of 9, Appendix C, March 1997].

C = Dames & Moore (2000). East Bank Sediments & Abandoned Barge Report. . Environmental Support to Inner Harbor Navigation Canal new Lock and Connecting Channels Contract No. DACW29-97-D-0019.

D = Dames & Moore (1999b). Mixed-Waste Mounds. Environmental Support to Inner Harbor Navigation Canal new Lock and Connecting Channels Contract No. DACW29-97-D-0019.

E = Dames & Moore (1999c). Above Ground Storage Tanks. Environmental Support to Inner Harbor Navigation Canal new Lock and Connecting Channels Contract No. DACW29-97-D-0019. Includes Hydrodyne 1998 assessment of soil contamination at Mayer Yacht/Distributor's Oil Facility.

F = LDEQ (1990). Letter of Closure for Two Underground Storage Tank Removals from McDonough Marine Completed by Vaughan Contractors Inc. in 1990.

---

WGI047674

## EXECUTIVE SUMMARY

This document is the first in a series of Risk Evaluation/Corrective Action Program (RECAP) submittals for the East bank Industrial Area (EBIA) of the Inner Harbor Navigation Canal (IHNC) project. It is incorporates information previously submitted to Louisiana Department of Environmental Quality (LDEQ) in the form of workplans and background investigation reports. This document provides the framework for subsequent RECAP submittals that will be generated after sampling and analyzing the media at the six facilities that comprise the EBIA. It lists the thirty-two constituents of concern (COCs) that will be carried through the investigation of the EBIA. To that end it presents RECAP screening standards (SSs) for chemicals that had been previously measured at the site but which were not listed on Tables 1, 2 and 3 of LDEQ's RECAP document (2000). These were developed either by using the LDEQ worksheet or by comparison with 'surrogate' chemicals. Using these SS, certain chemicals have been screened out and will not be carried through the subsequent site investigation and risk evaluation. Other chemicals have been dropped for the constituents of concern for reasons that have been documented. For those chemicals to be carried through Management Option-1 (MO-1) RECAP standards (RSs) have been determined and are presented. Toxicity endpoints are given for the COCs. These will be used if additivity becomes an issue. In addition to the COCs that have been determined from previous site investigations, it is proposed to analyze for pesticides in a limited area of the site. This is because of the name of the adjacent property. The LDEQ SS are given for pesticides. If they are detected above SS then they will be managed under MO-1 and the RS are given. Finally, the ecological checklist has been completed. The information submitted supports the contention that no further ecological risk evaluations are necessary.

WGI047675

RECAP SUBMITTAL REPORT – CRITERIA DOCUMENT       AI 51469
INNER HARBOR NAVIGATION CANAL  - EAST BANK INDUSTRIAL AREA

## TABLE OF CONTENTS

APPROVAL PAGE ..................................................................................................................1

RECAP SUBMITTAL SUMMARY FORM ..........................................................................2

EXECUTIVE SUMMARY ...................................................................................................10

TABLE OF CONTENTS .......................................................................................................11

ACRONYMS & ABBREVIATIONS ....................................................................................14

1.0    Introduction ..................................................................................................................17
1.1    Previous Communication with Louisiana Department of Environmental Quality Regarding this Project. ...........................................................................................................................17
1.2    Site History and Description ........................................................................................18
1.3    Site Ranking and Justification for the Ranking............................................................21
1.4    Identification of the Risk Evaluation/Corrective Action Program (RECAP) Option(s) applied at the Area of Investigation (AOI). .........................................................................21
1.5    Results of any Previous RECAP Assessments Conducted at the AOI...........................22

2.0    Site Investigation..........................................................................................................22
2.1    Description of Site Investigation Activities .................................................................22
2.2    Site Investigation Results..............................................................................................23
2.3    Data Evaluation/Usability ............................................................................................23

3.0    Identification of the Area of Investigation (AOI) and Constituents of Concerns (COCs) .............23
3.1    Identification of the AOI and the Methods Used to Delineate the AOI. ........................23
3.2    Identification of the COCs for Each Impacted Medium and the Methods Used to Identify the COCs. .............................................................................................................................23
3.3    Additional Areas of Concern........................................................................................23a

4.1    Identification of Current and Future Land Use at/in the Vicinity of the AOI................24
4.2    Identification of the Groundwater Classification, the Point of Compliance (POC), and the Point of Exposure (POE). ......................................................................................................25
4.3    Development of a Conceptual Model............................................................................26
4.4    Estimation of Exposure and/or Source Concentrations for Each Impacted Medium.....................26

5.0    Identification of the Limiting Screening Standards (SS) or RECAP Standards (RS) ....................26
5.1    Identification of the SS or RS for Each Impacted Medium ..........................................26
5.2    Adjustment of Risk-Based RS to Account for Additivity where Applicable.................27
5.3    Identification of the Limiting SS or RS for Each Impacted Medium.............................27

6.0    Comparison of the Limiting SS or RS with the Exposure and/or Source Concentrations .............27

7.0    Conclusions and Recommendations.............................................................................27
7.1    Identification of Areas/Media/COCs Requiring Further Action ...................................27
7.2    Proposed Plan of Action for the AOI ...........................................................................27

8.0    Ecological Checklist.....................................................................................................27

WGI047676

RECAP SUBMITTAL REPORT - CRITERIA DOCUMENT                 AI 51469
INNER HARBOR NAVIGATION CANAL  - EAST BANK INDUSTRIAL AREA

9.0    References ...............................................................................................28

Tables .......................................................................................................32

Table 1:   Documents Submitted by USACE to LDEQ that Support this RECAP Assessment Submittal.33

Table 2:   RECAP Assessment Submittals and Related Documents to be Sent to LDEQ. ..........................34

Table 3:   Industries that Operated at the EBIA and their Approximate Periods of Operation ...................36

Table 4:   Site Ranking System Example Site Classification And Initial Response Actions......................38

Table 5: Chemicals Detected at the EBIA and Those to be Carried Through this RECAP Assessment as Constituents of Concern ...........................................................................................40

Table 6: Screening Standards for Constituents of Concern At the EBIA. ..........................................43

Table 7a: MO-1 RECAP Soil Standards for Constituents of Concern At the EBIA..............................45

Table 7b: MO-1 RECAP Water Standards for Constituents of Concern At the EBIA. ...........................47

Table 8: Target Organ(s) For COC When Adjusting For Additivity Under MO-1 (LDEQ 2001d) ..........49

Table 9a: Soil Screening Standards for Pesticides ...................................................................50

Table 9b: Management Option-1 Soil RECAP Standards for Pesticides..........................................51

Table 9c: Management Option-1 Groundwater RECAP Standards for Pesticides ...............................52

Figures...............................................................................................................53
    1.    Topographical map, New Orleans East Quadrangle Showing AOI...............................53
    2.    Vicinity and Facility Map with Longitude and Latitude of Primary Site Entrance Showing Cross Streets. ........................................................................................53
    3-1  Map of Survey of East Bank Industrial Area, Inner Harbor Navigation Canal, sheet 1 of 2......53
    3-2  Map of Survey of East Bank Industrial Area, Inner Harbor Navigation Canal, sheet 1 of 1......53
    4.    East Bank Industrial Area Showing Approximate Acreages and the Latitudes and Longitudes of the North East Corner of Each Facility..............................................................53
    5-1  Locations of Volatiles and Clonde Hydrocarbon COCS Above Screening, Soil Gas Survey Positive Areas and Relevant Site Features..................................................53
    5-2  Locations of Semi-Volatiles PCBs and TH-COCs Above Screening and Site Features. ..........53
    5-3  Location of Metals Above Screening and High Arsenic and Relevant Site Features.................53
    6-1  Proposed Borehole Locations at International Tank Terminal. ....................................53
    6-2  Proposed Borehole Locations at Saucer Marine.....................................................53
    6-3  Proposed Borehole Locations at Mayer Yacht/Distributor's Oil......................................53
    6-4  Proposed Borehole Locations at Indian Towing. ....................................................53
    6-5  Proposed Borehole Locations at McDonough Marine Including the Proposed Borrow Pit. ......53
    6-6  Proposed Borehole Locations at Boland Marine. .....................................................53
    6-7  Proposed Sediment Sample Locations and Monitoring Well Locations for the EBIA.............53
    7.    Location of the MRGO site. .........................................................................53
    8.    Groundwater Flow. ....................................................................................53
    9.    Conceptual Site Model for the Media at the EBIA....................................................53

WGI047677

RECAP SUBMITTAL REPORT - CRITERIA DOCUMENT      AI 51469
INNER HARBOR NAVIGATION CANAL  - EAST BANK INDUSTRIAL AREA

   10.  Conceptual Site Model for Soil Deposited at MRGO....................................................................53

Appendices......................................................................................................................................54
   A.  DOTD Water Well Survey. ................................................................................................54
   B.  Methods, assumptions, and toxicity values (including calculations and references) used for the
      development of SS or RS (for constituents not present in Tables 1-3 of the RECAP document).
      ..................................................................................................................................................54
   C.  Ecological Checklist .........................................................................................................54

WGI047678

RECAP SUBMITTAL REPORT - CRITERIA DOCUMENT                    AI 51469
INNER HARBOR NAVIGATION CANAL  - EAST BANK INDUSTRIAL AREA

## ACRONYMS & ABBREVIATIONS

| | |
|---|---|
| Abs. | Dermal Absorption Factors ( unitless) |
| ACGIH | American Conference of Governmental Industrial Hygienists |
| AOI | Area of Investigation |
| AST | Aboveground Storage Tank |
| ATSDR | Agency for Toxic Substances and Disease Registry |
| bgs | Below Ground Surface |
| BGS | Below Ground Surface |
| BTEX | Benzene, toluene, ethylbenzene and xylenes. |
| CAP | Corrective Action Plan |
| cm | centimeter |
| CNS | Central Nervous System |
| COC | Constituent of Concern |
| COH | Chlorinated Organic Hydrocarbons |
| Cont'd | Continued |
| Da | Diffusivity in air (cm2/s) also known as Di |
| DDD | Dichlorodiphenyldichloroethane |
| DDE | Dichlorodiphenyldichloroethylene |
| DDT | Dichlorodiphenyltrichloroethane |
| DF | Dilution factor |
| Di | Diffusivity in air (cm2/s) also known as Da |
| DOTD | Department of Transportation and Development |
| Dw | Diffusivity in water (cm2/s) |
| EBIA | East Bank Industrial Area |
| EIS | Environmental Impact Statement |
| EPA | Environmental Protection Agency |
| Foc | Fractional organic carbon in soil ; percent organic matter (%)/174 |
| FSP | Field Sampling Plan |
| ft. | foot/feet |
| g | gram |
| GIS | Geographic Information System |
| GW_SS | Groundwater screening standard |
| GW1 | Groundwater classification 1 |
| GW3 | Groundwater classification 3 |
| GW3ndw | Groundwater classification 3 non-drinking water |
| GW3NDW | Groundwater classification 3 non-drinking water |
| GWSS | Groundwater screening standard |
| H | Henry's Law Constant (atm.m3/mol) |
| HHMSL | Human Health Medium-Specific Screening Levels (USEPA Region 6) |
| HQ | Hazard Quotient |
| HTRW | Hazardous, Toxic and Radioactive Waste |
| i | industrial |
| IARC | International Agency for Research on Cancer |
| IHNC | Inner Harbor Navigation Canal |

WGI047679

| | |
|---|---|
| inhal. | inhalation |
| IRIS | Integrated Risk Information System |
| ITT | International Tank Terminal |
| kg | kilogram |
| Koc | Soil-organic carbon partition coefficient (cm3/g) |
| l | liter |
| LA | Louisiana |
| LDEQ | Louisiana Department of Environmental Quality |
| LDOTD | Louisiana Department of Transportation and Development |
| MAK | German Commission of Health Hazards of Chemical Compounds in the work area Maximum Concentration Values |
| MEK | Methyl Ethyl Ketone (2-butanone) |
| mg | milligram |
| mg/kg/d | milligram/kilogram/day |
| MK | Morrison Knudsen |
| MMG | Materials Management Group, Inc. |
| MO-1 | Management Option 1 |
| MO-2 | Management Option 2 |
| MRGO | Mississippi River Gulf Outlet |
| MW | Molecular Weight |
| NA | Not applicable |
| NC | Not calculated |
| NFA-ATT | No Further Action At This Time |
| ni | non-industrial |
| NOD | New Orleans District |
| NP | Not published |
| NTP | National Toxicology Program |
| OSHA | Occupational Safety and Health Administration |
| PCBs | Polychlorinated Biphenyls |
| PERC | perchloroethylene (tetrachloroethylene) |
| POC | Point of Compliance |
| POE | Point of Exposure |
| PRG | Preliminary Remediation Goal (USEPA Region 9) |
| QA/QC | Quality Assurance/Quality Control |
| QAPP | Quality Assurance Project Plan |
| RBC | Risk-based concentration (USEPA Region 3) |
| Rda | recommended daily allowance |
| RECAP | Risk Evaluation/Corrective Action Program |
| RFDi | Reference Dose Inhalation (mg/kg/d) |
| RFDo | Reference Dose Oral (mg/kg/d) |
| RS | RECAP Standard |
| RSgw1 | Soil RECAP standard protective of groundwater classification 1 |
| RSgw3ndw | Soil RECAP standard protective of groundwater classification 1 |
| RSni | Soil RECAP standard protective of non-industrial exposure |
| S | Solubility (mg/L) |
| SAP | Sampling and Analysis Plan |

WGI047680

| | |
|---|---|
| Sfi | Slope Factor Inhalation (mg/kg/d) |
| Sfo | Slope Factor Oral (mg/kg/d) |
| SO | Screening Option |
| SOP | Standard Operating Procedure |
| Soil_SSni | Soil Screening Standard non-industrial |
| Soil_SSGW | Soil Screening Standard ground water |
| SoilIni | MO-1 soil non-industrial |
| SoilGW1 | MO-1 soil protective of groundwater one |
| SoilGW3NDW | MO-1 soil protective of groundwater three non-drinking |
| Soilsat | Soil Saturation concentration |
| SS | Screening Standard |
| SSgw | Soil Screening level protective of ground water (RECAP derived) |
| SSi | Soil Screening level protective of industrial exposure |
| SSni | Soil Screening level protective of non-industrial exposure |
| SVOCs | Semi-volatile Organic Compounds |
| TERA | Toxicology Excellence For Risk Assessment |
| TERC | Total Environmental Remediation Contract |
| TPH-D | Total Petroleum Hydrocarbon Diesel Range |
| TPH-G | Total Petroleum Hydrocarbon Gasoline Range |
| TPH-O | Total Petroleum Hydrocarbon Oil Range |
| UCL | Upper Confidence Limit |
| ug | microgram |
| USA | United States of America |
| USACE | United States Army Corps of Engineers |
| UST | Underground Storage Tank |
| VOCs | Volatile Organic Compounds |

## 1.0   Introduction

This document is the first in a series of Risk Evaluation/Corrective Action Program (RECAP) assessment reports for the East Bank Industrial Area (EBIA) of the Inner Harbor Navigation Canal (IHNC) Lock Project. It complies with Louisiana Department of Environmental Quality's (LDEQ) RECAP (2000a). It follows the sample RECAP submittal format for the screening option (SO) and Management Option 1 (MO-1) obtained from the LDEQ web page (2000b). This document is modified to meet the requirements of the EBIA Site Preparation Project as described below.

### 1.1   Previous Communication with Louisiana Department of Environmental Quality Regarding this Project.

Previously Submitted Documents Concerning this Project (see Table 1)
The Site Preparation of the EBIA is a United States Army Corps of Engineers (USACE) project and as such required the preparation of a Sampling and Analysis Plan (SAP) that met with USACE requirements (USACE 1994). It consisted of a Field Sampling Plan (FSP) and a Quality Assurance Project Plan (QAPP). A RECAP workplan submittal following the format given in Appendix B of RECAP (LDEQ 2000a) was incorporated into the SAP as Appendix D. The entire document (SAP and Appendices) was sent by the USACE to LDEQ for their review and approval (Washington 2000a). LDEQ approved the document (2000c). Certain sections were revised to USACE requirements and the document (Washington 2000b) was resubmitted to the USACE and LDEQ. The final document (Washington 2001a) incorporated small changes required by the USACE.

Washington also prepared an EBIA project workplan, a health and safety plan, an air-monitoring plan, a waste management plan, a stormwater management plan, a construction quality control plan and a hurricane plan. These were also submitted to LDEQ and met their requirements.

Finally, because the entire Mississippi Delta has been contaminated with agriculturally-derived arsenic (LDEQ 2000f), the levels of arsenic at the site are higher than RECAP Screening Standards (SS) or MO-1 RECAP Standards (RS). Therefore, the USACE has proposed a site-specific arsenic background level for the IHNC Lock Replacement Project (Washington 2001b). The SAP for the arsenic background sampling effort (MK 2000a) was submitted in January 2000 to LDEQ by the USACE and accepted by LDEQ (LDEQ 2000d). The final SAP was issued in April (MK 2000b). When the first proposed arsenic background concentration was submitted (Washington 2000c), it was disapproved by LDEQ (2000e). It was resubmitted in January 2001 (Washington 2001b) and approved by LDEQ January 29, 2001 (LDEQ 2001c). The arsenic background level approved by LDEQ will be used for the EBIA.

Introduction to the Purpose of this Document
This document will be the 'criteria' document for the EBIA Site Preparation Activities. Because of the complex nature of the site in that it is composed of six facilities, the intent to use SO or MO-1, and the time frame of the project, it was proposed to submit a series of RECAP submittal reports rather than a single RECAP submittal (Washington 2000a & b and 2001a), see Table 2. Thus the RECAP submittals for this EBIA site will consist of a master document,

WGI047682

called the 'criteria' document, that will provide information for the entire EBIA site, followed by supplemental submittals for the individual facilities as they are sampled and analyzed. The first submittal will be for a Borrow Pit and the submittal will support a request for reuse of Borrow Pit soil on site. Each following facility submittal will either be a request for a No Further Action At This Time (NFA-ATT) determination, or it will support a Corrective Action Plan (CAP). After completion of any corrective action, there will be a document that requests an NFA-ATT determination. Arsenic will be managed in a separate submittal for the site as a single exposure unit after all six facilities have been evaluated. Groundwater will also be handled for the site as a single exposure unit after all six facilities have been evaluated. The final submittal to LDEQ will be an application for reuse of these soils at another location.

A final document will be prepared for the USACE that summarizes all the activities and documents the NFA-ATT determinations that have been received as well as the permission for reuse of EBIA soils at an off-site location.

## 1.2    Site History and Description

The USACE is constructing a replacement for the 78-year old navigation lock on the IHNC in New Orleans. The existing lock on the IHNC is located north of the St. Claude Avenue Bridge. Construction of the new lock will be a 10- to 12- year project. The EBIA will be the location of the By-Pass Channel. It is located between Florida Avenue and Claiborne Avenue, west of the floodwall between Surekote Road and Jordan Avenue. The mailing address is 2500 Surekote Road, New Orleans, LA 70117-3935. The site location together with the fact that it is located in the New Orleans East quadrangle is shown in Figure 1, Topographic Map.

Historically, the IHNC Area including the EBIA has been impacted by dredge material deposited during construction activities of the adjacent waterways. The EBIA consists of approximately 32 acres of former industrial sites that supported the marine and petroleum industry and were previously leased from the Port of New Orleans by private operators. The referenced reports indicate the tenants had a history of contaminating the site with petroleum and chemical wastes. Investigations have also confirmed the presence of various contaminants in the site soils (USACE New Orleans District [NOD] 1997; Dames and Moore 1999b, 1999c and 2000; LDEQ 1990 and 1994).

The current EBIA consists of six facilities named for their former occupants. These are International Tank Terminal, Saucer Marine, Mayer Yacht – Distributor's Oil, Indian Towing, McDonough Marine, and Boland Marine. Figure 2 shows the EBIA and each facility together with the latitude and longitude of the main 'entrance' of the entire site. For these purposes the main entrance is considered to be the North East corner of the site. Figure 3 shows the survey completed for the site in March 2001 as well as the cross-streets. Figure 4 is a Geographic Information System (GIS)-generated diagram showing the latitudes and longitudes of the north east corners (entrances) of each of the six facilities as well as their approximate acreages. These facilities include approximately 50 above ground buildings, 35 additional concrete slabs, 10 abandoned barges, wharves, bulkheads, fencing, paved areas, trash piles, above ground storage tanks (ASTs), transformer units, miscellaneous equipment and debris. A brief history for each facility is presented below. These summaries are based on previous reports, (USACE NOD

WGI047683

1997; Dames and Moore 1999a; Christopher Goodwin 1992) and more recent site observations. Table 3 summarizes the tenants, their duration of occupancy and their activities.

Boland Marine
The Boland Marine property, located at 2500 Surekote Road, historically has been used for ship repairs. Operated by Boland Marine for nearly twenty years, the site was next occupied by an unaffiliated ship repair company. From the mid 1970s until the lease was terminated by the Port of New Orleans in 1988, Boland Marine developed and used site facilities for storage, office space, painting operations, and fabrication/welding. Dames & Moore (1999a) reported signs of apparent site contamination throughout the property and that the ground surface was covered with scattered pockets of sandblast materials. The area surrounding the compressor house, located on the west side of the site, once served as a discarded drum graveyard. Electrical transformer units are located near the southwest property corner. Overhead piping, formerly insulated with asbestos-containing materials, is located near the Boland fabrication/welding building. At one time, both ASTs and underground storage tanks (USTs), known to contain diesel fuel and gasoline respectively, were located at the site. These tanks have been reportedly removed as part of ongoing cleanup efforts on the part of the Port of New Orleans. The State of Louisiana listed Boland Marine as an unspecified hazardous waste generator. Several vacant buildings and concrete slabs remain on the property.

McDonough Marine
The McDonough Marine property, located at 2300 Surekote Road, has been used for barge leasing and chartering services for more than three decades. Originally operating under the name McDonough Marine, the company has been known as Marmac Corporation since 1972. Several buildings are located on the site. These buildings have been used for office space, parking, machining, painting operations, and bulk materials storage. One vacant concrete slab remains on the property. Sandblast materials were found on the ground surface near the southwest property corner. Known prior storage tank contents include propane, oxygen, gasoline, paint thinner, diesel fuel, and used oil. The tanks appear to have been removed when McDonough vacated the property. The operating company undertook to remove the ASTs when they vacated the facility in 2000. According to the State of Louisiana records, one 500-gallon steel UST of unknown contents is located at the McDonough site. No records have been found to document this UST's removal.

Indian Towing
The Indian Towing Company began operations at 2200 Surekote Road in 1954. In addition to being a nautical towing company, Indian Towing used the location for the sale, storage, and repair of marine equipment. On numerous occasions, the New Orleans Dock Board cited Indian Towing with lease violations. The nature of these infractions included unauthorized subletting, illegal barge discharging, and general disregard for the environment. Paint manufacturing and distributing, vegetable oil handling, boat manufacturing, and fueling services are among the known operations conducted at the Indian Towing site by sublessees.

A large warehouse/work storage building once stored drums, cans, and spent cylinders. Tools, scrap iron, miscellaneous equipment, discarded drums, and spent cylinders were once scattered throughout the property. The Port of New Orleans removed the drums and cans as part of an

WGI047684

ongoing cleanup in 1994. Sandblast materials coat the ground surface near an AST located close to the northwest property corner. Oil soaked soils and a partially submerged tank car were reported to be found along the waterfront; although the tank car is presently not visible. Several abandoned concrete slabs remain at the site.

Site use presents the potential for many constituents of concern (COCs) at the Indian Towing Site. Breakdown products of ferromanganese ore and petroleum products are likely present from past barge discharging activities and fueling operations conducted onsite. The manufacturing of paint and varnish requires the use of numerous hazardous substances. Potential residual contaminants resulting from paint and varnish manufacturing include barium, barium sulfate, benzene, carbon tetrachloride, chromium, manganese, mercury, toluene, and xylene.

Mayer Yacht/Distributor's Oil
Until early 2000, Mayer Yacht repaired boats on the property located at 2100 Surekote Road. Originally developed in 1951, the site has primarily been used for fueling operations, boat repairs, and the distribution of marine supplies.

The Mayer Yacht site consists of several buildings used as workshops, office space, and storage space. Sanborne Maps show four USTs containing fuel oil although these may have been installed on the property described as Indian Towing. The State of Louisiana does not have any supporting documentation. Mayer Yacht has been cited for several lease violations relating to unauthorized subletting, inadequate record keeping, and a general disregard for the environment. A former Mayer sublessee discarded spent paint cans in abandoned onsite dumpsters. The State of Louisiana has listed two of Mayer's former sublessees as unspecified hazardous waste generators.

Distributor's Oil Company operated an AST tank field and fueling stations on the north end of the property. The ASTs are known to have contained diesel and gasoline but have since been removed. A drum storage area once surrounded the fueling stations near the northwest property corner. Approximately 60 drums containing motor fuel and similar products were stored in the drum storage area.

In 1998, Distributor's Oil terminated its lease with the Port of New Orleans and moved its bulk plant facilities. ASTs, fueling pumps, a UST and the inventory of excess drummed/canned bulk oil and supplies were removed from the site.

Saucer Marine
Saucer Marine Service began leasing the property located at 1910 Surekote Road in 1954. Saucer Marine used this site for ship building practices for the next four decades. Located on the property are several buildings that were formerly used for storage, offices, warehousing, and machining. Vacant concrete slabs remain onsite, indicating previous structures on the Saucer property.

Numerous storage tanks located on the Saucer Marine property accommodated former fueling operations. Diesel fuel and gasoline were stored in bulk in numerous areas of the site. A gasoline fueling station is known to have operated along the east fence line. Pockets of oil-saturated soils

WGI047685

RECAP SUBMITTAL REPORT - CRITERIA DOCUMENT                          AI 51469
INNER HARBOR NAVIGATION CANAL  - EAST BANK INDUSTRIAL AREA

can be found throughout the Saucer Marine property. A sandblast waste pile currently surrounds one of the ASTs on the south end of the property. The north end of the property accommodated a drum and can disposal area. In 1993, containerized waste including cans, drums and tanks were removed and disposed of by Port of New Orleans subcontractors (MMG 1994). Two waste piles were known to contain tar and creosote-coated wood poles and sandblasting materials. These piles, as well as the alleged buried drums reported to LDEQ in 1991, were the subject of an investigation in 1999 (Dames and Moore 1999b). These materials were moved around the site in 2000 during test pile driving.

International Tank Terminal
The site referred to as the International Tank Terminal (ITT) is located at 1800 Surekote Road. Former operations at this site included steel fabrication, trucking, and ship repairs. One building remains on the site. A vacant concrete slab on the ITT property is assumed to have been the foundation for a former workhouse. The activities conducted in association with the workhouse are unknown. Tanks of undisclosed size and contents were at one time located on the property. Sandblast materials can still be found on the ground surface on the north end of the site. Historical aerial photographs show buildings at the south end of the site that are no longer standing and were used for unknown purposes but may have been associated with the petroleum industry. A rodent eradication experiment station borders the ITT property to the south.

1.3     Site Ranking and Justification for the Ranking
The criteria for site ranking are shown in Table 4. The EBIA as a whole is a Group III ranking based on the fact that subsurface soils greater than 3 ft. below ground surface (bgs) are significantly impacted at the former UST and AST site in the Mayer Yacht/Distributor's Oil facility. There are shallow contaminated surface soils on most of the facilities although only in discrete locations, and there are waste piles on Saucer Marine. There was one report of a small amount of product (Dames and Moore 1999b) in an area of Saucer Marine that has subsequently been disturbed. Finally, a 'film' was reported on a water sample taken from Boland Marine. None of the criteria in Group I or Group II apply to this site.

1.4     Identification of the Risk Evaluation/Corrective Action Program (RECAP)
        Option(s) applied at the Area of Investigation (AOI).
The EBIA has been used for industrial purposes since its development. The IHNC was built in the early 1920s, but the EBIA facilities started operating in the early 1950s. Therefore the site is an industrial area. However, since the soils will be reused at another location, the non-industrial RECAP screening option will be applied at this site to accommodate the potential use of the site where the soils will be reused. It is the intention of the USACE to meet RECAP screening standards (SS), if possible. If not, then Management Option One RECAP standards (MO-1 RS) will be applied. Groundwater will be evaluated and it is anticipated that the groundwater will be Ground Water classification 3 Non-Drinking (gw3ndw). Therefore, soils will meet either MO-1 Soil RSni or MO-1 Soil RSgw3ndw, whichever is more stringent. It is anticipated that groundwater will meet RS GW3ndw. Because of the proximity of the EBIA to the IHNC, no horizontal dilution (DF) will be applied to the RS, but a vertical DF of 20 will be used (LDEQ 2000). It may be necessary to manage water under higher MOs and this decision should not affect reuse choices.

WGI047686

**1.5    Results of any Previous RECAP Assessments Conducted at the AOI**

There have been a number of sampling efforts at this site, although none have been reported to LDEQ as RECAP assessments. These efforts include the USACE in 1993, Dames and Moore in 1999 and 2000, Hydrodyne in 1998, Vaughan in 1990 and Jacobsen in 1993 (USACE NOD 1997, Dames & Moore 1999b and 2000, LDEQ 1990 and 1994). These data were presented in detail in the FSP and summarized in Appendix D of the FSP – the RECAP Workplan (Washington 2001a) that has been accepted by LDEQ. The chemical concentrations detected in these sampling efforts have been compared to LDEQ RECAP SS. Those results that are above the limiting SS, as well as site features of importance such as locations of tank closures and previous chemical storage areas, are shown in Figures 5-1, 5-2 and 5-3. Each figure also shows the proposed sampling locations for this investigation.

Thirty-two COCs (the Arochlors are counted as one COC – PCBs) will be analyzed during this RECAP assessment. Table 5 shows the chemicals previously detected and those that will be carried through to this RECAP assessment. A total of 74 contaminants were detected. Of these, 28 were above the LDEQ calculated limiting SS (for soils this was either non-industrial or protective of groundwater, whichever was more stringent; for groundwater this was SS GW). These COCs will be carried to the next phase. Twelve contaminants were detected for which no SS had been developed. Using the procedures described in Appendix B, nine (9) have been screened out and three (3) contaminants will be carried through this RECAP assessment. Since there are a large number of pilings at the site it was determined to evaluate pentachlorophenol even though it had not been detected in previous sampling events. Pesticides will be also analyzed as described below.

**2.0    Site Investigation**

These activities will be described for each facility as it is sampled. Figures 6-1 through 6-6 show the proposed sampling facility by facility. It shows a 100ft. by 75ft. grid. The odd numbered grid lines run east-west (1, 3, 5 through 83), while the north-south grid lines are A, C, E, G, I and K. Other sampling points have been included on a 50ft. by 37.5ft. subgrid (grid lines 2, 4, 6 through 82 and B, D, F, H and J) where site history and previous sampling data indicate that this is necessary. Figure 6-7 shows the sediment and groundwater sampling locations for the entire EBIA.

Three suites of COCs will be analyzed in discrete locations. These include polychlorinated biphenyls (PCBs) that will be analyzed in areas near transformers and in areas where they have been previously identified. Similarly, total petroleum hydrocarbons (TPHs) will be analyzed at areas where they have been previously identified above screening or where tanks were known to have been located. Finally, pesticides will be analyzed at the southern end of the site near the New Orleans Health Department Rodent Eradication Experiment Station. The inorganics, the volatile organics, the semi-volatile organics and the chlorinated organic compounds will be sampled in more wide-spread locations based on site history, the geologists, field observations, and field screening. The exact decision-making process has been described in the SAP.

**2.1    Description of Site Investigation Activities**

To be reported in the supplemental RECAP assessments.

WGI047687

RECAP SUBMITTAL REPORT - CRITERIA DOCUMENT          AI 51469
INNER HARBOR NAVIGATION CANAL - EAST BANK INDUSTRIAL AREA

**2.2     Site Investigation Results**
To be reported in the supplemental RECAP assessments.

**2.3     Data Evaluation/Usability**
To be reported in the supplemental RECAP assessments.

# 3.0     Identification of the Area of Investigation (AOI) and Constituents of Concerns (COCs)

The AOI is the entire EBIA. While contamination above RECAP SS has been found in discrete locations throughout the EBIA, the contaminant plumes have not been delineated. Further, since the EBIA soils will be hydraulically dredged and reused off-site, the sampling of the horizontal and vertical extent of the entire EBIA will satisfy the verification sampling required by LDEQ (2000a).

As described in Section 1.0 of this document, all COCs except arsenic and all media except bank sediment and water will be investigated facility by facility. Each facility will be sampled in accordance with the SAP. The samples will be field screened and some will be sent for off-site laboratory analysis. The identification of those areas requiring either additional investigation or remediation will be achieved as described in Section 3.1.

## 3.1     Identification of the AOI and the Methods Used to Delineate the AOI.

This will be reported in each supplemental RECAP assessment. Basically if the highest sample concentration (95% Upper Confidence Limit (UCL) of the mean or the highest concentration) for each COC causes the risk-quantification term to be exceeded in each exposure unit (EU), then the area surrounding the sample must be remediated. There will be two approaches:
1.     The concentrations of the COCs will be compared to the limiting RECAP SS to delineate the AOI(s). Either the highest or the 95% UCL of the concentrations within this plume will be compared to the MO-1 RS.
2.     The use of an elevated measurement comparison technique to assess the risk of localized hot-spots. This approach was described in detail in the QAPP (Washington 2001a) that was approved by LDEQ.

## 3.2     Identification of the COCs for Each Impacted Medium and the Methods Used to Identify the COCs.

Thirty two COCs to be carried through this phase of sampling have been described in Section 1.5. The COCs for each facility will be reported in each supplemental RECAP assessment.

In addition pesticides will be measured in samples from the south of ITT. If they are above SSs then they will become COCs to be managed as described in Section 3.1.

WGI047688

RECAP SUBMITTAL REPORT - CRITERIA DOCUMENT                    AI 51469
INNER HARBOR NAVIGATION CANAL  - EAST BANK INDUSTRIAL AREA

3.3    Additional Areas of Concern

During the execution of this project there will be a variety of subsurface activities completed.
These include, but are not limited to, trenching, excavation of subsurface obstructions,
excavation of building foundations and removal of piling.  It is likely that during some of these
activities contamination will be encountered that has not been identified by the site investigation
(drilling activities).  This will be identified by appearance and odor.  It is necessary to have a
procedure for handling this 'found' contamination.  These additional areas of concern will be
handled by interim corrective action in accordance with total environmental remediation contract
(TERC) standard operating procedure (SOP) "Interim Corrective Actions to 'Found'
Contamination at the EBIA".  See Appendix A of the SAP.

This SOP describes the activities to be taken to identify the contamination, perform a removal,
collect confirmation samples to determine if the removal of the contamination has been adequate
or if additional remediation is necessary and finally, if necessary, determine how to address the
remediation of the remaining contamination.

Briefly, the SOP requires that the original contamination characterization analytical results be
compared to the most stringent screening standard (SS).  The analytes that are above the SS are
'hits' that are considered as COCs for the particular area.  After the removal activities, the
confirmation samples will be analyzed for the 'hits'.  The concentrations of these hits will then
be compared to the appropriate SS if there has been no RECAP analysis of the site, or to MO-1
RECAP standards (RS) if these have been developed for the site.  If the contaminant
concentrations are above the applicable SS then the data will be compared to the RS when they
are developed.  If the contaminant concentrations of these hits are above the RS after the
removal, then the area of concern will need to be remediated.  The proposed remediation will be
presented to LDEQ in a corrective action plan (CAP).

Reports to LDEQ will be included as an appendix to the RECAP submittal for the facility, as an
appendix to the CAP for the facility or as an appendix to the report of the execution of the CAP
in the request for No Further Action At This Time.

WGI047689

## 4.0    Exposure Assessment

During the exposure assessment the exposure unit will be different for each of the six facilities and the Borrow Pit and different again for the EBIA as a whole. Further the facility where the soil will be reused should be considered when determining an exposure unit.

**The Six EBIA Facilities and the Borrow Pit:** Each facility and the Borrow Pit will be considered a separate exposure unit. The size of the exposure unit for the purposes of the screening option will be the area of the facility or the Borrow Pit. For the chemicals that have concentrations higher than screening, the area of concern will become the exposure unit. The size of the exposure unit is of significance for the SS and RS for volatile organics.

**The EBIA:** Should COCs be evaluated for the entire EBIA, the exposure unit will be 30 acre.

**The Exposure Unit for Reuse Evaluations:** The exposure unit for the reuse will be the EBIA 30 acres. This is because:

1.    The site will meet the more stringent of non-industrial or protective of water SS and RS,
2.    The exposure scenario at MRGO is the same as that at EBIA, that is human exposure to soil and protection of groundwater.
3.    The RS and SS for metals and semi-volatiles do not change with increasing area and so are valid for EBIA and MRGO.
4.    The q/c model that is used to determine the MO-1 RS and the SS for exposure to volatile organics is not scientifically defensible at greater than 30 acre areas,
5.    The model is conservative,
6.    Hydrodreging the soils prior to deposition at the MRGO will decrease the levels of volatiles.

## 4.1    Identification of Current and Future Land Use at/in the Vicinity of the AOI

Past Use of the Site
The past land use has been summarized in Section 1.2, Site History and Description.

Current Use of the Site
Currently the land is a construction site in anticipation of its future use in the IHNC project. The IHNC project is a multiphase project ultimately involving properties that border the IHNC. Basically, property bordering the IHNC will be prepared for the subsequent construction of the New IHNC Lock by the USACE. The property that is of concern in this phase of the project and that is the subject of this RECAP submittal is the approximately 32-acre EBIA. The EBIA is being prepared for its final use as the By-Pass Channel. The site preparation involves the removal of existing buildings, building foundations, pilings, wharves and banks, and any contaminated soil so that the site is ready for the By-Pass Channel construction.

Future Use of the Site
The By-Pass Channel will allow marine traffic to by-pass a portion of the existing canal. Following the completion of this site preparation project, the USACE will issue a contract to

WGI047690

RECAP SUBMITTAL REPORT - CRITERIA DOCUMENT      AI 51469
INNER HARBOR NAVIGATION CANAL - EAST BANK INDUSTRIAL AREA

construct this channel. The construction will require removing the soils/sediments to a maximum depth of 22 ft. using hydraulic dredges. These soils/sediments are proposed to be reused at the Mississippi River Gulf Outlet (MRGO) site.

Future Use of the Soils from the EBIA

The soils that are hydraulically dredged from the site are intended to be reused at the MRGO site. The MRGO site is located between Bayou Bienvenue and the Mississippi River Gulf Outlet near the intersection of the MRGO/Gulf Intracoastal Waterway and the IHNC. See Figure 7 for a map showing the MRGO location. The majority of this site is located in the Chalmette Quadrangle while the western portion of the site is in the New Orleans East Quadrangle. It comprises a total of 233 acres. The name of this site is misleading because it has not been used as a waste disposal facility. This area was first impacted by human activity when the MRGO was under construction and the dredge sediments from the channel were deposited along the banks including this MRGO Disposal area. It was impacted again in 1981 when the second lift of the levee used hydraulically-pumped fill from the MRGO area and required the construction of perimeter dikes around the ponding area. This area has not been used in recent years and has overgrown with early successional woods and scrub/shrub (USACE NOD 1997). The USACE does not own this property in its entirety; part of it is leased. Further, at least one of these leased portions has been sub-divided.

Land Use in the Vicinity of the Site

Currently to the west of the site is the IHNC. To the north is Florida Avenue and on the other side of Florida Avenue is Southern Scrap. To the south of the site is an administrative office of the New Orleans Rodent Eradication Experiment Station, then Claiborne Avenue and a USACE-owned property called the 'Oak Tree Grove Area'. To the east of the site are the floodwall and then a residential neighborhood.

**4.2      Identification of the Groundwater Classification, the Point of Compliance (POC), and the Point of Exposure (POE).**

No data have been collected on the yield or quality of the groundwater, although it is not used as a primary drinking water source (see Appendix A, LDOTD Well Survey). It is anticipated that the groundwater classification will be groundwater 3. In a previous study of groundwater flow, wells were installed to 5 ft. below ground surface (USACE NOD 1997). The potentiometric map developed at that time is shown in Figure 8. It shows that there was a divide running north-south down the center of the EBIA. Thus groundwater would flow both west toward the IHNC and to the east away from the canal. However, the floodwall to the east of the site is supported on sheet pile that reaches a depth of at least 25 ft. and this would essentially interrupt the water flow in the easterly direction at lower elevations to 25 ft. Therefore if groundwater yield and/or quality indicate that the groundwater is GW3 as expected, then it will be classified as GW3 non-drinking water (GW3ndw) daylighting in the IHNC. Further this assumption that the water daylights in the IHNC is the most conservative because in any other direction there would be a significant distance from the site to a surface water body.

Therefore, under the scenario described above the point of compliance (POC) is the location of the COC in soil on the site. The point of exposure (POE) is the IHNC.

WGI047691

### 4.3    Development of a Conceptual Model

A conceptual site model for the EBIA is presented in Figure 9 and for MRGO in Figure 10.

### 4.4    Estimation of Exposure and/or Source Concentrations for Each Impacted Medium

This will be reported in each supplemental RECAP assessment.

## 5.0    Identification of the Limiting Screening Standards (SS) or RECAP Standards (RS)

As was reported in Section 1.5, twelve of the chemicals measured at EBIA had no RECAP standards.  RECAP standards were obtained for these either by:
1.      Calculating them using published constants.
2.      Using surrogate chemicals with similar toxicities.
This process is detailed in Appendix B.

### 5.1    Identification of the SS or RS for Each Impacted Medium

<u>Soils</u>
The screening level that will be used is the more stringent of SSni and SSgw.  These are shown in Table 6.  A further consideration is the fact that the contaminant plume sizes have not been determined.  There is some concern that these may extend more than 0.5 acres.  The calculation of SS presented by LDEQ assumes that the exposure unit is 0.5 acres (LDEQ 2000).  Therefore new SSs will be developed for the volatile COCs based on the size of the plume.  The EBIA will be handled facility by facility.  Figure 4 diagrams the EBIA showing the approximate area of each facility.  For illustrative purposes we have calculated SS based on a 10 acre exposure unit – this area is larger than any single facility and is therefore conservative.  For the previously identified COCs shown in Table 5, the SSs are presented in Table 6 with the default SS for a 0.5 acre exposure unit.  The pesticide SSs are shown in Table 9a.  The SS were calculated using LDEQ's worksheet for MO1 from LDEQ's website while making the appropriate modifications for the screening standards (LDEQ 2001a).  The assumption was to use a hazard quotient of 0.1 for SS as opposed to a HQ of 1.0 for RS.

The management option to be used is MO-1.  The MO-1 level to be used will be the more stringent of MO-1 SSni, and MO-1 SSgw3nd. For the previously identified COCs shown in Table 5, the RSs are presented in Table 7.  As with the SS, MO-1 RS are also calculated based on a 0.5 acre exposure unit. Therefore the RS were also calculated using LDEQ's MO-1 worksheet for a 10 acre exposure unit.  The pesticide RS are shown in Tables 9b and 9c.

If the calculated SS or RS contaminant concentrations are higher than the soil saturation concentration (Soilsat) then the SS or RS defaults to the Soilsat.

<u>Groundwater</u>

WGI047692

RECAP SUBMITTAL REPORT - CRITERIA DOCUMENT      AI 51469
INNER HARBOR NAVIGATION CANAL - EAST BANK INDUSTRIAL AREA

The screening level that will be used is GW_SS, while it is anticipated that the management option level will be MO-1 GW3ndw. These are shown in Tables 6 and 7, respectively.

**5.2     Adjustment of Risk-Based RS to Account for Additivity where Applicable.**

Obviously the additivity will be accounted for on a site by site basis. However, the target organs that will be used for COCs with risk-based RS non-carcinogenic end points are given in Table 8.

**5.3     Identification of the Limiting SS or RS for Each Impacted Medium**

Most of the values to be used are shown in this document. Determination of SS and RS requires knowing the exposure unit size and the number of similar non-carcinogenic endpoints for additivity purposes. Therefore the limiting SS and RS will be identified in each supplemental RECAP assessment.

## 6.0     Comparison of the Limiting SS or RS with the Exposure and/or Source Concentrations

This will be reported in each supplemental RECAP assessment.

## 7.0     Conclusions and Recommendations

**7.1     Identification of Areas/Media/COCs Requiring Further Action**

This will be reported in each supplemental RECAP assessment.

**7.2     Proposed Plan of Action for the AOI**

This will be reported in each supplemental RECAP assessment.

## 8.0     Ecological Checklist

In 1997 the USACE issued an evaluation report of the environmental impacts expected from the IHNC project as a whole (USACE 1997b). The issues addressed in the environmental impact statement (EIS) are those addressed in the ecological checklist (see Appendix C). This EIS included consideration of threatened and endangered species, section 404(B)(1) evaluation, coastal zone consistency determination, Farmland Protection Policy Act coordination, Air Quality considerations (VOC emissions, air quality summaries, air quality criteria), noise impact ratings, fish and wildlife mitigation plan, and U.S. Fish and Wildlife Service Coordination Act reporting. The EIS concluded that the IHNC project would impact some low-grade wetlands. Certain proposed activities at the IHNC project may require some mitigation activities. However, the proposed activities at the EBIA for this investigation were determined not to impact the environment adversely. See Appendix C for Ecological checklist.

WGI047693

RECAP SUBMITTAL REPORT - CRITERIA DOCUMENT     AI 51469
INNER HARBOR NAVIGATION CANAL - EAST BANK INDUSTRIAL AREA

## 9.0    References

ATSDR (2001). Agency For Toxic Substances And Disease Registry website www.atsdr.cdc.gov/toxfaq.html, March 2001.

Christopher Goodwin & Associates, Inc. (1992). SA Land Use History of Areas Adjacent to the Inner Harbor Navigation Canal Lock, New Orleans.

Dames & Moore (1999a).    Operational Plans for Excavation, Treatment and Disposal of Contaminated Soils of the East Bank Industrial Area of the IHNC. Environmental Support to Inner Harbor Navigation Canal New Lock and Connecting Channels Contract No. DACW29-97-D-0019. (summarizes shallow soil data from USACE NOD 1997)

Dames & Moore (1999b). Mixed-Waste Mounds. Environmental Support to Inner Harbor Navigation Canal New Lock and Connecting Channels Contract No. DACW29-97-D-0019.

Dames & Moore (1999c). Above Ground Storage Tanks. Environmental Support to Inner Harbor Navigation Canal New Lock and Connecting Channels Contract No. DACW29-97-D-0019.

Dames & Moore (2000). East Bank Sediments & Abandoned Barge Report. Environmental Support to Inner Harbor Navigation Canal New Lock and Connecting Channels Contract No. DACW29-97-D-0019.

DeLorme (1998). Topo USA.

Food and Drug Administration (2001). FDA website at http://www.fda.gov/opacom/catalog/womnuyri.html. March 2001.

Genium Publishing Corporation (1999). Genium's Handbook of Safety, Health, And Environmental Data. McGraw Hill Companies, Schenectady, N.Y.

Hurlbut CS and Klein C (1977). Manual of Minerology (after James D. Dana) 19th edition, John Wiley & Sons, New York.

IARC (2001). International Agency for Research on Cancer website, http://www.iarc.fr/. March 2001.

LDEQ (1990). Letter of Closure for Two Underground Storage Tank Removals from McDonough Marine Completed by Vaughan Contractors Inc. in 1990.

LDEQ (1994). Letter of Closure for Two Underground Storage Tank Removals from Boland Marine Completed by G. Jacobsen in 1993.

LDEQ (1998). Risk Evaluation/Corrective Action Program (RECAP). 12/20/1998.

WGI047694

RECAP SUBMITTAL REPORT - CRITERIA DOCUMENT                    AI 51469
INNER HARBOR NAVIGATION CANAL  - EAST BANK INDUSTRIAL AREA

LDEQ (2000a).  Risk Evaluation/Corrective Action Program (RECAP).  6/20/2000.

LDEQ (2000b).  RECAP Submittal Form Downloaded from LDEQ Web page
http://www.deq.state.la.us/surveillance/wqdata/0306wqnf.txt. 12/20/2000.

LDEQ (2000c).  Acceptance of SAP by LDEQ transmitted by USACE 10/5/2000.

LDEQ (2000d). Communication from William Perry received via e-mail 2/15/2000.

LDEQ (2000e).  Disapproval of Arsenic Background Report Submitted September 2000.
11/9/2000.

LDEQ (2000f).  Communication from William Perry received via e-mail 2/21/2000.

LDEQ (2001a).  MO-1 Worksheet downloaded from
http://www.deq.state.la.us/technology/recap/index.htm. March 2001.

LDEQ (2001b).  RECAP Frequently asked questions downloaded from
http://www.deq.state.la.us/technology/recap/recapfaqs.htm. March 2001.

LDEQ (2001c).  Arsenic Background Investigation Report Approval Letter, January 29, 2001.

LDEQ (2001d).  RECAP Target Organs/Critical Effects 2/01. Received by email from Tom
Harris, April 2001.

LDODT (2001).  Well inventories downloaded from http://gis/dotd.state.la.us/giswells.  March
2001.

Merck Manual (1999)  17th edition found at http://www.merck.com/pubs/mmanual/.  March
2001.

MMG (1994).  IHNC Drums and Containers Testing, Collection and Disposal:  Saucer Marine,
Indian Towing and Boland Marine Sites.  July 1994.

Morrison Knudsen (2000a).  Sampling and Analysis Plan for Arsenic Background Investigation
IHNC Lock Replacement Project New Orleans, LA. DACA56-94-D-0021 Task Order #0026
Mod 2601. January 2000.

Morrison Knudsen (2000b).  Sampling and Analysis Plan for Arsenic Background Investigation
IHNC Lock Replacement Project New Orleans, LA. Final DACA56-94-D-0021 Task Order
#0026 Mod 2601. April 2000.

National Park Service (2001). National Park Service Environmental Contaminants Encyclopedia
website. http://www.nature.nps.gov/toxic/phenenth.pdf. January 2001.

WGI047695

TERA (2001). Toxicology For Excellence For Risk Assessment (TERA) website, March 2001.

USACE (1994). Requirements for the Preparation of Sampling and Analysis Plans. EM 200-1-3, September 1994.

USACE NOD (1997a). Mississippi River Gulf Outlet New Lock and Connecting Channels Appendix C Part II Sampling and Analysis Report (SAR) Phase IIA2 HTRW Investigation Inner Harbor Navigation Canal (Northeast Bank, Canal, Disposal Site) New Orleans, Louisiana. October 1993. In {USACE NOD. Mississippi River Gulf Outlet New Lock and Connecting Channels Evaluation Report, Environmental Volume 5 of 9, Appendix C, March 1997}.

USACE NOD (1997b). Mississippi River Gulf Outlet New Lock and Connecting Channels Evaluation Report, Environmental Volume 6 of 9, Appendix D March 1997.

USEPA (1996). Soil Screening Guidelines. User's Guide. Office of Solid Waste and Emergency Response, Washington, D.C. 93554, EPA/540/R-96/018, PB96-963505. April 1996.

USEPA (2001a). Integrated Risk Information System (IRIS). http://www.epa.gov/ngispgm3/iris/subst/index.html. March 12, 2001.

USEPA (2001b). Current Drinking Water Standards from http://www.epa.gov/safewater/mcl.html. March 2001.

USEPA Region 3 (2001). Region 3 Risk Based Concentrations from http://www.epa.gov/reg3hwmd/risk/riskmenu.htm. March 2001.

USEPA Region 6 (2001). Region 6 Human Health Medium-Specific Screening Levels from http://www.epa.gov.earth1r6/6pd/RCRA_C/pd-nlscreen.htm. April 2001.

USEPA Region 9 (2001). Region 9 Preliminary Remediation Goals from http://www.epa.gov/Region9/waste/sfund/prg/. March 12, 2001.

Washington Group International (2000a). Sampling and Analysis Plan Project Site Development and Remedial Action of East Bank Industrial Area Inner Harbor Navigation Canal Lock Replacement Project, New Orleans Louisiana. DACA56-94-D-0021 Task Order #0026. August 2000.

Washington Group International (2000b). Refined Sampling and Analysis Plan Project Site Development and Remedial Action of East Bank Industrial Area Inner Harbor Navigation Canal Lock Replacement Project, New Orleans Louisiana. DACA56-94-D-0021 Task Order #0026. December 2000.

Washington Group International (2000c). Arsenic Background Investigation Report Inner Harbor Navigation Canal and MRGO Disposal Site, New Orleans, LA. DACA56-94-D-0021 Task Order #0026 Mod 2602. September 2000.

WGI047696

RECAP SUBMITTAL REPORT - CRITERIA DOCUMENT                    AI 51469
INNER HARBOR NAVIGATION CANAL - EAST BANK INDUSTRIAL AREA

Washington Group International (2001a).  Final Sampling and Analysis Plan Project Site
Development and Remedial Action of East Bank Industrial Area Inner Harbor Navigation Canal
Lock Replacement Project, New Orleans Louisiana.  DACA56-94-D-0021 Task Order #0026.
December 2000.

Washington Group International (2001b).  Arsenic Background Investigation Report Inner
Harbor Navigation Canal and MRGO Disposal Site, New Orleans, LA. DACA56-94-D-0021
Task Order #0026 Mod 2602. January 2001.

WGI047697

**RECAP SUBMITTAL REPORT - CRITERIA DOCUMENT**      AI 51469
**INNER HARBOR NAVIGATION CANAL - EAST BANK INDUSTRIAL AREA**

## Tables

1. Documents Submitted by USACE to LDEQ that Support this RECAP Assessment Submittal.
2. RECAP Assessment Submittals and Related Documents to be Submitted to LDEQ.
3. Industries that Operated at the EBIA and their Approximate Dates of Operation.
4. Site Ranking System: Example Site Classification and Initial Response Actions.
5. Chemicals Detected at EBIA and Those to be Carried Through this RECAP Assessment as Constituents of Concern.
6. Screening Standards for COCs.
7a. MO-1 RECAP Soil Standards for Constituents of Concern At the EBIA.
7b. MO-1 RECAP Water Standards for Constituents of Concern At the EBIA.
8. Target Organs for COCs when Adjusting for Additivity.
9a. Soil Screening Standards for Pesticides.
9b. Management Option-1 Soil RECAP Standards for Pesticides.
9c. Management Option-1 Water RECAP Standards for Pesticides.

WGI047698