# EXHIBIT

# 14

PART A

# PROJECT WORK PLAN

## PROJECT SITE DEVELOPMENT AND REMEDIAL ACTION
### OF
### EAST BANK INDUSTRIAL AREA
### INNER HARBOR NAVIGATION CANAL
### LOCK REPLACEMENT PROJECT

## NEW ORLEANS, LOUISIANA

Prepared for:



**US Army Corps
of Engineers.**

New Orleans District
New Orleans, Louisiana

Under Contract to:
U.S. Army Corps of Engineers-Tulsa District
Total Environmental Restoration Contract
DACA56-94-D-0021   Task Order #0026

Prepared by:



*Government*

October 2000

IHNC – MASTER COPY

WGI041879

# APPROVAL PAGE

## PROJECT WORK PLAN

### PROJECT SITE DEVELOPMENT AND REMEDIAL ACTION
### EAST BANK INDUSTRIAL AREA
### INNER HARBOR NAVIGATION CANAL
### LOCK REPLACEMENT PROJECT

### NEW ORLEANS, LOUISIANA
### DACA56-94-D-0021  Task Order # 0026

**Approved By:**

_____
Washington Group International, Inc.
**Steve Roe, Program Manager**

_____
Washington Group International, Inc.
**Dennis O'Conner, Project Manager**

_____
Washington Group International, Inc.
**Phillip Staggs, Construction Manager**

_____
Materials Management Group, Inc.
**Jim Blazek, Environmental Manager**

_____ NOV 16 2000
USACE-NOD
Contracting Officer Representative

_____
USACE-NOD Technical Representative

_____
USACE-NOD Technical Representative

_____
USACE-NOD Technical Representative

WGI041880

TABLE OF
CONTENTS

WGI041881

# Table of Contents

1.0    Introduction ................................................................................................. 1-1
1.1    General ................................................................................................... 1-1
1.2    Location ................................................................................................. 1-2
1.3    Site Description and History .................................................................. 1-2
      1.3.1    Boland Marine ............................................................................. 1-4
      1.3.2    McDonough Marine ..................................................................... 1-4
      1.3.3    Indian Towing Company .............................................................. 1-4
      1.3.4    Mayer Yacht/Distributors Oil ...................................................... 1-5
      1.3.5    Saucer Marine Service .................................................................. 1-6
      1.3.6    International Tank Terminal .......................................................... 1-6
1.4    Project Scope ........................................................................................ 1-7
1.5    Schedule ................................................................................................ 1-7
2.0    Project Organization ................................................................................. 2-1
2.1    Washington, MMG and Subcontractors ................................................ 2-1
2.2    Washington Organization ...................................................................... 2-1
3.0    Scope of Work .......................................................................................... 3-1
3.1    Pre-work Activities ................................................................................ 3-1
      3.1.1    Permits and Notifications ............................................................. 3-1
3.2    Mobilization ........................................................................................... 3-1
      3.2.1    Security ........................................................................................ 3-1
      3.2.2    Utility Disconnects ...................................................................... 3-2
      3.2.3    Property Survey ............................................................................ 3-2
      3.2.4    Site Facilities ............................................................................... 3-2
      3.2.5    Project Signs ................................................................................ 3-4
3.3    Pre-demolition Site Characterization .................................................... 3-4
      3.3.1    Borrow Pit ................................................................................... 3-4
3.4    Above Ground Issues ............................................................................. 3-5
      3.4.1    Environmental Concerns .............................................................. 3-5
      3.4.2    General Site Items ...................................................................... 3-14
3.5    Demolition of Land Based Structures ................................................. 3-18
      3.5.1    Building Demolition .................................................................. 3-18
      3.5.2    Foundation Demolition .............................................................. 3-22
      3.5.3    Piling Removal .......................................................................... 3-23
3.6    Demolition of Water-based Structures ................................................ 3-26
      3.6.1    Barges ....................................................................................... 3-26

WGI041882

3.6.2    Jordan Wharf.........................................................................3-27
3.6.3    Pilings.................................................................................3-27
3.7    Soils and Subsurface Issues.............................................................3-28
3.7.1    Site Characterization for RECAP and CAP...................................3-28
3.7.2    Partially Buried Objects.........................................................3-29
3.7.3    Geophysical Survey..............................................................3-29
3.7.4    Grid Trenching....................................................................3-30
3.7.5    Corrective Action Plan Implementation (Remediation)...................3-34
3.7.6    Bank Reclamation................................................................3-35
3.8    Road Removal and Final Grade.........................................................3-36
3.8.1    Road Removal.....................................................................3-36
3.8.2    Final Grade........................................................................3-36
3.8.3    Site Re-vegetation................................................................3-36
3.9    Demobilization............................................................................3-36
3.9.1    Temporary Utilities Disconnects...............................................3-37
3.9.2    Office and Equipment Removal................................................3-37
3.9.3    Fence and Security Removal....................................................3-37
4.0    Reports and Record Keeping.................................................................4-1
4.1    Daily Quality Control Reports..............................................................4-1
4.2    Biweekly Progress Report...................................................................4-1
4.3    Monthly Cost Reports........................................................................4-1
4.4    Photo Report...................................................................................4-1
4.5    Project Closeout Report......................................................................4-1
5.0    References......................................................................................5-1

WGI041883

Appendices

Appendix A    Site Structure Detail (Figure 1-2)

Figures

1-1     Site Location Map
1-3     Project Schedule by Task
2-1     EBIA Project Organization
3-1     Site Office Plan
3-2     ACM Location Plan
3-3     PCB Location Plan
3-4     AST Location Plan
3-5     General Site Items
3-6     Demolition Inventory
3-7     Remediation Areas

Tables

3-1     Asbestos Survey Summary
3-2     PCB Survey Summary
3-3     Remaining ASTs
3-4     General Site Items
3-5     Demolition Inventory
3-6     Abandoned Barges
3-7     Contaminated Soil Area

WGI041884

LIST OF ACRONYMS

| | |
|---|---|
| Washington | Washington Group International, Inc. |
| IHNC | Inner Harbor Navigation Canal |
| EBIA | East Bank Industrial Area |
| USACE | United States Army Corps of Engineers |
| LDEQ | Louisiana Department of Environmental Quality |
| RECAP | Risk Evaluation and Corrective Action Program |
| TERC | Total Environmental Restoration Contract |
| ASTs | Aboveground Storage Tanks |
| USTs | Underground storage tanks |
| COC | Contaminants of Concern |
| ITT | International Tank Terminal |
| MMG | Materials Management Group |
| NOD | New Orleans District |
| PM | Program Manager |
| CO | Contracting Officer |
| COR | Contracting Officer's Representative |
| PjM | Project Manager |
| CM | Construction Manager |
| CSSHO | Chief Site Safety and Health Officer |
| SSHO | Site Safety and Health Officer |
| CQCSM | Contractor Quality Control System Manager |
| EM | Environmental Manager |
| LPDES | Louisiana Pollutant Elimination System |
| CFCs | Chlorofluorocarbons |
| PCBs | Polychlorinated bi-phenyls |
| ACM | Asbestos-containing materials |
| DGPS | Differential global positioning station |
| LOSCO | Louisiana Oil Spill Coordinator's Office |
| NFA-ATT | No Further Action – At This Time |
| CAP | Corrective Action Plan |
| AAC | Asbestos Accreditation |

WGI041885

SECTION 1

WGI041886

# 1.0   INTRODUCTION

## 1.1   General

Washington Group International, Inc. (Washington), formally Morrison Knudsen Corporation, is being tasked to furnish all services, materials, supplies, labor, equipment, superintendence, procurement, subcontracting, permits, licenses, laboratory services and travel, as required, for the project site development and remedial action of the Inner Harbor Navigation Canal (IHNC), East Bank Industrial Area (EBIA).  To complete this task Washington has developed a number of Work Plans to direct the work activities.  The Work Plans include the following:

- PROJECT WORK PLAN
- SITE SAFETY and HEALTH PLAN
- CONTRACTOR QUALITY CONTROL PLAN
- SAMPLING and ANALYSIS PLAN
- WASTE MANAGEMENT PLAN
- STORM WATER POLLUTION PREVENTION PLAN
- PERIMETER MONITORING PLAN
- HURRICANE PREPAREDNESS PLAN

The work plans have been developed by the incorporation of information obtained from previous United States Army Corps of Engineers (USACE)-approved documents, Louisiana Department of Environmental Quality (LDEQ) Risk Evaluation and Corrective Action Program (RECAP) requirements and Washington's Total Environmental Restoration Contract (TERC). The following documents were used in the development of this Project Work Plan:

- "Assessment of Potential Hazardous, Toxic and Radiological Waste, Volume 5 of 9, Appendix C" [1]
- "Environmental Evaluation, Volume 6 of 9, Appendix D" [2]
- "Demolition Design Memorandum Input" [3]
- "Above-Ground Structures Report" [4]
- "Mixed-Waste Mounds" [5]
- "Above-Ground Storage Tank Report" [6]
- "Statewide Abandoned Vessel Inventory" [7]
- "IHNC Drums Report" [8]
- "Land Use History Report" [9]

WGI041887

- "Recommendation Report for Demolition and Site Preparation Activities" [10]
- "Arsenic Background Investigation Report" [11]
- "Statement of Work for Project Site Development and Remedial Action" [12]
- "East Bank Sediment & Abandoned Barge Report" [13]
- "Operational Plans for Excavation, Treatment and Disposal of Contaminated Soils of the East Bank Industrial Area of the IHNC" [14]

## 1.2    Location

The 32-acre EBIA is a tract of land located between Florida Avenue and Claiborne Avenue along the east bank side of the IHNC. A floodwall between Surekote Road and Jordan Avenue delineates the site's eastern boundary. The site location is shown in Figure 1-1, Site Location Map.

## 1.3    Site Description and History

The EBIA owned by the Port of New Orleans is being purchased by the USACE to replace the existing lock. The EBIA consists of 32-acres of former industrial sites, supporting the marine and petroleum industry, previously leased from the Port of New Orleans by private operators. The referenced reports indicate that the tenants had a history of contaminating the site with chemicals and petroleum wastes. Investigations have also confirmed the presence of various contaminants in the site soils.

The current EBIA consists of six (6) facilities named for their former occupants. These are International Towing, Saucer Marine, Mayer Yacht – Distributors Oil, Indian Towing, McDonough Marine, and Boland Marine. These facilities include approximately 50 above ground buildings, 35 additional concrete slabs, 10 abandoned barges, wharves, bulkheads, fencing, paved areas, trash piles, above ground storage tanks, transformer units, miscellaneous equipment and debris. See Figure 1-2, Site Structure Detail (Appendix A) for a graphic drawing of the site.

A brief history for each former occupant is presented below. These summaries are based on the previous USACE Reports [1,2 and 9] and more recent activities detailed in the Dames and Moore [4] report.

WGI041888



**Figure 1-1, Site Location Map**

(Rev. a, August 2000)

C:\DHC\projct.plan\projects\workplan.doc

WGI041889

### 1.3.1   Boland Marine

The Boland Marine property, located at 2500 Surekote Road, historically has been used for ship repairs. Operated by Boland Marine for nearly twenty years, the site was then occupied by an unaffiliated ship repair company. From the mid 1970s until the lease was terminated by the Port of New Orleans in 1988, Boland Marine developed and used site facilities for storage, office space, painting operations, and fabrication/welding. According to the Dames & Moore Report[14], signs of apparent site contamination were observed throughout the property and the ground surface is covered with scattered pockets of sandblast materials. The area surrounding the compressor house, located on the west side of the site, once served as a discarded drum graveyard. Electrical transformer units are located near the southwest property corner. Overhead piping, formerly insulated with asbestos-containing materials, is located near the Boland fabrication/welding building. At one time, both aboveground storage tanks (ASTs) and underground storage tanks (USTs), known to contain diesel fuel and gasoline respectively, were located at the site. These tanks have been reported removed as part of ongoing cleanup efforts on the part of the Port of New Orleans. The State of Louisiana listed Boland Marine as an unspecified hazardous waste generator. Several vacant buildings and concrete slabs remain on the property.

### 1.3.2   McDonough Marine

The McDonough Marine property, located at 2300 Surekote Road, has been used for barge leasing and chartering services for more than three decades. Originally operating under the name McDonough Marine, the company has been known as Marmac Corporation since 1972. Several buildings are located on the site. These buildings have been used for office space, parking, machining, painting operations, and bulk materials storage. One vacant concrete slab remains on the property. Sandblast materials were found on the ground surface near the southwest property corner. Known prior tank contents include propane, oxygen, gasoline, paint thinner, diesel fuel, and used oil. These tanks appear to have been removed when McDonough vacated the property. The operating company undertook removal of the ASTs when they vacated the facility in 2000. According to the State of Louisiana records, one 500-gallon steel Underground Storage Tank UST of unknown contents was located at the McDonough site. No records have been found to document this UST's removal.

### 1.3.3   Indian Towing Company

The Indian Towing Company began operations at 2200 Surekote Road in 1954. In addition to being a nautical towing company, Indian used the Surekote location for the sale, storage, and

WGI041890

repair of marine equipment. On numerous occasions, the Dock Board cited Indian Towing with lease violations. The nature of these infractions included unauthorized subletting, illegal barge discharging, and general disregard for the environment. Paint manufacturing and distributing, vegetable oil handling, boat manufacturing, and fueling services are among the known operations conducted at the Indian Towing site by subleases.

A large warehouse/work storage building once stored drums, cans, and spent cylinders. Tools, scrap iron, miscellaneous equipment, discarded drums, and spent cylinders were once scattered throughout the property. The drums and cans were removed as part of an ongoing cleanup by the Port of New Orleans. Sandblast materials coat the ground surface near an AST located close to the northwest property corner. Oil soaked soils and a partially submerged tank car were reported to be found along the waterfront; the tank car is presently no longer visible. Several abandoned concrete slabs remain at the site.

Site use presents the potential for many contaminants of concern (COCs) at the Indian Towing site. Breakdown products of ferromanganese ore and petroleum products are likely present from past barge discharging activities and fueling operations conducted on site. The manufacturing of paint and varnish required the use of numerous hazardous substances. Potential residual contaminants resulting from paint and varnish manufacturing include barium, barium sulfate, benzene, carbon tetrachloride, chromium, manganese, mercury, toluene, and xylene.

### 1.3.4   Mayer Yacht/Distributors Oil

Until early 2000 Mayer Yacht repaired boats on the property located at 2100 Surekote Road. Originally developed in 1951, the site has primarily been used for fueling operations, boat repairs, and the distribution of marine supplies. Mayer Yacht has been cited for several lease violations relating to unauthorized subletting, inadequate record keeping, and a general disregard for the environment. The Mayer Yacht site consists of several buildings used as workshops, office space, and storage space. Four USTs containing fuel oil were reported to have existed on the Mayer property. A former Mayer sub lessee discarded spent paint cans in abandoned on-site dumpsters. Two of Mayer's former subleases have by been listed by the State of Louisiana as unspecified hazardous waste generators.

Distributor's Oil Company operated an AST tank field and fueling stations on the north end of the property. The ASTs are known to have contained diesel and gasoline but have since been removed. A drum storage area once surrounded the fueling stations near the northwest property

WGI041891

corner. Approximately 60 drums containing motor fuel and similar products were once stored in the drum storage area.

In 1998, Distributor's Oil terminated its lease with the Port of New Orleans and moved its bulk plant facilities. ASTs, fueling pumps, a UST and the inventory of excess drummed/canned bulk oil and supplies were removed from the site.

Stained surface soils were also documented on the subject property in the vicinity of the former bulk storage tank area. Historically, degreasing operations have taken place on the south half of the site. Sandblast waste piles have also been identified on the property near the southeast and northeast property corners.

### 1.3.5  Saucer Marine Service

Saucer Marine Service began leasing the property located at 1910 Surekote Road in 1954. Saucer Marine used this site for shipbuilding practices for the next four decades. Located on the property are several buildings that were formerly used for storage, offices, warehousing, and machining.  Vacant concrete slabs remain on site indicating previous structures on the Saucer property.

Numerous storage tanks once located on the Saucer Marine property accommodated fueling operations formerly conducted on site. Diesel fuel and gasoline were stored in bulk in numerous areas of the site. A gasoline fueling station was known to have operated along the east fence line. Pockets of oil saturated soils can be found throughout the Saucer Marine property. A sandblast waste pile currently surrounds one of the ASTs on the south end of the property. The north end of the property once accommodated a drum and can disposal area.  In 1993, containerized waste including cans, drums and tanks were removed and disposed of by Port of New Orleans subcontractors. Two waste piles were known to contain tar and creosote-coated wood poles and sandblasting materials.  These piles were the subject of an investigation in 1999 (Dames and Moore 1999c).  These materials were moved around the site in 2000 during test pile driving.

### 1.3.6  International Tank Terminal

The site referred to as the International Tank Terminal (ITT) is located at 1800 Surekote Road. Former operations at this site include steel fabrication, trucking, and ship repairs. One building remains on the site. A vacant concrete slab on the ITT property is assumed to have been the foundation for a former workhouse. The activities conducted in association with the workhouse are unknown. Tanks of undisclosed size and contents were at one time located on the property.

WGI041892

Sandblast materials can still be found on the ground surface on the north end of the site. Historical aerial photographs show buildings at the south end of the site that are no longer standing and were used for unknown purposes but may well have been associated with the petroleum industry. A rodent eradication experiment station operated by the City of New Orleans borders the ITT property to the south.

## 1.4  Project Scope

The project consists of demolition and removal of structures, removal of surface and subsurface obstructions, characterization of contaminants present at the site and remediation of the site in accordance with LDEQ RECAP Standards.

The Scope of Work includes Pre-work Activities, Mobilization, Pre-demolition Site Characterization, Above Ground Issues, Demolition of Land-based Structures, Demolition of Water-based Structures, Soil and Subsurface Issues, Road Removal and Final Grade, Demobilization and Reports and Record Keeping.

## 1.5  Schedule

The Project Schedule (Figure 1-3) was developed based on the information available from existing reports and site inspections. The estimated project duration is approximately 22 months. To meet this accelerated schedule overtime (up to 60 hours per week) will be required for various phases of the work.

There are a number of demolition and remediation issues that have not been detailed by the previous reports.   As work progresses the schedule will be corrected to account for contamination plumes identified through additional site characterization, demolition productivity due to identification of foundation thickness, number of pilings and removal productivity.

WGI041893

| Activity ID | Orig Dur | Rem Dur | % | Early Start | Early Finish | Description |
|---|---|---|---|---|---|---|
| **3.1 Mobilization and Construction** | | | | | | |
| 01100010 | 67 | 67 | 0 | 27OCT00A | 02FEB01 | Mobilization |
| 01100000 | 0 | 0 | 100 | 27OCT00A | | Contract Award (Authorize Initial WAD's) |
| 00900000 | 58 | 58 | 0 | 27OCT00 | 22JAN01 | Prep., Bid & Award Initial Sub Contracts |
| 01310130 | 25 | 25 | 0 | 04DEC00 | 09JAN01 | Construct Site Facilities |
| 01310020 | 17 | 17 | 0 | 04JAN01 | 26JAN01 | Fencing |
| 01100020 | 17 | 17 | 0 | 11JAN01 | 02FEB01 | Project Office Area |
| 09000020 | 392 | 392 | 0 | 29JAN01 | 12AUG02 | Debris Management |
| 09000040 | 317 | 317 | 0 | 12FEB01 | 09MAY02 | Non-Hazardous Soil Management |
| 09000030 | 300 | 300 | 0 | 07MAR01 | 08MAY02 | Hazardous Soil Management |
| 09000025 | 10 | 10 | 0 | 07MAR01 | 20MAR01 | Mobilize Barge for Waste Water Management |
| **3.2 Permits and Licenses** | | | | | | |
| 02050110 | 10 | 10 | 0 | 31OCT00 | 13NOV00 | LDEQ-AAC2 Notification of Demo & Renovation Form |
| 02050010 | 11 | 11 | 0 | 01NOV00 | 15NOV00 | Building Permits |
| 02050020 | 95 | 95 | 0 | 03NOV00 | 21MAR01 | LPDES |
| 02050030 | 95 | 95 | 0 | 03NOV00 | 21MAR01 | LDEQ - Temporary Waste Storage Permit |
| **3.3 Site Assessment and Surveying** | | | | | | |
| 14000000 | 20 | 20 | 0 | 04JAN01 | 31JAN01 | Establish Monuments and perform Boundary Survey |
| 14000010 | 60 | 60 | 0 | 25JAN01 | 18APR01 | Surface Soil Sampling |
| **3.4 Miscellaneous Abatement and Demolition** | | | | | | |
| 04200001 | 128 | 128 | 0 | 14NOV00 | 16MAY01 | Asbestos Containing Material (ACM) |
| 04400000 | 424 | 424 | 0 | 04JAN01 | 03SEP02 | Environmental Control |
| 04200050 | 77 | 77 | 0 | 30JAN01 | 16MAY01 | Remove Asbestos (Table 6-5) |
| 04300000 | 29 | 29 | 0 | 30JAN01 | 09MAR01 | Polychlorinated Biphenils (PCB's) |
| **3.5 Above Ground Storage Tanks** | | | | | | |
| 03300000 | 13 | 13 | 0 | 30JAN01 | 15FEB01 | Above Ground Storage Tanks |
| 05000000 | 118 | 118 | 0 | 21FEB01 | 07AUG01 | Structure Demolition |
| **3.6 Miscellaneous Facilities & Equipment** | | | | | | |
| 10000000 | 35 | 35 | 0 | 30JAN01 | 16MAR01 | Miscellaneous Facilities & Equipment |

Start Date   20JUL00
Finish Date   22NOV02
Data Date   27OCT00
Run Date   27OCT00 10:09

Legend: Early Bar — Progress Bar — Critical Activity

TERC

Morrison Knudsen Corporation
EAST BANK INNER HARBOR, NEW ORLEANS
Proposed Schedule

Figure 1-3

Sheet 1 of 2

| Date | Revision | Checked | Approved |
|---|---|---|---|

© Primavera Systems, Inc.

WGI041894

| Activity ID | Orig Dur | Rem Dur | % | Early Start | Early Finish |
|---|---|---|---|---|---|
| 03100000 | 15 | 15 | 0 | 05FEB01 | 23FEB01 |
| 10000320 | 7 | 7 | 0 | 05FEB01 | 13FEB01 |
| 10000000 | 6 | 6 | 0 | 19FEB01 | 26FEB01 |
| 10000390 | 180 | 180 | 0 | 07MAR01 | 16NOV01 |
| 10000020 | 260 | 260 | 0 | 21MAR01 | 28MAR02 |
| 06000000 | 120 | 120 | 0 | 12FEB01 | 31JUL01 |
| 09000000 | 40 | 40 | 0 | 19FEB01 | 13APR01 |
| 09000010 | 260 | 260 | 0 | 05MAR01 | 12MAR02 |
| 08000020 | 325 | 325 | 0 | 21MAR01 | 28JUN02 |
| 11000000 | 270 | 270 | 0 | 21MAR01 | 11APR02 |
| 12000000 | 270 | 270 | 0 | 04APR01 | 25APR02 |
| 15000000 | 300 | 300 | 0 | 07MAR01 | 09MAY02 |
| 16000000 | 195 | 195 | 0 | 02APR01 | 08JAN02 |
| 16000010 | 90 | 90 | 0 | 05APR02 | 12AUG02 |
| 16000020 | 90 | 90 | 0 | 19APR02 | 29AUG02 |
| 16000030 | 85 | 85 | 0 | 03MAY02 | 03SEP02 |
| 16000040 | 0 | 0 | 0 | | 03SEP02 |
| 17000000 | 23 | 23 | 0 | 27AUG02 | 27SEP02 |
| 18000000 | 60 | 60 | 0 | 02AUG02 | 25OCT02 |
| 18400010 | 60 | 60 | 0 | 30AUG02 | 26NOV02 |

Chart labels:
- Grubbing
- Electrical Services
- Surface Cleanup
- Remove Concrete Foundations from South to North
- Piling Removal - On Shore (2,544 +/-)
- Abandoned Barge Removal (S to N)
- Remove Jordan Street Wharf to Waste Barge
- Offshore Piling Removal (South to North)
- Identify RECAP Areas & Confirma
- Geophysical Survey (Intermittant)
- Grid Trenching (Intermittant)
- Excavation of RECAP Non-Compliant Soi
- Canal Bank Excavation - 15' Down & Out
- Surekide Road Removal
- Final Grading
- Restoration/Re-seedin
- Field Work Complete
- Demobilization
- Completion Report
- Project Closeout

Sheet 2 of 2

WGI041895

SECTION 2

WGI041896

## 2.0   PROJECT ORGANIZATION

This section summarizes the responsibilities of the organizations responsible for implementing the EBIA Project. Washington, Materials Management Group (MMG) and Washington's Subcontractors are responsible for implementing project work under the direction of the USACE New Orleans District (NOD). The project organization and reporting are provided in Figure 2-1, EBIA Project Organization.

### 2.1   Washington, MMG and Subcontractors

Washington is responsible for implementation of the overall project. MMG, as a participant in the Washington/MMG 8(a) Mentor/Protégé Program will provide environmental engineering, environmental sampling and remediation, waste management and overall project support. Washington Subcontractors will complete demolition, debris removal, bank removal and remaining site work.

### 2.2   Washington Organization

Washington Tulsa TERC Program Manager (PM) - The PM provides overall program leadership and direction. The PM is the point of contact for the USACE Tulsa District, the Contracting Officer (CO) and the Contracting Officer's Representative (COR).

Washington Project Manager (PjM) - The PjM is responsible for all performance aspects of the project and is the point of contact for the USACE on-site supervision. The PjM is accountable for project cost, schedule, safety and overall quality and technical management. The PjM provides oversite of Washington's supervisory staff, daily activities and is supported by the following technical field support positions:

Construction Manager (CM) - The CM is responsible for all demolition, remediation and site restoration activities. The CM provides direction and supervision for all Washington and Subcontractor site activities in accordance with Washington policies and project requirements. The CM is responsible for reviewing daily Subcontractor reports and monitoring field activities for adherence to project schedule and budget and coordinates daily field activities with the USACE. The CM is supported by the Field Coordinators. These Field Coordinators have the responsibility of supervising all Subcontractors assigned to their area, planning day to day activities, reporting equipment usage and personnel hours, and implementation of the SSHP.

WGI041897

Chief Site Safety and Health Officer (CSSHO) - The CSSHO is responsible for overall implementation of the Site Safety and Health Plan, oversight of all project safety and health issues, safety and health training, medical monitoring, daily site inspections, recording and reporting of injuries or incidents in accordance with Washington policies and emergency response coordination.  All injuries and accidents shall be reported immediately to the USACE representatives. The CSSHO is also responsible for documenting and submitting ENG FORM 3394, Sep 89 (USACE Accident Investigation Report) within one day to USACE representatives. The CSSHO is responsible for monitoring and enforcement of the project SSHP and has the authority to stop work, if necessary, to protect personnel and environmental safety and health.  CSSHO is also responsible for conducting Safety Surveillances on a daily basis, assist Field Coordinators and Foreman to conduct safety tail gate meetings, implement corrective actions, have the authority to stop work if personnel are in imminent danger, and oversee the perimeter air monitoring being conducted by the air monitoring technician.  In the absence of the CSSHO, the Contractor Quality Control System Manager will be assigned as the Alternate CSSHO.

Contractor Quality Control System Manager (CQCSM) - The CQCSM is responsible for overall management of the Washington Quality Control Plan, implementation of the three phase control system and submittal of the Daily Quality Control Report. The CQCSM is responsible for performing surveillance of project activities affecting quality, identifying quality problems and the need for corrective actions and verifying implementation of corrective actions. The CQCSM has the authority to stop non-conforming work, with the immediate notification of the PjM or CM, and Subcontractors, when unsatisfactory, quality affecting conditions exist.  The CQCSM ensures that all Washington submittals are in accordance with contract requirements and that all certifications provided to Washington by others are accurate and in compliance with contract requirements.  In the absence of the CQCSM, the Construction Manager has been assigned as the Alternate CQCSM.

Environmental Manager (EM) - The Environmental Manager is responsible for site characterization, field sampling, analytical work, waste coordination and waste shipment for disposal.  The EM provides technical management for remediation activities under the LDEQ RECAP program.  The EM provides oversight of project compliance with Federal, State and Local site specific permitting or environmental requirements.

WGI041898



WGI041899

**SECTION 3**

WGI041900

## 3.0   SCOPE OF WORK

### 3.1   Pre-work Activities

Preliminary activities will be required prior to beginning project work. The site will be prepared for mobilization of the office trailers, the utilities serving the area will be disconnected and the office area will be secured.  Project permits will be obtained and notifications will be made to the required agencies having jurisdiction over the project.

### 3.1.1 Permits and Notifications

Permits for the project have been evaluated and will be obtained to support required activities.  The permits and notifications include:

- City Permit for Demolition (required for each building)
- 404 Wetlands (USACE Existing Permit)
- Louisiana Pollutant Discharge Elimination System (LPDES) Water Discharge Permits
- LDEQ Temporary Waste Storage Facility Permit
- LDEQ Notification of Demolition and Renovation Form (AAC-2 Form For The Removal of Asbestos-containing Building Material)

### 3.2   Mobilization

The site for the office trailers, parking area and equipment laydown area will be prepared and the office trailers will be mobilized. The parking area will be provided with a layer of aggregate base.  A new electrical feed will be installed to provide power for the office/equipment laydown/waste staging complex area, road lighting and power for perimeter monitoring stations.  Temporary telephone and water lines will be installed. Holding tanks will be installed for the sanitary sewer system.

The office complex will be located at the north end of the site adjacent to Surekote Road. The layout and location of the office complex is shown in Figure 3-1, Site Office Plan.

### 3.2.1 Security

A permanent 8-foot security fence with three strands of barbed wire will be installed on three sides of the site at the perimeter of the property. The permanent 8-foot fencing shall consist of new chain link fabric, post and gates with posts set in concrete immediately on

WGI041901

the protected side of the existing Jourdan Avenue floodwall. Actual placement of the fencing and gates may be field adjusted according to actual site conditions provided a continuous closed loop of protection is achieved around the 32-acre site (except the IHNC side). Signs labelled "Keep Out, US Government Property," will be secured and maintained facing outward for the work site. The office complex, equipment lay down area and waste staging area will be enclosed within a separate 6-foot fence. Twenty-four hour a day security will be provided for the site.

### 3.2.2   Utility Disconnects

Existing utility service for the entire site will be disconnected prior to demolition. This includes electric, gas, telephone and cable lines. Water service will be maintained at the north end of the site for the office complex and cut and capped beyond the trailers. Water lines will also be maintained along Surekote Road for fire protection and dust control. As part of the utilities disconnect, the sanitary lift station will be decommissioned. This will include flushing and chemical treating of all the sanitary lines leading from the buildings. Once all the sewage has been pumped from the site, the utilities to the lift station will be disconnected and the New Orleans Sewage and Water Board will be contacted to remove all reusable items. The lift station will be removed during the Partially Buried Object (3.7.2) phase of this Project Work Plan.

### 3.2.3   Property Survey

A land survey will be performed to establish and identify the boundary of the site. As LDEQ requires that the project be closed for RECAP purposes by the six divisions, the land survey will also mark these boundaries. The survey company will utilize the existing USACE baseline survey data to install visual marks of the perimeter boundaries. In addition to the land survey, Washington will utilize DGPS (Lat-Long) to mark site conditions. These coordinates (abandoned piles, excavation, soil borings, closure samples, etc) will be down loaded into the CAD base map and link with GIS. The initial survey will be performed by a land surveyor licensed in the State of Louisiana.

### 3.2.4   Site Facilities

A temporary site fuel facility will be established to provide diesel fuel for Subcontractor equipment. The temporary fuel facility will be a self-contained double-wall tank located on a concrete pad with provisions for spill protection. The site fuel facility will be located south of the office complex as shown in Figure 3-1, Site Office Plan.

WGI041902



WGI041903

An equipment wash station will be set up to clean vehicles prior to leaving the site. The wash station will be used to clean haul vehicles and prevent mud and debris from being tracked onto roadways. As needed, a soap-like product may be used to remove contamination from various equipment. All waters will be collected by a built in sump and transferred to a holding tank. This tank will be tested in accordance with the SAP and handled in accordance with the Waste Management Plan. The wash station will be located south of the office complex as shown in Figure 3-1, Site Office Plan.

A waste storage area will be established to stage waste for sampling, consolidation and evaluation to determine disposal requirements. This area will also be used for temporary storage of waste prior to shipment off site. This area will be located to the northwest of the office area complex as shown in Figure 3-1, Site Office Plan. This area includes both covered and non-covered concrete areas.

### 3.2.5  Project Signs

Prior to the commencement of work a USACE Project Sign and a USACE Safety Sign will be installed as directed by the COR.

### 3.2.6  Perimeter Monitoring and Weather Stations

To ensure that demolition activities will be managed to ensure that minimal disturbance of the residential area to the east of the site, perimeter monitoring stations and a weather station will be installed. For a detailed discussion of the stations refer to the Site Safety and Health Plan and the Perimeter Monitoring Plan.

### 3.3  Pre-demolition Site Characterization

Prior to demolition and submission of the LPDES permit application, water samples will be collected from the IHNC. The samples will be collected, analyzed and handled in accordance with the Sampling and Analysis Plan. The water samples will be used to develop the LPDES as detailed in the Storm Water Pollution Prevention Plan. Soil samples will also be taken near the southern end of the site to characterize an area to be used for site fill. See the Sampling and Analysis Plan for a detailed discussion of the sampling effort.

### 3.3.1  Borrow Pit

In an attempt to ensure that off-site soil will not need to be brought onto the site, a borrow pit area will be developed at the southern end. The borrow pit will be sampled

WGI041904

and a RECAP Re-use plan will be submitted as detailed in the Sampling and Analysis Plan. The soil may be used as follows:

- Storm water control berms
- Filling pits or depressions created by foundation removal
- Filling pits or depressions created during the removal of partially buried or buried objects
- Filling excavation pits

The borrow pit will extend from the IHNC toward the east. Soil from the excavation will be segregated as contaminated bank soils and re-use soils. Re-use soils will be allowed to dewater prior to use. Contaminated soils will be handled in accordance with the Waste Management Plan.

## 3.4   Above Ground Issues

Above ground issues at the site include environmental concerns and general site items. The environmental concerns include asbestos, lead, mercury, radioactive material (smoke detectors), batteries and chlorofluorocarbons (CFCs), Polychlorinated biphenyls (PCBs), ASTs, treated timber and material/waste in containers. The general site items include equipment, fencing, trash, debris, and vegetation.

### 3.4.1   Environmental Concerns

Prior to the demolition of any of the buildings, a walk through inspection will be conducted to verify the existence or non-existence of construction materials that may contain hazardous materials. If the hazardous materials exist they will be handled according to Federal, State and Local regulations. Materials will be sampled in accordance with the SAP and handled in accordance with the Waste Management Plan. The following environmental concerns have been identified by previous inspections:

- *Asbestos-Containing Materials*

Asbestos surveys have confirmed the presence of asbestos-containing materials (ACM) in 13 of the EBIA buildings. The ACM identified includes window caulk, floor tile, pipe insulation, electrical switch insulation, transite ceiling tile, roofing material, floor tile, floor tile mastic and shingles. The affected buildings, quantities and volume ACM

WGI041905

identified are summarized in Table 3-1, Asbestos Survey Summary and graphically presented in Figure 3-2, ACM Location Plan.

All asbestos-containing materials identified in the Asbestos Survey Summary will be removed and disposed of in accordance with all local, state and federal requirements.

A site specific Asbestos Abatement Plan will be developed by an LDEQ approved Asbestos Abatement Subcontractor.   This plan will detail the removal method, work requiring poly containment, personal protective equipment to be used, showers, scaffolding, tools, encapsulation, area posting, air monitoring, final inspection and clearance sampling.  The Asbestos Abatement Plan will detail asbestos waste packaging, labelling, transportation and identify the disposal facility.  The plan will include a copy of the landfill's permit to receive asbestos waste.

The Asbestos Subcontractor will be responsible for obtaining the required permits and provide required notifications to regulatory agencies having jurisdiction over the project.

A record copy of all asbestos waste manifests with receipt signature from the landfill will be provided to the USACE.

WGI041906

**Table 3-1     Asbestos Survey Summary[3]**

| Site ID # | Material Type | Quantity | Volume of Material |
|---|---|---|---|
| 7 | Window caulk (20x15) | 6 panes, 16 windows | Est. 0.5 cubic yard |
| 11 | Floor tile (8x8in) | 1200 sq. ft | 1.5 cubic yards |
| 11 | Window caulk (20x15in) | 6 panes x 24 windows | Est. 0.5 cubic yard |
| 11 | Floor tile (8x8in) | 500 sq. ft | 0.5 CY |
| 11 | Floor tile (8x8in) | 500 sq. ft | 0.5 CY |
| 14 | Pipe insulation | 20 linear ft | Est. 1 CY |
| 14 | Pipe insulation | 40 linear ft | Est. 2 CY |
| 14 | Window caulk (20x15in) | 9 panes x 11 windows | <0.5 CY |
| 21 | Electrical switch insulation | ~3 sq. ft | <0.25 CY |
| 21 | Window caulk (20x15in) | 9 panes, 1 window | <0.25 CY |
| 27 | Window caulk (20x15in) | 6 panes, 1 window | <0.25 CY |
| 70 | Ceiling tile – transite | 200 sq. ft | 1 CY |
| 74 | Window caulk (20x15in) | 2 panes: 14 windows | 0.25 CY |
| 74 | Roofing material | 3,750 sq. ft | 5.0 CY |
| 76 | Floor tile (8x8in) | 800 sq. ft | 1 CY |
| 76 | Floor tile Tan (12x12in) | 400 sq. ft | 0.5 CY |
| 76 | Floor tile | 750 sq. ft | 1 CY |
| 76 | Window caulk | 4x4 sq. ft: 8 windows | 0.25 CY |
| N 108 | Floor tile | 50 sq. ft | <0.25 CY |
| 45 | Mastic associated with tile | 3000 sq. ft | 2 CY |
| 60 | Shingles | Unknown | Unknown |
| 91 | Floor tiles (12x12in) | 50 sq. ft | <0.25 CY |
| 99 | Floor tile (8x8in) | 50 sq. ft | <0.25 CY |

WGI041907



INNER HARBOR NAVIGATION CANAL
EAST BANK INDUSTRIAL AREA
NEW ORLEANS, LOUISIANA

USACE NEW ORLEANS DISTRICT

FIGURE 3-2
ACM LOCATION PLAN

WASHINGTON GROUP INTERNATIONAL, INC.

WGI041908

*Lead-Based Paint*

Lead based paint has been identified on a number of the structures at the site. Current regulations do not require removal of the paint prior to building demolition. Engineering controls will be implemented during demolition to prevent no additional lead contamination occurs in the soil.

*Batteries, Mercury, Smoke Detectors, Fluorescent Light Tubes and Chlorofluorocarbons*

No inventory has been provided for batteries, mercury, smoke detectors, fluorescent light tubes or CFC's. As a result, a survey will be conducted of each structure to identify and remove the above listed items. All items will be removed intact whenever possible. Any CFC's (R12 or R22 refrigerant) encountered will be removed by an air conditioning refrigerant recycler. Items removed will be staged at the waste staging area and evaluated for recycling or disposal. Lead acid batteries will be recycled. Smoke detectors will be returned to the manufacturer for recycling or transported to a licensed facility for disposal. All items will be packaged and labelled and transported according to the requirements for each item.

*Polychlorinated Biphenyls*

Site investigations have identified the presence of suspected PCB containing or impacted materials at 15 separate locations around the site. The PCB's are present in transformer oil and fluorescent light ballasts. PCB contaminated soils have been identified at two transformer locations and PCB contaminated concrete has been identified at one of these locations. Removal of the contaminated soil and concrete will be handled during the Corrective Action Plan (Remediation) phase of the Scope of Work, Section 3.7.5. The list of suspected PCB-containing ballasts and approximate quantities are presented in Table 3-2, PCB Summary Survey and graphically presented in Figure 3-3, PCB Location Plan.

WGI041909

Table 3-2    PCB Summary Survey[3]

| Site ID # | Material Type | Quantity |
|---|---|---|
| 11 | Fluorescent Light Ballast | 72 Fixtures |
| 34 | Oil | 6 Transformers |
| 74 | Fluorescent Light Ballast | 6 Fixtures |
| 76 | Fluorescent Light Ballast | 33 Fixtures |
| 117 | Fluorescent Light Ballast | 4 Fixtures |
| 119 | Fluorescent Light Ballast | 4 Fixtures |
| 122 | Fluorescent Light Ballast | 7 Fixtures |
| 123 | Fluorescent Light Ballast | 3 Fixtures |
| 45 | Fluorescent Light Ballast | 80 Fixtures |
| 47 | Fluorescent Light Ballast | 6 Fixtures |
| 58 | Fluorescent Light Ballast | 1 Fixture |
| 60 | Fluorescent Light Ballast | 5 Fixtures |
| 85 | 3 Transformers | ~ 40 gallons each |
| 86 | Fluorescent Light Ballast | 6 Fixtures |

All items identified in the PCB Survey Summary will be removed. Entergy has been confirmed as the owner of the transformers (Site ID# 34 and #85). Entergy will be requested to remove the utility owned transformers when project work begins.

Electrical wiring for the light fixtures will be disconnected and the light ballasts will be removed intact. The ballasts will be placed in drums at the removal location. Any ballasts with visible leakage will require special handling. Visible oil will be removed with a cloth. Leaking ballasts will be segregated and placed in separate drums. All drums will be labelled to identify the contents before being sealed.

Intact removal of ballasts will continue in each building identified until all ballasts have been removed. As drums are filled they will be transported to the waste storage area and consolidated for shipping. Waste profile and manifest documentation will be completed and PCB waste will be transported off site for disposal.

WGI041910



INNER HARBOR NAVIGATION CANAL
EAST BANK INDUSTRIAL AREA
NEW ORLEANS, LOUISIANA

USACE NEW ORLEANS DISTRICT

FIGURE 3-3

PCB LOCATION PLAN

WASHINGTON GROUP INTERNATIONAL, INC.

WGI041911