# EXHIBIT 20



# STATEMENT OF WORK
## FOR
## EXCAVATION AND DISPOSAL OF
## ADDITIONAL SUBSURFACE
## FOUNDATIONS, ACM AND CONCRETE WASTES
## AT
## EAST BANK INDUSTRIAL AREA (EBIA)
## INNER HARBOR NAVIGATION CANAL (IHNC)
## LOCK REPLACEMENT PROJECT
### NEW ORLEANS, LOUISIANA

Contract Number DACA56-94-D-0021
WGI/MK Task Order 0026
Modification 002610

6 Aug 2001

**1.** <u>General</u>. The Contractor shall furnish all services, materials, supplies, labor, equipment, superintendence, procurement, subcontracting, all necessary permits, licenses, laboratory services, waste characterization, waste profiling, transportation and disposal as required, for the excavation and disposal of additional subsurface foundations, asbestos containing materials (ACM) and concrete wastes for the IHNC East Bank Industrial Area in accordance with the USACE-approved Work Plans, LDEQ RECAP requirements, etc. Interagency partners involved in this project consists of the US Army Corps of Engineers Tulsa District, US Army Corps of Engineers New Orleans District, Washington Group International, Inc. and the Louisiana Department of Environmental Quality (LDEQ).

**2.** <u>Site History</u>. The East Bank Industrial Area consists of inactive and active industrial sites leased to private operators by the Port of New Orleans on the east side of the IHNC along Surekote Road. Specific sites include: Boland Marine, McDonough Marine, Indian Towing, Distributor's Oil, Mayer Yacht, Saucer Marine, and International Tank Terminal. All of these sites have been vacated by Port tenants. The project property will be purchased by USACE through negotiations with the Port. The 32-acre project site includes approximately 50 above-ground buildings, 35 additional concrete slabs, 10 abandoned barges, wharves, bulkheads, fencing, paved areas, trash piles, above ground storage tanks(ASTs), underground storage tanks(USTs), transformer units, miscellaneous equipment, and debris. Previous investigations have shown lead-based paint, asbestos,

CONTRACTOR'S COPY



WGI054419

and PCBs in the above-ground structures, creosote-treated timbers along the wharves and bulkheads, and soil contaminated with products and wastes utilized by the marine service industry including oil, petroleum fuel, arsenic, and lead associated with sand blasting. Other unknown debris and contaminants may exist at the site. TERC Task Order 0026 was awarded by USACE Tulsa and New Orleans Districts to Morrison Knudsen on 12 Jul 99 to perform a demolition and site preparation recommendations report for the IHNC East Bank Industrial Area. The task order scope was modified via modification 002601 on 23 Nov 99 to perform an arsenic background investigation for the IHNC Replacement Project. After review and comments by USACE and LDEQ, the field work scope of work consisting of quantity and depths of borings was modified via modification 02602 17 May 00. Modification 02603 was awarded 5 Jul 00 to WGI/MK for the Development of Work Plans and Subcontracting Plan/Services. Modifications 002604 through 02609 were subsequently awarded bringing the total task order to date to $8,287,764.00.

### 3. Project Requirements.

3.1 Boland Marine Subsurface Foundations. Subsequent to the award of Modifications 02608 and 02609, the Contractor discovered an additional eight (8) unknown subsurface concrete and steel foundations beneath the existing building slabs at the Boland Marine site during building and slab demolition operations. These items were left behind by the Port's former industrial/marine tenants and were unknown due to the absence of any "as-built" drawings. Anecdotal remarks from a former Boland Marine employees suggests that some of the foundations may have served as the foundation of a former 3-leg tower crane. The mass concrete and steel foundations are assumed to be reinforced with rebar and pile-founded on treated wooden pilings assumed to be 30'-35' long. All concrete, steel and pilings shall be removed in their entirety and disposed off-site at appropriate disposal facilities and material recyclers. Salvage value of any recycled steel or rebar shall be credited to WGI or its Subcontractor to defray the cost of this work. See enclosure 1 digital photographs and Sketch 1 for more information.

Technical Assumptions:
1783 Tons of concrete
990 Linear Feet of treated wood piling
Dewatering is a potential task for the removal of the southern block. It is assumed a cofferdam will be built with whalers installed at –5', -18', and –28' (if necessary). The cofferdam and whalers shall have a design that is approved by a Louisiana State Registered P.E.
An excavation plan will be required.
A decision will be made to excavate further, when the excavation reaches a depth of -25' msl.
All elevation measurements are from mean sea level.

3.2 Asbestos Containing Material (ACM) Excavation and Disposal. During the course of building and slab demolition operations, the Contractor discovered subsurface deposits of ACM (transite) under building slabs; co-mingled with concrete slabs and

WGI054420

co-mingled with soil. The Contractor shall subcontract with an LDEQ licensed asbestos abatement subcontractor to perform safety awareness training of demolition workers; oversee the excavation and segregation of concrete from transite material; loading and disposition of ACM contaminated soil; provide roll-offs for disposal; and provide hazmat technician(s) for monitoring equipment, air sampling, PPE and miscellaneous supplies. The Contractor shall consolidate and transport all ACM materials to appropriate Government-approved TSD facility(ies). Decontaminate all trucks, equipment and tools that have handled ACM material. Comply with all transportation related regulations (i.e., packaging, labeling, placarding, etc.) associated with the transportation of ACM materials. The asbestos abatement subcontractor shall prepare and sign all shipping papers and ADVF forms for each shipment of ACM on behalf of Washington Group International and USACE, New Orleans District. WGI shall be responsible for acquiring and submitting four (4) copies of properly signed/executed ADVF forms from the subcontractor and disposal facility to USACE within 30 days after disposal. See Sketch 2 for various ACM locations.

Technical Assumptions:
1300 Tons of ACM contaminated soil.
20 Tons of Lead Paint contaminated soil with ACM.
250 Tons of ACM contaminated concrete.
Average depth of transite contamination is estimated to be 2'. A work plan and safety plan shall be developed that is acceptable by LDEQ. The work plan shall contain emergency contingency for handling friable ACM.
As this site is being cleaned up under LDEQ RECAP regulations, a full TCLP with RCI will be required for soils and transite bearing soils (testing shall include pesticides and herbicides). The TCLP samples shall be composite samples with a seven-day turnaround.

3.3  International Tank Terminal (ITT) Subsurface Concrete Waste Excavation and Disposal. During the site sampling and analysis phase of work at the former ITT site, the Contractor encountered substantial deposits of surface and subsurface waste concrete and pozzolanic materials distributed throughout the first five (5) feet of the ground. This concrete waste caused extremely hard geotechnical drilling conditions and was noted to exist on the southern one-third portion of the ITT site. The Contractor shall be responsible for stripping clean earthen material (i.e., overburden) from the concrete/pozzolanic waste and stockpiling same nearby; breaking/ripping the concrete into manageable pieces; excavating, loading and transporting the material; and ultimate disposal at appropriate waste facilities/recyclers. This work shall also include breaking and removal of the armored IHNC canal top of bank along the ITT site. Site restoration shall consist of backfilling the waste excavations with stripped materials stockpiled on-site; compacting the backfill to the density of adjacent material; grading the ITT site to slope to drain from east to west (i.e., from the floodwall towards the IHNC canal); and temporary fertilizing and seeding of all disturbed areas. See enclosure Sketch 3 for approximate locations of waste concrete/pozzolan.

WGI054421

Technical Assumptions:
17,000 Tons of waste concrete/pozzolan materials
Additional soil for backfilling if required, shall come from offsite sources. Any
offsite sources shall require testing of soil to verify import capability.

4. **Project Changes.** Amendments, additions, or changes proposed by the Contractor as
part of this task order shall be reviewed, annotated and approved by the Contracting
Officer prior to field implementation. Requests for changes shall be submitted to the
Contracting Officer or the Contracting Officer's Representative (COR) in the form of
Contractor Information Requests (CIR). A standard form shall include the date of
request, CIR sequence number, problem identification, explanation and nature of
problem, resolutions, cost and schedule impacts, and recommendations. The form shall
be signed by the Contractor's representative with space for a Government response. The
work shall incorporate the requirements as discussed in any pre-proposal and site visit
conference(s) and all data included in Government-furnished material.

5. **Project Schedule.** Duration is in calendar days.

| | | |
|---|---|---|
| 5.1 | WAD Setup | 7 days after T.O. Mod. award. |
| 5.2 | Revised Schedule | 14 days after T.O Mod. award |
| 5.3 | RA Field Work | Per WGI's revised schedule |

6. **Work Sequencing and General Performance.** The time for completion of the work
shall be extended 62 calendar days from 30 Nov 02 to 31 Jan 03.

7. **Reports.** In addition to the reports required by the Basic Contract, the Contractor
shall provide the following reports:

7.1 **Monthly Cost Reports.** The Contractor shall continue submitting monthly cost
reports to USACE, New Orleans and Tulsa Districts. The Contractor shall include in the
cost reports all field and home office costs associated with this modification.

8. **Contractor Quality Control (CQC).** The Contractor shall provide the assurance that
required levels of quality are being achieved throughout all design and coordination
work, including all work performed by subcontractors, laboratories, etc. and shall be
conducted in accordance with the USACE-approved CQC Plan.

8.1 **Daily Reports.** The Contractor shall provide daily CQC reports to the on-site
USACE Quality Assurance Representative (QAR). The Contractor shall complete a form
that depicts sequential numbering for each day of the project and shall deliver the form to
the COE QAR by 12:00 p.m. the following workday.

8.2 **Normal Reporting.** The Contractor shall develop, implement and document 3-
phase inspection quality checks each day in the daily CQC report. The Contractor shall
report all items in specific, quantitative and definitive terms.

8.3 **Reporting of Irregularities.** The Contractor shall notify the COR of accidents, equipment failure, customer concerns, non-availability of materials, etc. The Contractor shall provide verbal notification the same business day (notification shall be made to the QAR if the COR is unavailable). The Contractor shall report these events in writing in the daily CQC report.

9. **Points of Contact.** The USACE HTRW Construction Manager will be Mr. Lee Guillory, 504-862-2934 and the USACE CORs will be Messrs. James Montegut III, Lee Guillory; and Kevin DaVee. Any questions concerning technical issues, contract administration, billing, and payment should be directed to Mr. Montegut or Mr. Guillory in his absence. The Contracting Officer is Mr. John Weatherly, (918) 669-7281. All contract questions should be directed to Mr. Weatherly.

LDEQ POC:
Mr. William N. Perry
Louisiana Dept. of Environmental Quality
Remediation Services Division
P. O. Box 82178
Baton Rouge, LA 70884-2178
Phone: 225-765-0461
Fax: 225-765-0484
Email: williamp@deq.state.la.us

Direct all LDEQ correspondence regarding remediation issues in triplicate to (1 copy directed to attention of Mr. Perry):
Keith L. Casanova, Administrator
LDEQ, Remediation Services Division
P. O. Box 82178
Baton Rouge, LA 70884-2178

10. **Distribution of Submittals.**

10.1 Copies of technical comments, submittals, monthly reports, etc. shall be mailed to:

ATTN: Mr. Lee A. Guillory - CEMVN-CD-QM
USACE, New Orleans District
Post Office Box 60267
New Orleans, LA 70160-0267
Phone: 504-862-2934
Fax: 504-862-2896
Lee.A.Guillory@mvn02.usace.army.mil

FedEx address is:

WGI054423

ATTN: Mr. Lee A. Guillory - CEMVN-CD-QM
USACE, New Orleans District
7400 Leake Avenue
New Orleans, LA 70118

10.2 Subcontract Consent/Notification of Award packages shall be submitted as follows:

Original to: (mail and FedEx)

U.S. Army Corps of Engineers, Tulsa District
ATTN: Mr. John Weatherly - CESWT-CT-M
1645 S. 101st E. Ave.
Tulsa, OK 74128-4609

Copy to: Mr. Montegut

10.3 Cost schedule reports will be submitted as follows:

Original to Mr. Montegut
Copy to Mr. Guillory
Copy to Mr. Weatherly
Copy to Mr. Kevin DaVee, same address as Mr. Weatherly, except CESWT-EC-E

10.4 Vouchers will be submitted as follows:

Original SF1034, SF1035, certification and highlighted back-up data FedExed to Mr. Montegut.  Copy to Mr. Guillory.

10.5 WAD, WBS, travel and overtime requests shall be mailed or faxed to Mr. Montegut.

10.6 Percent complete reports for Fixed/Base Fee/Award Fee (all T.O.s)

Original to Mr. DaVee
Copy to Mr. Guillory and Mr. Montegut

10.7 Form 743R, Monthly Exposure Reports to Mr. Guillory.

11. **General Provisions**.  See Contract DACA 56-94-D-0021.

WGI054424



Subsurface Structure under slab BOL #14

Subsurface Structure under Slab BOL #14

Mod 0240, Encl 1

WGI054425



Subsurface concrete footing due N of wedding cake structure #14

Possible piling under concrete footing at wedding cake structure #14

WGI054426



Subsurface concrete and ribbed plate at wedding cake structure/Bol #14

Exploratory excavation at wedding cake structure #14 – Full reach of excavator

WGI054427



Peeling back steel plate w/ribbing – S end of wedding cake structure at #14

Solid concrete exposed behind steel plate at wedding cake structure at #14

WGI054428



Subsurface concrete at West side of BOL #7

Subsurface concrete at NW corner of BOL #7

WGI054429



Subsurface concrete at E side of BOL #9

Double slab and debris at Boland Marine #14

WGI054430



Double slab and debris at Boland Marine #14



Subsurface concrete structure under #14

WGI054431



Subsurface concrete structure at Boland Marine #14

Double slab and debris at Boland Marine #14

WGI054432



Subsurface concrete structure at Boland Marine #14.

WGI054433