UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO: *Leval* C.A. No. 07-2749 | SECTION "K"(2) |

**ORDER**

Considering the forgoing, **IT IS ORDERED** that the dismissal cutoff be extended an additional 90 (ninety) days to facilitate completing the necessary formalities to settle this case.

New Orleans, Louisiana, this 30th day of October, 2008.

Stanwood R. Duval, Jr.
United States District Judge