# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES         CIVIL ACTION
CONSOLIDATED LITIGATION            NO. 05-4182

PERTAINS TO: *Valenti* C.A. No. 07-2750         SECTION "K"(2)

## <u>ORDER</u>

Considering the forgoing, **IT IS ORDERED** that the order of dismissal be extended an additional 90 (ninety) days to facilitate completing the necessary formalities to settle this case.

New Orleans, Louisiana, this 31st day of October, 2008.

_____

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**