UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES  　　　　CIVIL ACTION
CONSOLIDATED LITIGATION　　　　　　　　NO. 05-4182

PERTAINS TO: *Polk* C.A. No. 07-2751　　　　SECTION "K"(2)

## ORDER

Considering the forgoing, **IT IS ORDERED** that the order of dismissal be extended an additional 90 (ninety) days to facilitate completing the necessary formalities to settle this case.

New Orleans, Louisiana, this  31st day of October, 2008.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**