UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO: 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Hammer, 06-9152 | * * * | JUDGE DUVAL MAG. WILKINSON |

*****************************************************************************

## ORDER

Considering the foregoing Motion for Entry of Final Judgment filed by State Farm Fire and Casualty Company (the "Motion"), and finding:

1. This Court has previously in its June 13, 2008 Post-*Sher* Insurance Umbrella Case Management Order dismissed all claims asserted by plaintiffs in this consolidated litigation, including claims by Jason Hammer in the instant action, against any insurer defendant, including State Farm Fire and Casualty Company, alleging failure to provide flood damage coverage under an insurance policy that excludes such coverage, including all allegations by Jason Hammer that a class action should be certified against State Farm Fire and Casualty Company concerning such an alleged flood claim; and

2. That the parties having settled all other claims and potential claims by Jason Hammer individually against State Farm Fire and Casualty Company.

948072v.1

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion is granted and that final judgment is hereby entered dismissing all of the allegations within Jason Hammer's Petition for Damages made on behalf of a putative class against State Farm Fire and Casualty Company, with prejudice and dismissing all of the claims asserted by Jason Hammer individually with prejudice.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** the Court shall retain jurisdiction over all actions, if any, by State Farm or Jason Hammer to enforce their settlement agreement.

New Orleans, this __31st__ day of _____October_____, 2008.

_____
UNITED STATES DISTRICT JUDGE

948072v.1