UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                  CIVIL ACTION
CONSOLIDATED LITIGATION
                                                NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE                          JUDGE DUVAL
    Abadie  06-5164                              MAG. WILKINSON
    Abadie  07-5112
    Austin 06-5383

## ORDER

In response to the court's previous orders, Record Doc. No. 13740, 15645, I have conducted conferences and received status reports concerning the referenced Abadie and Austin "Insurance-Mass Joinder" cases. Progress toward resolution of all claims in these cases continues to proceed satisfactorily. Thus, counsel will be permitted to continue in their current settlement efforts as to the claims against homeowner insurers, without severance of the remaining claims and scheduling of individual trial dates, at least for another 60 days.

**IT IS ORDERED**, however, that a call docket in the Austin and both Abadie cases will be conducted before me on **January 8, 2009 at 10:00 a.m.** At that call docket, plaintiffs' counsel must report to me plaintiff-by-plaintiff, on an individual basis, the status of the claims of each plaintiff whose claims have not yet formally been dismissed, so that I may determine whether each claim should immediately be severed and reallotted for trial scheduling purpose. No later than **January 5, 2009**, plaintiffs' counsel must

provide me with an updated, detailed, plaintiff-by-plaintiff status report for all claims that have not by that date been formally dismissed.  Plaintiffs' counsel, Joseph M. Bruno, and Defense Liaison Counsel must appear in person.  Counsel for any defendant against whom claims are asserted in the Austin and both Abadie cases may also attend.

New Orleans, Louisiana, this ___31st___ day of October, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.
and (via email)
Joseph M. Bruno; jbruno@jbrunolaw.com
Ralph Hubbard; rhubbard@lawla.com
Charles Chassaignac; cchassaignac@phjlaw.com