UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO.   05-4182 |
| PERTAINS TO: | * | SECTION "K" (2) |
| *Flowers,* C.A. No. 07-8447 | | |
| *   *   *   *   *   *   *   *   * | | |

**ORDER**

Considering the foregoing:

IT IS ORDERED that the Order of Dismissal entered in this matter on September 9, 2008, be and the same is hereby extended until the 9th day of December May 2008.

_____
**JUDGE, UNITED STATES DISTRICT COURT**

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 31st day of October 2008 2008, served a copy of the foregoing on all counsel of record via CM/ECF System Notice of Electronic Filing.

**s/ Gary M. Pendergast**