MINUTE ENTRY
WILKINSON, M.J.
OCTOBER 31, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE<br>Rogers, 06-152<br>Baird, 06-153 | JUDGE DUVAL<br>MAG. WILKINSON |

Defense counsel has advised that the parties are engaged in ongoing settlement negotiations. At the request of defense counsel, due to illness, **IT IS ORDERED** that the Settlement Conferences previously set in the referenced matters on this date are hereby **RESET on NOVEMBER 17, 2008 at 3:00 p.m.** before me. At that time, if the cases have not settled, I will determine whether deconsolidation for purposes of setting a trial schedule will then be appropriate.

                                              JOSEPH C. WILKINSON, JR.
                                              UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.

MJSTAR:  0 : 05