# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATD LITIGATION<br>PERTAINS TO: SEVERED MASS JOINDER CASES | * <br> * <br> * <br> * | CIVIL ACTION<br><br>NO. 05-4182 |
| *Severed from Abadie, 06-5164* | * <br> * <br> * | SECTION "K"(2) |
| BERNICE SIMON<br>        Plaintiff | * <br> * <br> * | CIVIL ACTION<br><br>NO.  07-2337 |
| STATE FARM FIRE and CASUALTY COMPANY<br>        Defendant | * <br> * | SECTION "K"(2) |

**************************************************

## ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiff, Bernice Simon, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this _____ day of _____, 2007.


                                        _____
                                        USDC JUDGE STANWOOD R. DUVAL, JR.
                                        Section "K," Magistrate: 2


{N0142874}