UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> § <br> § <br> **PERTAINS TO: INSURANCE** § <br> *Kiefer, et al. v. Allstate, et al.* 06-5370 § <br> As to Plaintiffs Tobias Stewart and Oceal Stewart § <br> § | CIVIL ACTION <br> NO. 05-4182 (K)(2) <br> JUDGE DUVAL <br> MAG. WILKINSON |

## MOTION FOR LIMITED REOPENING OF CASE TO DISMISS CLAIMS OF TOBIAS STEWART AND OCEAL STEWART

NOW INTO COURT, through undersigned counsel, come plaintiffs Tobias Stewart and Oceal Stewart, who respectfully request that their claim against defendant Allstate Insurance Company be dismissed with prejudice from *Kiefer*, et al. *v. Allstate*, et al. as all claims have been compromised and settled.

This Motion seeks the limited reopening of the *Kiefer* case to dismiss Tobias and Oceal Stewart's claims in the above named and captioned litigation. Accordingly, plaintiffs move this Court for an entry of an order to (1) reopen the *Kiefer, et al.* proceeding, No. 06-5370, with respect to Allstate Insurance Company for the limited purpose of addressing this Motion, and (2) dismiss with prejudice, and at each party's cost, all claims asserted by plaintiffs Tobias Stewart and Oceal Stewart against Allstate Insurance Company in the *Kiefer* complaint.

Defense counsel has been contacted and has no opposition with the dismissal of Tobias and Oceal Stewart's claims against Allstate Insurance Company pending in the *Kiefer* complaint.

**WHEREFORE,** plaintiffs Tobias Stewart and Oceal Stewart request that this Court enter an order as set forth above.

Respectfully submitted,

/s/ Calvin C. Fayard, Jr.
Wanda J. Edwards, #27448
Calvin C. Fayard, Jr., #5486
Fayard and Honeycutt, APC
519 Florida Avenue, SW
Denham Springs, Louisiana 70726
Telephone: 225/664-4193

and

Peyton P. Murphy, #22125
7035 Jefferson Highway
Baton Rouge, LA 70806
(225) 928-8800

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in the captioned matter.

/s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr.