## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | § | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | § | **NO.  05-4182 (K)(2)** |
| | § | **JUDGE DUVAL** |
| | § | **MAG. WILKINSON** |
| _____ | § | |
| | § | |
| **PERTAINS TO:     INSURANCE** | § | |
| *Kiefer, et al. v. Allstate, et al.*  06-5370 | § | |
| As to Plaintiffs Tobias Stewart and Oceal Stewart | § | |
| _____ | § | |

## <u>ORDER</u>

**IT IS ORDERED** that the above entitled and numbered cause which is administratively

stayed, be opened for the limited purposes expressed herein; and

**IT IS FURTHER ORDERED** that the above entitled and numbered cause be and it hereby

is dismissed with prejudice only as to plaintiffs Tobias Stewart and Oceal Stewart, and their claims

against their insurer and defendant Allstate Insurance Company, as to all demands, all parties to bear

their own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.


_____
UNITED STATES DISTRICT COURT JUDGE