UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § | CIVIL ACTION NO. 05-4182 (K)(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO:   INSURANCE *Kiefer, et al. v. Allstate, et al.* 06-5370 As to Plaintiff John Boyd | § § § § § | |

## MOTION FOR LIMITED REOPENING
## OF CASE TO DISMISS CLAIMS OF JOHN BOYD

NOW INTO COURT, through undersigned counsel, comes plaintiff John Boyd, who respectfully requests that his claim against defendant Certain Underwriters at Lloyd's London be dismissed with prejudice from *Kiefer*, et al. *v. Allstate*, et al. as plaintiff does not wish to proceed with the litigation.

This Motion seeks the limited reopening of the *Kiefer* case to dismiss John Boyd's claims in the above named and captioned litigation. Accordingly, plaintiff moves this Court for an entry of an order to (1) reopen the *Kiefer, et al.* proceeding, No. 06-5370, with respect to Certain Underwriters at Lloyd's London for the limited purpose of addressing this Motion, and (2) dismiss with prejudice, and at each party's cost, all claims asserted by plaintiff John Boyd against Certain

Underwriters at Lloyd's London in the *Kiefer* complaint.

Defense counsel has been contacted and has no opposition with the dismissal of John Boyd's claims against Certain Underwriters at Lloyd's London pending in the *Kiefer* complaint.

**WHEREFORE,** plaintiff John Boyd requests that this Court enter an order as set forth above.

Respectfully submitted,

/s/ Calvin C. Fayard, Jr.
Wanda J. Edwards, #27448
Calvin C. Fayard, Jr., #5486
Fayard and Honeycutt, APC
519 Florida Avenue, SW
Denham Springs, Louisiana 70726
Telephone: 225/664-4193

and

Peyton P. Murphy, #22125
7035 Jefferson Highway
Baton Rouge, LA 70806
(225) 928-8800

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in the captioned matter.

/s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr.