UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> § <br> § <br> PERTAINS TO: § <br> INSURANCE    (07-2660) § <br> *Rene Hollins and Charlotte Hollins v.* § <br> *State Farm Fire and Casualty* § <br> *Insurance Company* § <br> § | CIVIL ACTION <br> NO. 05-4182 "K"(2) <br> JUDGE DUVAL <br> MAG. WILKINSON |

## MOTION TO DISMISS

**NOW INTO COURT,** through undersigned counsel, comes plaintiffs, Rene Hollins and Charlotte Hollins, who seek to dismiss the above captioned complaint against State Farm Fire and Casualty Insurance Company, with prejudice as to all demands, all parties to bear their own costs. Counsel for defendant has no opposition to the dismissal as this case has been compromised and settled.

WHEREFORE, plaintiffs, Rene Hollins and Charlotte Hollins, respectfully request that the Court enter an order dismissing the action with prejudice as to all demands, all parties to bear their own costs.

Respectfully submitted,

/s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr. #5486
Wanda J. Edwards, #27448
FAYARD & HONEYCUTT, APC
519 Florida Avenue SW
Denham Springs, Louisiana 70726
Telephone: 225-664-4193
Facsimile: 225-664-6925

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

/s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr.