UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES §<br>CONSOLIDATED LITIGATION § <br> § <br> § <br> § <br>_____§ <br> § <br>**PERTAINS TO:** § <br>**INSURANCE (07-2660)** § <br>*Rene Hollins and Charlotte Hollins v.* § <br>*State Farm Fire and Casualty* § <br>*Insurance Company* § <br>_____§ | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

**IT IS ORDERED** that the above entitled and numbered cause be and it hereby is dismissed with prejudice as to plaintiffs, Rene Hollins and Charlotte Hollins, and defendant, State Farm Fire and Casualty Insurance Company, as to all demands, all parties to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
JUDGE