# LARZELERE PICOU WELLS SIMPSON LONERO, LLC

ATTORNEYS AT LAW
SUITE 1100 - TWO LAKEWAY CENTER
3850 N. CAUSEWAY BOULEVARD
METAIRIE, LOUISIANA 70002
TELEPHONE (504) 834-6500

MARY K. DENNARD
mdennard@lpwsl.com

FAX: (504) 834-6565

October 31, 2008

RECEIVED
OCT 31 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

**VIA FACSIMILE**
Honorable Joseph C. Wilkinson, Jr.
Magistrate Judge
United States District Court - Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

RE: *In Re Katrina Canal Breaches Consolidated Litigation*
USDC, EDLA No. 05-4182, "K" (2)
**Pertains to: Edwin R. Murray 07-9511**
Our File No.: 000800-07192

Dear Judge Wilkinson:

This will confirm that the parties have settled this case in full at mediation that took place on Wednesday, October 29, 2008. Please be advised that this case does not involve the Road Home Program or an SBA loan. We would appreciate it if you would issue the customary sixty-day Order of Dismissal.

With kindest regards, I remain

Yours very truly,

Mary K. Dennard

MKD/llg

cc: Michael C. Darnell, Esq. (via facsimile)
Bruce L. Feingerts, Esq. (via facsimile)