UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE<br> Rogers, 06-152<br> Baird, 06-153 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

At the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, the court has been advised by defense counsel, Susan Rogge (by letter filed separately in the record), that the referenced cases have settled, conditioned upon Road Home Program approval. Accordingly, the settlement conferences previously set in these matters on November 17, 2008, are hereby CANCELLED. By copy of this minute entry, Judge Duval is advised so that he may enter an appropriate 90-day conditional dismissal order in the referenced Rogers and Baird cases only.

New Orleans, Louisiana, this __3rd__ day of November, 2008.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.