IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 08-30962

CV05-4182 c/w
07-3500 K

IN RE: KATRINA CANAL BREACHES LITIGATION

MAUREEN O'DWYER; SHIRLEY D O'DWYER; LISA MARIE O'DWYER;
HAROLD JOSEPH GAGNET; SALLY EDGERTON RICHARDS; ET AL

        Plaintiffs - Appellants

v.

UNITED STATES OF AMERICA

        Defendant - Appellee

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of October 30, 2008, for want of prosecution. The appellants failed to timely order transcript and make financial arrangements with court reporter, and failed to pay the docketing fee.

                              CHARLES R. FULBRUGE III
                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

                By: _____
                          Dantrell Johnson, Deputy Clerk

                      ENTERED AT THE DIRECTION OF THE COURT

DIS-2

# *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 30, 2008

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

       No. 08-30962  In Re: Katrina Canal
         USDC No.  2:06-CV-6099
                     2:05-CV-4182

Enclosed is a certified copy of the judgment issued as the mandate.

                    Sincerely,

                    CHARLES R. FULBRUGE III, Clerk

                    *Dantrell Johnson*
           By: _____
                    Dantrell Johnson, Deputy Clerk
                    504-310-7689

cc: w/encl:
    Mr Ashton R O'Dwyer Jr
    Mr James L Nelson

MDT-1