

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 30, 2008

No. 08-30963

cv 05-4182 c/w 07-3500

Charles R. Fulbruge III
Clerk

IN RE: KATRINA CANAL BREACHES LITIGATION

---

PARFAIT FAMILY; HELEN FRANK, Individually and as administratrix of the succession of Richard Frank, and on behalf of any and all heirs, survivors, relatives, and beneficiaries of the deceased; MICHELLE JONES, "Mink"; KENNETH WILLIAMS; LADANYA WILLIAMS; ET AL

      Plaintiffs - Appellants

v.

UNITED STATES OF AMERICA

      Defendant - Appellee

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of October 30, 2008, for want of prosecution. The appellants failed to timely order transcript and make financial arrangements, and failed to pay the docketing fee.

CHARLES R. FULBRUGE III
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: *Dantrell Johnson*
Dantrell Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-2

A true copy
Attest: OCT 3 0 2008
Clerk, U.S. Court of Appeals, Fifth Circuit
By *Dantrell Johnson*
           Deputy
New Orleans, Louisiana

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 30, 2008

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

      No. 08-30963   In Re: Katrina Canal
      USDC No.   2:07-CV-3500
                    2:05-CV-4182

Enclosed is a certified copy of the judgment issued as the mandate.

                                Sincerely,

                                CHARLES R. FULBRUGE III, Clerk

                       By: _____
                          Dantrell Johnson, Deputy Clerk
                          504-310-7689

cc: w/encl:
    Mr Ashton R O'Dwyer Jr

MDT-1