# AFFIDAVIT

STATE OF PENNSYLVANIA

COUNTY OF MONTGOMERY

Before me, the undersigned authority, comes RICHARD S. MARCH, who, having been duly sworn, did depose and state:

1. That he is a person of the full age of majority and a resident of the State of New Jersey;

2. That he is Senior Vice President and General Counsel of United National Casualty Insurance Company;

3. That United National Casualty Insurance Company is licensed to write property coverage policies in the State of Louisiana, but has never issued a property coverage policy in the State of Louisiana, and thus never issued an "All Risk" coverage policy in the State of Louisiana.

_____
RICHARD S. MARCH

SWORN TO AND SUBSCRIBED BEFORE ME

THIS 31st DAY OF October, 2008.

_Patricia A. Kirk_
NOTARY PUBLIC

My commission expires April 8, 2010

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
PATRICIA A. KIRK, Notary Public
Lower Merion Twp., Montgomery County
My Commission Expires April 8, 2010