MINUTE ENTRY
DUVAL, J.
October 30, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                              CIVIL ACTION
CONSOLIDATED LITIGATION
                                                          NO. 05-4182

PERTAINS TO:                                              SECTION "K"
   *Chehardy*  C.A. Nos. 06-1672, 06-1673, 06-1574
   *Imperial Trading Co.* C.A. No. 07-1303
   *Xavier University* C.A. No. 07-1304
   *Abadie* C.A. No. 06-5164 & 07-5112

Attending a status conference to discuss the scheduling of the Rule 12 motion practice as well as the confecting of a case management order with respect to the Insurance Master Consolidated Class Action Complaint (Doc. 3413)  were:

   Joseph Bruno, James Garner and Frank Dudenhefer for plaintiffs and

   Ralph Hubbard and Seth Schmeeckle for defendants.

   Magistrate Judge Jay Wilkinson

As a result of the insurance litigation which has already occurred in this matter, the primary claims that remain concern bad faith and under-adjustment.  As such, the defendants believe and the Court concurred that prior to confecting a Case Management Order for this matter, it would be more appropriate for the motion to dismiss which the insurers seek to assert  be filed. Accordingly,

   **IT IS ORDERED** that the following briefing schedule is established:

December 15, 2008    Defendants shall file a Motion to Dismiss.

January 15, 2008    Plaintiffs shall file an opposition thereto.

January 30, 2008    Defendants shall file a reply thereto.

February 13, 2008     The hearing on this motion shall be held at 10:00 a.m.

It was also understood that counsel for Xavier and Imperial Trading would review pleadings to insure that all issues contained those suits have been properly captured in the Insurance Master Consolidated Class Action Complaint. In the event any amendment is necessary, such amendment shall be filed no later than November 13, 2008.

*[signature]*

JP-10: 45 MINS.