UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| _____ | § | |

DEFENDANT UNITED STATES' CONSENT MOTION
FOR LEAVE TO FILE A REPLY MEMORANDUM
EXCEEDING TEN PAGES IN LENGTH

Defendant United States hereby respectfully requests leave to file a reply brief not exceeding thirty pages in length in support of its Motion for Partial Summary Judgment (Record Doc. 15317).

Plaintiffs' counsel has consented the filing of an over-length reply.

1

Pursuant to Local Rule 7.3E, a proposed Order is provided.

    Respectfully submitted,

    s/ Robin D. Smith
    ROBIN D. SMITH
    Senior Trial Counsel
    Torts Branch, Civil Division
    U.S. Department of Justice
    Benjamin Franklin Station, P.O. Box 888
    Washington, D.C.  20044
    (202) 616-4289 / (202) 616-5200 (Fax)
    Attorney for the Defendant United States

CERTIFICATE OF SERVICE

I certify that on November 3, 2008, a true copy of the foregoing was served on all counsel of record by ECF.

                                                  s/ Robin D. Smith
                                                  Robin D. Smith