MINUTE ENTRY
WILKINSON, M.J
NOVEMBER 3, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Branch, 07-3086 | JUDGE DUVAL |
| | MAG. WILKINSON |

Pursuant to my previous order, Record Doc. No. 15616, a telephone conference was conducted in the referenced Branch case on this date before the undersigned magistrate judge. Participating were: Brian Eiselen, representing plaintiffs; Gregory Schwab, representing defendant. Counsel reported that plaintiffs have now been located through the efforts of plaintiffs' counsel and that the previously recommended settlement has now been confirmed, subject to Road Home Program approval. Accordingly, by copy of this minute entry, Judge Duval is advised so that he may enter an appropriate 90-day conditional dismissal order in the referenced Branch case only.

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR:  0 : 05