**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  KATRINA CANAL BREACHES                           CIVIL ACTION
CONSOLIDATED LITIGATION
                                                         NO. 05-4182


PERTAINS TO:      INSURANCE
                  <u>Rogers,</u>  06-152                  SECTION "K"(2)


### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this

action have firmly agreed upon a compromise subject to Louisiana Recovery Authority/Road

Home Program approval,

**IT IS ORDERED** that this action be and it is hereby dismissed without costs and

without prejudice to the right, upon good cause shown within 90 (ninety) days, to reopen the

action or seek summary judgment enforcing the compromise if settlement is not consummated

within a reasonable time.  The Court retains jurisdiction for all purposes, including enforcing the

settlement agreement entered into by the parties.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE**
**BEEN SUBPOENAED, <u>EVERY</u> <u>WITNESS</u> MUST BE**
**NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this ___4th___ day of November, 2008.


_____
          **STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**