# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 <br> and consolidated cases |
| PERTAINS TO: BARGE | * <br> * | <br> SECTION "K" (2) |
| Mumford 05-5724 <br> Lagarde 06-5342 <br> Boutte 05-5531 <br> Perry 06-6299 <br> Benoit 06-7516 | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | <br> JUDGE <br> STANWOOD R. DUVAL, JR. <br><br> MAGISTRATE <br> JOSEPH C. WILKINSON, JR. |

**[PROPOSED] ORDER**

Upon consideration of the Motion of Third-Party Defendant, The Board of Commissioners of the Port of New Orleans (the "Dock Board") (Doc. 14710), which was also adopted by Third-Party Defendant the Orleans Levee District (the "OLD") (Doc. 15059), and the response thereto of Third-Party Plaintiff Lafarge North America, Inc. ("LNA"), it is hereby ORDERED:

1. The motion for summary judgment is DENIED with respect to LNA's claims for contribution pursuant to Federal Rule of Civil Procedure 14(a).

2. The motion for summary judgment is DENIED AS MOOT with respect to LNA's claims for indemnity pursuant to Federal Rule of Civil Procedure 14(a), because LNA has withdrawn and dismissed any claim for indemnity from the Dock Board and the OLD.

3. The motion for summary judgment is DENIED AS MOOT with respect to any issue under Federal Rule of Civil Procedure 14(c), because LNA has withdrawn and dismissed

2

any prayer for relief requesting that judgment to be entered for the Barge Plaintiffs against the Dock Board and the OLD.

New Orleans, Louisiana, this ____ day of _____, 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge