UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO.   05-4182 |
| PERTAINS TO: | * | SECTION "K" (2) |
| *Flowers,* C.A. No. 07-8447 | | |

*   *   *   *   *   *   *   *   *

## JOINT MOTION TO EXTEND ORDER OF DISMISSAL

NOW INTO COURT, through undersigned counsel, come the plaintiffs, JENNIE G. FLOWERS and MARIA J. AUZENNE, and defendant, REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY, and on suggesting to the Court that the parties to this action have firmly agreed upon a compromise; however, plaintiffs are a recipient of a grant from the Louisiana Road Home Program which has implemented a review proceeding requiring that Louisiana Road Home approve compromises by claimants against their homeowner carriers; and on further suggesting to the Court that a sixty day order of dismissal was entered in this matter on September 9, 2008, which will result in the dismissal of the matter on or about November 9, 2008; and on further suggesting to the Court that the parties will require an additional thirty days on the Order of Dismissal, or until the 9th day of December 2008, in order to complete the Request for Consent by Louisiana Road Home.

Respectfully submitted,

s/ Gary M. Pendergast
GARY M. PENDERGAST    (Bar Roll #10420)
1515 Poydras Street, Suite 2260
New Orleans, Louisiana 70112
Telephone: (504) 523-0454
Facsimile:  (504) 523-0464

s/ Scot P. Koloski
SCOT P. KOLOSKI  (Bar Roll #27537)
Suite 1100, Two Lakeway Center
3850 N. Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 834-6500
Facsimile:  (504) 834-6565

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this 4th day of November 2008, served a copy of the foregoing on all counsel of record via CM/ECF System Notice of Electronic Filing.

**s/ Gary M. Pendergast**