UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182 |
| PERTAINS TO: BARGE | * and consolidated cases<br>* |
| *Boutte v. Lafarge*     05-5531 | * SECTION "K"  (2) |
| *Mumford v. Ingram*     05-5724 | * |
| *Lagarde v. Lafarge*    06-5342 | * |
| *Perry v. Ingram*       06-6299 | * JUDGE |
| *Benoit v. Lafarge*     06-7516 | * STANWOOD R. DUVAL, JR. |
| *Parfait Family v. USA* 07-3500 | * |
| *Weber v. Lafarge*      08-4459 | * MAG.<br>* JOSEPH C. WILKINSON, JR.<br>* |

### RE-NOTICE OF DEPOSITION

**TO: ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that defendant Lafarge North America, Inc., through undersigned counsel, will take the deposition of Donald Green for all permissible purposes allowed under the Federal Rules of Civil Procedure on November 21, 2008 at 10:00 a.m. before a duly authorized court reporter at the law offices of Chaffe McCall, LLP, 815 Walker Street, Suite 953, Houston, Texas 77002, at which time and place you are hereby invited to attend, and

1188003-1

continuing day-to-day until said examinations are concluded.  The deposition may be recorded by audio, audiovisual and/or stenographic means.

                                    Respectfully submitted,

/s/Derek A. Walker_____
Derek A. Walker (#13175)
Robert B. Fisher, Jr., (#5587)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone:  (504) 585-7000
Facsimile:  (504) 585-7075
Walker@chaffe.com

John D. Aldock
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone:  (504) 598-2715
*Attorneys for Lafarge North America Inc.*

## Certificate of Service

I hereby certify that I have on this 4th day of November, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/s/ Derek A. Walker