UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION NO. 05-4182 <br><br> SECTION "K(2)" |
| PERTAINS To:<br>SEVERED MASS JOINDER CASES | * <br> * <br> * | |
| AARON, 06-4746<br>AGUILAR, 07-4852 | * <br> * <br> * <br> * <br> * | |
| WINSTON AARON, SR., ET AL | * <br> * | CIVIL ACTION NO.: 06-4746 |
| VERSUS | * <br> * | SECTION "K(2)" |
| AIG CENTENNIAL INSURANCE CO. | * <br> * <br> * <br> * | |
| JOSEPH AGUILAR, III, ET AL | * <br> * | CIVIL ACTION NO.: 07-4852 |
| VERSUS | * <br> * | SECTION "K(2)" |
| ALEA LONDON LTD., ET AL | * | |

## **NOTICE OF HEARING**

Please take notice that undersigned counsel for Auto Club Family Insurance

-1-

Company will bring its Motion To Re-Open Case And Lift Stay And For Leave To File Motion For Summary Judgment for hearing before the Honorable Stanwood R. Duval, Jr. Section "K" on November 26, 2008 at 9:30 a.m.

Respectfully Submitted,

**HEBBLER & GIORDANO, L.L.C.**
*Attorneys at Law*

*/s/ Thomas M. Young*
THOMAS M. YOUNG
Bar No. 7547
Hebbler & Giordano, L.L.C.
3636 S. I-10 Service Road W, Suite 300
Metairie, Louisiana 70001
Telephone: (504) 833-8007
Facsimile: (504) 833-2866
Email: young@hebblergiordano.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2008 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I further certify that there are no known non-CM/ECF participants.

*/s/ Thomas M. Young*
