UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182<br><br>SECTION "K(2)" |
| PERTAINS To:<br>SEVERED MASS JOINDER CASES<br><br>AARON, 06-4746<br>AGUILAR, 07-4852 | * * * * * * * | |
| WINSTON AARON, SR., ET AL<br><br>VERSUS<br><br>AIG CENTENNIAL INSURANCE CO. | * * * * * * * | CIVIL ACTION NO.: 06-4746<br><br>SECTION "K(2)" |
| JOSEPH AGUILAR, III, ET AL<br><br>VERSUS<br><br>ALEA LONDON LTD., ET AL | * * * * * | CIVIL ACTION NO.: 07-4852<br><br>SECTION "K(2)" |

## **ORDER**

Considering the foregoing Motion for Summary Judgment filed on behalf of Auto

-1-

Club Family Insurance Company in the above captioned matters:

    IT IS ORDERED that the motion is GRANTED, and that all claims of Darlynn Mason against Auto Club Family Insurance Company in these matters are hereby DISMISSED, with prejudice.

    New Orleans, Louisiana this _____ day of _____, 2008.

                                                _____
                                                UNITED STATES DISTRICT JUDGE