# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO.    05-4182 "K"(2) |
| PERTAINS TO: | | |
| *Blanque,* C.A. No. 06-7557 | * | JUDGE DUVAL |
| | | MAG. WILKINSON |

\* \* \* \* \* \* \* \* \*

## UNOPPOSED MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes Plaintiff, John Blanque, who, on representing that all claims in the above-captioned matter have been fully and finally compromised, does hereby move the Court to dismiss such claims with prejudice.  Counsel for Allstate Insurance Company, the remaining defendant in this matter, has been contacted and does not oppose this motion.

WHEREFORE, Plaintiff respectfully requests that his Unopposed Motion to Dismiss be granted and that all claims in the above-captioned matter be dismissed with prejudice, each party to bear his/its own costs.

Respectfully submitted,

s/ Gary M. Pendergast
GARY M. PENDERGAST
Bar Roll No. #10420
1515 Poydras Street, Suite 2260
New Orleans, Louisiana 70112
Telephone: (504) 523-0454
Facsimile:  (504) 523-0464

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 4th day of November 2008, served a copy of the foregoing on all counsel of record via CM/ECF System Notice of Electronic Filing.

**s/ Gary M. Pendergast**