## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO.   05-4182 "K"(2) |
| PERTAINS TO: *Blanque,* C.A. No. 06-7557 | * | JUDGE DUVAL MAG. WILKINSON |
| *   *   *   *   *   *   *   *   * | | |

## ORDER

Considering the foregoing Unopposed Motion to Dismiss filed by Plaintiff, John Blanque, IT IS ORDERED that said motion is GRANTED and that all claims in the above-captioned matter shall be and hereby are DISMISSED WITH PREJUDICE, each party to bear his/its own costs.

NEW ORLEANS, LOUISIANA, this _____day of _____, 2008.

_____
**UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 4th day of November 2008, served a copy of the foregoing on all counsel of record via CM/ECF System Notice of Electronic Filing.

**s/ Gary M. Pendergast**