UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2) |
| | * | |
| PERTAINS TO: | * | JUDGE DUVAL |
| *Winston Aaron, et al.* | * | |
| *Civil Action No.: 06-4746* | * | MAG. WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT MOTION FOR LIMITED REOPENING OF CASE FOR THE PURPOSE OF DISMISSING THE CLAIMS OF OLGA WALKER WITH PREJUDICE

**NOW INTO COURT**, come United Services Automobile Association ("USAA"), improperly named as USAA Casualty Insurance Company ("USAA CIC") in the Complaint, and plaintiffs, Olga Walker ("Walker") who aver that they have amicably resolved their disputes and that the Walker acknowledge receipt of adequate settlement funds from USAA. Accordingly, the Walker and USAA jointly move this Court for entry of an order to (1) reopen *Winston and Donna Aaron, et al. v. AIG Centennial Insurance Company, et al.*, Civil Action number 06-4746 with respect to USAA solely for the limited purpose of addressing this motion and (2) dismiss with prejudice and at each party's cost all of the claims asserted by the Walker against USAA, including without limitation her claims arising under her respective policy of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling.

**WHEREFORE**, the Walker and USAA pray that this Court enter an order which (1) reopens *Winston and Donna Aaron, et al. v. AIG Centennial Insurance Company, et al.*, Civil Action number 06-4746 with respect to USAA solely for the limited purpose of addressing this

1

motion and (2) dismisses with prejudice and at each party's cost all of the Walker's claims asserted in the captioned matter, including without limitation her claims arising under her respective policy of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling.

Respectfully submitted,

Jim S. Hall, T.A., La. Bar # 21644
Joseph W. Rausch, La. Bar # 11394
Jim S. Hall & Associates
800 N. Causeway, Suite 100
Metairie, LA 70001
Telephone: (504) 832-3000

And

Ralph S. Hubbard, III, T.A., La. Bar #7040
Seth A. Schmeeckle, La. Bar # 27076
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
E-Mail:     rhubbard@lawla.com

## CERTIFICATE OF SERVICE

I hereby certify that, on the 4th day of November 2008, a copy of the foregoing **JOINT MOTION FOR LIMITED REOPENING OF CASE FOR THE PURPOSE OF DISMISSING THE CLAIMS OF OLGA WALKER WITH PREJUDICE** was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system and/or U.S. mail.

Seth A. Schmeeckle

2