UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K" (2) |
| PERTAINS TO: *Winston Aaron, et al .* *Civil Action No.: 06-4746* | * * * | JUDGE DUVAL MAG. WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing Joint Motion for Limited Reopening of Case for the Purpose of Dismissing the Claims of Olga Walker With Prejudice by Olga Walker and USAA Casualty Insurance Company;

**IT IS ORDERED ADJUDGED AND DECREED** that *Winston and Donna Aaron, et al. v. AIG Centennial Insurance Company, et al.*, No. 06-4746 is temporarily reopened with respect to USAA for the limited purpose of addressing this motion filed by Olga Walker and USAA Casualty Insurance Company and that the case remains administratively closed for all other purposes;

**IT IS HEREBY FURTHER ORDERED ADJUDGED AND DECREED** that all of the claims of Olga Walker asserted in the Complaint for Damages, including without limitation their claims arising under their respective policy of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling are hereby **DISMISSED WITH PREJUDICE** at each party's cost.

_____
UNITED STATES DISTRICT COURT JUDGE