# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSEPH AGUILAR, ET AL** | **CIVIL ACTION NO. 07-4852** |
| **VS.** | **SECTION: K** |
| **ALEA LONDON LIMITED, ET AL** | **MAGISTRATE: 2** |

## JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Antonio Cornelius, and defendant, Massachusetts Bay Insurance Company (improperly sued as "The Hanover Insurance Company"), who, pursuant to a settlement agreement executed by plaintiff, Antonio Cornelius, and defendant, Massachusetts Bay Insurance Company, jointly move this Court for the entry of an Order of Dismissal, dismissing Antonio Cornelius, and all of his claims therein, from the captioned lawsuit, with prejudice, with each party to bear its own costs.

Respectfully Submitted:

Jim S. Hall, La. Bar No. 21644
Joseph W. Rausch, La Bar No. 11394
Jim S. Hall & Associates, LLC
800 N. Causeway Blvd, Suite 100
Metairie, Louisiana 70001
Telephone: (504) 832-3000
Attorneys for Plaintiff

And

_____
**Ralph S. Hubbard, III, T.A., La. Bar #7040**
**Seth A. Schmeeckle, La. Bar # 27076**
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
Attorneys for Massachusetts Bay Insurance
Company (improperly sued as "The Hanover
Insurance Company")

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of November, 2008, a copy of the foregoing has been served upon all counsel of record in this action by electronic service through the Court's CM/ECF.

_____
Seth A. Schmeeckle

2