# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH AGUILAR, ET AL | CIVIL ACTION NO. 07-4852 |
| VS. | SECTION: K |
| ALEA LONDON LIMITED, ET AL | MAGISTRATE: 2 |

## ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss With Prejudice filed by plaintiff, Antonio Cornelius, and defendant, Massachusetts Bay Insurance Company (improperly sued as "The Hanover Insurance Company"),

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Antonio Cornelius, and all of his claims therein, including without limitation his claims against Massachusetts Bay Insurance Company (improperly sued as "The Hanover Insurance Company"), be and are hereby dismissed from the captioned lawsuit, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
JUDGE