UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HAROLD AND STACIE HEBERT | * | CIVIL ACTION NO.: |
| | * | 07-1784 |
| | * | |
| Versus | * | SECTION: "K" |
| | * | |
| STATE FARM FIRE AND CASUALTY INSURANCE COMPANY | * | MAG: "2" |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER OF DISMISSAL

Considering the foregoing Motion for Voluntary Dismissal With Prejudice;

**IT IS ORDERED, ADJUDGED AND DECREED** that the claims of Plaintiffs, Harold and Stacie Hebert, appearing here individually, against Defendant, State Farm Fire and Casualty Insurance Company, are hereby dismissed with prejudice, each party to bear their respective costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
JUDGE