UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOANN EVERHARDT | * | CIVIL ACTION NO.: |
| | * | 07-1787 |
| | * | |
| Versus | * | SECTION: "K" |
| | * | |
| STATE FARM FIRE AND CASUALTY INSURANCE COMPANY | * | MAG: "2" |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff, JoAnn Everhardt, who upon suggesting to the Court that the above-captioned matter has been settled, adjusted and compromised with regard to State Farm Fire and Casualty Insurance Company and who move this Court to dismiss the claims in this matter, against the aforementioned Defendant, with prejudice and as of compromise, each party to bear their respective costs.

WHEREFORE, Plaintiff respectfully requests that this Court issue the attached order dismissing the claims in this matter, against Defendant, State Farm Fire and Casualty Insurance Company and as of compromise, each party to bear their respective costs.

Respectfully submitted,

          **Robichaux Law Firm**


          <u>/s/ J. Van Robichaux, Jr.</u>
          **J. Van Robichaux, Jr. - 11338**
          **Brian D. Page – 30941**
          Mailing Address:  P.O. Box 792500
          New Orleans, LA 70179
          6305 Elysian Fields Avenue
          Suite 406
          New Orleans, LA 70122
          Telephone:  504-286-2022
          Facsimile:  504- 282-6298


        **CERTIFICATE OF SERVICE**

  I hereby certify that on November 4, 2008, I electronically filed the foregoing with the clerk of court by  using the CM/ECF filing system which will send notice to all counsel of record electronically.

          <u>/s/ J. Van Robichaux, Jr.</u>
           J. Van Robichaux, Jr.