UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOANN EVERHARDT | * | CIVIL ACTION NO.: |
| | * | 07-1787 |
| | * | |
| Versus | * | SECTION: "K" |
| | * | |
| STATE FARM FIRE AND CASUALTY INSURANCE | * | MAG: "2" |
| COMPANY | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER OF DISMISSAL

Considering the foregoing Motion for Voluntary Dismissal With Prejudice;

**IT IS ORDERED, ADJUDGED AND DECREED** that the claims of Plaintiff,

JoAnn Everhardt, against Defendant, State Farm Fire and Casualty Insurance Company,

are hereby dismissed with prejudice, each party to bear their respective costs.

New Orleans, Louisiana, this _____ day of _____, 2008.


_____
JUDGE