UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
|     CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K"(2) |
| | * | |
| PERTAINS TO: ROAD HOME | * | JUDGE DUVAL |
|     Louisiana State C.A. No.: 07-5528 | * | MAGISTRATE WILKINSON |

*******************************************

**THE STATE OF LOUISIANA'S
MOTION TO VOLUNTARILY DISMISS
CERTAIN INSURANCE COMPANIES WITHOUT PREJUDICE**

NOW COMES the Plaintiff, the State of Louisiana ("the State"), through the Honorable James D. Caldwell, the Attorney General for the State, and through the undersigned Assistant Attorney General, and moves this Honorable Court to grant this Motion to Voluntarily Dismiss the following listed Insurance Companies Without Prejudice, only, from this matter:  United National Casualty Insurance Company, and on suggesting that each of the foregoing insurance companies has provided the State with an affidavit attesting to facts indicating that these insurance companies do not and/or did not issue any policy of casualty or property damage insurance on any residence in the State of Louisiana in effect during either Hurricane Katrina in August 2005 or Hurricane Rita in September 2005.

Accordingly, the State moves this Court to enter an order to voluntarily dismiss the above-listed insurance companies, only, without prejudice, reserving all other rights and

1

claims against any other person or party, whether named or otherwise, and without waiving any claim or defense, including the State's right to challenge this Court's jurisdiction. Liaison Counsel for the Road Home has submitted a copy of this motion to Plaintiffs' Liaison Counsel, Mr. Joseph M. Bruno, and Defendants' Liaison Counsel, Mr. Ralph Hubbard, and neither has expressed any opposition to this motion.

WHEREFORE, the State prays this Honorable Court grant its motion to voluntarily dismiss the above-listed Insurance Companies, only, without prejudice.

Respectfully submitted,

THE STATE OF LOUISIANA
The Honorable James D. "Buddy" Caldwell
ATTORNEY GENERAL,
STATE OF LOUISIANA
 /s/  Sallie J. Sanders
 Sallie J. Sanders (11703)
Assistant Attorney General, Public Protection
1885 North Third Street, 4th Floor
Baton Rouge, LA  70802
Ph.: 225-326-6400
Fax: 225-326-6499

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the above and foregoing Motion to Voluntarily Dismiss Certain Insurance Companies Without Prejudice to all counsel via the CM/ECF electronic notification filing system, this 5th day of November, 2008.

 /s/  Sallie J. Sanders
Sallie J. Sanders