UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, Robinson (06-2268) | § | |
| _____ | § | |

ORDER

Having considered the United States' Consent Motion for Leave to File a Reply Memorandum Exceeding Ten Pages in Length in Support of Its Motion for Partial Summary Judgment (Record Doc. 15317), and for good cause shown, it is hereby ORDERED that the Motion for Leave to File is GRANTED. The United States may file a Reply Memorandum not exceeding thirty pages in length.

New Orleans, Louisiana, this 4th day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE

1