# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO.   05-4182 |
| PERTAINS TO: | * | SECTION "K" (2) |
| *Flowers,* C.A. No. 07-8447 | | |

\* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing:

IT IS ORDERED that the Order of Dismissal entered in this matter on September 9, 2008, be and the same is hereby extended until the 9th day of December 2008.

New Orleans, Louisiana, this __4th__ day of November, 2008.

 

_____
Stanwood R. Duval, Jr.
United States District Judge