UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * | **CIVIL ACTION** |
| | * | **NO.   05-4182 "K"(2)** |
| **PERTAINS TO:** | | |
| *Blanque,* **C.A. No. 06-7557** | * | **JUDGE DUVAL** |
| | | **MAG. WILKINSON** |
| *   *   *   *   *   *   *   *   * | | |

## ORDER

Considering the foregoing Unopposed Motion to Dismiss filed by Plaintiff, John Blanque, IT IS ORDERED that said motion is GRANTED and that all claims in the above-captioned matter shall be and hereby are DISMISSED WITH PREJUDICE, each party to bear his/its own costs.

NEW ORLEANS, LOUISIANA, this ___5th___ day of ___November___, 2008.

_____
**UNITED STATES DISTRICT JUDGE**