UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: INSURANCE<br>**WALKER, 06-4746** | SECTION "K"(2) |

### ORDER

Considering the parties' Joint Motion to Reopen Case and to Dismiss (Rec. Doc. 16273), accordingly

**IT IS ORDERED** that the above-captioned matter be temporarily opened with respect to the claims by Olga Walker; and

**IT IS FURTHER ORDERED** that all claims by Olga Walker are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

New Orleans, Louisiana, this   5th   day of November, 2008

```
                    _____
                    STANWOOD R. DUVAL, JR.
                    UNITED STATES DISTRICT JUDGE
```