UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE | JUDGE DUVAL<br>MAG. WILKINSON |

**Dear Mother's Taste, 06-5890**
**Kenneth Jones, 06-9151**
**Michelle Schubert, 07-5075**

## ORDER

IT IS ORDERED that a status conference concerning <u>only</u> the insurance aspects of the referenced <u>Dear Mother's Taste</u>, <u>Kenneth Jones</u> and <u>Michelle Schubert</u> cases will be conducted before the undersigned magistrate judge in Courtroom B-421, 500 Poydras Street, New Orleans, LA., on Friday, November 21, 2008 at 10:30 a.m. The purpose of the conference is to determine how further proceedings concerning the insurance aspects of these cases may proceed, separately from the other kinds of claims asserted in these cases. The following persons must attend <u>in person</u>:

　　　　Paul Miniclier, counsel for plaintiffs in two of the cases;

　　　　Michelle Schubert, pro se plaintiff;

　　　　Ralph Hubbard <u>or</u> Seth Schmeekle, counsel for Hartford;

　　　　Alan Zaunbrecher <u>or</u> Tricia Bollinger, counsel for State Farm;

Michael Lemoine <u>or</u> Gary Russo, counsel for Travelers;

Gus Fritchie <u>or</u> Edward Trapolin, counsel for M.A. Hayes Co.

The Clerk is DIRECTED TO NOTIFY the above-listed persons specially via the email addresses that appear on the docket sheets of the three referenced member cases.

Failure to appear may result in entry of case management orders concerning these cases by the court without the input of the parties and/or the imposition of sanctions.

New Orleans, Louisiana, this ___5th___ day of November, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.