# Exhibit 20

# MISSISSIPPI RIVER GULF OUTLET EFFECTS ON STORM SURGE, WAVES AND FLOODING DURING HURRICANE KATRINA

EXPERT REPORT

BY

G. PAUL KEMP, Ph.D.

*ROBINSON V. UNITED STATES*

JULY 11, 2008

# CHAPTER 6
# THE MRGO FUNNEL AND ITS EFFECT ON SURGE

**Point (1). The MRGO created a funnel, the dangerous convergence of channels and spoil disposal areas, later augmented by the LPV berms east of New Orleans, that conducted surge toward the IHNC and contributed significantly to overtopping potential for a surge like Katrina that reached a surge maximum comparable to the crown elevations of most protection structures.**

We have previously discussed information derived from model generated time-histories of surge elevation at a single point, known as a surge hydrograph (See **Figures 5.6a, b**). The surge during Katrina dropped after the peak at roughly the same time everywhere as the storm completed its transit past New Orleans heading for the Mississippi coast. The pattern of surge rise was more complicated than its fall. For any approaching storm, wind speeds are higher closer to the eye, but also the pattern of land and water features that the surge encounters differs from one place to another. Surge will build in large water bodies like Lake Borgne and Lake Pontchartrain and be transmitted inland preferentially through channels, rather than over land. It will pile up on elevated features like levees, particularly if they are oriented close to perpendicular to the direction of the winds driving the surge. This is readily apparent in a snapshot from ADCIRC simulations of Hurricane Betsy (**Figure 6.1**), as well as Katrina (**Figure 6.2**).



**Figure 6.1 Surge build-up in the funnel and against the east bank levees of the Mississippi River in a snapshot from an ADCIRC simulation of Hurricane Betsy by Westerink at the University of Notre Dame. Arrows indicate wind direction. The eye of the storm is just making landfall at Grand Isle. Warmer colors indicate higher surge elevation in meters on scale at right (http://www.nd.edu/~adcirc/betsy.htm).**

95