# Exhibit 21 Part B

the USGS captures the peak of the surge. Finally, information from pictures at Paris Road has proven difficult to calibrate because of the single perspective available. The photos give an idea of conditions at only one point where the levee did not break. As a consequence, no one – not LSU, USACE, IPET, the URS, Inc. consultants, or any other entity – actually knows with certainty the surge and wave conditions that occurred at each critical point where the flood protection system failed.

## 5.2 Computer Models Used to Reconstruct Surge and Waves

Like all of the other technical teams that have studied Katrina hydrodynamics, we have been forced to rely heavily on computer models to reconstruct the surge and wave dynamics that were in play during the passage of this storm. We have used five in the course of our work on this case that are widely used by oceanographers, hydrologists and hydrologic engineers around the world, and have tabulated them with a brief overview of capabilities, acronyms and references (**Table 5.1**). We used the S08 version of ADCIRC that has been fully described in earlier reports to study some features (Kemp 2007a, b). For this report we used ADCIRC primarily to provide boundary conditions for the FINEL model developed by SVASEK (**Figure 5.1**).

The FINEL model was set up with far more detail in the bathymetry and topography than has been available to date in any ADCIRC version in part to better study the effects of bottom friction differences between open water and various wetland types (de Wit et al. 2008). Bays and channels tend to provide less resistance to flow than do marshes and particularly swamp forest wetlands. FINEL gave our team the flexibility necessary to examine incrementally the effects of adding, removing or modifying channels, wetlands and flood protection elements within the landscape to gain a greater understanding of how each contributed to surge dynamics (**Figure 5.1**). It should be noted that because of time constraints, the FINEL model domain does not include the New Orleans East and Orleans Metro polders, and therefore does not directly simulate overtopping into these regions (de Wit et al. 2008). While it faithfully replicates surveyed overbank, floodwall and levee elevations as they existed prior to Katrina along the north bank of GIWW/MRGO Reach 1 and the IHNC, it also does not consider the effects of breaches that occurred during that storm in the southern portion of the IHNC between the MRGO junction and the lock. This means that it is expected to over-predict surge elevations actually observed in the southern part of the IHNC, and, consequently, overtopping into the Lower 9th Ward and Central Wetlands just to the north. These limitations have been addressed to some degree by added analyses of overtopping potential using a 1D weir model for the polders not explicitly included in the model domain (de Wit et al. 2008).

SWAN is the most widely used wave model today. It was developed by our colleagues in the Netherlands to look at wave generation and dissipation in nearshore, inshore and inter-tidal areas like the MRGO funnel (**Figure 5.2**). This is a finite-difference model built, unlike ADCIRC or FINEL, of equal-sized rectilinear cells, that achieves greater resolution through the use of nested grids, in which larger grids provide boundary conditions for smaller ones. It is very similar to the WAM that was used by IPET to generate offshore wave conditions. It was not necessary to rerun the WAM wave

simulator because we had confidence that the WAM output from offshore that was generated by the USACE IPET could be used to set boundary conditions for the largest of the nested grids of the SWAN wave model (**Figure 5.2**).

We applied SWAN to study the Katrina storm scenarios with and without the MRGO project, and with and without the marshes and swamps that it destroyed (Gautier et al. 2008). As is true for the steady and unsteady flows that contribute to surge, vegetation type profoundly affects the rate of wave energy dissipation that ultimately determines the size and character of the waves that attack man-made structures like the EBSBs. The SWAN model is well set up to investigate such interactions, including the unique attributes of a swamp forest canopy to separate the winds that build waves from the water surface, leading to a more rapid loss of wave height and energy than can be attributed to bottom friction effects (Gautier et al. 2008). The SOBEK flood model was first described when it was used as part of the class certification process (Kok et al. 2007), and is used again here to study the severity of flooding that would result from what Dr. Bea has called an "MRGO Neutral" condition, as will be described shortly.

| Table 5.1   Computer Models Used to Reconstruct Hurricane Katrina Surge and Waves | | | |
|---|---|---|---|
| **Name** | **Acronym** | **Purpose** | **Reference** |
| **AD**vanced **CIRC**ulation | ADCIRC | 2D Vertically Averaged Coastal Circulation | Westerink, J.J., Leuttich, R.A., Jr., and Muccino, J. 1994. Modeling tides in the Western North Atlantic using unstructured graded grids. Tellus 46a(2): 178-199. |
| **FIN**ite **EL**ement 2D | FINEL2D | 2D Flow and Transport in Rivers and Coastal Waters | |
| **S**imulating **WA**ves **N**earshore | SWAN | Random, Short-Crested Wind-Generated Waves in Coastal Waters | Holthuijsen, L.H., Booij, N. and T.H.C. Herbers, 1989: A prediction model for stationary, short-crested waves in shallow water with ambient currents, *Coastal Engineering*, **13**, 23-54. |
| **WA**ve prediction **M**odel | WAM | directional spectra as well as wave properties offshore | WAMDIG 1988: The WAM model - A third generation ocean wave prediction model. *Journal of Physical Oceanography*, **18**, 1775-1810. |
| | SOBEK | Flood forecasting | |



**Figure 5.1. FINEL model computational domain included area outlined in red, and was extended for scenario 2B to include the entire St. Bernard polder from the 40 Arpent levee to the Mississippi River indicated by dashed red line (See Table 5.2).**

ADCIRC

Through our work with the **AD**vanced **CIRC**ulation model (ADCIRC) since 2003 and particularly during the forecasting period prior to Katrina's landfall, my colleagues and I at the LSU Hurricane Center had perhaps the best overall perspective on the surge oceanography at the time of the storm. We had worked closely with Dr. Joannes Westerink, one of the inventors of ADCIRC, and his students to improve the fidelity of the way land and water features were represented in the model, and to improve the speed with which forecasts could be run on the LSU supercomputer (Kemp 2007). The S08 version of ADCIRC that we used at that time, and that the LSU Hurricane Center

FINEL

The numerical model FINEL generates detailed information about water motion in the area of study and is similar to ADCIRC in many ways in that it is also a two-dimensional, depth averaged hydrodynamic model running on an unstructured grid using the finite element method (de Wit, et al. expert report 2008).

The FINEL numerical model was developed by Svašek Hydraulics and the Fluid Mechanics section of the Civil Engineering faculty of the Delft University of Technology (TUDelft) in the Netherlands. The model has been used for hydrodynamic simulations

72

all over the world. The validity and calibration of the model has been extensively tested on projects in the Western Scheldt estuary, the North Sea (the Netherlands), Dublin flooding (North Ireland), Hazira (India) and Posorja (Equador). FINEL is based on the depth averaged equations for 2-dimensional horizontal flow, the equations of Saint Venant. In FINEL, this system of equations is solved with a robust numerical finite element method, which can easily handle drying and flooding. The model area in FINEL is divided into a number of triangles, the so-called elements, instead of a grid of rectilinear cells. The size and distribution of the triangles can vary over the grid, so complicated geometries are easily represented in the schematization and the grid can be more detailed in areas of specific interest. This is very important in the complex area around New Orleans, with channels that require a lot of detail adjacent to higher ground and lake bottoms which require less.



**Figure 5.2  SWAN Nested Grids A-G positioned over bathymetry and topography. Boundary conditions for largest grid supplied by WAM output.**

Our present study is focused on the funnel area that includes a portion of Lake Borgne, the GIWW, MRGO Reaches 1 and 2, and the IHNC (**Figure 5.1**). A series of scenario runs were executed are described in more detail below that incorporate either the present topography, bathymetry and degraded vegetation cover, or one that we have reconstructed for the time before the MRGO was built with the 1956 healthy wetlands cover no MRGO situation (No reach 2, pre-MRGO GIWW/Reach 1, no levees along MRGO).

SWAN

The SWAN wave model (Version 40.51AB) is used more than any other around the world to simulate waves, particularly in coastal and estuarine settings. It is known as a third-generation wave model and represents the current state of the art for wave simulation. Our colleagues at Svasek and Delft University of Technology (TUDelft) were involved in its development and were particularly qualified to simulate the wave climate along MRGO Reach 2 during Katrina. SWAN uses a grid to compute how waves generate, dissipate and propagate under the influence of wind, bathymetry, vegetation type, water levels, currents and incoming waves. See Gautier et al. (2008) for more detailed information on set-up and scenarios. The Robinson expert team provided the input data that was converted into a SWAN compatible format. Output is given for a number of pre described output locations in the area of interest. For this study, SWAN version 40.51AB is used in the stationary mode. Winds and surge vary slowly enough for the waves to reach equilibrium. We believe that this assumption – one also made by IPET (IPET 2007, IV-4-31) is reasonable, therefore the steady-state solution was considered adequate for the simulations. Nested grids are used to increase resolution in the areas of interest, with the smallest, highest resolution grid having made up of square cells, about 70 feet on a side (**Figure 5.3**).

The ADCIRC S08 version that the LSU Hurricane Center used to produce such accurate predictions of the Katrina surge as Katrina approached, provided an excellent hindcast of the Katrina event that has been little improved upon since (Team Louisiana 2007). This well-tested and stable version is adequate for the work described here, namely providing boundary conditions for FINEL, and exploring the effect of constricting the GIWW/MRGO Reach 1 channel cross-section on surge height and duration in the IHNC. ADCIRC has been the primary hurricane surge model used by the USACE during IPET, and by the Federal Emergency Management Agency (FEMA) to set 100-year surge levels for the Federal Flood Insurance program since Hurricane Katrina. I provided a detailed description of the ADCIRC S08 version that we have used for this work in my first expert report (Kemp Class Certification Report 2007).

The USACE has funded development of several versions of ADCIRC since Katrina that have increased the fidelity of the geometry and intensified the grid in important areas. They have also experimented with the use of spatially varying roughness parameters to try to capture the retarding effects of marshes, swamps and other inland features, which were not well handled in the S08 version. We did the same thing using the SVASEK-TUDelft FINEL model, which has essentially the same capabilities within the more restricted area of interest for this work.

SOBEK

SOBEK-1D2D was developed by WL-Delft Hydraulics and is used worldwide for flood simulations and specifically is the standard flood model used in the Netherlands. Flooding is simulated with a combination of one-dimensional (1D) and two-dimensional (2D) elements. The flooding itself is modeled as a 2D process which allows for a continuous simulation. This model was used to simulate flooding in the Orleans Metro,

New Orleans East, Lower 9th Ward and St. Bernard polders, and is well described in an earlier report submitted in July, 2007 (Kok et al. 2007). We have since run additional SOBEK simulations on each of the affected polders for what Dr. Bea has described as the "neutral MRGO" scenario that is described in more detail below.

## 5.3  Analytical Sequence

A merger of ADCIRC output and high water mark data was used to provide boundary conditions for FINEL, as we sought a higher level of accuracy than could be obtained from any of the ADCIRC versions now in use. The IHNC channel, for example, is very complex, with numerous constrictions and expansions associated with bridge crossings and barge slips, as well as a variety of overbank, levee and floodwall configurations that are not captured in ADCIRC. We continued to use the Planetary Boundary Layer (PBL) wind generator linked to ADCIRC that had provided such a good basis for Katrina surge prediction, given that IPET gained little improvement in surge fidelity for the MRGO funnel area by using other wind reconstructions developed after Katrina. So, the PBL model provided input that was processed on the LSU supercomputer to yield 10-minute surge output for Katrina.

Hydrographs were produced at key locations, including three that were necessary to provide boundary conditions for FINEL (de Wit et al. 2008). The surge hydrographs at these boundary points were adjusted by the smallest amount necessary to match high water mark measurements without causing numerical instability. FINEL was then calibrated to provide benchmark surge hydrographs at specific read-out locations (**Figure 5.3**). For subsequent scenarios, ADCIRC was run first with the same modifications proposed for the more detailed FINEL run, following a schema that Dr. Bea and I worked out with our Dutch colleagues (**Table 5.2**). Resulting hydrographs were compared to Katrina base case ADCIRC hydrographs, and those at the FINEL boundaries were adjusted for elevation and time to incorporate ADCIRC changes predicted at the boundaries. FINEL was used to generate a surge surface at hourly intervals beginning at 0400 on the morning of August 29, 2005. SWAN was then run over the surge surface generated by FINEL to provide hourly snapshots of wave characteristics.

Like ADCIRC, FINEL was used only to simulate overtopping, and not breaching, or flow through breaches. The task of reproducing the flooding, if any, in the developed areas of New Orleans East, the Lower 9th Ward and St. Bernard Parish with and without MRGO-induced breaching and overtopping was accomplished with the SOBEK model (Kok et al. 2007, 2008). Such simulations were discussed in my first expert report for the "Katrina As-Is" scenario. The SOBEK Katrina flood simulation praised by Dr. Dalrymple in his deposition (Dalrymple Deposition) is compared here with other scenarios in which breaching and overtopping is started at different times determined by the combination of the DYNA and Miner's Law cumulative fatigue models employed by Dr. Bea and Rune Storesund for the wall structures and turf covered EBSBs that failed during Katrina. The models used at Berkeley allow estimation of when these structures will fail, whether by under-seepage, front-side wave erosion prior to overtopping, or overtopping induced erosion, for what Dr. Bea has called the "MRGO Neutral," and the "Katrina As-Is"

conditions. The FINEL, SWAN and SOBEK models were run in The Netherlands under my direction by Svasek Hydraulics, a consulting company linked to the Delft University of Technology (TUDelft).



**Figure 5.3 Locations for FINEL time-series output of water level, current direction and velocity.**

We have been asked to restrict ourselves to documenting the effects of MRGO project elements on the severity of flooding experienced by the Robinson plaintiffs. Accordingly, we have modified the MRGO funnel landscape within the models to run scenarios that range from "Katrina-As-Is" (Scenario 1) to "pre-1958 no MRGO" (Scenario 2D), with a number of additional scenarios that include components of both end member conditions (**Table 5.2**). We describe below how various man-made and natural components of the Lake Borgne funnel were modified for each scenario.

**Table 5.2  Katrina Simulation Scenarios for characterization of MR-GO Reach 1 and Reach 2 surge, current, and wave characteristics**

| Scenario | MRGO Reach 2 Channel | MRGO/GIWW Reach 1 channel | Reach 2 EBSBs | Reach 1 Levees | 40 Arpent Levee | Vegetation |
|---|---|---|---|---|---|---|
| **1** | **Existing 8/2005** | **Existing 8/2005** | **Existing 8/2005** | **Existing 8/2005** | **Existing 8/2005** | **Existing 8/2005** |
| 2A | None | Pre MRGO | None | None | LPV authorized & no flow past | Pre MRGO 1958 |
| 2B | None | Pre MRGO | None | None | Existing 8/2005 & flow to Miss. River | Pre MRGO 1958 |
| **2C Neutral MR-GO** | **None** | **Pre MRGO** | **Existing 8/2005** | **Existing 8/2005** | **Existing 8/2005** | **Pre MRGO 1958** |
| 2D | None | Pre MRGO | Existing 8/1965 | None | Existing 8/2005 | Pre MRGO 1958 |
| 3 | As authorized | As authorized | Existing 8/2005 | Existing 8/2005 | Existing 8/2005 | Pre MRGO 1958 |



**Figure 5.4  MRGO Reaches 1 and 2 with important LPV and other flood protection structures modeled.**

MRGO Reach 2 Channel

This portion of the MRGO project was modeled in three configurations (**Table 5.2**). The greatly expanded channel 2,000 to 3,000 feet wide and more than 40 feet deep that existed in front of the Reach 2 EBSBs before Katrina -- and persists today despite all the talk of remediation – occurs only in Scenario 1, the Katrina As-Is Scenario (**Figure 5.4**). This MRGO channel reach is completely absent in all scenario 2 runs (2A, 2B, 2C, 2D). It reappears in Scenario 3 at its much diminished "authorized" width and depth (650 feet by 36 feet).

MRGO Reach 1 Channel

This portion of the MRGO project was modeled in three configurations (**Table 5.2**). The 1,000 foot wide channel that provided the outlet from the funnel to the IHNC during Katrina occurs only in Scenario 1, the Katrina As-Is Scenario (**Figure 5.4**).  This MRGO channel reach is reduced to the pre-MRGO dimensions of the antecedent GIWW barge channel in all Scenario 2 runs (2A, 2B, 2C, 2D), about ten percent of its current cross-section.  It reappears in Scenario 3 at its "authorized" width and depth (650 feet by 36 feet), a still considerable, but smaller channel than exists in this location today.

Reach 2 EBSBs

Bretschneider and Collins (1966) discussed in the NESCO report how placing barriers parallel to the GIWW and MRGO channels that define the Lake Borgne funnel affects the time to arrival of surge and its elevation for storms tracking at different speeds.  We have tried to gain a greater understanding of the synergistic relationship between the pile-up of

water on the flood defense structures and flows in the adjacent channels. Accordingly, the EBSB structures that were periodically raised and allowed to sink along the south side of MRGO Reach 2 prior to Hurricane Katrina are placed in the models just as they were prior to Katrina in three of the five simulations, namely, scenarios 1, 2C (MRGO Neutral) and 3 (**Table 5.2**). They are completely absent and reduced to marsh elevation in scenarios 2A and 2B. For scenario 2D, only the spoil banks are present as they were in 1965 during Betsy but prior to construction of the LPV EBSBs. This last is true even though the channel itself is not present in this scenario (**Figure 5.5**).

Reach 1 Levees

True levees, not EBSBs, were built along most of both sides of the MRGO/GIWW Reach 1 channel as part of the LPV project. Dr. Bea has identified a few notable exceptions to this statement where floodwalls and transition elements were involved (Bea Report, July 11, 2008). All of these structures are present as they were during Katrina in scenarios 1, 2C (MRGO Neutral) and 3 (**Table 5.2**). They are not present at all in scenarios 2A, 2B and 2D, so that the throat area of the funnel was considerably less constricted by levees.

40 Arpent Levee

This is a local levee that predates both the MRGO and LPV projects. It is currently used to facilitate pumped drainage from the Lower 9th Ward and the St. Bernard polder (**Figure 5.4**). The federal LPV flood protection works would have been constructed along this alignment if the Corps had not chosen to place them in the spoil disposal area created by the dredging of the MRGO. This levee had a crown elevation at the time of Katrina averaging +6.5 feet (NAVD88). This levee is included in the models in two configurations, namely, the pre-Katrina condition (scenarios 1, 2B, 2C, 2D and 3), and as a hypothetical alternative in which it was raised to 17.5 feet (scenario 2A). For scenario 2B, the FINEL model domain was extended all the way to the Mississippi River (**Figure 5.1**). This is the only scenario for which this was done.

Vegetation

We are finding that vegetation effects on both surge and waves are not generally understood as well by American coastal engineers as they are in The Netherlands. It is well known that storm driven water piles up against elevated flood protection structures, so that the highest surge for miles around is often experienced on the slope or crest of a levee. The countervailing effect of even low-lying marsh vegetation to retard and attenuate storm surge has also been known for as long as the MRGO has existed and was, in fact, one criterion for the original Chalmette LPV design (USACE 1963; USACE 1967). At the time Katrina struck, however, U.S. engineers had not yet reduced these empirical observations to reliable physics algorithms for numerical storm surge and wave models. More progress had been made by researchers in the United Kingdom and the Netherlands, as will be discussed later (Moller and Spencer 2002).

One of the major adverse impacts of the MRGO project was to change wetlands to open water and swamp forests to marsh (Day 2008; Fitzgerald 2008). Accordingly, it has been very important to incorporate the effects of these MRGO-induced changes on surge and wave dynamics experienced during Hurricane Katrina, and then to assess whether the

79

presence or absence of swamp and marsh affected the timing and severity of flooding of populated areas.  We modeled vegetation in two ways, namely in the existing pre-Katrina configuration (scenario 1), and in the 1958 pre-MRGO condition (scenarios 2A, 2B, 2B, 2C, 2D and 3).  After careful investigation of the stem densities of cypress forests, for example, Gautier et al. (Appendix, 2008) selected the range of Manning's coefficients given below (**Table 5.3**) to parameterize the frictional effects of vegetation types that occur today in the Lake Borgne funnel (**Figure 5.5a**), and that were found in this area prior to the construction of the MRGO project (**Figure 5.5b**).

**Table 5.3.  Manning's coefficients selected to characterize bottom friction in the FINEL model for the range of vegetation types found in the Lake Borgne funnel**

| Area | Manning coefficient n |
|---|---|
| Open water | 0.02 |
| Marsh along Lake Borgne | 0.05 |
| Normal Cypress forest | 0.1 |
| Dense Cypress forest | 0.12 |
| Commercial area next to IHNC | 0.07 |
| Low residential area between 40Arpent and Mississippi | 0.07 |

Other members of the Robinson expert team have confirmed that cypress-tupelo swamp forests occurred throughout the Central Wetlands area between the current MRGO alignment and the 40 Arpent Levee prior to construction of the MRGO project in 1958, and, in particular, formed a substantial barrier to surge intrusion from Lake Borgne into the IHNC (**Figure 5.5b**).  The conversion of the GIWW barge canal into the MRGO Reach 1 ship channel greatly increased the potential for surge conveyance into the IHNC.

Bottom friction effects are addressed somewhat differently in the SWAN wave model as a result of research conducted in salt marshes primarily at the University of Cambridge in collaboration with TUDelft (Moller and Spencer 2002).  This becomes particularly important as waves approach a structure like the EBSBs along MRGO Reach 2.  The approach used is a variant of that developed by Collins (1972), therefore the resultant value is the "Collins Friction Coefficient", $C_{fveg}$.

$$C_{fveg} = C_{fr} * d * n * h_{veg}$$

Where $C_{fr}$ is a measure of stem rigidity, $d$ is the plant diameter in meters, $n$ is the number of plants per m$^2$, and $h_{veg}$ is the stem height of the vegetation in meters.  Gautier et al. (2008) developed three different values for the friction coefficient

- Cypress forest          Cfr= 0.9     * 0.5    *      0.9      *      5      = 2.0
- Marsh               Cfr= 0.5     * 0.01  *      49      *      2      = 0.49
- Water (Lake Borgne, MRGO channel)     Cfr= 0.015 (SWAN default value)



**Figure 5.5a. Spatial distribution of Manning's coefficients in the pre-Katrina FINEL model domain**



**Figure 5.5b. Spatial distribution of Manning's coefficients in the pre-MRGO FINEL model domain**

Because the vegetation that would have occurred on the unprotected, outboard side of the EBSBs between the MRGO channel and the EBSBs was neither marsh nor cypress forest, Dr. Bea has selected an intermediate $C_{fveg}$ value of 0.98 to be used in SWAN for this zone (Bea Declaration, July 11, 2008). Gautier et al. (2008) conducted a sensitivity analysis of the error that might be introduced by choosing an inappropriate value for this coefficient that should be considered in assessing the SWAN output at the EBSB toe that served as input to Dr. Bea's erosion model (Bea Declaration, July 11, 2008). Furthermore, the heavily vegetated swath separating the MRGO Reach 2 channel bank and the toe of the Chalmette Loop EBSBs decreased by an average of 300 feet between the time the channel was completed and arrival of Hurricane Katrina (Morris 2008). The loss of these shrubs and small trees proved to quite significantly affect wave energy transmission to the LPV structures (Bea expert report 2008). An average loss of more than 700 feet of the marsh buffer between Lake Borgne and the north bank of MRGO Reach 2 had a similar, but somewhat lower impact on incident wave energy, as will be discussed (Morris 2008)

### 5.3 Calibration and validation of FINEL and SWAN

Output from FINEL for the Katrina calibration dataset along along the MRGO Reach 1 and 2 and the GIWW mirror those derived from adjusting ADCIRC hydrographs to match available peak high water mark data (**Figures 5.6a, 5.6b**). I have described the collaborative acquisition of high water mark data from the area affected by the Lake Borgne funnel in an earlier report (Kemp 2007, Immunity Report). The Root Mean Square (RMS) difference between adjusted ADCIRC and FINEL for the entire time-series is on the order of 0.6 feet in the Lake Borgne funnel, while the difference in peak water level is less than 1 foot. The difference between FINEL and adjusted ADCIRC is a little larger (RMS average 0.8 ft) in the IHNC, but this was expected for reasons that have been described above. In addition, we created the FINEL model to develop more fidelity in the bathymetry and roughness of the IHNC channel. The ADCIRC S08 model does not account for the narrowing of the flow profile under the bridges in the IHNC, while in FINEL the surveyed depths of the IHNC are used which show narrowing at the bridges. In FINEL the harbor areas next to the IHNC are also given a higher roughness to account for the obstruction of the flow, while in ADCIRC a uniform roughness was used. Second, neither ADCIRC nor FINEL, as they are presently configured can address local reductions in the surge peak caused by the failures of more than a 1,000 feet of floodwall near the southern terminus of the IHNC. So, both of these models over-predict peak surge height by 2 to 3 feet in this area. Given these complications, the agreement in peak water level in the IHNC is reasonable. While a more satisfactory validation is to be desired, the calibration results give confidence in the FINEL flow results.

Calibration and validation of the surge model is problematic given the lack of reliable gage records, and the variability in observed high water mark data. But evaluating the output of wave models like SWAN or the STWAVE model used by the USACE is even more difficult given that no direct measurements of waves exist in the MRGO funnel area. The only direct observations of waves generated during Katrina come from two small wave buoys that were deployed in 12 feet of water near the south shore of Lake Pontchartrain (**Figure 5.7**). These buoys recorded peak significant wave heights (Hs) of

about 9 feet with a peak wave period (Tp) of 6.5 seconds, for maximum wind speeds estimated at between 60 and 70 miles per hour (IPET 2007).  The USACE was able to reproduce these results using their STWAVE model run in a full-plane mode to capture waves coming from all directions (**Figure 5.8**).

The situation in southern Lake Borgne is expected to be similar to that in Lake Pontchartrain, as both lakes have about the same depth and length along the critical direction from which the hurricane winds blew, typically called "fetch," when the storm was at its most powerful stages in this area.  Lake Borgne is just slightly offset to the south relative to Lake Pontchartrain.  Because it is situated closer to the track of the storm center, wind speeds in Lake Borgne are presumed to have been somewhat higher than in Lake Pontchartrain and were modeled as such using the PBL model used with ADCIRC.  The critical fetch for Lake Borgne was from the northeast (**Figure 5.9**), rather than from the north and northwest as in Pontchartrain (**Figure 5.8**).  Nonetheless, SWAN results for Katrina at peak surge and wave development predict a maximum significant wave height at 0800 CDT that is between 9 and 10 feet in southern Lake Borgne (**Figure 5.9**), quite comparable to what was recorded by the buoys in Lake Pontchartrain (**Figure 5.7).**

SWAN predicts that not only were the maximum significant wave heights at peak surge in southern Lake Borgne comparable to those measured in Lake Pontchartrain, but the peak wave period was also almost identical, between 6 and 7 seconds (**Figure 5.10**).  Such waves are local seas that have been generated within Lake Borgne, rather than long-period swell waves propagated inland from beyond the islands offshore.  As with FINEL, the SWAN results compare favorably to the only direct measurements obtained during Katrina, even if they are from an adjacent lake.  This leads us to believe that the SWAN results should be reliable as a basis for further analysis of the effect of the GIWW and MRGO Reach 2 channels on the waves striking the EBSBs along both sides of the Lake Borgne funnel.

It should be pointed out here that the USACE STWAVE simulations for the MRGO funnel area produced results that are quite different from those generated by SWAN (**Figure 5.11**).  The USACE STWAVE output indicates that the peak significant wave height in southern Lake Borgne was about 5 feet, with a peak period throughout the funnel of as long as 16 seconds.  These would be classified as residual offshore swells originally generated by the storm while far offshore, rather than locally within Lake Borgne.  These smaller amplitude, long-period waves are virtually absent in the SWAN simulations.  One possible explanation is that the STWAVE results were produced using a "half-plane" version of the model which, depending on grid orientation, could have missed the larger amplitude, shorter-period local seas developed within the grid in Lake Borgne (IPET, 2007, IV-4-5).

We are convinced that the waves that developed in southern Lake Borgne were, in fact, similar to those that we know developed in Lake Pontchartrain.  They were large, up to a significant wave height of 10 feet, but they were locally generated seas, rather than residual offshore swell, with a maximum period that is half of the 12 to 16 second dominant period that the USACE postulates in IPET (2007), based on STWAVE (**Figure**



**Figure 5.6a.  FINEL model results (blue) from Lake Borgne funnel compared to reconstruction of actual hydrographs during Hurricane Katrina (red).  See Figure 5.3 for locations.**



**Figure 5.6b.  FINEL model results (blue) from GIWW/MRGO Reach 1 and IHNC compared to reconstruction of actual hydrographs during Hurricane Katrina (red). See Figure 5.3 for locations.**



Figure 4-9. Lake Pontchartrain measured and modeled significant wave height.



Figure 4-10. Lake Pontchartrain measured and modeled peak wave period.

**Figure 5.7  Significant wave height (top) and peak wave period (bottom) recorded by two wave buoys near the south shore of Lake Pontchartrain during Hurricane Katrina (IPET 2007, IV-4-13, 14).**



Figure 4-7. Lake Pontchartrain maximum modeled significant wave height and corresponding mean
direction for 0030 UTC on 28 August to 0000 UTC on 30 August 2005 (wave heights in feet).



Figure 4-8. Lake Pontchartrain modeled peak wave period corresponding to the maximum wave height for
0030 UTC on 28 August to 0000 UTC on 30 August 2005 (periods in sec).

**Figure 5.8  Maximum significant wave height (top) and peak wave period (bottom)
during Katrina as modeled by the USACE for Lake Pontchartrain using STWAVE
in full-plane mode (IPET 2007, IV-4-11, 12) closely matches SWAN results for
southern Lake Borgne.**

87



**Figure 5.9 SWAN prediction of significant wave height distribution for Katrina in southern Lake Borgne at peak development, showing 9 to 10 foot seas, similar to waves measured in southern Lake Pontchartrain.**

**5.11**).  An erroneous doubling of the incident wave period is not trivial because long-period swell waves tend to drive run-up to higher elevations on beaches and sloped levee faces for a given energy or prevailing wave condition than do shorter period seas.  In contrast, shorter-period chop or seas of the same amplitude transport less water up slope, therefore producing less potential for overtopping, but do more erosive work on the outboard, unprotected face of a sloping dyke because the number of breaking wave cycles is doubled.  We believe that this led to a biasing of subsequent IPET analyses of the type of erosion that occurred on the EBSBs along MRGO Reach 2 and New Orleans East Back Levees toward a conclusion favoring almost exclusively back side overtopping erosion



**Figure 5.10   SWAN generated snapshots showing the distribution of peak wave period in southern Lake Borgne during Katrina.   The 0800 CDT panel in the bottom left shows a peak wave period in southern Lake Borgne of between 6 and 7 seconds (Gautier et al. 2008).**





**Figure 5.11  USACE estimates of maximum significant wave height (top) and period (bottom) obtained using STWAVE model in half-plane mode show smaller waves with longer periods at peak development than predicted by SWAN or measured in Lake Pontchartrain (IPET 2007, IV-4-16, 17).**

The STWAVE results suggest less potential for front side damage to structures like the MRGO Reach 2 EBSBs than do the SWAN results.  As Dr. Bea has shown using the more plausible SWAN results, significant reaches of these structures were damaged early by front-side wave attack (Bea Expert Report 2008).

### 5.3 Summary of modeling program

Our approach was to run ADCIRC in the U.S. followed by FINEL and finally SWAN in the Netherlands for the Katrina event to ensure calibration, and then to modify the geometry in steps to separate out the role of different elements of the MRGO project in Katrina surge and wave dynamics.   The sequence of landscape modifications was designed to allow us to differentiate the effects on surge elevation, duration and waves of separable portions of the Lake Borgne funnel created by the MRGO project.

Construction of the IHNC and GIWW barge canal predate the USACE actions being investigated here, as did the initial construction of the 40 Arpent Levee separating the Central Wetlands from the portion of St. Bernard Parish then coming under forced drainage.  A more substantial privately constructed levee already followed the north bank of the GIWW, providing some protection to New Orleans East before Hurricane Betsy.

The pre-existing channels and levees, as well as the natural levees of Bayou LaLoutre created a large embayment including large expanses of marsh.  Much of the western portion of this embayment in the area of what became GIWW/MRGO Reach 1, however, was a heavily forested swamp, and the outlet GIWW channel through the trees was small and little deeper than existing natural bayous in the adjacent wetlands (**Figure 5.12**).  A densely forested swamp also occurred in the southern part of the Central Wetlands forming a buffer for the 40 Arpent Levee, though it appears from other information that a less dense cypress forest existed north of the boundaries shown by Penland et al. Expert Report (2008).

The amplification of hurricane-driven oceanographic forces that occurs in the Lake Borgne funnel results not from a simple  addition of influences attributable to individual MRGO channel reaches and LPV structures, but also from synergistic interactions between them that are a direct result of the MRGO project.  As we have discussed, this synergy was first predicted by Bretschneider and Collins (1966) in the NESCO report prior to construction of the LPV floodwalls, levees and EBSBs for the imprudent juxtaposition of channels with the flood protection alignment ultimately selected.  One of the best illustrations of this interaction from south of Lake Borgne in the stretch of the MRGO Reach 2 channel between Bayous Dupre and Bienvenue.  There, expansion of the top-width of the MRGO channel from 650 feet to more than 2,000 feet allows for increased regeneration and growth of the waves crossing from Lake Borgne to break on the adjacent EBSBs.  Water piles up on the EBSBs, in turn, locally driving up surge elevation in the adjacent channel (See **Figure 4.12**).  This super-elevation of the water surface above the Reach 2 channel creates a gradient that increases the velocity of flow in that channel toward the throat of the funnel. Finally, a greater discharge earlier from

MRGO Reach 1 into the IHNC leads to an earlier initiation of overtopping of floodwalls along both sides of the IHNC.

Our modeling program was developed to allow quantification of both the individual and interactive effects of (1) the expanded channels to conduct surge and waves, (2) the effects of the LPV flood protection structures to drive up surge and break waves, and (3) the effects of various types of marshes and swamps to attenuate surge and dissipate wave energy. This was accomplished with both FINEL and SWAN. Only then could we identify the interactive effect of, for example, allowing the MRGO Reach 2 channel to expand to the toe of the Chalmette EBSBs, or the loss of the swamp.

We also conducted a series of experiments using ADCIRC to quantify incrementally the effect of constricting the GIWW/MRGO Reach 1 from its pre-Katrina cross-section down to its pre-MRGO condition for the Katrina base case. The pre-MRGO end-member of this analysis was later confirmed with a series of FINEL runs (2a, 2b, 2c, 2d). Finally, using SOBEK, we were able to examine the relative severity of Katrina flooding if the MRGO project had been constructed and operated in a more prudent manner that did not expose the LPV flood control structures to elevated surge and wave forces.

We have used hydrodynamic modeling packages that are, we believe, the best of those commonly used in modern engineering practice. But some of the analyses by Bretschneider and Collins (1966) should have led an alert oceanographer or coastal engineer to many of the same conclusions over 40 years ago following Hurricane Betsy. Evaluating the effect of enlarging the GIWW/MRGO Reach 1 cross-section that IPET has called "critical" to surge transmission could have been accomplished with HEC-2, a ancient 1D model developed by the USACE that engineers have used since the late 1960s. Similarly, wave regeneration in deep channels is by no means a new concept, and should have particularly aroused concern as the MRGO channel expanded into Lake Borgne and toward the toe of the Chalmette Loop EBSBs. Analytical models for wave hindcasting were a particular specialty of Dr. Bretschneider, the lead author of the 1966 NESCO report, but he was never asked to look at waves.

Neutral MRGO analyses
Special attention is directed to scenario 2C in FINEL (de Wit et al., appendices 2008) and 2Ci in SWAN (Gautier et al Appendix 2008), a configuration that Dr. Bea calls the "Neutral MRGO" condition. It differs from the "2005 Katrina-As-Is" situation in one way. It has no trace of the MRGO project, or of the wetland destruction that it caused, but retains all of the LPV structures that were added over the years in the pre-Katrina condition. The "Neutral MRGO" analyses conducted by Dr. Bea are based on the rationale that the USACE had a Congressionally directed responsibility to manage the MRGO navigation project so that it caused no added unmitigated impact on the ability of the LPV hurricane protection project to fulfill its mission -- also Congressionally mandated – to protect the City of New Orleans and St. Bernard Parish from hurricane induced flooding. Further, it is accepted under this hypothesis that the levees, EBSBs, floodwalls and other structures built by the Corps as part of the LPV project are beyond reproach in the condition in which they were tested by Hurricane Katrina.



 **Figure 5.12 Habitat vegetation map – 1950s (Penland et al 2008, FitzGerald et al 2008).**

So, we analyze the surge and wave conditions that would have pertained during Katrina without the MRGO project.  Then, we assess the incremental differences in the oceanographic forces that would have been applied to the LPV structures throughout the funnel with and without the MRGO project to determine whether and where these differences would have changed the performance of each of the LPV structures that failed during Katrina.  Dr. Bea has carried out this analysis to determine where breaching was avoided entirely, or occurred later in the surge sequence, thereby limiting flood damage within the developed area (Bea Expert Report July 11, 2008).

## CHAPTER 6
## THE MRGO FUNNEL AND ITS EFFECT ON SURGE

**Point (1). The MRGO created a funnel, the dangerous convergence of channels and spoil disposal areas, later augmented by the LPV berms east of New Orleans, that conducted surge toward the IHNC and contributed significantly to overtopping potential for a surge like Katrina that reached a surge maximum comparable to the crown elevations of most protection structures.**

We have previously discussed information derived from model generated time-histories of surge elevation at a single point, known as a surge hydrograph (See **Figures 5.6a, b**). The surge during Katrina dropped after the peak at roughly the same time everywhere as the storm completed its transit past New Orleans heading for the Mississippi coast. The pattern of surge rise was more complicated than its fall. For any approaching storm, wind speeds are higher closer to the eye, but also the pattern of land and water features that the surge encounters differs from one place to another. Surge will build in large water bodies like Lake Borgne and Lake Pontchartrain and be transmitted inland preferentially through channels, rather than over land. It will pile up on elevated features like levees, particularly if they are oriented close to perpendicular to the direction of the winds driving the surge. This is readily apparent in a snapshot from ADCIRC simulations of Hurricane Betsy (**Figure 6.1**), as well as Katrina (**Figure 6.2**).



**Figure 6.1  Surge build-up in the funnel and against the east bank levees of the Mississippi River in a snapshot from an ADCIRC simulation of Hurricane Betsy by Westerink at the University of Notre Dame. Arrows indicate wind direction. The eye of the storm is just making landfall at Grand Isle. Warmer colors indicate higher surge elevation in meters on scale at right (http://www.nd.edu/~adcirc/betsy.htm).**



**Figure 6.2 ADCIRC hindcast of surge sequence from August 29 0700 (top left), 0800 (top right), 0900 (bottom left), 1000 (bottom right). Surge is in meters with warmer colors higher. The vectors indicate wind direction with the center of circulation (eye) visible in the top right and bottom left panels (Team Louisiana 2007).**

Wave action generally increases with surge height (**Figure 6.3**), as both are forced by the same properties of the wind, namely speed and direction (Gautier et al. 2008). So surge and wave action built up at varying rates in different places during the passage of Katrina, but diminished rapidly as soon as the storm left the area. The severity of flood damage in protected areas is related to when flooding begins in the surge sequence, more if earlier and less if later, which is also a function of when overtopping or breaching of the LPV structures takes place in the surge sequence. Surge and wave energy (proportional to significant wave height, Hs) builds up at varying rates and to varying levels at different places depending on details of the geometry of the landscape impacted. Accordingly, it is appropriate to consider whether the construction of the MRGO, which dictated the selection of the subsequent alignments of the LPV flood protection structures built later, played any role in hastening the onset of surge or waves that could have damaged LPV flood protection elements sooner rather than later.

The way that this could -- and did -- happen is if the geometry created by the combination of channels and paralleling man-made protective structures act together to drive up surge through creation of what local residents have called since Hurricane Betsy the Lake Borgne "funnel" (**Figure 6.4**). As we will show, it was well known within the oceanographic and coastal engineering community that this was a likely outcome of the geometry selected by the USACE at the time that it was chosen.

96



**Figure 6.3 Evolution of significant wave heights (feet) in eastern lobe of Lake Borgne predicted by SWAN for the southeastern lobe of Lake Borgne from 0600 (top left), 0700 (top right), 0800 (bottom left) and 0900 (bottom right) corresponding to surge elevations on the MRGO EBSBs of 13, 15, 18 and 14 feet, respectively (Gautier et al. expert report 2008).**



**Figure 6.4 Lake Borgne is bounded by channels that converge to the west with parallel flood protection structures on the landward side that has been called a "funnel." Most breaches of the Greater New Orleans flood protection system occurred within this funnel and in the IHNC which was connected directly to it (Morris expert report 2008).**

### 6.1 Historical USACE understanding of funnel effects on storm surge

Fitzgerald (expert report 2008) has documented an extensive scientific knowledge base that existed on factors affecting storm surge elevation prior to MRGO construction. Devastating hurricanes struck heavily populated coastal communities on the east coast in 1938 and 1954, as well as those living around Lake Okeechobee in south Florida in the 1920s and 1949. The 1938 hurricane produced storm tides of 14 to 18 feet across most of the Long Island and Connecticut coast, with 18 to 25-foot tides from New London east to Cape Cod (Jarvinen http://www.aoml.noaa.gov/hrd/Landsea/12Tides.pdf). As the surge drove northward through Narragansett Bay, it was restricted by the Bay's funnel shape, and rose to a level of nearly 16 feet (15.8) feet above normal spring tides, resulting in more than 13 feet of water in some areas of downtown Providence (**Figure 6.5**).

Narragansett Bay is a coastal estuary connected by relatively deep outlets to Long Island Sound, but Lake Okeechobee is a completely landlocked freshwater lake about 35 percent larger than Lake Pontchartrain in the center of the Florida peninsula. There, the August 26, 1949 hurricane sequentially generated surges of more than 20 feet against the south and north shores as the wind directions changed (**Figure 6.6**)

98

In 1954 the U.S. Army Corps of Engineers published their first manual entitled: "*Shore Protection, Planning, and Design*", which was the forerunner to the well-known "*Shore Protection Manual*" that continues to this day to be the coastal engineer's "Bible." A second edition was published in 1961 that used the Lake Okeechobee example shown in **Figure 6.6** to illustrate the problems associated with converging, funnel shaped shoreline. Dr. Fitzgerald (expert report 2008) discusses this manual in more detail to illustrate the state of USACE knowledge of hurricane surge in the 1950s prior to construction of the MRGO.

> "The publication discussed the physical forces acting on coasts and shore protection structures. In a heading called: *Wave Set-up*, storm surges are explained as a function of wind stresses and low pressure accompanying storms. They also state: "Surge may also be increased, particularly in coastal areas, by a funneling effect in converging open mouth bays." In this same section they state: "Engineers must know expected water levels to design harbor improvements and shore protective works." They use Lake Erie to illustrate the concept of "wind set-up" or as they also called the process "wind tide" … The Corps' *Shore Protection, Planning, and Design* (1961) also demonstrates the effect of funnel-shaped coastlines by showing water elevation changes in Lake Okeechobee during the passage of the 26-27 August 1949 hurricane. This was a Category 4 hurricane that weakened after coming ashore at Palm Beach, Florida. Wind velocities and directions and water surface elevation data were collected throughout Lake Okeechobee as storm winds first blew from the northerly quadrant and then several hours later blew from the southerly quadrant. Maximum wind velocities occurred at 2100 hours (26 August) coinciding with maximum storm surge elevations (23.7 feet above a still-water surface of 13.9 feet) in the funnel-shaped bay at the southern end of the lake. As the storm tracked northwestward, winds shifted 180 degrees and came out the south. After the lake adjusted to the new wind field, a maximum storm surge elevation of 23.1 feet was measured at the very northern funnel-shaped lake shoreline. Using data sets from Lake Erie and Lake Okeechobee, the Corps showed clearly that funnel-shaped shorelines cause a significant increase in storm surge elevation."

Fitzgerald (expert report 2008) has clearly shown how the science of hurricanes and their impact to coasts grew from detailed studies made of major storms that affected American coasts and lakes, but that it was quite mature prior to construction of the MRGO or the LPV projects. Redfield and Miller (1957) published a very detailed survey of storm surge levels due to hurricanes in New England in a paper entitled "Water Levels Accompanying Atlantic Coast Hurricanes" in the journal Meteorological Monographs. What is even more intriguing is the USACE response to the 1938 and 1954 east coast storms. They built flood-gates and barriers cutting off bays in Providence, Rhode Island and New Bedford, Massachusetts (**Figure 6.7**) to protect these regions from future storm

surges precisely because effective protection could not be assured without addressing the natural funneling geometry of the coast that amplified storm surge.



**Figure 6.5  Geometry of Narragansett Bay on left and observed surge hydrograph for September 21, 1938 storm surge in Providence, Rhode Island at head of bay (http://www.aoml.noaa.gov/hrd/Landsea/12Tides.pdf)**



**Figure 6.6  Convergence of the north and south shorelines of Lake Okeechobee into narrow bays amplified surge in these areas during the 1949 hurricane as the wind direction changed.  Diagram reproduced from the Army Corps of Engineers' (1961)** *Shore Protection, Planning, and Design* **(Fitzgerald expert report 2008).**



**Figure 6.7 Rock-armored surge barriers covering more than 3 miles built by the USACE in the mid-1960s at the mouth of New Bedford Bay equipped with navigable flood gates span nearly 3 miles (Andrew Morang, USACE ERDC 2007 presentation titled "Hurricane Barriers in New England and New Jersey – A Four-Decade History"**

## 6.2 A "bowling" analogy for storm surge effects in the Lake Borgne funnel

The Lake Borgne funnel is not a feature arising from a natural convergence of coastlines, but a creation of man that took a natural situation that was problematic, a large coastal lake partly enclosed by low-lying developed areas similar to Lake Okeechobee, and made it worse.  Unlike the situations considered above along the New England coast and in Lake Okeechobee, the USACE first constructed the MRGO channel, much deeper than any natural bayou in the area, along the axis of an estuary in a way that penetrated natural ridges and marsh land bridges.  They then compounded the problem by building flood protection works adjacent and inboard of these channels that had much higher crown elevations than any natural feature found in the area.  These structures cut off wetland areas with significant storm surge storage capacity while deflecting surge toward westward into an ever narrower cross-section.  We will show that the interaction between the channel coupled with the artificial berms greatly exacerbated flow toward the City. The question they never considered is "Where is the water pushed by a storm to go, if not up?"

"Funnel" is an apt term to describe the geometry of the system of channels and flood protection berms the USACE developed for this area (**Figure 6.4**).  But a physicist might

102

prefer an analogy that gives a better idea of what happens to surge during a hurricane. Consider a bowling alley in which the lanes are not rectangular, but are much wider at the baseline behind which the bowlers must release, and converge to a point at the other end. At the far end, where the pins might be placed in a normal alley, the two gutters (GIWW and Reach 2) on each side of the lane come together to form a single trough that serves as an outlet (GIWW/MRGO Reach 1).

Participants in this curious game take on the role of hurricanes, with names like Betsy and Katrina, or any storm from the past or future that passes nearby on any track from the south or east. The goal is to throw as many balls as possible in a period that corresponds to hurricane passage, and see who gets the most balls through the trough on the other end before time is called.

In addition to its shape, this alley has another unusual feature. The gutters are the smoothest features, and frequently waxed (dredged), while the rest of the lane is never even cleaned. So, in contrast to what happens in a real bowling alley, balls move faster in the gutters than in the lanes. In fact, areas that are marsh in the real funnel are covered with deep-pile carpet in the hypothetical hurricane bowling alley. Balls that hit these patches are deflected and slow down, and some never make it to the end of the alley.

A skilled bowler knows that the best way to win is to send all balls sequentially down the largest and smoothest gutter (MRGO Reach 2), because these balls will take a straight path, will end up in the right place with no aiming required, and will experience minimal interference from other balls. No matter how a ball arrives in a gutter, as long as it does not stop, it ends up heading toward the outlet trough.

But the players who enjoy this game most are youngsters who love to throw balls in from every point on the baseline as fast as they can. These balls bump and jostle and sometimes even bounce toward the next lane, where they carom off the divider, drop into the gutter, and continue on their way. The divider is like a flood protection berm, at least like one that works, in that it keeps the balls in the right lane and redirects errant balls back toward the target.

The kids' approach described above gives a better idea of the hydrologic chaos that pertains during a surge than does the method of the more skilled bowler. While water, like the balls, is always coming across the baseline into the mouth of the funnel from the east, flows within the funnel are complex and can interfere with each other. Current speed and direction at points outside of the gutters changes often and is influenced by the occurrence of lakes, ridges, swamp, marsh and other landscape features, so that water particles, like colliding bowling balls, follow erratic paths. Erratic paths are longer, meaning that the balls may not make it through the trough at the end before winds shift to the opposite direction as the storm passes.

The USACE designed this particular bowling alley, built and maintained every part of it. Even if we are constrained to assume that the lane dividers, i.e. flood protection berms, are beyond reproach, there is a much larger system here, with many other features that, in

combination, enhance surge into New Orleans.  When the system is at full capacity and full of water, this water links all of the parts of the funnel together so it is clear that what happens one place, like a breach, can have significant effects elsewhere in the system, like lowering peak surge or delaying the arrival of it.

## 6.3  Storm Surge Dynamics and the Funnel

Damaging storm surges propagated into the IHNC from Lake Borgne through the MRGO channel reach west of the junction with the GIWW in 1965, 1969 and 2005, during hurricanes Betsy (**Figure 6.8**), Camille (**Figure 6.9**) and Katrina (**Figure 6.2**), respectively.  These were all storms that generated higher surges in Lake Borgne than in Lake Pontchartrain, and caused flooding in New Orleans through the MRGO "back door."  The convergence of the two navigation channels, and the berms built along their banks, with the mouth open to Lake Borgne on the east, favors the amplification of surges generated by hurricanes tracking over the city or to the east.  Once the adjacent Central Wetlands were isolated by the LPV berms, the only outlet for surge is the 6 mile portion of the MRGO channel that was constructed inside the original GIWW right-of-way that IPET discusses as MRGO Reach 1.

Hurricane-generated surge arises from the interaction between wind-forced water flow and the geometry of the receiving coastal landscape.  Like a tsunami, the elevation of the surge is trivial in deep water but rises up against any barrier, whether an island, beach, floodwall or levee, particularly if there is no ready avenue for escape.  In coastal Louisiana, the hurricane protection and river levees are the highest features in the landscape, so this is where the surge rises to its greatest heights.  At the same time, dredged channels, far deeper than any natural waterway, convey the surge inland particularly if, like the MRGO or the Calcasieu Ship Channel, they run perpendicular to the coast.  Adjacent wetlands also convey surge, but provide far greater resistance and a shallower depth of flow.



**Figure 6.8 Peak water levels in funnel during Hurricane Betsy, September 8-9, 1965.**



**Figure 6.9 High water caused by storm surge of Hurricane Camille on August 17, 1969. Peak elevation was 9.7 ft (NGVD29) at Paris Road, 10.2 ft on the north side of the IHNC lock, and 6.5 ft at the IHNC opening into Lake Pontchartrain. New Orleans flooding was limited to a small area of the Upper 9th Ward on the west side of the IHNC. New Orleans experienced a Lake Borgne/MRGO surge during Camille, while Lake Pontchartrain levels remained relatively low.**

The throat of the funnel, MRGO Reach 1, is a large navigation channel (44 by 1,000 feet), but it is small relative to the gape at the end of the flood protection structures (7.5 miles, **Figure 6.10**) so that water pushed by wind into the jaws tends to pile up as can be seen in an ADCIRC simulation of the surge from Hurricane Betsy (**Figure 6.1**). IPET describes MRGO Reach 1 with respect to storm surge as follows.

> "The critical section of the MRGO is Reach 1, the combined GIWW/MRGO. *It is through this section of channel that Lake Pontchartrain and Lake Borgne are hydraulically connected to one another via the IHNC.* Reach 1 existed as the GIWW prior to the construction of the MRGO, although the maintained depth was lower. Because of this connectivity, the local storm surge and astronomical tide in the IHNC and in the section designated GIWW/MRGO is influenced by the tide and storm surge in both Lake Pontchartrain and Lake Borgne…*The Reach 1 GIWW/MRGO section is very important in determining the magnitude of the storm surge that reaches the IHNC from Lake Borgne and Breton Sound.* If the hydraulic connectivity between Lake Pontchartrain and Lake Borgne is eliminated at a point within this section of channel, tide or surge to the west of this point will become primarily influenced by conditions in Lake Pontchartrain" (IPET 2006, IV-6-2). (*emphasis added*)

The term "critical section" as used by the IPET surge modeling team refers to that portion of the channel in which hydraulic gradients are steepest and the velocity increases as a result of constriction (**Figure 6.11**).  The highest mean velocities observed in deep rivers and dredged channels like the MRGO are generally constrained by turbulent and inertial forces to 10 feet per second (fps) or less, which is far lower than the classic transition from critical to supercritical flow (Froude number > 1) for a channel of the depth of the MRGO.  But conveyance or discharge through a given channel cross-section is still limited by this constraint, as we will discuss in the next chapter.



**Figure 6.10 Cross-section of the funnel between the New Orleans East and Chalmette (St. Bernard) HPS levees at surge levels from 0 to 15 ft MSL, showing constriction in MRGO Reach 1 (Team Louisiana 2007).**

In the 1,800 foot narrows between the New Orleans East and St. Bernard hurricane levee systems in MRGO Reach 1, the cross-section available rises more slowly with the hurricane surge than the rate at which water enters the eastern end, so velocity rises (**Figure 6.11**).  If we look at the maximum depth-averaged velocities predicted by ADCIRC throughout the funnel area during Katrina, the highest values occurred at the eastern end of MRGO/GIWW Reach 1 and in the northern reach of the IHNC at inlet constrictions (**Figure 6.12**).  At the time that the surge is highest against the hurricane protection levee along the south bank of the MRGO in Reach 2, flow throughout the funnel converges on the throat, but cannot be fully accommodated, so that a return flow is predicted to the northeast in the GIWW (**Figure 6.12**).  Flow also moves away from the peak surge zone out both ends of MRGO Reach 2.  It should be noted that IPET has quibbled with use of the term 'funnel' to describe Lake Borgne surge dynamics because

106

surge merely built up against the Chalmette EBSBs south of the Lake rather than in the 'throat as it did during Betsy (Figure 6.1), but this interpretation is complicated by the close proximity of MRGO Reach 2 to the LPV EBSBs which acted to efficiently conduct surge essentially undiminished into the throat from wherever it originally built up (IPET 2007)



**Figure 6.11 Peak flow velocities in the funnel in Katrina ADCIRC simulation by H. Mashriqui of the LSU Hurricane Center. The red regions are zones of highest velocity (>8 fps). MRGO Reach 1 and the northern reach of the IHNC are 'critical,' where a reduction in cross-section has the most effect on velocity (Team Louisiana 2007).**



**Figure 6.12 Currents in the funnel at peak surge in Katrina ADCIRC simulation by H. Mashriqui of the LSU Hurricane Center. The surge reached approximately 18 feet on the MRGO EBSBs south of Lake Borgne (orange). Even though the surge maximum was along the south side of the funnel, flow converges from all directions**

107

toward the throat, but some that cannot be accommodated moves east as a return flow in the GIWW (Team Louisiana 2007).

## 6.4 FINEL analysis of funnel effects

Three scenarios modeled with FINEL by our colleagues at Svasek Hydraulics are considered (de Wit et al. expert report 2008). These have allowed us to learn far more about Katrina surge dynamics than any previous analyses. First, we take an in-depth look at Hurricane Katrina driven flow patterns in the funnel as it was during the storm, Scenario 1 or Katrina-As-Is. Surge hydrographs for this scenario were given in the last chapter (**Figures 5.6a, b**). Then we compare this to the condition that would have existed in the absence of the man-made features constructed under either the MRGO or LPV authorizations (Scenarios 2a, 2b, 2d). Then, we put back first the flood protection structures absent the MRGO project (Scenario 2c). Finally, we put the MRGO back in, but at its authorized dimensions, rather than what it has since become (Scenario 3).

Katrina-As-Is Scenario 1
The progression of surge in the funnel is shown hourly from 0400 through the peak at around 0800 and as it is dropping at 0900 (**Figure 6.13a, b**). The surge maximum occurs on the MRGO Reach 2 EBSBs south of the east lobe of Lake Borgne as has been true for all ADCIRC simulations by the LSU Hurricane Center and IPET. But FINEL predicts that this maximum is transmitted through MRGO Reach 1 with little decrease to the south end of the IHNC (**Figure 6.13b**). Overtopping of flood protection structures occurs where the surge is highest south of Lake Borgne, and where levee and floodwall crowns are lowest, along MRGO Reach 1 and at the southern end of the IHNC, but because the structures do not breach in the model, the Central Wetlands storage area is not filled by the end of the sequence (Figure 6.13b). Under the modeled conditions for the flood protection structures, flooding of developed areas of the St. Bernard polder through overtopping of the 6.5 foot 40 Arpent Levee would not have occurred except at the western margin into the Lower 9th Ward. There, overtopping would have lasted less than 3 hours, and would have been less than 2 hours on the MRGO EBSBs south of Lake Borgne.

The role of both reaches of the MRGO in conveying surge into the IHNC is quite apparent in maps of the spatial distribution of current velocity (**Figure 6.14**). Velocities are generally less than 2 feet per second (fps) even at the peak of the surge everywhere but in the channels and where flow is overtopping flood protection structures. It is much lower in the GIWW along the north side of the funnel than in the two reaches of the MRGO and the IHNC. The highest velocities predicted are in the constricted reach of the IHNC north of the MRGO junction that was not enlarged as part of the MRGO project. There, velocities of more than 10 fps are shown for water draining to Lake Pontchartrain (**Figure 6.15**). Current direction in the IHNC is always north toward Lake Pontchartrain through the whole sequence that ends after the peak at 0900.



**Figure 6.13a FINEL surge simulation for Katrina-As-Is Scenario 1 at 0400 (top), 0500 (middle) and 0600 (bottom). Warmer colors indicate higher surge on scale (ft). Inset indicates surge progression on B. Bienvenue hydrograph. Arrows show wind direction. No overtopping of intact MRGO EBSBs into Central Wetlands (de Wit et al. expert report 2008)**



**Figure 6.13b FINEL surge simulation for Katrina-As-Is Scenario 1 at 0700 (top), 0800 (middle) and 0900 (bottom). Overtopping of intact MRGO EBSBs into Central Wetlands begins close to peak surge at 0800 is most significant at MRGO-IHNC junction and in vicinity of Bayou Dupre (de Wit et al. expert report 2008).**





**Figure 6.14 Flow velocities predicted by FINEL (top) at 0800 with detail of overtopping between Bayous Dupre and Bienvenue for Katrina-As-Is Scenario 1 (de Wit et al. expert report 2008).**



**Figure 6.15 Flow velocities and direction in MRGO Reaches 1, 2 and IHNC at 0800 for Katrina-As-Is scenario, showing overtopping across south levee of MRGO Reach 1.  Maximum velocities in Reach 1 and IHNC are 8 and 11 feet per second (fps on scale), respectively (de Wit et al. expert report 2008).**

What is most apparent in the velocity plots is that the larger channel dimensions of the channels constructed or enlarged as part of the MRGO project are carrying a disproportional share of flow. The channel from about Bayou Bienvenue all the way into the IHNC looks like a single river in the velocity maps (**Figure 6.15**). We will compare discharges calculated by FINEL for each of the reaches once the scenario results have been introduced, but it can be seen that velocities in MRGO Reach 1 are only slightly higher than in Reach 2 between the Bayou Bienvenue control structure and the turn at the junction with the GIWW. This suggests that the vast majority of flow entering Reach 1 is coming from Reach 2 (**Figure 6.15**), and that this flow is being efficiently conveyed by the Reach 1 channel all the way into the IHNC. From this point on in the surge analysis we consider the various "what if" surge scenarios provided by our esteemed Dutch colleagues (de Wit et al. expert report 2008).

No MRGO, No LPV structures

Scenarios 2A and 2B were designed to simulate a Katrina surge in the absence of any man-made channels or flood protection works constructed under either the MRGO or LPV projects (de Wit et al. expert report 2008). The two scenarios differ in only one way. For scenario 2B, the 40 Arpent Levee is left at the average 6.5 foot (NAVD88) elevation that it had during Katrina. For scenario 2A, this levee has been raised to the 17.5 foot (NAVD88) design elevation that it could have had under an LPV protection scheme in which the pre-existence of the MRGO did not lead the USACE to choose a more exposed alignment.

We consider scenario 2B first. For this, we have to envision a situation similar to what existed in the late 1950s prior to construction of the MRGO and LPV projects. Accordingly, we simulate surge along the shores of Lake Borgne in a model in which we change the Scenario 1 model input in the following ways:

(1)     90% reduction in cross-section area of MRGO Reach 1 to the dimensions of the GIWW (pre-MRGO);

(2)     MRGO Reach 2 is removed and replaced with land at the elevation of the surrounding marsh and swamp areas;

(3)     The spoil disposal area and LPV EBSBs are degraded to natural swamp or marsh elevation depending on the 1958 habitat map;

(4)     Bayou  LaLoutre ridge is restored to fill-in the hole dredged for MRGO Reach 2;

(5)     The developed area between the 40 Arpent levee and the Mississippi is added to the model grid. The pre-Katrina crest level of 6.5 ft NAVD is used for the 40 Arpent levee.

(6)     The cypress forests originally present between the MRGO alignment and the 40 Arpent levees, as well as between Lake Borgne and the IHNC are restored and exert an influence on the water current velocities and the effective wind speed on the water surface (**Figure 6.16**), as was discussed in Chapter 4 (de Wit et al. expert report 2008).



**Figure 6.16 Healthy stand of second-growth cypress-tupelo swamp in the Maurepas basin will effectively retard flow both by bottom friction and lateral friction on trunks throughout the water column even at high surge levels, and by largely separating the water surface from hurricane velocity winds, which will affect the forest canopy instead (de Wit et al. expert report 2008, Day and Shaffer expert report 2008, S. A. Hsu, personal communication).**



**Figure 6.17 Output locations for FINEL simulated surge hydrographs (de Wit et al. expert report 2008).**

114



**Figure 6.18a FINEL surge simulation for Scenario 2b at 0400 (top), 0500 (middle) and 0600 (bottom). Warmer colors indicate higher surge on scale (ft). Inset indicates surge progression on B. Bienvenue hydrograph. Arrows show wind direction. Overtopping of intact 40 Arpent Levee into developed area has already begun by 0400 (de Wit et al. expert report 2008).**



**Figure 6.18b FINEL surge simulation for Scenario 2b at 0700 (top), 0800 (middle) and 0900 (bottom).  Warmer colors indicate higher surge on scale (ft).  Inset indicates surge progression on B. Bienvenue hydrograph.  Arrows show wind direction.  Six foot difference between surge at L. Borgne shore and 40 Arpent Levee at 0800.  Developed area flooded with surge at average 12 foot elevation by 0900 (de Wit et al. expert report 2008)**





**Figure 6.19a FINEL generated Katrina hydrographs for Scenarios 1, 2a, 2b and 3 (de Wit et al. expert report 2008). The red line for Scenario 3 is almost identical to the Scenario 1 hydrograph and lies beneath the blue line. Scenarios 2a and 2b produce similar hydrographs, lower than Scenario 1 at these locations (Figure 6.17)**





**Figure 6.19b FINEL generated Katrina hydrographs for Scenarios 1, 2a, 2b and 3 (de Wit et al. expert report 2008).  The red line for Scenario 3 is almost identical to the Scenario 1 hydrograph and lies beneath the blue line.  The Scenario 2a peak is higher than that at 2b, but the peak is delayed for both relative to Scenario 1 at these locations (Figure 6.17).**



**Figure 6.19c FINEL generated Katrina hydrographs for Scenarios 1, 2a, 2b and 3 (de Wit et al. expert report 2008).  The red line for Scenario 3 is almost identical to the Scenario 1 hydrograph and lies beneath the blue line.  The Scenario 2a peak is higher than that at 2b, but the peak is delayed for both relative to Scenario 1 at these locations (Figure 6.17).**





**Figure 6.19d FINEL generated Katrina hydrographs for Scenarios 1, 2a, 2b and 3 (de Wit et al. expert report 2008).  The red line for Scenario 3 is almost identical to the Scenario 1 hydrograph and lies beneath the blue line.  The Scenario 2a peak is higher than that at 2b, but the peak is delayed for both relative to Scenario 1 at these locations (Figure 6.17).**





**Figure 6.19e FINEL generated Katrina hydrographs for Scenarios 1, 2a, 2b and 3 (de Wit et al. expert report 2008). The red line for Scenario 3 is almost identical to the Scenario 1 hydrograph and lies beneath the blue line. The Scenario 2a peak is higher than that at 2b, but the peak is delayed for both relative to Scenario 1 at these locations (Figure 6.17).**





**Figure 6.19f FINEL generated Katrina hydrographs for Scenarios 1, 2a, 2b and 3 (de Wit et al. expert report 2008). All of the scenarios are similar at these locations (Figure 6.17) controlled by the elevation of Lake Pontchartrain, a boundary condition.**

The surge for scenario 2b approximates that which would have occurred under more natural conditions (**Figures 6.18a, b**). The area between the developed polders of New Orleans East and St. Bernard Parish would have been prone to high surge originating in Lake Borgne even without the MRGO and LPV projects. The wetlands in the Central Wetlands and closer to the IHNC did reduce the maximum surge elevation at the 40 Arpent Levee by about 3 feet, from 16 feet at the Lake Borgne shoreline to 13 feet (**Figure 6.18b**), but this still allowed significant overtopping of the 6.5 foot levee, and flooding of the developed area so that St. Bernard served as an outlet that reduced surge elsewhere in the funnel. The reduction in the size of the MRGO Reach 1 channel to the dimensions of the pre-existing GIWW, coupled with the swamp buffer through which it was cut, reduced maximum surge elevation at the lock on the south end of the IHNC by 5 feet and delayed the onset of surge greater than 10 feet by more than 2 hours, as Bretschneider and Collins (1966) predicted (**Figure 6.19e**).

The funnel would have been larger with more wetland storage capacity under natural conditions, and, of course, the St. Bernard Polder would have provided additional storage comparable to another outlet as it flooded to essentially the same level as actually occurred during Hurricane Katrina, although it would have been a more gradual process (**Figure 6.18b**). This simulation is the basis for the observation made in Chapter 1 that with regard to the flooding of the Lower 9th Ward and St. Bernard Parish it was as if the LPV flood protection works had never been built.

I will not present all of the output from the scenario 2A simulation in which the 40 Arpent Levee was raised to 17.5 feet. The scenario 2A hydrographs are included with the 2B output (**Figure 6.19a-f**), and show that loss of the St. Bernard storage would have raised maximum surge level in the Central Wetlands to 16 feet, about 2 feet lower than the level experienced by the MRGO EBSBs during Katrina, though for a much shorter period, and later in the surge sequence. But an earthen levee at this location would be shielded from waves by miles of swamp and marsh, and would not have been damaged by overtopping. Therefore, it would not have been exposed to the destructive combination of front and back side erosion that destroyed the MRGO EBSBs, and would not have breached almost regardless of what materials were used to build it. As surge levels rose in the Central Wetlands, water that would have drained over the much lower 40 Arpent Levee in scenario 2b made its way into the IHNC under scenario 2a, raising peak surge level at the lock by about 2 feet relative to scenario 2B, but still 3 feet lower than during Hurricane Katrina (scenario 1).

The surge peak in the IHNC during scenario 2B was controlled more by inflow from Lake Pontchartrain than from Lake Borgne (**Figure 6.20**). Water level in the IHNC during scenario 2B was essentially what it would have been if a surge barrier similar to that now being planned by the USACE for the 100-year protection plan had been in place during Katrina (See **Figure 3.6**), except that the barrier effect would have been achieved by a 90 percent reduction in the cross-section of MRGO Reach 1 to that of the GIWW, and by saving the cypress forest that once blocked the remainder of the hydraulic pathway for surge into the IHNC.

123



**Figure 6.20 Flow velocities and direction in the GIWW and IHNC at 0900 for Scenario 2b, showing overtopping across south levee of MRGO Reach 1. Maximum velocities in GIWW and IHNC are 7 and 6 feet per second (fps on scale), respectively, and flow in the IHNC is south, from Lake Pontchartrain (de Wit et al. expert report 2008).**