Exhibit 21 Part C

Neutral MRGO Scenario 2c

The final FINEL scenario that I will describe, and I have not addressed all that have been run, is that which Dr. Bea refers to as the "Neutral MRGO" simulation (Bea expert report 2008).  For this, we added the pre-Katrina levees to the 1950s landscape that was used for scenario 2B.  Accordingly, we simulate surge along the shores of Lake Borgne in a model in which we change the Scenario 1 model input in the following ways:

(1)     90% reduction in cross-section area of MRGO Reach 1 to the dimensions of the GIWW (pre-MRGO);

(2)     MRGO Reach 2 is removed and replaced with land at the elevation of the surrounding marsh and swamp areas;

(3)     The levees along MRGO Reach 1 and 2 are at their pre-Katrina crest elevations (same as in Scenario 1);

(4)     Bayou  LaLoutre ridge is restored to fill-in the hole dredged for MRGO Reach 2;

(5)     The area between the 40 Arpent levee and the Mississippi is added to the model grid. The pre-Katrina crest level of 6.5 ft NAVD is used for the 40 Arpent levee.

(6)     The cypress forests originally present between the MRGO alignment and the 40 Arpent levees, as well as between Lake Borgne and the IHNC are restored and exert an influence on the water current velocities and the effective wind speed on the water surface (**Figure 6.16**), as was discussed in Chapter 4 (de Wit et al. expert report 2008).

The "Neutral MRGO" analyses conducted by Dr. Bea are based on the rationale that the USACE had a Congressionally directed responsibility to manage the MRGO navigation project so that it caused no added, unmitigated impact on the ability of the LPV hurricane protection project to also fulfill its mission -- also Congressionally mandated – to protect the City of New Orleans and St. Bernard Parish from hurricane induced flooding. Further, it is accepted under this hypothesis that the levees, EBSBs, floodwalls and other structures built by the Corps as part of the LPV project are beyond reproach in the condition in which they were tested by Hurricane Katrina.

Surge hydrographs were prepared at the same output locations as shown for the earlier scenarios, but also at additional points along the 40 Arpent Levee (**Figure 6.21**).  The replacement of the MRGO channel by marsh had a minor effect on the surge hydrographs at locations along the MRGO EBSB alignment toward the east side of the funnel (**Figure 6.22a**), but a progressive lowering of the peak surge and a time-lag becomes more prominent at locations farther west (**Figures 6.22b-d**).  This is particularly true for the locations inside the GIWW and IHNC west of Paris Road, so that at the lock on the south side of the IHNC, the surge is about 3.0 feet lower than for the Katrina-As-Is condition, and is similar to the hydrograph for scenario 2a, where the only LPV structure was a 17.5 foot levee on the 40 Arpent alignment (Figure **6.22d**).



**Figure 6.21 Output locations for FINEL simulations of the Neutral MRGO scenario 2c (de Wit et al. expert report 2008).**

The most interesting result of this analysis is that it produces the least amount of flooding of the Central Wetlands area of any of the simulations run (**Figures 6.22e, f**). The closest competitor for this distinction is scenario 3, one that we have not discussed yet, in which the MRGO Reach 1 and Reach 2 channels are modeled as at the authorized dimensions with a 500 foot bottom-width and a 650 foot top-width. Scenario 3 produced reductions in peak surge elevations of less than a foot only within MRGO Reach 1 and the IHNC (**Figures 6.22c, d**) when compared with the Katrina-As-Is scenario (scenario 1). The reason for this has eluded all earlier researchers but is quite obvious, and explains the IPET ADCIRC results discussed in Chapter 4 that showed decreased flooding of protected areas from what the USACE researchers considered negligible reductions in maximum surge elevation when they eliminated only MRGO Reach 2 and did nothing to Reach 1 (See **Figure 4.11**).

The answer is that the apparently minor increases in peak surge elevation and duration that the ADCIRC and FINEL models allow us to attribute to the MRGO project have a disproportionate impact on overtopping caused flooding across the adjacent LPV hurricane protection structures because in many places the crown elevations are not much lower          than          the          surge          elevation.          Because

126





**Figure 6.22a FINEL generated Katrina hydrographs for Scenario 1, 2a, 2b, 2c, 2d and 3 (de Wit et al. expert report 2008).  Scenario 2c, the grey dashed line is of interest but is only slightly lower than the Katrina-As-Is run, scenario 1 at these locations (Figure 6.21), with no lag.**





**Figure 6.22b FINEL generated Katrina hydrographs for Scenario 1, 2a, 2b, 2c, 2d and 3 (de Wit et al. expert report 2008). Scenario 2c, the grey dashed line is of interest but is only slightly lower than the Katrina-As-Is run, scenario 1 at these locations (Figure 6.21), with a slight lag.**





**Figure 6.22c FINEL generated Katrina hydrographs for Scenario 1, 2a, 2b, 2c, 2d and 3 (de Wit et al. expert report 2008). Scenario 2c, the grey dashed line is of interest and is now quite a bit lower than the Katrina-As-Is run, scenario 1, at these locations (Figure 6.21), with a pronounced lag similar to the scenario 2a and 2b hydrographs.**





**Figure 6.22d FINEL generated Katrina hydrographs for Scenario 1, 2a, 2b, 2c, 2d and 3 (de Wit et al. expert report 2008). Scenario 2c, the grey dashed line is of interest and is now quite a bit lower than the Katrina-As-Is run, scenario 1, at these locations (Figure 6.21), with a pronounced lag similar to the scenario 2a and 2b hydrographs.**





**Figure 6.22e FINEL generated Katrina hydrographs for Scenario 1, 2a, 2b, 2c, 2d and 3 (de Wit et al. expert report 2008). Scenario 2c, the grey dashed line is of interest and is now lower than the Katrina-As-Is run, scenario 1, or any other at these 40 Arpent locations (Figure 6.21) indicating less flooding of the Central Wetlands.**





**Figure 6.22f FINEL generated Katrina hydrographs for Scenario 1, 2a, 2b, 2c, 2d and 3 (de Wit et al. expert report 2008). Scenario 2c, the grey dashed line is of interest and is now lower than all other simulations at these 40 Arpent locations (Figure 6.21) indicating no flooding of the Central Wetlands.**

132



**Figure 6.23 Output locations for overtopping volume analysis (de Wit et al, appendices, expert report 2008)**

the length of these structures extend for several miles, even a minor increase in the overtopping rate per linear foot results in much larger volumes of water getting over the structure. This can be seen in an analysis of structure overtopping for a number of the FINEL scenarios (de Wit, et al. expert report 2008).

<u>Overtopping Analysis Using Weir Equation</u>
Locations were selected for calculation of structure overtopping using the FINEL surge output as the upstream input and considering the surveyed elevation of the structure crown in the pre-Katrina condition (**Figure 6.23**). de Wit et al.(expert report 2008) state that during overtopping the levees can be considered as a perfect weir. The perfect weir discharge can be calculated by:

$$q = C_d 2/3 E \sqrt{2/3 g E} .$$

With:

| | |
|---|---|
| q | = discharge per m levee (m$^3$/s/m), |
| C$_d$ | = discharge coefficient (-), |
| E | = upstream energy level with reference to the levee crest (m), |
| g | = gravity constant (9.81 m/s$^2$). |

The upstream energy level can be considered equal to the upstream water level. The Dutch ministry of public works executed a study to determine the discharge coefficient for different levee heights/slopes and for perfect and imperfect weir flow (de Wit et al.

133

expert report 2008). They found that the discharge coefficient $C_d \approx 1$ for perfect weir flow for all investigated levee slopes/heights. Therefore, we use a $C_d = 1$ is to determine the overtopping rates.

Knowing the elevation difference between the water level in FINEL and the levee crest, a time line of the overtopping rate can be calculated for each selected location (**Figures 6.24a-f**). The levee crest elevations used to determine the overtopping rates are shown in **Table 6.1**. The overtopping rates and total amount of levee overtopping water volume for all scenarios are shown in Figures 2.40a to 2.40g.

**Table 6.1: LPV structure crest elevation for overtopping analysis**

| Symbol Fig. 6.22 | Structure Name | Levee crest elevation for all runs Except where noted otherwise (ft+NAVD88) | |
|---|---|---|---|
| 1 | Citrus Back Levee | 13.0 | |
| 2 | New Orleans East Back EBSB | 16.5 | |
| 3 | Lower Ninth Ward Floodwall | 12.5 | |
| 4 | IHNC West Floodwall | 11.5 | |
| 5 | IHNC East Floodwall | 11.6 | |
| 6 | Chalmette West of Paris Road | 11.6 | |
| I | Bayou Bienvenue EBSB | 15.5 | |
| Ii | MRGO halfway EBSB | 17.0 | |
| iii | Bayou Dupre EBSB | 14.5 | |
| II | Loc II 40 Arpent | 17.5 (Sc 2A) | 6.5 (Sc 2B, 2C, 2D) |
| A | Loc A 40 Arpent | 17.5 (Sc 2A) | 6.5 (Sc 2B, 2C, 2D) |
| B | Loc B 40 Arpent | 17.5 (Sc 2A) | 6.5 (Sc 2B, 2C, 2D) |
| C | Loc C 40 Arpent | 17.5 (Sc 2A) | 6.5 (Sc 2B, 2C, 2D) |

The Orleans Metro and New Orleans East polders are not included in the model grid so overtopping into those bowls, as well as breaching, do not occur in the FINEL model. So the FINEL hydrographs in the IHNC and MRGO Reach 1 will be a little higher than what actually would occur in each scenario, as was discussed in the calibration section. Overtopping rates in MRGO Reach 1 and to a greater degree in the IHNC must therefore be considered an upper bound. The surge peak on structures within the Lake Borgne will be more realistic estimates when no breaching occurs because the surge in Lake Borgne is unaffected by overtopping that is not included (de Wit et al. expert report 2008).

For the four locations along the 40 Arpent Levee in Scenario 2B where the levee crown is low (**Table 6.1**) and the developed St. Bernard polder fills up completely, the perfect weir discharge assumption is not valid. The overtopping discharge for those four locations in Scenario 2B is determined from the FINEL flow velocities and water depths at the levee crest. In FINEL the elements containing the 40 Arpent Levee have a higher bottom friction value (equal to the bottom friction in the area between the 40 Arpent Levee and the Mississippi River), therefore the current velocities are relatively low and the overtopping discharge in FINEL over the 40 Arpent Levee may lead to an underestimate (de Wit et al. expert report appendices 2008).

134



**Figure 24a Overtopping rates calculated for Scenarios 1, 2a, 2b, 2c and 3 at location 1 on the Citrus Back Levee (top) and location 2 on the New Orleans East Back Levee (de Wit et al. expert report 2008)**



**Figure 24b Overtopping rates calculated for Scenarios 1, 2a, 2b, 2c and 3 at location 3 on the Lower 9th Ward floodwall (top) and location 2 on the IHNC West floodwall (de Wit et al. expert report appendices 2008).**



**Figure 24c Overtopping rates calculated for Scenarios 1, 2a, 2b, 2c and 3 at location 5 on the IHNC east floodwall (top) and location 6 on the Chalmette EBSB west of Paris Road (de Wit et al. expert report appendices 2008).**



**Figure 24d Overtopping rates calculated for Scenarios 1, 2a, 2b, 2c and 3 at location I on the B. Bienvenue EBSB (top) and location Ii on the Chalmette EBSB halfway between Bayous Bienvenue and B. Dupre (de Wit et al. expert report appendices 2008).**





**Figure 24e Overtopping rates calculated for Scenarios 1, 2a, 2b, 2c and 3 at location iii on the B. Dupre EBSB (top) and location II on the 40 Arpent Levee near Chalmette (de Wit et al. expert report appendices 2008).**



**Figure 24f Overtopping rates calculated for Scenarios 1, 2a, 2b, 2c and 3 at location B on the 40 Arpent Levee (top) and location C on the 40 Arpent Levee near Verret (de Wit et al. expert report appendices 2008).**

Results of the overtopping analysis are summarized for each area that received the overtopping volume, namely, the New Orleans East polder, St. Bernard/Lower 9th Ward polder, Orleans Metro polder and the Central Wetlands (**Table 6.2**). These are only cumulative volumes at a single location and do not take into account the length of the flood protection structures that are being characterized by a few points for each receiving area. This is just one point in the case of overtopping of the IHNC west floodwall into the Orleans Metro polder, but as many as four points for the St. Bernard/Lower 9th Ward polder. For scenarios 2a and 2b, where all flood control structures were eliminated except at the 40 Arpent Levee alignment, it was not possible to calculate flow into the Central Wetlands. Some of the water that entered the Central Wetlands later overtopped the 40 Arpent Levee into St. Bernard under the 2b scenario, while it was merely stored harmlessly in the Central Wetlands for 2a with the raised 40 Arpent levee.

Even so, it is possible to derive much information from this analysis. While we know that FINEL is over predicting surge in the IHNC and to a lesser degree in MRGO Reach 1, and that this results in higher overtopping rates over the structures along these channels, this is true across the board for all scenarios. The point by point comparison acts to normalize these effects (**Table 6.2**), rendering the comparisons meaningful.

The first observation is that the Katrina-As-Is scenario caused more overtopping at all locations where common points could be compared except along the 40 Arpent Levee alignment (**Table 6.2**). Conversely, scenario 2b, which simulated the most natural, pre-MRGO, pre-LPV landscape performed better in terms of causing less overtopping into developed areas everywhere but into the St. Bernard polder which acted as a sacrificial outlet in this scenario. The added room for storage in the Central Wetlands and in the St. Bernard polder itself reduced overtopping to an almost negligible level in the other two developed areas that flooded during the actual Katrina event. This was, however, the only scenario that included significant overtopping of the 6.5 foot 40 Arpent Levee. But raising the 40 Arpent Levee in scenario 2a sent the surge elsewhere in the funnel where it contributed to increased overtopping compared to scenario 2b, although the overall effect was a significant 70 to 80 percent improvement over Katrina-As-Is (**Table 6.2**).

For scenario 3, the ravages of time and ship traffic were reversed to return the dimensions of both channel reaches of the MRGO project to the authorized values. This reduced overtopping at points along MRGO Reach 1 and the IHNC by 20 to 25 percent, but did little to reduce it along the MRGO Reach 2 EBSBs (**Table 6.2**). The best overall performance was achieved in scenario 2c by returning the landscape to its pre-MRGO condition, but with the LPV levees in place as they were before Katrina. This resulted in a fairly uniform reduction in overtopping volume of 80 to 85 percent at points discharging into all three of the developed polders. Overtopping of the Reach 2 EBSBs was reduced by 60 percent (**Table 6.2**).

Table 6.2  SUMMARY OF FINEL OVERTOPPING ANALYSIS FOR SCENARIOS 1, 2A, 2B, 2C AND 3 (cubic feet/linear foot)

*Fig. 6.22*

| Location | Structure Name | Overtopped Into | Scenarios 1 | 2A | 2B | 2C | 3 |
|---|---|---|---|---|---|---|---|
| 1 | Citrus Back Levee | NO East Polder | 118,300 | 35,700 | 0 | 17,600 | 86,700 |
| 2 | NOEast Back EBSB | NO East Polder | 700 | 0 | 0 | 0 | 1,500 |
| 3 | Lower 9 Floodwall | Lower 9, St. Bernard Polder | 230,200 | 46,400 | 400 | 34,700 | 182,700 |
| 4 | IHNC West Floodwall | Upper 9, Orleans Metro Polder | 302,800 | 77,500 | 11,100 | 61,400 | 240,100 |
| 5 | IHNC East Floodwall | NO East Polder | 47,100 | 17,900 | 1,600 | 12,300 | 35,700 |
| 6 | Chalmette Levee W. Paris Rd | Central Wetlands | 252,200 | No Levee | No Levee | 76,500 | 206,400 |
| I | B. Bienvenue EBSB | Central Wetlands | 30,800 | No Levee | No Levee | 26,800 | 33,200 |
| II | MRGO Halfway EBSB | Central Wetlands | 5,800 | No Levee | No Levee | 100 | 6,200 |
| iii | B. Dupre EBSB | Central Wetlands | 77,700 | No Levee | No Levee | 43,700 | 85,800 |
| II | 40 Arpent near Chalmette | St. Bernard Polder | 0 | 0 | 78,300 | 0 | 0 |
| B | 40 Arpent near Poydras | St. Bernard Polder | 0 | 0 | 44,600 | 0 | 0 |
| C | 40 Arpent near Verret | St. Bernard Polder | 0 | 0 | 62,800 | 0 | 0 |
| | Subtotal NO East Polder | | 166,100 | 53,600 | 1,600 | 29,900 | 123,900 |
| | Subtotal St. Bernard L9 Polder | | 230,200 | 46,400 | 186,100 | 34,700 | 182,700 |
| | Subtotal Orleans Metro Polder | | 302,800 | 77,500 | 11,100 | 61,400 | 240,100 |
| | Subtotal Central Wetlands | | 366,500 | No Levee | No Levee | 147,100 | 331,600 |
| | Total All Overtopping | | 1,065,600 | 177,500 | 198,800 | 273,100 | 878,300 |
| | *Percent Scenario 1 Volume* | **NO East Polder** | 100 | 32 | 1 | 18 | 75 |
| | *Percent Scenario 1 Volume* | **St. Bernard L9 Polder** | 100 | 20 | 81 | 15 | 79 |
| | *Percent Scenario 1 Volume* | **Orleans Metro Polder** | 100 | 26 | 4 | 20 | 79 |
| | *Percent Scenario 1 Volume* | **Total Central Wetlands** | 100 | Not Known | Not Known | 40 | 90 |
| | *Percent Scenario 1 Volume* | **All Overtopping** | 100 | 17 | 19 | 26 | 82 |

MRGO channel reach discharge analysis

Our Svasek Hydraulics modeling team did one other analysis that sheds a great deal of light on surge behavior in a funnel situation. de Wit et al. (2008 expert report appendix) developed discharge estimates at cross-sections laid across the MRGO Reach 1 and Reach 2 channels, or in the case where they were modeling a no MRGO channel condition, across the total area that could convey surge inland in the vicinity of Reach 1. This long traverse extends from the LPV berm protecting New Orleans East all the way to 40 Arpent alignment and included conveyance through both wetlands and the pre-existing GIWW channel (**Figure 6.24**).



**Figure 6.25 Cross-sections for which surge discharge was calculated using FINEL (de Wit et al. 2008 expert report)**

The cross-sectional area for each of these traverses with an assumed +16 foot (NAVD88) water elevation is given in **Table 6.3**, and the discharges for each cross-section and each scenario is provided at hourly intervals in **Table 6.4**.

**Table 6.3  Cross-sectional area for each traverse in Figure 6.24 at a uniform elevation of +16 feet (NAVD88) from de Wit et al. 2008 expert report appendix**

|  |  | Cross-sectional area (ft$^2$) |
|---|---|---|
| Scenario 1 | MRGO Reach 1 | 67.000 |
|  | MRGO Reach 2 | 75.000 |
| Scenario 2A | MRGO Reach 1 incl. wetlands | 225.000 |
|  |  |  |
| Scenario 2B | MRGO Reach 1 incl. wetlands | 221.000 |
|  |  |  |
| Scenario 2C | MRGO Reach 1 | 38.000 |
|  | MRGO Reach 2 | 36.000 |
| Scenario 3 | MRGO Reach 1 | 55.000 |
|  | MRGO Reach 2 | 58.000 |

The largest cross-sections by more than a factor of three are those applicable to scenarios 2a and 2b. In these 1950s-like scenarios neither the MRGO Reach 1 ship channel, nor

143

the LPV flood protection structures that flank it today are present, while many acres of wetlands that have since been destroyed are thriving.  The cross-section of Reach 1 is roughly half that of the Katrina-As-Is section for scenario 2c because about half of the total cross-sectional area of Reach 1 for scenario 1 is above the overbank when the water level is at + 16 feet (**Table 6.3**).  The "as-authorized" Reach 1 channel used for scenario 3 has 82 percent of the Katrina-As-Is cross-section, indicating that erosion and enlargement is contributing an additional 18 percent to the section authorized for this reach.  For the Reach 2 traverse of similar length in the vicinity of the Bayou Bienvenue control structure, the contribution of post-construction cross-section enlargement is larger, 23 percent (**Table 6.3**).  These differences would loom larger at lower water elevations.  The contraction in section from Reach 2 to Reach 1 is 6 and 11 percent for the 'as authorized' and 'as is' conditions, respectively.

**Table 6.4  Discharge to the west across the test cross-sections in cubic feet per second (cfs) predicted by FINEL for scenarios 1, 2a, 2b, 2c and 3 at hourly intervals for Katrina surge (de Wit et al. expert report 2008)**

|  |  | 4:00 am | 5:00 am | 6:00 am | 7:00 am | 8:00 am | 9:00 am |
|---|---|---|---|---|---|---|---|
| Scenario 1 | MRGO Reach 1 | 173,000 | 202,000 | 236,000 | 293,000 | 430,000 | 234,000 |
|  | MRGO Reach 2 | 149,000 | 161,000 | 179,000 | 211,000 | 264,000 | 72,000 |
| Scenario 2A | MRGO Reach 1 incl. wetlands | 124,000 | 156,000 | 205,000 | 280,000 | 363,000 | 246,000 |
|  |  |  |  |  |  |  |  |
| Scenario 2B | MRGO Reach 1 incl. wetlands | 50,000 | 71,000 | 103,000 | 154,000 | 225,000 | 245,000 |
|  |  |  |  |  |  |  |  |
| Scenario 2C | MRGO Reach 1 | 44,000 | 63,000 | 86,000 | 117,000 | 157,000 | 114,000 |
|  | MRGO Reach 2 | 14,000 | 20,000 | 28,000 | 39,000 | 48,000 | -4,000 |
| Scenario 3 | MRGO Reach 1 | 141,000 | 174,000 | 209,000 | 255,000 | 354,000 | 213,000 |
|  | MRGO Reach 2 | 107,000 | 117,000 | 129,000 | 145,000 | 171,000 | 41,000 |

These discharges are very large, ranging for MRGO Reach 1 in the Katrina-As-Is scenario from 173,000 to 430,000 cfs over the course of five hours (**Table 6.4**).  The Reach 1 channel entrains water in addition to that contributed by Reach 2 from the GIWW channel and from across the remaining wetlands.  This added water becomes more significant at the 0800 surge peak.  At peak surge, the volume contributed from outside of Reach 2 rises from about 25 to 40 percent and continues to increase to 70 percent at 0900 as the discharge in Reach 2 drops precipitously when the wind shifts.

The reduced dimensions of the 'as-authorized' channel in scenario 3 also reduce discharge proportional to cross-section compared to scenario 1 only at the surge peak when flow velocities reach a maximum when it appears that conveyance is restricted.

As might be expected, discharge through the Reach 1 section is greatly diminished when the ship channel is removed as is the case in scenarios 2a, 2b and 2c.  Flow then is largely overland even if it is constrained by LPV berms, as under scenario 2c.  Peak discharge for this scenario in Reach 1 is only slightly more than a third of the 'Katrina-As-Is' discharge (**Table 6.4**).  The Reach 2 discharge across the unbroken marsh at the Bayou Bienvenue cross-section is less than 20 percent of its value when the fully enlarged channel section is available.  The direction of flow reverses to the east at this location by 0900 as the winds shift.  When a channel is absent in Reach 2, there is little reason to think that this cross-section should contribute much more flow to Reach 1 than any other marsh traverse of similar length, but it does, roughly 30 percent, at least until the winds shift.  This occurs in all likelihood because as the surge piles up on the LPV EBSBs along the south margin of the funnel, flow is deflected preferentially along the levee face toward the entrance to Reach 1.  To return to the 'hurricane bowling' analogy, balls that hit the lane divider will tend to follow it toward the outlet even if the MRGO 'gutter' is not there.  Such is the nature of a 'funnel.'  Because the water is incompressible and cannot escape, changes made to the geometry in one place propagate throughout the system either as surge elevation increases or decreases, or as delays in surge rise or fall.

The cross-section of the 2a and 2b scenario that crosses the Reach 1 location occupied by the GIWW conveys far more flow, essentially the same as Reach 1 with the 'as-authorized' channel (scenario 3).  This water is moving much slower through the marshes and swamps toward the IHNC than it does in the smaller cross-section available in scenario 2c, which is also missing the ship channel but is constrained by the LPV berms spaced about 2,000 feet apart.  The discharge for scenario 2b climbs slowly throughout the sequence reaching its peak discharge at 0900 when the surge is already dropping in most parts of the funnel.  The increased ability for the surge to spread out and flow through the Central Wetlands and over the 40 Arpent Levee delays the arrival of peak surge at the entrance to Reach 1 almost until the storm has already left for Mississippi.  This is not the case for scenario 2a where the higher levee on the 40 Arpent alignment is not overtopped and the surge backs up toward the entrance to Reach 1.

**6.5 Funnel Summary**

We established first that converging shorelines and channels can increase peak surge elevation and hasten the onset of overtopping.  Further, the USACE had a mature corporate knowledge of these effects from analyses conducted in many places around the U.S. prior to construction of either the MRGO or LPV projects and from experience designing surge barriers and gates developed specifically to address them.  Then, we reported on a series of experiments using the FINEL model to detect changes in surge dynamics that could be attributed to the man-made geometry created by the USACE around Lake Borgne.  We found that indeed surge would be a serious problem in this embayment even without the presence of MRGO or LPV project elements because of the

145

proximity of the margins of Lake Borgne to low-lying developed areas.  This already precarious situation was made worse, however, by the construction of the MRGO ship channel that destroyed the cypress forest and much of the coastal marsh which had provided a very significant natural protection against most storms, both in the Central Wetlands and at the head of the estuary on its western margin near the IHNC. Comparison of scenarios 1, 3 and 2c showed that enlargement of the GIWW to create MRGO Reach 1 provided a much greater potential for conveyance of Lake Borgne surge into New Orleans particularly after the forests were destroyed.

The Reach 2 channel was the main cause of the deterioration of the wetland buffer because of its effect on salinity (See Table 3.1).  It posed less of a problem, however, for enhancing storm surge than Reach 1 until the surge funnel geometry was worsened by construction of the LPV EBSBs along the its south bank. First, the LPV EBSBs took 'off-line' the significant amount of storage afforded by the 32,000 acre Central Wetlands. Second, the levee project introduced a new and very dangerous dynamic in the hydraulic feedback between the ship channel and the adjacent berms.  After the LPV construction surge could then build up on the slopes of the EBSBs and drive added flow through the adjacent deep channel toward Reach 1, an interaction that would not have occurred if one or the other of these projects had not been built in the close conjunction that they were. These interactions were studied in the Reach 1 and Reach 2 discharge analyses just summarized above (See Table 6.4).

It has taken some time, but we have finally discovered the reason why when ADCIRC removed only MRGO Reach 2 from their ADCIRC model, it reduced flooding of the developed polders even though the drop in peak surge elevation that this produced appeared trivial to the IPET researchers at the time. We tested a scenario in which the MRGO was missing, but the LPV berms were present and allowed to survive throughout the Katrina simulation.  This is the 'Neutral MRGO' condition.  We found that surge elevation was reduced slightly and the rise was delayed almost everywhere around the margins of the funnel, but more so toward the west.  We made use of a rigorous approach for predicting overtopping of structures developed by our colleagues in the Netherlands that was normalized to prevent aliasing due to model inaccuracies.  This analysis showed that even slight reductions in peak surge elevation or delays in peak onset could combine to significantly reduce overtopping of the LPV flood protection structures throughout the funnel.  When both reaches of the MRGO were removed, overtopping was reduced by about 80 percent for all of the three developed polders that experienced catastrophic flood damage on August 29, 2005.

The USACE has quibbled with the use of the term 'funnel' to describe the geometry and dynamics that developed during the Katrina event, as they have with the term 'hurricane highway' to characterize MRGO Reach 1.   We believe these are quite accurate evocations of what happened.  Because the greatest build-up of surge was observed along the Reach 2 EBSBs south of Lake Borgne rather than in the throat at the entrance to Reach 1 as it did during Hurricane Betsy (Compare Figures 6.1 and 6.2), the USACE IPET team has stated that there was no 'funnel' effect during Katrina.  We believe that this argument is rendered untenable by the presence of the Reach 2 channel at the toe of

146

the EBSB alignment which effectively delivered surplus surge to the throat almost undiminished during Katrina. The Lake Borgne funnel, with all its natural and man-made features and the geometry that has been created, becomes an integrated system connected hydraulically when it is filled to the brim with hurricane delivered surge as it was during Katrina. We believe we have rigorously demonstrated that because the water is incompressible and cannot escape, changes made to the geometry in one place propagate throughout the system either as surge elevation increases or decreases, or as delays in surge rise or fall. Even small changes in the onset or elevation of surge when the funnel is at capacity translate into very significant differences in the likelihood of overtopping or damage to protective structures. If we do not want to call it a surge funnel, then what better name should we use to alert engineers designing integrated defensive systems about the integrated nature of the hazard they are confronting, and the duty they have to at least do no harm when they are considering modifications to the geometry that appear unconnected outside of the critical surge condition.

# CHAPTER 7
## EFFECTS ON FLOODING OF MRGO REACHES 1 AND 2

**Point (2).   The MRGO project greatly enlarged the original GIWW connection between the throat of the funnel and the IHNC (MRGO Reach 1), that increased surge transmission into the city earlier adding to the height and duration of surge experienced in the IHNC during Katrina**

Construction of the MRGO project to accommodate deep-draft navigation required that the cross-section of the original six mile GIWW connection between the throat of the funnel and the IHNC, what IPET has called MRGO Reach 1 (**Figure 7.1**), be increased more than ten-fold, from about 2,000 to nearly 30,000 square feet.  Here, we address the effect of this enlargement on the onset and rate of surge transmission into the city through the IHNC during Katrina.   Again, the purpose is to investigate whether earlier transmission of more water could have been a factor affecting when flooding of protected areas began, and, thereby, the severity of that flooding.



**Figure 7.1 Comparison of GIWW and MRGO cross-sections, as designed and post-Katrina, in Reach 1, the connection to the IHNC.  The design cross-section is 23,000 square feet, while the current cross-section averages 29,000 square feet in Reach 1, and 41,000 square feet in Reach 2.**

This part of the investigation was accomplished by a relatively simple course of model runs, initially using ADCIRC, and confirmed with FINEL.  In this analysis we modeled the Katrina surge using the Advisory 31 hind cast that had given such good results in the IHNC immediately after the storm to provide the base case (Team Louisiana 2007).  Then we sequentially made the following modifications to the ADCIRC S08 grid by (1)

148

raising nodes that were previously in the channel to either the elevation of the surrounding marsh in the case of Reach 2, or (2) by an increment to reduce the cross-section of the channel in Reach 1 by reducing its depth.  Then we documented the effect of these changes on the maximum surge attained at a number of points on Reach 2 (**Figure 7.2**) and within Reach 1 and the IHNC (**Figure 7.3**).



**Figure 7.2.  Reporting points for ADCIRC modeling studies within the funnel.**



**Figure 7.3.  Enlargement showing ADCIRC reporting points within MRGO Reach 1 and the IHNC.**

149

To date, the USACE has pursued modeling using ADCIRC which addresses only Reach 2 though a consultant contracted by the Louisiana Department of Natural Resources (LDNR) has taken the analysis further as will be discussed (URS 2006). Briefly, the USACE analysis was contained in Appendix 6 of IPET Volume IV (IPET 2006, 2007). ADCIRC nodes within the MRGO Reach 2 footprint were raised to the level of the surrounding marsh in the SL15 version of the model. All other features of the funnel, including the LPV berms along the south bank of the Reach 2 channel alignment and the current configuration of MRGO Reach 1, were retained without modification. A Katrina simulation was run, and it was reported that maximum surge elevations at a number of read-out points throughout the funnel and within the IHNC were virtually unaffected.

We repeated this analysis using the S08 version of ADCIRC (**Table 7.1**) and found similarly that while the removal of Reach 2 did reduce surge levels over a large area that included Lake Pontchartrain, the reductions were less than 0.5 foot (**Figure 7.4**). More significant effects were observed when this modification was extended to include constricting the cross-section of MRGO Reach 1 by varying percentages (**Figure 7.4**). Reducing the cross-section progressively to 60, 40, 30, 20 and 10 percent of its current cross-section resulted in reductions everywhere within the connecting channels but increased surge in the throat of the funnel at Bayou Bienvenue and Paris Road where the benefits of removing Reach 2 were counteracted by the slower drainage to Lake Pontchartrain (**Table 7.1**). The reductions ranged from 1 to 1.5 feet at the southern end of the IHNC near where MRGO Reach 1 enters it (**Figure 7.4**).

The time of onset and duration of surge at levels where it can damage levees and floodwalls is as important as the peak elevation in influencing when flooding will begin and its ultimate severity. The potential for damage that can lead to floodwall or levee failure is, in part, a function of the time that the structure is exposed to high surge. Floodwalls and levees in the IHNC and MRGO Reach 1 had crown elevations generally between 11 and 13 feet (NAVD88) prior to Katrina. One important finding from this set of modeling experiments was that the length of time during which the surge was above 10 feet, a condition that would impose stress, was sensitive to the cross-section of MRGO Reach 1 and varied with location (**Table 7.1**).

The longest period of surge greater than 10 feet was experienced at the southern end of the IHNC at the Lock, where such conditions were predicted for 5 hours during Katrina (**Figure 7.5**). But 4 hours of surge above 10 feet apparently prevailed throughout the Reach 1/IHNC channel system. Removal of Reach 2 had a limited effect on surge duration, reducing it by up to 20 minutes at the southern end of the IHNC (**Table 7.1**). Reducing the cross-section of Reach 1 progressively to closer to its pre-MRGO project dimensions had far more effect, and this was observed everywhere throughout the connecting channels. The reduction in surge duration above 10 feet ranged from 1 to nearly 2 hours. As has been discussed earlier, the rise of surge is affected by local geometry while the initial fall of the hydrograph is set by the speed of translation of the storm and is not subject to much local variation. Reducing Reach 1 back to close to its original pre-MRGO project dimensions slows the rate of rise of surge, delaying the time at which it reaches whatever elevation is critical for any given floodwall or levee. The

**Table 7.1.  ADCIRC Results Giving Change in Surge Peak Elevation and Duration above 10 Feet at Locations in Reach 2, Reach 1 and the IHNC**

*MRGO Reach 2*

| | B. Bienvenue | |
|---|---|---|
| | Change Peak Ht | T>10 ft |
| Treatment | (ft) | (hr) |
| Katrina MRGO | 0.000 | 3.5 |
| No R2, 100%R1 | -0.177 | 3.5 |
| No R2, 60%R1 | -0.008 | 3.5 |
| No R2, 40%R1 | 0.089 | 3.5 |
| No R2, 30%R1 | 0.155 | 3.5 |
| No R2, 20%R1 | 0.251 | 3.5 |
| No R2, 10%R1 | 0.257 | 3.5 |

*MRGO Reach 1*

| | Paris Rd | | Bulk Loading | |
|---|---|---|---|---|
| | Change Peak Ht | T>10 ft | Change Peak Ht | T>10 ft |
| Treatment | (ft) | (hr) | (ft) | (hr) |
| Katrina MRGO | 0.000 | 4.0 | 0.000 | 4.0 |
| No R2, 100%R1 | -0.311 | 4.0 | -0.093 | 4.0 |
| No R2, 60%R1 | -0.160 | 4.0 | -0.049 | |
| No R2, 40%R1 | -0.076 | 4.0 | -0.014 | |
| No R2, 30%R1 | -0.011 | 4.0 | -0.113 | |
| No R2, 20%R1 | 0.084 | 4.0 | -0.228 | |
| No R2, 10%R1 | 0.093 | 4.0 | -0.254 | 3.0 |

*IHNC*

| | IHNC PONO Junction | | IHNC Lock | | IHNC I-10 | |
|---|---|---|---|---|---|---|
| | Change Peak Ht | T>10 ft | Change Peak Ht | T>10 ft | Change Peak Ht | T>10 ft |
| Treatment | (ft) | (hr) | (ft) | (hr) | (ft) | (hr) |
| Katrina MRGO | 0.000 | 4.8 | 0.000 | 5.8 | 0.000 | 3.5 |
| No R2, 100%R1 | -0.023 | 4.7 | -0.039 | 5.5 | -0.006 | 3.5 |
| No R2, 60%R1 | -0.095 | 4.3 | -0.071 | 5.2 | -0.040 | |
| No R2, 40%R1 | -0.471 | | -0.423 | | -0.383 | |
| No R2, 30%R1 | -0.741 | 3.7 | -0.674 | 4.7 | -0.628 | |
| No R2, 20%R1 | -1.143 | | -1.040 | | -0.979 | |
| No R2, 10%R1 | -1.531 | 3.2 | -1.420 | 4.0 | -1.306 | 2.0 |

151

surge will fall at the same time regardless of how high it has gotten by that time (**Figure 7.5**).



**Figure 7.4.  Changes in peak Katrina surge elevation at read out points in Reach 2, Reach 1, the IHNC and Lake Pontchartrain predicted by ADCIRC for (1) removal of Reach 2, and differing degrees of closure of Reach 1, ranging from 40 to 90 percent.**

The degree to which maximum surge elevation and critical surge duration are reduced is not a linear function of the extent of constriction of Reach 1 (**Figure 7.6**).  The polynomial that appears to predict it best is a cubic equation.  This means that constricting the channel from 30 to 20 percent of its current cross-section will have more effect than from 60 to 50 percent, for example, and this can be seen in the surge hydrographs (**Figure 7.5**).  As is usually the case in channels, the first response to the kind of gradient imposed by a hurricane surge is for the velocity of the flow down gradient to increase, in this case toward Lake Pontchartrain, so that the rate of conveyance or discharge is initially little affected.  The water is just moving faster.  As the gradient increases, however, turbulence develops within the flow that limits the ability of the current to increase in average velocity.  At this point, the rate of increase in discharge for each added foot of driving head becomes limited by the dimensions of the channel and whatever overbank area is available.  This is a bit simplistic, of course, because in this case the water is out of its normal channel and flowing overbank and perhaps over levees as well, but the same hydraulic principle applies.

152





**Figure 7.5.  Change in IHNC Katrina surge hydrographs predicted by ADCIRC at the Junction with MRGO Reach 1 (top), and at the IHNC Lock (bottom) from modifying two reaches of the MRGO project.**



**Figure 7.6.  Reduction in ADCIRC predicted surge peak in the IHNC at the MRGO Reach 1 junction as a function of the degree to which the MRGO Reach 1 cross-section is constricted.**

The dynamics of how Reach 2 connects to Reach 1 in the funnel is perhaps best illustrated by a sequence of FINEL generated maps of water velocity and direction at different times in the Katrina surge sequence (**Figure 7.7a-c**).  A detail of flow through and around the point where Lake Borgne and Reach 2 have merged also shows overtopping flow on the especially low levee crowns near Bayou Dupre (**Figure 7.8**).  It should be recalled that the flow model does not incorporate velocities generated by wave runup on the front and back sides of the EBSBs, which would have greatly augmented overtopping flow velocity.





*Figure 2.9a: Spatial current velocities for Scenario 1 at 4:00am, 5:00am local time. Note the high current velocities in IHNC and MRGO.*

**Figure 7.7a.  Depth-average water velocities in the two reaches of the MRGO and in adjacent area within the funnel (de Wit et al. expert report 2008).  Velocity scale on right ranges from 0-13 feet per second (fps).  Line on inset hydrograph shows position in Katrina surge sequence at specified hour on August 29, 2005:  0400 and 0500.**

155

Body





**Figure 7.7b. Depth-average water velocities in the two reaches of the MRGO and in adjacent area within the funnel (de Wit et al. expert report 2008). Velocity scale on right ranges from 0-13 feet per second (fps). Line on inset hydrograph shows position in Katrina surge sequence at specified hour on August 29, 2005: 0600 and 0700.**

156





**Figure 7.7c.  Depth-average water velocities in the two reaches of the MRGO and in adjacent area within the funnel (de Wit et al. expert report 2008).  Velocity scale on right ranges from 0-13 feet per second (fps).  Line on inset hydrograph shows position in Katrina surge sequence at specified hour on August 29, 2005:  0800 and 0900.**



**Figure 7.8.  Close-up of FINEL simulation of EBSB overtopping on low spots near Bayou Dupre, adjacent to Lake Borgne on MRGO Reach 2 (de Wit et al. expert report 2008).  Velocities over the crowns of the structures, which are indestructible in the model (unlike reality), exceed 11 feet per second.  If you look closely, you will notice a thin red line just before the velocities diminish on the back toe of the EBSBs.  This does not include velocity contributed by wave run up, which would have been added.**

## CHAPTER 8
## EFFECTS OF MRGO REACH 2 ON WAVES AND FLOODING

**Point (3). The MRGO Project created a Reach 2 channel with unstable side slopes that caused it to predictably expand over time, reducing the natural marsh buffer that previously separated it from Lake Borgne, and from the EBSB alignment, thereby hastening the onset of damaging wave action on adjacent LPV berms that breached early in the storm sequence.**

The Robinson expert team and the USACE agree to a significant degree on the role of waves as a primary agent of destruction of the EBSBs along the south bank of MRGO Reach 2 (**Figure 8.1**). Most of the EBSBs were constructed of uncompacted hydraulic fill material dredged from the MRGO or GIWW (**Figure 8.2**). Those that faced a large, open water body like Lake Borgne or the MRGO channel experienced significant damage and were generally classified by IPET after the storm as Levee Overtopped with Breaching (LOB), and in some cases with Wave Scour.



Figure 14-12. St. Bernard Parish IPET Damage Characterization

**Figure 8.1. Hydraulic fill EBSBs adjacent to the MRGO and GIWW navigation channels on the margins of the Lake Borgne funnel are the only reaches that experienced damage designated by the USACE as LOB, standing for Levees Overtopped with Breaches (IPET 2006).**

Other similarly constructed EBSB reaches that had marsh instead of a channel at the toe on the unprotected side, like the reach of the Chalmette levee loop that turns south from the MRGO channel toward the LaLoutre Ridge and road at Verret (**Figure 8.3**), experienced virtually no damage, and were designated LONB by IPET, for Levee Overtopped but No Breaches (**Figure 8.1**). This east-facing EBSB segment experienced nearly the same overtopping as that facing the MRGO Reach 2 channel to the west (**Figure 8.3**), and was no better maintained with respect to crown elevation (**Figure 8.4**), but experienced virtually no damage. This is a tale of two levees, if the structures could qualify, one with and one without large waves. Here, we are focusing strictly on the oceanography of the surge and storm wave sequence. It is up to other members of the Robinson expert team to say what the presence or absence of large waves means in

159



**Figure 8.2  EBSBs were constructed of silt/sand rich hydraulic fill in the MRGO spoil disposal area south of Reach 2 that performed poorly under wave attack (IPET 2006).**



**Figure 8.3.  A tale of two equally fragile embankments.  The one facing north into MRGO Reach 2 was destroyed, while the other facing east with marsh at the toe was hardly damaged (modified from IPET).**



**Figure 8.4. Pre Katrina crown deviation from design elevation relative to mean sea level for the Chalmette levee loop (white = at design el., green=1 ft low, yellow=2 ft low, red>2 ft low) (Morris expert report 2008).**

explaining the necessarily early onset of flooding of the Robinson plaintiffs homes and communities that was described in Chapter 4 (See Figure 4.23). The critical point here is that the size of the waves is related to the size of the channel out front. We will show that MRGO Reach 2, now up to 3,000 feet across in places, and more than 40 feet deep at low tide, is a powerful wave magnifier (**Figure 8.5**). Anything that magnifies waves breaking on an unprotected earthen structure increases the likelihood of early failure. This battle between grass-covered earth structures and crashing waves was enacted foot by foot, and second by second, along more than 10 miles of MRGO EBSBs, and on more than four miles adjacent to the GIWW (**Figure 8.1**). The earth lost. We will return to this question using the SWAN model as a way of quantifying the wave energy that the channel, in its expanded form, contributed to the destruction process.

One question appears to have captivated the IPET investigators (Ebersole USACE Presentation 2007). Really, the big question to all of us has been "Were the EBSBs destroyed by water eroding the back side after overtopping or by front side wave attack prior to overtopping?" While this may seem like quibbling to those not associated with this case, it is actually important to know the answer because it will have implications for

how these structures are designed, built and maintained into the future.  The USACE investigators (IPET 2007) have preferred to explain the observed destruction of these poorly built structures primarily as a result of overtopping, rather than by erosion of the front side (**Figure 8.6**).  Presumably, one could attribute a virtue to these structures if they waited for the water to go over the top, no matter how far below design grade the crown might be.  They derive this opinion primarily from post-storm observations of damaged but still surviving structure segments (IPET 2007, Ebersole USACE presentation 2007).  We do not find these post-storm observations to be a good basis for such an opinion.

As Dr. Bea points out, the potential for preserving unequivocal signs of breaching from front side wave attack all the way through the surge sequence are essentially nil (Bea expert report 2008).  EBSB segments breached early by front side wave attack would have attracted intense inflow through those breaches that would remove all signs of the precipitating cause.  Many deeply scoured EBSB breaches also later served as preferred routes for drainage of impounded flood waters after the surge dropped.  Dr. Bea (expert report 2008), using far more rigorous analytic techniques has shown that this is not an 'either/or' question.  Different segments of the Reach 2 EBSBs breached at different times as a result of front side wave attack, back side scour, and a combination of both.  Dr. Bea (expert report 2008) has estimated that "approximately 35 percent of the EBSBs along the Reach 2 alignment were breached due to attack by waves, 47 percent were breached by a combination of wave attack and surge overtopping – backside erosion (including sheet pile repair breaches), and 18 percent were overtopped but did not breach (intact sheet pile repair sections, Dupre and Bievenue navigation structures)."

Both waves and the "still water" surge can destroy an unprotected earthen embankment by backside erosion and head-cutting, though the combination of the two is wicked.  On the other hand, only waves can destroy a levee by destroying the turf cover, eroding the front, unprotected side and then chewing through the structure.   As a post-storm investigator standing in a scour hole where a levee was, I often found it difficult to tell exactly what had happened.  So, we have to look at portions of the structure that almost failed, and I, like most other post-storm investigators saw signs of front side wave scour and erosion as well as back side erosion  (**Figure 8.7**).

162



**Figure 8.5.  URS (2006) concept of change in significant wave height along a Lake Borgne traverse that crosses MRGO Reach 2 and the EBSBs near Bayou Dupre, showing wave regeneration in the channel.**

# Overtopping and Overflow Due to Elevated Water Level and Wave Action



• **C** - Supercritical flow – pulsating w each wave

• **D** - Hydraulic jump and high turbulence

• violent and turbulent hydrodynamic conditions on back side

• much higher velocities on back side than on front side

• **A** - Wave orbital motions on front face in deeper water

• **B -** Zone of wave breaking and energy dissipation in shallow water



**Figure 8.6.  Slide from Ebersole USACE presentation (2007) explaining regions on front and back of embankment, where waves work on the front face and flows caused by still water surge and wave run-up flow over the crown and cause back side erosion**.

I have found in the fairly cursory IPET (2007) analysis of the waves that destroyed the MRGO Reach 2 EBSBs, that the waves they predict based on the STWAVE model, operated in a half-plane mode, are just too small (See Figure 5.11).  IPET (2007) used STWAVE in the full plane version in Lake Pontchartrain, a Lake comparable to Borgne in depth and fetch, affected by a weaker wind field, and found waves of 7 to 8 feet, while they estimated waves on the MRGO EBSBs that were no more than 5 feet.  Their analysis is also biased toward long-period ocean swell (13-15 seconds), which seems unlikely given the shallow water and marshes that such waves would have to cross, and what was found in Lake Pontchartrain where 6 to 7 second waves contributed most of the energy to the spectra (See Figure 5.7).  Long-period swell tends to cause more run-up and overtopping on levees, but shorter period local waves with periods of 3 to 7 seconds can cause more damage to the front side.  But if the total energy contained within the wave field indicated by the significant wave height is grossly underestimated, then the potential for damage will also be minimized.



**Figure 8.7.  Slide from Ebersole presentation (2007) showing erosion on levees east of Bayou Dupre structure.  MRGO is to left in all photographs, showing removal of grass by waves on the unprotected MRGO side, erosion of a wave bench in some places, and back side erosion and headcutting with no front side erosion in others.**

STWAVE is an older program that works much like SWAN, using nested grids.  If it is operated in a half-plane mode, however, and the grids are not oriented properly, in this case, to accurately capture waves moving in the direction of the wind, which was essentially perpendicular to the MRGO EBSBs, directly down the 40 mile long axis of Lake Borgne, then those locally generated waves will not make it into the results.  In addition, it is possible that the USACE may have used excessive depths in Chandeleur Sound and Lake Borgne, and this could have also allowed longer-period waves to show up more prominently in the inshore spectra.  For whatever reasons, it should be noted that there is a fundamental difference between the SWAN simulation of the Katrina wave field developed by Gautier et al. (2008 expert report) and that used by the USACE IPET (**Figure 8.8**).

From approx  6:00 to 8:30 am
(2.5 hour duration)  SWL was between 15 and 17.5 ft

Levee Cross Section and Wave/Water Level Conditions



**Figure 8.8.   Wave conditions predicted by the USACE on the MRGO Reach 2 EBSBs at the peak surge elevation during Katrina, still only 2 to 5 feet, albeit with a 15 second period (Ebersole Presentation 2007).**

**8.1 SWAN modeling of effects of the MRGO Reach 2 channel on waves**

Gautier et al. (2008 expert report) modeled waves impacting the MRGO EBSBs from well offshore.  Waves offshore were huge and reflected the whole evolution of the massive storm, as it intensified and then relaxed somewhat before coming ashore in Louisiana and then Mississippi.  Wind speeds over the Lake Borgne-Chandeleur Sound complex ranged up to a maximum of about 90 knots (**Figure 8.9**).   The prevailing wind direction over Lake Borgne was from the northeast, almost perfectly aligned with the long axis of the Lake, for the entire surge sequence modeled, from 04:00 to 09:00 on the morning of August 29, 2005 (**Figure 8.9**).

Very long-period ocean swells were indeed present at that time, but were well offshore (**Figure 8.10**).   In looking at SWAN results for the distribution of dominant wave periods, Tp throughout the domain, it appears that the waves that dominate inshore of the Chandeleur Islands are locally generated wind waves with periods less than 6 seconds.

166



Figure 2.3:   Wind fields [knots] 04:00, 05:00, 06:00, 07:00, 08:00 and 09:00am LT based on data from LSU Hurricane Center.

**Figure 8.9  Snapshots of wind speed and direction for Hurricane Katrina at hourly intervals from 04:00 (top left) to 09:00 (bottom right), covering the surge sequence. Arrows indicate wind direction and colors indicate speed (knots) on legend (Gautier et al. expert report 2008).**



Figure 3.4.b: SWAN results Tp [s] 6:00 am and 7:00 am on grid A

**Figure 8.10  SWAN simulation of the distribution of waves of different periods in the study area at 07:00.  While waves with periods of more than 16 seconds are offshore of the Chandeleur Island chain, waves inland of this feature are locally generated wind waves with less than 7 second period, and less over the marshes (Gautier et al. expert report 2008).**

Waves with a significant wave height, Hs, greater than 40 feet occur offshore of the Chandeleur Islands, but were generally less than 12 feet inland of this feature (**Figure 8.11**).  The MRGO channel is visible in the marsh as a thin line of higher waves, up to about 9 feet, similar to what is seen in the southerly lobes of Lake Borgne.

Looking more closely at what is occurring in MRGO Reach 2 from 06:00 to 07:00, we see some large waves propagating up the channel from Breton Sound.  They diminish, however, before they reach the area of most interest south of the eastern lobe of Lake Borgne, suggesting that the large waves there have regenerated while crossing the channel (**Figure 8.12**).

Finally, looking even closer specifically at transitions near the surge peak in the channel immediately south of the eastern lobe of Lake Borgne, it is apparent that significant wave heights build in the channel up to a maximum of about 9 feet along the whole of Reach 2 in front of the EBSBs (**Figure 8.13a, 8.13b**).  Significant wave heights drop significantly as the surge maximum passes, as can be seen in the 09:00 image (**Figure 8.13b**).  The growth of the waves as they cross the 2,000 to 3,000 foot wide channel is much more apparent in these close-up views.  Similar things are also happening in front of the New Orleans East Back Levee on the GIWW, but the significant wave heights there range from 6 to 8 feet.

These waves are all locally generated within Lake Borgne, as can be seen in the distribution of predominant wave period (**Figure 8.14**).  At the surge peak, the 8 to 9 foot waves in the MRGO channel have periods of between 4 and 6 seconds, and periods are even shorter in the GIWW, from 3 to 5 seconds.  As an oceanographer prone to take risks, I imagine myself in a tower at Bayou Dupre watching these very large, short-crested seas crashing on to the north face of the EBSBs.  While I can just make out a very chaotic situation in Lake Borgne, the seas are filtered, reformed and refracted as a more organized sequence of closely-spaced crest rolling toward the shoreline within the MRGO Reach 2 channel.



Figure 3.1.b: SWAN results Hs [ft] and wave direction, 6:00 am and 7:00 am LT on grid A

**Figure 8.11  SWAN simulation of the distribution of significant wave height, Hs, in the study area at 07:00 (Gautier et al. expert report 2008).  While waves with Hs of more than 40 feet are offshore of the Chandeleur Island chain, waves inland of this feature are locally generated wind waves with significant heights of 6 to 12 feet, and less over the marshes.  The deeper MRGO channel is visible as a line with waves up to about 9 feet.**





Figure 3.2.b:   SWAN results significant wave height (Hs [ft]) and wave direction, 6:00 am and 7:00 am LT on grid M

**Figure 8.12  Significant wave heights in southern Lake Borgne and the MRGO at 06:00 and 07:00, showing 9 foot waves in the channel at 07:00 (Gautier et al. expert report 2008) Figure 8.13a  Close-up of significant wave heights in the throat of the funnel and western lobe of Lake Borgne and the MRGO channel at 06:00 and 07:00, showing waves between 8 and 9 feet in that channel, and 6 to 7 feet in the GIWW.**





**Figure 8.13b  Close-up of significant wave heights in the western lobe of Lake Borgne and the MRGO channel at 08:00 and 09:00, showing waves between 8 and 9 feet in that channel, and 6 to 8 feet in the GIWW at 08:00.  A significant reduction is apparent everywhere by 09:00 as the surge drops.**

171



**Figure 8.14  Close-up of the distribution of predominant wave period, Tp, in the funnel and MRGO and GIWW channels at the peak 08:00, and as the surge falls (Gautier et al. expert report 2008).**

172

We asked the SWAN modelers to provide us with some transects, what they call "rays," across the channel at seven key locations, six crossing the MRGO, and one crossing the GIWW (**Figure 8.15**).  Here we will look in more detail at two, Rays 2 and 6 that correspond to the locations of the Bayou Bienvenue and Bayou Dupre water control structures, respectively, restricting ourselves only to the 08:00 snapshot, approaching the surge peak (**Figure 8.16a,b**).



**Figure 8.15  Locations of wave transects, including six crossing the MRGO, and one crossing the GIWW, with details of bathymetry Ray 2, Bayou Bienvenue, and Ray 6, Bayou Dupre.**



**Figure 8.16a  SWAN generated wave parameters for 08:00 along rays including 2 (Bienvenue) and 6 (Dupre), ending on the EBSBs at right, showing color-coded points described in Figure 8.15.  The top blue line is significant wave height, Hs, in feet, dashed red line is wave period, Tp, in seconds; black line is wave direction multiplied by 10 in degrees north; and the bottom green line is water depth multiplied by 10 in feet (Gautier et al. expert report 2008).**