# Exhibit 21 Part D



**Figure 8.16b  SWAN generated wave parameters for 08:00 along rays including 2 (Bienvenue) and 6 (Dupre), ending on the EBSBs at right, showing color-coded points described in Figure 8.15.  The top blue line is significant wave height, Hs, in feet, dashed red line is wave period, Tp, in seconds; black line is wave direction multiplied by 10 in degrees north; and the bottom green line is water depth multiplied by 10 in feet (Gautier et al. expert report 2008).**

Ray 2 starts in the marsh where the water depth is about 15 feet, and significant waves are 7 feet high (**Figure 8.16a**). The period is about 5 seconds and the waves direction is 55 degrees, from the north east. That general orientation holds true for all waves impinging on the MRGO and reflects the prevailing wind direction. As the waves approach the channel, they cross a slightly lower shelf at about 5,000 feet from the origin where the marsh has been lost, as it has in many places along the MRGO north bank (**Figure 8.16a**). Significant wave height begins to rise, reaching 9 feet before getting to the channel proper at 6,000 feet. Hs rises again to peak at close to 10 feet as the waves cross the 60 foot deep channel and do not diminish until they break as 6 foot seas against the submerged levee face.

The pattern is similar for Ray 6 at Bayou Dupre, except that the ray begins on the margin of Lake Borgne, so it starts at a depth of about 20 feet (**Figure 8.16b**). The period is longer, about 6 seconds, and the wave direction is somewhat more easterly than at Bayou Bienvenue. The significant wave height in Lake Borgne is higher than over the marsh, about 10 feet and diminishes gradually as it encounters marsh at 6,000 feet from the origin, at the Lake edge. Significant wave height drops dramatically to 7 feet as the waves cross 1,500 feet of marsh, but begins to rise again as the waves begin to cross the channel. The waves grow to 9 feet before breaking abruptly on the more complex shoreline at this location.

SWAN can provide directional wave spectra, showing distribution of wave energy across the frequency domain, as well as its distribution on the compass. We will again focus on the ends of the two rays we have been discussing (**Figure 8.17**). The energy contained within the spectra for both show the expected loss between the toe and higher up the face of the EBSBs. Slightly more energy appears to be in lower frequencies at Bayou Dupre than at Bienvenue, as would also be expected given the proximity to Lake Borgne and the more limited filtering by the narrower intervening marsh. But these lower frequencies do not include any waves with periods greater than 10 seconds (0.1 Hz). The waves are all coming from the northeast, as would be expected for waves locally generated in Lake Borgne by the prevailing winds blowing down the long axis of that waterbody.

These illustrations by Gautier et al (expert report 2008) clearly show the effects of the marsh, even a relatively narrow swath, to greatly reduce the significant height of significant waves both on the Lake Borgne side of MRGO Reach 2 and on the side facing the EBSB toe. Morris et al (expert report 2008) has shown the effect of wave erosion on both sides of the channel since it was constructed (**Figure 8.18**)

In summary, it is my opinion that the USACE and IPET got the wave climate on the MRGO and GIWW wrong in two respects. First, they underestimated the total wave energy and the size of the waves that impacted the EBSBs flanking the MRGO and GIWW navigation channels. Second, they missed entirely the nature of the waves, mischaracterizing them as residual offshore swells rather than higher frequency, locally generated waves. Third, we believe that all analyses to date have missed the significance of channel widening on the energy of waves impacting the Reach 2 EBSBs because they have underestimated both the potential for waves to reform in the channel and of the

effects of marsh and foreshore erosion to increase the wave energy to which they were exposed during Katrina

Returning to our original "tale of two levees," it is interesting to note that the waves along the Verret return EBSB reach, in contrast to those fronting the MRGO, never experienced significant waves over 4 feet high, less than half the significant height of the waves that grew as they crossed the MRGO (**Figure 8.19**). This is what made the difference for these fragile structures, and for the early onset of the flooding or the Robinson plaintiffs in St. Bernard.



**Figure 8.17  Wave energy spectra at the toe (green) and face (blue) of the EBSBs at Bayou Bienvenue (top) and Bayou Dupre (bottom), showing the relatively narrow range of locally generated wind wave periods, with no energy in waves with periods longer than 10 seconds (0.1 Hz).**



**Figure 8.18 Aerial view of MRGO Reach 2 Channel at the Bayou Bienvenue control structure. Authorized channel location and 650 foot top-width is outlined in the orange showing extent of erosion on both north and south banks that has expanded top with to about 2,500 feet (Morris expert report 2008)**



**Figure 8.19  A tale of two levees, told in SWAN model output (Gautier et al expert report 2008) and post-Katrina LiDAR (Ebersole USACE 2007 presentation).**

# CHAPTER 8
# EFFECTS OF MRGO CAUSED WETLAND LOSS ON SURGE, WAVES AND FLOODING

**Point (4). The MRGO Project created a channel in Reach 2 that exposed freshwater swamps and marshes to increased salinity, accelerating their conversion to open water and thereby reducing the wetland surge and wave buffer between Lake Borgne and populated areas.**

We have discussed the proximal effect of the MRGO channel widening and wetland loss along the north and south banks of the MRGO on diminishment of effective foreshore protection for the LPV EBSBs along Reach 2. But there is also the issue of the tens of thousands of buffering wetlands, particularly cypress forests as a result of hydrological modification and salinity intrusion associated with the ship channel.

It should be noted that we use ADCIRC only to simulate the surge at the shoreline of Lake Borgne, where it reaches its greatest development in a natural system. ADCIRC should be reliable until we cross the shoreline boundary and leave the open water. We found this problem after collecting high water marks in the coastal marshes inundated by Hurricane Rita a month after Katrina (September 24, 2005). Hurricane Rita was a Category 3 storm that produced surge elevations (15 to 16 feet NAVD88) along the Cameron Parish shoreline in southwest Louisiana comparable to the Katrina surge in the funnel east of New Orleans a month earlier (**Figure 9.1**). For Rita, the same ADCIRC model used to forecast Katrina predicted surge elevations accurately at the coast but showed the simulated surge continuing to rise across the shoreline, and dropping only 10 to 15 percent over nearly 20 miles of unbroken marsh in the Grand Chenier area. This turned out to be wrong.

The ADCIRC S08 model and its successors do not yet include verified physics to simulate the reduction in peak water level that occurs as a surge moves inland through swamps and wetlands, even though this phenomenon was parameterized empirically from 7 storms prior to 1960 by the USACE (1965) for levee design purposes (1 foot reduction every 2.75 miles). This lack was apparent not only in our comparisons of field data with model results after Rita, but also in a consultant's report URS (2006) about hurricane surge effects of the MRGO commissioned by the Louisiana Department of Natural Resources (LDNR) prior to both storms, and amended after Katrina.

ADCIRC (with the proper wind speeds) did a good job of simulating the Katrina surge in the funnel only because the LPV berms in the funnel were constructed adjacent to open water and were not fronted by significant areas of intact wetlands. So to test the effect of the entire MRGO project, we simulate surge along the shores of Lake Borgne without the LPV levees, and then project that surge inland across the swamps and marshes of the Central Wetlands to a 40 Arpent Levee that, as in URS (2006), has been raised to the design elevation of the LPV levee that was supposed to be built along the MRGO. Because ADCIRC is incapable of predicting the attenuation that occurs when the surge crosses the shoreline into coastal wetlands, a second more empirical method is required to

180



**Figure 9.1   Locations of surge gages installed before Hurricane Rita landfall (September 24, 2005) by the USGS with maximum surge elevations in parentheses (McKee et al. 2006).  Maximum surge at the coast for about 50 miles east of Sabine Lake was 15+ feet and diminished inland.**



**Figure 9.2   Location of USGS gages and FEMA high water marks in Rita marsh swath east of Calcasieu Lake in Cameron Parish.**

project surge across the MRGO right of way and Central Wetlands to the 40 Arpent Levee. We base this projection of surge across the wetlands on study of the Hurricane Rita surge of September 24, 2008. Rita was a Category 3 hurricane like Katrina that struck a marsh fronted coast with no levees in southwest Louisiana (**Figure 9.1**). Rita generated a surge that attained an elevation of 14.5 to 16 feet along about 50 miles of coast extending east from the Texas line. This coastal surge was quite similar in magnitude to that at the southern Lake Borgne shoreline during Katrina.

I mention the problem with ADCIRC primarily because of what I perceive to be an undervaluing of the importance of swamp and marsh buffering to reduce storm surge in places where vegetated storage areas like the Central Wetlands are available. There is a perception that if a factor is not incorporated in an engineering model that it may not exist. Our Dutch colleagues have gone to considerable effort to better quantify wetland effects both on surge (de Wit et al. expert report 2008) and waves (Gautier et al expert report 2008). Through sensitivity analysis, we were able to understand better when and where these effects will be most significant as is indicated by discussions in Chapter 7 and 8. We saw both surge reductions of up to 3 feet across the Central Wetlands area as delays in the onset of surge through cypress forest in FINEL scenarios 2a and 2b, which modeled 1950s conditions in the Lake Borgne funnel.

For Katrina, unfortunately, no gage data exists either in open water or in the marsh that allows precise reconstruction of surge propagation, and we must rely almost entirely on model output and sparse high water mark information from the edges of the funnel. Prior to the landfall of Rita, however, the U.S. Geological Survey (USGS) exercised great initiative to emplace 47 recording gages in the path of the surge (**Figure 9.1**), and these gages recorded a remarkable sequence of surge propagation across the marsh (McKee et al. 2007). This data set was checked against hundreds of high water marks surveyed by the Federal Emergency Management Agency (FEMA) that compared well with marks previously obtained by the LSU Hurricane Center as the surge receded (**Figure 9.2**).

We focus here on a swath of marsh about 15 miles wide extending about 25 miles inland (**Figure 9.2**) isolated from large water bodies like Calcasieu Lake to the west and Grand Lake to the east (**Figure 9.1**). Each of these large lakes experienced its own surge that was disconnected in time and space from the coastal surge. Calcasieu Lake, for example, is nearly as long on a north-south axis as Lake Pontchartrain. Downtown Lake Charles, which is nearly 30 miles inland at the northern end of Calcasieu Lake, was inundated by 9 foot surge that occurred more than 8 hours after the surge at the coast (**Figure 9.3**).



**Figure 8.3.  Surge at the head of Calcasieu Lake in Lake Charles during Hurricane Rita lagged the surge at the coast by more than 8 hours (McKee et al. 2007).**



**Figure 8.4.  Surge propagation through the marsh at Grand Chenier during Hurricane Rita (McKee et al. 2007)**

The situation was quite different for surge through the marsh swath to the east (**Figure 9.2**) also recorded by USGS gages (**Figure 9.4**).  There, the surge that peaked at 14.8 feet

183

2 miles from the coast was reduced to 7.4 feet at 8 miles from the shoreline, and to less than 4 feet at a gage 27 miles inland, where river flooding was also a factor.  It can be seen that the surge 8 miles inland lagged that at the coast by more than 4 hours.  While the surge rose rapidly at both locations, the falling leg of the more inland hydrograph was elongated, showing that drainage of the marsh was relatively slow.  Water level at the most inland station 27 miles from the coast did not peak until more than two days after the storm passed.

We compared maximum surge elevation for all of the USGS hydrographs and FEMA high water marks in the Calcasieu Lake and Grand Chenier marsh transects to develop an understanding of the variation in inland response to the same surge at the coast (**Figure 9.5**).  Data from the Grand Chenier marsh transect yielded a statistically significant linear relationship between the surge maxima and distance from the coast.  This rate was 1 foot for every 1.4 miles (0.71 ft/mile), or approximately twice the reduction traditionally applied by the USACE (1965) for levee design on the Louisiana coast (0.36 ft/mile).



**Figure 9.5.  Relationship between maximum Rita surge and distance from the coast documented by USGS gages (squares) and FEMA high water marks from the Calcasieu Lake transect (triangles) and from the Grand Chenier marsh transect (diamonds).  Surge was between 15 and 16 feet at the coast for both transects (McKee et al. 2007).  The marsh transect yielded a statistically significant linear correlation indicating surge reduction at the rate of 1 foot for every 1.4 miles of marsh.  The original USACE (1965) estimate of 1 foot for every 2.75 miles is also shown for comparison.**

184

# CHAPTER 9
## NEED FOR INSTITUTIONAL REFORM

Over the course of the past year, the USACE has produced in the *Robinson* litigation several million pages of documents relating to the history of the MRGO. These documents—most of which have never before been made public—include internal and external USACE communications, draft and final studies, and other writings memorializing the agency's planning, investigation, design, construction, operation, and maintenance of the MRGO navigable waterway as well as the record of the Corps's mounting knowledge over time of the risk of flooding or EBSB failure caused by the adverse effects created by the MRGO. From this repository, over 130,000 documents were culled and reviewed, and a subset has been further selected because of the light that they shed on the USACE organizational treatment of these issues.

I have read more than my share of these documents to gain an understanding of how the USACE "managed" the threat to life, property and the environment posed by the MRGO and have made use of an invaluable MRGO chronology that I attach as an appendix to this report (Appendix B). This timeline summarizes information contained in the referenced documents as it relates to milestone events and acknowledgement of, and response to knowledge about, adverse effects created by the MRGO, including the funnel, loss of wetlands, and erosion and widening of the channel. While the listing of documents is not exhaustive, the contents provide remarkable insights into how and why the MRGO disaster happened, how it could have been avoided, and, perhaps most important, how we can prevent another repeat. The Corps got so entrenched in the habit of fending off reasonable queries about the MRGO after Hurricane that they fooled even themselves.

Long Time Awareness of Risks Posed by the MRGO
The history of the MRGO is characterized by a stubborn unwillingness on the part of Corps—to acknowledge, much less seek to ameliorate, the growing body of data indicating that the channel posed a serious threat of flooding the neighboring communities along Reaches 1 and 2 and the IHNC.

- Beginning in the mid-1950s, the Corps was well aware that the construction of the MRGO—as designed to cut through 43 miles of marshland and break the natural barrier at Bayou LaLoutre separating fresh/brackish water from salt water—would result in the intrusion of salt water from the Gulf of Mexico and the death of the Central Wetlands Unit in the upper region of Reach 2. Nevertheless, the USACE ignored the entreaties of the U.S. Fish and Wildlife Service and Louisiana Wild Life and Fisheries to delay construction and allow further environmental studies. The predictable, tragic result—as documented in scores of USACE documents over a half century—was the destruction of tens of thousands of acres of storm-surge buffering wetlands. If these wetlands had not been destroyed, Greater New Orleans would not have been catastrophically flooded.

- Similarly, as early as 1966 immediately after Hurricane Betsy, the Corps was told that the MRGO created a storm surge enhancing "funnel" effect by joining Reach 2 at the GIWW/Reach 1 and a surge barrier was recommended. The USACE dismissed the concern—as it did again in 1969 and 1973. And as noted earlier, the NESCO study contained significant information about Hurricane Betsy and storm surge that should have further alerted the Corps about the risk of funneling.  The solutions recommended to the Corps in 1966, 1969, and 1973 were feasible and would have prevented the propagation of enhanced surge through Reach1/GIWW into the IHNC and the failure of the floodwalls along the IHNC.  Indeed, the Corps is now proposing a surge barrier across the mouth of the funnel—the very recommendation rejected by the USACE over 40 years earlier.

- Even before the first dredging began in the process that ultimately decimated so many acres of swamp and marsh in the Lake Borgne funnel, the USACE acknowledged that the channel's banks would erode and widen due to the lack of any armoring or other protection from ship wakes. Over time, the Corps chronicled the ever-widening channel, documenting the further killing of tens of thousands of acres of wetlands and lamenting the increased cost of continuous dredging.  Meanwhile, as the channel's width grew from the Congressionally-authorized 650 feet to 2,000 feet and in some places even wider, the dredged material was not used until recently to effectively restore or protect the adjacent marshes, further accelerating the MRGO's decimation of the protective cypress swamps and other vegetation.

The Team Louisiana (2007) forensics team, of which I was a part, acknowledged the USACE's consistent refusal to take any remedial action with respect to these well known dangerous conditions caused by the MRGO.

> "The MRGO and GIWW channels provide efficient conduits to funnel surge into the heart of New Orleans. As a result, surge elevations peaked in Lake Borgne and the IHNC at nearly the same time, and at higher levels relative to levee and floodwall crowns than would have been true if the MRGO did not exist and had not caused so much wetland loss. The effect of these federally constructed and operated channels on surge and waves has consistently been underestimated by the USACE from before Hurricane Betsy right through to the recent IPET report, as has the effect of accelerated wetland loss in the funnel area. One consequence of *this institutional "blind spot"* was that a hurricane barrier of the type proposed in the original pre-1980s HPS for the other two main passes into Lake Pontchartrain was never even considered for the MRGO. (Team Louisiana, p. 223) (emphasis added).

This "institutional blind spot" is starkly evident as one reads the USACE documents referenced in the MRGO Chronology.  What is most noteworthy is that the Corps's inveterate response was to undertake study after study that updated its knowledge about

186

the problems, studied possible solutions, and weighed alternatives.  But the agency never took any decisive action to recommend to Congress necessary changes in the MRGO and remediation of its adverse effects.  The Corps simply did nothing.

By no later than 1988 (and likely much earlier), the Corps had identified the interrelationship between the loss of wetlands and bank erosion and the threat to life and property. As the 1988 *Corps Erosion Report* detailed, there was a need to study potential benefits of completely closing MRGO. Indeed, the Army Corps' Lower Mississippi Valley Division ("LMVD"), to which the New Orleans District reported, suggested prophetically:

> [A complete closure]…will control all future channel maintenance problems by controlling bank erosion, prevent[] the associated biological resources problem…[and] *reduce the possibility of catastrophic damage to urban areas by a hurricane surge coming up [MRGO]* . . . .

LMVD Comments to the *Corps Erosion Report*, at 1 (emphasis added).

Tragically, the USACE ignored its own predictions that the MRGO would in fact serve as a storm surge delivery system aimed at the heart of Greater New Orleans.

Twelve years later, the Corps participated in a multi-agency review of the MRGO and endorsed the unanimous recommendation that the MRGO be closed. (Mississippi River-Gulf Outlet (MRGO) Task Force, Report of Findings (2000)). Rather than submit a recommendation to Congress, however, the Corps insisted that it had to study the issue further and that it was the only entity that could make a formal proposal for closure to Congress.  Like it had always had done in the past, the agency delayed and delayed its study and never reached a definitive conclusion.  When Hurricane Katrina hit on August 29, 2005, the USACE had still not completed its evaluation—and the draft still did not recommend closure.  Indeed, in its reevaluation study issued shortly after the hurricane destroyed the nation's 35th largest city, the Corps still maintained that the MRGO should remain open.

The MRGO Chronology reveals that at no time prior to Hurricane Katrina did the USACE ever recommend to Congress a plan to mitigate or eliminate the risk of flooding posed by the MRGO, whether the recommendation was complete closure or some prophylactic measures to retard bank erosion and protect banks from wave action of ships and storms, prevent wetlands destruction, restore wetlands to their pre-1958 condition, and/or to permit enhanced surge, waves, and current from the funnel effect.  For a half century, the consistent course of action was no action—despite detailed institutional knowledge decades before Hurricane Katrina that the MRGO, in the Corps's own words in 1988, posed a possible threat "of catastrophic damage to urban areas by a hurricane surge coming up [MRGO] . . . ."

<u>Failure to Heed Specific and Mounting Warnings About Flood Risks</u>

As much as anything else, this is a record of disregard of public safety that is unimaginable given the wealth of knowledge and expertise possessed by the USACE and the known potential hazard of introducing a major body of water susceptible of transporting storm surge into a major metropolitan area from the Gulf of Mexico. As previously noted, the Corps adopted early in the life of the MRGO (in 1973) a party line—the "unitive statement"—to reject any suggestions (even from respected experts like Dr. Sherwood Gagliano who had been a USACE consultant on the MRGO) that the MRGO's design created a funnel for transmitting deadly storm surge down Reach 1/GIWW and into the IHNC, just as had occurred during Hurricane Betsy. (CEI 1973) The Corps would not be swayed by objective scientific facts or empirical data on this or any other issue relating to the MRGO.

This was only one of many warnings that the Corps received—from its own employees and outsiders—over the life of the project about the substantial risk of flooding caused by the MRGO. The following is a sampling of other alarm bells that went unheeded:

*It is well documented that before MRGO construction began, the USACE was warned in detail by the U.S. Fish and Wildlife Service that the MRGO would destroy the sensitive ecosystem along its channel by the construction itself as well as the intrusion of salt water from the Gulf of Mexico. The document—entitled *An Interim Report on Fish and Wildlife Resources as Related to Mississippi River-Gulf Outlet Project, Louisiana and an Outline of Proposed Fish and Wildlife Studies* (April 1958) (the "*Fish & Wildlife Report*")—predicted the very environmental disaster that the MRGO would inflict on the region of the Central Wetlands Unit.

*In the same vein, the Louisiana Department of Wildlife and Fisheries, or its predecessor also predicted before groundbreaking that the MRGO would adversely affect the local wetlands and urged further study.

* The St. Bernard Police Jury passed a resolution in April 1958 opposing the MRGO channel, stating that "[d]uring the times of hurricane conditions the existence of the channel will be an enormous danger to the heavily populated areas of the parish." This resolution was preceded by the 1957 Tidewater Advisory Committee report (referenced earlier) predicting that the MRGO would destroy the wetlands and cause catastrophic flooding.

*In September 1965, Hurricane Betsy flooded New Orleans East, St. Bernard Parish, and the Lower Ninth Ward. As noted earlier in my report, valuable lessons about the effect of the MRGO on propagating storm surge were not factored into the design of the LPV flood protection system.

*In 1970, Louisiana coastal scientist, Dr. Sherwood Gagliano, warned the Army Corps that the disappearing wetlands just east of MRGO would intensify storm surges and create "deathtraps."

188

*In its 1976 Environmental Impact Statement for the MRGO, the USACE acknowledged the rapid decimation of the wetlands and bank erosion.

*In October 1988, National Hurricane Center Director Jerry Jarrell depicted a scenario concerning a Category 4 or 5 hurricane that, after destroying islands in the Caribbean and parts of Florida, intensifies over the Gulf of Mexico and "assail[s] New Orleans with a storm surge that overwhelms the city's levee system."

*In the fall of 1988, the St. Bernard Parish Council unanimously adopted another resolution urging closure of the MRGO because it constituted a threat to public health and safety.

*In 1988, in its *MRGO Bank Erosion Reconnaissance* Report which as noted earlier recognized the threat "*of catastrophic damage to urban areas by a hurricane surge coming up [the MRGO,"* the Corps admitted that the MRGO had accelerated the "loss of marshes, ridges, bayous, ponds, aquatic grass beds and shorelines needed for the Lake Borgne, Lake Pontchartrain and Breton Sound statuaries." The same Corps study characterized MRGO as one of the eight areas in south Louisiana where "erosion stabilization measures are urgently needed."

*1n 1994, the Corps completed its *MRGO Bank Erosion Reconnaissance Report* that detailed the already well documented phenomenon of the widening of the Reach 2 channel and loss of tens of thousands of acres of wetlands.

*Six years before Katrina, the *Times-Picayune* summarized a consensus of expert and lay opinion about the MRGO:

> But the [MRGO] has not fulfilled its earlier promise of bringing
> port-related development along it in St. Bernard parish. It has
> instead become an environmental and economic disaster. Its
> original width was to be 500 feet, but it has eroded in some places
> to 2,000 feet. It has changed the salinity of the marsh, leading to
> further erosion and ruining oyster beds. *But worse it has
> threatened lives, acting as a pathway for hurricane storm surges
> and even surges from storms short of hurricane force*.

Editorial, "Light at the End of the Channel," *Times-Picayune*, June 1, 1999, at B-6 (emphasis added).

*In 2000, the Corps acknowledged MRGO's shortcomings and endorsed a coastal restoration plan calling for the canal's eventual closure. Bending under pressure, however, the Army Corps did not move forward to recommend to Congress closing the MRGO, instead initiating a reevaluation study to assess (once again) the environmental and economic implications of closing the channel or keeping it open.  Safety concerns were once again conspicuously ignored.

*In his book *Holding Back The Sea: The Struggle for American's Natural Legacy on the Gulf Coast* (Harper Collins, 2001), Christopher Hallowell warned (and the Corps already knew) that "erosion from ships and storms has gouged it [the MRGO] 2,000 feet wide and made it a freeway to New Orleans for any hurricane that happens to come from the right direction . . . . The surrounding marsh, now vulnerable to storms and salt water, has all but died as a result, along with 40,000 acres of mature cypress trees. Now, storm surges can invade the marsh through the straight arrow channel and smash into New Orleans."

*In October 2001, *Scientific American* magazine published "Drowning New Orleans" that predicted "[a] major hurricane could swamp New Orleans under 20 feet of water, killing thousands. Human activities along the Mississippi River have dramatically increased the risk, and now only massive reengineering of southeastern Louisiana can save the city."

*Another forewarning of the MRGO's imminent dangers came from proponents of the outlet's closing. In June 2002, the critics described MRGO as "a shotgun pointed straight at New Orleans should a major hurricane approach from that angle."

*In June 2002, Corps acknowledged that its own safety estimates of MRGO—created in the 1960s with tools that are low-tech and unsophisticated by modern standards—are antiquated and unreliable. Local engineer Lee Butler estimated the risk of MRGO overtopping in St. Bernard Parish may be double the Army Corps' original estimates. In addition, the Army Corps agreed that MRGO is a "weak spot" and more likely to be affected by a hurricane storm surge than other areas because of its proximity to the Gulf of Mexico.

*In July 2004, Hurricane Pam—a federally-funded hurricane simulation drill conducted by an LSU team of which I was a member—prophetically concluded that surges from a Category 3 hurricane would be "funneled" by the MRGO, flooding surrounding areas and killing tens of thousands of people in Greater New Orleans.

*In October 2004, the Louisiana Legislature passed a resolution urging closure of the MRGO and immediate implementation of remedial measures to address the risk posed by the MRGO and "more drastic tidal surges and more prolonged flooding as a result of tropical storms and hurricane."

*In May 2005, a hydrodynamic model from LSU's Hurricane Center further exposed MRGO as a "superhighway for storm surge" and predicted that a "funnel" created by MRGO could amplify storm surges by 20 to 40 percent.

All of this evidence—and much more in the record—shows that Hurricane Katrina and its devastating aftermath were clearly foreseeable and foreseen events to the Corps. It cannot be seriously disputed that the USACE before 1958 had actual notice that the construction of the MRGO would destroy the storm surge buffering wetlands and sustain

190

significant bank erosion from lack of shore protection. Likewise, the Corps should have known (because coastal engineers around the world knew) that the design of the MRGO—the geometry of creating a funnel at the Reach 2 and Reach 1/GIWW confluence—would exacerbate a hurricane's power and destructive effect on the local population and property.   Similarly, before construction, the Corps—based on its experience in designing and operating other waterways—knew or should have known that the unarmored banks of the MRGO need to be armored to avoid inevitable erosion from ship waves.

Even if the Corps did not appreciate the potential for these adverse effects in the planning and design stage, it acquired information throughout the operation and maintenance of the MRGO—both from its own personnel and civilian engineers and coastal scientists— that the waterway posed a significant risk of accentuating storm surge during a hurricane. Unfortunately, such notice was ignored, and no corrective action was ever recommended to Congress before Hurricane Katrina.  Nor was the LPV—40 years in the making and still incomplete—ever designed or redesigned to take into account the need for added safety margins because of the MRGO.

Mission Myopia
The question that I continue to ask is "How could this situation have persisted for so long?"

I think the answer lies in the USACE's shortsightedness about its role and responsibility for correcting the serious hazards that it created in placing a deep channel with direct access to the Gulf of Mexico into a major metropolitan area.  As discussed in the next section, the failures here also stem from a stunning failure of leadership and vision.

The record shows that the USACE had a chronic myopia about its mission with regard to the waterway. Time and time again, the Corps indicated that its sole responsibility was to maintain the channel so that it could be used by deep draft vessels.  That entailed a continuous dredging and maintenance program because of the Corps's decision not to armor the banks and the resulting soil erosion from ship wakes and periodic storms.

Actions taken (or more accurately, not taken) by the Corps reflect this tunnel vision. Despite knowing from the outset that the MRGO would destroy the storm surge buffering wetlands, no remedial program was ever undertaken. The agency perceived that its sole responsibility was keeping the channel open.

Corps officials did not view protection of the environment as part of its primary mission at the outset, but this should have changed a long time ago.  While the loss of the wetlands from the MRGO construction and ongoing operation and maintenance was well documented and maybe even regreted, the agency did not consider itself obligated to fix the problem.  In other words, the USACE knew that it created a bad situation and by 1988 had acknowledged the nexus between loss of wetlands and potentially disastrous hurricane surge flooding Greater New Orleans. Nevertheless, the Corps never exhibited any sense of urgency to develop a comprehensive set of policy recommendations for

Congress to authorize funding for ameliorating these defects. The Corps's left hand was regularly reporting the burgeoning ecological disaster, while its right hand slavishly persisted in the fiction that making the channel safe for shipping was its only priority.

The Corps also had a narrow view of its constituency. The agency showed concern only for what it termed its "customers"—the Port of New Orleans, shipping, dredging, and pilot boat interests. These were the commercial sectors that had successfully lobbied for the MRGO's creation, and they were the lobbies that kept the Corps in the navigable waterway business.

At the same time that they sought to accommodate shipping interests in a channel in which that group gradually lost interest, the Corps turned a deaf ear to the crescendo of public, local government, and expert voices sounding the alarm about the potential for catastrophic flooding and calling for closure or remediation of the MRGO. The St. Bernard local government—from the Tidewater Advisory Committee's prescient report that I quote in Chapter 2 in 1957 to its numerous commissioned expert reports by Dr. Sherwood Gagliano and others to the resolution urging closure in 2004—continuously monitored the MRGO and documented for the Corps the escalating risk of catastrophic flooding from the loss of wetlands, bank erosion, and the funnel effect. The concerns of other federal and state agencies and respected scientists and scholars were likewise ignored. Public safety was simply not a factor in the Corps's decision-making calculus.

A Failure of Leadership

The roots of this catastrophe can also be directly traced to a monumental failure of leadership. As noted earlier, at the same time that the USACE was planning the MRGO, it was planning the LPV in an effort to give Greater New Orleans an added measure of hurricane flood protection. In other words, the same agency—with the same leadership in New Orleans, Vicksburg, and Washington, D.C.—was making critical decisions about fundamental engineering and scientific issues affecting the welfare of the residents. Over the intervening half century between the authorization of the MRGO in 1956 and Hurricane Katrina, the same Corps senior management would be responsible for dealing with (or more accurately, ignoring) the known flood risks posed by the MRGO.

Much post-Katrina attention has been focused on the deficiencies in the USACE decision-making process with respect to the planning, design, construction, and operation of the LPV and the reasons for the catastrophic failure of the levees. Douglas Woolley and Leonard Shabman recently prepared a Decision-Making Chronology for the Lake Pontchartrain & Vicinity Hurricane Protection Project: Final Report for the Headquarters, U.S. Army Corps of Engineers Submitted to the Institute for Water Resources of the U.S. Army Corps of Engineers (March 2008) ("LPV Decision-Making Chronology") that sheds some light, though it studiously avoids mentioning the MRGO. The authors gained valuable insights into the processes by which the Corps gains and shares knowledge, evaluates alternatives, and implements its decisions. The authors found that the Corps proceeded with the LPV as originally planned despite knowing that it was using inappropriate technical data and assumptions such as continuing to plan on the basis of outdated datum benchmarks for levee crown elevations and outmoded Standard Project

192

Hurricane parameters.  Many of the same patterns emerged for me in my study of the MRGO record   Woolley and Shabman write:

> "Project construction was not yet underway when significant project design changes were requested and approved following Hurricane Betsy. At that time, the increase in project costs associated with the design change might have appeared readily affordable to project sponsors, and the change involved virtually no delay in project implementation.
>
> In later years, however, the accommodation of new information in project design and construction would have required adjustments to ongoing construction activities as well as retrofitting project features that had already been constructed. Such changes would have significantly increased project costs and implementation delays at a time when local concerns about project costs and urgency for project protection were paramount, and a stagnant Corps construction general budget had to be spread among competing priorities.  It was in the context of a history of local sponsors' frustrations over project delays and costs, federal and local budget limits, and increasing scrutiny of water project investment proposals at the Washington, DC level, that new information suggesting the need for project reevaluation and redesign that might take years to analyze and get approved was either put aside for later consideration (e.g., the 1985 datum benchmark decision), or subjected to further study (e.g., the decision to refine the ADCIRC surge model before applying it for project reevaluation) (see Chapter 6)."

This pattern of deferring hard choices by engaging in "further study" is a recurring institutional response to problems not only with regard to the LPV but also the MRGO. The Corps conducted numerous reconnaissance, evaluation, and reevaluation studies with regard to the MRGO's glaring defects.  Like the LPV, until the final report on MRGO closure issued last year, however, there was never a resolution and a recommendation to Congress to deviate from the originally authorized plan.

Woolley and Shabman also found that the USACE lacked any organizational systems to monitor and reassess whether program objectives were being realized in light of changed circumstances or new information.

> "The District was not expected to routinely track and as needed revisit—using whatever tools were available at the time—the ability of the project to provide the authorized degree of protection as new information became available. The absence of a standing, agency-wide process for continuing assessment and reporting of project performance capability left the District to make its own determination as to whether the analytical foundation was adequate for requesting changes to project designs, and for satisfying higher federal authorities and local sponsors that additional project funding was warranted" (see Chapter 6).

The same was true with regard to the MRGO. There does not appear to have been any centralized responsibility within the USACE for determining whether the agency should seek Congressional authorization and funding for remedying known defects with regard to the MRGO. While the Corps was able to monitor its dredging costs and make annual appropriations requests for routine and emergency funding for maintaining the channel, no similar institutional focus ever materialized as to recommending a comprehensive plan to Congress before Hurricane Katrina.

The LPV Decision-Making Chronology also criticizes the Corps for how it communicated flooding risk and the LPV's level of protection to the stakeholders. *Id.* at ES-19. This failing is magnified many times with respect to the MRGO and the agency's persistent claim—based on its "unitive statement"—that the channel had not been during Hurricane Betsy, and would not be in the future, a source of enhances hurricane storm surge. Certainly, by 1988 if not much earlier, the Corps knew that the destruction of the wetlands and widening of the channel posed a serious threat of catastrophic flooding. This ostrich-like approach to its duty to warn and remediate was a critical factor in the tragedy of Hurricane Katrina.

There is a broad consensus about the failure of leadership by the Corps in protecting New Orleans and St. Bernard Parish. In his earlier-referenced decision dismissing the lawsuits against the USACE for faulty levees along the 17th Street and London Avenue Canals, Judge Stanwood Duval, Jr., in summarizing the evidence, criticized the Corps for its "monumental miscalculations," "gross incompetence," "egregious myopia," and "catastrophic failure . . . to fulfill its mission" by constructing seriously flawed levees that set the stage for the calamity that engulfed 80% of the region. "This story—fifty years in the making—is heart-wrenching."

The same can be said with respect to the MRGO. Tragically, the same Corps officials who egregiously mismanaged the LPV were also derelict in their duty to protect the public and property from the long-known defects of its waterway. There can be no justification for the USACE failing to take corrective action to prevent the MRGO from becoming a major cause of the catastrophic flooding of St. Bernard Parish, New Orleans East, and the Lower Ninth Ward.

Final Thoughts

For over five decades, the USACE's stewardship over the MRGO—amidst the mounting evidence of its adverse effects on the environment and the potential for greatly enhanced storm surge leading to catastrophic flooding—can best be described as one of studied indifference to long-recognized threats to life, property and the environment. Consistently, the Corps preferred the interests of its commercial constituency—its "customers"—over those of the hundreds of thousands of local residents put in harm's way by the MRGO. This "keep the channel open at all costs" mindset never calculated (or appreciated) the costs in human life, property, and the environment from cataclysmic flooding that the agency long knew could happen because of the MRGO.

Throughout this half century, the Corps conducted numerous studies of the channel's adverse effects.  However, it never reached a definitive conclusion or recommendation for any plan of action until more than two years after Hurricane Katrina devastated Greater New Orleans.  Indeed, at no time before the catastrophic flooding did the Corps weigh alternatives, balance the social, financial, and political considerations in favor of and against each potential course of action, evaluate the risk to people and property, *and* make a recommendation to Congress in the exercise of its policy-making judgment about the preferable course of action with respect to the MRGO's defects.

Only in late 2007—more than two years after Hurricane Katrina—did the Corps actually exercise its judgment and recommend to Congress the MRGO's closure and one remediation measure to construct a barrier at Bayou La Loutre to prevent further intrusion of salt water from the Gulf of Mexico. Even then, the Corps did not acknowledge the MRGO's contribution to the severe flooding during Hurricane Katrina and its continuing danger; nor did the USACE recommend as elements of its plan essential remedial steps for ecosystem restoration and prevention of storm surge along Reach 1, Reach 2, and the IHNC.  In typical fashion, the agency continues to study these issues to the present day.

# CHAPTER 10
# CONCLUSIONS

The Government takes the position that the Mississippi River Gulf Outlet navigation project (MRGO) had no effect on the catastrophic flooding of Greater New Orleans during Hurricane Katrina.  Our analyses show that the Government is incorrect.  It is my opinion that the MRGO navigation project:

(1) created a funnel, the dangerous convergence of channels and spoil disposal areas, later augmented by addition of the Lake Pontchartrain & Vicinity (LPV) berms east of New Orleans, and by the subtraction of buffering wetlands, that foreseeably amplified the threat posed by hurricane surge to the Greater New Orleans area; and

(2) greatly enlarged the original Gulf Intracoastal Waterway (GIWW) connection between the throat of the funnel and the IHNC (MRGO Reach 1), which foreseeably increased surge transmission into the city earlier, adding to the height and duration of surge experienced in the IHNC during Katrina and contributing to the early failure of floodwalls and levees adjacent to the IHNC; and

(3) created a Reach 2 channel with unstable side slopes that caused it to predictably expand over time, reducing the natural marsh buffer that previously separated it from Lake Borgne and from the adjacent LPV berms, thereby compromising foreshore protection fort the man-made surge protection elements and hastening the onset of damaging wave action on these delicate structures (EBSBs) so that they breached earlier in the storm sequence; and

(4) created a channel in Reach 2 that predictably exposed freshwater swamps and marshes within the Lake Borgne funnel to increased salinity, accelerating their conversion to open water and thereby reducing the wetland surge and wave buffer between Lake Borgne and populated areas; and

(5) was a substantial contributing factor to the catastrophic flooding of the Robinson plaintiffs' homes and communities.

In addition, throughout the history of the MRGO project, up to the time of Hurricane Katrina, the U.S. Army Corps of Engineers (USACE or Corps), in my opinion, has continuously adopted a policy of denial and deliberate disregard of well documented adverse effects of the channel, most of which were known or suspected prior to construction and others that became apparent later, soon thereafter ensuring that a real threat for flooding during hurricanes remained unaddressed for five decades.  Throughout this period, the USACE issued increasingly soothing but inaccurate statements to two generations of New Orleans and St. Bernard residents that they were well protected and that the MRGO project posed no hazard to their lives or property.

Furthermore, this approach is much the same today, in my opinion, coloring the conclusions of the Corps sponsored investigations that have followed Katrina, and the

nature of solutions that have been proposed. This, in particular, includes an obdurate unwillingness to provide wave protection to the hastily rebuilt berms that parallel MRGO Reach 2 despite overwhelming evidence that they were largely destroyed by waves. Today, the Corps still refuses to acknowledge, in the face of compelling scientific evidence, that the MRGO project was a significant cause of the early and catastrophic flooding of the Upper and Lower 9th Ward, St. Bernard Parish and New Orleans East during Hurricane Katrina.

Ultimately, the extent of damage and the harm caused by the flooding of St. Bernard and the Lower 9th Ward through the MRGO was not significantly reduced by the LPV berms and floodwalls. The structures that Dr. Bea has described as "earthen berm/spoil banks" (EBSBs) (to differentiate them from properly engineered coastal defense dykes) along MRGO Reach 2 served merely as "speed bumps" that were swept aside during Katrina by the surge and waves generated in, and transmitted by the MRGO channel. Most of the flooding of the Lower 9th Ward and New Orleans East, as well as a significant portion of the early flooding of the Orleans Metro area, is attributable to the enlarged cross-section of MRGO Reach 1.

Finally, I believe that the USACE, and certainly the larger oceanographic community, possessed a knowledge base prior to the construction of the MRGO project, and certainly after the Betsy disaster, that should have led to actions to tightly integrate the MRGO economic development project with the LPV public safety project, and thereby reduce or eliminate the added and substantial hazards uniquely posed by the ship channel. Instead, with regard to this particular project and, significantly, not in all comparable cases around the country, the Corps adopted a policy of institutional denial that stymied efforts of local leaders, engineers and scientists to address critical, long-known deficiencies that were fully manifested during the Katrina event. My reading of the record indicates that certainly by 1988, if not earlier, the Corps knew about the nexus between many of the deficiencies noted above and the likelihood of catastrophic flooding. Nevertheless, before Hurricane Katrina, the Corps never completed any study recommending a plan to Congress to mitigate known hazards. The storm has provided an opportunity for new leadership at the Corps to mobilize all of the authority, resources and expertise that it has been given by Congress to mitigate the damage that the MRGO has caused. We are still waiting.

# REFERENCES

American Society of Civil Engineers (2007). *The New Orleans Hurricane flood protection System: What Went Wrong and Why*. ASCE, Reston VA.

Asano, T., Deguuchi, H, Kobayashi, N. (1993). "Interaction between water waves and vegetation," *Proceedings 23rd Coastal Engineering Conference*, ASCE, New York, 2710-2723.

Bea, R. G. (2008a). *Expert report concerning the performance during Hurricane Katrina of the man-made features bordering the Mississippi River – Gulf Outlet.* Declaration submitted on behalf of the Plaintiffs in Robinson v. United States in connection with the Flood Control Act immunity issues, July 11, 2008.

Bea, R. G. (2008b). *Expert report concerning the performance during Hurricane Katrina of the man-made features bordering the Inner Harbor Navigation Canal at the Lower 9th Ward.* Declaration submitted on behalf of the Plaintiffs in Robinson v. United States in connection with the Flood Control Act immunity issues, July 11, 2008.

Bea, R.G. and Arnold, J. L. (2008). *Technical Guidance Available for Design, Construction, and Maintenance of the MR-GO and LPV,* Technical Report to MR-GO Litigation Group Pertaining to MR-GO, Robinson [No. 06-2268], Risk Assessment and Management Services, Moraga, CA, July 11, 2008.

Bea, R. G. and Cobos-Roa, D (2008b). *Analyses of Breaching of the Effects of the USACE IHNC Lock Expansion Project East Bank Industrial Area Site Clearing Excavations on Development of the Breaches at the Lower 9th Ward During Hurricane Katrina.* Technical Report to MR-GO Litigation Group Pertaining to MR-GO, Robinson [No. 06-2268], Risk Assessment and Management Services, Moraga, CA, July 11, 2008.

Bea, R. G. and Cobos-Roa, D. (2008a). *Analyses of Breaching of MR-GO Bayou Dupre & Bayou Bienvenue Navigation Structures During Hurricane Katrina.* Technical Report to MR-GO Litigation Group Pertaining to MR-GO, Robinson [No. 06-2268], Risk Assessment and Management Services, Moraga, CA, July 11, 2008.

Bea, R. G. and Storesund, R. (2008a). *Analyses of Breaching of MR-GO Reach 2 EBSBs During Hurricane Katrina.* Technical Report to MR-GO Litigation Group Pertaining to MR-GO, Robinson [No. 06-2268], Risk Assessment and Management Services, Moraga, CA, July 11, 2008.

Bea, R. G. and Storesund, R. (2008b).Review of Excavation and Backfill Practices Near Flood Control Systems. Technical Report to MR-GO Litigation Group Pertaining to MR-GO, Robinson [No. 06-2268], Risk Assessment and Management Services, Moraga, CA, July 11, 2008.

Bretschneider, C. L. (1954). *Field investigation of wave energy loss of shallow water ocean waves*, USACE, Beach Erosion Board, Technical Memo. No. 46, September.

Bretschneider, C. L. and Collins, J. I. (1966). *Storm Surge Effects of the Mississippi River-Gulf Outlet*, Study A, Report to USACE (New Orleans), NESCO Report SN-326-A, September, Pasadena, CA.

Camfield, F.E. (1977). *Wind-Wave Propagation Over Flooded, Vegetated Land,* Technical Report Paper No. 77-12, Coastal Engineering Research Center, USACE Waterways Experimental Station, Vicksburg, MS.

Camfield, F.E. (1983). "Wind-wave growth with high friction." Journal Waterway, Port, Coastal, and Ocean Engineering, ASCE, 109, 1, 115-117.

Coastal Environments, Inc. 1972.  Environmental Impact Study, Ship Channel Project. Report Prepared for St. Bernard Parish Police Jury, October, 1972

Collins, J. L. (1972). "Prediction of shallow-water spectra," J*ournal of Geophysical Research,* 77, 2693-2707.

Day, J. W. Jr., and Shaffer, G. P. (2008a). *Effects of the Mississippi River Gulf Outlet on Coastal Wetlands and Other Ecosystems in Southeastern Louisiana,* Report to MR-GO Litigation Group, May.

Day, J. W. Jr. (2008b). *Effects of the Mississippi River Gulf Outlet on Coastal Wetlands and Other Ecosystems in Southeastern Louisiana,* Report to MR-GO Litigation Group, May.

Dean, R.G. (1978). "Effects of Vegetation on Shoreline Erosional Processes," *Wetlands Functions and Values: The State of Our Understanding,* American Water Resources Association, 415-426.

Ebersole, B. (2008). *Roles of MR-GO, GIWW, and IHNC During Hurricane Katrina, Hydrodynamic Loadings and Levee/Wall Responses Along the Navigation Channels and Influence of MR-GO During Katrina. USACE,* Engineering Research and Development Center, Coastal and Hydraulics Laboratory, Vicksburg, MS.

Ebersole, B (2007) Hydrodynamic loadings and levee/floodwall responses along the navigation channel and influence of MRGO during Katrina.  Powerpoint presentation 188 slides.

FitzGerald, D, et al (2008). *Impact of the Mississippi River Gulf Outlet (MR-GO): Geomorphology & Geolog*y, Technical Report to Katrina Canal Breaches Consolidated Litigation Pertaining to MR-GO, Robinson [No. 06-2268], Environmental Science Services, Inc., Denham Springs, LA.

Freeman, G.E., Rahmeyer, W.J., and Copeland, R.R. (2000). *Determination of Resistance Due to Shrubs and Woody Vegetation.* USACE, Engineer Research and Development Center, Coastal and Hydraulics Laboratory, ERDC/CHL TR-00-25, Vicksburg, MS.

Gautier, C., Kok, M., and Vrijling, J.K. (2008). *Wave Modeling New Orleans – Mississippi River Gulf Outlet, Hurricane Katrina August 2005*, Technical Report to Katrina Canal Breaches Consolidated Litigation Pertaining to MR-GO, Robinson [No. 06-2268], Delft University of Technology and SVASEK Hydraulics, Delft, The Netherlands, July.

Gunn, R.L. (1997) Project fact Sheet, Mississippi River Gulf Outlet, Louisiana, US Corps of Engineers, New Orleans District, ([www.mvn.usace.army.mil/ops/fact_sht/mrgo.htm](www.mvn.usace.army.mil/ops/fact_sht/mrgo.htm))

Independent Levee Investigation Team (ILIT) (2006). *Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005.* Final Report to National Science Foundation, University of California Berkeley, Berkeley Ca.

Interagency Performance Evaluation Task Force (IPET) (2007). *Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane flood protection System.* USACE, Washington DC.

Jarvela, J. (2004). *Flow Resistance in Environmental Channels: Focus on Vegetation,* Helsinki University of Technology Water Resources Publication TKK-VTR-10, Helsinki, Finland.

Kahan, J.P.,Wu, M., Hajiamiri, S., and Knopman, D. (2006). From Flood Control to Integrated Water Resource Management, Lessons for the Gulf Coast from Flooding in Other Places in the Last Sixty Years, Gulf States Policy Institute, Rand Corporation.

Kemp, G.P. (2007). *Declaration*, Case 1:05-cv-01119-SGB, Document 35, Filed 01/27/2007.

Koelewijn, A.R., and Sellmeijer, J.B. (2006). "Beyond the Prediction of Critical Flood Levels: Using Artificial Neural Networks for Failure Mechanisms Below Crest Level," 7th International Conference on Hydroinfomatics, Nice, France.

Knutson, P. L., Brochu, R.A, Seelig, W.N and Inskeep, N. (1982),. "Wave damping in Spartina alternifloria marshes." *Wetlands*, Journal of the Society of Wetlands Science, (2), 87-104.

Knutson, P.L (1988). "Role of Coastal Marshes in Energy Dissipation and Shore Protection, Chapter 13, *The Ecology and Management of Wetlands,* Vol 1, Timber Press, Portland, OR.

Kobayashi, N., Raichle, A.W., and Asano, T. (1993). "Wave Attenuation by Vegetation," Journal of Waterway, Port, Coastal, and Ocean Engineering, ASCE, 119, 1, 320-48.

Kok, M., Aalberts, M., Maaskant, B., and Wit, L. de (2007). *Polder Flood Simulations for Greater New* Orleans *Hurricane Katrina August 2005*, Report by Delft University of Technology and SVASEK Hydraulics, Delft, The Netherlands, July.

Kok, M., Aalberts, M., Kanning, W., Maaskant, B, and Wit, L. de (2008). *Polder Flood Simulations for Greater New Orleans: the neutral MR-GO scenario,* Report to MR-GO Litigation Group, Report by Delft University of Technology and SVASEK Hydraulics, Delft, The Netherlands, July.

Mashriqui, H.S., Kemp, G.P., van Heerden, I., Ropers-Huilman, B.D., Hyfield, E. Young, Y., Streva, K. and Binselam (2006). "Experimental Storm Surge Simulations for Hurricane Katrina, *Coastal Hydrology* an*d Water Quality*, Xu, Y.J. and Singh, V.J. (Eds), *Proceedings of the AIH 25th Anniversary Meeting & International Conference*, American Institute of Hydrology, May, 481-489, Baton Rouge, Louisiana.

Massel, S.R., Furukawa, K., and Brinkman, R.M. (1999). "Surface wave propagation in mangrove forests," Journal of Fluid Dynamics Research, Elsevier Science B.V., 24, 219-249.

Meer, J.W. van der and Breteler, M. K. (1990). "Measurement and Computation of Wave Induced Velocities on a Smooth Slope," *22nd International Conference on Coastal Engineering,* Delft, The Netherlands.

Meer, J.W. van der and Segffert, J.W. (1994). "Erosion and Overtopping of a Grass Dike," *Proceedings of the International Conference on Coastal Engineering,* ASCE, 2639-2652.

Moller, I., et al (1999). "Wave Transformation Over Salt Marshes: A Field and Numerical Modelling Study from North Norfolk, England." *Estuarine, Coastal and Shelf Science* , 49, 411-426.

Morris, C. (2008). *Survey and Spatial Data in the Vicinity of the Mississippi River Gulf Outlet (MRGO)*, Expert Report Prepared for Plaintiffs in *Robinson v. United States*, Cmor Consulting LLC, Baton Rouge, LA.

MRGO Litigation Group (2008). *MR-GO Bibliography – Chronology,* Report to MR-GO Litigation Group, July.

Penland, S., et al (2008). *Impact of the Mississippi River Gulf Outlet (MR-GO): Geomorphology & Geolog*y, Technical Report to Katrina Canal Breaches Consolidated Litigation Pertaining to MR-GO, Robinson [No. 06-2268], Environmental Science Services, Inc., Denham Springs, LA.

Reid, R.O. and Whitaker, R.E. (1976). "Wind-Driven Flow of Water Influenced by a Canopy," *Journal of Waterways, Harbors, and Coastal Engineering Division,* ASCE, WW1, 61-77.

Schuttrumpf, H. (2007). *Wave Overtopping Flow on Sea dikes – Experimental and Theoretical Investigations,* Delft Technical University, Delft, The Netherlands.

Seijffert, J.W. (2007). *Grass Covers and Reiforcement Measures,* Rijswaterstaat, Hydraulic Engineering Division, Delft, The Netherlands.

Select Bipartisan Committee to Investigate the Preparation for and Response to Hurricane Katrina (2006). *A Failure of Initiative.* U.S. Government Printing Office, Washington DC.

Shaffer, G (2008). Geometric characteristics of marsh and swamp vegetation in south Louisiana based on field measurements, personal communications, Southeastern Louisiana University.

Sills, G.L, et al (2008). Overview of New Orleans Levee Failures: Lessons Learned and Their Impact on National Levee Design and Assessment," *Journal of Geotechnical and Geoenvironmental Engineering,* ASCE, 134, 5, 556-565.

Smith, J. M. (2007). *Modeling Nearshore Waves for Hurricane Katrina,* USACE, ERDC TN-SWWRP-07-6, ERDC/CHL CHETN-I-76.

U.S. Army Corps of Engineers (USACE) (1988). Coastal *Engineering Manual*, EM 1110-2-1100, Vicksburg, Mississippi.

USACE (2007) Interagency Performance Evaluation Task Force (IPET) (2007). *Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane flood protection System.* USACE, Washington DC.

USACE (2008a). *Integrated Final Report to Congress and Legislative Environmental Impact Statement for the Mississippi River – Gulf Outlet Deep-Draft De-authorization Study*, USACE New Orleans District, June.

USACE (2008b). Louisiana Coastal Protection and Restoration Technical Report, UsACE New Orleans District, Mississippi Valley Division, February.

URS Corporation (2007). Interaction of Hurricanes and Coastal Landscape Features: A Literature Review, Final Report, USACE Vicksburg District, Engineer Research Development Center, Coastal and Hydraulics Laboratory, URS Corp, Baton Rouge, LA.

van Heerden, I.L., Kemp, G.P., and Mashriqui, H. (2007). "Hurricane realities, models, levees and wetlands," *Cities of the Future Towards Integrated Sustainable Water and Landscape Management*, Novotny and P. Brown (Eds), IWA Publishing, London, UK.

Van Heerden, I.L. and G.P. Kemp. 2006. The Failure of the New Orleans Levee System During Hurricane Katrina. *Loyola L. Rev.* 52:1225-45.

Van Heerden, I.L. and M. Bryan, 2006. *The Storm—What Went Wrong and Why during Hurricane Katrina—The Inside Story from One Louisiana Scientist.* New York, NY: Penguin/Viking.

Verheij, H.J., et al (1997). *Erosion Resistance of Grassland as Dike Covering*, Technical Report, TAW – Technical Advisory Committee for Flood Defence in the Netherlands.

Vriend, H.J. de and Barends, F.B.J. (2006). "Scour and erosion: common ground between hydraulics and geotechnics," Delft Hydraulics and Delft University of Technology, Netherlands.

Wit, L. de, Maaskant, B, Kok, M., and Vrijling, J.K. (2008). *Flow Modeling New Orleans – Mississippi River Gulf Outlet, Hurricane Katrina August 2005*, Technical Report to Katrina Canal Breaches Consolidated Litigation Pertaining to MR-GO, Robinson [No. 06-2268], Delft University of Technology and SVASEK Hydraulics, Delft, The Netherlands, July.

Woolley D. and Shabman, L. (2008). *Decision-Making Chronology For the Lake Pontchartrain & Vicinity Hurricane flood protection Project,* Final Report for the Headquarters, U.S.Army Corps of Engineers, Institute for Water Resources of the U.S. Army Corps of Engineers, Washington, DC.

Wu, F-C, Shen, H.W., and Chou, Y-J (1999). "Variation of Roughness Coefficients for Unsubmerged and Submerged Vegetation," *Journal of Hydraulic Engineering,* ASCE, 125, 9, 934-940.

US Corps of Engineers, New Orleans District (1999) Habitat Impacts of the Construction of theMRGO, prepared for the Environmental Subcommittee of the Technical Committee Convened byEPA in Response to St. Bernard Parish Council Resolution 12-98.

**APPENDIX A**

**QUALIFICATIONS**

## APPENDIX A

## QUALIFICATIONS OF DR. G. PAUL KEMP

I, G. Paul Kemp, declare as follows:

1.       I am a coastal geologist and oceanographer living in Baton Rouge, Louisiana.  I have been employed since February 2007 as Vice-President of the Gulf Coast Initiative of the National Audubon Society, a 100 year old conservation organization headquartered in New York City.  Prior to holding this position, I had been an Associate Professor, Research, and Director of the Natural Systems Modeling Group (NSMG) at the Louisiana State University (LSU) School of the Coast and Environment for twelve years.  I received a B.S. degree in 1975 from Cornell University in Ithaca, New York, and I was awarded M.S. (1978) and Ph.D. (1986) degrees from the LSU Department of Marine Sciences, now the Department of Oceanography and Coastal Sciences, and from the Coastal Studies Institute at Louisiana State University.  The opinions given here are my own and should not be construed as positions held by LSU or the National Audubon Society.

2.       I submit this declaration on behalf of Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucille Franz in *Robinson v. United States*, Case No. Civ. 06-2268 (SRD).  I reserve the right to amend and supplement my Declaration when and if additional information is acquired as a result of the production of documents by the U.S. Army Corps of Engineers ("USACE").

3.       This Declaration is submitted to address:  (a) the effect of the design, construction, and maintenance of the Mississippi River Gulf Outlet ("MR-GO") on the storm surge and waves that occurred during Hurricane Katrina ("Katrina"); and (b) the

effect of the MR-GO on the ability of the surrounding wetlands and marshes to serve as protection against storm surges during Katrina.  I have devoted much of my professional career in the past several years to considering issues of storm surges and environmental impact caused and/or exacerbated by the MR-GO.   In particular, I have conducted extensive research with respect to the effects of the MR-GO on the storm surges and devastation during Hurricanes Katrina and Rita.

4.      This declaration, my fourth provided as a member of the Robinson  expert team is divided into several chapters as discussed in the main text.  This Appendix is devoted solely to establishing my qualifications to serve as an expert witness with respect to oceanography, hydrology and, more specifically, the interpretation of information developed by a numerical modeling program conducted under my direction.  I also gained substantial insight into the chronology of decisions made by the U.S. Army Corps of Engineers (USACE) regarding the MR-GO project in the course of my previous engagement by the State of Louisiana as a member of the forensics investigation commissioned by the Secretary of the Louisiana Department of Transportation and Development (Team Louisiana 2007).

**I.      QUALIFICATIONS**

5.      My areas of expertise include hydrodynamic modeling of high-intensity, short-term events, such as hurricanes, and low-intensity long-term phenomena, such as delta formation, river sediment transport and deposition, coastal wetland formation and deterioration, coastal erosion processes, ecosystem modeling and natural resources/science policy.  While I was still an academic, I provided consulting services in the past year, as I had in previous years, to the Morgan City Port Harbor and Terminal

District on navigation channel dredging issues and to the Lafourche Parish Government on mitigating flood threats.  I also served over the past year as an expert in hydrology and sedimentology on behalf of the Louisiana Department of Transportation and Development in a lawsuit in state court in St. Charles Parish, and in Federal Court in Lafayette, Louisiana, in a case involving the navigability of Rycade Lake in the Atchafalaya Basin.  I have previously worked as an expert for the Louisiana State Land Office on several cases dealing with ownership of riparian lands along the Mississippi River and smaller streams in Louisiana, and with the proper location of boundaries between states and parishes where a lake or an alluvial stream is involved.  Attached hereto as Exhibit A is a true and correct copy of my current *curriculum vitae*.

6.      Before and after Hurricane Katrina, I conducted research on the storm surge impacts of the funnel formed by the convergence of the earthen structures that follow the south bank of the MR-GO and the north bank of the Gulf Intracoastal Waterway (GIWW) for various state agencies including the United States Department of Homeland Security (FEMA Hurricane Pam exercise), the Louisiana Department of Transportation and Development and the Louisiana Attorney General's Office.  Some of this work has been published in the peer-reviewed literature listed as Exhibit B.

7.      Since Katrina, I have reviewed all of the primary investigations and studies that have documented this failure (USACE Interagency Performance Evaluation Task Force, *Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System*, 2007; Independent Levee Investigation Team, *Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 20*05 (http://www.ce.berkeley.edu/~new_orleans/,

207

November 2005 Preliminary Report, May 2006 Draft Final Report, July 2006 Final

Report); D. Woolley and L. Shabman, *Decision-Making Chronology For the Lake*

*Pontchartrain & Vicinity Hurricane Protection Project*, Report to Institute for Water

Resources of the U.S. Army Corps of Engineers, June 2007; American Society of Civil

Engineers, *The New Orleans Hurricane Protection System: What Went Wrong and Why*,

2007; National Academy of Engineering and National Research Council, Committee on

New Orleans Regional Hurricane Protection Projects, Third Report, 2006; National

Institute of Standards and Technology, *Performance of Physical Structures in Hurricane*

*Katrina and Hurricane Rita: A Reconnaissance Report*, 2006; Federal Emergency

Management Agency, *Hurricane Katrina in the Gulf Coast*, 2006; Committee on

Homeland Security and Governmental Affairs, *U.S. Senate, Hurricane Katrina A*

*National Still Unprepared*, 2006; Committee to Investigation the Preparation for and

Response to Hurricane Katrina, U.S. House of Representatives, *A Failure of Initiative*,

Feb. 2006).

      8.      I was a member of the Louisiana Department of Transportation and

Development forensics team (Team Louisiana) that conducted a study of the failure of

the Greater New Orleans Hurricane Protection System (HPS) associated with passage of

Hurricane Katrina. During 2005 and 2006, I made numerous inspections of the MR-GO

and associated features (from the land, water, and air).

      9.      I co-authored and served as primary draftsman through the LSU Hurricane

Center of the report titled *The Failure of the New Orleans Levee System during*

*Hurricane Katrina,* that was submitted to the Louisiana Department of Transportation

and Development (LDOTD) in late 2006, and was approved by the LDOTD Secretary for

distribution on March 16, 2007, after extensive review by the state agencies that comprise

the Louisiana Coastal Protection and Restoration Authority, by the Louisiana Attorney

General's Office and by the Governor's Office

(http://www.dotd.louisiana.gov/administration/teamlouisiana/).  IPET addressed some

aspects of the storm hydraulics associated with a single portion of the MR-GO (Reach 2),

and ILIT has provided important information on the materials found to have been

incorporated in the earthen berm/spoil banks (EBSBs) that washed away adjacent to this

reach.  The Team Louisiana report is unique, however, among all of the forensic studies

that have been published to date, in its comprehensive treatment of the concentrating

effect of the funnel, of the differing roles played by each reach of the MR-GO in

contributing to the catastrophe, and, importantly, of the decision-making that led to the

unfortunate series of flooding events that accompanied Hurricane Katrina.  I have

authored with others nine professional conference and journal papers that have

documented this forensic work.  I have, when requested, provided staff members of

Congressional and Senate committees and a Department of Defense Task Force

investigating the Katrina related failures in New Orleans with information about

Mississippi River-Gulf Outlet (MR-GO) contributions to that failure.

### **Storm Surge Modeling**

10.     At the time Hurricane Katrina struck, I had been an LSU research faculty

member for eleven years, achieving the academic rank of Associate Professor, and had

spent much of that time developing capacity within the State of Louisiana for adapting

standard hydrodynamic models used by the engineering community (1) to meet the needs

of ecologists and government agencies developing plans and projects to offset land loss

in the wetlands of coastal Louisiana, and (2) to pilot innovative design approaches for wetland restoration projects using Mississippi River diversions.  At that time, relatively few numerical computer models had a reliable capability for handling the wetting and drying that is a major feature of low-lying intertidal wetland landscapes.  So I was excited by the possibilities for both hurricane simulation and restoration project design offered by the wetting and drying capabilities of the Advanced Circulation (ADCIRC) computer model that had been developed over more than a decade by Joannes Westerink (University of Notre Dame) and Rick Luettich (University of North Carolina).  One of my responsibilities since 2003 was to research the potential of applying the ADCIRC storm surge model as a disaster management tool by providing near real-time early warning forecasting of the storm surge threat associated with hurricanes approaching the coast of the United States from the direction of the Gulf of Mexico.

11.    I directed a small team, including Dr. Hassan Mashriqui, P.E., a hydrologic engineer, and various graduate students and research associates, both at the LSU Hurricane Center and at the LSU Center for Computational Technology (CCT), which housed the supercomputer assigned for the modeling work.  Our team worked very closely with Dr. Joannes Westerink, one of the ADCIRC developers, and his graduate students at Notre Dame.  At this time, both Dr. Westerink's team and mine worked under contracts with the LSU Center for Study of the Public Health Impacts of Hurricanes (CSPHIH), a sister unit of the LSU Hurricane Center, to carry out hurricane modeling tasks assigned by Dr. Ivor Ll. van Heerden, Deputy Director of the Hurricane Center and Director of CSPHIH.  After several years of ADCIRC testing that had started before I became involved, the LSU Hurricane Center was called upon by the Louisiana Office of

Emergency Preparedness to provide experimental real-time surge forecasting support during the 2005 hurricane season.  This request came after ADCIRC had gained significant exposure and credibility with both local and national emergency managers as a result of our modeling and scripting of the New Orleans flooding sequence caused by hypothetical 'Hurricane Pam' in an exercise in July, 2004.  The Hurricane Pam exercise, coordinated by the United States Federal Emergency Management Agency (FEMA), was intended to test hurricane forecasting, preparedness and response, and was the subject of testimony before the Senate Homeland Security and Governmental Affairs Committee in January 2006.  The physical attributes of the fictional Hurricane Pam were developed by the National Weather Service.  Our Hurricane Pam surge simulations can be viewed at http://hurricane.lsu.edu/floodprediction/PAM_Exercise04.

12.     Hurricane Pam was characterized as a Category 3 storm created to follow a track similar to that taken by Hurricane Betsy in 1965.  ADCIRC simulated major overtopping of levees and floodwalls on both the east and west banks of the City and starkly demonstrated to me and many other observers the threat posed by the Lake Borgne funnel geometry created by the convergence of the Mississippi River-Gulf Outlet ("MR-GO") and the Gulf Intracoastal Waterway (GIWW) channels and the artificial embankments that paralleled these channels on the south and north sides, respectively (**Figure 1**).  As a result of my participation in the Hurricane Pam exercise, I also became aware of the lack of practical plans for quickly dewatering the City in the event of overtopping or breaching.

## Storm Surge Forecasting for Hurricane Katrina

211

13.     2004 and 2005 were active hurricane seasons.  In 2004, my group prepared computer models for four storms that threatened the Greater New Orleans area, in addition to the Hurricane Pam exercise.  In 2005, we modeled six storms, beginning with Tropical Storm Arlene in early June, and including three hurricanes that ended up making landfall in Louisiana, starting with Cindy in July and ending with Rita in September.  All of these computer model runs were posted on the LSU Hurricane Center internet website as we completed post-processing, and they remain available there today without subsequent modification (www.hurricane.lsu.edu/floodprediction).



Figure A-1. Modified from Interagency Performance Evaluation Task Force, Army Corps of Engineers, *Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System*, at IV-134, Figure 93 (June 2006) to show the Lake Borgne 'funnel' and the 'throat' constituted by MR-GO Reach 1.

14.     The computer model runs of most interest for this report were the six made for Hurricane Katrina that were first posted to the internet on Saturday, August 27, 2005 and continued to be posted up to landfall, and concluded with a "hind cast" posted on September 13, 2005.  A hind cast is computer model output based on empirical data collected by the National Hurricane Center (NHC) after passage of Hurricane Katrina. During all of this time, Dr. Westerink provided essential advice and encouragement as our small team endured several sleepless nights.  Our modeling team left LSU at 4 AM Monday morning, about two hours before landfall, and I was startled to have to drive around several downed trees as the winds picked up in Baton Rouge.  The power was already out in many parts of Baton Rouge at that time, including at my home.  So it would remain for several days as we struggled to get credible information about what had happened in New Orleans.  Our model runs had predicted serious overtopping two days before the storm hit, and one of these forecast maps had been published on the front page of the *Times-Picayune* newspaper on Sunday morning, even though the latest forecast

that we modeled had suggested some weakening (Figure 2).

Figure A-2.  Graphic that appeared in the Sunday morning (August 28, 2005) edition of the New Orleans Times-Picayune newspaper, showing LSU predictions of overtopping on the east side of the city (courtesy of the Times-Picayune).

### Post Landfall Investigations

15.     Initial reports were heartening and indicated that the winds and rainfall over the City were not extreme, but it later became clear that the overtopping flooding that had given us chills as we watched our modeling results unfold on our computer screens on Saturday and Sunday had been compounded by water flowing through breaches.

16.     It was not until Friday, September 2, that I had a chance to see the aftermath first-hand during an over flight with the Civil Air Patrol.  I was unable to enter

214

the City to ascertain volume of flooding until the following Wednesday when police

escorts could be arranged.  Rescue efforts were still in progress, but the breaches had

been shored up to some degree while Lake Pontchartrain had returned to a normal stage

and some pumps in the Orleans Metro area had been restarted.  Work crews had also

deliberately breached the levees[1] around St. Bernard Parish to let water out.  After that

we began to use LSU boats and surey equipment to more systematically probe outside the

perimeters of the alleged "Greater New Orleans Hurricane Protection System" ("HPS")

to find high water marks that were sheltered from wave action.  We were seeking to

validate our model results.  Initially using a laser level and height above the still water

elevation, we were able to compare surge elevations to the crowns of the protection

structures.  It was clear to us within a few days that our model simulations were

extremely accurate, particularly along the Lake Pontchartrain shoreline.  We determined

that the 17th Street and London Avenue outfall canal floodwalls had not been overtopped,

but had failed at surge elevations lower than the crest of those structures.  At that time,

the official position of U.S. Army Corps of Engineers was that these floodwalls had been

overtopped (van Heerden and Bryan 2006).  Reporters were interested in what we were

finding as so little authoritative information was available, and began to accompany us as

we conducted our surveys, often making it easier for us to gain access to critical

locations.  On September 19 and 20, Michael Grunwald of the *Washington Post* went

with us and we showed him what we had found on the 17th Street, London Avenue and

Inner Harbor Navigation Canals (IHNC).  This led to a major story on September 21 that

contrasted our findings with the official USACE position, and the apparent discrepancy

---

[1] By use of the word "levee" or "levees," I am not expressing an opinion about whether the man-made
structures that were overtopped or breached in Greater New Orleans were technically a levee or levees as
defined by the USACE or generally-accepted engineering principles.

led to a frenzy of interviews and stories that quickly changed public perceptions of the causes of the disaster.  This story also stimulated the formation of other investigative teams organized by the American Society of Civil Engineers (ASCE), by the National Science Foundation (Independent Levee Investigation Team) and by the Corps itself through what later became known as the Interagency Performance Evaluation Team (IPET).  These reports also prompted the State of Louisiana to fund its own forensics team that became know later as Team Louisiana (van Heerden et al. 2007).

17.     Hurricane Rita struck southwestern Louisiana on September 24, 2005 and after we had finished our last computer run, I rushed to New Orleans to see Gentilly and the Lower 9th Ward flood again through many of the same breaches along the Inner Harbor Navigation Canal (IHNC) that were opened by Hurricane Katrina.  When I took a survey team to New Iberia the next day, water was still high and many roads remained impassable.  I left Mr. Dane Dartez, a research associate, to continue documenting high water for the Rita surge over the next week, leading to our understanding that while ADCIRC had done well for Katrina, the model had over predicted surge, in general, in inland areas protected by miles of intact wetlands.  It was also possible to discern the effect south of Lake Charles of the preferential conveyance of surge by the Calcasieu Ship Channel, like the MR-GO.  These observations gave me a personal understanding of the well-established, but largely unquantified, ameliorative effects of healthy wetlands as buffers against storm surge, and its inverse, the negative impacts of large artificial channels running inland from the coast.

18.     I returned to New Orleans with the intent to more accurately and permanently document surge levels, and to arrange for confirmation by oceanographers

from the USACE Engineering Research and Development Center (ERDC), formerly the Waterways Experiment Station in Vicksburg, Mississippi, before the high water marks were lost. This began about a month of extensive work with Dr. Steven Maynord, and a number of his colleagues from ERDC, in which we painstakingly located high water marks and debris lines throughout Greater New Orleans, and marked them for survey by teams of U.S. Army Corps of Engineers (USACE) contracted surveyors. We took great pains to try to discriminate wave-free surge marks (pure surge) that were susceptible of prediction using ADCIRC from those that were inflated by the effects of wave breaking and run-up, which was not predicted by the S08 ADCIRC model then in use. Generally, we used LSU boats and trucks because the USACE had little equipment available for this purpose.

19. On October 1, I believe, while this work was in progress, I was contacted by a colleague at the USACE New Orleans District to attend a meeting at the District headquarters. This was where I met the advance contingent of the ASCE and NSF/Berkeley (later ILIT) teams that had been invited to investigate engineering causes of the catastrophic flooding. The composition of these groups was heavily weighted toward geotechnical engineers. I welcomed them to New Orleans and arranged for Drs. Mashriqui and Sharma from LSU to join them in their field investigations and to provide them with ADCIRC model output while I continued the high water mark work. Our paths crossed on several occasions during the next week or so, and a number of these team members told me how valuable Dr. Mashriqui's presentation of ADCIRC output had been in helping them to reconstruct the details of the surge sequence.

20.    By the time the other teams left New Orleans in mid-October, they had confirmed most of our initial findings with respect to the outfall canal failures, and had added a great deal of understanding with respect to the precise mechanisms.  By this time, however, I was more intently focused on oceanography associated with the destruction of floodwalls along the IHNC and the EBSBs that had been erected along the MR-GO and the GIWW on the eastern outskirts of St. Bernard and New Orleans East. These areas had received less attention than the Orleans Metro floodwalls.  Many of these areas could be approached only with considerable difficulty by boat as we surveyed scour holes and other indicators of the magnitude and direction of flow, noting the orientations and apparent trajectories of stranded barges and other vessels (Figure 3).  In the spoil disposal area that had been created along the south bank of Reach 2 of the MR-GO as a part of the original construction, dredged material that had been mounded into an embankment was completely or partially eroded or washed away, leaving little evidence other than vast aprons of sand and shell material from which to reconstruct what had happened (Figures 4).  Similar destruction was also observed on part of the northern boundary of the funnel (Figure 1), along the GIWW (Figure 5).  These structures are henceforth referred to as "earthen berm/spoil banks" (EBSB) to contrast them with engineered coastal protection levees or sea dykes found in other parts of the HPS, particularly the Lake Pontchartrain frontage, and more generally elsewhere in the developed world (See Dr. Bea's declarations).  Few structures were found in these reaches from which reliable high water marks could be recovered, though wind and wave-tossed debris was visible in trees and on surviving navigation towers.



Figure 3: Large eroded breach at the contact between the south end of the concrete navigation lock structure at Bayou Bienvenue and the adjacent EBSB section (ILIT 2006)



Figure 4. Oblique view looking northeast across Chalmette EBSB toward MRGO channel between the Bayou Bienvenue and Bayou Dupre floodgates that was constructed of hydraulic fill from the channel (IPET 2006, V-13-60).



Figure 5. View looking west along New Orleans East EBSB along the north bank of the GIWW that was constructed of hydraulic fill from the channel in stages over a 3 year period (IPET 2006, V-13-57). The GIWW channel is to the left in this photograph.

21.     We drove every part of the HPS that could be driven, including the non-

federal 40 Arpent Canal Levee that defines the northern edge of the populated area in St.

Bernard Parish.

22.     We saw a tremendous range in the degree of overtopping that various

levees sustained, some with and others without damage, and noted ameliorative effects

wherever substantial wetland acreage protected structures from wave impacts (Figure 6).



Figure 6.  Looking west on the Caernarvon to Verret Levee that protects the south side of St. Bernard drained area east of Chalmette.  This levee was overtopped for about 1.5 miles where the crown was between 12.5 to 13.0 ft high, but was protected from waves by an extensive marsh to the left.  It suffered little damage.

23.     By mid November, despite the very dry weather, most high water marks and debris lines were no longer easily discernible and the post-Katrina surge validation effort was ended.  Through this collaborative effort, however, we were able to gain a reasonable understanding of actual surge levels outside the HPS.  This information was placed into a common database maintained by the USACE that became an invaluable common source of information.  As a result, few disputes have subsequently arisen among the various investigative groups about surge elevations.  In contrast, to this day, no one actually knows the contribution of storm-driven waves anywhere, as the only direct measurements were made in Lake Pontchartrain.  IPET has tried to fill in this blank

221

with inferences derived from after-the-fact wave modeling, and some of this work appears quite good, but it cannot be regarded as a full substitute for contemporaneous measurements.

**Formation of Team Louisiana**

24.     There were few disagreements among investigators working together to recover evidence on the ground, but a problem arose during this work with obtaining survey results from the USACE.  It must be remembered that evidence of the storm effects, particularly in the vicinity of breaches, were being obliterated every day by efforts to repair the HPS.  On October 14, my colleague from ERDC, Dr. Maynord, was embarrassed to tell me that he had been informed by a senior New Orleans District USACE employee that I needed to submit a formal request under the federal Freedom of Information Act (FOIA) before he could send me the survey data from high water marks that I had earlier identified for the USACE!  These issues were resolved by Dr. Paul Mlakar who was leading what later became the IPET team, but not before we were forced for a short period of time to field a separate team of surveyors from the Louisiana Department of Transportation and Development (LDOTD) to develop a back-up set of values from around the 17th Street Canal that then gave us more confidence in what the USACE contract surveyors were producing.

25.     It was also around this time in mid-October that Secretary Bradberry of the Louisiana Department of Transportation and Development (LDOTD) and the Louisiana Attorney General's Office (AG) approached Dr. Ivor van Heerden about creating the state forensic team that was later known as "Team Louisiana."

26.     In October, I had been invited to submit a proposal to formally begin to work with the USACE IPET.  This was attractive at the time because we had no dedicated funding at this point for our post-storm work which was consuming vast amounts of staff, truck and boat time.  I was advised by the AG's Office, however, not to pursue this option as it could create a potential conflict of interest if the state later decided to pursue legal action against the USACE.  As a result, once Team Louisiana was established, our cooperation with other groups was limited to the ILIT team, the only other forensics investigators who were not funded by the USACE either as employees or consultants.  Dr. van Heerden told me also that efforts he had made to initiate a trade of data between IPET and Team Louisiana were not successful.  In November, 2005, the LSU Hurricane Center was fortunate to receive a generous grant from the McKnight Foundation that allowed us to begin to recoup expenses and purchase a new truck to supplement the limited funding available from LDOTD.  I sometimes accompanied members of Team Louisiana and the ILIT as they conducted various investigations and ended up being tasked by Dr. van Heerden to serve as the primary drafter of the Team Louisiana report.  I completed most writing in August, 2006, but the final version was not officially released until March 16, 2007, after extensive review by personnel from a number of state agencies, the AG's Office, and the Governor's Office (http://www.dotd.louisiana.gov/administration/TeamLouisiana/BradberryLetter.pdf).

27.     This was very much a team effort.  Team Louisiana was comprised of a diverse group of distinguished experts, including oceanographers, geologists, geotechnical engineers, hydrologic engineers, and others.  Drs. Mashriqui, van Heerden and I were primarily responsible for the surge analysis and discussion of MR-GO impacts

and wetland effects that are contained in that report, some of which have also been published elsewhere (See van Heerden and Bryan 2006, Day et al. 2007, for example). Because of my responsibility to reduce the input of various specialists into a single narrative, I had a unique vantage point from which to understand all of the many aspects of engineering and policy that led to the many failures of flood protection structures.

28.      After completing work with Team Louisiana, I was asked to join the MRGO litigation group expert team and have continued to participate in investigations of the failures as a paid consultant ($300/hr).  This has given me the opportunity to pursue questions that remain unanswered with a very high-caliber team of experts and modelers from this country and The Netherlands during hours that I can spare from my new job.  I have now completed four expert reports or declarations in this case.

# G. PAUL KEMP

633 Magnolia Wood Ave.
Baton Rouge, Louisiana  70808
Office:  225-288-9876; Cell:  225-772-1426; Fax:  225-769-8732

## EDUCATION

Ph.D.   (Coastal Studies/Marine Sciences) Louisiana State University (LSU), 1986
M.S.    (Marine Sciences) Louisiana State University, 1978
B.S.    (Natural Resources) Cornell University, 1975

## EMPLOYMENT

2007-Present, Vice President, Gulf Coast Initiative, National Audubon Society
    Adj. Assoc. Prof., LSU Hurricane Center
1998-2006, Director-Natural Systems Modeling Laboratory & Hurricane Center,
    LSU
1994-1998, Associate Professor, Research, School of the Coast and Environment,
    LSU
1992-1994, Assistant Professor, Research, School of the Coast and Environment,
    LSU
1989-1994, Executive Director/ Science and Technology Director, Coalition to
    Restore Coastal Louisiana, Baton Rouge
1987-1991, Project Scientist and Director, Coastal Sciences Unit - Woodward-
    Clyde Consultants, Baton Rouge
1987, Post-Doctoral Research Associate-Coastal Ecology Institute, LSU
1985-1987, Hydrogeologist/Project Manager, Groundwater Technology, Inc.,
    Mandeville
1984, NOAA/Knauss Congressional Fellow-Office of Senator Edward
    M.Kennedy, Washingron D.C.
1983, Geologist, Navarin Basin Project- Woodward-Clyde Oceaneering Inc.,
    Dutch Harbor, AK and Houston, TX
1980-1983, Consulting geologist/Graduate Research Assistant- Department of
    Marine Sciences, LSU

## SELECTED PUBLICATIONS

Day, J.W., Jr., Boesch, D.F., Clairain, E.J., **Kemp**, G.P., Laska, S.B., Mitsch, W.J., Orth,
    K., Mashriqui, H., Reed, D.J., Shabman, L., Simenstad, C.A., Streever, B.J.,
    Twilley, R.R., Watson, C.C., Wells, J.T., and D.F. Whigham.  2007.  Restoration
    of the Mississippi Delta:  Lessons from Hurricanes Katrina and Rita.  Science
    315(5819):  1679-1684.
Van Heerden, I., **Kemp**, G.P., and H. Mashriqui.  2007.  Use of the ADCIRC storm
    surge Model for Hurricane Katrina surge predictions and forensic studies  IN
    Olsen, H.W. (ed) Proc. Geo-Denver 2007, GeoInstitute of Am. Soc. Civ. Engrs,
    February 18-21, 2007, Denver.  GSP 161 Embankments, Dams and Slopes.  9 pp.
Van Heerden, I., **Kemp**, G.P.  2007.  A conceptual hurricane surge protection plan for
    coastal Louisiana IN Olsen, H.W. (ed) Proc. Geo-Denver 2007, GeoInstitute of

Am. Soc. Civ. Engrs, February 18-21, 2007, Denver.  GSP 161 Embankments, Dams and Slopes.  11 pp.

G. Paul Kemp
Curriculum Vitae – Selected Publications
Page Two

Van Heerden, I.Ll., **Kemp**, G.P., Mashriqui, H., Sharma, R., Prochaska, W., Capozzoli, L., Theis, A., Binsalem, A., Streva, K., and E. Boyd.  2006.  The Failure of the New Orleans Levee System during Hurricane Katrina.  Final Team Louisiana Forensics Report to Louisiana Department of Transportation and Development, December, 2006.  Baton Rouge, LA.  476 pp.

Day, J.W., Jr., Barras, J., Clairain, E., Johnston, J., Justic, D., **Kemp**, G.P., Ko, J.-Y., Lane, R., Mitsch, W.J., Steyer, G., Templet, P., and A. Yanez-Aranciba.  2005. Implications of global climatic change and energy cost and availability for the restoration of the Mississippi delta.  Ecological Engineering 24: 253-265.

Reyes E., J.F. Martin, J.W. Day, G.P. **Kemp**, H. Mashriqui. 2004. River Forcing at Work: Watershed modeling of prograding and regressive deltas. Wetlands Ecology and Management 12(2) 103-114.

Lane, R., **Kemp**, G.P., Mashriqui, H.S., Day, J.W., and Hamilton, A., 2003.  Potential nitrate removal from a river diversion into a Mississippi delta forested wetland. Ecological Engineering 20:237-249.

Martin, J., M. White, E. Reyes, P. **Kemp**, H. Mashriqui, and J. Day. 2000. Evaluation of coastal management plans with a spatial model: Mississippi delta, Louisiana, USA. Environmental Management. 25: 117-129.

Reyes, E., M. White, J. Martin, P. **Kemp**, J. Day, and V. Aravamuthan. 2000. Landscape modeling of coastal habitat change in the Mississippi delta. Ecology. 81: 2331-2349.

Martin, J., E. Reyes, P. **Kemp**, H. Mashriqui, and J. **Day**. 2002. Landscape modeling of the Mississippi delta. BioScience. 52: 357-365.

Lane, R., J. Day, G. **Kemp**, and B. Marx. 2002. Seasonal and spatial water quality changes in the outflow plume of the Atchafalaya River, Louisiana, USA. 2001. Estuaries. 25 (1): 30-42.

Are, D., **Kemp**, G.P., Guistina, G., Day, J.W., and F. Scarton. 2002.  A portable, electically-driven Dutch cone penetromenter for geotechnical measurements in soft estuarine sediments. Journal of Coastal Research. 18:372-378.

**Kemp**, G.P., Day, J.W., Reed, D.J., Cahoon, D.R., and M.Wang. 1999. Sedimentation, consolidation and surface elevation change in two salt marshes of the Mississippi River deltaic plain: Geotechnical aspects of wetland loss. In Rozas, L.P., J.A. Nyman, C.E. Proffitt, N.N. Rabalais, D.J. Reed, and R.E. Turner (eds). Proc. Conf. Recent Research in Coastal Louisiana, February 2-5, 1998, Lafayette, LA. P 15-34.

Suhayda, J.N., **Kemp**, G.P., Jones, R.S., and J. Peckman. 1991.  Restoration of wetlands using pipeline transported sediments, IN Coastal Depositional Systems in the Gulf of Mexico, Proc. GCS/SEPM Found. 12th Ann. Res. Conf., Dec. 8-11, Houston, TX.

226

G. Paul Kemp
Curriculum Vitae – Selected Publications
Page Three


**Kemp**, G.P., and J.T. Wells. 1987.  Observations of shallow-water waves over a fluid
mud bottom: implications to sediment transport, In (N.C. Kraus, ed.) Coastal
Sediments '87 Proc. Spec. Conf. Adv. In Understanding Coastal Sediment
Processes, New Orleans, LA., 12-14 May, 1987. Am. Soc. Civil Engrs., Vol 1:
363-378.

**Kemp**, G.P., Conner, W.H., and J.W. Day. 1985. Effects of flooding on decomposition
and nutrient cycling in a Louisiana swamp forest. Wetlands 5: 35-51.

# MRGO Chronology

Appendix B

| Event Name | Date | Notes | Source |
|---|---|---|---|
| Reports submitted to Congress - investigations and surveys on providing a navigable connection | 1852 1856 1859 | The problem of providing a navigable connection between the Miss River and the Gulf of Mexico has been the subject of investigations and surveys by the Corps of Engineers for at least a century. Reports thereon were submitted to Congress in 1852, 1856, and 1859. | VRG-010-000000808 |
| Executive Decision No. 16, 33rd Congress, 1st Session | 1852 | Related Surveys - Reports on previous related surveys (re: development of the advisability and cost of providing an additional outlet for deep draft commerce . . . | VRG-010-000000887 at VRG-010-0000892 |
| Executive Decision No. 139, 35th Congress, 1st Session | 1856 | Related Surveys - Reports on previous related surveys (re: development of the advisability and cost of providing an additional outlet for deep draft commerce . . . | VRG-010-000000887 at VRG-010-0000892 |
| House Doc. No. 26, 41st Congress, 2nd Session | 1869 | Related Surveys - Reports on previous related surveys (re: development of the advisability and cost of providing an additional outlet for deep draft commerce . . . | VRG-010-000000887 at VRG-010-0000892 |
| Reports on Pros and Cons on Channel through one of passes vs. Channel through a canal and Lock | 1874 1875 | The reports above were followed in 1874 and 1875 by reports in which the pros and cons were given with respect to a channel through one of the passes or a channel through a canal and lock leading into Breton Sound. | VRG-010-000000807 at VRG-010-0000808 |
| House Doc. No. 113, 43rd Congress, 1st Session | 1874 | Related Surveys - Reports on previous related surveys (re: development of the advisability and cost of providing an additional outlet for deep draft commerce . . . | VRG-010-000000887 at VRG-010-0000892 |
| House Executive Decision No. 114, 43rd Congress, 2nd Session | 1875 | Related Surveys - Reports on previous related surveys (re: development of the advisability and cost of providing an additional outlet for deep draft commerce . . . | VRG-010-000000887 at VRG-010-0000892 |
| Proposition to improve South Pass entrance to secure a Channel accepted | 03-03-1875 | After some discussion as to the advisability of improving one of the entrance passes or providing a ship canal, the proposition of Captain Eads to improve the South Pass entrance to secure a channel with central depth of 30 feet was accepted under the River and Harbor Act of 03-03-1875. | VRG-010-000000808 |
| Improvement of the South Pass complete | 1879 | The work was completed in 1879 and the period of maintenance by the contractor stipulated in the contract ended in January 1901. | VRG-010-000000808 |
| Reports by Boards of Engineer Officers | 1899 1900 | Further investigations were called for by Congress which resulted in reports by boards of engineer officers, published in the Annual Reports of the Chief of Engineers for 1899 and 1900 which form the basis for the project for the improvement of Southwest Pass to provide for a channel 35 feet deep. | VRG-010-000000809 |
| House Doc. No. 142, 55th Congress, 3rd Session | 1899 | Related Surveys - Reports on previous related surveys (re: development of the advisability and cost of providing an additional outlet for deep draft commerce . . . | VRG-010-000000887 at VRG-010-0000892 |
| House Doc. No. 329, 56th Congress, 1st Session | 1900 | Related Surveys - Reports on previous related surveys (re: development of the advisability and cost of providing an additional outlet for deep draft commerce . . . | VRG-010-000000887 at VRG-010-0000893 |
| U.S. has maintained and improved the South Pass entrance to the Channel | 01-1901 | Since the expiration of the maintenance contract in January 1901, the United States has maintained and improved the South Pass entrance so that channel dimensions at least 30 feet deep and 400 feet wide are available. | VRG-010-000000807 at VRG-010-0000808 |
| Board of Engineers for Rivers and Harbors - created and approved | 06-13-1902 | The Board of Engineers for Rivers and Harbors created under section 3 of the River and Harbors Act, approved 06-13-1902 | VRG-010-000000887 at VRG-010-0000890 |
| Improvement of Southwest Pass for channel 35 feet deep | 06-30-1902 | The Project for improvement of the Southwest Pass was adopted by the River and Harbor Act of 06-30-1902, subject to the modification of details at the discretion of the Secretary of War: As maintained by the | VRG-010-000000807 at VRG-010-0000809 |

| Event Name | Date | Notes | Source |
|---|---|---|---|
| | | Corps of Engineers the improvement has made a 35-foot channel available to New Orleans and Baton Rouge by way of Southwest Pass so that the Port of New Orleans could take its place among the major deep draft ports of the nation. | |
| Unnamed Hurricane | 09-29-1915 | The most intense hurricane of record to hit the New Orleans area as of the time that the LP &VHPP is planned and authorized. The Standard Project Hurricane(SPH) performance standard used for the LP&VHPP design includes parameters for wind speed and central pressure index that mirror those of this hurricane | Appendix A. Master Chronology of Project Events (LPV) USACE source: 19591100 |
| Report on Hurricane of 1915 | 10-14-1915 | Report to the Sewerage and Water Board of New Orleans on the Hurricane of 09-29-1915 and subsequent heavy rainfalls | AIN-040-000001015 |
| Annotated Report C. of H., p. 2420 | 1916 | Related Surveys - Reports on previous related surveys (re: development of the advisability and cost of providing an additional outlet for deep draft commerce . . . | VRG-010-000000887 at VRG -010-0000893 |
| MRGO IHNC Lock in Operation | 1921 1923 | The existing lock was in operation in 1921, but was not dedicated until 1923 | NPM-003-000000203 |
| Port Authority Announcement following completion of IHNC | 1923 | Port Authority announced its' plans to lobby the federal government to construct the MRGO Channel to the IHNC in order to increase shipping capacity | ILIT Report, 07-31-06; Ch: 4, History of New Orleans Flood Protection System |
| Report on most practicable route for permanent channel | 1924 | Since the existing projects were put in operation, additional investigations and reports have been made with a view to further improvement of the existing project by modification of details. In addition, reports on the Miss River with a view to scouring an outlet to deep water in the Gulf by the most practicable route for a permanent channel were submitted in 1924. | VRG-010-000000807 at VRG-010-0000809 |
| Sea Level Datum of 1929, later renamed the National Geodetic Vertical Datum (NGVD) | 1929 | The US Department of Commerce Coast and Geodetic Survey establishes the first official national vertical datum using mean sea level (MSL) as measured at 21 tide station location around the country (including one on the Gulf Coast) and 5 stations in Canada. This becomes the datum to adjust all vertical control in North America. LP&VHPP structures were constructed relative to this datum under the erroneous assumption that the correspondence between this datum and local MSL (the reference point used for the design of those structures) remains constant over time from 1920 onwards. In 1973 the National Geodetic Service change the name of the datum to NGVD to avoid confusion since this datum represents a land-based reference system that does not truly reflect local MSL at any location. | Appendix A. Master Chronology of Project Events (LPV) USACE source: 19730507 |
| House Comm. Doc. No. 46, 71st Congress, 2nd Session | 1930 | Related Surveys - Reports on previous related surveys (re: development of the advisability and cost of providing an additional outlet for deep draft commerce . . . | VRG-010-000000887 at VRG-010-0000893 |
| Fish and Wildlife Coordination Act of 1934 | 03-10-1934 | The Act provides that whenever the waters of a channel of a body of water are modified by a department or agency of the U.S., the department or agency first shall consult with the U.S. Fish and Wildlife Service and with the head of the agency exercising administration over the wildlife resources of the state where construction will occur, with a view to the conservation of wildlife resources.  The Act provides that land, water and interests may be acquired by federal construction agencies for wildlife conservation and development.  In addition, real property under jurisdiction or control of a federal agency and no longer required by that agency can be utilized for wildlife conservation by the state agency exercising administration over wildlife resources upon that property. | 16 U.S.C. 661, *et seq.* |
| Proposed Ship Canals to Make New Orleans a Great World Port | 09-1934 Revised | Proposed Ship Canals to Make New Orleans a Great World Port (map showing 4 proposed routes, with notes about each – route eventually chosen is described here as "wholly impracticable, long , costly, 30 miles | VRG-010-000000690 |

| Event Name | Date | Notes | Source |
|---|---|---|---|
| | 06-19-1943 | of shallows mixed with 13 miles barge line, a mistake for N.O. to adopt it." Correspondence re: above described map. | |
| Unpublished report of Special Board appt. by S.O. 58 and 61 | 1935 | Related Surveys - Reports on previous related surveys (re: development of the advisability and cost of providing an additional outlet for deep draft commerce . . . | VRG-010-000000887 at VRG-010-0000893 |
| Unpublished report of Special Board appt. by S.O. 21 | 1938 | Related Surveys - Reports on previous related surveys (re: development of the advisability and cost of providing an additional outlet for deep draft commerce . . . | VRG-010-000000887 at VRG-010-0000893 |
| Report recommending increase in present depth in Southwest Pass from 35 ft to 40 ft | 02-25-1939 | A report, submitted February 25, 1939, is before the Congress recommending an increase in the present depth in Southwest Pass from 35 feet to 40 feet and the maintenance of the 40 foot channel from the Gulf to New Orleans at an estimated cost for new work of $4.2M with annual maintenance of $250K in addition to that new authorized. | VRG-010-000000807 at VRG-010-0000810 |
| Survey to be undertaken of MRGO via Executive Order No. 8455 | 06-26-1940 | In compliance with the provisions of Executive Order No. 8455 dated 06-26-1940, and Rules and Regulations therefore, dated 07-16-1940, the following information relative to a survey to be undertaken by this Department is submitted:. . . MRGO | VRG-010-000000613, at p. 634. *Also cited in* VRG-010-000000887 |
| River and Harbor Circular Letter No. 59 - Reports on MRGO | 11-07-1940 | Data required by River and Harbor Circular Letter No. 59 dated 11-07-1940 are presented in the form of a draft of letter to the Chairman, NRPB, as prescribed in reference circular. | VRG-010-000000887 |
| Intracoastal Waterway, Review of Reports | 11-28-1941 | Stamped Confidential. Review of Reports, Intracoastal Waterway, Mobile Bay, ALA., to New Orleans, LA. | AIN-112-000001324 AIN-112-000001250 (Incomplete Copy) AIN-112-000001188 (Draft) |
| MRGO Record Card | 1943 – 1944 | Record card for file number LMVD 800.92 (Miss. R.-Gulf Outlet) – lists communications re: MR-GO during the years 1943 and 1944 by Number, Name, R. or S., and Date and Purport of Communication. | VRG-010-000000613 (see 06-26-1940) |
| Request for Review of Reports on MRGO | 04-19-1943 05-05-1943 | Resolutions of the Senate Committee on Commerce adopted 04-19-1943 and of the House Committee on Rivers and Harbors, adopted 05-05-1943, request a review of reports on MRGO, contained in House River and Harbor Committee Document No. 46, 71st Congress, 2nd Session, . . . (and other reports) . . . particularly with respect to (the advisability and cost of) providing an emergency outlet from the Miss River (in the interest of national defense and general commerce) by the construction and maintenance of a permanent deep draft channel (40 feet deep or of such lesser depths as may be determined to be an economical ship channel) . . . In addition to the reports contained in the reference document no less than 9 routes in addition to the Passes were considered as possible outlets from the Miss to the Gulf, namely:  Fort St. Philip, Barataria Bay, Fort Jackson, Chandeleur, Chandeleur optional, Lake Borgne, Lake Borgne south shore, Lake Borgne north shore and Lake Pontchartrain routes . . . and it was concluded that the existing routes afford more advantages to shipping than ***any*** canal route considered. | VRG-010-000000803 VRG-010-000000887 at 890 (May 5th Resolution) VRG-010-000000613 at 636. |
| 1st Endorsement of USACE - Reports on MRGO | 06-10-1943 | Report will be of the scope of a Survey Report. It is estimated that the report can be prepared by this office for submission on or before 02-28-1944 at nominal cost, reference 1st Endorsement this office dated 06-10-1943, ED file CE 827 (MRGO) SPEKH | VRG-010-000000887 |
| Resolutions approving Alexander Seaway | 07-1943 & 08-1943 | Resolutions of various community and local groups approving the new MRGO, or Alexander Seaway | VRG-022-000000615 |
| Correspondence re: Reports on MRGO | 07-05-1943 | Correspondence re: Review of Reports on MRGO; copy of Senate Committee on Commerce and House Committee on Rivers and Harbors Resolutions requesting review of reports on MRGO; War Department letter lists Reports on previous surveys related to the MRGO Project | VRG-010-000000887 |

| Event Name | Date | Notes | Source |
|---|---|---|---|
| Review Reports on MRGO | 07-30-1943 | War Department /Corps of Engineers Subject: Review of Reports on Mississippi River - Gulf Outlet Memorandum for Senator John S. Overton<br><br>. . .reports, with a view to determining whether any modification of the recommendations contained therein is advisable at this time, particularly with respect to (the advisability and cost of) providing an emergency outlet from the Mississippi River (in the interest of national defense and general commerce) by the construction and maintenance of a permanent deep draft channel. | VRG-010-000000803<br><br>VRG-010-000000807 |
| War Dept. Memo on Newspaper Articles | 07-30-1943 | Memo to Chief of Engineers with attached Times-Picayune Article from opening of Industrial Canal to Rigolets, which is said to be "completely inaccurate" and another article that accurately reflects comments made. | VRG-010-000000793 |
| Approximate date of Beginning Survey | 08-01-1943 | Approximate Date of Beginning Survey. 08-01-1943 - letter from the War Department to The Chairman of the National Resources Planning Board in D.C. re: subject of the report will present information pertinent to consideration of proposal to provide an additional deep water entrance to Port of New Orleans. | VRG-010-000000887 at 893 |
| Public Hearing on MRGO held by USACE | 08-05-1943 | Record of Public Hearing held at Roosevelt Hotel in New Orleans | VRG-010-000000643 Also on IPET site. |
| "Seaway Promoted" | 08-07-1943 | Plaquemines Gazette Article: "Seaway Promoted" | VRG-022-000000726 |
| Opposition to Proposed Alexander Seaway by Standard Oil. | 08-12-1943 | Excerpt from hearing on proposed 'Alexander Seaway', and letter from Standard Oil Co. opposing the MR-GO. | VRG-010-000000743 |
| Mississippi River-Gulf Outlet; Examinations and Surveys | 09-16-1944 | Field Information for Report on Mississippi River-Gulf Outlet - forwarding field sheets for current direction and velocity survey in Lake Borgne and Chandeleur Sound for stations as listed. Incls.. . . Field information of Report on Mississippi River-Gulf Outlet. . . Direction and magnitude of subsurface currents along the proposed routes for an additional deepwater-outlet. . And to deep water in the Gulf. | VRG-010-000000613 |
| Rivers and Harbors Act of 1945 - MRGO Planning Law | 03-02-1945 | The MRGO Planning Law; Preliminary Investigation and survey for MRGO were authorized in the Rivers and Harbors Act of 1945. The law reflected a clear Congressional intent to involve each of the affected states in the investigation and planning phases of the numerous water resource projects specified in the statute. The law also directed the USACE to coordinate its investigations and planning with the DOI with respect to some, but not all, of the enumerated projects. The statutory language arguably includes MRGO within the group of ventures requiring DOI input. | Pub. L. 79-14, 50 Stat. 10 |
| Report on Proposed Tidewater Seaway Canal at New Orleans | 05-31-1945 | 1945 Report Prepared by the Mississippi Valley Seaway Canal Assn. | VRG-009-000001133 VRG-022-000000662 |
| Brief in Support of Proposed Tidewater Ship Channel. | 07-1945 | Brief in Support of the Proposed Tidewater Ship Channel From the IH-NC Canal New Orleans, LA to the Gulf of Mexico. Prepared by the Board of Commissioners of the Port of New Orleans. (442 page report) | VRG-009-000000001 |
| Administrative Procedure Act (APA) of 1946 | 1946 | The Act contains procedures that federal agencies must follow, including public information, open meetings, and privacy of information requirements, and provisions for hearings, adjudications, rule making and judicial and congressional review of agency actions. Some of these requirements have popularly known names, such as the Freedom of Information Act and the Privacy Act of 1974. The Act is included here because its procedures and requirements apply to federal agencies in their implementation of federal wildlife and other laws. The Contract with America Advancement Act of 1996 added provisions for congressional review of proposed agency rules. | 5 U.S.C. 551, *et seq.* |
| Report on Survey of the New Orleans Port Development Project | 06-13-1946 | Prepared by United States Maritime Commission. | VRG-010-000000265 |

| Event Name | Date | Notes | Source |
|---|---|---|---|
| | | | |
| Amendment to FWCA | 08-14-1946 | Title 16 – Conservation; Chapter 5A – Conservation; Subchapter I – Game, Fur-Bearing Animals, and Fish | 16 USC 661, http://law.justia.com/us/codes/title16/16usc661.html |
| Review of Reports on MRGO and the Mobile to New Orleans Intracoastal Waterway | 09-30-1946 | Gives an extensive background on the MRGO and lists alternatives considered.  Marked "Not for Public Release" | AIN-112-00000575 |
| Unnamed Hurricane | 09-19-1947 | This hurricane causes extensive damage and flooding of hundreds of acres of lands in New Orleans. The flooded areas, then sparsely inhabited, include much of what is now residential and industrial parts of East New Orleans. | Appendix A. Master Chronology of Project Events (LPV) USACE source: 19720908 |
| Fish and Wildlife Act Amendment of 1948 | 1948 | Misc. Appropriations; (1) . . . water authorized to be impounded, diverted or otherwise controlled for any purpose whatever by any department or agency of the United States . . . such department or agency first shall consult with the Fish and Wildlife Service and the head of the agency exercising administration over the wildlife resources of the state or in the impoundment diversion or other control facility is to be constructed with a view to preventing loss of and damage to wildlife resources and the reports and recommendations of the secretary of the interior and of the head of the agency exercising administration over the wildlife resources of the state for the purpose of determining the possible damage to wildlife resources and of the means and measures that should be adopted to prevent loss of and damage to wildlife resources shall be made an integral part of any report submitted by any agency of the federal government responsible for engineering surveys and construction of such projects. The cost of planning for any the construction or installation and maintenance of any such means and measures shall be included in and shall constitute an integral part of the costs of such project . . . In the case of construction by a federal agency that agency is authorized to transfer out of appropriations or other funds made available for surveying engineering or construction to the fish and wildlife services such funds as may be necessary to conduct the investigations required by this section to be made by it. | P.L. 85-624 62 Stat. 274 |
| Resolution issued by Senate Committee on Commerce – Mississippi River-Gulf Outlet and the Mobile to New Orleans Intracoastal Waterway | 04-20-1948 | In response to the following resolutions adopted 4/19 and 5/5/1943 respectively, the Senate Committee on Commerce issues a resolution for USACE to review Reports in House Document No. 46. Particularly, the review called on the determination of whether any modification of MRGO were advisable, particularly with respect to the advisability and cost of providing an emergency outlet from Miss. River in the interest of National defense and general commerce . . . to be an economical ship channel. This resolution clearly states that the proposed canal was intended to promote National defense and commerce. There is no language which even implies that MRGO had a flood control purpose. | On File 10070010.001 |
| Chief authorizes studies of wind speed effects on shallow lakes | 09-14-1948 | Studies authorized by Chief on interrelationship between wind speeds, waves and wind tides in shallow inland lakes. This leads to a series of six Civil Works investigations and corresponding project bulletins for Lake Okeechobee, FL published between 1948 and 1952. These actions come in response to Flood Control Act of 1948 (June) which in turn is linked to 1947 hurricane. | Appendix A. Master Chronology of Project Events (LPV) USACE source: |
| Hurricanes | 01-26-1949 | Major flooding caused by overflow from Lake Pontchartrain during hurricanes occurs about once in 13 years and causes damage principally in Jefferson Parish. Damage elsewhere in the area is negligible. Severe hurricanes occurred in September 1909, September 1915, and September 1947, and raised the lake levels at West End, near the Orleans Jefferson Parish line, to an elevation of 6.1 feet in 1915 and 5.4 feet in 1947. The elevation in 1909 was slightly less than that of 1915. Lake stages at | Letter to Chief of Engineers, U.S. Army from R.C. Crawford, Major General, Chairman |

| Event Name | Date | Notes | Source |
|---|---|---|---|
| | | Frenier were 8 feet in 1909, 13 feet in 1915, and 4.2 feet in 1947. The hurricane of 1947 caused inundation of 48,600 acres of land with resultant damage estimated at $3,950,000 of which $3,899,000 was sustained in Jefferson Parish, principally in the suburban settlement of Metairie and environs, and the Moisant International Airport. Eight lives were lost, severe suffering resulted, and the danger to health was exceptionally serious. The average annual flood damage in Jefferson Parish is estimated at $300,000. | |
| USACE Engineer Manual: Hydraulic Design – Surges in Canals – Change 1 | 03-01-1949 | Engineering and Design Branch, USACE; Engineering Manual: 1110-2-1606; Revised 02-19-1957 | http://www.usace.army.mil/publications/eng-manuals/ |
| Orleans Levee District (OLD) feasibility report on flood control | 10-1950 | "Flood Control and Shore Erosion Protection of City of New Orleans from Flood Waters of Lake Pontchartrain" prepared for the Orleans Levee District by Bedell & Nelson Engineers. Study of impacts of flooding from Lake Pontchartrain and costs to address. | Appendix A. Master Chronology of Project Events (LPV) USACE source: 19501000 |
| OLD Feasibility Report on Flood Control | 09-18-1951 | Orleans Levee District, Feasibility Report on Flood Control | VRG-009-000001169 |
| Reports On and a Preliminary Examination and Survey of the MRGO | 9-25-1951 | Submission from The Secretary of the Army transmitting a letter from the Chief of Engineers dated May 5, 1948 with a report to the House of Representatives; H. Doc. No. 245, 82nd Congress, 1st Session, This document becomes the project document for the authorization of the MRGO (P.L. 455, 82nd Congress). | AIN-179-000002518 10070010.002 |
| Discussion of last minute conference and news release that appeared in every newspaper in Louisiana and all coastal radio stations by USACE, Chief Biologist | 12-19-1951 | Letter from USACE Chief Biologist to Al? Discussion of copies of news release prepared for the Commission's signature by USACE Chief Biologist James Nelson Gowanloch. "Due to an error on the part of some stupid member of the Times-Picayune, the story did not appear in the city editions except the early ones and was killed in the Home edition" (emphasis supplied) "Herewith is a copy of the New Yorker of October 13, 1951, on page 90 of which beginneth the account of the Battle of Wellfleet, which is an exactly, bloody well parallel of what is engineered to happen here." | Day Expert Report |
| Industrial Canal Lock - Soil Sample Data | 03-1952 | Engineers' drawings relating to IHNC Lock - re: acquisitions; cross sections; locations of property monuments; etc. | AFW-640-000000001 |
| Corps Engineering Manual sets standard for flood protection in urban areas | 03-26-1952 | EM 1110-2 1411 established Corps policy to provide no less than Standard Project Flood (SPF) protection for river areas where storms may result in catastrophic damage and loss of life. This logic was transferred to hurricane protection projects as requiring Standard Project Hurricane (SPH) protection. The policy is later reaffirmed in 1965 and in 1980. | Appendix A. Master Chronology of Project Events (LPV) USACE source: 19520326 |
| Report of the Federal Civil Works Program as Administered by the Corps of Engineers, U.S. Army | 03-27-1952 | Detailed overview of the Federal Civil Works Program, as administered by the Corps of Engineers, including the relationship between Congress and the Corps | On File |
| Trafficability and Navigability of Delta-Type Coasts Trafficability and Navigability of Louisiana Coastal Marshes | 05-20-1954 | Technical Report No. 4, by Staff, Coastal Studies Institute, LSU | Gagliano Reference: 26056 036 |
| Watershed Protection and Flood Prevention Act | 08-04-1954 | The Act authorizes federal assistance to local organizations for planning and carrying out projects in watershed areas for conservation and use of land and water, and flood prevention. | 16 U.S.C. 1001, et seq. |
| Executive Order No. 10584 | 12-18-1954 | Prescribing Rules and Regulations relating to the administration of the Watershed Protection and Flood Prevention Act | 19 F.R. 8725 |
| Datum benchmarks in New Orleans area | 1955 | The 1955 re-leveling performed by the US Dept. of Commerce Coast & Geodetic Survey is extended both east and west of New Orleans and | Appendix A. Master Chronology of Project |

| Event Name | Date | Notes | Source |
|---|---|---|---|
| | | finds that benchmarks in New Orleans are settling at varying amounts. Results published October 10, 1957. | Events (LPV) USACE source: 19580410 |
| MRGO: Hearing Before the Committee of Public Works, House of Representatives | 1955 | 84th Congress, First Session on H.R. 6181 and H.R. 6309 to Authorize Construction of the MRGO, Government Printing Office, Washington D.C. | Gagliano Reference: 26056 075 |
| Public Law 84-71 | 06-15-1955 | Following series of severe hurricanes, Congress authorizes and directs the Secretaries of the Army and Commerce to conduct hurricane protection studies for multiple locations along eastern and southern U.S. coast. One of the studies was for the LP&VHPP. | Appendix A. Master Chronology of Project Events (LPV) USACE source: 19591100 |
| Chief of Engineers letter to US Weather Bureau | 11-25-1955 | Letter from the Chief of Engineers to USWB describes their joint participation in hurricane study. USWB given seven subprojects related to hurricanes. | Appendix A. Master Chronology of Project Events (LPV) USACE source: 19591100 |
| District inquires about adjusted datum benchmarks | 01-05-1956 | Corps asks about recent work by CGS adjusting leveling in the vicinity of New Orleans. | Appendix A. Master Chronology of Project Events (LPV) USACE source: 19580410 |
| Executive Order No. 10654 | 01-20-1956 | Delegating certain functions of the President to the Director of the Office of Management and Budget; Functions regarding transmitting to Congress plans and justifications thereof delegated to Director of OMB | 21 F.R. 511 |
| Notice of Corps public hearings on hurricane protection | 02-1956 | Announces public hearings to be held on March 13, 15, 20, 1956, at different location on problems caused by hurricanes in LA. Cites 1955 congressional study authorization. Public hearings will request public input on project proposals, opposition, damage and physical data, and economics. | Appendix A. Master Chronology of Project Events (LPV) USACE source: 19560213 |
| **River and Harbor Act of 1956 – Report of the COE on MRGO Authorized the MRGO** | **03-29-1956** | **The River and Harbor Act of March 29, 1956, House Document 245, 82nd Congress, 1st Session, (P.L. 84-455) provides for the construction of a seaway canal 36 feet deep and 500 feet wide from Michoud to the Chandeleur Islands, and increasing gradually to a width of 600 feet and depth of 38 feet to the 38-foot contour in the Gulf of Mexico. This legislation also approves replacement of the IHNC Lock, or construction of an additional lock with suitable connections in the vicinity of Meraux in St Bernard Parish. Also, the River and Harbor Act of 1945 which provides for maintenance of sufficient navigation depths for the Miss River, Baton Rouge to the Gulf, was amended to include the MRGO Project. (Pub. L. 445)** | **NOP-019-000001008 Kemp Expert Report** |
| Request for Biological Study Concurrent with Engineering Survey for the authorized Mississippi River Gulf Outlet (East Bank Channel or New Orleans Tidewater Channel) Project | 05-09-1956 | Letter to the Louisiana Congressional Delegation from the Louisiana Wild Life and Fisheries Commission | Day Expert Report |
| MRGO Authorized and Dredging begins | 12-1956 | Plan to provide dredged spoils for levee along MRGO. Levee construction to be done by local interests. No cost sharing for the levee work is indicated in project documentation referenced in 04-30-1957 letter from District Engineer | Appendix A. Master Chronology of Project Events (LPV) USACE source: MRGO DM#1-A, 2nd Endorsement https://ipet.wes.army.mil |
| Geology Report on MRGO | 1957 to | Prepared by Kold and Van Lopik of USACE | ILIT Report, 07-31- |

| Alignment | 1958 | | 06; Ch: 4, History of New Orleans Flood Protection System |
| Agreement of Local Cooperation, Board of Commissioners, Port of New Orleans | 04-04-1957 | Agreement of Local Cooperation, Board of Commissioners, Port of New Orleans | IPET website |
| Statement of Louisiana Wildlife and Fisheries Commission Relative to the New Orleans to the Gulf Tidewater Channel | 05-29-1957 | Comments and Recommendations from LWFC | Gagliano Reference: 26056 002 |
| "Seeks Rejection of Channel Shift" | 06-04-1957 | Newspaper Article by Alex Vuillemot – New Orleans States | Day Expert Report |
| "Channel Change Moves Opposed – Rejection of Proposal to Be Urged on Engineers" | 06-05-1957 | Newspaper Article – Times-Picayune | Day Expert Report |
| MRGO DM No. 1(A) Revised | 07-1957 | MRGO Design Memorandum No. 1(A); Channel Mile 63.77 to 68.85 (Reach 1) Revised. Revised version (first released in April 1957). DM implements the recommended channel dimensions (36 ft depth by 500 ft bottom width).  It also states: "No channel protection is recommended initially, however, erosion due to wave wash in open areas can be expected in the upper part of the channel slope where the peat and highly organic clays are exposed.  Protection for this area can be provided if and when the need for it becomes necessary. No channel protection is included in the overall cost of the project." | IPET website |
| Resolution Adopted by St. Bernard Parish to appoint members of the Tidewater Channel Advisory Committee | 09-03-1957 | Members to consider the potentialities of the "Mississippi River-Gulf Outlet" for benefit of the parish of St. Bernard. | MRGOX5728 Gagliano Exhibit: S.G. #2 |
| "Changes Asked in Gulf Canal Plan" | 09-26-1957 | Newspaper Article AP – New Orleans States | Day Expert Report |
| "Louisiana Canal's Effects on Fish and Wildlife Arouse Concern of Conservationists" | 09-26-1957 | Press Release from Department of the Interior | UDI-001-000000352 |
| "Channel Project Change is Asked" | 09-27-1957 | Newspaper Article – Times-Picayune | Day Expert Report |
| **St. Bernard Parish Police Report on Tidewater Ship Chanel** | **09-03-1957** | **Report to the Police Jury of the Parish of St. Bernard of the Tidewater Channel Advisory Committee** | **MRGOX5728 Kemp Expert Report** |
| Letter from the U.S. Dept of the Interior expressing concern re: construction of MRGO Project | 09-23-1957 | References letter from Secretary of the Interior to Secretary of the Army requesting that USACE comply with the FWCA. (confirms USACE violated federal law in the investigation and planning of MRGO) | UDI-001-000000001, at 2 |
| A Special Report on Fish and Wildlife Resources in Relation to the Mississippi River – Gulf Outlet Project Louisiana | 11-08-1957 Revised: 12-18-1957 | United States Department of the Interior, Fish and Wildlife Service, Region 4; Atlanta, GA – Bureau of Sport Fisheries and Wildlife, Branch of Basins | Gagliano Reference: 26056 006 |
| Fish and Wildlife Coordination Act of 1958 | 1958 | Fish and Wildlife Coordination Act of 1958 – (2)(a) Wildlife conservation shall receive equal consideration and be coordinated with outer features of Water Resource Development Programs. . . | P.L. 85-624 72 Stat. 563 16 U.S.C. 661, et seq. |
| Geological Investigations of the MRGO | 1958 | Miscellaneous Paper No. 3-259; Mississippi River Commission, Vicksburg, MS | Gagliano Reference: 26056 075 |
| River Basins Studies Section | 1958 – 1959 | Eighth Biennial Report, Louisiana Wild Life and Fisheries Commission; Published by Division of Education and Publicity, LWFC by T.B. Ford | Day Expert Report |
| Original Dredging of MRGO – 1st | 1958 to | Original Dredging of MRGO, 1st Phase | ILIT Report, 07-31- |

| | | | |
|---|---|---|---|
| Phase | 1959 | | 06; Ch: 4, History of New Orleans Flood Protection System |
| **MRGO Construction Begins** | **03-1958** | **Construction of MRGO begins** | **NED-188-000000754, at 779.** |
| Fish and Wildlife Resources influenced by New Orleans-Gulf Outlet Project | 03-24-1958 | Letter from the Louisiana Wildlife and Fisheries Commission to the Advisory Committee supplementing its' report of 05-29-1957. It is recognized that this navigation project-which will be dug 40 feet deep, 500 feet wide at the bottom, and a minimum of 750 feet wide at the surface - will virtually bisect St. Bernard Parish... . Although it was recognized that Congress had already approved this project. . . At this time, it appears as though there is a good possibility for obtaining the biological study, perhaps some very minor modifications in alignment, and the opportunity to recommend for the disposition of spoils for the benefit of fish and wildlife resources by fish and wildlife technicians of the Commission and U.S. Fish and Wildlife Service. . . The cause for concern is the probable ecological (or environmental) change in the zone affected by this navigation channel. . . This will largely depend upon the occurring hydrographical changes which may result in salt-water intrusion**,** siltation of oyster beds and reefs for several miles either side of the channel, the rapid fluctuation of water levels as well as water salinities in the marshes, increased turbidity, and the rapid run-off of freshwater from the marshes rather than the slow, gradual mixing effect that has previously existed, resulting in brackish ponds and marshes. | U.S. Congressional Serial Set Inventory, Volume 12804-3 No. 97 Day Expert Report |
| **An Interim Report and Preliminary Draft of Proposed Report on Fish and Wildlife Resources as Related to MRGO Project, LA and an outline of Proposed Fish and Wildlife Studies** | **04-1958** | **Prepared by Branch of River Basins Office, Vicksburg, Mississippi; Fish and Wildlife Service, U.S. Dept. of the Interior, Atlanta, GA a/k/a Fish & Wildlife Report** | **UDI-001-0000900056 Final copy at UDI-001-000000120 Gagliano Reference: 26056 003 26056 075 Kemp Expert Report** |
| Direction on use of 1955 datum benchmark adjustments | 04-10-1958 | Direction is from the Coast and Geodetic Survey (CSG). It is believed that until we have additional re-leveling to give us a better understanding of what changes have taken place in your area. We should retain the [1955] elevations...the more re-leveling that is accomplished, the more we lean toward the belief that there is no mark which can be trusted to remain absolutely stable and that any mark may undergo some change due to adjustments in the earth's crust. | Appendix A. Master Chronology of Project Events (LPV) USACE source: 19580410 |
| "Gulf Outlet Gets Airing in St. Bernard: Lewis Explains Gulf Outlet Phases" | 12-12-1958 | Newspaper Article – Times-Picayune | Day Expert Report |
| Original Dredging of MRGO - 2nd Phase | 1959 to 1960 | Original Dredging of MRGO, 2nd Phase | ILIT Report, 07-31-06; Ch: 4, History of New Orleans Flood Protection System |
| U.S. Dept of the Interior Fish and Wildlife Service Bureau of Sport Fisheries and Wildlife | 1959 | The areas adjacent to the construction area and those farther removed but connected by water will be subject to varying degrees of deterioration. Inclusion in the project design of proper spoil placement and retention measures and provisions for maintaining natural water exchange would minimize these adverse effects. | NRG-050-000000386 |
| IHNC | 1959 | IHNC (Industrial Canal Lock)-Study of Present and Prospective Traffic Movement Through The Lock | AFW-341-000001207 |
| "Industry Seen All Along Channel" | 01-17-1959 | Newspaper Article – Times-Picayune | Day Expert Report |
| Access Channel from GIWW to Bayou Dupre | 01-28-1959 | Letter from DOI to ACE re: comments on design data concerning access channel from GIWW to Bayou Dupre as part of MRGO | AFW-341-000000723 |
| **MRGO DM No.1 (B)** | **05-1959** | **MRGO, Design Memorandum 1(B); Channel - Mile 39.01 to 63.77** | **NED-195-000001104** |

| | | (Reach 2).  "No channel protection is recommended initially, however; erosion due to wave wash in open areas can be expected in the upper part of the channel slope where the peat and highly organic clays are exposed. Protection for this area can be provided if and when the need for it becomes necessary. No channel protection is included in the overall cost of the project." | IPET site Kemp Expert Report |
|---|---|---|---|
| Statement of Louisiana Wildlife and Fisheries Commission relative to the New Orleans to the Gulf Tidewater Channel | 05-29-1959 | Statement of Louisiana Wildlife and Fisheries Commission relative to the New Orleans to the Gulf Tidewater Channel | UDI-001-000000359 |
| MRGO DM No. 2, General Design. | 06-30-1959 Approved 09-16-1959 | Mississippi River-Gulf Outlet; Design Memorandum No. 2 & DM No. 1-B & DM No. 1-C, General Design Memorandum No. 2, Supplement No. 4. | NED-111-000002075 AFW-341-000000111 |
| Hydrological Studies for the Corps of Engineers' proposed MR-GO Project (Report 1) | 09-1959 | Texas A&M Research Foundation U.S. Fish and Wildlife Contract number 14-16-008-572 | UDI-001-000000364 |
| MRGO GDM No. 1 | 09-1959 | MRGO, General Design Memorandum No. 1 | IPET website |
| Mississippi River-Gulf Outlet Lock, Vicinity Violet, LA | 10-26-1959 | In letter dated 9 September 1957, copy inclosed, this District invited the Board of Commissioners to consider, in advance of indicated need, three sites that it might elect to reserve in order to minimize the cost of acquisition of right-of-way. | NRG-050-000000391 |
| MRGO DM No.1 (C) | 11-1959 | MRGO, Design Memorandum 1(C); Channel Mile 0 to 36.43 (Bayou La Loutre) Mile 0 to -9.75 (38 foot contour) | AFW-341-000001120 |
| National Hurricane Research Project Report #33 sets SPH parameters for the project area | 11-1959 | This National Weather Service (NWS) report defines the SPH as the most sever storm that is considered reasonably characteristic of the region and established SPH for the Atlantic and Gulf Coasts of the United States. The SPH index is based on enveloping the records of meteorological events with the elimination of a few extreme events. The report states that the SPH for the New Orleans area has a recurrence interval of 1 in 200 years, and the Probable Maximum Hurricane (PMH) for the project area is also defined. It can be observed that PMH and SPH storm surges used for planning purposes are relatively close in size. | Appendix A. Master Chronology of Project Events (LPV) USACE source: 19591100 |
| Correspondence re: MR-GO, vicinity of Paris Road | 12-1959 12-21-1959 | Correspondence re: pipeline relocation to accommodate MR-GO in vicinity of Paris Road; dredging of MR-GO channel; spoil disposal areas; 10-22-1959 'Dock Board' Resolution (board of commissioners of the port of new Orleans) granting a right of way to Public Service for electric line crossings over GIWW and MR-GO, and for removal of 2 lines currently over GIWW. | NRG-050-000000364 NED-208-000000179 |
| Original Dredging of MRGO - 3rd Phase | 1960 to 1965 | Original Dredging of MRGO, 3rd Phase | ILIT Report, 07-31-06; Ch: 4, History of New Orleans Flood Protection System |
| River and Harbor Act of 1960 | 1960 | Continuing Authority on Navigation; Section 107, 1960 as amended provides authority for the Corps of Engineers to develop and construct small navigation projects.  The Corps recommends a project for construction after detailed investigation clearly shows its engineering feasibility and economic justification.  Each project is limited to a federal cost of not more than $4 million.  This federal cost limitation includes all project-related costs for feasibility studies, planning, engineering, construction, supervision and administration. | Gagliano Reference: 26056 074 |
| Spoil Disposal | 03-15-1960 | Letter from DOI to ACE re: project modifications to provide effective spoil retention and water exchange during channel construction | UDI-001-000000312 |
| Preliminary Report on Marsh Vegetation Study, Mississippi River-Gulf Outlet Navigation Project, Orleans and St. Bernard | 08-1960 | United States Department of the Interior, Fish and Wildlife Service, Bureau of Sport Fisheries and Wildlife, Region 4, Atlanta, GA – Mimeograph Report  Prepared by Branch of River Basin Studies, Vicksburg, MS (elsewhere attributed to Robert J. Lemaire) | UDI-001-000000164 Gagliano Reference: 26056 011 |

| Parishes, LA | | | |
|---|---|---|---|
| MRGO – Supp. No. 1, DM No. 2, General Design | 01-1961 | IHNC , Jefferson Parish, Orleans Parish, Supplement NO. 1, Design Memorandum No. 2, General Design, Rescheduling of Construction | MVD-007-00003472 |
| Surge Elevations | 03-1961 | Overland Surge Elevations Coastal Louisiana | NED-020-000000704 |
| MRGO Environmental Impact | 07-21-1961 | Series of documents from United States Department of the Interior; Fish and Wildlife Service; Bureau of Sport Fisheries and Wildlife re: New Lock and Channel and MRGO Environmental Impact. Includes Hydrological Studies and Reports, spoil disposal, freshwater introduced/diverted into the marshes | UDI-001-000000310 |
| Hydrological and Biological Studies of Mississippi River – Gulf Outlet Project – A Summary Report | 09-1961 | Study by Sayed Z, El-Sayed of Texas A&M regarding the Hydrology and Biology of the MRGO.  Includes measures of turbidity, salinity and tidal fluctuations | NOP-003-000000036 <br> NED-188-000003400 |
| U.S. Weather Bureau Memorandum 7-61a | 11-15-1961 | Hurricane Winds over Gulf Coast Region establishes relationships between SPH Isovel Patterns and probable maximum events for New Orleans area. A series of memoranda covering the period 1956-1965 give a history of the development of potential hurricane wind patterns and tracks for planning purposes. | Appendix A. Master Chronology of Project Events (LPV) USACE source: Bundled in: 19611115 |
| Interim Report – LPV Hurricane Protection Project | 1962 | The recommended *plan of protection* is the "Barrier Plan" which provides for construction of storm surge barrier structures in the passes between Lake Borgne and Lake Pontchartrain.  The intended *degree of protection* (performance standard) to be provided by the LPV is derived by a three-step process involving selection of (i) the *design hurricane* (the *Standard Project Hurricane*, "SPH"), (ii) estimation of the *design storm surge*, and (iii) a determination of the corresponding final *design elevations of project structures*.  The SPH is determinative of both design storm surge and design elevations of protective structures. Anticipated design elevations for the protective structures of the LPV were based on the vertical elevation datum of 1929 (*Sea Level Datum of 1929*) which was thought to be equivalent with local mean sea level (LMSL). The project document incorporates by reference the "Technical Report No. 4 – Shore Protection Planning and Design" dated 1954. The plan also recommends the construction of a lock at Seabrook (where Lake Pontchartrain and the IHNC connect). | IPET website |
| U.S. Fish and Wildlife Service comments on the LP&VHPP Plan | 03-1962 to 10-1962 | Two letters provide Fish and Wildlife Service comments on the Barrier Plan and the alternative High Level Plan. The comments raise concerns about the effects of the proposed barriers and MRGO on lake salinity and fish and other aquatic habitat. | Appendix A. Master Chronology of Project Events (LPV) USACE source: 19620313 and 19621022 |
| Rivers and Harbors Act of 1962 | 04-30-1962 | 87th Congress Public Law 87-874; Enlargement of Mississippi and Atchafalaya Rivers Section via the alternate connection through the Algiers lock authorized.  Section 103, 1962 as amended is continuing authority on Hurricane and Storm Damage Reduction (Beach Erosion) provides authority for the Corps of Engineers to develop and construct revetments, groins and jetties, to include periodic sand replenishment. Each project is limited to a federal cost of not more than $3 million. | P.L. 87-874 Gagliano Reference: 26056 074 |
| Surge in the IHNC Letter from Port Authority to NOD | 04-30-1962 | Letter from Port of New Orleans to NOD regarding the issue of surge in the IHNC | NED-128-000000261 |
| Seabrook Lock and its related benefit to hurricane protection and role in compensating for adverse affects of MRGO | 05-08-1962 | Interim Study Report of LPV  - Discussion of Seabrook Lock and its related benefit to hurricane protection and role in compensating for adverse affects of MRGO | NED-128-000000238 |
| Request and support for additional MRGO levees to protect parts of St. Bernard and Chalmette | 06-20-1962 | Letters to and from LA Dept of Public Works to NOD  - Request and support for additional MRGO levees to protect parts of St. Bernard and Chalmette | NED-128-000000251 |
| Resolution requiring changes in | 06-25-1962 | Port Authority Resolution requiring changes in the LPV including | NED-128-000000256 |

| | | | |
|---|---|---|---|
| the LPV including greater protection for area between IHNC, MRGO and Chalmette Levee | | greater protection for area between IHNC, MRGO and Chalmette Levee | |
| Interim survey report, Mississippi River Delta and below New Orleans, LA | 09-12-1962 | H.D. 550, 87th Congress, 2d Session - Interim survey report, Mississippi River Delta and below New Orleans, LA | AFW-368-000000011 at 071 |
| MRGO Cross Section Data | 11-01-1962 | MRGO Cross Section Data, part 1 | AFW-552-000004562 |
| U.S. Fish and Wildlife Service comments on the LPV Plan | 11-16-1962 | Two letters provide Fish and Wildlife Services comments on the Barrier Plan and the alternative High Level Plan. The comments raise concerns about the effects of the proposal barriers and MRGO on lake salinity and fish and other aquatic habitat | AFW-552-000004549 NED-117-000000844 |
| Interim Hurricane Study Report for LPV | 01-09-1963 | Discusses barrier plan and importance of limiting salinity | NED-117-000000844 |
| Report on Hurricane Study of LPV | 02-01-1963 09-1963 | Notice of Interim Survey Report on Hurricane Study of Lake Pontchartrain, Louisiana and Vicinity; *See* AFW-467-000003249 for reference to MRGO | AFW-467-000003242 NED-117-000000859 |
| Contract for Professional Services for Biological Studies Within the Area of Project Influence, Mississippi River-Gulf Outlet Project | 05-28-1963 | Contract between the U.S., acting through the Department of the Interior, Bureau of Sport Fisheries and Wildlife and the Louisiana Wild Life and Fisheries Commission; Statement of Work and Work Plan | Day Expert Report |
| Technical Report - Effects of Hurricane Surge Control Structures and MRGO on Lake Pontchartrain | 11-1963 | Technical Report No. 2-636; Effects on Lake Pontchartrain, LA of Hurricane Surge Control Structures and MRGO Channel - Hydraulic Model Investigation | MVD-007-000003464 |
| **Corps studies the effects of the barriers and MRGO on Lake Pontchartrain** | **11-1963** | **The study models the effects of the Barrier Plan features and MRGO on the salinity and hydraulic regimes of Lake Pontchartrain.** | **Appendix A. Master Chronology of Project Events (LPV) USACE source: 19631100 Kemp Expert Report** |
| Study of LPV by USACE NOD | 11-21-1963 | Includes geographic information about topography, protected and unprotected areas, predictions and recommendations for improvements of the LPV. Draws attention to danger of lack of sediment passing out of MRGO to build natural barriers and increasing lack sizes to the East of NO | NED-117-000000855 NED-117-000000910 |
| Preconstruction Study of the Fisheries of the Estuarine Areas Traversed by the Mississippi River-Gulf Outlet Project | 1964 | Fish and Wildlife Service; Fishery Bulletin: Volume 63, No. 2, (1964) by George A. Rounsefell, Fishery Biologist; Bureau of Commercial Fisheries | UDI-001-000000143 Gagliano Reference: 26056 012 |
| MRTP Report submitted to Congress | 05-11-1964 | MRTP Report submitted to congress on this date. Shows no consideration of flooding from MRGO, only considered flooding from direction of Lake Pontchartrain | Interior Report |
| Analysis of the Salinity Regime of The Mississippi River –Gulf Outlet Channel | 08-1964 | A Thesis by David E. Amstutz, Submitted to the Graduate College of the Texas A&M University, Major Subject: Oceanography | Library Office of Fisheries, LA Dept of Wildlife and Fisheries |
| Correspondence related to the need and justification for MRGO Shiplock | 12-28-1964 | Correspondence related to the need and justification for MRGO Shiplock | AFW-341-000000495 |
| Update of Corps engineering manual on determining the standard project flood | 03-01-1965 | EM 1110-2-1411 on determination of the standard project flood (SPF) is updated | Appendix A. Master Chronology of Project Events (LPV) USACE source: 19650301 |

| Survey of Investigations and Reports - Federal Aid Toward Shore Restoration and Protection | 03-01-1965 | Regulation No. 1120-2-110 Headquarters, Department of the Army Regulation outline of procedure for determining the amount of Federal Aid which may be recommended toward the cost of projects for shore restoration and protection.  Appendix 1 gives examples of the application of these procedures and Appendix II quotes pertinent law. | AFW-180-000000036 |
|---|---|---|---|
| Morgan City and Vicinity, Louisiana – Letter Report from the Secretary of the Army transmitting an Interim Hurricane Survey of Morgan City and Vicinity, Louisiana | 05-11-1965 | House Doc. No. 167, 89th Congress, 1st Session; Study results relative to the effect of wetlands on storm surge elevation.  It is assumed that 2.75 miles of wetlands will decrease storm surge by 1 foot. | On File. |
| **Hurricane Betsy** | **09-09-1965** | **The storm seriously damages 6,000 homes near the Port of New Orleans and buries the Lower Ninth Ward in 12 feet of water. This storm has cpi and wind speed parameters that are similar to those chosen for the SPH in the 1962 Interim Survey Report (wind speeds = 105 mph and cpi = 27.76 minimum). However, the wave action from Betsy is more intense than what was calculated for the SPH in the 1962 project planning report.** | **Appendix A. Master Chronology of Project Events (LPV) USACE source: 19651100 Kemp Expert Report** |
| Flood Factors | 09-14-1965 | Article "Engineers See Flood Factors: Say River-Gulf Outlet Not Alone to Blame" | NED-012-000003201 |
| Collection of Newspaper Articles from States-Item and Times-Picayune about Betsy | 09-14-1965 | Engineer argues that MRGO was not sole cause of flooding during Betsy as a prior hurricane in 1947 flooded much of the same area and flooding primarily spread from Lake Borgne to Lake Pontchartrain and then through the Rigolets and Chef Menteur | NED-012-000003177 NED-012-000003201 |
| Hurricane Betsy storm surge–Times-Picayune Article | 09-23-1965 | Article "Surge Estimated at 26 Ft. Caused Flooding, Report"; "Miss. Gulf Outlet Not at Fault, Officials Say" | NED-012-000003199 |
| **Flood Control Act of 1965, House Document No. 231, 89th Congress Authorized the LPV** | **10-27-1965** | **FCA of 1965 passed following the severe floods caused by Hurricane Betsy.** | **P.L. 89-298 Kemp Expert Report** |
| Report on Hurricane Betsy | 11-1965 | Report on effects of Hurricane Betsy including discussion of evacuated areas, post-storm collection of data and presentation/analysis of the aforementioned | NED-017-000000679 |
| Report Interim Storm Protection Study Michoud Assembly Facility | 11-15-1965 | Surge: The tidal surge which inundates low coastal lands is the most destructive of the hurricane characteristics. It alone accounts for three-fourths of the lives lost from hurricanes. It is the product of meteorological, beach and shore conditions. In the initial stage of development, it reaches a height of about 3 feet in the open sea from the combined effects of high velocity winds and a lowered barometric pressure. Simultaneously, at shore, the water level slowly begins to rise. As the hurricane approaches and the surge develops under the influence of a gently rising ocean floor and a favorable or indented shore contour, the shoreline water level rises more rapidly. A higher surge will be produced if the hurricane path is perpendicular to shore, the velocity of forward movement is slow, or the storm's diameter is very large. Maximum surge heights experienced along the Gulf Coast range between 10 and 16 feet.. . . Reports indicated tides were generally 8 to 12 feet MSL along the coast from Grand Isle, LA, to Pascagoula, Miss., but reaching up to 15 feet locally in some areas. . . If the center of Betsy had passed slightly east of New Orleans, as was earlier predicted, and at a slower forward speed, the prolonged winds would have created a greater tidal surge; the winds would have been considerably higher; and the damage to MAF may have been catastrophic. | AIN-016-000001264 |
| **Citizens Group Petitions for greater protection for Chalmette area** | **11-24-1965** | **Citizens group writes to District saying Hurricane Betsy showed the need for adjustments to project plans in Chalmette, and provides suggested amendments. These include raising heights of levees on MRGO and the Gulf Intracoastal Waterway (GIWW) to 30 ft., elimination of Seabrook lock in favor of a floodgate, and the addition of floodgates across the GIWW and MRGO, among others. Notes that the current plan for a levee along south shore of MRGO and north shore of GIWW would form a funnel channeling all** | **Appendix A. Master Chronology of Project Events (LPV) USACE source: 19651124 Day Expert Report Kemp Expert Report** |

| | | **hurricane surges and wind driven water into the Intracoastal Waterway and Industrial Canal.** | |
|---|---|---|---|
| Citizens Committee for Hurricane Flood Control: Proposed Changes in USACE Flood Control Plans – New Orleans Area | 12-15-1965 | Committee proposed 8 changes be made to the ACE flood protection plan so that it would be adequate for New Orleans, east of the Industrial Canal. The committee recommended, among other revisions, the construction of flood gates across the Intracoastal Waterway at south end of New Orleans East Levee; across Bayou Bienvenue near entrance of Lake Borgne; and across the MRGO at north end of Chalmette Levee along Bayou Dupre. Also, a new 30-ft levee would connect these flood gates. The committee's proposal states that these changes to the ACE plan would "completely eliminate the funnel effect and stop all storm and hurricane surges from entering the city." This document also contains a map detailing these suggested revisions. | AFW-467-000000708 |
| Relationship of Vegetation to Salinity in Southeast Louisiana Coastal Marsh | 1966 | LeRoy W. Giles, Biologist, U.S. Fish and Wildlife Service (handwritten date of 1966) | UDI-001-000000024 |
| Shoaling Problems on the Mississippi River Gulf Outlet | 1966 | Johnson, B.M.; USACE NOD | Gagliano Reference: 26056 039 |
| MR-GO DM No. 1-C; Supp. No. 1 and MR-GO, Supp. No. 2, GDM No. 2 | 01-1966 | MR-GO Design Memo No. 1-C, Supplement No. 1: Stone Retention Dike Extension and MR-GO, Supplement No. 2, GDM No. 2, Relocation and Modification of Turning Basin. Supplement No. 2 "would locate an irregular shaped turning basin … at the intersection of the Mississippi River-Gulf Outlet channel and the Inner Harbor Navigation Canal." | IPET website |
| The U.S. Weather Bureau updates SPH wind fields | 02-17-1966 | Three memoranda dated August 17, 1965, November 3, 1965 and February 17, 1966 provide adjustments to wind fields and isovel patterns for SPH established in NHRP #33. These adjustments are used in subsequent project design memoranda. | Appendix A. Master Chronology of Project Events (LPV) USACE source: Bundled in: 19651103 |
| Hurricane Protection - Lake Pontchartrain and Vicinity - Chalmette Area | 03-21-1966 | The riprap paving is required to protect the levee berm from wind-generated and vessel-generated waves during high tide periods.  The foreshore distance between the Gulf Outlet Channel and the retaining dike is some 500 feet, and the intervening area is covered with a thick growth of marsh grass. Therefore, no foreshore protection or slope paving is required or included in the Outlet project to prevent silting of the Outlet Channel due to wave action on the retaining dike. | AFW-467-000003416 |
| Michoud Assembly Facility | 05-13-1966 | The above levee will be raised by landside enlargement using borrow from the Mississippi River-Gulf Outlet, except in the vicinity of the bulk handling plant. In this area, where will-type construction will, in all probability, be required under the Federal project, the Levee District plans to build, for the interim, a "mud box" to elevation 13.0 feet mean sea level. This "mud box" will be of timber construction and filled with earth. | AIN-016-000001332 |
| Letter from ACE Acting Director of Civil Works to Chairman of Committee on Public Works re: USACE interpretation of Public Law 455. | 06-14-1966 | Letter *from* USACE Acting Director of Civil Work; H. G. Woodbury, Jr. *to* Representative George H. Fallen; Chairman, Committee on Public Works. States the Board of Commissioners of the Port of New Orleans interpretation of the provisions of Public Law 455 (approved 03-29-1956), which the Corps agrees with: the Chief of Engineers is authorized to build a new lock between the Gulf Outlet and Mississippi River *either* when he found the old lock obsolete, or when he found a new lock to be economically justified. Also states that "the Corps will report such results to the Congress through the Appropriation Committees and assumes your concurrence in such a procedure." | AFW-341-000000487 |
| Correspondence re: Interpretation of Public Law 455. | 06-24-1966 | Letter from Ellsworth I. Davis; Major General, USA, Division Engineer *to* Colonel William H. Lewis; Deputy Director of Planning and Engineering; Board of Commissioners of the Port of New Orleans – informing the Board of the Corps' concurrence in their interpretation of Public Law 455. Letter from Woodbury, Jr. to Representative Hale Boggs dated 06-16-1966. Copy of letter dated 06-14-1966 sent to Representative Fallen <u>except that</u> the phrase *"and assumes your concurrence in such a* | AFW-341-000000483 |

| | | *procedure"* is deleted from the last sentence of the letter. (see 06-14-1966 entry, on chart above) | |
|---|---|---|---|
| Hurricane Betsy After Action Report | 07-1966 | Comprehensive Report which details geographic and meteorological aspects of Betsy and the ensuing damage and also focuses on the human responses (primarily NOD).  Includes repairs and upgrades needed for LPV | NED-188-000003862 |
| Design elevations of project structures are established 1-2 feet higher than original designs | 08-1966 to 09-1966 | Design Memorandum 01, Parts I-IV Hydrology and Hydraulic Analysis. Based on new wind field parameters associated with Hurricane Betsy, the design elevations of all project structure are raised1-2 feet higher than designs set out in the 1962 Interim Survey report. It is also determined that the locally constructed levees along the outfall canals are not of sufficient grade and elevation to contain the SPH surge when the new wind field data are taken into consideration. | Appendix A. Master Chronology of Project Events (LPV) USACE source: Referenced in 19670800 |
| Mississippi River- Baton Rouge to Gulf of Mexico, MRGO - Report on Need for New Ship Lock | 09-1966 | IHNC, Jefferson Parish, Orleans Parish; Miss River, Baton Rouge to Gulf, MRGO Report on Need for New Ship Lock | MVD-007-000003472 See document listed for January 1961 |
| **Storm Surge Effects of the Mississippi River- Gulf Outlet** | **09-09-1966** | **Bretschneider, C.L. & Collins, J.I. - Study of the Storm Surge Effects of the MRGO; Prepared for the Department of the Army NOD COE NOLA; Study A, NESCO Report No. SN-326-A National Engineering Science Co., Pasadena, CA** | **Gagliano Reference: 26056 019 26056 075 Kemp Expert Report** |
| Grant of Servitude for Construction, Maintenance and Operation of MR-GO | 10-18-1966 | Board of Commissioners of the Port of New Orleans Resolution grants unto the United States "perpetual channel easement or servitude" and "continuing spoil disposal easement or servitude" | NED-208-000000179 |
| Report and Correspondence re: allocation of costs for Seabrook Lock project | 10-19-1966 | Report and Letters re: allocation of costs between federal and local interests for Seabrook Lock (dependent on the portion of the project allocated to hurricane protection and the portion allocated to navigation); and whether the selection of a controlling elevation for the Seabrook Lock is within the discretionary authority of the Department of the Chief of Engineers. See AFW-467-000001835: letter from Assistant Director, LA Dept. of Public Works: "The Mississippi River-Gulf Outlet project preceded the hurricane protection project. The need for current and salinity control was generated by the Mississippi River-Gulf Outlet, not the hurricane protection project. It is only proper, therefore, that these needs be satisfied entirely under the Mississippi River-Gulf Outlet project …" | AFW-467-000001821 |
| GDM No. 3, Chalmette Area Plan | 11-1966 | General Design Memorandum No. 3, Chalmette Area Plan; The District in this DM reports (as was reported in the 1962 report before the rise of 1-2 feet in structure heights) that the SPH degree of protection (DOP) has a return frequency 1/200 years. Termed the level of protection (LOP), this is one way that the District communicates risk; surges from storms less frequent than the 200-year event would exceed structure design heights. The DOP and LOP, and hence potential for overtopping, would depend on wave action and the height of the storm surge, the stage of project completion, and subsidence of the surrounding land. | Appendix A. Master Chronology of Project Events (LPV) USACE source: 19661100 |
| Nov. 1966 Technical Report - Effects on Lake Pontchartrain, La. of Hurricane Surge Control Structures and Mississippi River- Gulf Outlet Chanel | 11-1966 | "Effects on Lake Pontchartrain, La. of Hurricane Surge Control Structures and Mississippi River-Gulf Outlet Chanel" Contains detailed info on salinities, tides, and currents. | NED-135-000000245 |
| Modification Report – Chalmette Extension | 11-29-1966 | Report is submitted to the Acting Division Engineer from the District Engineer. Report includes description, justification, economic analysis, and financial report on the modification. Recommends the change on the basis of authority of the Board of Engineers for Rivers and Harbors. Requests to proceed with design modification. States that levee grades along the MRGO will be 17.5 feet. | NPM-024-000000252 Appendix A. Master Chronology of Project Events (LPV) USACE source: 19661129 |
| **LPV Barrier Plan: DM No. 2, General Advance Supplement** | **03-1967** | **Lake Pontchartrain, La. and vicinity; Lake Pontchartrain Barrier Plan; Design Memorandum No. 2; General Advance Supplement: Inner Harbor Navigation Canal West Levee, Florida Avenue to IHNC Lock.** | **AFW-332-000001013 NPM-023-00002136; NED-135-000000982 Kemp Expert Report** |

| LPV Barrier Plan: DM No. 2, General Advance Supplement | 04-19-1967 08-1967 | Discussion of upcoming DM including focus on Citrus Back Levee and Barrier Alignment.  Also discusses the never built Seabrook Lock.  References Alternate Plan C in the DM, Appendix C, Plate 4 sometimes referred to as the "Crosby Plan." | PET-014-000000392 Kemp Expert Report |
|---|---|---|---|
| LPV, DM No. 1, Part II | 06-1967 | Lake Pontchartrain, LA and vicinity; Design Memorandum No.1, Hydrology and Hydraulic Analysis; Part II- Barrier | NPM-019-000000121 |
| MRGO Enlargement Study authorized by the Senate | 06-12-1967 06-22-1967 | Authorizing MRGO enlargement study. | AIN-027-000002508 at 2524. NPM-024-000000282 |
| LPV "Appendix B" | 06-22-1967 | Discussion of Control Structures at Bayous Bienvenue and Dupre. Function of gates would be to close them during impending hurricanes to thwart surge. | NPM-024-000000282 |
| MRGO Enlargement Study authorized by House of Representatives | 10-12-1967 | House of Representatives Resolution – Authorizing MRGO enlargement study. | AIN-027-000002508 at 2524. |
| Study for enlargement of Bayous La Loutre, St. Malo, and Ysclosky for commercial fleet navigation – Adopted by House Public Works Committee | 10-19-1967 | House Public Works Committee Resolution Adopted  - Authorized a study for enlargement of Bayous La Loutre, St. Malo, and Ysclosky for commercial fleet navigation | On File |
| Mississippi River for Additional Navigation Outlets in the Vicinity of Venice, LA – Review of Reports | 12-1967 | Review of Reports | MVD-007-000003472 |
| A Survey of the Mississippi River-Gulf Outlet Project with Emphasis on Shoaling Problems and Factors Influencing Sediment Distribution, Miscellaneous Paper | 1968 | G. Briggs; U.S. Army Engineer District, NOLA | Gagliano Reference: 26056 075 |
| The Vegetation of Upper Plaquemines and St. Bernard Parishes | 1968 | Jacob M. Valentine, Jr. – An aerial survey of the subdelta marshes bordering Lake Borgne and north and west of Bayou La Loutre to the Mississippi River in St. Bernard and Plaquemines Parishes | UDI-001-000000224 |
| Vegetation Type Map of the Louisiana Coastal Marshes | 1968 | Chabreck, R.H., T. Joanen, and A.W. Palmisano; Louisiana Wildlife and Fisheries Commission, New Orleans | LWFC Archives |
| Transactions – Gulf Coast Association of Geological Societies | 1968 | The Gulf Coast Association of Geological Sciences | Gagliano Reference: 26056 075 |
| MRGO GDM No. 2, Supp. No. 3 | 02-1968 | MRGO – General Design Memorandum No. 2, Supplement No. 3; Bayou La Loutre Reservation | IPET website MVD-007-000003472 |
| MRGO IHNC Lock Estimates | 02-13-1968 | Detailed cost estimates and discussion of MRGO IHNC Lock, NOD | AFW-467-000001781 |
| DM No. 5; Bayous Bienvenue/Dupre | 03-1968 | Design Memorandum No. 5 re: Bayous Bienvenue/Dupre | AFW-341-000001114 NPM-024-000000001 |
| Meeting re: Post-construction of MR-GO Project Area | 03-11-1968 | List of Attendees only | Day Expert Report |
| MRGO DM No. 2, GDM Supp No. 4 | 04-1968 04-29-1968 06-25-1968 Approved 07-03-1968 | MRGO - Design Memorandum No. 2, General Design Memorandum Supplement No. 4; Foreshore Protection | IPET website AFW-341-000001114 NPM-024-000000023 PET-011-000000766 |
| National Flood Insurance Act of 1968 | 08-01-1968 | The National Flood Insurance Act of 1968 | P.L. 90-448 82 Stat. 572 later amended and included in 42 U.S.C. |

| | | | 4001, et seq. |
|---|---|---|---|
| River and Harbor Act of 1968 | 08-13-1968 | Senate Doc No. 97; 90th Congress; GIWW East of the MRGO and Michoud Canal – Planning Approximately 50% complete Continuing Authority for Section 111, 1968 as amended for Mitigation to Shore Damage Attributable for Navigation Works to develop and construct projects to prevent or mitigate damages caused by federal navigation work. This applies to both publicly and privately owned shores located along the coastal and Great Lakes shorelines. Each project is limited to a federal cost of not more than $5 million. Limitations of Authority: This authority may not be used to: a. construct works to prevent or mitigate shore damage caused by riverbank erosion or vessel-generated wave wash, or b. prevent or mitigate shore damage caused by non-federal navigation projects. | Gagliano Reference: 26056 074 |
| The Story of Hurricane Camille | 1969 | The Daily Herald | Gagliano Reference: 26056 028 |
| Saffir-Simpson Hurricane Scale created | 1969 – 1971 | The scale is developed between 1969 and 1971 and provides 5 storm categories based largely on wind speed along with barometric pressure and storm surges. Storm surges are not always reported. The Saffir-Simpson scale does not match well with the SPH used for project design in 1962BSPH cpi would be classified Category 3 as they strike the hurricane protection project; and SPH wind speed would be Category 1 in New Orleans. Note: the PMH central pressure reported in 1962 would fall into the Category 5-range, but associated storm surges are below Category 5 elevations. | AFW-332-000001745 NOAA reference: http://www.aoml.noaa .gov/general/lib/laesca e.html |
| MRGO - Seabrook Lock – DM No. 1 | 01-1969 | LPV and MRGO; Seabrook Lock - Design Memorandum No. 1, General | MVD-007-000003469 NED-083-000000245 |
| Plan of Survey Mississippi River-Gulf Outlet Summary | 01-17-1969 | DRAFT, Department of the Army, NOD COE; includes Study Cost Estimate | Gagliano Reference: 26056 009 |
| Study regarding IHNC Hurricane Surges | 01-20-1969 | Tulane Graduate School of Civil Engineering Study by Richard Powell Richter, "Discussion and Evaluation of a Proposal to Protect the Inner Harbor Navigation Canal from Hurricane Surges" | AFW-467-000001709 |
| Act of Assurance | 02-1969 | MRGO Act of Assurance from the Board of Commissioners Port of New Orleans | IPET website |
| Development of the Mississippi River-Gulf Outlet | 02-1969 | Journal of the Waterways Division Proceedings of the American Society of Civil Engineers; Brent M. Johnson, Supervisory Civil Engineer; USACE NOD | NIM-7000-000000001 |
| IHNC Floodgate Study | 03-14-1969 | Discussion of cost-benefit ratios of various sized floodgates at the IHNC-MRGO juncture | NED-128-000000118 |
| MRGO - Replacement of MRGO Lock (Industrial Canal Lock) | 05-1969 | IHNC, Jefferson Parish, Orleans Parish; Miss River - Baton Rouge to Gulf, MRGO; Replacement of MRGO Lock (Industrial Canal Lock) Size Selection and Benefit Analysis | MVD-007-000003472 NED-086-000000384 |
| **Hurricane Camille** | **08-14-1969** | **This hurricane, one of the most intense ever recorded, sideswipes New Orleans. Orleans Parish, although not in the direct path of the hurricane, sustains damages of almost $10 million.** | **Appendix A. Master Chronology of Project Events (LPV) USACE source: 19720908 Kemp Expert Report** |
| **Correspondence re: LPV improvements including floating gate on MRGO** | **09-23-1969** | **Correspondence between Congressman F. Edward Hebert and Colonel Herbert Haar, Jr., NOD District Engineer re: wisdom of aligning flood barrier of LPV and placing a floating gate near Bayou Bienvenue. Corps holds that this plan would not be economically justified.** | **AFW-467-000000219 Kemp Expert Report** |
| District compares parameters of PMH and Hurricane Camille | 09-29-1969 | The District Chief of Hydraulics reports that Camille's central pressure and wind speed parameters are more sever than the PMH reported in the 1962 Interim Survey Report. A minimum pressure of 26.84 inches (PMH | Appendix A. Master Chronology of Project Events (LPV) |

| | | = 26.9 inches) was reported in Bay St. Louis, Mississippi, which makes Camille the second most intense hurricane of record to hit the United States. The actual maximum sustained winds will never be known, as the hurricane destroyed all the wind-recording instruments in the landfall area. The estimates at the coast are 200 mph. Columbia, Mississippi located 75 miles inland, reported 120 mph sustained winds. | USACE source: 19690929 |
|---|---|---|---|
| NOD document re: Proposed MRGO Floodgate | 10-14-1969 | Proposal for 250ft floodgate which would temporarily close the MRGO before the GIWW juncture when surges threatened.  Question raised as to whether gate would be compatible with navigation purposes of channel. | AFW-467-000001698 |
| Louisiana Citizen's concerns re: Funnel | 10-15-1969 | Series of letters regarding the "funnel". Manual Pinto (private citizen) first published a letter in the Times Picayune, and then sent it to the Vice President of US who directed the USACE to respond. | AFW-358-000001953 |
| Review of Reports, St. Bernard Parish | 11-1969 | MRGO, New Orleans District; Review of Reports from St. Bernard Parish, USACE NOD | MVD-007-000003522 |
| Dredging of Marshland and Funnel | 11-26-1969 | Letters from Manual Pinto to U.S. Vice President; Responses from V.P. and USACE (dredging of marshland; funnel) | AFW-358-000001908 |
| NEPA 1969 | 12-31-1969 | National Environmental Policy Act of 1969.  NEPA declares it a national policy to encourage productive and enjoyable harmony between man and the environment and promote efforts to better understand and prevent damage to ecological systems and natural resources important to the nation.  Agencies are required to prepare a detailed environmental impact statement for any major federal action significantly affecting the environment.  The Act also establishes the Council on Environmental Quality to review government policies and programs for conformity with NEPA. | P.L. 91-190 83 Stat. 852 42 U.S.C. 4331, et seq. |
| A Study of Estuarine Sportfishes in the Biloxi Marsh Complex, Louisiana | 1970 | Fontenot, B.J., Jr. and H.E. Rogillio. F-8 Completion Report, Dingell-Johnson Project, Louisiana Wildlife and Fisheries Commission, Baton Rouge | LWFC Archives |
| Budget justification, FY 1971 - LPV | 1970 | Each year the District Program Office prepares a justification for requested project funding for the upcoming fiscal year that is submitted through the Division and Headquarters Program Offices and published in the Congressional Record. The budget justification includes financial and other project information, including percent of the major project units completed to date and the expected year when those project units will be completed. This year's justification reports that total project costs are now $182 million, more than two times the cost at project authorization five years earlier. In language included in the original 1962 report before Hurricane Betsy and that will be repeated in all Subsequent BJS through 2005, this justification asserts that the completed project will provide protection against storms such as Betsy and the 1915 hurricane that was the basis for the SPH parameters. This budget justification also reports that the New Orleans East Unit is 13% complete (expected completion in 1978), New Orleans West Unit is 0% complete (expected completion in 1978), and Chalmette Unit is 7% complete (expected completion in 1978). | Appendix A. Master Chronology of Project Events (LPV) USACE source: 19700000 |
| River and Harbor Act of 1970 | 1970 | River and Harbor Act of 1970 | P.L. 91-611 84 Stat. 1823 |
| Water Measurements of Coastal Louisiana | 1970 | Louisiana Wild Life and Fisheries Commission, Baton Rouge, LA | Gagliano Reference: 26056 075 |
| MRGO Seabrook Lock DM No. 2 | 1970 | LPV and MRGO, LA; Seabrook Lock, Design Memorandum No. 2, Detailed Design - Draft | MVD-007-000003469 |
| E.O. 11514 – Protection and Enhancement of the Environmental Quality` | 03-07-1970 | Executive Order 11514, "Protection and Enhancement of Environmental Quality"  - must provide report to Council on Environmental Quality by September 1, 1970 | 35 F.R. 4247 |
| MRGO Seabrook Lock DM No. 1 | 04-1970 | LPV and MRGO, LA; Seabrook Lock, Design Memorandum No. 1, General | NPM-027-000000988 AFW-331-000000693 |

| Plan of Survey for Louisiana Coastal Area | 05-1970 | Louisiana Coastal Area Plan of Survey | NPM-020-000001940 |
|---|---|---|---|
| Deterioration and Restoration of Coastal Wetlands | 08-1970 | Deterioration and Restoration of Coastal Wetlands | AIN-027-000002225 |
| Budget justification, FY 1972 | 1971 | This budget justification reports that the New Orleans East Unit is 15% complete (expected completion in 1981), New Orleans West Unit is 0% complete (expected completion in 1978), and Chalmette Unit is 11% complete (expected completion in 1978). | Appendix A. Master Chronology of Project Events (LPV) USACE source: 19710000 |
| Design…Man and the Marsh | 1971 | A.P. Neff; LSU, Department of Landscape Architecture | Gagliano Reference: 26056 075 |
| Final Report on Preliminary Environmental Assessment of the Marsh Area Between Bayou Bienvenue and Bayou Dupre | 1971 | LSU, Center for Wetland Resources | Gagliano Reference: 26056 075 |
| Follow-up Report on the Mississippi River Gulf Outlet Project, Louisiana | 1971 | FWS, Appendix C; and Appendix D – A Study of Estuarine Sportfishes in the Biloxi Marsh Complex, Louisiana by Bennie J. Fontenot, Jr. and Howard E. Rogillio | UDI-001-000000500 Gagliano Reference: 26056 080 |
| LPV Barrier Plan, GDM No.4 Supp No. 4 | 03-1971 | LPV, Barrier Plan, GDM No. 4, Supp No. 4; New Orleans East Back Levees | MVD-007-000003461 NPM-017-000000454 NPM-030-000001541 |
| Funnel Effect | 08-16-1971 | re: funnel effect | AFW-440-000000936 |
| IHNC Remaining Levees - Modifications | 10-1971 | LPV, Lake Pontchartrain Barrier Plan, Modification of Protection, Alignment & Pertinent Design Info; IHNC Remaining Levees | AFW-331-000000265 |
| LPV, DM No. 2, Supp No. 8 | 10-1971 | LPV, Lake Pontchartrain Barrier Plan, DM No. 2-General Design, Supp. No. 8, IHNC Remaining Levees | AFW-341-000001634 |
| MRGO Shoaling Problems | 12-1971 | A Survey of the MRGO Project with Emphasis on Shoaling Problems and Factors Influencing Sediment Distribution | AIN-083-000000830 |
| Centreport U.S.A. . . . A Coexistence of Man, Industry and Nature | 1972 | An Environmental Design Approach for Master Planning Centreport Facilities, New Orleans, Louisiana; Department of Landscape | Gagliano Reference: 26056 075 |
| Corridor Location Study, Interstate Route 410, Boutte-Mississippi River Gulf Outlet Section | 1972 | This Corridor Location Study Report is presented in two parts: Part I – Boutte (U.S. 90) to Ames Boulevard; Part II – Ames Boulevard to Mississippi River Gulf Outlet | Gagliano Reference: 26056 026 |
| Mississippi River-Gulf Outlet New Lock and Connecting Channels: The Official Position of St. Bernard Parish Police Jury | 1972 | R.T. Smith, Andre Neff, and Seymour S. Goodman | Gagliano Reference: 26056 075 |
| Mississippi River-Gulf Outlet, New Lock and Connecting Channels and High Level Highway Bridges: Record of Public Meeting | 1972 | Volume 1: Transcript and Exhibits 1-182; Volume II – Transcripts and Exhibits; U.S. Army Corps of Engineers NOD; Volume 3 – Exhibit 185; | Gagliano Reference: 26056 075 |
| St. Bernard Parish Environmental Baseline Study | 1972 | Coastal Environments, Inc.; Prepared for St. Bernard Parish Police Jury | Gagliano Reference: 26056 029 |
| LPV, DM No. 2, Supp. No. 5B | 06-1972 | LPV, lake Pontchartrain Barrier Plan, DM No. 2-General Design, Supp. No. 5B, New Orleans East Lakefront Levee Paris Road to South Point | NPM-030-000001099, NPM-030-000001434 |
| National Weather Service Issues draft revised SPH criteria | 07-31-1972 | Revised SPH criteria for wind speed, central pressure, and radii are given for the Atlantic and Gulf coasts of the US after Hurricane Camille. The SPH characteristics are later expanded and generalized in NOAA Technical Report NWS 23 released in September 1979. These new characteristics are reported in later project design memoranda but are not used for design purposes. | Appendix A. Master Chronology of Project Events (LPV) USACE source: 19720731 |

| | | | |
|---|---|---|---|
| Seabrook Breakwater – Economic Justification | 08-1972 | Lake Pontchartrain, LA, and Vicinity, Hurricane Protection. Seabrook Breakwater, Economic Justification | AIN-019-000000441 |
| Environmental Baseline Study | 10-1972 | Coastal Environments, Inc.; Prepared for St. Bernard Parish Police Jury | Gagliano Reference: 26056 067 |
| **Environmental Impact Study, Ship Channel Project Report** | **10-1972** | **Coastal Environments, Inc.; Prepared for St. Bernard Parish Police Jury** | **Gagliano Reference: 26056 068**<br>**Kemp Expert Report** |
| MRGO Maintenance – Draft Environmental Statement – Mississippi River-Gulf Outlet, Louisiana (Maintenance) | 10-30-1972 | Draft Environmental Statement; Mississippi River-Gulf Outlet, LA (Maintenance); Associated Water Features Gulf of Mexico, Chandeleur Sound, Breton Sound, Lake Borgne, Lake Pontchartrain, Gulf Intercoastal Waterway; Prepared by: USACE NOD | VRG-079-000000194<br>NED-188-000000136 |
| Federal Water Pollution Control Act Amendments of 1972 | 10-18-1972 | The Federal Water Pollution Control Act, popularly known as the Clean Water Act, is a comprehensive statute aimed at restoring and maintaining the chemical, physical and biological integrity of the nation's waters. Enacted originally in 1948, the Act was amended numerous times until it was reorganized and expanded in 1972. It continues to be amended almost every year.  Important for wildlife protection purposes are the provisions requiring permits to dispose of dredged and fill materials into navigable waters.  Permits are issued by the USACE under guidelines developed by the EPA. What is known as Section 404 permitting applies to many wetlands, which has proven controversial. | P.L. 92-500<br>86 Stat. 816<br>33 U.S.C. 1151, et seq. |
| Preliminary Statement of the Louisiana Wildlife and Fisheries Commission Concerning the Construction of the Proposed Mississippi River-Gulf Outlet New Ship Lock and Connecting Channels | 10-26-1972 | Statement expresses concerns over questions that should be answered in a completed impact statement concerning the effects of this project, discussion outlines some specific problems that should be answered | Day Expert Report |
| CZMA Enacted<br>CZMA Senate Hearings | 10-27-1972 | Louisiana Coastal Zone Management Act enacted. Section 307 of CZMA of 1972, 16 U.S.C. 1451, et seq., requires that "each Federal agency conducting or supporting activities directly affecting the coastal zone shall conduct or support those activities in a manner which is, to the maximum extent practicable, consistent with approved state management programs."<br>Excerpts from Senate Hearings:<br>p. 127: Mr. Train – If State plan prohibited development/dredging in wetlands that Corps wants to do, Corps would be prohibited under this Act for moving ahead<br>p. 129: Mr. Train – In a similar question of construction under NEPA, Federal actions significantly affecting the environment<br>p. 130: Mr. Train – We do require that all Federal actions within the State be consistent with the State land use plan | PL 92-583 Sec. 301<br>16 U.S.C. 1451, et seq.<br>NOP-019-000000095 |
| MRGO New Lock and Connecting Channels Public Meeting | 11-1972 | MRGO New Lock and Connecting Channels Public Meeting | AFW-430-000000281 |
| Department of the Army Digest of Water Resources Policies and Activities | 12-28-1972 | Civil Works Office of the Chief of Engineers; Engineering Pamphlet EP 1165-2-1 | AFW-180-000002249 |
| **Report No. 8 Controlled Diversion in the Mississippi Delta System: An Approach to Environmental Management** | **1973** | **Gagliano, S.W., et al. 1973. Hydrologic and geologic studies of coastal Louisiana.  USACE NOD; Plaquemines Parish Mosquito Control District – Working Draft dated 01-1981** | **AIN-027-000002241**<br>**Kemp Expert Report** |
| Review and Analysis, MRGO; 1941-1973 | 1973 | Andre Neff; St. Bernard Planning Commission | Gagliano Reference: 26056 075 |
| MRGO, Michoud Canal DM No. 1 General Design Draft GDM | 1973 | MRGO, Michoud Canal, LA, Design Memorandum No. 1-General Design Draft GDM | IPET Website<br>MVD-007-000003472 |
| **The Impact of the Mississippi River-Gulf Outlet on Hurricane** | **1973** | **S.A. Hsu, Oceanographic Meteorologist, Professor, Louisiana State University** | **Kemp Expert Report** |

| Floods of St. Bernard Parish and New Orleans Metropolitan Area | | | |
|---|---|---|---|
| **Apparent Funneling Effects of Citrus and Chalmette Hurricane Protection Levees** | **1973** | **Memorandum for Record by P.A. Becnel, Jr., Chief of Hydraulics and Hydrologic Branch, NOD** | **Kemp Expert Report** |
| MRGO DM No. 4, New Ship Lock - Relocations | 01-1973 | MRGO, LA Design Memorandum No. 4, New Ship Lock - Relocations | MVD-007-000003472 |
| LPV, DM No. 2, Supp. No. 9 | 01-1973 | LPV, Lake Pontchartrain Barrier Plan DM No. 2, General Design Supp. No. 9, New Orleans East Levee South Point to GIWW | NPM-030-000000886 |
| Investigations for Construction of Lock at IHNC Sites | 05-1973 | MRGO New Ship Lock Investigations for Construction of Lock at Inner Harbor Navigation Canal Sites, Appendix A | AFW-130-000000002 |
| Final Environmental Statement - New Orleans Loop (Boutte to Mississippi River Gulf Outlet Canal) | 05-01-1973 | St. Charles, Jefferson, Plaquemines, Orleans and St. Bernard Parishes, LA; Interstate I-410 | Gagliano Reference: 26056 021 26056 022 |
| Sea level datum of 1929 renamed NGVD | 05-07-1973 | Since the 1929 datum was based on average sea level at 26 tide stations, it did not necessarily reflect local mean sea level at any location. A In order to avoid confusion and the costly errors that may result through a failure to consider local sea level when engineering projects are undertaken, it is proposed to change the present name of this vertical control datum from Sea level Datum of 1929 to National Geodetic Vertical Datum of 1929. | Appendix A. Master Chronology of Project Events (LPV) USACE source: Referenced in: 19730507 |
| Permits and Activities in Navigable Waters or Ocean Waters | 05-10-1973 | ER 1145-2-303, "Permits for Activities in Navigable Waters or Ocean Waters" | 33 CFR Part 209, 120 38 F.R. 12217 |
| MRGO Michoud Canal DM No. 1, General Design | 07-1973 | IHNC, Jefferson Parish, Orleans Parish; Michoud Canal | IPET website MVD-007-000003472 |
| Statement for St. Bernard Parish Police Jury by Sherwood Gagliano at Rivergate Public Meeting | 08-30-1973 | Statement for St. Bernard Parish Police Jury by Sherwood M. Gagliano, Environmental Consultant of Coastal Environments, Inc. On the Occasion of the Rivergate Public Meeting Held by the U.S. Army Corps of Engineers to Study Findings to Date of Deep Draft Access to the Ports of Baton Rouge and New Orleans, LA | Gagliano Reference: 26056 007 |
| Council on Environmental Quality Guidelines – Preparation of EIS | 08-01-1973 | Council on Environmental Quality Guidelines, "Preparation of Environmental Impact Statements" | 38 F.R. 20550 |
| Reservations of St. Bernard Parish Planning Commission regarding the Development of Locks or Canals at the lower site in St. Bernard Parish | 08-19-1973 | Letter from J. Burton Angelle, Director, St. Bernard Planning Commission to Colonel Richard L. Hunt, District Engineer, USACE | Day Expert Report |
| "Enlarged River Channel is Urged" | 08-31-1973 | Newspaper Article by Cornelia Carrier – Times-Picayune | Gagliano Deposition Exhibit 5.6.43 |
| MRGO New Ship Lock DM No. 3, General -Part II | 09-1973 | IHNC, Jefferson Parish, Orleans Parish; New Ship Lock; Design Memorandum No. 3 General - Part II | MVD-007-000003472 |
| Executive Order No. 11738 | 09-10-1973 | Providing for administration of the Clean Air Act and Federal Water Pollution Control Act with respect to Federal contracts, grants or loans . . . Federal agencies that procure/grant contracts "shall undertake such . . . activities in a manner that will result in effective enforcement of CAA & FWPCA | 38 F.R. 25161 |
| Canals, Dredging and Land Reclamation in the Louisiana Coastal Zone | 10-1973 | Hydrologic & Geologic Studies of Coastal Louisiana, Report No. 14, Center for Wetland Resources, LSU; Prepared for: U.S. Army Corps of Engineers NOD | Gagliano Reference: 26056 075 |
| Environmental Considerations of an Expanded MRGO | 10-1973 | Environmental Considerations of an Expanded Mississippi River - Gulf Outlet dated October 1973; Coastal Environments, Inc.  Reports several | NED-111-000001104 Gagliano Reference: |

| | | | |
|---|---|---|---|
| | | observations regarding the deleterious effects of the MRGO on the environment. Includes Appendix assessing 1966 Bretschneider/Collins Study regarding the effects of the MRGO on storm surge propagation | 26056 075 |
| Answers submitted by the Corps of Engineers to five questions relative to the construction, operation and effect of LPV | 12-10-1973 | Memorandum to Richard M. Troy, Assistant Attorney General, and Michael A. Duplantier, Special Counsel from Johnnie W. Tarver, Biologist III, Division of Oysters, Water Bottoms and Seafoods, Louisiana Wildlife and Fisheries Commission | Day Expert Report |
| Flood Disaster Protection Act of 1973 | 12-31-1973 | The Flood Disaster Protection Act of 1973 | P.L. 93-234 87 Stat. 975, later amended and included in 42 U.S.C. 4001, *et seq.* |
| Agreement of Local Cooperation | 01-1974 | Agreement of Local Cooperation - Board of Commissioners, Port of New Orleans | IPET website |
| Final EIS for Segment of New Levee along Southern Shore of MRGO (Miles 60 and 47) | 08-1974 | The Final Environmental Impact Statement, Lake Pontchartrain, Louisiana, and Vicinity Hurricane Protection Project, August 1974, prepared by the CEMVN described a hurricane protection plan for the Chalmette area of St. Bernard Parish. The plan provided for the construction of a new levee with a segment along the southern shore of the MRGO between approximate miles 60 and 47, with riprap placed along the shoreline of the levee segment to provide protection against wave-wash erosion | NOP-019-000001008 VRG-038-000000374 |
| A Study of Operation and Maintenance of Navigation Channels | 09-1974 | IHNC, Jefferson Parish, Orleans Parish, A Study of Operation and Maintenance of Navigation Channels, Appendix, Preliminary Draft, Stanley Consultants Inc | MVD-007-000003472 |
| 404 Public Notice issued for Chalmette Extension Borrow Area | 11-24-1974 | "The Chalmette Ext. Levee is covered under the LPV 404 Public Notice dated 11-24-1974 and approved by letter from EPA on 10-01-1975. The borrow area is not covered." | PET-011-000000774 |
| MRGO New Lock and Connecting Channels – Site Plan Finding and Recommendations | 12-1974 | MRGO New Lock and Connecting Channels New Orleans District Engineer's Site Plan Finding and Recommendations | AFW-392-000000517 |
| MRGO New Lock And Connecting Channel report to compute Fish and Wildlife Losses | 1975 | MRGO New Lock and Connecting Channels Quantities to use for Real Estate for Comparative Analysis of 14 Schemes, inc. Fish and Wildlife Losses | AFW-180-000001004 |
| Comments on Ship/Barge Lock Feature of the Mississippi River – Gulf Outlet Project | 01-07-1975 | Comment to Harry Schafer, Chief, Oysters, Water Bottoms and Seafoods Division from Ronald J. Dugas, Biologist III, Louisiana Wild Life and Fisheries Commission | Day Expert Report |
| Statement of the Louisiana Wild Life and Fisheries Commission – LPV | 02-22-1975 | Public Meeting | Day Expert Report |
| MRGO New Lock and Connecting Channels –Site Selection Report | 03-1975 | IHNC, Jefferson Parish, Orleans Parish; MRGO - New Lock and Connecting Channels; Site Selection Report. This plan considers construction of a levee closing the confluence of MRGO and GIWW between Bayou Bienvenue and Bayou Dupre (this plan is included in LPV DM No. 2 "Citrus Back Levee" Appendix A, dated 08-1967) | MVD-007-000003472 |
| Act of Assurance | 03-1975 | Act of Assurance by the Board of Commissioners, Port of New Orleans | IPET website |
| Inquiry regarding the feasibility of construction of a levee closing confluence of MRGO and GIWW | 03-07-1975 | Letter to Colonel Heiberg, Commander, NOD from the Chairman of the Hurricane Protection Committee, Regional Planning Commission inquires about the feasibility of construction of a levee closing the confluence of MRGO and GIWW between Chef Menteur and a location between Bayous Bienvenue and Dupre. | On File. |
| Reply to Inquiry regarding the feasibility of construction of a levee closing the confluence of the MRGO and GIWW | 04-21-1975 | Letter from Colonel Heiberg, Commander NOD to the Chairman of the Hurricane Protection Committee stating that authorization is needed to implement construction of a levee closing the confluence of the MRGO and GIWW between Chef Menteur and a location between Bayous | NED-125-000000994 |

| | | Bienvenue and Dupre | |
|---|---|---|---|
| LPV & MRGO Appropriations Hearing | 05-1975 | FY 1976 Appropriations Hearing Rebuttal Testimony, 2nd Set | AFW-321-000000387 |
| Response to Letter from Colonel Heiberg to St. Bernard Planning Commission | 07-01-1975 | Correspondence from J. Burton Angelle, Director, St. Bernard Planning Commission responding to letter received 05-22-1975 from Colonel E.R. Heiberg, USACE. "An excellent example of the Corps speculation concerning an environmental issue is the Mississippi River Gulf Outlet." | Day Expert Report |
| Warning System for Bayous Bienvenue and Dupre Structures | 08-1975 | Warning System for Navigation at the Bayou Bienvenue and Bayou Dupre Structures | NED-207-000000353 |
| Proposed Schedule for New Shiplock | 09-1975 | Proposed Schedule-MRGO New Shiplock Project Fact Sheet | NED-146-000002213 |
| Corps wide Conference on Computer Aided Design in Structural Engineering | 09-1975 | Corps' Wide Conference on Computer Aided Design in Structural Engineering-Volume VIII-Foundations and Sheet Pile Cells | AFW-130-000000310 |
| EPA, Navigable Waters, Discharge of Dredged or Fill Material | 09-05-1975 | Federal Register: Part II: EPA, Navigable Waters, Discharge of Dredged or Fill Material, Title 40 – Protection of the Environment; Ch: 1 EPA Part 230 – Navigable Waters | 40 CFR Part 230 |
| Letter from EPA to USACE re: Dredging | 10-1975 | Letter from EPA to Colonel Rush re: Dredging in LPV | PET-009-000001699 |
| SOWL v. Early Rush – Complaint of Plaintiff | 1976 | Save Our Wetlands v. Early Rush – Complaint of Plaintiff | AFW-311-000000387 |
| SOWL v. Early Rush - Motion Compelling Answers | 1976 | Save Our Wetlands v. Early Rush- Motion Compelling Answers | NED-131-000000024 |
| SOWL v. Early Rush – Answers to Interrogatories | 1976 | Save Our Wetlands v. Early Rush-Answers to Interrogatories | AFW-311-000000470 |
| Draft Environmental Statement for O&M work | 1976 | Composite Draft Environmental Statement for O & M Work on 3 Navigation Channels in the Lake Borgne Vicinity, LA | VRG-038-000000001 |
| "Why Bottle Up Lake Pontchartrain?" | 02-1976 | Why Bottle Up Lake Pontchartrain?-Argument against Barrier System Written by Representative Scogin | NED-125-000000736 |
| **Final Composite Environmental Statement for Operation and Maintenance Work on Three Navigation Projects in The Lake Borgne Vicinity Louisiana** | **03-1976** | **The Mississippi River – Gulf Outlet (MRGO), Bayous La Loutre, St. Malo, and Yscloskey, Bayou Dupre; Final Environmental Statement; U.S. Army Engineer District, New Orleans, LA** | **MVD-007-00003461 at 3522 Gagliano Reference: 26056 044 Kemp Expert Report** |
| LPV DM No. 2, Supp. No. 5A | 05-1976 | LPV, Lake Pontchartrain Barrier Plan DM No. 2- General Design, Supp. No. 5A, Citrus Lakefront Levee IHNC to Paris Road | NPM-030-000000600 |
| LPV – Interview of Colonel Rush | 07-1976 | WVUE(8) Interview of Colonel Early Rush re: the LPV | NED-128-000000201 |
| Report to the Congress by the Comptroller General of the U.S. – Cost, Schedule, and Performance Problems of the LPV | 08-31-1976 | The cost of the LPV Hurricane Protection Project has quadrupled since 1965 primarily because of inflation. Scheduled completion has been delayed 13 years. In addition, project objectives may not be attained if key elements are not completed as planned. | U.S. GAO Library System stamped 09-01-1976 |
| Coastal Problems in St. Bernard | 11-1976 | Statement of Dr. Sherwood Gagliano re: Coastal Problems in St. Bernard | MRGO-002628 |
| Federal Water Pollution Control Act Amendments (Clean Water Act) 1977 | 1977 | The 1977 Amendments: Established the basic structure for regulating pollutants discharges into the waters of the United States; Gave EPA the authority to implement pollution control programs such as setting wastewater standards for industry; Maintaining existing requirements to set water quality standards for all contaminants in surface waters; Made it unlawful for any person to discharge any pollutant from a point source into navigable waters, unless a permit was obtained under its provisions; Funded the construction of sewage treatment plants under the | http://www.epa.gov/history/topics/cwa101.htm |

| | | construction grants program; Recognized the need for planning to address the critical problems posed by nonpoint source pollution. | |
|---|---|---|---|
| MRGO New Ship Lock and Connecting Channels Public Meeting | 03-1977 | Agenda-Public Meeting on MRGO New Ship Lock and Connecting Channels Project | AIN-179-000001467 |
| LPV-Hurricanes Briefing | 04-1977 | Briefing for Congressman Richard A. Tonry | NED-128-000000283 |
| Executive Order No. 11988 – Floodplain Management | 05-24-1977 | Agencies engaging in "an action to be located in a floodplain" must "minimize potential harm to or within the floodplain"  -- agencies must revise regs/procedures, "and shall UPDATE such procedures as necessary" NOTE: Applies to all post 1977 works | 42 F.R. 26951 |
| Executive Order No. 11990 – Protection of Wetlands | 05-24-1977 | New construction not be undertaken in wetlands without head of agency finding no practicable alternative; must be public review of plans/proposals for "new construction" in wetlands, *Cf.* E.O. No. 11514 – requests for new money sent to OMB must indicate whether "proposed action is in accord with the Order".  "New construction" includes dredging etc . . . "begun or authorized after the effective date of this order." | 42 F.R. 26961 |
| SOWL v. Early Rush | 06-1977 | Save Our Wetlands, Inc. v. Early Rush | NED-125-000000272 |
| Miss. & LA Estuarine Areas Preliminary Plan of Study | 08-1977 | Mississippi and Louisiana Estuarine Areas Study-Preliminary Plan of Study | AIN-027- 000002304 |
| MRGO Effects Correspondence | 09-1977 | Letter from Early Rush to Luke Fontana re: effects of MRGO | NED-051-000000166 |
| Rights of Way-MRGO Levees | 09-1977 | Letters between Pepper and Associates & Frederic Chatry re: rights of way for MRGO Levees | AIN-100-000001569 |
| Foreshore Protection GDM No. 2 Supp No. 4 | 10-07-1977 | Required Letter Report to the Mississippi River Gulf Outlet, LA, General Design Memorandum No. 2, Supplement No. 4, Foreshore Protection | PET-011-000001106 |
| Dredged Disposal Study of Mississippi Sound | 10-19-1977 | Memorandum of Meeting: Mississippi Sound and Adjacent Areas, Mississippi and Alabama; Subject: Initial Meeting with concerned state and Federal agencies to discuss dredged disposal study of Mississippi Sound | AIN-027-000002373 |
| Q & A on LPV | 11-1977 | Questions and Answers LPVHPP | NED-128-000000154 |
| Erosion in Miss. & LA Estuarine Areas | 12-1977 | Mississippi and Louisiana Estuarine Areas | AIN-027-000002422 |
| WES Implicit Flood Model used for surge modeling | 1978 - 1980 | The Waterways Experiment Station (WES) Implicit Flood Model (WIFM) computer model is developed by WES and applied to estimate SPH surges for the barrier complexes. An analytical byproduct of that effort indicates that the 1962 era surge estimates may have been too low along the Chalmette Unit, the Citrus Back Levee, and the IHNC and GIWW | Appendix A. Master Chronology of Project Events (LPV) USACE source: 19780000 |
| Hearing Before the Subcommittee on Water Resources – House of Representatives – Hurricane Protection Plan for LPV | 01-05-1978 | Hearing before the Subcommittee on Water Resources of the Committee on Public Works and Transportation House of Representatives, 95th Congress, 2d Session | P.L. 95-45 |
| Budget justification, FY 1979 for LPV | 01-23-1978 | This justification sheet continues to argue that storms more severe than hurricanes of record are possible, and that barrier plan will protect against such storms. Notes the need to move forward with the Seabrook lock for storm protection as well as navigation and environmental reasons. | Appendix A. Master Chronology of Project Events (LPV) USACE source: 19780123 |
| MRGO New Ship Lock Memo on Meeting to be held | 02-15-1978 | Corps Memo regarding a Meeting to be held on the MRGO New Ship Lock | AIN-179-000001308 |
| Hurricane Barrier Meeting | 03-1978 | Minutes of the Meeting of Hurricane Barrier Committee | NED-128-000000171 |

| | | | |
|---|---|---|---|
| District Chief of Engineering comments on the SPH | 04-04-1978 | In a letter to David Pierce, the District Chief of Engineering provides and explanation of the SPH as the design hurricane, why it chosen, and what it means. He states, The use of this hurricane (SPH) for design purposes, when hazard to human life inheres in a failure of the protective system, is standard with the US Army Corps of Engineers. | Appendix A. Master Chronology of Project Events (LPV) USACE source: 19780404 |
| Update – MRGO DM No. 2, Supp No. 4 | 04-18-1978 | Update to MRGO Design Memorandum No. 2, Supplement No. 4 – Discusses foreshore protection for the north bank of the MRGO along Reach 1. | AFW-341-000001114 NPM-024-000000023 IPET website |
| Proposal to Complete LPV Without Barrier Plan | 06-1978 | A Proposal to Complete the LPV Project Without the Barriers | NED-128-000000171 |
| Dredging and Spoil Placement | 07-18-1978 | Letter from Gagnon to Nettles re: dredging spoil placement | PET-011-000001035 |
| Bulkhead at north and south shores of MRGO | 08-07-1978 | Letter from Nettles to Despeaux re: resolution adopted by St. Bernard requesting USACE bulkhead north and south shores of MRGO | PET-011-000001035 |
| Headquarters issues engineer technical letter on NGVD | 10-31-1978 | Engineer Technical Letter No. 1110-1-97 informs staff of the change in name of the Sea Level Datum of 1929 to the National Geodetic Vertical Datum (NGVD). | Appendix A. Master Chronology of Project Events (LPV) USACE source: 19781031 |
| MRGO - Seabrook Lock – DM No. 12, Revised | 12-1978 | LPV and MRGO - Seabrook Lock, Sources of Construction Materials Design Memorandum No. 12 Revised | NPM-027-000000606 |
| "Col. Haar Pinpoints Work on Gulf Outlet" | 01-27-1979 | Times-Picayune Article: Col. Haar Pinpoints Work on Gulf Outlet | PET-011-000001035 |
| Division forwards engineering technical letter on NGVD to the District | 02-09-1979 | The ETL on datum name change is forwarded by the Division to the four districts in its jurisdiction, including the New Orleans District. | Appendix A. Master Chronology of Project Events (LPV) USACE source: 19790209 |
| Bank Erosion Problems along MRGO – Meeting Requested | 02-20-1979 | Letter from Colonel Harr to Sands re: requesting a meeting to discuss bank erosion problems along MRGO | PET-011-000001035 |
| Contributions of the Marine Research Laboratory – 1977 | 05-1979 | Louisiana Department of Wildlife and Fisheries; Marine Research Laboratory; Technical Bulletin No. 28 | Gagliano Reference: 26056 034 |
| **Summary Technical Report on MRGO Impacts** | **05-31-1979** | **Kerlin, C.W. (1979) U.S. Dept. of the Interior, Fish and Wildlife Service, Summary Technical Report on MRGO Impacts, in a letter to Jack A. Stephens, Directory Secretary, St. Bernard Planning Commission.** | **UDI-001-000000001 Day Expert Report Gagliano Reference - 26056 001 Kemp Expert Report** |
| Cultural Resources Survey of the Mississippi River-Gulf Outlet, Orleans and St. Bernard Parishes | 08-1979 | Performed under contract with the U.S. Army Corps of Engineers, NOD by Diane E. Wiseman, Richard A. Weinstein, Kathleen G. McCloskey; Coastal Environments, Inc. | Gagliano Reference: 26056 033 |
| National Weather Service Report 23 provides revised SPH and PMH parameters | 09-1979 | Meteorological Criteria for SPH and PMH Wind fields, Gulf and East Coasts of the United States/ Major new analysis of storm events. Continues enveloping methodology and leaves out major storm events from SPH. Events such as Camille are not included within the SPH envelope. SPH cpi for New Orleans area are lowered to 27.35 from 27.6 as in 1962 document. No changes in wind speed estimates for SPH. However PMH calculations for wind speed and cpi were changed dramatically, e.g. 26.2 v 26.9. The PMH was affected by the inclusion of Camille data. There appears to be a divergence between the SPH and PMH when 1959 and 1979 results are compared. | Appendix A. Master Chronology of Project Events (LPV) USACE source: 19790900 |
| MRGO New Lock and Connecting Channels | 11-1979 | Conceptual Design, Inner Harbor Ship Lock Replacement Industrial Canal, New Orleans, LA | NPM-031-000000345 |
| Environmental Analysis of Lake Pontchartrain, Louisiana, Its Surrounding Wetlands, and | 1980 | Volume 1 & 2; LSU, Coastal Ecology Laboratory, Center for Wetland Resources; Prepared for: U.S. Army Corps of Engineers, Contract No. 29-77-C-0253, James H. Stone | Gagliano Reference: 26056 075 |

| Selected Land Uses | | | |
|---|---|---|---|
| Protection of Cypress Trees – E.O. 1980-3 | 1980 | Protection of Cypress Trees – Executive Order 1980-3 | E.O. 1980-3 |
| Progress of Placement of Rip-rap along South Shore of MRGO | 02-04-1980 | Letter from Stephens to Sands; re: progress of placement of rip-rap along south shore of MRGO | PET-011-000001035 |
| Foreshore Protection | 03-25-1980 | Letter from Sands to Stephens re: foreshore protection | PET-011-000001035 |
| Mississippi Deltaic Plain Region Ecological Characterization: a Habitat Making Study | 05-1980 | Biological Services Program; A User's Guide to the Habitat Maps; by Karen M. Wicker, Coastal Environments, Inc.; James B. Johnston and Martha Young; Project Officers, National Coastal Ecosystems Team, U.S. Fish and Wildlife Service, Robert M. Rogers, Contracting Officer's Authorized Representative, Bureau of Land Management; This Study was co-sponsored by Bureau of Land Management, U.S. Department of the Interior; Prepared for National Coastal Ecosystems Team, U.S. DOI | AIN-029-000001681 |
| LPV, Barrier Plan & Chalmette Area Plan, GDM No. 4, Florida Avenue Complex, IHNC | 06-1980 | LPV, Lake Pontchartrain Barrier Plan and Chalmette Area Plan, Design Memorandum No. 4, General Design, Florida Avenue Complex, IHNC | NPM-025-000000675 |
| MRGO Foreshore Protection | 06-04-1980 | Map of proposed MRGO foreshore protection plan as it fits in with the rest of NOLA area levee system. | AIN-108-000001879 |
| LPV & MRGO Seabrook Lock DM No. 2, Detailed Design – volume 1 of 2 | 07-1980 | Lake Pontchartrain, LA and Vicinity and Mississippi River Gulf Outlet, LA - Seabrook Lock – Design Memorandum No. 2, Detailed Design – Volume 1 of 2; Contains information on the MR-GO/Shiplock Project, survey in 1979; Hydrology and Hydraulic Analysis, including Chalmette Extension at 874; drawings at 877; MR-GO structural design scheme at 933; Index to Various drawings regarding design of Seabrook lock at 1047. | NPM-022-000000860 |
| "Officials Fear Crash Spilled Deadly Dioxin" | 07-26-1980 | Newspaper Article by Woody Baird, Times-Picayune chemical tank was spilled in the MRGO at Shell Beach | Gagliano Reference: 26056 047 |
| "Rig Set Up to Recover Chemicals" | 08-01-1980 | Newspaper Article by Woody Baird, Times-Picayune | Gagliano Reference: 26056 048 |
| "More Areas Closed by Spill" | 08-04-1980 | Newspaper Article in the Morning Advocate | Gagliano Reference: 26056 049 |
| "Outlet Spill Shift Closes Wider Area" | 08-04-1980 | Newspaper Article by Jua Nyla Hutcheson – Times-Picayune | Gagliano Reference: 26056 051 |
| Bayou Dupre Control Structure – 1980 Scour Repair | 08-29-1980 | Bid Solicitation Specifications for MRGO Bayou Dupre Control Structure 1980 Scour Repair in St. Bernard Parish | NED-201-000000486 |
| Update – MRGO DM No. 2, Supp No. 4 | 08-29-1980 | Update to MRGO Design Memorandum No. 2, Supplement No. 4 – discusses foreshore protection for the south bank of the MRGO along Reach 2. Completion is scheduled for November 1984, or November 1985, depending on the proposed alternatives. | AIN-108-000001996 |
| Environmental Assessment of Water Control Structures for Flood Control, Forty Arpent Canal – Violet to Verret, St. Bernard Parish, LA | 09-1980 | By: David W. Roberts, Coastal Environments, Inc. | Gagliano Reference: 26056 041 |
| Synopsis of Marsh Management Plans | 10-1980 | Central Wetlands Unit, St. Bernard Parish | Gagliano Reference: 26056 042 |
| "Salt Water Intrudes on Life in Marshlands" | 11-23-1980 | Newspaper Article by Laurie Hays, Times-Picayune | Gagliano Reference: 26056 046 |
| EPA, Guidelines for Specifications of Dredged Sites for Dredged Material or Fill Material | 12-24-1980 | Federal Register, Part IV: EPA, Guidelines for Specifications of Dredged Sites for Dredged Material or Fill Material | 40 CFR Part 230 |

| | | | |
|---|---|---|---|
| Working Draft: Management Plan for the Breton Sound Estuary | 01-1981 | Plaquemines Parish Mosquito Control District Working Draft: Management Plan for the Breton Sound Estuary; Report by the Plaquemines Parish Commission Council | AIN-027-000002241 |
| Loss Rates and Freshwater Diversion in Lake Borgne Area | 01-26-1981 | Memo For File; Subject: Freshwater Diversion Studies - La. Coastal Area, Miss. & La. Estuarine Areas, and Miss. Delta Region Project; re: Wetland loss; Transcript of a meeting held on 01-26-81. Includes discussion on loss rates and freshwater diversion in the Lake Pontchartrain and Lake Borgne areas. | AIN-027-000002219 |
| Foreshore Protection Plans and Alternatives | 01-29-1981 | Brief review of history of MRGO and 2 proposed foreshore protection plan alternatives. Also, test results which led to these suggestions. Includes cost projections itemized for various construction materials; suggestions for further testing; and maps and cross-sections of the proposals. | AIN-108-000001795 at 1799 |
| "Something Went Wrong" | 02-25-1981 | Newspaper Article by Bob Anderson – The Advocate "This St. Bernard marsh was once a healthy cypress swamp." | Gagliano Reference: 26056 065 |
| "Dying Marshes Endanger Fishing" | 02-25-1981 | Newspaper Article by Bob Anderson – The Advocate | Gagliano Reference: 26056 042 |
| MRGO Barge Locks Cost Estimates | 03-1981 | Includes handwritten "executive summary" notes; engineers' drawings; and detailed estimates for the lower Violet Site. | NPM-027-000001923 |
| MR-GO, GDM No. 2, Supp No. 4, Foreshore Protection, South Bank | 03-16-1981 | Mississippi River - Gulf Outlet, Louisiana, General Design Memorandum No. 2, supplement No. 4, Foreshore Protection; Appendix 2; LMVD Response of 16 March 1981 to NOD Concerning MR-GO South Bank Foreshore Protection and Related Correspondence; regarding General Design Memorandum No. 2, Supplement No. 4, Foreshore Protection | PET-011-000000805 PET-011-000000906 |
| MRGO Foreshore Protection Test Section Meeting | 05-20-1981 | MRGO Foreshore Dike Protection Test Section; Memo to file, Summary of meeting; response to LMVD comments on MR-GO foreshore protection | PET-011-000000777 |
| Development of Test Section Alternatives for MRGO, LA South Bank Foreshore Protection | 06-1981 | "Traffic using the MR-GO has produced wave erosion along the edges of the waterway. In particular, erosion has occurred along the MR-GO south bank. Continuation of such erosion would undermine a hurricane protection levee previously constructed by the NOD, which parallels the MR-GO south bank over much of its length... Preliminary review of the NOD test section designs indicated potential problems with bearing stability of the proposed sections on the extremely soft MR-GO bank foundation materials and, also, potential problems with field constructability of the designs were suspected...use of engineering fabric (filter cloth) had been suggested as a possible mechanism for providing increased bearing support and equipment mobility during test section construction, and some of the NOD-proposed test sections included such fabric... According to the current geotechnical engineering state-of-the-art in soft ground construction, NOD-proposed dike test sections for the MR-GO south bank foreshore protection system were found inadequate in bearing. Also, the riprap (stone) sections were found to be inefficiently designed, according to the current engineering fabric state-of-the-art, with respect to use of fabric for filtration/drainage under wave protection riprap...Using the current state-of-the-art in engineering fabric-reinforced design of embankments on extremely soft foundation, HA pre-pared four design alternatives that, if constructed using indicated engineering fabrics and following recommended construction procedures, have positive assurance of constructability and structural stability." | PET-011-000000852 |
| 404 Evaluation of MRGO Foreshore Protection, LA<br><br>Input to 404 Evaluation of MRGO Foreshore Protection, LA | 06-24-1981 | USACE letters, Project Manager Input to 404 Evaluation Information Categories, and Input to 404 Evaluations MR-GO Foreshore Protection, LA;<br>(h) Within 10 years the MRGO bank will have eroded past the MRGO R/W line (over 200 feet) and will threaten the stability of the hurricane levee. | PET-011-000000761<br><br>PET-011-000000764 |

| | | | |
|---|---|---|---|
| Statement of Justification: Construction General – FY 82: LPVHPP | 08-06-1981 | *authorization for the study, summaries the financial data, describes the study area and nature of problem, alternatives being considered, and then lists the issues identified in coordination of the Project EIS. Letter accompanying Report on Foreshore protection test sections; Dr. Fowler is the point-of-contact; also comments on report | NED-132-000002185 to 2194  PET-011-000000746 |
| Internal Division note on subsidence | 11-30-1981 | Identifies factors that influence subsidence in coastal LA and settlement of benchmarks. Suggest that these factors be included in any ongoing studies of coastal LA which address the present or projected future amount or condition of coastal resources affected by subsidence. | Appendix A. Master Chronology of Project Events (LPV) USACE source: 19811130 |
| Filter Fabric Foreshore Protection Test Sections | 12-18-1981 01-05-1982 | Comments by Halliburton Associates (addressed to Dr. Fowler) 12-18-1981 re: upcoming tests for south bank foreshore MRGO protection. Draws attention to problems stemming from soft soil (at 1976). "Further, it should be noted that the critical forces causing soil shear failure will not be provided by the wave protection materials, but will be generated during the unbalanced excavation procedures proposed for the NOD alternatives. Failure will be observed as a general heaving and upthrust in the bottom of cut sections, with associated lateral slumping and subsidence of in situ materials adjacent to the cut, and may be incorrectly classified by field inspection personnel as a slope stability failure." Includes correspondence from NOD regarding same issues. Includes a list of companies and principals from whom to obtain price quotes. | AIN-108-000001974  PET-011-000000737 |
| Development of Test Section Alternatives for MRGO South Bank Foreshore Protection | 01-05-1982 | Various letter w/ different dates all in 81-82; Subject: Development of Test Section Alternatives for MRGO, La, South Bank Foreshore Protection | PET-011-000000732 |
| MRGO Foreshore Protection Alternatives and Test Results | 02-03-1982 | Contains two proposed foreshore protection plan alternatives and test results which led to the suggestions.  Also, cost projections itemized for various construction materials; suggestions for further testing; and includes maps and cross-sections of the proposals | AIN-108-000001795 |
| MRGO Foreshore Protection Test Reach –Meeting | 03-04-1982 | Summary of Meeting held on referenced date re: Review of existing conditions and establishing design criteria to be used in P&S preparation for the MRGO Foreshore Protection Test Reach and list of those in attendance | PET-011-000000726 |
| Mississippi River-Gulf Outlet, Ship Lock and Connecting Channels Study | 03-19-1982 | A Planning-Aid Report on the Ship Lock and Connecting Channels Feature submitted to NOD USACE NOLA; Prepared by: Gerald W. Bodin, Fish and Wildlife Biologist; Under the Supervision of David W. Fruge, Acting Field Supervisor; U.S. Fish and Wildlife Service, Division of Ecological Services; Lafayette, LA, Field Office | Gagliano Reference: 26056 004 |
| MRGO New Lock and Connecting Channels Draft Evaluation Report – Volume 2 | 04-1982 | DRAFT – Volume 2, MRGO Evaluation Report; Technical Appendices A-C (355 page report) | NPM-020-000001328 |
| MRGO New Lock & Connecting Channels Volume 3 | 04-1982 | MRGO New Lock and Connecting Channels – Volume 3, Appendix A, B, & C; Planning-Aid Report on the Ship Lock and Connecting Channels Feature | NPM-016-000001095 |
| Recommendations for Freshwater Diversion to Louisiana Estuaries East of the Mississippi River | 06-1982 | Prepared by Coastal Environments, Inc.; This study was funded by: Office of Coastal Zone Management, NOAA, Department of Commerce; Prepared for: Coastal Management Section, Louisiana DNR | Gagliano Reference: 26056 043 |
| Environmental & Water Quality Operational Studies – Environmental Features for Flood-Control Channels | 07-1982 | Technical Report E-82-7 by Douglas Shields, Jr.; Environmental Laboratory, U.S. Army Engineer Waterways Experiment Station; July 1982, Final Report | AIN-029-000001783 |
| Report by GAO to Secretary of the Army: Improved Planning Needed by the Corps of Engineers to Resolve Environmental, Technical and Financial Issues on the LVP | 08-17-1982 | The Corps of Engineers has not resolved environmental, technical, and financial issues associated with the LVP project. Although the Corps considers this project a high priority, its progress has not kept pace with earlier completed plans. Also, estimated project costs have grown from about $85 million to $924 million. GAO recommends that the Secretary of the Army require the Chief of Engineers to take specific steps to | GAO/MASAD 82-39 |

| | | resolve the issues associated with this major project. | |
|---|---|---|---|
| MRGO New Lock and Connecting Channels Final Report | 08-09-1982 | DF with comments on subject report – Report is marked as final form subject to comments | AIN-046-000002206 |
| Data for Testifying Officers on FY1984, Civil Works Budget MRGO | 09-15-1982 | MRGO Q & A; Detailed Project Schedule and Financial Information "Construction of the MRGO Project exposed levees and their foreshore along both banks of the navigation canal in the City of New Orleans to damages from waves generated by seagoing vessels utilizing the waterway. The navigation project should have included adequate protection for these levees and their foreshore. The new levees in the LPV located adjacent to the MRGO Ship Channel will also require protection. The cost of this work has been deleted from the LPV and added to the MRGO Project." | AIN-046-000000833 |
| Problems for local residents near Bayou Yscloskey | 09-20-1982 | Letter from consulting engineering firm – surge caused by ships traveling even at low speeds in MRGO – some form of erosion protection needs to be installed to deal with the problem | NED-207-000000244 |
| MRGO New Lock and Connecting Channels; Evaluation Report Volume 1: Main Report and Draft EIS | 11-1982 | Study to determine whether repair or replacement of lock on MRGO at IHNC and GIWW is necessary; includes substantial data on the lock | NED-188-000004552 |
| Briefing on Progress of LPV Protection Project | 11-1982 | Comments following GAO Report indicating USACE plans insufficient and progress too slow.  Indicates canal levees are not high enough | NRG-003-000000668 |
| Adjusted benchmark elevations in Gulf Coast area | 1983 | National Geodetic Survey publishes adjustments to vertical datum benchmark elevations in Gulf Coast Area. | Appendix A. Master Chronology of Project Events (LPV) USACE source: 19830000 |
| Effect of Vessel Size on Shoreline and Shore Structure Damage Along the Great Lakes Connecting Channels | 1983 | J.L. Wuebben; Special Report 83-11; Cold Regions Research and Engineering Laboratory; U.S. Army Corps of Engineers, Hanover, N.H. | Gagliano Reference: 26056 075 |
| MRGO Erosion Project at Bayou Yscloskey | 01-12-1983 | Memo from Chief Projects Management Branch requesting comments on subject problem and requests response to the "locals claim that a design deficiency existed because we did not include any structural measures at the intersection of Bayou Yscloskey and the MRGO." Reply from Chief, Hydrology and Hydraulics Branch to Chief, Projects Management Branch – "we recognize that drawdown and return flows are serious problems along the MRGO. This is shown recently by the failure of some of our foreshore protection test sections, located along the west bank of the MRGO between Bayou Bienvenue and Bayou Dupre." Suggests a study is undertaken to arrive at a solution for this problem. | NED-207-000000230 |
| Justification for MRGO Foreshore Protection | 01-19-1983 | The need for foreshore protection along the south bank of the MRGO is critical. Erosion along this reach caused by wavewash from ships using the MRGO has occurred at alarming rates, more than originally anticipated. | AIN-108-000000581 |
| MRGO Foreshore Protection | 02-11-1983 | Contains details and costs and status update of MRGO foreshore protection.  Explicit reference to "critical" need for foreshore protection on the south bank of the MRGO.  Notes the threat to LPV Chalmette area levees | AIN-108-000001787 |
| Lake Pontchartrain Hurricane Protection Project – Reevaluation Report Briefing by General Heiberg | 03-21-1983 | Minutes of Meeting includes Briefing for General Heiberg. The need for the briefing derives from an attempt by OCE CW to draft correspondence informing Mr. Gianelli that changing from the Lake Pontchartrain barrier plan to the high level plan is within the discretionary authority of the Chief of Engineers. | NED-011-000000550 |
| Bayou Bienvenue Control Structure Scour Repairs | 05-05-1983 | Significant scour and erosion in the Bayou Bienvenue approach channels indicated by the cross section . . . | NED-207-000000323 |

| MR-GO Foreshore Protection Test Section – EA & FONSI | 08-15-1983 | EA No. 38 entitled "MR-GO Foreshore Protection Test Section" with a subsequent FONSI signed 08-15-1983. The Environmental Assessments (EA) have been prepared to assess the impacts of the construction of foreshore protection measures along portions of the MR-GO and Lake Borgne that would be completed and/or maintained under the proposed action. | NOP-019-000001008 |
|---|---|---|---|
| MRGO Foreshore Bank Protection Issues and Concerns raised by Port of New Orleans | 10-25-1983 | Letter from Executive Port Director & General Manager of the Port of New Orleans, Edward S. Reed.  States opinion of Port in New Orleans that the most critical area of the MRGO, in regards to bank erosion, is the west bank in St. Bernard Parish – request the area south of Bayou Bienvenue be given priority with respect to bank protection.  Also addresses right of entry for soil borings and requests that borings be made in the "area of the future widening be of sufficient detail that a determination could be made as to whether the soil would be suitable for levee construction." | AIN-108-000001764 |
| MRGO Protection Feature and FY 1985 Budget Request | 11-17-1983 | A 1.5 million reduction in MRGO would result in not awarding the much needed contract for foreshore protection along the MRGO, presently scheduled for June 1985.  This foreshore protection feature is critical because much of the bank of the MRGO has already eroded, such that the integrity of the LPV hurricane protection levees parallel to the MRGO may be threatened in the very near future. | AIN-108-000000529 |
| MRGO Foreshore Protection Test Sections | 11-29-1983 | Disposition Forms (DF) re: foreshore protection test sections; Letter from Port of New Orleans re: test sections located in area of Bayou Bienvenue and stating the belief of the Port of New Orleans that the most critical area is along the MRGO in the Parish of St. Bernard. | PET-011-000000830 |
| Louisiana Coastal Area Study, Interim Report on Land Loss and Marsh Creation. | 1984 | T.C. Michot; Planning Aid submitted to NOD, USACE; U.S. Fish and Wildlife Service, Division of Ecological Services, Lafayette, LA | USACE NOD Library GB 459.25 .N46 1984 c. 002 c. 001 |
| MRGO: Air Photos and Slides and Ground Photos and Slides | 1984 | P. Howard; 110 Slides; Includes Yscloskey, Louisiana quad map | Gagliano Reference: 26056 075 |
| Foreshore Protection/ Environmental Clearance Report | 02-06-1984 | Memo re: shift of MRGO foreshore evaluation to 06-1985 and revised schedule for environmental clearance report.  Interim Environmental Quality predictions.  Indicates problems with phase one of testing. Predicts construction of entire foreshore protection of MRGO by 1st quarter of FY1985 | AIN-108-000001773 |
| Announcement of Public Meeting re: LPV | 03-09-1984 | Announcement of Public Meeting to discuss the Tentatively Selected Plan for the LPV Hurricane Protection Project; Scheduled for 04-12-1984; Background information, Alternative Plans of Study, High Level Plan Overview and estimated costs | AIN-113-000000005 |
| Division and District staff meet with National Geodetic Survey staff on 1983 benchmark adjustments | 04-10-1984 | Agenda includes a briefing for Division and District staff by a representative of the National Geodetic Survey on 1983 leveling and datum adjustment work in the Gulf Coast area. Agenda also includes a presentation by a District representative on specific problems in the District relating to datum benchmark adjustments. | Appendix A. Master Chronology of Project Events (LPV) USACE source: 19840410 |
| Correspondence Warning on Dangers of Dredging | 04-12-1984 | Letter from Save Our Coast warning of the dangers of dredging and its hurricane effect | AIN-113-000000272 |
| Notice of Study Findings – Louisiana Coastal Area: Initial Evaluation Studies, Shore and Barrier Island Erosion | 07-1984 | Colonel Robert C. Lee, COE, District Engineer; Public Meeting Schedule re: Louisiana Coastal Area: Initial Evaluation Studies, Water Supply, Land Loss and Marsh Creation, Shore and Barrier Island Erosion | Gagliano Reference: 26056 010 |
| Environmental Characteristics of the Pontchartrain-Maurepas Basin and Identification of Management Issues | 10-1984 | Prepared for the Lake Pontchartrain Task Force; Coastal Management Division, Louisiana Department of Natural Resources | On File. |
| Briefing on subsidence plan for LA Gulf Coast | 11-1984 | National Geodetic Survey staff briefs District staff and the Greater New Orleans Planning Council on Geodastre, a subsidence monitoring plan for the Gulf Coast similar to the one developed for Houston, TX. | Appendix A. Master Chronology of Project Events (LPV) |

| | | | | USACE source: 19841100 |
|---|---|---|---|---|
| District requests meeting with NGS on use of 1983 benchmark adjustments | 11-02-1984 | District letter to the Division Commander notes Before we begin to use the 1983 adjustments, we believe a discussion with NGS … would be useful. In particular, we would like to better understand the NGS methodology and its implication. | | Appendix A. Master Chronology of Project Events (LPV) USACE source: 19841102 |
| The Mississippi River Gulf Outlet: A Study of Bank Stabilization | 12-1984 | Report by Coastal Environments, Inc. for St. Bernard Parish Police Jury; U.S. Department of Commerce, NOAA and State of Louisiana, Department of Natural Resources. Comprehensive environmental study analyzing in detail the adverse effects of the MRGO, such as saltwater intrusion and dredging | | NFD-188-000001800 Gagliano Reference: 26056 017 |
| MR-GO Foreshore Protection – EA & FONSI | 01-23-1985 | EA No. 47 entitled AMR-GO Foreshore Protection with a FONSI signed on 01-23-1985.  The Environmental Assessments (EA) have been prepared to assess the impacts of the construction of foreshore protection measures along portions of the MR-GO and Lake Borgne that would be completed and/or maintained under the proposed action | | NOP-019-000001008 |
| Division inquires about 1983 benchmark adjustments | 03-05-1985 | Division letter to the National Geodetic Survey notes, In view of the implications [of the 1983 adjustments] to existing facilities and possible changes to projects in the planning and design stage, we would appreciate ... any information you could give us concerning the level of confidence that can be expected from the 1983 adjustments before we begin using this new elevation data in current projects and before initiating any modifications to existing projects. | | Appendix A. Master Chronology of Project Events (LPV) USACE source: 19850305 |
| LPV Mitigation Study – St. Bernard Parish Plans | 03-19-1985 | Enclosures that accompanied memo at NPM-035-000001158 re: LPV Mitigation Study in St. Bernard Parish | | NPM-035-000001161 |
| NGS expresses confidence in 1983 benchmark adjustments | 03-29-1985 | NGS letter to the Division Chief of Engineering expresses very high level of confidence in the 1983 Gulf Coast area adjustment results even though it relied on leveling data observed from 1968 to 1982 which necessitated the assumption that no significant movement occurred between surveys. In conclusion, the major problem in the area is that the Gulf Coast vertical network is not intended to provide detailed crustal motion information. However, we still believe the heights from the 1983 Gulf Coast area adjustment are the best obtainable at this time. The Division forwards the NGS letter to the District on April 12, 1985. | | Appendix A. Master Chronology of Project Events (LPV) USACE source: 19850329 and 19850412 |
| Maintenance Dredging Inquiry | 04-09-1985 | Memo from Chief of Waterways Section to Chief of Levees Section regarding dredged material quantities, sources, and construction and maintenance duration. | | NPM-035-000001150 |
| LPV Mitigation Study – St. Bernard Parish Plans | 04-24-1985 | Handwritten DF re: Used Tire/Timber pile breakwaters and Foreshore Protection – Area 11 – stamped "advance copy unapproved" – Describes enclosure re: LPV Mitigation Study St. Bernard Parish plans. See NPM-035-000001156 for final version. | | NPM-035-000001146 |
| Division requests District plan for use of updated benchmark elevations | 05-01-1985 | Division letter to the District Engineer states, In view of the potential significant consequences of elevation changes on project in your District, we request that you reexamine the information in Rear Admiral Bossler's [NGS] letter and then after any consultation with the NOAA staff which you consider necessary, propose a course of action for incorporating the changes in elevation into your projects and studies and for defining in a more reliable manner the subsidence in your area. Your action plan should include a schedule and cost estimate and is requested by May 31, 1985. | | Appendix A. Master Chronology of Project Events (LPV) USACE source: 19850501 |
| District response to Division request for plan for use of updated benchmark elevations | 05-24-1985 | District letter informs the Division that the Regional Planning Commission representing Jefferson, Orleans, St. Bernard and St. Tammany parishes met with NOAA/NGS and are contributing funds to rerun portions of the control net in their jurisdictions. Notes that the district will meet with NGS on June 12, 1985 to present their estimate of overall needs to predict subsidence and to obtain a more reliable network for the District. After the meeting with NOAA, we will develop a recommended plan of action with a schedule and cost estimate. | | Appendix A. Master Chronology of Project Events (LPV) USACE source: 19850524 |

| | | | |
|---|---|---|---|
| Synthesis and Analysis of Lake Pontchartrain Environments, Influencing Factors and Trends | 06-07-1985 | By: Bruce A. Thompson, and Gary R. Fitzhugh; Louisiana Department of Environmental Quality; Office of Water Resources; Coastal Fisheries Institute; LSU Center for Wetlands Resources | Gagliano Reference: 26056 023 |
| District proposes policy on use of updated benchmark elevations | 08-07-1985 | Letter from the District Chief of Eng. To the Division Engineer proposes a policy that says, 1) Modification of projects which have already been completed will not be considered. The level of precision in the current data, and the practical difficulty and cost of changing such projects combine to mandate this course of action at least for the foreseeable future, 2)Hurricane protection project which are partially complete will use the NGS benchmarks current at the time of construction of the first increment of the project. To shift to the later NGS data without altering the heights of previously constructed portions would make fuse plugs of those portions and thus impose a gratuitous servitude on the lands and facilities they protect. And altering previously constructed works would not be practicable, 3) New hurricane protection projects will be constructed using the latest available NGS benchmark data, and 4) We plan to respond affirmatively to NOAA's invitation to participate in the cadastre program to better evaluate subsidence… We do not, at this time, anticipate providing any direct funding. | Appendix A. Master Chronology of Project Events (LPV) USACE source: 19850807 |
| Mississippi River and Tributaries, Mississippi Delta Region, LA: Salinity Control Structures | 09-1985 | Mississippi River and Tributaries, Mississippi Delta Region, LA; Salinity Control Structures | MVD-007-000003480 |
| Division approves District policy on use of updated benchmark elevations | 09-16-1985 | Division letter to the District Engineer approves the District's proposed policy plan for dealing with subsidence. It notes, We concur in general with this position; however, you should conscientiously review your flood control works and structures to ensure there are no exceptions that should be individually analyzed with an independent decision made on the specifics of that case...Consideration should be given to reanalyzing and modifying (if needed) hurricane protection work in high density urban areas where the datum changes will drastically reduce the level of protection. | Appendix A. Master Chronology of Project Events (LPV) USACE source: 19850916 |
| Corps initiates risk & uncertainty research program | 1986 | At request of the ASA(CW), a new Corps research program on risk and uncertainty analysis is begun. A series of letters document early progress to include research, workshops and planning guidance. R&U analysis will not become required practice in the Corps until later in the 1990s, however. | Appendix A. Master Chronology of Project Events (LPV) USACE source: 19860416, 19861104, and 19861208 |
| Re-Authorization of MRGO/IHNC Lock Replacement Project | 1986 | Water Resources Development Acts (WRDA) of 1986 | NPM-001-000004902 |
| Major Rehabilitation Guidance | 02-24-1986 | However, during review of possible FY 1987 major rehabilitation new starts, the ASA(CW)'s staff expressed concern about the fact that probabilities of failure were based primarily on engineering judgment rather than analytical lab data. We advised the ASA(CW)'s staff that the COE has long recognized that technology for evaluating the condition of structures was not well-developed. . . | NPM-036-000001919 |
| Headquarters memo on relative sea level change | 03-21-1986 | Transmitted to District by Division. It states, Prudence may require an allowance in a project design for the continuation over the project design life of an established significant long-term trend in relative sea level rise. Consideration must be given to the relative magnitude of the suggested allowance and the confidence band of the data the designer is using and the tolerance allowed in constructing the project. | Appendix A. Master Chronology of Project Events (LPV) USACE source: 19860321 |
| Revised Corps engineering manual provides updated criteria for calculating SPH parameters | 04-15-1986 | The revised EM 1110-2-1412 presents new criteria for determining SPH central pressure based on an improved database. The EM also gives guidelines for using statistical procedures which make use of a longer storm history. (A 1994 report by the Corps Coastal Engineering Research Center uses the new EM approach to conclude that an updated understanding of SPH central pressure would be 27.3 as opposed to 27.35 as reported by the NWS in 1979) | Appendix A. Master Chronology of Project Events (LPV) USACE source: 198660415 |
| Engineering Division's Input on Shell Dredging EIS | 11-14-1986 | Includes information and charts on salinity levels in Lake Pontchartrain pre and post MRGO | AFW-404-000002474 |

| | | | |
|---|---|---|---|
| Water Resources Development Act of 1986 | 11-17-1986 | Continuing Authority for Project Modifications for Improvements to the Environment in Section 1135, 1986 as amended provides authority to restore degraded ecosystems, if the construction or operation of a Corps of Engineers project contributes to the degradation of the quality of the environment.  Measures for restoration through modifications of the structure or operation of the structure can be undertaken.  Measures at other locations affected by the construction or operation of the project can also be undertaken if they do not conflict with the authorized project purposes. | P.L. 99-662 Gagliano Reference: 26056 074 |
| MRGO Bank Erosion Reconnaissance Study Meeting | 03-30-1987 | Memo for Record re: MRGO Bank Erosion Reconnaissance Study Interdisciplinary Planning Team (IPT) Meeting to select alternative bank erosion control measures for evaluation in the MRGO Reconnaissance Report | PET-011-000001242 |
| MRGO Bank Erosion Study Reconnaissance Report | 08-04-1987 | Disposition Form re: subject study | NED-192-000001006 |
| Abandoned Shipwreck Act of 1988 | 1988 | The Abandoned Shipwreck Act is a United States piece of legislation passed into law in 1988 meant to protect historic shipwrecks from treasure hunters and salvagers by transferring the title of the wreck to the state whose waters it lies in. | 43 U.S.C. 2101 |
| Mississippi River – Gulf Outlet, St. Bernard Parish, La., Bank Erosion, Reconnaissance Report | 02-1988 | MRGO Reconnaissance Report, St. Bernard Parish, LA (Bank Erosion) | NED-188-000001631 IPET website |
| **MRGO St. Bernard Parish Reconnaissance Report on Channel Bank Erosion** | **02-1988** | **Report concludes severe erosion on MRGO through St. Bernard Report indicates that erosion of marshland will expose MRGO to storms, currents and tidal waves.** | **NED-188-000004933 Kemp Expert Report** |
| Department of Defense, COE, Department of the Army: Discharge of Dredged Materials into Waters of the U.S. | 04-26-1988 | Federal Register, Part III – Department of Defense, COE, Department of the Army; Discharge of Dredged Materials Into Waters of the U.S. or Ocean Waters; O&M, Final Rule | 33 CFR 209 33 CFR 335 33 CFR 336 33 CFR 337 and 33 CFR 338 |
| **A Prediction Model for Stationary, Short-Crested Waves in Shallow Water with Ambient Currents** | **1989** | **Holthuijsen, L.H., Booij, N. and T.H.C. Herbers, 1989: A prediction model for stationary, short-crested waves in shallow water with ambient currents, *Coastal Engineering*, 13, 23-54** | **Kemp Expert Report** |
| Corps perceived problems with passing of WRDA 1986 | 02-01-1989 | Memo from LMVD addressing "some very challenging problems" presented by the passing of WRDA  1986 and Initiative 88 plans to implement the law.  "we can no longer cost to design, but we must design to cost . . . we must implement some very positive means of cost control which transcend functional Division boundaries and provide project cost control throughout the life of the project."  Remainder of memo explains measures that should be taken to comply with WRDA 86. | AIN-133-000002304 |
| Specification for MRGO Maintenance Dredging | 02-28-1989 | Specifications for MRGO Maintenance Dredging B/L Sta. 2262 + 00 to B/L Sta. 2520 + 00; Mile 23.1 to Mile 18.3, St. Bernard Parish | NED-089-000003249 |
| Standing Instructions to LBLD on gate operation and control structures | 04-1989 | Addressed to LBLD Project Manager for Water Control; Includes gate operation; Bayou Bienvenue control structure; Buras Levee District for Water Control; Empire Floodgate | NED-207-000000396 |
| Bank Stabilization on the MRGO Tentative Plan for Mitigation | 05-02-1989 | Memo re: Bank Stabilization on the MRGO; tentative plan for mitigation of loss of marsh in relation to Violet site alternative for new lock – "for mitigation purposes, we will be looking at stabilizing only the 'non-critical reaches.'" Brochure prepared by NOD on 'Planning for Shoreline Erosion Control." | NED-192-000000147 |
| Breaux Act (CWPPRA) – Coastal Wetlands Planning and Restoration Act | 1990 | This Act supports and funds coastal wetlands restoration and conservation projects, with particular emphasis on the state of Louisiana. | 16 U.S.C. 3951, *et seq.* |
| LPV Hurricane Protection Project | 01-19-1990 | Hurricane damages result from surges entering Lake Pontchartrain | NRG-003-000000528 |

| – Issue Paper | | through Lake Borgne through natural tidal passes at the Rigolets and Chef Menteur Passes and the IHNC. The eastern portion of the area is also subject to flooding by surges and waves that move directly from Lake Borgne and overtop the existing inadequate protective system seaward of the developed land areas. . . The project will provide protection against flooding from the Standard Project Hurricane, (once in every 250 years). | |
|---|---|---|---|
| Louisiana Coastal Area Mississippi River Delta Study | 02-1990 | Louisiana Coastal Area Reconnaissance Report – Interim Study on Mississippi River Delta, USACE NOD | AIN-029-000000225 |
| Land Loss and Marsh Creation – Feasibility Study | 04-1990 | USACE, NOD – LA DNR – Land Loss and Marsh Creation, St. Bernard, Plaquemines, and Jefferson Parishes, Louisiana; Feasibility Study, Volume 1: Draft Main Report and Draft Environmental Impact Statement, Volume 2, Appendices A-F, April 1990 | NED-188-000002530 AIN-029-000000316 |
| MRGO Project Fact Sheet (Bank Erosion) | 07-20-1990 07-26-1990 | Top width of channel has increased from 650 feet at completion to a present average of 1,500 feet, much of it caused by wave action of ships . . . continued erosion could produce large breaches in the dwindling marsh buffer between the navigation channel and the open waters of Lake Borgne. . .<br>Project also provides for foreshore protection along the north and south side of the ship channel extending from IHNC to end of hurricane protection levee. Completion of remaining foreshore protection along MRGO is unscheduled until the need arises. . .<br>In reconnaissance studies, it was determined that more than 85% of the quantifiable potential benefits of a bank protection project accrue to navigation in the form of savings in channel maintenance, a Federal responsibility. More detailed feasibility studies concluded that additional bank protection measures were not economically justified, and the study was terminated.<br>Memo to File from Steve Patorno, Project Manager; letter from Department of the Army, Major Harold E. Manuel, Jr., Acting District Engineer; MRGO Fact Sheet; Project Fact Sheet from USACE on MRGO (Bank Erosion) | NOP-007-000001454 NOP-007-000001450 |
| Field Data Report | 08-1990 | T.R. HL-90-7; Field Data Report AAR-60LA | IPET website |
| Maintenance Dredging and Federal Consistency Review | 11-13-1990 | NOAA letter to USACE NOD: "We do not agree with your interpretation of the consistency regulations.  We conclude that as a matter of Federal law, all CoE maintenance dredging activities, including the MRGO, are subject to Federal consistency review. . . Our office has stated previously that meeting the 'Federal Standard' in the maintenance dredging regulations does not satisfy Federal consistency requirements." | NOP-007-000001397 |
| Water Resources Development Act of 1990 | 11-28-1990 | States that the goal of the USACE's resources development program is "no overall net loss" of wetlands.  The act also requires the Corps to develop an action plan to achieve this goal.  The action plan must be prepared in consultation with the U.S. Environmental Protection Agency and the U.S. Fish and Wildlife Servie. | 33 U.S.C. 2316, *et seq.* P.L. 101-640 |
| 100 year level of protection for St. Bernard Parish | 1991 | Corps Memo - St. Bernard Parish is protected by a combination of the back levee (25 yr protection) and hurricane protection levee (100 yr protection); and together these levees provide the 100 year level of protection | PET-020-000004835 |
| 1990 Amendments to the Coastal Zone Management Act Memorandum | 02-1991 | USACE Memo: "This amendment clearly changes the law in this area, but it should not significantly alter the Corps' dredged material disposal or other activities in or near the coastal zone." | NOP-007-000000996 |
| MR-GO St. Bernard Parish, LA, Bank Stabilization, Miles 50.5 to 55.0 – EA & FONSI | 11-21-1991 | EA No. 152 entitled AMR-GO St. Bernard Parish, LA, Bank Stabilization, Miles 50.5 to 55.0" with a FONSI signed on 11-21-1991. The Environmental Assessments (EA) have been prepared to assess the impacts of the construction of foreshore protection measures along portions of the MR-GO and Lake Borgne that would be completed and/or maintained under the proposed action. | NOP-019-000001008 |
| Beneficial Dredged Material Disposal – MRGO | 1992 | 1994 to 1996, Coastal Environments, Inc.; Prepared for Coastal Restoration Division, Louisiana Department of Natural Resources | Gagliano Reference: 26056 075 |

| | | | |
|---|---|---|---|
| Bank Stabilization Measures | 1992 | The FY1992 Energy and Water Development Appropriations Act provided for the construction of bank stabilization measures along the north (left-descending) bank of the waterway between miles 49.9 and 56.1 | NOP-019-000001008 |
| Labranche Wetlands DRAFT Feasibility Report | 02-03-1992 | Project No. PO-3A; Completed by: LA DNR – Coastal Restoration Division; In Cooperation With: St. Charles Parish Planning Department, Wetlands and Wildlife Management Company, Soil Conservation Service | Gagliano Reference: 26056 024 |
| Water Resources Development Act of 1992 | 10-31-1992 | Continuing Authority for Ecosystem Restoration Projects in Connection with Dredging in Section 204, 1992 as amended provides authority for the Corps of Engineers to restore, protect, and create aquatic and wetland habitats in connection with construction or maintenance dredging of an authorized project.  The FY 1992 Energy and Water Development Appropriations Act provided for construction of bank stabilization measures along the north (left-descending) bank of the waterway between miles 49.9 and 56.1. | P.L. 102-580 Gagliano Reference: 26056 074  NOP-019-000001008 |
| Coastal Wetlands Planning, Protection and Restoration Act, 2nd Priority Project List Report | 11-1992 | Prepared by: Louisiana Coastal Wetlands Conservation and Restoration Task Force | AIN-029-000002002 |
| Specifications for MRGO Foreshore Protection Repairs | 12-1992 | Specifications for MRGO 1992 Foreshore Protection Repairs South Bank Mi. 59.4 to 47.0 | NED-197-000000637 |
| MRGO - Bank Erosion - Revised Reconnaissance Study | 12-11-1992 | USACE, Memorandum for Chief, Planning Division; Subject: Mississippi River Gulf Outlet (MRGO), St. Bernard Parish, LA (Bank Erosion) Revised Reconnaissance Study (bank retreat, wind generated waves; width of channel) | NED-167-000001825 |
| Louisiana Coastal Wetlands Restoration Plan: Pontchartrain Basin | 1993 | Appendix A, FINAL | Gagliano Reference: 26056 075 |
| **Spectral Wave Model for the Coastal Zone** | **1993** | **Holthuijsen, L.H., N. Booij and R.C. Ris, 1993: A spectral wave model for coastal zone, Proc. of 2nd Int. Symposium on Ocean Wave Measurement and Analysis, New Orleans, USA, 630-641.** | **Kemp Expert Report** |
| Corps Coastal Engineering Research Center (CERC) conducts storm surge model study | 1993 | The District contracts with CERC to perform a model pilot study to assess the impacts of changes in SHP parameters on design stages, and the effects of changes in the relationship between local mean sea level (MSL) and the datum used for construction (NGVD) with respect to the required elevation of structures designed to prevent overtopping form a SPH surge derived in the MSL frame of reference. The CERC study uses an early version of the more sophisticated Advanced Circulation (ADCIRC) surge model to validate the original surge estimates for project under the original SPH parameters. That application of the ADCIRC model reinforces the 1980s era WIFM modeling findings that the 1962 era surge estimates may have overestimated the surge for the lakeshore, and underestimated the SPH surge along the IHNC corridor and the eastern boundary of Chalmette. With respect to the new 1979 SPH parameters, CERC uses the ADCIRC model to conclude that the changes produce an increase in surge heights of 1-2 feet for certain storm tracks under one set of assumptions, while under another set of assumptions the new SPH parameters produce little change in the 1962 era surge estimates. The CERC study also concludes that local MSL had increased with respect to NGVD by approximately one foot since 1929. Based on these findings, CERC recommends pursuing a thorough hydrodynamic modeling of the basin and reevaluation of the project using ADCIRC and a Project using ADCIRC and a statistical procedure using the full database on historical storms within a joint probability approach or empirical simulation technique. | Appendix A. Master Chronology of Project Events (LPV) USACE source: 19930000 |
| Mississippi River – Gulf Outlet, Breton Sound South Jetty Repairs | 02-18-1993 | Specifications for MRGO Breton Sound South Jetty Repairs, Phase II(A), Station 2456 +00 to 2493 +00, St. Bernard Parish, LA, USACE NOD | NED-108-000000166 |
| Change to North American | 06-24-1993 | Federal Register, Vol. 58, No. 120 (June 24, 1993) reports decision by | Appendix A. Master |

| | | | |
|---|---|---|---|
| Vertical Datum of 1988 | | federal Geodetic Control Subcommittee to affirm NA VD88 as the official civilian vertical datum for surveying and mapping activities in US performed or financed by federal government | Chronology of Project Events (LPV) USACE source: 19930624 |
| Hurricane Lili Post-Storm Assessment | 12-1993 | Hurricane Lili Post-Storm Assessment | MVD-007-00003461-3522 |
| Headquarters guidance on NA VD88 | 01-01-1994 | Engineer Technical Letter 1110-1-152 provides technical advice for implementation procedures to convert from the National Geodetic Vertical Datum of 1929 (NGVD88). Says that the transition to NAVD88 will result in more accurate vertical reference datum that has removed leveling errors, account for subsidence and other changes in elevation. | Appendix A. Master Chronology of Project Events (LPV) USACE source: 19940101 |
| Mississippi River – Gulf Outlet, St. Bernard Parish, La., Bank Erosion Reconnaissance Report | 01-1994 | MRGO Bank Erosion Reconnaissance Report; Copied from Planning Report | NED-167-000001056 NED-188-000001142 |
| MRGO Foreshore Protection Repairs | 03-1994 | MRGO 1994 Foreshore Protection Repairs Mi. 59.2 to 55.2 South Bank | NED-197-000001021 |
| Louisiana's Vanishing Coast, Part II: Wetlands Functions and Values | 03-1994 – 04-1994 | Louisiana Conservationist Article by Philip Bowman, Dr. Len Bahr & Paul Coreil | Gagliano Reference: 26056 031 |
| Scientific Assessment of Coastal Wetland Loss, Restoration and Management in Louisiana | 05-1994 | Journal of Coastal Research, Special Issue No. 20; Conducted under the Auspices of LSU with Support Provided by the W. Alton Jones Foundation, Inc. | Gagliano Reference: 26056 040 |
| Southeast, LA Hurricane Preparedness Study | 08-1994 | Southeast, LA Hurricane Preparedness Study | MVD-007-000003461-3522 |
| An Evaluation by the Committee on Tidal Hydraulics | 1995 | U.S. Army Corps of Engineers Committee on Tidal Hydraulics (CTH); Bonnet Carre Freshwater Diversion, Lake Pontchartrain, Lake Borgne, Biloxi Marshes, MRGO and the IHNC | Gagliano Reference: 26056 075 |
| ADCIRC surge model refinement and testing | 1995 – 2004 | The District, noting problems with the ADCIRC model associated in part with its inability to mimic known events, decides to pursue further model refinement and testing before applying the model to reevaluate project protection. An effort to improve the model is undertaken from 1995 to 2004, and the model is subjected to independent technical review in 2003-2004 timeframe. | Appendix A. Master Chronology of Project Events (LPV) USACE source: 19950000a |
| Lake Borgne Shoreline Protection | 10-1995 | Candidate Project for the Fifth Priority List of the Coastal Wetlands Planning, Protection and Restoration Act; Candidate Project Fact and Information Sheets for Wetland Value Assessment | Gagliano Reference: 26056 069 26056 070 |
| Costly Corps: How the U.S. Army Corps of Engineers Spends Your Tax Dollars to Destroy America's Natural Resources | 1996 | Gulf Restoration Network and the Sierra Club Legal Defense Fund; Written and researched by Amy Mathews-Amos | Gagliano Reference: 26056 075 |
| Mississippi River Gulf Outlet, New Lock and Connecting Channels, Evaluation Report | 1996 | Volume I – Main Report and Environmental Impact Statements, USACE, NOD | Gagliano Reference: 26056 075 |
| Stabilize the North Bank of the MRGO with Riprap or Similar Hardened Protection, as necessary | 1996 | House Report 50 of the Energy and Water Development and Appropriations Act of 1996 directed the Corps of Engineers to stabilize the north bank of the MRGO with riprap or other similar hardened protection as necessary using available operations and maintenance funds. The Coastal Wetlands Planning, Protection, and Restoration Act (Public Law 101-646) authorized the proposed action. Water Resources Development Act of 1996 also authorized the Community Impact Mitigation Plan | NOP-019-000001008 |
| MRGO Bank Erosion Reconnaissance Report Update | 07-31-1996 | USACE Memorandum; Subject: MRGO, St. Bernard Parish, Bank Erosion Reconnaissance Update | NED-167-000001602 |
| Fish and Wildlife Habitat Development and Enhancement | 09-03-1996 | A Proposal by Coastal Environments, Inc.; Prepared for: Freeport Sulphur Company, NOLA | Gagliano Reference: 26056 072 |

| | | | |
|---|---|---|---|
| Grand Ecaille Artificial Island Project, Plaquemines Parish, LA | | | |
| MR-GO St. Bernard Parish, LA, Bank Stabilization, Miles 55.0 to 56.1 – EA & FONSI | 09-24-1996 | EA No. 247 entitled AMR-GO St. Bernard Parish, LA, Bank Stabilization, Miles 55.0 to 56.1", with a FONSI signed on 09-24-1996. The Environmental Assessments (EA) have been prepared to assess the impacts of the construction of foreshore protection measures along portions of the MR-GO and Lake Borgne that would be completed and/or maintained under the proposed action. | NOP-019-000001008 |
| MRGO Foreshore Protection Evaluation Report | 10-1996 | MRGO North Bank Foreshore Protection Evaluation Report | NOP-002-000001310 |
| Water Resources and Development Act of 1996 | 10-12-1996 | Continuing Authority for Aquatic Ecosystems in Section 206, 1996 as amended provides authority for the Corps of Engineers to restore degraded ecosystems – authority similar to Section 1135, but Corps Project need not be a contributor to the degradation of the quality of the environment | P.L. 104-303 Gagliano Reference: 26056 074 |
| **Spectral Modeling of Wind Waves in Coastal Areas** | **1997** | **Ris, R.C., 1997: Spectral modeling of wind waves in coastal areas, (Ph.D. Dissertation Delft University of Technology, Department of Civil Engineering, Report No. 97-4, Delft, The Netherlands** | **Kemp Expert Report** |
| MRGO Project Fact Sheet | 1997 | Robert "Bob" Gunn's Project Fact Sheet, MRGO, LA, USACE NOD | www.mvn.usace.army.mil/ops/fact_sht/mrgo.htm |
| Mississippi River Gulf Outlet, Maintenance Dredging | 02-04-1997 | C/L Station 2530 + 00 to C/L Station 2905 + 00; Mile 18.1 to Mile 11.0, St. Bernard and Plaquemines Parish, LA; Construction Solicitation and Specifications | NED-103-000001205 |
| MRGO New Lock and Connecting Channels, Evaluation Report Volume 1 of 9 | 03-1997 | Design Plates for Engineering Investigations, Volume 4 Syllabus and Table of Contents | MVD-007-000003472 Gagliano Reference: 26056 018 at 2-18 |
| Mississippi River Gulf Outlet, Maintenance Dredging | 03-31-1997 | C/L Station 2530 + 00 to C/L Station 3685 +00; Mile 18.1 to Mile (-) 3.8, Non-Continuous; St. Bernard and Plaquemines Parish, LA; Construction Solicitation and Specifications | NED-103-000001053 |
| Wetlands Research Program Technical Report, Proceedings of the National Workshop on Geotextile Tube Applications | 04-1997 | Final Report by Jack E. Davis, Mary C. Landin; USACE Waterways Experiment Station | Gagliano Reference: 26056 073 |
| "Shipping Channel Blamed for Coastal Erosion Problems" | 05-18-1997 | Newspaper Article by Bob Anderson, The Advocate | Gagliano Reference: 26056 018 26056 083 |
| MRGO Foreshore Protection Repairs – South Bank | 07-1997 | MRGO 1997 Foreshore Protection Repairs Mi. 55.8-51.3, South Bank | NED-197-000001271 |
| MRGO Foreshore Protection North Bank Dike Construction | 08-1997 | MRGO North Bank Foreshore Dike Construction, Reach B Mi. 54.1 to 56.0,Construction Solicitation and Specifications | NED-197-000000886 |
| All-Hazard Authorities of the Federal Emergency Management Agency | 08-1997 | Includes National Flood Insurance Act of 1968, as amended and The Flood Disaster Protection Act of 1973, as amended | 42 U.S.C. 4001, et seq. |
| LPV, Chalmette Area Plan – Inspection Report | 09-03-1997 | LPV, Chalmette Area Plan; St. Bernard Parish Periodic Inspection Report - Bayou Dupre Control Structure | MVD-007-00003461-3522 |
| Working Notes Collected From the First Set of Four Coast 2050 Regional Scoping Meetings | 09-16-1997 | Held July & August 1997; Coast 2050 Regional Scoping Meeting Summary Outline | Gagliano Reference: 26056 025 |
| DRAFT Long Term Management Strategy Plan | 12-12-1997 | Louisiana Department of Natural Resources | Gagliano Reference: 26056 014 |
| MRGO New Lock and Connecting | 01-1998 | New Lock and Connecting Channels; OVEST -USACE Value | USACE |

| Channels – Value Engineering | | Engineering Study Team | New Orleans District |
|---|---|---|---|
| MR-GO, LA, South of Lake Borgne Additional Disposal Areas, St. Bernard Parish, LA – EA & FONSI | 03-24-1998 | EA No. 269, entitled "MR-GO, LA, South of Lake Borgne Additional Disposal Areas, St. Bernard Parish, LA", with a FONSI signed on 03-24-1998.  These EA's have been prepared to assess the impacts of the construction of dikes associated with dredged areas along portions of the MR-GO and Lake Borgne that would be completed and/or maintained under the proposed action. | NOP-019-000001009 |
| "Time to Change the Channel" | 06-28-1998 | Newspaper Article by Jenalia Moreno, Houston Chronicle | Gagliano Reference: 26056 018 26056 085 |
| "Giant Port Would Strain Roadways, Economist Says" | 07-03-1998 | Newspaper Article by Sandra Barbier, The Times-Picayune | Gagliano Reference: 26056 018 26056 086 |
| "Cargo Terminal Proposal Endorsed" | 07-21-1998 | Newspaper Article by Keith Darce, The Times-Picayune | Gagliano Reference: 26056 018 26056 087 |
| "Port is High and Dry, Global Crisis Far Away as Cargo Tonnage Goes for Record Setting Year" | 09-17-1998 | Newspaper Article by Ronnete King, The Times-Picayune | Gagliano Reference: 26056 018 26056 088 |
| Hurricane Georges | 09-18-1998 | This hurricane passes over the Florida Keys and eventually veers away from New Orleans into southern Mississippi. Hurricane damage estimates in the United States exceed $5 billion. | Appendix A. Master Chronology of Project Events (LPV) USACE source: 19990800 |
| "Storms Erode Barrier Islands" | 10-02-1998 | Newspaper Article AP – The Daily Comet, A-2 | Gagliano Reference: 26056 090 |
| "Georges Rips Up Nearby Island Chain" | 10-02-1998 | Newspaper Article by Mark Schleifstein and Brian Thevenot – Times-Picayune | Gagliano Reference: 26056 089 |
| "Hurricane Damage to Islands Assessed" | 10-03-1998 | Newspaper Article by Bruce Schultz – The Advocate; Section 1, p. 1 & 4 | Gagliano Reference: 26056 091 |
| "Georges' Silt Blocks Gulf Outlet" | 10-06-1998 | Newspaper Article by John M. Biers, The Times-Picayune | Gagliano Reference: 26056 018 26056 092 |
| "Ship Channel Traffic Cut by Hurricane Damage" | 10-07-1998 | Newspaper Article AP, The Advocate | Gagliano Reference: 26056 018 26056 093 |
| "Salty Winds, Water Don't Mix with Citrus" | 10-16-1998 | Newspaper Article by Brian Thevenot – Times-Picayune; B-1, 3 | Gagliano Reference: 26056 094 |
| "Goodbye MR-GO?: Economists Environment May Doom Shipping Channel" | 10-18-1998 | Newspaper Article by Mark Schleifstein and Keith Darce | Gagliano Reference: 26056 018 26056 096 |
| "Changing Channels" | 10-18-1998 | Newspaper Article -Times-Picayune | Gagliano Reference: 26056 018 |
| "Channel's Risks Too Big For Some: Storm Surge Protection Gone While Saltwater Harms Lake" | 10-18-1998 | Newspaper Article -Times-Picayune | Gagliano Reference: 26056 018 26056 095 |
| "Georges Worsened Salt Woes for La. Citrus" | 10-19-1998 | Newspaper Article AP – The Advocate; B-4 | Gagliano Reference: 26056 097 |
| "Time to Ditch the Big Ditch" | 10-22-1998 | Newspaper Article by Carleton Dufrechou-Times-Picayune; B-6 | Gagliano Reference: 26056 018 26056 098 |

| "Levee Upgrades Proposed by the Corps" | 11-12-1998 | Newspaper Article by Karen Turni-Times-Picayune; B-2 | Gagliano Reference: 26056 018 26056 099 |
|---|---|---|---|
| "Georges Showed Dangers of Gulf Outlet, Foes Say" | 11-19-1998 | Newspaper Article by Karen Turni-Times-Picayune; B-3 | Gagliano Reference: 26056 018 26056 100 |
| "Study Backed on Feasibility of Closing Gulf Outlet" | 11-21-1998 | Newspaper Article by Karen Turni-Times-Picayune; B-3 | Gagliano Reference: 26056 018 26056 101 |
| "Millennium Port Eyes Competitor" | 11-25-1998 | Newspaper Article -Times-Picayune; E-6 | Gagliano Reference: 26056 102 |
| Coast 2050: Toward a Sustainable Coastal Louisiana | 12-1998 | Louisiana Coastal Wetlands Conservation and Restoration Task Force and the Wetlands Conservation and Restoration Authority | Gagliano Exhibit: S.G. #16 |
| "Land Ownership, Mineral Rights Issues Stall River Project" | 12-01-1998 | Newspaper Article AP – Daily Comet | Gagliano Reference: 26056 102 |
| "Corps Investigating Shallow Areas in Miss. Sound" | 12-04-1998 | Newspaper Article AP – The Advocate; B-6 | Gagliano Reference: 26056 104 |
| Resolution to Close the MRGO | 12-15-1998 | St. Bernard Parish Government; Extract of the Official Proceedings of the Council of the Parish of St. Bernard, State of Louisiana, Taken at a Regular Meeting held in the Council. Chambers of the St. Bernard Parish Government Building. December 15, 1998 at 7:00 p.m.; Resolution on SBPC# 1336-12-98; Resolution to Close the Mississippi River Gulf Outlet (Jr. Rodriguez Summary Report included) | NED-188-000001511 |
| **Habitat Impacts of the Construction of the MRGO** | **1999** | **USACE NOD (1999) Habitat Impacts of the Construction of the MRGO, prepared for the Environmental Subcommittee of the Technical Committee Convened by EPA in Response to St. Bernard Parish Council Resolution 12-98** | **Kemp Expert Report** |
| MRGO not known whether habitats ever Classified or value ever been estimated | 01-04-1999 | Email from Tom Podany re: preparing for Miss River Levees Supplemental EIS; Re: MRGO - within this zone not known whether these original habitats have ever been classified, whether their value has ever been estimated | NRG-010-000000086 |
| Governor requests Corps help in securing Cat 4/5 study | 04-21-1999 | Alarmed by the near miss of Hurricane Georges, the LA Governor writes to the Chief of Engineers seeking help in getting funding and authority to develop a plan for protection against category 5 storms. He states, In my opinion, expeditious achievement of this goal depends on the federal government, through the Corps, taking the lead in developing a comprehensive plan and providing the bulk of the funding. | Appendix A. Master Chronology of Project Events (LPV) USACE source: 19990421 |
| Cat 4/5 recon study authorized by Congress | 04-22-1999 | Study authorized by resolution adopted by the H.R. Committee on Transportation and Infrastructure. It directs the Corps to review the Chief's reports for several LA hurricane protection projects, including LP&VHPP, New Orleans to Venice, Grande Isle & Vicinity, as well as other pertinent reports with a view to determining whether any modifications of the recommendations contained therein are advisable… to provide a higher level of hurricane protection for category 4 or 5 storms. | Appendix A. Master Chronology of Project Events (LPV) USACE source: 20020628 |
| MRGO Foreshore Protection Repairs – South Bank | 05-1999 | MRGO 1999 Foreshore Protection Repairs Mi. 58.5 to 46.8 South Bank Construction Solicitation and Specifications | NED-197-000000426 |
| Mississippi River Gulf Outlet: Seeking the Solution | 05-25-1999 | Presented at the Mississippi River Gulf Outlet Meeting, convened by the U.S. Environmental Protection Agency, Region 6, the University of New Orleans on May 25, 1999; Prepared for: St. Bernard Parish Government; Presented by: Sherwood M. Gagliano, Ph.D. | Gagliano Reference: 26056 005 26056 230 |
| "Outlet Closure Sought: Corps Task Force to Study How" | 05-26-1999 | Newspaper Article by Mark Schleifstein – Times-Picayune | Gagliano Reference 26056 018 |
| "Gulf Outlet Closure Focus of | 05-27-1999 | Newspaper Article AP – The Advocate | Gagliano Reference |

| | | | |
|---|---|---|---|
| Task Force" | | | 26056 018 |
| **"Light at the End of the Channel"** | **06-01-1999** | **Newspaper Article – Times-Picayune, B-6** | **Kemp Expert Report** |
| MRGO Policy Committee Meeting Minutes | 06-24-1999 | Draft MRGO Policy Committee Meeting Minutes | Gagliano Exhibit: S.G. #28 |
| MRGO Policy Committee Meeting Minutes | 07-07-1999 | Minutes of Meeting | Gagliano Exhibit: S.G. #28 |
| MRGO Closure & Restoration Technical Committee | 07-07-1999 | Basic Assumptions; MRGO Closure and Restoration Plan Proposed Technical Committee Schedule | Gagliano Exhibit: S.G. #28 Gagliano Reference: 26056 178 |
| MRGO Closure Policy Committee Action Meeting | 07-07-1999 | Action Minutes of Meeting, Held at Port of New Orleans | Gagliano Exhibit: S.G. #28 Gagliano Reference: 26056 228 |
| "Expanded Study Considered in Closing Off of Gulf Outlet" | 07-08-1999 | Newspaper Article by Mike Dunne, The Advocate; A-17 | Gagliano Reference 26056 018 26056 105 |
| Section 206 Preliminary Restoration Plan - South Shores of Lake Borgne | 07-09-1999 | USACE: Section 206 Preliminary Restoration Plan; Project: South Shores of Lake Borgne, LA ....MRGO - drastically changed landscape, source of erosion, advisability of constructing bank protection measures, reduce maintenance dredging costs | NED-189-000001229 |
| MRGO Reevaluation Study Team Memorandum | 07-19-1999 | Memorandum for MRGO Reevaluation Study Team written by Stephen S. Bland, Attorney Advisor re: Summary of lawsuits versus U.S. relating to MRGO and flooding from Hurricane Betsy | NPM-038-000000691 |
| "N.O. to Compete for Terminal: But Plaquemines Also Wants $350 Million Interim Port Facility" | 07-21-1999 | Newspaper Article by Keith Darce – Times-Picayune | Gagliano Reference 26056 018 |
| MRGO Closure Technical Committee Minutes of 1st Meeting | 07-22-1999 | Lake Pontchartrain Basin Foundation, Metairie, LA | Gagliano Exhibit: S.G. #28 Gagliano Reference: 26056 151 |
| Hurricane Georges Assessment | 08-1999 | http://209.85.165.104/search?q=cache:Url0L58IP9kJ:emc.ornl.gov/CSE PPweb/data/Evacuation%2520Documents/Fed%2520Reports/georges.pd f+hurricane+georges+assessment&hl=en&ct=clnk&cd=5&gl=us | See web address in notes column |
| MRGO – Technical Committee Suggested Technical Subcommittee Guidelines | 08-10-1999 | Memorandum to MRGO Technical Committee Members from S.M. Gagliano, Co-Chairman | Gagliano Exhibit: S.G. #32 Gagliano Reference: 26056 157 |
| MRGO Policy Committee Meeting | 08-10-1999 08-11-1999 | Minutes of Meeting | Gagliano Exhibit: S.G. #33 Gagliano Reference: 26056 227 |
| Mississippi River Gulf Outlet, Modification Plan, Policy Committee Procedures | 08-11-1999 | Draft Mississippi River Gulf Outlet, Modification Plan, Policy Committee Procedures | Gagliano Exhibit: S.G. #28 |
| MRGO Reevaluation Study | 08-12-1999 | Technical Committee – Navigation/Commerce Subcommittee Minutes of Meeting held at Corps of Engineers Office | Gagliano Reference: 26056 168 |
| MRGO – Environmental Sub-Committee Meeting | 08-12-1999 | Minutes of Meeting | Gagliano Reference: 26056 241 |
| Water Resources Development Act of 1999 | 08-17-1999 11-24-1999 | Water Resources Development Act of 1999 Technical Corrections | P.L. 106-53 P.L. 106-109 |

| | | | |
|---|---|---|---|
| MRGO Closure Technical Committee Meeting | 08-19-1999 | Minutes of Meeting held at St. Bernard Parish Government Building, Chalmette, Louisiana | Gagliano Reference: 26056 167 |
| MRGO – Environmental Sub-Committee Meeting | 08-25-1999 | Minutes from Meeting | Gagliano Reference: 26056 243 |
| Dr. Gagliano's Report to Policy Committee | 09-10-1999 | Dr. Sherwood Gagliano's Report to MRGO Policy Committee | Gagliano Reference: 26056 153 |
| MRGO – Technical Committee Meeting | 09-23-1999 | Minutes of Meeting held at St. Bernard Parish Government Complex Building | Gagliano Exhibit: S.G. # 33 Gagliano Reference: 26056 170 |
| MRGO – Environmental SubCommittee Meeting | 09-29-1999 | Minutes from Meeting | Gagliano Reference: 26056 246 |
| Navigation/Commerce Sub-committee Report | 10-1999 | Brief summary includes: attendees of meeting, brief report on status of data base of business located along IHNC/MRGO; Corps announced it will fund a regional economic evaluation as part of their MRGO Reevaluation Study, discussion of Reevaluation Study not funded as anticipated in FY2000 | Gagliano Exhibit: S.G. #33 |
| MRGO Policy Committee Meeting | 10-13-1999 | Minutes of Meeting held at Corps District Assembly Room | Gagliano Exhibit: S.G. #33 Gagliano Reference: 26056 227 |
| MRGO Technical Committee Meeting | 10-21-1999 | Minutes of Meeting held in the Executive Conference Room of the St. Bernard Parish Government Complex, Chalmette, LA | Gagliano Exhibit: S.G. #33 |
| MRGO – Environmental SubCommittee Meeting | 10-27-1999 | Minutes of Meeting | Gagliano Reference: 26056 250 |
| "Close River Gulf Outlet Now" | 10-29-1999 | Newspaper Article by Charles "Pete" Savoy – Times-Picayune | Referenced in Gagliano Reference 26056 018 |
| Millennium Port, Comprehensive Feasibility Study – Public Benefits | 11-1999 | Volume IV of IV; Board of Commissioners of the Port of New Orleans; MPDT – Millennium Port Development Team; Frederic R. Harris, Inc., VZM/TransSystems | Gagliano Reference: 26056 030 |
| MRGO – Hurricane Protection Subcommittee Meeting Minutes | 11-03-1999 | Minutes of Meeting held at the St. Bernard Parish Government Complex Building | Gagliano Exhibit: S.G. #33 |
| Habitat Impacts of Construction of the MRGO | 11-06-1999 | Report on Habitat Impacts of Construction of the MRGO | Gagliano Reference: 26056 254 |
| MR-GO Mile 43 to 41 North Bank Stabilization, St. Bernard Parish, LA, EA & FONSI | 11-08-1999 | EA No. 288, entitled "MR-GO Mile 43 to 41 North Bank Stabilization, St. Bernard Parish, LA", with a FONSI signed on 11-08-1999. The Environmental Assessments (EA) have been prepared to assess the impacts of the construction of foreshore protection measures along portions of the MR-GO and Lake Borgne that would be completed and/or maintained under the proposed action. | NOP-019-000001008 |
| MRGO Policy Committee Meeting Minutes | 11-10-1999 | Draft Minutes of Meeting | Gagliano Exhibit: S.G. #35 Gagliano Reference: 26056 221 |
| "Officials Look to Project to Save St. Bernard Land" | 11-11-1999 | Newspaper Article by Mike Dunne – The Advocate | Gagliano Reference 26056 018 |
| The Controlling Depth of the MRGO | 11-14-1999 | Memorandum to Technical Committee, EPA-MRGO Task Force from Steve Gorin, Lake Pontchartrain Basin Foundation; Re: The Controlling Depth of the MRGO | Gagliano Exhibit: S.M. #35 Gagliano Reference: 26056 174 |
| MRGO Environmental | 11-17-1999 | Minutes of Meeting | Gagliano Reference: |

| | | | |
|---|---|---|---|
| Subcommittee Meeting | | | 26056 252 |
| MRGO Technical Committee Meeting | 11-18-1999 | Minutes of MRGO Technical Committee Meeting | Gagliano Reference: 26056 176 |
| "Port Hopes to Create One Big Cargo Terminal" | 11-18-1999 | Newspaper Article by Keith Darce – The Times-Picayune | Referenced in Gagliano Reference 26056 018 |
| MRGO - Report on Environmental Impacts to Plaquemines Parish | 12-15-1999 | The Mississippi River Gulf Outlet: A Report on its Environmental Impacts to Plaquemines Parish; Presented to the Environmental Subcommittee of the MRGO Task Force Technical Committee ("Total B.S." handwritten); Prepared by: John L. Scurich, Plaquemines Parish Government, Director of Coastal Zone Management | NED-188-000001592 |
| MRGO Technical Committee Meeting Minutes | 12-16-1999 | Minutes of Meeting held in the Executive Conference Room of the St. Bernard Parish Government Complex, Chalmette, LA | Gagliano Exhibit: S.G. #35 |
| MRGO Land Loss - Lawsuit | 12-27-1999 | William Weber, on Subcommittee for St. Bernard; attempting to obtain information for a lawsuit against the government for land loss in connection with MRGO | NED-188-000001599 |
| Initial appropriations for Cat 4/5 Recon Study | 2000 | The 2001 Energy & Water Appropriations Act includes $100K added by Congress to initiate a General Reconnaissance Study specifically for the Hurricane Protection, LA area. | Appendix A. Master Chronology of Project Events (LPV) USACE source: 20020628 |
| MRGO Survey - LIDAR Profile | 2000 to 2005 | MRGO LIDAR Profile Survey | IPET website |
| Corps Directory of Employees | 2000 | Hierarchical depiction of Employees and Positions in the Corps | MVD-007-000002668 |
| Pamphlet on Closing the MRGO with Environmental and Economic Considerations | 2000 | Sponsored by the LSU Ag Center, and the State of Louisiana, brief MRGO history, impact on the environment and economy and impact of closing the MRGO | NOP-019-000000228 |
| NEPA docs and Project Authority on Foreshore Protection and Dike Construction in MRGO | 2000 | Brief statement on project authority and environmental assessments and FONSI's associated with foreshore protection and dike construction in MRGO | NOP-019-000001008 |
| Mississippi River Gulf Outlet (MRGO) Task Force, Report of Findings DRAFT | 2000 | Appendix A: Record of Meetings, Technical Materials and Reports, and Selected References; Report Prepared by: Coastal Environments, Inc. and Lee Wilson & Associates; Prepared for the U.S. EPA, Region 6, Dallas, TX; Contract No. 68-06-0067 (2000) | Gagliano Reference: 26056 013 Gagliano Exhibit: S.G. #34 |
| Transforming New Orleans and Its Environs: Centuries of Change | 2000 | Craig Colten; University of Pittsburg Press | Gagliano Reference: 26056 075 |
| The Mississippi River Gulf Outlet: A Report on the Impact to Commercial Fishing | 01-12-2000 | Presented to the Environmental Subcommittee of the MRGO Task Force Technical Committee; Prepared by: Pete Savoye, Brian LeBlanc | On File. |
| MRGO Policy Committee Meeting | 02-10-2000 | Draft Minutes of Meeting Agenda | Gagliano Exhibit: S.G. #35 Gagliano Reference: 26056 224 |
| "Team Setting Priorities for Reducing Coastal Erosion" | 02-16-2000 | Newspaper Article AP – The Advocate | Gagliano Reference 26056 018 |
| Proposed MRGO Environmental Restoration/Mitigation Plan DRAFT | 03-15-2000 | A Report of The Environmental Subcommittee of the MRGO Technical Committee, MRGO Task Force; Prepared by: Sherwood Gagliano; Draft MRGO Environmental Restoration/Mitigation Plan Map | Gagliano Exhibit A Gagliano Reference: 26056 238 26056 182 |
| Report of the Environmental Sub-Committee to the MRGO Technical Committee | 03-16-2000 | Report from St. Bernard Parish to the Corps recommending closing the MRGO for environmental and economic factors | NED-188-000001511 Gagliano Reference: 26056 020 |

| | | | |
|---|---|---|---|
| Report on Inner Harbor Navigation Canal Lock Replacement Project | 04-2000 | Technical Report | Gagliano Reference: 26056 018 |
| Louisiana Coastal Resolution | 04-05-2000 | "WHEREAS the construction of the Mississippi River Gulf Outlet, which opened in 1963, destroyed 4750 foot wide, 37 mile long strip of wetlands and swamps. Ship traffic has aggravated erosion of the banks and caused the channel to widen up to 2000 feet from suction that pulls on sediments in the outlet's banks. The ship's wake creates waves that batter the banks, causing them to fall apart; and WHEREAS, salt-water intrusion has virtually destroyed intermediate water marshes and freshwater swamps. The hydrology, the animal and plant life has been dramatically altered and "dead zones" have been created. Yields and species of seafood decreased and open water areas have appeared where intermediate once flourished; and WHEREAS, the U.S. Army Corps of Engineers have proposed to spend $35 million dollars to rock the channel's north face in addition to dredging a channel that 2 ships (1.8) per day use the channel; and WHEREAS, the economic benefit derived from the MRGO are now far outweighed by the increasing risk to lives and property; and NOW, THEREFORE, BE IT RESOLVED, that the Louisiana Coastal Coalition does support the efforts of the St. Bernard Parish Council in their efforts to close the Mississippi River Gulf Outlet." signed Earnestine T. Horn, President Louisiana Coastal Coalition | Gagliano Reference: 26056 183 |
| "Environmental Activists Take Aim at Federal Dams" | 04-09-2000 | Newspaper Article by Dave Hogan – Times-Picayune | Gagliano Reference 26056 018 |
| MRGO Policy Committee Meeting | 04-13-2000 | Draft Minutes of Meeting | Gagliano Exhibit: S.G. #35 Gagliano Reference: 26056 225 |
| Solicitation for MRGO Maintenance Dredging | 06-02-2000 | Invitation for Bids for Dredging in MRGO and Plans | NOP-014-000002650 |
| MR-GO, South of Lake Borgne Additional Disposal Areas Plus Deflection Dike and Flotation Channels, St. Bernard Parish, LA – EA & FONSI | 06-08-2000 | EA No. 269-B, entitled "MR-GO, South of Lake Borgne Additional Disposal Areas Plus Deflection Dike and Flotation Channels, St. Bernard Parish, LA", with a FONSI signed on 06-08-2000.  These EA's have been prepared to assess the impacts of the construction of dikes associated with dredged areas along portions of the MR-GO and Lake Borgne that would be completed and/or maintained under the proposed action. | NOP-019-000001009 |
| MRGO Modification Policy and Technical Committees Meeting | 08-17-2000 | Minutes of the Joint Meeting held in New Orleans at Corps' Office, and Agenda | Gagliano Exhibits: S.G. #35 Gagliano Reference: 26056 235 26056 236 |
| Design Report for IHNC Lock Replacement Project Lateral Flood Protection | 10-01-2000 | IHNC Lock Replacement Project Design Report | MVD-007-000003472 |
| Draft Design Report No. 2 for IHNC Lock Replacement Project Lateral Flood Protection | 10-01-2000 | Corps design for increased earthen walls and flood protection structures | NPM-029-000000001 |
| Status Report: Comprehensive Plan for Timely Modification of the Mississippi River Gulf Outlet | 10-20-2000 | Prepared by: Coastal Environments, Inc. and Lee Wilson Associates, Inc.; Status Report: MRGO Modification; Prepared for: U.S. Environmental Protection Agency | Gagliano Reference: 26056 018 26056 037 |
| MRGO Policy Committee Meeting | 10-25-2000 | Minutes of Meeting and Agenda | Gagliano Reference: 26056 232 26056 233 |
| District proposes to adopt NA VD88 | 10-26-2000 | District memorandum to Division Chief of Engineering states, In the 15 years since adopting [the 1985 District policy on benchmarks], the NGS has no longer performed the surveying of our reference benchmarks to publish new epochs and, most assuredly, we have witnessed continued | Appendix A. Master Chronology of Project Events (LPV) USACE source: |

| | | subsidence. Until recently there has been very little alternative for maintaining accurate vertical control... It is becoming increasingly untenable to maintain the existing policy. We are proposing to use the NAVD88 for future work on all projects. All of our partners are using this datum for their work, and the existing policy is causing great confusion. We propose to abandon the 1985 policy and request you concurrence. Further notes District proposal to implement GPS Continuously Operating Reference Stations (CORS) to measure and accommodate subsidence in the area. | 20001026 |
|---|---|---|---|
| Meeting of the MRGO – Hurricane Protection Subcommittee | 11-03-1999 | Minutes of Meeting held at the St. Bernard Parish Government Complex Building | Gagliano Reference: 26056 194 |
| "Closure of Gulf Outlet is Urged: But Task Force Says it May Be 15 Years" | 11-16-2000 | Newspaper Article by Karen Turni – Times-Picayune, Section A, p. 1 & 8 | Gagliano Reference: 26056 106 |
| Water Resources Development Act of 2000 | 12-11-2000 | Water Resources Development Act of 2000 | P.L. 106-541 |
| Correspondence from LA DEQ to Corps re: IHNC Work Project Plan and Waste Management Plan | 12-21-2000 | Approval from DEQ for Corps plans | NCS-011-000000003 |
| **"Holding Back the Sea: The Struggle for American's Natural Legacy on the Gulf Coast"** | **2001** | **Christopher Hallowell, Harper Collins** | **Kemp Expert Report** |
| District requests increase in Cat 4/5 recon study funding & duration | 01-30-2001 | District letter to the Division Engineer notes that because the study encompasses 5 projects, and extensive area, and requires coordination with many local interests, reconnaissance study funding and duration limits are not sufficient. Requests a minimum of $500,000 and study duration of 18 months for the study. | Appendix A. Master Chronology of Project Events (LPV) USACE source: 20010130 |
| Division approves District switch to NAVD8 | 01-31-2001 | Division memorandum to the District Engineer concurs with strict proposal to use NAVD88 for future work on all projects. It notes, Hurricane protection projects under construction or to be constructed in the future will use the NAVD88 benchmark data, and that if the CORS system proves accurate for determining benchmark elevations, AMVD and NOD should re-evaluate the above policy to consider use of the CORS benchmark information in lieu of the NAVD88 benchmark information. Further, the NOD should at that time begin evaluation of completed projects to determine whether or not modifications are necessary to achieve authorized levels of protection. | Appendix A. Master Chronology of Project Events (LPV) USACE source: 20010131 |
| Division endorses District request for increased Cat 4/5 recon study funding/duration | 02-2001 | Letter from Division Director of Planning & Programs Management to Headquarters endorses District request for more study money and time. It notes, We see the key to the District's request in their statement that the geographic and hydrodynamic complexity of the area necessitates consideration of alternatives other than simply raising elevations of existing structures. | Appendix A. Master Chronology of Project Events (LPV) USACE source: 20010200 |
| HQ approves increase in Cat 4/5 recon study funding & duration | 03-09-2001 | Letter from Headquarters Chief of Planning to the Division Engineer approves increase in the cost and duration of the reconnaissance study to $500,000 and 18 months | Appendix A. Master Chronology of Project Events (LPV) USACE source: 20010309 |
| Chalmette Area Plan Geotechnical Investigation | 06-2001 | Corps details on soils, foundation investigation and conditions, and design for raising of levee from Bayou Bienvenue to Bayou Dupre in St. Bernard Parish | NPM-038-000001119 |
| RECAP Submittal Report – Criteria Document, IHNC – East Bank Industrial Area, NOLA | 06-2001 | Prepared for USACE NOD | WGI003542 |
| MRGO Modification Policy Committee Meeting | 07-17-2001 | Agenda | Gagliano Reference: 26056 231 |

| Correspondence from Public to Corps on MRGO Dredging | 08-29-2001 | Objection to MRGO Dredging due to environmental concerns on Mile 66.0 to Mile 49.0 | NPM-038-000000141 |
|---|---|---|---|
| "St. Bernard Residents Urge Corps to Close Outlet" | 08-31-2001 | Newspaper Article by Karen Turni – Times Picayune; B-3 | Gagliano Reference: 26056 107 |
| MR-GO, LA, Shell Beach Disposal Areas, St. Bernard Parish, LA – EA & FONSI | 09-06-2001 | EA No. 277, entitled "MR-GO, LA, Shell Beach Disposal Areas, St. Bernard Parish, LA", with a FONSI signed on September 6, 2001. These EA's have been prepared to assess the impacts of the construction of dikes associated with dredged areas along portions of the MR-GO and Lake Borgne that would be completed and/or maintained under the proposed action. | NOP-019-000001009 |
| **"Drowning New Orleans"** | **10-2001** | **Scientific American magazine** | **Kemp Expert Report** |
| MR-GO, LA, Construction of Floatation Channels Miles 51.0 to 48.0, St. Bernard Parish, LA – EA & FONSI | 10-02-2001 | EA No. 269-C, entitled "MR-GO, LA, Construction of Floatation Channels Miles 51.0 to 48.0, St. Bernard Parish, LA", with a FONSI signed on 10-02-2001. These EA's have been prepared to assess the impacts of the construction of dikes associated with dredged areas along portions of the MR-GO and Lake Borgne that would be completed and/or maintained under the proposed action. | NOP-019-000001009 |
| MR-GO, LA, Construction of Floatation Channels Miles 49.0 to 38.0, St. Bernard Parish, LA – EA & FONSI | 10-02-2001 | EA No. 277-A, entitled "MR-GO, LA, Construction of Floatation Channels Miles 49.0 to 38.0, St. Bernard Parish, LA", with a FONSI signed on 10-02-2001. These EA's have been prepared to assess the impacts of the construction of dikes associated with dredged areas along portions of the MR-GO and Lake Borgne that would be completed and/or maintained under the proposed action. | NOP-019-000001009 |
| MRGO Reevaluation Study Powerpoint | 12-14-2001 | Presentation of Ecosystem Restoration in the MRGO with accompanying alternatives | NED-189-000001325 |
| Engineering Drawings on Possibilities for Articulated Concrete Mats in MRGO | 12-20-2001 | Drawings and Locations for two scenarios for constructing concrete mats to prevent vessel induced wave erosion on banks of MRGO | NED-187-000000884 |
| Congressional appropriations for Cat 4/5 recon phase | 2002 – 2006 | Congressional ads for recon phase provide $300K for FY02, $250K for FY03, $100K for FY04, $100K for FY05. The FY06 budget submission includes new start feasibility study through FY05. The FY06 budget submission includes new start feasibility study, but it is known to have issues related to securing a local sponsor, and is given a low HQ ranking and not recommended to OMB. The 3rd Supplemental Act morphed the study into the current study at full federal cost (the current study is referred to in the 4th Supplemental Act as Louisiana coastal protection and restoration plan). | Appendix A. Master Chronology of Project Events (LPV) USACE source: Personal communication with Harry Kitch, Corps Headquarters |
| Closing the Mississippi River Gulf Outlet: Environmental and Economic Considerations | 2002 | R.H. Caffey and B. Leblanc; In Review . . . Background on MRGO, Impacts to the Region, Calls for Action, What does it mean to "close" the MRGO?, Future Considerations | http://www.agecon-extension.lsu.edu/caffey.web/topicseries.htm |
| Coastal Restoration in Louisiana: Striving for a Higher Level | 04-2002 | A Position Paper of the Louisiana Landowners Association; Prepared by: Sherwood Gagliano, in collaboration with the Board of Directors of the Louisiana Landowners Association | Gagliano Reference |
| District direction on NAVD88 | 04-11-2002 | District internal memorandum from Chief of Engineering to other branch chief states, It is the policy of Engineering Division to use those benchmarks that best define vertical control with respect to the NAVD88 datum...Survey section personnel...will visit district benchmarks as they are needed to update their vertical elevations through use of the Continuously Operating Reference Stations (CORS) associated with LSU's GULFNET system. This system allows us to more accurately define vertical elevations and will provide information to predict subsidence. | Appendix A. Master Chronology of Project Events (LPV) USACE source: 20020411 |
| MRGO North Bank Foreshore Dike Construction and Maintenance History | 05-01-2002 | List of construction and maintenance stats for North Bank Foreshore Dike with new dike plans and proposed stats | NED-189-000001194 |

| | | | |
|---|---|---|---|
| Times Picayune articles on hurricane risk | 06-2002 | Five-part series (Washing Away) published in New Orleans Times Picayune. One of several published reports on hurricane dangers in New Orleans. | http://pqasb.pqarchiver.com/timespicayune |
| State letter of intent for Cat 4/5 feasibility study | 06-19-2002 | Letter from the LA Department of Development and Transportation to the District Project Manger acknowledges receipt of draft recon study and announces intent to sponsor feasibility study. The state of LA strongly supports the concept of providing higher levels of hurricane protection in southeast LA and supports moving forward into the feasibility phase. The satisfactory completion of negotiations related to the Project Management Plan and the costs contained therein are critical to the execution of a feasibility study cost-sharing agreement with the Corps. This Department intends to form a coalition of affected southeast LA communities in order to provide the financial resources to go forward with the project. | Appendix A. Master Chronology of Project Events (LPV) USACE source: 20020619 |
| MRGO Modification Policy Committee Meeting | 06-26-2002 | Minutes of Meeting held at New Orleans District Corps of Engineers District Assembly Room | Gagliano Exhibit: S.G. #35 Gagliano Reference: 26056 201 |
| Mississippi River Gulf Outlet Reevaluation Study Powerpoint | 06-26-2002 | Corps of Engineers presented powerpoint | Gagliano Exhibit: S.G. #36 |
| "Residents Call on Corps to Shut Shipping Channel" | 06-27-2002 | Newspaper Article by Mike Dunne – The Advocate; Section B, p. 2 | Gagliano Reference: 26056 108 |
| Cat 4/5 recon study letter report | 06-28-2002 | The study sought to determine whether detailed studies are warranted to investigate increased levels of hurricane protection in an extensive area of southeast Louisiana. The study developed 4 plans for east of the Mississippi River, and 5 plans for west of the river. Due to limited resources, the analysis focused on one structural plan providing increased protection for the East Jefferson Basin. Among other structures, that plan includes butterfly valve gates for the 17th St. Canal. Estimated average annual costs for the E. Jefferson plan are $2.5 million, and estimated annual benefits are $15.2 million. Based on this preliminary finding of net benefits, the District Engineer recommends that the Hurricane Protection Study, LA proceed into the feasibility phase contingent upon the availability of funds and execution of a cost sharing agreement with a local sponsor. | Appendix A. Master Chronology of Project Events (LPV) USACE source: 20020628 |
| District request Division approval of Cat 4/5 recon report & state letter of intent for feasibility phase | 07-01- 2002 | The District notes, Because extensive coordination is underway with the State of LA, levee boards and local governments in the study area, a final Project Management Plan is not yet available… The total estimated cost of the feasibility study is $9.4 million, and the duration of the study is estimated at 6 years. Requests approval of analysis, state letter of intent, and approval to execute feasibility report cost sharing agreement upon completion of negotiations. Notes that similar memo sent to Headquarters for concurrent review. | Appendix A. Master Chronology of Project Events (LPV) USACE source: 20020701 |
| Division comment on local sponsor financing of Cat 4/5 feasibility study | 08-05-2002 | Letter from Division Management Director to the District Engineer comments, The potential magnitude of this project, in addition to all the projects already being sponsored by the State of LA, brings into question whether the State of LA has the resources to fully participate in increasing the protection. A good financial plan to ensure that adequate resources are available should be part of the feasibility effort. | Appendix A. Master Chronology of Project Events (LPV) USACE source: 20020805 |
| MR-GO Miles 32-37, Additional Disposal Areas B Hopedale Marshes, St. Bernard Parish, LA – EA & FONSI | 08-15-2002 | EA No. 349, entitled "MR-GO Miles 32-37, Additional Disposal Areas B Hopedale Marshes, St. Bernard Parish, LA", with a FONSI signed 08-15-2002.  These EA's have been prepared to assess the impacts of the construction of dikes associated with dredged areas along portions of the MR-GO and Lake Borgne that would be completed and/or maintained under the proposed action. | NOP-019-000001009 |
| Headquarters approves Cat 4/5 recon study and State letter of intent for feasibility phase | 08-16-2002 | Letter from the HQ Chief of Planning to the Division Engineer approves the reconnaissance study analysis and state letter of intent for proceeding into the feasibility phase of planning. | Appendix A. Master Chronology of Project Events (LPV) USACE source: 20020816 |

| | | | |
|---|---|---|---|
| Conveyance of Servitude to Port of New Orleans from Gulf Outlet Land Inc. | 09-06-2002 | Copy of legal document providing servitude on Gulf Outlet's land for the Port of New Orleans to perform MRGO Bank Stabilization activities | NED-187-000000651 |
| Public meeting on Cat 4/5 recon & feasibility studies | 10-09-2002 | District staff meet with state and local officials in Metairie to present recon study results and review the content, cost, and duration of the proposed feasibility study, and solicit local sponsors for that study. State and local officials express the need for enhanced protection but also raise serious concerns about funding project implementation. State and local officials note that they can't even get enough funding to complete existing projects and studies. Many participants said that existing projects should first be finished before moving forward with projects providing greater protection. The final speaker notes that Cat 4/5 protection could be implemented only in congress provided 100% federal financing for project design and construction. | Appendix A. Master Chronology of Project Events (LPV) USACE source: Audio tapes of the meeting provided by Mervin Morehiser of the Corps New Orleans District |
| LPV, Chalmette Area Plan Periodic Inspection Report | 10-25-2002 | LPV, Chalmette Area Plan, St. Bernard Parish ; Periodic Inspection Report - Bayou Dupre Control Structure | MVD-007-00003461-3522 |
| Draft EA for Test Installation of ACM on Banks of MRGO | 12-17-2002 | Draft environmental assessment for test installation of articulated concrete mats on banks of MRGO.  Corps assessment of proposed test method for controlling erosion of MRGO banks | NOP-013-000000142 |
| District internal memorandum affirms new datum policy | 12-20- 2002 | District memorandum from the Chief of Eng. To other branch chiefs, section chiefs, functional team leaders, and technical managers states, It is the policy of Engineering Division to use the NAVD88 datum for all vertical control and for gages...No meaningful conversion between old datums [NGVD29] is possible without proper field investigations and even then could result in an approximation at best...It is the intent of this policy that the assigned benchmark elevations represent a snapshot, and may change on future contracts depending on benchmark movement. Engineers must us sound engineering judgment in employing the NAVD88 datum, recognizing that projects have already been designed and/or constructed using the NGVD29 datum against various epochs and that projects may require a significant number of years from conception to completion, and therefore allowances must be made for vertical movement. | Appendix A. Master Chronology of Project Events (LPV) USACE source: 20021220 |
| "Oyster Award Alarms Officials: They Predict Fiscal Chaos for Louisiana" | 01-04-2003 | Newspaper Article by Aaron Kuriloff – Times-Picayune, B-1, 2 | Gagliano Reference: 26056 109 |
| "Port Study Could be Good News" | 01-09-2003 | Daily Comet Article by Katina A. Gaudet | Gagliano Reference: 26056 032 www.dailycomet.com |
| MR-GO, LA, Test Installation of Articulated Concrete Mattressing, Mile 39.0 to Mile 38.0, St. Bernard Parish, LA – EA & FONSI | 01-29-2003 | EA No. 361, entitled AMR-GO, LA, Test Installation of Articulated Concrete Mattressing, Mile 39.0 to Mile 38.0, St. Bernard Parish, LA, with a FONSI signed on 01-29-2003.  The Environmental Assessments (EA) have been prepared to assess the impacts of the construction of foreshore protection measures along portions of the MR-GO and Lake Borgne that would be completed and/or maintained under the proposed action. | NOP-019-000001008 |
| The MRGO Report – Re-Evaluation Study | 02-2003 | USACE NOD - Re-Evaluation Study: To Close or Not to Close?; Alternatives for the Waterway; Navigation and Commerce; Ecosystem Restoration; What's Completed; What's Under Way | Gagliano Reference: 26056 008 |
| "Unclear Channel: Cash-strapped Corps of Engineers Cannot Properly Dredge Gulf Outlet, Now So Narrow that Some Ships Go To Texas Rather Than New Orleans" | 02-05-2003 | Newspaper Article by Jaquetta White – Times-Picayune, C-1, 5 | Gagliano Reference: 26056 110 |
| "MRGO Needs To Go" | 02-25-2003 | Newspaper Article by Mike Bayham – Times-Picayune, Section B-6 | Gagliano Reference: 26056 111 |
| Hydraulic Model Investigation of IHNC Replacement Lock Filling | 03-01-2003 | Hydraulic Model Investigation of New Lock and Alternatives with scale model going from river to IHNC by John E. Hite, Jr.; Coastal and | ERD-020-000002249 |

| and Emptying System | | Hydraulics Laboratory | |
|---|---|---|---|
| FY2004 Initial Appraisal, Bank Stabilization Budget Justification | 04-21-2003 | FY2004 Initial Appraisal, Bank Stabilization Budget Justification, DRAFT | NPM-034-000001168 |
| Article on hurricane risks in New Orleans | 06-2003 | Detailed article (The Creeping Storm) on recent modeling of growing hurricane protection risks in southeast LA. Notes that efforts to protect New Orleans from category 4 or 5 storms would take 30 years to complete, and the feasibility study alone would cost as much as $8M. | Appendix A. Master Chronology of Project Events (LPV) USACE source: Civil Engineering Magazine |
| "Local Residents Demand Closure of Gulf Outlet" | 06-03-2003 | Newspaper Article by Mark Schlelfstein – Times-Picayune, B-1, 2 | Gagliano Reference: 26056 112 |
| "Future of Gulf Outlet Studied" | 06-11-2003 | Newspaper Article by Mark Schlelfstein – Times Picayune; B-3 | Gagliano Reference: 26056 113 |
| "New Port Project in State Budget Bill" | 06-14-2003 | Newspaper Article by Robert Travis Scott – Times-Picayune; A-4 | Gagliano Reference: 26056 114 |
| "Port of N.O. Joining Team of Panama Canal Boosters" | 06-27-2003 | Newspaper Article by Keith Darce – Times-Picayune; C-1, 5 | Gagliano Reference: 26056 115 |
| "Sailing Ahead: With Millions Invested in Computers, Scanners and Fiber Optics, the Port of New Orleans is Counting on Greater Efficiency and Higher Revenue when the Napoleon Container Terminal Opens Next Month" | 07-13-2003 | Newspaper Article by Keith Darce – Times-Picayune; F-1, 2 | Gagliano Reference: 26056 116 |
| Needs Assessment and Mitigation Plan for FY04-06 re: Industrial Canal Lock Replacement Project | 07-14-2003 | Plan submitted to Corps by GCR and Associates in conjunction with the community based mitigation committee which is a local group of representatives from surrounding neighborhoods | NPM-006-000003682 |
| Spreadsheet for Corps Operations and Maintenance Division expected expenditures for FY03 and FY06 | 07-16-2003 | Appropriations requested for MRGO Projects in 2003 and 2006 | NPM-034-000000884 |
| "Many Goals, Few Specifics" | 07-20-2003 | Newspaper Article by Carl Redman – The Advocate; B-9 | Gagliano Reference: 26056 117 |
| Work Package Detail Reports for MRGO | 07-25-2003 | Brief details on many different proposed projects in the MRGO | NPM-034-000000287 |
| "Trespass Law Gives Landowners Power" | 07-27-2003 | Newspaper Article by Patrick Courreges – The Advocate; B-1, 7 | Gagliano Reference: 26056 118 |
| "N.O. Hopes Trade Talks Will be Boon to City" | 07-28-2003 | Newspaper Article by Alan Sayre – The Advocate; B-11 | Gagliano Reference: 26056 119 |
| "N.O. Envisioned as Gateway Again: Free-Trade Pact Could Create Central America, Conduit to Rest of U.S." | 07-29-2003 | Newspaper Article by Keith Darce – Times- Picayune; C-1, 8 | Gagliano Reference: 26056 120 |
| "CAFTA Panelists Offer Trade Advice" | 07-30-2003 | Newspaper Article by Keith Darce – Times- Picayune; C-1, 4 | Gagliano Reference: 26056 121 |
| "Closing Gulf Outlet Crucial to Saving Coast, Corps Told" | 08-05-2003 | Newspaper Article by Mark Schlelfstein – Times Picayune; A-7 | Gagliano Reference: 26056 122 |
| "Channel Digging Deeper Problem" | 08-31-2003 | Newspaper Article by Cain Budreau – The Advocate; B-10 | Gagliano Reference: 26056 123 |
| "Judge to Rule on Lock Lawsuit" | 09-02-2003 | Newspaper Article by Mark Schleifstein and Ben Newhouse, The Times-Picayune, B-1, 2 | Gagliano Reference: 26056 124 |

| | | | |
|---|---|---|---|
| Mississippi River Gulf Outlet – Evaluation Study, Storm Surge Modeling Assessment | 10-16-2003 | USACE, New Orleans District, powerpoints | Gagliano Exhibit: S.G. #38 |
| The Economic Impacts of Various Depths for the Mississippi River Gulf Outlet – Executive Summary | 11-2003 | Prepared by: Timothy Ryan, University of New Orleans | Copy on File |
| "State Challenges Award in Oyster Lawsuit. . . Rulings Threaten Coastal Restoration" | 01-08-2004 | Newspaper Article – by Aaron Kuriloff, The Times-Picayune, St. Tammany Edt., A-1, 6 | Gagliano Reference: 26056 125 |
| "Group Wants Action to Close Miss. River Channel" | 01-19-2004 | Newspaper Article by Cain Budreau – The Advocate, B-3 | Gagliano Reference: 26056 131 |
| Independent technical review of ADCIRC surge model development | 01-31-2004 | Review of the Application of the Numerical model ADCIRC for Storm Surge Prediction in the New Orleans, LA, Vicinity. The document explains the four-year effort to evaluate the ability of the model to determine the adequacy of existing levees and protective works. | Appendix A. Master Chronology of Project Events (LPV) USACE source: 20040131 |
| MR-GO, LA, Additional Disposal Area Designation Miles 66.0 to 49.0, St. Bernard Parish, LA – EA & FONSI | 02-09-2004 | EA No. 354, entitled AMR-GO, LA, Additional Disposal Area Designation Miles 66.0 to 49.0, St. Bernard Parish, LA, with a FONSI signed 02-09-2004.  These EA's have been prepared to assess the impacts of the construction of dikes associated with dredged areas along portions of the MR-GO and Lake Borgne that would be completed and/or maintained under the proposed action. | NOP-019-000001009 |
| "'Down the road' Small towns, historic sites and dramatic wetlands are all part of the scenery in St. Bernard Parish" | 02-15-2004 | Sunday Advocate Magazine article by Cynthia V. Campbell, Travel editor | Gagliano Reference: 26056 133 |
| "Changing Channels? . . . MRGO Called Threat to Coastline" | 02-29-2004 | Newspaper Article by Keith Darce, The Times-Picayune, F-1, 2 | Gagliano Reference: 26056 135 |
| "MR-GO Not Worth the Upkeep" | 03-03-2004 | Newspaper Article by John P. Laguens – The Times-Picayune, B-6 | Gagliano Reference: 26056 136 |
| "Contrasting Views on Gulf Outlet to be Aired . . . Parish Leader Likely to Challenge Corps" | 04-06-2004 | Newspaper Article by Karen Turni Bazile – The Times-Picayune, B-3 | Gagliano Reference: 26056 137 |
| "Defense of Gulf Outlet Doubted . . . St. Bernard Officials Say Corps is Wrong . . . Channel Called 'Murder Waiting to Happen Again'" | 04-07-2004 | Newspaper Article by Karen Turni Bazile – The Times-Picayune, B-1, 2 | Gagliano Reference: 26056 138 |
| MRGO - Fact Sheet | 05-12-2004 | Fact Sheet: Mississippi River Gulf Outlet – brief overview of history of MRGO with problems and local shipping | NOP-004-000000984 |
| "Lawmakers Get First-Hand Look at Gulf Outlet . . . Federal Wetlands Financing is Sought" | 06-20-2004 | Newspaper Article by Michael A. Mohammed, The Times-Picayune, B-1, 2 | Gagliano Reference: 26056 139 |
| Contractor Proposal for Maintenance Dredging in MRGO | 07-21-2004 | Corps emails with attached proposal for dredging from contractor to Corps for Miles 47.8 to 33.8 | NED-105-000000148 |
| MR-GO Installation of Articulated Concrete Mattressing Mile 37.4 to 36.5, St. Bernard Parish, LA – EA & FONSI | 10-19-2004 | EA No. 411, entitled "MR-GO Installation of Articulated Concrete Mattressing Mile 37.4 to 36.5, St. Bernard Parish, LA", with a FONSI signed on 10-19-2004.  The Environmental Assessments (EA) have been prepared to assess the impacts of the construction of foreshore protection measures along portions of the MR-GO and Lake Borgne that would be completed and/or maintained under the proposed action. | NOP-019-000001008 |
| Coastal Restoration Annual Project Reviews | 12-2004 | Turning Back the Tide on a Vanishing American Treasure, Louisiana Department of Natural Resources | Gagliano Reference: 26056 015 |

| Lake Borgne - MR-GO Shoreline Protection Project, St. Bernard Parish, LA – EA & FONSI | 12-16-2004 | EA No. 402 entitled Lake Borgne - MR-GO Shoreline Protection Project, St. Bernard Parish, LA, with a FONSI signed on 12-16-2004. The Environmental Assessments (EA) have been prepared to assess the impacts of the construction of foreshore protection measures along portions of the MR-GO and Lake Borgne that would be completed and/or maintained under the proposed action. | NOP-019-000001008 |
|---|---|---|---|
| **MRGO Channel Restoration and Mitigation Plan and Addendum** | **2005** | **Louisiana Department of Natural Resources** | **Gagliano Reference: 26056 027 Kemp Expert Report** |
| IHNC Replacement Project Fact Sheet | 01-24-2005 | Authority, purpose, location, features and other details of the IHNC Lock Replacement Project | NPM-001-000004902 |
| "New Projects Slated for LCA Plan" | 02-2005 | Restoration Update by Richard Hartman; p. 202 – Louisiana Sportsman | Gagliano Reference: 26056 143 |
| MRGO Reevaluation Study Overview | 03-28-2005 | Purpose: The purpose of the reevaluation study is to determine the feasibility of closing the MRGO to Deep-Draft navigation. Ecosystem Restoration is not an authorized feature of Reevaluation Study | On File. |
| St. Bernard Parish Urban Flood Control Study | 04-2005 | St. Bernard Parish Urban Flood Control Study; Contractor: GeoVal, Inc. | MVD-007-000003461-3522 |
| Questions Regarding MRGO NEPA Compliance | 04-21-2005 | Emails marked privileged communication - Additional Questions regarding MRGO NEPA Compliance involving G. Rogers Sloan, Assistant Division Counsel | NED-187-000000189 |
| Correspondence with the Corps on NEPA Compliance and the MRGO | 05-04-2005 | Emails discussing the need for having a single NEPA document or environmental assessment or separating them into distinct projects for dredging and other proposals in the MRGO | NED-187-000000189 |
| Foreshore Protection - Test Sections on MRGO Concerns – poor soil conditions | 06-14-2005 | Foreshore Protection - Test Sections on MRGO; Emails regarding poor soil conditions from Mile __ to __; Also contains Corps emails re: New Technology for testing bank stabilization techniques – correspondence detailing electro-dewatering technique | NED-187-000000170 |
| Foreshore Protection – Test Section on the MRGO | 07-22-2005 | St. Bernard Voice Article | NOP-019-000000227 |
| **Hurricane Katrina** | **08-29-2005** | | |
| Mississippi River – Gulf Outlet, St. Bernard Parish, La., General Reevaluation Report – Draft | 09-2005 | Mississippi River - Gulf Outlet, St. Bernard Parish, La., General Reevaluation Report – Draft; From: Ed Diehl, Project Manager, CEMVN-PM-E | NED-188-000000932 |
| **MRGO Reevaluation Study** | **09-01-2005** | **MRGO – Reevaluation Study OVEST – USACE Value Engineering** | **Kemp Expert Report** |
| "The Lawsuit That Sank New Orleans" | 09-26-2005 | Newspaper Article by David Schoenbrod - The Wall Street Journal | Gagliano Reference: 26056 075 |
| Effects of Geological Faults on Levee Failures in South Louisiana | 11-17-2005 | Prepared for Presentation and Discussion, U.S. Senate Committee on Environment & Public Works; Senator James M. Inhofe, Chairman; Senator James M. Jeffords, Ranking Member; Presented by: Coastal Environments, Inc.; Sherwood Gagliano, Ph.D., President; November 17, 2005, Washington D.C. | XRB-001-000005645 Gagliano Deposition Exhibit 5.6.44A Exhibit 5.6.44B |
| Comprehensive Habitat Management Plan for the Lake Pontchartrain Basin | 11-18-2005 | Lake Pontchartrain Basin Foundation, November 18, 2005 | Gagliano Deposition Exhibit 5.6.45 Saveourlake.org |
| **The Storm – What Went Wrong and Why during Hurricane Katrina – The Inside Story from One Louisiana Scientist.** | **2006** | **Van Heerden, I.L. and M. Bryan, 2006.  The Storm – What Went Wrong and Why during Hurricane Katrina – The Inside Story from One Louisiana Scientist. New York, NY: Penguin/Viking.** | **Kemp Expert Report** |
| MRGO Channel Restoration and Mitigation Plan and Addendum | 2006 | S.M. Gagliano, K.M. Wicker, and B.L. Rivenbank; Coastal Environments, Inc., Baton Rouge; Prepared for: St. Bernard Parish Government, Louisiana Department of Natural Resources, U.S. EPA | Gagliano Reference: 26056 075 |

| | | | |
|---|---|---|---|
| "Too Shallow for Many Ships. Nearly Devoid of Commercial Traffic. Expensive to Dredge and Maintain. A Deadly Shortcut for Storm Surge. Now, Many are Ready to Bid the Mississippi River – Gulf Outlet Good Riddance" | 01-08-2006 | Newspaper Article – The Times-Picayune, A-1, 12 & 13 | Gagliano Reference: 26056 142 |
| Spreadsheet of Corps Project Post Katrina and Rita | 01-12-2006 | Corps Projects and degree of impact from the hurricanes | MVD-007-000003461 |
| "Wetlands Projects Get a Green Light; Barrier Dunes, Rock Dikes are in the Plans" | 02-09-2006 | Newspaper Article by Mark Schleifstein - The Times-Picayune, A-6 | Gagliano Reference: 26056 144 |
| "Boats Raised from Muck as Waterways Cleared, Coast Guard Begin St. Bernard Work" | 02-16-2006 | Newspaper Article by Karen Turni Bazile, - The Times Picayune, B-4 | Gagliano Reference: 26056 144 |
| "Floodwater-Sediment Analyses are Online DEQ Says N.O. Area is Safe for Residents" | 02-16-2006 | Newspaper Article from staff reports – The Times-Picayune, B-4 | Gagliano Reference: 26056 144 |
| "Levee Checking to go by the Book . . . Power Lunches Over, Corps Official Says" | 02-16-2006 | Newspaper Article by Shelia Grissett, East Jefferson Bureau – The Times-Picayune | MVD-007-000002117 |
| "Storm Warning: Report Says Corps Must Armor Levees, Better Predict Storm Damage Risks and Be More Cautious About Saying Levees Will Be Ready . . . Corps Says System Will Be Working June 1" | 02-21-2006 | Newspaper Article by Bob Marshall – The Times-Picayune, St. Tammany Edt., A-1, 9 | Gagliano Reference: 26056 145 |
| Influence of MRGO on Hurricane Induced Storm Surge | 02-21-2006 | Appendix E: Note on the Influence of the Mississippi River Gulf Outlet on Hurricane Induced Storm Surge in New Orleans and Vicinity | NED-188-000000640 |
| **Corps' IPET Report on Environmental Consequences in Wake of Katrina** | **03-31-2006** | **Interagency Performance Evaluation Task Force 2006. Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, 9 Volumes. Draft Final. Vicksburg, MS: USACE re: Microbiological Analysis - Effects of contaminants brought into the city by flood waters and left behind when waters pumped out** | **ERD-005-000000631 Kemp Expert Report https://ipet.wes.army .mil/** |
| Summary Report of 2006 Levee and Floodwall Assessment | 05-22-2006 | Report of the Corps Assessment team on all portions of the flood protection projects initially reported to be undamaged in September 2005. | MVD-007-000003170 |
| Conference Report on H.R. 4939, Emergency Supplemental Appropriations Act for Defense, the Global War on Terror, and Hurricane Recovery | 06-08-2006 | H3587, Congressional Record – House of Representatives | Gagliano Reference: 26056 081 |
| Mississippi River – Gulf Outlet, 2006 Foreshore Protection Repairs | 06-22-2006 | Mile 60 to Mile 47, South Bank, St. Bernard Parish, Louisiana; Construction Solicitation and Specifications | NED-103-000001942 |
| A Pilot Study of Post-Hurricane Katrina Floodwater Pumping on Marsh Infauna | 07-2006 | USACE, by Gary L. Ray | ERD-001-000000023 |
| **ILIT Final Report** | **07-2006** | **Independent Levee Investigation Team (ILIT) 2006 (July).** *Investigation of the Performance of the New Orleans Flood Protection System in Hurricane Katrina on August 29, 2005.* **Final Report.** | **Accessed 09-20-2006: http://www.ce.berkel ey.edu/~new_orleans / Kemp Expert Report** |
| Louisiana Coastal Protection and Restoration Preliminary Technical | 07-2006 | Louisiana Coastal Protection and Restoration Preliminary Technical Report to U.S. Congress, July 2006 | Gagliano Reference: 26056 016 |

| | | | |
|---|---|---|---|
| Report to U.S. Congress | | | |
| Corps' correspondence re: Obtaining Additional Funds for Selective Armoring and Surge Protection | 07-03-2006 | Email attempting to move funds from one area to another project in need of additional funds | MVD-007-000003326 |
| MRGO: Issues for Congress | 08-04-2006 | CRS Report for Congress; Mississippi River Gulf Outlet (MRGO): Issues for Congress; Nicole T. Carter, Analyst in Natural Resource Policy; Resources, Science and Industry Division; and Charles V. Stern; Research Associate in Natural Resources Policy; Resources, Science, and Industry Division; Congressional Research Service, The Library of Congress | NOP-019-000001009 |
| **The Failure of the New Orleans Levee System during Hurricane Katrina** | **12-18-2006** | **Van Heerden, I.L. and G.P. Kemp. 2006. The Failure of the New Orleans Levee System During Hurricane Katrina. Loyola Law Review 52:1225-45.** | **Loy. L. Rev. art. 52:1225-45. Kemp Expert Report** |
| **Team Louisiana Report** | **12-18-2006** | **Van Heerden, I.L., G.P. Kemp, H.S. Mashriqui, R.S. Sharma, W.R. Prochaska, L.J. Capozzoli, A. Theis, A. Binselam, K. Streva, and E. Boyd. 2007.  The Failure of the New Orleans Levee System during Hurricane Katrina.  Forensic Report prepared for Secretary John Bradberry, Louisiana Department of Transportation and Development. Delivered 12-18-2006; Approved 02-12-2007. Baton Rouge, LA: LSU Center for the Study of Health Effects of Hurricanes, State Project No. 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** | **http://www.publichealth.hurricane.lsu.edu/TeamLA.htm Kemp Expert Report** |
| **IPET Final Draft** | **03-26-2007** | **Interagency Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, IPET Final Draft, Volumes I - IX Volume VII: the consequences, impacts on diminished health, property, economic opportunity, ecosystem quality, and community infrastructure as a result of flooding only** | **ERD-005-000000001** |
| Integrated Final Report to Congress and Legislative Environmental Impact Statement for the Mississippi River – Gulf Outlet, Deep-Draft De-Authorization Study | 11-2007 | Volume I, Main Report by USACE NOD, November 2007, Revised January 2008 | Gagliano Exhibit: S.G. #12 |
| Water Resources and Development Act of 2007 | 11-09-2007 | H.R. 1495, 110th Congress, 1st Session | P.L. 110-114 |
| Louisiana Coastal Protection and Restoration Technical Report | 02-2008 | USACE, State of Louisiana | On File. |
| **Decision-Making Chronology for the Lake Pontchartrain & Vicinity Hurricane Protection Project: Final Report for the Headquarters, U.S. Army Corps of Engineers** | **03-2008** | **a/k/a LPV Decision Making Chronology Douglas Wooley and Leonard Shabman** | **Kemp Expert Report** |