Exhibit 22

# Wave Modeling New Orleans - Mississippi River Gulf Outlet

## Hurricane Katrina August 2005

FINAL REPORT

C. Gautier, M. Kok, and J.K. Vrijling

July 9th, 2008
Ref: cg/1474/08109/F





# Preface

This report describes numerical modeling of the waves in the Lake Borgne vicinity of New Orleans (Figure 1.1) during hurricane Katrina on August 29th, 2005. This report also describes model runs using varying scenarios of the MRGO configuration. This project was a joint effort by the Delft University of Technology and Svašek Hydraulics of the Netherlands and undertaken January-May 2008. The Client is the Law Offices of Joseph M. Bruno, New Orleans, Louisiana.




# 1      Introduction

## 1.1     General introduction

On the morning of August 29, 2005, Hurricane Katrina struck southeast Louisiana and triggered what would become one of the worst disasters ever to befall an American city. The storm overtopped levees and floodwalls throughout southeast Louisiana and also caused the levees and floodwalls in the New Orleans area to fail or breach in more than 50 locations. Water rushed into New Orleans and flooded over 80 percent of the city - more than ten feet deep in some neighborhoods.

Flooding of the city of New Orleans originated from several sources (or causes): breaches, overtopping (of the levees and flood control structures) and rainfall. The breaches were, among others, caused by waves. This is the topic of this report. The complex wave field generated during Hurricane Katrina in Lake Borgne that would have impacted the Mississippi River Gulf Outlet (MRGO) would have consisted of two basic kinds of waves reflecting their source; one group being the ocean swells generated offshore that would have long periods and could possibly have reached the MRGO Reach 2; and the second type waves generated locally in Lake Borgne as a result of the wind blowing across the lake. The ocean swells would have periods of up to 16 seconds between crests, while the wind generated waves would have expected periods between 3 and 7 seconds. The ocean swells would be somewhat reduced in height and possible totally assimilated by the wind-generated waves as they crossed the wetlands between the coast and Lake Borgne while the wind waves heights would be related to the fetch (distance over which the wind blows) and wind direction. Both wave types would have a limiting maximum height based on the depth of water the waves would be traversing (frictional drag of the bottom).

What is lacking in Louisiana is real wave data during the passage of major hurricanes. During Katrina, other than some questionable wave data collected in Lake Pontchartrain, no data exists in the nearshore and especially in water bodies such as Lake Borgne. This necessitates the use of wave simulation models to try to decipher what happens in the MRGO during passage of major hurricanes.

Additionally, one of the main factors which was not known until now was the influence of waves on the erosion of the levees along the Mississippi River Gulf Outlet (MRGO). This present report describes model runs for two different scenarios each depicting a variation on the configuration of the MRGO and funnel area. The main body of the report covers runs performed with surge surfaces generated by a combination of ADCIRC data from the Robinson experts, and FINEL data from de Wit (2008). Additional runs are presented in the appendices.

The numerical wave model SWAN is used to characterize the wave hydrodynamic conditions along the GIWW and MRGO during Hurricane Katrina. The flow simulations of the surge (Kemp 2008) and currents (De Wit et al, 2008) are described elsewhere in the Levee Litigation's Team submissions to the court.

## 1.2     Objectives

The SWAN model was used to derive wave spectra on Lake Borgne and more specifically along the MRGO Reach 2 that were generated during hurricane Katrina, August 2005. The




wave spectra are being used to assess the impact of the presence of the deep, wide and unmaintained MRGO channel during hurricane Katrina on the Lake Pontchartrain and Vicinity (LPV) flood protection structures along the MRGO.



Figure 1.1: Location of the study area.

## 1.3   Description of the area

The MRGO is situated in Louisiana (USA) and connects New Orleans with the Gulf of Mexico, just east of the Mississippi River. The area of interest, indicated by the red oval in Figure 1.1, is Reach 2 of the MRGO. This is an area where the LPV levees were extensively damaged by waves and some miles destroyed during hurricane Katrina.

The MRGO, excavated in the 1950's and early 1960's is approximately 2000 ft wide (Van Heerden et al, 2007) and has a water depth of circa 40 ft (relative to NAVD88). The land between New Orleans and the Gulf mainly consists of swamps. During Katrina the high surge water levels associated with levee breaches inundated large areas.

As pointed out earlier the waves developed in the MRGO are a combination of locally generated wind waves and deep ocean swell penetrating from the Gulf onto the canal. The latter is strongly dependent on the distance from the Gulf and the strength and direction of the wind field during the storm.





## 1.4    Approach

The SWAN wave model is used to simulate the waves during Katrina. SWAN computes on a grid how waves generate, dissipate and propagate under the influence of wind, bathymetry, water levels, currents and incoming waves. See Appendix A for a brief explanation on SWAN. The input data provided by the client was converted into a SWAN compatible format. Output is given for a number of pre described output locations in the area of interest.

For this study, SWAN version 40.51AB is used in the stationary mode. The assumption was made that the winds and surge vary slowly enough for the waves to reach equilibrium. IPET in their Volume IV, appendix 4 (page IV-4-31) [ref 1] come to the same conclusion. It is concluded that the steady-state solution is adequate for the simulations.

In the main body of this report two scenarios are presented:

Scenario 1:      Katrina real run (base case)
Scenario 2C:     Katrina "neutral MRGO" conditions
                 This scenario is simulated in three different ways to assess the sensitivity for various vegetation options

In the appendices the following additional runs are presented:

Scenario 2A:     Katrina "neutral MRGO" without levees, 40 Arpent levee at 6.5ft (App B)
Scenario 2B:     Katrina "neutral MRGO" without levees, 40 Arpent levee at 17.5ft (App C)
Scenario 3:      Katrina "neutral MRGO" with original dimensions (Appendix D)




# 3 SWAN Scenario 1

## 3.1 Introduction

This chapter contains a selection of the SWAN results of Scenario 1: Hurricane Katrina and the physical bathymetry and topography as it existed immediately prior to Hurricane Katrina's landfall. This is called the "Katrina real run".

## 3.2 Input Scenario 1

Since this scenario should be considered as the base case, input data such as bathymetry, water levels etc is presented in Chapter 2.

## 3.3 Results Scenario 1

### Scenario 1: SWAN results at output locations

Table 3.1 gives the significant wave height (Hs), peak wave period (Tp), wave direction and surge water level for the seven pre-described output locations.  At time 8:00 am the wave heights, periods and water levels have the following maximums at the levee, respectively 7.3 ft (location 6), 5.6 s (locations 2,3,5) and 17.8 ft (location 3,4,5). Across the MRGO the wave direction changes slightly due to refraction so that the waves attack the levees more or less perpendicular.

### 2d-overview of significant wave height - Hs

Figures 3.1.a, b and c give an overview of the significant wave height and the wave direction on the entire computational domain, for the six time steps at the overall Grid A scale. On this scale the differences between the six times are small. The large incoming ocean swells and waves on the south-eastern side of the A-grid with heights above 40 feet are discernable. The Chandeleur Islands, however, cause a lot of wave dissipation and west of these islands the wave heights are considerably reduced. On Lake Borgne the wave direction follows more or less the wind direction. The time steps 06:00 am, 07:00, and 08:00 show the MRGO as a line with higher waves than the surroundings.

The significant wave height on the M-grid can be found in Figure 3.2.a-c (Results of the C-grid are not presented in this report as they contain no additional information on this scale). The waves in the area of interest are locally generated by the severe wind. Of the simulated times, t3 (8:00am local time) shows the highest waves on the south western bulb of Lake Borgne (8-9 ft). By 9:00am LT the eye of Katrina is located over Lake Borgne hence both wind velocities and wave heights are smaller. Note again the much higher waves in the MRGO.

Figures 3.3.a-c show the significant wave height on the high resolution grids F and G. The black dots indicate some of the Robinson experts required output locations. The waves that exist in Lake Borgne diminish in size as they travel west from the Lake due to limited water depth and high bottom friction over the wetland between the Lake and MRGO, which induces some wave breaking. In the MRGO where the depths (including surge water level) are greater than 50 ft, waves increase again up to more than 9 ft.





**Scenario 1: 2d-overview peak wave period - Tp**

Figures 3.4, 3.5 and 3.6 show the computed peak period for grids A, C and F&G respectively. On the A-grid we see that the peak period is considerably reduced where the water gets shallower, west of Chandeleur Islands. The SWAN model reveals that the longer offshore periods do not penetrate far towards the MRGO. At 06:00 and 09:00am LT there is minor penetration of ocean swells with peak periods of ca 10 seconds (Figure 3.4).

**Scenario 1: Wave energy spectra**

The wave energy spectra show how the wave energy is divided over the frequencies (1d wave spectra) and over the directions (2d wave spectra). As an example, Figure 3.7 presents the 2d and 1d spectra of the pre described output locations 1, 2, 3, 4, 5, 6 on the F-grid for 08h00 LT close to the peak of the storm. The 2d plots only show the frequencies below 0.4 Hz (circles). Wave energy in the south western quadrant of the plot indicates energy traveling to the south west. Note that the values shown in the headers of each of the 1d-spectra plots are only estimates. The correct values are given in Table 3.1.

Figures 3.8.a and b show the wave spectra on the output locations of the six rays along the MRGO (Table 2.3). Additional spectra further away from the area of interest (Figure 3.9.a) were chosen to determine the impact of wetlands on the wave regime (Figure 3.9.b). The left hand plots are just east and west of Breton Island. The island seems to block the low frequent wave energy (higher periods). The middle and right hand column show three locations from Chandeleur Sound (loc 3 resp 4), via the wetlands (loc 8 resp 9) to Lake Borgne (loc 11 resp 10). The wetlands definitely knock down the wave energy. The waves at Lake Borgne are often higher than offshore except for 8 am and 9 am. The wind direction on times 4am- 7am is such that the fetch is at a maximum for Lake Borgne, so the local wind generated waves are actually bigger than those in Chandeleur Sound.

**Scenario 1: Wave parameters along the rays**

Figure 3.10 shows the wave height, peak period, wave direction and water depth (including surge level) along rays through the pre described output locations, perpendicular to the MRGO. The location of the rays can be found in Figure 2.6. The Figure 3.10 plots show the variation in wave parameters and water depth (which includes surge). What is very striking is the increase in significant wave height where the waves reach the wide, deep channel of the MRGO. At the levees - at the end of each ray - the wave height is again reduced due to shoaling and wave breaking which causes some of the levee erosion.





The computed water levels resulting from the FINEL Scenario 2C-runs (de Wit, 2008) have been used to locally modify the water level fields of Scenario 1 to Scenario 2. The FINEL simulations have a high resolution and cover fully the F-grid. The water level field for the M-grid has been completed with the ADCIRC Scenario 1 data.

The water levels for Scenario 2C are only included in computational grids M, F and G. Figure 4.8 shows the water levels as input for the SWAN computations.

## 4.4    Results Scenario 2C

**General**

In this scenario we simulate the situation before the MRGO was constructed, with dense vegetation and with MRGO-levees.

The absence of the deep and wide MRGO prevents the waves growing as they did in Scenario 1. Furthermore, the vegetation suppresses the waves. Also, the water levels of Scenario 2C are less, and in shallower water the waves will be smaller. The general outcome of the SWAN simulations of Scenario 2C is that the waves on the location of the present levee would be lower if there were no MRGO.

**Scenario 2C: SWAN results at output locations**

The significant wave height, wave direction and peak period as computed by SWAN on the output locations for the six time steps are presented in Table 4.1, 4.2 and 4.3  for respectively version g (forest and marsh vegetation), h (moderate dense marsh vegetation) and i (dense marsh vegetation). The water levels are also included in these tables. Note that the output locations "L", "T" and "D" have the same name and location as in Scenario 1, although "D" is not so deep since there is no MRGO in Scenario 2C.

Time step 8 am shows the largest wave heights and periods. If we consider the levee output location of ray 3, the significant wave height varies between 2.4 ft (version g) and 4.7 ft (version h) and 4.3 ft (version i). On ray 1 the wave height on the levees are highest, respectively 5.4 ft, 5.3 ft and 4.9 ft. In general, the difference between version h and i is about 0.5 ft. The peak period varies between approximately 3 and 4 seconds. Both periods and wave heights are considerably lower than in Scenario 1.

Rays 1 and 2 of version g have no limiting influence of Cypress woods and reduced wind and show therefore much higher waves than on the other rays.
The water levels of Scenario 2C are slightly lower than in Scenario 1.

**Scenario 2C: 2d-overview of significant wave height - Hs**

Figures 4.9.a-c reflect the significant wave height of version i on the six time steps in 2d-plots. One can see the higher waves on Lake Borgne (up to 9 ft on 8:00am), and smaller waves on the marshes. When comparing these plots with the ones from Scenario 1, the main difference is the absence of the MRGO. For the time step with maximum waves, also the results of version g and h are presented, see Figure 4.10. In version g one can recognize the Cypress forest as the area with lower waves.

 

**Scenario 2C: 2d-overview of peak wave period - Tp**

Figures 4.11.a-c present the peak wave period in 2d-plots. The peak period is a measure of how the wave energy is divided over the wave frequencies, rather than a measure for the amount of energy (which would be the significant wave height).

**Scenario 2C: Wave parameters along the rays**

Figures 4.12.a-c show the wave height, peak period, wave direction, water depth (including surge level) and friction coefficient along rays through the pre described output locations, perpendicular to the MRGO. These plots show the variation in wave parameters and water depth. The location of the rays can be found in Figure 2.6. The colored dots have the same position as the ones in Scenario 1, but since the MRGO has been removed in Scenario 2, the vertical elevation is almost the same now for the first four locations. Figure 4.12.a presents version g, Figure 4.12.b version h and Figure 4.12.c version i. Only time step 8am is presented.

Due to the absence of the MRGO, the variation in depth is less than in Scenario 1. The variation in friction coefficient depends on the presence of the vegetation causing additional friction. One can see that the wave height reduces as the friction coefficient increases (especially in version g).





# 5    Conclusions

**General**

SWAN was used to simulate waves during the Katrina event for the area of interest, being the northern end of Reach 2 of the MRGO, near New Orleans. Six time steps were considered on 29 August 2005; namely 4 am, 5am, 6am, 7am, 8am, and 9am (local time). Two scenarios are taken into account, Scenario 1 with and Scenario 2C without the MRGO channel. In the latter one also the original dense vegetation is taken into account.

Five computational grids were required in order to cover an area that is large enough to translate the offshore waves to the area of interest with a resolution sufficiently high to include major bathymetric variations.

The large offshore swells (Hs≈45 ft, Tpeak≈15 s) dissipate dramatically as they reach the Chandeleur Islands and for the most part do not reach the MRGO.

According to the SWAN model the waves in the area of interest are locally generated by the severe wind that blew over Lake Borgne with maximum fetch, straight at the levees.

The waves attack the levees almost perpendicular due to the normal wind direction and additional refraction.

According to the SWAN simulations of Scenario 1, at 8:00 am local time on August 29th 2005, wave heights, periods and water levels reached their maximum in the area of interest, whereas the maximum wind occurred at 7:00 am. In the deeper parts of MRGO, maximum Hs was about 9 - 10 ft, at the toe 8 - 9 ft and at the levee 6 - 7 ft. Periods were circa 5 s. Surge levels were approximately 18 ft above NAVD88.

**Scenario 2C**

In Scenario 2C the situation without the MRGO but with the levees has been simulated. The absence of the deep and wide MRGO prevents the waves to grow as they did in Scenario 1. Furthermore, the vegetation suppresses the waves. Since it is hard to know the exact vegetation patterns now if the MRGO would not have been constructed, three versions have been simulated with more or less dense vegetation. Additional SWAN tests indicate that the vegetation - included in the friction coefficient - has considerable effect on the waves. The general outcome of the SWAN simulations of Scenario 2C is that the waves on the location of the present levee would be lower if there were no MRGO.



# APPENDIX E:    Scenario 3 "MRGO-as-designed scenario"

## E.1 Introduction Scenario 3

This chapter deals with Scenario 3, the "MRGO-as-designed scenario". We run a Katrina storm with a scenario run modified with a MRGO channel as originally designed.

Scenario 3 consists of the Katrina storm in combination with:
- the MRGO levees along their current alignment at their pre-Katrina elevations,
- the MRGO channel (Reach 1 and reach 2) at its authorized width, depth, and alignment and with
- the pre-MRGO (1958) wetlands/swamps (incl trees where they used to be) and shoreline.

The authorized dimensions of the MRGO, as originally designed, refer to a bottom width of 500 ft, slopes 1:2 and a depth of 36 ft.

## E.2 Input Scenario 3

The position and resolution of the computational grids is equal to those in Scenario 1. Also the wave boundary conditions, numerical settings, output locations and most physical settings are the same. Since the difference between the scenarios are limited to the area within computational grid C, the Scenario 1 results on the base grid (A) are valid for Scenario 3 too.

Input for Scenario 3 that differs from Scenario 1:
- Bathymetry
- Bottom friction
- Wind
- Water levels

**Bathymetry Scenario 3**

The bathymetry for Scenario 3 consists of the Scenario 2A-bathymetry to which the MRGO at its design dimensions is added. MRGO Reach 1 and 2 have dimensions of 36 feet deep, 500 feet wide at the bottom and 650 feet wide at the top, as provided by the Robinson experts.

The levees along the MRGO Reach 1 and 2 are at the actual pre-Katrina crest heights, as provided by the Robinson experts. These were also present in the bathymetry of Scenario 1.

The GIWW has the dimensions of 150 feet wide and 12 feet deep (similar as in Scenario 1), as provided by the Robinson experts.

The resulting depths in the model area are shown in Figure E1. The adjusted bathymetry for Scenario 3 is only included in computational grids C, M, F and G.





**Bottom friction Scenario 3**

In Scenario 3 the Cypress forest south west of Lake Borgne is included albeit that it is cut by the MRGO. Where trees are present, the bottom friction coefficient is raised from 0.015 to 2.0 (see also explanation for bottom friction of Scenario 2C and Figure 4.5). The marshes have a friction coefficient of 0.49. In the MRGO and on its levees we did not include any vegetation ; hence the friction coefficient is 0.015 here.

There are three different values for the friction coefficient (Cfr=stem rigidity * Diameter [m] * number/m$^2$ * Height [m]):
- Cypress forest          Cfr= 0.9        * 0.5   *        0.9        *     5        = 2.0
- Spartina (moderate)     Cfr= 0.5        * 0.01  *        49         *     2        = .49
- Flat (Lake, Channel, Ocean)   Cfr= 0.015 (SWAN's default value)

The perimeter of the Cypress forest is as we received it from the Robinson experts (Ivor van Heerden), see Figure 4.5. The larger bottom friction is only included in computational grids M and F. Figure E2 shows the friction coefficient as input for the SWAN computations.

**Wind Scenario 3**

Inside the cypress forest the influence of the wind is reduced by the trees. Therefore the wind velocities are reduced by 80% (percentage provided to us by the Robinson experts) inside Cypress forests. Along the MRGO channel, the wind is not reduced, which makes the wind for this scenario different from Scenario 2A/B/C.

The reduced wind is only included in computational grids M and F. Figure E3 shows the wind velocities as input for the SWAN computations. The resolution of the wind file for Scenario 3 is 500 m x 500 m (1640 ft x 1640 ft) which is twice as fine as in Scenario 1.

**Water levels Scenario 3**

The water level data consists of non-uniform data fields based on the combination of ADCIRC S08 simulations for Scenario 3 performed by the Robinson experts and FINEL simulations for Scenario 3 (Wit, de 2008). The water levels for Scenario 3 are only included in computational grids M, F and G. Figure E.4 shows the water levels as input for the SWAN computations.

# E.3 SWAN results Scenario 3

**General**

NB:
When comparing the results of Scenario 3 with other scenarios one should keep in mind that the output locations have the same coordinates, but not necessarily the same elevation. The names "levee", "toe" etc are based on Scenario 1.

In Scenario 3 the MRGO has its authorized dimensions which are smaller than its actual size. The Cypress forest is present south west of Lake Borgne. The levees are in place.

Scenario 1 revealed that the waves grow as they cross the MRGO; we expect smaller waves in Scenario 3 as the MRGO is narrower. Also the trees and marh vegetation will dampen the waves since they reduce the wind velocity and physically obstruct the waves. The water





levels of Scenario 3, using a combination of FINEL and ADCIRC output, are more or less similar to the ones from Scenario 1.

### Scenario 3: SWAN results at output locations

Tables E1.a and b present the significant wave height, peak period, wave direction and water level for a few locations on the seven output rays. On the levee the significant wave height of Scenario 3 is roughly 1 ft less than of Scenario 1. The maximum significant wave height at a levee output location is 6.0 ft on location 1. The maximum period occurs on locations 1,2,6 and is 4.2 s.

### Scenario 3: 2d-overview of significant wave height - Hs

Figures E5.a-c show 2d-plots of the significant wave height. One can recognize the MRGO with higher waves and the Cypress trees with lower waves. The larger waves on the MRGO are present over a narrower width than in Scenario 1.

### Scenario 3: 2d-overview of peak wave period - Tp

Figure E6a-c shows 2d-plots of the peak period. The period varies between circa 3 and 7 seconds. On 8 am the wave periods are highest.

### Scenario 3: Wave parameters along the rays

Figures E7a-b present the wave parameters (including bottom friction coefficient and water levels) along the seven rays in the area of interest at 8:00 am local time.

The location of the rays can be found in Figure 2.6. The colored dots have the same position as the ones in Scenario 1, but since the MRGO has been changed in Scenario 3, their vertical elevation is different. One can see that the cross section of the MRGO is smaller than in Scenario 1.

The variation in friction coefficient depends on the presence of the vegetation causing additional friction. One can see that the wave height reduces as the friction coefficient increases.





| Hs [ft] | 4am (local) | | | 5am (local) | | |
|---|---|---|---|---|---|---|
| loc | L | T | D | L | T | D |
| 1 | 0.0 | 2.7 | 3.0 | 0.0 | 3.5 | 3.7 |
| 2 | 0.0 | 3.1 | 3.1 | 2.4 | 3.8 | 3.8 |
| 3 | 0.0 | 2.5 | 1.9 | 0.0 | 3.1 | 2.4 |
| 4 | 1.9 | 2.5 | 2.3 | 2.6 | 3.1 | 2.9 |
| 5 | 0.0 | 2.2 | 1.6 | 0.0 | 2.8 | 2.0 |
| 6 | 2.2 | 2.6 | 3.0 | 2.8 | 3.3 | 3.7 |
| 7 | | | 3.6 | | | 4.3 |

| dir come from [°N] | 4am (local) | | | 5am (local) | | |
|---|---|---|---|---|---|---|
| loc | L | T | D | L | T | D |
| 1 | 0 | 45 | 45 | 0 | 44 | 42 |
| 2 | 0 | 47 | 50 | 49 | 45 | 47 |
| 3 | 0 | 52 | 59 | 0 | 49 | 54 |
| 4 | 35 | 41 | 40 | 35 | 39 | 37 |
| 5 | 0 | 42 | 42 | 0 | 39 | 37 |
| 6 | 45 | 47 | 51 | 44 | 47 | 50 |
| 7 | | | 53 | | | 51 |

| Tp [s] | 4am (local) | | | 5am (local) | | |
|---|---|---|---|---|---|---|
| loc | L | T | D | L | T | D |
| 1 | 0.0 | 2.9 | 2.6 | 0.0 | 3.2 | 3.2 |
| 2 | 0.0 | 2.9 | 2.9 | 3.2 | 3.2 | 3.2 |
| 3 | 0.0 | 2.6 | 2.2 | 0.0 | 2.9 | 2.4 |
| 4 | 2.6 | 2.4 | 2.4 | 2.9 | 2.6 | 2.6 |
| 5 | 0.0 | 2.4 | 2.2 | 0.0 | 2.6 | 2.4 |
| 6 | 2.9 | 2.6 | 2.9 | 3.2 | 2.9 | 3.2 |
| 7 | | | 3.2 | | | 3.5 |

| wl [ft] | 4am (local) | | | 5am (local) | | |
|---|---|---|---|---|---|---|
| loc | L | T | D | L | T | D |
| 1 | 0.0 | 8.8 | 8.7 | 0.0 | 10.6 | 10.5 |
| 2 | 0.0 | 9.0 | 9.0 | 10.9 | 10.8 | 10.8 |
| 3 | 0.0 | 9.2 | 9.1 | 0.0 | 11.0 | 10.9 |
| 4 | 9.3 | 9.2 | 9.2 | 11.1 | 11.0 | 11.0 |
| 5 | 0.0 | 9.3 | 9.2 | 0.0 | 11.0 | 11.0 |
| 6 | 9.5 | 9.4 | 9.4 | 11.2 | 11.1 | 11.1 |
| 7 | | | 8.2 | | | 9.7 |

Table E1.a: Results SWAN Scenario 3: 4am and 5 am on output locations (Hs, Direction, Tp, Water level; for output locations, see Paragraph 2.5; L="levee", T="toe", D="deeper parts")





| Hs [ft] | 6am (local) | | | 7am (local) | | | 8am (local) | | | 9am (local) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| loc | L | T | D | L | T | D | L | T | D | L | T | D |
| 1 | - | 4.3 | 4.7 | - | 5.5 | 6.0 | 6.0 | 6.4 | 6.9 | - | 3.9 | 3.9 |
| 2 | 3.4 | 4.7 | 4.8 | 4.5 | 5.9 | 6.1 | 5.5 | 6.8 | 7.0 | 3.1 | 3.6 | 3.7 |
| 3 | 2.9 | 4.0 | 3.1 | 4.1 | 5.0 | 3.9 | 5.0 | 5.7 | 4.4 | 2.6 | 2.7 | 2.2 |
| 4 | 3.5 | 3.9 | 3.7 | 4.6 | 4.9 | 4.8 | 5.4 | 5.6 | 5.3 | 2.7 | 2.8 | 2.7 |
| 5 | - | 3.5 | 2.6 | - | 4.4 | 3.4 | 4.9 | 4.9 | 3.7 | - | 2.4 | 2.1 |
| 6 | 3.6 | 4.2 | 4.7 | 4.7 | 5.4 | 6.0 | 5.2 | 5.9 | 6.4 | 2.0 | 2.2 | 2.4 |
| 7 | | | 4.6 | | | 6.3 | | | 6.6 | | | 4.0 |

| dir come from [°N] | 6am (local) | | | 7am (local) | | | 8am (local) | | | 9am (local) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| loc | L | T | D | L | T | D | L | T | D | L | T | D |
| 1 | - | 41 | 38 | - | 39 | 35 | 38 | 39 | 36 | - | 23 | 17 |
| 2 | 48 | 43 | 43 | 46 | 41 | 41 | 46 | 42 | 42 | 32 | 23 | 16 |
| 3 | 46 | 45 | 47 | 42 | 43 | 43 | 43 | 45 | 46 | 17 | 13 | 1 |
| 4 | 34 | 36 | 33 | 34 | 35 | 31 | 35 | 36 | 33 | 16 | 14 | 3 |
| 5 | - | 35 | 31 | - | 33 | 28 | 42 | 35 | 32 | - | 7 | 359 |
| 6 | 44 | 45 | 47 | 44 | 45 | 47 | 46 | 49 | 51 | 21 | 16 | 12 |
| 7 | | | 43 | | | 47 | | | 43 | | | 33 |

| Tp [s] | 6am (local) | | | 7am (local) | | | 8am (local) | | | 9am (local) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| loc | L | T | D | L | T | D | L | T | D | L | T | D |
| 1 | - | 3.5 | 3.5 | - | 3.8 | 3.8 | 4.2 | 4.2 | 4.2 | - | 3.5 | 3.5 |
| 2 | 3.5 | 3.5 | 3.5 | 3.8 | 3.8 | 3.8 | 4.2 | 4.2 | 4.2 | 3.5 | 3.5 | 3.5 |
| 3 | 3.2 | 3.2 | 2.6 | 3.5 | 3.5 | 3.2 | 3.8 | 3.8 | 3.2 | 3.2 | 3.2 | 2.9 |
| 4 | 3.2 | 2.9 | 2.9 | 3.5 | 3.5 | 3.2 | 3.8 | 3.5 | 3.5 | 3.2 | 3.2 | 2.9 |
| 5 | - | 2.9 | 2.6 | - | 3.2 | 2.9 | 3.5 | 3.5 | 3.2 | - | 2.9 | 2.9 |
| 6 | 3.5 | 3.2 | 3.5 | 3.8 | 3.8 | 3.8 | 4.2 | 3.8 | 3.8 | 2.9 | 2.9 | 2.9 |
| 7 | | | 3.5 | | | 3.8 | | | 4.2 | | | 3.5 |

| wl [ft] | 6am (local) | | | 7am (local) | | | 8am (local) | | | 9am (local) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| loc | L | T | D | L | T | D | L | T | D | L | T | D |
| 1 | - | 12.5 | 12.4 | - | 14.8 | 14.7 | 17.2 | 17.2 | 17.2 | - | 14.6 | 14.6 |
| 2 | 12.9 | 12.8 | 12.7 | 15.3 | 15.2 | 15.1 | 17.8 | 17.7 | 17.6 | 14.7 | 14.7 | 14.7 |
| 3 | 13.0 | 13.0 | 12.9 | 15.4 | 15.4 | 15.3 | 17.8 | 17.8 | 17.7 | 14.7 | 14.7 | 14.6 |
| 4 | 13.1 | 13.0 | 13.0 | 15.5 | 15.4 | 15.4 | 17.8 | 17.7 | 17.7 | 14.6 | 14.6 | 14.6 |
| 5 | - | 13.0 | 13.0 | - | 15.4 | 15.4 | 17.8 | 17.7 | 17.7 | - | 14.6 | 14.6 |
| 6 | 13.2 | 13.1 | 13.1 | 15.7 | 15.6 | 15.6 | 17.7 | 17.6 | 17.6 | 14.4 | 14.4 | 14.4 |
| 7 | | | 11.3 | | | 13.1 | | | 16.0 | | | 14.1 |

Table E1b:    Results SWAN Scenario 3: 6-9am on output locations (Hs, Direction, Tp, Water level; for output locations, see Paragraph 2.5; L="levee", T="toe", D="deeper parts")











Figure E1:        Scenario 3; Bathymetry for C, M, F and G grids [feet relative to NAVD88]






Figure E2: Friction fields Scenario 3g on M-grid and F-grid



Figure E3: Scenario 3; Example wind field [knots] 7am

 

Wave modeling MRGO                                                APPENDICES July 9th, 2008



Figure E4:      Scenario 3: Water level surge [ft NAVD88]) based on the combination of FINEL
                Scenario 3 and ADCIRC Scenario 3

 





Figure E5.a:     Scenario 3: SWAN results significant wave height Hs [ft] and wave direction on grids M, F, G at 4, 5am local time

 

Wave modeling MRGO                                                    APPENDICES July 9th, 2008



Figure E5.b:     Scenario 3: SWAN results significant wave height Hs [ft] and wave direction
                 on grids M, F, G at 6, 7, 8, 9am local time







Figure E6.a: Scenario 3, SWAN results peak wave period [s] on grids M, F, G at 4 & 5 am

 



Figure E6.b: Scenario 3, SWAN results peak wave period [s] on grids M, F, G at 6,7,8,9 am

 



Figure E7.a:    Scenario 3, SWAN wave parameters on rays 1-4 at 8:00 am



45





Figure E7.b:      Scenario 3, SWAN wave parameters on rays 5-7 at 8:00 am



