# Exhibit 23

TC202
N46M5G8
no.1-A
1957

US-CE-C Property of the United States Government

CORPS OF ENGINEERS, U. S. ARMY

MR-GO
1D, 2D...

MISSISSIPPI RIVER - GULF OUTLET
LOUISIANA

---

DESIGN MEMORANDUM NO. 1-A

CHANNELS

MILE 63.77 - MILE 68.85

---

N.O. to St. Bernard
10, 20, 30, 3U, 4D, 5D

PREPARED IN THE OFFICE OF THE DISTRICT ENGINEER
U. S. ARMY ENGINEER DISTRICT, NEW ORLEANS
NEW ORLEANS, LOUISIANA

APRIL 1957

(Revised July 1957)

MISSISSIPPI RIVER - GULF OUTLET
LOUISIANA

DESIGN MEMORANDUM NO. 1-A

CHANNELS

MILE 63.77 TO MILE 68.85

GENERAL

1. Project authorization. The Mississippi River-Gulf Outlet, La., a navigation improvement, is a modification of the existing project, "Mississippi River, Baton Rouge to the Gulf of Mexico." It was authorized by the River and Harbor Act approved 29 March 1956 (Public Law 455, 84th Congress, 2nd Session), substantially in accordance with report of the Chief of Engineers on the Mississippi River-Gulf Outlet dated 5 May 1948 printed in House Document No. 245, 82nd Congress, 1st Session. The work as authorized provides for a deep draft seaway canal 36 feet deep and 500 feet wide from the Inner Harbor Navigation Canal at New Orleans to the Gulf of Mexico, a turning basin, protective dikes and jetties, and a highway bridge, including approaches. Also provided for, when economically justified, is a new lock with suitable connections in the vicinity of Meraux, La., or replacement of the existing lock at the entrance of the Inner Harbor Navigation Canal with the Mississippi River.

2. Project location: The general location of the project, and its various features, situated in the southeast portion of the State of Louisiana, is as shown on Plate 1.

3. Design Memorandum authorization. This Design Memorandum is written pursuant to paragraph 2 of letter from the Division Engineer, U. S. Army Engineer Division, Lower Mississippi Valley, dated 24 May 1956, subject: "Responsibility for Preparation of Design Memoranda and

Plans and Specifications."

4. <u>Purpose.</u> The purpose of this design memorandum is to present pertinent information and data compiled and utilized in the design of the channel for that portion of the seaway canal extending from the existing Inner Harbor Navigation Canal to the vicinity of Louisiana State Highway 47 (Paris Road, formerly Hwy. No. 61). The remainder of the route between Highway No. 47 and the Gulf of Mexico will be presented in Design Memoranda 1-B, and 1-C, which will be prepared and submitted at a later date as the overall project planning progresses.

## CHANNEL LOCATION

5. <u>General.</u> The detail location of the proposed channel between the Inner Harbor Navigation Canal and Louisiana State Highway No. 47 (Paris Road) is shown on Plate 2. The proposed alignment follows the project document alignment utilizing the existing Intracoastal Waterway - Gulf Section for this reach of the channel. Inasmuch as the Intracoastal Waterway with project dimensions of 12 ft. by 150 ft. is much smaller than the proposed channel, of 36 ft. by 500 ft., major enlargement of this section of the Intracoastal Waterway is necessary.

6. <u>Route selection.</u> In selecting the route for the overall project, numerous factors are being considered and carefully weighed in arriving at a proposed alignment. For the short reach covered by this design memorandum however, the route follows the existing Gulf Intracoastal Waterway and the selection is largely a matter of determination of the centerline of the proposed channel with respect to the existing waterway centerline. The Board of Commissioners of the Port of New Orleans in permit application dated 27 July 1956, requested permission to enlarge, realign and deepen the Gulf Intracoastal Waterway from its

2

junction with the Inner Harbor Navigation Canal to a point 8,000 feet eastward therefrom. In order to act upon this application it became necessary to finalize the alignment of the Mississippi River-Gulf Outlet in this area. Accordingly, the centerline of the proposed Mississippi River-Gulf Outlet channel was located 250 feet south of the centerline of the existing Gulf Intracoastal Waterway. By this arrangement the north side slope of the proposed channel coincides approximately with the north side slope of the existing waterway. This obviates the necessity of securing additional right of way on the north side where a protection levee is constructed near the existing right-of-way line. This levee would have to be removed and rebuilt if the proposed channel centerline was shifted northward. The Board of Commissioners of the Port of New Orleans was designated by the Governor of the State of Louisiana on 10 December 1956 to furnish the necessary assurances and rights of way for the project. At the entrance to the Inner Harbor Navigation Canal, the existing Gulf Intracoastal Waterway entrance curve of 2 degrees is being modified to a 1 degree curve (approx.) as an aid to navigation. On an important ship channel such as this one the curves should not exceed 1 degree if practicable. Due to prior commitments the proposed curve at the entrance, as shown on Plate 2 will actually be 1 degree and 7 minutes on the centerline of a transition section made in the bottom width of the channel from 500 ft. at Station 65+00 to 200 ft. at Station 4+15, the existing width of the Inner Harbor Navigation Canal at the point of entrance.

7. <u>Channel design criteria</u>. In order properly to provide for navigational and other requirements, and for future maintenance, the following design criteria is as authorized, or proposed for approval.

3

```
Datum Plane-------------------------------- Mean low Gulf (m.l.g.)

Channel width (authorized) ---------------- 500 ft.

Channel depth (authorized) ---------------- 36 ft. (below m.l.g.)

Required additional depth for
    advanced maintenance ------------------ 2 ft.

Allowable overdepth (inaccuracies in
    dredging) ----------------------------- 2 ft.

Channel side slopes ----------------------- 1 on 2

Berm width -------------------------------- 140 ft. (Minimum)

Degree of curvature ----------------------- 1° - 07' (Maximum)

Tangent distance approaching a bridge ----- 2,000 ft. (Minimum)
```

## HYDROLOGY

8. **Tidewater channel.** The proposed outlet is a tidewater channel and its surface elevation will vary with the tides and other variations of the Gulf of Mexico. The upper terminus of the outlet is at the Inner Harbor Navigation Canal also a tidewater channel being connected to the Gulf of Mexico through the existing G.I.W.W. and also via Lake Pontchartrain and Lake Borgne.

9. **Hydrographs.** Gage records are available on the Inner Harbor Navigation Canal since it was excavated in 1922. These records provide a good indication of the water surface elevations that may be expected in the proposed outlet channel. Hydrographs showing the annual highwater and annual low water for the Inner Harbor Navigation Canal are shown on Plate 3. It will be noted that the all-time high occurred during the passing of Hurricane "Flossy" in 1956 at which time the gage on the Inner Harbor Navigation Canal Lock read 7.2 ft. m.l.g. The low, occurring during the period of record, was -0.7 m.l.g. during 1938.

4

