# Exhibit 24

TC202
N46M5G8
no.1-B
1959

Property of the United States Government

CORPS OF ENGINEERS, U. S. ARMY

MISSISSIPPI RIVER - GULF OUTLET
LOUISIANA

St. BERN
Yclos key
MRGO "D" borings

DESIGN MEMORANDUM NO. 1-B

CHANNELS

MILE 39.01 - MILE 63.77

PREPARED IN THE OFFICE OF THE DISTRICT ENGINEER
U. S. ARMY ENGINEER DISTRICT, NEW ORLEANS
NEW ORLEANS, LOUISIANA

SEPTEMBER 1958

(Revised May 1959)

6. <u>Route selection</u>. In selecting the route for the overall project, numerous factors are being considered and carefully weighed in arriving at a proposed alignment. For the reach covered by this design memorandum, the route follows the existing Gulf Intracoastal Waterway and the project document alignment in skirting the southern shore of Lake Borgne to Bayou La Loutre. In conformity with alignment of the first reach (Design Memorandum No. 1-A) the channel centerline in the upper portion of the reach (Mile 63.77 to Mile 63.15) will be 250 ft. south of the centerline of the existing Gulf Intracoastal Waterway. By this arrangement the north side slope of the proposed channel coincides approximately with the north side slope of the existing Gulf Intracoastal Waterway. At Mile 63.15 the proposed channel leaves the Gulf Intracoastal Waterway via a one degree curve and runs in a southeasterly direction to and along the south shore of Lake Borgne and through the marshes to Bayou La Loutre (Mile 39.01).

7. <u>Channel design criteria</u>. In order properly to provide for navigational and other requirements, and for future maintenance, the following design criteria have been used in the preparation of this design memorandum.

```
Datum plane..................................................Mean low Gulf (mlG)
Channel width (authorized)...................................500 feet
Channel Depth (authorized)...................................36 ft. (below mlG)
Required additional depth for advanced
    maintenance..............................................2 feet
Allowable overdepth (inaccuracies in dredging)...............2 feet
Channel side slopes..........................................1 on 2
Berm width...................................................90 feet (Minimum)
Degree of curvature..........................................1° (Maximum)
Tangent distance approaching a bridge........................2,000 ft. (Minimum)
```

## HYDROLOGY

8. <u>General</u>. The proposed outlet is a tidewater channel and its water surface elevation will vary with tidal variations of the Gulf of Mexico. The upper terminus of the outlet is at the Inner Harbor Navigation Canal, also a tidewater channel, which connects to the Gulf of Mexico through the existing Gulf Intracoastal Waterway and also via Lake Pontchartrain, Lake Borgne, and Mississippi Sound.

9. <u>Tidal fluctuations</u>. Gage records are available along the route of the proposed channel at two locations - the Gulf Intracoastal Waterway near Highway 47 and Bayou Yscloskey at Shell Beach, La. The annual high water and annual low water elevations for the 10 year period for which records are available are shown on Plate 10. The highest stage, 8.35 mlG, recorded at the Highway 47 gage occurred during the passing of Hurricane "Flossy" in 1956, and the lowest stage, -0.5 mlG, was recorded in 1954. The highest stage recorded by the gage on Bayou Yscloskey was 11.32 mlG during the passing of Hurricane "Flossy" in 1956, and the lowest water stage during the period of record, -0.84 mlG, also occurred in 1956. Records are available for a much longer