# Exhibit 25

U. S. ARMY, CORPS OF ENGINEERS

# MISSISSIPPI RIVER-GULF OUTLET
## LOUISIANA

### DESIGN MEMORANDUM NO. 2

### GENERAL DESIGN

PREPARED IN THE OFFICE OF THE DISTRICT ENGINEER
U. S. ARMY ENGINEER DISTRICT, NEW ORLEANS
NEW ORLEANS, LA.

JUNE 1959



borne commerce may originate in or be destined for any of the States between the Appalachian and Rocky Mountains. Ocean commerce is carried by ships which call at all major United States and World ports.

        The industries in the vicinity are closely allied with shipping and have been developed to utilize raw and semi-finished products attracted by the harbor and transportation facilities. It is an important petroleum center, being in the area of rapidly developing oil and gas activity. Numerous important oil refineries are expanding to meet increasing demands. Aluminum, synthetic rubber and chemical plants have shown similar growth patterns. Sulphur is producted in large quantities and several sugar refineries are located in the vicinity.

### PROJECT PLAN

        17. **Project Works.** The project, as shown on Plate 1, consists of a tidewater ship channel 36 feet deep and 500 feet wide extending from the City of New Orleans to the Gulf of Mexico, a total distance of about 75 miles. The outer five miles gradually increases in dimensions to 600 feet in width and 38 feet in depth. Retention dikes extending from the shoreline to the -6 ft. depth contour on both sides of the channel are included. A dike on the north side of the channel from the -6 ft. contour to the -20 ft. contour is included in the project, but its construction will be deferred until justified by actual channel maintenance experience. A turning basin 1000 ft. wide and 2000 ft. long is to be located in the vicinity of Bayou Dupre, about 7 miles from the Gulf Intracoastal Waterway. A semi-high level 4-lane highway bridge will be constructed to carry the vehicular traffic of Highway 47 (Paris Road) over the ship channel. The project authorization also includes an additional lock and connecting channel with the Mississippi River in the vicinity of Meraux, La., when justified by additional traffic or obsolence of the existing Inner Harbor Navigation Lock. This feature is not covered in this Design Memorandum.

### DEPARTURES FROM PROJECT DOCUMENT PLAN

        18. **Changes in Alignment.** The proposed channel alignment as shown on Plates 1 and 2 follows the project document alignment from its New Orleans terminus, to its junction with Bayou La Loutre. At this point the proposed channel alignment deviates slightly from the document alignment to the southwest so as to enter the Gulf of Mexico north of Breton Island and south of Grand Gosier Island. This minor deviation from the document alignment resulted from extensive studies that showed an economic advantage for this route over all others considered.

### HYDROLOGY

        19. **General.** The proposed improvement is a tidewater channel whose water surface elevation will vary with the tides and other variation of the Gulf of Mexico. The upper terminus of the channel is

9

by all local interests is the more costly primarily as a result of the indicated requirement for jetties. There is a possibility, somewhat remote, that a channel through the Chandeleur chain if excavated sufficiently large initially and with placement of spoil therefrom in a manner to induce maximum tidal flow, that the channel could be maintained and in fact might enlarge, without jetties. In this connection it is proposed that the channel through the Island be excavated initially without the jetties and observed for a period of time in order to explore this possibility. The probability of success of this plan is such as to preclude elimination of the jetties from this Route. Route B is therefore selected for adoption.

## DESCRIPTION OF PROPOSED STRUCTURES AND IMPROVEMENTS

40. **Channel.** The detail location of the proposed channel is shown on Plate 2, and follows Route "B" below Bayou La Loutre. The proposed channel alignment follows the project document alignment utilizing the existing Intracoastal Waterway from the Inner Harbor Navigation Canal to a point approximately 1/2 mile east of Highway 47 (Paris Road) where it leaves the Intracoastal Waterway via a 1 degree curve and continues in a southeasterly direction skirting the southwestern shore of Lake Borgne to Bayou La Loutre, thence deviating slightly from the document location it continues in a southeasterly direction across the marshlands and bays to and across Chandeleur Sound to the -38 ft. contour in the Gulf of Mexico, crossing the Chandeleur Island chain to the north of Breton Island. The channel is 75.6 miles in length and as authorized will have a bottom width of 500 ft. at a depth of 36 ft. below mean low water. The excavation will initially be carried to 38 ft. below mean low water so as to provide a measure of advance maintenance. In addition, the Contractor will be allowed a maximum of 2 ft. overdepth in order to provide for the inaccuracies in dredging. Typical sections of the channel and spoil disposal are indicated on Plate 19. The channel as proposed will have gentle curves (1°7' max.) and long tangents as an aid to navigation. The tangents approaching a bridge will have a minimum distance of 2,000 feet. The spoil will be placed on the south and west sides with gaps left at all the important bayou and stream crossings so as to maintain existing small craft navigation and existing natural drainage to the maximum extent practicable.

41. **Eased Entrance.** At the Gulf, as shown on Plates 1 and 19, the channel will be enlarged to facilitate the entrance of ships. The channel width will be gradually increased over a five mile reach from 500 ft. to 600 ft. at the -38 ft. contour in the Gulf of Mexico. In this reach the depth of the channel will also be gradually increased from 36 ft. to 38 ft. at the entrance or the -38 ft. contour in the Gulf.

42. **Retention Dikes.** In order to protect the channel in the shallow open waters of Chandeleur Sound retention dikes will be constructed on both sides of the channel from the shoreline to the -6 ft. contour in Chandeleur Sound. The dikes will be constructed of a

shell core capped with rock with a crown width of 5 ft. at elevation 5.0 ft. m.l.g. and 1 on 1.5 side slopes as indicated on Plate 19.

43. **Deferred Dike.** Also provided as a feature of the project, as authorized, is a dike across Chandeleur Sound, extending from the -6 ft. contour (end of retention dikes) to the -20 ft. contour as shown on Plates 1 & 19. Construction of this dike will be deferred until experience indicates that maintenance by dredging alone is more costly, impracticable or unduly obstructive to navigation. A typical section of the proposed deferred dike is shown on Plate 19.

44. **Turning Basin.** A turning basin 1,000 ft. wide and 2,000 ft. long will be constructed at the junction of the Gulf Outlet Channel with the channel connecting the authorized lock in the vicinity of Meraux to the Gulf Outlet as shown on Plates 1 and 2. Since the authorized lock will not be built until economically justified, the turning basin construction will be delayed until the location of the connecting channel becomes firm. The basin will be used as a turnaround for vessels using the new harbor facilities as well as an entrance to the new lock connection to be built at a future date.

45. **Highway Bridge.** A semi-high level, 4-lane highway bridge is proposed for the crossing of State Highway No. 47 (Paris Road) across the channel at Mile 63.56 as shown on Plate 20. The bridge will have a horizontal clearance of 400 ft. and a vertical clearance of 156 ft. in the open position and 50 ft. in the closed position above mean high water. The type of crossing has been approved by State of Louisiana, Department of Highways, the Bureau of Public Roads, U. S. Department of Commerce and the Chief of Engineers. Further details are given in the Section on "Relocations" and in Appendix V "Study of Navigation Clearances."

46. **Design Criteria.** In order properly to provide for navigational and other requirements, and for future maintenance, the following design criteria have been used in the preparation of this design memorandum.

```
Datum Plane----------------------------------------------mean low gulf (mlg)
Channel width (authorized)-------------------------------500 feet
Channel depth (authorized)-------------------------------36 ft. (below mlg)
Required additional depth for advanced
   maintenance------------------------------------------2 feet
Allowable overdepth (inaccuracies in dredging)-----------2 feet
Channel side slopes--------------------------------------1 on 2
Berm width-----------------------------------------------90 feet (minimum)
Degree of curvature--------------------------------------1° (maximum)
Tangent distance approaching a bridge--------------------2,000 ft. (minimum)
Spoil disposal distance - land cut
        Initial Channel Construction (variable distance)-2,000 to 4,000 ft.
                                                         from channel r/w
        Maintenance excavation---------------------------Up to 2,000 ft.
                                                         from channel r/w
```

21

```
Spoil disposal distance in Chandeleur Sound--------2000 to 4000 ft.
                                                    from channel
Spoil disposal in Gulf-----------------------------In deep water by
                                                    hopper dredge
Bridge Design--------------------------------------AASHO-1957
Live Loading---------------------------------------H20-S16-44 Modified
    Roadways---------------------------------------2-28 ft. roadways
    Design Speed-----------------------------------50 MPH, 350' SSD
    Clearances-------------------------------------400 ft. horizontal
                                                    156 ft. vertical
                                                    (open)
                                                    50 ft. vertical
                                                    (closed)
```

47. <u>Channel Protection</u>. Stability analyses of general type and undisturbed borings showed that the toe of the spoil should be not closer than 420 feet from the channel centerline and that the channel slopes should be cut not steeper than 1 on 2. The channel will be excavated generally with a berm of approximately 630 ft., thus providing an adequate factor of safety for surface widening due to erosion. Bank protection works to prevent this anticipated erosion is not recommended as a project feature, nor included in the costs.

48. <u>Channel Overdepth</u>. It is proposed to excavate the channel 2 feet below the authorized project depth for advance maintenance. An allowance overdepth up to a maximum of 2 feet will also be permitted in order to care for inaccuracies in dredging operations and tidal fluctuations.

49. <u>Spoil disposal</u>. Excavated material will be deposited in leveed disposal areas south and west of the channel. Below Bayou La Loutre the spoil disposal areas may be shifted to north and west of the channel if warranted by Fish and Wildlife studies now under way.

## SOURCES OF CONSTRUCTION MATERIALS

50. <u>Concrete Aggregate and Stone</u>. Approved sources of sand and gravel for concrete are located in Baton Rouge, Alexandria, Turkey Creek, and Minden, all in Louisiana and within economical shipping distance of the project. The nearest known supply of acceptable stone for riprap is in southwestern Arkansas, Alabama and Kentucky.

51. <u>Cement</u>. Portland cement, conforming to Federal Specifications SS-C-192b may be obtained from plants in New Orleans and Baton Rouge, La., and Birmingham, Ala.

52. <u>Steel</u>. Fabricated steel will be obtained from local jobbers or mills in Alabama and Texas. Reinforcing steel is available in large quantities from warehouses in New Orleans.

MISSISSIPPI RIVER – GULF OUTLET
LOUISIANA

DESIGN MEMORANDUM NO. 2

LOCATION MAP
ROUTES B, D, E-6, AND ALT. E-6

SCALE AS SHOWN

U.S. ARMY ENGINEER DISTRICT, NEW ORLEANS, LA.
CORPS OF ENGINEERS

JUNE 1959                           FILE NO. H-2-21517

PLATE 2

LEGEND
— Recommended Route
–– Other Routes Studied
△ Survey Tower, U.S. Army Engineer District, New Orleans

NOTE:
Soundings in feet M.L.W.

AT LAT. 29°47'
SCALE OF MILES
0 1 2 3 4 5
MERCATOR PROJECTION