# Exhibit 29

Page 1

```
             UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA



IN RE:  KATRINA CANAL    CIVIL ACTION
BREACHES CONSOLIDATED
LITIGATION               NO. 05-4182 "K" (2)

                         JUDGE DUVAL
PERTAINS TO:  MRGO       MAG. WILKINSON

FILED IN:

05-4181, 05-4182, 05-4191,
05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327,
05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208,
06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065,
06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159,
06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937,
06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286,
07-1288, 07-1289
```

      Deposition of ROBERT A. DALRYMPLE,
Ph.D., 1902A Indian Head Road, Towson,
Maryland 21204, taken in the offices of
Stone, Pigman, Walther, Wittmann, L.L.C., 546
Carondelet St., New Orleans, Louisiana on
Tuesday, the 18th day of September, 2007 at
9:17 a.m.

1   8 I referred to.
2       Q.   Right.
3       A.   So I don't know the extent that
4   they've done the time-dependent flooding of
5   the polder areas.
6       Q.   Okay.  Have you done any study to
7   determine what the surge height would have
8   been in Reach 2 if the wetlands had not been
9   destroyed?
10      A.   I have not.  IPET has done some
11  sensitivities of the ADCIRC modeling with and
12  without the wetlands.
13      Q.   Have you studied those or have an
14  opinion on those, one way or the other?
15      A.   Only to the extent that I know that
16  there's about a meter of water level
17  difference with and without the wetlands.
18      Q.   Okay.  That's their conclusion,
19  right?
20      A.   Yes.
21      Q.   But you haven't independently
22  studied that?
23      A.   No, I have not.
24      Q.   And don't have an opinion whether
25  it's good, bad or indifferent?

1   A.   I haven't studied it myself.  I
2  would think that the ADCIRC modeling done by
3  the IPET team was fairly reasonable.
4        Q.   Again, it would be --
5        A.   It would make the right trend.  The
6  number of 1 meter would not be exactly right.
7        Q.   Right.
8        A.   I mean, there would be some
9  uncertainties with the number.
10       Q.   It could be three meters or four
11 meters, right?
12       A.   Probably not that big, but I guess
13 15, 20 percent.
14       Q.   A meter is over 3 feet, right?
15       A.   Just barely, yeah.
16       Q.   It's 39 inches?
17       A.   Yeah.  It's 3.28 feet, yes.
18       Q.   I have kids and they use metric and
19 I have no idea what they're talking about,
20 so -- and 3 feet of difference in surge made
21 the difference in terms of overtopping and
22 washing away Reach 2, correct, from what you
23 told me?
24       A.   There was -- yeah.  We know that
25 there was a significant amount of overtopping