UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re | CIVIL ACTION NO. 05-4182 |
| **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | SECTION "K" (2) |
| | JUDGE DUVAL |
| **PERTAINS TO: MRGO** | MAGISTRATE JUDGE WILKINSON |

### ORDER

**CONSIDERING** the *Ex Parte* Motion for Leave to File an Amicus Opposition to Washington Group International Inc.'s Motion for Summary Judgment;

**IT IS ORDERED** that the *Ex Parte* Motion for Leave to File an Opposition to Washington Group International Inc.'s Motion for Summary Judgment be and hereby is **GRANTED**.

New Orleans, Louisiana, this ____ day of November, 2008.

_____
**UNITED STATES JUDGE
STANWOOD R. DUVAL, JR.**