UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re | CIVIL ACTION NO. 05-4182 |
| KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | SECTION "K" (2) |
| | JUDGE DUVAL |
| PERTAINS TO: MRGO | MAGISTRATE JUDGE WILKINSON |

### *EX PARTE* MOTION FOR EXPEDITED HEARING ON PLAINTIFFS' MOTION FOR LEAVE TO FILE AMICUS OPPOSITION

NOW INTO COURT, through undersigned counsel, come Plaintiffs[1] who respectfully

---

[1] CII Carbon, L.L.C.; Entercom Communications Corp.; Quintessa Huey and Caryn L. Fong as trustees of the Huey & Fong Trust, and Amy Huey as trustee of the Kenneth Huey Family Trust; Dr. Frederick Keppel and Dr. Frederick Keppel, a Professional Medical Corporation; Radio Parts, Inc.; Harold T. Sloan, both individually and on behalf of his minor child, Zachary Sloan, Bambi G. Shamah, Michelle Shamah, and Megan Shamah; Universal Health Services, Inc.; WETCO Restaurant Group, LLC; and White III, LLC. *See CII Carbon, L.L.C. v. United States*, No. 07-4995 (E.D. La. filed Aug. 29, 2007); *CII Carbon, L.L.C. v. United States*, No. 07-5355 (E.D. La. filed Sept. 4, 2007); *Entercom Communications Corp. v. United States*, No. 07-4976 (E.D. La. filed Aug. 29, 2007); *Entercom Communications Corp. v. United States*, No. 07-5375 (E.D. La. filed Sept. 4, 2007); *Quintessa Huey & Caryn L. Fong as Trustees of the Huey & Fong Trust v. United States*, No. 07-4550 (E.D. La. filed Aug. 28, 2007); *Keppel v. United States*, No. 07-5007 (E.D. La. filed Aug. 29, 2007); *Keppel v. United States*, No. 07-5343 (E.D. La. filed Sept. 4, 2007); *Radio Parts, Inc. v. United States*, No. 07-4555 (E.D. La. filed Aug. 28, 2007); *Sloan v. United States*, No. 07-5013 (E.D. La. filed Aug. 29, 2007); *Sloan v. United States*, No. 07-5344 (E.D. La. filed Sept. 4, 2007); *Universal Health Servs, Inc. v. United States*, No. 07-5016 (E.D. La. filed Aug. 29, 2007); *Universal Health Servs, Inc. v. United States*, No. 07-5254 (E.D. La. filed Aug. 30, 2007); *Universal Health Servs, Inc. v. United States*, No. 07-5286 (E.D. La. filed Aug. 31, 2007); *Universal Health Servs, Inc. v. United States*, No.

request that this Court set for expedited hearing their *Ex Parte* Motion for Leave to File an Amicus Opposition filed today in this matter. The Plaintiffs have filed their *Ex Parte* Motion for Leave to File Amicus Opposition in order to ensure that the Amicus Opposition is heard contemporaneous with Washington Group International, Inc.'s, ("WGI"), Motion for Summary Judgment and Plaintiffs' Opposition to WGI's Motion for Summary Judgment. Because WGI's Motion for Summary Judgment and Plaintiffs' Opposition are set to be heard November 13, 2008, the Plaintiffs ask for an expedited hearing on the Motion for Leave to File an Amicus Opposition, so that their Amicus Opposition may also be heard on November 13, 2008.

///

---

07-5350 (E.D. La. filed Sept. 4, 2007); *WETCO Restaurant Group, LLC v. United States*, No. 07-5012 (E.D. La. filed Aug. 29, 2007); *WETCO Restaurant Group, LLC v. United States*, No. 07-5012 (E.D. La. filed Sept. 4, 2007); *White III, LLC v. United States*, No. 07-4979 (E.D. La. filed Aug. 29, 2007);*White III, LLC v. United States*, No. 07-5356 (E.D. La. filed Sept. 4, 2007).

_____  s/ James M. Garner
_____
JAMES M. GARNER #19589 — T.A.
DARNELL BLUDWORTH #18801
MARTHA Y. CURTIS #20446
JOHN T. BALHOFF, II #24288
KEVIN M. McGLONE #28145
ASHLEY G. COKER #30446
AMANDA R. SCHENCK #30706
RYAN O. LUMINAIS #30605
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**ATTORNEYS FOR CII CARBON, L.L.C.; ENTERCOM COMMUNICATIONS CORP.; QUINTESSA HUEY and CARYN L. FONG as trustees of the HUEY & FONG TRUST, and AMY HUEY as trustee of the KENNETH HUEY FAMILY TRUST; DR. FREDERICK KEPPEL and DR. FREDERICK KEPPEL, A PROFESSIONAL MEDICAL CORPORATION; RADIO PARTS, INC.; HAROLD T. SLOAN, both individually and on behalf of his minor child, ZACHARY SLOAN, BAMBI G. SHAMAH, MICHELLE SHAMAH, and MEGAN SHAMAH; UNIVERSAL HEALTH SERVICES, INC.; WETCO RESTAURANT GROUP, LLC; and WHITE III, LLC**

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 5, 2008 a copy of the above and foregoing has been filed electronically with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                        s/ James M. Garner
                        _____
                        JAMES M. GARNER