UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re** | **CIVIL ACTION NO. 05-4182** |
| **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **SECTION "K" (2)** |
| | **JUDGE DUVAL** |
| **PERTAINS TO MRGO** | **MAGISTRATE JUDGE WILKINSON** |

## ORDER

**CONSIDERING THE FOREGOING,** *Ex Parte* Motion for Expedited Hearing on Plaintiffs' Motion for Leave to File;

**IT IS HEREBY ORDERED** that the *Ex Parte* Motion for Expedited Hearing is **GRANTED** and that the Motion for Leave to File filed by Plaintiffs[1] will be heard on the _____ day of

---

[1] CII Carbon, L.L.C.; Entercom Communications Corp.; Quintessa Huey and Caryn L. Fong as trustees of the Huey & Fong Trust, and Amy Huey as trustee of the Kenneth Huey Family Trust; Dr. Frederick Keppel and Dr. Frederick Keppel, a Professional Medical Corporation; Radio Parts, Inc.; Harold T. Sloan, both individually and on behalf of his minor child, Zachary Sloan, Bambi G. Shamah, Michelle Shamah, and Megan Shamah; Universal Health Services, Inc.; WETCO Restaurant Group, LLC; and White III, LLC. *See CII Carbon, L.L.C. v. United States*, No. 07-4995 (E.D. La. filed Aug. 29, 2007); *CII Carbon, L.L.C. v. United States*, No. 07-5355 (E.D. La. filed Sept. 4, 2007); *Entercom Communications Corp. v. United States*, No. 07-4976 (E.D. La. filed Aug. 29, 2007); *Entercom Communications Corp. v. United States*, No. 07-5375 (E.D. La. filed Sept. 4, 2007); *Quintessa Huey & Caryn L. Fong as Trustees of the Huey & Fong Trust v. United States*, No. 07-4550 (E.D. La. filed Aug. 28, 2007); *Keppel v. United States*, No. 07-

November, 2008.

_____
**UNITED STATES JUDGE
STANWOOD R. DUVAL, JR.**

---

5007 (E.D. La. filed Aug. 29, 2007); *Keppel v. United States*, No. 07-5343 (E.D. La. filed Sept. 4, 2007); *Radio Parts, Inc. v. United States*, No. 07-4555 (E.D. La. filed Aug. 28, 2007); *Sloan v. United States*, No. 07-5013 (E.D. La. filed Aug. 29, 2007); *Sloan v. United States*, No. 07-5344 (E.D. La. filed Sept. 4, 2007); *Universal Health Servs, Inc. v. United States*, No. 07-5016 (E.D. La. filed Aug. 29, 2007); *Universal Health Servs, Inc. v. United States*, No. 07-5254 (E.D. La. filed Aug. 30, 2007); *Universal Health Servs, Inc. v. United States*, No. 07-5286 (E.D. La. filed Aug. 31, 2007); *Universal Health Servs, Inc. v. United States*, No. 07-5350 (E.D. La. filed Sept. 4, 2007); *WETCO Restaurant Group, LLC v. United States*, No. 07-5012 (E.D. La. filed Aug. 29, 2007); *WETCO Restaurant Group, LLC v. United States*, No. 07-5012 (E.D. La. filed Sept. 4, 2007); *White III, LLC v. United States*, No. 07-4979 (E.D. La. filed Aug. 29, 2007);*White III, LLC v. United States*, No. 07-5356 (E.D. La. filed Sept. 4, 2007).