1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION**<br><br>**PERTAINS TO:  BARGE**<br><br>*Boutte v. Lafarge*         05-5531<br>*Mumford v. Ingram*     05-5724<br>*Lagarde v. Lafarge*       06-5342<br>*Perry v. Ingram*           06-6299<br>*Benoit v. Lafarge*         06-7516<br>*Parfait Family v. USA*   07-3500<br>*Lafarge v. USA*            07-5178 | CIVIL ACTION<br><br>**Case No.:  05-4182**<br>and consolidated cases<br><br>SECTION "K" (2)<br><br>Hon. Stanwood R. Duval, Jr.<br><br>Magistrate Judge Joseph C. Wilkinson, Jr. |

**NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO CERTIFY A CLASS**

**AND POTENTIAL SUBCLASSES AS TO DEFENDANTS UNIQUE TOWING, INC. &**

**JOSEPH C. DOMINO, INC. ONLY**

_____

1

WHEREAS a Limitations Action, Case No. 06-3313 was initiated by Defendants Unique Towing, Inc. and Joseph C. Domino, Inc. (hereinafter "Defendants") in 2006 pursuant to 46 USC § 183, et. seq. (hereinafter "Limitations Action");

WHEREAS judgment was entered in favor of Defendants in the Limitation Action on April 8, 2008;

WHEREAS, as of the date of this Notice, the judgment entered in the Limitations Action is pending on appeal before the Fifth Circuit;

WHEREAS, Defendants Unique Towing, Inc. and Joseph C. Domino, Inc. have not been named as defendants in the *Mumford* action, and doing so at this time in light of the judgment entered in the Limitations Action would be improper;

NOTICE IS HEREBY GIVEN by PLAINTIFFS, by and through their undersigned counsel, that *Plaintiffs' Motion To Certify A Class And Potential Subclasses* (filed on September 29, 2008) is hereby withdrawn **_only_** as to Defendant UNIQUE TOWING, INC. and Defendant JOSEPH C. DOMINO, INC.  This Notice shall in no way affect and/or impair the continuation of Plaintiffs' Motion against all remaining named defendants, or be construed as limiting in any way Plaintiffs' rights to join Defendants in this Action in the event of a ruling in favor of the Barge Plaintiffs in the appeal pending before the Fifth Circuit.

Dated: November 05, 2008                                    Respectfully submitted,


                                                    By: /s/Brian A. Gilbert
                                                       Brian A. Gilbert, Esq.(21297)
                                                       Law Office Of Brian A. Gilbert, P.L.C.
                                                       821 Baronne Street
                                                       New Orleans, Louisiana 70113
                                                       Telephone: (504) 885-7700
                                                       Telephone: (504) 581-6180
                                                       Facsimile: (504) 581-4336
                                                       bgilbert@briangilbertlaw.com

By: /s/Shawn Khorrami  (Ca Bar #180411)
    Dylan Pollard  (Ca Bar #180306)
    Matt Bailey  (CA Bar #218685)
    444 S. Flower St., Thirty-Third Floor
    Los Angeles, California 90071
    Telephone:     (213) 596-6000
    Facsimile:      (213) 596-6010
    skhorrami@kpalawyers.com
    dpollard@kpalawyers.com
    mbailey@kpalawyers.com


By: /s/ Lawrence D. Wiedemann
    Lawrence D. Wiedemann.(13457)
    Karl Wiedemann (18502)
    Karen Wiedemann (21151)
    WIEDEMANN & WIEDEMANN
    821 Baronne Street
    New Orleans, Louisiana 70113
    Telephone: (504) 581-6180
    Facsimile: (504) 581-4336
    lawrence@wiedemannlaw.com
    karl@wiedemannlaw.com
    karen@wiedemannlaw.com


By: /s/ Patrick J. Sanders
    Patrick J. Sanders (18741)
    3316 Ridgelake Drive
    Suite 100
    Metairie, LA 70002
    Telephone: 504-834-0646
    pistols42@aol.com


By: /s/  Richard T. Seymour
    Richard T. Seymour (D.C. Bar #28100)
    Law Office of Richard T. Seymour, PLLC
    1150 Connecticut Avenue N.W., Suite 900
    Washington, D.C.  20036-4129
    Voice: 202-862-4320
    Cell:    202-549-1454
    Facsimile: 800-805-1065 and 202-828-4130
    rick@rickseymourlaw.net

    *Attorneys for Barge Plaintiffs*

3

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 6th day of November 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/s/  Brian Gilbert, Esq.