UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * <br> * NO. 05-4182 <br> * |
| PERTAINS TO: MRGO | * SECTION "K" (2) <br> * <br> * JUDGE DUVAL <br> * <br> * MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## *EX PARTE* MOTION TO EXCEED PAGE LIMITS

Washington Group International, Inc. ("WGII") respectfully requests leave, pursuant to L.R. 7.8.1E, to file an 18-page Reply Brief in Support of its Motion for Summary Judgment (Rec. Doc. 15861) in order to address fully the assertions and the authorities contained in Plaintiffs' opposition memorandum (Rec. Doc. 16216). Plaintiffs' Liaison Counsel has been consulted and has no opposition to the relief sought herein.

**WHEREFORE**, Washington Group International, Inc. respectfully requests leave to file an 18-page Reply Brief in Support of its Motion for Summary Judgment (Rec. Doc. 15861).

952085v.1

Dated:   November 6, 2008                                  Respectfully submitted,

/s/ Heather S. Lonian
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
    Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

and

Adrian Wager-Zito
Debra S. Clayman
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-3891
Facsimile:  (202) 626-1700

Attorneys for Washington Group International, Inc., a division of URS Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *Ex Parte* Motion to Exceed Page Limits has been served upon all counsel of record by electronic notice via the Court's CM/ECF system or by placing same in the United States mail, postage prepaid and properly addressed, this 6th day of November, 2008.

/s/Heather S. Lonian

952085v.1