MINUTE ENTRY
WILKINSON, M.J.
NOVEMBER 6, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE<br>        (DUPLICATE REPRESENTATION) | JUDGE DUVAL<br>MAG. WILKINSON |

Pursuant to a Call Docket/Show Cause Order entered on October 6, 2008, Record Doc. No. 15783, I conducted a hearing today concerning pending cases within the Insurance umbrella in which parties have duplicate attorney representation. Orders concerning individual member cases will be separately issued.

                                    JOSEPH C. WILKINSON, JR.
                                    UNITED STATES MAGISTRATE JUDGE

MJSTAR:  2 : 20