UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                 NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE                           JUDGE DUVAL
        Allen 07-5111                            MAG. WILKINSON

**ORDER**

In response to the court's previous order, Record Doc. No. 13740, I have conducted conferences and received status reports concerning the referenced Allen "Insurance-Mass Joinder" case. Progress toward resolution of all claims in these cases, including dismissal of the claims of individual plaintiffs as settlements are concluded, continues to proceed satisfactorily. Thus, counsel will be permitted to continue in their current settlement efforts as to all claims, without severance of the remaining claims and scheduling of individual trial dates, at least for another 60 days.

**IT IS ORDERED**, however, that a call docket in the Allen case will be conducted before me on **January 8, 2009 at 10:00 a.m.** At that call docket, counsel for both sides must report to me plaintiff-by-plaintiff, on an individual basis, the status of the claims of each plaintiff whose claims have not yet formally been dismissed, so that I may determine whether each claim should immediately be severed and reallotted for trial scheduling purpose. No later than **January 5, 2009**, plaintiffs' counsel must provide me

with an updated, detailed, plaintiff-by-plaintiff status report for all claims that have not

by that date been formally dismissed.  Plaintiffs' counsel, Joseph M. Bruno, and David

Strauss, counsel for the only defendant, State Farm, must appear in person.  Defense

Liaison Counsel may also (but is not required to) attend, at his discretion.

New Orleans, Louisiana, this _____7th_____ day of November, 2008.


_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE


CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.
and (via email)
Joseph M. Bruno; jbruno@jbrunolaw.com
Ralph Hubbard; rhubbard@lawla.com
David Strauss; dstrauss@kingkrebs.com