UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
      CONSOLIDATED LITIGATION
                                                  NO. 05-4182

PERTAINS TO: MRGO          SECTION "K"(2)

### ORDER

Considering Universal Health Service, Inc.'s Motion for Expedited Hearing (Rec. Doc. 16290), accordingly

**IT IS ORDERED** that the Motion to Expedite is **GRANTED.** The motion shall be taken on the briefs. Any opposition must be filed by Friday, November 7, 2008, at 4:30 p.m.

New Orleans, Louisiana, this ___6th___ day of November, 2008.

                                               STANWOOD R. DUVAL, JR.
                                            UNITED STATES DISTRICT JUDGE