UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * <br> * NO. 05-4182 <br> * |
| PERTAINS TO: MRGO | * SECTION "K" (2) <br> * <br> * JUDGE DUVAL <br> * <br> * MAGISTRATE WILKINSON |

# O R D E R

Considering the foregoing Unopposed *Ex Parte* Motion to Exceed the Page Limits;

**IT IS ORDERED** that the motion is **GRANTED** and that Washington Group International Inc.'s Reply Brief in Support of Motion for Summary Judgment be and hereby is filed into the record.

New Orleans, Louisiana, this ___7th___ day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE