April 2002

# RECAP SUBMITTAL REPORT AMENDMENT– SAUCER MARINE INNER HARBOR NAVIGATION CANAL – EAST BANK INDUSTRIAL AREA NEW ORLEANS, LOUISIANA

**Prepared For**



**US Army Corps of Engineers®**

**New Orleans District**

Under Contract to
U.S. Army Corps of Engineers-Tulsa District
Total Environmental Restoration Contract
DACA56-94-D-0021     Task Order #0026

AI-1398
(Formerly AI 51469)

*By:*




EXHIBIT
MSJ122

WGI62873

**February 2002**

## RECAP SUBMITTAL REPORT –
## SAUCER MARINE
## INNER HARBOR NAVIGATION CANAL –
## EAST BANK INDUSTRIAL AREA
## NEW ORLEANS, LOUISIANA

*Prepared For*



**US Army Corps
of Engineers®**

**New Orleans District**

Under Contract to
U.S. Army Corps of Engineers-Tulsa District
Total Environmental Restoration Contract
DACA56-94-D-0021      Task Order #0026

AI-1398
(Formerly AI 51469)

*By:*



WGI62874

RECAP SUBMITTAL REPORT-SAUCER MARINE                                    AI 1398
INNER HARBOR NAVIGATION CANAL-EAST BANK INDUSTRIAL AREA

# APPROVAL PAGE

RECAP SUBMITTAL REPORT – SAUCER MARINE
INNER HARBOR NAVIGATION CANAL-
EAST BANK INDUSTRIAL AREA
NEW ORLEANS, LOUISIANA

Total Environmental Restoration Contract DACA56-94-D-0021
Task Order #0026

Approved By:

_____
Washington Group International, Inc.
Dennis O'Conner, Project Manager

_____
Coastal Environmental Services, Inc.
Environmental Manager

_____
Materials Management Group, Inc.
Jane Morgan, Ph.D., Regulatory Specialist

_____
USACE - NOD
Contracting Officer Representative

_____
USACE – NOD Technical Representative

_____
USACE – NOD Technical Representative

_____
USACE – NOD Technical Representative

_____
USACE – NOD Technical Representative

Washington Group International, Inc.                             Page 1
(504) 947-5900                                          Revision Date N/A

WGI62875

RECAP SUBMITTAL REPORT AMENDMENT–SAUCER MARINE                AI 1398
INNER HARBOR NAVIGATION CANAL–EAST BANK INDUSTRIAL AREA

# APPROVAL PAGE

RECAP SUBMITTAL REPORT AMENDMENT– SAUCER MARINE
INNER HARBOR NAVIGATION CANAL–
EAST BANK INDUSTRIAL AREA
NEW ORLEANS, LOUISIANA

Total Environmental Restoration Contract DACA56-94-D-0021
Task Order #0026

Approved By:

_____
Washington Group International, Inc.
Dennis O'Conner, Project Manager

_____
Materials Management Group, Inc.
Jane Morgan, Ph.D., Regulatory Specialist

_____ JUN 1 0 2002
USACE - NOD
Contracting Officer Representative

_____          _____
Coastal Environmental Services, Inc.
Environmental Manager

_____          _____
USACE – NOD Technical Representative      USACE – NOD Technical Representative

_____          _____
USACE – NOD Technical Representative      USACE – NOD Technical Representative

WGI62876

**PAGE 4**

**RECAP SUBMITTAL REPORT-SAUCER MARINE**       **AI 1398**
**INNER HARBOR NAVIGATION CANAL-EAST BANK INDUSTRIAL AREA**

### RECAP SUBMITTAL SUMMARY FORM

A completed RECAP Submittal Summary form shall be included as the first page of the RECAP Submittal.

| | |
|---|---|
| Facility Owner Name: | USACE New Orleans District, |
| | Attn: Jim Montegut |
| Facility Owner Mailing Address: | 2500 Surekote Road |
| | New Orleans, LA 70117-3935 |
| Facility Operator Name: | Washington Group International, Inc. |
| Facility Operator Mailing Address: | 2500 Surekote Road |
| | New Orleans, LA 70117-3935 |
| | Saucer Marine |
| Facility Physical Address: | 1910 Surekote Road |
| | New Orleans, LA 70117-3935 |
| Parish: | Orleans |
| Latitude/Longitude of Primary Facility Entrance: | 29°58'24.81  90°01'19.80 |
| Latitude/Longitude Method: | DGPS of surveyed waypoints |
| Facility Contact Person: | Dennis O'Conner |
| Facility Contact Person's Phone Number: | (504) 947-5900 |
| Facility Contact Person's Mailing Address: | 2500 Surekote Road |
| | New Orleans, LA 70117-3935 |
| Facility LDEQ Identification Numbers: | AI 1398 (formerly 51469) |
| Area of Investigation Name: | Saucer Marine |
| Area of Investigation Location: | 1910 Surekote Road |
| | New Orleans, LA 70117 |
| Area of Investigation Size: | Approximately 7.7 acres |
| Indicate How Release Occurred (if known): | No reported release.  Any constituents released during industrial activities. |

---

**Washington Group International, Inc.**       **Page 2**
**(504) 947-5900**       **Revision Date N/A**

WGI62877

**RECAP SUBMITTAL REPORT-SAUCER MARINE**  AI 1398
**INNER HARBOR NAVIGATION CANAL-EAST BANK INDUSTRIAL AREA**

Lists Constituents Released (if known):          The COCs in the attached table were based
on constituents identified from the overall EBIA history.  Those with concentrations above
RECAP Soil Screening Standards at Saucer Marine are: arsenic, lead, chromium, barium, aroclor
1254, cadmium, zinc, TPH-D, TPH-O and benzene.  Those with concentrations and half
reporting limits above RECAP Soil Screening Standards are: indeno(1,2,3-cd)pyrene, 2-
methylnaphthalene, benzo(a)pyrene, benzo(a)anthracene and benzo(b)fluoranthene.  Those with
half reporting limits above RECAP Soil Screening Standards are:  dibenz(a,h)anthracene,
methylene chloride, pentachlorophenol, cis-1,3-dichloropropene, chloroethane, naphthalene,
MCPA and MCPP

RECAP Submittal Date:          February 2002

RECAP Submittal Prepared by:          Jane Morgan

RECAP Submittal Preparer's Employer:          Materials Management Group, Incorporated

Site Ranking:  [ ] Class 1       [ ] Class 2   [x] Class 3      [ ] Class 4

Media Impacted:
          [x] Surface Soil          [ ] Groundwater 1A          [ ] Surface water
          [x] Potential Surface Soil          [ ] Groundwater 1B          [ ] Sediment
          [x] Subsurface Soil          [ ] Groundwater 2A          [ ] Biota
                                             [ ] Groundwater 2B
                                             [ ] Groundwater 2C
                                             [ ] Groundwater 3A
                                             [ ] Groundwater 3B
                                             [ ] Classification Unknown

Aquifer: _____ Gramercy ("200-foot" sand) _____

Depth Groundwater First Encountered: ____ Average depth to water table is 5.25' ____

Fractional Organic Carbon Content: Not Determined _____

Distance from POC to POE: _____ N/A _____ Dilution Factor Applied: 1 or 1.5 ____
depending on thickness contamination plume.

NAPL Present?       [x] Yes       [ ] No

Current Land Use:   [ ] Nonindustrial     [x] Industrial  SIC: __N/A __(construction site)____

**Washington Group International, Inc.**          **Page 3**
**(504) 947-5900**          Revision Date N/A

WGI62878

RECAP SUBMITTAL REPORT-SAUCER MARINE                                      **AI 1398**
INNER HARBOR NAVIGATION CANAL-EAST BANK INDUSTRIAL AREA

Potential Future Land Use:    [ ] Nonindustrial    [x] Industrial SIC:_____  **See Note 1.**

Offsite Contamination?    [ ] Yes    [x] No

If Yes, Land Use Offsite:    [ ] Nonindustrial    [ ] Industrial SIC: _____

Management Option(s) Used:

[x] SO:    Are the maximum detected concentrations for all COCs in all impacted media less than or equal to the limiting SS?  [ ] Yes  [x] No.

[x] MO-1:    Are the exposure concentrations for all COCs in all impacted media less than or equal to the limiting MO-1 RS?  [ ] Yes  [x] No    **See Note 2.**

[ ] MO-2:    Are the exposure concentrations for all COCs in all impacted media less than or equal to the limiting MO-2 RS?  [ ] Yes  [ ] No

[ ] Appendix J:    Are the exposure concentrations for all COCs in all impacted media less than or equal to the limiting Appendix J MO-2 RS?  [ ] Yes  [ ] No

[ ] MO-3A:    Is the cumulative cancer risk less than or equal to IE-06?    [ ] Yes[ ] No

               Is the total hazard index less than or equal to 1.0?    [ ] Yes[ ] No

[ ] MO-3B:    Are the exposure concentrations for all COCs in all impacted media less than or equal to the limiting MO-1 RS?  [ ] Yes  [ ] No

Is Corrective Action Proposed:    [x] Yes    [ ] No

Are Institutional Controls Proposed:    [ ] Yes    [x] No

Have Interim Corrective Actions Been Performed:  [x] Yes    [ ] No
In 1993, various containers (drums, etc.) and other wastes were removed from the site.

Is There a Current or Potential Ecological Impact:  [ ] Yes    [x] No

What is the Action Being Requested for Management of this AOI:

[ ] NFA-ATT    [x] CAP Approval    [ ] Closure Plan Approval

[ ] Reuse Approval **See Note 3.**

---

**Washington Group International, Inc.**                                **Page 4**
**(504) 947-5900**                                  **Revision Date April 23, 2002**

WGI62879

**RECAP SUBMITTAL REPORT-SAUCER MARINE**                                    AI 1398
**INNER HARBOR NAVIGATION CANAL-EAST BANK INDUSTRIAL AREA**

**RECAP Standards Applied to the AOI:**

| Constituents of Concern | Soil RECAP Standards (mg/kg) Screening | | Soil RECAP Standards (mg/kg) MO-1 | |
|---|---|---|---|---|
| | SSni[4] | SSgw | Soilni[5] | Soilgw3ndw[6] |
| Chlorocthane | 2.6 | 0.013 | 2.6 | 650 |
| Methylene chloride | 12 | 0.017 | 12 | 0.44 |
| Benzene | 0.50 | 0.051 | 0.94 | 0.20 |
| Toluene | 43 | 20 | NA[8] | NA[8] |
| Ethylbenzene | 100 | 19 | NA | NA |
| Acetone | 110 | 1.5 | NA | NA |
| Xylene | 150[9] | 180 | NA | NA |
| cis-1,3-Dichloropropene | 0.36 | 0.04 | 0.36 | 2 |
| Naphthalene | 3.9 | 1.5 | 20 | 48 |
| Benzo(a)anthracene | 0.56 | 8.6 | 0.56 | 8.6 |
| Bis(2-Ethylhexyl)phthalate | 32 | 130 | NA | NA |
| Benzo(b)fluoranthene | 0.55 | 29 | 0.55 | 29 |
| Benzo(a)pyrene | 0.33 | 23 | 0.33 | 35 |
| Indeno(1,2,3-cd)pyrene | 0.56 | 9.2 | 0.56 | 13.8 |
| Dibenz(a,h)anthracene | 0.33 | 540 | 0.33 | 540 |
| Phenanthrene | 1400 | 120 | NA | NA |
| 2-Methylnaphthalene | 6.3 | 1.5 | 32 | 48 |
| 2-Nitrophenol | 25 | 2.6 | NA | NA |
| Hexachlorobutadiene | 0.64 | 5.5 | NA | NA |
| Barium | 520 | 2000 | 1000 | 2000 |
| Cadmium | 3.7 | 20 | 7.4 | 20 |
| Chromium (assume VI) | 22 | 100 | 220 | 100 |
| Lead (assume inorganic) | 400 | 100 | 400 | 100 |
| Mercury (assume inorganic) | 2.2 | 4 | NA | NA |
| Silver | 37 | 100 | NA | NA |
| Zinc | 2200 | 2800 | 11000 | 2800 |
| TPH-G | 41 | 65 | NA | NA |
| TPH-D | 41 | 65 | 82 | 6100 |
| TPH-O | 120 | 2100 | 240 | 10000 |
| Pentachlorophenol | 2.3 | 1.7 | 2.3 | 1.7 |
| Arsenic[7] | 0.38 | 100 | 0.38 | 100 |
| Aldrin | 0.025 | 2.3 | NA | NA |
| Dieldrin | 0.027 | 0.061 | NA | NA |
| 4,4'-DDD | 2.3 | 1.5 | NA | NA |
| 4,4'-DDE | 1.6 | 2 | NA | NA |
| 4,4'-DDT | 1.7 | 16 | NA | NA |
| Endosulfan | 29 | 54 | NA | NA |
| Endrin | 1.6 | 2.6 | NA | NA |
| Heptachlor | 0.011 | 0.5 | NA | NA |

**Washington Group International, Inc.**                                    **Page 5**
**(504) 947-5900**                                                 Revision Date N/A

WGI62880

RECAP SUBMITTAL REPORT-SAUCER MARINE                                    AI 1398
INNER HARBOR NAVIGATION CANAL-EAST BANK INDUSTRIAL AREA

| Constituents of Concern | Soil RECAP Standards (mg/kg) Screening | | Soil RECAP Standards (mg/kg) MO-1 | |
|---|---|---|---|---|
| | SSni[4] | SSgw | Soilni[5] | Soilgw3ndw[6] |
| Heptachlor epoxide | 0.048 | 2 | NA | NA |
| Methoxychlor | 27 | 380 | NA | NA |
| Toxaphene | 0.40 | 34 | NA | NA |
| Dalapon | 1800 | 2.0 | NA | NA |
| Dicamba | 1800 | 0.55 | NA | NA |
| Dichloroprop | 490 | 2.3 | NA | NA |
| 2,4-DB | 490 | 2.3 | NA | NA |
| 2,4-D | 690 | 0.37 | NA | NA |
| Dinoseb | 3.8 | 0.14 | NA | NA |
| MCPA | 31 | 0.026 | NA | NA |
| MCPP | 61 | 0.019 | NA | NA |
| 2,4,5-T | 610 | 0.78 | NA | NA |
| 2,4,5-TP | 490 | 16 | NA | NA |
| Aroclor 1016 | 0.090 | 19 | NA | NA |
| Aroclor 1254 | 0.090 | 19 | 0.090 | 29 |
| Aroclor 1260 | 0.090 | 19 | NA | NA |

**Notes**

1. Ultimately, soil down to 22 ft. will be removed for construction of a By-Pass Channel
2. It is our intention to close the site under MO-1 for all constituents except Arsenic, see note #7
3. This document reports the results of the site investigation, highlighting areas needing further evaluation; a CAP will be prepared and ultimately a request for reused soils off-site will be prepared for the entire EBIA when the site investigation is complete
4. SSni includes adjustment for a >0.5 acre site
5. RS Soilni includes adjustment for a >0.5 acre site and for additivity
6. RS Soilgw3ndw includes defaulting to Soilgw2 and/or Soilgw1
7. Arsenic levels will be compared to an LDEQ-approved site-specific background level of 8.3 mg/kg
8. NA  Not applied.  The chemical was not found above screening
9. Regulated by Soilsat

Washington Group International, Inc.                                    Page 6
(504) 947-5900                                              Revision Date N/A

WGI62881

## EXECUTIVE SUMMARY

This RECAP Submittal report summarizes the fourth sampling program completed at the Inner Harbor Navigation Canal – East Bank Industrial Area (IHNC-EBIA) to comply with the Risk Evaluation/Corrective Action Program (RECAP) for the Louisiana Department of Environmental Quality (LDEQ). The Saucer Marine facility (SM), an approximately 7.7 acre area, was sampled from July 10 through August 17, 2001. A total of 99 boreholes were drilled in 91 locations and soil samples were collected. One hundred forty primary samples were sent for inorganics analysis, 142 primary samples were sent for semi-volatile (SVOC) analysis, 120 primary samples were sent for volatile (VOC) analysis, 12 for total petroleum hydrocarbon gasoline range (TPH-G), 41 for diesel range (TPH-D), 28 for oil range (TPH-O), 20 for polychlorinated biphenyls, 19 for pesticides and five for herbicides. Three of the inorganics samples were analyzed by synthetic precipitation leaching procedure (SPLP) for lead. In addition, 49 quality control, ten rinsate blank and 26 quality assurance samples were collected and analyzed.

SM analytical data were evaluated for the 32 constituents of concern (COCs) that have been identified for the EBIA as a whole as well as for PCBs, pesticides and herbicides. Twenty-seven constituents were detected. Thirteen constituents were reported at elevated reporting limits. The inorganic, SVOC and pesticide concentrations were compared to the Screening Standards (SSs) in Table 1 of RECAP (LDEQ 2000a). RECAP SS for a ten acre area were calculated for VOCs, TPHs and PCBs. Only one herbicide had published RECAP standards, the others were developed using physical constants, toxicity values and the LDEQ worksheets. The area of concern (AOC) was delineated as the entire site down to 22 ft. for all COCs by comparing their concentrations with the most stringent SS. For COCs reported as not detected, half the reporting limit was compared to the most stringent SS. The COCs with concentrations above SS were benzene, aroclor 1254, TPH-D, TPH-O, arsenic, barium, cadmium, chromium, lead and zinc. Indeno(1,2,3-cd)pyrene, 2-methylnaphthalene, benzo(a)pyrene, benzo(a)anthracene and benzo(b)fluoranthene had both concentrations and half reporting limits above screening. The COCs with one-half the reporting limit above SS were chloroethane, cis-1,3-dichloropropene, methylene chloride, dibenz(a,h)anthracene, naphthalene, pentachlorophenol, MCPA and MCPP. MCPA and MCPP were not carried through the RECAP process because of the lack of evidence of prior use at SM.

The 23 COCs failing SS were then evaluated against Management Option One (MO-1) RECAP Standards (RS). For all COCs except lead and arsenic, the 95% upper confidence limit (UCL), highest reported concentration or one-half of the highest reporting limit (depending on the specific COC or soil interval) was compared to the MO-1 RS; the RS used for evaluation incorporated adjustments to account for a greater than 0.50 acre site and for additivity (i.e. target organs for toxicity). The MO-1 RS protective of groundwater is groundwater 3 non-drinking water. Lead was evaluated by assuming the area with the highest concentration would need remediation, and then excluding that concentration from the calculation of the 95% UCL. In addition, while the 95% UCL of lead was above the most stringent RS, the concentration leached by SPLP was below the applicable RS. The 95% UCL for arsenic was below the applicable site-specific background and so arsenic did not need remediation. Benzo(a)pyrene, benzo(b)fluoranthene, TPH-D, TPH-O and the highest concentration of lead could not be managed under MO-1 for either remaining in-place or reuse purposes, as summarized below:

Benzo(a)pyrene: concentrations were above RECAP MO-1 RS (remain in place)

Benzo(b)fluoranthene: concentration was above RECAP MO-1 RS (remain in place)

Lead: concentration was above RECAP MO-1 RS (reuse/remain in place)

TPH-D: concentrations were above RECAP MO-1 RS (reuse/remain in place)

TPH-O: concentrations were above RECAP MO-1 RS (reuse)

In addition non-aqueous phase liquid (phase) was observed in three locations.

These COCs are restricted to eight areas requiring further attention as follows:

Area 1: located at borehole 17G with elevated TPH-D and TPH-O concentrations in the 3-6 ft. interval, phase in the 6-9 ft. interval and heavy staining down to 10 ft.

Area 2: located at borehole 20F with phase in the 3-6 ft. interval.

Area 3: located at borehole 23F with an elevated lead concentration in the 0-3 ft. interval.

Area 4: located at borehole 26H with an elevated TPH-D concentration in the 0-3 interval.

Area 5: includes boreholes 30G and H with elevated TPH-D concentrations in the 6-9 ft. interval and elevated TPH-D and TPH-O in the 0-3 ft. interval of 30I.

Area 6: located at borehole 31E with elevated benzo(a)pyrene and benzo(b)fluoranthene in the 0-3 ft. interval.

Area 7: located at borehole 32D with elevated benzo(a)pyrene in the 0-3 ft. interval.

Area 8: located at borehole 33I with elevated TPH-D, TPH-O and phase in the 0-3 ft. interval.

The Sampling and Analysis Plan and Workplan propose that areas of contamination exceeding the appropriate regulatory standards be excavated. Therefore, it is anticipated that these eight areas will be excavated and confirmation samples collected to demonstrate that the levels of the remaining COCs meet the MO-1 RECAP RS. These results will then be combined with the existing data to show that the site should receive a 'No Further Action At This Time' determination under MO-1.

WGI62883

## TABLE OF CONTENTS

APPROVAL PAGE ........................................................................................................... 1

EXECUTIVE SUMMARY ............................................................................................... 7

TABLE OF CONTENTS.................................................................................................. 9

ACRONYMS & ABBREVIATIONS............................................................................... 13

1.0  Introduction........................................................................................................ 16
   1.1  Site History and Description....................................................................... 16
   1.2  Site Ranking and Justification for the Ranking ......................................... 17
   1.3  Identification of the Risk Evaluation/Corrective Action Program (RECAP) Option(s) applied at the Area of Investigation (AOI) ............................................ 17
   1.4  Results of any Previous RECAP Assessments Conducted at the AOI ............................. 17

2.0  Site Investigation ............................................................................................. 19
   2.1  Description of Site Investigation Activities................................................ 19
   2.2  Site Investigation Results........................................................................... 21
   2.3  Data Evaluation/Usability ......................................................................... 22

3.0  Identification of the AOI and Constituents of Concern (COCs).......................... 25
   3.1  Identification of the AOI and the Methods Used to Delineate the AOI .......................... 25
   3.2  Identification of the COCs for Each Impacted Medium and the Methods Used to Identify the COCs.................................................................................................. 25

4.0  Exposure Assessment........................................................................................ 27
   4.1  Identification of Current and Future Land Use at/in the Vicinity of the AOI ................ 27
   4.2  Identification of the Groundwater Classification, the Point of Compliance (POC) and the Point of Exposure (POE) ...................................................................... 27
   4.3  Development of a Conceptual Model .......................................................... 27
   4.4  Estimation of Exposure and/or Source Concentrations for Each Impacted Medium ....... 27

5.0  Identification of the Limiting Screening Standards (SS) or RECAP Standards (RS) .......... 30
   5.1  Identification of the SS or RS for Each Impacted Medium ............................................ 30
   5.2  Adjustment of Risk-Based RS to Account for Additivity where Applicable .................. 31
   5.3  Adjustment for Exposure Area Greater than 0.5 Acre ................................ 31
   5.4  Site-Specific Background Levels............................................................... 31
   5.5  Identification of the Limiting SS or RS for Each Impacted Medium ............................. 31

6.0  Comparison of the Limiting SS or RS with the Exposure and/or Source Concentrations ... 32
   6.1  Screening Option ...................................................................................... 32
   6.2  Management Option One for Soils Remaining in Place................................ 33
   6.3  Management Option One for Reuse of Soils Off-Site.................................. 34

**RECAP SUBMITTAL REPORT-SAUCER MARINE**                                              **AI 1398**
**INNER HARBOR NAVIGATION CANAL-EAST BANK INDUSTRIAL AREA**

7.0  Conclusions and Recommendations ................................................................................. 36
   7.1  Identification of Areas Requiring Further Action.......................................................... 36
   7.2  Proposed Plan of Action ................................................................................................ 36

8.0  Ecological Checklist ........................................................................................................ 39

9.0  References........................................................................................................................ 40

Tables ...................................................................................................................................... 46
   1.   Documents Submitted by USACE to LDEQ that Support this RECAP Assessment
      Submittal
   2.   Specific History of the Saucer Marine Facility
   3.   Site Ranking System: Site Classification and Initial Response Actions
   4.   Chemicals Detected Previously at the EBIA and Those to be Carried Through this
      RECAP Assessment as Constituents of Concern (COCs)
   5.   Saucer Marine Samples Sent for Off-Site Laboratory Analysis
   6.   Summary of Site Investigation Results for the Saucer Marine Soils
   7.   Saucer Marine Soil Intervals Above RECAP Screening Standards
   8.   Soil Screening Standards for COCs at Saucer Marine
   9a.  Soil MO-1 RECAP Standards for COCs with Concentrations that Exceed RECAP SS
      at Saucer Marine
   9b.  Soil MO-1 RECAP Standards for COCs with Half Reporting Limits that Exceed
      RECAP SS at Saucer Marine
   10a. Target Organs for COCs with Elevated Concentrations when Adjusting for Additivity
   10b. Target Organs for COCs with Elevated Half Reporting Limits when Adjusting for
      Additivity
   10c. Additive Effects of Constituents of Concern (COCs)
   11.  Comparison of Highest Soil Concentrations and Screening Standards for COCs at
      Saucer Marine Remaining On-Site and for Off-Site Use
   12a. Comparison of Exposure/Source Concentrations and MO-1 RECAP Standards for
      COCs at Saucer Marine with Concentrations that Exceed the Limiting SS for Soils
      Remaining On-Site
   12b. Comparison of Exposure/Source Concentrations and MO-1 RECAP Standards for
      COCs at Saucer Marine with Half Reporting Limits that Exceed the Limiting SS for
      Soils Remaining On-Site
   13a. Comparison of Exposure/Source Concentrations and MO-1 RECAP Standards for
      COCs at Saucer Marine with Concentrations that Exceed the Limiting RS for Soils to
      be Used Off-Site
   13b. Comparison of Exposure/Source Concentrations and MO-1 RECAP Standards for
      COCs at Saucer Marine that Exceed the Limiting RS for Soils to be Used Off-Site
   14.  The Type and Location of Unacceptable Contamination at Saucer Marine
   15.  The Sampling Locations with Unacceptable Contamination at Saucer Marine
   16.  Recalculated 95% UCL's Based on Eliminating Remediated Boreholes at Saucer
      Marine

WGI62885

**RECAP SUBMITTAL REPORT-SAUCER MARINE**                                    **AI 1398**
**INNER HARBOR NAVIGATION CANAL-EAST BANK INDUSTRIAL AREA**

Figures.................................................................................................................................................. 103
1.   Topographical Map, New Orleans East Quadrangle Showing AOI
2.   East Bank Industrial Area Showing Approximate Acreages and the Latitudes and Longitudes of the North East Corner of Each Facility
3.   Saucer Marine Showing Borehole Locations Based on DGPS Survey
4.   Proposed Sampling Locations for the Saucer Marine Facility
5.   Saucer Marine Showing Borehole Locations, Structures and Previously Identified, Hotspot Locations
6a.  Conceptual Site Model for the Media at the EBIA
6b.  Conceptual Site Model for Soil Deposited at MRGO
7a.  Saucer Marine Showing Locations of Samples Sent for Off-Site Laboratory Analysis of Inorganics
7b.  Saucer Marine Showing Locations of Samples Sent for Off-Site Laboratory Analysis of Organics
7c.  Saucer Marine Showing Locations of Samples Sent for Off-Site Laboratory Analysis of Pesticides and Herbicides
7d.  Saucer Marine Showing Locations of All Samples Sent for Off-Site Laboratory Analysis
8a.  Lab Arsenic Levels (All Intervals) and Sample Locations Based on DGPS Survey for Saucer Marine
8b.  Lab Chromium Levels (All Intervals) and Sample Locations Based on DGPS Survey for Saucer Marine
8c.  Lab Lead Levels (All Intervals) and Sample Locations Based on DGPS Survey for Saucer Marine
8d.  Lab Barium Levels (All Intervals) and Sample Locations Based on DGPS Survey for Saucer Marine
8e.  Lab Cadmium Levels (All Intervals) and Sample Locations Based on DGPS Survey for Saucer Marine
8f.  Lab Zinc Levels (All Intervals) and Sample Locations Based on DGPS Survey for Saucer Marine
8g.  Lab Benzo(a)anthracene Levels (All Intervals) and Sample Locations Based on DGPS Survey for Saucer Marine
8h.  Lab Benzo(a)pyrene Levels (All Intervals) and Sample Locations Based on DGPS Survey for Saucer Marine
8i.  Lab Benzo(b)fluoranthene Levels (All Intervals) and Sample Locations Based on DGPS Survey for Saucer Marine
8j.  Lab Indeno(1,2,3-cd)pyrene Levels (All Intervals) and Sample Locations Based on DGPS Survey for Saucer Marine
8k.  Lab 2-Methylnaphthalene Levels (All Intervals) and Sample Locations Based on DGPS Survey for Saucer Marine
8l.  Lab Benzene Levels (All Intervals) and Sample Locations Based on DGPS Survey for Saucer Marine
8m.  Lab Total Petroleum Hydrocarbons Levels (All Intervals) and Sample Locations Based on DGPS Survey for Saucer Marine
8n.  Lab Aroclor 1254 Levels (All Intervals) and Sample Locations Based on DGPS Survey for Saucer Marine

| | |
|---|---|
| **Washington Group International, Inc.** | **Page 11** |
| **(504) 947-5900** | **Revision Date N/A** |

WGI62886

RECAP SUBMITTAL REPORT-SAUCER MARINE                                    AI 1398
INNER HARBOR NAVIGATION CANAL-EAST BANK INDUSTRIAL AREA

9a.  Saucer Marine: Area of Concern for all COCs Except Arsenic Soil Samples with Concentrations or Half Reporting Limits Above RECAP SS
9b.  Saucer Marine: Area of Concern for Arsenic Based on Soil Samples with Concentrations Above RECAP SS
10.  Saucer Marine: Showing the COCs and Areas Needing Remediation
11.  Saucer Marine: Showing Proposed Extent of Excavation

Appendices.................................................................................................................................... 105
A.  Field Screening Results
B.  Site Investigation Data in RECAP Data Format
C.  Classification of Groundwater
D.  Data Set and Methods Used to Determine the Exposure and/or Source Concentrations
E.  Ecological Checklist
F.  Exceptions and Deviations from Plans
G.  Data Validation/Verification Report (PARCCS Report) Summary
H.  SPLP Utilization
I. LDEQ Worksheets (LDEQ 2001a)
J.  Herbicides RECAP Standards
K.  Backup Documentation for the Revised Reporting Limits for Pesticides and PCBs . 105
L.  Drilling Report for SM:  MMG (2002) Inner Harbor Navigation Canal, East Bank Industrial Area, New Orleans, Louisiana. Saucer Marine Drilling Report IV. January 2002

WGI62887

**PAGE 15**

## Appendix L

## Drilling Report for SM:  MMG (2002) Inner Harbor Navigation Canal, East Bank Industrial Area, New Orleans, Louisiana.  Saucer Marine Drilling Report IV.  January 2002

**Washington Group International, Inc.**       **Appendix L**
**(504) 947-5900**       Revision Date N/A

WGI63707

# January 2002

# INNER HARBOR NAVIGATION CANAL
# EAST BANK INDUSTRIAL AREA
# NEW ORLEANS, LOUISIANA

## SAUCER MARINE
## SITE ASSESSMENT
## DRILLING REPORT - IV

### Prepared for:



2500 Surekote Road
New Orleans, LA 70117

### By:



3520 General DeGaulle Drive, Suite 3010
New Orleans, LA 70114

DACA56-94-D-0021
Task Order #0008
MMG # 3002-MKC

WGI63708

## SIGNATURE PAGE

### DRILLING REPORT – IV
### INNER HARBOR NAVIGATION CANAL
### EAST BANK INDUSTRIAL AREA
### NEW ORLEANS, LOUISIANA

### Total Environmental Contract DACA56-94-D-0021
### Task Order #0026

Developed/Received By:


Materials Management Group, Inc.
Geologist


Materials Management Group, Inc.
Sr. Regulatory Specialist


MATERIALS MANAGEMENT GROUP. INC

WGI63709

**PAGE 18**

IHNC/EBIA Drilling Report – IV                                    3002-MKC-DRG
Saucer Marine Site Assessment

## Table of Contents

Table of Contents ............................................................................................1
Acronyms .......................................................................................................2
Introduction ....................................................................................................3
Drilling Method ...............................................................................................3
Sampling & Field Screening Methods ............................................................4
Soil Types ......................................................................................................4
   Table 1: Fill Materials...............................................................................5
Classification ..................................................................................................5
   Table 2: Native Materials .........................................................................6
Groundwater Data ..........................................................................................6
Conclusions....................................................................................................7


APPENDIX A.....................................................................Site Maps
APPENDIX B.....................................................................Saucer Marine Borehole
                       Information
APPENDIX C .....................................................................Boring Logs
APPENDIX D .....................................................................Cross Sections
APPENDIX E.....................................................................Field Screening
                       Data

WGI63710

IHNC/EBIA Drilling Report – IV                                    3002-MKC-DRG
Saucer Marine Site Assessment

**Acronyms**

| | |
|---|---|
| ASTM | American Society for Testing and Materials |
| EBIA | East Bank Industrial Area |
| FID | Flame Ionization Detector |
| Fugro | Fugro Geosciences, Inc. |
| IHNC | Inner Harbor Navigation Canal |
| LDEQ | Louisiana Department of Environmental Quality |
| LDOTD | Louisiana Department of Transportation and Development |
| MMG | Materials Management Group, Inc. |
| PID | Photo Ionization Detector |
| SM | Saucer Marine |
| USCS | Unified Soil Classification System |
| XRF | X-Ray Fluorescence Analyzer |

MATERIALS MANAGEMENT GROUP, INC.                              Page 2

WGI63711

# MMG IHNC/EBIA DRILLING REPORT - IV

### SAUCER MARINE
### SITE ASSESSMENT

## Introduction

The purpose of this site assessment is to characterize the geology of the site, obtain chemical data of potential and known contamination, and to delineate areas of known contamination.

Saucer Marine, of the Inner Harbor Navigation Canal/East Bank Industrial Area (IHNC/EBIA), is located at 1910 Surekote Road, New Orleans, Louisiana, 70117. This site had been leased to Saucer Marine, a shipbuilding company, since 1954. Numerous tanks were once located at this site to accommodate fueling operations. Sandblast materials can still be found on the ground surface of the site. The International Tank Terminal site bounded the southern property line of the SM site. Mayer Yacht was located just north of the SM site. The Inner Harbor Navigation Canal forms the western boundary line of SM. The flood wall is the eastern boundary of the SM site.

All drilling efforts were completed in accordance with Louisiana Department of Environmental Quality (LDEQ) and Louisiana Department of Transportation and Development (LDOTD) drilling standards and regulations, in addition to LDEQ's RECAP. Under the direction of WGI personnel, all borehole locations were placed according to a sampling grid approved by LDEQ, and were located by Differential Global Positioning System (DGPS) upon completion.

A total of 99 boreholes were advanced in 91 locations at Saucer Marine and along Mayer Yacht's southern border during this drilling effort. Several boreholes had to be drilled more than once due to various obstructions. Boreholes drilled more than once are indicated by a letter in parenthesis attached to the borehole name. A list of all Saucer Marine boreholes can be found in Appendix B. This work took place between the dates of July 10 through August 16, 2001. Drilling services were provided by both Materials Management Group, Inc. (MMG) and Fugro Geosciences, Inc. (Fugro). MMG provided geology and sample technician services to support drilling activities for the entire site.

## Drilling Method

Several drilling techniques were used to collect the soil samples for this site. MMG used a direct-push SIMCO Earthprobe 200 to push clean, standard-sized, two (2) inch diameter, two (2) foot long split spoons in continuous intervals. Fugro used a CME 75 High Torque drill rig to push two (2) inch diameter, two (2) foot long split spoons and/or four (4) inch diameter, five (5) foot long split spoons. Solid flight augers were used to penetrate obstructions. Hollow stem augers were used to keep boreholes open when flowing soils were encountered. All sampling equipment was decontaminated by the acting drilling crew prior to advancing to the next borehole.

---

MATERIALS MANAGEMENT GROUP, INC.                                    Page 3

**Sampling & Field Screening Methods**

Once the soils were brought to the surface in the split spoons, the split spoons were opened and a geologist logged the soil types and characteristics, according to the ASTM D 2488-00 standard and using the Unified Soil Classification System (USCS). The soils were split and then bagged in separate sealed plastic bags and allowed to equilibrate for a minimum of fifteen minutes. One bag of soil was used for field screening and non-volatile samples; the other bag was preserved on ice for collecting volatile samples and was not disturbed until those samples had been collected. The headspace gases were screened using a flame ionization detector (FID) and/or photo ionization detector (PID). The FID used was a Model 680, manufactured by Thermo Environmental Instruments, Inc. The PID used was a Model 580B also manufactured by Thermo Environmental. FID readings were corrected via methane subtraction; i.e., the headspace was analyzed first by direct measurement then with a methane-only activated charcoal filter. The methane value was then subtracted from the total value. Because native soils in this area contain a fair amount of plant-derived organics, methane occurs naturally from the biodegradation of plant-derived organics and produces high methane readings on the FID. This methane value must be subtracted in order to give an accurate indication of non-methane contamination. The PID does not detect methane and, therefore, requires no correction.

The soils were then field screened for metals (arsenic, chromium, cobalt, copper, iron, lead, manganese, mercury, molybdenum, nickel, rubidium, selenium, strontium, titanium, zinc, and zirconium) using a multi-element x-ray fluorescence analyzer (XRF) for screening, the Niton 700 Series. Lead was used as the indicator element for inorganic contamination as stated in the Field Sampling Plan. The XRF screening consisted of putting soils into small plastic bags, (Whirlpaks, by NASCO), approved by Niton for this process. The bagged soil was then analyzed for approximately 60 nominal seconds as registered on the XRF.

The purpose of collecting field screening data, in addition to field observations, is to guide the geologist and sample technician in deciding where to collect samples.

All FID, PID and lead XRF readings were recorded and can be found in Appendix E.

**Soil Types**

Fill material varied in thickness from 1–10 feet, and varied in content. The principal fill materials used at Saucer Marine were concrete, mortar, shell, sands, gravel, fly ash, silts, clays, and debris.

Refer to Table 1 for fill descriptions.

WGI63713

**PAGE 22**

IHNC/EBIA Drilling Report – IV                                      3002-MKC-DRG
Saucer Marine Site Assessment

**Table 1: Fill Materials**

| Classification | Description |
|---|---|
| Top Soil | Organic rich sandy top soil. |
| Asphalt | Roadbed surfacing. |
| CH | Fat Clay, used as fill. |
| CL | Lean inorganic clay used as fill, or that has been disturbed. |
| CL-ML | Silty Clay, used as fill |
| CL-GM | Gravelly Clay |
| Concrete | Discarded concrete waste used as fill. |
| Debris | Brick, wood, plastic, metal, glass, cloth, burned trash, tires, all used as fill. |
| GM | Silty Gravel |
| GW | Gravel without fines |
| ML | Silt |
| ML-CL | Clayey Silt |
| ML-GM | Gravelly Silt |
| Mortar | Cementitous material easily crumbled, always pink in color. |
| Shell | Common bi-valve shells used to build up low areas and for roadbeds and parking areas. |
| SP | Poorly graded sands used as fill. |
| SW | Well-graded sands used as fill; also found under asphalt as part of the roadbed construction. |

**Classification**

Native soil types for Saucer Marine site were fairly consistent. Silts and clays, including organic rich clays and silts, were the main constituents of the native soils to the limiting borehole depth of 22 feet. Varved[1] sediments and color change were often used as indicators of native and undisturbed soils. Native soils were most commonly encountered at four (4) feet; the average depth at which native soils were encountered was 4.9 feet.

Plant-derived organics were found throughout the borehole depth. Plant-derived organics consisted of roots, grasses, leaves, wood and peat. The percentage of organic content usually increased after fourteen feet in depth. Peat layers were encountered in several boreholes at varied depths.

All of the native soils logged during this drilling event are typical of deltaic or lacustrine environments. The varved sediments indicate that still or quiet water, such as a lake or a deltaic ponding area, was prevalent in this area during the time these sediments were deposited. High plant-derived organic content indicates a swamp or marsh-like area.

See Table 2 for native soil classifications.

---

[1] Varved – Distinct lamination of sediments indicating change in seasons or depositional source.

MATERIALS MANAGEMENT GROUP, INC.                            Page 5

WGI63714

Refer to Appendix C for boring logs and Appendix D for geologic cross sections.

**Table 2: Native Materials**

| Classification | Description |
|---|---|
| CH | Fat Inorganic Clay. |
| CL | Lean Inorganic Clay. |
| CL-ML | Silty Clay |
| CL-PT | High plant-derived organic containing clay. |
| ML | Silt |
| ML-CL | Clayey Silt. |
| PT | Peat with both decomposed and intact plant-derived organic components.  Commonly lacks any other soil characteristics. |
| ML-PT | Silt w/ Peat layers. |
| OH | Organic Rich Clay. |
| OH-OL | Organic Rich Silty Clay. |
| SM | Silty Sand. |
| OH-ML | Interbedded Organic Rich Clay and Silt. |
| GM | Silty Sandy Gravel |
| CH-ML | Fat Clay w/ Silt layers. |
| SP-ML | Silty Sand |
| ML-SP | Sandy Silt |
| Wood | Intact wood, could be native cypress. |

**Groundwater Data**

Water table in the boreholes completed during the drilling at Saucer Marine ranged from 2-10 feet below ground surface (bgs).  The average water table depth for this set of boreholes at this site is 5.25 feet bgs.  The most common water table depth for this set of boreholes was at five (5) feet bgs.  The water table at this site is defined by the upper limit of saturation as noted by the geologist logging the borehole. (Fetter, C.W., Applied Hydrogeology, 2nd Edition, pg. 5.)

The variable depth of the saturated zone may be due to a combination of soil type, proximity to the IHNC, proximity to the flood wall, and the presence of various onsite drainage ditches and altered sediments. There was also some soil mounding on this site that influenced the range of depth to water table. The surface elevation of the boreholes is unknown.  Although the site appears to be fairly level, subtle differences in elevation could also be partially responsible for the variable below ground surface depth of the saturated zone.

The potentiometric groundwater level for the site appears to be very near the surface. This means that once a borehole is advanced through the water table, the water will rise above the water table and will approach the surface.

MATERIALS MANAGEMENT GROUP, INC.      Page 6

WGI63715

IHNC/EBIA Drilling Report – IV                                    3002-MKC-DRG
Saucer Marine Site Assessment

## Conclusions

The principal intent of the drilling report is to present and summarize the geological features found at the site, and to report field-screening results. Laboratory analytical chemical data for this site will be submitted in the RECAP Submittal Report.

Geological and hydrogeological conclusions are as follows:

1. Fill materials cover the entire surface of the site. The average depth of fill encountered during this phase of drilling was 4.94 feet below ground surface.

2. Silts and clays are the main constituents of the native soils to a depth of at least 22 feet.

3. The water table varies greatly for such a small site due to altered stratigraphy and hydrogeological processes. The average water table for the boreholes advanced at SM was 5.25 feet below ground surface.

4. The potentiometric groundwater level for the site is located near the ground surface.

MATERIALS MANAGEMENT GROUP, INC.                                     Page 7

WGI63716