**August 2002**

# RECAP Submittal Report –
# Boland Marine
# Inner Harbor Navigation Canal –
# East Bank Industrial Area
# New Orleans, Louisiana

*Prepared For*



**US Army Corps
of Engineers.**

**New Orleans District**

Under Contract to
U.S. Army Corps of Engineers-Tulsa District
Total Environmental Restoration Contract
DACA56-94-D-0021      Task Order #0026

AI 1398

*By:*





EXHIBIT

MSJ 123

WGI356980

RECAP SUBMITTAL REPORT-BOLAND MARINE                          AI 1398
INNER HARBOR NAVIGATION CANAL-EAST BANK INDUSTRIAL AREA

# APPROVAL PAGE

RECAP SUBMITTAL REPORT – BOLAND MARINE
INNER HARBOR NAVIGATION CANAL –
EAST BANK INDUSTRIAL AREA
NEW ORLEANS, LOUISIANA

Total Environmental Restoration Contract DACA56-94-D-0021
Task Order #0026

Approved By:

Washington Group International, Inc.          Page and Kraemer Environmental
Dennis O'Conner, Project Manager              Services, Inc.
                                              Environmental Manager

Materials Management Group, Inc.
Jane Morgan, Ph.D., Regulatory Specialist

                                DEC   4 2002
USACE - NOD
Contracting Officer Representative

USACE – NOD Technical Representative          USACE – NOD Technical Representative

USACE – NOD Technical Representative          USACE – NOD Technical Representative

---

**Washington Group International, Inc.**                        **Page 1**
(504) 947-5900                              **Revision Date November 5, 2002**
                                                     DEC   4 2002

WGI356981

**RECAP SUBMITTAL REPORT-BOLAND MARINE**                    **AI 1398**
**INNER HARBOR NAVIGATION CANAL-EAST BANK INDUSTRIAL AREA**

### RECAP SUBMITTAL SUMMARY FORM

A completed RECAP Submittal Summary form shall be included as the first page of the RECAP Submittal.

| | |
|---|---|
| Facility Owner Name: | USACE New Orleans District, Attn: Jim Montegut |
| Facility Owner Mailing Address: | 2500 Surekote Road New Orleans, LA 70117-3935 |
| Facility Operator Name: | Washington Group International, Inc. |
| Facility Operator Mailing Address: | 2500 Surekote Road New Orleans, LA 70117-3935 |
| Facility Physical Address: | Boland Marine 2500 Surekote Road New Orleans, LA 70117-3935 |
| Parish: | Orleans |
| Latitude/Longitude of Primary Facility Entrance: | 29°58'44.23  90°01'13.41 |
| Latitude/Longitude Method: | DGPS of surveyed waypoints |
| Facility Contact Person: | Dennis O'Conner |
| Facility Contact Person's Phone Number: | (504) 947-5900 |
| Facility Contact Person's Mailing Address: | 2500 Surekote Road New Orleans, LA 70117-3935 |
| Facility LDEQ Identification Numbers: | AI 1398 (formerly 51469) |
| Area of Investigation Name: | Boland Marine |
| Area of Investigation Location: | 2500 Surekote Road New Orleans, LA 70117 |
| Area of Investigation Size: | Approximately 9.0 acres |
| Indicate How Release Occurred (if known): | No releases have been reported  All COCs at BM were released during industrial activities. |

| | |
|---|---|
| **Washington Group International, Inc.** | **Page 2** |
| **(504) 947-5900** | **Revision Date N/A** |

WGI356982

**RECAP SUBMITTAL REPORT-BOLAND MARINE**       **AI 1398**
**INNER HARBOR NAVIGATION CANAL-EAST BANK INDUSTRIAL AREA**

Lists Constituents Released (if known):  They are divided into 2 categories. The first are those identified for EBIA as a whole. They include nine VOCs (including hexachlorobutadiene), 11 SVOCs (including naphthalene), eight inorganics and TPH-G, D, and O. In addition, another three PCBs were identified due to previous site assessments. All COCs are listed in the attached Table. Of these 32 COCs (PCBs count as a single COC), eight had concentrations above most stringent RECAP SS (these are benzene, cadmium, chromium, lead, zinc, TPH-D, TPH-O, and Aroclor 1254), eight had concentrations and half reporting limits above the most stringent RECAP SS (benzo(a) anthracene, benzo(a)pyrene, benzo(b)fluoranthene, dibenz(a,h)anthracene, indeno(1,2,3-cd)pyrene, 2-methylnaphthalene, naphthalene, and arsenic) and two had half reporting limits above RECAP SS (chloroethane, and methylene chloride).

RECAP Submittal Date:      August 2002

RECAP Submittal Prepared by:   Jane Morgan

RECAP Submittal Preparer's Employer:  Materials Management Group, Incorporated

Site Ranking: [ ] Class 1  [ ] Class 2  [x] Class 3  [ ] Class 4

Media Impacted:

    [x] Surface Soil    [ ] Groundwater 1A   [ ] Surface water
    [x] Potential Surface Soil [ ] Groundwater 1B   [ ] Sediment
    [x] Subsurface Soil   [ ] Groundwater 2A   [ ] Biota
            [ ] Groundwater 2B
            [ ] Groundwater 2C
            [ ] Groundwater 3A
            [ ] Groundwater 3B
            [ ] Classification Unknown

Aquifer: _____Gramercy ("200-foot" sand)_____

Depth Groundwater First Encountered: _____Average depth to water table is 4.40 ft._____

Fractional Organic Carbon Content: _Not Determined_____

Distance from POC to POE: _____ N/A _____ Dilution Factor Applied: 1 or 1.5___
depending on thickness of contamination plume.

NAPL Present?  [x] Yes  [ ] No

**Washington Group International, Inc.**          **Page 3**
**(504) 947-5900**              **Revision Date November 5, 2002**

WGI356983

**RECAP SUBMITTAL REPORT-BOLAND MARINE**                                    **AI 1398**
**INNER HARBOR NAVIGATION CANAL-EAST BANK INDUSTRIAL AREA**

Current Land Use:     [ ] Nonindustrial     [x] Industrial  SIC: __N/A __(construction site)____

Potential Future Land Use:     [ ] Nonindustrial     [x] Industrial SIC:_____ **See Note 1.**

Off-site Contamination?     [ ] Yes     [x] No

If Yes, Land Use Off-site:     [ ] Nonindustrial     [ ] Industrial SIC: _____

Management Option(s) Used:

[x] SO:     Are the maximum detected concentrations for all COCs in all impacted media less than or equal to the limiting SS? [ ] Yes  [x] No.

[x] MO-1:     Are the exposure concentrations for all COCs in all impacted media less than or equal to the limiting MO-1 RS? [ ] Yes  [x] No     **See Note 2.**

[ ] MO-2:     Are the exposure concentrations for all COCs in all impacted media less than or equal to the limiting MO-2 RS? [ ] Yes  [ ] No

[ ] Appendix J:     Are the exposure concentrations for all COCs in all impacted media less than or equal to the limiting Appendix J MO-2 RS? [ ] Yes  [ ] No

[ ] MO-3A:   Is the cumulative cancer risk less than or equal to IE-06?     [ ] Yes[ ] No

Is the total hazard index less than or equal to 1.0?     [ ] Yes[ ] No

[ ] MO-3B:     Are the exposure concentrations for all COCs in all impacted media less than or equal to the limiting MO-1 RS? [ ] Yes  [ ] No

Is Corrective Action Proposed:     [x] Yes     [ ] No

Are Institutional Controls Proposed:     [ ] Yes     [x] No

Have Interim Corrective Actions Been Performed:   [x] Yes     [ ] No **See Note 3.**

Is There a Current or Potential Ecological Impact:   [ ] Yes     [x] No

What is the Action Being Requested for Management of this AOI:

[ ] NFA-ATT     [x] CAP Approval   [ ] Closure Plan Approval

[ ] Reuse Approval **See Note 4.**

**Washington Group International, Inc.**                                    **Page 4**
**(504) 947-5900**                                              **Revision Date N/A**

WGI356984

RECAP SUBMITTAL REPORT-BOLAND MARINE                          AI 1398
INNER HARBOR NAVIGATION CANAL-EAST BANK INDUSTRIAL AREA

### RECAP Standards Applied to the AOI:

| Constituents of Concern | Soil RECAP Standards (mg/kg) Screening | | Soil RECAP Standards (mg/kg) MO-1 | |
|---|---|---|---|---|
| | SSni[5] | SSgw | Soilni[6] | Soilgw3ndw[7] |
| Chloroethane | 2.6 | 0.013 | 2.6 | 430 |
| Methylene chloride | 12 | 0.017 | 12 | 0.29 |
| Benzene | 0.94 | 0.051 | 0.94 | 0.20 |
| Toluene | 43 | 20 | NA[9] | NA[9] |
| Ethylbenzene | 100 | 19 | NA[9] | NA[9] |
| Acetone | 110 | 1.5 | NA[9] | NA[9] |
| Xylene(s) | 150[10] | 180 | NA[9] | NA[9] |
| cis-1,3-Dichloropropene | 0.36 | 0.04 | NA[9] | NA[9] |
| Hexachlorobutadiene | 0.64 | 5.5 | NA[9] | NA[9] |
| Naphthalene | 3.9 | 1.5 | 20 | 48 |
| Benzo(a)anthracene | 0.55 | 8.6 | 0.55 | 8.6 |
| Bis(2-Ethylhexyl)phthalate | 31 | 130 | NA[9] | NA[9] |
| Benzo(b)fluoranthene | 0.55 | 29 | 0.55 | 29 |
| Benzo(a)pyrene | 0.33 | 23 | 0.33 | 23 |
| Indeno(1,2,3-cd)pyrene | 0.56 | 9.2 | 0.56 | 14 |
| Dibenz(a,h)anthracene | 0.33 | 540 | 0.33 | 540 |
| Phenanthrene | 1400 | 120 | NA[9] | NA[9] |
| 2-Methylnaphthalene | 6.3 | 1.5 | 32 | 48 |
| 2-Nitrophenol | 25 | 2.6 | NA[9] | NA[9] |
| Pentachlorophenol | 2.3 | 1.7 | NA[9] | NA[9] |
| Barium | 520 | 2000 | NA[9] | NA[9] |
| Cadmium | 3.7 | 20 | 12 | 20 |
| Chromium (assume VI) | 22 | 100 | 220 | 100 |
| Lead (assume inorganic) | 400 | 100 | 400 | 100[11] |
| Mercury (assume inorganic) | 2.2 | 4 | NA[9] | NA[9] |
| Silver | 37 | 100 | NA[9] | NA[9] |
| Zinc | 2200 | 2800 | 11000 | 2800 |
| Arsenic[8] | 0.38 | 100 | 0.38 | 100 |
| TPH-G | 41 | 65 | NA[9] | NA[9] |
| TPH-D | 41 | 65 | 137 | 6100 |
| TPH-O | 120 | 2100 | 400 | 10000 |
| Aroclor 1016 | 0.090 | 19 | NA[9] | NA[9] |
| Aroclor 1254 | 0.090 | 19 | 0.18 | 29 |
| Aroclor 1260 | 0.090 | 19 | NA[9] | NA[9] |

### Notes
1.  Ultimately, soil down to 22 ft. will be removed for construction of a By-Pass Channel; the location of these soils has a potential nonindustrial exposure
2.  It is our intention to close the site under MO-1 for all constituents except Arsenic, see note #8
3.  A UST was removed from the facility (see Appendix L) as well as transite, diesel, oil and lead contaminated soil (see Appendix K)

WGI356985

**RECAP SUBMITTAL REPORT-BOLAND MARINE**　　　　　　　　　　　**AI 1398**
**INNER HARBOR NAVIGATION CANAL-EAST BANK INDUSTRIAL AREA**

4.  This document reports the results of the site investigation, highlighting areas needing further evaluation; a CAP will be prepared and ultimately a request for reuse of soils off-site will be prepared for the entire EBIA when the site investigation is complete
5.  SSni includes adjustment for a >0.5 acre site
6.  RS Soilni includes adjustment for a >0.5 acre site and for additivity
7.  RS Soilgw3ndw includes defaulting to Soilgw2 and/or Soilgw1 as well as use of a DF of 1.0 or 1.5.
8.  Arsenic levels will be compared to an LDEQ-approved site-specific background level of 8.3 mg/kg
9.  NA  Not applied.  The chemical was not found above screening
10. Regulated by Soilsat
11. Concentrations of lead up to 130,000 ppm mg/kg are protective of groundwater based on SPLP.

## Executive Summary

This RECAP Submittal report summarizes the seventh sampling program completed at the Inner Harbor Navigation Canal – East Bank Industrial Area (IHNC-EBIA) to comply with the Risk Evaluation/Corrective Action Program (RECAP) for the Louisiana Department of Environmental Quality (LDEQ). The Boland Marine (BM) facility, an approximately 9.0 acre area, was sampled from September 13 through October 11, 2001. A total of 99 boreholes were drilled in 96 locations and soil samples were collected from these 96 locations. One hundred and forty five primary samples were sent for inorganics analysis, 137 primary samples were sent for semi-volatile (SVOC) analysis, 123 primary samples were sent for volatile (VOC) analysis, 7 for total petroleum hydrocarbon gasoline range (TPH-G), 37 for diesel range (TPH-D) and 33 for oil range (TPH-O) and 17 primary samples were sent for polychlorinated biphenyls (PCB) analysis. Two of the inorganics samples were analyzed by synthetic precipitation leaching procedure (SPLP). In addition, 45 quality control, 11 rinsate blank and 26 quality assurance samples were collected and analyzed.

BM analytical data were evaluated for the 32 constituents of concern (COCs) including PCB as a single COC that have been identified for the EBIA as a whole and for phosphorus at one location. Twenty-seven constituents, including phosphorus, were detected. Two constituents were reported as not detected but with elevated reporting limits. The inorganic and SVOC concentrations were compared to the Screening Standards (SSs) in Table 1 of RECAP (LDEQ 2000a). RECAP SS for a ten acre area were calculated for VOCs and TPHs. The area of concern (AOC) was delineated as the entire site down to 22 ft. for all COCs by comparing their concentrations with the most stringent SS. For COCs reported as not detected, half the reporting limit was compared to the most stringent SS. The COCs with concentrations above SS were benzene, cadmium, chromium, lead, zinc, TPH-D, TPH-O and aroclor-1254. Benzo(a)anthracene, benzo(a)pyrene, benzo(b)fluoranthene, dibenz(a,h)anthracene, indeno(1,2,3-cd)pyrene, 2-methylnaphthalene, naphthalene, and arsenic had both concentrations and half reporting limits above screening. Chloroethane and methylene chloride had half reporting limits only above screening.

The 18 COCs that were above the SS were then evaluated against Management Option One (MO-1) RECAP Standards (RS). For all COCs except arsenic, the 95% upper confidence limit (UCL), highest reported concentration or one-half of the highest reporting limit (depending on the specific COC or soil interval) was compared to the MO-1 RS; the RS used for evaluation incorporated adjustments to account for a greater than 0.50 acre site and for additivity (i.e. target organs for systemic toxicity). The MO-1 RS protective of groundwater is groundwater 3 non-drinking water. The 95% UCL for arsenic was below the applicable site-specific background level. The maximum concentration for lead was above the limiting MO-1 RS, which is protective of groundwater. However, SPLP was used for evaluation. Based on that evaluation, the boreholes will not need remediation for lead while the groundwater will be protected. Benzo(a)pyrene, benzo(b)fluoranthene, dibenz(a,h)anthracene, TPH-D and TPH-O could not be managed under MO-1 for either remaining in-place and/or reuse purposes, as summarized below.

Benzo(a)pyrene: 95% UCL was above RECAP MO-1 RS for 0-3 ft. interval (remain in place)

WGI356987

**PAGE 8**

Benzo(b)fluoranthene: 95% UCL was above RECAP MO-1 RS for 0-3 ft. interval (remain in place)

Dibenz(a,h)anthracene: 95% UCL was above RECAP MO-1 RS for 0-3 ft. (remain in place)

TPH-D: maximum concentration was above RECAP MO-1 RS for 0-3 ft. and 0-15 ft. (remain in place); maximum concentration was above RECAP MO-1 RS for 0-22 ft. (reuse/remain in place)

TPH-O: maximum concentration was above RECAP MO-1 RS for 0-3 ft. and 0-15 ft. (remain in place); maximum was above RECAP MO-1 RS for 0-22 ft. (reuse)

These COCs are restricted to seven areas requiring further attention as follows:

Area 1: includes boreholes 62F and 63E.  There are elevated concentrations of benzo(a)pyrene, benzo(b)fluoranthene, dibenz(a,h)anthracene, TPH-D and TPH-O in the 0-3 ft. interval at 63E; and phase in the 3-6 ft. interval at 62F.

Area 2: located at boreholes 63H and 63I, with elevated TPH-D and TPH-O in the 0-3, 3-6 ft. and 6-9 ft. intervals at borehole 63H and the 3-6 ft. interval at borehole 63I; phase was present at the 0-3 ft, 3-6 ft., and 6-9 ft. intervals at borehole 63H and the 3-6 ft. interval at 63I.

Area 3: located at borehole 66D with elevated TPH-D and TPH-O in the 0-3 ft. interval.

Area 4: includes borehole 69I and 70I with elevated TPH-D in the 0-3 ft. and 3-6 ft. intervals at 69I and 70I and elevated TPH-O in the 0-3 ft. and 3-6 ft. intervals at 70I and in the 0-3 ft. interval at borehole 69I.

Area 5: located at boreholes 74I and 75I with elevated TPH-D and TPH-O in the 0-3 ft. interval at boreholes 74I and 75I and elevated TPH-D in the 3-6 ft. interval at 75I.

Area 6: located at boreholes 77I and 79I with elevated TPH-D and TPH-O in the 0-3 ft. interval at 77I; TPH-D and TPH-O in the 3-6 ft. interval at 79I.

Area 7: includes borehole 81E with elevated benzo(a)pyrene in the 0-3 ft. interval.

The Sampling and Analysis Plan and Workplan propose that areas of contamination exceeding the appropriate regulatory standards be excavated.  Therefore, it is anticipated that these seven areas will be excavated and confirmation samples will be collected to demonstrate that the levels of the remaining COCs meet the MO-1 RECAP RS. These results will then be combined with the existing data to show that the site should receive a 'No Further Action At This Time' determination under MO-1.

| | |
|---|---|
| **Washington Group International, Inc.** | **Page 8** |
| **(504) 947-5900** | Revision Date N/A |

WGI356988

**RECAP SUBMITTAL REPORT-BOLAND MARINE**      **AI 1398**
**INNER HARBOR NAVIGATION CANAL-EAST BANK INDUSTRIAL AREA**

## Table of Contents

APPROVAL PAGE ........................................................................................................... 1
   RECAP SUBMITTAL REPORT – BOLAND MARINE .................................................................. 1
     Total Environmental Restoration Contract DACA56-94-D-0021 ................................. 1
Executive Summary ............................................................................................................ 7
Table of Contents ............................................................................................................... 9
1.0     Introduction ........................................................................................................ 16
1.1     Site History and Description ............................................................................... 16
1.2     Site Ranking and Justification for the Ranking .................................................. 17
1.3     Identification of the Risk Evaluation/Corrective Action Program (RECAP) Option(s) applied at the Area of Investigation ................................................................... 17
1.4     Results of any Previous RECAP Assessments Conducted at the AOI ..................... 18
2.0     Site Investigation ............................................................................................... 19
2.1     Description of Site Investigation Activities ......................................................... 19
2.2     Site Investigation Results .................................................................................... 21
2.3     Data Evaluation/Usability .................................................................................. 22
3.0     Identification of the AOI and Constituents of Concern (COCs) ........................... 24
3.1     Identification of the AOI and the Methods Used to Delineate the AOI ..................... 24
3.2     Identification of the COCs for Each Impacted Medium and the Methods Used to Identify the COCs .............................................................................................. 24
4.0     Exposure Assessment ........................................................................................ 25
4.1     Identification of Current and Future Land Use at/in the Vicinity of the AOI ............. 25
4.2     Identification of the Groundwater Classification, the Point of Compliance (POC) and the Point of Exposure (POE) ............................................................................... 25
4.3     Development of Conceptual Model ..................................................................... 25
4.4     Estimation of Exposure and/or Source Concentrations for Each Impacted Medium... 25
5.0     Identification of the Limiting Screening Standards (SS) or RECAP Standards (RS).. 28
5.1     Identification of the SS or RS for Each Impacted Medium ...................................... 28
5.2     Adjustment of Risk-Based RS to Account for Additivity where Applicable ............... 29
5.3     Adjustment for Exposure Area Greater than 0.5 Acre ................................................ 29
5.4     Site-Specific Background Level ........................................................................... 29
5.5     Synthetic Precipitation Leaching Procedure (SPLP) .............................................. 29
5.6     Phosphorus Standards ........................................................................................ 29
5.7     Identification of the Limiting SS or RS for Each Impacted Medium ........................... 29
6.0     Comparison of the Limiting SS or RS with the Exposure and/or Source Concentrations ................................................................................................................... 30
6.1     Screening Option .............................................................................................. 30
6.2     Management Option One for Soils Remaining in Place ........................................... 30
6.3     Management Option One for Reuse of Soils Off-Site ............................................... 31
7.0     Conclusions and Recommendations .................................................................... 33
7.1     Identification of Areas Requiring Further Action ................................................... 33
7.2     Proposed Plan of Action ..................................................................................... 33
8.0     Ecological Checklist .......................................................................................... 38
9.0     References ......................................................................................................... 39

WGI356989

**RECAP SUBMITTAL REPORT-BOLAND MARINE**                                    **AI 1398**
**INNER HARBOR NAVIGATION CANAL-EAST BANK INDUSTRIAL AREA**

Tables ................................................................................................................................ 47

Table 1: Documents Submitted by USACE to LDEQ that Support this RECAP Assessment
    Submittal .................................................................................................... 48

Table 2: Specific History of the Boland Marine Facility ............................................... 52

Table 3: Site Ranking System: Site Classification and Initial Response Actions ................... 58

Table 4: Chemicals Detected Previously at the EBIA and Those to be Carried Through this
    RECAP Assessment as Constituents of Concern (COC) ............................................ 60

Table 5: Boland Marine Samples Sent for Off-Site Laboratory Analysis ................................. 63

Table 6a: Summary of Site Investigation Results for the Boland Marine Soils ...................... 78

Table 6b: Summary of Site Investigation Results for the Boland Marine Soils ....................... 80

Table 7: Boland Marine Soil Intervals Above RECAP Screening Standards ........................... 81

Table 8: Soil Screening Standards for COCs at Boland Marine ............................................... 90

Table 9a: Soil MO-1 RECAP Standards for COCs with Concentrations that Exceed RECAP
    SS at Boland Marine ................................................................................................... 91

Table 9b: Soil MO-1 RECAP Standards for COCs with Half Reporting Limits that Exceed
    RECAP SS at Boland Marine ..................................................................................... 93

Table 10a: Target Organ of COCs with Elevated Concentrations When Adjusting for
    Additivity[1] (LDEQ 2001i) ......................................................................................... 94

Table 10b: Target Organs for COCs with Elevated Half Reporting Limits When Adjusted for
    Additivity[1] (LDEQ 2001i) ......................................................................................... 95

Table 10c: Additive Effects of Constituents of Concern ........................................................... 96

Table 11: Comparison of Highest Soil Concentrations and Screening Standards for COCs at
    Boland Marine Remaining On-Site and for Off-Site Use ........................................... 97

Table 12a: Comparison of Exposure/Source Concentrations and MO-1 RECAP Standards for
    COCs at Boland Marine with Concentrations that Exceed the Limiting SS for Soils
    Remaining On-Site ...................................................................................................... 101

Table 12b: Comparison of Exposure/Source Concentrations and MO-1 RECAP Standards for
    COCs at Boland Marine with Half Reporting Limits that Exceed the Limiting SS for
    Soils Remaining On-Site ............................................................................................. 102

Table 13a: Comparison of Exposure/Source Concentrations and MO-1 RECAP Standards for
    COCs at Boland Marine with Concentrations that Exceed the Limiting RS for Soils to
    be used Off-Site ........................................................................................................... 103

Table 13b: Comparison of Exposure/Source Concentrations and MO-1 RECAP Standards for
    COCs at Boland Marine with Half Reporting Limits that Exceed the Limiting SS for
    Soils to be Used Off-Site ............................................................................................. 104

Table 14: The Type and Location of Unacceptable Contamination at Boland Marine ........... 105

Table 15: Sampling Locations with Unacceptable Contamination at Boland Marine ............. 106

Table 16: Recalculated 95% UCLs based on Eliminating Remediated Boreholes at Boland
    Marine ......................................................................................................................... 107

Figures .................................................................................................................................... 108

    1.  Topographical Map, New Orleans East Quadrangle Showing AOI ............................ 108

    2.  East Bank Industrial Area Showing Approximate Acreages and the Latitudes and
        Longitudes of the North East Corner of Each Facility ............................................... 108

    3.  Boland Marine Showing Borehole Locations Based on DGPS Survey ..................... 108

    4.  Proposed Sampling Locations for the Boland Marine Facility ................................... 108

WGI356990

**RECAP SUBMITTAL REPORT-BOLAND MARINE**                                          **AI 1398**
**INNER HARBOR NAVIGATION CANAL-EAST BANK INDUSTRIAL AREA**

5.    Boland Marine Showing Borehole Locations, Structures and Previously Identified
       Hotspot Locations ................................................................................................. 108
6a.   Conceptual Site Model for the Media at the EBIA ...................................................... 108
6b.   Conceptual Site Model for Soil Deposited at MRGO ................................................. 108
7a.   Boland Marine Showing Borehole Locations of Samples Sent for Off-Site Laboratory
       Analysis of Inorganics ........................................................................................... 108
7b.   Boland Marine Showing Borehole Locations of Samples Sent for Off-Site Laboratory
       Analysis of Organics............................................................................................... 108
7c.   Boland Marine Showing Borehole Locations of Samples sent for Off-Site Laboratory
       Analysis of Petroleum Hydrocarbons ........................................................................ 108
7d.   Boland Marine Showing Borehole Locations of All Samples Sent for Off-Site
       Laboratory Analysis................................................................................................. 108
8a.   Lab Arsenic Levels (All Intervals) and Sample Locations Based on DGPS Survey for
       Boland Marine ........................................................................................................ 108
8b.   Lab Cadmium Levels (All Intervals) and Sample Locations Based on DGPS Survey for
       Boland Marine ........................................................................................................ 108
8c.   Lab Chromium Levels (All Intervals) and Sample Locations Based on DGPS Survey
       for Boland Marine ................................................................................................... 108
8d.   Lab Lead Levels (All Intervals) and Sample Locations Based on DGPS Survey for
       Boland Marine ........................................................................................................ 108
8e.   Lab Zinc Levels (All Intervals) and Sample Locations Based on DGPS Survey Boland
       Marine .................................................................................................................... 108
8f.   Lab Benzo(a)anthracene Levels (All Intervals) and Sample Locations Based on DGPS
       Survey for Boland Marine ....................................................................................... 108
8g.   Lab Benzo(a)pyrene Levels (All Intervals) and Sample Locations Based on DGPS
       Survey for Boland Marine ....................................................................................... 108
8h.   Lab Benzo(b)fluoranthene Levels (All Intervals) and Sample Locations Based on
       DGPS Survey for Boland Marine .............................................................................. 108
8i.   Lab Indeno(1,2,3-cd)pyrene Levels (All Intervals) and Sample Locations Based on
       DGPS Survey for Boland Marine .............................................................................. 108
8j.   Lab Benzene (All Intervals) and Sample Locations Based on DGPS Survey for Boland
       Marine .................................................................................................................... 108
8k.   Lab Chloroethane Levels (All Intervals) and Sample Locations Based on DGPS
       Survey for Boland Marine ....................................................................................... 108
8l.   Lab Dibenz(a,h)anthracene Levels (All Intervals) and Sample Locations Based on
       DGPS Survey for Boland Marine .............................................................................. 109
8m.  Lab Methylene Chloride Levels (All Intervals) and Sample Locations Based on DGPS
       Survey Boland Marine ............................................................................................. 109
8n.   Lab 2-Methylnaphthalene Levels (All Intervals) and Sample Locations Based on
       DGPS Survey Boland Marine................................................................................... 109
8o.   Lab Naphthalene Levels (All Intervals) and Sample Locations Based on DGPS Survey
       Boland Marine ........................................................................................................ 109
8p.   Lab Hexachlorobutadiene Levels (All Intervals) and Sample Locations Based on
       DGPS Survey Boland Marine................................................................................... 109
8q.   Lab TPH-D Levels (All Intervals) and Sample Locations Based on DGPS Survey
       Boland Marine ........................................................................................................ 109

WGI356991

8r.  Lab TPH-O Levels (All Intervals) and Sample Locations Based on DGPS Survey Boland Marine ........................................................................................................ 109
8s.  Lab Aroclor-1254 Levels (All Intervals) and Sample Locations Based on DGPS Survey Boland Marine ............................................................................................. 109
9a.  Boland Marine: Area of Concern for all COCs Except Arsenic Soil Samples with Concentrations or Half Reporting Limits Above RECAP SS ..................................... 109
9b.  Boland Marine: Area of Concern for Arsenic Based on Soil Samples with Concentrations or Half Reporting Limits Above RECAP SS ..................................... 109
10.  Boland Marine: Showing Those Intervals with Unacceptable COC Concentrations. 109
11.  Boland Marine: Showing Proposed Extent of Excavation .......................................... 109
Appendices.................................................................................................................................... 110
A.  Field Screening Results............................................................................................... 110
B.  Site Investigation Data in RECAP Data Format.......................................................... 110
C.  Classification of Groundwater ..................................................................................... 110
D.  Data Set and Methods Used to Determine the Exposure and/or Source Concentrations ...................................................................................................................................... 110
E.  Ecological Checklist .................................................................................................... 110
F.  Exceptions and Deviations from Plans ...................................................................... 110
G.  Data Validation/Verification Report (PARCCS Report) Summary ............................. 110
H.  SPLP Utilization ......................................................................................................... 110
I.  LDEQ Worksheets (LDEQ 2001a).............................................................................. 110
J.  Backup Documentation for the Revised Reporting Limits for Semivolatiles and Volatiles....................................................................................................................... 110
K.  Interim Corrective Actions: Asbestos Remediation Areas and Collocated Potential Chemical Contamination Areas.................................................................................... 110
L.  Interim Corrective Actions: UST Removal .................................................................. 110
M.  Drilling Report for BM: MMG (2002d) Inner Harbor Navigation Canal, East Bank Industrial Area, New Orleans, Louisiana. Boland Marine Drilling Report VII. July 2002.............................................................................................................................. 110

WGI356992

**RECAP SUBMITTAL REPORT-BOLAND MARINE**          **AI 1398**
**INNER HARBOR NAVIGATION CANAL-EAST BANK INDUSTRIAL AREA**

# Appendix M

# Drilling Report for BM: MMG (2002d) Inner Harbor Navigation Canal, East Bank Industrial Area, New Orleans, Louisiana. Boland Marine Drilling Report VII. July 2002

**July 2002**

# INNER HARBOR NAVIGATION CANAL EAST BANK INDUSTRIAL AREA NEW ORLEANS, LOUISIANA

## BOLAND MARINE SITE ASSESSMENT DRILLING REPORT - VII

**Prepared for:**



**2500 Surekote Road**
**New Orleans, LA 70117**

**By:**



**3520 General DeGaulle Drive, Suite 3010**
**New Orleans, LA 70114**

> DACA56-94-D-0021
> Task Order #0026
> MMG # 3002-MKC

WGI357813



IHNC/EBIA Drilling Report – VII
Boland Marine Site Assessment

3002-MKC-DRG

## SIGNATURE PAGE

### DRILLING REPORT – VII
### INNER HARBOR NAVIGATION CANAL
### EAST BANK INDUSTRIAL AREA
### NEW ORLEANS, LOUISIANA

**Total Environmental Contract DACA56-94-D-0021**
**Task Order #0026**

Developed/Received By:

_____
Materials Management Group, Inc.
Geologist

_____
Materials Management Group, Inc.
Sr. Regulatory Specialist

MATERIALS MANAGEMENT GROUP, INC

WGI357814



IHNC/EBIA Drilling Report – VII                                3002-MKC-DRG
Boland Marine Site Assessment

## Table of Contents

Table of Contents .......................................................................................... 1
Acronyms ..................................................................................................... 2
Introduction .................................................................................................. 3
Drilling Method ............................................................................................. 4
Sampling & Field Screening Methods ........................................................ 4
Soil Types .................................................................................................... 5
    Table 1: Fill Materials .............................................................................. 6
    Table 2: Native Materials ........................................................................ 6
Groundwater Data ....................................................................................... 7
Conclusions ................................................................................................. 7


APPENDIX A .................................................................. Site Maps
APPENDIX B .................................................................. Borehole Information
APPENDIX C .................................................................. Boring Logs
APPENDIX D .................................................................. Cross Sections
APPENDIX E .................................................................. Field Screening
                                                                                 Data
APPENDIX F .................................................................. References



WGI357815

**PAGE 17**



**Acronyms**

| | |
|---|---|
| AST | Aboveground Storage Tank |
| ASTM | American Society for Testing and Materials |
| bgs | Below Ground Surface |
| BM | Boland Marine |
| DGPS | Differential Global Positioning System |
| EBIA | East Bank Industrial Area |
| FID | Flame Ionization Detector |
| Fugro | Fugro Geosciences, Inc. |
| IHNC | Inner Harbor Navigation Canal |
| LDEQ | Louisiana Department of Environmental Quality |
| LDOTD | Louisiana Department of Transportation and Development |
| $LEL/O_2$ | Lower Explosive Limit / Oxygen |
| MMG | Materials Management Group, Inc. |
| PID | Photo Ionization Detector |
| RECAP | Risk Evaluation and Corrective Action Plan |
| SAP | Sampling and Analysis Plan |
| USCS | Unified Soil Classification System |
| UST | Underground Storage Tank |
| WGI | Washington Group International, Inc. |
| XRF | X-Ray Fluorescence Analyzer |



MATERIALS MANAGEMENT GROUP, INC.

Page 2

WGI357816

## MMG IHNC/EBIA DRILLING REPORT - VII

### BOLAND MARINE
### SITE ASSESSMENT

**Introduction**

The purpose of this site assessment is to characterize the geology of the site, obtain chemical data of potential and known contamination, and to delineate areas of known contamination.

The Boland Marine site (BM) is the northern most site of the Inner Harbor Navigation Canal / East Bank Industrial Area (IHNC/EBIA).  The site lies just south of Florida Avenue.

Geographically, BM is located at 2500 Surekote Road.  BM is bounded to the south by the McDonough Marine site and to the north by the floodwall and then Florida Avenue. The Inner Harbor Navigation Canal forms the western boundary line.  The floodwall is the eastern boundary.  Refer to the Site Map located in Appendix A.

For a historical perspective, the Boland Marine company used this site for approximately 20 years. An unaffiliated ship repair company then occupied the site until the Port of New Orleans terminated the lease in 1988.  This site was primarily used for ship repairs, including office and storage space, painting operations, fabrication and welding[1].  Boland Marine environmental concerns include sandblasting materials, discarded drum areas, aboveground and underground storage tanks (ASTs and USTs, respectively), electrical transformer units and the fact that Boland Marine was listed by the State of Louisiana as an unspecified hazardous waste generator.

All structures and contents were removed from the site prior to drilling activities.  A subsurface asbestos remedial action was conducted on some areas of Boland Marine prior to drilling activities.  Asbestos-containing transite materials were widely used on the site for fill.  (Transite is a cement-asbestos material commonly used for siding and roofing purposes.)

Boreholes were located onsite according to the statistically derived sampling grid presented in the Sampling and Analysis Plan (SAP).  Upon completion, each borehole was geo-located using a Differential Global Positioning System (DGPS).

A total of 99 boreholes were drilled in 96 locations and the 96 locations sampled on the BM site.  The boreholes included in this report are 61A through 83I.  A list of all BM boreholes can be found in Appendix B.  This work took place between the dates of September 13 through October 11, 2001 for all boreholes except borehole 61A. Borehole 61A was drilled on May 31, 2001 by Materials Management Group, Inc..

---

[1] USACE Document, "Mississippi River – Gulf Outlet New Lock and Connecting Channels, App. C, Pt. III." October 1993.

MATERIALS MANAGEMENT GROUP, INC.                                    Page 3

IHNC/EBIA Drilling Report – VII                                    3002-MKC-DRG
Boland Marine Site Assessment

Fugro Geosciences, Inc. (Fugro) provided drilling services for all of the remaining boreholes located on BM. MMG provided geology and sample technician services to support all drilling activities.

**Drilling Method**
Fugro used a CME 75 High Torque drill rig to push two (2) inch diameter, two (2) foot long spilt spoons and/or four (4) inch diameter, five (5) foot long split spoons in continuous intervals. Solid flight augers were used to penetrate obstructions. Hollow stem augers were used to keep boreholes open when flowing or unconsolidated soils were encountered. The acting drilling crew decontaminated all sampling equipment prior to moving to the next borehole.

MMG used a direct-push SIMCO Earthprobe 200 to push clean, standard-sized, two (2) inch diameter, two (2) foot long split spoons in continuous intervals.

All drilling efforts were completed in accordance with Louisiana Department of Environmental Quality (LDEQ) and Louisiana Department of Transportation and Development (LDOTD) drilling standards and regulations, in addition to LDEQ's Risk Evaluation and Corrective Action Plan (RECAP) and the Sampling and Analysis Plan (SAP) approved by USACE and LDEQ.

**Sampling & Field Screening Methods**
Once the soils were brought to the surface in the split spoons, the split spoons were opened and a geologist logged the soil types and characteristics, according to the ASTM D 2488-00 standard and using the Unified Soil Classification System (USCS). The soils were split and then bagged in separate sealed plastic bags. One spilt was immediately put on ice to limit loss of volatiles. The other spilt was allowed to equilibrate for a minimum of fifteen minutes to allow headspace gases to develop before field screening was performed. Field screening for volatiles and inorganics was performed on the spilt that was not put on ice. The split that was preserved on ice was used for collecting volatile samples and was not disturbed until those samples had been collected.

Headspace gases were screened using a flame ionization detector (FID) and/or photo ionization detector (PID). The FID used was a Microfid I/S, manufactured by Photovac. The PID used was a Model 580B manufactured by Thermo Environmental. FID readings were corrected via methane subtraction; i.e., the headspace was analyzed first by direct measurement then with a methane-only activated charcoal filter. The methane value was then subtracted from the total value. Because native soils in this area contain a fair amount of plant-derived organics, methane occurs naturally from the biodegradation of these organics and produces high methane readings on the FID. This methane value must be subtracted in order to give an accurate indication of non-methane volatile contamination. The PID does not detect methane and, therefore, requires no correction.

The soils were also field screened for metals (arsenic, chromium, cobalt, copper, iron, lead, manganese, mercury, molybdenum, nickel, rubidium, selenium, strontium, titanium, zinc, and zirconium) using a multi-element x-ray fluorescence analyzer (XRF)

MATERIALS MANAGEMENT GROUP, INC.                                    Page 4

WGI357818

for screening, the Niton 700 Series. Lead was used as the indicator element for inorganic contamination as stated in the SAP. The XRF screening consisted of putting soils into small plastic bags (Whirlpaks, by NASCO) approved by Niton for this process. The bagged soil was then analyzed for approximately 60 nominal seconds as registered on the XRF.

The purpose of collecting field screening data in addition to field observations is to guide the geologist and sample technician in deciding where to collect samples and to help determine the presence or lack of contamination throughout the advancement of the borehole.

All FID, PID and lead XRF readings were recorded and can be found in Appendix E.

**Soil Types**
Drilling activities indicate that the soil at the BM site can be divided into two different categories, Fill and Native.

Fill material varied in thickness from three (3) to greater than 22 feet below ground surface (bgs), and varied in content. The most common depth to native soils on BM was four (4) feet bgs. Typical fill materials used at BM were sands, silts, clays, concrete, shell, gravel, transite, wood and other debris. At several boring locations soils disturbed by excavation or surface activity were encountered. These disturbed soils were also classified as fill. Refer to Table 1 for fill descriptions.

Some of the fill material at this site was transite. A partial transite removal at BM was performed prior to drilling activities. Transite that was not remediated prior to drilling activities was found in boreholes as deep as nine (9) feet bgs, but more commonly did not appear to extend beyond four and one-half (4.5) feet bgs. Please refer to the Borehole Information Summary for Boland Marine in Appendix B for more information.

Native soils were classified using the Unified Soil Classification System (USCS). The symbol of "W" was added for the naturally occurring wood that was encountered in several borings.

Native soil types for the BM site were fairly consistent. Silts and clays, including organic rich clays and silts, were the main constituents of the native soils to the limiting borehole depth of 22 feet. Varved[2] sediments and color change were often used as indicators of native and undisturbed soils. Native soils were most commonly encountered at four (4) feet; the average depth at which native soils were encountered was 4.45 feet.

Plant-derived organics were found throughout the borehole depth. Plant-derived organics consisted of roots, grasses, leaves, wood and peat.

All native soils logged during this drilling event are typical of deltaic or lacustrine environments and are consistent with historic depositional events in the area. The varved sediments indicate that still or quiet water, such as a lake or a deltaic ponding

---

[2] Varved – Distinct lamination of sediments indicating change in seasons or depositional source.

area, was prevalent in this area during the time these sediments were deposited.  The greatly interbedded sediments logged at this site indicate a deltaic environment during deposition.  High plant-derived organic content indicates a swamp or marsh-like area.

See Table 2 for native soil classifications.  Refer to Appendix C for boring logs and Appendix D for geologic cross sections.

**Table 1: Fill Materials**

| Classification | Description |
|---|---|
| Top Soil | Organic rich sandy top soil. |
| Asphalt | Roadbed surfacing. |
| CL | Lean inorganic clay used as fill, or that has been disturbed. |
| CL-ML | Silty Clay used as fill. |
| CL-GM | Gravelly Clay |
| Concrete | Discarded concrete waste used as fill. |
| Debris | Brick, wood, plastic, metal, glass, cloth, burned trash, tires, all used as fill. |
| GM | Silty Gravel |
| GW | Gravel without fines |
| ML | Silt |
| ML-CL | Clayey Silt |
| ML-GM | Gravelly Silt |
| Shell | Common bi-valve shells used to build up low areas and for roadbeds and parking areas. |
| SM | Silty Sand used as fill. |
| SP | Poorly graded sands used as fill. |
| SW | Well-graded sands used as fill; also found under asphalt as part of the roadbed construction. |
| Transite | A non-friable asbestos-containing material commonly used as siding or roofing on buildings.  Encountered as fill during drilling activities. |

**Table 2: Native Materials**

| Classification | Description |
|---|---|
| CH | Fat Inorganic Clay |
| CL | Lean Inorganic Clay |
| CL-ML | Silty Clay |
| ML | Silt |
| ML-CL | Clayey Silt |
| ML-PT | Silt w/ Peat layers |
| ML-SP | Sandy Silt |
| OH | Organic Rich Clay |
| OH-OL | Organic Rich Silty Clay |
| OL | Organic Rich Silt |
| OL-OH | Organic Rich Clayey Silt |
| PT | Peat with both decomposed and intact plant-derived organic components.  Commonly lacks any other soil characteristics. |
| SM | Silty Sand |
| SP-ML | Silty Sand |
| W | Intact naturally occurring wood |

MATERIALS MANAGEMENT GROUP, INC.                                    Page 6

WGI357820

**Groundwater Data**

The water table in the boreholes completed at BM ranged from 1.5 - 20 feet bgs. The average water table depth for this site is 5.21 feet bgs. The most common water table depth was four (4) feet bgs. The water table is defined by the upper limit of saturation as noted by the geologist logging the borehole[3].

The variable depth of the saturated zone may be due to a combination of soil type, proximity to the IHNC, proximity to the floodwall, and the presence of various onsite drainage ditches and altered sediments. The surface elevation of the boreholes is unknown. Although the site appears to be fairly level, subtle differences in elevation could also be partially responsible for the variable below ground surface depth of the saturated zone.

The potentiometric surface in boreholes at the site appears to be very near the surface. This means that once a borehole is advanced through the water table, the water will rise above the water table and will approach the surface.

**Conclusions**

The principal intent of the drilling report is to present and summarize the geological features found at the site, and to report field-screening results. Laboratory analytical chemical data for this site will be submitted in the Boland Marine RECAP Submittal Report.

Geological and hydrogeological conclusions are as follows:

1. Fill materials, including transite, cover the entire surface of the site. The average depth of fill encountered during this phase of drilling was 4.45 feet below ground surface.

2. Silts and clays are the main constituents of the native soils to a depth of at least 22 feet.

3. The water table varies greatly for such a small site due to altered stratigraphy, man-made structures and hydrogeological processes. The average water table for the boreholes advanced at BM was 5.21 feet below ground surface.

4. The potentiometric groundwater level for the site is located near the ground surface.

5. Cross sections of the site (Appendix D) show interbedded sediments are prevalent at Boland Marine. These interbedded sediments are indicative of deltaic depositional environments.

---

[3] Fetter, C.W., Applied Hydrogeology, 2nd Edition, pg. 5.

MATERIALS MANAGEMENT GROUP, INC.

Page 7