FINAL Comments on.
Washington Group's

SUBMITTALS FOR:

## East Bank Industrial Area
## Inner Harbor Navigation Canal Lock Replacement Project
## New Orleans, Louisiana

DACA56-94-D-0021, Task Order 0026

## Transmittal Numbers 26-122 & 123:  RECAP Submittal Report – Saucer Marine(SM)
1 May 2002

LDEQ Approval 6 Jun 02 and USACE Approval 10 Jun 02.
Reviewers: Lee Guillory (CD-QM), George Bacuta and Reuben Mabry (ED-GE), New Orleans District, U.S. Army Corps of Engineers
William Perry (LDEQ)
Respondents: Jane Morgan(MMG)

1. Respondent Concurs (C), Does not Concur (D), or takes Exception (E).
2. Commentator Agrees (A) with response, or Does not Agree (D) with response.

| Comment # | Section: Item/Page | Paragraph/ Line | Comment | C, D, E[1] | Response | A or D[2] |
|---|---|---|---|---|---|---|
| 1 Lee | Executive Summary/Page 8 | Last Para, 2nd sentence | "eight" areas in lieu of seven. | C | Changes made. Sentence now reads: Therefore, it is anticipated that these eight areas will... | A |
| 2 George | Section 2.1, Page 19. | 2nd Para, 2nd to last sentence. | *Rationale Governing Samples Taken for Off-Site Laboratory Analysis:* The referenced Appendices are confusing. Appendix K reference in 2nd to last sentence, I believe, refers to Appendix L of this SM RECAP submittal which has a cover page described as the drilling report. Please perform a quality check on Appendices #'s and modify as appropriate or provide additional reference description (e.g., Table 5 of this SM RECAP submittal) to avoid confusion. | C | Appendix K changed to Appendix L. Sentence now reads: The sampling rationale for each borehole is given in the drilling report, Appendix L, and the samples taken are shown in Table 5 and Appendix E of Appendix L. | A |
| 3 George | Section 2.1, Page 20 | Various paragraphs | *Rationale Governing Samples Taken for Off-Site Laboratory Analysis:* Again, Drilling Report in this SM RECAP submittal is "Appendix L" not "Appendix K" as shown in several areas. Please correct. | C | Appendix K changed to Appendix L. Sentence now reads: Their rationale is presented in Appendix L... | A |

WGI021735


EXHIBIT
MSJ 124

| Comment # | Section: Item/Page | Paragraph/Line | Comment | C, D, E[1] | Response | A or D[2] |
|---|---|---|---|---|---|---|
| 4 George | Section 2.1, Page 20 | | *Analysis Performed:* Add to the last sentence "(See Table 5)" to flag the summary table for the various analyses performed on the samples from the boreholes listed. | C | Change made. Sentence now reads: ...31I and 33I were analyzed for pesticides and 27G, H and 28H for herbicides (See Table 5) | A |
| 5 George | Section 2.2, Page 22. | 2nd to last Para. | *Evaluation of the Horizontal and vertical Extent of Contamination:* In the last sentence of 2nd to last paragraph – again, "Appendix K" should be "Appendix L". Please correct. | C | Change made. Sentence now reads: The measured contamination decreased will depth, however, the vertical extent of contamination had not been defined (see Figures 8n and 11, Table 7 and the boring and sampling logs presented in Appendix L.). | A |
| 6 Lee | 6.1/Page 32 | 3rd Para., 3rd sentence | Revise reference of 27F to 27G, since there is no borehole 27F in the Figures. | C | Changes made. Sentence now reads: This was noted in two boreholes, 27G and 27H | A |
| 7 Lee | 7.2/Page 37 | Areas 1 – 8 | In the 4 paragraphs discussing the proposed remediation areas, depths and dimensions, highly recommend providing an additional page detailing PLAN and SECTION views of each typical area excavation. See Encl 1. It does not appear to be feasible or practical to excavate Area 1 (17G) 98' x 98' x 22' deep. Even a long reach trackhoe may not have sufficient horizontal and vertical reach to accomplish this. Design an excavation plan for this unique area. Revise the proposed excavation of borehole 17G per the recent WGI/LDEQ/USACE telecons, emails, etc. Address what specific engineering controls will be utilized for Areas 1 and 5. | C | We have amended Section 7.2, page 37, to state that the risk assessor (s) determine(s) these areas based on their understanding of the extent of contamination at the site. We have revised Figure 11 to show the area that needs remediation based on the risk assessor(s) concern. | A |
| 8 Lee | 7.2/Page 38 | Other Considera-tions | Recommend superimposing the approximate location of the existing SM mounds on all the Figures to orient the reader to its location with respect to the boreholes. | C | Changes have been made to Figures 10 and 11. | A |
| 9 George | Section 7.2, Page 38 | | *Lead:* In 2nd sentence, "glass" as source of the anomalous concentration of lead may not be accurate since "glass" is commonly known to be silica. Recommend modifying this sentence as appropriate or provide other more reasonable source of the lead. | C | Glass is commonly known to be silica but certain forms of glass may contain up to 25% lead, e.g. television and monitor screens. We have no other reasonable source other than glass for this high concentration of lead in this sample. | A |
| 10 George | Table 2; Page 53, Page 56 & Page 57 | 1st column | Recommend that "PSS" and "SSS" superscripts in the first column be defined and added in the Legend section at the end of | C | Addition has been made to the legend of Table 2 following superscript SS = surface soil, etc. | A |

WGI021736

**PAGE 2**

| Comment # | Section : Item/Page | Paragraph/ Line | Comment | C, D, E[1] | Response | A or D[2] |
|---|---|---|---|---|---|---|
| | | | Table 2. | | | A |
| 11 George | Table 4 | | Footnotes indicate that "Contaminants above screening levels are shown shaded". Table 4 in SM does not show shaded cells. "Add shading or modify footnote as appropriate. | C | Original document shows shading. Sets of all Tables showing shading will be resubmitted to the USACE. | A |
| 12 George | Figure 11 | Borehole 17G | Highly recommend re-visiting the boring, field logs/notes and analyses of Borehole 17G. The report proposes major excavation to ~22' at 17G (~ <8000 cy based on proposed dimension) as per observed phase and TPH testing of the 22 ft sample. Unless there is a sampling / drilling error, information other than the lab TPH results such as borehole organic field screening, field logs/notes below 9' and organic SVOC results at 22' may not fully support undertaking extensive excavation to 22'.<br><br>Observed free product and contamination in sample tested at the shallow level (3'-6') may have affected the deeper levels (22') along the borehole via the drilling technique (particularly if casing was not used soon after free product was observed at the shallow depth levels), low recovery @ 15' thru 22' may point to some drilling problem if other than the nature of the material at 15'-22'. Supposedly, free product observed at the shallow levels about the water table of boring 17G should be 'perched" at that level (based on subsurface geology (i.e., alternating confining layers)) unless something is buried or channeled (from the Canal) at the 22' level. | C | The boring, field logs/notes and analyses of Borehole 17G were re-evaluated. During the course of this evaluation, particular attention has been paid to the excavation proposed at borehole 17G. Originally it was determined to excavate borehole 17G to 22 ft. to remove the TPH phase and the elevated concentration of TPH-D reported at the 22-ft. interval. This proposal has been evaluated in terms of logistics, practicality, geotechnical, stability, and environmental requirements by reviewing the boring logs and field notebooks. This particular borehole was drilled on two consecutive days. On Day One, the borehole was drilled from 0-15ft. At 10 ft. it seemed that the limits of contamination had been reached by visual observation. However, the SAP required that this particular borehole be drilled to 22ft. The next day the drilling crew augered down to 15ft. and used a split spoon to sample the deeper intervals. The boring log that was originally submitted shows that slough was noted in both the 15-18 ft. interval and the 18-22ft. interval. However, there was no native soil recovery from the 15-18ft. interval and there was only a 20% recovery from the 18-22ft. interval. TPH-D and TPH-O were reported in the 17G 3-6 ft. interval. Although the geologists did not report phase in this interval, they did report phase in the 6.9 ft. interval and noted that there was a strong odor. On the second day when the borehole was augered to 15ft. it was located in exactly the same location. It is therefore quite possible that the drilling process introduced the phase from shallower intervals. This has already been addressed in the Saucer Marine Amendment, April 2002. The amendment included a description of changes and rationale for these changes as well as an amended executive summary, section 7, Figures 10 and 11 and boring log for Borehole 17G. These amended sections have been incorporated into this revised document. | A |
| 13 Lee | Figure 11 | Area 1 | The shape and orientation of the proposed 6-sided excavation is not practical. Revise accordingly per comment 7 above. | C | This has been altered on Figure 11. Proposed excavation on Figure 11 shows excavation necessary to remove contaminated soil. They | |

WGI021737

**PAGE 3**

| Comment # | Section/ Item/Page | Paragraph/ Line | Comment | C, D, E¹ | Response | A or D² |
|---|---|---|---|---|---|---|
| | | | | | do not reflect engineering controls. Engineering controls will be addressed in the CAP. | |
| 14 George | Appendix F, Page 1 | | "Appendix L" is the Drilling Report not "Appendix K". Modify in several places such as in Explanation #1 and Explanation #2. | C | Changes made. Explanation #1 sentence now reads: This can be seen in detail in Appendix L the Site Assessment Drilling Report. Explanation #2 sentence now reads: For complete details, see Appendix L the Site Assessment Drilling Report. Explanation #4 sentence now reads: ...and summarizes information from the drilling report in Appendix | A |
| 15 George | Appendix D of Appendix L | | Revise the sub-surface cross-sections in Appendix L of this Saucer Marine RECAP submittal and provide new copies. Be consistent with the previous site cross-section interpretation (e.g., ITT and McDonough Marine) such that interpretation (and error) is standardized and uniform. Recommend that if "No Sample" is collected, use "NS" instead of "VOID". Resubmit revised geologic cross sections per recent telephone conversations, faxes and emails between WGI/MMG and USACE personnel. | C | Revised geologic sub-surface cross-sections consistent with previous site cross-section interpretations have been provided. | A |
| 16 Bill Parry | General | | See attached 26 Apr 02 letter. Quoted in part... "The investigation has confirmed the presence of contamination. The levels of contamination present will require corrective action based on the RECAP evaluation. Within sixty days, please provide a corrective action plan capable of providing remediation of all phases of contamination in soil and groundwater that exceed RECAP standards. The plan should include conceptual plans for implementation utilizing site diagrams in plan view and cross section, with projections for the time required to complete remediation and the basis for the projections. The diagrams should designate the areas to be treated and the locations and types of treatment equipment to be used." | | The contaminated areas will be remediated, as previously described in the SAP, by excavation. The risk assessor(s) determine(s) these areas based on their understanding of the extent of contamination at the site. The proposed excavation areas shown in Figures 10 and 11 are not engineering drawings that incorporate any geotechnical canal bank stability and health and safely driven engineering controls such as sloped walls. | A |
| 17 Lee | General | | Code "C". Approved, Except as Noted By Comments, Resubmission Required. Resolve these comments and resubmit 8 sets | C | Revisions have been made as requested. | . |

WGI021738

| Comment # | Section : Item/Page | Paragraph/ Line | Comment | C, D, E[1] | Response | A or D[2] |
|---|---|---|---|---|---|---|
| | | | of "change pages" to USACE for final approval. Please denote revision dates on all change pages. Also, provide the proposed addenda to this RECAP addressing the revised excavation of borehole 17G ASAP for review and comment by LDEQ and USACE. | | | |
| | | | We have noted some errors while reviewing this document. We have made appropriate revisions. These pages are included in the change pages. | | See pages 4, 21, 23, 24, 25, 88, 98, 100, 101, pages 2 and 5 of Appendix E, ~~borehole field screening for borehole 6B   Appendix E of Appendix L~~, and boring log for 17G- Appendix C of Appendix L. | A |

WGI021739

**PAGE 5**