UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION NUMBER: 05-4182 <br><br> JUDGE DUVAL (K) <br><br> MAGISTRATE WILKINSON (2) |
| PERTAINS TO: INSURANCE<br>*New Orleans Coffee Company, Inc.*<br>*NO. 07-8181* | | |

\* \*\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes Plaintiffs, New Orleans Coffee Company, Inc. ("Plaintiff"), and Defendant, Allstate Insurance Company ("Allstate") (collectively referred to as "Parties"), who jointly move this court for an order dismissing this action with prejudice.

The Parties hereby advise the Court that a settlement has been reached, and that the parties desire, and are entitled to, an order dismissing this action with prejudice, each Party to bear its own costs.

**WHEREFORE**, Plaintiff and Allstate respectfully move the Court for entry of the attached proposed Order of Dismissal.

Respectfully Submitted,

*/s/ Monica Gant Moton*
RICHARD W. BANE, (La. Bar # 30383)
MONICA GANT MOTON (La. Bar #27222)
LEWIS BRISBOIS BISGAARD & SMITH LLP
2014 West Pinhook, Suite 403
Lafayette, LA 70508
Telephone: (337) 326-5777
Facsimile: (337) 504-3341
*Attorneys for Allstate Insurance Company*

4833-4734-1315.1

AND

/s/ *Larry D. Dyess*
Larry D Dyess  (LA. Bar #19555)
Larry D. Dyess, APLC
4637 Jamestown Avenue, Suite C
Baton Rouge, Louisiana 70808
Telephone: (225) 928-0019
Facsimile:  (225) 924-0141
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing *Joint Motion and Order to Dismiss* has been served electronically upon all counsel of record who utilize the CM/ECF system and has been mailed to all other counsel of record by placing same in United States First Class Mail, properly addressed and with sufficient postage affixed, this 30 day of October, 2008.

/s/ *Monica Gant Moton*
MONICA GANT MOTON

4833-4734-1315.1