UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * | CIVIL ACTION NUMBER: 05-4182 <br><br> JUDGE DUVAL (K) |
| PERTAINS TO: INSURANCE<br>*New Orleans Coffee Company, Inc.*<br>*NO. 07-8181* | * <br> * <br> * | MAGISTRATE WILKINSON (2) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING, the above and foregoing Joint Motion to Dismiss;

**IT IS ORDERED, ADJUDGED AND DECREED** that the above-captioned matter be and it is hereby dismissed with prejudice, each party to bear its own attorneys' fees, costs, and other litigation expenses.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
JUDGE

4833-4734-1315.1