# BARRASSO · USDIN · KUPPERMAN FREEMAN & SARVER, L.L.C.
## - COUNSELLORS AT LAW -

Susan M. Rogge
Direct Dial: (504) 589-9722
E-Mail: srogge@barrassousdin.com

Our Files:
14,270
14,272



RECEIVED
OCT 31 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

October 31, 2008

**VIA FACSIMILE - 589-7633**

Honorable Magistrate Joseph C. Wilkinson, Jr.
500 Poydras Street
Room B409
New Orleans, Louisiana 70130

Re: *William R. Baird, et al. v. Encompass Insurance Co., et al.*, No. 06-153; *Diane W. Rogers v. Encompass Insurance Co., et al.*, No. 06-152

Dear Magistrate Judge Wilkinson:

Please be advised that we have settled the Baird and Rogers claims. Both plaintiffs in Baird and Rogers have closed with Road Home. Thank you.

Sincerely,

Susan M. Rogge /cb

Susan M. Rogge

SMR/cb

cc: Joseph Bruno, Esq.
Pam Crockett