**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
A LAW CORPORATION
SUITE 2775 PAN AMERICAN LIFE CENTER
601 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Seth A. Schmeeckle
Tel: (504) 568-1990
Direct: (504) 310-9118

Fax: (504) 310-9195
e-mail: sschmeeckle@lawla.com

October 31, 2008

<u>Via Telefax: (504) 589-7633</u>
The Honorable Joseph C. Wilkinson, Jr.
United State District Court
Eastern District of Louisiana
United States Magistrate Judge
500 Poydras Street, Room B409
New Orleans, Louisiana 70130

Re: Connie Abadie, et al. v. Aegis, et al.
USDC - EDLA No. 06-5164, Section "K"
Our File No. 21594-06521

Dear Magistrate Judge Wilkinson:

Following up on our discussion yesterday wherein Mr. Bruno and I raised the dual representation inhibiting settlement as it relates to Mr. Kenneth Starling, a named plaintiff in the captioned Katrina mass joinder. I am writing to request a conference to resolve the dual representation issue.

In addition to being a purported client of Mr. Bruno in the captioned mass joinder action, Mr. Kenneth Starling is also a named plaintiff in *Starling v. USAA Casualty Insurance Company*, No. 07-00278, Sect. L, Mag. 3. Counsel for Mr. Starling in the matter not within *In Re Katrina* is Mr. Geoffrey Longernecker, and counsel for USAA CIC is Ms. Rachel Kellogg. Mr. Bruno and I both welcome the participation of both counsel and Mr. Starling in the requested conference.

To the extent the Court is inclined to invite or otherwise require Mr. Longernecker to participate in the conference, please be advised that Mr. Longernecker is out of the state receiving medical treatment. However, it is my understanding from speaking with Ms. Kellogg that he is able to participate in telephonic conferences.

With best regards, I am

Respectfully,

Seth A. Schmeeckle

SAS/msb
cc: Joe Bruno, Esq. (via e-mail)