UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO: BARGE<br>Boutte, No. 05-5531<br>Mumford, No. 05-5724<br>Lagarde, No. 06-5342<br>Perry, No. 06-6299<br>Benoit, No. 06-7516 | CIVIL ACTION<br><br>NO. 05-4182<br>& Consol. Cases<br><br>SECTION "K" (2)<br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

**MEMORANDUM IN SUPPORT OF EX PARTE MOTION OF THIRD-PARTY DEFENDANT, THE BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS, FOR LEAVE OF COURT TO FILE A REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

**MAY IT PLEASE THE COURT:**

Third-Party Defendant, Board of Commissioners of the Port of New Orleans ("Dock Board"), respectfully requests leave of this Honorable Court to file the accompanying Reply Memorandum in Support of Motion for Summary Judgment. In the proposed pleading, the Dock Board seeks to respond to those arguments asserted by third-party plaintiff, Lafarge North America, Inc., and by Barge Plaintiffs in response to the Dock Board's previously filed Motion for Summary Judgment [Rec. Doc. 14710]. It is hoped that this proposed pleading

will further assist the Court in deciding the merits of the Dock Board's summary-judgment motion.

        Respectfully submitted,

        DAIGLE FISSE & KESSENICH, PLC

BY:   /s/ Kirk N. Aurandt
        J. FREDRICK KESSENICH (7354)
        JONATHAN H. SANDOZ (23928)
        MICHAEL W. MCMAHON (23987)
        JON A. VAN STEENIS (27122)
        KIRK N. AURANDT (25336)
        P. O. Box 5350
        Covington, Louisiana 70434-5350
        Telephone: 985/871-0800
        Facsimile: 985/871-0899
        Attorneys for Board of
        Commissioners of the Port of New
        Orleans

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the Court's ECF system, this 7th day of November, 2008.

        /s/ Kirk N. Aurandt
        KIRK N. AURANDT