UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION |
|  | * | NO. 05-4182 |
|  | * | and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Weber v. Lafarge*           08-4459 | * * | |
|  | * * | JUDGE STANWOOD R. DUVAL, JR. |
|  | * * * | MAGISTRATE JOSEPH C. WILKINSON, JR. |

### *EX PARTE*/CONSENT MOTION OF LAFARGE NORTH AMERICA INC. FOR <u>EXTENSION OF TIME TO FILE RESPONSES</u>

NOW INTO COURT, through undersigned counsel, comes Lafarge North America Inc. ("LNA"), who respectfully moves this Honorable Court for an extension of the deadline to file responsive pleadings to the cross-claims of New York Marine and General Insurance Company ("NYMAGIC"), American Home Assurance Company ("AHAC") and the Northern Assurance Company of America ("NACA") (hereinafter collectively referred to as "Excess Insurers"). Excess Insurers filed their Cross-Claims (Doc. 15997) against LNA on October 20, 2008, with LNA's responsive pleadings due on or before November 10, 2008. Because this Court has stayed the coverage issues addressed in Excess Insurer's Cross-Claims (Doc. 14719), LNA

1197206-1

requests an extension of sixty (60) days, until January 9, 2009, in which to file its responsive pleadings. Undersigned counsel certifies that counsel for Excess Insurers have been contacted, and that they have no objection to the requested continuance.

Respectfully submitted,

/s/Derek A. Walker
Derek A. Walker (#13175)
Robert B. Fisher, Jr., (#5587)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone:  (504) 585-7000
Facsimile:  (504) 585-7075
Walker@chaffe.com

John D. Aldock
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4240


Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone:  (504) 598-2715
*Attorneys for Lafarge North America Inc.*

### Certificate of Service

I hereby certify that I have on this 7th day of November, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/s/ Derek A. Walker

1197206-1

2