UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | DOCKET NO.: 05-4182 "K" (2) <br><br> JUDGE: DUVAL <br><br> MAGISTRATE: WILKINSON |
| ************************************* | | |
| PERTAINS TO: <br><br> INSURANCE    (Larroque, No. 06-8451) | * * * * * | |
| ************************************* | | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes plaintiffs, Kathryn Larroque, wife of/and Urban G. Larroque, and defendant, State Farm Fire and Casualty Company, and hereby represent to the Court that the above entitled and numbered cause has been amicably settled and fully comprised, and thus move that same be dismissed, with full prejudice, each party to bear its own costs.

Respectfully submitted,

_____
Gary M. Pendergast (Bar # 10426)
1515 Poydras Street, Suite 2260
New Orleans, LA 70112
*Attorney for Plaintiffs,*
*Christine Steudlein and*

Respectfully submitted,

_____
JOSEPH M. MESSINA, #14216
LOBMAN, CARNAHAN, BATT
The Texaco Center, Suite 2300
400 Poydras Street
New Orleans, LA 70130
(504) 586-9292  FAX (504) 586-1200
*Attorneys for Defendant, State Farm Fire*
*& Casualty Company*