RETURN

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

LOUISIANA CITIZENS PROPERTY
INSURANCE CORPORATION

**SUMMONS IN A CIVIL CASE**

V.

Case Number: 07-5137,"K",(2)

UNITED STATES OF AMERICA ET AL

TO: (Name and address of defendant)

U.S. District Attorney
Federal Hale Boggs Building
500 Poydras
New Orleans, LA 70130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John W. Waters, Jr.
1010 Common Street, Suite 2200
New Orleans, LA 70112

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte
Clerk

_(signature)_
(By) Deputy Clerk

September 5, 2007
Date

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 9-12-07 |
| NAME OF SERVER (PRINT) Leane Verdin | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Tammy Falcone 9/12/07

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9-12-07
              Date              Signature of Server

1809 Fairfax Metairie 70003
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.