UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re | CIVIL ACTION NO. 05-4182 |
| KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | SECTION "K" (2) |
| | JUDGE DUVAL |
| PERTAINS TO: ALL MRGO | MAGISTRATE JUDGE WILKINSON |

### *EX PARTE* MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

Plaintiffs in several consolidated individual suits[1] have asserted claims against Washington

---

[1] CII Carbon, L.L.C.; Entercom Communications Corp.; Quintessa Huey and Caryn L. Fong as trustees of the Huey & Fong Trust, and Amy Huey as trustee of the Kenneth Huey Family Trust; Dr. Frederick Keppel and Dr. Frederick Keppel, a Professional Medical Corporation; Radio Parts, Inc.; Harold T. Sloan, both individually and on behalf of his minor child, Zachary Sloan, Bambi G. Shamah, Michelle Shamah, and Megan Shamah; Universal Health Services, Inc.; WETCO Restaurant Group, LLC; and White III, LLC. *See CII Carbon, L.L.C. v. United States*, No. 07-4995 (E.D. La. filed Aug. 29, 2007); *CII Carbon, L.L.C. v. United States*, No. 07-5355 (E.D. La. filed Sept. 4, 2007); *Entercom Communications Corp. v. United States*, No. 07-4976 (E.D. La. filed Aug. 29, 2007); *Entercom Communications Corp. v. United States*, No. 07-5375 (E.D. La. filed Sept. 4, 2007); *Quintessa Huey & Caryn L. Fong as Trustees of the Huey & Fong Trust v. United States*, No. 07-4550 (E.D. La. filed Aug. 28, 2007); *Keppel v. United States*, No. 07-5007 (E.D. La. filed Aug. 29, 2007); *Keppel v. United States*, No. 07-5343 (E.D. La. filed Sept. 4, 2007); *Radio Parts, Inc. v. United States*, No. 07-4555 (E.D. La. filed Aug. 28, 2007); *Sloan v. United States*, No. 07-5013 (E.D. La. filed Aug. 29, 2007); *Sloan v. United States*, No. 07-5344 (E.D. La. filed Sept. 4, 2007); *Universal Health Servs, Inc. v. United States*, No. 07-5016 (E.D. La. filed Aug. 29, 2007); *Universal Health Servs, Inc. v. United States*, No. 07-5254 (E.D. La. filed Aug. 30, 2007); *Universal Health Servs, Inc. v. United States*, No. 07-5286 (E.D. La. filed Aug. 31, 2007); *Universal Health Servs, Inc. v. United States*, No. 07-5350 (E.D. La. filed Sept. 4, 2007); *WETCO Restaurant Group, LLC v. United States*, No. 07-5012 (E.D.

Group International, Inc, ("WGI"), in their individual suits. As WGI's pending Motion for Summary Judgment likely will affect Plaintiffs' claims in their individual suits, Plaintiffs asked this Court for leave to file an *amicus* opposition to WGI's Motion for Summary Judgment. WGI filed an Opposition arguing that the Motion for Leave should be denied. Plaintiffs now ask the Court for leave to file a Reply Memorandum showing why Plaintiffs' Motion for Leave to File an *Amicus* Brief should be granted.

s/ James M. Garner

_____
JAMES M. GARNER #19589 — T.A.
DARNELL BLUDWORTH #18801
MARTHA Y. CURTIS #20446
JOHN T. BALHOFF, II #24288
KEVIN M. McGLONE #28145
ASHLEY G. COKER #30446
AMANDA R. SCHENCK #30706
RYAN O. LUMINAIS #30605
**SHER GARNER CAHILL RICHTER KLEIN &
  HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana  70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**ATTORNEYS FOR CII CARBON, L.L.C.;
ENTERCOM COMMUNICATIONS CORP.;
QUINTESSA HUEY and CARYN L. FONG as
trustees of the HUEY & FONG TRUST, and AMY
HUEY as trustee of the KENNETH HUEY
FAMILY TRUST; DR. FREDERICK KEPPEL and
DR. FREDERICK KEPPEL, A PROFESSIONAL
MEDICAL CORPORATION; RADIO PARTS,
INC.; HAROLD T. SLOAN, both individually and**

---

La. filed Aug. 29, 2007); *WETCO Restaurant Group, LLC v. United States*, No. 07-5012 (E.D. La. filed Sept. 4, 2007); *White III, LLC v. United States*, No. 07-4979 (E.D. La. filed Aug. 29, 2007);*White III, LLC v. United States*, No. 07-5356 (E.D. La. filed Sept. 4, 2007).

        **on behalf of his minor child, ZACHARY SLOAN, BAMBI G. SHAMAH, MICHELLE SHAMAH, and MEGAN SHAMAH; UNIVERSAL HEALTH SERVICES, INC.; WETCO RESTAURANT GROUP, LLC; and WHITE III, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2008 a copy of the above and foregoing has been filed electronically with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

        s/ James M. Garner
        _____
        JAMES M. GARNER