UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re | CIVIL ACTION NO. 05-4182 |
| KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | SECTION "K" (2) |
| | JUDGE DUVAL |
| PERTAINS TO: ALL MRGO | MAGISTRATE JUDGE WILKINSON |

## ORDER

CONSIDERING the *Ex Parte* Motion for Leave to File a Reply Memorandum to Washington Group International Inc.'s Opposition to Plaintiffs' Motion for Leave to File *Amicus* Brief;

IT IS ORDERED that the *Ex Parte* Motion for Leave to File a Reply Memorandum be and hereby is GRANTED.

New Orleans, Louisiana, this _____ day of November, 2008.

_____
UNITED STATES JUDGE
STANWOOD R. DUVAL, JR.