**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| | * | |
| PERTAINS TO: ROAD HOME | * | |
| *Louisiana State* C.A. No. 07-5528 | * | |
| | * | |

**************************************************************************

## *EX PARTE* MOTION TO EXCEED PAGE LIMITATIONS

NOW INTO COURT, comes Ralph S. Hubbard, Defendant Liaison counsel, which respectfully submits moves this Honorable Court for entry of an order providing the Insurers an additional twenty (20) pages for their Memorandum in Support of their Rule 12 motions. On October 28, 2008, this Court entered a Minute Entry establishing a briefing schedule for Rule 12 motion practice in *Louisiana State, et al. v. AAA Insurance, et al.,* Civil Action No. 07-5528. [Rec. Doc 16194]. That order further required the insurers to jointly brief issues common to multiple insurers. It is presently anticipated that virtually all Insurer Defendants will subscribe to a single motion containing nearly all of the legal arguments presented to the Court. However, to accomplish this task, it has come to the attention of Defendant Liaison Counsel that an additional twenty (20) pages will be necessary.

1

WHEREFORE, Defendant Liaison Counsel pray that this Honorable Court enter an order providing the Insurers an additional twenty (20) pages for their Memorandum in Support of their Rule 12 motions.

Respectfully submitted:

*/s/ Ralph S. Hubbard, III*
Ralph S. Hubbard III, T.A., La. Bar No. 7040
Seth A. Schmeeckle, La. Bar No. 27076
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195
Email:  rhubbard@lawla.com
  sschmeeckle@lawla.com

**Insurer Defendants Liaison Counsel**

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of November, 2008, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to all CM/ECF participants and I hereby certify that I have mailed by United States Postal Service the document to all non-CM/ECF participants.

/s/ Ralph S. Hubbard, III
Ralph S. Hubbard III