# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * | CIVIL ACTION NUMBER: 05-4182 |
| | * | |
| | * | JUDGE DUVAL (K) |
| PERTAINS TO: INSURANCE | * | MAGISTRATE WILKINSON (2) |
| *New Orleans Coffee Company, Inc.* | * | |
| *NO. 07-8181* | * | |

## ORDER

**CONSIDERING**, the above and foregoing Joint Motion to Dismiss;

**IT IS ORDERED, ADJUDGED AND DECREED** that the above-captioned matter be and it is hereby dismissed with prejudice, each party to bear its own attorneys' fees, costs, and other litigation expenses.

New Orleans, Louisiana, this 10th day of November, 2008.

_____
JUDGE

4833-4734-1315.1