UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | DOCKET NO.:  05-4182 "K" (2)<br><br>JUDGE:  DUVAL<br><br>MAGISTRATE:  WILKINSON |
| ************************************** | | |
| PERTAINS TO:<br><br>INSURANCE   (Larroque, No. 06-8451) | * * * * * | |
| ************************************** | | |

## ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss with Prejudice;

**IT IS ORDERED, ADJUDGED AND DECREED** that the above entitled and numbered cause be and the same is hereby dismissed, with full prejudice, each party to bear its own costs;

New Orleans, Louisiana, this  10th  day of   November  , 2008.

_____
UNITED STATES DISTRICT JUDGE