UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO:<br>Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Mercedes Bardell regarding 5553-5553 1/2 St Anthony Ave, New Orleans, LA 70122; Albert Young regarding 7300 Strathmore Drive, New Orleans, LA 70128; Rosemarie Montrel regarding 7560 Marquis St., New Orleans, LA 70128; Harriet Brown regarding 2405/2407/24071/2 AP Tureaud Ave., New Orleans, LA 70119; DELANEY SMITH regarding 4901 PRESS DR., NEW ORLEANS, LA 70126; Etta James regarding 1826 Reynes St., New Orleans, LA 70117; Lisa Moran regarding 6321 West End Blvd., New Orleans, LA 70124; Wanda Slack regarding 524 N. Marlin Court, Gretna, LA 70056; Emma Lee regarding 2121/2123 Laharpe Street, New Orleans, LA 70119; Kenneth Robin regarding 2102 Tiffany Ct., St Bernard, LA 70085; Janice Richard, Kevin Richard regarding 2053 Dylan Dr., Slidell, LA 70461; Sinclair Neyland-Langford, Deloris Wells regarding 5402/04 Urquhart St., New Orleans, LA 70117; Takako Dendinger regarding 3809 Alfred Pl., Jefferson, LA 70121; Beverly Benn-Bell, Clarence Bell regarding 10941 Harrow Rd., New Orleans, LA 70127 |

**UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE**

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Mercedes Bardell regarding 5553-5553 1/2 St Anthony Ave, New Orleans, LA 70122; Albert Young regarding 7300 Strathmore Drive, New Orleans, LA 70128; Rosemarie Montrel regarding 7560 Marquis St., New

Orleans, LA 70128; Harriet Brown regarding 2405/2407/24071/2 AP Tureaud Ave., New Orleans, LA 70119; DELANEY SMITH regarding 4901 PRESS DR., NEW ORLEANS, LA 70126; Etta James regarding 1826 Reynes St., New Orleans, LA 70117; Lisa Moran regarding 6321 West End Blvd., New Orleans, LA 70124; Wanda Slack regarding 524 N. Marlin Court, Gretna, LA 70056; Emma Lee regarding 2121/2123 Laharpe Street, New Orleans, LA 70119; Kenneth Robin regarding 2102 Tiffany Ct., St Bernard, LA 70085; Janice Richard, Kevin Richard regarding 2053 Dylan Dr., Slidell, LA 70461; Sinclair Neyland-Langford, Deloris Wells regarding 5402/04 Urquhart St., New Orleans, LA 70117; Takako Dendinger regarding 3809 Alfred Pl., Jefferson, LA 70121; Beverly Benn-Bell, Clarence Bell regarding 10941 Harrow Rd., New Orleans, LA 70127, who wish to voluntarily dismiss the claims against Defendant(s) Allstate Insurance Company in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY:  /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 10th day of November 2008.

  /s/ Joseph M. Bruno
Joseph M. Bruno