UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182** |
| | **SECTION "K"** |
| **THIS DOCUMENT RELATES TO:** Insurance | **MAGISTRATE (2)** |
| **No. 06-5164,** *Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Mercedes Bardell regarding 5553-5553 1/2 St Anthony Ave, New Orleans, LA 70122; Albert Young regarding 7300 Strathmore Drive, New Orleans, LA 70128; Rosemarie Montrel regarding 7560 Marquis St., New Orleans, LA 70128; Harriet Brown regarding 2405/2407/24071/2 AP Tureaud Ave., New Orleans, LA 70119; DELANEY SMITH regarding 4901 PRESS DR., NEW ORLEANS, LA 70126; Etta James regarding 1826 Reynes St., New Orleans, LA 70117; Lisa Moran regarding 6321 West End Blvd., New Orleans, LA 70124; Wanda Slack regarding 524 N. Marlin Court, Gretna, LA 70056; Emma Lee regarding 2121/2123 Laharpe Street, New Orleans, LA 70119; Kenneth Robin regarding 2102 Tiffany Ct., St Bernard, LA 70085; Janice Richard, Kevin Richard regarding 2053 Dylan Dr., Slidell, LA 70461; Sinclair Neyland-Langford, Deloris Wells regarding 5402/04 Urquhart St., New Orleans, LA 70117; Takako Dendinger regarding 3809 Alfred Pl., Jefferson, LA 70121; Beverly Benn-Bell, Clarence Bell regarding 10941 Harrow Rd., New Orleans, LA 70127** |

## **ORDER**

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Mercedes Bardell regarding 5553-5553 1/2 St Anthony Ave, New

Orleans, LA 70122; Albert Young regarding 7300 Strathmore Drive, New Orleans, LA 70128; Rosemarie Montrel regarding 7560 Marquis St., New Orleans, LA 70128; Harriet Brown regarding 2405/2407/24071/2 AP Tureaud Ave., New Orleans, LA 70119; DELANEY SMITH regarding 4901 PRESS DR., NEW ORLEANS, LA 70126; Etta James regarding 1826 Reynes St., New Orleans, LA 70117; Lisa Moran regarding 6321 West End Blvd., New Orleans, LA 70124; Wanda Slack regarding 524 N. Marlin Court, Gretna, LA 70056; Emma Lee regarding 2121/2123 Laharpe Street, New Orleans, LA 70119; Kenneth Robin regarding 2102 Tiffany Ct., St Bernard, LA 70085; Janice Richard, Kevin Richard regarding 2053 Dylan Dr., Slidell, LA 70461; Sinclair Neyland-Langford, Deloris Wells regarding 5402/04 Urquhart St., New Orleans, LA 70117; Takako Dendinger regarding 3809 Alfred Pl., Jefferson, LA 70121; Beverly Benn-Bell, Clarence Bell regarding 10941 Harrow Rd., New Orleans, LA 70127 against Defendant Allstate Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
United States District Judge