UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: KATRINA CANAL BREACHES  *        CIVIL ACTION
CONSOLIDATED LITIGATION         *
                                *        NUMBER: 05-4182 "K"(2)
                                *
                                *        JUDGE DUVAL
PERTAINS TO: MRGO               *
                                *        MAG. WILKINSON
**************************************


### MOTION OF THE MRGO PSLC FOR LEAVE TO FILE SUR REPLY


**NOW INTO COURT**, through undersigned counsel, comes the comes the MRGO

PSLC, which moves for leave to file its Sur Reply to the defendant Washington Group

International, Inc.'s ("WGI") Reply Memorandum.

For reasons more fully set forth in the attached Memorandum in Support, the points

addressed in the MRGO PSLC's Sur Reply are essential for the Court's consideration relative to

the newly presented evidence adduced for the first time in WGI's Reply Memorandum.

**WHEREFORE**, the MRGO PSLC prays for an Order by the Court granting leave to file the attached Sur Reply.

                                   **Respectfully Submitted,**

                                   **APPROVED PLAINTIFFS LIAISON COUNSEL**

                                       /s/  Joseph M. Bruno
                                   JOSEPH M. BRUNO (La. Bar # 3604)
                                   Law Offices of Joseph M. Bruno
                                   855 Baronne Street
                                   New Orleans, Louisiana 70113
                                   Telephone: (504) 525-1335
                                   Facsimile: (504) 561-6775
                                   Email: jbruno@jbrunolaw.com

                                   MR-GO PLAINTIFFS SUB-GROUP
                                   LITIGATION COMMITTEE

                                   s/ James Parkerson Roy
                                   JAMES PARKERSON ROY
                                   MR-GO PSLC Liaison Counsel
                                   LA Bar Roll Number: 11511
                                   Domengeaux Wright Roy & Edwards LLC
                                   Post Office Box 3668
                                   Lafayette, Louisiana 70502
                                   Telephone: (337) 593-4190 or (337) 233-3033
                                   Email: jimr@wrightroy.com


                        **<u>CERTIFICATE OF SERVICE</u>**

       I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 10th day of November, 2008.


                                       /s/ Joseph M. Bruno
                                   Joseph M. Bruno