UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | |
| * | | NUMBER: 05-4182 "K"(2) |
| * | | |
| * | | JUDGE DUVAL |
| PERTAINS TO: MRGO * | | |
| * | | MAG. WILKINSON |

**************************************

## MEMORANDUM IN SUPPORT OF MOTION OF THE MRGO PSLC FOR LEAVE TO FILE SUR REPLY

**NOW INTO COURT**, through undersigned counsel, comes the MRGO PSLC which moves for leave to file a sur reply to the defendant Washington Group International, Inc.'s ("WGI") Reply Memorandum (Record Doc. 16296).

I.

WGI filed a Motion for Summary Judgment seeking immunity based upon the government contractor defense.(Record Document 15861). In its Memorandum of Law in Support, WGI simply addressed the three pronged standard specified by the United States Supreme Court in Boyle v. United Technologies Corp., 487 U.S. 500, 108 S.Ct. 2510, 101 L.Ed.2d 442 (1988).

1

On November 6, 2008, WGI filed its Reply Memorandum in Support of its Motion for Summary Judgment, presenting for the first time the October 27, 2008 Declaration of Steven Spencer, the Orleans Levee District's ("OLD") Chief Engineer and responsible for the issuance of permits.  In addition, WGI, for the first time, addressed the judicial intent of the Courts in crafting the federal common law governmental contractor defense.

**II.**

In presenting wholly new documents accompanied by wholly new arguments in its Reply Memorandum, WGI has clearly expanded the scope of its argument in favor of summary judgment.

**III.**

In response, the MRGO PSLC obtained another sworn Declaration of Steven G. Spencer on November 5, 2008 - wherein he averred that he had no recollection of telling WGI or its subcontractors that a permit was not required for the work at the EBIA, but that a current review of WGI's November 2000 request would require a permit.

**IV.**

In its Sur Reply, the MRGO PSLC addresses WGI's newly presented evidence and further illustrates that WGI's fulfillment of its state law duty of care would not have conflicted with the fulfillment of the Task Order 26 contract; and as a result, there is no need to preempt state law by applying the governmental contractor defense.

**WHEREFORE**, the MRGO PSLC prays for an Order by the Court granting leave to file the attached Sur Reply.

Respectfully Submitted,

**APPROVED PLAINTIFFS LIAISON COUNSEL**

   /s/  Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

MR-GO PLAINTIFFS SUB-GROUP
LITIGATION COMMITTEE

s/ James Parkerson Roy
JAMES PARKERSON ROY
MR-GO PSLC Liaison Counsel
LA Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
Post Office Box 3668
Lafayette, Louisiana 70502
Telephone: (337) 593-4190 or (337) 233-3033
Email: jimr@wrightroy.com

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 10th day of November, 2008.

     /s/ Joseph M. Bruno
Joseph M. Bruno

3