# EXHIBIT 7

GRIESHABER, Ph.D., JOHN

6/27/2008

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES     CIVIL ACTION

CONSOLIDATED LITIGATION           NO. 05-4182 K2

JUDGE DUVAL

PERTAINS TO:  MRGO AND ROBINSON

(No. 06-2268)

Rule 30(b)(6) deposition of THE UNITED STATES OF AMERICA, BY AND THROUGH THE UNITED STATES ARMY CORPS OF ENGINEERS' DESIGNEE JOHN GRIESHABER, Ph.D., P.E., given at the U.S. Army Corps of Engineers New Orleans District offices, 7400 Leake Avenue, New Orleans, Louisiana 70118-3651, on June 27th, 2008.

REPORTED BY:

JOSEPH A. FAIRBANKS, JR., CCR, RPR

CERTIFIED COURT REPORTER #75005

Page 46

1  Q. That's correct. Okay. Now, and is
2  that something that would require some kind of
3  in evaluation by the Corps?
4  A. That would require a permit, that's
5  correct.
6  Q. All right. It requires a permit. All
7  right.
8  Now, how does one know that one needs
9  a permit? I mean, is there a sign, you know,
10 next to the floodwall that says, hey, fellows,
11 if you guys are going to dig, come get a
12 permit?
13     MR. STONE:
14         Objection again. Permitting is
15     not part of this analysis. It's not
16     part of what you've asked for here.
17     It's not part of --
18     MR. BRUNO:
19         I respectfully disagree.
20     MR. STONE:
21         It is not part of what we've
22     presented this witness for, so
23     permitting is not part of it.
24     MR. BRUNO:
25         All right. Fine.

Page 47

1  EXAMINATION BY MR. BRUNO:
2  Q. Mr. Grieshaber, how does a person know
3  that you need to get a permit?
4  A. The same way you know any of the
5  rules. It's posted. If you're in the business
6  of doing excavations, you've seen the thing
7  you've got to call Louisiana One Call, if
8  you're too close to a flood protection you've
9  got to get a permit. Um -- you know, there are
10 probably people who could swear ignorance and
11 tell the truth --
12 Q. Sure.
13 A. -- but this is -- people who do this
14 type work know you need a permit.
15 Q. All right. Let me show you a document
16 which we've marked as Plaintiffs' Number 4.
17 And the purpose of the question first is just
18 to ask you whether or not you've ever seen this
19 document.
20     (Exhibit 4 was marked for
21 identification and is attached hereto.)
22 A. I don't remember ever seeing this
23 particular document.
24 EXAMINATION BY MR. BRUNO:
25 Q. All right. Let me just for the record

Page 48

1  identify it, if you don't mind.
2  A. Okay.
3  Q. Thanks.
4     MR. BRUNO:
5         For the record, this is
6     Geotechnical Design and Dam Safety
7     Section, Construction Guidance page,
8     and it is attached to something called
9     Guidance for Work Proposed Near or
10    Within a Federally Constructed Flood
11    Control Project.
12 EXAMINATION BY MR. BRUNO:
13 Q. Now, you've already testified you
14 haven't seen this. I will represent to you
15 that this is a document prepared by the
16 district office in Kansas City. Okay?
17 A. Okay.
18 Q. All right, sir. Now, while you may
19 not have seen this particular document, have
20 you seen documents which give guidance for work
21 proposed near or within a federally constructed
22 flood control project?
23 A. Off the top open my head I don't
24 remember, but I would think I probably have.
25 We do have processes and procedures, but I

Page 49

1  can't give them to you off the top of my head.
2  Q. That's fine. All right.
3     Does this office, the New Orleans
4  District office, have a written guideline for
5  guidance for work proposed near or within a
6  federally constructed flood control project?
7  A. Um -- yes. There is. You would have
8  to ask Mr. Colletti, you know, for copies of
9  it.
10 Q. Okay. Well, Mr. Colletti told us
11 there wasn't a written one.
12 A. There is a, um -- there are
13 guidelines, and that's the question that you
14 asked, that are established. And as far as I
15 know, and we're going back ancient history when
16 Jerry Satterlee was chief of engineering
17 division, they definitely existed.
18 Q. All right. Well, let me see, just for
19 the record, because I want us to make certain
20 that we're, you know, not talking at
21 cross-purposes. The Corps has -- I'm trying to
22 find the right -- precise word.
23     They're called EMs?
24 A. Engineering manuals.
25 Q. Engineering manual. And why don't you

GRIESHABER, Ph.D., JOHN

6/27/2008

Page 70

1  just -- it's no big deal?  Is it important?
2  You know --
3       A.  I guess the question is what is
4  proposed work?
5       Q.  All right.  Well, that's a good
6  question.  Because since there is nothing
7  written down, how would one know what proposed
8  work would be -- help me with that.  What
9  proposed work would be the kind of work that
10 you guys believe you need to evaluate to
11 determine whether there's a potential for
12 damage to the flood control structure?
13      A.  Anything that would change the loading
14 on the wall.
15      Q.  All right.  Well, you would agree
16 that's not something that the guy who's digging
17 or building the thing could do, that's
18 something that the Corps of Engineers has to
19 do, right?
20      A.  Correct.
21      Q.  Okay.  All right.  So since the guy
22 who's doing the work doesn't know it, then, you
23 know, what is the criteria that should be
24 utilized in order to determine whether or not
25 to ask the Corps to do this evaluation?

Page 71

1          MR. STONE:
2              Object to form and foundation.
3          MR. BRUNO:
4              It's noted.
5       A.  If they're removing any material or
6  they're adding any material.  If they're
7  actually changing the cross-section in the
8  vicinity of the flood protection.
9  EXAMINATION BY MR. BRUNO:
10      Q.  All right.  Now, can we agree that
11 300 feet is a parameter within which if the
12 work is proposed that's a start point for
13 asking the Corps for an evaluation?  Or do we
14 use a different number?
15      A.  Are you -- if you're looking at a
16 one-size-fits-all number, 300 is probably an
17 acceptable number.
18      Q.  Okay.  All right.  Is that on the
19 water side and the land side, or just -- or
20 does it matter?
21      A.  Either side.
22      Q.  All right.  Okay.  But I'm gathering
23 from your answer that it may well be that
24 something that's further away than 300 feet may
25 merit some evaluation.

Page 72

1       A.  That's a possibility, depending on the
2  circumstances, the height of the wall --
3       Q.  Okay.  All right.  Now, I asked that
4  question in order to understand this:  How
5  important is this evaluation to the Corps?
6          MR. STONE:
7              Object to form.
8       A.  I guess I don't understand the
9  question.  How important?
10 EXAMINATION BY MR. BRUNO:
11      Q.  Yeah.
12      A.  The flood protection is extremely
13 important to us.  We do not jeopardize the
14 flood protection.
15      Q.  All right.  I will ask you to accept
16 that Engineering Manual 1110-2-1913 entitled
17 Design and Construction of Levees, USACE 2000,
18 states as follows:  Without control,
19 underseepage in pervious foundations beneath
20 levees may result in, a -- and I'll show this
21 to you if you like -- excessive hydrostatic
22 pressures beneath an impervious top stratum on
23 the land side, b, sand boils, and c, piping
24 beneath the levee itself.  Underseepage
25 problems are most acute when a pervious stratum

Page 73

1  underlies a levee and extends both landward and
2  riverward of the levee and where a relatively
3  thin top stratum exists on the land side of the
4  levee.
5          All right.  Are you familiar with
6  that?
7       A.  That's correct.
8       Q.  All right.  And this is the design
9  consideration that this district office
10 follows, right?
11      A.  That's correct.
12      Q.  All right.  What I'd like is for you
13 to explain to me how -- and I'll give you an
14 example, a hole, all right, 25 feet deep,
15 within 30 feet of the levee.  First question:
16 Is that something that your office would feel
17 that it would need to evaluate to determine
18 whether or not the hole could possibly
19 negatively impact a flood control structure
20 like the one that existed at the Lower Nine
21 before Katrina?
22      A.  It depends when the hole is there.  If
23 the hole is on the flood side --
24      Q.  Yes.
25      A.  -- and, you know, we're outside of