UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 <br> SECTION K – JUDGE DUVAL |
| PERTAINS TO: | * * | MAG. (2) – MAG. WILKINSON |
| INSURANCE: AGUILAR, 07-4852 | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO ENROLL

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Auto Club Family Insurance Company ("ACFIC"), who hereby moves for an Order permitting Thomas M. Young of Hebbler & Giordano, L.L.C. to enroll as counsel of record for ACFIC along with undersigned counsel.

                                  CHOPIN, WAGAR, RICHARD & KUTCHER, L.L.P.

                                  By: _/s/ Thomas M. Richard_____
                                  **THOMAS M. RICHARD (#2069)**
                                  3850 N. Causeway Boulevard, Suite 900
                                  Metairie, Louisiana 70002
                                  Telephone: (504) 830-3838
                                  Facsimile: (504) 836-9543
                                  Email: trichard@chopin.com
                                  *Attorneys for Defendant, Auto Club Family Insurance Company*

**HEBBLER & GIORDANO, L.L.C.**
**THOMAS M. YOUNG (#7547)**
3636 S. I-10 Service Road W., Suite 300
Metairie, LA 70001
Telephone: (504) 833-8007
Facsimile: (504) 833-2866
Email: young@hebblergiordano.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of November, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participant.

*[signature]*

THOMAS M. RICHARD

2