UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION K – JUDGE DUVAL |
| PERTAINS TO: | * * | MAG. (2) – MAG. WILKINSON |
| INSURANCE: AGUILAR, 07-4852 | * * | |

************************************

## ORDER

Considering the foregoing Motion to Enroll;

**IT IS ORDERED** that Thomas M. Young of Hebbler & Giordano, L.L.C. be and is hereby allowed to enroll as counsel of record for Defendant, Auto Club Family Insurance Company, along with Thomas M. Richard of Chopin, Wagar, Richard & Kutcher, L.L.C.

New Orleans, Louisiana, this _____ day of November, 2008.

_____
**JUDGE**

1