**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO: BARGE
Boutte, No. 05-5531
Mumford, No. 05-5724
Lagarde, No. 06-5342
Perry, No. 06-6299
Benoit, No. 06-7516

CIVIL ACTION

NO. 05-4182 "K" (2)

JUDGE DUVAL

MAG. WILKINSON

**EX PARTE MOTION OF THIRD-PARTY DEFENDANT, ORLEANS
LEVEE DISTRICT, FOR LEAVE OF COURT TO FILE A REPLY
MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes third-party defendant,

the Orleans Levee District (the "OLD"), who, for the reasons set forth more fully in the

accompanying Memorandum in Support, hereby moves this Honorable Court for leave to

file the accompanying Reply Memorandum in Support of its previously filed Motion for

Summary Judgment (Doc. 15059).

- 1 -

Dated:  November 10, 2008   Respectfully submitted,

         s/ Thomas P. Anzelmo_____
         McCRANIE, SISTRUNK, ANZELMO,
          HARDY, MAXWELL & McDANIEL
         Thomas P. Anzelmo, P.A. - #2533
         Mark E. Hanna - #19336
         Kyle P. Kirsch - #26363
         Andre J. Lagarde - #28649
         3445 N. Causeway Boulevard, Ste. 800
         Metairie, Louisiana 70002
         TELEPHONE:  (504) 831-0946
         FACSIMILE:  (504) 831-2492

         and

         LABORDE & NEUNER
         Ben L. Mayeaux - #19042
         James L. Pate - # 10333
         Gregory A. Koury - #26364
         One Petroleum Center, Suite 200
         1001 West Pinhook Road
         Lafayette, Louisiana 70503
         TELEPHONE:  (337) 237-7000
         FACSIMILE:  (337) 233-9450
         Attorneys for the ORLEANS LEVEE
         DISTRICT

Case 2:05-cv-04182-SRD-JCW   Document 16322   Filed 11/10/08   Page 3 of 3

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 10th day of November, 2008, a copy of the above and foregoing **Ex Parte Motion of Third-Party Defendant, Orleans Levee District, for Leave of Court to File a Reply Memorandum in Support of Motion for Summary Judgment** was filed electronically with the Clerk of Court using the Court's CM/ECF system.  Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

s/ Thomas P. Anzelmo_____
McCRANIE, SISTRUNK, ANZELMO,
    HARDY, MAXWELL & McDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE:  (504) 831-0946
FACSIMILE:  (504) 831-2492
E-MAIL:  tpa@mcsalaw.com