UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO: BARGE | JUDGE DUVAL |
| Boutte, No. 05-5531 | |
| Mumford, No. 05-5724 | MAG. WILKINSON |
| Lagarde, No. 06-5342 | |
| Perry, No. 06-6299 | |
| Benoit, No. 06-7516 | |

**MEMORANDUM IN SUPPORT OF EX PARTE MOTION OF THIRD-PARTY DEFENDANT, ORLEANS LEVEE DISTRICT, FOR LEAVE OF COURT TO FILE A REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

MAY IT PLEASE THE COURT:

Third-party defendant, the Orleans Levee District (the "OLD"), respectfully requests leave of this Honorable Court to file the accompanying Reply Memorandum in Support of its Motion for Summary Judgment. In the proposed pleading, the OLD seeks to respond to those arguments asserted by third-party defendant, Lafarge North America, Inc., and by Barge Plaintiffs in response to the OLD's previously-filed Motion for

Summary Judgment (Doc. 15059).  It is hoped that this proposed pleading will further assist the Court in deciding the merits of the OLD's summary judgment motion.

Dated:  November 10, 2008

Respectfully submitted,

s/ Thomas P. Anzelmo_____
McCRANIE, SISTRUNK, ANZELMO,
    HARDY, MAXWELL & McDANIEL
Thomas P. Anzelmo, P.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE:  (504) 831-0946
FACSIMILE:  (504) 831-2492

and

LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:  (337) 237-7000
FACSIMILE:  (337) 233-9450
Attorneys for the ORLEANS LEVEE DISTRICT

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of November, 2008, a copy of the above and foregoing **Memorandum in Support of Ex Parte Motion of Third-Party Defendant, Orleans Levee District, for Leave of Court to File a Reply Memorandum in Support of Motion for Summary Judgment** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

    s/ Thomas P. Anzelmo
    McCRANIE, SISTRUNK, ANZELMO,
       HARDY, MAXWELL & McDANIEL
    3445 N. Causeway Boulevard, Ste. 800
    Metairie, Louisiana 70002
    TELEPHONE: (504) 831-0946
    FACSIMILE: (504) 831-2492
    E-MAIL: tpa@mcsalaw.com