# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: BARGE<br>Boutte, No. 05-5531<br>Mumford, No. 05-5724<br>Lagarde, No. 06-5342<br>Perry, No. 06-6299<br>Benoit, No. 06-7516 | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |

## **ORDER**

Considering the foregoing ex parte motion filed on behalf of the Orleans Levee District,

IT IS ORDERED that the Orleans Levee District is hereby granted leave to file the accompanying Reply Memorandum in Support of its previously filed Motion for Summary Judgment (Doc. 15059).

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
HON. STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

- 1 -