# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| Mumford        05-5724 | * | |
| Lagarde         06-5342 | * | |
| Boutte           05-5531 | * | JUDGE |
| Perry            06-6299 | * | STANWOOD R. DUVAL, JR. |
| Benoit           06-7516 | * | |
| Mumford        05-5724 | * * * | MAGISTRATE JOSEPH C. WILKINSON, JR. |

### MOTION OF LAFARGE NORTH AMERICA INC. FOR LEAVE TO FILE SURREPLY MEMORANDUM IN RESPONSE TO THE DOCK BOARD'S REPLY MEMORANDUM

Lafarge North America Inc. ("LNA") hereby moves for leave to file the accompanying two-page surreply to the reply memorandum submitted by the Board of Commissioners of the Port of New Orleans (the "Dock Board") (Doc. 16308-4), in order to respond to the argument and case citation advanced in the Dock Board's reply.

                                                  Respectfully submitted,

                                                  Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
Parker Harrison (#27538)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone:  (504) 585-7000
Facsimile:  (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com
Harrison@chaffe.com

  /s/ John D. Aldock
John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone:  (504) 598-2715

*Attorneys for Lafarge North America Inc.*

November 10, 2008

### Certificate of Service

    I hereby certify that I have on this 10th day of November, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

                                                    /s/ John D. Aldock