UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: KATRINA CANAL BREACHES | | * | |
| CONSOLIDATED LITIGATION | | * | CIVIL ACTION |
| | | * | |
| | | * | NO. 05-4182 |
| | | * | and consolidated cases |
| PERTAINS TO: BARGE | | * | |
| | | * | SECTION "K" (2) |
| Mumford | 05-5724 | * | |
| Lagarde | 06-5342 | * | JUDGE |
| Boutte | 05-5531 | * | STANWOOD R. DUVAL, JR. |
| Perry | 06-6299 | * | |
| Benoit | 06-7516 | * | MAGISTRATE |
| | | * | JOSEPH C. WILKINSON, JR. |
| | | * | |

**ORDER GRANTING MOTION TO FILE SURREPLY MEMORANDUM**

Upon consideration of the motion of Lafarge North America Inc. to file a surreply memorandum in opposition to the Motion for Summary Judgment filed by the Board of Commissioners of the Port of New Orleans, it is hereby ORDERED that the motion is GRANTED. The Clerk is directed to file the SURREPLY MEMORANDUM OF LAFARGE NORTH AMERICA INC. IN OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT FILED BY THE BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS AND ADOPTED BY THE ORLEANS LEVEE DISTRICT.

New Orleans, Louisiana, this _____ day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE