UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| | * | |
| PERTAINS TO: 07-5208 | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## JOINDER IN MOTION TO SEVER

NOW INTO COURT, comes Defendant, The Standard Fire Insurance Company, incorrectly designated in the Complaint for Damages as "St. Paul Travelers, Travelers, and Travelers Insurance" (hereafter "Standard Fire"), to the extent they are proper defendants in the captioned matter, which hereby joins in and consents to Defendants' Motion to Sever [Rec. Doc. No. 16176], and further adopts herein as if reprinted *in extenso* the arguments set forth by those Defendants as may be applicable.

WHEREFORE, Standard Fire prays for the same relief sought in the Motion to Sever [Rec. Doc. No. 16176].

Respectfully submitted:

*/s/ Ralph S. Hubbard, III*  \_\_\_
Ralph S. Hubbard III, T.A., La. Bar No. 7040
Seth A. Schmeeckle, La. Bar No. 27076
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
601 Poydras Street, Suite 2775

1

New Orleans, Louisiana 70130
Telephone:  (504) 568-1990
Facsimile:  (504)310-9195
E-Mail: rhubbard@lawla.com
sschmeeckle@lawla.com

**Counsel for**
**The Standard Fire Insurance Company, incorrectly designated in the Complaint for Damages as "St. Paul Travelers, Travelers, and Travelers Insurance"**

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of November, 2008, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to all CM/ECF participants and I hereby certify that I have mailed by United States Postal Service the document to all non-CM/ECF participants.

/s/ Ralph S. Hubbard III
Ralph S. Hubbard III