## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL |
| | * | MAG. WILKINSON |
| PERTAINS TO: INSURANCE (Ancar, No. 07-4853) | * * | |

## JOINT MOTION AND ORDER OF DISMISSAL

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, **PAUL VERSOWSKY AND SYLVIA VERSOWSKY,** and Defendant, State Farm Fire and Casualty Company, through their undersigned counsel of record, all parties at interest herein and who stipulate and agree that the above numbered and entitled cause has been concluded with settlement and accordingly, should be dismissed, with prejudice, each party to bear their own costs of court.

Respectfully submitted,

| | |
|---|---|
| /s/ Jim S. Hall | /s/ Charles L. Chassaignac, IV |
| JIM S. HALL (21644) | CHARLES L. CHASSAIGNAC, IV (20746) |
| JOSEPH W. RAUSCH (11394) | PORTEOUS, HAINKEL & JOHNSON |
| Attorney for Plaintiff | Attorneys for Defendant State Farm Fire |
| 800 N. Causeway Blvd., Suite 100 | and Casualty Company |
| Metairie, Louisiana 70001 | 343 Third Street, Ste. 202 |
| (504) 832-3000 | Baton Rouge, LA 70801 |
| | (225) 383-8900 |

## CERTIFICATE OF SERVICE

I hereby certify a copy of the above and foregoing *Motion to Dismiss* has been served upon all counsel of record by electronic service through the Court's CM/ECF system and/or by electronic mail this 10th day of November, 2008.

_____/s/ Charles L. Chassaignac, IV_____
CHARLES L. CHASSAIGNAC, IV (#20746)