UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>* | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br>INSURANCE (Raymond, No. 07-2047) | *<br>* | |

### JOINT MOTION AND ORDER OF DISMISSAL

NOW INTO COURT, through undersigned counsel, come Plaintiff(s), **PAUL RAYMOND**, and Defendant, State Farm Fire and Casualty Company, through their undersigned counsel of record, all parties at interest herein and who stipulate and agree that the above numbered and entitled cause has been concluded with settlement and accordingly, should be dismissed, with prejudice, each party to bear their own costs of court.

Respectfully submitted,

JIM S. HALL (21644)
JOSEPH W. RAUSCH (11394)
Attorney for Plaintiff
800 N. Causeway Blvd., Suite 100
Metairie, Louisiana 70001
(504) 832-3000

CHARLES L. CHASSAIGNAC, IV (20746)
PORTEOUS, HAINKEL & JOHNSON
Attorneys for Defendant State Farm Fire
and Casualty Company
343 Third Street, Ste. 202
Baton Rouge, LA 70801
(225) 383-8900

## CERTIFICATE OF SERVICE

I hereby certify a copy of the above and foregoing *Motion to Dismiss* has been served upon all counsel of record by electronic service through the Court's CM/ECF system and/or by electronic mail this 10 day of Nov, 2008.

_____
CHARLES L. CHASSAIGNAC, IV (#20746)