# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **Jason Williams** | * | **CIVIL ACTION NO.: 07-4021** |
| | * | |
| *Plaintiff* | * | **SECTION "J"** |
| | * | |
| **v.** | * | **MAGISTRATE 5** |
| | * | |
| **Homesite Insurance Company** | * | |
| | * | |
| *Defendant* | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## UNOPPOSED MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, comes Joseph W. Rausch, Esq. Of Jim S. Hall & Associates LLC who respectfully represents to this Honorable Court that:

1. At a recent call docket with Magistrate Wilkinson, it was determined that plaintiff was represented by both Jim S. Hall & Associates and David W. Bernberg in separate proceedings;

2. In order to resolved the duplication, Magistrate Wilkinson dismissed plaintiff's claim in the Aaron Case and ordered Counsel to enroll as additional counsel in this proceeding.

3. This motion is filed at the directive of Magistrate Wilkinson, without opposition.

        Respectfully Submitted:

        **JIM S. HALL & ASSOCIATES, LLC**


        **s/ Joseph W. Rausch**
        **JOSEPH W. RAUSCH**
        800 N. Causeway Blvd., Suite 100
        Metairie, LA 70001
        Telephone: 504-832-3000
        Bar Number: 11394

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 11th day of November, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        **s/ Jim S. Hall**
        **JIM S. HALL**