## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **Jason Williams** | * | **CIVIL ACTION NO.: 07-4021** |
| *Plaintiff* | * | **SECTION "J"** |
| v. | * | **MAGISTRATE 5** |
| **Homesite Insurance Company** | * | |
| *Defendant* | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>ORDER</u>

Considering the Foregoing, plaintiff's Motion to Enroll as additional counsel of record for plaintiff Jason Williams:

IT IS ORDERED that Joseph W. Rausch, Esq. Of Jim S. Hall & Associates be and is hereby enrolled as additional counsel of record for plaintiff Jason Williams.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**JUDGE**