UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182<br>SECTION "K" (2) |
| *severed from Abadie*, 06-5164 | |
| RICKEY CHOPIN, THELMA CHOPIN<br>    Plaintiffs<br>VS. | CIVIL ACTION<br>No. 07-2261<br>SECTION "K" (2) |
| STATE FARM FIRE AND CASUALTY<br>COMPANY,<br>    Defendant | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT MOTION TO DISMISS WITH PREJUDICE

Defendant, State Farm Fire and Casualty Company (hereinafter "State Farm"), through undersigned counsel, has entered into a settlement agreement with plaintiffs, Rickey Chopin and Thelma Chopin. Therefore, plaintiffs, Rickey Chopin and Thelma Chopin, hereby respectfully move this Honorable Court to dismiss, with prejudice, any and all claims asserted herein.

WHEREFORE, all claims asserted herein by the plaintiffs, Rickey Chopin and Thelma Chopin, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

Respectfully submitted,

/s/ David A. Strauss                                    /s/ Joseph M. Bruno
DAVID A. STRAUSS, #24665                                Joseph M. Bruno, #3604
LINDSAY A. LARSON, III, #8053                           L. Scott Joanen, #21431
CHRISTIAN A. GARBETT, #26293                            The Law Office of Joseph M. Bruno
ADAM P. MASSEY, #29330                                  855 Baronne Street, Third Floor
SARAH S. MONSOUR, #30957                                New Orleans, Louisiana 70113
KING, KREBS & JURGENS, P.L.L.C.                         Telephone: (504) 525-1335
201 St. Charles Avenue, Suite 4500                      Facsimile: (504) 561-6775
New Orleans, Louisiana 70170                            jbruno@jbrunolaw.com
Telephone: (504) 582-3800
Facsimile: (504) 582-1233
Attorneys for State Farm Fire and
Casualty Company
dstrauss@kingkrebs.com
llarson@kingkrebs.com
cgarbett@kingkrebs.com
amassey@kingkrebs.com
smonsour@kingkrebs.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following: Joseph M. Bruno and L. Scott Joanen.

s/ David A. Strauss