UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>   MRGO | SECTION "K"(2) |

### ORDER

Before the Court is an Ex Parte Motion for Leave to File Amicus Opposition (Doc. 16289) filed by certain plaintiffs that have asserted claims against Washington Group International, Inc. ("WGI") and Ex Parte Motion for Leave to File Reply Memorandum (Doc. 16313). They seek to file this opposition with respect to the pending Motion for Summary Judgment (Doc. 15861) filed by WGI with respect to the MRGO Master Consolidated Class Action Complaint (Doc. 3415). This motion is set for oral argument on November 13, 2008. The motion is opposed by WGI.

The Court has reviewed the materials filed and finds that the briefing will not materially aid the Court while at the same time would only delay and further complicate the hearing set for Thursday. The Court finds that the issues before it center on the facts surrounding the contract for and execution of the excavation of the EBIA site. Accordingly,

**IT IS ORDERED** that the Ex Parte Motion for Leave to File Amicus Opposition (Doc. 16289) and Ex Parte Motion for Leave to File Reply Memorandum are **DENIED**.

New Orleans, Louisiana, this   12th   day of November, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE