UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO:  BARGE | Case No.:  05-4182<br>And consolidated cases |
| | SECTION "K" (2) |
| *Boutte v. Lafarge*        05-5531<br>*Mumford v. Ingram*    05-5724<br>*Lagarde v. Lafarge*     06-5342<br>*Perry v. Ingram*          06-6299<br>*Benoit v. Lafarge*        06-7516<br>*Parfait Family v. USA*  07-3500 | Hon. Stanwood R. Duval, Jr.<br>Magistrate Judge Joseph C. Wilkinson, Jr. |

**CONSENT MOTION FOR LEAVE OF COURT TO FILE
MEMORANDUM IN OPPOSITION TO MOTION FOR CLASS
<u>CERTIFICATION IN EXCESS OF PAGE LENGTH LIMITATION</u>**

**MAY IT PLEASE THE COURT:**

Lafarge North America Inc. ("LNA") respectfully moves the Court for leave to file a Memorandum in Opposition to Barge Plaintiffs' Motion for Class Certification (Doc. 15549) in excess of the page length limitation set forth in Local Civil Rule 7.8.1E.

1199615-1

On November 17, 2008, LNA will file its Memorandum of Points and Authorities in Opposition to Barge Plaintiffs' Motion for Class Certification. Due to the significance of that motion and LNA's opposition, the number of issues raised by the motion, the combined length of the motion, supporting memorandum, and trial plan, the size of the proposed class, and the amount in controversy, LNA requests that the page limit for its Opposition Memorandum be increased to seventy-five (75) pages.

Undersigned counsel certifies that counsel for Barge Plaintiffs has been contacted and that he has no opposition to the requested increase in page limit for LNA's Opposition Memorandum.

Respectfully submitted,

/s/ Derek A. Walker
Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com

John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715
*Attorneys for Lafarge North America Inc.*

## Certificate of Service

I hereby certify that I have on this 12th day of November, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/s/ Derek A. Walker