UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES               CIVIL ACTION
    CONSOLIDATED LITIGATION
                                             NO. 05-4182

PERTAINS TO: BARGE                           SECTION "K"(2)
    *Boutte v. Lafarge* (05-5531)
    *Mumford v. Ingram* (05-5724)
    *Lagarde v. Lafarge* (06-5342)
    *Perry v. Ingram* (06-6299)
    *Benoit v. Lafarge* (06-7516)

### ORDER

Considering the Motion for Leave to File Reply by the Board of Commissioners for the Port of New Orleans (Rec. Doc. 16308), accordingly,

**IT IS ORDERED** that the Motion is **GRANTED**.

New Orleans, Louisiana, this ___10th___ day of November, 2008.

                                        **STANWOOD R. DUVAL, JR.**
                                        **UNITED STATES DISTRICT JUDGE**