UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| *In Re: KATRINA CANAL BREACHES* | * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| *CONSOLIDATED LITIGATION* | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAG. WILKINSON |
| | * | |

**************************************************

| | |
|---|---|
| PERTAINS TO: | * |
| | * |
| INSURANCE  07-3421  (Gordon v. Allstate) | * |

**************************************************

## MOTION AND ORDER FOR PARTIAL DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come the plaintiffs herein, Morris and Gloria Gordon, and Allstate Insurance Company and both of whom respectfully represent to this Court that they have amicably resolved their differences and are mutually desirous of an Order to be issued by this Court dismissing all claims and causes of action between the parties referenced herein.

Respectfully submitted,

SCOTT G. JONES #14408
INABNET & JONES, L.L.C.
1331 West Causeway Approach
Mandeville, LA 70471
Telephone: 985-624-9920
Facsimile:  985-624-9940

TERRENCE J. LESTELLE # 8540
LESTELLE & LESTELLE
3421 N. Causeway Boulevard, Suite 602
Metairie, LA 70002
Telephone: 504-828-1224
Facsimile: 504-828-1229

## CERTIFICATE OF SERVICE

I do hereby certify that on this __12__ day of ~~September~~ November, 2008 a copy of the foregoing was served on all counsel of record by placing a copy of same in the U.S. Mail, postage prepaid and properly addressed.

SCOTT G. JONES