UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| *In Re:* KATRINA CANAL BREACHES *CONSOLIDATED LITIGATION* | * * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |

****************************************************
PERTAINS TO:                                        *
                                                    *
INSURANCE  07-3421 (Gordon v. Allstate)  *
****************************************************

### ORDER

Considering the foregoing;

IT IS HEREBY ORDERED that the claims of Morris and Gloria Gordon against Allstate Insurance Company are hereby dismissed, with prejudice.

New Orleans, Louisiana this _____ day of _____, 2008.

_____
JUDGE