UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
|     CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| PERTAINS TO: ROAD HOME | * | |
|     *Louisiana State* C.A. No. 07-5528 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing *Ex Parte* Motion to Exceed Page Limitations filed by Insurer Defendants;

**IT IS HEREBY ORDERED** that Insurer Defendants' *Ex Parte* Motion to Exceed Page Limitations is granted.

New Orleans, Louisiana this <u>12th</u> day of November, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE