## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION K – JUDGE DUVAL |
| PERTAINS TO: | MAG. (2) – MAG. WILKINSON |
| INSURANCE: AGUILAR, 07-4852 | |

### O R D E R

Considering the foregoing Motion to Enroll;

**IT IS ORDERED** that Thomas M. Young of Hebbler & Giordano, L.L.C. be and is hereby allowed to enroll as counsel of record for Defendant, Auto Club Family Insurance Company, along with Thomas M. Richard of Chopin, Wagar, Richard & Kutcher, L.L.C.

New Orleans, Louisiana, this __12th__ day of November, 2008.

_____
JUDGE

1