**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO: BARGE
Boutte, No. 05-5531
Mumford, No. 05-5724
Lagarde, No. 06-5342
Perry, No. 06-6299
Benoit, No. 06-7516

CIVIL ACTION

NO. 05-4182 "K" (2)

JUDGE DUVAL

MAG. WILKINSON

**ORDER**

Considering the foregoing ex parte motion filed on behalf of the Orleans Levee District,

IT IS ORDERED that the Orleans Levee District is hereby granted leave to file the accompanying Reply Memorandum in Support of its previously filed Motion for Summary Judgment (Doc. 15059).

New Orleans, Louisiana, this __12th__ day of _____November_____, 2008.

_____
HON. STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

- 1 -