UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182** |
| | **SECTION "K"** |
| **THIS DOCUMENT RELATES TO:** Insurance | **MAGISTRATE (2)** |
| **No. 07-5112,** *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of** LUCRETIA BRISCOE regarding 2432- 2432 1/2-2434 ONZAGA ST., NEW ORLEANS, LA 70119; ROLAND JOHNSON, RUBY JOHNSON regarding 10211 Chevy Chase, NEW ORLEANS, LA 70127; Ruby Johnson regarding 7119 Barrington St, NEW ORLEANS, LA 70128; Joseph Dorsa, Ann Dorsa regarding 105 Genet Drive, Arabi, LA 70032; Roy Singleton, Jean Singleton regarding 1605-07 Louisa St, New Orleans, LA 70117; Roy Singleton, Jean Singleton regarding 826-28 France St, New Orleans, LA 70117; Brenda Hunter-Landry, Vincent J. Hunter regarding 5447 Royal St., New Orleans, LA 70117; LISA PICKETT regarding 1618 KERLEREC ST, NEW ORLEANS, LA 70116; BERNEAL Bell regarding 4117 1/2 THALIA ST., NEW ORLEANS, LA 70125; Mabel Watson regarding 5625/27 Royal St., New Orleans, LA 70117; James Brown, Elmira Brown regarding 5437 Grand Bayou Dr., New Orleans, LA 70129; Daniel Morning regarding 6228 Erin Dr., New Orleans, LA 70126; Earl Gabriel regarding 2504 Mistletoe St., New Orleans, LA 70118; Brandon Lewis regarding 2300 Torres Dr., Violet, LA 70092; JoCarol St. Phillip, Leo J. St. Phillip, Jr. regarding 305 Bear Dr., Arabi, LA 70032; Leo Alvarez, Elmer Alvarez regarding 1323 Congress St., New Orleans, LA 70117; Diane Richard regarding 4874 Redwood St., New Orleans, LA 70127; Joy Babin regarding 2755 Higgins Blvd., New Orleans, LA 70126; Gable Watkins regarding 4835 Good Dr., New Orleans, LA 70127; Edward Ducos, Rosa T. Ducos regarding 1300 Chickasaw Ave., Metairie, LA 70005; George Balthazar regarding 4809-11 Rosemont Pl., New Orleans, LA 70126; Ernest Carrie, Mary Ann Carrie regarding |

|  | 4613 Lonley Oak Dr., New Orleans, LA 70126; Anthony Bellow, Melveen Bellow regarding 2469 & 2471 N. Prieur, New Orleans, LA 70117; Larry White, Cheryl White regarding 22 Kristen Ct., New Orleans, LA 70128; Rosemary Evans regarding 6704 Tara Ln., New Orleans, LA 70126; Collete Ricaud regarding 5516 Wildair Dr., New Orleans, LA 70122; Althea Coleman regarding 8071 Dwyer Rd., New Orleans, LA 70126; Ernest Ferrier, Consuela W. Ferrier regarding 7430 Arbor Dr., New Orleans, LA 70126; Linda McBride, Linda Clark regarding 5451 Edenboro Rd., New Orleans, LA 70127; Teresa Maglapit-Vida regarding 2708-10 N. Rampart St., New Orleans, LA 70117; Willie Ford, Mary Martin regarding 5849 Whipple St., New Orleans, LA 70117; Ethel Smith-Jones regarding 9126 Peach St, New Orleans, LA 70118; Lillian Brooks regarding 2105 Senko Rd, Violet, LA 70092; Susan Gilmore regarding 2404 Jean Lafitte Parkway, Chalmette, LA 70043; Nykisha Morgan regarding 5108 Wenthworth Dr, New Orleans, LA 70126 |
|---|---|

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) LUCRETIA BRISCOE regarding 2432- 2432 1/2-2434 ONZAGA ST., NEW ORLEANS, LA 70119; ROLAND JOHNSON, RUBY JOHNSON regarding 10211 Chevy Chase, NEW ORLEANS, LA 70127; Ruby Johnson regarding 7119 Barrington St, NEW ORLEANS, LA 70128; Joseph Dorsa, Ann Dorsa regarding 105 Genet Drive, Arabi, LA 70032; Roy Singleton, Jean Singleton regarding 1605-07 Louisa St, New Orleans, LA 70117; Roy Singleton, Jean Singleton regarding 826-28 France St, New Orleans, LA 70117; Brenda Hunter-Landry, Vincent J. Hunter regarding 5447 Royal St., New Orleans, LA 70117; LISA PICKETT regarding 1618 KERLEREC ST, NEW ORLEANS, LA 70116; BERNEAL Bell regarding 4117 1/2 THALIA ST., NEW ORLEANS, LA 70125; Mabel Watson regarding 5625/27

Royal St., New Orleans, LA 70117; James Brown, Elmira Brown regarding 5437 Grand Bayou Dr., New Orleans, LA 70129; Daniel Morning regarding 6228 Erin Dr., New Orleans, LA 70126; Earl Gabriel regarding 2504 Mistletoe St., New Orleans, LA 70118; Brandon Lewis regarding 2300 Torres Dr., Violet, LA 70092; JoCarol St. Phillip, Leo J. St. Phillip, Jr. regarding 305 Bear Dr., Arabi, LA 70032; Leo Alvarez, Elmer Alvarez regarding 1323 Congress St., New Orleans, LA 70117; Diane Richard regarding 4874 Redwood St., New Orleans, LA 70127; Joy Babin regarding 2755 Higgins Blvd., New Orleans, LA 70126; Gable Watkins regarding 4835 Good Dr., New Orleans, LA 70127; Edward Ducos, Rosa T. Ducos regarding 1300 Chickasaw Ave., Metairie, LA 70005; George Balthazar regarding 4809-11 Rosemont Pl., New Orleans, LA 70126; Ernest Carrie, Mary Ann Carrie regarding 4613 Lonley Oak Dr., New Orleans, LA 70126; Anthony Bellow, Melveen Bellow regarding 2469 & 2471 N. Prieur, New Orleans, LA 70117; Larry White, Cheryl White regarding 22 Kristen Ct., New Orleans, LA 70128; Rosemary Evans regarding 6704 Tara Ln., New Orleans, LA 70126; Collete Ricaud regarding 5516 Wildair Dr., New Orleans, LA 70122; Althea Coleman regarding 8071 Dwyer Rd., New Orleans, LA 70126; Ernest Ferrier, Consuela W. Ferrier regarding 7430 Arbor Dr., New Orleans, LA 70126; Linda McBride, Linda Clark regarding 5451 Edenboro Rd., New Orleans, LA 70127; Teresa Maglapit-Vida regarding 2708-10 N. Rampart St., New Orleans, LA 70117; Willie Ford, Mary Martin regarding 5849 Whipple St., New Orleans, LA 70117; Ethel Smith-Jones regarding 9126 Peach St, New Orleans, LA 70118; Lillian Brooks regarding 2105 Senko Rd, Violet, LA 70092; Susan Gilmore regarding 2404 Jean Lafitte Parkway, Chalmette, LA 70043; Nykisha Morgan regarding 5108 Wenthworth Dr, New Orleans, LA 70126, who wish to voluntarily dismiss the claims against Defendant(s) Allstate Insurance Company, in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY:   /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 12th day of August, 2008.

   /s/ Joseph M. Bruno
Joseph M. Bruno