UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: LEVEE<br>　　　　Bourgeois (06-5131)<br>　　　　Ferdinand (06-5132)<br>　　　　Christophe (06-5134)<br>　　　　Williams (06-5137)<br>　　　　Porter (06-5140) | SECTION "K"(2) |

## JUDGMENT

Considering the foregoing order,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment herein in favor of Defendant, the Board of Commissioners of the Port of New Orleans, and against all Plaintiffs in the above-named actions, dismissing the complaints with prejudice, with all parties to bear their own costs.

New Orleans, Louisiana, this __12th__ day of November, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE