UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br>INSURANCE (Ancar, No. 07-4853) | * <br> * | |

### ORDER

IT IS ORDERED that the above numbered and entitled cause, as it pertains to **PAUL VERSOWSKY AND SYLVIA VERSOWSKY**, be and the same is hereby dismissed, with prejudice, each party to bear their own costs of court.

NEW ORLEANS, LOUISIANA, this 12th day of November, 2008

UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA