UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 (K)(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO:   INSURANCE *Kiefer, et al. v. Allstate, et al.*   06-5370 As to Plaintiffs Kevin and Tina Brown | |

## MOTION FOR LIMITED REOPENING OF CASE TO DISMISS CLAIMS OF KEVIN AND TINA BROWN

NOW INTO COURT, through undersigned counsel, come plaintiffs Kevin Brown and Tina Brown, who respectfully request that their claim against defendant Certain Underwriters at Lloyd's London be dismissed with prejudice from *Kiefer,* et al. *v. Allstate*, et al. as all claims have been compromised and settled.

This Motion seeks the limited reopening of the *Kiefer* case to dismiss Kevin and Tina Brown's claims in the above named and captioned litigation. Accordingly, plaintiffs move this Court for an entry of an order to (1) reopen the *Kiefer, et al.* proceeding, No. 06-5370, with respect to Certain Underwriters at Lloyd's London for the limited purpose of addressing this Motion, and (2) dismiss with prejudice, and at each party's cost, all claims asserted by plaintiffs Kevin and Tina

Brown against Certain Underwriters at Lloyd's London in the *Kiefer* complaint.

Defense counsel has been contacted and has no opposition to the dismissal of Kevin and Tina Brown's claims against Certain Underwriters at Lloyd's London pending in the *Kiefer* complaint.

**WHEREFORE,** plaintiffs Kevin Brown and Tina Brown request that this Court enter an order as set forth above.

Respectfully submitted,

/s/ Calvin C. Fayard, Jr.
Wanda J. Edwards, #27448
Calvin C. Fayard, Jr., #5486
Fayard and Honeycutt, APC
519 Florida Avenue, SW
Denham Springs, Louisiana 70726
Telephone: 225/664-4193

and

Peyton P. Murphy, #22125
7035 Jefferson Highway
Baton Rouge, LA 70806
(225) 928-8800

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in the captioned matter.

/s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr.