UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> §<br>§ <br> PERTAINS TO: INSURANCE § <br> *Kiefer, et al. v. Allstate, et al.* 06-5370 § <br> As to Plaintiff Georgia Coleman § <br> § | CIVIL ACTION <br> NO. 05-4182 (K)(2) <br> JUDGE DUVAL <br> MAG. WILKINSON |

**MOTION FOR LIMITED REOPENING
OF CASE TO DISMISS CLAIMS OF GEORGIA COLEMAN**

NOW INTO COURT, through undersigned counsel, comes plaintiff Georgia Coleman, who respectfully requests that her claim against defendant The Standard Fire Insurance Company (Travelers) be dismissed with prejudice from *Kiefer,* et al. *v. Allstate*, et al. as all claims have been compromised and settled.

This Motion seeks the limited reopening of the *Kiefer* case to dismiss Georgia Coleman's claims in the above named and captioned litigation. Accordingly, plaintiff moves this Court for an entry of an order to (1) reopen the *Kiefer, et al.* proceeding, No. 06-5370, with respect to The Standard Fire Insurance Company (Travelers) for the limited purpose of addressing this Motion, and (2) dismiss with prejudice, and at each party's cost, all claims asserted by plaintiff Georgia Coleman

against The Standard Fire Insurance Company (Travelers) in the *Kiefer* complaint.

Defense counsel has been contacted and has no opposition to the dismissal of Georgia Coleman's claims against The Standard Fire Insurance Company (Travelers) pending in the *Kiefer* complaint as the case has been fully compromised and settled.

**WHEREFORE,** plaintiff Georgia Coleman requests that this Court enter an order as set forth above.

Respectfully submitted,

/s/ Calvin C. Fayard, Jr.
Wanda J. Edwards, #27448
Calvin C. Fayard, Jr., #5486
Fayard and Honeycutt, APC
519 Florida Avenue, SW
Denham Springs, Louisiana 70726
Telephone: 225/664-4193

and

Peyton P. Murphy, #22125
7035 Jefferson Highway
Baton Rouge, LA 70806
(225) 928-8800

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in the captioned matter.

/s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr.