UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, Robinson (06-2268) | § | |
| | § | |

DEFENDANT UNITED STATES' EX PARTE MOTION
FOR LEAVE TO FILE CORRECTED BRIEF

After filing its Reply Memorandum in Support of the United States' Motion for Partial Summary Judgment (Doc. 16288), counsel belatedly discovered errors in six citations. To avoid confusion and assist the Court in its consideration of the motion, the United States respectfully seeks leave to file a corrected reply brief. The corrected brief, which only corrects the erroneous citations, is being submitted as Exhibit 1 to the instant motion. A proposed order is also attached.

Respectfully submitted,

 s/ Paul Levine
PAUL LEVINE
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C. 20044
(202) 616-4289 / (202) 616-5200 (Fax)
Attorney for the Defendant United States

CERTIFICATE OF SERVICE

    I certify that the foregoing document was served by ECF on all counsel of record on November 12, 2008.

                                           s/   Paul Levine
                                           PAUL LEVINE