MINUTE ENTRY
WILKINSON, M.J.
NOVEMBER 10, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE<br>    Mass Joinder Cases (Lafayette Ins. Co.)<br><br>    <u>Abadie</u>  06-5164<br>    <u>Abadie</u>  07-5112<br>    <u>Aaron</u>  06-4746<br>    <u>Aguilar</u>  07-4852 | JUDGE DUVAL<br>MAG. WILKINSON |

Two separate followup status conferences by telephone were conducted by the undersigned magistrate judge on November 10, 2008 in the referenced "Insurance-Mass Joinder" cases.  Participating were: Joseph M. Bruno and Joseph Rausch, representing plaintiffs; Seth Schmeekle, Defense Liaison Counsel; Howard Kaplan and Chase Chassaignac, representing defendant, Lafayette Insurance Company.

Counsel described their settlement efforts in the cases. The pace and results of those efforts concerning claims asserted against defendant Lafayette Insurance Company

MJSTAR:  **0:25**

has improved dramatically and are now satisfactory to the court. Counsel will be continuing in those efforts, subject to the January 8, 2009 deadline in connection with the call docket that has been or will be scheduled for that date in these and all other "Insurance Mass Joinder" cases in this consolidated litigation.

The status and future handling of claims asserted in these cases concerning "forced place" policies were also discussed, and counsel will address those claims, including the possibility of motion practice concerning them, prior to the January 8, 2009 call docket.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**