# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 SECTION "K" (2) |

*severed from Abadie*, 06-5164

| | |
|---|---|
| MILDRED GOSSERAND, **Plaintiff** | CIVIL ACTION No. 07-2633 SECTION "K" (2) |

VS.

STATE FARM FIRE AND CASUALTY
COMPANY,
        **Defendant**
*******************************************************************************

## ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiff, Mildred Gosserand, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this 12th day of November, 2008.

_____
USDC JUDGE STANWOOD R. DUVAL, JR.
Section "K," Magistrate 2

{N0084900}