**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
A LAW CORPORATION
SUITE 2775 PAN AMERICAN LIFE CENTER
601 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Seth A. Schmeeckle
Tel: (504) 568-1990
Direct: (504) 310-9118

Fax: (504) 310-9195
e-mail: sschmeeckle@lawla.com

November 7, 2008

*Via Telefax: (504) 589-7633*
The Honorable Joseph C. Wilkinson, Jr.
United State District Court
Eastern District of Louisiana
United States Magistrate Judge
500 Poydras Street, Room B409
New Orleans, Louisiana 70130

RECEIVED NOV - 7 2008
CHAMBERS OF U.S. MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR.

Re: **Connie Abadie, et al. v. Aegis, et al.**
USDC - EDLA No.: 06-5164, Section "K"
Our File No. 21594-06521

Dear Magistrate Judge Wilkinson:

    In follow up to the status conference of yesterday concerning duplicate representations and in my capacity as counsel for The Hartford Insurance Company of the Midwest, please be advised that the following individual appears to have lodged two suits, each by a different lawyer, regarding the same Hurricane Katrina claim:

    Isaac Belizan, represented by Mr. Joe Bruno in the Abadie, et al v. Aegis, et al, No. 06-5164 matter on the docket of the EDLA and he is likewise represented by Mr. Daniel Becnel in Belizan v. Hartford Insurance Company, No. 08-3105 on the docket of the EDLA.

    If the Court were so inclined to hold a status conference akin to yesterday's conference to resolve the duplicate representation issue, judicial economy may best served and it would be much appreciated.

    With best regards, I am

Respectfully,

Seth A. Schmeeckle

SAS/msb
cc: Joe Bruno, Esq. (via e-mail)
    Daniel Becnel, Esq. (via e-mail)