

J. Van Robichaux, Jr.*
Brian D. Page
Michael A. Gorbaty**
*admitted in Louisiana & Colorado
**Special Counsel

November 5, 2008

*This letter was sent via fax number 504-589-7633*

Magistrate Joseph C. Wilkinson, Jr.
500 Poydras Street
Room B409
New Orleans, LA 70130

RE:   Call Docket/Show Cause Order of 10/06/08

Dear Magistrate Wilkinson,

I am writing to inform you that Brian Page represents all the clients in all the cases that I am listed on in these hurricane cases referenced in your 10/06/08 order. He will be in your court in person tomorrow 10:30 a.m. If you need anything else, please do not hesitate to call.

With kindest regards, I remain,

Very truly yours,

J. Van Robichaux, Jr.
Attorney at Law
Robichaux Law Firm



Central Mailing Address • PO Box 792500 • New Orleans, LA • 70179
Capital One Building • 6305 Elysian Fields Avenue • Suite 406 • New Orleans, LA 70122
Telephone: (504) 286-2022 • Fax: (504) 286-2044 • e-mail: info@robichauxlaw.com • www.robichauxlaw.com
Chalmette • Metairie • New Orleans • Northshore • Westbank