**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
A LAW CORPORATION
SUITE 2775 PAN AMERICAN LIFE CENTER
601 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Seth A. Schmeeckle
Tel: (504) 568-1990
Direct: (504) 310-9118

Fax: (504) 310-9195
e-mail: sschmeeckle@lawla.com

November 7, 2008

*Via Telefax: (504) 589-7633*
The Honorable Joseph C. Wilkinson, Jr.
United State District Court
Eastern District of Louisiana
United States Magistrate Judge
500 Poydras Street, Room B409
New Orleans, Louisiana 70130

Re: Connie Abadie, et al. v. Aegis, et al.
USDC - EDLA No.: 06-5164, Section "K"
Our File No. 21594-06521

Dear Magistrate Judge Wilkinson:

In follow up to the status conference of yesterday concerning duplicate representations and in my capacity as counsel for The Hanover Insurance Company, please be advised that the following individual appears to have lodged two suits, each by a different lawyer, regarding the same Hurricane Katrina claim:

1. Ms. Shirley Crawford is represented by Mr. Joe Rausch in the Aguilar, et al v. ALEA London Limited, et al, matter No. 07-4852 on the docket of the EDLA and by Mr. Daniel Becnel in the Alexander, et al. vs. Automobile Club Inter-Insurance Exchange, et al. matter No. 07-4538 on the docket of the EDLA.

2. Mr. Allen Desvignes is represented by Mr. Joe Rausch in the Aaron, et al v. AIG Centennial Insurance Co., No. 06-4746 on the docket of the EDLA and by Mr. Daniel Becnel in the Desuignes v. Hanover Insurance Company matter No. 08-2783 matter on the docket of the EDLA.

If the Court were so inclined to hold a status conference akin to yesterday's conference to resolve the duplicate representation issue, judicial economy may best served and it would be much appreciated.

With best regards, I am

Respectfully,

Seth A. Schmeeckle

SAS/msb
cc: Joe Bruno, Esq. (via e-mail)
    Daniel Becnel, Esq. (via e-mail)

RECEIVED
NOV - 7 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.