UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE 07-3421 (Gordon v. Allstate) | * * * | |

## ORDER

Considering the foregoing;

IT IS HEREBY ORDERED that the claims of Morris and Gloria Gordon against Allstate Insurance Company are hereby dismissed, with prejudice.

New Orleans, Louisiana this __13th__ day of __November__, 2008.

_____
JUDGE