UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO:<br>Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of Gertrude Esteves, Emanuel Esteves regarding 4543 Cartier Street, New Orleans, LA 70122** |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss without Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiff Gertrude Esteves, Emanuel Esteves regarding 4543 Cartier Street, New Orleans, LA 70122 against Defendants Travelers Property Casualty Insurance Company, Travelers Casualty and Surety Company, Travelers Home and Marine Insurance Company, The Travelers Indemnity Company of America, The Standard Fire Insurance Company, St. Paul Fire and Marine Insurance Company, St. Paul Travelers Insurance, in the above captioned matter only, be dismissed without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 13th day of November, 2008.

_____
United States District Judge