UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION <br><br> PERTAINS TO: INSURANCE <br> *Kiefer, et al. v. Allstate, et al.* 06-5370 <br> As to Plaintiffs Kevin and Tina Brown | CIVIL ACTION <br> NO. 05-4182 (K)(2) <br> JUDGE DUVAL <br> MAG. WILKINSON |

## ORDER

**IT IS ORDERED** that the above entitled and numbered cause which is administratively stayed, be opened for the limited purposes expressed herein; and

**IT IS FURTHER ORDERED** that the above entitled and numbered cause be and it hereby is dismissed with prejudice only as to plaintiffs Kevin and Tina Brown, and their claims against their insurer and defendant Certain Underwriters at Lloyd's London, as to all demands, all parties to bear their own costs.

New Orleans, Louisiana, this __13th__ day of __November__, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE