UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | Case No.:  05-4182 |
| PERTAINS TO:  BARGE | And consolidated cases |
| *Boutte v. Lafarge*       05-5531 | SECTION "K" (2) |
| *Mumford v. Ingram*   05-5724 | |
| *Lagarde v. Lafarge*    06-5342 | Hon. Stanwood R. Duval, Jr. |
| *Perry v. Ingram*         06-6299 | Magistrate Judge Joseph C. Wilkinson, Jr. |
| *Benoit v. Lafarge*       06-7516 | |
| *Parfait Family v. USA* 07-3500 | |

### ORDER GRANTING MOTION TO INCREASE PAGE LIMITS

Considering Lafarge North America Inc.'s Consent Motion for Leave of Court to File a Memorandum in Opposition to Motion for Class Certification in Excess of Page Length Limitation,

It is ordered that the motion is GRANTED.

Lafarge North America Inc. may file a memorandum in opposition to plaintiffs' motion for class certification in excess of the provisions of the Local Rules. The memorandum may not exceed 60 pages in length, excluding any table of authorities, table of contents, or exhibits.

New Orleans, Louisiana this  13th  day of November, 2008.

_____
HON. STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

1199634-1