UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K"(2) |
| PERTAINS TO: | JUDGE: DUVAL |
| *Alexander* C.A. No. 07-4538 | MAGISTRATE: WILKINSON |

## ORDER

Considering the foregoing Joint Motion to Dismiss;

IT IS ORDERED that the Complaint of Edrrean Jackson Gathright, against Allstate Insurance Company be and is hereby **DISMISSED,** with Prejudice.

Thus done and signed at _____, Louisiana on this \_\_\_\_ day of _____, 2008.

_____
DISTRICT COURT JUDGE