UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182 "K" (2)<br>*<br>* JUDGE STANWOOD R. DUVAL<br>*<br>* MAG. JUDGE JOSEPH C. WILKINSON, JR.<br>* |

*THIS PLEADING APPLIES TO:* **BARGE**

| | |
|---|---|
| *Boutte v. Lafarge* | C.A. No. 05-5531 |
| *Mumford v. Ingram* | C.A. No. 05-5724 |
| *Lagarde v. Lafarge* | C.A. No. 06-5342 |
| *Perry v. Ingram Barge* | C.A. No. 06-6299 |
| *Benoit v. Lafarge* | C.A. No. 06-7516 |

**AGREED MOTION OF LAFARGE NORTH AMERICA INC.
TO SUBSTITUTE CERTAIN THIRD-PARTY DEFENDANTS AND TO DISMISS THE
SOUTHEAST LOUISIANA FLOOD PROTECTION AUTHORITY - EAST**

Come now Third-Party Plaintiff Lafarge North America Inc. ("LNA"), with the consent of Third-Party Defendant Southeast Louisiana Flood Protection Authority – East ("SLFPA – East"), the Orleans Levee District ("OLD"), and the Lake Borgne Basin Levee District ("LBBLD"), and hereby moves the Court to enter the accompanying Agreed Order Substituting Certain Third-Party Defendants.  In support of this motion, LNA states as follows:

1199322-1

1.      On September 27, 2007, in *Parfait Family* (Case No. 07-3500), LNA filed cross-claims against, among others, the SLFPA - East.  Doc. 8060.  In relevant part, that cross-claim alleged that the SLFPA-East was liable for the acts and omissions of the OLD and the LBBLD.

2.      On November 14, 2007, LNA filed a Third-Party Complaint in the five cases listed in the caption above, asserting claims against, among others, the SLFPA – East.  Doc. 9032.  The Third-Party Complaint alleged that the SLFPA – East is liable for the acts and omissions of the OLD and the LBBLD.

3.      On March 26, 2008, the SLFPA-East filed a motion to dismiss LNA's claim against it in *Parfait Family*.  Doc. 11784.  However, the SLFPA-East inadvertently did not move to dismiss LNA's Third-Party Complaint in the five cases listed above.

4.      Subsequently, LNA, the SLFPA – East, the OLD, and the LBBLD agreed that, in *Parfait Family*, LNA's claim against the SLFPA-East would be dismissed without prejudice and that, in its place, the OLD and the LBBLD would be added as Third-Party Defendants.  On June 26, 2008, LNA's motion to file that third-party complaint against the OLD and the LBBLD in *Parfait Family* was granted.  Doc. 13647.  That same day, LNA's cross-claim against the SLFPA-East in *Parfait Family* was dismissed without prejudice.  Doc. 13639.

5.      By the present motion, LNA, the SLFPA – East, the OLD, and the LBBLD agree to effectuate, in each of the five cases listed in the caption above, a substitution of parties, by which the OLD and the LBBLD will be substituted for the SLFPA – East.  As a result, the SLFPA – East will no longer be a third-party defendant in these cases and will be dismissed without prejudice, and the OLD and the LBBLD will become third-party defendants instead.  In addition, because the OLD and the LBBLD have previously filed motion to dismiss LNA's third-party complaint in Parfait Family and those motions are fully briefed, the parties agree that those

motions (Docs. 14411 and 14648) and LNA's opposition to those motions (Doc. 15216), along with the LBBLD's Reply Memorandum (Doc. 15585) and LNA's Sur-reply Memorandum (Doc. 15707), shall also be deemed to apply to each of the five above-listed cases to avoid the need for duplicative filings.

6. Further, the LBBLD moves to adopt the arguments contained in the motions for summary judgment filed by the Board of Commissioners for the Port of New Orleans ("Dock Board") (Doc. 14710) and the OLD (Doc. 15059) in the five cases listed in the caption above, along with the Dock Board's Reply Memorandum (Doc. 16339) and the OLD's Reply Memorandum (Doc. 16349). LNA moves to adopt its opposition to those motions (Doc. 16267), along with its Sur-reply Memorandum (Doc. 16351).

7. Counsel for the SLFPA – East, the OLD, and the LBBLD have authorized the undersigned to represent that their clients agree to the relief requested in this motion.

8. A proposed agreed order accompanies this motion.

    Respectfully submitted,

/s/ Derek A. Walker
Robert B. Fisher, Jr. (#5587)
Derek A. Walker (#13175)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com

John D. Aldock
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4240

        Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715

*Attorneys for Lafarge North America Inc.*

## Certificate of Service

I hereby certify that I have on this 14th day of November, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/s/ Derek A. Walker

1199322-1      4