UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * <br> * NO. 05-4182 "K" (2) <br> * <br> * JUDGE STANWOOD R. DUVAL <br> * <br> * MAG. JUDGE JOSEPH C. WILKINSON, JR. <br> * |

*THIS PLEADING APPLIES TO:*   **BARGE**

| | |
|---|---|
| *Boutte v. Lafarge* | C.A. No. 05-5531 |
| *Mumford v. Ingram* | C.A. No. 05-5724 |
| *Lagarde v. Lafarge* | C.A. No. 06-5342 |
| *Perry v. Ingram Barge* | C.A. No. 06-6299 |
| *Benoit v. Lafarge* | C.A. No. 06-7516 |

**AGREED ORDER SUBSTITUTING
CERTAIN THIRD-PARTY DEFENDANTS AND DISMISSING THE SOUTHEAST
LOUISIANA FLOOD PROTECTION AUTHORITY - EAST**

With the consent of Third-Party Plaintiff Lafarge North America Inc. ("LNA"), Third-Party Defendant Southeast Louisiana Flood Protection Authority – East ("SLFPA – East"), the Orleans Levee District, and the Lake Borgne Levee District, it is hereby ORDERED:

1.      The Orleans Levee District and the Lake Borgne Basin Levee District are hereby substituted for the SLFPA – East in the Third-Party Complaint (Doc. 9032);

2. All references in the Third-Party Complaint to the SLFPA – East are hereby amended to refer to the Orleans Levee District and/or the Lake Borgne Basin Levee District, as applicable, and the SLFPA-East is hereby dismissed, without prejudice, from the five cases listed in the caption above.

3. To avoid the need for duplicative filings, the motions to dismiss previously filed by the Orleans Levee District (Doc 14648) and the Lake Borgne Basin Levee District (Doc. 14411) in Case No. 07-3500 (Parfait Family), and LNA's opposition to those motions (Doc. 15216), along with the Lake Borgne Basin Levee District's Reply Memorandum (Doc. 15585) and LNA's Sur-reply Memorandum (Doc. 15707),which are pending before this Court, shall be deemed to apply to the five above-listed cases as well.

4. Further, to avoid the need for duplicative filings, the Lake Borgne Basin Levee District is deemed to have adopted the arguments contained in the motions for summary judgment filed by the Board of Commissioners for the Port of New Orleans ("Dock Board") (Doc. 14710) and the OLD (Doc. 15059) in the five cases listed in the caption above, along with the Dock Board's Reply Memorandum (Doc. 16339) and the OLD's Reply Memorandum (Doc. 16349). LNA's opposition to those motions (Doc. 16267), along with its Sur-reply Memorandum (Doc. 16351), are deemed to apply to the Lake Borgne Basin Levee District.

New Orleans, Louisiana, this _____ day of November, 2008.

_____
HON. STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE