PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EPA | 016 | EPA-016-000000001 | EPA-016-000011212 | United States Environmental Protection Agency; Water Quality Protection Division; Region 6 | Patricia Taylor | KC979 | 11/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Lake Borgne project e-mails date 7/10/93 to 9/10/08 |
| NED | 273 | NED-273-000000001 | NED-273-000000268 | USACE;MVD;MVN; CEMVN-ED | John Bivona | KC980 | 11/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Original specifications for Bayou Dupre |
| DAG | 001 | DAG-001-000000001 | DAG-001-000000001 | US Coast and Geodetic Survey | Special Media Archive Services, National Archives, College Park MD | KC981 | 11/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | T Chart - Belle Chase to Dellacroix Island LA. |
| DAG | 001 | DAG-001-000000002 | DAG-001-000000002 | US Coast and Geodetic Survey | Special Media Archive Services, National Archives, College Park MD | KC981 | 11/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | T Chart - Proctor Point to East Branch Bayou, St. Malo LA. |
| DAG | 001 | DAG-001-000000003 | DAG-001-000000003 | St Bernard Parish, LA | Special Media Archive Services, National Archives, College Park MD | KC981 | 11/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Progressive Military Map |