UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION NO. 05-4182 |
| PERTAINS TO SEVERED MASS JOINDER CASES | * SECTION K (2) |
| Severed from Ailes 06-7822 | |
| SYLVIA HARNESS | * CIVIL ACTION NO. 07-1568 |
| VERSUS | * SECTION K (2) |
| STATE FARM FIRE AND CASUALTY COMPANY | * |

**************************************

### JOINT MOTION & ORDER TO DISMISS WITH PREJUDICE

ON MOTION of defendant, State Farm Fire and Casualty Company, and plaintiff, Sylvia Harness, appearing herein through undersigned counsel of record, and on suggesting to the court that this cause has been compromised and settled and therefore they desire to dismiss this suit, with prejudice, each party to bear its own costs.

_____
ROBICHAUX LAW FIRM
J. Van Robichaux, Jr. -- 11338
Brian D. Page -- 30941
CAPITAL ONE BUILDING
6305 Elysian Fields Ave, Suite 406
New Orleans, LA 70122
Ph:  504-286-2022
Fax:  504-286-2044

_____
ROY C. BEARD (#17461)
MCCRANIE, SISTRUNK, ANZELMO,
HARDY, MAXWELL & MCDANIEL
3445 N. Causeway Blvd., 8th Floor
Metairie, LA 70002
Telephone: (504) 831-0946