MINUTE ENTRY
WILKINSON, M.J.
NOVEMBER 13, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION  NO. 05-4182 |
| PERTAINS TO:  INSURANCE        LeSea, 07-4462 | SECTION "K" (2) |

Pursuant to my order of October 1, 2008, a followup conference concerning the status of settlement efforts in the referenced LeSea case was conducted by me on this date. Participating via telephone were Brian D. Katz, representing plaintiff; Gregory Moore, representing defendant.

Counsel reported that they participated in a private mediation on November 10, 2008, and that while no settlement was reached, settlement possibilities were fully discussed. They reported that additional discussions will occur in the next few days and that they anticipate that substantial progress toward settlement will be made in those discussions. Considering the representations of counsel, IT IS ORDERED that further action by the court in the referenced case will be DEFERRED, but only for one week.

MJSTAR:  **0:20**

IT IS FURTHER ORDERED that counsel must jointly contact my office, via telephone at 504-589-7630, for a follow-up settlement conference on November 20, 2008 at 3:00 p.m. If the case has not been settled at that time, counsel must be prepared to report to me and discuss the specific settlement proposals that have been exchanged, so that I may determine whether the case should be deconsolidated from the captioned consolidated litigation and set for trial.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.