UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re | CIVIL ACTION NO. 05-4182 |
| **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | SECTION "K" (2) |
| | JUDGE DUVAL |
| | MAGISTRATE JUDGE WILKINSON |

**PERTAINS TO:**

**MRGO:**

**NO. 06-2268 (Robinson)**

### MOTION FOR LEAVE TO FILE *AMICUS* OPPOSITION TO UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT

Universal Health Services, Inc. ("UHS"), a plaintiff in individual suits consolidated with this matter,[1] moves for leave of Court to file an *amicus* opposition to the Motion for Partial Summary Judgment filed by the United States of America ("Defendant"). The outcome of Defendant's motion

---

[1] *Universal Health Servs, Inc. v. United States*, No. 07-5016 (E.D. La. filed Aug. 29, 2007); *Universal Health Servs, Inc. v. United States*, No. 07-5254 (E.D. La. filed Aug. 30, 2007); *Universal Health Servs, Inc. v. United States*, No. 07-5286 (E.D. La. filed Aug. 31, 2007); *Universal Health Servs, Inc. v. United States*, No. 07-5350 (E.D. La. filed Sept. 4, 2007).

will have a substantial effect on UHS's claims in its individual suits in the MRGO category of cases, and UHS seeks to protect its interests by filing an *amicus* opposition.

In determining whether to permit an *amicus* filing, the Court should consider if the information offered is timely and useful. The relevant jurisprudence demonstrates that the "timely" factor does not refer specifically to the Courts motion practice deadlines but is designed to prevent unnecessary delays. In this instance, UHS's *amicus* Opposition will not cause an unnecessary delay, as the hearing date is more than a month away.[2] As for the "useful" requirement, UHS's *amicus* opposition directly addresses statements about causation made by the Defendant in its pleadings that are contrary to Louisiana law and jurisprudence.

UHS's *amicus* brief will not unnecessarily delay the disposition of this litigation, and the issues and critiques presented therein will aid the Court in analyzing the memoranda filed by the parties and the pertinent law and jurisprudence. As such, UHS's Motion for Leave to File *Amicus* Opposition to United States' Motion for Partial Summary Judgment should be granted.

---

[2] *See Ysleta Del Sur Pueblo v. El Paso Water Improvement Dist. No.1*, 222 F.3d 208, 209 (5th Cir. 2000); *Long v. Coast Resorts, Inc.*, 49 F. Supp. 2d 1177, 1178 (D. Nev. 1999); *Fluor Corp. & Affiliates*, 35 Fed. Cl. 284, 286 (1996).

s/ James M. Garner
_____
JAMES M. GARNER #19589
DARNELL BLUDWORTH #18801
JOHN T. BALHOFF, II #24288
ASHLEY G. COKER #30446
**SHER GARNER CAHILL RICHTER KLEIN &
  HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**ATTORNEYS FOR UNIVERSAL HEALTH
SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2008 a copy of the above and foregoing has been filed electronically with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ James M. Garner
_____
JAMES M. GARNER