UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re | CIVIL ACTION NO. 05-4182 |
| **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | SECTION "K" (2) |
| | JUDGE DUVAL |
| | MAGISTRATE JUDGE WILKINSON |

**PERTAINS TO:**

**MRGO:**

**NO. 06-2268 (Robinson)**

**O R D E R**

Considering the Motion for Leave to File Amicus Opposition filed by Plaintiff in consolidated matters, Universal Health Services, Inc.:

IT IS ORDERED that the Motion for Leave to File Amicus Opposition to the United States's Motion for Partial Summary Judgment be and hereby is GRANTED.

New Orleans, Louisiana, this _____ day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE
STANWOOD R. DUVAL, JR.