UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182<br><br>SECTION "K(2)" |
| PERTAINS To:<br>SEVERED MASS JOINDER CASE | * * * * | |
| AGUILAR, 07-4852 | * * * * | |
| JOSEPH AGUILAR, III, ET AL<br><br>VERSUS<br><br>ALEA LONDON LTD., ET AL | * * * * * * | CIVIL ACTION NO.: 07-4852<br><br>SECTION "K(2)" |

## MOTION TO LIFT STAY AND FOR LEAVE TO FILE
## MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes Auto Club Family Insurance Company, a named defendant in the above captioned case, moving the Court for an Order lifting the stay in the *Aguilar* case for the limited purpose of permitting Mover to file a motion for summary judgment seeking dismissal of the claims asserted on behalf

-1-

of Darlynn Mason, who is a named plaintiff; for the reasons explained in the accompanying memorandum.

Respectfully Submitted,
**HEBBLER & GIORDANO, L.L.C.**
*Attorneys at Law*

/s/ Thomas M. Young
THOMAS M. YOUNG
Bar No. 7547
Hebbler & Giordano, L.L.C.
3636 S. I-10 Service Road W, Suite 300
Metairie, Louisiana 70001
Telephone: (504) 833-8007
Facsimile: (504) 833-2866
Email: young@hebblergiordano.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2008 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I further certify that there are no known non-CM/ECF participants.

/s/ Thomas M. Young
