UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182<br><br>SECTION "K(2)" |
| PERTAINS To:<br>SEVERED MASS JOINDER CASE | * * * * | |
| AGUILAR, 07-4852 | * * * * | |
| JOSEPH AGUILAR, III, ET AL<br><br>VERSUS<br><br>ALEA LONDON LTD., ET AL | * * * * * | CIVIL ACTION NO.: 07-4852<br><br>SECTION "K(2)" |

## NOTICE OF HEARING

Please take notice that undersigned counsel for Auto Club Family Insurance Company will bring its Motion To Lift Stay And For Leave To File Motion For Summary Judgment for hearing before the Honorable Stanwood R. Duval, Jr. Section "K" on December 10, 2008 at 9:30 a.m.

-1-

Respectfully Submitted,

**HEBBLER & GIORDANO, L.L.C.**
*Attorneys at Law*

*/s/ Thomas M. Young*
THOMAS M. YOUNG
Bar No. 7547
Hebbler & Giordano, L.L.C.
3636 S. I-10 Service Road W, Suite 300
Metairie, Louisiana  70001
Telephone:  (504) 833-8007
Facsimile:  (504) 833-2866
Email: young@hebblergiordano.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2008 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.  I further certify that there are no known non-CM/ECF participants.

*/s/ Thomas M. Young*