UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K(2)" |
| PERTAINS To: SEVERED MASS JOINDER CASE | * * * * | |
| AGUILAR, 07-4852 | * * * * | |
| JOSEPH AGUILAR, III, ET AL | * * | CIVIL ACTION NO.: 07-4852 |
| VERSUS | * * | SECTION "K(2)" |
| ALEA LONDON LTD., ET AL | * | |

## ORDER

Considering the foregoing motion to lift the stay in the *Aguilar* case and for leave to file motion for summary judgment:

IT IS ORDERED that the motion to lift the stay in *Aguilar* and for leave to file motion for summary judgment is GRANTED, and Auto Club Family Insurance Company is allowed to file its Motion for Summary Judgment.

-1-

New Orleans, Louisiana this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE