UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K(2)" |
| PERTAINS To: SEVERED MASS JOINDER CASE | * * * * | |
| AGUILAR, 07-4852 | * * * * | |
| JOSEPH AGUILAR, III, ET AL | * * | CIVIL ACTION NO.: 07-4852 |
| VERSUS | * * | SECTION "K(2)" |
| ALEA LONDON LTD., ET AL | * | |

## ORDER

Considering the foregoing Motion for Summary Judgment filed on behalf of Auto Club Family Insurance Company in the above captioned matters:

IT IS ORDERED that the motion is GRANTED, and that all claims of Darlynn Mason against Auto Club Family Insurance Company in this matter are hereby DISMISSED, with prejudice.

-1-

New Orleans, Louisiana this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE