UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re | CIVIL ACTION NO. 05-4182 |
| KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | SECTION "K" (2) |
| | JUDGE DUVAL |
| | MAGISTRATE JUDGE WILKINSON |

PERTAINS TO:

MRGO:

NO. 06-2268 (Robinson)

### *EX PARTE* MOTION FOR EXPEDITED HEARING ON MOTION FOR LEAVE TO FILE AMICUS OPPOSITION

Universal Health Services, Inc. ("UHS"), a plaintiff in individual suits consolidated with this matter,[1] moves this Court to set for expedited hearing their *Ex Parte* Motion for Leave to File an Amicus Opposition to United States' Motion for Partial Summary Judgment. UHS asks for an

---

[1] *Universal Health Servs, Inc. v. United States*, No. 07-5016 (E.D. La. filed Aug. 29, 2007); *Universal Health Servs, Inc. v. United States*, No. 07-5254 (E.D. La. filed Aug. 30, 2007); *Universal Health Servs, Inc. v. United States*, No. 07-5286 (E.D. La. filed Aug. 31, 2007); *Universal Health Servs, Inc. v. United States*, No. 07-5350 (E.D. La. filed Sept. 4, 2007).

expedited hearing on the Motion for Leave to File an Amicus Opposition, so that its Amicus brief will be considered at the December 18, 2008 hearing.

s/ James M. Garner

_____
JAMES M. GARNER #19589
DARNELL BLUDWORTH #18801
JOHN T. BALHOFF, II #24288
ASHLEY G. COKER #30446
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**ATTORNEYS FOR UNIVERSAL HEALTH SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2008 a copy of the above and foregoing has been filed electronically with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ James M. Garner

_____
JAMES M. GARNER