UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re** | **CIVIL ACTION NO. 05-4182** |
| **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **SECTION "K" (2)** |
| | **JUDGE DUVAL** |
| | **MAGISTRATE JUDGE WILKINSON** |

**PERTAINS TO:**

**MRGO:**

**NO. 06-2268 (Robinson)**

### O R D E R

Considering the *Ex Parte* Motion for Expedited Hearing on Motion for Leave to File Amicus Opposition filed by Plaintiff in consolidated matters, Universal Health Services, Inc.:

IT IS ORDERED that the *Ex Parte* Motion for Expedited Hearing is GRANTED and that Universal Health Services, Inc.'s Motion for Leave to File Amicus Opposition will be heard on the _____ day of _____, 2008.

New Orleans, Louisiana, this _____ day of November, 2008.

                                                      _____
                                                     UNITED STATES DISTRICT JUDGE
                                                     STANWOOD R. DUVAL, JR.