UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO.  05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * | |
| | * | SECTION "K" (2) |
| *Weber v. Lafarge*            08-4459 | * | |
| | * | JUDGE |
| | * | STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAG. |
| | * | JOSEPH C. WILKINSON, JR. |

************************************

## ANSWER

NOW INTO COURT, through undersigned counsel, comes defendant, American

Steamship Owners Mutual Protection and Indemnity Association, Inc. (hereinafter referred to as

"American Club"), and in Answer to the Amended Complaint in Admiralty of plaintiffs, Daniel

Weber, Melba Gibson and Kevin McFarland (hereinafter referred to as "Amended Complaint"),

alleges and avers upon information and belief as follows:

## FIRST DEFENSE

The Amended Complaint fails to state a claim, right, or cause of action against the

American Club upon which relief can be granted.

## SECOND DEFENSE

The American Club avers that the plaintiffs are not the real parties in interest and therefore not entitled to pursue or maintain this action.

## THIRD DEFENSE

The American Club avers and reaffirms all affirmative defenses as stated in its' previous answer to the "Suit for Damages, Trial by Jury," First Supplemental and Amended Complaint, and Second Supplemental and Amended complaint, as if set forth herein *in extenso*.

## FOURTH DEFENSE

The American Club avers that if plaintiffs sustained any damages as alleged, which is specifically denied, then such damages were caused in whole or in part by plaintiffs' own negligence and fault, thereby barring or diminishing any recovery herein.

## FIFTH DEFENSE

Alternatively, the American Club avers that if plaintiffs sustained any damages as alleged, which is specifically denied, then such damages were caused in whole or in part by the negligence and fault of other parties or entities over which the American Club had no control and for whose actions or omissions the American Club cannot be held liable.

## SIXTH DEFENSE

Alternatively, the American Club avers that if plaintiffs sustained any damages as alleged, which is specifically denied, then such damages were caused in whole or in part by the defective design and/or construction of the Inner Harbor Navigation Canal levees and flood walls, as well as the levees and flood walls to the east and north along the Mississippi River Gulf Outlet Canal and Gulf Intracoastal Waterway, Bayou Bienvenu, and related structures, and/or the lack of

- 2 -

inspection and maintenance of these structures, for which the American Club cannot be held liable.

## SEVENTH DEFENSE

Alternatively, in the event that plaintiffs sustained any damages as alleged, which is specifically denied, then the American Club avers that the catastrophic winds and water surge from Hurricane Katrina were the proximate cause of any damages, and therefore defendant is protected from any responsibility or liability because of this *force majeure* event.

## EIGHTH DEFENSE

Alternatively, in the event that plaintiffs sustained any damages as alleged, which is specifically denied, then such damages were the result of an Act of God and/or an inevitable accident.

## NINTH DEFENSE

The American Club specifically avers that Barge ING 4727 did not cause any breach in the Inner Harbor Navigation Canal levee or flood wall and that Barge ING 4727 was not the proximate cause or cause-in-fact of any damages or injuries alleged by plaintiffs.

## TENTH DEFENSE

If damages were sustained, none of which are admitted, then plaintiffs failed to properly mitigate such damages.

## ELEVENTH DEFENSE

The American Club denies that plaintiffs' claims can be certified for treatment as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure.

## TWELFTH DEFENSE

The American Club avers that plaintiffs' claims for punitive damages are not recoverable under the applicable law.

## THIRTEENTH DEFENSE

The American Club avers that at the time of the subject incident the American Club provided certain protection and indemnity insurance to Lafarge North America, Inc., pursuant to Certificate of Entry No. 01729000, which insurance does not provide coverage for the claims asserted. The American Club specifically refers to the terms, conditions, limitations, and exclusions contained in the Certificate of Entry, the American Club's By-Laws and Rules which are incorporated by reference in the aforesaid Certificate of Entry, and/or other policy or membership terms and conditions between Lafarge and the American Club.

## FOURTEENTH DEFENSE

Alternatively, the American Club avers that if any party is entitled to recover against it, which is specifically denied, then the American Club claims the benefit of limitation of liability as provided for in 46 U.S.C. §181, et seq. (and all laws supplementary and amendatory thereto).

## FIFTEENTH DEFENSE

AND NOW, without waiving any of its defenses, and for answer to each of the allegations in plaintiffs' Amended Complaint, the American Club avers as follows:

I.

The allegations contained in Paragraph 1 of the Amended Complaint state legal conclusions which do not require a response. However, to the extent that a response is required, the allegations contained in Paragraph 1 of plaintiffs' Complaint are denied for lack of sufficient

- 4 -

information to justify a belief therein.

II.

The allegations contained in Paragraph 2 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

III.

The allegations contained in Paragraph 3 of plaintiffs Amended Complaint are denied for lack of sufficient information to justify a belief therein.

IV.

The allegations contained in Paragraph 4 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

V.

The allegations contained in Paragraph 5 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

VI.

The allegations contained in Paragraph 6 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

VII.

The allegations contained in Paragraph 7 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

VIII.

The allegations contained in Paragraph 8 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

IX.

The allegations contained in Paragraph 9 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein .

X.

The allegations contained in Paragraph 10 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein .

XI.

The allegations contained in Paragraph 11 of plaintiffs' Amended Complaint are denied, except to admit that the American Club provided certain protection and indemnity insurance to Lafarge North America, Inc., pursuant to Certificate of Entry No. 01729000, which insurance does not provide coverage for the claims asserted herein, and the American Club specifically pleads the terms, conditions, limitations, and exclusions contained in the Certificate of Entry, the American Club's By-Laws and Rules which are incorporated by reference in the aforesaid Certificate of Entry, and/or other policy of membership terms and conditions between Lafarge and the American Club.

XII.

The allegations contained in Paragraph 12 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XIII.

The allegations contained in Paragraph 13 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XIV.

The allegations contained in Paragraph 14 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XV.

The allegations contained in Paragraph 15 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XVI.

The allegations contained in Paragraph 16 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XVII.

The allegations contained in Paragraph 17 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XVIII.

The allegations contained in Paragraph 18 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XIX.

The allegations contained in Paragraph 19 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XX.

The allegations contained in Paragraph 20 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XXI.

The allegations contained in Paragraph 21 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XXII.

The allegations contained in Paragraph 22 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XXIII.

The allegations contained in Paragraph 23 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XXIV.

The allegations contained in Paragraph 24 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XXV.

The allegations contained in Paragraph 25 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XXVI.

The allegations contained in Paragraph 26 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XXVII.

The allegations contained in Paragraph 27 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XXVIII.

The allegations contained in Paragraph 28 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XXIX.

The allegations contained in Paragraph 29 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XXX.

The allegations contained in Paragraph 30 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XXXI.

The allegations contained in Paragraph 31 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XXXII.

The allegations contained in Paragraph 32 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XXXIII.

The allegations contained in Paragraph 33 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XXXIV.

The allegations contained in Paragraph 34 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XXXV.

The allegations contained in Paragraph 35 of plaintiffs' Amended Complaint are denied
for lack of sufficient information to justify a belief therein.

XXXVI.

The allegations contained in Paragraph 36 of plaintiffs' Amended Complaint are denied
for lack of sufficient information to justify a belief therein.

XXXVII.

The allegations contained in Paragraph 37 of plaintiffs' Amended Complaint are denied
for lack of sufficient information to justify a belief therein.

XXXIII.

The allegations contained in Paragraph 38 of plaintiffs'Amended  Complaint are denied
for lack of sufficient information to justify a belief therein.

XXXIX.

The allegations contained in Paragraph 39 of plaintiffs' Amended Complaint are denied
for lack of sufficient information to justify a belief therein.

XL.

The allegations contained in Paragraph 40 of plaintiffs' Amended Complaint are denied .

XLI.

The allegations contained in Paragraph 41 of plaintiffs' Amended Complaint are denied.

XLII.

The allegations contained in Paragraph 42 of plaintiffs' Amended Complaint are denied
for lack of sufficient information to justify a belief therein.

## XLIII.

The allegations contained in Paragraph 43 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

## XLIV.

The allegations contained in Paragraph 44 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

## XLV.

The allegations contained in Paragraph 45 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

## XLVI.

The allegations contained in Paragraph 46 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

## XLVII.

The allegations contained in Paragraph 47 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

## XLVIII.

The allegations contained in Paragraph 48 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

## XLIX.

The allegations contained in Paragraph 49 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

L.

The allegations contained in Paragraph 50 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

LI.

The allegations contained in Paragraph 51 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

LII.

The allegations contained in Paragraph 52 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

LIII.

The allegations contained in Paragraph 53 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

LIV.

The allegations contained in Paragraph 54 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

LV.

The allegations contained in Paragraph 55 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

LVI.

The allegations contained in Paragraph 56 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

- 12 -

## LVII.

The allegations contained in Paragraph 57 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

## LVIII.

The allegations contained in Paragraph 58 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

## LIX.

The allegations contained in Paragraph 59 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

## LX.

The allegations contained in Paragraph 60 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

## LXI.

The allegations contained in Paragraph 61 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

## LXII.

The allegations contained in Paragraph 62 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

## LXIII.

The allegations contained in Paragraph 63 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

## LXIV.

The allegations contained in Paragraph 64 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

## LXV.

The allegations contained in Paragraph 65 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

## LXVI.

The allegations contained in Paragraph 66 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

## LXVII.

The allegations contained in Paragraph 67 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

## LXIII.

The allegations contained in Paragraph 68 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

## LXIX.

The allegations contained in Paragraph 69 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

## LXX.

The allegations contained in Paragraph 70 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

LXXI.

The allegations contained in Paragraph 71 of plaintiffs' Amended Complaint are denied.

LXXII.

The allegations contained in Paragraph 72 of plaintiffs' Amended Complaint are denied.

LXXIII.

The allegations contained in Paragraph 73 of plaintiffs' Amended Complaint are denied.

LXXIV.

The allegations contained in Paragraph 74 of plaintiffs' Amended Complaint are denied.

LXXV.

The allegations contained in Paragraph 75 of plaintiffs' Amended Complaint are denied.

LXXVI.

The allegations contained in Paragraph 76 of plaintiffs' Amended Complaint are denied.

LXXVII.

The allegations contained in Paragraph 77 of plaintiffs' Amended Complaint are denied.

LXXVIII.

The allegations contained in Paragraph 78 of plaintiffs' Amended Complaint are denied.

LXXIX.

The allegations contained in Paragraph 79 of plaintiffs' Amended Complaint are denied.

LXXX.

The allegations contained in Paragraph 80 of plaintiffs' Amended Complaint are denied.

LXXXI.

The allegations contained in Paragraph 81 of plaintiffs' Amended Complaint are denied.

## LXXXII.

The allegations contained in Paragraph 82 of plaintiffs' Amended Complaint are denied for lack of sufficient information to justify a belief therein.

## LXXXIII.

The American Club reserves the right to supplement its answers and/or defenses, as well as to file cross-claims and third-party claims, as may be warranted from the facts as they may be developed.

WHEREFORE, American Steamship Owners Mutual Protection and Indemnity Association, Inc. prays that this Answer be deemed good and sufficient, and that there be judgment in favor of the American Club, dismissing the Amended Complaint in Admiralty of plaintiffs, Daniel Weber, Melba Gibson and Kevin McFarland with prejudice, and at plaintiffs' cost, and that the American Club have all other  general and equitable relief that may be permitted by law.

Respectfully submitted,

MONTGOMERY, BARNETT, BROWN,
READ, HAMMOND & MINTZ, LLP

/s/ Philip S. Brooks, Jr.
A. GORDON GRANT, JR. (#6221) (T.A.)
PHILIP S. BROOKS, JR. (#21501)
1100 Poydras Street, Suite 3300
New Orleans, LA 70163
Phone: 504-585-3200
Fax: 504-585-7688
*Attorneys for:  American Steamship Owners*
*Mutual Protection and Indemnity*
*Association, Inc.*

THACHER PROFFITT & WOOD, LLP

/s/ John M. Woods,
John M. Woods, Esq.
Two World Financial Center
New York, New York 10281
Phone: (212) 912-7400
*Attorneys for:  American Steamship Owners*
*Mutual Protection and Indemnity*
*Association, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

/s/ Philip S. Brooks, Jr.

pbrooks\Lafarge\Answer 01

- 17 -