UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re | CIVIL ACTION NO. 05-4182 |
| **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | SECTION "K" (2) |
| | JUDGE DUVAL |
| | MAGISTRATE JUDGE WILKINSON |

**PERTAINS TO:**

**MRGO:**

**NO. 06-2268 (Robinson)**

### SUPPLEMENTAL MEMORANDUM REGARDING EX *PARTE* MOTION FOR EXPEDITED HEARING ON MOTION FOR LEAVE TO FILE AMICUS OPPOSITION

Earlier today, Universal Health Services, Inc. ("UHS"), a plaintiff in individual suits consolidated with this matter,[1] moved this Court to set for expedited hearing their *Ex Parte* Motion for Leave to File an Amicus Opposition to United States' Motion for Partial Summary Judgment.[2]

---

[1] *Universal Health Servs, Inc. v. United States*, No. 07-5016 (E.D. La. filed Aug. 29, 2007); *Universal Health Servs, Inc. v. United States*, No. 07-5254 (E.D. La. filed Aug. 30, 2007); *Universal Health Servs, Inc. v. United States*, No. 07-5286 (E.D. La. filed Aug. 31, 2007); *Universal Health Servs, Inc. v. United States*, No. 07-5350 (E.D. La. filed Sept. 4, 2007).

[2] *See* Doc. No. 16391.

UHS wishes to supplement this motion to note that it has spoken with counsel for the United States ("Defendant").   Defendant opposes UHS's Motion for Leave.

s/ James M. Garner

_____
JAMES M. GARNER #19589
DARNELL BLUDWORTH #18801
JOHN T. BALHOFF, II #24288
ASHLEY G. COKER #30446
**SHER GARNER CAHILL RICHTER KLEIN &
  HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana  70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**ATTORNEYS FOR UNIVERSAL HEALTH
SERVICES, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2008 a copy of the above and foregoing has been filed electronically with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ James M. Garner

_____
JAMES M. GARNER