UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re | CIVIL ACTION NO. 05-4182 |
| KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | SECTION "K" (2) |
| | JUDGE DUVAL |
| | MAGISTRATE JUDGE WILKINSON |

**PERTAINS TO:**

**MRGO:**

**NO. 06-2268 (Robinson)**

**O R D E R**

Considering the *Ex Parte* Motion for Expedited Hearing on Motion for Leave to File Amicus Opposition filed by Plaintiff in consolidated matters, Universal Health Services, Inc.:

IT IS ORDERED that the *Ex Parte* Motion for Expedited Hearing is GRANTED. Any opposition must be filed by Tuesday, November 18, 2008. The motion shall then be taken on the papers.

New Orleans, Louisiana, this 17th day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE
STANWOOD R. DUVAL, JR.