UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO SEVERED MASS JOINDER CASES | * * * | SECTION K (2) |
| Severed from Ailes 06-7822 | * * | |
| SYLVIA HARNESS | * * | CIVIL ACTION NO. 07-1569 |
| VERSUS | * * | SECTION   K (2) |
| STATE FARM FIRE AND CASUALTY COMPANY | * * | |

*******************************************

## ORDER

IT IS ORDERED, that the above entitled-and-numbered cause and the same is hereby dismissed with prejudice each party to bear its own costs.

New Orleans, Louisiana, this __17th__ day of __November__, 2008.

_____
JUDGE