UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES               CIVIL ACTION
       CONSOLIDATED LITIGATION
                                            NO. 05-4182

PERTAINS TO: INSURANCE                      SECTION "K"(2)
             AGUILAR, 07-4852

ORDER

Considering the parties' Joint Motion to Reopen Case to Dismiss (Rec. Doc. 16388), accordingly

**IT IS ORDERED** that the above-captioned matter be reopened for the limited purpose of dismissing certain claims; and

**IT IS FURTHER ORDERED** that all claims asserted by Kim and Phyllis Dunn are hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own costs.

New Orleans, Louisiana, this __17th__ day of November, 2008

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE