MINUTE ENTRY
WILKINSON, M.J.
NOVEMBER 17, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES         CIVIL ACTION
     CONSOLIDATED LITIGATION
                                      NO. 05-4182

PERTAINS TO: INSURANCE                SECTION "K" (2)
     Alfonso, C.A. No. 06-8801

       The court has been advised by the offices of plaintiffs' counsel, Patrick Kehoe, and defense counsel, Gary Russo, that the claims of the sole remaining plaintiffs in the referenced mass joinder Alfonso case, the claims of Ann and Victor Cerise, have been settled. Accordingly, as reflected in my previous order of October 22, 2008, Record Doc. No. 11 in C.A. No. 06-8801, all claims of all parties in the Alfonso case have now been settled, although some may still be pending Road Home Program approval.

       Accordingly, IT IS ORDERED that counsel for the Cerise plaintiffs need not comply with my previous order to file a new amended complaint for the Cerises. Since all claims in the referenced Alfonso matter have been settled, the presiding district judge

MJSTAR: **0:05**

will be advised, by copy of this minute entry, so that an appropriate 90-day conditional dismissal order may be entered.

                                         JOSEPH C. WILKINSON, JR.
                                         UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.