MINUTE ENTRY
WILKINSON, M.J.
NOVEMBER 6, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, <u>Esteves</u>, 07-3848 | JUDGE DUVAL<br>MAG. WILKINSON |

The court was advised by Patrick Kehoe, plaintiff's counsel, and Gary Russo, defense counsel, at the Call Docket/Show Cause Hearing conducted on the record before me on November 6, 2008, that the above action has been settled.

Counsel were uncertain whether a case filed by the same plaintiff (though by a different lawyer) against the same defendant, but pending in the Civil District Court for the Parish of Orleans, State of Louisiana, not here, also involved the same property. Counsel were directed to resolve that issue with the separate lawyer in the state court suit. In any event, there was no question that <u>this</u> suit pending in <u>this</u> court has been settled.

MJSTAR  0:10

Accordingly, the presiding district judge is hereby notified so that an appropriate 90-day conditional dismissal order can be entered, to provide counsel an opportunity to resolve the uncertainty of the state court matter.

                              JOSEPH C. WILKINSON, JR.
                              UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.