MINUTE ENTRY
WILKINSON, M.J.
NOVEMBER 10, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE, Munna, 07-3843 | JUDGE DUVAL |
| | MAG. WILKINSON |

  The court was advised at the November 6, 2008 call docket by Gary Russo, defense counsel, and Brent Klibert, plaintiff's counsel, that the above action has been settled and that Road Home Program approval has already been received.  Accordingly, the presiding district judge is hereby notified so that an appropriate 60-day conditional dismissal order can be entered.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD J. DUVAL, JR.

MJSTAR  0:10