UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182<br><br>SECTION "K(2)" |
| PERTAINS To:<br>SEVERED MASS JOINDER CASES | * * * | |
| AARON, 06-4746<br>AGUILAR, 07-4852 | * * * * * | |
| WINSTON AARON, SR., ET AL | * * | CIVIL ACTION NO.: 06-4746 |
| VERSUS | * * | SECTION "K(2)" |
| AIG CENTENNIAL INSURANCE CO. | * * * * | |
| JOSEPH AGUILAR, III, ET AL | * * | CIVIL ACTION NO.: 07-4852 |
| VERSUS | * * | SECTION "K(2)" |
| ALEA LONDON LTD., ET AL | * | |

_____

## **ORDER**

Considering the foregoing motion to re-open the *Aaron* case, to lift the stay in the *Aguilar* case and for leave to file motion for summary judgment:

**IT IS ORDERED** that the motion to re-open *Aaron*, to lift the stay in *Aguilar* and for leave to file motion for summary judgment is **GRANTED**, and Auto Club Family Insurance Company is allowed to file its Motion for Summary Judgment.

_____
**UNITED STATES DISTRICT JUDGE**