UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 <br><br> SECTION "K(2)" |
| PERTAINS To: SEVERED MASS JOINDER CASES | * * * | |
| AARON, 06-4746 <br> AGUILAR, 07-4852 | * * * * * | |
| WINSTON AARON, SR., ET AL | * * | CIVIL ACTION NO.: 06-4746 |
| VERSUS | * * | SECTION "K(2)" |
| AIG CENTENNIAL INSURANCE CO. | * * * * | |
| JOSEPH AGUILAR, III, ET AL | * * | CIVIL ACTION NO.: 07-4852 |
| VERSUS | * * | SECTION "K(2)" |
| ALEA LONDON LTD., ET AL | * | |

## NOTICE OF HEARING

Please take notice that undersigned counsel for Auto Club Family Insurance Company will bring its Motion To Re-Open Case And Lift Stay And For Leave To File Motion For Summary Judgment for hearing before the Honorable Stanwood R. Duval, Jr. Section "K" on

November 26, 2008 at 9:30 a.m.

**Respectfully submitted,**

**UNGARINO & ECKERT L.L.C.**

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, by United States mail, properly addressed and first class postage prepaid, on November 17, 2008.

_____
DAVID I. BORDELON

_____
**MATTHEW J. UNGARINO (#15061)**
*DAVID I. BORDELON (#16815)*
**3850 North Causeway Boulevard**
**Suite 1280**
**Metairie, Louisiana  70002**
*Telephone:  (504) 836-7531*
**Fax:           (504) 836-7538**
**Email:       dbordelon@ungarino-eckert.com**