**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

In Re:  KATRINA CANAL BREACHES          *
CONSOLIDATED LITIGATION                 *
                                        *
                                        *     CIVIL ACTION NO.: 05-4182
                                        *
PERTAINS TO:                            *     JUDGE: DUVAL
                                        *
INSURANCE:        *Allen-Perkins,* 07-5204   *     MAGISTRATE: WILKINSON
                                        *
* * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Partial Motion to Dismiss;

**IT IS ORDERED** that the Partial Motion to Dismiss be and hereby is **GRANTED** and that all of the listed plaintiffs' claims asserted against the defendants listed below be dismissed, without prejudice, each party to bear its own costs. Claims of all remaining plaintiffs against all defendants are reserved.

Plaintiff

• Dennis & Patricia O'Neil

Defendants

• State Farm Fire and Casualty Insurance Company

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE