UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * * | |
| CONSOLIDATED LITIGATION | * * | CIVIL ACTION |
| | * * | NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*      05-5531 | * | |
| *Mumford v. Ingram*      05-5724 | * | |
| *Lagarde v. Lafarge*      06-5342 | * | JUDGE |
| *Perry v. Ingram*      06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*      06-7516 | * | |
| *Parfait Family v. USA*      07-3500 | * * | MAGISTRATE JOSEPH C. WILKINSON, JR. |
| | * | |

DEPOSITION INDEX FOR
LAFARGE NORTH AMERICA INC.'S MEMORANDUM IN OPPOSITION TO
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

| Item | Subject | Reference |
|---|---|---|
| 1 | North breach, single eye witness | - Pl. Ex. 15, Villavaso Dep. at 202-04, 210-11 |
| 2 | South breach, witnesses | - Pl. Ex. 17, Adams Dep. 88-89 (witness purports to have seen barge from a distance of nearly a mile amid hurricane winds and rain in pre-dawn darkness)<br>- Pl. Ex. 18, Murph Dep. 60-61 (witness denies he saw barge make impact with floodwall)<br>(NOTE: Plaintiffs say other witnesses heard a "boom," which they attribute to a barge impact, Pl. Mem. at 31 & n.16, but witnesses at other breaches where there was no barge also heard "boom" noises incident to the breaches. LNA Ex. 7, Lentz Dep. 19:6 to 21:20, 33:16-22.) |

| 3 | North and south breaches, separate events | - LNA Ex. 8, Marino Dep. 188:16-18, 192:15-21; see *id.* at 57:18 to 58:3, 147:10 to 149:5, 189:6-10, 188:19-25, 189:11-20, 190:6 to 191:17 (describing differences between north breach and south breach). |
|---|---|---|
| 4 | Ethel Mumford, employee of Wiedemann & Wiedemann, plaintiffs' counsel | - LNA Ex. 9, Mumford Dep. 163:18-21, 228:5-7 |
| 5 | Class representatives Michael Riche and Jacob Glaser, small business owners | - LNA Ex. 13, Riche Dep. 171:10 to 172:12)<br>- LNA Ex. 14, Glaser Dep. 33:22 to 34:20, 67:19-21. |
| 6 | Class representatives, SF-95, claims against U.S. government | - LNA Ex. 16, Harris Dep. 104:20 to 105:18 and Ex. 9 thereto<br>- LNA Ex. 13, Riche Dep. 20:16-18<br>- LNA Ex. 17, Koch Dep. 16:12-14, 182:1-17 and Ex. 23 thereto;<br>- LNA Ex. 18, Richardson Dep. 138:21 to 139:13, 142:4-6 and Ex. 7 and 8 thereto, and 179:4 to 181:23 and Exhibit 15 (SF-95 forms and lawsuit by Richardson seeking same damages against private defendants other than the barge)<br>- LNA Ex. 14, Glaser Dep. 41:9 to 42:1 and Exhibit 8 (lawsuit against Murphy Oil alleged that oil spill during Katrina "adversely affected plaintiff's business Holiday Jewelers")<br>- LNA Ex. 17, Koch Dep. 15:12-19, 183:24 to 184:2 (seeking same damages in MRGO lawsuit as in this case). |
| 7 | Class representatives, rental property owners | - LNA Ex. 17, Koch Dep. 114:5-17 (would not rebuild in Orleans Parish because he does not like to do business there);<br>- LNA Ex. 20, Ragas Dep. 137:5-14 (plaintiffs not typical because "they are simply a far edge of the [housing] stock, they're not similar locationally, they're not similar by physical design, they're not similar by ownership form, and the owners have different motives than an owner/occupant does"). |
| 8 | Loss of automobile, contributory negligence issues | - LNA Ex. 9, Mumford Dep. 133:7-13 (expected flooding); 137:18 to 138:2 (left two dependable vehicles behind). |
| 9 | Class representatives, business claims not typical | - LNA Ex. 13, Riche Dep. 171:16 to 172:12 ("Q: So you represent Wal-Mart?  A: No way. … [W]e're not in the same ballpark."). |

2

| 12 | Class representative, failure to control and direct litigation | - LNA Ex. 16, Harris Dep. 154:9 to 155:5 |
|---|---|---|
| 13 | Class representative, failure to control and direct litigation | - LNA Ex. 13, Riche Dep. 175:6-23. |
| 14 | Class representatives, failure to control and direct litigation | - LNA Ex. 17, Koch Dep. 227:8-20;<br>- LNA Ex. 9, Mumford Dep. at 220:19 to 221:14;<br>- LNA Ex. 14, Glaser Dep. 139:16 to 140:16;<br>- LNA Ex. 18, Richardson Dep. 180:24 to 181:9 |
| 15 | Class representative, failure to control and direct litigation | - LNA Ex. 17, Koch Dep. 227:21-24. |
| 16 | Class not ascertainable, inaccurate and incomplete property owner records | - LNA Ex. 9, Mumford Dep. 73:19 to 74:7 (mother gave ownership interest to children); 127:17 to 128:18 (daughter donated interest back to mother); 130:19 to 131:17 (mother donated it back to daughter);<br>- LNA Ex. 17, Koch Dep. 109:12-16, 111:17-19 (properties transferred to a trust, but Koch family keeps rental income).<br>- LNA Ex. 18, Richardson Dep. 44:11 to 45:9 (ownership of small business – a single truck) |
| 17 | North and south breaches, separate events | - LNA Ex. 8, Marino Dep. 188:16-18, 192:15-21; see id. at 57:18 to 58:3, 147:10 to 149:5, 189:6-10, 188:19-25, 189:11-20, 190:6 to 191:17 (describing differences between north breach and south breach). |
| 18 | Causes of property damage, wind | - LNA Ex. 9, Mumford Dep. 89:21 to 90:7, 101:1-23 (wind damage was "pretty bad"; required new roof);<br>- LNA Ex. 18, Richardson Dep. 80:13-14 ("we had a lot of wind damage, too, you know"); 134:22 to 135:12 ("[a]ll of us" had "roofs … blown off in the wind");<br>- LNA Ex. 16, Harris Dep. 83:25 to 84:2, 85:8-13 (saw homes that lost their roofs);<br>- LNA Ex. 13, Riche Dep. 91:8-13 (plywood exterior fixture blew off during storm);<br>- LNA Ex. 17, Koch Dep. 130:8 to 131:5 (awning blew away or was stolen; water did not get up that high); id. at 151:17 to 152:2 (describing wind and roof damage at Burgundy Street property) |
| 19 | Causes of property damage, rainwater | - LNA Ex. 9, Mumford Dep. 90:19 to 91:4, 104:7-13 (rainwater, not floodwater, caused ceiling damage);<br>- LNA Ex. 13, Riche Dep. 86:16 to 87:5 (describing inventory that was "ruined by the rainwater that came in through the roof"); id. at 95:15 to 96:3 (rental property sustained roof damage and rainwater intrusion; "ceilings got wet") |

3

| 20 | Causes of property damage, downed trees | - LNA Ex. 16, Harris Dep. 84:9-11 ("Q: Did you see any trees that had come down on top of homes? A: Yes.") |
|---|---|---|
| 21 | Causes of property damage, pre-existing damage | - LNA Ex. 9, Mumford Dep. 89:4-15 (termite damage in numerous places, pre-dated the storm) |
| 22 | Causes of property damage, fire | - LNA Ex. 13, Riche Dep. 97:10-17 (noting "evidence of some of the stores in Village Square Shopping Center that had burned") |
| 23 | Causes of property damage, vandalism | - LNA Ex. 18, Richardson Dep. 136:22 to 138:18 (vandals took air conditioner and took copper out of her house);<br>- LNA Ex. 14, Glaser Dep. 83:17 to 84:24 (vandalism of jewelry store);<br>- LNA Ex. 17, Koch Dep. 125:1-9 (house was looted after it had been gutted, two doors and two bathtubs taken); *id.* at 171:5 to 173:6 (Deerfield property was looted; vandals stole air conditioner cores and all copper pipe in the walls). |
| 24 | Causes of business loss, vandalism | - LNA Ex. 14, Glaser Dep. 83:17 to 84:24 (store was vandalized after Glaser returned; jewelry was in cases when Glaser first returned, but was vandalized following Hurricane Rita evacuation). |
| 25 | Causes of personal property damage, contributory negligence | - LNA Ex. 9, Mumford Dep. 133:7-13, 137:18 to 138:2. |
| 26 | Causes of emotion distress, individual issues | - LNA Ex. 17, Koch Dep. 233:12 to 234:6 (mental distress from son's criminal conviction and pending incarceration);<br>- LNA Ex. 13, Riche Dep. 25:21 to 26:13, 35:15 to 36:25 (death of son due to drug overdose, birth of grandchild to mother incarcerated at the time) *id.* at 143:18-22 ("Q: Losing the child was harder on you? A: Yeah."). |
| 27 | Multiple sources of flooding | - LNA Ex. 23, Spinks Dep. 49:14-15. |
| 28 | Multiple sources of flooding, timing | - LNA Ex. 23, Spinks Dep. 188:12 to 190:12 (referring to certain locations west of Paris Road). |
| 29 | North and south breaches, separate events | - LNA Ex. 8, Marino Dep. 188: 16-18 (Q: "The north breach and the south breach are separate events, right? A: Yes."); *id.* at 192:15-21 (Q: "So if a judge or a jury analyzes these two breaches, they're going to have to be analyzed separately, correct? … A: Yes.") |

4

| 30 | North and south breaches, separate events | - LNA Ex. 8, Marino Dep. 57:18 to 58:3 (no eyewitness talked about both north and south breaches); *id.* at 147:10 to 149:5 (north breach is based solely on pump station manager testimony); *id.* at 189:6-10 (different witnesses at south breach); *id.* at 190:6 to 191:7 (barge did not leave a visual trace of having been at north breach) |
|---|---|---|
| 31 | North and south breaches, separate events | - LNA Ex. 8, Marino Dep. 114:10-21, 147:25 to 148:4 (Q: "You didn't consider wind in connection with the north breach because the wind wasn't blowing in the direction of the wall at that time, right?  A:  Right."); *id.* at 191:8-15 (barge presence at north breach due to "exceptional wave action" not wind) |
| 32 | North and south breaches, separate events | - LNA Ex. 8, Marino Dep. 191:19-21 (barge presence at south breach due to wind) |
| 33 | North and south breaches, separate events | - LNA Ex.8, Marino Dep. 189:11-20 (north breach at 4:30 am, south breach at 7-7:30 am) |
| 34 | North and south breaches, failure of model to address separate effects on class area | - LNA Ex. 23, Spinks Dep. 200:13-17; see *id.* at 174:23 to 175:3 ("Q. [D]oes your model tell how much of the water that's arriving at [a] house came from the north breach versus the south breach?  A. No.") |
| 35 | North and south breaches, separate effect on class area | - LNA Ex. 23, Spinks Dep. 177:1-4 (homes near north breach may have washed away prior to south breach). |
| 36 | Causes of property damage, failure of model to address | - LNA Ex. 23, Spinks Dep. 224:9 to 226:25; see *id.* at 227:1-3 (model does not address personal injuries). |
| 37 | Causes of property damage, failure of model to address | - LNA Ex. 23, Spinks Dep. 131:7-10 (data only shows "ground elevations" not height of first floor of building) |
| 38 | Causes of property damage, failure of model to address | - LNA Ex. 16, Harris Dep. 71:10-14 (house is raised 2 1/2 feet off ground);<br>- LNA Ex. 18, Richardson Dep. 120:2-23 (house "pretty high" off ground);<br>- LNA Ex.17, Koch Dep. 87:25 to 88:4 (house raised up to 3 feet);<br>- LNA Ex. 13, Riche Dep. 98:11 to 99:7 (describing office that was on the second floor of his building but not the first floor). |
| 39 | Causes of property damage, failure of model to address | - LNA Ex. 23, Spinks Dep. 19:24 to 20:2 (has never used Sobek before);  99:12 to 100:4 (over 300 projects). |

5

| | | |
|---|---|---|
| 40 | Modeling problem, timing calculation | - LNA Ex. 23, Spinks Dep. 38:24 to 39:4, 164:13 to 165:18 (conclusions on flooding depend on timing; time of opening will affect the time at which flooding arrives)<br>- Doc. 8286-13, Vrijling Dep. 61:14-15 (MRGO plaintiffs' modeling expert: "If you wouldn't know the timing of the breach, then the entire figures shifts"). |
| 41 | Modeling problem, timing calculation | - LNA Ex. 8, Marino Dep. 134:13 to 136:9 (concluding barge "probably" hit wall at south breach between 7:00 am and 7:30 am based on north-south direction of wind at the time); *id.* at 189:17-20 (Q: "And the south breach happened, as you've said today, sometime in the 7:00 to 7:30 time frame?"  A:  Yes."); *id.* at 182:23 to 183:4 (barge arrived at north breach after 4:30 am). |
| 42 | Damages, sixteen categories | - LNA Ex. 9, Mumford Dep. 197:18 to 198:14 (affirming she seeks all damages listed in response);<br>- LNA Ex. 16, Harris Dep. 131:24 to 133:6 (same). |
| 43 | Physical damage to property, individualized evaluation | - LNA Ex. 24, Kilpatrick Dep. 142:9-13 ("I'm not a physical scientist."). |
| 44 | Physical damage to property, individualized evidence | - LNA Ex. 9, Mumford Dep. 199:12-19 (Q: "And how much money you're seeking depends upon how much damage happened to your property [due to] flooding; correct?  A: Yes");<br>- LNA Ex. 13, Riche Dep. 122:9 -12 ("Q: We have to understand either from testimony or from inspections what damaged the property; right?  A:  Right.") |
| 45 | Demolition and salvage, individualized evaluation | - LNA Ex. 16, Harris Dep. 141:9-13 (Q: "[I]n order to understand that claim we need to go though the list of receipts that you supplied plus whatever expenses you incurred that are not in that list, right?  A: Yes.");<br>- LNA Ex. 13, Riche Dep. 154:2-7 ("Q: … Tell me what those [demolition and salvage] expenses are in your case.  A:  It was the year that it took me to gut them out, clean them out.");<br>- LNA Ex. 14, Glaser Dep. 118:20 to 119:12 (figure out damages items that need salvaging and then the specific expenses incurred) |

6

| 46 | Demolition and salvage, individualized evaluation | - LNA Ex. 9, Mumford Dep. 91:19-24 (repair estimate included work to fix pre-existing termite damage); *id.* at 98:22 to 99:5, 119:11-22 (renovation added several rooms to the house and added central air conditioning);<br>- LNA Ex. 16, Harris Dep. 126:8-19 (receipts include granite countertops which are an "upgrade" over Formica); *id.* at 126:20 to 127:11 (Harris seeks compensation for HD television system that is an upgrade over prior system) ;<br>- LNA Ex. 18, Richardson Dep. 157:18 to 158:6 ( "Q: The cabinets and countertops you bought after the storm are nicer than the ones you had before the storm? A: Oh, yeah. They're nicer. Much nicer. Oh, yes."). |
| --- | --- | --- |
| 47 | Business loss, individualized evaluation | - LNA Ex. 13, Riche Dep. 121:20-25, 105:4-8 (testimony regarding itemized list of inventory and materials lost in the storm on an original cost basis);<br>- LNA Ex. 14, Glaser Dep. 103:8 to 104:5 (to establish damage claim, Glaser would look at "replacement cost of materials, inventory, things today") |
| 48 | Business loss, individualized evaluation | - LNA Ex. 13, Riche Dep. 157:10-17 (number of hours worked times hourly amount for labor). |
| 49 | Loss of income, individualized evaluation | - LNA Ex. 9, Mumford Dep. 218:2 to 220:18 (lost rent depends on "unique characteristics" including "where the property is located" and "the condition of the property" and "whether or not you could collect the rent") |
| 50 | Loss of income, individualized evaluation | - LNA Ex. 9, Mumford Dep. 105:21 to 106:7 (property had not been rented for months prior to the storm);<br>- LNA Ex. 17, Koch Dep. 204:23 to 205:5, 207:15 to 208:11 (Koch able to charge higher rents after storm). |
| 52 | Inconvenience and loss of lifestyle, individualized evaluation | - LNA Ex. 16, Harris Dep. 54:11 to 55:2 (Katrina "destroyed families, it destroyed my family as well as my wife's family");<br>- LNA Ex. 9, Mumford Dep. 210:11 to 211:4 ("losses for enjoyment of lifestyle" is an "individual issue"). |
| 53 | Diminution of property values, individualized evaluation | - LNA Ex. 9, Mumford Dep. 206:3-14, 207:18-22; see also *id.* at 206:15-18, 207:23 to 208:6 (neighborhood "has a lot to do with" property value; neighborhood and condition of property are "unique to those properties.")<br>- LNA Ex. 17, Koch Dep. 115:11 to 116:2, 210:3 to 211:19. |
| 54 | Diminution of property values, individualized evaluation | - LNA Ex. 17, Koch Dep. 65:17-25 (roof was in poor condition due to faulty repairs prior to storm). |

| | | |
|---|---|---|
| 55 | Diminution of property values, individualized evaluation | - LNA Ex. 16, Harris Dep. 153:9-13 (Q: And in your experience, at least, the progress is different in different neighborhoods over there in the Lower Ninth Ward, right?  A: I would say so.") |
| 56 | Diminution of property values, failure to address multiple sources | - LNA Ex. 24, Kilpatrick Dep. 148:21 to 150:23 (Mr. Kilpatrick repeatedly declined to comment, saying he planned to investigate in the "merits phase") |
| 57 | Diminution of property values, failure to address multiple sources | - LNA Ex. 24, Kilpatrick Dep. 144:23 to 145:7 (does not have "any opinion" on allocation); *id.* at 156:23 to 157:24 ("calculation of damages attributable to the barge" is "an irrelevant question"); *id.* at 204:3-6 (not asked "to attribute some percentage of stigma to the barge"); *id.* at 84:8-13 (conceding his opinions are limited to "an opinion of value" and not whether this constitutes "damages") |
| 58 | Diminution of property values, individualized evaluation | - LNA Ex. 20, Ragas Dep. 69:16 to 70:10 ("extraordinary" to try a single model to measure heterogeneous housing stock presented here); *id.* at 113:19-22 ("I would never think that I could achieve a highly accurate result with that heterogeneous data set.") |
| 59 | Diminution of property values, mass valuation problems | - LNA Ex. 24, Kilpatrick Dep. 128:6-9 ("We haven't developed that yet.  I haven't hardened that yet."); 222:2-6 (unable to answer "roughly how many variables you will use in your model"); *id.* at 95:22 to 96:8 (suggesting "a few dozen" data points is enough), 101:21 to 102:1 (mass appraisal inappropriate for "very small data sets"), 116:12-15 (Road Home rejected mass valuation model), 131:25 to 132:6 (has not investigated comparison of Orleans data and St. Bernard data), 136:2-6 (does not know how many home sale records he has). |
| 60 | Diminution of property values, mass valuation problems | - LNA Ex. 20, Ragas Dep. 97:5 to 99:10 (describing failure of automated valuation in Road Home program, and rejection by FNMA and Freddie Mac); *id.* at 101:17 to 103:4 (mass valuation failed because "[i]t's a very complicated housing stock here"). |
| 61 | Diminution of property values, modeling problems | - LNA Ex.24 Kilpatrick Dep. 70:17-20 (mass appraisal will cost "[a] lot"); *id.* at 90:8 to 91:1 (could not say how much individual appraisals would cost); *id.* at 142:7-13 ("I'm not opining with respect to physical damage") |
| 62 | Diminution of property values, mass valuation problems | - LNA Ex. 20, Ragas Dep. 90:14 to 95:1 (individual appraisals feasible to capture multiple sources of damage and fairly assess cause and extent of damage). |

LIBW/1693613.1

| 63 | Diminution of property values, mass valuation problems | - LNA Ex. 17, Koch Dep. 95:14 to 96:12 (Koch attempted to sell one of his properties, received an offer of $52,000 but rejected that offer because it was below his $55,000 selling price); *id.* at 102:21-23, 105:8-16, 108:4-20 (Koch sold another property for $35,200 rather than attempt renovations). |
|---|---|---|
| 64 | Business loss, lack of expertise | - LNA Ex. 24, Kilpatrick Dep. 160:16-25 (Q: "Have you ever done a mass appraisal of business losses? A: "Um – I think so. … I'd have to go back and look, but that certainly seems like the sort of thing I would have done. … Off the top of my head I can't recall it."); *id.* at 161:1 to 163:21 (asked if he has ever seen a mass valuation of business losses, his answer is confined to Real Estate Investment Trusts (REITs)). |
| 65 | Business loss, inadequate representatives | - LNA Ex. 13, Riche Dep. 171:16 to 172:12 ("Q: So you represent Wal-Mart? A: No way. … [W]e're not in the same ballpark."); *id.* at 46:9-12 (business depended less on sales from store and more on sales from truck including sales outside the class area);<br>- LNA Ex. 14, Glaser Dep. 67:19-21 (Q: "Did you have employees? A: Not at the time of the storm, except my wife and I."); *id.* at 34:8-20, 69:1 to 70:1 (business not always profitable; "fluctuated from year to year");<br>- LNA Ex. 17, Koch Dep. 195:11 to 196:13, 198:1-20, 200:20-25 (rental property owner did not consider himself bound by terms of written leases and relied on oral side agreements for month-to-month rental). |
| 66 | Business loss, individual evaluation | - LNA Ex. 14, Glaser Dep. 126:9-17 (losses depend on comparison of income);<br>- LNA Ex. 17, Koch Dep. 245:18-23 (loss of rental income requires information on gross receipts from lost rentals minus anticipated expenses);<br>- LNA Ex. 24, Kilpatrick Dep. 186:11-14 (admitting that proposed methodology requires "individualized information about each one of those businesses") |

| 67 | Causes of business loss, multiple sources | - LNA Ex. 13, Riche Dep. 127:23 to 128:20; see also *id.* at 48:17-21 (admitting business was affected by flooding east of Paris Road, outside class area); *id.* at 163:16 to 164:2 ("Q: In order to figure out what your lost profits are, … some kind of separation has to be made between the business you lost attributable to the flooding from the Industrial Canal … from the bigger Katrina catastrophe that's got nothing to do with the barge. Isn't that right?  A: Right.");<br>- LNA Ex. 17, Koch Dep. 242:12-25 (loss of population throughout St. Bernard affected ability to rent properties). |
|---|---|---|
| 68 | Business loss, individual evaluation regarding mitigation issues | - LNA Ex. 14, Glaser Dep. 126:9-17, 131:14 to 132:25, 133:1-4 (conceding that assessment of lost profits requires comparison of amount Glaser would have made in jewelry business with amounts he actually earned as a real estate professional after Katrina) |
| 69 | Business loss, individual evaluation regarding mitigation issues | - LNA Ex. 13, Riche Dep. 31:6 to 33:20 (chose to spend entire proceeds on home purchase, despite needing money for business); *id.* at 125:1 to 126:9 (did not seek loan);<br>- LNA Ex. 14, Glaser Dep. 52:13 to 53:3, 129:10-12 (decided not to pursue SBA loan); LNA Ex. 17, Koch Dep. 114:5-17 (complaining of "red tape" dealing with Orleans Parish). |
| 70 | Business loss, individual evaluation regarding mitigation issues | - LNA Ex. 24, Kilpatrick Dep. 175:8-22 (admitting he has not addressed mitigation -- "that would be something I need to, um – analyze … when I get to the merits phase") |
| 71 | Personal property damages, mass valuation problems | - LNA Ex. 24, Kilpatrick Dep. 193:1 to 194:22 |
| 72 | Personal property damages, failure to address individual issues | - LNA Ex. 24, Kilpatrick Dep. 194:23 to 195:5 |

| 73 | Personal property damages, individualized evaluation | - LNA Ex. 16, Harris Dep. 138:15-19 (Q: In order to figure out how much money you're entitled to for your personal property, doesn't there need to be some list of what property was destroyed?  A: I guess, yes."); <br>-- LNA Ex. 13, Riche  Dep. 152:18 to 153:3 "[T]he process of figuring out how much money you're entitled to involves identifying what the movable property was and then assigning a value to each element of the movable property, right?  A: Right."  Q: "And I guess we'd also need to know what kind of shape the property was in …?  A:  Right."); <br>-- LNA Ex. 14, Glaser Dep. 118:6-15 (must have information "about what those movables are"). |
| --- | --- | --- |
| 74 | Personal property damages, individualized evaluation | LNA Ex. 16, Harris Dep. 139:17-22 (Q: "The amount of money that would compensate you for the loss of that car is going to depend, won't it, on how old the car was and what kind of shape it was in? Isn't that relevant?  A: Yes.") |
| 75 | Personal property damages, failure to address individual issues | - LNA Ex. 24, Kilpatrick Dep. 197:10 to 198:14 ("I don't think that will be part of [my analysis]"); <br>- LNA Ex. 9, Mumford Dep. 137:18 to 138:2, 133:7-13 (plaintiff left behind two dependable vehicles despite expecting flooding). |
| 76 | Emotional distress, personal injury, and wrongful death, individualized evaluation | - LNA Ex. 9, Mumford Dep. 215:18-25 (admitting her emotional distress is different from others); <br>- LNA Ex. 13, Riche Dep. 36:5-25, 37:22 to 38:9 (describing other sources of emotional distress); <br>- LNA Ex. 18, Richardson Dep. 67:25 to 68:15, 96:8-10 (describing evidence regarding husband's death). |
| 77 | Evacuation, contributory negligence | - LNA Ex. 18, Richardson Dep. 54:24 to 55:7, <br>- LNA Ex.  9, Mumford Dep. 58:19-23; <br>- LNA Ex. 16, Harris Dep. 53:11-17, <br>- LNA Ex. 14, Glaser Dep. 62:1-8, <br>- LNA Ex. 17, Koch Dep. 51:22 to 52:5. <br>- LNA Ex. 18, Richardson Dep. 74:23 to 75:7 (Q: "Your husband decided not to go with you? A:  He decided not to go with me.  Q:  There was nothing preventing your husband from leaving with you, right?  A: No, it wasn't.  Q:  He could have gotten in the car and gone with you.  A:  Yes, he could have.  And he had two trucks that both were running.  He could have."). |

| 78 | Emotional distress, personal injury, and wrongful death, individualized evaluation of costs | - LNA Ex. 18, Richardson Dep. 185:24 to 186:3 (to understand health care expense, must review medical bills). |
|---|---|---|
| 79 | Emotional distress, evacuees | - LNA Ex.16, Harris Dep. 131:24 to 132:5 (claiming mental anguish damages);<br>- LNA Ex. 13, Riche Dep. 141:21-24 (claiming mental anguish);<br>- LNA Ex. 14, Glaser Dep. 113:6-9 (claiming mental anguish for the loss of his business);<br>- LNA Ex. 17, Koch Dep. 231:10-12 (seeking recovery for mental anguish). |
| 80 | Damages, individual class members have a strong interest and high stakes | - LNA Ex.17 Koch Dep. 221:10-19. |
| 81 | Damages, individual class members have a strong interest and high stakes | - LNA Ex. 18, Richardson Dep. 177:8-15. |

LIBW/1693613.1