# EXHIBIT 1



**US Army Corps
of Engineers ®**

# Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System

## Final Report of the Interagency Performance Evaluation Task Force

### Volume IV – The Storm

### 26 March 2007



**FINAL**



# Volume IV
# The Storm

# Executive Summary

Hurricane Katrina produced unparalleled wave and storm surge conditions for the New Orleans vicinity. Hurricane Katrina was a very large Category 3 storm when it passed the New Orleans area on the morning of 29 August 2005. Twenty-four hours earlier this storm had been the largest Category 5 and most intense (in terms of central pressure) storm on record within the northern Gulf of Mexico. Due east of the Mississippi River delta, a deepwater National Oceanic and Atmospheric Administration (NOAA) buoy recorded the highest significant wave height (55 ft) ever measured in the Gulf of Mexico. The large size of Katrina throughout its history, combined with the extreme waves generated during its most intense phase, enabled this storm to produce the largest storm surges (reliable observations up to 28 ft) that have ever been observed within the Gulf of Mexico, as determined from analyses of historical records. As another example of Katrina's strength in terms of storm surge, the previous highest high-water mark (HWM) from Hurricane Camille was 24.6 ft; Camille is the only Category 5 storm to make landfall in the Gulf of Mexico over the interval that records have been kept (approximately 150 years). In the vicinity of Biloxi, MS, the surge produced by Camille was 15.8 ft, the highest surge that had ever been recorded at that location prior to Katrina. Katrina generated surges of 24 to 26 ft at Biloxi. In other words, Katrina (a Category 3 storm at landfall) generated substantially higher surges than Camille (a Category 5 storm at landfall) in the area where they both made a direct hit. Whereas the Saffir-Simpson scale is a good predictor of wind damage from hurricanes, it is not a particularly good predictor of the surge and wave generation potential for these storms. Hurricane Katrina had much greater wave and storm surge generation potential than the Standard Project Hurricane (SPH) storms used to design the hurricane protection system. In Louisiana, the east-facing protection levees of Orleans, St. Bernard, and Plaquemines Parishes bore the brunt of Katrina's storm surge, and coupled with energetic long-period wave conditions, the hurricane protection system was overwhelmed in many places.

This volume presents the regional hydrodynamic conditions (waves and water levels) created by Katrina. Local high-resolution hydrodynamic waves and water levels at the levees and floodwalls, as well as hydrostatic and hydrodynamic forces and loadings that the levees and floodwalls were subjected to during the storm, are also presented. In addition to maximum conditions, temporal variation of waves and water levels and loadings are of great interest, as are timing and phasing of different types of loadings and forces. All conditions were evaluated. A time line of inundation and notable project responses is presented, based on many eyewitness accounts and analyses of information and observations.

A combination of numerical model results and measured data was used to assess the regional-scale wave and water level conditions along the entire periphery of the hurricane protection system. The WAM and STWAVE wave models, and the ADCIRC storm surge model, all standard models used by the Corps of Engineers, were used to characterize the regional wave and storm surge climate produced by the hurricane. All models needed very high resolution to capture the complex geographical features of the system, and they were forced with high-accuracy, data-assimilated surface wind and atmospheric pressure fields. Computations were made on high-performance supercomputers.

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

represent 30-min average wind speeds, and they are adjusted as needed for input to the wave and surge models (ensuring consistency with the wind stress formulations embedded in the models). A few results of the wind analysis are presented below. More detail about the process used to generate the wind and pressure fields and the quality of results are contained in Appendix 2.

**Table 2**
**Wind and Pressure Field and Offshore Wave Model Domain Characterization**

| Domain | Longitude (deg) | | Latitude (deg) | | Res. (deg) | Duration | Wind Output Interval (min) |
|--------|------|------|--------|-------|------------|----------|----------------------------|
|        | West | East | South  | North |            |          |                            |
| Basin  | 98 W | 80 W | 18 N   | 30.8 N | 0.1       | 0000 UTC 26 August to 0000 UTC 31 August | 15 (30-min avg winds) |
| Region | 91 W | 88 W | 28.5 N | 30.8 N | 0.025     | 0000 UTC 28 August to 0000 UTC 30 August | 15 (30-min avg winds) |

### Katrina Surface Wind Fields at Landfall

Figures 25 through 27 show the 1-min sustained surface wind field associated with the H*Wind snapshot at the following times on 29 August: 1) 0900 UTC, several hours prior to landfall, 2) 1200 UTC which is about an hour after landfall near Buras, LA, and 3) 1500 UTC slightly after landfall near the Mississippi/Louisiana coastal border. The white vectors in the figures indicate the general wind direction and they reflect the counterclockwise rotation of the winds about the storm center. Peak wind speeds are seen to the right of the storm center, at times shifted slightly toward the right front quadrant, which is typical for hurricanes. Maximum surface wind speeds throughout this time period are approximately 100 knots.

At 0900 UTC (Figure 25), much of the water surrounding coastal Southeast Louisiana is located within the right front quadrant of the storm, which means winds from the east and south-east directions in a counterclockwise rotating wind field. Wind speeds throughout the region are for the most part at hurricane strength (i.e., speeds in excess of 64 knots). The highest winds, those exceeding 95 knots, are located in two zones. One is just offshore of the Mississippi River delta where they blow from the south, and a second zone is over the delta itself where they blow from the southeast and east. Winds in Lake Borgne, which is due north of the storm center and directly in its path, are out of the east-northeast at speeds of 55 to 65 knots. Lake Pontchartrain is in the left-front quadrant of the storm, a little more distant from the eye of the storm, and winds there are from the north-northeast at 40 to 50 knots. Wind speeds in Lake Pontchartrain are lower because it is further away from the storm center.

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.



Figure 25.  H*Wind snapshot for 0900 UTC on 29 August, just prior to landfall.

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.



Figure 26.  H*Wind snapshot for 1200 UTC on 29 August, just after landfall near Buras, LA.

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

## Findings and Lessons Learned

During the course of work to characterize regional and local hydrodynamic conditions created by Hurricane Katrina, as well as the forces and loadings on levees and floodwalls, a number of findings were established. From these findings valuable lessons were learned. Key findings and lessons learned are summarized here.

**Katrina generated a storm surge and wave environment unparalleled in the history of New Orleans.** Hurricane Katrina was a very large Category 3 storm when it passed the New Orleans area on the morning of 29 August. Twenty-four hours earlier this storm had been the largest Category 5 and most intense (in terms of central pressure) storm on record within the northern Gulf of Mexico. During Katrina, at a location due east of the Mississippi River delta and just offshore in deep water, NOAA Buoy 42040 recorded the highest significant wave height (55 ft) ever measured in the Gulf of Mexico. That observation matched the largest significant wave height ever recorded by a sensor within NOAA's buoy network, in any ocean. The large size of Katrina throughout its history, combined with the extreme waves generated during its most intense phase, enabled this storm to produce the largest storm surges that have ever been observed within the Gulf of Mexico, as determined from analyses of historical records. Reliable HWMs in Mississippi measured as much as 28 ft. As another example of Katrina's strength, the previous highest HWM was from Hurricane Camille, 24.6 ft, the only Category 5 storm to make landfall in the Gulf of Mexico over the interval that records have been kept (approximately 150 years). The maximum storm surge created by Katrina along the Southeast Louisiana coast was approximately 20 ft, which surpassed all previous observed high-water levels for the area.

**Accurate simulation of surge and waves requires high-resolution definition of geographic features and highly accurate wind information.** Representation of the physical system and accurate model input are the two most important factors that define accuracy of wave and storm surge modeling. Geography of Southeast Louisiana is very complex: many circuitous channels (some very deep), large expanses of irregularly-shaped wetland, a vast network of levees and elevated roadways, and complicated inundation/drainage pathways dictate water movement throughout the region. Accurate regional-scale surge modeling requires that all these important geographic features to be resolved with sufficient detail. The unstructured spatial discretization features of the ADCIRC model allow accurate representation of such a complex physical system in an optimal manner. Accurate wave modeling and wave-surge model coupling require high resolution of shallow water areas and areas with large depth gradients; this enables sufficient resolution of the breaking wave zone. Model results produced in this study demonstrated a very high degree of skill for this type of complex-phenomenon modeling. Correlation coefficients (r-squared values) between 0.8 and 0.9 were achieved for both wave and surge predictions, compared to measurements. Modeling success also was attributed in large part to the very high quality of wind input, the key driver of wave and storm surge generation.

**The more sophisticated modeling available today provides significantly more detailed insight on variations in surge and wave environments with time and location.** The wave and storm surge modeling (using the Corps' WAM, STWAVE, and ADCIRC standard prediction models) provided considerable insight into how water surrounding such a complex physical system responds to an equally complex hurricane wind system. The hurricane protection system

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

# Volume V
# The Performance — Levees and Floodwalls

## Executive Summary

This report summarizes a comprehensive investigation of the performance of floodwalls and levees in New Orleans during Hurricane Katrina. In all, about 50 locations were studied, where breaches in the hurricane protection system (HPS) occurred due to overtopping and erosion, or due to structural instability.

The majority of the breaches resulted from erosion following overtopping of floodwalls or levees. Overtopping and erosion led to failure of I-walls when water cascading over the top of the walls scoured and eroded the soil on the protected side of the wall, eventually eroding away so much of the soil supporting the wall that the wall became unstable. Overtopping and erosion led to breaching of levees when the soils of which the levees were constructed had insufficient resistance to erosion to withstand the velocity of the water flowing down the protected side of the levee embankment, eventually cutting through the levee crest, washing out the levee.

Most alarming were the failures of I-walls that occurred before overtopping, as a result of foundation instability. Breaches resulting from failures of this type occurred at the 17th Street Canal and the Inner Harbor Navigation Canal (IHNC), where the failure occurred in weak foundation clay, and at the London Avenue Canal, where the instability resulted from intense seepage and high uplift water pressures in the sand foundation. A common element in these I-wall failures was development of a gap between the wall and the soil on the canal side of the wall. Water entered these gaps, increasing the water loads on the walls. Limit equilibrium stability analyses indicate that the factors of safety against instability dropped by about 25% when the gaps formed and water flowed into them. Limit equilibrium stability analyses, centrifuge model tests, and finite element soil-structure interaction analyses all indicated that gap formation played a key role in the instability of the walls. At the London Avenue I-wall, with sand beneath the levee and I-wall, the opening of the gap allowed water to flow down the back of the I-wall, introducing high water pressures into the sand, resulting in high uplift water pressures, increased hydraulic gradients, and greatly increased likelihood of subsurface erosion and piping on the protected side of the wall.

The clay in the foundations of the 17th Street Canal I-wall and the IHNC I-wall was found to be normally consolidated, with undrained shear strength that was lower beneath the levee slopes and beyond the toe than beneath the levee crest, where the clay had been compressed under higher pressure. This variation of the undrained strength of the clay with pressure was determined to be an important aspect of the foundation soil behavior, and a key factor in evaluation of stability.

The ability of levees to withstand overtopping without suffering extensive erosion varied significantly throughout the New Orleans area. The areas where the levees were made of clay performed well in spite of the fact that the levees were overtopped. In other areas, the levees were completely washed away after being overtopped. The difference in performance appears to depend on the type of material that was used to construct the levees. Grass covered semi-compacted clay levees withstood overtopping the best, and levees constructed of sand and silt by hydraulic filling suffered far more erosion from overtopping.

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

### Summary of Assessment of the London Avenue Canal Breaches

The breach on the London Avenue Canal near Mirabeau Avenue (the south breach) occurred at 7:00 a.m. to 8:00 a.m. on Monday, 29 August 2005. The breach on the London Avenue Canal near Robert E. Lee Boulevard (the north breach) occurred by 7:30 a.m. Field evidence, analyses, and physical model tests show that the breaches were due to the effects of high water pressures within the sand layer beneath the levee and I-wall, and high water loads on the walls. The London Avenue Canal breaches had a key factor in common with the 17th Street Canal breach – formation of a gap between the wall and the levee fill on the canal side of the wall. At both the 17th Street Canal and the London Avenue Canal, formation of a gap allowed high water pressures to act on the wall below the surface of the levee, severely loading the wall. At the London Avenue Canal, an additional effect of the gap was that water flowed down through the gap into the underlying sand. High water pressures in the sand uplifted the marsh layer on the landside of the levee, resulting in concentrated flow and erosion, removing material and reducing support for the floodwall.

Analyses of the south breach showed that erosion is most likely the principal mode of failure, with sliding instability occurring after significant volumes of sand and marsh had been removed by erosion and piping. Without alteration of the south breach cross section by erosion and piping on the landside of the levee, the calculated factors of safety with respect to sliding instability are greater than 1.0, indicating that alteration of the cross section by erosion and piping probably played a principal role in the failure at this location.

Field observations at the north breach indicate that the canal-side levee crest remained intact after the breach, and a playhouse on the property adjacent to the breach was heaved upward as the ground beneath it heaved upward during the failure. The analyses described in this report show that conditions for erosion and piping were present at the north breach, but the more likely cause of the failure was sliding instability. High uplift pressures likely resulted in a rupture through the marsh layer and the underlying thin layer of clay. At this location, however, the high pore pressures within the sand would reduce passive resistance sufficiently to result in sliding instability without significant alteration of the cross section.

It seems reasonable to assume that the wall on the opposite side of the canal from the north breach, which moved and tilted, must have been close to failure, but this location has not been analyzed in detail.

## Assessment of Inner Harbor Navigation Canal Breaches

Four breaches occurred on the IHNC during Hurricane Katrina on the morning of 29 August. Two of the breaches occurred on the east bank between the Florida Avenue Bridge and the North Claiborne Avenue Bridge adjacent to the 9th Ward, and two on the west bank, just north of the intersection of France Road and Florida Avenue. The locations of theses breaches are shown in Figure 50. Three of the breaches involved failures of floodwalls on levees, and one involved failure of a levee due to overtopping erosion.

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

All of the IHNC floodwalls and levees were overtopped on 29 August. The peak storm surge elevation in the IHNC was 14.2 ft at 9:00 a.m., as can be seen in Figure 51. This peak water level is about 1.7 ft above the tops of the floodwalls and levees. The reaches where the floodwalls and levees did not collapse have, therefore, survived water loading considerably higher than the design loading.

Initial observations after the hurricane revealed that overtopping had eroded at least one section of levee (without floodwall) along the west bank and had eroded the soil adjacent to the wall at three other locations along the east and west bank (Figure 50). It appeared that water flowing over the floodwall scoured and eroded the levee on the protected side of the I-wall, exposing the supporting sheet piles and reducing the passive resistance, as can be seen in Figure 52. The erosion appeared to be so severe at the breach locations that the sheet piles may have lost all foundation support, resulting in failures of the type shown in Figure 53. Perhaps the best evidence of this scour can be seen along the unbreached reaches of the east bank I-walls, where U-shaped scour trenches were found adjacent to the I-walls. As the scour increased, the I-wall may have moved laterally and leaned toward the protected side, causing the scour trench to grow as the water cascaded farther down the slope until sufficient soil resistance was lost and complete failure occurred.

Although it is clear that the walls were overtopped, and that their stability was compromised by the erosion that occurred, it is also clear that one of the east side breaches occurred before the wall was overtopped. Eyewitness reports indicate that the water level in the 9th Ward near Florida Avenue was rising as early as 5:00 a.m., when the water level in the IHNC was still below the top of the floodwall, as shown by the hydrograph in Figure 54. Stability analyses indicate that foundation instability would occur before overtopping at the north breach on the east side of the IHNC. This breach location is, thus, the likely source of the early flooding in the Lower 9th Ward. Stability analyses indicate that the other three breach locations would not have failed before they were overtopped.

The soil immediately beneath the levees and floodwalls at all four breach locations included marsh, beneath which was clay, and beneath the clay, sand. Through most of their lengths, the critical circles passed through the marsh and clay. The critical circles did not extend to the sand layer beneath the clay.

Formation of a gap on the canal side of the wall, allowing hydrostatic water pressure acting through the full depth of the gap, causes a very significant reduction in the value of the calculated factor of safety. Evidence that a gap did form behind the wall near the breaches can be seen in Figures 55 and 56.

Stability analyses of the north breach on the east side resulted in a computed factor of safety equal to 1.0, with a gap on the canal side of the wall and water in the IHNC at elevation 11.2 ft. This is about 1.0 ft higher than the average IHNC water level at the time floodwater was observed in the Lower 9th Ward. Considering that the effective water level could have been 1.0 ft higher due to wave effects, this result is consistent with the observed IHNC water level when floodwater was first reported in the Lower 9th Ward. Thus, it appears that the north breach

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

occurred before overtopping, and that this breach was the source of the first influx of water into the 9th Ward.



Figure 50. Four breach locations on the Inner Harbor Navigation Canal.

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

Figure 51.  Hydrograph for IHNC.

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.



Figure 52.  Scour and Erosion on the Protected Side of the IHNC adjacent to the 9th Ward in the vicinity of the south breach.

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.



Figure 53. Scour and erosion leading to the failure of the I-wall on the IHNC adjacent the south breach (9th Ward).



Figure 54. Hydrograph for the 9th Ward inundation.



Figure 55. IHNC East Bank – south breach – wall movement.

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.



Figure 56. IHNC East Bank – north breach – wall movement.

Stability analyses of the south breach on the east side and the north breach on the west side resulted in computed factors of safety larger than 1.0 with the water level at the top of the wall and a gap behind the wall, indicating that the walls at those locations would have remained stable if none of the soil supporting the wall had been removed by erosion. Stability analysis of the south breach on the west side, where there was no I-wall, showed that the factor of safety there was also high, and the breach was due to overtopping erosion.

The lower computed factor of safety at the north breach on the east side is attributable to the fact that the ground elevation on the protected side is lower at that location and there was less soil on the protected side of the wall that was able to provide support for the wall.

The IPET strength model used for the north breach on the east bank, which is based on all of the data available in May 2006, agrees fairly closely with the design strengths reported in General Design Memorandum (GDM) No. 3 under the center of the levee. Both the GDM and the IPET strength model assign lower strengths beneath the embankment toe and beyond than beneath the crest of the embankment, but the GDM strengths at this location are higher than the IPET strengths. The GDM strengths are, thus, reasonably consistent with the currently available data.

The design analyses were performed using the Method of Planes, without a gap between the wall and the levee fill on the canal side of the wall. For the canal water level at 10.5 ft (the design water level), the factor of safety computed using the Method of Planes was 1.25. The minimum factor of safety calculated for the same conditions using Spencer's method was 1.45, indicating that the Method of Planes is conservative by about 14% in this case.

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

In summary, the foundation failure at the north breach on the east side of the IHNC was a result of differences between the actual conditions and assumptions used as the basis for the design. Those differences are (1) the ground surface beyond the toe of the levee at the north breach location was lower than the landside ground surface in the design cross section, and (2) the design analyses did not consider the possibility of a gap forming behind the wall, allowing water to run into the gap and increase the load on the wall. The other three breaches on the IHNC were due to overtopping and erosion.

# Assessment of Orleans Canal and Michoud Canal I-Walls

The I-walls at the Orleans Canal and Michoud Canal did not fail, even though they were severely loaded during Hurricane Katrina. The purpose of studying them was to be able to make detailed comparisons between their successful performance and that of the I-walls at 17th Street Canal, London Avenue Canal, and IHNC, which breached. It is important to determine if the analysis and physical modeling methods that indicated unstable conditions for the 17th Street Canal, London Avenue Canal, and IHNC I-walls, which did fail, would indicate stable conditions for the Orleans Canal and Michoud Canal I-walls, which did not fail. These assessments of stable I-walls provide insight into the performance of other I-walls in the HPS.

## Analysis of the Performance of the Orleans Canal I-Walls

At the Orleans Canal south area (Station 8+61), the marsh layer beneath the levee is underlain by sand, as shown in Figure 57. At the Orleans Canal north area (Station 64+27), the marsh layer beneath the levee is underlain by clay, as shown in Figure 58. The geologic conditions at these two locations on the Orleans Canal are, thus, directly comparable to the locations at the 17th Street Canal and the London Avenue Canal where breaches occurred.

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.



Figure 80. Aerial photo of the breached floodwall along the eastern side of IHNC adjacent to the Lower Ninth Ward.

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.



Figure 81. Displaced floodwall along the eastern side of the IHNC adjacent to the Lower Ninth Ward.



Figure 82. Stage A erosion along the eastern side of the IHNC adjacent to the Lower Ninth Ward.

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.



Figure 83. Stage D erosion along the eastern side of the IHNC adjacent to the Lower Ninth Ward.

Water overtopping the floodwalls led to extensive scour and erosion in some locations, which ultimately resulted in breaches. This was most dramatic along the IHNC adjacent to the Lower 9th Ward where I-wall breaches were caused by overtopping erosion. It appeared that water flowing over the floodwall scoured and eroded the levee on the protected side of the I-wall, exposing the supporting sheet piles and reducing the passive resistance. The water flowing over the top of the walls may have scoured significant amounts of soil from the levee adjacent to the wall. Evidence of this scour can be seen along the unbreached reaches of the I-walls on the IHNC where U-shaped scour trenches could be found adjacent to the I-walls, as can be seen in Figure 82. As the scour increased, the I-wall may have moved laterally and leaned to the

protected side, causing the scour trench to grow as the water cascaded farther down the slope until sufficient soil resistance was lost and the wall failed, as shown in Figure 83. I-walls along the MRGO and the Mississippi River in Plaquemines Parish suffered similar damage due to overtopping where the greater the scour, the greater the lateral translation and tilting of walls.

It appears that the I-walls were not designed to withstand overtopping. The survivability of this type of wall could be significantly improved by providing erosion protection such as grouted riprap or concrete erosion mats running from the base of the wall down the face of the levee on the protected side.

While overtopping of the I-walls led to significant scour and damage in many cases, overtopping of T-walls did not lead to extensive scour and erosion. **In general, T-walls did not suffer severe scour on the protected side, likely because the base of the inverted T-wall section extends out on the protected side, preventing scour adjacent to the T-wall stem.**

### Levees

The performance of levees varied significantly throughout the New Orleans area. Lengthy reaches (miles) of earthen levees and capped levees were overtopped. Some reaches showed signs of initial erosion, others showed signs of progressive erosion, and other reaches contained significant breaching. Similar to levees, lengthy reaches of floodwall were overtopped and were left in various stages of damage, ranging from minor scour at the wall base to breaches where complete floodwall sections were flattened. Several stages of erosion and scour patterns were visually observed along numerous levee/floodwall reaches, and almost all patterns appeared to have been initiated on the protected side of the levee/floodwall.

Two variables played a major role in determining the extent and amount of levee damage. The hydraulic loading (storm surge and wave action) from the hurricane was the driving influence of course, but the levee damage was not a continuous function of overtopping surge and wave heights. The levee response (failure versus functional) was also determined by pre-Katrina geotechnical issues (soil type, soil layering, soil consistency, and levee construction methods).

Soil material properties greatly influence surface erodibility and erosion progression rate during overtopping. Cohesive (silt and clay) soils erode due to the formation and migration of a headcut perpendicular to the levee axis (i.e., across the levee section from the backside to the floodside). A headcut is a vertical or near-vertical elevation drop and migrates upstream due to hydraulic stresses at the overfall, base seepage, weathering, and gravity. Sandy (noncohesive) soil erosion involves a sediment transport process as the material is removed in layers. Cohesive soil erosion rates are more strongly influenced by soil material properties such as water content, density, erodibility, shear strength, and compaction effort during construction. For example, it was found that only a 5-point (5%) decrease in compaction water content caused a 100-fold increase in the breach widening rate for clay soil.

Characterizing soil erodibility is a complicated matter due to spatial non-homogeneity and variability in soil types, difficulty in selecting accurate engineering properties needed to

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

determine erodibility, and temporal effects during erosion progression such as surface roughness changes which, in turn, affect the hydraulic stress and turbulence conditions. Soil properties affecting erodibility are soil classification (gravel, sand, silt, clay proportions); water content (antecedent moisture); clay mineralogy and proportion; soil structure; Atterberg Limits; organic content; pore water chemistry (salinity, hardness, quality, pH); in situ density; erodibility parameters such as the critical shear stress required to initiate soil particle detachment, hydraulic shear stress, and erodibility coefficient; in situ shear strength, and compaction effort during construction (optimum moisture content and optimum dry density values both specified and as-built).

The rate of erosion is proportional to the applied shear stress in excess of a critical shear stress where erosion is initiated. Soils with a lower critical shear stress tend to be more erodible.

Levee geometry is important when investigating probability of erosion. A 1:3 side slope is steeper than a 1:4 slope, and a stabilizing berm slope acts as an overtopping energy dissipator. Water cascading down a 1:3 slope impacting a 1:20 berm slope would be more likely to initiate erosion than that on a 1:4 slope. Erosion would also depend on slope distance between the crest and the toe, surface roughness, and water depth.

The levees along the MRGO on the northeast side of St. Bernard Parish and the New Orleans East back levee, which fronts Lake Borgne, had numerous breaches and were washed out over considerable lengths. These levees were constructed using hydraulic fill that contains significant silt and sand, and they were subjected to large waves and significant depths of overtopping.

The New Orleans East back levee suffered considerable erosion. Figure 84 shows the major levee segments. The locations of the levee breaches caused by erosion are shown in Figure 85 and the hydraulic fill and hauled fill segments are indicated in Figure 86. It can be noted that the breaches are located in sections that were constructed of hydraulic fill. However, this is not an exact correlation, and other factors need to be considered. Figure 87 shows locations where the surge and wave hydrographs have been determined from calculations and high-water marks. Figure 88 shows a plot of pre-Katrina levee elevations and the surge height plus the peak wave height at these locations. It can be seen that the greatest erosion of the hydraulically filled levees occurs when the surge height plus the peak wave height had the greatest level above the crest of the levee. Examination of this information has shown that the peak wave height is the most important component of the surge. The figure also shows that levees constructed of rolled fill had equal to or greater surge plus the peak wave height over their crest, yet did not breach. Therefore, it is concluded that the combination of hydraulically filled levees and high surge and wave action leads to breaches by erosion.

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.