# EXHIBIT 2

# TEAM LOUISIANA

Ivor Ll. van Heerden, Ph.D. - Lead, G. Paul Kemp, Ph.D., Hassan Mashriqui, Ph.D. & PE, Radhey Sharma, Ph.D., Billy Prochaska, PE, Lou Capozzoli, Ph.D. & PE, Art Theis, PE, Ahmet Binselam, M.S., Kate Streva, B.S., and Ezra Boyd, M.A.



## The Failure of the New Orleans Levee System during Hurricane Katrina

   

A Report prepared for Secretary Johnny Bradberry
Louisiana Department of Transportation and Development, Baton Rouge, Louisiana
State Project No. 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, 20 --- December 18, 2006

than a foot to the computed surge in this area to match the HWMs, and up to 2 ft more for waves, arriving at a combined surge/wave level of 16.5 to 18.2 ft MSL, somewhat below the design elevation of protection (17.5 to 23 ft MSL) but above the actual levee crown (15 to 17.5 ft MSL). IPET shows a potential for overtopping (0.5 to 2.0 ft) with depths similar to the crown elevation deficiency.



Figure 21. IPET estimates of surge and wave effects on north side of funnel, on New Orleans East HPS paralleling the GIWW. Surge ranges from 14.7 to 16.8 ft, with an additional 2 ft of rise due to waves or wave runup. Pre-Katrina levee in this reach was 15 to 18 ft high, but was subject to general overtopping (from IPET 2006b, V-18-18). Subtract 0.6 ft for elevation relative to sea level.

On the south side of the funnel along the MRGO, IPET interprets the maximum surge as being more uniform, ranging from 17.5 to 19.5 ft MSL (Figure 22). IPET had to add more than 2 ft to the computed surge to get to this level. Based on our understanding of the HWMs in this area, we would place the maximum surge at least a foot lower along the MRGO, but this is a matter for interpretation, and there is no right answer. IPET adds between 1 and 3 feet for waves, giving a combined water level that ranges from 19.5 to 23.0 ft MSL. The design elevation for the levee crown in this area is 17.5 ft MSL, and the actual elevation ranged from 15 to 18 ft MSL, so the stage was set for general overtopping. This overtopping, and the wave attack that preceded it, destroyed the MRGO levee, causing complete loss in some places and significant degradation in most (Figure 23).

The surge from Lake Borgne propagated as a high velocity bore through the MRGO and GIWW to the IHNC causing maximum water levels in that canal to rise to 15 ft NAVD88(2004.65), while surge along the lakefront to the west was 2 to 4 ft lower. The highest surges predicted and observed for the greater New Orleans area were in the throat of the funnel east of Paris Road. Overtopping of levees in the MRGO connection to the IHNC west of Paris Road is believed to have provided the majority of the water that flooded New Orleans East.

The MRGO and GIWW levees east of the junction are the only GNO HPS levees that should have experienced extensive overtopping during Katrina. Unfortunately for St. Bernard, the MRGO levee did not wait for overtopping, but was largely destroyed before it could be overtopped, at an earlier stage in the storm sequence, as is discussed in the next section.

| Table 3a Significant Breach Sources of Katrina Floodwater in GNO HPS ||||||||
|---|---|---|---|---|---|---|---|
| HPS Zone | Breach Name | Type | Cause | Top Width (ft) | Sill Elev (ft) | TimeStart | Start Water Level |
| **Orleans Metro** | | | | | | | |
| Lakeview | 17th St. RELee | I-Wall | Translation Slide | 450 | 0.0 | 6:00-7:00 | 6.5 |
| Fillmore | London North | I-Wall | Underseepage/ Rotation Slide | 180 | 0.0 | 7:00-7:30 | 8.2 |
| Mirabeau/ Dillard | London South | I-Wall | Underseepage | 100 | -4.0 | 6:00-7:00 | 7.1 |
| City Park | Orleans Canal | Earth Levee | No Floodwall Installed | 150 | 9.5 | 8:30 | |
| Desire | IHNC West RR | RR Gate Missing | Sandbag Plug Blowout | 37 | 5.1 | 4:30 | 9.0 |
| Desire | IHNC West Florida Ave. North Breach | I-Wall | Overtopping Erosion | 100 | 7.0 | 7:00 | 12.0 |
| Desire | IHNC West Florida Ave. South Breach | Earth Levee | Overtopping Erosion | 125 | 5.0 | 5:00 | 10.0 |
| **St. Bernard/ Lower 9th Ward** | | | | | | | |
| Lower 9th Ward | IHNC East Bank North | I-Wall | Overturned/ Insufficient Levee | 90 | 7.0 | 7:30 | 12.5 |
| Lower 9th Ward | IHNC East Bank South | I-Wall | Overtopping Erosion Underseepage | 1,000 | 5.0 | 7:30 | 12.5 |
| Chalmette, Poydras, Verret | MRGO | Earth Levee | Wave Erosion Overtopping | 60,000 | 0.0 | 5:00 | 12.0 |
| Lower 9th Ward | IHNC/ GIWW | Wall Levee | Transitional Failure | 30 | 4.0 | 6:00 | 11.0 |

54



St. Bernard Parish IPET Damage Characterization

Figure 44. IPET damage assessment on St. Bernard HPS showing 30 miles of levees that experienced some overtopping, and 12 miles of breaches along the MRGO (IPET 2006b, V-14-15). Unmarked north-south channel along the left side of figure is the IHNC.

At around 0500, the surge in the funnel rose to 10 ft and long-period waves from Lake Borgne began breaking on the 12 to 18 ft federal levees fronting the MRGO. This part of the GNO HPS protects St Bernard Parish and the Lower Ninth Ward (Figure 44). The waves initially eroded a wave bench on the unprotected side of the sandy levee face. Discharge from overtopping waves then eroded the back side (Figure 45). The back side scour holes expanded upgradient through the crown, called 'head cutting,' to merge with the wave bench, essentially removing the crown and creating the breach.

This "levee capping" process occurred at dozens of locations, starting at spots that were lower or faced with more easily eroded materials. Eventually, the breaches grew to include virtually the entire 60,000 ft of the levee along the MRGO, most of which was eventually overflowed.

### Later Flooding of the Lower 9th Ward and New Orleans East

As the eye of the storm approached the latitude of New Orleans, the surge continued to rise in the funnel (Figures 40 and 43), and this increase in water level was conveyed with little reduction through the MRGO/GIWW connection into the IHNC. The surge jet moving west was directed to the south by a turn in the channel at the junction with the IHNC (Figure 44). There it pushed against the floodwalls and levees protecting the west bank but was ultimately stopped on the south by the lock structure that connects the Industrial Canal to the Mississippi River. Water that could not exit in this direction flowed north toward Lake Pontchartrain, which at 0700 was about 6 ft lower (Figure 40). One indication of the energy conveyed by this flow is the scour that occurred in the IHNC near the entrance to Lake Pontchartrain where two scour holes were eroded to a depth of nearly 90 ft while the normal depth is less than 40 ft (Figure 48).

At approximately 0600 levees and floodwalls along both banks of the IHNC were overtopped, beginning on the south end where the surge was highest. Surviving floodwall crown elevations along the IHNC were surveyed after the storm by IPET and found to range from 11.1 to 13.0 ft (LMSL) (Figure 49). Water pouring over I-wall structures (Figure 40) began to scour trenches on the back sides where the supporting earth levees were unprotected against scour (Figure 50). In the Lower 9th Ward, the influx of water overtopping the levees added to the flooding coming from the GIWW. At the Louisiana National Guard's Jackson Barracks in Arabi, situated on the high ground of the natural levees of the Mississippi River and about 2 miles from the IHNC, flood waters were first seen about 0700, but started rising rapidly after 0730.



Figures 48a,b. Post-Katrina bathymetry acquired by LSU Coastal Studies Institute in the IHNC at Seabrook where it meets Lake Pontchartrain on the north end. The purple shaded zones scour holes on either side of the bridge contraction are more than 80 ft deep in a channel that is otherwise less than 40 ft.

The New Orleans Police Department began receiving increasingly panicky calls from the Lower 9th Ward at 0755. These were relayed to Bob Turner, Executive Director of the Lake Borgne Levee District. He called the National Weather Service in Slidell at 0810 and disseminated this information via their webpage at 0817. There is consensus that the 1,000 ft IHNC break occurred at 0730 when the gage at the USACE lock was reading about 12.5 ft (Figure 40). At approximately the same time, or a little later the northern breach occurred in the Lower Ninth Ward (Figure 37). The nature of the residential flooding changed considerably at this point, increasing in velocity and rising rapidly so that residents had to rush to get into their attics. This timing corresponds well to observations of National Guard officers who saw rapidly rising water after 0730 from their post at Jackson Barracks. Conditions did not improve significantly until about 1400 when the Guard was able to cut their floating boats from the trailers and begin making rescues from roofs (Figure 51).

Some of the engineers who have examined the south breach into the Lower 9th Ward believe it was caused by overtopping induced levee erosion, while others believe that piping and lateral movement may have been a contributing factor. Early reports attributed it to many other factors, including a barge collision. We found that while the barge had indeed struck the I-wall at the south end of the breach, the angle of the steel reinforcing bars in the concrete cap exposed by the collision suggested that the section of wall struck was already leaning having failed earlier. The barge had clipped the end of the already formed breach as it was sucked through. The levee was entirely removed in the breach area and the still-interlocked concrete capped sheetpile of the I-wall that failed was fanned out on the protected side in an intact arc (Figure 52). IPET analysis of the failure indicated that the wall at this location could have withstood overtopping if back side erosion had not removed the levee that supported it (IPET 2006b). ILIT (2006) and Team Louisiana believe under-seepage could also have been a factor. It would appear the main cause of failure at the northern breach into the Lower Ninth is both under-seepage, and loss of levee stability or overtopping and removal of soil support. No doubt both failure mechanisms were at play and both led to the failure.

At about the same time, the breaches on the west side of the IHNC that were initiated earlier enlarged as the water continued to rise. While the integrity of the Orleans Metro HPS was now seriously compromised, none of the breaks that had occurred along the IHNC and GIWW scoured below an elevation of five to seven feet above sea level, leaving resilient "sills." The existence of elevated sills in these breaches meant that they stopped flowing when the canal level dropped below this point (Table 3a).

Residents on the north side of the Chef Menteur ridge in the Little Woods area of New Orleans East began seeing water pouring over the railroad embankment from the south at about 0800 (Figure 38). Water overtopping from the MRGO/GIWW connection had filled the somewhat higher intervening industrial area to the south. Those closer to the IHNC also saw water overtopping floodwalls, but this flooding was limited and did not result in significant breaches.



Figure 53. Design versus Current Elevations in IHNC. Design elevations in feet referenced to MSL. Current elevations in feet referenced to LMSL (2001-2005). Grade sectors and current elevations are approximate

Figure 49. IPET post-Katrina survey of floodwall elevations along northern reach of IHNC (IPET 2006b, II-113). Design and post-Katrina elevations are relative to local mean sea level (LMSL05).



Figure 50. Scour trench behind surviving I-wall in Lower 9th Ward.



Figure 50b. View looking south of the north breach into the Lower Ninth ward. Note on the left how the wall is 'standing on its head' and at the south edge of the breach, right side of photo, we see evidence that the wall slid backwards.

69



Figure 51 View west looking at southern breach (of two) in the Industrial Canal. Lower Ninth Ward in foreground. Orange colored barge once thought to have played a role in the breach can be seen just inside the south end of the breach.



Figure 52. Exhumed I-wall that failed in the south breach into the Lower 9th Ward fanned out on ground behind its original position, with sheetpiles still interlocked and concrete cap to right.

Some overtopping from Lake Pontchartrain was also reported south of the Lakefront Airport where a section of concrete levee wall was almost two feet lower than the adjacent earth levees. Overtopping took place there for about 2 hours (Figure 53). Additionally, a section of lakefront levee near Paris Road was overtopped for about an hour, presumably as a result of waves.



Figure 53. Trench eroded from Lake Pontchartrain water overtopping a floodwall immediately south of Lakefront Airport.

IPET believes the main route of floodwater to New Orleans East was from the MRGO/GIWW funnel throat to the south. But medical personnel located closer to the local levee that follows Paris Road at the Methodist Hospital off Reed Avenue (Figure 38) began to notice water in the streets around 0900. It rose relatively slowly and appeared to come from the west. It did not get high enough to stop their generator until 1030. This was the time recorded on many synchronized electric clocks in the facility. The gradual rise continued and began to enter the building about 1100. It is likely that some of the water that flooded this area came from breaches that occurred along the GIWW levee east of the Michaud Canal slip that filled the marshy area behind the federal levee and then overtopped the local levee (Figure 39).

Breaches along the GIWW affecting the residential areas of New Orleans East were much less extensive than those affecting the MRGO levee on the south side of the funnel. As a result, most flooding was caused by overtopping that stopped once surge levels dropped. IPET reports that the water level in New Orleans East initially got to +1.5 ft in some residential areas close to sources of overtopping, and higher in the industrial land to the south, and in the Bayou Sauvage marsh to the east. Once the surge abated on the GIWW, MRGO and IHNC, the surge water that had entered then spread out, dropping in some areas and rising in others until it reached equilibrium more than a foot below mean sea level. Because Little Woods is so low, however, with many homes between 8 and 12 ft below sea level, even flooding to this modest elevation had catastrophic consequences.

**Flooding of Orleans Metro from Lake Pontchartrain**
As the eye of the storm started to cross the main Lake Pontchartrain tidal passes, winds over Lake Pontchartrain backed to the north pushing surge water and waves against the levees along the south side of the Lake (Figure 40). The HPS along the lakeshore is pierced by channels in five places between the Jefferson/St. Charles Parish Return Canal west of the Jefferson Parish suburbs, and Chef Menteur Pass to the east of New Orleans East. The westernmost drainage or outfall canal is the 17th Street Canal on the Orleans/Jefferson Parish line, followed by the Orleans Avenue Canal, Bayou St. John, London Avenue Canal and the IHNC. All were open to the Lake during the storm except Bayou St. John which has a floodgate that functioned very effectively.

At 0900, surge levels rose as high as 12 feet near the mouth of the IHNC, and were above 10 ft (NAVD88) to the western side of the Jefferson basin. At the entrance to the 17th Street Canal, restaurants and boat houses built over water at the lake entrance broke up as did camps and homes on the lake shore outside the levee, and the debris ended up in the canal. This debris formed a porous dam against the Metairie-Hammond Highway Bridge as the waves drove the debris against the bridge. This debris dam growth was then enhanced after the breach induced flow into the canal (Figure 54).

We have been surprised by how early – and at what relatively low canal water levels – IPET now believes the I-walls on the London Avenue and 17th Street Canals failed. The surge peaked at 0900 at about 10.5 ft. feet above mean sea level at the mouths of these canals, but IPET has now placed most failures at between 0600 and 0730 when the Lake Pontchartrain surge on the south shore was between 6.5 and 8.2 ft (Table 3a).



Figure 61b. View missing capping on east side of canal, looking north. Capping also missing from west bank.

### Late Stage Flooding of St. Bernard

While Orleans Metro was flooding from Lake Pontchartrain through the drainage canal breaches, the stage was set for a second disastrous inundation of St. Bernard east of Paris Road. This area had already received some flooding from the west caused by the breaches and overtopping in the Lower 9th Ward, and from the south across the crown of the Caernarvon to Verret levee along the south side of the HPS (Figure 44). The Caernarvon to Verret levee was overtopped briefly for about 1.5 miles where it was less than 13 ft high, and this happened when the water was highest at that point, at about 0800. This overtopping was relatively brief, and the levee was protected from waves by a vast wetland area to the south. Despite overtopping, the levee crown experienced only minor damage, perhaps also due to a construction design that included a substantial clay cap placed over a core of sand pumped from the Mississippi River (Figure 62).

Flooding from overtopping and breaching of the IHNC into the Lower 9th Ward together with the more limited overtopping of the Caernarvon to Verret Levee account for about 10 percent of the total flooding of the protected area within the St. Bernard HPS. At around 0830, the most substantial flooding event in any part of the GNO began as the 40 Arpent back levee, with a crown elevation of between 7 and 9 ft, experienced massive overtopping from the wetland buffer area to the north and east (Figure 44).

since Katrina to improve GNO HPS reliability quickly. T-walls experienced back side erosion also, but T-wall stability is relatively unaffected by the condition of the levee. The base of the inverted concrete 'T-' or 'L-walls' may in some cases extend through the back side plunge point providing some of the protection of a splash pad. Examples of armoring from a Dutch levees are shown in Figure 135a.

**Investigation of Breaches on the West Bank of the IHNC**
I-walls, T-walls and earthen levees provide protection for the Orleans Metro along the west bank of the IHNC or Industrial Canal. The IHNC was completed in 1923, dividing the 9th Ward neighborhood in half to create the Upper 9th Ward on the west side and the Lower 9th on the east side. It originally ran 5 miles from the Mississippi River to Lake Pontchartrain and was unconnected to other channels. At that time, water level in the IHNC was controlled by tides in Lake Pontchartrain, as is the case with the Orleans Metro drainage canals to the west. In 1944, however, the Gulf Intracoastal Waterway (GIWW) was rerouted to pass through the southern part of the canal, creating the first shallow channel through the wetlands to facilitate propagation of hurricane surge from Lake Borgne. Man had created a " Hurricane Alley" right into the heart of New Orleans. This opening was enlarged by a factor of more than 10 in the early 1960s by construction of the Mississippi River Gulf Outlet (MRGO), and this enlargement greatly enhanced the surge threat via the alley. This was first realized during Hurricane Betsy in 1965. We will discuss the role of the MRGO in surge enhancement in the next chapter. It is sufficient to state here that had surge been prevented from entering the IHNC from the MRGO/GIWW, the Industrial Canal would have seen 3 to 4 foot lower water levels during Katrina, and IHNC floodwalls and levees would have experienced little overtopping and a far lower likelihood of failure. Now that Congress has directed that the MRGO is to be closed, flood gates are being designed that will stop the surge, but, of course, the damage of Betsy and Katrina is already done.

All of the levee and floodwall reaches exposed to the Lake Borgne surge system, including those along the IHNC, experienced overtopping (Figure 135b). Water passing over the floodwall crest plunges 6 to 8 feet, developing velocities of 20 to 30 feet per second (fps) during the fall. These velocities are sufficient to erode a trench in almost any unhardened soil, but dissipate rapidly away from the plunge point. If flow continues for an extended period, the trench can get deep enough to compromise I-wall stability so that it begins to lean landward, allowing for a crack or gap to open up on the flood side. Once water can move down the floodside sheet pile face, it can increase pressure on the face of the

wall, and in any pervious materials like sand or peat can potentially migrate around sheet pile thus enhancing the failure.

Many IHNC floodwalls on the east and west banks that were overtopped performed well without splash pad protection. Compacted clay soils on the backside eroded slowly and trench development did not progress far before overtopping ceased as the surge dissipated. Elsewhere, the plunging water found more erodible sandy soils that allowed trench development. How far a particular overtopped floodwall progressed toward failure also depended on the local surge hydrograph, and on the extent of elevation deficiency, both discussed in earlier chapters. The time-elevation relationship on the flood side of a structure with a given crest or crown elevation determined the intensity and duration of over wall discharge available to work on removing the protected side of the floodwall levee (Figure 135b).

The Port of New Orleans (PONO) container facility on the west bank of the IHNC received the full impact of the surge jet entering from the east through the MRGO/GIWW ship channel (Figure 136). This area experienced the highest surge levels in the IHNC (Figure 137), up to 15.4 feet (NAVD88), and more than a foot higher than the 14.2 feet documented to the south at the IHNC lock gage. The surge diminished by at least 2 feet between the Port's container facility and Lake Pontchartrain.

 

Figure 135a. Examples of armoring of levees from the Netherlands. Left panel shows the use of rocks; right panel the use of a bitumized layer.