# EXHIBIT 3
# Part 2



Figure 6.1: Map showing locations of levee breaches and distressed levee sections.



Source: LSU Hurricane Center

Figure 6.2:  Depth of flooding of St. Bernard Parish and the Lower Ninth Ward on Sept. 2nd (4 days after Hurricane Katrina).



Figure 6.3: Catastrophically eroded levee section along the northeast frontage of the St. Bernard Parish protected basis, fronting the MRGO channel.



Figure 6.4: Catastrophic erosion of levee embankment leaving central sheetpile curtain; also along the northeast frontage of the St. Bernard Parish protected basin fronting the MRGO channel.



Figure 6.5: Extensive erosion of levees along the MRGO frontage at the northeast edge of the St. Bernard Parish protected area



Figure 6.6: View of sheetpiles left behind at catastrophically eroded section of the MRGO frontage levee.



Figure 6.7: LIDAR survey data showing crest elevations before and after hurricane Katrina along a section of the MRGO frontage levees at bayou Bienvenue, and corresponding post-event plan view aerial photo along the same section.

Case 2:05-cv-04182-SRD-JCW  Document 16405-5  Filed 11/17/08  Page 7 of 30



Figure 6.8: Large eroded breach at the contact between the south end of the massive concrete
navigational lock structure at Bayou Bienvenue and the adjacent levee section.



Figure 6.9(a):  Aerial view of the large erosional breach at the contact between the north
end of the concrete navigational lock structure and the adjoining levee
embankment at Bayou Dupres.



Figure 6.9(b):  View looking to the inboard side from the breach shown in Figure 6.5 above;
showing eroded shell sand detritus deposited from the breach.



Figure 6.10: Approximate hydrograph of storm surge elevation (feet, MSL) vs. time at the
west end of Lake Borgne.                    [IPET Interim Report, April, 2006]



(a) Sheet flow overtopping erosion of the lower back slope face



(b) Wave erosion of the front face, and through-flow erosion of the lower back face

Figure 6.11: Schematic illustration of two different sets of modes of levee erosion.



Figure 6.12: Photo of outboard side wave-induced erosion on the MRGO levee frontage at
the northeast edge of the St. Bernard/Ninth Ward protected area.



Figure 6.13: Photo of outboard side levee erosion and crest "notching", as well as crenellation,
due to storm wave erosion and overtopping along the MRGO frontage levees
at the northeast edge of the St. Bernard/Ninth Ward protected area.



Figure 6.14  View of the secondary (Forty Arpent) levee across the middle of the St. Bernard
protected basin



Figure 6.15:  View of tree limbs and detritus on roofs of homes in St. Bernard Parish.



Figure 6.16:  Car tossed and flipped in St. Bernard Parish.



Figure 6.17:  Boat deposited in neighborhood in St. Bernard Parish.



Source: IPET Interim Report No. 2; April, 2006

Figure 6.18: Hydrographs showing measured (and photographed) water levels at gage stations along the Inner Harbor Navigation Channel (IHNC).

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006



Figure 6.19: Oblique view of the (south) levee break at the Inner Harbor Navigation Canal into the lower Ninth Ward.



Photograph by Rune Storesund

**Figure 6.20:** Close-up view of the large barge that entered through the south breach at the east bank of the IHNC at the west end of the Lower Ninth Ward.



Photograph by Rune Storesund

**Figure 6.21:** Close-up view of crushed (impacted) concrete floodwall at the south end of the south breach at the east bank of the IHNC at the west end of the Lower Ninth Ward.



Photograph by: Rune Storesund

**Figure 6.22:** Eroded trench at the rear (inboard) side of the floodwall at the south end of the south breach at the east bank of the IHNC at the west end of the Lower Ninth Ward.



**Figure 6.23:** Re-interpreted longitudinal subsurface soil profile, showing location of breach section on the east bank of the Lower ninth Ward Levee.



Figure 6.24: Cross-section showing location of borings for Lower Ninth Ward, East Bank, South Breach.

6-39

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006

Independent Levee
Investigation Team



Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006



**Figure 6.25:** Plots of (a) OCR *vs.* Depth and (b) $S_u$ *vs.* Depth for the soft gray marsh clay (CH) at the inboard toe and further to the landside (not under levee embankment overburden pressure) – Lower Ninth Ward, IHNC East Bank, South Breach site.



**Figure 6.26:** Plots of (a) OCR vs. Depth and (b) $S_u$ vs. Depth for the shallow marsh and clay deposits at the inboard toe and further to the landside (not under levee embankment overburden pressure) – Lower Ninth Ward, IHNC East Bank, South Breach site.

**Figure 6.27:** Geometry and input parameters for FEM (PLAXIS) stability analyses for Lower Ninth Ward, IHNC East Bank, South Breach.

Independent Levee
Investigation Team

New Orleans Levee System
Hurricane Katrina
July 31, 2006



**Figure 6.28:** Deformed mesh after modeling staged construction for the levee and allowing for consolidation for Lower Ninth Ward, IHNC East Bank, South Breach.



**Figure 6.29:** Deformed mesh for storm surge elevation of +13.5ft (MSL) for Lower Ninth Ward, East Bank, South Breach.

**Figure 6.30:** Normalized shear strain contours (shear strain divided by strain to failure) for a storm surge at Elev. + 12.5 feet (MSL) at the Lower Ninth Ward, IHNC East Bank, South breach site; gapping at outboard toe of floodwall is developed fully through the embankment fill material.

6-45

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006





**Figure 6.31:** Normalized shear strain contours (shear strain divided by strain to failure) for a storm surge at Elev. + 14 feet (MSL) at the Lower Ninth Ward, IHNC East Bank, South breach site; gapping at outboard toe of floodwall is fully developed.

6-46



**Figure 6.32:** Calculated Factors of Safety for two modes based on PLAXIS analyses of the Lower Ninth Ward South breach site (east bank IHNC) for various canal water elevations; showing the best-estimated path to failure.

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006

| MATERIAL | γ (pcf) | φ | c (psf) | PARAMETER Kh (ft/hr) | Kh (cm/s) | Kv/Kh | θ * |
|---|---|---|---|---|---|---|---|
| Fill | 105 | 0 | 900 | 1.17E-04 | 9.91E-07 | 1 | 0.35 |
| Upper CH | 95 | 0 | 800 | 2.00E-04 | 1.69E-06 | 0.333 | 0.35 |
| Upper Marsh | 85 | 28 | 0 | 1.10E+00 | 9.31E-03 | 0.25 | 0.5 |
| OC Grey CH | 95 | 0 | 500 | 2.00E-04 | 1.69E-06 | 0.333 | 0.35 |
| NC Grey CH | 95 | 0 | Su/p: 0.28 | 2.00E-04 | 1.69E-06 | 0.333 | 0.35 |
| Lower Marsh | 85 | 28 | 0 | 1.10E+00 | 9.31E-03 | 0.25 | 0.5 |
| Silt | 110 | 0 | 600 | 1.17E-04 | 9.91E-07 | 0.333 | 0.41 |
| Lean Clay | 100 | 0 | 600 | 2.00E-04 | 1.69E-06 | 0.333 | 0.38 |
| Sands | 120 | 30 | 0 | 1.00E+00 | 8.5E-03 | 0.5 | 0.42 |
| Gaps | | | | 100 | | 10 | 1 |

* Fredlund et al. Green and Corey. Van Genuchten



Canal Side ▶

Land Side

Figure 6.33: Geotechnical cross-section for analysis of the IHNC east bank, south breach.

6-48



Figure 6.34: Finite difference mesh for seepage analyses for IHNC east bank, south breach.



Figure 6.35: Flow net for the south breach on IHNC; storm surge at 14.4ft (MSL). Head contours at 1-foot intervals of head.

Figure 6.36: Pressure contours for the south breach on IHNC. Storm surge at 14.4ft (MSL).

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006



Figure 6.37: Hydraulic gradients for the south breach on IHNC east bank; storm surge at 14.4ft (MSL). Maximum exit gradient at the levee toe is $i_o \approx 0.8$ to 1.0.

6-51