# EXHIBIT 3
## Part 3



Figure 6.38: Transient flow pore pressure generation for the south breach on IHNC east bank.



Figure 6.39: Pore pressure generation at different times and depths at the inboard toe of the south breach on IHNC east bank.

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006



Figure 6.40: Hydraulic gradients at the south breach on IHNC east bank.

6-53

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006



Figure 6.41: Pore pressure versus horizontal distance and time at the top of the second marsh layer; south breach on IHNC east bank.

6-54

Case 2:05-cv-04182-SRD-JCW   Document 16405-6   Filed 11/17/08   Page 5 of 20

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006



Figure 6.42: Critical failure surface for the south breach on IHNCeast bank; storm surge at 14ft (MSL), failure through upper marsh layer with gap at front of sheetpiles fully developed.



Figure 6.43: Deeper failure surface for the south breach on IHNCeast bank; storm surge at 14ft (MSL), gap at front of sheetpiles fully developed.



Figure 6.44: Calculated Factors of Safety for three modes based on SLOPE/W analyses of the Lower Ninth Ward South breach site (east bank IHNC) for various canal water elevations; showing the best-estimated path to failure.



Figure 6.45:  Aerial view of the south breach at the east bank of the IHNC (at the west end of
the Ninth Ward), showing the crevasse splay generated by reverse drainage
flow.

[Photograph by U.S. Army Corps of Engineers]



Figure 6.46:   Aerial view of the partially repaired north breach on the east bank of the IHNC
at the west end of the Lower Ninth Ward.

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006

| MATERIAL | γ (pcf) | φ | c (psf) | PARAMETER | | | |
|---|---|---|---|---|---|---|---|
| | | | | Kh (ft/hr) | Kh (cm/s) | Kv/Kh | Θ • |
| Fill | 105 | 0 | 900 | 1.17E-04 | 9.91E-07 | 1 | 0.35 |
| CH | 95 | 0 | 800 | 2.00E-04 | 1.69E-06 | 0.333 | 0.35 |
| OC Grey CH | 95 | 0 | 500 | 2.00E-04 | 1.69E-06 | 0.333 | 0.35 |
| NC Grey CH | 95 | 0 | Su/p: 0.28 | 2.00E-04 | 1.69E-06 | 0.333 | 0.35 |
| Marsh | 85 | 28 | 0 | 1.10E+00 | 9.31E-03 | 0.25 | 0.5 |
| Lean Clay | 100 | 0 | 600 | 2.00E-04 | 1.69E-06 | 0.333 | 0.38 |
| Sands | 120 | 30 | 0 | 1.00E+00 | 8.5E-03 | 0.5 | 0.42 |
| Gaps | | | | 100 | | 10 | 1 |

* Fredlund et al. Green and Corey. Van Genuchten



Figure 6.47: Geotechnical cross-section for analysis of the IHNC east bank, north breach.

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006



Figure 6.48: Finite difference mesh for seepage analyses for IHNC east bank, north breach.



Figure 6.49: Flow net generation for the north breach on IHNC east bank. Storm surge at +14.4ft (MSL). Head contours at 1 foot intervals of hydraulic head.



Figure 6.50: Pressure contours for the north breach on IHNC east bank. Storm surge at +14.4ft (MSL). Pore pressure contours at intervals of 62.4 lb/ft$^2$.

Potential Hydraulic Uplift



Figure 6.51: Hydraulic gradients for the north breach on IHNC. Storm surge at +14.4ft (MSL). Maximum exit gradient on the upper levee toe is $i_o \approx 1.0$, and $i_o \approx 1.5$ to 2.5 at the lower toe.



Figure 6.52: Critical potential stability failure surface for the north breach on IHNC.  Storm surge at +14 ft (MSL).



Figure 6.53: Transient flow pore pressure generation for the north breach on IHNC east bank.



Figure 6.54: Pore pressure generation at different times and depths at the inboard toe of the
north breach on IHNC east bank.



Figure 6.55: Hydraulic gradients on the south breach on IHNC east bank.

6-65



Figure 6.56: Pore pressure versus horizontal distance and time on the north breach on IHNC east bank.

6-66



Figure 6.57:   Factor of Safety vs. water elevation (ft, MSL) for the north breach, east bank of
the IHNC at the west end of the Lower Ninth Ward.

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006



Figure 6.58: IPET shear strength profile; IHNC east bank/Lower Ninth Ward (North) breach.



Figure 6.59: Critical limit equilibrium stability failure mode from IPET Draft Final Report;
canal water elevation at +9 feet (MSL). Factor of Safety: 1.03.

[IPET; June 1, 2006]

**Independent Levee**
**Investigation Team**

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006



Figure 6.60:  Re-interpretation of shear strength, and the ILIT shear strength profile.