# EXHIBIT 5

## Part 2

**Photo 1:** Overall view of the Lower 9th Ward from the south looking north. The IHNC is at left with the north breach at (A). The south breach and barge ING 4727 is at (B). The Holy Cross area is in the foreground. Florida Avenue, the northern limit of the subject area, is at (C). Andry Street is at (D). Jackson Barracks and the start of St. Bernard Parish (Arabi) is approximately 3/4 of a mile to the right of the photo.



Centanni Investigative Agency
Image Name:      aerial pics 1000
Photography Date:    11-15-2005

**Photo 2:** Photo focusing on the south breach (A). Note the pattern of complete destruction within several blocks of the breach, where no structures and few trees remain. Also note the buildings remaining standing towards the south edge of the breach near the Claiborne Avenue bridge in the foreground, and the buildings remaining standing on the opposite side of the breach towards the north.



Centanni Investigative Agency
Image Name:        aerial pics 755
Photography Date:   11-15-2005

**Photo 3:** Photo focusing on the south breach. Note the pattern of total devastation in this immediate vicinity.



Photography Date:        11-15-2005
Image Name:              aerial pics 126
Centanni Investigative Agency

**Photo 4:** Photo focusing on the south breach. Note the limits of the total devastation illustrated in Photo 3 above extend for several blocks in either direction from the south breach. Beyond three blocks inland and to either side, structures remain standing.



Centanni Investigative Agency
Image Name:          aerial pics 111
Photography Date:    11-15-2005

**Photo 5:** Overall view of the Lower 9th Ward from the north looking south. The IHNC is at right with the north breach at (A). The south breach and barge ING 4727 is at (B). Florida Avenue, the northern limit of the subject area, is at (C). The Holy Cross area and Mississippi River are in the far background of the photo. Note the pattern of total devastation at the north breach, which is limited to approximately 1 block wide and 3 to 4 blocks inland. Beyond this, many structures remain standing.



Centanni Investigative Agency
Image Name:                          aerial pics 122
Photography Date:            11-15-2005

**Photo 6:** Photo focusing on the north breach. Note the pattern of total devastation within the first several blocks where no structures remain.



Centanni Investigative Agency
Image Name:                  aerial pics 090
Photography Date:        11-15-2005

**Photo 7:** Photo in the Lower 9th Ward immediately adjacent to the IHNC floodwall failure at the south breach (immediately to the left of this photo). Barge ING 4727 is at (A). The majority of the buildings in this area were damaged by rushing water and few remain. Note that several structures did survive in this area, including two 2-story buildings at (B) and several brick homes on concrete slabs at (C). The majority of the houses that were destroyed were older, timber framed structures on piers with a crawl space beneath.



Centanni Investigative Agency
Image Name:          aerial pics 138
Photography Date:    11-15-2005

**Photo 8:** Photo of the Lower 9th Ward between the south breach (beyond the right of this photo) and the north breach (beyond the left of this photo). Note that while the majority of the buildings in this area were totally destroyed. The still in-tact flood wall can be seen in the foreground at (A). Note that while the majority of the buildings in this area were totally destroyed, it is less clear whether it was from rushing water (horizontal force) or rising water (an upward buoyant force). Among the surviving buildings include a 2-story building at (B) and brick buildings on concrete slabs (C).



Centanni Investigative Agency
Image Name: aerial pics 145
Photography Date: 11-15-2005

**Photo 9:** Photo of the 9th Ward between the south breach and the north breach. The still in-fact flood wall can be seen in the foreground at (A). Many of the buildings in this area were totally destroyed, though there the damage experienced varies greatly. Buildings at (B) and (C) are totally collapsed and have floated away from their foundations. Other buildings at (D) remain in place. The right hand building at (D) has wind damage to its roof. Many of the buildings in the background have floated from their foundations.



Centanni Investigative Agency
Image Name:        aerial pics 149
Photography Date:        11-15-2005

**Photo 10:** Photo immediately at the north breach of the IHNC floodwall (A). The majority of the buildings immediately in the path of the rushing water were completely destroyed with only their foundations remaining as evidence. Within 1 block to the south, many buildings survived, albeit heavily damaged. Many floated from thier foundations. At least one brick home on a slab at (B) survived with significantly less visual damage than the neighboring buildings.



Centanni Investigative Agency
Image Name:          aerial pics 151
Photography Date:    11-15-2005

Centanni Investigative Agency
Image Name: aerial pics 164
Photography Date: 11-15-2005

B
JOURDAN ROAD
A
N. DERBIGNY
N. ROMAN
DESLONDE
N. PRIEUR
TENNESSEE

**Photo 11:** Photo immediately at the south breach of the IHNC floodwall (A), shown with the temporary berm repair. The majority of the buildings immediately in the path of the rushing water were completely destroyed with only their foundations remaining as evidence. Buildings immediately to the south of the breach, to the left and behind barge ING 4727 at (B) survived. Those immediately in the path of the breach left little evidence.

Centanni Investigative Agency
Image Name: aerial pics 165
Photography Date: 11-15-2005

JOURDAN ROAD
DESLONDE
A
TENNESSEE
N. CLAIBORNE
N. DERBIGNY
REYNES

**Photo 12:** Photo of area one block immediately south of the south breach at North Claiborne Avenue. Barge ING 4727 is at (A). Note that the survival rate of buildings in this area was significantly better than those immediately in the path of the rushing water from the breach. Those at the far right, on the opposite side of Claiborne Avenue, fared better still.

Case 2:05-cv-04182-SRD-JCW   Document 16405-9   Filed 11/17/08   Page 14 of 22

**Photo 13:** Photo continuing across North Claiborne Avenue relative to Photo 6. Note that the buildings in this area fared significantly better than those nearer the south breach, on the other side of Claiborne. Still, severe damage can be observed. Note the downed trees at (A) that have fallen upon a building and the buildings at (B) that have floated from their foundation and into the street. Others have suffered wind damage to their roofs at (C).



Centanni Investigative Agency
Image Name:                 aerial pics 166
Photography Date:        11-15-2005

that was damaged but is in all likelihood being protected for rebuilding.

**Photo 14:** Holy Cross area of the Lower 9th Ward looking towards Arabi. The Mississippi River is at the right. Note the large number of buildings that are covered by the temporary "blue roof" tarps. All of these roofs were damaged by wind. Each "blue roof" represents a building



Photography Date:  11-15-2005
Image Name:  aerial pics 825
Centanni Investigative Agency

**Photo 15:** Photo of area 3 to 5 blocks beyond the south breach to the east. Note that some buildings have completely collapsed (A) and (B), others such as the 2-story building at (C) and the brick buildings at (D) remain standing.

Centanni Investigative Agency
Image Name: aerial pics 218
Photography Date: 11-15-2005

**Photo 16:** Photo of the area 3 to 5 blocks east of the north breach. Note the difference in performance of the various buildings. The municipal buildings at (A) display little structural damage while surrounding residential buildings are heavily damaged.



Centanni Investigative Agency
Image Name:                  aerial pics 224
Photography Date:        11-15-2005

Case 2:05-cv-04182-SRD-JCW   Document 16405-9   Filed 11/17/08   Page 18 of 22

**Photo 17:** Photo of the area 3 to 5 blocks east of the north breach. Note the difference in performance of the municipal and commercial buildings at (A) (B) (C) and (D) compared to the surrounding residential buildings. This serves to illustrate the significance of engineered construction details and building materials in the ability of a structure to survive extreme environmental conditions.



Centanni Investigative Agency
Image Name:                          aerial pics 247
Photography Date:              11-15-2005

**Photo 18:** Photo of the Lower 9th Ward illustrating the difference in building materials. Note that the brick building on a concrete slab at (A) survived relatively in-tact while many neighboring structures were heavily damaged. Also note that the masonry buildings at (B) show little evidence of structural damage.



Centanni Investigative Agency
Image Name: aerial pics 282
Photography Date: 11-15-2005

**Photo 19:** Photo of the Lower 9th Ward 5 blocks east of the north breach, immediately adjacent to Florida Avenue and the protection levee. Note that the commercial building at (A) and the brick residential building at (B) show little evidence of structural damage. In contrast, many of the surrounding residential buildings were severely damaged. Note that one neighboring building at (C) is missing its roof while the walls remain standing. This roof was removed by wind forces.



Centanni Investigative Agency
Image Name:        aerial pics 291
Photography Date:        11-15-2005



**Photo 20:** Photo of the Lower 9th Ward at North Claiborne Avenue. Note the difference in performance of the municipal building (A) compared to the surrounding residential buildings. There is little discernable structural damage evident in the municipal building, which represents an engineered design. Near to this building is a collapsed residential building (B) and another building floated from its foundation (C).

Centanni Investigative Agency
Image Name:       aerial pics 318
Photography Date:       11-15-2005

**Photo 21:** Photo of Lower 9th Ward at Florida Avenue and Caffin Avenue next to the protection levee. Note that virtually one entire square block of residential buildings remain standing while almost all buildings in the surrounding three quadrants were demolished. The buildings within this block are all slab homes and many are brick. This area is ¾ to ½ of a mile from the north and south breaches.



Photography Date:      11-15-2005
Image Name:            aerial pics 329
Centanni Investigative Agency