# EXHIBIT 5

# Part 3

Infinity Engineering Consultants, LLC
Image Name:            5-11-07 (27)
Photography Date:    5-11-2007



**Photo 22:** Residential buildings at 2439 Delery Street, New Orleans. The building at the left has floated from its foundation and has come to rest against the neighboring building. Note the difference in the performance of these two structures. The newer brick and slab structure at the right has not been displaced while the older structure on raised piers at the left is falling down. This illustrates both the difference in performance based on construction and also based on maintenance, as evidenced by the poorer condition of the building at left.

ATTACHMENT A: PHOTOGRAPHIC ILLUSTRATIONS

Centanni Investigative Agency
Image Name:        aerial pics 845
Photography Date:  11-15-2005



Photo 23: Intersection of Charbonet and North Tonti Street in the Lower 9th Ward. This photo illustrates the difference in performance between buildings of differing construction. Note that two identically constructed buildings (A) and (B) both floated from their foundation. Both were constructed on raised piers and were not anchored. Three buildings of similar construction to each other at (C) remained in place and did not float from their foundations. The buildings at (C) differed from (B) in that they were brick buildings constructed on a slab. They were likely anchored to the foundation.

ATTACHMENT A: PHOTOGRAPHIC ILLUSTRATIONS

Page 23

Cemanni Investigative Agency
Image Name:          aerial pics 974
Photography Date:   11-15-2005



**Photo 24:** Overview of the Lower 9th Ward as viewed from Arab. The south breach at the IHNC is at (A). The north breach is at (B). Florida avenue and the northern flood protection levee is at (C.) Note the engineered commercial building (D) has not been displaced, while portable buildings at (E) that were on the same side have "floated into the street. Also note that between Delery and Dubreuil Streets there is a large cluster of residential buildings at (F) that have all floated from their foundations while a group of tract houses remained in place at (G), all similar to each other but different than those at (F)

ATTACHMENT A: PHOTOGRAPHIC ILLUSTRATIONS

Page 24

Centanni Investigative Agency
Image Name:      aerial pics 691
Photography Date:   11-15-2005



Photo 25: Overview of the northern side of Arabi with the Jackson Barracks facility in the foreground. The north and south breaches are approximately 1.5 miles east of this area. Note the newer suburban tract homes in the foreground are not displaced to the extent of those illustrated in the following Photo 20, which are older and are generally of lesser quality of construction. Also note that the area west of the railroad tracks at the top of this photo, which also represented older construction, also had numerous buildings that were displaced due to floating. This area is further illustrated in Photos 23 and higher.

ATTACHMENT A: PHOTOGRAPHIC ILLUSTRATIONS

Centanni Investigative Agency
Image Name:        aerial pics 906
Photography Date:  11-15-2005



**Photo 26**: Photo of residential buildings on North Galvez at Deslonde, adjacent to the Jackson Barracks facility on the New Orleans side. Note that buildings A, B & C, which are newer brick buildings on slabs, did not incur the same level of damage as older surrounding homes that were constructed on piers, several of which have floated off their foundations due to flooding. This area is immediately opposite Jackson Barracks facility from the suburban tract homes shown in Photo 27.

ATTACHMENT A:  PHOTOGRAPHIC ILLUSTRATIONS

Page 26

Centanni Investigative Agency
Image Name:          aerial pics 888
Photography Date:    11-15-2005



Photo 27: Photo of buildings in Arabi immediately adjacent to the Orleans Parish line. West Judge Perez Drive is at the right and the crossing streets are Angela, Mehle, Esteban and Aycock. The residential buildings are modern suburban tract homes, brick on concrete slabs. Those in the foreground at A were constructed since 2001. Because of up-to-date construction details and their good structural condition, these structures performed significantly better than their older counterparts just blocks away on the other side of the Orleans Parish line. Also note the good condition of the commercial buildings at B, which are also relatively new.

ATTACHMENT A: PHOTOGRAPHIC ILLUSTRATIONS

Centanni Investigative Agency
Image Name:        aerial pics 916
Photography Date:  11-15-2005

**Photo 28:** Photo of commercial buildings within the Jackson Barracks facility between St. Claude and West Judge Perez Drive. Note the condition of the steel roof at buildings A, B & C fared better than shingle roofs that were damaged by wind in buildings D & E.

ATTACHMENT A: PHOTOGRAPHIC ILLUSTRATIONS

Centanni Investigative Agency
Image Name:          DSC_1369
Photography Date:    11-15-2005



**Photo 29:** 1900 block of Alexander Street in Arabi. This area is immediately adjacent to the 40 Arpent Canal and flood protection levee (A) at the location where the railroad tracks cross (B). Residential buildings at (C) and (D) have been damaged by fire, while buildings at (E) have floated from their foundations. Other buildings in the photo remain in place.

ATTACHMENT A: PHOTOGRAPHIC ILLUSTRATIONS

Centanni Investigative Agency
Image Name:        DSC_1535
Photography Date.  5-12-2006



**Photo 30:** 1904 Alexander Street, Arabi. Note that this building (A) and a neighboring (B) both floated from their foundations and into the street.

ATTACHMENT A:  PHOTOGRAPHIC ILLUSTRATIONS

Centanni Investigative Agency
Image Name:         DSC_1543
Photography Date:   5-12-2006



Photo **31**: 1900 block of Alexander in Arabi. Note severe fire damage to the house at the center of the photo.

ATTACHMENT A: PHOTOGRAPHIC ILLUSTRATIONS

Page 31

Centanni Investigative Agency
Image Name:          DSC_1370
Photography Date:    5-12-2006



Photo 32: 1800 block of Alexander Street (background) and Benjamin Street (foreground) in Arabi, 1.7 miles from the IHNC and 0.4 miles from the 40 Arpent Canal. This area is adjacent to the railroad tracks and drainage canal (D) that are near the western limit of Arabi four blocks from the Jackson Barracks tract. Note that multiple residential buildings (A) (and others not tagged) have shifted from their foundations due to flooding. Many neighboring buildings (B) remain in their original locations with no discernable displacement. Similarly, an entire tract of buildings at (C) remain in position. The building at (E) has been severely damaged by fire.

ATTACHMENT A: PHOTOGRAPHIC ILLUSTRATIONS

Page 32

Centanni Investigative Agency
Image Name:        DSC_1373
Photography Date:   5-12-2006



**Photo 33:** 1600 block of Alexander Street in Arabi, 1.6 miles east of the IHNC and 3500 feet south of the 40 Arpent Canal. Note that one residential building (A), apparently a raised pier foundation as evidenced by the remaining steps, is missing. Two neighboring buildings (B) remain in their original location with no discernable displacement. Immediately across the street, four comparable buildings (C) have shifted from their foundations due to flooding but appear to have relatively little wind damage to their roofs.

**ATTACHMENT A:  PHOTOGRAPHIC ILLUSTRATIONS**

Centanni Investigative Agency
Image Name:        DSC_1410
Photography Date:  5-12-2006



Photo 34: Sally Street in Arabi. This photo illustrates how similar buildings and structures in one area subjected to the same environmental factors realize unique damages. The building at (A) has experienced wind damage to the roof. This is in contrast to the buildings at (B) which appear to have no roof damage. The garage at (C) has a sheet metal roof and that is mostly missing due to wind damage. Within 100' at (D) is a second garage with a sheet metal roof with no damage. The garage at (D) is adjacent to a residential building at (E) that has been displaced from its foundation due to flooding and severely damaged from fire. Across the street at (F) a building has floated off its foundation and come to rest in the street.

ATTACHMENT A: PHOTOGRAPHIC ILLUSTRATIONS

Centanni Investigative Agency
Image Name:           DSC_1420
Photography Date:     5-12-2006



**Photo 35:** 1900 block of Benjamin Street in Arabi. This area is immediately adjacent to the 40 Arpent Canal and flood protection levee (A) at the location where the railroad tracks cross. Note that the residential building (B) has floated into the street, while virtually all of the other similar buildings remain in place. The garage at (C) has floated off its foundation. The garage and shed at (D) have collapsed due to a combination of wind and flood. The garage at (E) remains standing in place, but much if its sheet metal roof has been removed by wind.

**ATTACHMENT A: PHOTOGRAPHIC ILLUSTRATIONS**

Centanni Investigative Agency
Image Name:        DSC_1421
Photography Date:  5-12-2006



**Photo 36:** Intersection of Alexander and Benjamin Street in Arabi. This area is immediately adjacent to the 40 Arpent Canal and flood protection levee (A) at the location where the railroad tracks cross. Note that the residential building (B) has floated into the street, while virtually all of the other similar buildings remain in place, including the neighboring building at (C). Residential buildings and garage at (D) adjacent to canal and levee appear completely intact. A tree fallen by wind or flood has impacted a building at (E), causing damage to a patio canopy. Two garage structures at (F) have fallen into a residential building. Two buildings are missing at (G) and a building has been severely damaged by fire at (H).

**ATTACHMENT A: PHOTOGRAPHIC ILLUSTRATIONS**

Centanni Investigative Agency
Image Name:          DSC_1432
Photography Date:    5-12-2006

**Photo 37:** 1600 block of Schnell Drive (foreground) and 500 block of Perrin (background), Arabi. Note the comparatively better condition of these buildings compared to others in the supporting photographs. This illustrates the relatively better performance of newer structures built with modern details. Also note that the age and condition of each roof is a significant contributing factor to how each fared from wind. Older roofs at (A) and (B) lost shingles where newer roofs at (C) and (D) did not.

ATTACHMENT A:  PHOTOGRAPHIC ILLUSTRATIONS

Centanni Investigative Agency
Image Name: DSC_1434
Photography Date: 5-12-2006



Photo 38: Photo of northeast corner of Arabi. 2200 block of Benjamin (left). Forty Arpent Canal and flood protection floodwall is at left (A). Residential buildings in this area are suburban tract homes, brick on slab. Note that the buildings in this area fared significantly better than those in the 1900 block of Benjamin, three blocks east. Buildings in the area of this photo have remained in place whereas older structures constructed on piers tended to float off of their foundations, just three blocks west.

ATTACHMENT A: PHOTOGRAPHIC ILLUSTRATIONS

Centanni Investigative Agency
Image Name: DSC_1524
Photography Date: 5-12-2006



**Photo 33**: 200 block of Cougar Drive, Arabi. Note the extreme damage to the roof covering of building (A) while the damage to the roof coverings of building (B) is significantly less. The condition of the roof at building (C) appears to be new and may have been replaced between the event and the date of the photo. All of the roof damage shown in this photo is due to wind. Note, however, that building (A) would be subject to additional damage due to water leaking through the roof from above.

**ATTACHMENT A: PHOTOGRAPHIC ILLUSTRATIONS**

Centanni Investigative Agency
Image Name:        DSC_1835
Photography Date:  5-12-2006



Photo 40: Building damaged by fire in the 500 block of West Proper, Chalmette.

ATTACHMENT A: PHOTOGRAPHIC ILLUSTRATIONS



Certanni Investigative Agency
Image Name          DSC 1708
Photography Date     5-12-2006

Photo 41: Intersection of Park Place (right) and Jean Lafitte Parkway (background) in Chalmette. Note that the masonry block wall of this commercial building suffered serious damage due to wind. The masonry failed while the sheet metal roof appears to be intact except for flashing along the edge where the masonry wall fell.

ATTACHMENT A: PHOTOGRAPHIC ILLUSTRATIONS

Page 41

Centanni Investigative Agency
Image Name: DSC_1731
Photography Date: 5-12-2006



**Photo 42**: Photo of commercial building on West Judge Perez at Packenham Avenue in Chalmette. Note damage to roof structure due to wind. This two story building would have been subjected to flood waters on the first floor. The second floor could have been damaged by flood waters but would have been damaged due to falling water from rain entering the building from above.

ATTACHMENT A: PHOTOGRAPHIC ILLUSTRATIONS