# EXHIBIT 5
# Part 4

## ATTACHMENT B: REPRESENTATIVE PROPERTY INSPECTIONS

This attachment serves to present findings of condition inspections performed on 12 individual properties that have been presented as representative properties within the class certification area, which is bounded by the IHNC, Mississippi River, 40 Arpent Canal, and Paris Road.

Each inspection consisted of visual observations and measurements made on the buildings along with documenting photographs. A total of 12 properties were inspected, 1 of which consisted of a vacant lot. The inspections took place between July and August of 2008.

The following properties were inspected on the dates noted:

| | | | | |
|---|---|---|---|---|
| 1. | 6317 Douglas Street | New Orleans | (Herman Koch) | July 16, 2008 |
| 2. | 6035-37 Burgundy Street | New Orleans | (Herman Koch) | July 16, 2008 |
| 3. | 8547 Deerfield Street | Chalmette | (Herman Koch) | July 16, 2008 |
| 4. | 3409-11 Shangri La Lane | Chalmette | (Herman Koch) | July 16, 2008 |
| 5. | 3619 Shangri La Lane | Chalmette | (Herman Koch) | July 16, 2008 |
| 6. | 4829 Burgundy | New Orleans | (Ethel Mumford) | July 22, 2008 |
| 7. | 6101 North Robertson | New Orleans | (Ethel Mumford) | July 22, 2008 |
| 8. | 6105-07 North Robertson | New Orleans | (Ethel Mumford) | July 22, 2008 |
| 9. | 6113-15 North Robertson | New Orleans | (Ethel Mumford) | July 22, 2008 |
| 10. | 8825-27 West Judge Perez | Chalmette | (Michael Riche) | July 23, 2008 |
| 11. | 128-30 West Philip Court | Chalmette | (Michael Riche) | July 23, 2008 |
| 12. | 924 Lamanche Street | New Orleans | (Jimmie Harris) | August 19, 2008 |

The individual properties were inspected by the author of this report. Each inspection was performed in the presence of the respective plaintiff, plaintiff's counsel, and counsel for Lafarge N.A. Each inspection was performed concurrently with a separate and independent site inspection being made by Mr. Wade Ragas, who was inspecting matters concerning property values not related to this report.

Each inspection varied in duration, averaging approximately 30 minutes. Each building was visually inspected from the exterior and interior, where accessible. Buildings that were elevated above ground allowed a view from beneath, which was performed only around the perimeter of the building. Where residual water markings were visible, measurements were taken to finished floor and to ground level. Attic spaces were inspected only those buildings that provided ready access. A carpenter's level was used to measure the vertical and horizontal inclination of floors, sills and some walls.

Digital photographs were taken throughout each inspection in order to document conditions as found. Representative photos were selected for inclusion in this report.

An area map is attached to this report that identifies the locations of these 12 properties and their relation to the IHNC floodwall breach locations.

## 1.  6317 Douglas Street

This property is in the Holy Cross neighborhood near the Jackson Barracks and the Mississippi River.  It is estimated that this building was constructed in the late 1800's.



Photo1:  6317 Douglas Street

Physically, 6317 Douglas Street is located 3 blocks north of the river and 1 block west of the barracks. This property is approximately 1000 feet north of the Mississippi River levee and 1.4 miles southeast of the south breach of the IHNC flood wall.

This building is a single story duplex residential building that was unoccupied at the time of our inspection.  Both the interior and exterior were able to be viewed.

The structure is wood framed and is raised on brick piers above grade.  The exterior is clad with aluminum siding and the interior is finished with lathe and plaster on the walls and ceilings.    This building has been partially gutted such that a portion of the wall finishes had been removed along with all cabinets and some trim.  It is believed that no repairs have been made on this building beyond the removal of debris and architectural finishes on the interior.

Attachment "B": Representative Property Inspections                                    Page 3

A residual water line was found in the building in the form of a grass debris line on a window jamb. This water line was measured to be 43 inches above the floor of the building and 82 inches above ground level near the front of the building, which is approximately equal to the grade of the street.

Structurally, the building was found to be in relatively good condition with no major structural damage. The building was secure to its foundation and was measured to be level in both vertical and horizontal directions. As found, it is believed that the building can be repaired mostly through the installation of new fixtures and finishes.



Photo 2:  6317 Douglas Street - Interior

The roof cladding consisted of asphalt seal-tab shingles. It was apparent that this roofing system had not been replaced as there were several clay ridge tiles that were missing along the front hip. It appeared that the roof was relatively water tight as evidenced by the fact that the ceiling finish was still in-tact and that only one small isolated area (smaller than 3") was found to be stained from water dripping from above. However, at the front gable, two vents were missing allowing water to enter into the attic space above the porch. Similarly, at the rear gable there was a section of siding that was missing that was allowing water to enter. According to the deposition of the owner (Herman Koch), these vents and several roof tiles were missing as a result of the storm.

Termite damage was found within the jamb framing of the entry door on the left unit. It appeared that this damage was preexisting prior to the storm. It is noted that plastic pesticide plugs were found along the full length of the building, indicating the building had been preventatively treated in the past.

Wood rot was found in the subfloor and floor joists around the water closet at the left rear of the building. This damage is unrelated to the storm and would have been preexisting.

Damages that would be related to the storm would have been caused by both wind and flood.  Wind damage was found in the form of roof damage (missing ridge tiles) and damage to the cladding system (missing gable vents and the hole in the siding at the rear gable).  Flood damage would have been caused to all finishes and fixtures below perhaps 4' above the floor surface, and would have included all cabinets, plumbing fixtures, and most of the electrical system.

Though this property was subjected to both wind and flood, no part of the structure was found to be displaced.  It was evident that the building had not shifted from its foundation at all.

## 2.  6035-37 Burgundy Street

This property is in the Holy Cross neighborhood near the Jackson Barracks and the Mississippi River.  It is estimated that this building was constructed in the 1930's.



Photo 3:  6035-37 Burgundy Street

Physically, 6035-37 Burgundy Street is located 7 blocks north of the Mississippi River and 4 blocks west of Jackson Barracks.  This property is approximately 2200 feet north of the Mississippi River levee and 1.1 miles southeast of the south breach of the IHNC flood wall.

This building is a single story duplex residential building that was occupied at the time of our inspection.  The exterior was inspected but the interior was locked and was not accessible.

The structure is wood framed and is raised on piers above grade.  The exterior is clad with vinyl siding and it is unknown what materials are on the interior walls.  The roof appears to be fiberglass seal-tab shingles and is relatively new.  This building has been fully repaired and shows no residual signs of damage that would have resulted from the storm.

A residual water line was found in a garage structure behind the primary building in the form of a stained line on the metal siding.  This water line was measured to be 79 inches above ground level at the rear of the property, which is approximately 1 foot above the grade of the street.

Structurally, the building was found to be in very good condition. By a visual inspection of the crawl space beneath the flooring, the wood framing appeared to be mostly original and was found to be in good condition. The building was secure to its foundation and was measured to be level in both vertical and horizontal directions. As evidenced by the condition of the piers and sills, it is believed that this building was not displaced from its foundation during the storm.

Because this building had been repaired prior to our inspection, it was not possible to ascertain damages or any cause and effect related to the storm.

### 3. 8547 Deerfield Street

This property is in Chalmette and is in the Buccaneer Villa subdivision. It is estimated that this building was constructed in the 1960's or 1970's.



Photo 4: 8547 Deerfield Street

Physically, 8547 Deerfield Street is located between West Judge Perez and the 40 Arpent Canal, approximately 1 mile west of Paris Road in Chalmette. This property is approximately 1.6 miles north of the Mississippi River and 0.5 miles south of the 40 Arpent Canal. It is 3.1 miles east-southeast of the south breach of the IHNC flood wall.

This building is a two-story duplex residential building that was occupied at the time of our inspection. Both the exterior and the interior were inspected.

The structure is wood framed and is constructed on a concrete slab at grade. The exterior is clad with bricks from the slab to the top of the first floor. The exterior wall from the second floor to the roof is clad with fiberglass seal-tab shingles. The roof was not viewable indicating that it is either a flat roof or a hip style roof with very slight slope. The interior walls are covered with gypsum wall board. This building has been fully repaired and shows no residual signs of damage that would have resulted from the storm.

No water mark was evident, though all of the first floor surfaces had been replaced. It was noted that the second floor appeared to be all original, as evidenced by the carpet, floor tile, and bathroom fixtures, none of which were new or modified.



Photo 5:  8547 Deerfield Street - Interior

Structurally, the building was found to be in very good condition. The building was secure to its foundation and was measured to be level in both vertical and horizontal directions. As evidenced by the condition of the exterior brick cladding, it is believed that this building was not displaced from its foundation during the storm.

Because this building had been repaired prior to our inspection, it was not possible to ascertain damages or any cause and effect related to the storm.

## 4. 3409-11 Shangri La Lane

This property is in Chalmette and is in the Village Square subdivision, just west of Buccaneer Villa. It is estimated that this building was constructed in the 1970's.



Photo 6: 3409 Shangri La Lane

Physically, 3409-11 Shangri La Lane is located between West Judge Perez and the 40 Arpent Canal, approximately 0.6 mile west of Paris Road in Chalmette. This property is approximately 1.6 miles north of the Mississippi River and 0.5 miles south of the 40 Arpent Canal. It is 3.4 miles east-southeast of the south breach of the IHNC flood wall.

This building is a single story duplex residential building and is a typical "ranch" style residence. It was partially occupied at the time of our inspection, with a tenant occupying the rear unit. The full exterior and the interior of the front unit were inspected.

The structure is wood framed and is constructed on a concrete slab at grade. The exterior is clad with bricks and the interior walls are covered with gypsum wall board. The roof appears to be fiberglass seal-tab shingles and is relatively new. This building has been fully repaired and shows no residual signs of damage that would have resulted from the storm.

No residual water mark was evident, though it is known that this building was flooded and exposed to wind.

Structurally, the building was found to be in very good condition. The building was secure to its foundation and was measured to be level in both vertical and horizontal directions. As evidenced by the condition of the exterior brick cladding, it is believed that this building was not displaced from its foundation during the storm.



Photo 7: 3409-11 Shangri La Lane - Interior

Because this building had been repaired prior to our inspection, it was not possible to ascertain damages or any cause and effect related to the storm.

## 5. 3619 Shangri La Lane

This property is in Chalmette and is in the Village Square subdivision, northwest of Buccaneer Villa. It is estimated that this building was constructed in the 1970's.



Photo 8: 3619 Shangri La Lane

Physically, 3619 Shangri La Lane is located between West Judge Perez and the 40 Arpent Canal, approximately 0.6 mile west of Paris Road in Chalmette. This property is approximately 1.8 miles north of the Mississippi River and 0.4 miles south of the 40 Arpent Canal. It is 3.4 miles east-southeast of the south breach of the IHNC flood wall.

This building is a two story townhome duplex residential building. The building is configured with a fire wall between the left and right units such that it is classified as a condominium with separate ownership for each unit. It was partially occupied at the time of our inspection, with a tenant occupying the right unit. The full exterior and the interior of the left unit were inspected.

The structure is wood framed and is constructed on a concrete slab at grade. The exterior is clad with bricks from the slab to the top of the first floor and with vinyl siding from the top of the first floor to the roof. The interior walls are covered with gypsum wall board. This building has been mostly repaired and shows little residual signs of damage that would have resulted from the storm. The unit that was inspected from its interior was not yet completely repaired, but the work that remains consists of minor trim installations.

Attachment "B": Representative Property Inspections



Photo 9: 3619 Shangri La Lane – Interior

No residual water mark was evident, though it is known that this building was flooded and exposed to wind.

Structurally, the building was found to be in very good condition. The building was secure to its foundation and was measured to be level in both vertical and horizontal directions. As evidenced by the condition of the exterior brick cladding, it is believed that this building was not displaced from its foundation during the storm.

Because this building had been repaired prior to our inspection, it was not possible to ascertain damages or any cause and effect related to the storm.

## 6. **4829 Burgundy**

This property is in the Holy Cross neighborhood near the IHNC and the Mississippi River. It is estimated that this building was constructed in the early 1960's, though it is surrounded by buildings that are 60 to 80 years older.



Photo 10: 4829 Burgundy Street

Physically, 4829 Burgundy Street is located 4 blocks north of the Mississippi River and 3 blocks east of the IHNC. This property is approximately 0.3 mile north of the Mississippi River levee and 0.7 miles south of the south breach of the IHNC flood wall.

This building is a single story residential building and is a typical "ranch" style residence. It was not occupied at the time of our inspection. Both the interior and exterior were inspected.

The structure is wood framed and is constructed on a concrete slab at grade. The exterior is clad with bricks and the interior walls are covered with gypsum wall board. The roof appears to be fiberglass seal-tab shingles with terra cotta ridge tiles and is relatively new. This building was being repaired at the time of our inspection and shows little residual signs of damage that would have resulted from the storm.

No residual water mark was evident, though it is known that this building was flooded and exposed to wind.



Photo 11: 4829 Burgundy – Interior

Structurally, the building was found to be in very good condition.  The building was secure to its foundation and was measured to be level in both vertical and horizontal directions.  As evidenced by the condition of the exterior brick cladding, it is believed that this building was not displaced from its foundation during the storm.

Because this building had been repaired prior to our inspection, it was not possible to ascertain damages or any cause and effect related to the storm.

## 7.  **6101 North Robertson**

This property is in the center of the Lower 9th Ward and is near Claiborne Avenue. No building exists on this site. According to the deposition of the owner (Ethel Mumford) the structure was torn down prior to her purchase of the property and prior to the storm due to blight.



Photo 12:  6101 North Robertson (vacant lot)

Physically, 6101 North Robertson is located 12 blocks north of the Mississippi River and 16 blocks east of the IHNC.  This property is approximately 0.9 mile north of the Mississippi River levee and 1 miles east southeast of the south breach of the IHNC flood wall.

## 8. 6105-07 North Robertson

This property is immediately adjacent to 6101 North Robertson and is also in the center of the Lower 9th Ward near Claiborne Avenue. It is estimated that this building was constructed around the 1940's.



Photo 13: 6105-07 North Robertson

This building is a duplex "shotgun" style residence with parallel units from front to back. It was not occupied at the time of our inspection. Both the interior and exterior were inspected.

The structure is wood framed and is raised on brick piers above grade. The exterior is clad with wood siding and the interior walls were covered mostly with wood lathe and plaster with a gypsum overlay in some areas.   The roof cladding is fiberglass seal-tab shingles with terra cotta ridge tiles and appears to be relatively new. This building has been partially gutted such that all wall finishes had been removed, exposing most of the studs and horizontal wood planks that is believed to be the original wall cladding. No repairs have been made on this building beyond the removal of debris and many of the architectural finishes on the interior.

No residual water line was documented at the building site, but appeared to be over 6' above the finished floor yet below the ceiling.



6105-07 North Robertson - Interior

Structurally, the building was found to be in extremely poor condition with two predominant deficiencies that were consistent throughout the building.  First, the building framing was heavily damaged by termites, including most of the wall and floor framing.  Second, the foundation was found to be failing, exhibiting signs of major settlement and deteriorating brick piers.

It is noted that all of this damage was pre-existing and was not the result of the storm.

The building was secure to its foundation and was measured to be level in both vertical and horizontal directions.  As found, it is believed that the building can be repaired mostly through the installation of new fixtures and finishes.

Termite damage was found within the jamb framing of the entry door on the left unit.  It appeared that this damage was preexisting prior to the storm.  It is noted that plastic pesticide plugs were found along the full length of the building, indicating the building had been preventatively treated in the past.

Wood rot was found in the subfloor and floor joists around in what would have been the bathrooms at the rear of the building.  This damage is unrelated to the storm and would have been preexisting.

Damages that would be related to the storm would have been caused by both wind and flood.  However, the majority of the storm related damage observed on the date of the inspection was due to flood.  Flood damage would have been caused to all finishes and fixtures below the ceiling level, and would have included all cabinets, plumbing fixtures, and most of the electrical system.



Photo 15:  6105-07 North Robertson – Interior showing termite damage

Concerning wind damage, it was disclosed in the owner's deposition (Ethel Mumford) that the roof was badly damaged by wind allowing rain water to enter the building and had to be replaced.

Though this property was subjected to both wind and flood, no part of the structure was found to be displaced.  It was evident from a direct inspection of the sills and piers that the building had not shifted from its foundation at all.

## 9. 6113-15 North Robertson

This property is one property east of 6105-07 North Robertson and is also in the center of the Lower 9th Ward near Claiborne Avenue. It is estimated that this building was constructed around the 1940's.



Photo 16: 6113-15 North Robertson

This building is a duplex "shotgun" style residence with parallel units from front to back. It was occupied at the time of our inspection. Both the interior and exterior were inspected.

The structure is wood framed and is raised on brick piers above grade. The exterior is clad with vinyl siding and the interior walls were covered gypsum wall board.    The roof cladding is fiberglass seal-tab shingles with terra cotta ridge tiles and appears to be relatively new.  This building has been completely restored, barring some minor trim and touch ups, and shows no residual signs of damage that would have resulted from the storm.



Photo 17: 6113-15 North Robertson - Interior


This particular building presented to major key items of note. First, it was observed that all of the floor joists, subfloors, and most of the sills were new, having been very recently replaced as part of the rehabilitation of this building. Second, a large number of the roof rafters and collar braces were heavily charred from fire. This damage was repaired but not removed. According to the deposition of the owner (Ethel Mumford), the fire damage was pre-existing and occurred in the 1970's.

It is not known what prompted the total replacement of the flooring system.

Attachment "B":  Representative Property Inspections

Page 21



Photo 18:  6113-15 North Robertson – Attic Space



Photo 19:  6113-15 North Robertson – Floor Framing and Subfloor

## 10. **8825-27 West Judge Perez**

This property is in Chalmette and is in the Village Square shopping center, just west of Buccaneer Villa. It is estimated that this building was constructed in the 1970's.



Photo 20:  8825-27 West Judge Perez

Physically, 8825-27 West Judge Perez is located approximately 0.7 mile west of Paris Road in Chalmette. This property is approximately 1.3 miles north of the Mississippi River and 1.8 miles south of the 40 Arpent Canal. It is 3.4 miles east-southeast of the south breach of the IHNC flood wall.

This building is a two story commercial unit that is part of a strip mall. It is adjoined by independent buildings with party walls on either side. It was not occupied at the time of our inspection but was being used to house merchandise on the second floor. The front exterior and the full interior of the unit were inspected.

The structure is framed with masonry block and wood and is constructed on a concrete slab at grade. At the front, the exterior is clad with bricks and has a wooden balcony.  The roof was observed to be a flat system but was only inspected from below.



Photo 20:  8825-27 West Judge Perez – Interior, First Floor

This building has not been repaired.  The only work performed since the storm was to gut the first floor, removing all interior finishes.  The second floor did not appear to be changed since the storm.  All of the flooring, fixtures, walls and ceilings were in place, along with a large volume of merchandise.

A residual water mark was evident on the stair well leading to the second floor and was measured to be 102" above the slab.  This flood height did not reach the second floor, but was high enough to reach the first floor ceiling.

It was raining at the time of our inspection and many roof leaks were noted.  Water damage was found in several areas along the drop-ceiling, including water collecting in the fluorescent light fixtures.  Some of the ceiling tiles were removed, exposing the roof framing.  Several roof joists and plywood sheathing were found to be rotting from the water damage.  It is noted that all of this damage was due to the roof being compromised, which could only be due to wind or to age.  According to the deposition of the owner (Michael Riche), the roof was damaged during the storm.

On the front exterior of the building, water damage was observed in both the balcony at the second floor level and in the roof soffit.  Several pieces of trim were missing, allowing rain water to cause decay to the underlying framing.  As both of these areas are above the flood level, this damage is due to either wind or to a lack of maintenance.



Photo 20: 8825-27 West Judge Perez – Interior, Second Floor

Structurally, the building was found to be in fair condition. The building was secure to its foundation and its slab was level. This building was not displaced during the storm.

## 11.  128-30 West Philip Court

This property is in Chalmette and is in the Village Square subdivision, northwest of Buccaneer Villa.  It is estimated that this building was constructed in the 1970's.



Photo 21:  128-30 West Philip

Physically, 128-30 West Philip is located between West Judge Perez and the 40 Arpent Canal, approximately 0.6 mile west of Paris Road in Chalmette.  This property is approximately 1.6 miles north of the Mississippi River and 0.5 miles south of the 40 Arpent Canal.  It is 3.4 miles east-southeast of the south breach of the IHNC flood wall.

This building is a two story townhome duplex residential building.  Both the interior and the exterior were inspected.

The structure is wood framed and is constructed on a concrete slab at grade.  The exterior is clad with bricks.  The interior walls on the second floor are covered with gypsum wall board.



Photo 22:  128-30 W. Philip – Interior, First Floor

This building has not been repaired.  The only work performed since the storm was to gut the first floor, removing all interior finishes.  The second floor did not appear to be changed since the storm, other than the removal of all furnishings.

The roof was observed to be fiberglass seal-tab shingles and had remnants of a "blue roof" tarp system that would have been installed as a temporary repair to a damaged roof.  The roof had not been repaired since the storm.



Photo 23: 128-30 W. Philip – Interior, Second Floor at Stairs

A residual water mark was evident on the second floor and was measured to be 127" above the slab, which was approximately 30" above the second floor. This water line correlated to mold growth, which was prevalent on the gypsum walls of the second floor.

At the right front corner of the building, a small hairline fracture was observed in the brick cladding. This type of fracture is indicative of movement and is believed to be due to wind forces. In this instance, this is a result of the building "deflecting", which is normal movement under load that is immediately reversed when the load is no longer applied.

Structurally, the building was found to be in good condition. It was measured to be level in both horizontal and vertical directions. There was no evidence that the building had shifted from its foundation.

## 12. **924 Lamanche Street**

This property is in the Holy Cross neighborhood near the Jackson Barracks and the Mississippi River. It is estimated that this building was constructed in the early 1950's, but has had at least one major addition within the last 15 years.



Photo 24: 924 Lamanche Street

Physically, 924 Lamanche Street is located 6 blocks north of the Mississippi River and 7 blocks west of Jackson Barracks. This property is approximately 0.4 mile north of the Mississippi River levee and 1.0 miles southeast of the south breach of the IHNC flood wall.

This building is a single residence that is one story throughout the original building, which is the rear, and two stories at the addition, which is the front. It was occupied at the time of our inspection. Both the interior and exterior were inspected.



Photo 25:  924 Lamanche Street - Interior

The structure is constructed on a concrete slab.  It is built with masonry units (cinder blocks) along the exterior from the slab to the first floor ceiling level, which is also the soffit level of the rear portion of the house.  The exterior of the second floor and roof gables are all clad with vinyl siding.  The roof cladding is fiberglass seal-tab shingles.  This building has been completely restored and shows no residual signs of damage that would have resulted from the storm, other than surface marks on the exterior.

Overall, this building was found to be in excellent condition.  The masonry walls showed no evidence that this building was displaced as a result of the storm.

Discussion of Observations

A total of 12 properties were inspected for this report. Collectively, they have been presented as representatives for the purpose of the class lawsuit.

The properties varied in location. Four were in the Holy Cross neighborhood, three in the central area of the Lower 9th Ward, and five in Chalmette. No properties were inspected in Arabi and none were near the IHNC breaches. The closest property (4829 Burgundy) is 0.7 miles from the south breach, and the next closest (the group of homes on North Robertson) is 1.0 mile from the south breach. The properties in Chalmette are all approximately 3.5 miles from the IHNC breaches.

The buildings varied in construction type and age. Two were typical brick mid-20[th] century single story ranch homes. Four were early 20th century shotgun style duplexes on raised piers with wood framing and clap-board exterior. Three were two-story brick townhome duplexes, all vintage 1970's. One was a masonry residential building dating to the 1950's. One was a masonry and wood commercial building, part of a strip mall complex, dating to the 1970's. Finally, one was just a vacant lot, its building having been removed due to blight prior to the storm.

The buildings varied in the flood conditions that they encountered. Those closest to the high ground near the river (Douglas Street and Burgundy Street), had significantly less flooding than those in the low lying areas far from the river (such as those in Chalmette). The building type was a major contributing factor to the amount of flooding experienced, as those on slabs experienced greater flooding than those buildings constructed on piers several feet off the ground.

The condition of the buildings fit either one of two scenarios. Of the 11 buildings, seven had been completely rebuilt and restored, while the other four remained mostly in a state of disrepair. Of those not yet repaired, three are structurally sound and can be restored. Just one (6105-07 North Robertson) is in such poor condition structurally that repairs are likely cost prohibitive. It is important to note that the structural damage at this property was caused by termites and an aging foundation, both preexisting conditions prior to the storm. Like many properties throughout the region that have been inspected on matters unrelated to this case, though the flooding caused damage to all of the interior finishes, the fact that the foundation and structure were in poor condition to begin with makes it impractical to repair the flood damage. This is very much in contrast to the seven properties that were repaired and the three others that can be.

While each of the 12 properties presented for class certification were indeed flooded, the one major omission among the group is that none were displaced from their foundation. The area with the most damage is that nearest the breaches, which had many buildings completely removed from their foundations by rushing water. Other buildings within the class area were floated from their foundations, though they were not in an area of rushing water. None of these cases are presented, and none of the representative properties are within the heavily damaged area near the breach.

Among the 11 buildings inspected, most were completely repaired. This is in stark contrast to the many properties that were observed in the primary report to have been completely destroyed or at least damaged beyond repair. Given this single but very important observation, not only do the representative properties not accurately represent the breadth of the damages that occurred, but they do not represent the worst by far.

The varying circumstances of individual properties is demonstrated within the three properties inspected in the 6100 block of North Robertson. All are within 100 feet of each other and all are of the same vintage and construction style. One property (6101) had no building on it prior to Katrina, having been demolished due to blight. Immediately next door (6105-07), a residential building was so badly damaged by termites (preexisting) that it likely cannot be repaired. Yet two doors away (6113-15), a similar building is almost completely repaired and is on the verge of being ready for occupancy.

Based on the inspection of the 12 representative properties, they do not appear to represent the full breadth of structural responses that have been documented throughout the class area. Geographically, the representative properties excluded the area near the breaches as the closest two were approximately 1 mile away and nearly half were over 3 miles away. None were completely destroyed as was the case with many buildings near the breach, and none were displaced from their foundation. Most had been rebuilt and only one likely could not be rebuilt, which actually is the result of preexisting damage (termites) unrelated to the storm.

Conclusions drawn from the information presented in this attachment are discussed in the body of the primary report.

***



Attachment B Area Map: Representative Properties  (Note: The IHNC flood wall breaches are at "A").