# EXHIBIT 7

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES   * CIVIL ACTION

                                            * NO. 05-4182

PERTAINS TO: BARGES           * Consolidated

                                            * SECTION "K(2)"

| | | |
|---|---|---|
| Boutte v. Lafarge | 05-5531 | * |
| Mumford v. Ingram | 05-5724 | * JUDGE DUVAL |
| Lagarde v. Lafarge | 06-5342 | * |
| Perry v. Ingram | 06-6299 | * MAG. WILKINSON |
| Benoit v. Lafarge | 06-7516 | * |
| Parfait Family v. USA | 07-3500 | * |
| Lafarge v. USA | 07-5178 | * |

    * * * * * * * * * * *


      Deposition of STEPHEN LENTZ, given at Chaffe McCall, L.L.P., 2300 Energy Centre, 1100 Poydras Street, New Orleans, Louisiana 70163-2300, on October 29th, 2008.


REPORTER BY:

      JOSEPH A. FAIRBANKS, JR., CCR, RPR

      CERTIFIED COURT REPORTER #75005

Page 18

1  at the time.
2      Q.  And with respect to the next morning,
3  which was August 29th, had you intended to go
4  to work that morning?
5      A.  Yes, sir.  I got up like normal to get
6  ready and go to work.  Um -- I got up about
7  seven o'clock, a little before 7:00, I guess,
8  and --
9      Q.  Could you describe the weather
10 conditions for us at the time you got up at
11 7:00 in the morning?
12     A.  Um -- cloudy, seemed to be raining if
13 I recall correctly.  Um -- cloudy, some wind,
14 um -- some water in the streets already at that
15 time.  Um -- that's about it, you know.  Not
16 nice weather to go really anywhere in.
17     Q.  When you noticed the water in the
18 street as you've just said, approximately how
19 high was it when you first noticed it?
20     A.  Oh.  Let's see.  It was up on the
21 wheels of my truck.  My truck was pulled in my
22 driveway.  The rear wheels of it.  It was about
23 halfway up the rear wheels, and my truck -- one
24 of the pictures shows the driveway where it was
25 at.  So.

Page 19

1      Q.  What kind of truck did you have?
2      A.  I had a Ford F-150.
3      Q.  Now, after you got up around seven
4  o'clock, what did you do next?  After you saw
5  the water in the street?
6      A.  Well, I made some comments to my
7  daughter I think that we, you know, just, you
8  know, go ahead and get ready for work and I'm
9  going to take her with me and stuff and go over
10 to the station.  I worked at the Third District
11 station, so it was pretty much a straight shot
12 for me to get to work.  And, um -- started
13 getting ready, told her to get her things
14 together, what she wanted to take with her in
15 case we couldn't come back.  And I was getting
16 ready and the water seemed to -- you know, the
17 rain got heavier and that, and I got a little
18 concerned about the water outside.  And, um --
19 while I was getting ready for work there was
20 a -- there was the, um -- I don't know how to
21 describe it other than a boom sound.
22     Q.  About what time did that happen?
23     A.  Oh, Lord.  It was between maybe 7:30,
24 8:15, somewhere up in there.  You know, I'm not
25 quite 100 percent sure, but I know right after

Page 20

1  that the water just started moving rapidly.  So
2  I scuttled to the attic with her and some
3  supplies and that, you know, tried to save a
4  few things.  I took my police radio with me,
5  got on the radio, you know, gave them a
6  position, stuff like that.  Um --
7      Q.  From inside the house, when you heard
8  the boom sound did you then have any
9  appreciation as to what direction the boom
10 noise had come from?
11     A.  Um -- it seemed to be coming from like
12 the back side of my house, you know, from like
13 in a northern direction towards the lake and
14 out by West End and that, you know.  Not West
15 End, but, you know -- you know the area called
16 Bucktown?  Up in that area.  It seemed to be
17 coming from there, you know.  Not too far from
18 the house.  I mean, it seemed pretty close.
19     Q.  In terms, again, of describing the
20 boom sound, was this a very loud noise?
21     A.  Oh, yeah.  It was distinctive.  You
22 can't -- you can't -- that's something I've
23 never hired before.  It was not like -- I was
24 in the military, and it's not like the sound of
25 gun fire or cannons going off of anything like

Page 21

1  that, or bombs being dropped.  It was a
2  distinctive boom.  I don't know how to describe
3  it other than that it was a boom sound, you
4  know.  It was very --
5      Q.  How long was the duration of the --
6          MR. GILBERT:
7              I object.  Let him finish his
8          answer, please.
9          MR. FISHER:
10             Sorry.
11     A.  It was, um -- you know, just -- it
12 just -- I don't want to say it rattled the
13 windows or anything like that, but it was --
14 like I said, it was just a very distinct, loud,
15 sudden boom.  And, um -- and other than that,
16 it -- that's about it, you know.
17     Q.  How long was the duration of this boom
18 sound that you heard?
19     A.  A couple of seconds maybe.  You know,
20 maybe two, three seconds, I guess.
21     Q.  Okay.  Where were you physically
22 located in your house when you heard the boom?
23     A.  I don't remember.  Somewhere inside
24 the interior of the house, you know.  Just
25 getting ready -- like I said, I was getting

Page 30

1  construction there, and you didn't see the
2  cement anymore that was up there, it was gone.
3  There was a bridge into Bucktown from there,
4  and then there was some levee for a ways, and
5  then there was -- it was just gone, a big hole.
6  I don't know another way to describe it except
7  there was a big hole.
8     Q.  When you first visualized the 17th
9  Street Canal breach from the roof of the Omni
10 Bank building, did you see a barge anywhere
11 around the breach or in the neighborhood close
12 to the breach?
13    A.  No, sir.
14       (Off the record.)
15 EXAMINATION BY MR. FISHER:
16    Q.  Mr. Lentz, a few minutes ago, before
17 we took our short recess, I had showed you a
18 Google map of that part of the Lakeview area
19 that you lived in at 329 Tacoma and you
20 identified that, correct?  And the bank
21 building that you were taken to.
22    A.  Yes, sir.  That's correct.
23    Q.  Okay.  Let me ask you, please, again
24 to take the pencil, and if you could circle the
25 area around the corner of Tacoma and Central

Page 31

1  Streets where your house is for me.
2     A.  I've got to let my eyes focus because
3  I don't have my glasses.  Okay?
4     Q.  All right.  Take your time.
5        Okay.  Just put a circle around
6  Tacoma.
7     A.  I put an X.
8     Q.  Or an X.  It doesn't make any
9  difference.  Okay.  Thank you.
10       Going back to the first map we showed
11 you, which is Exhibit 3 where again the
12 location of your house is circled and it shows
13 a diagonal line going to the 17th Street Canal
14 breach -- do you recall me showing you that a
15 few minutes ago?
16    A.  Yes, sir.
17    Q.  Okay.  Now, am I correct that the
18 canal we're talking about -- what do people
19 call that in your neighborhood?
20    A.  We call it -- I've always called it
21 the 17th Street Canal.
22    Q.  Okay.  Now, in relation to the -- that
23 part of the neighborhood that's known as
24 Bucktown, where is Bucktown in relation to the
25 canal?

Page 32

1     A.  This area right here.  Actually all up
2  in here but, you know, this is where all the
3  restaurants are at and stuff in here.
4     Q.  Okay.  All right.  Can you put a
5  circle around what you think the Bucktown area
6  is?
7     A.  Well, it's kind of large.
8     Q.  Yeah.  Just make a circle around where
9  Bucktown is.
10    A.  (Witness complies.)
11    Q.  All right.  Now-- thank you.
12    A.  Okay.
13    Q.  As to the -- going back to when you
14 heard the noise when you were inside your
15 house -- right?
16    A.  Yes, sir.
17    Q.  I think I'm correct that you described
18 it as coming from the direction of Bucktown.
19 Is that correct?
20    A.  Yes, sir.
21    Q.  All right.  And when you got to the --
22 you and your daughter got to the roof of the
23 Omni Bank building and it was at that point in
24 time you -- am I correct that's when you first
25 saw the breach in the canal?

Page 33

1     A.  Yes, sir.  I didn't see it prior to
2  that.  I just wasn't high enough.
3     Q.  So after you got to the bank and going
4  back to the point in time then that you had
5  heard the noise from inside your house, did it
6  make sense to you that that was where the
7  breach was, around the Bucktown area was where
8  the noise had come from?
9         MR. GILBERT:
10           I'm going to object to the
11        question.
12           You may answer.
13        MR. FISHER:
14           I'll rephrase it.
15 EXAMINATION BY MR. FISHER:
16    Q.  When you told us that the boom --
17 earlier told us the boom came from the Bucktown
18 area, was that the area that you later noticed
19 the breach from when you were on the roof of
20 the bank?
21    A.  Yeah.  Take was the area.  That's the
22 correlation I made between the two.
23        MR. GILBERT:
24           Objection.
25 EXAMINATION BY MR. FISHER: