# EXHIBIT 12
# Part 2

Real Property Associates, Inc.    PO Box 74233    Metairie, LA 70033          Page 33

# ADDENDUM A

## CREDENTIALS OF ANALYST

## CERTFICATION OF INDEPENDENCE

## LIMITING CONDITIONS

# SUMMARY OF CREDENTIALS

## <u>Wade R. Ragas PhD, MAI</u>

### *Education*

Doctorate in Business Administration (Real Estate and Urban Analysis) from the Ohio State University, 1976
Masters in Business Administration, University of New Orleans, 1971
Bachelor of Arts in Economics, University of New Orleans, 1969

### *Professional Certifications or Honors*

Endowed Research Professorship in Real Estate Finance, UNO, 1991-9/2005
Senior Residential Appraiser (SRA) 1984, Senior Real Estate Analyst (SREA), 1990 Member
Appraisal Institute (MAI), 1991
Weimer Post Doctoral Fellow, Homer Hoyt Institute, 1991-92
Certified General Appraiser, Louisiana 1991 #0043
Research Fellow, Texas A&M Real Estate Center, 1993

### *Professional Associations*

Society of Office and Industrial Realtors, Academic Associate
Appraisal Institute, SRA, SREA, & MAI
American Real Estate and Urban Economics Association

### *Employment Summary*

Real Property Associates Inc, President/Consultant 1982-current
Endowed Research Professor in Finance, 1991-Sept 2005, Univ. of New Orleans
Director of Real Estate Market Data Center, 1982- Sept 2005, Univ. of New Orleans
Full Professor of Finance, University of New Orleans, 1986- current
Assoc. Professor of Finance, University of New Orleans, 1980-1986
Asst. Prof. of Finance, University of New Orleans, 1976-1980
Doctoral Research Fellow, Ohio State University, 1973-1975
Assistant Vice-President, Pringle-Associated Mortgage Corporation, 1972-1973 (mortgage and construction lending)
Assistant Vice-President, Smolkin-Siegel Corporation, 1971-1972 (national real estate market research)

**Contact Information:  Real Property Associates Inc, 3017 Harvard Ave Suite 204, Metairie, Louisiana 70006   504 324 3994   fax 504 324 3995**

## SUMMARY OF CREDENTIALS

### Wade R. Ragas

### *Reviewer*

Irwin Books   AIREA   Dryden Press   Wiley, Inc.
Question contributor and reviewer Education Testing Service, ASI, Inc.
Ad hoc reviewer, Journal of the American Real Estate and Urban Economics        Association,
and Economic Development Quarterly, Journal of Real Estate        Research
Member, Board of Reviewers, Review of Financial Economics (1993-1996), Professional Report
    of the Society of Industrial and Office Realtors (1991-1998)

### *Education/Instruction Experience*

Video courses for 45 hours instruction in Real Estate Principles, Real Estate Investments, Real
Estate Finance (Spring 1997- 2005) approved by LREC for agent and broker education credit.

Monthly public television informational broadcast of 30 minutes duration on issues of interest to
consumer and real estate professionals called Real Estate Trends (WLAE TV New Orleans Aug.
1996-Aug. 1997)

Undergraduate, graduate and doctoral instruction in real estate finance, investments, site and
market feasibility analysis, and real estate valuation annually 1974-2001 **Chairperson of two
doctoral dissertations**

SREA Courses 102, Applied Residential Property Valuation , national administrative instructor
and exam grader, (17 sites nationally 1978-1991), SREA Course 201 national administrative
instructor;

Appraisal Institute approved instructor, Residential and Commercial Courses (210 and 310),
selected to teach Course 210 nationally.  Chaired national residential seminar committee in the
year after the merger of Appraisal and Society of Real Estate Appraisers

Short courses on Risk Management, Condominiums, Energy Efficient Housing, Residential
Valuation, Owner Financing, Wetlands, Appraisal, Louisiana and Gulf Coast Real Estate
Markets, Appraisal Standards, Digital Technology and the Real Estate Industry, Property
Management offered throughout Louisiana.  National Outstanding Seminar award of the
National Assoc. of Realtors Education Foundation in 1993 for Wetlands Seminars.  Total adult
audience members exceed 25,000 persons.

# SUMMARY OF CREDENTIALS

## <u>Wade R. Ragas</u>

### *Education/Instruction Experience continued*

1.Member, Academic Liaison Committee of American Institute of Real Estate Appraisers 1983-1985 (national)

2.SREA committee on re-certification, national, 1988-89
Author, SREA Louisiana certification materials, 1991

3.Appraisal Foundation Qualification Board task force on appraisal examination content (national); task force on review of course materials, 1989-1990 (national)

4.Residential Continuing Education and Seminars, Chairperson (national) Appraisal Institute 1990-91 Residential Education Board, (national), Appraisal Institute, 1990-1991.

5.Contractor to Appraisal Qualifications Board (national) to advise on process for reviewing and evaluating state certification exams, 1990

6.Research and Publications Committee (national), Society of Industrial and Office Realtors (1991-1998)

7.Louisiana joint legislative task force on real estate continuing education 2000-01
Consultant to La. Appraiser Certification Board for design of all required educational content for residential and general certification within Louisiana

### *Publications*

<u>Applied Residential Property Valuation</u>, 1981, 1983, Society of Real Estate Appraisers (30,000 copies used in the training of residential appraisers from 1981 to 1991)

Chapter author in <u>Office Development Handbook</u> (ULI, 1999, Ch.2) on Market and Financial Feasibility Analysis: recurring market analyses for Urban Land Institute; and a monograph on Sale and Leasebacks with Patricia Harrison.

Jay Brinkman, Senior vice President for Research  for the Mortgage Bankers of America a monograph entitled  "An Estimate of the Costs of Hurricane Katrina to Single Family Residential Structures in Orleans Parish", February 2006 (Relied upon in revising the damage estimates caused by Katrina by the executive branch)

Author or co-author of over 30 articles in national publications (provided upon request) including: <u>Journal of Real Estate Research</u>, <u>Journal of Real Estate Finance and Economics</u>, <u>Land Economics</u>, <u>Economic Development Quarterly</u>, <u>Appraisal Journal</u>, <u>Real Estate Review</u>, <u>Real Estate Appraiser and Analyst</u>, <u>Professional Report of SIOR</u>, <u>Tierra Grande</u>, <u>Review of Financial Economics</u>, <u>Environmental Watch, La. CPA Society</u>

Annual author of <u>New Orleans Real Estate Market Analysis</u> (a 100+ page semiannual review of residential and commercial market conditions on the Gulf Coast distributed to 800 subscribers nationally) 1978 to 2005 (35 volumes)

# SUMMARY OF CREDENTIALS

## <u>Wade R. Ragas</u>

### *Board of Directors or Advisors*

Mutual Savings and Loan; Metairie, La., 1984 - current.
Rummel High School Development Committee and Blue Ribbon Committee, '94-'98
University of New Orleans Research Park Development Committee, '93-'98
Chair of College of Business Building Committee, 1995 ($15 million project)
Historic Restorations Inc., advisory board, 1995-1997 (developer of apartments and hotels
    nationally)
New Orleans Apartment Association, 1995-1997
Louisiana Realtors Education Foundation, 1996-97
Will Woods Foundation Development Board, 1997-99; Chairperson 1999 -2001(Multifamily
    Housing)
Will Woods Board of Trustees (dozen multifamily properties, social outreach programs and
WLAE Public Television) 2000 to 2004
UNO Research and Technology Foundation Board of Directors 2004-2006
Providence Board of Directors, 2006 current, redevelopment of Treme and Lafitte(1800 housing
units)

### *Valuation Assignments*

Wide range of property types including office buildings, multifamily housing, wetlands/marshes,
subdivisions, hotels, Miss. River batture, golf courses, large vacant tracts; mixed use
development, manufacturing facilities, pipeline ROW condominiums, timeshares, single-family
houses, dry boat/recreation facilities, truck stops and RV parks. Assignments have included
opinions of market value, market feasibility and land use plan analyses, externality impact
analyses, reviews of appraisals, investment analyses and 404 permit needs assessments.  Clients
include law firms, domestic and foreign commercial banks, savings and loans, RTC, FDIC, Gulf
Oil, Williams Cos/Transco, Dynegy,  Exxon, Chevron, Joseph C. Canizaro Interests, Monteleone
Interest, Browning Ferris Industries, Texaco, Shell Pipeline Co, Cahn Family Interest,  Jefferson
Parish, HANO, Murphy Oil Corp. and numerous holders of significant private property rights.

Expert witness for FDIC and RTC for large commercial loans in ten states from 1989 to 1995,
covering over one billion in loans. Expert opinions on valuations, anti-trust geographic market
analysis, wetland litigation, large scale development (including land use plans), environmental
externalities, S&L Board of Director responsibilities, going concern business valuation,
mortgage backed bond market analyses (six issues from 1984 to 1994)

# SUMMARY OF CREDENTIALS

## Wade R. Ragas

### *Property Valuation Oriented Articles and Books*

### *Textbooks*

Ragas, W. Applied Residential Property Valuation. Society of Real Estate Appraisers (1981, revised 1982, 1984.), Chicago. (required text for all residential appraisers for SRA designation nationally from 1983-1992.

### *Peer Reviewed Publications on Property Valuation*

Ragas, W. "Vacancy in Space City: Houston's Office Scene." Tierra Grande. Vol. 2, No. 1, (Spring 1994), 14-15.

Johnson M., and Ragas, Wade R. "CBD Land Values and Multiple Externalities." Land Economics, Vol. 3, No. 4, (November 1987).

Ragas, Wade R. "Timeshares Inflation Expectations and Market Value." Appraisal Journal, Vol. LIV (2), (April 1987), 246.

Ragas, Wade R. "Addendum to Historic Properties." Real Estate Appraiser Review. (July-August, 1980), 36 and Note, (September-October, 1980).

Ragas, Wade R. and Miestchovich, Ivan J. "Historic Properties and Tax Incentives: New Opportunities for the Investor and New Challenges for the Appraiser." Real Estate Appraiser and Analyst, (May, June, 1980), 9-13.

Ragas, Wade R. and Miestchovich, Ivan J. "Historic Preservation and the 1976 Tax Reform Act." The Appraisal Journal, (January 1978), 44-52.

### *Monograph*

Ragas, Wade; Davis, Alvin; and Harrison, Patricia. "Real Estate Sale-Leaseback: A Review of Advantages and Disadvantages." Monograph for the Society of Industrial and Office Realtors, (1994), 100 pages.

Real Property Associates, Inc.   PO Box 74233   Metairie, LA 70033          Page 39

## *Property Valuation Projects*

**Large tracts of mixed use property** - East Baton Rouge, Jefferson, Orleans and St. Tammany Parishes, Louisiana
**Pipeline rights of way** in St Charles, St John, St. James, Plaquemine, Ascension, Assumption, East Baton Rouge, West Baton Rouge, Pointe Coupe, Feliciana's

**Models of Housing Values and Externalities:** Baton Rouge, 8,000 houses; Jefferson: 2,600 houses; Ouachita(Sterlington) 1000 houses,  Bogalusa 1500 houses, St. Bernard: 2,000 houses; Monroe: 800 houses; Bossier: 1000 houses, Orleans 4200 houses; St Bernard 6,000 houses and 200 commercial buildings and land

**Commercial vacant sites or office parks Sites**: East Baton Rouge, Jefferson, Orleans, St. Tammany, Houston,

**Hotels** in New Orleans, Baton Rouge, Biloxi

**Going Concern Business valuations** including a large-scale developer, subdivision developer, realtor, contractor, multifamily operator, private real estate partnership

**Office Buildings:** 201 St. Charles, 225 Baronne, World Trade Center in Orleans CBD, various suburban and mid-rise structures.

# SUMMARY OF CREDENTIALS

## <u>Wade R. Ragas</u>

### *Property Valuation Projects continued*

**Multifamily properties** in New Orleans area and Biloxi, Mississippi, and Baton Rouge

**Warehouse/industrial properties** in West Baton Rouge, Orleans, Jefferson and Plaquemines Parish, West Feliciana, East Baton Rouge, Louisiana.

**Golf courses** on Mississippi Gulf Coast and Jefferson Parish, Louisiana.

**River batture** properties in Jefferson, Orleans, West Feliciana and Plaquemines Parishes. **Pipeline terminal** and salt domes in Plaquemine Parish with River Batture, Pointe Coupee, Landry Parish

**Anti-trust market analyses and damage estimates** for retail gas stations, jewelry stores, animal food products and dessert food equipment.

**Subdivision analyses of single family houses or condominiums** in St. Tammany, Jefferson, Orleans, St. Bernard Parishes, East Baton Rouge, Baldwin & Mobile Counties, Alabama, Harrison County Mississippi, Galveston, Texas

**Historic structures** in Orleans, East Baton Rouge and St. Tammany Parishes. French Quarter and Warehouse District commercial and residential properties.

**Retail facilities** and restaurants in Jefferson, Orleans(including Antoines), St Tammany.

**Complex or retrospective appraisals of large tracts** of vacant land or wetlands in Jefferson, Orleans, East Baton Rouge, St. Tammany, St. Charles, Terrebonne, Lafourche, Calcasieu, and Cameron Parishes of Louisiana.

**Environmentally focused valuations** of properties in Orleans, East Baton Rouge, West Baton Rouge Jefferson, Plaquemines Parishes, St. Bernard, Bossier, Ouachita, Pointe Coupee Parishes of Louisiana.

**Partial Interest Estate Valuation of Large Estates** in St. Bernard, Orleans, Jefferson Parish, French Quarter, CBD, Warehouse District

# SUMMARY OF CREDENTIALS

## <u>Wade R. Ragas</u>

### *Selected Appraisal Reviews in the Course of Litigation for RTC*

| | |
|---|---|
| **Office Buildings:** | Los Angeles; Dallas; Houston; Kansas City |
| **Condominiums:** | Honolulu; Vail, Co.; Idaho; Corpus Christi, Galveston & Dallas, Tex.; Washington, D.C.; New Orleans, Lafayette, and Baton Rouge, La. |
| **Office Parks:** | San Francisco, Ca.; Baton Rouge, La.; Lafayette, La. |
| **Hotels:** | Dallas, Tx.; Baton Rouge, La.; New Orleans, La.; Biloxi, Miss.; Lafayette, La. |
| **Large Tracts:** | Hilton Head, S.C.; New Orleans, La.; Baldwin Co., Ala. |

### *Valuations with Wetland Issues*

Jefferson Parish parcels inside and outside of the hurricane protection levees  in the course of litigation in the Barataria Corridor.

Jefferson Parish parcel adjoining a proposed golf course within the hurricane protection levee as part of wetland 404 permit needs assessment.

Jefferson Parish parcels West of Lafitte-Larose Highway within the hurricane protection levee system (approximately 120 acres with mixed uses) in the course of litigation.

Master land plan and valuation of 3000 acres south of the V Levee in Jefferson Parish in the course of litigation involving the Environmental Protection Agency.

Marsh and swamp parcels in Lafourche, St. Charles, Jefferson, Cameron, Calcasieu, St. Mary, St. John and St. James and Terrebonne Parish.

Pipeline right of ways in Cameron, Calcasieu, West Baton Rouge, Terrebonne, St John, St James, Ascension Parish, East Baton Rouge, East Feliciano, Iberville, and St. Charles Parish.

Commercial parcels subject to levee takings and severance in St. Charles Parish, Jefferson, Orleans, Plaquemine.

### <u>Articles on Environmental Externalities</u>

Flower, P. and Ragas, W. "The Effects of Refineries on Neighborhood Property Values." <u>Journal of Real Estate Research</u>, Vol. 9, No. 3 (1994), 319-338.

# SUMMARY OF CREDENTIALS

## <u>Wade R. Ragas</u>

Ragas W. and Flower, P. "Refineries and Neighborhood Housing Values." <u>Texas Real Estate Center Technical Report 1018</u>, Vol. 54, No. 4 (April 1994), 17 pages.

Ragas, W. and Speyrer, J. "Housing Prices and Flood Risk: An Examination Using Spline Regression." <u>The Journal of Real Estate Finance and Economics</u>, Vol. 4, No. 4 (December 1991), 395-407.

Ragas, W. and Loeb, D. "Impact of the Federal Wetlands Act on Real Estate." <u>Texas Real Estate Center Technical Report 964</u> (January 1993).

Ragas, W. and Flower P. "Petroleum Refineries- Can Larger Site Buffers Limit Adjacent Property Value Impacts?" Professional <u>Report of the Society of Industrial and Office Realtors</u> (October 1994).

Ragas, W. and Loeb, D. "Wetland Determination from the Buyer's and Seller's Views." <u>The Society of Industrial and Office Realtor Perspective</u>, Vol. 38 (1993).

Ragas, W. and Argote, D. "Valuation of Office Buildings Containing Friable Asbestos." <u>Environmental Watch</u>, Chicago, Ill: Appraisal Institute (Spring 1991).

Johnson, M and Ragas, W "CBD Land Values and Multiple Externalities", Land Economics, Vol. 3, No. 4 (November 1984)

## Seminar

"Wetlands and the Effects on the Real Estate Industry" for the Louisiana Real Estate Commission, 1992 Statewide Seminar, 13 sites (national award as "Outstanding Seminar by a Mid-Sized State" awarded by National Association of Realtors.)

## Recent Studies: 1996-2008 with Environmental Externalities
### 1997-06
1. Land Use Master Plan for Jefferson Parish covering 9,000 acres of West Jefferson for Jefferson Parish
2. Chemical Plant Explosion and Residential Property Values in Sterlington, Louisiana.
3. Rain Induced Street Flooding and Property Valuation Impacts on the Lower Coast of Algiers for Lafayette Insurance

# SUMMARY OF CREDENTIALS

## Wade R. Ragas

### 1997-08 continued

4. Residential Property Valuations and Proximity to an Existing EPA Approved Solid Waste Disposal Site.
5. Needs Assessment for Master Wetland Permit, 4200 acres in Jefferson Parish
6. Needs Assessment and Costs Benefit Analysis of the extension Hickory Blvd. in Jefferson Parish
7. Economic Needs, Market Demand and Land Use Plan for the Cortana Mall as part of the retroactive master wetland permit
8. Property Value Diminishment due to zoning restrictions of a Mississippi River Batture Parcel in Jefferson Parish
9. Chemical plant discharges, costs to cure and residential/commercial land values for 600 acre tract.
10. Housing Valuation Patterns in relation to a Cresote Plant in Bossier Parish, La
11. Industrial Canal Inner Harbor Lock and Neighborhood Property Values (1970-1997)
12. Industrial Canal Inner Harbor Lock and Neighborhood Property Values (1998&1999)
13. Effects of improper curtain wall and roofing materials on a national flag hotel.
14. Analysis of Housing Values in relation to petrochemical facilities in Baton Rouge, La
15. Oil and Gas Exploration Facilities and nearby property values in Pointe Coupee, La.
16. Assessment of External Obsolescence in Algiers, La. related to refinery facility
17. Assessment of External Obsolescence in Bogalusa, La related to chemical facility explosion
18. Livingston Parish petrochemical waste disposal facility
19. Market Demand, Opinion of Market Value and Land Plan for a Large Residential Tract within the Hurricane Protection System of Jefferson Parish for Dr. and Mrs. Zaslow.
20. Market Demand Analysis and Opinion of Market Value for Several Parcels along Barataria Blvd. in Jefferson Parish for several property owners.
21. Review of Consulting Opinions on Property Valuation Impacts for Residential Property near a superfund site in Livingston Parish.

# SUMMARY OF CREDENTIALS

## <u>Wade R. Ragas</u>

### *Recent Wetland Parcel or Environmental Studies: 1996-2005 continued*

22. Neighborhood property value and parcel analysis for houses with foundation deficiencies in Jefferson Parish
23. Rigolets Partners vs BP , wetland valuation and restoration Jefferson/Lafourche
24. St Pierre Builders vs BP, grand isle, subdivision development and pipeline impacts
25. Effects of Oil spill, Post Katrina on single family and commercial property values in St Bernard Parish, Murphy Refinery

### *Pre 1996*

Studies of rain induced street flooding and property values (published)
Study of friable asbestos and office building value (published)
Explosion and plume effect on industrial property, West Baton Rouge
Petrochemical facilities and residential property values (published)
Multiple externalities and commercial land values in a CBD (published)

# SUMMARY OF CREDENTIALS

## Wade R. Ragas

## Market Analysis Related Research

### Published Articles or Book Chapters

Book chapter author: "Office Market and Financial Feasibility Analysis." Handbook of Office Development. Urban Land Institute (1998, Chapter Two)

Ragas, W. "Vacancy in Space City: Houston's Office Scene." Tierra Grande, Texas A&M University, Vol. 2, No. 1 (Spring 1994).

Ragas, W; Lacho, K; Miestchovich, I.; Nebel, E.; and Ryan T. "Louisiana Superdome: Costs and Benefits 1975-1985." Economic Development Quarterly (August 1987) 222-239.

Ragas, W. and Miestovich, I. New Orleans and the Gulf South Market Analysis. Vol. I to XXI (1978 to 1995), UNO Real Estate Market Data Center (100+ page study covering Southeast Louisiana, Coastal Mississippi and Alabama, sold by subscription nationally).

Ragas, W. New Orleans and Gulf South Market Analysis. Vol. XXII to XXXII (1996 to 2001)

Ragas, W. "New Orleans Metropolitan Area Market Conditions." Urban Land Institute Market Profiles (1993, 1994, 1995, 1996, 1997, 1998, 2000, 2001). Distributed nationally.

Ragas, W.; Ryan R. and Grissom, T. "Forecasting Office Space Demand and Office Space Per Worker Estimates." Professional Report of the Society of Industrial and Office Realtors. Vol. 51, No. 2 (March/April 1992).

Jay Brinkman, Senior Vice President for Research for the Mortgage Bankers of America a monograph entitled "An Estimate of the Costs of Hurricane Katrina to Single Family Residential Structures in Orleans Parish," February 2006.

## Seminars

"New Orleans Economy and Real Estate Market Forecast," 1991 to 2005 annually, 400-600 attendees.

# SUMMARY OF CREDENTIALS

## <u>Wade R. Ragas</u>

"Real Estate Market Trends" for the Louisiana Real Estate Commission, 1994 and 1996. Statewide at 10 sites each year.

**Large Economic Impact Studies**

- Superdome 1975-1984 economic impact (published)
- Elmwood office industrial park expansion (1998), Jefferson Parish
- St. Charles International Airport (2004) proposal
- Residential and commercial development in St. Charles Parish
- Master wetland permit for Jefferson Parish for 4,000 acres (2004)
- Hyatt/Jazz District redevelopment; $700 million project; City of New Orleans (2006)
- ALIVE, $305 million indoor nature/entertainment, recreational facility Baton Rouge
- Audubon Nature Institute – Zoo, Aquarium, IMAX, Insectarium and Research Center
- Transfer of New Orleans International Airport to State of Louisiana and $1.5 billion in economic development projects

**Unique Economic Analyses**

- Business interruption expenses for Canal Place and other businesses post-Katrina (2006)
- Market recovery analysis post-Katrina for financial services round table (2006)
- Assist Greater New Orleans Inc. in recovery strategy for the multi-family housing market (2005-2006) (success fully implemented)
- Assist in a redevelopment plan for the Treme neighborhood and Lafitte public housing community
- Analyze the Benefits of a Purchase of New Orleans International Airport by the State of Louisiana and Identify Alternative Essential Public Investments

# SUMMARY OF CREDENTIALS

## <u>Wade R. Ragas</u>

### *Market Analysis: Indicative Consulting Opinions and Studies from 1992 to 2008*

- **Canal Place Mall, Millhouse and Marketplace Market Demand** Post Katrina

- **Land Use Plan** for 9,000 acres  and 500 acres in Jefferson and East Baton Rouge
- Solid Waste Disposal facility market demand and land plan for 2000 acres

- **1,200  and 2400 acre Vacant Marshland and Wetland Parcels** for recreational, nature and housing in Jefferson Parish

- **Cortana Mall** in Baton Rouge market demand analysis

- **UNO Research Park Land Plan, Zoning Analysis, Market Demand** for lodging. **Analysis of Hickory Avenue Extension** on the Elmwood Industrial Park

- **Housing Demand** related to the siting of a new Causeway Bridge across Lake Pontchartrain.

- **Office Market Forecast in the New Orleans CBD** for an Owner of Several Class A Office Towers, recurring analyses for others

- **Market Analysis and Financial Feasibility**  for a Collection of Apartment and Hotel Properties in the New Orleans CBD, French Quarter and Warehouse District for a major developer/owner

- **Apartment Property Foregone Business Profit** in Metairie. Condominium and commercial mixed use projects in the French Quarter.

- **Mixed Use Commercial and Residential Developments** in Western St. Tammany market, financial feasibility and valuation on three projects

- **River Batture** in Orleans Parish (and Valuation Opinion), Jefferson, Plaquemine.

- **Identification of Large Vacant Parcels Suitable for Industrial Development** in Jefferson, Orleans, St. Bernard and Plaquemines Parishes (approximately 20,000 acres analyzed.) for the Louisiana Department of Economic Development

# SUMMARY OF CREDENTIALS

## Wade R. Ragas

**Market Analysis, Appraisal Reviews and Underwriting Standards Violations Analysis** for the Resolution Trust Corp. and the FDIC for Properties in 10 States Covering Over $1 Billion in Assets Under Litigation Involving Several Financial Institutions (1987-93)

**Batture and land side usage, market demand for a pipeline and terminal facility** in Plaquemines Parish including opinion of market value.
**Salt dome and subsurface storage** facilities in St Landry, Pointe Coupee and Plaquemine
**Parking garage market studies and feasibility analysis**, French Quarter of New Orleans
**Multifamily feasibility and market studies** in Orleans, Jefferson, St Charles, post Katrina in Orleans, St Tammany

**Subdivision Financial Feasibility, Valuation and Market Analyses** in Southeast La.

**Market Analysis and Land Use Recommendations** for the remainder of the Elmwood Office Industrial Park in Jefferson Parish

### *Pre 1992 Studies to 1971*

Market and financial analyses of apartments, condominiums, office buildings and single-family developments in New Orleans area, Mississippi Gulf Coast, Houston, Iowa, Illinois, Minnesota, Michigan, Ohio, Texas/Mexican border, Kentwood, La.

# SUMMARY OF CREDENTIALS

## Wade R. Ragas

## Technology Oriented Services

### Peer Reviewed Publications

Ragas, Wade R. "Operant Conditioning- Application Problems of the Technology to Business Organizations." Bulletin of Research, (October 1974), Columbus, Ohio: Ohio State University.

Ragas, W. and Richard, Golden. "Digital Convergence and Technological Chance in Commercial Real Estate." Professional Report of SIOR, (Fall 1997).

### Practitioner Peer Review

Ragas, Wade R. "Research/Technology Parks and the Role of Universities." Journal of the National Association of Research Parks, (Summer 1991).

Ragas, Wade. "University-Related Research Parks – Business Center for the 90's and Beyond." Professional Report of Society of Industrial and Office Realtors, Vol. 50, No. 4, (1991), 7-9.

Ragas, Wade R. and Wyatt, J. "Residential Energy Capitalization Technique and Single-Family Home Underwriting." Real Estate Appraiser, (January 1978), 13-16.

### *Software Commercial Copyrights*

Ragas, Wade R and Trinh, Thong. New Orleans Housing History and Appraisal Data Service, CD Rom, Visual Basic, 1998 (copyrighted) and leased to subscribers.

Ragas, Wade R. and Wong, Julio. Internal housing record support software in Visual Basic 1998.

Ragas, Wade R. and Fatemi, Farshad. REDS, a commercial property database and analysis written in DBASE, 1994.

Ragas, Wade R. and Richard, Golden. Copyrighted software: Comps-Extract, a single family appraisal and data management program written in C, 1989.
Ragas, Wade R. and Richard, Golden. Copyrighted software: CPS, a commercial

# SUMMARY OF CREDENTIALS

## Wade R. Ragas

property database and analysis program written in C, 1989. Modified 1992, 1994, 1997

Ragas, Wade R.  Copyrighted software UNO COMPS, New Orleans Housing History, supporting data entry, editing and geocoding software written in Visual Basic 5. 1998. Technologically Advanced or Complex Presentations

Host and producer of Real Estate Trends, Public Television show, monthly 1996-97.

Instructor and designer of three semester length television video courses each having 400 to 550 PowerPoint visuals for a real estate principles, real estate investments real estate finance courses broadcast three times per year since 1997 to students in seven parishes.

Thirty hour Residential Post Licensing Course delivered by video statewide, three four hour continuing education seminars delivered statewide, registration and testing by internet

Two ten-city presentations of Digital Technology and Real Estate (1998) and Property Management (1999) using a multimedia computerized portable presentation system.

Numerous presentations with complex visuals before domestic and foreign groups of 20 to 500 persons.

Teleconference educational offering for the appraisal institute on Post Katrina valuation issues for 350 persons-April 2006

Developed CD ROM housing databases and software covering 300,000 housing transactions with complete physical attribute descriptions and geocoding

Author, designer and producer of subscription publication for real estate professionals sold nationally semi-annually from 1980 to 1999 with primary data covering 10,000 houses, 50,000 apartments, 50 million feet of warehousing, 30 million feet of retail and 30 million feet of office space.

Testimony before U.S. Senate Select Committee on Immigration, Louisiana legislative committees, Louisiana Board of Tax Appeals, parish councils, city councils, zoning boards, RTC advisory committee

## Wade R. Ragas Court Testimony

1. Cousins vs Realty Ventures
   24th Judicial District, Jefferson, 2001 & continuing
   *Office Building and Foregone Business Income
2. Lafourche Levee Basin District vs Texaco
   *Deposition on Wetland Valuation and Externalities(settled)
3. Various plaintiffs  vs Browning Ferris Industries and
   New Orleans Sewer and Water Board(St. Bernard, settled)
   * Property Damages & Environmental Issues
4. Hoy vs Texaco
   24th Judicial District, Jefferson
   * wetland valuation and externalities(settled)
5. *Maynard vs. Jefferson Parish*
   24th Judicial District, Jefferson Parish
   *Regulatory Taking
6. Issac and Christina vs. United States (Dept. of Interior)
   Federal District Court, New Orleans
   *Eminent Domain and Regulatory Taking*
7. N.O. Aviation Board vs. Franklin-Southland Printing
   24th Judicial District, Jefferson Parish
   *Eminent Domain of a Leasehold
8. West Jefferson Levee District vs. Dr. & Mrs. Zaslow
   24th Judicial District, Jefferson Parish
   *Eminent Domain
9. Saden et al vs. Kirby
   Civil District Court of New Orleans
   *Environmental Damages by Flooding
10. Crepel et al vs. United States (Environmental Protection Agency)
    Federal Claims Court 91-12626 (settled)
    *Regulatory Taking
11. West Jefferson Levee District vs. Coast Quality Construction et al
    24th Judicial District, Jefferson Parish (No. 384-086)
    a.   Fifth Circuit Court of Appeal (No. 92-CA-00506
    b.   Louisiana Supreme Court (No. 93-C-1718)
12. Newport LTD vs. Sears Roebuck
    Eastern Federal District Court, New Orleans (No. 86-2319)
    *Property Damages
13. Jefferson Highway District No. 1 (Kenner) vs. Marie G. Krantz
    24th Judicial District, Jefferson Parish,1994
    *Eminent Domain
14. Chevron Pipeline vs. Bertha Coleman Riley et al, 1994
    24th Judicial District, Plaquemines Parish
    *Eminent Domain
15.    Monteleone et al vs. Pontchartrain Levee District, St. Charles Parish, 2000
              *levee right of way taking and foregone business profits

16.  Various claimants vs. Combustion Engineering (eminent domain)
      U.S. Western Federal District of Louisiana (settled)
        *Environmental Damages
17.  Tessier et al vs Moffatt et al, Eastern Federal District Court, New Orleans
        *Limited Partnership Damages (deposition) settled
18.  Various claimants vs Joslyn Industries, Bossier La.
19.   Deposition (settled) property damages & Environmental Issues
      various claimants vs IMC Global, Sterlington, La
20. Terrebonne School Board vs Columbia Gas Pipeline
      Deposition, Eastern Federal District Court
        *Property Damages & Environmental Issues (Dismissed)
21. Rigolets Partners vs BP, settled 2005
22.CAA associates vs US Dept of Housing and Urban Development, Federal Circuit Court of
      Claims 2006, *foregone business profits and damages
23. Williams Cos vs Matilda Grey et ( Calcasieu, Fed Dist, 2004) *pipeline right of way
24. Geurcio vs City of New Orleans,  Orleans Civil District   2006 *road condemnation and sale,
      foregone business profits
25. Shell Pipeline Co. in 7 parishes for a 73 mile pipeline with 250 parcel acquisitions settled
      without trial 2005, 2006 (various depositions)
26. Class plaintiffs vs. various defendants for chemical explosion in Bogalusa (Gaylord
      Chemicals), Louisiana (2003) [Measure of Property Damages]
27. Class and individual plaintiffs vs. Murphy Oil Co. (settled without trial or depositions in
      2007, damages from oil spill)
28. Historic Restoration, Inc. and various hotel partners vs. defendants (construction
      malpractice), Orleans Parish (deposed and in process)
29. Suhren vs. Nehrus, Inc. Business Valuations and ownership dispute (deposed and in process)
      Jefferson Parish
30. St. Charles Airline Land, Inc. vs. British Petroleum, continuing environmental damages,
      Orleans Parish
31. Various members of the Daniel estate vs. LA Dept. of Transportation and Development (in
      process)
32. Shoe Show, Inc. vs. Palace Properties, Eastern District Federal District Court, June 2009
      (Foregone Business Profits)

**Anti-Trust Economic Analyses**
**Federal Eastern District of Louisiana Court (1980-89)**

33.   Mexic Bros. vs. Zales, 1980 (settled)(breach of contract and anti trust)  Fed District Court
34.   Exxon vs. Gulf Oil, 1983 (settled) (anti trust) Settled Fed Dist court
35.   Exxon vs. Berwick Oil, 1984 (anti trust) Federal Dist Court
36.   Snow Wizard vs. Scontrino, 1985(anti trust) Fed Dist court
37.   Purina Mills vs. a distributor, 1989 (settled) anti trust Fed Dist co
38.   Going Concern Business Valuation (1980-2002)
38.   Real Estate Brokerage, 1989, Baton Rouge Civil District Court, business valuation
39.   Real Estate Developer, 1989, Orleans Parish Civil District Court, business valuation,
settled

Real Property Associates, Inc.   PO Box 74233   Metairie, LA 70033 _____   Page 53

40.  Real Estate Broker, 2000, St. Tammany, La., business valuation settled
41.  Real Estate Developer, 2002, St. Tammany, La. Business valuation, settled
42.  State of Louisiana vs. Delahousaye et al, Orleans Parish

**Board of Director Responsibilities and**
**Appraisal Practices for RTC Litigation (1987-1992) Eastern District Federal Court**
**RTC or FDIC as Plaintiff vs the Board of Directors or Appraisers of:**

43.  Security Homestead (settled)
44.  Sunbelt Federal Savings (settled)
45.  Twin Cities Federal Savings (settled)
46.  Acadian Federal Savings (settled)
47.  Crescent Federal Savings (settled)

## CERTIFICATION

I certify that, to the best of my knowledge and belief, unless as otherwise noted in this report:

-        The statements of fact contained in this report are true and correct.

-        The reported analysis, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal unbiased professional analysis, opinions and conclusions.

-        I have no present or prospective interest in the property that is the subject of this report and I have no personal interest or bias with respect to the parties involved.

-        My compensation is not contingent on an action or event resulting from the analysis, opinions, or conclusions in or the use of, this report.

-        Supporting information relevant to all opinions presented in this letter report are contained in my files and are available for review by the user of the report.

_Wade Ragas_  8 - 27 - 08

Wade R. Ragas, MAI, PhD     Date
Louisiana General Certified
Appraiser No. 0043

Real Property Associates, Inc.    PO Box 74233    Metairie, LA 70033                Page 55

## ASSUMPTIONS AND LIMITING CONDITIONS

This is a Summary Analysis and Opinion Report which is intended to comply with the reporting requirements set forth under the Uniform Standards of Professional Appraisal Practice. As such, it might not include full discussion of all data, reasoning, and analysis that were used in this study to develop the analyst's opinion of market conditions.  Supporting documentation concerning the data, reasoning, and analyses is retained in the analyst's file. The information contained in this report is specific to the needs of the client and for the intended use stated in this report. The analyst is not responsible for the unauthorized use of this report.

1. This report sets forth all of the limiting conditions (imposed by the terms of my assignment or by the undersigned) affecting the analyses, opinions and conclusions contained in the report.
2. Restriction Upon Disclosure and Use:
   Disclosure of the contents of this report is governed by the By-Laws and Regulations of the Appraisal Institute, and the real estate appraisal subcommittee of the Louisiana Real Estate Commission.
3. Possession of this report, or a copy thereof, does not carry with it the right of publication. It may not be used for any purpose by any person other than the party to whom it is addressed without the written consent of the author, and in any event only with properly written qualifications and only in its entirety.
4. Neither all nor any part of the contents of this report shall be disseminated to the public through advertising media, public relations media, news media, sales media or any other public means of communication without the prior consent and approval of the undersigned.
5. The Appraisal Institute and the Louisiana Real Estate Commission conducts a mandatory program of continuing education for its designated and certified members. MAIs and SRAs (of the Appraisal Institute) who meet the minimum standards of this program are awarded periodic education certification. Wade R. Ragas is certified under the Institute's program, and has met the required continuing education requirements of the Louisiana Real Estate Commission.
6. All analyses and opinions presented herein are based on sources deemed to be reliable by this analyst at the time of this writing.  Changes in market conditions along with further input from the client could materially alter the conclusions and analyses presented herein.
7. Conclusions reflect the analyst's best judgments as of the date of this report.  As with all opinions, others reviewing the same facts could arrive at materially different conclusions which may prove in the future to be more or less accurate than the estimates presented herein.

Real Property Associates, Inc.   PO Box 74233   Metairie, LA 70033          Page 56

# ADDENDUM B

## Materials Reviewed and Relied Upon

**Reports, Affidavits, Deposition**
Expert Report of John A. Kilpatrick, PhD MRIG, Re: Hurricane Katrina Litigation, July 30,
    2007. (plaintiff exhibit)

Expert Report of Kerry D. Vandell, Re: Hurricane Katrina Litigation, October 9, 2007.

Expert Report of Michael W. Truax, MAI, August 28, 2007.

Expert Report of John A. Kilpatrick, PhD MRIC, Re: Hurricane Katrina Litigation, June 27,
    2008.

Deposition of John A. Kilpatrick, August 13 and 14, 2007.

**Research Articles** (Binder of Readings)
Bibliography as listed in Addendum D of this report of academic research on Negative
Externalities (24 articles).

Dictionary of Real Estate Appraisal, Fourth Edition, Chicago: 2002, Appraisal Institute (public
document)

Bell, Randall. Real Estate Damages: An Analysis of Detrimental Conditions, Chicago: 1999,
    Appraisal Institute (excerpts)

Appraisal Institute, The Appraisal of Real Estate, Chicago: 2001 (public document)

Brinkman, Emile J. and Wade D. Ragas, "An Estimate of the Cost of Hurricane Katrina Flood
    Damage to Single-Family Residential Structures in Orleans Parish," February 2006,
    Mortgage Bankers Association

Kilpatrick, John A. and Sofia Demisi, "The Aftermath of Katrina: Recommendations for Real
    Estate Research," Journal of Real Estate Literature, 2007, Vol. 15 No. 2, pp. 213-227
(provided by plaintiff).

**Supporting Literature (CD File):**

Colwell, P.F., R.E. Cannaday and C. Wu, "The Analytical Foundation of Adjustment-Grid
    Methods," Journal of the American Real Estate and Urban Economics Association, 1983,
    pp. 11-29

Federal Register, Vol. 61, No. 4, January 6, 1996, pp. 453, 470.

Tiebout, D.M., "A Pure Theory of Local Expenditure," Journal of Political Economy, 1956, pp.
    416-424.

Lancaster, K.J.A., "A New Approach to Consumer Theory," Journal of Political Economy, 1966,
    pp.132-157.

Muth, R.F., "Household Production and Consumer Demand Functions," Econometrica, 1966, pp. 699-708.

Kance, S. , Linne, M and Johnson, J. "Evaluating the Valuers", Appraisal Journal, spring 2004, pp. 147-154

Oates, W.E., "The Effects of Property Taxes and Local Public Spending on Property Values: An Empirical Study of Tax Capitalization and the Teibout Hypothesis," Journal of Political Economy, 1969, pp. 957-971.

Rosen, S., "Hedonic Prices and Implicit Markets: Production Differentiation in Pure Competition," Journal of Political Economy, 1974, pp. 34-55.

Dubin, R.A., "Estimation of Regression Coefficients in the Presence of Spatially Autocorrelated Error Terms," Review of Economics and Statistics, 1988, pp. 466-474.

Dubin R.A., and C. Sung, "Specifications of Hedonic Regressions: Non-nested Tests on Measures of Neighborhood Quality," Journal of Urban Economics, 1990, pp. 97-110.

Garritano, Anthony, Investors put a stopper on AVMs: The "e" alternative still can't replace a live appraisal," Mortgage Technology, June 2007.

Burgess, J.F. and O.R. Harmon, "Specification Tests in Hedonic Models," Journal of Real Estate Finance and Economics, 1991, pp. 375-393.

Kinnard, W., and E. Worzola, "How North American Appraisers Value Contaminated Property and Associated Stigma," Appraisal Journal, 1999, pp. 269-278.

Canaday, Roger E. and Mark A. Sunderman, Estimation of Depreciation for Single-Family Appraisals," Journal of the American Real Estate & Urban Economics Association, Summer 1986, Vol. 14 No. 2, pp. 255-273.

**End of Supporting Literature CD**

**News, Articles and Data Publications**
Addendum E lists 32 page one articles in the Times Picayune which discuss levees and flood risk between September 2005 and Dec. 2006, 2006 and 207 (Jan-July). [4 folders]

Greater New Orleans Community Data Center in collaboration with The Brookings Institution Metropolitan Policy Program. "The Katrina Index: Tracking Recovery of New Orleans & the Metropolitan Area." June 14, 2007 and Brookings Institute (A. Plyer), "Executive Summary State of Policy and Progress, January 2008, 2 Years 5 Months Since Katrina Made Landfall"

Real Property Associates, Inc.   PO Box 74233   Metairie, LA 70033          Page 59

Metro New Orleans Housing Prices 2005 to 2008 by Zip Code, Real Property Associates, Inc.

Road Home Home Owner Assessment Task Order LA, December 7, 2003 by KPMG LLP

Road Home, Weekly Situation and Pipeline Report, Week 102, June 6 - June 12, 2008

Zip Code Business Patterns, Zip Codes 70043, 70075, 70032, 70117

Employer and Non-Employer Counts St. Bernard Zip Code 2005

Regional Labor Market Employment and Total Wages, Second Quarter and Third Quarter 2005, St. Bernard and Orleans Parishes and County Business Patterns

New Orleans Area Housing Unit Decline by Parish since Katrina July 2000 to July 2006, U.S. Census (Tabulation)

Insurance Information Institute August 22, 2006, "Nearly 95% of Homeowner Claims from Katrina Settled". and National Underwriter, Aug. 28, 2007, "Trial Lawyers Report Attacks Insurers over Katrina Claims"

FNMA (Fannie Mae) Single-Family, Guidelines, Automated Valuation Services www.efanniemae.com/sf/guides/ssg/related sellinginfo/arms

Extent of Insurance Claim Settlements:
Rand Gulf States Policy Institute, Timely Assistance- Evaluating the Speed of Road Home Grant Making (R. Eden and P. Borden), 2008

New Orleans Wiki, "Citizens Road Home Action Team", June 18, 2008, CCB Form and Appraisal Requirement, November 1, 2007

Map of New Permits & Blighted Housing

Hammerman & Gainer, Inc. Firm Description & Related Companies

Louisiana Secretary of State, Commercial Division research on various firms owned by Larry Oney and Hammerman and Gainer Inc.

Katrina Hurricane Models

Summary of Road Home program activities, January 6, 2008

Road Home, Week 26 Situation and Pipeline Report, January 2, 2007

ICF Management Service LLC Contract, Scope of Work, Outlook and May 12, 2008
Yahoo Finance, ICF International Profile, June 19, 2008 and ICF Contract for Services

Claritas, Inc. zip code level analysis of 70117 zip code, September 12, 2007

Overview of Intermedia Agenda- Setting Research, July 2008

Media Agenda Setting:

Barnes, M., Hanson, C., Novilla, L., Meacham, A., McIntyr, E., "Analysis of Media Agenda
   Setting During and After Hurricane Katrina: Implications for Emergency Preparedness,
   Disaster Response and Disaster Policy", Government, Politics and Law of the American
   Journal of Public Health, April 2008, Vol. 98, No. 4, page 604-610

Holy Cross Redevelopment Plan, May 29, 2008

Area photographs by Greenfield Advisor (provided by counsel)

Field Notes

Market Conditions in New Orleans Metro as of August 2008, "Recovery, Progress and
   Challenges for Metro New Orleans; PowerPoint printed

Map of Class Representative

Inspections of Class Representative houses, photographs, sketches of buildings, field notes from
   July 16, July 22 and July 23, 2008.

Class Representative House Description

Real Property Associates, Inc.    PO Box 74233    Metairie, LA 70033         Page 61

# ADDENDUM C

## Property Stock Characteristics by Census Tract and Zip Code

Affidavit/LAFARGE NORTH AMERICA INC.

Real Property Associates, Inc.    PO Box 74233    Metairie, LA 70033    Page 62

## Differences in Housing Stock In Proposed Class Area

| Characteristic | Orleans | St. Bernard |
|---|---|---|
| Housing Stock | 11,956 | 10,819 |
| Owner Occupancy | 50% | 67% |
| Vacancy Rate | 17% | 6% |
| Median Year Built | 1940-1957 | 1953-1980 |
| 10 or More Unit Structure Units | 563 | 441 |
| Mobile Homes | 44 | 198 |
| 2005 Average Price Per Foot | $75 | $80-$81 |
| **Post Storm 2006** | | |
| Damaged Price Per Ft. 2006 | $31 | $23-$39 |
| Repaired 2006 Per Sq. Ft. | $135 -$155 | $80 to $90 |
| 2007 Damaged | $26 | $23-$24 |
| 2008 Repaired | $132 | $83-$85 |
| Appreciation 2005-2008 | +76% | 3%-6% |

Affidavit/LAFARGE NORTH AMERICA INC.

Real Property Associates, Inc.    PO Box 74233    Metairie, LA 70033         Page 63

**Housing Stock by Census Tract**
**Lower Ninth Ward, East of Industrial Canal**
**Orleans Parish**
**Census Tract Housing, 2000**

| Housing Characteristics | 7.01 | 7.02 | 8 | 9.01 | 9.02 | 9.03 | 9.04 | 11 | 12 | 13.01 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Owner Occupied | 689 | 404 | 428 | 605 | 600 | 548 | 396 | 463 | 402 | 464 | 4,999 |
| Rents Occupied | 448 | 705 | 445 | 351 | 399 | 381 | 403 | 757 | 641 | 601 | 5,131 |
| Total Units | 1,137 | 1,109 | 873 | 956 | 999 | 929 | 799 | 1,220 | 1,043 | 1,065 | 10,130 |
| | | | | | | | | | | | |
| **Units Per Property** | | | | | | | | | | | |
| 1, Detached | 755 | 501 | 498 | 793 | 746 | 713 | 470 | 529 | 465 | 591 | 6,061 |
| 1, Attached | 164 | 251 | 367 | 152 | 134 | 150 | 184 | 409 | 307 | 371 | 2,489 |
| 2 | 272 | 228 | 78 | 127 | 176 | 161 | 216 | 158 | 246 | 242 | 1,904 |
| 3 or 4 | 73 | 74 | 38 | 49 | 48 | 51 | 55 | 102 | 135 | 65 | 690 |
| 5 to 9 | 0 | 42 | 29 | 18 | 8 | 7 | 27 | 41 | 58 | 8 | 238 |
| 10 to 19 | 0 | 0 | 0 | 0 | 0 | 0 | 17 | 46 | 41 | 0 | 104 |
| 20 to 49 | 0 | 16 | 6 | 0 | 0 | 0 | 0 | 147 | 26 | 0 | 195 |
| 50 or more | 0 | 200 | 0 | 0 | 0 | 0 | 0 | 8 | 7 | 0 | 215 |
| Mobile Home | 6 | 0 | 5 | 7 | 8 | 6 | 0 | 0 | 0 | 12 | 44 |
| Boat, RV | 0 | 7 | 0 | 0 | 0 | 0 | 8 | 0 | 0 | 0 | 15 |
| Total | 1,270 | 1,319 | 1,021 | 1,146 | 1,120 | 1,088 | 977 | 1,440 | 1,285 | 1,289 | 11,955 |
| | | | | | | | | | | | |
| **Vacant Units** | | | | | | | | | | | |
| 1, Detached | 53 | 85 | 38 | 104 | 47 | 57 | 27 | 7 | 71 | 95 | 584 |
| 1, Attached | 16 | 16 | 94 | 53 | 30 | 11 | 66 | 127 | 84 | 91 | 588 |
| 2 | 64 | 39 | 0 | 17 | 28 | 68 | 64 | 9 | 29 | 28 | 346 |
| 3 or 4 | 0 | 21 | 0 | 5 | 16 | 23 | 13 | 14 | 29 | 10 | 131 |
| 5 to 9 | 0 | 35 | 16 | 11 | 0 | 0 | 8 | 9 | 16 | 0 | 95 |
| 10 to 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 0 | 10 |
| 20 to 49 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 54 | 3 | 0 | 57 |
| 50 or more | 0 | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 |
| Mobile Home | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Boat, RV | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 133 | 210 | 148 | 190 | 121 | 159 | 178 | 220 | 242 | 224 | 1,825 |
| | | | | | | | | | | | |
| Percent Vacant | 10.47% | 15.92% | 14.50% | 16.58% | 10.80% | 14.61% | 18.22% | 15.28% | 18.83% | 17.38% | 15.27% |
| | | | | | | | | | | | |
| Median Year Built | 1955 | 1956 | 1957 | 1957 | 1957 | 1957 | 1955 | 1952 | 1940- | 1946 | |

*Source: U. S. Census 2000*

Affidavit/LAFARGE NORTH AMERICA INC.

Real Property Associates, Inc.   PO Box 74233   Metairie, LA 70033      Page 64

## MAP A
### CENSUS TRACTS IN ZIP CODES 70116 AND 70117



Affidavit/LAFARGE NORTH AMERICA INC.

Real Property Associates, Inc.   PO Box 74233   Metairie, LA 70033   Page 65

## MAP A CONTINUED
### CENSUS TRACTS IN ZIP CODES 70116 AND 70117



Real Property Associates, Inc.   PO Box 74233   Metairie, LA 70033          Page 66

## Housing Stock by Census Tract
## St. Bernard Parish
## Paris Road to Orleans Line
## Census Tract Housing, 2000

| Housing Characteristics | 303 | 304 | 305 | 306.01 | 306.02 | 306.03 | 307 | 308 | Totals |
|---|---|---|---|---|---|---|---|---|---|
| Owner Occupied | 592 | 881 | 1,250 | 785 | 1,418 | 207 | 554 | 1,088 | 6,775 |
| Rents Occupied | 416 | 239 | 111 | 210 | 312 | 1,040 | 360 | 1,036 | 3,724 |
| Total Units | 1,008 | 1,120 | 1,361 | 995 | 1,730 | 1,247 | 914 | 2,124 | 10,499 |
| | | | | | | | | | |
| **Units Per Property** | | | | | | | | | |
| 1, Detached | 639 | 949 | 1,362 | 791 | 1,421 | 47 | 763 | 1,099 | 7,071 |
| 1, Attached | 101 | 130 | 11 | 85 | 42 | 327 | 100 | 464 | 1,260 |
| 2 | 152 | 78 | 10 | 141 | 55 | 346 | 65 | 463 | 1,310 |
| 3 or 4 | 69 | 21 | 18 | 0 | 60 | 252 | 46 | 104 | 570 |
| 5 to 9 | 37 | 5 | 0 | 0 | 88 | 172 | 6 | 61 | 369 |
| 10 to 19 | 54 | 0 | 0 | 0 | 22 | 137 | 0 | 26 | 239 |
| 20 to 49 | 9 | 0 | 0 | 0 | 0 | 72 | 0 | 0 | 81 |
| 50 or more | 0 | 7 | 0 | 0 | 0 | 14 | 0 | 0 | 21 |
| Mobile Home | 44 | 6 | 0 | 0 | 124 | 0 | 4 | 20 | 198 |
| Boat, Rv | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 1,105 | 1,196 | 1,101 | 1,017 | 1,812 | 1,367 | 984 | 2,237 | 10,819 |
| | | | | | | | | | |
| **Vacant Units** | | | | | | | | | |
| 1, Detached | 36 | 43 | 40 | 15 | 49 | 0 | 70 | 35 | 288 |
| 1, Attached | 4 | 16 | 0 | 0 | 0 | 10 | 0 | 16 | 46 |
| 2 | 30 | 9 | 0 | 7 | 7 | 0 | 0 | 44 | 97 |
| 3 or 4 | 15 | 8 | 0 | 0 | 12 | 33 | 0 | 0 | 68 |
| 5 to 9 | 0 | 0 | 0 | 0 | 10 | 37 | 0 | 18 | 65 |
| 10 to 19 | 8 | 0 | 0 | 0 | 0 | 40 | 0 | 0 | 48 |
| 20 to 49 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 50 or more | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Mobile Home | 4 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 8 |
| Boat, Rv | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 97 | 76 | 40 | 22 | 82 | 120 | 70 | 113 | 620 |
| | | | | | | | | | |
| Percent Vacant | 8.78% | 6.35% | 3.63% | 2.16% | 4.53% | 8.78% | 7.11% | 5.05% | 5.73% |
| | | | | | | | | | |
| Median Year Built | 1957 | 1953 | 1962 | 1975 | 1962 | 1980 | 1958 | 1966 | |

*Source:  U. S. Census 2000*

Real Property Associates, Inc.   PO Box 74233   Metairie, LA 70033   Page 67

## MAP B CENSUS TRACTS IN PROPOSED CLASS AREA
### ST BERNARD



Affidavit/LAFARGE NORTH AMERICA INC.

*The following is an excerpt from a report issued as of June 30, 2008 to the Times Picayune with the approval of New Orleans Metropolitan Association Realtors*

### Orleans Parish

Since 2005 prices for undamaged or repaired houses have risen 18% to a $290,100 average price at $135 per foot of living area. The large gain occurred in 2006 with a 13% increase followed by a 3% increase in 2007 and only a 1% gain in 2008 (first half). Damaged houses which are not yet repaired in poor to fair condition fell from $52 a foot in 2006 to $42 per foot in 2008. Costs of repairs have risen as well as the public awareness of these higher costs. The rate of damaged house purchases for renovation and resale has also slowed by about 30%. The buying public is discounting the damaged house purchase price to reflect high costs of repair under new statewide building codes with required storm resistant construction.

Appreciation and sales volume varied widely by geographic area. Eastern New Orleans which is east of the Industrial Canal and north of the MRGO had a 14% increase from 2005 to 2008 of which 9% occurred in 2008. The $94 per foot average price for repaired property is substantially above the 2005 price level of $83 per foot. Unrepaired damaged houses fell 17% in 2008 as compared to 2007 to a $33 per foot price level. The $59 per foot difference in repaired vs. unrepaired property is consistent with the costs of repair to meet state and local building ordinances and overall market higher costs. This repair gap was $46 per foot in 2007.

Price level (for repaired houses) in every zip code averaged higher levels in 2008 than 2005 within Eastern New Orleans. Similarly, in every zip code 2.5 years after Katrina non-renovated long term vacant houses sold for no more than and usually less than they sold for in 2006.

The Orleans Lakefront (zips 70122 and 70124) had less robust appreciation with a 4% gain in 70124 in 2008 but a -15% drop in average price per foot in zip 70122 thus far in 2008. Still, the $93 per foot average price in 70122 was above the $92 per foot average price per foot in 2005 before Katrina. The surge in demand for repaired or renovated houses has subsided back to the pre-storm price levels.

The Ninth Ward makes up most of zip code 70117. Most of the recent repaired house sales are in the historic areas of Bywater and Holy Cross which were a smaller part of the market sales prior to Katrina. In 2005 the average price per foot for all the Ninth Ward was $75 per foot, but by the first half 2008 the average was $132 per foot for mostly these historic neighborhoods. A decidedly higher income buyer is making up a majority of the current purchases as compared to 2005 in the Ninth Ward.

The average price in zip code 70117 was $251,000 for 1,908 feet of living. Damaged houses not yet repaired sold for $31 per foot in 2006 in zip code 70117. Those damaged house prices are now $39 per foot- up about 25%- but at levels similar to Eastern New Orleans and Lakeview zip 70122. The premium in price for renovated property as compared to damaged property is one of the largest in the geography with 5 feet or more of flooding from Katrina within zip code 70117.

Real Property Associates, Inc.   PO Box 74233   Metairie, LA 70033        Page 69

Central Orleans, including Uptown, CBD, Quarter and Mid City, had a small -2% price decline for repaired or undamaged property thus far in 2008 as compared to 2007. However, since Katrina prices are still 22% higher than they were in 2005 ($164 a foot vs. $135 per foot) in Central Orleans.

Zip Code 70116 which includes the French Quarter for single-family houses, not condominiums, reached $225 per foot but had very few sales in the first half of 2008- 17 sales of undamaged property.

The West Bank of Orleans averaged $98 per foot of living which was 6% lower than 2007 at $103 per foot but still $5 a foot higher than the $94 a foot pre-Katrina. Damaged property averaged $50 per foot which was similar to the 2006 level of $51 per foot. Few areas on the Westbank had areas of over 2 feet of water in a house which made cost to repair was much lower than elsewhere in the market.

Real Property Associates, Inc.    PO Box 74233   Metairie, LA 70033    Page 70

## Realtor Assisted Single Family Home Sales By Zip Code
### Orleans Parish 2005 to 2008

| Zip Code | 2005 Pre-Katrina | | | Post-Katrina (Oct. 2005 - Dec. 2006) | | | | Annual 2007 | | | | | First Half 2008 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Avg. Price | Avg. Price/Ft | Living Area | Avg. Price | Avg. Price/Ft | Living Area | % Change Price/Ft | Avg. Price | Price/Ft | # Sales | Living Area | % Change Price/Ft | Avg. Price | Price/Ft | # Sales | Living Area | % Change Price/Ft 08 vs 07 | % Change Price/Ft 08 vs 05 |
| 70113 | $118,337 | $58 | 2,058 | $235,500 | $103 | 2,382 | 79% | $143,333 | $103 | 6 | 1,385 | 0% | $85,000 | $68 | 2 | 1,241 | -34% | 19% |
| Damaged | | | | $42,250 | $35 | 1,241 | -40% | $61,700 | $46 | 7 | 1,345 | 32% | $39,166 | $28 | 3 | 1,385 | -38% | |
| 70115 | $390,981 | $173 | 2,266 | $456,150 | $202 | 2,256 | 17% | $461,716 | $194 | 205 | 2,384 | -4% | $416,194 | $178 | 97 | 2,337 | -8% | 3% |
| Damaged | | | | $140,726 | $73 | 2,040 | -58% | $111,629 | $57 | 31 | 1,956 | -21% | $150,390 | $78 | 10 | 1,919 | 37% | |
| 70116 | $340,909 | $153 | 2,228 | $692,048 | $259 | 2,672 | 69% | $670,379 | $262 | 38 | 2,558 | 1% | $402,252 | $225 | 17 | 1,787 | -14% | 47% |
| Damaged | | | | $46,692 | $41 | 1,080 | -73% | $39,250 | $29 | 8 | 1,347 | -28% | $188,650 | $91 | 6 | 2,068 | 213% | |
| 70117 | $107,283 | $75 | 1,438 | $245,808 | $155 | 1,645 | 107% | $196,429 | $123 | 43 | 1,593 | -20% | $251,126 | $132 | 19 | 1,908 | 7% | 76% |
| Damaged | | | | $42,699 | $31 | 1,345 | -59% | $36,664 | $26 | 46 | 1,419 | -16% | $56,485 | $39 | 34 | 1,442 | 52% | |
| 70118 | $364,303 | $169 | 2,156 | $479,193 | $197 | 2,333 | 16% | $448,503 | $191 | 175 | 2,349 | -3% | $516,678 | $201 | 80 | 2,567 | 5% | 19% |
| Damaged | | | | $99,849 | $57 | 1,670 | -66% | $107,328 | $66 | 35 | 1,633 | 16% | $98,107 | $61 | 14 | 1,599 | -7% | |
| 70119 | $185,731 | $113 | 1,637 | $298,429 | $156 | 1,976 | 37% | $250,696 | $126 | 60 | 1,989 | -19% | $223,412 | $126 | 28 | 1,769 | 0% | 11% |
| Damaged | | | | $78,843 | $52 | 1,535 | -54% | $61,054 | $44 | 50 | 1,403 | -16% | $52,833 | $36 | 18 | 1,457 | -17% | |
| 70122 | $152,484 | $92 | 1,649 | $285,977 | $122 | 2,356 | 32% | $227,240 | $110 | 96 | 2,070 | -10% | $197,526 | $93 | 56 | 2,114 | -15% | 1% |
| Damaged | | | | $75,291 | $41 | 1,757 | -55% | $60,735 | $36 | 334 | 1,702 | -13% | $55,441 | $34 | 80 | 1,608 | -3% | |
| 70124 | $330,185 | $158 | 2,091 | $389,711 | $161 | 2,395 | 2% | $324,134 | $138 | 96 | 2,353 | -15% | $322,311 | $143 | 59 | 2,255 | 4% | -9% |
| Damaged | | | | $167,102 | $70 | 2,413 | -56% | $152,895 | $68 | 72 | 2,260 | -3% | $140,954 | $63 | 77 | 2,239 | -7% | |
| 70130 | $457,543 | $173 | 2,638 | $479,043 | $188 | 2,463 | 9% | $425,630 | $163 | 41 | 2,615 | -14% | $454,836 | $189 | 24 | 2,409 | 16% | 9% |
| Damaged | | | | | | | | | | | | | | | | | | |
| Central Orleans | $274,245 | $135 | 2,038 | $429,571 | $186 | 2,304 | 57% | $384,463 | $166 | 763 | 2,311 | -11% | $368,414 | $164 | 382 | 2,251 | -2% | 22% |
| Damaged | | | | $121,730 | $57 | 2,143 | -58% | $75,110 | $43 | 580 | 1766 | -25% | $92,095 | $51 | 242 | 1,795 | 21% | |

Affidavit/LAFARGE NORTH AMERICA INC.

Real Property Associates, Inc.     PO Box 74233     Metairie, LA 70033     Page 71

## Realtor Assisted Single Family Home Sales By Zip Code
### Orleans Parish 2005 to 2008
### (Continued)

| Zip Code | 2005 Pre-Katrina | | | Post-Katrina (Oct. 2005 - Dec. 2006) | | | | Annual 2007 | | | | | First Half 2008 | | | | | % Change Price/Ft 08 vs 05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Avg. Price | Avg. Price/Ft | Living Area | Avg. Price | Avg. Price/Ft | Living Area | % Change Price/Ft | Avg. Price | Price/Ft | # Sales | Living Area | % Change Price/Ft | Avg. Price | Price/Ft | # Sales | Living Area | % Change Price/Ft 08 vs 07 | |
| 70125 | $255,754 | $128 | 2,006 | $343,018 | $148 | 2,317 | 16% | $277,119 | $128 | 62 | 2,159 | -13% | $260,944 | $131 | 40 | 1,994 | 2% | 3% |
| Damaged | | | | $132,077 | $61 | 2,206 | -52% | $135,967 | $62 | 60 | 2,181 | 3% | $110,062 | $46 | 16 | 2,406 | -27% | |
| 70126 | $116,759 | $71 | 1,642 | $141,900 | $99 | 1,437 | 40% | $131,166 | $75 | 54 | 1,741 | -24% | $150,202 | $79 | 38 | 1,896 | 5% | 11% |
| Damaged | | | | $49,218 | $27 | 1,807 | -62% | $54,200 | $30 | 250 | 1,801 | 12% | $50,254 | $28 | 73 | 1,821 | -8% | |
| 70127 | $118,035 | $71 | 1,672 | $57,992 | $81 | 1,707 | 14% | $114,231 | $72 | 56 | 1,583 | -11% | $137,097 | $80 | 38 | 1,716 | 11% | 13% |
| Damaged | | | | $53,554 | $31 | 1,740 | -57% | $48,113 | $28 | 214 | 1,741 | -10% | $54,941 | $30 | 79 | 1,834 | 8% | |
| 70128 | $176,252 | $88 | 2,003 | $154,363 | $99 | 1,543 | 13% | $149,315 | $73 | 98 | 2,036 | -26% | $165,478 | $87 | 37 | 1,898 | 19% | -1% |
| Damaged | | | | $100,309 | $39 | 2,324 | -56% | $80,151 | $38 | 225 | 2,111 | -1% | $84,785 | $40 | 69 | 2,145 | 4% | |
| 70129 | $116,826 | $68 | 1,712 | $152,500 | $91 | 1,648 | 33% | $130,700 | $81 | 15 | 1,624 | -11% | $132,036 | $70 | 11 | 1,874 | -12% | 3% |
| Damaged | | | | $74,751 | $33 | 2,233 | -51% | $57,913 | $35 | 27 | 1,677 | 4% | $40,537 | $27 | 7 | 1,511 | -22% | |
| Eastern New Orleans | $150,203 | $83 | 1,819 | $175,805 | $108 | 1,631 | 31% | $165,806 | $86 | 285 | 1,926 | -20% | $176,404 | $94 | 164 | 1,877 | 9% | 14% |
| Damaged | | | | $93,985 | $43 | 2,192 | -48% | 66497 | $40 | 776 | 1,643 | -6% | $65,179 | $33 | 244 | 1,946 | -17% | |
| 70131 | $204,910 | $93 | 2,193 | $232,711 | $98 | 2,261 | 5% | $236,417 | $101 | 304 | 2,336 | 3% | $230,317 | $97 | 112 | 2,379 | -4% | |
| Damaged | | | | | | | | $100,333 | $48 | 17 | 2,081 | | | | | | | |
| 70114 | $160,699 | $94 | 1,703 | $172,034 | $102 | 1,655 | 8% | $180,369 | $110 | 88 | 1,638 | 8% | $151,363 | $101 | 33 | 1,494 | -8% | |
| Damaged | | | | $75,747 | $51 | 1,464 | -46% | $69,082 | $47 | 22 | 1,465 | -8% | $69,444 | $50 | 16 | 1,401 | 5% | |
| Westbank | $191,600 | $94 | 2,044 | $219,964 | $108 | 2,041 | 15% | $223,835 | $103 | 392 | 2,164 | -4% | $212,348 | $98 | 145 | 2,178 | -6% | 4% |
| Damaged | | | | $75,747 | $51 | 1,481 | -45% | $59,874 | $56 | 33 | 1,067 | 10% | $69,444 | $50 | 16 | 1,401 | -12% | |
| Orleans | $228,620 | $114 | 1,999 | $282,820 | $130 | 2,182 | 13% | $297,461 | $133 | 1440 | 2,231 | 3% | $290,094 | $135 | 691 | 2,147 | 0.7% | 18% |
| Damaged | | | | $110,788 | $52 | 2,148 | -55% | $67,041 | $41 | 1449 | 1,647 | -21% | $78,291 | $42 | 502 | 1,856 | 2.4% | |

Source: New Orleans Metropolitan Association of Realtors and Real Property Associates

Affidavit/LAFARGE NORTH AMERICA INC.

Real Property Associates, Inc.   PO Box 74233   Metairie, LA 70033          Page 72

### *St. Bernard Parish*

Sales volume remains a steady 320 or so houses per year (with Realtor assistance). The average price before Katrina was $116,000 or $77 per foot. First half of 2008 average price was $133,000 or $84 per foot for repaired property. A small repaired house price decline of $2 a foot from an $86 average occurred from 2007 to 2008 or about -2%. Damaged houses continue to typically sell for $17 to $25 per foot of living area which is consistent with a cost of repair for a house which had 8 or more feet of flooding of $60 per foot- a very modest repair cost allowance by the market.

Thousands of houses remain for sale with only a small number sold each year. Demolition of multi-year vacant property is the only feasible means of removing the over 12,000 unoccupied houses.

Arabi (70032) houses averaged $80 a foot in 2005 and now in 2008 average $85 per foot. A temporary high price of $90 per foot occurred in 2007 followed by a 6% drop in average price in 2008. Chalmette (70043) rose from $81 in 2005 to $83 in 2008. For the past two years average price has been in the $83 to $84 level in Chalmette. These prices are higher than pre-storm prices in Chalmette.

Meraux (70075), which is located downriver of the Murphy refinery, reached a $93 per foot level in 2007 versus only $85 per foot in 2005. In 2008 the average price fell a barely noticeable $2 per foot or -2% to $91 per foot.

Houses which are repaired and are able to attract a buyer are maintaining a cost of repair recovery price, however, a large inventory of unsold housing (often with no repairs) remains for buyers at very affordable prices.

Real Property Associates, Inc.    PO Box 74233    Metairie, LA 70033    Page 73

## Realtor Assisted Single Family Home Sales by Zip Code
### St Bernard Parish

| Zip Code | 205 Pre-Katrina | | | Post-Katrina (Oct. 2005- Dec. 2006) | | | | | 2007 Annual | | | | | First Half 2008 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Avg. Price | Living Area | Avg. Price/Ft | Avg. Price | Living Area | Avg. Price /Ft | # Sales | % Change Price/Ft | Avg. Price | Living Area | Avg. Price /Foot | # Sales | % Change Price/Ft | Avg. Price | Living Area | Avg. Price /Foot | # Sales | % Change Price /Ft 07 vs 08 | % Change Price /Ft 05 vs 08 |
| 70032 | $116,550 | 1,455 | $80 | $81,455 | 1,676 | $39 | 9 | -51% | $136,802 | 1,523 | $90 | 9 | -43% | $127,166 | 1,503 | $85 | 6 | -6% | 6% |
| Damaged | | | | | | | | | $34,852 | 1,543 | $23 | 24 | | $46,600 | 1,638 | $28 | 9 | 26% | |
| 70043 | $119,043 | 1,476 | $81 | $39,376 | 1,645 | $23 | 41 | -72% | $127,092 | 1,516 | $84 | 58 | 8% | $131,916 | 1,595 | $83 | 46 | -1% | 3% |
| Damaged | | | | | | | | | $42,254 | 1,737 | $24 | 76 | | $42,756 | 1,759 | $24 | 40 | 0% | |
| 70075 | $153,988 | 1,820 | $85 | $53,479 | 1,858 | $30 | 63 | -65% | $148,638 | 1,607 | $93 | 54 | -16% | $140,012 | 1,546 | $91 | 26 | -2% | 7% |
| Damaged | | | | | | | | | $43,748 | 1,756 | $25 | 48 | | $35,171 | 1,600 | $22 | 7 | -12% | |
| 70085 | $81,855 | 1,323 | $62 | $38,571 | 1,432 | $24 | 6 | -61% | $145,340 | 1,499 | $97 | 5 | | $136,200 | 1,774 | $77 | 5 | -21% | 24% |
| Damaged | | | | | | | | | | n.a. | n.a. | | | $25,649 | 1,680 | $15 | 2 | | |
| 70092 | $93,343 | 1,379 | $68 | $23,308 | 1,504 | $16 | 11 | -76% | $94,345 | 1,599 | $59 | 11 | 30% | $117,271 | 1,574 | $75 | 7 | 26% | 10% |
| Damaged | | | | | | | | | $28,945 | 1,400 | $21 | 49 | | $40,791 | 1,510 | $27 | 12 | | |
| St. Bernard | $116,126 | 1,510 | $77 | $47,727 | 1,729 | $27 | 130 | -65% | $134,259 | 1,559 | $86 | 137 | 4% | $133,037 | 1,583 | 84.04 | 90 | -2% | 9% |
| Damaged | | | | | | | | | $38,623 | 1,391 | $28 | 197 | | $32,407 | 1,683 | $19 | 70 | 31% | |

Source: New Orleans Metropolitan Association of Realtors and Real Property Associates Inc.

Affidavit/LAFARGE NORTH AMERICA INC.

Real Property Associates, Inc.   PO Box 74233   Metairie, LA 70033          Page 74

### *Jefferson Parish*

Modest appreciation of 9% occurred in 2006 after Katrina followed by a 1% overall gain for undamaged houses in 2007. During the first half of 2008 prices remained unchanged with a 10% price appreciation having occurred between 2005 and 2008. Damaged house sales were only 99 units in the first half of 2008 as nearly all storm damaged are now being sold as a repaired house rather than an unrepaired shell. These few unrepaired units fell to $60 per foot of living from a $72 a foot level. Buyers are maintaining a $50 a foot or higher difference in price between fully repaired or undamaged units versus houses sold in damaged condition.

Eastbank Jefferson had 9% cumulative appreciation from 2005 to 2008. However, in the first six months of 2008 no appreciation occurred- 0% change. The majority of all zip code areas in East Jefferson had price declines of 2% to 4% except for 70003 and 70005 which had 1% to 4% appreciation.

Unit sales volumes are off by over 25% in East Jefferson compared to 2007. Damaged house unit sales volumes are off by over one-third in East Jefferson.

West Jefferson prices fell an average of -4% while the small number of unrepaired houses had a - -8% price decline. Large appreciation gains had occurred for all housing in West Jefferson in 2006 and 2007 totaling an 18% increase. After the small drop in price in the fist half of 2008 the price gains since 2005 still total about 14% from $105 a foot to $116 per foot.

The national drop in housing demand is affecting Jefferson but so far the price declines are still moderate, although declines in price are now happening in most zip code areas.

Real Property Associates, Inc.    PO Box 74233    Metairie, LA 70033    Page 75

## Realtor Assisted Single Family Home Sales By Zip Code
### Jefferson Parish 2005 to 2008

| Zip Code | 2005 Pre-Katrina Avg. Price | Avg. Price/Ft | Living Area | Post-Katrina (Oct. 2005 - Dec. 2006) Avg. Price | Avg Price/Ft | Living Area | % Change Price/Ft | 2007 Average Avg. Price | Avg. Price/Ft | Living Area | Sales | % Change Price/Ft | First Half 2008 Average Price | Avg. Price/ft | Sales | Living Area | 2007 vs. 2008 % Change Price/Ft | 2005 vs. 2008 % Change Price/Ft |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70001 | $238,025 | $125.82 | 1,892 | $260,292 | $146 | 1,780 | 16% | $256,128 | $143.374 | 1,786 | 229 | -2% | $230,623 | $130 | 81 | 1,772 | -9% | 3% |
| Damaged | | | | $182,535 | $77 | 2,369 | -39% | $146,411 | $104.186 | 1,405 | 28 | 36% | $114,380 | $76 | 8 | 1,505 | -27% | |
| 70002 | $308,702 | $122 | 2,538 | $314,678 | $137 | 2,310 | 13% | $335,507 | $131.97 | 2,542 | 96 | -4% | $272,031 | $121 | 43 | 2,254 | -9% | -1% |
| Damaged | | | | $197,004 | $86 | 2,292 | -29% | $160,592 | $83.24 | 1,929 | 12 | -3% | $186,800 | $72 | 5 | 2,595 | -14% | |
| 70003 | $176,355 | $106 | 1,669 | $195,802 | $116 | 1,714 | 10% | $202,282 | $111 | 1,819 | 324 | -4% | $186,580 | $112 | 117 | 1,662 | 1% | 6% |
| Damaged | | | | $143,107 | $78 | 1,840 | -27% | $120,012 | $70 | 1,715 | 35 | -10% | $106,800 | $71 | 16 | 1,502 | 2% | |
| 70005 | $362,224 | $168 | 2,154 | $458,353 | $185 | 2,405 | 10% | $411,123 | $174 | 2,366 | 247 | -6% | $427,229 | $181 | 81 | 2,365 | 4% | 7% |
| Damaged | | | | $217,353 | $103 | 2,081 | -39% | | | | | | | | | | | |
| 70006 | $267,122 | $120 | 2,234 | $238,743 | $113 | 2,130 | -6% | $269,402 | $129 | 2,086 | 105 | 15% | $238,067 | $116 | 44 | 2,044 | -10% | -3% |
| Damaged | | | | $158,488 | $73 | 2,177 | -39% | $138,443 | $76 | 1,830 | 24 | 3% | $274,000 | $71 | 2 | 3,882 | -7% | |
| 70062 | $129,059 | $92 | 1,399 | $156,711 | $126 | 1,273 | 36% | $167,046 | $116 | 1,446 | 49 | -8% | $150,969 | $104 | 22 | 1,450 | -10% | 13% |
| Damaged | | | | $94,691 | $65 | 1,280 | -30% | $82,105 | $75 | 1,099 | 17 | 16% | $78,912 | $54 | 4 | 1,474 | -28% | |
| 70065 | $204,728 | $107 | 1,920 | $253,567 | $123 | 2,034 | 15% | $243,742 | $120 | 2,032 | 319 | -2% | $233,674 | $116 | 132 | 2,020 | -4% | 8% |
| Damaged | | | | $141,091 | $78 | 1,773 | -27% | $95,843 | $63 | 1,514 | 33 | -19% | $65,557 | $52 | 14 | 1,254 | -17% | |
| 70067 | | | | $195,875 | $111 | 1,653 | | $196,440 | $114 | 1,718 | 8 | 3% | $268,750 | $107 | 6 | 2,501 | -6% | |
| Damaged | | | | | | | | $45,000 | $41 | 1,104 | 2 | | | | | | | |
| 70121 | $150,713 | $111 | 1,355 | $193,957 | $146 | 1,364 | 32% | $182,561 | $136 | 1,347 | 73 | -7% | $158,838 | $130 | 34 | 1,223 | -4% | 17% |
| Damaged | | | | $120,250 | $79 | 1,508 | -29% | $191,333 | $91 | 2,094 | 3 | 15% | $113,333 | $96 | 3 | 1,178 | 6% | |
| 70123 | $265,102 | $127 | 2,086 | $296,984 | $142 | 2,099 | 11% | $283,064 | $142 | 2,000 | 192 | 0% | $297,326 | $135 | 67 | 2,203 | -5% | 6% |

Affidavit/LAFARGE NORTH AMERICA INC.

Real Property Associates, Inc.    PO Box 74233   Metairie, LA 70033        Page 76

## Realtor Assisted Single Family Home Sales By Zip Code
### Jefferson Parish 2005 to 2008
#### (Continued)

| Zip Code | 2005 Pre-Katrina Avg. Price | Avg. Price/Ft | Living Area | Post-Katrina (Oct. 2005 - Dec. 2006) Avg. Price | Avg. Price/Ft | Living Area | % Change Price/Ft | 2007 Average Avg. Price | Avg. Price/Ft | Living Area | # Sales | % Change Price/Ft | First Half 2008 Avg. Price | Avg. Price/ft | # Sales | Living Area | 2007 vs. 2008% Change Price/Ft | 2005 vs. 2008 Change Price/Ft |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| East Bank | $231,792 | $119 | 1,946 | $293,769 | $132 | 2,218 | 11% | $258,898 | $129 | 2,000 | 1,705 | -2% | $252,613 | $130 | 627 | 1,944 | 0% | 9% |
| Damaged | | | | $136,862 | $77 | 1,779 | -35% | $118,171 | $77 | 1,541 | 154 | 0% | $109,217 | $68 | 52 | 1,611 | -12% | |
| 70053 | $136,157 | $95 | 1,439 | $143,915 | $99 | 1,490 | 5% | $160,264 | $112 | 1,434 | 72 | 12% | $162,943 | $101 | 29 | 1,615 | 2% | 7% |
| | | | | | | | | $64,000 | $63 | 1,008 | 6 | | | | | | | |
| 70056 | $153,395 | $83 | 1,842 | $183,784 | $94 | 1,946 | 13% | $192,154 | $96 | 2,006 | 309 | 2% | $171,269 | $91 | 105 | 1,883 | -5% | 9% |
| Damaged | | | | | | | | $104,226 | $55 | 1,891 | 17 | | $78,388 | $56 | 9 | 1,403 | | |
| 70058 | $157,778 | $82 | 1,925 | $190,545 | $96 | 1,952 | 21% | $180,197 | $95 | 1,902 | 284 | | $181,932 | $91 | 89 | 1,994 | -4% | 11% |
| Damaged | | | | $110,356 | $58 | 1,873 | -30% | $79,336 | $47 | 1,702 | 30 | -20% | $62,159 | $41 | 16 | 1,524 | -13% | |
| 70072 | $134,955 | $87 | 1,551 | $160,775 | $103 | 1,565 | 18% | $174,682 | $106 | 1,644 | 458 | 4% | $172,538 | $102 | 168 | 1,698 | -4% | 17% |
| Damaged | | | | $72,360 | $45 | 1,540 | -48% | $84,071 | $62 | 1,351 | 37 | 38% | $72,153 | $56 | 22 | 1,282 | -10% | |
| 70094 | $95,650 | $73 | 1,307 | $119,762 | $89 | 1,364 | 21% | $128,718 | $95 | 1,361 | 156 | 6% | $122,983 | $88 | 55 | 1,390 | -6% | 21% |
| Westbank | $174,016 | $83 | 1,788 | $157,087 | $88 | 1,788 | 5% | $159,265 | $100 | 1,598 | 1,395 | 13% | $167,379 | $95 | 446 | 1,757 | -4% | 14% |
| Damaged | | | | $106,055 | $57 | 1,865 | -32% | $85,360 | $55 | 1,560 | 110 | -4% | $69,945 | $50 | 47 | 1,388 | -8% | |
| Jefferson | $188,838 | $105 | 1,790 | $240,025 | $115 | 2,088 | 9% | $214,063 | $116 | 1,844 | 3,100 | 1% | $217,185 | $116 | 1073 | 1,867 | 0% | 10% |
| Damaged | | | | $129,589 | $72 | 1,795 | -32% | $104,500 | $68 | 1,547 | 264 | -6% | $90,573 | $60 | 99 | 1,505 | -11% | |

Affidavit/LAFARGE NORTH AMERICA INC.