# EXHIBIT 12
# Part 3

## ADDENDUM D

### EXTERNALITIES AND PROPERTY VALUES
### RESEARCH FINDINGS IN THE
### ACADEMIC LITERATURE AND BIBLIOGRAPHY

## EXTERNALITIES AND PROPERTY VALUES

For any particular real estate parcel, there is a unique set of locational and physical characteristics that contribute to its value. No two properties are exactly the same since each has a unique location. In addition to the physical characteristics of a property, age of the property, area characteristics such as abandonment, neighborhood age and amenities, crime levels, convenience to employment, extent of employment growth and proximity to other externalities (noise, visual or smell) can all influence the value of any one parcel. Since external obsolescence or a negative externality accrues to both the land and the improvements, unique parcel specific measures of any externality impact should be done one property at a time for the purposes of assigning just compensation to any plaintiff.

If a negative externality exists due to the Industrial Canal breech, it is this author's opinion that it would not be uniform in property valuation effect by parcel. As described herein, the existing economic literature dealing with the proximity effects of externalities strongly supports the opinion that any impacts quickly diminish with distance in a non-linear manner. Also one-time events usually result in a diminishment period limited by the time to remedy the cause and a market adjustment period back to pre-event conditions.

Both distance from the source of the externality and the influence of numerous other features in the plaintiff area jointly contribute to the non-uniformity of any impact in a complex non-linear way on real estate values.

## THEORETICAL FRAMEWORK AND LITERATURE

In Urban Economics, the term "externality" is used to describe a feature of the landscape or environment or a man-made attribute that exerts some impact on the utility or desirability of surrounding properties. The same concept appears in the appraisal valuation literature as external obsolescence to describe a negative externality where a temporary or long term diminishment in property value occurs. Externalities may be favorable, such as a scenic lake or park, or negative, such as a high crime rate area. It may even be both, such as an interstate highway that provides transportation convenience and visibility to many parcels while introducing noise or unsightly vistas to some parcels.

The market value of any particular property incorporates the combination of all the physical characteristics that make up the property, and all the locational factors that impact the utility of the property. Any particular externality is just one of many locational aspects which may influence property value. Some of the attributes may be attractive and some may be negative in nature, with the perception of "good" and "bad" varying among individuals. Properties that are developed after an externality already exists should already reflect the impact of the externality in their purchase price to the degree buyers were aware of the externality. If the value impact remains constant over time, the fact that homes near a negative externality are priced lower than comparable homes in non-impacted neighborhoods does not indicate that these property owners suffered a damage. Sorting locational behavior over time will place households with the least concern about a negative externality or most concern for a positive externality near those locational features. However, if an event or changing perceptions of an area cause a shift in the price gradient for properties in an area, a price diminishment of a temporary or permanent nature could occur. The shift in the price gradient can be an empirically observable phenomenon if sufficient arms length sales with complete descriptive information exist over a long enough time period.

Urban economics literature indicates that it is reasonable to expect that the degree to which a neighboring property is affected by an externality diminishes as the distance from the externality increases, although the relationship may be stepped or non-linear in nature. The expectation that distance is a significant variable has been used and tested extensively in the economic literature dealing with externalities of various types. Each resident chooses a combination of neighborhood, housing characteristics and distances from various features (place of work, services, amenities, negative externalities) which maximizes the resident's utility subject to his budget restraint. The producers of housing provide a set of housing characteristics at a given location that they expect to maximize their profits. Housing at superior sites would involve higher land costs and result in a higher supply price for housing. The price paid for any one house at each location represents a joint solution to these supply and demand functions. It is a locationally unique solution for each house.

For any given locality, the statistical significance, magnitude, specification, geographic range and temporal consistency of any proximity impact is a complex empirical question. The potential does exist to detect and estimate the general proximity effect, and to also detect net changes in this effect over time, however, this is a data intensive empirical analysis. The

statistical significance of these changes can be estimated in several ways but no specific causation of the price changes can be exactly ascribed to any one externality because of the interaction of many simultaneous locational considerations. It should be emphasized that only the net valuation changes over time can be detected, due to the interaction of many locational, physical and economic factors. It is certainly plausible that counteracting factors at any one location may influence the proximity impact over time in different ways for each unique location.

Physical attributes that screen or minimize any sensory perception of an externality are expected to reduce the externality's impact on value. Several studies have supported the view that a tree line, green space, or other form of buffer zone helps mitigate any negative effects from externalities. Such buffer zones also serve to further increase the distance from the subject site's perimeter to the closest residential properties.

The degree to which any particular attribute is capitalized into property values depends upon several factors. Starrett (1981) notes two well accepted preconditions for full capitalization—1) there is a perceptible differential between the impact of the externality on nearby locations and those located at a distant boundary, and 2) residents do not sort themselves according to relative preference regarding proximity to the externality. With regard to a source of a negative externality facility the first of these preconditions implies that a new event associated with the facility must be publicly perceived as a negative influence over a broad geographic area with a reasonable likelihood of reoccurrence from the same causes. The second condition recognizes that the market price for sites near the externality will be set by the marginal buyer, who is probably more optimistic than many others in the community. If buyers exist who perceive proximity to the industrial complex more favorably than other buyers, negative capitalization due to proximity will not exist or will be minimized. The longer the time period for the market to sort individual buyers into locations based on their perception of an externality, the less likely a negative capitalization due to proximity will be detected.

The theoretical relationship between various types of externalities and the value of real estate has been investigated empirically in numerous studies published in the economics literature. Some of the types of externalities investigated include highways, waste disposal facilities, hazardous material sites, nuclear power sites and refineries. Nearly all of these studies have used distance from the externality as one of the explanatory variables, although different specifications for the distance variable have been used. There is no common effect of distance on all households. In fact, the distance specifications used in the various articles tend to be non-linear, which inherently means the effect is different for each parcel as its distance from the externality increases. It also means impacts on market value decline rapidly with distance often in an exponential pattern. Discussed below are a few of the typical studies of negative externalities in the research literature.

Beginning with Langley (1976) the impact of interstate or very busy roadways on residential property values has been investigated. He used household survey information to define an impact area within 1,125 feet of the highway (Washington Beltway). Subsequent actual noise measurements confirmed the household perception of objectionable noise levels. Using a sale/resale analysis Langley found statistically significant noise impact on value in only two of ten years. After the installation of sound buffers and other sight barriers Langley (1981) found no detectable effect on housing values in the 1,125 foot impact area.

Nelson (1981) began a series of studies of the Three Mile Island nuclear facility (Gamble & Downing 1982, 1986; Galster 1986). These studies found the nuclear "event" had no significant impact on property value, a result Nelson attributed to the extent of the cleanup and perception of future safety. Gamble (1986) in a subsequent study found household sorting behavior to be a major contributor to the lack of property value impact, along with a generally robust housing market in the area.

Kohlhase (1991) pooled all the residential properties in much of the Houston area to examine changing valuation patterns relative to ten Superfund sites in Harris County. She detected a non-linear negative proximity impact (prices increased at a decreasing rate) for the more recent data in her study. She concluded that the classification of sites as "Superfund sites" created a premium for properties more distant from the Superfund contamination. She also found no valuation diminishment after the Superfund sites were cleaned up—the end of the event returned property values to their former condition.

Colwell (1990) investigated properties located within 400 feet of electrical transmission lines. He found a significant proximity effect that dissipated quickly as the distance increased. He also noted the impact decreased over time and he conjectured this diminishing impact might have been due to "screening" provided by maturing trees.

## Parameters of Published Negative Externality Research

| Research Article | Externality | Temporary Effect | Distance Considered | Data Set | Time | Housing Variables | Impact |
|---|---|---|---|---|---|---|---|
| Bleich (1991) | Landfill | Yes | Yes | 1,628 | 10 yrs. | 8 | None |
| Flower (1994) | Refinery | Yes | Yes | 1,999 | 12 yrs. | 19 | Location without buffers |
| Gamble (1982) | 3 mile island | Yes | Yes | 1,235 | 3 yrs. | 27 | None |
| Nelson (1981) | 3 mile island | Yes | Yes | 612 | 2 yrs. | 6 | None |
| Speyrer (1991) | Flooding | Yes | Yes | 1,998 | 12 yrs. | 12 | Insur. & none |
| Nelson (1981) | Landfills | No | Yes | 708 | 11 yrs. | 12 | 6%/mile |
| Payne (1987) | Radioactivity | Yes/No | Yes | 2,000+ | 10 yrs. | Price index | Yes, site 2 blocks |
| Kiel (1995) | Incinerator | No | Yes | 2,903 | 9 yrs. | 4 | Yes |
| Langley (1976) | Highway noise | Nearby only | Yes | 983 | 11 yrs. | Price index | Yes temp. |
| Dale (1999) | Smelter | Yes | Yes | 203,317 | 15 yrs. | 17 | 2%/mile |
| Simons (2001) | Pipeline leak | Not considered | Yes | 2,295 | 10 yrs. | 18 | 10.6% |
| Colwell (2006) | Groundwater | No | Yes | 13,612 | 17 yrs. | Price index | Non-linear, 2.4% |

Flower and Ragas (1994) investigated two refineries in Chalmette, Louisiana. They considered zones arranged in 0.5 mile bands, and direct distance measured in 0.1 mile units as impact variables. The data was analyzed in three different periods to search for the effects of events. We found contrasting impacts for the two refineries and other associated evidence that locational preferences and the quality of the buffer zone jointly influenced the capitalization of any negative refinery factors. On the one side of the one refinery where a statistically significant valuation diminishment occurred there was no buffer area and a 0.5 mile or less area was found to be impacted. Impacts were constrained to an area close to the visible fence line.

Dale and Murduch (1999) found declining non-linear impacts of a negative externality with distance along with a rebound to near pre-event prices after the cause of the externality was cured even though public allegations of an incomplete cleanup were occurring. Neighborhood characteristics clearly affected property values. The impact of distance was found to be non-linear. Sorting like behavior was also found to be present.

Case, et al (2000) create a hybrid hedonic regression with a unique time series of sale and resale methodology to study groundwater contamination which could not be cured, except by shifting to another drinking water source using condominiums which offer less physical attribute variations than detached houses. They found a 4.6% price discount with a range over time of 2.43% to 5.91%. They found the contamination discount was most evident during the trough (recession) of the property cycle (1990-1993) and had disappeared by the end of the study period during a strong real estate market.

Simons, et al (2001) studied an oil pipeline leak which became water borne in the Pataxent River and nearby creeks of Prince George and Calvert Counties. The regression model was run on 2,295 sales transactions of which 35 were exposed or affected by waterborne oil which were all grouped near the spill event. This is a practitioner oriented article in The Appraisal Journal which did consider spatial autocorrelation and required a large, well documented data set. They found a loss just after the pipeline rupture for property with right of water access of 10.9% and for the three waterfront sales a loss of 12.6% of value. This is the loss at the time of the event and during the cleanup and not the loss after time when the market prices would be expected to readjust upward due to the one-time nature of the spill event.

**Neighborhood Crime and Crime Rate Differences in Study Area**

As the income of residents near the Industrial Canal industrial complex has grown very slowly over the past 30 years, the neighborhoods near the Industrial Canal have become focal points for vice, street crimes, murders.

These large geographic differences in violent crime activity within close proximity to the geography covered by plaintiff households further diminishes the likelihood a negative externality related to only a breech in the Industrial Canal can be estimated. The effects of violent crime on property values are unlikely to be uniform because of the non-uniformity of the geographic distribution of the incidence of crime.

### Property Age and Vacancy Variations and Diverse Valuation Diminishment

It is also well established in the appraisal and urban economics literature that differences in actual age of building improvements is likely to affect the market value of the property.  A common measure of physical depreciation used in appraisals is age/life depreciation where the older the effective age of the property, the greater the likely value diminishment (Kinnard). Measures of the effect of age on property value require knowledge of each parcel's original economic life, effective age, and actual age, which are indirect measures of the individual property's improvement physical condition.  The geography covered by the claimant households ranges from buildings over 80 years old to recently built according to 2000 U. S. Census data. Identifying a common valuation impact with a precise statistical measurement is unlikely based on a group of 12 plaintiff class representatives who are not located physically close to the Industrial Canal wall failure. Older poorly maintained property would be expected to incur value diminishments greater than newer properties due to physically incurable depreciation unrelated to the property's location.

The negative effect in urban markets of property abandonment on crime levels, property values and neighborhood desirability make the public perception of long term abandonment important. Housing vacancy rates in 1990 in excess of 17% were present east of the Industrial Canal in 2000 and were higher by 2005.  Conversely, vacancy rates of 6% or less were present in most of the proposed class area in St. Bernard.  The incidence of housing abandonment and age diversity clearly suggests multiple very different sets of neighborhood characteristics within the plaintiff area.  Long term abandonment is present in some of the geography where there is the oldest housing stock in the worse physical condition within the plaintiff geographic area. Following this page is a map of abandoned and blighted property for the Lower Ninth Ward. The pervasiveness of abandonment and blighted housing must be considered in the Kilpatrick model. One of the plaintiff class representative housing units was categorized as blighted before Katrina.

Since age and abandonment will impact the value of physical improvements pre and post-Katrina and since the absolute magnitude of any proximity impacts will vary with the value of the improvements, proximity impacts will not be uniform throughout the proposed class and can not be measured by a group of twelve class representatives.

### Non-Linear Effects of Distance on Property Value

The results of empirical studies suggest if any impacts from a fire or catastrophic event would be capitalized into property values the most measurable are those which involve recurring sensory perceptions—sight, sound and smell.  Noise, smells and visual images all diminish with distance quickly. The typical finding in externality empirical research is the magnitude of the effect on value diminished rapidly as distance increases from the cause of the externality.

Numerous studies, including the Flower and Ragas (1994) in St. Bernard study involving refineries, support the expectation that any statistically measurable impacts that exist are higher near the externality and dissipate quickly with distance.  This type of specification, which implies that negative impacts not only decrease with distance but decrease at an increasing rate, is consistent with the results of many other, published academic studies. A uniform common

Real Property Associates, Inc.   PO Box 74233   Metairie, LA 70033          Page 85

effect on property values is unlikely to exist as distance increases from the Industrial Canal. However, none of the proposed class representative houses are in close proximity to the Industrial Canal wall failure as is shown on the map of their locations on the next page.

## Household Sorting Behavior

It is relevant to note that the existence of a distance impact does not necessarily constitute a damage. Since the Industrial Canal has been in existence since the 1930's, which considerably predates almost all the housing and the current occupants, the fact that a negative influence exists is not as relevant as whether the magnitude of any impact has changed over time (before and after the Betsy and Katrina flooding events). As noted in the cited literature, such a change can theoretically occur after an "event". Most studies have indicated impacts from a one-time event are temporary in nature with values rebounding after the problem is corrected or the market's awareness fades. A permanent change in the market's perception is needed for there to be a permanent change in an environmental impact effect on housing values. As noted above, such a permanent capitalization of a negative externality in real estate values requires that a market exist with uniform personal locational preferences, or a "non-sorting household" environment would have to exist. There is no obvious reason to believe household sorting behavior has not occurred over these many years.

Evidence in the Flower & Ragas (1994) as well as the Gamble (1986) study, plus my past observations of market behavior near several negative externalities, suggest that sorting according to preferences does occur and can substantially mitigate the degree to which health concerns are capitalized in real estate values. While it is not impossible that some valuation effect could exist, it is my opinion the magnitude of the impact (beyond the costs of repair of damages) would be small and hard to accurately measure and be of a transitory nature.

## Published Housing Price and Sales Volumes

Public perceptions of housing price and sales volume patterns are an integral part of forming market participant expectations in the operation of real estate markets. The New Orleans Board of Realtors publishes for its members and the general public housing sales, unit volumes and average sales prices at least twice a year in the Times Picayune Newspaper by small geographic areas – zip codes.

The published Board of Realtor sales, volume, average sales price and time on market do not support the presence of any measurable or long-term negative externality associated with being located in zip codes 70117, 70032 or 70043 as compared to other areas with storm surge flooding.

Following this discussion are housing prices annually by zip code for Orleans and St. Bernard parishes from 2005 to 2008 (June). The pattern of price change in the plaintiff proposed class areas is similar to the market as a whole except for stronger appreciation rates for renovated property in the proposed class area than for Orleans, St. Bernard, Jefferson or St. Tammany parishes.

Real Property Associates, Inc.    PO Box 74233    Metairie, LA 70033          Page 86

## Definitions and Concepts

1. Externalities are the principle that economies and diseconomies outside a property may have a positive or negative effect on its value

2. External obsolescence is defined as an element of accrued depreciation, a defect, usually incurable, caused by negative influences outside a site (Dictionary of Real Estate Appraisal, 2nd ed, American Institute of Real Estate Appraisers, 1993 p. 111)

3. The generally accepted definition of market value form the American Institute of Real Estate Appraisers and the U. S. Comptroller of the Currency require: 1. Reasonable exposure of the property in a competitive market, 2) all conditions requisite to a fair sale, 3) buyer and seller acting prudently, 4) knowledgeable buyer and seller, 5) self-interest motivation of both parties, and 6) neither party under duress.  Usually in determining the fair market value of a property, comparable arms length sales of similar highest and best use will be the preferred source of market data.

## REFERENCE AND SUPPORTING MATERIALS

## Externality Research Articles

2. Bleich, K.H., Findlay, M.C. and Philips, G.M. "An Evaluation of the Impact of a Well Designed Landfill on Surrounding Property Values." *Appraisal Journal*, (April 1991), 247-52.

3. Flower, Patrick and Ragas, Wade. "The Effects of Refineries on Neighborhood Property Values." *The Journal of Real Estate Research*, (Summer, 1994), 319-339.

4. Galster, George. "Nuclear Power Plants and Residential Property Values: A Comment on Short – Run vs. Long Run Considerations." *Journal of Regional Science*, (Fall 1986), 807-808

5. Gamble, Hays and Downing, Roger. "The Effects of Nuclear Power Plants on Residential Property Values." *Journal of Regional Science*, (Fall 1982), 457-465.

6. Gamble, Hays and Downing, Roger. "A Reply to Nuclear Power Plants and Residential Property Values. A Comment on Short – Run vs. Long - Run Considerations." *Journal of Regional Science*, (Fall 1986), 807-808.

7. Mundy, William. "The Impact of Hazardous Materials on Property Values." *The Appraisal Journal*, (April 1992) 155-192.

8. Nelson, Jon. "Three Mile Island and Residential Property Values: Empirical Analysis and Policy Implications." *Land Economics*, (August 1981), 363-371.

9. Ragas, Wade and Flower, Patrick. "Petroleum Refineries: Can Larger Site Buffers Limit Adjacent Property Value Impacts?" *Professional Report of SIOR*, (October 1994), 16-18.

10. Speyrer, Janet and Ragas, Wade. "Housing Prices and Flood Risk: An Examination Using Spline Regression." *Journal of Real Estate Finance and Economics*, (Fall 1991), 395-407.

11. Starrett, David A. Land Value Capitalization in Local Public Finance." *Journal of Political Economy*, Vol. 89, No. 2 (1981), 306-27.

12. Nelson, A.; Generaux, J. and Generaux, M. "Price Effects of Landfills on House Values." *Land Economics*, 68/41, (Nov. 1992), 359-365.

13. Payne, B.A., Olshansky, S.J. and Segel, T.E. "The Effects on Property Values of Proximity to a Site Contaminated with Radioactive Waste." *Natural Resources Journal*, Vol. 27 (1987), 579-590.

14. Kiel, Katherine. "Measuring the Impact of the Discovery and Cleaning of Identified Hazardous Waste Sites on House Values." *Land Economics*, Vol. 71 (4), (1995), 423-435.

15. Kolhase, Janet E. "The Impact of Toxic Waste Site on Housing Values." *Journal of Urban Economics*, Vol. 30 (1991), 1-26.

16. Rinaldi, A. J. "Contaminated Properties-Valuation Solution" *Appraisal Journal*, July 1991, 377-381.

17. Smith, V. Kerry and Desvousges, William H. "Asymmetries in the Valuation and Risk and Siting of Hazardous Waste Disposal Facilities." *American Economic Review*, 76 (1), (1986), 291-294.

18. Boarnet, Marlon. "The Monocentric Model and Employment Location."          *Journal of Urban Economics*, Vol. 36, (1994), 79-97.

19. Clapp, John and Carmelo Giaccotto. "The Influence of Economic Variables on Local House Price Dynamics." *Journal of Urban Economics*, Vol. 36, (1994), 161-183.

Real Property Associates, Inc.   PO Box 74233   Metairie, LA 70033          Page 88

20.   Gatzlaff, Dean and Ling, David. "Measuring Changes in Local House Prices: An Empirical Investigation of Alternative Methodologies," *Journal of Urban Economics*, Vol. 35, (1994), 221-244.

21.   Langley, C. John Jr.   "Adverse Impacts of the Washington Beltway on Residential Property Values." *Land Economics*, 52 (1), (1976), 54-65.

22.   Hamilton, S. and Schwann, S. "Electric Transmission Lines and Property Value." *Land Economics*, 71 (4), (1995), 436-444.

23.   Kinnard, William N.   "Measuring the Effects of Contamination on Property Values." *Environmental Watch*, 4(4), (1992), 2-7.

24.   Dale, L. Murdoch, J. Thayer, M. and Waddell, P.   " Do Property Values Rebound from Environmental Stigmas? Evidence from Dallas"   Land Economics, 75(2)(May 1999) p 311-326.

24.   Simmons, R. M, Kelbank, B. "Rupture on Single-Family House Prices." *Appraisal Journal*, October 2001 p.

25.   Case, B. Calwell P, Leishman C. and Watkins C. "The Impact of Environmental Contamination on Condo Prices: A Hybrid Report- Sale/Hedonic Approach" *Real Estate Economics*, Vol. 34 pp 77-107.  2006

26.   Bell, Randall. <u>Real Estate Damages: An Analysis of Detrimental Conditions.</u> *Appraisal Institute*, 1999.

Real Property Associates, Inc.    PO Box 74233    Metairie, LA 70033         Page 89

# ADDENDUM E

## TIMES PICAYUNE HIGH VISIBILITY ARTICLE REGARDING LEVEE WEAKNESS AND PUBLIC RISK PERCEPTIONS

Affidavit/LAFARGE NORTH AMERICA INC.

Real Property Associates, Inc.   PO Box 74233   Metairie, LA 70033            Page 90

## TIMES PICAYUNE ON LEVEE WEAKNESS

1. September, 2, 2005    1,516 words    Page A08
   Dr. Suhayda, Prof. Emeritus LSU Coastal Studies Institute
   "Levee weakness well-known before breaches"

2. October 22, 2005    1,037 words    Page 1 National
   Soil boring reports "officials knew about weak soil under levee; 17[th] St. Canal breach was
   just above soft peat" [p. 2, par. 13]

3. October 25, 2005    3,004 words    Page 1 National
   Overview of future storms and levees "Protecting the area from another major storm is
   crucial to getting New Orleans back on its feet.  But how?" [p. 4, par. 13]

4. November 10, 2005   819 words    Page 1 National
   Improper design of levee "I" walls "Sonar shows 17[th] Street Canal levee sheet metal
   pilings are seven feet shallower than the Corps claimed".

5. November 12, 2005    1,146 words    Page 1 National
   Issue of control gates vs. levees and flood risk "Corps may put gates at key canals; it will
   decide after examining the levees."

6. November 20, 2005    2,164 words     Page 1 National
   When will funding allow Category 5 levees "For levees, shortcuts through red tape
   unlikely, engineering issues will remain even if political ones resolved".

7. December 8, 2005    2,789 words    Page 1 National
   Human error caused levee failures "Evidence points to man-made disaster, human
   mistakes led to New Orleans levee breaches". [p. 2, par. 8]

8. December 10, 2005    1,453 words    Page 1 National
   Corps study findings "Corps own study backs critics of levee engineering; Report calls
   for rebuilding system to do what it was supposed to do". [p. 2, par. 4]

9. December 14, 2005    1,399 words    Page 1 National
   "Corps finds pilings at designed depths probe shifts to original plans".
   [p. 1, par. 4]

10. December 23, 2005    1,227 words    Page 1 National
    "New panel to review levee probes; data will get a look, but politics may not".
    [p. 2, par. 11]

11. December 30, 2005    1,379 words    Page 1 National
    "Corps never pursued design doubts; higher-ups raised flag then dropped it".
    [p. 1, par4. p.4 par. 3]

Affidavit/LAFARGE NORTH AMERICA INC.

Real Property Associates, Inc.    PO Box 74233    Metairie, LA 70033        Page 91

12. January 30, 2006        1,423 words    Page 1 National
"Levees must be armored, Corps says; Fabric, rock layers would add strength, slow erosion". [p. 2, par. 2, 5, 6]

13. February 21, 2006     1,113 words    Page 1 National
STORM WARNING: "Report says Corps must armor levees, better predict storm damage risks and be more cautious about saying levees will be ready Corps says systems will be working June 1". [p. 1, par. 3]

14. March 14, 2006        705 words      Page 1 National
Floodwall failure was foreseen team says: "Corps own 1986 study showed collapse possible, scientists say".

15. April 6, 2006           699 words      Page 1 National
Corps chief admits to 'design failure'

16. May 1, 2006             1,747 words    Page 1 National
Plans didn't account for area's subsidence [p.3, par. 7]

17. May 3, 2006             833 words      Page 1 National
Weak soil, high water blamed in levee rifts; London Ave. failures similar to 17th Street's [p. 2, par. 2]

18. May 5, 2006             833 words      Page 1 National
Shield for Lower 9th raises risk elsewhere: "REBUILDING LEVEE WALL MAY HAVE UNINTENDED EFFECT". [p.1, par1. p. 2, par 6]

19. May 8, 2006             667 words      Page 4 Editorial
EDITORIAL:  Canals have two banks [p.1, par. 1, 4, 5, 7. p. 2. par. 5]

20. May 9, 2006             1,964 words    Page 1 National
Pump operators want to see storm plan; some felt abandoned in Katrina catastrophe [p. 1, par. 1]

21. May 14, 2006          1,791 words    Page 1 National
City's fate sealed in hours; Timeline maps course of post-Katrina deluge [p. 2, par. 2, 4, 5, 12, 13,  p.3, par. 1]

22. May 28, 2006          2,200 words    HURRICANE PREPARATION Pg. 2
Flood barriers mostly back to strength; still, key parts vulnerable to major storm [p. 3, par. 5]

23. June 2, 2006            1,484 words    Page 1 National
Report:  Flood policy flawed; flood policy flawed, report finds Corps-backed panel calls system outdated. [p. 2, par. 16. p. 3, par. 3]

Real Property Associates, Inc.   PO Box 74233   Metairie, LA 70033        Page 92

**24.** August 10, 2006        868 words      Financial; D01
Big Katrina Contractors Win More FEMA Work

**25.** August 25, 2006        2,332 words      Page 1 National
The Lower 9th Ward lies in ruins: "Some fight each day to get back what was lost.
Others have had enough and are saying goodbye.  The rest can do little more than wait
for change."

**26.** August 26, 2006        4,093 words      Page 1 National
Centuries of missteps sealed city's fate

**27.** May 4, 2007         1,229 words      Page 1 METRO
Gate plan rapped in St. Bernard: "Corps says structure would block surge". [p.1, par.1,
3]

**28.** May5, 2007         1823 words      Page 1 National
New pumps fail a major test as a strong storm knocks out power and downs trees.
[p.2, par. 3]

**29.** May 9, 2007        2,242 words      Page 1 National
Weak spots leave area vulnerable; Levees could fail even during moderate hurricanes
[p.2, par. 4]

**30.** May 27, 2007        1223 words       page 10 Hurricane Preparedness
Corps works to climb mountain of flood projects; Many levee repairs eat up time, money.
[p. 2, par. 1]

**31.** June 2, 2007        2,066       Page 1 National
COMMANDING PRESENCE:  "As it rebuilds New Orleans levees, the Army Corps of
Engineers is trying to rebuild a sense of trust".

**32.** August 20, 2007        939 words      Page 1 METRO
Corps revises cause of levee failure: "'
9[th] Ward rupture due to seepage, it says". [p.1 par.1, 2, 5]

Note:  Bracketed page and paragraph references refer to NOLA.com history file printouts
and references to Industrial Canal wall failures or breeches.

Real Property Associates, Inc.   PO Box 74233   Metairie, LA 70033          Page 93

# ADDENDUM F

## First American and eAppraisal IT
## Description

Real Property Associates, Inc.   PO Box 74233    Metairie, LA 70033         Page 94


*First American*


# NEWS FOR IMMEDIATE RELEASE

## FIRST AMERICAN eAPPRAISE*IT* INTRODUCES DATA ASSIST:
## A QUICK, CURRENT VALUE REPORT FOR LENDERS AND SERVICERS

**POWAY, Calif., March 24, 2008 –** First American eAppraise*IT*, a leading provider of real estate valuation products and services, is now offering Data Assist, a new valuation tool for lenders and servicers that need quick, low-cost, accurate values for credit decisions, loss mitigation, portfolio analysis and quality assurance.

Data Assist is a faster and less expensive alternative to a traditional appraisal. The standard Data Assist report verifies a property's legal address and ownership and includes three closed sale comparables from the subject property's market area. For a more comprehensive analysis, Data Assist with Listings offers the same information, plus three current listings that are similar to the subject property.

Michael Fosser, senior vice president of business development for First American eAppraise*IT* said: "Being able to quickly and accurately determine a valuation is critical in today's changing lending environment. Over the past several years, lenders have used AVMs as the sole valuation tool for home equity loans. Many lenders are now looking for more alternatives. Data Assist can provide a high level of confidence without adding significant cost or delay to these transactions. Likewise, it will appeal to: 1) default managers trying to determine market values in pre-foreclosure proceedings; 2) internal quality assurance executives doing appraisal panel reviews and 3) lenders valuing portfolios."

### About First American eAppraise*IT*

First American eAppraise*IT* offers the most comprehensive and innovative line of products in the valuation industry, including VeriCert, a collateral risk determination tool for wholesale lenders and purchasers; Vector Assisted Appraisal, a USPAP compliant desktop appraisal based on robust data and analytics, RAVe, a progressive valuation solution designed for equity, default, review and niche channels; and a full suite of industry-leading automated valuation models (AVMs). eAppraise*IT* is a subsidiary of the The First American Corporation (NYSE: FAF). More information about First American eAppraise*IT* and its appraisal products can be found on the Internet at *www.eappraiseit.com*.

*– more ··*

**First American eAppraise/T Introduces Data Assist: A Quick, Current Value Report for...**
Page 2

**About First American**

The **First American Corporation (NYSE: FAF)** is a FORTUNE 500® company that traces its history to 1889. With revenues of approximately $8.2 billion in 2007, it is America's largest provider of business information. First American combines advanced analytics with its vast data resources to supply businesses and consumers with valuable information products to support the major economic events of people's lives, such as getting a job, renting an apartment, buying a car or house, securing a mortgage and opening or buying a business. The First American Family of Companies, many of which command leading market share positions in their respective industries, operate within five primary business segments, including: Title Insurance and Services, Specialty Insurance, Mortgage Information, Property Information and First Advantage. More information about the company and an archive of its press releases can be found at *www.firstam.com.*

# # #

**Media Contact:**
Carrie Gaska
Corporate Communications
The First American Corporation
(714) 250-3298 • *cgaska@firstam.com*

**Investor Contact:**
Mark Seaton
Investor Relations
The First American Corporation
(714) 250-4264 • *mseaton@firstam.com*

Real Property Associates, Inc.   PO Box 74233   Metairie, LA 70033          Page 96

## FIRST AMERICAN

SOLUTIONS FOR
# YOUR INDUSTRY

### Commercial Services

Specifically for the commercial marketplace, First American has assembled the products and services needed to meet the evolving needs of today's businesses. No other company is as strongly positioned to meet so many of America's business requirements. Through a single source, First American can offer the tools designed to bring you a clear advantage in the marketplace.

### Direct Marketing Solutions

Reach the best prospects every time when you use the industry leading Direct Marketing applications created by The First American Corporation.

### Fraud Solutions

First American offers the tools needed for protection against fraud and misinformation during the entire lifecycle of a loan.

### Government Solutions

First American's family of products work together to create solutions for Federal, State, County and City governments. See how our products can help you.

### MLS Solutions

Access a broad range of powerful products and services that enhance the capabilities of your MLS and provide value to your members – and the buyers and sellers they represent.

SERVICES FOR
# YOUR PROFESSION

### Home Equity Lender

Specifically for home equity lenders, First American has assembled the title, valuation, and flood products that service all facets of the lending process from Pre-qualification, to origination, to post-closing.

### Mortgage Servicer

Specifically for loan servicers, First American has assembled the products and services that serve all facets of the servicing process, from origination to quality control.

### Non-Prime Lender

Specifically for non-prime lenders, First American has assembled the valuation products and services that serve all facets of the lending process, from pre-qualification to origination to quality control.

### Residential Real Estate Broker

Our technology platforms offer integration between your office, your local title and closing operations and other systems to auto-populate transaction orders.

### Residential Real Estate Agent

We offer a wide array of real estate solutions and services including title insurance, transaction management, home warranty, public record information and much more.

### Wholesale and Correspondent Lenders

Specifically for wholesale and correspondent lenders, First American has assembled the valuation

Affidavit/LAFARGE NORTH AMERICA INC.

Real Property Associates, Inc.   PO Box 74233   Metairie, LA 70033          Page 97

merican - Appraisals / Valuations                                    http://www.firstam.com/list.cfm?id=58&st

 *First American*

# Appraisals / Valuations

The tools necessary to determine true value and to quantify collateral risk have been brought together into a single location at First American. In addition to automating the products and processes of accurate collateral valuation, First American is unique in the industry as it maintains a substantial staff of local property appraisers, allowing for traditional appraisals to be completed rapidly across the nation.

**Appraisals**
Traditional appraisals, AVMs or a combination of appraisal products, First American provides the property valuation alternatives to meet the unique appraisal needs of each individual circumstance.

**Property Valuations**
First American's family of companies work in union to produce accurate, timely property valuations to make important business decisions. A wide selection of products combines with unmatched customer support to deliver the property valuation information you need.

**Property Disclosures**
First American is the nation's leading provider of property disclosure reports for natural hazard, environmental, and other concerns.

**Area Information**
All the details you'd want to know about the area surrounding a subject property are available in multiple report options. Select the one that best suits your needs.

**Collateral Risk Management**
Receive the powerful decisioning engine you need to deploy effective collateral risk policies. Our solutions help you through each step in the loan process.

**Comparables & Recent Sales**
Significantly reduce your research time with easy and flexible search capabilities that return as much or little information as you require.

**Custom Software Solutions**
First American Software Solutions Group offers a variety of custom software solutions tailored to fit your needs. Our experience in the real estate industry and proven track record of timely, quality solutions will solve your technology challenges.

**Disaster Assessment**
First American can provide an indication of where a property is located in relation to declared FEMA Disaster Areas allowing customers to make more accurate assessments of the potential damage properties might suffer if a disaster strikes.

**Estimated Replacement Costs (ERC)**
Instantly get the information you need, such as insurance policy number, amount of insurance on the property, replacement cost, property description, current market value and more.

**Maps & Aerials**
Get instant access to parcel maps, aerial maps, street maps and flood maps. Use our dynamic mapping technology to overlay real estate information onto maps and aerial photographs to get better visualization of the area surrounding a property or group of properties. Filter lists by ownership, property characteristics, mortgage information and other variables.

**Property & Ownership Reports**
A minimum of four reports are available to you for obtaining information on such topics as property detail, voluntary liens, legal & vesting, and transaction history.

Real Property Associates, Inc.   PO Box 74233   Metairie, LA 70033        Page 98

First American - Disaster Impact Assessment Services                     http://www.firstam.com/product.cfm?id=760&menu=1

 First American

## Disaster Impact Assessment Services

By incorporating the Federal Emergency Management Agency's (FEMA) disaster data with our own proprietary property data, First American can give customers a better indication of where each property is located in relation to declared FEMA Disaster Areas. This knowledge allows customers to make more accurate assessments of the potential damage properties might suffer if a disaster strikes, thus leaving customers better informed and more prepared.

First American can help customers determine not only the extent of the damage to their properties, but also identify those properties that are not damaged at all. Having this information allows customers to move forward on business transactions on unaffected property.

Reports can include disaster assessment information for an entire portfolio, or on a property-by-property basis. First American can also deliver detailed assessments for individual properties, providing before and after aerial photos, FEMA damage levels, flooding status, site-specific wind velocities, and other data

Disaster Impact Assessment Services from First American provides the data needed for fast property risk analysis and assessment

Affidavit/LAFARGE NORTH AMERICA INC.

Real Property Associates, Inc.    PO Box 74233    Metairie, LA 70033          Page 99

First American - Damage Verification Report                    http://www.firstam.com/product.cfm?id=650&menu=1

 *First American*

## Damage Verification Report

First American's Damage Verification Report is based upon an onsite inspection that yields a statement of condition, an assessment of any visible damage, and a summary of neighborhood damage.

This product is most often used when damage is confined to a single home or just a few homes in a neighborhood.

Affidavit/LAFARGE NORTH AMERICA INC.

Real Property Associates, Inc.   PO Box 74233   Metairie, LA 70033          Page 100

First American - 2075 Property Inspection Report                              http://www.firstam.com/product.cfm?id=284

 **First American**

# 2075 Property Inspection Report

Desktop Underwriter's enhanced risk assessment capability enables the use of the Desktop Underwriter® Property Inspection Report (Form 2075), which requires an exterior-only inspection of the subject property from the street by a state-licensed or state-certified appraiser without an estimate of market value for the property.

Form 2075 is not an appraisal report. When Desktop Underwriter recommends Form 2075, it has judged the reasonableness of the sales price as adequate collateral for the mortgage loan. Therefore, a property appraisal is not required for the specific transaction.

Affidavit/LAFARGE NORTH AMERICA INC.

:rican - Appraisals                                                      http://www.firstam.com/list.c

 *First American*

# Appraisals

Traditional appraisals, AVMs or a combination of appraisal products, First American provides the property valuation alternatives to meet the unique appraisal needs of each individual circumstance.

**Commercial Appraisals & Valuations**
This specialized First American division delivers commercial property clientele with appraisal, evaluation and property inspection report products and technology for services from in-depth analysis to initial quick checks.

**1004 REO Uniform Residential Appraisal Report**
This reports an REO appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD).

**1004 URAR Single Family (FHA)**
This reports an appraisal of a one-unit property or a one-unit property with an accessory unit.

**1004C URAR Manufactured Housing**
This reports an appraisal of a one-unit manufactured home; including a manufactured home in a planned unit development (PUD).

**1073 Condo**
This reports an appraisal of a unit in a condominium project or a condominium unit in a planned unit development (PUD).

**2055 Exterior**
This reports an exterior appraisal of a one-unit property or a one-unit property with an accessory unit.

**2075 Property Inspection Report**
This report is not an appraisal report; it judges the reasonableness of the sales price as adequate collateral for the mortgage loan.

**Desktop Appraisals**
First American's desktop appraisal bridges the gap between an Automated Valuation Model (AVM) and a drive-by appraisal. These reports offer quick turnaround and the knowledge of an experienced appraiser to determine cost-saving valuations.

**PMI Release Outsourcing and Valuations**
Our PMI Release Department focuses on providing our clients with specialized outsourcing options for their borrowers' PMI Removal needs.

**Residential Appraisal Desk Review**
This report is used for the spot-check appraisal component of its quality control process.

**Residential Appraisal Field Review**
This report is used for the spot-check appraisal component of its quality control process.

**Residential Income 1025**
This reports an appraisal of a two-to-four-unit property, including a two-to-four-unit property in a planned unit development (PUD).

**Vector Assisted Appraisal**
Vector Assisted Appraisals from First American bridge the gap between full appraisals and less complete options.

**Relocation Appraisals**
The ERC Summary Appraisal Report facilitates the employee relocation process by determining the anticipated sales price of a transferring employee's home.

Real Property Associates, Inc.   PO Box 74233   Metairie, LA 70033          Page 102

First American – Automated Valuation Models (AVM)                                    http://www.firstam.com/list.cfm?id=5272

**VeroValue**
Utilizes proprietary advanced predictive technology to provide powerful, highly accurate valuations. An automated VeroValue report includes a valuation range reflecting current market activity, the tax assessor's indication of value where appropriate, subject property details, and comparable sales.

                                                                                      6/25/2008 11:09 AM

Affidavit/LAFARGE NORTH AMERICA INC.

Real Property Associates, Inc.   PO Box 74233   Metairie, LA 70033   Page 103

First American - Automated Valuation Models (AVM)                    http://www.firstam.com/list.cfm?id=5:

 *First American*

# Automated Valuation Models (AVM)

Traditional appraisals, AVMs or a combination of appraisal products, First American provides the property valuation alternatives to meet the unique appraisal needs of each individual circumstance.

**Automated Collateral Assessment (ACA)**
Provides instant property valuations nationwide by simultaneously using multiple methods to determine value. Results can be delivered over the Web or through an electronic interface.

**Automated Valuation Models (AVMs)**
Access to the industry's top AVM solutions is readily available, whether choosing to use one or all together. The total coverage available is unparalleled.

**CASA**
CASA is engineered and continuously calibrated to be the optimal, fully-automated property valuation solution for meeting its users' rapidly evolving needs. It calculates property value estimates in real-time, and leverages multiple market-specific analytic approaches to estimate current market values.

**Freddie Mac Home Value Explorer (HVE)**
For more than 15 years, Freddie Mac has effectively employed HVE to cut collateral assessment time down to seconds and to save hundreds of dollars on each transaction.

**Home Price Analyzer (HPA)**
A hybrid AVM that searches from more than 200 million historical residential sales records using three independent methods: hedonic, location-based and index-based. Data options include an alert that identifies properties that have sold more than once in the past two years and those with an unusually high level of appreciation.

**Home Price Index (HPI)**
Pinpoint up-to-date appreciation or depreciation rates for housing markets anywhere in the U.S. It is an index-based AVM that helps you proactively identify individual mortgages that may have a higher probability of default and estimate the potential recovery on individual loans in foreclosure.

**HPA™ Distress**
We recognized a need for an early stage loss mitigation solution, and developed HPA Distress as a tool among our suite of Default AVM products. It provides statistical discounts - updated every two months - for all counties covered in HPA based on potential condition or market. Allows you to get a preliminary indication of the value of a property that's 60-90 days delinquent.

**HPI Distress**
Part of our suite of Default AVM products, HPI Distress was created solely for the default servicing application. It is a cost efficient alternative that helps you determine the best course of action for loans in default, whether it be forbearance or foreclosure. Enables more properties to be reviewed sooner.

**PASS**
The right choice for identifying current market values for a loan portfolio or for identifying eligible prospects within a list of property owners. Data includes most probable market value, highest and lowest reasonable price, purchase date and price, owner name, original loan amount, and lender name, to name a few.

**Powerbase6**
Combines the best of hedonic and indexing technologies - proprietary engines PASS and HPA - to simultaneously calculate a more accurate and reliable valuation than any single-source process. This advanced AVM typically produces a consistent hit rate in excess of 80 percent.

**ValuePoint4**
This fourth-generation AVM instantly delivers highly accurate valuations perfect for use with underwriting decisions. ValuePoint4 simplifies your job by automatically using the optimal automated valuation method for each property. Valuation methods include hedonic and repeat sales indexes. A highly-experienced team analyzes performance on a continuous basis to ensure optimal performance.

**ValuePoint4 - Default**
ValuePoint4 Default is the only AVM of its kind developed specifically for use in default servicing and early stage loss mitigation situations.

**ValuePoint4 Lite**
Quickly gives an approximate property value range backed by three recent area sales. Integrate a branded version of this automated service on your Web site.

**ValueWizard**
To return highly accurate property valuations, ValueWizard utilizes a unique combination of personal interaction in terms of a traditional appraisal, an integrated mapping software technology, and an enhanced AVM.

**Vector**
Vector's rules management system reduces exposure to collateral risk.

Real Property Associates, Inc.   PO Box 74233   Metairie, LA 70033   Page 104

First American - Appraisals                                    http://www.firstam.com/list.cfm?id=6148&menu=48·

 First American

# Appraisals

Traditional appraisals, AVMs or a combination of appraisal products, First American provides the property valuation alternatives to meet the unique appraisal needs of each individual circumstance.

**Commercial Appraisals & Valuations**
This specialized First American division delivers commercial property clients with appraisal, evaluation and property inspection report products and technology for services from in-depth analysis to initial quick checks.

**1004 REO Uniform Residential Appraisal Report**
This reports an REO appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD).

**1004 URAR Single Family (FHA)**
This reports an appraisal of a one-unit property or a one-unit property with an accessory unit.

**1004C URAR Manufactured Housing**
This reports an appraisal of a one-unit manufactured home; including a manufactured home in a planned unit development (PUD).

**1073 Condo**
This reports an appraisal of a unit in a condominium project or a condominium unit in a planned unit development (PUD).

**2055 Exterior**
This reports an exterior appraisal of a one-unit property or a one-unit property with an accessory unit.

**2075 Property Inspection Report**
This report is not an appraisal report; it judges the reasonableness of the sales price as adequate collateral for the mortgage loan.

**Desktop Appraisals**
First American's desktop appraisal bridges the gap between an Automated Valuation Model (AVM) and a drive-by appraisal. These reports offer quick turnaround and the knowledge of an experienced appraiser to determine cost-saving valuations.

**PMI Release Outsourcing and Valuations**
Our PMI Release Department focuses on providing our clients with specialized outsourcing options for their borrowers' PMI Removal needs.

**Residential Appraisal Desk Review**
This report is used for the spot-check appraisal component of its quality control process.

**Residential Appraisal Field Review**
This report is used for the spot-check appraisal component of its quality control process.

**Residential Income 1025**
This reports an appraisal of a two-to-four-unit property, including a two-to-four-unit property in a planned unit development (PUD).

**Vector Assisted Appraisal**
Vector Assisted Appraisals from First American bridge the gap between full appraisals and less complete options

**Relocation Appraisals**
The ERC Summary Appraisal Report facilitates the employee relocation process by determining the anticipated sales price of a transferring employee's home.

of 1                                                                  6/25/2008 9:00 AM

Affidavit/LAFARGE NORTH AMERICA INC.