# EXHIBIT 18
# Part 1

```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES   * CIVIL ACTION
                                * NO. 05-4182
PERTAINS TO: BARGES             * Consolidated
                                * SECTION "K(2)"
Boutte v. Lafarge        05-5531 *
Mumford v. Ingram        05-5724 * JUDGE DUVAL
Lagarde v. Lafarge       06-5342 *
Perry v. Ingram          06-6299 * MAG. WILKINSON
Benoit v. Lafarge        06-7516 *
Parfait Family v. USA    07-3500 *
Lafarge v. USA           07-5178 *
        *  *  *  *  *  *  *  *  *

        Deposition of JOSEPHINE RICHARDSON,
given at Chaffe McCall, L.L.P., 2300 Energy
Centre, 1100 Poydras Street, New Orleans,
Louisiana 70163-2300, on August 11th, 2008.

REPORTER BY:
        JOSEPH A. FAIRBANKS, JR., CCR, RPR
        CERTIFIED COURT REPORTER #75005
```

Page 1

1  APPEARANCES:
2  REPRESENTING THE BARGE PSLC:
3        BRIAN A. GILBERT, APLC
4        (BY:  BRIAN A. GILBERT, ESQUIRE)
5        821 Baronne Street
6        New Orleans, Louisiana 70113
7        504-885-7700
8  - and -
9        WIEDEMANN & WIEDEMANN
10       (BY:  EDWARD MORENO, ESQUIRE)
11       821 Baronne Street
12       New Orleans, Louisiana 70113
13       504-581-6180
14
15 REPRESENTING LAFARGE NORTH AMERICA:
16       GOODWIN PROCTOR, L.L.P.
17       (BY:  MARK S. RAFFMAN, ESQUIRE)
18       901 New York Avenue, NW
19       Washington, D.C. 20001
20       202-346-4000
21 - and -
22
23
24
25

Page 2

1        CHAFFE, MCCALL, L.L.P.
2        (BY:  CHARLES BLANCHARD, ESQUIRE)
3        2300 Energy Centre
4        1100 Poydras Street
5        New Orleans, Louisiana 70163-2300
6        504-585-7000
7
8  REPRESENTING THE AMERICAN CLUB:
9        MONTGOMERY, BARNETT, BROWN, READ,
10       HAMMOND & MINTZ, L.L.P.
11       (BY:  RONALD J. KITTO, ESQUIRE)
12       1100 Poydras Street, Suite 3200
13       New Orleans, Louisiana 70163
14       504-585-3200
15
16 REPRESENTING ORLEANS LEVEE DISTRICT:
17       MCCRANIE, SISTRUNK, ANZELMO, HARDY,
18       MAXWELL & MCDANIEL
19       (BY:  DARCY DECKER, ESQUIRE)
20       3445 N. Causeway Boulevard, Suite 800
21       Metairie, Louisiana 70002
22       504-831-0946
23
24
25

Page 3

1  REPRESENTING JEFFERSON PARISH:
2        BURGLASS & TANKERSLEY
3        (BY:  RICHARD PAVLICK, ESQUIRE)
4        5213 Airline Drive
5        Metairie, Louisiana 70001
6        504-836-2220
7
8  REPRESENTING LAKE BORGNE LEVEE DISTRICT:
9        DUPLASS, ZWAIN, BOURGEOIS, MORTON,
10       PFISTER & WEINSTOCK
11       (BY:  NICOLE BOYER-DUPLASS, ESQUIRE)
12       Three Lakeway Center, 29th Floor
13       3838 N. Causeway Boulevard
14       Metairie, Louisiana 70002
15       504-832-3700
16
17
18
19
20
21
22
23
24
25

Page 4

1 (Pages 1 to 4)

### Page 21

```
 1   A.  Yeah.  Uh-huh.
 2   Q.  Did you sue an insurance company?
 3   A.  I sued, but I haven't got anything
 4  from them.
 5   Q.  Okay.  So there's a lawsuit against an
 6  insurance company.
 7   A.  Yes.  There is a lawsuit against them.
 8   Q.  And you're the person who brought the
 9  suit.
10   A.  Yeah.  I saw it in the paper.
11   Q.  You can't tell me who the lawyer is.
12   A.  No, because they didn't tell me.  I
13  have the paper home, but I didn't know I needed
14  it.  I never talked to him anymore.
15   Q.  What paper do you have at home that
16  you were just talk about?
17   A.  The name of the people that's suing
18  them.
19   Q.  They're the lawyers that represent
20  you.
21   A.  Yes.
22   Q.  That lawsuit is still pending, as far
23  as you know?
24   A.  It's still pending, yes, sir.
25   Q.  The lawsuit that Mr. Caluda filed --
```

### Page 22

```
 1  he's your lawyer?
 2   A.  Supposed to be, yeah.
 3   Q.  And who did you sue in that case?
 4   A.  The Corps of Engineers.
 5   Q.  Apart from the suit against the Corps
 6  of Engineers and the suit against the insurance
 7  company, are there any other lawsuits in which
 8  you're a plaintiff -- in which you're bringing
 9  the suit?
10   A.  No.  And Mr. Brian Gilbert.  That's
11  it.
12   Q.  So Mr. Gilbert's lawsuit is the one
13  that we're involved in today?
14   A.  All right.  Just the other two.
15   Q.  Okay.  The suit against the Corps of
16  Engineers, tell me about that suit.
17   A.  That's for the wrongful death of my
18  husband Joseph Richardson, Sr.
19   Q.  And are you also seeking damage to
20  your property against the Corps?
21   A.  Yes.
22   Q.  In your suit against the Corps, are
23  you also claiming damages for emotional
24  distress that you suffered?
25   A.  Yes.
```

### Page 23

```
 1   Q.  And are you seeking damages for loss
 2  of income?
 3   A.  Yes.
 4   Q.  These are the same kinds of damages
 5  that you're seeking in this case; right?
 6   A.  Yes.
 7   Q.  So you have a case against the Corps
 8  and a separate case against the barge and the
 9  defendants who are involved with the barge,
10  right?
11   A.  Yes.
12   Q.  And in each of those two lawsuits
13  you're seeking the same kinds of damages,
14  right?
15   A.  Yes.
16   Q.  Why did you sue the Corps?  Why did
17  you sue the Corps of Engineers?
18   A.  I just was depressed, stressed, and I
19  figured I need some help.
20   Q.  When you sued the Corps, did you
21  allege that the Corps caused or substantially
22  contributed to the flooding in the Lower Ninth
23  Ward that caused your damages?
24   A.  Yes, it was.
25   Q.  And do you believe that to be true?
```

### Page 24

```
 1   A.  Yes, I do.
 2   Q.  I'm going to hand you what's been
 3  marked Exhibit 3 to your deposition.
 4  (Tendering.)  Exhibit 3 to your deposition is
 5  entitled Barge Plaintiffs May 2008
 6  Supplemental, Amended and Superseding
 7  Supplemental Answers to Interrogatories
 8  Propounded by Barge Entities.  All right?
 9       Do you recognize this as another one
10  of the discovery responses that you reviewed at
11  or around the time that you signed your
12  verification?
13       (Richardson Exhibit 3 was marked for
14  identification and is attached hereto.)
15   A.  Yes, I do.
16  EXAMINATION BY MR. RAFFMAN:
17   Q.  Now, please turn to the Answer to
18  Interrogatory 24.  Your lawyer will help you
19  find it.  All right.  The answer to
20  interrogatory 24 -- the question is:  Do you
21  deny that the actions or inactions of the
22  United States Government, including the Army
23  Corps of Engineers, caused or substantially
24  contributed to the flooding at the Lower Ninth
25  Ward and St. Bernard Parish?  If so, provide
```

Page 25:

```
 1  all reasons and identify every witness,
 2  document, fact, opinion, inference and
 3  conclusion upon which you rely, and
 4  specifically including any experts who have so
 5  concluded.
 6      A.  Yes.
 7      Q.  So do you understand that question,
 8  Mrs. Richardson?
 9      A.  Yes.  That the barge caused the
10  trouble that we had over there.
11      Q.  The question actually asks whether you
12  deny that the government had something to do
13  with the trouble.  Do you understand that?
14      A.  Oh, no.  No.  No.  I don't know who --
15      Q.  So you, as you sit here today, you
16  don't deny that, do you?
17      A.  No.
18      Q.  You think that the government had
19  something to do with the trouble over there,
20  don't you?
21      A.  I sure do.
22      Q.  But do you see the answer,
23  Mrs. Richardson, that was submitted on your
24  behalf here, it says, yes, plaintiffs deny the
25  matters subject of the interrogatory based upon
```

Page 26:

```
 1  firsthand accounts that ING 4727 caused the
 2  breach and subsequent flooding of the proposed
 3  class geography, and then it goes on from
 4  there.  But do you see that very first
 5  sentence, does deny the interrogatory?  Do you
 6  see that?
 7      A.  Is this where it is here?
 8      Q.  The very first two lines.
 9      A.  That they were the cause of the
10  flooding?  That's what you were trying to tell
11  me?
12      Q.  I guess what I'm trying to get at,
13  Ms. Richardson, is that the answer to this
14  interrogatory denies that the government had
15  anything to do with the flooding.  Do you
16  understand that that's the answer to the
17  interrogatory?
18      A.  I don't think that's right.  Why
19  wouldn't he have nothing to do with that?
20      Q.  You think the government had something
21  to do with it; right?
22      A.  Yes.  Or the boat.  The barge.
23      Q.  I understand.
24      A.  Doesn't that come through the
25  government too?  The barge come through the
```

Page 27:

```
 1  government?
 2      Q.  I'm not saying the barge came through
 3  the government, Mrs. Richardson, not at all?
 4      A.  Okay.  Uh-huh.
 5      Q.  As you sit here today, you, Josephine
 6  Richardson, do not deny that the government had
 7  something to do with the flooding; am I
 8  correct?
 9      A.  Right.
10      Q.  Do you remember reading that answer
11  before you signed your verification?
12      A.  No.
13      Q.  Do you remember that?
14      A.  No, I don't remember.
15      Q.  Let me shift gears a little bit.
16  Let's go back a bit and get some basic
17  information about you.
18      A.  Uh-huh.
19      Q.  When were you born?
20      A.  New Orleans.  When?
21      Q.  Yes, ma'am.
22      A.  March the 19th, 1928.
23      Q.  Where were you born?
24      A.  New Orleans.
25      Q.  Where did you grow up?
```

Page 28:

```
 1      A.  New Orleans.
 2      Q.  Have you lived in New Orleans your
 3  entire life before Hurricane Katrina?
 4      A.  Yes, I have.
 5      Q.  Where do you live now?
 6      A.  1321 Egania.
 7      Q.  When -- let me go back.  Did you live
 8  at 1321 Egania before Hurricane Katrina?
 9      A.  Yes, I have.
10      Q.  When did you move back to 1321 Egania?
11      A.  May of this year.
12      Q.  Mrs. Richardson, before Hurricane
13  Katrina you were married, right?
14      A.  Oh, yes.
15      Q.  Just once.
16      A.  Once.
17      Q.  To whom?
18      A.  Joseph Richardson, Sr.
19      Q.  When did you and Mr. Richardson marry?
20      A.  October the 8th, 1947.
21      Q.  Do you have children?
22      A.  Seven.  Not all alive now, though.
23  But we had -- I have eight.  Seven boys and one
24  girl.  I was just counting the boys.  Seven
25  boys, one girl.
```

**Page 41**

```
 1  home, 3800 Clermont.  He's back home.
 2     Q.  When you were in Harvey, you were
 3  living with your son Edward?
 4     A.  Edward and his wife and his
 5  grandchildren and his children.
 6     Q.  Did Edward live in Harvey before the
 7  storm?
 8     A.  No.
 9     Q.  Does Edward live in Harvey now?
10     A.  No.  He's in Nottingham in the east.
11  He back in his house.
12     Q.  When you were living in Harvey, you
13  were living in what was for your son Edward a
14  temporary location.
15     A.  Yeah.
16     Q.  How many of your children had to
17  relocate after Hurricane Katrina?
18     A.  All of us.  All of us had to relocate.
19     Q.  Jeffrey who lived in Stone Mountain
20  didn't have to relocate; right?
21     A.  No, the storm didn't come there.  They
22  were lucky.
23     Q.  Apart from Jeffrey who lived in Stone
24  Mountain, all of your children had to relocate?
25     A.  We all had to go there.
```

**Page 42**

```
 1     Q.  And you were all displaced for some
 2  period of time?
 3     A.  Uh-huh.
 4     Q.  All of your children had flooding in
 5  their houses; right?
 6     A.  Oh, yes.
 7     Q.  Do you know where the water came from
 8  that flooded your children?
 9     A.  Unh-unh.  I guess the same water that
10  came to my house visit their house, you know.
11     Q.  Do you know -- well, let me go back a
12  second.  You understand that in this case
13  you're alleging that a barge caused some
14  flooding in your neighborhood, right?
15     A.  Yes.
16     Q.  Do you understand that that same barge
17  caused flooding in the neighborhoods where your
18  children lived?  Do you understand that one way
19  or the other?
20     A.  No, I don't.
21     Q.  You don't -- do you --
22     A.  They all had water.
23     Q.  They all had water.
24     A.  Yes.
25     Q.  But the water that flooded them came
```

**Page 43**

```
 1  from different breaches, didn't it?
 2     A.  Maybe.  I don't know.  I don't know.
 3     Q.  Are you comfortable?  Do you want to
 4  take a break?
 5     A.  No, I'm all right.
 6         (Brief recess.)
 7  EXAMINATION BY MR. RAFFMAN:
 8     Q.  Mrs. Richardson, do you work outside
 9  the home now?
10     A.  Yes, I have.  I wasn't working then.
11  I done got too old.
12     Q.  All right.  Let's go back.  Today, in
13  2008, do you work outside the home?
14     A.  No, I haven't.
15     Q.  At the time of Hurricane Katrina, did
16  you work outside the home?
17     A.  No, I haven't.
18     Q.  You had retired from the workforce
19  before Hurricane Katrina.
20     A.  Yes, I had.
21     Q.  At the time of Hurricane Katrina, did
22  you have any plans to go back into the
23  workforce?
24     A.  Oh, no.  No.
25     Q.  I want to ask you some questions about
```

**Page 44**

```
 1  your husband.  Your husband's name was Joseph
 2  Richardson, Sr.?
 3     A.  That's right.
 4     Q.  When was he born?
 5     A.  March the 28th, '28.
 6     Q.  He was born March 28th, 1928.
 7     A.  '28.  Uh-huh.
 8     Q.  And at the time of Hurricane Katrina,
 9  was he working outside the home?
10     A.  Yes, he was.
11     Q.  What was his employment at the time of
12  Hurricane Katrina?
13     A.  He worked for hisself.
14  Self-employment.
15     Q.  What was his trade or occupation?
16     A.  He had a truck, and he would park it
17  by the projects, mostly by the St. Bernard, the
18  biggest project we had here.  And he sold
19  vegetables and soft drinks and water and potato
20  chips and cookies, anything that was wrapped.
21     Q.  How many days a week would he take the
22  truck and make sales before the storm?
23     A.  Sometimes seven days.
24     Q.  Sometimes fewer than seven days?
25     A.  Sometimes five or six, but most of the
```

11 (Pages 41 to 44)

```
 1  time it would be seven.  If he had to stay a
 2  little while -- he was a nervous man.  He had
 3  to be doing something, so he just kept hisself
 4  busy busy busy.
 5      Q.  During the eight months before
 6  Hurricane Katrina, can you tell me how much
 7  money your husband brought home as a result of
 8  the work he did with the truck?
 9      A.  No.
10      Q.  What was your husband's income in
11  2004?
12      A.  He got six hundred from the Social
13  Security, and he made his own money by working
14  with his truck.  He paid taxes to the city.  He
15  had his picture taken, everything he needed
16  from City Hall.
17      Q.  Did your husband file federal tax
18  returns?
19      A.  Yes, he did.
20      Q.  Would the federal --
21      A.  They would come to the house and
22  collect his taxes from City Hall, for Morial
23  on.  When Morial was in there, he had the girls
24  working the field, and they'd knock at the door
25  and we would write checks out to them.  That's
                                          Page 45

 1  to make sure everything was paid, and it was.
 2      Q.  And if I understand you right, the
 3  people who would come to the door and collect
 4  the money are from the City of New Orleans?
 5      A.  City of New Orleans.
 6      Q.  The money they were collecting was
 7  some sort of a license fee that would allow
 8  your husband to operate his truck?
 9      A.  Uh-huh.  Take his picture every year,
10  too.  And he had license in the truck.
11      Q.  My question earlier was a little
12  different.  My question earlier was about
13  federal tax returns.  You understand what is a
14  federal tax return?
15      A.  No.
16      Q.  Did your husband pay income tax on the
17  money he made with the truck?
18      A.  I thought that went in with the city.
19  I'm not sure.
20      Q.  As we sit here today, you don't know
21  one way or the other whether your husband paid
22  federal income tax on the money he made with
23  the truck.
24      A.  No, I don't know for sure.
25      Q.  Part of your claim in this case is for
                                          Page 46

 1  loss of income; right?
 2      A.  Yeah.
 3      Q.  Apart from the income your husband
 4  made with the truck, is there any other income
 5  that you've lost because of what happened in
 6  Hurricane Katrina?
 7      A.  No.
 8      Q.  How could someone figure out the
 9  amount of income that you lost because of your
10  husband's death and his inability to provide
11  for you the income from the truck?  If you
12  know.
13          MR. GILBERT:
14              Object.
15              You can answer.
16      A.  Object.
17  EXAMINATION BY MR. RAFFMAN:
18      Q.  I'm sorry.  I didn't hear your answer.
19      A.  Object.
20          MR. GILBERT:
21              No, no, no.  You can answer his
22          question.
23          THE WITNESS:
24              Oh, I can answer it?
25          MR. GILBERT:
                                          Page 47

 1              You can answer his question.
 2      A.  Oh.  Well, I thought city hall would
 3  have all the papers, because they're the one
 4  came and collect the money with checks that we
 5  made out for them.  So City Hall must have, or
 6  the state building from New Orleans, they got
 7  the records.  They should have.
 8  EXAMINATION BY MR. RAFFMAN:
 9      Q.  So you think that the City of New
10  Orleans should have records reflecting how much
11  money your husband made with the truck?
12      A.  That's right.
13      Q.  As we sit here today, you don't --
14  well, I'll ask this differently.  Can you tell
15  me anything about your husband's income from
16  the truck during the eighteen months before
17  Hurricane Katrina?
18      A.  No.  He took care of that hisself.
19      Q.  At the time of Hurricane Katrina, your
20  husband was 77 years old.
21      A.  That's right.
22      Q.  Had your husband ever been in the
23  hospital?
24      A.  Well, once maybe before the way before
25  the storm, but --
                                          Page 48

                         12 (Pages 45 to 48)
```

Page 53

```
 1         three words of the question.  Let him
 2         ask the entire question.
 3  EXAMINATION BY MR. RAFFMAN:
 4    Q.   Tell me about your experience during
 5  Betsy.  Were you scared during the storm?
 6    A.   Everybody was a lill nervous.  But
 7  after we all was safe, you know, like my
 8  husband said, we can always get furniture and
 9  replace everything but we couldn't replace a
10  life.
11    Q.   When did your husband say that?
12    A.   When he what?
13    Q.   When did he say that?
14    A.   For Betsy.
15    Q.   For Betsy.
16    A.   Yeah.
17    Q.   After the storm?
18    A.   Yeah.  After the storm.  We came, and
19  he said we can replace this, don't worry about
20  it.  It was all right.
21    Q.   He also said we can replace furniture
22  but he can't replace a life, you said.
23    A.   That's what he says.
24    Q.   What did you understand him to be
25  talking about when he said we can't replace --
```

Page 54

```
 1         MR. GILBERT:
 2             Just if you'd let him finish his
 3         question before you answer.  That way
 4         you'll know the entire question.
 5         THE WITNESS:
 6             Right.  Okay.
 7    A.   Are you through?
 8  EXAMINATION BY MR. RAFFMAN:
 9    Q.   When he said you can't replace a life,
10  what do you understand him to be talking about
11  then?
12    A.   All the children were safe, I was
13  safe, he was safe.
14    Q.   During Hurricane Betsy, were you
15  nervous for the safety of your children?
16    A.   Sure.
17    Q.   Your children were living with you in
18  Egania Street at the time; right?
19    A.   That's right.
20    Q.   Why were you nervous for their safety
21  during Betsy?
22    A.   People drowned then, too, you know?
23  But not like they did with this storm.
24    Q.   You understood from your experience in
25  Hurricane Betsy that whenever you're present in
```

Page 55

```
 1  a hurricane there's a risk that something bad
 2  could happen.
 3    A.   Yeah.  Sure.
 4    Q.   One of the risks that occurred to your
 5  husband after Betsy was a risk that someone
 6  could drown.
 7    A.   Yes, it was.
 8    Q.   Before Betsy, did anybody suggest that
 9  you evacuate your home?
10    A.   Just my neighbor-next door.  They all
11  deceased now, though.
12    Q.   Did you and your husband take that
13  suggestion?
14    A.   Yes, we did.
15    Q.   You did evacuate before Betsy?
16    A.   No.  When she called, knocked on the
17  door to tell us.
18    Q.   That was in the middle of Betsy --
19    A.   Two o'clock in the morning.
20    Q.   That was in the middle of Betsy, after
21  the neighborhood was already flooding.
22    A.   Right.  Right.
23    Q.   During the entire time that you lived
24  at Egania Street before Hurricane Katrina, did
25  you or your husband evacuate in advance of a
```

Page 56

```
 1  predicted hurricane?
 2    A.   No.
 3    Q.   You never evacuated before Katrina.
 4    A.   No.  We always stayed home.  We always
 5  stayed home.  Because usually it passes over
 6  us.  They say we so low, as people say here,
 7  that when storm pass they usually pass across
 8  us.
 9    Q.   Now let me take you to the days just
10  before Hurricane Katrina.
11    A.   All right.
12    Q.   Do you remember the Friday before the
13  storm hit?
14    A.   The Friday?  Yes, I do.
15    Q.   What did you do that day?
16    A.   Washed clothes, mopped the floors,
17  cooked my food.
18    Q.   Same as you usually do, right?
19    A.   Yes.
20    Q.   Friday was a normal day for you?
21    A.   It was a like a normal day.
22    Q.   Did your husband take the truck out
23  and work that day?
24    A.   Yes, he did.
25    Q.   It was a normal day for him, too?
```

14 (Pages 53 to 56)

```
 1  brother, but he wouldn't come, he said he gone
 2  be all right.  And he might have trouble
 3  getting me in the attic with this broken hip.
 4  So he say go ahead on over there and call me
 5  when you get there.  I did.
 6      Q.  I'm still on Saturday, all right?  I'm
 7  still on Saturday.  Apart from the call with
 8  your daughter and with Gregory, and then apart
 9  from your husband's call with Gerald --
10      A.  Right.
11      Q.  -- did you or your husband talk to
12  anyone else on Saturday about the storm?
13      A.  I can't remember.  I don't remember.
14      Q.  As far as you knew, at the end of
15  Saturday --
16      A.  Uh-huh.
17      Q.  -- three of your children were
18  evacuating New Orleans.
19      A.  Yes.
20      Q.  On Sunday, did Joseph your husband go
21  out to work in the truck?
22      A.  No.  He didn't.
23      Q.  What did he do on Sunday?
24      A.  Played with his truck.  He liked to be
25  picking and playing on that truck.  He loved
                                        Page 65
```

```
 1  his truck better than he loved me almost.  He
 2  loved his truck.  He was always straightening
 3  out something, doing something always on his
 4  truck.
 5      Q.  He was working on his truck doing
 6  maintenance?
 7      A.  Uh-huh.  Filling it up, doing this,
 8  putting this there, putting that there.
 9      Q.  He was getting ready to --
10      A.  For Monday.  For Monday, as we
11  thought --
12      Q.  You thought Monday would be another
13  day of work.
14      A.  Everything would be all right.
15      Q.  Did you or your husband watch the
16  television on Sunday to see what was happening
17  with the storm?
18      A.  I watched the TV.
19      Q.  You did.
20      A.  Uh-huh.
21      Q.  Did you tell your husband anything
22  about the news about the storm on Sunday?
23      A.  Yes.
24      Q.  What did you tell him?
25      A.  It just said the storm is coming.
                                        Page 66
```

```
 1  I cooked all day Sunday.  So we
 2  weren't really worrying about the storm.
 3      Q.  On Sunday, did you take any plywood to
 4  put on your windows or anything like that?
 5      A.  No, we didn't.
 6      Q.  Were you cooking on Sunday to get
 7  ready for the storm?
 8      A.  No, I was cooking because we had to
 9  eat.
10      Q.  It was a normal Sunday for you.
11      A.  It was.  It was a beautiful day.
12      Q.  On Sunday, did you talk to anyone on
13  the phone about the storm?
14      A.  My niece called me.
15      Q.  When did your niece call you that day?
16      A.  Sunday, just before I left.  I told
17  her I was going by my brother.
18      Q.  All right.  Tell me -- what time did
19  you leave to go to your brother's?
20      A.  About 4:30, five o'clock.
21      Q.  In the afternoon.
22      A.  In the afternoon.
23      Q.  Tell me the story about how you came
24  to leave your home and go to your brother's.
25      A.  Like I said, my husband said he might
                                        Page 67
```

```
 1  have trouble getting me in the attic.  So he
 2  said -- I said, well, you want to go by Earl?
 3  Because I think we need to get out of here,
 4  because Margaret Orr keep talking about the
 5  storm, a Category 5.  Well, we never heard of
 6  Category 5 anyway.  And I said that sounds like
 7  it getting serious.
 8          But he said, no, I'm going to be all
 9  right.  He say, you go and I'm gone be all
10  right.
11          I say, you sure?
12          He say, sure, I'm going be all right.
13          He was all right.  He could run like a
14  school boy.  Wasn't nothing wrong with him.  So
15  I left.
16      Q.  So as the day went on on Sunday and
17  you watched the reports of the storm, you
18  became concerned about the storm?
19      A.  Right.  I did.
20      Q.  You became concerned about the safety
21  of both yourself and your husband.
22      A.  Right.
23      Q.  When you talked to your husband, he
24  suggested that you should go but he wasn't
25  going to leave.
                                        Page 68
```

17 (Pages 65 to 68)

**Page 73**

```
 1   A.  Well, I thought maybe he would change
 2  his mind.  But he didn't.
 3   Q.  Did you think Earl's house was a safer
 4  place for you?
 5   A.  I wasn't sure.
 6   Q.  What did your husband say to you,
 7  um -- when you told him you were going to go to
 8  Earl's house?
 9   A.  He said go.  He wanted me to go.
10   Q.  Why did he want you to go?
11   A.  Because I had an operation on my hip.
12  And I had the walker then.  I'm on a cane now,
13  but I was walking with a walker.
14   Q.  You and your husband were both
15  concerned that if a flood happened in the Lower
16  Ninth Ward during Hurricane Katrina you would
17  not be able to get into your attic because of
18  the condition of your hip.
19   A.  Right.  It was steps, like.  You know,
20  you go up -- trying to get up there, I don't
21  know if I would have made it anyway.
22   Q.  You both had a concern that the Lower
23  Ninth Ward might flood --
24   A.  Uh-huh.
25   Q.  -- which you didn't think would happen
```

**Page 74**

```
 1  at your brother Earl's house.
 2   A.  No.  No.  He probably didn't either.
 3   Q.  Because the question wasn't very clear
 4  let me break it up.  Okay?
 5   A.  Uh-huh.
 6   Q.  You were both concerned about the
 7  Lower Ninth Ward flooding in Katrina; right?
 8   A.  Yes.
 9   Q.  You didn't think that Earl's house
10  would flood; am I correct?
11   A.  I didn't think it would.  I thought he
12  knew what he was talking about, he was so sure.
13   Q.  How did you get from your house to
14  Earl's house?
15   A.  In my car.
16   Q.  You drove your car.
17   A.  Yes.  I did.
18   Q.  What time did you arrive at Earl's
19  house?
20   A.  Something to 6:00.  Before it got dark
21  and late.  About twenty minutes from my house
22  to his house.
23   Q.  Your husband decided not to go with
24  you?
25   A.  He decided not to go with me.
```

**Page 75**

```
 1   Q.  There was nothing preventing your
 2  husband from leaving with you; right?
 3   A.  No, it wasn't.
 4   Q.  He could have gotten in the car and
 5  gone with you.
 6   A.  Yes, he could have.  And he had two
 7  trucks that both were running.  He could have.
 8   Q.  Why did your husband say he was
 9  choosing to stay in your house?
10   A.  Because we always stay at home.
11   Q.  Did he give any reasons why he was
12  going to stay at home?
13   A.  No.  No.  He said he just want to be
14  home in case something happened over there.  He
15  just wanted to be home.
16   Q.  In case what happened?
17   A.  Looters or somebody.  You know, they
18  break in homes and stuff.  People act a fool
19  when you got a storm.
20   Q.  He told you he was going to stay
21  behind to protect your property?
22   A.  Yes.
23   Q.  What was it like at Earl's house the
24  night of the -- Sunday night into Monday
25  morning?
```

**Page 76**

```
 1   A.  We watched TV, and the wind was
 2  whipping hard, and my husband called me about
 3  11:30 that night.  He said, Josephine, it
 4  getting rough over here.
 5       I say, well, Joe, what you going to
 6  do?
 7       He say, I'm going in the attic like I
 8  told you.
 9       I say, well, you be careful up there.
10  And you sure you all right?
11       He says, yeah, I'm all right.
12       I say, well, okay, I'll see you in the
13  morning.  I don't know what time, but I will be
14  home tomorrow.
15       Monday.  And I brought one outfit to
16  put on so when I go back home at least I had
17  another outfit to put on.  It never happened.
18   Q.  Had your husband gone to the attic
19  when he called you at 11:30?
20   A.  I don't know.  He might have.  He had
21  the cellphone, so it was hard to say.
22   Q.  Did he say anything -- provide any
23  more details about what he meant when he said
24  it was getting rough over here?
25   A.  No.  But over there in the morning, my
```

### Page 77

```
 1  son Gregory called him, and he said he was the
 2  last one to talk to him. Greg called from his
 3  house on the cellphone to his daddy on the
 4  cellphone. And they were the last two to talk.
 5  After I talked to him about 11:30 I hadn't
 6  talked to him anymore.
 7     Q.  11:30 Sunday night was the last time
 8  you talked to your husband on the cellphone.
 9     A.  I talked to him about 11:30 on the
10  phone at my brother's house phone.
11     Q.  On your brother's house phone. I'm
12  sorry.
13     A.  Yeah. He had the cellphone.
14     Q.  Your husband had the cellphone.
15     A.  Uh-huh. We had the house phone, too,
16  but I don't know why -- he likes using his
17  cellphone because he keeps it in his pocket
18  anyway.
19     Q.  Tell me what you know or what you
20  heard about the call your son Gregory made to
21  your husband.
22     A.  Greg say he told him, Daddy, if you go
23  in the attic, daddy, bring you something to cut
24  the roof out in case that you need to. He say
25  because that's what they were saying on TV.
```

### Page 78

```
 1     Q.  What time did your son Greg speak to
 2  your husband, if you know?
 3     A.  That I don't know. But Greg told that
 4  to me, that he had talked to him and that's
 5  what he told him. But what time I don't know.
 6     Q.  When did you first hear about the call
 7  that your son Greg had with your husband?
 8     A.  When he came to Stone Mountain by his
 9  family up there. That's when he told us.
10     Q.  Where were you when your son Greg told
11  you about the call he had with your husband?
12     A.  I was at my brother's house for three
13  days, so I must be in the attic.
14     Q.  So you heard from your son Greg about
15  the phone call Greg had with your husband while
16  you were still in the attic at your brother's
17  house.
18     A.  I didn't hear for about two weeks.
19  Because when they did tell me he was missing,
20  and they said he was trapped in the house, I
21  had to go to the hospital twice in Stone
22  Mountain. So my son didn't want me to know
23  when he first heard it, the baby boy. They
24  kept it from me.
25     Q.  Okay.
```

### Page 79

```
 1     A.  So I don't know. But that was about
 2  two, maybe three weeks before he told me, mama,
 3  I was the last one talked to daddy.
 4     Q.  Okay.
 5     A.  So I don't know. Everything went
 6  "zoop." So I don't know.
 7     Q.  Okay. Let me just try to get this one
 8  question clear on the record: The first time
 9  you heard about this phone call between Greg
10  and your husband was well after the storm?
11     A.  Right. It was way after the storm. I
12  don't know exactly when.
13     Q.  Greg told you that he had suggested --
14  if you want to take a break, we should take a
15  break.
16        (Brief recess.)
17  EXAMINATION BY MR. RAFFMAN:
18     Q.  When your son Greg told you about the
19  phone call he had had with your husband Joseph,
20  your son told you --
21     A.  Yeah.
22     Q.  -- that he had told your husband to
23  cut a hole in the roof. Right?
24     A.  To bring something up there in case if
25  you have to cut a hole in the roof.
```

### Page 80

```
 1     Q.  Your son Greg had told your husband to
 2  bring something up there in case you have to
 3  cut a hole in the roof.
 4     A.  He say he told him that.
 5     Q.  Do you know whether your husband did
 6  bring something up to the attic to cut a hole
 7  in the roof?
 8     A.  No, I don't.
 9     Q.  Did your husband cut a hole in the
10  roof?
11     A.  They had holes all over the roof, but
12  I know he didn't cut all them holes in the
13  roof. The wind damage -- we had a lot of wind
14  damage, too, you know. So I don't know.
15     Q.  You don't know one way or the other
16  whether your husband cut a hole in the roof.
17     A.  No, I don't.
18     Q.  When you went back to the property
19  after the storm, there was a lot of wind damage
20  to the roof.
21     A.  Both the wind damage, you know, and --
22  the house was a mess, upside-down. So the wind
23  couldn't have did that much damage. The
24  refrigerator upside-down, my stove in the
25  middle of the floor, the microwave -- the wind
```