# EXHIBIT 22



# CITY OF NEW ORLEANS

## DEPARTMENT OF SAFETY AND PERMITS

## DAMAGE ASSESSMENT REPORT

### Address Information

Please review the information below. If you are not the listed owner of the property you may be required to provide a recent act of sale and photo identification in order to verify that you are the property owner.

| | |
|---|---|
| Address: | 4829 Burgundy St |
| Owner: | Lois Callum |
| Tax Bill: | 39W202104 |
| Property Description: | Sq 302 Or 15 A Lot C Burgundy 45X115 Br/Sgle 10/Rms A/R Garage & Covered Patio |
| Planning District: | Unavailable |
| Flood Zone: | Unavailable |

### Damage Assessment

| | |
|---|---|
| Estimated Flood Depth: | Unavailable |
| Flood Duration (days): | Unavailable |
| Damage Report: | 51.74% |

### Is my Structure Substantially Damaged?

Your inspection data validates that your property **IS** substantially damaged.

In order to secure a permit to renovate or demolish and rebuild a complying structure you **WILL** be required to elevate your structure to the current Base Flood Elevation, as determined by FEMA.

### May I Dispute the Damage Assessment?

If you disagree with the Damage Assessment made by city inspectors you can follow our Dispute Resolution Guidelines to challenge the assessment.

### How should I proceed and where can I find financial assistance to repair my home?
### Was the structure built after 1985?

| Yes | No |
|---|---|
| If your home was built after 1985 you should be able to immediately get the permits needed to repair regardless of the amount of damage to the home. All homes built after 1985 must have been elevated based on the most recent FEMA Flood Zone data. You may continue to FastTrack Permitting and you will **NOT** be required to elevate your structure in order to secure a permit to restore your building. | If your home was built prior to 1985, or you are unsure of when your home was built, you will need to determine your structures current elevation before proceeding. You may continue with the Damage Assessment Tool, but in order to ensure what steps you will be required to take you will need to verify all relevant information. |
| If you carry flood insurance, please contact your insurance carrier for information on deductibles and limits. Low interest SBA loans are available from FEMA, loans amounts are based on the actual cost of raising and/or repairing a flood-damaged home and personal property, minus any insurance reimbursements for the same loss. Current loan limits are as follows:<br><br>1. Homeowners - Up to $200,000 to repair or rebuild a primary residence to its condition before the disaster. | To do this you will need to have an elevation survey done by a certified professional. If the elevation survey shows that the structure complies with current FEMA regulations you will be able to secure permits to begin restoration work.<br><br>If the survey shows that the structure is currently below the base flood elevation it **WILL** need to be elevated before permits for restoration work can be issued. |

2. Homeowners and renters - Up to $40,000 to repair/replace personal property such as clothing, furniture and automobiles.

- FEMA offers Flood Mitigation Assistance of up to $30,000 for work that will bring a structure above BFE.

If you carry flood insurance, please contact your insurance carrier for information on deductibles and limits. Low interest SBA loans are available from FEMA, loans amounts are based on the actual cost of raising and/or repairing a flood-damaged home and personal property, minus any insurance reimbursements for the same loss. Current loan limits are as follows:

1. Homeowners - Up to $200,000 to repair or rebuild a primary residence to its condition before the disaster.
2. Homeowners and renters - Up to $40,000 to repair/replace personal property such as clothing, furniture and automobiles.

**Dispute Resolution**

If you disagree with the official assessment you may dispute the assessment by visiting the City of New Orleans Department of Safety & Permits where each case will be quickly evaluated by the city. In order to quickly complete the assessment dispute please supply the following information:

1. Printed copy of damage assessment
2. The estimated market value of your house prior to the storm.
3. A detailed description of all damage.
4. Photos for the show specific areas of contention.

***Disputes must be made in person at the Department of Safety and Permits. Call 658-7130 for more information.***



# CITY OF NEW ORLEANS

## DEPARTMENT OF SAFETY AND PERMITS

## DAMAGE ASSESSMENT REPORT

### Address Information

Please review the information below. If you are not the listed owner of the property you may be required to provide a recent act of sale and photo identification in order to verify that you are the property owner.

| | |
|---|---|
| Address: | 6319 Douglas St |
| Owner: | Herman Koch |
| Tax Bill: | 39W104009 |
| Property Description: | Sq 83 Lots A 9 Douglas 46X169 6317-19 Douglas St Dble/Fr 1/Story 10/Rm 5/Rm Ea Side A/R |
| Planning District: | Unavailable |
| Flood Zone: | Unavailable |

### Damage Assessment

| | |
|---|---|
| Estimated Flood Depth: | Unavailable |
| Flood Duration (days): | Unavailable |
| Damage Report: | 49.46% |

#### Is my Structure Substantially Damaged?

Your inspection data validates that your property is **NOT** substantially damaged. You may continue to FastTrack Permitting and you will **NOT** be required to elevate your structure in order to secure a permit to restore your building.

#### Should I elevate the base height of my home?

It is recommended that all owners whose properties are currently below the Base Flood Elevation (BFE) strongly consider raising the level of structures in order to avoid future flooding and potential insurance difficulties. FEMA offers Flood Mitigation Assistance of up to $30,000 for work that will bring a structure above BFE.

#### How should I proceed and where can I find financial assistance to repair my home?

If you carry flood insurance, please contact your insurance carrier for information on deductibles and limits. Low interest SBA loans are available from FEMA, loans amounts are based on the actual cost of raising and/or repairing a flood-damaged home and personal property, minus any insurance reimbursements for the same loss. Current loan limits are as follows:

1. Homeowners - Up to $200,000 to repair or rebuild a primary residence to its condition before the disaster.
2. Homeowners and renters - Up to $40,000 to repair/replace personal property such as clothing, furniture and automobiles.



# CITY OF NEW ORLEANS

## DEPARTMENT OF SAFETY AND PERMITS

## DAMAGE ASSESSMENT REPORT

## Address Information

Please review the information below. If you are not the listed owner of the property you may be required to provide a recent act of sale and photo identification in order to verify that you are the property owner.

| | |
|---|---|
| Address: | 924 Lamanche St |
| Owner: | Jimmie Harris |
| Tax Bill: | 39W202909 |
| Property Description: | Sq 311 Lot 16 Lamanche 31X140 Sgle/Br & Fr 9/Rm A/R See E Record |
| Planning District: | Unavailable |
| Flood Zone: | Unavailable |

## Damage Assessment

| | |
|---|---|
| Estimated Flood Depth: | Unavailable |
| Flood Duration (days): | Unavailable |
| Damage Report: | 30.46% |

### Is my Structure Substantially Damaged?

Your inspection data validates that your property is **NOT** substantially damaged. You may continue to FastTrack Permitting and you will **NOT** be required to elevate your structure in order to secure a permit to restore your building.

### Should I elevate the base height of my home?

It is recommended that all owners whose properties are currently below the Base Flood Elevation (BFE) strongly consider raising the level of structures in order to avoid future flooding and potential insurance difficulties. FEMA offers Flood Mitigation Assistance of up to $30,000 for work that will bring a structure above BFE.

### How should I proceed and where can I find financial assistance to repair my home?

If you carry flood insurance, please contact your insurance carrier for information on deductibles and limits. Low interest SBA loans are available from FEMA, loans amounts are based on the actual cost of raising and/or repairing a flood-damaged home and personal property, minus any insurance reimbursements for the same loss. Current loan limits are as follows:

1. Homeowners - Up to $200,000 to repair or rebuild a primary residence to its condition before the disaster.
2. Homeowners and renters - Up to $40,000 to repair/replace personal property such as clothing, furniture and automobiles.