# EXHIBIT 23

**Page 1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES    CIVIL ACTION
CONSOLIDATED LITIGATION
                                 NO. 05-4182
                                    "K" (2)

PERTAINS TO:  BARGE              JUDGE DUVAL

                                 MAG. WILKINSON

BOUTTE V. LAFARGE        05-5531
MUMFORD V. INGRAM        05-5724
LAGARDE V. LARFARGE      06-5342
PERRY V. INGRAM          06-6299
BENOIT V. LAFARGE        06-7516
PARFAIT FAMILY V. USA    07-3500
LAFARGE V. USA           07-5178

VIDEOTAPED DEPOSITION OF
MELVIN GERALD SPINKS,
12702 Secret Forest Court, Cypress, Texas 77429, taken in the offices of Chaffe, McCall, 2500 Energy Centre, 1100 Poydras Street, New Orleans, Louisiana 70163, on Thursday, September 25, 2008.

**Page 2**

1  APPEARANCES:
2
   WIEDEMANN & WIEDEMANN
3  (BY: LAWRENCE WIEDEMANN, ESQ.)
   821 Baronne Street
4  New Orleans, Louisiana 70113
       ATTORNEYS FOR PLAINTIFFS
5
6
   CHAFFE, MCCALL LLP
7  (BY: DEREK WALKER, ESQ.
       JOSEPH N. SUHAYDA, ESQ.)
8  2300 Energy Centre
   New Orleans, Louisiana
9      ATTORNEYS FOR LAFARGE NORTH AMERICA
10
   GOODWIN PROCTER LLP
11 (BY: MARK S. RAFFMAN, ESQ.
   901 New York Avenue NW
12 Washington, D.C. 20001
       ATTORNEYS FOR LAFARGE NORTH AMERICA
13
14 SUTTERFIELD & WEBB
   (BY: DANIEL A. WEBB, ESQ.)
15 650 Poydras Street
   Suite 2715
16 New Orleans, Louisiana 70130
       ATTORNEYS FOR NY MAGIC
17
18 BURGLASS & TANKERSLEY
19 (BY: BEN RODGERS, ESQ.)
   5213 Airline Drive
20 Metairie, Louisiana 70001
       ATTORNEYS FOR JEFFERSON PARISH
21
22 MCCRANIE, SISTRUNK
   (BY: DARCY E. DECKER, ESQ.)
23 Suite 800
   3445 North Causeway Blvd.
24 Metairie, Louisiana 70002
       ATTORNEYS FOR ORLEANS LEVEE DISTRICT
25

**Page 3**

1  APPEARANCES CONTINUED:
2
   DUPLASS, ZWAIN, BOURGEOIS, PFISTER &
3  WEINSTOCK
   (BY: RYAN MALONE, ESQ.)
4  3838 North Causeway Blvd.
   Suite 2900
5  Metairie, Louisiana 70002
       ATTORNEYS FOR EJLD AND LBLD
6
7
   APPEARING ALSO PRESENT:
8
   CHRISTOVICH & KEARNEY
9  (BY: CHRISTOPHER ALFIERI, ESQ.)
   2300 Pan American Life Center
10 601 Poydras Street
   New Orleans, Louisiana 70130
11
12 JOHN SHELANKO
   PETER L. KEELEY
13
14
   VIDEO BY:  GILLY DELOURMAY
15     DEPO-VUE
16
17 REPORTED BY:  ROGER D. JOHNS, RMR, CRR, CSR
       Certified Court Reporter,
18     State of Louisiana

**Page 4**

         S T I P U L A T I O N

     It is stipulated and agreed by and between counsel for the parties hereto that the deposition of the aforementioned witness is hereby being taken under the Federal Rules of Civil Procedure, for all purposes, in accordance with law;
     That the formality of reading and signing is specifically not waived;
     That the formalities of certification and filing are specifically waived;
     That all objections, save those as to the form of the question and the responsiveness of the answer, are hereby reserved until such time as this deposition, or any part thereof, may be used or sought to be used in evidence.

              * * * *

     ROGER D. JOHNS, RDR, CRR Certified Court Reporter, for the State of Louisiana, officiated in administering the oath to the witness.

```
 1  flood elevations that resulted from this
 2  particular flood event, this hurricane.
 3      Q.  Did you get any assignments at that
 4  time related to the issue of class
 5  certification?
 6      A.  I believe we did talk about what
 7  areas had flooded, at that time to believe to
 8  have flooded due to the breaches along the
 9  IHNC, and that they were pursuing a class of
10  that area.
11      Q.  When the lawyers met with you in
12  your office, what was the area that they told
13  you they believed had flooded due to the IHNC
14  breaches?
15      A.  They indicated, based on their
16  research, that in some of the testimonies,
17  depositions that they have taken, that they
18  believed that the area west of Paris Road was
19  close to what had flooded from the breach of
20  the IHNC.
21      Q.  Did they ask you to do research
22  directed at establishing that conclusion?
23      A.  No.
24      Q.  What did they ask you to do?
25      A.  They asked how would that be
                                         Page 17
```

```
 1  studied, how could an engineer determine the
 2  areas that would have been flooded due to
 3  these breaches.
 4      Q.  What did you tell them in response
 5  to that question, if anything?
 6      A.  I said we would need to do a very
 7  comprehensive study in order to look at the
 8  whole system, the entire St. Bernard Parish,
 9  and that it would require some fairly
10  sophisticated hydrologic and hydraulic
11  modeling in order to determine the
12  contribution of waters and the timing of those
13  waters.
14      Q.  During this initial discussion you
15  had with the lawyers, did you have a
16  particular model or models in mind?
17      A.  No, not at that time.
18      Q.  What models had you worked with in
19  the past to carry out sophisticated hydrologic
20  and hydraulic modeling?
21      A.  We have worked with over the years a
22  series of different models for interior type
23  flooding, primarily using the Corps of
24  Engineers; they had a package at one time that
25  they supported on the interior flood
                                         Page 18
```

```
 1  analysis.  We have used their HEC-1, their
 2  HEC-2.  We have used HMS.  HEC-HMS.  HEC-RAS.
 3      Q.  Are there any other models that you
 4  had worked with in the past to carry out
 5  sophisticated hydrologic and hydraulic
 6  modeling apart from those Army Corps' HEC
 7  models you have just mentioned?
 8      A.  We have used XP SWIM.  We have used
 9  UNET, U N E T.  There's probably some others
10  that my staff is very -- has been involved
11  with.  We looked into what particular tool we
12  believed would provide the best results and
13  did some detailed research into the various
14  models on the marketplace and determined Sobek
15  had the engine and the capability to really
16  look at this area.
17      Q.  Well, my question, Mr. Spinks, was
18  what models you had worked with in the past
19  before you undertook this assignment.  So to
20  be clear, you had not worked with the Sobek
21  model in the past before you took this
22  assignment; correct?
23      A.  No.
24      Q.  Let me ask it again, because it's a
25  bad question.  Had you ever worked with the
                                         Page 19
```

```
 1  Sobek model before this assignment?
 2      A.  No.
 3      Q.  Let's mark this as Exhibit 1.
 4          Mr. Spinks, the Court Reporter has
 5  handed your Counsel, your Counsel will now
 6  hand you, what has been marked as Spinks
 7  Exhibit 1.  Can you identify Spinks Exhibit 1
 8  as the notes that you reviewed to prepare for
 9  this deposition?
10      A.  Yes, part of the information that I
11  have looked at in preparation for this
12  deposition.
13      Q.  This is one of the things you looked
14  at; correct?
15      A.  Correct.  Including my report.
16      Q.  Right.  These are notes that you
17  prepared; correct?
18      A.  My staff prepared.
19      Q.  What did you and your staff do to
20  carry out your assignment to look at the
21  hydrologic and hydraulic issues pertinent to
22  this case?
23      A.  We performed a comprehensive study.
24      Q.  What tasks were involved in
25  performing that comprehensive study?
                                         Page 20
```

```
 1  to your deposition, including the appendices
 2  and the exhibits?
 3      A.  I believe so, yes.  This represents
 4  our report.
 5      Q.  What opinions have you reached in
 6  this case?
 7      A.  There's a statement of conclusions
 8  within our report that references the specific
 9  conclusions that we have come to at this point
10  in time, those being two major floodwall
11  breaches failures identified as the north and
12  the south breaches occurred to the hurricane
13  protection system along the IHNC, causing
14  catastrophic flooding of homes and businesses
15  in the Lower Ninth Ward and St. Bernard Parish
16  during Hurricane Katrina.  Second, the IHNC
17  north breach occurred at or before 4:00 A.M.
18  and the IHNC south breach occurred at or
19  before 5:30 on Monday, August 29, 2005, prior
20  to storm surge overtopping the IHNC floodwall
21  crest.  There is a series of conclusions that
22  we have listed in here, but, in a nutshell,
23  the analysis and our findings concluded that
24  the breaches that occurred along the IHNC
25  flooded the area basically east close to Paris
                                        Page 37
```

```
 1  Road before 8:20 A.M. and the waters that then
 2  eventually started to merge around 8:20, 8:30
 3  with the waters from MRGO that came over the
 4  40 Arpent Levee, that ultimately built up to
 5  the water elevation of flooding that reached
 6  about 11.1 feet in elevation throughout the
 7  whole St. Bernard Parish.
 8      Q.  What are the bases for your
 9  conclusion that the IHNC breaches flooded the
10  area east close to Paris Road before 8:20
11  A.M.?
12      A.  The basis is the analysis that we
13  conducted, the information that we reviewed in
14  stop clock information, high water mark
15  information, eyewitness accounts, other
16  studies that were conducted.
17      Q.  Are all of those bases included in
18  your report?
19      A.  Yes.
20      Q.  Are there any bases for your
21  conclusion that are not included in your
22  report?
23      A.  Not to my knowledge, no.
24      Q.  Your conclusion that the IHNC
25  breaches flooded the area east to Paris Road
                                        Page 38
```

```
 1  or close to Paris Road before 8:20 depends on
 2  the conclusion that the breaches occurred at
 3  the times reflected in your report; right?
 4      A.  Generally speaking, yes.
 5      Q.  If the breaches happened later than
 6  you've concluded, then the IHNC breaches would
 7  not have reached all the way to Paris Road at
 8  8:20.  Am I right?
 9      A.  That couldn't be answered unless
10  that's analyzed.
11      Q.  You don't have an opinion one way or
12  the other as to whether, if the breaches
13  happened at 7:30, the result would be less
14  flooding from the IHNC, resulting in no
15  flooding at Paris Road by 8:20 A.M.?
16      A.  That's a hypothetical that you're
17  asking me, and we would need to run that
18  analysis to see exactly where that flood level
19  would be.
20      Q.  So the answer is, as you sit here
21  today you don't have an opinion one way or the
22  other on that subject.  Am I right?
23      A.  Not -- We have not performed that
24  analysis because that's not what the data
25  indicated.
                                        Page 39
```

```
 1      Q.  And even sitting on horseback with a
 2  7:30 breach at the north breach and the south
 3  breach, you don't want to comment about
 4  whether the water through those breaches would
 5  or would not reach Paris Road by 8:20 A.M.?
 6          MR. WIEDEMANN:
 7              I object to the form of the
 8          question.  That's a hypothet.  He's
 9          already answered that he would have to
10          run the study on it.
11          THE WITNESS:
12              I think I answered that you would
13          need to do the analysis.
14  EXAMINATION BY MR. RAFFMAN:
15      Q.  Have any of your conclusions in this
16  case been subject to peer review?
17      A.  Not outside peer review from the
18  firm, no.
19      Q.  Your conclusion that the water from
20  the IHNC reached the area near Paris Road at
21  8:20 A.M. is based on the inputs that you put
22  into the Sobek model; right?
23      A.  Yes, clearly.
24      Q.  And so if any of those inputs were
25  shown or found to be incorrect, that would
                                        Page 40
```

10 (Pages 37 to 40)

Page 49:

    1  that we have looked at.  I mean, we have -- we
    2  have run all the Corps standard models.  I
    3  mean, from a hurricane, when you say a
    4  hurricane, you got to be -- and maybe I am not
    5  understanding your question all the way and
    6  maybe I need you to clarify specifically.  Are
    7  you talking about interior flooding?  Are you
    8  talking about wave -- waves that are generated
    9  from a hurricane, wave run-up?  So there's a
   10  lot to hydrology when you speak of
   11  hurricanes.
   12      Q.  Hurricane is a complicated event?
   13      A.  It can be, yes.  Yes.
   14      Q.  Was Katrina a complicated event?
   15      A.  Clearly.  Yes.
   16      Q.  What models have you used to
   17  reconstruct hydrology or hydraulics in
   18  connection with hurricanes in the past?
   19      A.  I mean, we have used, in order to
   20  run the rainfall from a hurricane, put in
   21  precipitation, we have run HEC-1, we have run
   22  HMS, we have run SWIM.  We've run a program
   23  called HAZ-AS.
   24      Q.  Have you ever used models to
   25  reconstruct storm surge from a hurricane

Page 50:

    1  before this case?
    2      A.  Yes, we have.  For Galveston Island,
    3  yes.
    4      Q.  All right.  Tell me about that
    5  work.  For whom did you do that work?
    6      A.  Our firm did that for the Department
    7  of Transportation.
    8      Q.  Did you personally participate in
    9  that work?
   10      A.  Yes.
   11      Q.  What model did you use when you ran
   12  storm surge models for Galveston Island?
   13      A.  I probably don't know which one
   14  specifically we ran, whether we just ran surge
   15  or we ran a wave run-up model, too.  I can't
   16  -- I don't remember that, what model
   17  specifically.
   18      Q.  Is it standard practice, when you're
   19  modeling a hurricane surge, to have models
   20  that incorporate waves in addition to models
   21  that incorporate other factors?
   22      A.  Not necessarily for interior flood
   23  analysis, no.
   24      Q.  Before this case had you ever done
   25  an interior flood analysis for a hurricane?

Page 51:

    1      A.  Not protected by a series of
    2  levees.  We have done a lot of hurricane
    3  analysis related work in the coastal areas
    4  that had to deal with internal drainage
    5  systems, but not protected by a series of
    6  levees.
    7      Q.  In performing those models and that
    8  work for the coastal areas with internal
    9  drainage systems, did your models incorporate
   10  any component for waves?
   11      A.  Yes, if it was a FEMA analysis, we
   12  did some flood insurance work where we were
   13  looking at V zones, coastal wave zones in
   14  order to establish those, then yes, we would
   15  have looked at waves.
   16      Q.  This is the first internal flood
   17  analysis that you have done for a hurricane in
   18  which you didn't use waves as an input; right?
   19      A.  No.
   20      Q.  No?  What other internal flood
   21  analysis have you done in connection with
   22  hurricanes in which you did not include waves
   23  as part of your analysis?
   24      A.  I think I need to answer it -- I
   25  think what I said to you is that interior

Page 52:

    1  flood analysis does not include waves within
    2  the interior flooding portion.  Okay?  Waves
    3  are the external coming into the area, but as
    4  far as internal to the flooding that's within
    5  an area?  It's basically looking at the
    6  surface drainage features.  Waves would not
    7  play a big part internally, an internal
    8  system.
    9      Q.  How do you know that waves do not
   10  play a big part in interior system?
   11      A.  Because I am an expert.  I'm a
   12  hydrologist.
   13      Q.  Tell me the basis for that
   14  statement.
   15      A.  Because what would generate waves
   16  within the area?  There's houses everywhere.
   17  There wouldn't -- There would be no generation
   18  of waves interior -- inside.  It takes a lot
   19  of distance to create, and a lot of wind to
   20  create big waves.  So it would be very
   21  insignificant interior to something, as like
   22  the St. Bernard Parish.  There's no evidence
   23  that I saw in any videos that we had
   24  substantial interior waves.
   25      Q.  And that same analysis, that same

13 (Pages 49 to 52)

```
 1        I think he said that two or three
 2   times.
 3   EXAMINATION BY MR. RAFFIN:
 4      Q.  I just want to make sure I
 5   understand.
 6        MR. WIEDEMANN:
 7            You keep repeating the same
 8        question.
 9   EXAMINATION BY MR. RAFFIN:
10      Q.  At an individual house by house
11   level, are there homes in the class area where
12   the water levels would have been affected by
13   the presence of storm drains nearby?
14      A.  I don't believe so.  No.  I think
15   the volumetric amount in storm drains are
16   probably very small compared to the capacity
17   of the surface system out here.
18      Q.  Are there homes at which the timing
19   or rate of flow would have been affected on an
20   individual house basis had you included
21   internal storm drains in your model?
22      A.  No.
23      Q.  The next assumption you have made is
24   that buildings and other structures are not
25   incorporated as elements in the model.  You
                                         Page 97
```

```
 1   say these physical structures may have blocked
 2   water flow and changed flow directions.  Their
 3   influence is local with the overall influence
 4   of these physical structures accounted for in
 5   the bottom roughness value, friction to flow
 6   used in the model.  My first question, can you
 7   explain what you meant by that?
 8      A.  The model, the Sobek model is a very
 9   dynamic, very complex model, you know, in its
10   ability to look at a condition like what we
11   have here, an interior flood analysis.  It's
12   -- It's very well built to look at interior
13   flooding, which is one of the reasons why
14   question selected it, and if you look at what
15   you have here, is you have a lot of different
16   houses.  Okay?  Clearly we cannot put in the
17   model a physical house.  But it has the ground
18   condition.  Okay?  So what we're saying is
19   that the house -- each individual house is not
20   modeled per se as a physical structure within
21   our model.  It's taken into account, the
22   blockage through what we refer to as the
23   roughness coefficient within the model.
24   Okay?  And so, therefore, there could be, as
25   water is moving throughout these areas, some
                                         Page 98
```

```
 1   different exchange of movement of, you know,
 2   water, but again, the Sobek model, as any
 3   model, as any model that would have been run,
 4   has to make some very broad based assumptions
 5   and would have really no effect on the end
 6   result conclusion.
 7      Q.  When you say the end result, you're
 8   talking about the volumetric analysis of the
 9   total water pouring in and the water levels?
10   Right?
11      A.  That's correct.
12      Q.  Before you did this interior
13   drainage analysis, how many times in the past
14   have you done interior drainage analyses as
15   part of your work?
16      A.  I probably have 300 drainage
17   analysis projects on my resume.  I mean, a
18   good number of it includes, you know, drainage
19   for interior systems just like these.  I have
20   done levees before.  I have done hurricane
21   type work.  So, I mean, every problem,
22   engineering problem is unique.  You know, you
23   can't say here's this specific situation you
24   have done, you know, 100 times.  But have you
25   dealt with the interior systems like this?
                                         Page 99
```

```
 1   Have you dealt with levees on other projects?
 2   Yes.  So I have over probably two to three
 3   hundred projects, real, real life projects,
 4   not academic.
 5      Q.  At page 11 at the top you say that
 6   the model is going to provide detailed
 7   information about velocities.  Do you see
 8   where it says "velocities"?
 9      A.  Uh-huh (affirmatively.)
10      Q.  How does the model handle
11   velocities?
12      A.  There is -- There is an end value
13   factor -- There is a factor within the model
14   that allows you to take into account flow,
15   flow, the movement of flow of water.  Okay?
16   Now, I know what we're printing out right now
17   has to do with just water levels over time.
18   Right now what we're printing out, within our
19   deal -- within our report, within our
20   conclusions is what the water level versus
21   time is from the storm and the extent of the
22   flood, okay, as the -- as the breaches
23   happen.  The velocities within the systems are
24   internally calculated so that water moves from
25   one area to the next area.  Okay?  And it
                                         Page 100
```

25 (Pages 97 to 100)

```
 1  was?
 2      A.  And I believe we looked at IPET's
 3  information as well.
 4      Q.  For the south breach, you opened a
 5  793 foot breach instantaneously at 5:30 A.M.,
 6  going from 13.1 foot elevation to 1 foot
 7  elevation.  Am I right?
 8      A.  Correct.
 9      Q.  What was the elevation of the water
10  at 5:30 A.M. in the IHNC?
11      A.  Around 10.7 feet.
12      Q.  So if I understand it right, you
13  have a breach geometry at the south breach at
14  5:30 that's about 9.7 feet tall and about 793
15  feet wide; right?
16      A.  Yes.  10.7 minus 1.  Yeah.
17      Q.  Okay.
18      A.  Okay.
19      Q.  Approximately how many cubic feet of
20  water per second are going to flow into the
21  Lower Ninth Ward from that breach once you
22  open it up?
23      A.  I'd have to run the calculations.
24      Q.  You have opened up the MRGO
25  overtopping breaches at location 3 in figure
                                       Page 161

 1  4.  It says the breach elevations vary and the
 2  breach time is at 5:30 A.M.  Do you see where
 3  you have done that?
 4      A.  Yes.
 5      Q.  Those are the breaches that occur
 6  along the MRGO over by St. Bernard Parish?
 7      A.  Along this levee right along MRGO
 8  (indicating).
 9      Q.  That's what I was going --
10      A.  This way (indicating), yes.
11      Q.  I was going to ask you to point to
12  that.
13      A.  Yes.
14      Q.  What was the basis for the selection
15  of the elevations and the times that you used
16  in your model?
17      A.  Probably a combination of
18  information.  I mean, we probably based it on
19  pre- and post- actual surveys of the levee
20  from the Corps of Engineers.  Probably checked
21  LIDAR, pre- and post-LIDAR.
22      Q.  What did you use as your input on
23  the timing of the MRGO breaches?
24      A.  IPET's information.
25      Q.  Did you use anything other than IPET
                                       Page 162

 1  for the time of the breach start for the MRGO
 2  breaches?
 3      A.  Not to my knowledge, no.
 4      Q.  Now, we talked earlier, you talked
 5  about sensitivity of the model to the times.
 6  I am not sure I understood you right.  When
 7  you did a sensitivity analysis connected to
 8  the times, you found that varying the time
 9  would not significantly affect the overall
10  water levels.  Am I right?
11      A.  I mean, when you look at time,
12  you're looking at the entire storm duration.
13  And so you're comparing back to actual known
14  areas.  As well as the ultimate water level
15  that -- high water marks.  So yes, it's all
16  part of the verification phase that you're
17  looking at.
18      Q.  But if the south breach happens at
19  7:30 instead of 5:30, your sensitivity
20  analysis suggests that the overall high water
21  marks are going to be pretty similar at the
22  end of the modeling process; right?
23      A.  I don't know if we ran the 7:30
24  option.  I think we probably have done some
25  looking at the later times and we probably had
                                       Page 163

 1  too much water in this area and -- or not
 2  enough water, I'm sorry, into this area that
 3  was actually experienced.  So I can't tell you
 4  exactly on the verification phase.  All's I
 5  know is that we would have look at some times,
 6  different times than just 5:30 for the
 7  verification.
 8      Q.  But you testified earlier that some
 9  result wasn't very sensitive to time.  Right?
10      A.  No, I am not saying that it's not
11  sensitive to time.  Clearly it is.  When the
12  opening occurs, it does affect water levels.
13      Q.  When the opening occurs, it's
14  definitely going to affect the time at which
15  flooding arrives at any given place; right?
16      A.  Right.  I think you were referring
17  to the north breach the last time.  I think we
18  were mentioning between 4:00 and 4:30 and we
19  talked about that time.  There may not be a
20  lot of difference between 4:00 and 4:30
21  related just to the north breach.  It's a
22  fairly small breach.
23      Q.  Am I right that the timing of the
24  IHNC breaches vis-a-vis the other breaches
25  from the MRGO will definitely affect the time
                                       Page 164
```

41 (Pages 161 to 164)

```
 1  at which your model predicts water arrives at
 2  a given location from the IHNC or the MRGO?
 3      A.  Yes, all of that's a system.  It's
 4  important to understand timing.
 5      Q.  And am I right that the earlier in
 6  time the IHNC breaches occur, the more that
 7  water from the IHNC will dominate the water
 8  that extends into the polder?  In terms of
 9  time.
10      A.  Our analysis shows that, yes, with
11  those breaches at that time, the water from
12  the Industrial Canal was within this area up
13  to Paris Road before 8:20, just basically the
14  water from the Industrial Canal before MRGO's
15  water.
16      Q.  So the answer to my question is
17  yes?
18      A.  Yes, as I phrased it.
19      Q.  If the IHNC south breach did not
20  occur until 7:00 or 7:30 A.M., then your model
21  would not show the same degree of penetration
22  from the IHNC into the neighborhood, right, at
23  that time?
24      A.  It's a hypothetical question you're
25  asking me.  We'd have to model that specific
                                        Page 165

 1  scenario.
 2      Q.  You can't answer the question one
 3  way or the other?
 4      A.  I mean, I'd rather we have the total
 5  model that needs to be known.
 6      Q.  Let me ask you about the timing of
 7  the north breach and the reliance on
 8  eyewitnesses.  At page 17 you discussed the
 9  north breach.  Does any eyewitness other than
10  Villavasso say that they saw the breach?
11      A.  I'd have to go back to each of
12  these.  There's a whole series of eyewitnesses
13  and they each saw something and they're very
14  detailed.  Mr. Adams could have seen
15  something.  He lives right there by the north
16  breach.  I know his carpet was wet at 5:00.
17  He probably had a whole lot of other things to
18  say as well.  Yes, I'm sure the eyewitnesses
19  have information in their depositions.
20      Q.  As you sit here today, are you aware
21  of any witness other than Villavasso who says
22  he saw the breach?  Or she?  The north
23  breach?
24      A.  No, not in that I -- No.
25      Q.  Was there anything in the Villavasso
                                        Page 166

 1  deposition which suggested to you that the
 2  time at which he saw the breach could have
 3  been as late as 5:00 or 5:30 at the north
 4  breach?
 5      A.  No.  And I -- I am not sure if I
 6  remember everything out of his deposition.  I
 7  don't want to misquote their deposition.
 8      Q.  When I stay silent for this long, it
 9  means I'm cutting out questions and making it
10  short.  Bear with me.
11          I think I have asked most of the
12  rest of the questions I had on section 2 of
13  your report, so let's turn to section 3.
14          Actually, before I do that, are
15  you opining at all about the barge and its
16  arrival in the Lower Ninth Ward?
17      A.  Repeat that question?  I'm sorry.
18      Q.  Does your opinions and conclusions
19  in this case include any opinion or conclusion
20  about the barge and the time that it
21  arrived --
22      A.  No.
23      Q.  -- at the wall?  You're not making
24  any conclusions about the time the barge
25  arrived at the wall; right?
                                        Page 167

 1      A.  Right.
 2      Q.  You're not making any conclusions
 3  about the time that the barge arrived in the
 4  Lower Ninth Ward, are you?
 5      A.  No.
 6      Q.  Other experts will make those
 7  conclusions; right?
 8      A.  I would assume.
 9      Q.  You have not presented results in
10  your model that separate the effect of the
11  north breach from the south breach; correct?
12      A.  Right.  Our analysis is a complete
13  system.
14      Q.  So your model does not say or
15  predict what water got to a particular
16  location from the north breach as opposed to
17  the south breach?
18      A.  We're talking about the IHNC right
19  now?
20      Q.  Yes.
21      A.  There would be no reason to have
22  that separated in our opinion.
23      Q.  Why is there no reason to have that
24  separation in your opinion?
25      A.  It's water from the Industrial Canal
                                        Page 168
```

```
 1    A.   No.
 2    Q.   Has anybody ever told you that this
 3  case involves a barge which is alleged to have
 4  created both the north and the south breaches?
 5    A.   Yes, I am aware of that.
 6    Q.   In fact, you knew that from the time
 7  you started working on this case; right?
 8    A.   That a barge impacted this wall?
 9  Yes.
10    Q.   That a barge is alleged to have
11  caused the flooding that you are modeling.
12  You knew that when you started work; right?
13    A.   Yes.
14    Q.   Now, if the barge didn't cause both
15  breaches, your presentation does not tell
16  anyone who reads it which water was caused by
17  the barge versus that which was caused by
18  something else.
19    A.   My presentation has nothing to do
20  with the barge.  It has -- It's a presentation
21  of what happened during this event.  It has
22  nothing to do with whether a barge -- I
23  understand the factors by which maybe these
24  breaches had occurred, but the presentation is
25  a sequence of flooding as to how the flood
                                        Page 173

 1  happened of the Lower Ninth Ward.
 2    Q.   Well, the first water to come into
 3  the neighborhood through a breach came through
 4  the north breach; right?
 5    A.   Correct.
 6    Q.   And if the barge didn't cause the
 7  north breach, then the first water to come
 8  into the neighborhood was not caused by the
 9  barge; right?
10         MR. WIEDEMANN:
11             I object to that question.
12         That's argumentative, and it's not
13         part of his presentation.
14         THE WITNESS:
15             I am strictly looking at the
16         breach itself.  The breach occurred on
17         the north we believe at 4:00 o'clock.
18         The next breach occurred on the south
19         breach at 5:30, and there are multiple
20         breaches along MRGO.  Some were
21         starting at 5:30, different times.
22  EXAMINATION BY MR. RAFFMAN:
23    Q.   If you take a location anywhere in
24  the Lower Ninth Ward, take a house, does your
25  model tell how much of the water that's
                                        Page 174

 1  arriving at that house came from the north
 2  breach versus the south breach?
 3    A.   No.
 4    Q.   Take a look at the flood model
 5  simulation that you've done at section 3.
 6  This is at pages 20 through I guess through
 7  21.  Could you narrate for us the story that
 8  your modeling tells?
 9    A.   You're aware that we provided a
10  movie clip or a clip of a video that shows the
11  sequence of flooding within the St. Bernard
12  Parish.  These are excerpts at time of --
13  during Hurricane Katrina, I believe starting
14  at midnight on August 29th and progressing
15  through time showing where -- what areas would
16  be flooded.  And you can see at the 4:00 A.M.
17  time frame the areas being dominated
18  predominantly by rainwater.  4:30 is a
19  combination of rain, plus you could see the
20  north breach occurring -- starting to affect
21  the area in the Ninth Ward.  By 5:00, you
22  could see again the extent of where the
23  ponding from the north breach is affecting.
24    Q.   Let me stop you there.  And I
25  apologize for the interruption, because I
                                        Page 175

 1  recognize I asked you to do a narration.  But
 2  it may go faster if I ask questions
 3  intermittently throughout the narration rather
 4  than going all the way back.
 5           At 5:00 o'clock you have water
 6  projecting from the north breach into the
 7  Lower Ninth Ward in this visual snapshot;
 8  right?
 9    A.   Yes, sir.
10    Q.   Your model does not tell the
11  velocity at which that water is projecting
12  into the Lower Ninth Ward, does it?
13    A.   I'm not sure of the relevance of
14  what -- velocity.  You'll have the explain
15  that to me.
16    Q.   Earlier you showed me up on the map
17  an area very near the inside of the breach
18  where all the homes seemed to be washed away.
19  Do you remember showing me that?
20    A.   Yes.
21    Q.   There is a small area inside the
22  north breach where all the homes seem to be
23  washed away; right?
24    A.   I am not 100 percent -- I don't know
25  that.
                                        Page 176
```

```
 1    Q.  Do you think it's fair to say that
 2  some of the homes inside the north breach were
 3  washed away before the south breach happened?
 4    A.  It's possible.
 5    Q.  Why don't you pick up your narration
 6  at 5:45 and go to the next couple of --
 7    A.  Okay.
 8    Q.  -- slides.
 9    A.  At 5:45, again, the south breach had
10  occurred, but again, the water is in the Ninth
11  Ward and that lower section there; still
12  rainwater is dominating the area.  At 6:00
13  A.M., and again the breaches have all occurred
14  and you're seeing where the water level -- the
15  extent of the water level by the model's
16  information.  Where did you want me to --
17    Q.  Well, I'll stop you there at 6:00
18  A.M.  At the time that -- at 5:45 A.M. your
19  modeled water depth in the Lower Ninth Ward is
20  somewhere in the neighborhood of 8.2 feet.  Am
21  I right, referring to Appendix C?
22    A.  At -- At what time?
23    Q.  5:45 A.M.
24    A.  Which one are you looking at?  I'm
25  sorry.
                                         Page 177
```

```
 1    Q.  Well, I want to --
 2    A.  I see a 5:30 time frame and I see a
 3  5:30 to 6:00 time frame.
 4    Q.  Well, let's ask you about the 5:30
 5  to 6:00 time frame.  I am trying to match up
 6  --
 7    A.  Okay.
 8    Q.  -- your 5:45 and 6:00 o'clock.  And
 9  we can go with 6:00 o'clock if you like.  My
10  question is, where in the Lower Ninth Ward do
11  you have water depth up to 8.2 feet at 6:00
12  o'clock?
13    A.  At the -- In the lower back half
14  (indicating).  Through here.  Probably depths
15  of around 8 feet back in the back.
16    Q.  When you say depths of 8 feet, are
17  you talking about 8 feet above sea level or 8
18  feet above ground level?
19    A.  Ground level.  These are depths, not
20  elevations.  The land topography, you know,
21  slopes toward the 40 Arpent Levee.
22    Q.  So as of 6:00 o'clock A.M. your
23  model does not predict depths above ground of
24  over 8.2 feet?
25    A.  That's what this -- You know, we're
                                         Page 178
```

```
 1  showing an 8.2.  It varies from location to
 2  location.  We can provide you that, but we'd
 3  have to deal with the model.
 4    Q.  At 6:00 o'clock A.M. your flood
 5  water is entering Arabi?  Is that right?
 6    A.  Yes.
 7    Q.  And I take it that the part of Arabi
 8  that the flood water is entering is the lowest
 9  part that's toward the northern part of the
10  district?
11    A.  It appears that way, yes.
12    Q.  All right.  Continue with the
13  narration.  What happens between 6:00 o'clock
14  and 7:00 o'clock in your model?
15    A.  Well, as you could see here, between
16  6:15 A.M. and 7:15 -- you know, after 6:15
17  A.M. you start beginning to see where MRGO's
18  influence is on the 32,000 acres.  It's really
19  filling that whole area up.  Still not
20  overtopping the 40 Arpent Levee.  You'll see
21  that the Lower Ninth Ward, St. Bernard Parish,
22  the extent of it by 7:45 is really moving
23  closer to Paris Road.
24    Q.  Let me stop you there.  You're now
25  looking at page 21 and the slide that says
                                         Page 179
```

```
 1  7:45 A.M.  Right?
 2    A.  Correct.
 3    Q.  And what's happening is that there's
 4  a whole large blue area that represents the
 5  water coming from the MRGO into the wetlands
 6  outside the 40 Arpent Levee; right?
 7    A.  Yes.
 8    Q.  What is the elevation of the --
 9  whatever it is that's at Paris Road that is
10  stopping that water?
11    A.  I -- I can give you a general
12  elevation.  Probably above 7.  It's -- I don't
13  know where -- Where did you put the other
14  maps?  And it's not just so much elevation
15  that's stopping it.  Again, you have to
16  remember it's volume, how much volume of water
17  that is there.  It's not that it's -- You have
18  to fill an area up.
19    Q.  I guess my question is, you have got
20  this graph at 7:45 that has a really big blue
21  area that stops at Paris Road and then a
22  little light blue and pink area that's over to
23  the west of Paris Road in this wetland.  My
24  question is why is this Paris Road serving to
25  stop the water from going into the wetlands to
                                         Page 180
```

45 (Pages 177 to 180)

Page 185

1  structures in here (indicating), but nothing
2  over here (indicating). And again, that's
3  because the water is still continuing to build
4  up and it's beginning to merge together at
5  about 9:00. And that's what's represented
6  within --
7  Q.  That's the story that your modeling
8  tells?
9  A.  Uh-huh (affirmatively).
10 Q.  All right. In your model it says
11 the IHNC flood water reaches Jackson Barracks
12 at 8:00 A.M. Do you see that? Appendix C?
13 A.  Okay.
14 Q.  And where is Jackson Barracks on the
15 study --
16 A.  Which one are you reading? Which
17 particular item?
18 Q.  I am looking at the 8:00 A.M. entry
19 that says "Event, IHNC flood water flows east,
20 spreads southward and reaches Jackson
21 Barracks."
22 A.  Again, at 8:00 A.M., this is the
23 high point. It doesn't mean the water hasn't
24 spread over here. It still has to come up to
25 this elevation. Jackson Barracks, of course,

Page 186

1  in here is at one of the highest points within
2  the area (indicating). We would believe you
3  wouldn't see water until about 8:00 A.M. with
4  the breaches.
5  Q.  You say at page 22 that the IHNC
6  water and the MRGO water merge at Delille
7  Street three blocks west of Paris Road. Is
8  that right?
9  A.  Yes. That's what we say.
10 Q.  So within the class area, which
11 extends all the way out to Paris Road -- Do
12 you understand that the class area extends all
13 the way from the Inner Harbor Navigation Canal
14 to Paris Road?
15 A.  Generally speaking, yes.
16 Q.  Within the class area there's three
17 blocks west of Paris Road where the water got
18 there from the MRGO before it got there from
19 the IHNC. Right?
20 A.  The ridge line, you know, it's not
21 just a straight line. We're just, relatively
22 speaking, we're about -- you know, if you look
23 at the southern end, we're about three
24 blocks. But if you're on the northern end,
25 you may be at Paris Road at the northern

Page 187

1  side. So, I mean, it's -- we're just giving
2  you the true topographic features of where
3  you're at.
4  Q.  Your model shows that there's some
5  houses in the class area where the MRGO water
6  got there first. Right?
7  A.  I don't know. If that's what you
8  say. I haven't pointed any of that out in my
9  report.
10 Q.  Well, if there are any homes or any
11 buildings east of that ridge line that you
12 have pointed to, but west of Paris Road, those
13 homes will have been hit by MRGO water before
14 the IHNC water. Isn't that right?
15 A.  We can get the depths at the
16 particular times. And what time are you
17 referring to? Are you talking about 8:30?
18 Are you talking about 9:00?
19 Q.  I guess whenever the first water got
20 there, huh? The first water got to some homes
21 from MRGO before it got to the IHNC in that
22 three block area or whatever block area west
23 of Paris Road but east of Delille Street.
24 A.  If you could -- You know, again, it
25 has to be analyzed. But yes, we could tell

Page 188

1  you the extent. We have mapped the extent on
2  this other map here.
3  Q.  Well, I will let you -- Let's remove
4  the clips.
5  A.  This is actually at 9:10. This is
6  --
7  Q.  Let me ask a question first.
8  A.  Okay.
9  Q.  Does the chart that's up on the wall
10 now reflect exhibit 7 to your report?
11 A.  Yes.
12 Q.  What is exhibit 7 to your report?
13 A.  It represents the modeled water
14 depth on August 29, 2005 at 9:10 A.M. And it
15 represents the area of what we have been
16 looking at.
17 Q.  Does your exhibit 7 show any areas
18 west of Paris Road where the first water came
19 from the MRGO and not the IHNC?
20 A.  Are you referring to this area in
21 here (indicating)?
22 Q.  The area that you've pointed to.
23 A.  This is Paris Road (indicating).
24 Q.  Right.
25 A.  Correct?

47 (Pages 185 to 188)

```
 1    Q.  All right.
 2    A.  Just help me understand.
 3    Q.  I believe that's Paris Road.
 4  Doesn't it say it's Paris Road right there in
 5  the upper part of the chart?
 6    A.  So are you referring -- And what we
 7  said is that the flood waters from the IH --
 8  IHNC reached a ridge line through here before
 9  they started to merge (indicating).
10    Q.  And you also found that the area to
11  the right, that you've got your hand on, is
12  west of Paris Road, but that got water from
13  the MRGO before it got water from the IHNC.
14  Isn't that true?
15    A.  At this location here (indicating)?
16    Q.  Well, you can put your hand all the
17  way down the line.
18    A.  Or this area here (indicating)?
19    Q.  Yes.
20    A.  Okay.  I mean, clearly we're --
21  that's what we're saying, is MRGO's water,
22  they're beginning to merge.  I mean, at some
23  point, you can't -- You know, at some given
24  point the merging of these waters are
25  occurring.  Okay?  So we're giving you flood
                                      Page 189
```

```
 1  depths that we believe in this at a certain
 2  period of time, which is 9:10.  It just so
 3  happens we know that at 9:10 that the water up
 4  through here (indicating) is through the
 5  Industrial Canal.  We know that this is MRGO
 6  water.  And so yes, this would be probably the
 7  majority MRGO water right here on the line
 8  (indicating) right here at Paris Road.
 9    Q.  And extending for three blocks or so
10  west of Paris Road according to your report,
11  page 22; right?
12    A.  According to that, yes.
13    Q.  I am going to move forward.  In
14  figure 9, a couple of clean-up questions.
15  What is represented by the water level in feet
16  on the X axis of this graph?  And to be more
17  specific, is it the depth of the water at a
18  given location or is it the elevation above
19  sea level?
20    A.  The water level on the Y axis should
21  be the depth.  A lot of these are clocks.
22    Q.  You're telling me the Y axis is not
23  representing the elevation above or below sea
24  level?  It represents water depth at a given
25  location?
                                      Page 190
```

```
 1    A.  It may be actually elevations, since
 2  there's a negative.  It may be actually the
 3  elevation, yeah.  Mean sea level, NAVD.
 4  Because when we referenced water depth, we
 5  actually reference it as water depth with a
 6  zero axis.
 7    Q.  I just --
 8    A.  Okay.
 9    Q.  -- wanted to get clear on what it
10  was.
11         What is the reference to OP5, pump
12  station 5 that's in figure 9?
13    A.  That is the pump station located at
14  the IHNC and Florida Avenue.
15    Q.  Was there a clock there or some
16  other hydrograph there?  Tell me what was
17  there.
18    A.  There was a survey I believe that
19  IPET did of the water level at a particular
20  time in that pump house.  It was 1.88 feet,
21  the slab elevation.  They said water began to
22  enter the building at 5:30 and the slab was
23  measured I believe at an elevation of 1.88
24  feet in elevation.
25    Q.  What is the location of the green
                                      Page 191
```

```
 1  square in Chalmette?  Where in Chalmette is
 2  that green square represented physically?
 3    A.  I don't know.  I'd have to look.  On
 4  figure 10.
 5    Q.  Yes.
 6    A.  It may be referring to area 3 or 4,
 7  somewhere in there.  I'd have to get the exact
 8  location that would have shown that.
 9    Q.  Let's ask about -- Let's -- What is
10  figure 10?
11    A.  IPET picked up high water mark
12  locations across the area and all the dots
13  represent high water mark locations that were
14  picked up by IPET throughout the region.  They
15  are separated out into regions or areas for
16  our purpose.
17    Q.  And are these the high water marks
18  that are noted with push pins on your exhibit
19  6 which I am now going to put back up?
20    A.  Yes, I believe so.
21    Q.  Did you use all of the IPET high
22  water marks on this big map that's exhibit 6?
23    A.  I don't know.
24    Q.  I want to make sure I am reading the
25  exhibit 6 right.  I want you to look in the
                                      Page 192
```

```
 1  you our modeled elevation of 11.1 is the
 2  modeled elevation that IPET got in their
 3  analysis of 11.1 as well.
 4      Q.  Your model agrees with the IPET
 5  model about the high water elevations; right?
 6      A.  Yes.
 7      Q.  Does your water also agree with IPET
 8  regarding the time sequence of flooding?
 9      A.  I am not sure if I can answer that.
10  Because I need to do a little more research
11  into IPET's -- if they have any time sequence
12  of flooding.  I know on the maximum level.
13      Q.  Let's turn to 4.0, the flood model
14  simulation scenarios.  Would you explain what
15  you did in the flood model simulation
16  scenarios?
17      A.  One of the things we wanted to look
18  at was, just like IPET looked at this, too,
19  what would have happened with and without
20  breaches along the IHNC as well as MRGO, and
21  then no breaches at all; how would this area
22  have responded.  And one of our goals in
23  looking at this is these scenarios have been
24  studied also by IPET and others, and to see if
25  our model was predicting some fairly close
                                        Page 197
```

```
 1  information.  It also gave us a view of how
 2  much water along the IHNC contributed to the
 3  area as opposed to MRGO water.
 4      Q.  And when you say how much the water
 5  from IHNC contributed as opposed to MRGO
 6  water, in this case you're referring to the
 7  ultimate contributions of water to the flood;
 8  right?
 9      A.  As well as throughout time.
10      Q.  Do you know whether the Dutch
11  modelers in the Kok study did a similar
12  study?
13      A.  They looked at some scenarios as
14  well.  I am not sure if they looked at these
15  exact ones.  But yes, they looked at some
16  scenarios.
17      Q.  Do your conclusions regarding the
18  timing of the flooding match those that were
19  made by the Dutch?
20      A.  I don't know.  I didn't compare back
21  to them.
22      Q.  So the first scenario that you
23  modeled -- Well, you modeled -- Let me go
24  back.  You have five locations for which you
25  modeled four scenarios.  Am I right?
                                        Page 198
```

```
 1      A.  Yes.
 2      Q.  Of the five locations for which you
 3  did this modeling, which of them are in the
 4  class area?
 5      A.  1 and 2.
 6      Q.  Location 1 is just inside the Lower
 7  Ninth Ward towards the northern part of the
 8  area; right?
 9      A.  Correct.
10      Q.  Location 2 is in St. Bernard Parish
11  east of Arabi, but west of Paris Road; right?
12      A.  Right.
13      Q.  Throughout this whole line of
14  inquiry I am going the talk about location 1
15  and location 2 and we both understand each
16  other, I am referring to the locations
17  reflected in figure 12 of your report.  Do you
18  understand that?
19      A.  Yes.
20      Q.  Now, at location 1 your results are
21  presented in figure 13 at the bottom of page
22  26?
23      A.  Correct.
24      Q.  And the first scenario, all causes
25  is represented by the black line on that
                                        Page 199
```

```
 1  graph?
 2      A.  Yes.
 3      Q.  Those are the water levels your
 4  model projects at this location on the
 5  assumption that you have all of the IHNC
 6  breaches, all the MRGO breaches, and
 7  overtopping and rain; am I right?
 8      A.  Correct.
 9      Q.  Scenario 2 is your projection if you
10  have all of the IHNC breaches, overtopping and
11  rain, but not the MRGO levee breaches; right?
12      A.  That's correct.
13      Q.  When you modeled the IHNC breaches,
14  you modeled both the north and the south
15  breach together and did not break them out
16  separately; right?
17      A.  That's correct.
18      Q.  And with the IHNC breaches at this
19  location, that's represented by the orange
20  line; right?
21      A.  Okay.
22      Q.  As opposed to the pink line which
23  represents MRGO; right?
24      A.  Yes.
25      Q.  With the IHNC levee breaches at this
                                        Page 200
```

```
 1     Q.  You say that "The flood simulation
 2  model provides reliable and accurate results
 3  that match eyewitness accounts, stop clocks,
 4  and high water marks of the flooding."  That's
 5  one of the conclusions toward the bottom of
 6  page 29; right?
 7     A.  Yes.
 8     Q.  Are there any important eyewitness
 9  accounts, stop clocks, or high water marks
10  that are particularly salient to this
11  conclusion that we have not talked about
12  already today?
13     A.  They're all equally important.
14     Q.  What is the degree of error in your
15  model?
16     A.  I really don't know.  It's as
17  accurate as -- to simulate this flood.
18     Q.  Have you done an analysis of how
19  many acre-feet of water came into the class
20  area through the IHNC breaches?
21     A.  We have identified that as a need to
22  do.  That has not been done yet totally.  We
23  have looked at some acre-feet of volume within
24  the overall class area.  We have made it a
25  comparison of our total volume of water within
                                        Page 221
```

```
 1  the area and compared it to what IPET's
 2  report, and we're very consistent.  We're -- I
 3  think IPET had around 420,000 or so cubic feet
 4  of water -- I mean acre-feet of water.  We're
 5  consistent.  I think we may be around 415,
 6  415,000 acre-feet.  IPET, their analysis
 7  concluded that the breaches in the total area
 8  had about a 63 percent contribution of flow of
 9  run-off in terms of volumetric.  I think we're
10  very consistent with them.  Overtopping is
11  around 28 percent.  We're consistent with
12  them.  And rainfall and waves in their -- they
13  did a little bit of wave analysis in theirs.
14  About 8 percent.  So yes.  I think we're
15  consistent.
16     Q.  What model did IPET use to generate
17  those numbers?
18     A.  They had to use two different models
19  in order to even come up with this type of
20  analysis.  They used HEC-HMS and HEC-VER-RAS,
21  which by choice is -- was a very long and
22  costly and laborious process to use those two
23  models.  But a lot of times the government
24  doesn't have that option.  They have to use
25  the best available model that's there.  We
                                        Page 222
```

```
 1  wanted to pick what we believed was the best
 2  model to come and simulate these conditions --
 3  this storm event.
 4     Q.  You looked at and rejected the
 5  models that IPET used?
 6     A.  I didn't reject them.  I understood
 7  what they used.  We run them all the time.
 8  But for this -- this hurricane analysis,
 9  interior analysis of flooding, Sobek is by far
10  a much better model to look at that type of a
11  scenario.  You have to, as a hydrologic,
12  hydraulic engineer, look at the ability -- at
13  the capabilities of these models.  And
14  particularly on time as well, the development
15  using with time.  And Sobek, in our opinion,
16  yes, we had to spend more money to purchase
17  the program, because it's very expensive, but
18  by far it dominates in its capability to
19  analyze this specific hurricane event.
20     Q.  How much money did you spend to
21  purchase the Sobek program?
22     A.  Somewhere around $40,000 just for
23  the program.
24     Q.  Did you bill that to the Plaintiffs
25  in this case?
                                        Page 223
```

```
 1     A.  Yes.
 2     Q.  You have not compared your results
 3  to those of the Delft team by Kok?
 4     A.  We haven't made any direct
 5  comparisons, no.  I haven't.
 6     Q.  Have you done any work in prior
 7  cases related to class certification?
 8     A.  No.
 9     Q.  Your model does not discuss or
10  address damage to homes from winds; correct?
11     A.  It's not a wind model.
12     Q.  You have nothing to say about homes
13  that may or may not have been damaged due to
14  wind during Hurricane Katrina; right?
15     A.  No.  I do not have any wind
16  information damage and no opinion on wind
17  damage.
18     Q.  Thank you.  You saved me a
19  question.
20         Your model does not address or
21  discuss damage from wind-driven rain, does it?
22     A.  I'm going to say that the external
23  hydrographs, the surge hydrographs do include
24  wave -- probably within them.  You cannot
25  separate completely the wave component out of
                                        Page 224
```

56 (Pages 221 to 224)

Page 225

```
 1  the surge, exterior surge hydrographs.
 2      Q.  I think you may have misheard me.
 3      A.  Okay.
 4      Q.  I am talking about the rain that
 5  gets into people's houses after the roof blows
 6  off.
 7      A.  Oh.
 8      Q.  You don't have anything to say about
 9  that, do you?
10      A.  I don't have any opinion on that,
11  no.  I thought you said "waves".
12      Q.  Your model doesn't address or
13  discuss damage to homes that may have occurred
14  when rushing water through one or both
15  breaches knocked the homes off their
16  foundations; right?
17          MR. WIEDEMANN:
18              We will stipulate that Mr. Spinks
19          is not a damage expert.  He is a
20          hydrologist who is here to testify
21          concerning hydrology, water
22          distribution, and not damages.  So we
23          are wasting time asking him about
24          things that he is not going to testify
25          about.
```

Page 226

```
 1          MR. RAFFIN:
 2              Well, with respect, Mr.
 3          Wiedemann, it's not a waste of time
 4          for those of us who are going to
 5          oppose class certification in this
 6          case, so I am entitled to an answer.
 7          MR. WIEDEMANN:
 8              Well, you're going to --
 9          THE WITNESS:
10              Repeat that question.
11  EXAMINATION BY MR. RAFFIN:
12      Q.  Your model doesn't address or
13  discuss damage from the rushing water through
14  the breach that may have impacted a house,
15  horizontal forces?
16      A.  The model does not provide any
17  damage, financial damage information, no.
18      Q.  And it doesn't provide any physical
19  damage information about what happened to the
20  houses; right?
21      A.  Not individually, no.
22      Q.  And your model doesn't identify
23  damage at a particular house at all; right?
24      A.  No, it does not provide any damage
25  information.
```

Page 227

```
 1      Q.  Your model does not deal with
 2  personal injuries?
 3      A.  No, this model does not deal with
 4  personal injuries.
 5      Q.  And your model doesn't address what
 6  caused any of these walls to fall over and the
 7  breaches to occur?  Right?
 8          MR. WIEDEMANN:
 9              It's now 5:30 and you're asking
10          him questions I have stipulated are
11          not going to be an issue in this case
12          from him.  I think you're just wasting
13          time.  You have asked him about six
14          questions on damages.  I have already
15          stipulated he is not going to testify
16          to damages.
17  EXAMINATION BY MR. RAFFIN:
18      Q.  Answer my question, please.
19      A.  No, it does not include it.
20      Q.  Your model predicts the depth of
21  flooding above the ground; right?
22      A.  Yes, it has that capability.
23      Q.  It does not predict the depth of
24  flooding above the first floor of any given
25  house; correct?
```

Page 228

```
 1      A.  The model's information can be used
 2  as the hydraulics to provide information on
 3  depth of flooding near a house so that a
 4  proper application of a depth damage function
 5  can be used.
 6      Q.  Well, but a depth damage function
 7  requires that you know the level of the first
 8  floor of the house, doesn't it?
 9      A.  Depth damage functions can be used
10  -- There's going to be some basic assumptions
11  on finish floor elevations, surveys,
12  windshield surveys, estimates of half foot,
13  yes.
14      Q.  And in order to know the first floor
15  elevation of a house, you really need to know
16  something about the house.  Isn't that right?
17      A.  Yes, you have to generally know
18  first floor elevation.
19      Q.  And that's something you can only
20  evaluate by knowing something about each
21  individual house and how it's constructed and
22  where it is; right?
23      A.  I am going to reserve the right -- I
24  am not going to discuss, you know, depth
25  damage in terms -- because I am not the expert
```

57 (Pages 225 to 228)