# EXHIBIT 26
# Part 1

# New Orleans and Hurricane Katrina.
# II: The Central Region and the Lower Ninth Ward

R. B. Seed, M.ASCE;[1]; R. G. Bea, F.ASCE[2]; A. Athanasopoulos-Zekkos, S.M.ASCE[3];
G. P. Boutwell, F.ASCE[4]; J. D. Bray, F.ASCE[5]; C. Cheung, M.ASCE[6]; D. Cobos-Roa[7];
L. Ehrensing, M.ASCE[8]; L. F. Harder Jr., M.ASCE[9]; J. M. Pestana, M.ASCE[10]; M. F. Riemer, M.ASCE[11];
J. D. Rogers, M.ASCE[12]; R. Storesund, M.ASCE[13]; X. Vera-Grunauer, M.ASCE[14]; and
J. Wartman, M.ASCE[15]

**Abstract:** The failure of the New Orleans regional flood protection systems, and the resultant catastrophic flooding of much of New Orleans during Hurricane Katrina, represents the most costly failure of an engineered system in U.S. history. This paper presents an overview of the principal events that unfolded in the central portion of the New Orleans metropolitan region during this hurricane, and addresses the levee failures and breaches that occurred along the east–west trending section of the shared Gulf Intracoastal Waterway/ Mississippi River Gulf Outlet channel, and along the Inner Harbor Navigation Channel, that affected the New Orleans East, the St. Bernard Parish, and the Lower Ninth Ward protected basins. The emphasis in this paper is on geotechnical lessons, and also broader lessons with regard to the design, implementation, operation, and maintenance of major flood protection systems. Significant lessons learned here in the central region include: (1) the need for regional-scale flood protection systems to perform as systems, with the various components meshing well together in a mutually complementary manner; (2) the importance of considering all potential failure modes in the engineering design and evaluation of these complex systems; and (3) the problems inherent in the construction of major regional systems over extended periods of multiple decades. These are important lessons, as they are applicable to other regional flood protection systems in other areas of the United States, and throughout much of the world.

**DOI:** 10.1061/(ASCE)1090-0241(2008)134:5(718)

**CE Database subject headings:** Louisiana; Hurricanes; Floods; Failures.

## Introduction

This paper is the second of a series of companion papers that together present a number of the principal results of an investigation of the performance of the New Orleans regional flood protection systems during and after Hurricane Katrina, which struck the New Orleans region on August 29, 2005. A more complete report on these studies by the Independent Levee Investigation Team (ILIT) can be found in ILIT (2006) and Seed et al. (private communication, 2008). This paper addresses events that unfolded in the central part of the devastated region, producing levee failures and breaches along the east–west trending combined Mississippi River Gulf Outlet (MRGO)/Gulf Intracoastal Waterway (GIWW) channel and along the Inner Harbor Navigation Channel (IHNC).

New Orleans is situated mainly between Lake Pontchartrain to the north, the Mississippi River to the south, and Lake Borgne, immediately to the east. Fig. 1 shows the three main protected "polders" or levee-protected basins of the New Orleans metropolitan area: (1) the New Orleans East protected basin; (2) the St.

[1]Professor of Civil and Environmental Engineering, Univ. of California, Berkeley, CA.
[2]Professor of Civil and Environmental Engineering, Univ. of California, Berkeley, CA.
[3]Doctoral Candidate, Dept. of Civil and Environmental Engineering, Univ. of California, Berkeley, CA.
[4]Senior Consultant, Ardaman & Associates, Inc., Baton Rouge and New Orleans, LA.
[5]Professor of Civil and Environmental Engineering, Univ. of California, Berkeley, CA.
[6]Engineer I, PB Americas Inc., San Francisco, CA.
[7]Engineer, URS Corp., Oakland, CA.
[8]Engineer, URS Corp., Oakland, CA.
[9]Senior Water Resources Technical Advisor, HDR Inc., Folsom, CA.
[10]Professor of Civil and Environmental Engineering, Univ. of California, Berkeley, CA.
[11]Professor of Civil and Environmental Engineering, Univ. of California, Berkeley, CA.
[12]Hasselmann Professor of Geological Engineering, Missouri Univ. of Science and Technology, Rolla, MO.
[13]Consulting Engineer, Rune Storesund, Albany, CA.
[14]Senior Project Engineer, CVA Consulting Group, Guayaquil, Ecuador.
[15]Associate Professor of Civil, Architectural and Environmental Engineering, Drexel Univ., PA.

Note. Discussion open until October 1, 2008. Separate discussions must be submitted for individual papers. To extend the closing date by one month, a written request must be filed with the ASCE Managing Editor. The manuscript for this paper was submitted for review and possible publication on April 23, 2007; approved on January 25, 2008. This paper is part of the *Journal of Geotechnical and Geoenvironmental Engineering*, Vol. 134, No. 5, May 1, 2008. ©ASCE, ISSN 1090-0241/ 2008/5-718–739/$25.00.



**Fig. 1.** Map schematically illustrating the lateral flow from Lake Borgne to the IHNC, and showing the locations of breaches and partial breaches in the IHNC region and vicinity

Bernard and Lower Ninth Ward protected basin; and (3) the main ("downtown") Orleans East Bank metropolitan basin. Fig. 1 also shows the locations of levee failures (breaches), partial breaches, and incipient failures that occurred in this region. The closed stars within circles in Fig. 1 show the locations of levee breaches and/or floodwall failures, and the open stars without circles show the locations of partial breaches and/or significant levee distress. The X's in Fig. 1 show the locations of deliberate "notches" in the levees that were created after the storm had passed to facilitate outward drainage of floodwaters from within the flooded basins.

## Phase Three: Storm Surge and Failures in the Central Region

The catastrophic flooding produced by Hurricane Katrina unfolded progressively in four main phases as the storm advanced. The first two phases were discussed in the preceding companion paper in this series (Seed et al. 2008a). These were: (1) the inundation of Plaquemines Parish (on the lower reaches of the Mississippi River south of St. Bernard Parish, just to the south of the map of Fig. 1); and then (2) the extensive erosional failures along the east flank of the regional flood protection system as the storm surge first inflated the waters of Lake Borgne and then the storm surge and wind-driven waves passed both over and through the Lake Borgne frontage levees (as indicated by dashed arrows in Fig. 1).

This paper discusses the third phase of the storm as the swollen waters of Lake Borgne were pushed westward along the east-west trending GIWW/MRGO channel. This combined channel forms a "T" intersection at its western end where it meets the north–south trending Inner Harbor Navigation Channel (IHNC). The south end of the IHNC is closed off by a navigational lock just to the south of Location "D" in Fig. 1 (providing controlled access to the main Mississippi River), so the storm surge flow from Lake Borgne into the IHNC raised the water levels within the IHNC and then flowed north into Lake Pontchartrain. This precipitated the third phase of the disaster, as numerous failures and breaches occurred along the banks of the GIWW/MRGO and IHNC channels.

Fig. 2 shows a hydrograph of water elevations produced at five locations within the IHNC waterway as the storm surge was pushed westward from Lake Borgne through both the GIWW/MRGO and IHNC channels (IPET 2007). The storm surge rose at a moderate pace until it reached an elevation of approximately +5 ft (MSL) at approximately 10:00 p.m. on August 28, then it rose more rapidly over the next 11 h to a maximum elevation of approximately +14 to +14.5 ft (MSL) at approximately 8:45 to 9:00 a.m., after which it subsided relatively quickly. The dip in the rising hydrograph at one of the stations (where Highway I-10 Bridge crosses the IHNC) and the partial dip in a second gauge (also adjacent to the I-10 Bridge) were caused by a localized temporary drawdown due to the occurrence of a breach in that vicinity at approximately 5:00 a.m. The Highway I-10 Bridge is located immediately north of the two breaches labeled as Points A and B in Fig. 1. These two breaches are the most likely candidates for the source of this localized drawdown, and they are associated with penetrations of a rail line through the levee perimeter on both sides of the IHNC. The localized and temporary drawdown did not appear to extend far from the I-10 bridge, and it is the gauge levels without dips, representing conditions farther to the



**Fig. 2.** Hydrographs showing measured (and photographed) water levels at gauge stations along the IHNC (IPET 2007, Vol. V)

south within the IHNC, that will be the principal basis for discussions in the sections that follow.

### Failures along the GIWW/MRGO and IHNC Channels

The surge through the GIWW/MRGO and IHNC channels produced numerous breaches and partial breaches along both of these waterways. The following sections discuss key features common to some of the most important types of failures, and then present a more detailed examination of two catastrophic failures that occurred at the west end of the Lower Ninth Ward.

### Failures at Transitions

A majority of the failures along these two waterways occurred at transitions between two separate sections of the flood protection system, usually built at separate times as independent projects. At least 21 failures (breaches) and 10 additional partial failures occurred at such transitions (ILIT 2006; IPET 2006, Vol. V; ERP 2007; Van Heerden et al. 2006).

Fig. 3 shows a straightforward example of a transition between a full height earthen levee embankment section adjoining a half-height earthen embankment section topped by a sheetpile-supported concrete I-wall (floodwall). The elevation of the top of the I-wall shown on the left of Fig. 3 is approximately 1 ft higher than the top of the adjoining full-height earthen levee section. It was observed that the sections with significant "structural components" (e.g., concrete floodwalls, concrete gate structures with steel floodgates) consistently had slightly higher top elevations than adjoining earthen embankment sections (Baumy, private communication, 2005; ILIT 2006). The two adjoining and well-performing sections (levee reaches) in Fig. 3 are connected by a transition section that consists of a simple sheetpile wall section. The height of the top of this sheetpile wall is lower than either of the two adjoining levee or levee/floodwall sections, and overtopping thus occurred preferentially at this low spot. This overtopping flow eroded (scoured) a trench behind the back side of the sheetpile wall, and the lateral force of the floodwaters then pushed back against the now inadequately laterally supported sheetpile wall and produced the failure shown.

Failures at such transitions were common in this area and in other areas as well (e.g., Plaquemines Parish). Sixteen of the approximately nineteen full breaches and partially developed breaches along the GIWW/MRGO and IHNC waterways occurred at transitions between two flood defense sections; usually where structural sections joined with earthen embankments (ILIT 2006). There is clearly a need to recognize that these are flood protection systems, and that individual segments and components should combine seamlessly into an overall defense that does not have localized points of weakness (ILIT 2006; ERP 2007). Similarly, there is a need to place additional emphasis on the engineer-



**Fig. 3.** An example of one of the numerous failures (breaches) that occurred at "transitions" between disparate, adjoining flood system elements. (From left to right: concrete floodwall, sheet pile wall, and earthen levee.)

ing design and construction of such transitions, as more than half of the approximately 53 breaches that occurred throughout the full region during this overall event occurred at transitions (ILIT 2006).

### Failures at Penetrations

One of the reasons for many of the transitions between differing types of adjoining flood protection system elements is penetrations, i.e., locations where a utility, pipe, roadway, rail line, or secondary navigable channel pass through the protective perimeter. This is often accomplished by means of gated concrete structures; or floodwalls with openings for rolling or hinged steel floodgates that can be closed during storm surges. These penetrations often pose an additional set of difficulties as they often represent locations where a collection of differing interests and differing authorities converge with overlapping responsibilities.

Seven of the failures and breaches, and six more of the partial failures, in this central region occurred at such penetrations/transitions, and there were at least nine additional failures at such penetrations/transitions at other locations throughout the overall region during this event (ILIT 2006; IPET 2007, Vol. V). Two of the most disappointing failures during Hurricane Katrina were the east bank and west bank crossings of the IHNC waterway by the CSX rail line (the two breaches indicated as Points $A$ and $B$ in Fig. 1). These same two sites had also failed previously during Hurricane Betsy in 1965, and so represented a failure to learn from that previous disaster.

The west bank crossing of the rail line (Point $A$ in Fig. 1) represents an excellent example of the difficulties associated with complex penetrations. Fig. 4(a) shows the main breach at the site of the penetration of the rail line across the crest of the levee on the west bank of the IHNC, immediately to the south of the Highway I-10 Bridge. This photograph is taken looking east toward the IHNC, and the elevated Highway I-10 Bridge can be seen in the top left of the photograph. The rail line is adjacent to the highway bridge at ground level at the left of the photograph, and the steel drawbridge for the rails is in the raised position in the upper center of the photograph. At the time of this photograph, the breach had been partially repaired, and the newly compacted fill in the immediate foreground is infilling part of the original breach.

This is a complex multiple penetration, with the Highway I-10 Bridge crossing over the federal levee system immediately to the north of the rail crossing (at the left of the photograph), the rail line crossing over the top of the earthen levee and then crossing over a steel drawbridge (which is in a raised position at the center of the photo), and a road passing over the crest of the levee immediately adjacent to the rail line (the partially destroyed asphalt pavement at the right of the photograph) to provide access to Port of New Orleans facilities on the outboard (water) side of the federal levees. At least five agencies and bodies have mutually overlapping interests and jurisdictions at this site: the U.S. Army Corps of Engineers (USACE), the local levee board, the State Highway Department, the rail line, and the Port of New Orleans. In the course of our investigation, we were unable to determine who, if anyone, was in overall charge at this location prior to Hurricane Katrina's arrival.

The main failure and breach at this site occurred as a result of adverse interaction between the rail line and the adjacent port access roadway. The low spot at this site with regard to passage of water was the base of the pervious gravel ballast beneath the railroad tracks. Flow through this ballast appears to have eroded





**Fig. 4.** (a) Breach at a complex "penetration" through the federal levee system at the west bank crossing of the IHNC waterway by the CSX rail line; (b) concrete floodgate structure at the west bank IHNC crossing of the CSX Rail line

the soils beneath the adjacent port roadway. These soils consisted of poorly compacted, and highly erodeable, lightweight shell sands as evidenced by the eroded detritus strewn back behind the breach and by the material still in place beneath the partially destroyed asphalt cement pavement section shown in the photograph of Fig. 4(a) (ILIT 2006). As discussed in a companion paper (Seed et al. 2008a), these lightweight shell sand mixes, comprised of small mollusk shells and fine sands, are highly erodeable and represent an intrinsic hazard, especially when they are not provided with slope face protection to prevent risk of erosion due to frontal wave attack and overtopping and internal cut-offs to prevent through-flow. Conversely, the main (federal) levee embankment section was built with superior materials (compacted clay), but the USACE did not appear to have control of the selection of fill immediately beneath the roadway section.

A second problem occurred just to the left of the photograph of Fig. 4(a), immediately to the left of the person in Fig. 4(a), where the rail line passes through a concrete gatewall with a rolling steel floodgate. This location is shown in Fig. 4(b), this time looking west (away from the IHNC). The rail line passes through a concrete gatewall structure, and the people in this image are standing in the center of the gateway. A rolling steel floodgate is supposed to close this opening, but the steel floodgate had been damaged by a minor rail accident several months prior to Hurricane Katrina's arrival and had been taken away for repairs. An emergency levee

crest section was erected across the opening in the concrete gate-wall using sandbags prior to Katrina's arrival, but it washed out during the storm, leaving another void in the perimeter defenses.

The lessons here are obvious, but they are also important. Penetrations are challenging both because they require transitions between different adjoining system elements and also because of overlapping interests and jurisdictions. If regional flood protection systems are to function safely and reliably, one organization should be in overall charge at such sites, and they must have sufficient authority to impose successful overall engineering solutions on behalf of public safety and the greater common good. Special attention should be paid to penetrations to ensure a reliable overall system of flood protection.

### Partially Developed Breaches

A large number of partially developed breaches occurred along the IHNC waterway, especially on the east bank of the IHNC at the west end of the New Orleans East protected basin. Most of these were erosional features where concrete floodwalls (often gatewalls for rolling steel floodgates) joined with earthen embankment sections. Erosion at the wall/embankment contacts, often at both ends of the gatewalls, was common. It should be noted that these partially developed breaches each began to erode and scour, but then the scouring stopped before a major breach could be fully eroded through the defenses. In our opinion, each of these partially developed breaches appeared to be capable of progressing to become a full breach, but they did not do so; in part because the New Orleans East protected basin was already infilling rapidly with floodwaters from numerous additional breaches at other locations, so that the inboard and outboard water levels had partially equilibrated before further scour occurred. Thus, most of these partially developed breaches were of little actual consequence in this disastrous event, but each might potentially have become features of greater significance if other, worse failures and breaches had not already occurred at other locations.

### Lower Ninth Ward

The two most significant breaches that occurred in the central region were located on the east bank of the IHNC, at the west end of the Lower Ninth Ward.

### North Breach on the IHNC at the Lower Ninth Ward

The first of these two breaches to occur was the north breach (at Location C in Fig. 1). Based on timing established by "stopped clocks" in the adjacent neighborhood and by an eyewitness, this breach occurred at approximately 5:30 a.m. (Van Heerden et al. 2006; IPET 2007, Vol. V; Consolidated Litigation 2008). The eyewitness saw the breach from a vantage point to the northwest and was looking across the waters of the IHNC, and hence he could not see what was occurring at the inboard (land) side of the levee and floodwall immediately prior to the breach.

Fig. 5 shows an aerial view of this feature. The levee runs from left to right across this photograph and the inboard side (landside) is at the bottom. This photograph was taken on October 5, 2006, and the interim outboard side repair embankment is nearing completion. The narrow, trench-like erosional channel through the breach has also been largely infilled at the time of this photograph. The toppled sheetpiles that had supported the concrete I-wall at this location can be seen just behind the nearly completed interim repair section. This was a relatively narrow feature, less than 90 ft in width, and unlike the more massive second failure that occurred approximately 3,000 ft to the south (as discussed in the section that follows) there was no evidence of sustained overtopping adjacent or near to this feature (ILIT 2006). The full depth of the breach feature was not determined prior to the commencement of emergency repairs.

Fig. 6(a) shows a cross section through this breach site, as modeled in the finite-element and limit equilibrium analyses. The cross section is based on two pre-Katrina borings located in close proximity to the breach performed for the original design studies, five borings and one CPTU probe performed by the IPET (2006) investigation, and two borings and one cone penetration test (CPTU) probe performed as part of our ILIT (2006) studies. Additional borings and CPT probes are available farther south along this frontage to further define stratigraphic units and their engineering properties.

As shown in this figure, the top of the concrete floodwall occurs at approximately Elev. +12.7 ft (MSL), and the steel sheet-pile curtain supporting the concrete I-wall is tipped with its base extending to approximately Elev. −8 ft (MSL). The embankment crest occurs at an elevation of approximately +7.5 ft (MSL), and the levee embankment itself consists primarily of moderately compacted reddish brown clay fill. The embankment is underlain by marsh/swamp clays of relatively high plasticity (CH). These clayey swamp materials are underlain by a stratum of variable marsh deposits ranging from approximately 9 to 12 ft in thickness. These highly variable materials include peat deposits and variably interlayered clays and silts. The upper portion of these marsh deposits is more fibrous and peaty, and these are called out separately in Fig. 6(a) as the "upper marsh" stratum. The peats within the lower portion of the marsh stratum are generally more decomposed, but consist of similarly intermixed layers and lenses of peats, silts, and clays. The marsh stratum is, in turn, underlain by a relatively deep 30 ft thick layer of soft, light gray lacustrine or interdistributary clays of relatively high plasticity (CH). These are underlain by older beach sands and clays (Rogers et al. 2008), which represent stronger and more competent soils relative to the weaker overlying soil strata, and these older soil units were not involved in the failure (ILIT 2006). Figs. 6(a and b) also show the relatively extensive dredged hydraulic fill placed at the outboard side of the levee to create additional land for facilities on the outboard (water) side; these facilities had been abandoned and removed in the years prior to the hurricane.

### Hypothesis No. 1: Underseepage-Induced Piping or Blowout

One of the potential types of failure modes examined at this site was underseepage-induced failure due to either (1) piping and erosion, or (2) hydraulic uplift/heaving (or "blowout") at the inboard toe. Transient flow analyses were performed using the finite-element program SEEP/W (Krahn 2004). Fig. 6(b) shows the finite-element mesh used for transient flow seepage analyses and Table 1 summarizes the parameters used to characterize the seepage characteristics of the critical strata. These parameters are based primarily on local experience and data from these soils, consideration of local practice, experience with similar soils in other regions, and engineering judgment. It was assumed in these analyses that the soils beneath the upper, compacted levee fill were saturated before the final relatively sharp rise in IHNC water levels began at about 10 p.m. on August 28, so that changes in pore pressure were essentially a pore pressure pulse, rather than requiring the passage of a large volume of water. The through-



**Fig. 5.** (Color) Aerial view of the north breach on the east bank of the IHNC, at the west end of the Lower Ninth Ward

passage of water pressures was further enhanced by the fact that the peaty marsh strata were partially capped by the less pervious overlying clayey swamp/marsh soils.

As shown in Fig. 6, the relatively short sheetpiles supporting the concrete floodwall along this frontage had been designed as cantilever support for the floodwall, and not as an underseepage cut-off, as it was assumed that the permeabilities of the foundation soils were sufficiently low that there would not be significant transmission of pore pressures beneath the floodwall during the relatively short duration of a hurricane-induced storm surge in the IHNC channel (USACE 1966). As a result, the sheetpiles did not extend deeply enough to cut off potential flow through the variably peaty upper marsh stratum.

The lateral (horizontal) hydraulic conductivity ($k_h$) of these peaty marsh deposits is thus a potentially critical issue here. The hydraulic conductivity of these layered marsh deposits is known to be highly anisotropic, and varies considerably as a function of composition, layering, and effective overburden stress. Unfortunately, it is the opinion of our investigation team that the "macro" scale seepage characteristics of these variably interbedded units cannot currently be satisfactorily characterized (at full field scale) with existing laboratory data. A parametric study was conducted, in which the $k_h$ values were varied from $10^{-3}$ to $10^{-6}$ cm/s (Table 1) to investigate: (1) the sensitivity of the calculated (time-dependent) propagation of underseepage-induced pore pressures to these variations; and (2) the ranges of $k_h$ that might prove critical for this site. Ranges of anisotropy of horizontal versus vertical hydraulic conductivities (i.e., $k_h/k_v$) of 10:1 to 50:1 were considered, but it was found that the horizontal conductivity was the dominant factor, and that variations in the anisotropy over this range had only a small effect on the results. The analyses reported in this paper use $k_h/k_v = 10:1$ for these marsh units (ILIT 2006).

These transient flow analyses modeled the progressive rise in storm surge levels over the 24 h preceding the failure. Fig. 6(c) shows a close-up view of calculated seepage exit gradients as they would have existed at approximately 5:30 a.m. (with a canal water level of Elev. +10.5 ft, MSL) if the representative lateral hydraulic conductivity of the peaty marsh stratum had been $k_h = 10^{-4}$ cm/s. This figure also shows the seepage gradient vectors; indicating that the principal passage of flow/pressure is through the marsh stratum, with high gradient vectors occurring around the base of the sheetpile curtain. For this particular scenario, exit gradients had become unsafe with regard to initiation of erosion and piping at an earlier stage of this analysis, with exiting gradients at and near to the inboard side levee toe reaching values greater than 0.6 (sufficient to begin piping for some of the lightweight soils in the toe region) as early as 4:30 to 5:00 a.m. In addition, the pore pressures beneath the thin surficial clay stratum



**Fig. 6.** (a) Cross section for analysis of the north breach, IHNC at the west end of the Lower Ninth Ward; (b) finite-element mesh for analysis of the north breach, IHNC at the west end of the Lower Ninth Ward; and (c) transient flow seepage analysis results showing equipotential lines (1 ft contours), seepage flow vectors, and exit gradients at 5:30 a.m., based on a lateral coefficient of permeability of the upper marsh strata of $k_h = 10^{-4}$ cm/s

**Table 1.** Principal Shear Strength and Permeability Parameters for the IHNC Breaches at the West End of the Lower Ninth Ward

| Stratum name | $\gamma_{unsat}$ (lb/ft$^3$) | $\gamma_{sat}$ (lb/ft$^3$) | $K_h$ (cm/s) | $K_v$ (cm/s) | Undrained shearing | Drained shearing | | OCR[a] |
|---|---|---|---|---|---|---|---|---|
| Compacted fill (ML) | 115 | 115 | $10^{-6}$ | $10^{-7}$ | $c = 900$ lb/ft$^2$  $\varnothing = 0$ | — | — | — |
| Swamp/marsh clay (CH) | N/A | 95 | $10^{-6}$ | $10^{-7}$ | | — | — | Varies |
| Peaty Marsh | N/A | 80 | Varies[b] | Varies[b] | $(S_u/\sigma_v')_{NC,DSS} \approx 0.24$, and $\lambda \approx 0.78$ | $c' = 0$ | $\varnothing' = 36°$ | Varies |
| Silt and mixed organics | N/A | 85 | $10^{-5}$ | $10^{-6}$ | $(S_u/\sigma_v')_{NC,DSS} \approx 0.22$, and $\lambda \approx 0.8$ | — | — | 2 |
| Soft gray clay (bay sound) | N/A | 105 | $10^{-6}$ | $10^{-7}$ | $(S_u/\sigma_v')_{NC,DSS} \approx 0.24$, and $\lambda \approx 0.78$ | — | — | Varies |

[a]OCR varies laterally across the domain as a function of overburden stress, and also varies over depth within these deposits.
[b]The horizontal permeabilities of the marsh deposits were varied over a range of $K_h = 10^{-3} - 10^{-6}$ cm/s in these studies, and vertical permeabilities were modeled as being between 10 and 20 times higher than horizontal permeabilities. For these finite-element analyses, the marsh permeabilities and canal water elevations were adjusted to provide pore pressures beneath the inboard levee toe approximately equal to those calculated in the transient seepage analyses performed separately by the finite-difference method.

immediately to the inboard (landside) of the levee toe also became potentially unsafe with regard to hydrostatic uplift (heave) of the less pervious soils overlying the marsh stratum at approximately that same point in time, so that hydraulic uplift (or "blowout") at the toe was likely to have been the first manifestation of this progressively evolving uplift/piping erosional failure mode.

The expected timing of the resultant failure is difficult to ascertain based on analyses of this type, as the rate at which piping erosion would then progress to full failure is difficult to predict. However, it is expected that the erosional piping would progress very rapidly back through the lightweight and highly erodeable marsh deposits, undermining the overlying strata and eventually the levee embankment. At some point, lateral stability failures of the retreating toe section would have occurred and further exacerbated this process. Although precise timing for this progression to failure cannot be established from these types of analyses, it is clear that they indicate the potential for underseepage-induced erosional (and/or uplift) failure as early as about 5:00 a.m. By varying $k_h$ of the marsh strata, we found that values greater than $10^{-5}$ cm/s are sufficient to produce unsafe exit gradients and also potential uplift pressures at the inboard toe at times between 4:30 and 5:30 a.m., corresponding well with the observed approximate time of failure. For values of $k_h \leq 5 \times 10^{-6}$ cm/s, unsafe exit gradients and unsafe uplift pressures do not develop at the inboard toe region until later points in time.

These analyses thus strongly suggest the possibility that the mechanism of failure at this site may have been underseepage-induced erosion and piping, possibly exacerbated by hydraulic uplift at the inboard levee toe, but only if the lateral hydraulic conductivity ($k_h$) of the variable marsh stratum was greater than $10^{-5}$ cm/s.

**Hydraulic Conductivity of the Marsh Strata.** The hydraulic conductivities of these marsh strata decrease with effective overburden stress, and locally available data for samples of similar marsh deposits in the region obtained from borings and tested in the laboratory show hydraulic conductivity ranges on the order of $k_v \approx 10^{-6}$ to $10^{-7}$ cm/s for marsh deposits in this region under significant overburden pressures (i.e., beneath the centerline of the levee embankment) (Boutwell, private communication, 2006). The few laboratory test data available show (1) similar trends with effective overburden stress; and (2) higher $k_h$ values at the same overburden stresses (i.e., $k_h/k_v \gg 1$). This finding is supported by data regarding $k_v$ and $k_h$ values for similar, peaty marsh deposits from other regions (e.g., Bear 1972; Shepard 1989; Bell 2000; Bechwith et al. 2002, 2003; Hogan et al. 2006; Mesri and Ajlouni 2007; URS Corp. 2007). These studies indicate that the lateral hydraulic conductivity of peaty soils generally varies over a range of $10^{-2}$ to $10^{-7}$ cm/s, with the higher values corresponding to peats at lower effective overburden stresses. Anisotropy is very pronounced, with $k_h$ values generally significantly higher than $k_v$ values.

It is our view that individual (small scale) samples obtained from borings and then tested would serve poorly to characterize the overall lateral permeabilities of the variably interlayered deposits at this site. Support for this included two historic, field-scale observations: (1) There is a well-established history of seepage problems along this frontage prior to Katrina (Consolidated Litigation 2008) involving accumulation of water during episodic (lesser) high water events, and (2) records indicate that an experienced contractor attempted but was unable to successfully dewater an excavation for construction of new pumping facilities immediately north of the north breach; this was attributed to unexpectedly high conductivity through the peaty marsh strata (Consolidated Litigation 2008). Moreover, Team Louisiana, the first investigation team to reach this site after the hurricane reported observing several apparent boils inboard of the levee toe, just to the south of the north breach. Finally, as discussed later in this paper, an underseepage-induced crevasse splay (erosional feature) occurred at the location of the massive south breach, and under very low reverse flow gradients as the last of the floodwaters drained back into the IHNC beneath the interim repair section at that site.

Overall, it was the judgment of our investigation team that $k_h$ values of the peaty marsh stratum may well have been as high as $10^{-4}$–$10^{-5}$ cm/s, at least at localized sections along this frontage.

**Hydraulic Conductivity of the Outboard Side Hydraulic Fill.** An additional question relating to the feasibility of underseepage as a potential failure mechanism at this breach site is the question of the hydraulic conductivity of the hydraulic fill that had been placed at the outboard side of the levee section to create land for outboard side facilities, as shown in Fig. 6(b). If these fill soils were consistently of low permeability, then they would have acted as an outboard side impervious blanket and would have largely eliminated any possibility of significant underpassage of pore pressures and flow beneath the levee during the storm surge.

These outboard side fill materials are poorly characterized, and we were unable to obtain citable data regarding these as they are currently an issue of contention in the ongoing civil litigation regarding this site (Consolidated Litigation 2008). This fill was dredged from the base of the IHNC and then placed hydraulically, but we have been unable to obtain documentation suggestive of good control of materials during this process. Both clays and sands would have been available, depending on the depths from which these soils were dredged. IPET performed several borings in this outboard side hydraulic fill, and reported that it was primarily clayey material at those locations. Visual observations and manual classification of portions of this material accessible after the hurricane by our own investigation team showed the material to contain significant sandy zones at those points that we could access (near to the outboard side levee toes along this frontage).

Evidence and documentation now coming to light as part of the ongoing litigation show that a number of holes were excavated in this hydraulic fill during removal (and environmental cleanup) of the outboard side structures and facilities several years before Hurricane Katrina's arrival. One of the most noteworthy examples is a large hole where a railroad tanker car had been buried within the original hydraulic fill to serve as a fuel tank for the outboard side facilities. This tanker had been located closely outside of the large breach that occurred approximately 3,000 ft further to the south that is the focus of the latter portion of this paper (near to the north end of that breach, within the breach frontage). The hole formed by excavation to remove that tanker appears to have been infilled with pervious gravelly and sandy soils. In addition, the adverse history of seepage problems along this frontage would also suggest that the outboard side hydraulic fill does not appear likely to function consistently as an impervious blanket. Accordingly, relatively unimpeded flow through this fill (at least local to the two breaches) was modeled in our analyses.

### Hypothesis No. 2: Deep, Semirotational Stability Failure through the Soft Foundation Clays

The second potential failure mechanism investigated at this site was a semirotational lateral stability failure, with a basal shear

surface passing primarily through the soft gray clays underlying the upper marsh deposits. This failure mechanism was also investigated by the IPET investigation; however, the approaches taken to characterize the shear strength characteristics of the deep layer of soft gray clays by the investigation teams differed in several ways including: (1) weighting of available laboratory (UU-TX) versus field test (CPTU) data; (2) procedures for addressing the effects of variations in effective overburden stresses at various locations at and near to the inboard side levee toe; and (3) our investigation found the clay stratum to be significantly overconsolidated at its top (apparently due to desiccation) and moderately overconsolidated near its base, while the IPET interpretation considered the unit to be normally consolidated throughout.

Seed et al. (2008c) presents a detailed explanation of the processes used for derivation of shear strengths for these types of clay and marsh strata at a site with very similar stratigraphy. In summary, our approach recognized the problems and uncertainties associated with use of UU-TX data for these types of soils, and so concentrated initially on the use primarily of CPTU data. Site-specific and material-specific CPT tip factors ($N_{kt}$) were developed for evaluation of undrained shear strengths for this clay unit, and the available CPT data (from the four profiles within closest proximity to the failure location) were then used to perform an inverse (SHANSEP-type) regression as suggested by Pestana to simultaneously develop estimates of the vertical profiles of overconsolidation ratio (OCR) and undrained shear strength ($s_u$) versus depth at various locations (ILIT 2006). Good agreement was found between these and apparent profiles of $s_u$ versus depth at various locations based on the conjugate UU-TX data available from both the pre-Katrina investigations and the various post-Katrina investigations as well as with data from other sites with similar materials (ILIT 2006).

Beneath the levee crest, where the effective overburden stresses were greatest due to the thick levee fill, the clay stratum was found by our approach to be nearly normally consolidated over most of its depth. However, the soil shear strengths beneath the inboard side levee toe, and further inboard (beneath the free-field), are most critical for this potential failure mode. In this critical region we found the clay stratum to have a significant overconsolidation profile near the top (representative of a desiccation profile due to periodic exposure during the progressive geologic accretion of sediments at this site), and the clay stratum was also found to be moderately overconsolidated near its base; probably due to aging and secondary compression of the older soils near the bottom of the relatively thick stratum (ILIT 2006). This profile was similar to the profile of the similar soft gray clay deposit at the 17th Street Canal breach site (Seed et al. 2008c).

Our modeled ratio of $s_u/\sigma_v'$ reflects the application of a number of empirical adjustments to account for anisotropy and the direct simple shear (DSS) conditions that would dominate this mode, and also for the sensitivity of these clays (ILIT 2006). Specifically, we derived a ratio of $(s_u/\sigma_v')_{NC,TX} \approx 0.31$ for normally consolidated material under triaxial conditions, after which we applied a set of empirical modifications for (1) stress path and anisotropy; and (2) sensitivity to develop an estimated ratio of $(s_u/\sigma_v')_{NC,DSS} \approx 0.24$ for the direct simple shear conditions dominant for this potential failure mode at this site. These empirical adjustments were similar to those applied by the IPET investigation. A SHANSEP coefficient of $m \approx 0.78$ was used to define the variation of $(s_u/\sigma_v')_{DSS}$ as a function of overconsolidation ratio (OCR). These values of $(s_u/\sigma_v')_{NC,DSS}$ and $m$ were found to be in excellent agreement with data for similar materials compiled by



**Fig. 7.** ILIT model for shear strengths beneath the inboard side levee toe; north breach, IHNC at the west end of the Lower Ninth Ward (adapted from IPET 2007, Vol. V)

Ladd and DeGroot (2003), and also with the results from similar deposits at other key sites in the New Orleans region.

The heavy black line in Fig. 7 shows a profile of $(s_u/\sigma_v')_{DSS}$ used at a lateral location directly beneath the contact of the inboard side levee toe and the nearly horizontal adjacent ground surface within this critical clay stratum in our own studies [these profiles continued to vary somewhat further beneath the levee, and further toward the inboard (free field) side, as a function of varying overburden stresses]. The heavy dashed line in Fig. 7 shows the profile of $s_u$ versus depth determined by our studies (prior to adjustments for DSS shear conditions); this increases linearly versus depth in the middepth region where the clays are normally consolidated, but this profile shows higher strengths at the top and bottom of this clay stratum representing the variable OCR profiles in these zones. This strength profile is in good agreement with the available UU-TX data. The heavy solid line then shows the final profile of $s_u$ versus depth, after empirical adjustments (reductions), that was actually used for the limit equilibrium stability analyses performed (and also for finite-element analyses as well). The adjacent linear trend, showing strength increasing linearly versus depth, was the alternate interpreted strength profile used in the corresponding IPET (2006) analyses.

Our characterizations of shear strengths in the marsh strata and in the overlying marsh/swamp strata also depended heavily on the use of CPTU data, and cross correlations with available empirical

relationships for similar soils at other locations. Once again, we performed an inverse SHANSEP-based regression of the available data, and concluded that these two upper units (the marsh and the overlying marsh/swamp clays) both exhibited classic overconsolidation profiles typical of "stands" during the progressive accretion of these deposits. Fig. 7 shows our strength model (at a location directly below the termination of the inboard side levee toe) for these units. These clearly show our interpretation regarding a classic pair of desiccation profiles in both units, and also the somewhat lower strengths (the vertical lines in these two strata in Fig. 7) used in the IPET analyses.

Table 2 summarizes the shear strength parameters used in limit equilibrium analyses of this potential semirotational failure mode by our studies. It is noted that both the IPET and ILIT used similar properties to characterize the strengths of the engineered levee embankment fill, based on the limited UU-TX data available, and that these do not significantly affect the results of the stability analyses as the embankment would have largely displaced monolithically atop a shear failure surface dominated by the underlying soft clays in this hypothetical potential failure mode.

Both investigation teams performed limit equilibrium analyses to assess the factor of safety (FS) for a potential semirotational failure through these soft gray clays, and both assumed the formation of a water-filled gap on the outboard side of the sheetpiles/I-wall, between the sheetpiles and the soils, and applied full pore pressures laterally against the sheetpiles/I-wall to push the inboard side of the levee embankment section toward the inboard (land) side. Our analyses were performed using Spencer's method (1967), with the computer program SLOPE/W (Krahn 2004), and the results for the critical surface were cross-checked both by hand and using the program UTEXAS4 (Wright 1999).

Fig. 8 shows the most critical potential failure surface found by our analyses for this potential deep, semirotational failure mode, and for an IHNC water level of Elev. +10.5 ft (MSL); the conditions present at approximately 5:30 a.m. when the actual failure occurred. The critical failure surface shown in Fig. 8 is similar to the most critical failure surface found by the IPET studies (IPET 2007). Although both studies found similar geometries for the most critical potential failure surface, the calculated levels of stability differed somewhat between the two investigations. Our characterization of strengths within the soft gray clays and overlying marsh and swamp strata, including the additional strength due to the overconsolidation profiles found within these strata, resulted in a somewhat higher calculated FS values when compared to the IPET findings. We computed the factor of safety for the most critical failure surface of Fig. 8 to be approximately $FS = 1.18$, for a canal water level of $+10.5$ ft, whereas IPET found the FS to be 1.03 for that same canal water level.

In addition, we note that these are two-dimensional plane strain analyses, and that they likely significantly underestimate the actual three-dimensional (3D) factor of safety due to the unusually narrow and deep shape of the actual field failure (low aspect ratio) and the cohesive strength that would have been mobilized along the sides of this narrow feature. Our best estimate of the actual factor of safety is therefore approximately 5–10% higher, in order to account for these 3D effects, resulting in a best-estimated overall $FS \approx 1.24-1.30$. This represents an apparently stable condition, but we acknowledge that uncertainties might still have permitted the occurrence of such a deep rotational failure at this IHNC water level. Nevertheless, even if we consider only the two-dimensional FS of 1.18 for the critical failure

Table 2. Summary of Soil Model Parameters Used in PLAXIS Analyses for the IHNC South Breach (East Bank)

| Stratum name | PLAXIS soil model | Shearing type[a] | $\gamma_{unsat}$ (pcf) | $\gamma_{sat}$ (pcf) | $k_h$ (ft/day) | $k_v$ (ft/day) | $\nu$ | $E_{ref}$ (psf) | $c_{ref}$ (psf) | $\varphi'$ (deg) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Compacted fill (ML) | Mohr Coulomb | Undrained | N/A | 115 | 0.0028 | 0.00028 | 0.35 | 234,000 | 900 | 0.001 | | |

| Stratum name | PLAXIS soil model | Shearing type | $\gamma_{unsat}$ (pcf) | $\gamma_{sat}$ (pcf) | $k_h$ (ft/day) | $k_v$ (ft/day) | $\lambda^*$ | $\kappa^*$ | $\nu_{ur}$ | $M$ | $Ko_{nc}$ | $c_{ref}$ (psf) | $\varphi'$ (deg) at $p_{ref}^d$ | OCR[b] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fat clay (CH) | Soft soil | Undrained | N/A | 95 | 0.00028 | 0.00028 | 0.17 | 0.03 | 0.15 | 1.24 | 0.63 | 0.001 | 22 | varies |
| Marsh | Soft soil | Undrained | N/A | 80 | Varies[c] | Varies[c] | 0.21 | 0.033 | 0.15 | 1.9 | 0.6 | 0.001 | 36 | varies |
| Silt | Soft soil | Undrained | N/A | 85 | 0.03 | 0.003 | 0.1 | 0.02 | 0.15 | 1.27 | 0.61 | 0.001 | 23 | 2 |

| Stratum name | PLAXIS soil model | Shearing type | $\gamma_{unsat}$ (pcf) | $\gamma_{sat}$ (pcf) | $k_h$ (ft/day) | $k_v$ (ft/day) | $\nu$ | $E_{ref}$ (psf) | $c_{ref}$ (psf) | $\varphi'$ (deg) |
|---|---|---|---|---|---|---|---|---|---|---|
| Soft gray clay (bay sound) | Mohr Coulomb | Undrained | N/A | 105 | 0.0028 | 0.00028 | 0.3 | 1,000,000 | 800 | 0.001 |

[a]These soils were modeled as "drained" during consolidation under the embankment fill loads, but were then modeled as "undrained" during the short-duration loading represented by the rapid storm surge rise within the canal.
[b]OCR varies laterally across the domain as a function of overburden stress, and also varies over depth within these deposits.
[c]The horizontal permeabilities of the marsh deposits were varied over a range of $K_h = 10^{-3} - 10^{-6}$ cm/s in these studies, and vertical permeabilities were modeled as being between 10 and 20 times higher than horizontal permeabilities. For these finite-element analyses, the marsh permeabilities and canal water elevations were adjusted to provide pore pressures beneath the inboard levee toe approximately equal to those calculated in the transient seepage analyses performed separately by the finite difference method.
[d]Friction angle for soft soil model defined at $p_{ref} = 1$ atm.