# EXHIBIT 26
# Part 2




Fig. 8. Calculated minimum factor of safety for deep, semirotational failure at the north breach, IHNC at the west end of the Lower Ninth Ward with surge height at Elev. +10.5 ft (MSL)

surface for this mechanism, we judge this to be less likely than the underseepage and piping mode of Hypothesis No. 1.

More important, it should be noted that the deep rotational mode of failure *would* have become more critical if the levee and I-wall section had remained in place until the IHNC water level reached its eventual peak within the IHNC at an elevation of approximately +14 ft, MSL. Our analyses indicate marginal stability (FS ~ 1) for this failure mode at that higher water stage.

### Hypothesis No. 3: Translational Stability Failure due to Underseepage-Induced Strength Reductions

The third potential failure mechanism studied was a potential lateral translational instability, with shearing largely within the "marsh" due to the combined effects of: (1) lateral water pressures acting against the face of the sheetpiles/I-wall; and (2) reduction in shear strengths at the top of the marsh stratum due to underseepage-induced increases in pore pressures (and resulting decreases in effective stress) at this location.

A detailed study and analysis of exactly this mode of potential failure is presented in the next section of this paper for the massive second breach that occurred approximately 3,000 ft to the south (the South Breach), and to save space readers are referred to that section (which had very similar soils and stratigraphy) for details of this type of analysis. The important findings here were: (1) At each IHNC water level, and for each assumed value of $k_h$, the potential failure mode of Hypothesis No. 1 (underseepage-induced piping and/or uplift and blowout) as discussed previously provided a more critical situation (lower FS), and (2) the analyses of this mode (underseepage-induced lateral translational instability) produced FS = 1.11, 1.20, and 1.34 for canal water elevations of +10.5 ft, MSL (the conditions at 5:30 a.m. when the breach occurred) when coupled with values of $k_h = 10^{-3}$, $10^{-4}$, and $10^{-5}$ cm/s, respectively.

Based on these analyses, it was concluded that this potential failure mode could not be fully excluded, but that (like the mode of Hypothesis No. 2) it was a less likely mode than the underseepage-induced erosional failure of Hypothesis No. 1. Similarly, once again this potential failure mode would have represented a more critical condition if the section had remained in place for another 3 h (until the peak rise in the IHNC to Elev. +14 ft, MSL at approximately 8:45 a.m.), by which time factors of safety of less than 1.0 would have occurred for this mode for all values of $k_h \geq 10^{-5}$ cm/s.

**Summary of the Prevailing Failure Mechanism.** As described in the preceding sections, it was our investigation's conclusion that three potentially feasible failure mechanisms were present and operating at this site, rendering the determination as to which mechanism occurred first and actually caused the failure to be somewhat challenging. The analyses presented would slightly favor the mechanism of Hypothesis No. 1 (underseepage-induced failure due to piping, likely exacerbated by initial uplift and blowout at the toe), but these are not fully conclusive, due in large part to uncertainties associated with $k_h$ of the variable marsh strata. In the end, it is the confluence of these analyses, and the actual field observations, that should jointly form the basis for assessment of the most likely failure mechanism.

The mechanism of underseepage-induced uplift and erosional piping failure best fits the narrow geometry of the observed failure (and closely matches the similarly narrow geometry of the failure near the south end of the London Avenue Drainage Canal, which was also judged most likely to be an underseepage-induced piping failure; Seed et al. 2008b; IPET 2007). The available field information and local observations regarding apparent permeability characteristics and the local history of underseepage problems prior to Katrina also lend support for this mechanism. In addition, the other two potential mechanisms considered show higher (and apparently stable) FS values at the time (and water elevation) at which this failure occurred.

An underseepage-induced failure would require the flow (or at least the pore water pressure) to defeat the apparent waterside blanket represented by the hydraulically placed fill at that location. Given the variable apparent nature of that fill, its relatively poor documentation, voids apparently introduced during removal of structures and facilities prior to Katrina, and the history of seepage problems along this frontage, it appears likely that the outboard side hydraulic fill was not fully effective in preventing underseepage along this full frontage.

Some debate and differences of opinion continue to persist within our investigation team, but the majority consensus is that underseepage-induced failure and piping (likely exacerbated by hydraulic uplift), likely also exacerbated by localized evolution of lateral instability as the toe geometry progressively degraded, represents the most promising overall candidate mode, and that the other two modes (lateral semirotational instability failure through



**Fig. 9.** (Color) Oblique view of the (south) levee breach at the Inner Harbor Navigation Canal into the lower Ninth Ward

the top of the soft gray clays, and lateral translational/semirotational instability due to underseepage-induced strength loss) cannot be fully discounted.

### South Breach on the IHNC at the Lower Ninth Ward

As shown in Fig. 1 (Location D), a second massive failure and breach occurred approximately 3,000 ft to the south of the breach discussed in the previous section. This was one of the largest and best-known failures to occur during Hurricane Katrina. This breach occurred at approximately 8:30 a.m., with the water level in the adjacent IHNC at approximately +14 to +14.5 ft (MSL).

Fig. 9 shows an oblique aerial view of this south breach, which was approximately 950 ft in length. A large barge was washed in through this very long feature, and is visible in this photograph near to the top of the image (just inboard of the south end of the breach). The toppled and displaced sheetpile wall is also clearly visible; the sheetpiles remained interlocked throughout the severe inflow and scour caused by the breach, and the sheetpile curtain (although stretched and extended to a length of approximately 1,300 ft as the flanges were stretched and straightened out) is still contiguous over its full length. The concrete floodwall atop the sheetpiles could not match this level of extensile ductility so most of the concrete I-wall panels spalled off of the top of the sheetpile curtain during this failure.

As shown in the left half of the photograph of Fig. 9, the inboard side community was devastated by the heavy rush of water through this breach; the homes of the first several blocks have been stripped from their foundations and scattered across the community. At the time of this photograph (September 30, 2006), the initial interim closure embankment on the outboard side of the large breach had been largely completed (the lighter colored new embankment section in the right-center of the photograph).

The first question to answer was whether the barge caused the breach or was it drawn in through a breach that was already open. Fig. 10 shows a close-up view of the top of the concrete floodwall at the south end of the breach. The concrete floodwall along the top of the sheetpile curtain across the full rest of the width of this large breach was largely spalled off of the tops of the sheetpiles in extension as the sheetpiles were pulled by extensile/tensile forces. The south end of the breach (Fig. 10) was the only location where the concrete floodwall was crushed by compressive impact. In addition, a large dent on the left side of the barge, near the bow, and a scrape on its base at that location, appeared to correlate well



**Fig. 10.** Close-up view of crushed (impacted) concrete floodwall at the south end of the south breach at the east bank of the IHNC at the west end of the Lower Ninth Ward

with the south end impact site shown in Fig. 10. Finally, as described later, geo-forensic studies performed as part of our investigation show that this section would have been expected to fail without barge impact. It was concluded by this investigation that the barge was most likely drawn in through a breach that was already open, and that it impacted at the extreme south end of the breach as it passed inland through the (already open) breach.

Fig. 11 shows a trench behind the concrete floodwall at the south end of the breach. This photograph is taken looking north, and the large barge can be seen in the background of this image. As canal waters overtopped and passed over the top of the floodwall, they eroded this trench, reducing the lateral support for the floodwall and its supporting piles. The IPET investigation (IPET 2007, Vol. V) concluded that this directly caused the failure, as the raised waters in the canal pushed the then insufficiently laterally braced wall sideways toward the inboard (protected) side.

Fig. 12 shows a cross section through the breach section. The top of the concrete floodwall at this location is at approximately Elev. +12.7 ft (MSL). The foundation stratigraphy at this section



**Fig. 11.** Eroded trench at the rear (inboard) side of the floodwall at the south end of the south breach at the east bank of the IHNC at the west end of the Lower Ninth Ward

is similar to that of the north breach discussed previously in this paper. The clayey levee embankment sits atop primarily gray swamp/marsh clays (CH) with occasional plastic silt strata, but there are two significant marsh deposits in the upper foundation as well. As shown in Fig. 12, the sheetpile curtain supporting the concrete floodwall is again very short, with its base at Elev. −8 ft (MSL), and fails to cut off flow through the second (main) marsh layer. As with the nearly adjacent north breach, the marsh layer is a variably interbedded layer of organic silts, clays, and peats. The $k_h$ of this ensemble is variable, and there is a well-established history of underseepage problems along this overall levee frontage (ILIT 2006; Van Heerden et al. 2006; Consolidated Litigation 2008).

Transient flow analyses showed that the rising storm surge in the canal was likely able to be at least partially transmitted to foundation soils beneath the inboard side levee toe. The storm surge rose slowly at first, cycling with tides over the several days preceding the storm's arrival, and then the rate of water level rise increased as the eye of the storm approached more closely, raising water levels from Elev. +4.5 ft to their full peak at approximately Elev. +14 to +14.5 ft (MSL) over a 15 h period, and overtopping the concrete floodwall by a bit more than a foot. Finite-element analyses were performed, again using the program SEEP-W, to model the progressive rise in IHNC water levels shown in Fig. 2. Properties for the key strata were modeled in the same manner as was discussed previously for the nearby north breach and are summarized in Table 1.

Fig. 13(a) shows equipotential contours (contoured in 1 ft increments of head) and seepage vectors for transient flow analyses of conditions just as the canal water levels reached Elev. +14 ft (MSL) at approximately 8:30 a.m. Once again the marsh stratum was assumed to be initially saturated prior to the final rise in storm surge level. The equipotential contours shown in Fig. 13(a) are those calculated based on an assumed value of $k_h = 10^{-4}$ cm/s for the marsh stratum. Fig. 13(b) shows pore pressures calculated at the top of the marsh stratum, directly beneath the inboard side levee toe [directly beneath Point $D$ in Fig. 13(a)] based on transient flow analyses modeling the time series of storm surge rise (see Fig. 2), and using a range for the marsh stratum of $k_h = 10^{-3} - 10^{-6}$ cm/s. The fully developed steady state seepage pore pressure at this location (at the top of the marsh stratum, directly beneath Location D) would have been 1,080 lb/ft$^2$ if the maximum canal water level of Elev. +14 ft (MSL) had remained in place long enough as to permit the establishment of steady state flow conditions.

Fig. 13(b) shows porewater pressures calculated over the last 4 h before the surge peaked at about 8:45 a.m. As shown in this figure, the fraction of the steady state pore pressure that actually accrues at this location is affected by the $k_h$ of the marsh stratum. For values of $k_h = 10^{-3}$, $10^{-4}$, $10^{-5}$, and $10^{-6}$ cm/s, the fraction of the full steady state pore pressure achieved by transient flow at this location would have been on the order of 92, 84, 78, and 73% of the steady state pore pressures, respectively. This overstates the degree of pore pressure transmission due to the transient rise in canal water level, however, as the pore pressures shown in Fig. 13(b) also include the initial pore pressure present at this location prior to the final storm surge rise. Subtracting out the initial pore pressure as it existed approximately 24 h before the final storm surge rise, the fraction of the steady state pore pressure change (due to storm surge rise) transferred to the top of the marsh beneath Point $D$ was calculated to be on the order of 83, 61, 49, and 38% for values of $k_h = 10^{-3}$, $10^{-4}$, $10^{-5}$, and $10^{-6}$ cm/s, respectively.




**Fig. 12.** Cross section through the large south breach on the east bank of the IHNC, at the west end of the Lower Ninth Ward

It should also be noted that the pore pressures shown in Fig. 13(b) correspond to the gapped case, wherein it is assumed that a gap opens between the sheetpiles and the levee embankment soils on the waterside as the canal water reaches an elevation of approximately +10 to +11 ft (MSL), as such gapping was suggested by finite-element analyses performed to model the behavior of this section (ILIT 2006). The effect of this opening of a gap, in part, was to permit direct entry of high water pressures at the base of the sheetpile curtain during the later stages of the storm surge rise, and this also adds a bit to the calculated overall pore pressure rise beneath the inboard side of the levee embankment.

Exit gradients at the toe were calculated to be marginally unstable with respect to initiation of erosion and piping at this stage by approximately 8:30 a.m. for conditions corresponding to $k_h \approx 10^{-4}$ cm/s or greater, and hydrostatic forces on the upper clay veneer (overlying the main marsh layer) at the toe region were also marginally unstable with regard to potential hydrostatic uplift for those same conditions. Accordingly, it is possible that initial piping was initiated, but if so it is not likely that it had time to progress much. An important difference between the section at the north breach described earlier, and this south breach, occurs at the inboard side toes of the two sections. The ground surface elevation declines slightly, as one moves progressively north along the landside toes of this overall levee frontage, and there is also a thin fillet of fill at the inboard side of the south breach section. As a result, the relatively impervious cover over the pervious marsh stratum provided by the upper marsh clays was very thin at the north breach (as thin as approximately 3 ft in thickness), whereas the cover provided by the swamp/marsh clays and the fillet of fill over the more pervious marsh stratum at the inboard toe of the south breach section was on the order of 6–8 ft in thickness. Accordingly, potential uplift instability would have developed later in time at this south breach section.

As with the north breach, it was necessary to investigate several competing failure modes at this south breach site.

### Hypothesis No. 1: Potential Underseepage-Induced Lateral Translational Instability

Both limit equilibrium analyses and finite-element analyses were performed to study this, and the results were in excellent agreement; generally within 10% or less of each other at the same water stages and with the same modeling of underseepage-induced pore pressure development at the later stages of the storm surge rise (ILIT 2006).

The conventional limit equilibrium stability analyses were performed using the program SLOPE-W in conjunction with SEEP-W, which was used to perform the necessary transient flow seepage analyses. The coupling of these programs permits the pore pressures (and seepage gradients) from any stage of the time-dependent transient seepage analyses to be imported into SLOPE-W for use in the limit equilibrium stability analyses. In these coupled seepage/limit equilibrium analyses, it was assumed




**Fig. 13.** (a) Equipotential contours at the time when canal water levels reached Elev. +14 ft (MSL). Contours are at 1 ft intervals; (b) pore pressure versus time at the top of the marsh stratum directly beneath Location D of Fig. 13(a), as a function of the lateral permeability of the marsh stratum.

that a water-filled gap formed at the outboard side of the sheetpiles/I-wall during the later stages of the storm surge rise, to the full depth of the sheetpile curtain, and lateral water forces were applied against the sheetpile curtain and I-wall over this full depth for the stability analyses.

Similar analyses were performed using the finite-element program PLAXIS (Brinkgreve 2007) to simultaneously model seepage forces, pore pressures, and resulting deformations and displacements. In these finite-element analyses, the shear strength reduction (SSR) method (e.g., Dawson et al. 1999; Griffith and Lane 1999) was used to evaluate the overall factor of safety with respect to lateral translational stability failure at various stages, and for various underseepage/permeability assumptions in the marsh strata.

Fig. 14(a) shows the results of one of the finite-element analyses performed; in this case conforming to conditions at approximately 8:30 a.m., with an IHNC water elevation of +13.5 ft (MSL), and based on underseepage associated with $k_h = 10^{-5}$ cm/s within the main marsh stratum. The shear strain contours in this figure are relative shear strain, which is shear strain developed divided by the shear strain required to result in full shear failure (for a Mohr–Coulomb model). Shear strengths in the foundation soils were again modeled as described in Table 1, except that effective stress parameters were used to model shear strength behavior within the marsh strata so that the effects of underseepage-induced pore pressure increases (which resulted in decreases in shear strengths) could be modeled. These effective stress properties are summarized in Table 1. It was the interaction between underseepage-induced pore pressures and the marsh strata (which were locally capped by less pervious clays) that appears to have led to the strength reduction that may have eventually promoted overall lateral instability of this section.

The progressive formation of a water-filled gap was directly modeled in these incremental finite-element analyses, and Fig. 14(a) has been retouched (for clarity) to show that a partial gap has begun to form (extending to a depth approximately halfway down the combined sheetpile/I-wall, so far) at this stage. The most critical failure surfaces were found by both the finite-element and by the combined seepage/limit equilibrium analyses to be a nearly co-equal pair of mechanisms, as shown in Fig. 14(a). The upper critical potential failure surface was a semirotational mechanism that acted along the top of the thin upper marsh stratum, and the lower potentially critical failure surface was a semirotational failure occurring mainly within the lower (main) marsh stratum, as shown by the lower failure surface in Fig. 14(a).

The lower mode was found to be slightly more critical in the finite-element analyses, and the upper mode was found to be slightly more critical in the coupled seepage/limit equilibrium analyses. The calculated FS for the lower semirotational mode was calculated in the specific analysis shown in Fig. 14(a) to be FS=1.08 (by the SSR method), for conditions when the IHNC water level was at +13.5 ft (just short of its eventual peak at approximately +14.5 ft, MSL), and FS=1.13 was calculated for




**Fig. 14.** (Color) (a) Finite-element analysis results showing the two most critical potential failure surfaces for the south breach with the IHNC water level at Elev. ≈ +13.5 ft (MSL), and for pore pressure and underseepage conditions at 8:45 a.m., based on $k_{h,\text{marsh}} \approx 10^{-5}$ cm/s; (b) finite-element analysis results showing stable "cradling" of a partially toppled I-wall and sheetpile curtain, south breach section, IHNC at the west end of the Lower Ninth Ward

the lower mode. It should be noted that the analyses of Fig. 14(a) represent just one canal water elevation, and are based on $k_h = 10^{-5}$ cm/s.

Both the limit equilibrium analyses and the finite-element analyses included the presence of a gap that opened on the outboard side of the sheetpile curtain between the sheetpiles and the outboard section of the levee embankment. This effectively cut the levee embankment in half, and it also admitted water into this gap; significantly increasing the lateral water pressures against the lower portions of the sheetpiles/floodwall and the resisting inboard side of the embankment. As shown in Fig. 15, finite-element analyses showed that this gap likely began to open at canal water levels of approximately +10 to +12 ft (MSL), and opened progressively (to increased depth) thereafter. The analytical details used to model this gap propagation are explained in by Seed et al. (2008c). A third, and also significant, effect of the opening of the gap during the later stages of the storm surge rise was that it allowed pore pressures to be introduced directly at the base of the sheetpile curtain once it opened to full depth.

Fig. 15 shows the calculated evolution of the overall FS for this potential failure mode as a function of progressively rising water levels (over time) in the IHNC, and for two sets of modeled $k_h$ levels within the peaty marsh strata. The results shown are for finite-element analyses, but the results of more conventional seepage/limit equilibrium analyses were similar for the later stages of water rise (generally within 10% or less for most com-




**Fig. 15.** Evolution of factor of safety as IHNC water levels rose; plot of overall factor of safety for lateral translation versus water elevation (south breach on the IHNC, at the west end of the Lower Ninth Ward)

binations of water level and modeled marsh $k_h$). In Fig. 15, the dashed lines and diamond symbols are calculated FS values without the opening of a water-filled gap on the outboard side of the sheetpiles (from analyses where the development of the gap was prevented), and the solid lines (and infilled circles) are the calculated FS values when such gapping is allowed to occur naturally. As shown in this Fig. 15, these finite-element analyses showed that such a gap would begin to open at a canal water level of between +11 and +12.5 ft (MSL). For other ranges of stiffness parameters also considered reasonable, this gap began to open at water elevations of between about +10 to +13 ft (MSL).

Fig. 15 shows results for two assumed sets of lateral hydraulic conductivity conditions within the peaty marsh strata: $k_h = 10^{-4}$ cm/s and $k_h = 10^{-5}$ cm/s. As shown in Fig. 15, these analyses show a reduction to FS$\lesssim$1 at water levels of +12.5 and +14.5 ft (MSL), respectively; so that analyses based on lateral marsh permeabilities in this range would largely bracket the observed performance (failure at a canal water elevation of approximately +14 to +14.5 ft, MSL). For lateral marsh permeabilities progressively lower than about $10^{-5}$ cm/s, the calculated values of FS for the full height of water level rise in the IHNC to +14 to +14.5 ft (MSL) progressively begin to rise above 1.0.

### Hypothesis No. 2: Overtopping, Trench Erosion, and Lateral Toppling of the I-Wall

It is also necessary to consider the alternate possibility that overtopping, and resulting erosion of a trench adjacent to the inboard side of the concrete I-wall (as shown previously in Fig. 11), directly served as the primary cause of the failure and breach at this site. Analyses showed that it would be necessary to erode such a trench to a depth of approximately 6.5–8 ft in order to fully topple the I-wall (and its supporting sheetpile wall) laterally under the lateral water pressure loads imposed by a canal water elevation of +14 ft, MSL (ILIT 2006). The erosive trenching observed immediately to the south of the breach site (Fig. 11) was to a depth of typically between 2.5 and 4 ft along most of this frontage, but deepened toward to edge of the breach itself with a maximum observed eroded trench depth of 4.5 ft at the edge of the last portion of intact levee adjacent to the breach itself. That leaves open the question of the likely depth of erosive trenching at the location of the breach itself, as the breached section was catastrophically eroded during the failure and so cannot be examined.

There are no rigorous and well-accepted methods for quantifying the precise rate (and depth) to which such overtopping erosion would occur (Hughes 2006). Accordingly, the approach taken was to examine observed scour produced by overtopping of I-walls at other locations throughout the regional flood protection system during this event. Such erosion of trenches at the inboard sides of overtopped I-walls occurred at numerous locations during hurricane Katrina.

Studying the depths of resulting trench erosion, as a function of water fall height (wall heights above the earthen levee crests), it was observed that the only section that eroded a trench to a depth greater than the water drop height was at the Citrus Back Levee (at Location E, in Fig. 1). Trenching scour occurred to varying depths along this frontage over a distance of more than 1,500 ft, and long sections of the I-wall (and supporting sheetpile curtain) were pushed laterally along this frontage. The deepest trenching measured by our investigation was to a depth of 6.5 ft along this section, slightly more than the approximate 5.5–6 ft water fall height (from the top of the I-wall to the earthen levee crown) at that location. It is suggested that it is unlikely that the approximately 5.5 ft fall height over the I-wall at the south breach at the west end of the Lower Ninth Ward produced a significantly greater eroded trench depth. Finite-element analyses (again with PLAXIS) showed that erosion of a trench to a depth of approximately 6.5–8 ft would be required to topple the I-wall at the maximum water elevation of +14 ft (MSL). That suggests that lateral toppling of the I-wall at the massive south breach was somewhat unlikely, but does not fully rule it out as a possibility.

Analyses of the potential effects of erosion to sufficient depth to laterally topple the unbraced concrete floodwall are thus also of interest. Fig. 14(b) shows finite-element analyses performed for a situation in which overtopping has been assumed to result in erosion of a trench to a depth of 8 ft at the inboard side of the floodwall (sufficient to allow the wall to be pushed sideways by the IHNC water level of +14 ft, MSL), but wherein the underseepage-induced pore pressures (and resulting reduction in foundation soil strengths) are not allowed to cause overall lateral stability failure (as in Hypothesis No. 1, discussed previously). The floodwall in Fig. 14(b) has been laterally displaced (pushed over) by water pressures associated with a canal water level of Elev. +14 ft (MSL), and is now resting against the inboard side of the eroded trench. The configuration, as shown, is stable with a FS (based on the SSR method) of approximately FS=1.18 with regard to cantilever failure. If lateral embankment failure is precluded, then the most critical failure mode (the one with this FS) is illustrated by the arrow superimposed on the figure: a cantilever failure requiring reverse slippage (with movement to the left in the figure) of the soils laterally supporting the base of the sheetpile curtain. Secondary modes of failure, with higher margins of safety, would include: (1) failure to the right of the upper portion of the levee embankment under the lateral "push" exerted by the upper portion of the I-wall and sheetpile curtain; and (2) a deeper seated, semirotational failure of the overall embankment and floodwall. This analysis thus suggests that simply toppling the I-wall laterally by eroding a trench at its back side, while simultaneously applying water pressures equal to the full surge rise in the IHNC, would not immediately produce a catastrophic failure along the full width of the observed failure.

This is supported by observations of the performance of I-walls at other locations in the region. Fig. 16 shows two examples, at two sections of the Citrus Back Levee (and floodwall) described previously. Fig. 16(a) shows a deeply eroded (scoured) trench on the inboard side of the floodwall, at one of the deepest



(a)



(b)

**Fig. 16.** (a) Significant lateral deflection of the Citrus Back Levee floodwall, seen from the inboard (protected) side. Note the soil heave adjacent to the displaced sheetpiles; (b) deflection and tilting of another section of the Citrus Back Levee floodwall, this time viewed from the outboard side. Note the gap between the outboard side levee embankment and the sheetpile curtain.

scoured sections observed behind these types of walls. The wall leans inboard slightly, and a close look at the sheetpiles at the base of this wall (in the left center of this photograph) shows that this lateral wall deflection resulted in heaving up (or plowing) of soil against the sheetpile curtain at the base of the floodwall, which in turn stabilized the wall in the partially displaced position shown. The lower Fig. 16(b) shows a second long reach of this Citrus Back Levee, this time viewed from the outboard side, where the floodwall (and sheetpile curtain) were pushed laterally to a position cradled by the far side of the eroded trench behind the floodwall [as in Fig. 14(b)]. Again, the wall remained stable in that position until the storm surge had subsided.

This does not mean that the conditions shown in Fig. 14(b) (without significant underseepage) do not represent a potentially feasible failure mechanism. The large lateral displacement of the sheetpiles and I-wall would have resulted in differential movements, and resultant elongation of the sheetpile curtain and I-wall. As noted previously, the sheetpile curtain showed itself to be surprisingly capable of surviving such extensile stresses and deformations while retaining its interlocks, but the concrete I-wall could have broken and spalled off the top (or separation could have occurred between two adjacent concrete panels), and this in turn could have led to uncontrolled erosion (and further propagation of the failure) as floodwaters began to enter through the resulting localized breach in the I-wall and to produce additional scour. The initially localized breach could then have propagated rapidly. Thus, lateral I-wall instability produced by overtopping erosion represents at least a second theoretically feasible candidate mechanism for the failure at this site.

### Hypothesis No. 3: Semirotational Stability Failure through the Top of the Soft Gray Clays

Another potential failure mechanism that requires consideration is a semirotational stability failure through the top of the soft gray clays underlying the marsh strata, as was Hypothesis No. 2 for the north breach. This mechanism proved to have larger associated factors of safety, due largely to the slightly higher ground surface elevation inboard of the levee toe, and so was found not to be a potentially feasible mechanism ($FS \geq 1.3$ at the maximum IHNC water elevation of +14.5 ft, MSL).

### Hypothesis No. 4: Underseepage-Induced Piping and/or Blowout

As discussed previously, analyses performed with different values of $K_h$ consistently showed a higher likelihood of underseepage-induced lateral (semirotational) embankment stability failure than underseepage induced uplift and piping erosion failure. This was due primarily to the slightly greater depth of cover of the peaty marsh stratum at this south breach. In addition, the piping/uplift failure would have been expected to initially produce a narrow failure/breach feature, not the unusually broad (950 ft wide) massive feature that was observed.

**Summary of the Prevailing Failure Mechanism.** In the end, it is our investigation's conclusion that a fully definitive determination cannot be made between the multiple available competing potential failure mechanisms at this site based solely on these conventional geotechnical analyses. The two leading potential candidate mechanisms are: (1) overtopping, producing erosion of a trench on the rear face of the concrete I-wall, and resultant lateral instability of the I-wall; and (2) underseepage-induced reduction of strength in the foundation soils, and resultant lateral stability failure of the inboard half of the levee embankment pushed by lateral water forces exerted against the sheetpile curtain and I-wall. Opinions within our investigation team are somewhat divided, as both mechanisms appear to provide at least potentially feasible explanations

Arguments for the overtopping-induced failure include the clear observation of such erosive scouring of trenches behind overtopped I-walls along this frontage, and the demonstrated feasibility (at least marginal feasibility) of sufficient erosion as to produce lateral wall movement and resultant potential damage to the concrete I-wall. The underseepage-induced failure hypothesis would require either localized lateral hydraulic conductivity of some of the marsh strata along this frontage of $k_h \approx 10^{-4}-10^{-5}$ cm/s, or some additional through-passage of seepage-induced pore pressures through the joints in the sheetpile curtain into the upper marsh stratum.

Some of the most important evidence comes not from geotechnical analyses, which can support the potential feasibility of both mechanisms, but from the field evidence associated with the breach itself. This was a very long breach (nearly 1,000 ft in length), and the evidence suggests that it occurred substantially all at once, as a single cataclysmic event rather than as a progressively widening feature that had initiated at a smaller point of inception. Witnesses described a roar, and then a massive rush of water (Consolidated Litigation 2008), and the homes within the first several hundred feet of the breach, along its full width, were

clearly subjected to massive lateral water forces over essentially the full width of the approximately 950 ft wide feature (see Fig. 9) and were stripped from their foundations and broken up by the inflow. This is not consistent with a localized point of initiation that then propagated (spread) more broadly, as waters would have begun to pond if the initial breach had been a localized feature and the full brunt of the initial inflow would not have been applied along the full breach width.

The overtopping failure hypothesis can be further checked against other overtopping-induced failures (and nonfailures) that occurred during Hurricane Katrina. In addition to the Citrus Back Levee I-wall that was discussed previously (the breach at Location E in Fig. 1), an additional I-wall failure due to overtopping occurred on the west bank of the IHNC, almost directly across the channel (slightly to the north) from the two large breaches at the west end of the Lower Ninth Ward, and this is presented and discussed briefly in a companion paper (Seed et al. 2008b). Here again, the I-wall failure due to overtopping produced a much more localized and noncatastrophic failure; lateral displacement of the I-wall as it became partially unbraced by erosion of a scoured trench at its inboard side resulted in separation of two adjacent concrete I-wall panels, but the damage was very localized and the feature did not then subsequently scour very much and so did not grow into a very large feature.

So it appears that overtopping-induced lateral I-wall instability produced failures of a different character than that observed at the Lower Ninth Ward's south breach. The occurrence of lateral translational embankment stability failure, on the other hand, would well explain the sudden and dramatic failure along a considerable frontage length, and also the resulting apparent sudden lateral force of the unleashed floodwaters along essentially the full length of this large feature.

Finally, it is noted that the $k_h$ of the marsh strata at this site are highly variable. Historic geologic mapping clearly shows the occurrence of northeast trending drainage features passing diagonally across this levee frontage from southwest to northeast, which eventually converge and form the headwaters of Bayou Sauvage just to the east of this failure site (Rogers et al. 2008). There was also a well-established history of underseepage issues along this frontage.

An additional indication of the potential for a zone of pronounced underseepage at the south breach location was provided after the hurricane had passed. Fig. 17 shows a well-developed crevasse splay (the fan-shaped feature in the bottom left corner of the photograph); a classic erosional feature produced by reverse underseepage through the foundation marsh strata at this breach site as the last of the floodwaters drained back into the IHNC from the flooded Lower Ninth Ward beneath the newly completed emergency repair embankment section at the south breach. The gradients that produced this feature would have been very low, as the Lower Ninth Ward had already been largely unwatered by pumping when the repair section was closed, so this classic reverse crevasse splay is an indication of locally problematic soils (with regard to both lateral permeability and erosive potential) underlying the repair embankment at precisely the location of the original failure.

One final piece of evidence is the relatively minor, but noticeable, lateral displacement of a considerable portion of the levee and floodwall along the frontage section between the north and south breaches along this IHNC frontage; as shown in Fig. 18. This photograph shows the I-wall along the frontage between the two major breaches, and is taken from the north breach looking toward the south. The two concrete I-wall panels in the immediate foreground mark the south end of the north breach, and the large barge that passed in through the large south breach can be seen (dimly) in the background; just behind and above truck on the left of the I-wall. As shown in Fig. 18, the I-wall is significantly misaligned between these two major breach features in the wake of Hurricane Katrina. This misalignment did not appear to be associated with significant overtopping-induced trench scour behind the floodwalls; in fact many of the displacements occurred at



**Fig. 17.** Reverse crevasse splay produced by reverse drainage out through the foundation soils beneath the interim repair embankment section; south breach IHNC at the Lower Ninth Ward (IPET 2006)



**Fig. 18.** View of lateral misalignment along the I-wall between the north and south breach features; IHNC at the west end of the Lower Ninth Ward (IPET 2007)

locations that exhibited little or no scour of that sort. Instead, the misalignment appears to have been due to deeper-seated movements; movements that could apparently only be explained as partial or incipient lateral translational displacement of the levee embankment itself.

In the end, it is the conclusion of our (ILIT) studies that the preponderance of the evidence appears to favor underseepage-induced lateral translational failure as the most likely cause of the failure and breach at this site, but that the alternate hypothesis of overtopping-induced failure is also plausible and cannot be fully discounted.

## Conclusion

The devastating damages produced by the flooding of New Orleans during Hurricane Katrina resulted in substantial human and financial losses. Numerous breaches along the GIWW/MRGO and IHNC channels resulted from several sets of causes. One common cause was the occurrence of failures at "transitions" between two separate sections of the flood protection system. This was a repeated theme throughout the overall region, and it serves to point out:

1. The importance and difficulty of designing and constructing compatible transitions (or connections), and the need to give them extra attention.
2. The difficulties intrinsic in construction of large regional flood protection systems over periods of multiple decades as a result of current governmental approval and appropriations processes. These systems must function well as *systems*, with all of the individual elements meshing together seamlessly in a mutually supportive manner. Construction of these systems "in bits and pieces," and over long periods of time, during which personnel changes can result in loss of continuity and institutional memory, is not ideal.
3. A significant number of failures occurred at penetrations where utilities and/or other infrastructure pass through the levee frontages. These represent locations where multiple overlapping agencies and interests, and overlapping jurisdictions, can render it difficult to ensure a safe transition between project elements. In the future, public safety should come first ahead of other competing interests. In addition, a single agency should be in overall charge at such penetrations, and they must have adequate authority as to be able to impose a safe overall solution if conflicts arise.

A third set of failures, and partial failures, in this central region were due to overtopping and erosion, often at transitional contacts between structural elements and earthen embankment sections. The overtopping was exacerbated by the fact that the USACE had progressively lost track of its elevation control over the several decades of construction of the levees and floodwalls due to ongoing settlement of regional benchmarks, which resulted in many of the levees and floodwalls having crest elevations between 1 and 2 ft below their original Congressionally authorized design grade (IPET 2007; Wooley and Shabman 2007). Additional erosional features can also be attributed to the use of highly erodeable soils, including both cohesionless sands and also lightweight shell sands, as levee embankment fills at some locations; three such locations occurred on the west bank of the IHNC near the south end, and these will be discussed further in a companion paper (Seed et al. 2008b). Two additional locations with highly erodeable shell sand fills were noted on the east bank of the IHNC, at the west end of the New Orleans East protected basin. At these locations, highly erodeable shell sand mixes (which pose an intrinsic hazard with regard to their unusually high erosion potential) were present without internal cut-offs to prevent through-flow seepage and erosion, and without crest and face protection to prevent erosion due to wave attack or overtopping. It is unlikely that all such locations containing highly erodeable shell sand fill along the IHNC were daylighted during Hurricane Katrina, and one of our recommendations is that further studies be undertaken to look for additional sites where such materials may be present (especially near to transitions and penetrations) along the banks of the IHNC. If such sites are found, they need to be addressed.

Finally, significant effort was devoted to determination of the causes of the two large failures on the east bank of the IHNC, at the west end of the Lower Ninth Ward. At each of these two important breach locations, multiple modes represented at least potentially feasible explanations for the failures observed, making final determination of the precise cause(s) of these two major failures challenging.

The most likely cause of the north breach was underseepage-induced erosion and piping, initially exacerbated by underseepage-induced hydraulic uplift near the inboard toe. A critical issue here is the likely lateral hydraulic conductivity of the peaty marsh stratum in the upper foundation soils. Our conclusions are based in part on our interpretation of the ability of this layered and variable stratum to transmit pore pressures from the storm surge laterally beneath the levee and floodwall (and short sheetpile curtain), and are supported by our seepage and stability analyses, and also by the observed timing and geometry of this failure. While the alternate mechanism of lateral, semirotational stability failure cannot be fully discounted, it appears to be less likely based on the observed postfailure field geometry and available geotechnical data.

Similarly, underseepage-induced reduction in foundation soil strengths, and consequent lateral translational stability failure of the levee embankment and floodwall, was the most likely cause of the massive south breach. A second possibility would be that overtopping erosion and resultant scouring of an eroded trench behind the floodwall resulted in laterally unbracing of the floodwall, and that elevated IHNC canal water levels then pushed the floodwall sideways producing the failure. Although it appears the less likely of the two potential failure modes, this second hypothesis that cannot be fully discounted. Important arguments for the underseepage-induced lateral stability failure include: (1) the unusual length (950 ft) of the failure; (2) the massive lateral water forces exerted against the inboard side community along the full width of the breach (suggesting sudden onset, rather than propagating from a localized initiation point); (3) a history of underseepage along this levee frontage; and (4) lateral displacements of adjacent I-wall sections that also appear to be deep-seated features that are not associated with overtopping and trench scour behind the floodwalls.

There were multiple competing potential failure mechanisms operating simultaneously at both of these major breach sites. The suites of potential mechanisms associated with underseepage were not considered in the original design analyses as it was assumed that the foundation soils were insufficiently pervious as to transmit large underseepage-induced pore pressures beneath the (shallowly embedded) floodwalls during the relatively short duration of a hurricane-induced storm surge (USACE 1966). This highlights the importance of considering all potential failure modes during design, and also during postfailure forensic investigations.

It appears that the two major, and catastrophic breaches at the west end of the Lower Ninth Ward might both have been prevented if the shallow sheetpile curtains (which were less than 20 ft in depth at both sites) had been extended 8–12 ft deeper; fully "cutting off" underseepage flow through the marsh strata at those depths and achieving secure hydraulic tie-in (embedment) within underlying, relatively impervious clays. Extending these to greater depth would also have likely eliminated the potential cantilever failure due to scouring of a trench behind the wall at the south breach, and would also have served to increase the lateral stability of both embankment sections by driving any potential translational or rotational failure surfaces deeper.

This was a costly lesson, and one to be seriously considered in other parts of the nation where optimistic assessments regarding likely hydraulic conductivity and seepage behaviors of both levees and their foundation soils are not sufficiently uncommon. A more defensive, conservative approach with regard to soils whose hydraulic conductivity is difficult to assess would appear to be warranted.

## Acknowledgments

The studies reported herein would not have been possible without the generous help of many individuals and organizations. A more detailed and extensive acknowledgment is presented in the first of the companion papers and for the sake of brevity is not repeated here. This project was supported, in large part, by the National Science Foundation (NSF) under Grant Nos. CMS-0413327 and CMS-0611632. Any opinions, findings, and conclusions or recommendations expressed in this material are those of the writers and do not necessarily reflect the views of the NSF. Additional support was provided by the Center for Information Technology Research in the Service of Society (CITRIS) at the University of California at Berkeley. In addition, several senior members of the investigation team contributed from their own discretionary resources. All of this support is gratefully acknowledged.

## References

Bear, J. (1972). *Dynamics of fluids in porous media*, Dover, London.

Beckwith, C. W., Baird, A. J., and Heathwaite, A. L. (2002). "Anistropy and depth-related heterogeneity of hydraulic conductivity in a bog peat. I: Laboratory measurements." *Hydrological processes*, Vol. 17, Wiley, London, 89–101.

Beckwith, C. W., Baird, A. J., and Heathwaite, A. L. (2003). "Anisotropy and depth-related heterogeneity of hydraulic conductivity in a bog peat. II: Modeling the effects on groundwater flow." *Hydrological processes*, Vol. 17, Wiley, London, 103–113.

Bell, F. G. (2000). "Chapter 7: Organic soils: Peat." *Engineering properties of soils and rocks*, Blackwell Science Ltd., Oxford, U.K., 202–476.

Brinkgreve, R. (2007). "*PLAXIS* 2D. Version 8.5 finite-element code for soil and rock analyses." *Complete set of manuals*, R. Brinkgreve ed., Balkema, Rotterdam, Brookfield.

Consolidated Litigation. (2008). Katrina Canal Breaches, United States District Court, Eastern District of Louisiana.

Dawson, E. M., Roth, W. H., and Drescher, A. (1999). "Slope stability analysis by strength reduction." *Geotechnique*, 49(6), 835–840.

External Review Panel (ERP). (2007). "The New Orleans hurricane protection system: What went wrong and why." *ASCE Rep.*, ⟨http://www.asce.org/files/pdf/ERPreport.pdf⟩ (June 4).

Griffiths, D. V., and Lane, P. A. (1999). "Slope stability analysis by finite-elements." *Geotechnique*, 49(3), 387–403.

Hogan, J. M., van der, Kamp G., Barbour, S. L., and Schmidt, R. (2006). "Field methods for measuring hydraulic properties of peat deposits." *Hydrological processes*, Vol. 20, Wiley InterScience, London, 3635–3649.

Hughes, S. A. (2006). "Protection for backside levee slopes." *Draft Rep. to the New Orleans District, U.S. Army Corps of Engineers*, Washington, D.C.

Independent Level Investigation Team (LILIT). (2006). "Investigation of the performance of the New Orleans regional flood protection systems during Hurricane Katrina." *Final Rep.*, ⟨http://www.ce.berkeley.edu/~new_orleans/⟩ (July 31, 2006; Rev. Sept. 10, 2006).

Interagency Performance Evaluation Task Force (IPET). (2006). "Performance evaluation of the New Orleans and Southwest Louisiana hurricane protection system." *Draft Final Rep. of the Interagency Performance Evaluation Task Force*, ⟨https://ipet.wes.army.mil/⟩ (June 1, 2006).

Interagency Performance Evaluation Task Force (IPET). (2007). "Performance evaluation of the New Orleans and Southwest Louisiana hurricane protection system." *Final Rep. of the Interagency Performance Evaluation Task Force*, ⟨https://ipet.wes.army.mil/⟩ (November 2007).

Krahn, J. (2004). "GeoStudio 2004." *Complete set of manuals*, J. Krahn, ed., Calgary, Alba., Canada.

Ladd, C. C., and DeGroot, D. (2003). "Recommended practice for soft ground site characterization." Arthur Casagrande Lecture, *12th Panamerican Conf. on Soil Mechanics and Geotechnical Engineering*, Boston.

Ladd, C. C., and Foott, R. (1974). "A new design procedure for stability of soft clays." *J. Geotech. Engrg. Div.*, 100(GT7), 763–786.

Mesri, G., and Ajlouni, M. (2007). "Engineering properties of fibrous peats." *Commun. Anal. Geom.*, 133(7), 850–866.

Rogers, J. D., Boutwell, G. P., Schmitz, D. W., Karadeniz, D., Watkins, C. M., Athanasopoulos-Zekkos, A., and Cobos-Roa, D. (2008). "Geologic conditions underlying the 2005 17th Street canal levee failure in New Orleans." *J. Geotech. Geoenviron. Eng.*, 134(5), 583–601.

Seed, R. B., Bea, R. G., Abdelmalak, R. I., Athanasopoulos-Zekkos, A., Boutwell, G. P., Briaud, J-L., Cheung, C., Cobos-Roa, D., Ehrensing, L., Govindasamy, A. V., Harder, L. F., Inkabi, K. S., Nicks, J., Pestana, J. M., Porter, J., Rhee, K., Riemer, M. F., Rogers, J. D., Storesund, R., Vera-Grunauer, X., and Wartman, J. E. (2008a). "New Orleans and Hurricane Katrina. I: Introduction, overview, and the East Flank." *J. Geotech. Geoenviron. Eng.*, 134(5), 701–739.

Seed, R. B., Bea, R. G., Athanasopoulos-Zekkos, A., Boutwell, G. P., Bray, J. D., Cheung, C., Cobos-Roa, D., Cohen-Waeber, J., Collins, B. D., Harder, L. F., Kayen, R. E., Moss, R. E. S., Pestana, J. M., Porter, J., Riemer, M. F., Rogers, J. D., Storesund, R., Vera-Grunauer, X., and Wartman, J. E. (2008b) "New Orleans and Hurricane Katrina. IV: The Orleans East Bank (metro) protected basin." *J. Geotech. Geoenviron. Eng.*, 134(5), 762–779.

Seed, R. B., Bea, R. G., Athanasopoulos-Zekkos, A., Boutwell, G. P., Bray, J. D., Cheung, C., Cobos-Roa, D., Harder, L. F., Moss, R. E. S., Pestana, J. M., Porter, J., Riemer, M. F., Rogers, J. D., Storesund, R., Vera-Grunauer, X., and Wartman, J. E. (2008c). "New Orleans and Hurricane Katrina. III: The 17th Street canal." *J. Geotech. Geoenviron. Eng.*, 134(5), 740–761.

Shepard, R. G. (1989). "Correlations of permeability and grain-size." *Ground Water*, 27(5), 633–638.

Spencer, E. (1967). "A method of analysis of the stability of embankments assuming parallel interslice forces." *Geotechnique*, 17(1), 11–26.

URS Corporation/Jack R. Benjamin & Associates, Inc. (2007). "Topical area, levee vulnerability, draft 2." *Technical Memorandum*, Delta Risk Management Strategy (DRMS) Phase 1, Prepared for Dept. of Water Resources, Sacramento, Calif.

U.S. Army Corps of Engineers (USACE). (1966). "General design, Lake

Pontchartrain, LA and vicinity, Chalmette area plan." *Design Memorandum No. 3*, U.S. Army Engineer District, New Orleans.

Van Heerden, I. L., Kemp, G. P., Mashriqui, H., Sharma, R., Prochaska, B., Capozzoli, L., Theis, A., Binselam, A., Streva, K., and Boyd, E. (2006), "The failure of the New Orleans levee system during Hurricane Katrina." *State Project No. 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, 20*, ⟨http://www.publichealth.hurricane.lsu.edu/TeamLA.htm⟩.

Wooley, D., and Shabman, L. (2007). "Decision making chronology for the Lake Pontchartrain & vicinity hurricane protection project." *Draft Final Rep. for the Headquarters, USACE*, ⟨http://www.iwr.usace.army.mil/inside/products/pub/hpdc/DraftFinalHPDC3.pdf⟩.

Wright, S. G. (1999). "UTEXAS4—A computer program for slope stability calculations." Shinoak Software, Austin, Tex.