UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | JUDGE: STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAG.: JOSEPH C. WILKINSON, JR. |
| PERTAINS TO: INSURANCE | * | |
| AARON, 06-4746 and | * | SECTION: "K-2" |
| AGUILAR, 07-4852 | * | |

**************************************

## MOTION TO SEVER

**NOW INTO COURT**, through undersigned counsel, come Defendants, Allstate Insurance Company, American National Property and Casualty Insurance Company ("ANPAC"), American Reliable Insurance Company, American Bankers Insurance Company of Florida, Audubon Insurance Company, Bankers Insurance Company, Farmers Insurance Exchange, Farm Bureau Insurance Company, Fidelity National Insurance Company, Fidelity National Property and Casualty Insurance Company, First Community Insurance Company, Hartford Fire Insurance Company, Imperial Fire and Casualty Insurance Company, Liberty Mutual Fire Insurance Company, Metropolitan Property and Casualty Insurance Company, State Farm Fire and Casualty Company, and USAA General Indemnity Company, (collectively, "Defendants"), all in their capacities as WYO Program flood insurance carriers participating in the National Flood Insurance Program, 42 U.S.C. 4001, *et seq.*, for the reasons set forth more

fully in the attached Memorandum in Support, to respectfully move this Honorable Court to sever Plaintiffs' claims and to proceed separately with each.

**WHEREFORE**, Defendants in the captioned matters hereby respectfully move to sever Plaintiffs' claims and to proceed separately with each.

> Respectfully submitted,
>
> **NIELSEN LAW FIRM, L.L.C.**
>
> */s/ William R. DeJean*
> Gerald J. Nielsen, La. Bar No. 17078
> William R. DeJean, La. Bar No. 22762
> 3838 N. Causeway Blvd, Suite 2850
> Metairie, Louisiana 70002
> P: (504) 837-2500; F: (504) 832-9165
> Counsel for Defendants

## C E R T I F I C A T E

I hereby certify that on November 17, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

> */s/ William R. DeJean*