UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | |
| | * | JUDGE: STANWOOD R. DUVAL, JR. |
| | * | |
| PERTAINS TO: INSURANCE | * | |
| AARON, 06-4746 and | * | MAG.: JOSEPH C. WILKINSON, JR. |
| AGUILAR, 07-4852 | * | |

**************************************

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendants, Allstate Insurance Company, American National Property and Casualty Insurance Company ("ANPAC"), American Reliable Insurance Company, American Bankers Insurance Company of Florida, Audubon Insurance Company, Bankers Insurance Company, Farmers Insurance Exchange, Farm Bureau Insurance Company, Fidelity National Insurance Company, Fidelity National Property and Casualty Insurance Company, First Community Insurance Company, Hartford Fire Insurance Company, Imperial Fire and Casualty Insurance Company, Liberty Mutual Fire Insurance Company, Metropolitan Property and Casualty Insurance Company, State Farm Fire and Casualty Company, and USAA General Indemnity Company, will bring the foregoing *Motion to Sever* for hearing on December 10, 2008 at 9:30 a.m. before the Honorable Stanwood R. Duval, Jr., United States District Judge, Room C-352, United States District Court for the Eastern District of Louisiana.

        Respectfully submitted,

        **NIELSEN LAW FIRM, L.L.C.**

        */s/ William R. DeJean*
        Gerald J. Nielsen, La. Bar No. 17078
        William R. DeJean, La. Bar No. 22762
        3838 N. Causeway Blvd, Suite 2850
        Metairie, Louisiana 70002
        P: (504) 837-2500; F: (504) 832-9165
        Counsel for Defendants

## C E R T I F I C A T E

    I hereby certify that on November 17, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

        */s/ William R. DeJean*