UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | ) ) ) | CIVIL ACTION NO.: 05-CV-4182 |
| VERSUS | ) ) | SECTION "K" JUDGE STANWOOD R. DUVAL, JR. |
| _____ PERTAINS TO: INSURANCE *Wanda L. Theriot*, No. 06-9910 | ) ) ) ) | MAG. "M2" MAGISTRATE JOSEPH C. WILKINSON, JR. |

**ORDER**

CONSIDERING THE ABOVE AND FOREGOING;

IT IS ORDERED, that all claims of plaintiffs Wanda L. Theriot, wife of /and Henry P. Langhetee, individually and on behalf of their minor daughter, Allison Langhetee, be and are hereby dismissed, with prejudice, each party to bear its own respective costs.

NEW ORLEANS, LOUISIANA this _____ day of _____, 2008.

_____
DISTRICT JUDGE