UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182  SECTION "K(2)" |
| PERTAINS To: SEVERED MASS JOINDER CASES | * * * | |
| AARON, 06-4746 AGUILAR, 07-4852 | * * * * * | |
| WINSTON AARON, SR., ET AL | * * | CIVIL ACTION NO.: 06-4746 |
| VERSUS | * * | SECTION "K(2)" |
| AIG CENTENNIAL INSURANCE CO. | * * * * | |
| JOSEPH AGUILAR, III, ET AL | * * | CIVIL ACTION NO.: 07-4852 |
| VERSUS | * * | SECTION "K(2)" |
| ALEA LONDON LTD., ET AL | * | |

---

**MOTION FOR SUMMARY JUDGMENT**

   **NOW INTO COURT,** through undersigned counsel, comes Auto Club Family Insurance Company, suggesting that the exhibits submitted herewith establish that there is no genuine issue of material fact and that Mover is entitled to judgment as a matter of law, dismissing the claims

of Darlynn Mason, with prejudice, for the reasons that the compromise agreement entered into by the parties is res judicata and precludes all claims except those specifically reserved in the agreement; and that, as a matter of law, Mason cannot recover on any of the reserved claims, all as more fully explained in the accompanying memorandum.

|  |  |
|---|---|
| **CERTIFICATE OF SERVICE**<br><br>I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, by United States mail, properly addressed and first class postage prepaid, on November 17, 2008.<br><br>/s/ MATTHEW J. UNGARINO | **Respectfully submitted,**<br><br>**UNGARINO & ECKERT L.L.C.**<br><br>**/s/  MATTHEW J. UNGARINO**<br>**MATTHEW J. UNGARINO (#15061)**<br>*DAVID I. BORDELON (#16815)*<br>**3850 North Causeway Boulevard, Suite 1280**<br>**Metairie, Louisiana  70002**<br>*Telephone:  (504) 836-7531*<br>**Facsimile:   (504) 836-7538**<br>**Email:         dbordelon@ungarino-eckert.com** |