**BRUNO & BRUNO** LLP
& YOU, SINCE 1950
TRIAL LAWYERS

JOSEPH M. BRUNO
STEPHEN P. BRUNO
ROBERT J. BRUNO
CHRISTOPHER J. BRUNO[1]

DAVID S. SCALIA
STEPHANIE MAY BRUNO
JOSEPH BRUNO, JR.
L. SCOTT JOANEN
OF COUNSEL
HAROLD E. MOLAISON

September 27, 2006

[1]BOARD CERTIFIED CIVIL TRIAL ADVOCATE
BY THE NATIONAL BOARD OF TRIAL ADVOCACY

**SENT VIA CERTIFIED MAIL**
AAA
2901 North Forty Drive
St. Louis, MO 63141

Re:   DARLYNN MASON
      11050 HARROW RD.
      NEW ORLEANS, LA 70127
      Policy No: H0000803005
      Claim No:
      Bruno Reference No: JBA03403

Dear Sir or Madam:

We have the privilege of representing DARLYNN MASON in connection with their claim for payment under a policy of insurance issued by you.

Our client advises that your adjuster has been to the house and has prepared an estimate. We understand the substantial number of houses that need to be evaluated and as such understand how your adjuster failed to include a payment for losses detailed in the attached report.

We hereby submit a satisfactory proof of loss evidencing the fact that my client sustained $67,172.84 due to wind damage resulting from Hurricane Katrina. While our records show that you have paid our client $11,824.00 for his or her losses, our investigation and resulting estimate reveals a deficiency of $55,348.84. This is not a complete claim as our client is compiling a complete contents list to support their claim for loss of contents.

While we know that you are well acquainted with Louisiana law, please permit us to remind you that payment must be made within thirty (30) days of your receipt of this satisfactory proof of loss (LSA RS 22:658). Failure to do so will subject you to the penalty provisions of that statute.

If for any reason payment will not be made within 30 days, we ask that you contact us immediately with an explanation of the denial.

Furthermore, the provisions of LSA RS 37:218 permit an attorney to acquire an interest in the subject matter of the claim. Your failure to include the firm's name as the payee on any payments on this claim will give rise to a claim by the firm for fees and cost against your company.

We are sure that you know that our clients have suffered severe loss including the loss of their insurance documents. For our records, please furnish us with a copy of the declarations page outlining our client's coverage and forward documents to the address or fax number listed below.

Very truly yours,

BRUNO & BRUNO

Joseph M. Bruno

RECEIVED
OCT 5 2006
BY:

EXHIBIT A

Cc: DARLYNN MASON

855 BARONNE ST., NEW ORLEANS, LA 70113 · WWW.BRUNOBRUNOLAW.COM · TEL 504-525-1335 · TOLL FREE 1-800-966-1335 · FAX 504-581-1493