UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K(2)" |
| | * | |
| PERTAINS To: | * | |
| SEVERED MASS JOINDER CASES | * | |
| | * | |
| AARON, 06-4746 | * | |
| AGUILAR, 07-4852 | * | |
| | * | |
| | * | |
| | * | |
| WINSTON AARON, SR., ET AL | * | CIVIL ACTION NO.: 06-4746 |
| | * | |
| VERSUS | * | SECTION "K(2)" |
| | * | |
| AIG CENTENNIAL INSURANCE CO. | * | |
| | * | |
| | * | |
| | * | |
| JOSEPH AGUILAR, III, ET AL | * | CIVIL ACTION NO.: 07-4852 |
| | * | |
| VERSUS | * | SECTION "K(2)" |
| | * | |
| ALEA LONDON LTD., ET AL | * | |

---

## <u>NOTICE OF HEARING</u>

Please take notice that undersigned counsel for Auto Club Family Insurance Company will bring its Motion For Summary Judgment for hearing before the Honorable Stanwood R. Duval, Jr. Section "K" on November 26, 2008 at 9:30 a.m.

Respectfully submitted,

**UNGARINO & ECKERT L.L.C.**

_____

**MATTHEW J. UNGARINO (#15061)**
*DAVID I. BORDELON (#16815)*
**3850 North Causeway Boulevard**
**Suite 1280**
**Metairie, Louisiana  70002**
*Telephone:*  *(504) 836-7531*
**Fax:**          **(504) 836-7538**
**Email:**        **dbordelon@ungarino-eckert.com**

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, by United States mail, properly addressed and first class postage prepaid, on November 17, 2008.

_____
DAVID I. BORDELON

G:\DOCS\9000's\9300-9399\9390\Notice of Hearing-Motion for Summary Judgment.doc.rtf