UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | | CIVIL ACTION |
| | | NO. 05-4182 |
| PERTAINS TO: BARGE | | and consolidated cases |
| Boutte v. Lafarge | 05-5531 | SECTION "K" (2) |
| Mumford v. Ingram | 05-5724 | |
| Lagarde v. Lafarge | 06-5342 | JUDGE |
| Perry v. Ingram | 06-6299 | STANWOOD R. DUVAL, JR. |
| Benoit v. Lafarge | 06-7516 | |
| Parfait Family v. USA | 07-3500 | MAGISTRATE |
| Lafarge v. USA | 07-5178 | JOSEPH C. WILKINSON, JR. |

### ZITO FLEETING, LLC AND ZITO FLEETING, INC.'S MEMORANDUM IN OPPOSITION TO THE BARGE PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

MAY IT PLEASE THE COURT:

For purposes of Case Management and Scheduling Orders no. 5 and 7, Zito Fleeting, LLC and Zito Fleeting, Inc. (Zito) and Lafarge North America comprise the "Barge Interests" and/or "Barge Defendants" category of parties in this matter. Accordingly, and in the interest of judicial efficiency and in order to avoid duplication, Zito hereby joins in the arguments made by Lafarge in Lafarge's Memorandum in Opposition to the Barge Plaintiffs' Motion for Class Certification.

1