MINUTE ENTRY
WILKINSON, M.J.
NOVEMBER 17, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA


| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION Pertains to: Abadie I, C.A. No. 06-5164 | CIVIL ACTION NO. 05-4182 JUDGE DUVAL MAG. WILKINSON |

* * *

| | |
|---|---|
| KENNETH O. STARLING | CIVIL ACTION |
| VERSUS | NO. 07-278 |
| USAA CASUALTY INS. CO. | SECTION "L" (3) |


At the request of counsel, I conducted a telephone conference in these two cases concerning settlement. Participating were: Joseph M. Bruno and Geoffrey Longenecker, representing plaintiff; Seth Schmeekle and Rachel Kellogg, representing defendant.

These are duplicative cases in which the same plaintiff has asserted the same claim concerning the same property asserting Hurricane Katrina damage. A settlement has been

MJSTAR:  **0:30**

proposed in one of the cases. Mr. Longenecker will conduct further discussions concerning the proposed settlement with plaintiff and will report the results of those discussions to me and other counsel as soon as possible. I will conduct a follow-up telephone conference concerning settlement, if necessary, on November 24, 2008 at 10:30 a.m., and counsel must contact my office by calling 504-589-7630 at the appointed time.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.
HON. ELDON FALLON
HON. DANIEL KNOWLES, III

- 2 -