UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: ROAD HOME<br>*Louisiana State*, C.A. No. 07-5528 | *   CIVIL ACTION<br>*<br>*   NO. 05-4182 "K"(2)<br>*<br>*   JUDGE DUVAL<br>*<br>*   MAGISTRATE WILKINSON<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE STATE OF LOUISIANA'S
MOTION AND INCORPORATED MEMORANDUM FOR LEAVE
TO FILE ITS MOTION TO SEVER AND REMAND
SUBROGATED CLAIMS TO STATE COURT
<u>AND MOTION FOR EXPEDITED HEARING</u>

NOW COMES the State of Louisiana, through the Honorable James D. "Buddy" Caldwell, Attorney General for the State of Louisiana, individually and on behalf of the State of Louisiana, Division of Administration, and Office of Community Development (the "State"), who moves this Honorable Court for leave to file its Motion to Sever and Remand Subrogated Claims to State Court, and particularly, for permission to file and have this motion heard despite the stay order currently in place in this matter[1]. Additionally, the State firmly believes consideration of the motion to sever and remand is important and the resolution and granting of this motion will simplify these proceedings and render moot many of the issues anticipated to be

---

[1] The State refers to the Minute Entry of this Court, entered on October 28, 2008, wherein this Court acknowledged the State's intention to file this Motion to Remand and made certain scheduling decisions to allow the same.

raised through motion practice in this matter. Accordingly, the State believes this motion is ripe for hearing and respectfully requests expedited consideration.

WHEREFORE the State prays this Honorable Court grant its motion for leave to file its sever and remand all subrogated Road Home grant claims to state court, and for expedited consideration of this motion.

                Respectfully submitted,

                **JAMES D. CALDWELL**
                **ATTORNEY GENERAL**

                   s/Sallie J. Sanders
                Sallie J. Sanders (Bar Roll # 11703)
                James Trey Phillips (Bar Roll # 19978)
                Assistant Attorney General
          **LOUISIANA DEPARTMENT OF JUSTICE**
                1885 North Third Street
                Post Office Box 94005
                Baton Rouge, Louisiana  70804-9005
                Telephone: (225) 326-6400
                Facsimile:  (225) 326-6499

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2008, I electronically filed the foregoing Motion for Leave and Expedited Consideration with the Clerk of Court using the CM/ECF system which will send a notice of filing to all counsel accepting electronic notice.