UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NO. 05-4182** |
| | **SECTION _K_ MAG _2_** |
| **PERTAINS TO: ROAD HOME** *State of Louisiana, C.A. No. 07-5528* | **JUDGE DUVAL MAGISTRATE JUDGE WILKINSON** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## PROPOSED ORDER

**CONSIDERING** the foregoing Motion for Leave to File Motion to Sever and Remand Subrogated Claims to State Court and Motion for Expedited Hearing filed by the State of Louisiana;

**IT IS HEREBY ORDERED** that the State's Motion for Leave to file its Motion to Sever and Remand Subrogated Claims to State Court is **GRANTED**, and the Clerk is ordered to accept the State's Motion to Sever and Remand for filing.

**IT IS FURTHER ORDERED** that the State's Motion for Expedited Hearing is **GRANTED**, and the State's Motion to Sever and Remand Subrogated Claims to State Court will be heard on _____, 2008, at _____ ___.m.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE