UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NO. 05-4182** |
| | **SECTION _K_ MAG _2_** |
| **PERTAINS TO: ROAD HOME** *State of Louisiana, C.A. No. 07-5528* | **JUDGE DUVAL** **MAGISTRATE JUDGE WILKINSON** |

*************************************************************************

## NOTICE OF HEARING

TO:    Ralph Hubbard
Lugenbuhl, Wheaton, Peck, Rankin, & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130

Judy Y. Barrasso
Edward R. Wicker, Jr.
Barrasso Usdin Kupperman Freeman & Sarver, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, LA   70112

Charles L. Chassaignac, IV
Porteous, Hainkel, & Johnson
343 3rd Street
Baton Rouge, LA 70801

PLEASE TAKE NOTICE that Plaintiff, the State of Louisiana, will bring its Motion to Sever

and Remand Subrogated Claims to State Court before the Honorable Judge Stanwood R. Duval, Jr.,

on _____, _____, 200\_\_, at _____ a.m., at the United States District Court, 500 Poydras Street, New Orleans, Louisiana.

                                              Respectfully submitted,

                                               **JAMES D. CALDWELL**
                                               **ATTORNEY GENERAL**

                                               \_\_\_s/Sallie J. Sanders_____
                                               Sallie J. Sanders (Bar Roll # 11703)
                                               Assistant Attorney General
                                               **LOUISIANA DEPARTMENT OF JUSTICE**
                                               1885 North Third Street
                                               Post Office Box 94005
                                               Baton Rouge, Louisiana  70804-9005
                                               Telephone: (225) 326-6400
                                               Facsimile:  (225) 326-6499

                        **CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2008, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.