UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NO. 05-4182** |
| | **SECTION _K_  MAG _2_** |
| **PERTAINS TO: ROAD HOME** | |
| *State of Louisiana, C.A. No. 07-5528* | **JUDGE DUVAL** |
| | **MAGISTRATE JUDGE WILKINSON** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PROPOSED ORDER**

**CONSIDERING** the foregoing Motion to Sever and Remand Subrogated Claims to State Court filed by the State of Louisiana:

**IT IS HEREBY ORDERED** that the State's Motion to Sever and Remand is **GRANTED** and the State's subrogated claims under the Road Home Program are severed from the other claism in this action, and those claims are remanded to the Civil District Court for the Parish of Orleans, State of Louisiana.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE