UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NO. 05-4182** |
| | **SECTION _K_  MAG _2_** |
| **PERTAINS TO: ROAD HOME** | |
| *State of Louisiana, C.A. No. 07-5528* | **JUDGE DUVAL** |
| | **MAGISTRATE JUDGE WILKINSON** |

*****************************************************************

## REQUEST FOR ORAL ARGUMENT

The State of Louisiana, through the Honorable James D. "Buddy" Caldwell, Attorney General for the State of Louisiana, individually and on behalf of the State of Louisiana, Division of Administration, and Office of Community Development (the "State"), respectfully submits this Request for Oral Argument on the State's Motion to Sever and Remand Subrogated Claims to state Court. The State submits that oral argument will assist this Honorable Court in understanding the issues addressed in its motion. Accordingly, the State respectfully requests that this Court hear oral arguments on the State's Motion to Sever and Remand on _____, 200__ at _____ a.m.

Respectfully submitted,

**JAMES D. CALDWELL**
**ATTORNEY GENERAL**
    s/Sallie J. Sanders
Sallie J. Sanders (Bar Roll # 11703)
James Trey Phillips (Bar Roll # 19978)
Assistant Attorney General
**LOUISIANA DEPARTMENT OF JUSTICE**
1885 North Third Street
Post Office Box 94005
Baton Rouge, Louisiana  70804-9005
Telephone: (225) 326-6400
Facsimile:  (225) 326-6499

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2008, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.