UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION

                                      NO. 05-4182

                                      SECTION_K_MAG_2_

PERTAINS TO:  ROAD HOME
State of Louisiana, C.A. No. 07-5528   JUDGE DUVAL
                                       MAGISTRATE JUDGE WILKINSON
*****************************************************************************

**THE STATE OF LOUISIANA'S
MOTION TO VOLUNTARILY DISMISS
CERTAIN INSURANCE COMPANIES WITHOUT PREJUDICE**

**NOW COMES** the Plaintiff, the State of Louisiana ("the State"), through the

Honorable James D. Caldwell, the Attorney General for the State, and through the

undersigned Assistant Attorney General, and moves this Honorable Court to grant this

Motion to Voluntarily Dismiss the following listed Insurance Companies Without

Prejudice, only, from this matter:  Nationwide Mutual Fire Insurance Company,

Nationwide Affinity Insurance Company of America, and Nationwide Mutual Insurance

Company, and on suggesting that each of the foregoing insurance companies has

provided the State with an affidavit attesting to facts indicating that these insurance

companies do not and/or did not issue any policy of casualty or property damage

insurance on any residence in the State of Louisiana in effect during either Hurricane

Katrina in August, 2005 or Hurricane Rita in September, 2005.

Accordingly, the State moves this Court to enter an order to voluntarily dismiss

the above-listed insurance companies, only, without prejudice, reserving all other rights

and claims against any other person or party, whether named or otherwise, and without waiving any claim or defense, including the State's right to challenge this Court's jurisdiction.  Liaison Counsel for the Road Home has submitted a copy of this motion to Plaintiffs' Liaison Counsel, Mr. Joseph M. Burno, and Defendants' Liaison Counsel, Mr. Ralph Hubbard, and neither has expressed any opposition to this motion.

WHEREFORE, the State prays this Honorable Court grant its motion to voluntarily dismiss the above-listed Insurance Companies, only, without prejudice.

Respectfully submitted,

STATE OF LOUISIANA
James D. "Buddy" Caldwell
Attorney General
/s/ Sallie J. Sanders_____
Sallie J. Sanders (11703)
Assistant Attorney General
1885 N. Third Street, 4th Floor
Baton Rouge, LA  70802
Telephone:  225-326-6400
Telefax:  225-326-6499

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the above and foregoing Motion to Voluntarily Dismiss Certain Insurance Companies Without Prejudice to all counsel via the CM/ECF electronic notification filing system, this 18th day of November, 2008.

_____/s/ Sallie J. Sanders_____
Sallie J. Sanders