UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES            CIVIL ACTION
      CONSOLIDATED LITIGATION

                                                                                           NO. 05-4182

**PERTAINS TO:**                                                      SECTION "K"(2)
        **Aguilar, 07-4852**

## ORDER

Considering the Motion to Lift Stay and for Leave to File (Rec. Doc. 16390) filed by Auto Club Family Insurance Company, accordingly,

**IT IS ORDERED** that the motion is **GRANTED.** The stay in the above-captioned matter shall be lifted and the motion for summary judgment shall be filed.

New Orleans, Louisiana, this __17th__ day of November, 2008.

                                                **STANWOOD R. DUVAL, JR.**
                                              **UNITED STATES DISTRICT JUDGE**