UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182<br><br>SECTION "K(2)" |
| PERTAINS To:<br>SEVERED MASS JOINDER CASE | * * * * | |
| AGUILAR, 07-4852 | * * * * | |
| JOSEPH AGUILAR, III, ET AL | * * | CIVIL ACTION NO.: 07-4852 |
| VERSUS | * * | SECTION "K(2)" |
| ALEA LONDON LTD., ET AL | * | |

## MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes Auto Club Family Insurance Company, suggesting that the exhibits submitted herewith establish that there is no genuine issue of material fact and that Mover is entitled to judgment as a matter of law, dismissing the claims of Darlynn Mason, with prejudice, for the reasons that the compromise agreement entered into by the parties is res judicata and precludes all claims

-1-

except those specifically reserved in the agreement; and that, as a matter of law, Mason cannot recover on any of the reserved claims, all as more fully explained in the accompanying memorandum.

Respectfully Submitted,
**HEBBLER & GIORDANO, L.L.C.**
*Attorneys at Law*

*/s/ Thomas M. Young*
THOMAS M. YOUNG
Bar No. 7547
Hebbler & Giordano, L.L.C.
3636 S. I-10 Service Road W, Suite 300
Metairie, Louisiana  70001
Telephone:  (504) 833-8007
Facsimile:  (504) 833-2866
Email: young@hebblergiordano.com

## CERTIFICATE OF SERVICE

 I hereby certify that on _____ I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.  I further certify that there are no known non-CM/ECF participants.

*/s/ Thomas M. Young*
