UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182<br><br>SECTION "K(2)" |
| PERTAINS To:<br>SEVERED MASS JOINDER CASE | * * * * | |
| AGUILAR, 07-4852 | * * * * | |
| JOSEPH AGUILAR, III, ET AL | * * | CIVIL ACTION NO.: 07-4852 |
| VERSUS | * * | SECTION "K(2)" |
| ALEA LONDON LTD., ET AL | * | |

## NOTICE OF HEARING

Please take notice that undersigned counsel for Auto Club Family Insurance Company will bring its ~~Motion To Lift Stay And For Leave To File~~ Motion For Summary Judgment for hearing before the Honorable Stanwood R. Duval, Jr. Section "K" on December 10, 2008 at 9:30 a.m.

-1-

Respectfully Submitted,

**HEBBLER & GIORDANO, L.L.C.**
*Attorneys at Law*

/s/ *Thomas M. Young*
THOMAS M. YOUNG
Bar No. 7547
Hebbler & Giordano, L.L.C.
3636 S. I-10 Service Road W, Suite 300
Metairie, Louisiana 70001
Telephone: (504) 833-8007
Facsimile: (504) 833-2866
Email: young@hebblergiordano.com

### CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2008 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I further certify that there are no known non-CM/ECF participants.

/s/ *Thomas M. Young*