# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>* | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br>INSURANCE (Hampton, No. 07-1943) | *<br>*<br>* | |

## ORDER

IT IS ORDERED that the above numbered and entitled cause, as it pertains to **BEVERLY AND JAMES HAMPTON**, plaintiffs herein, be and the same is hereby dismissed, with prejudice, each party to bear its own costs of court.

NEW ORLEANS, LOUISIANA, this 18th day of November, 2008

_____
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUSIANA