UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br><br>**NO. 05-4182** |
| **PERTAINS TO: INSURANCE**<br>     **THERIOT, 06-9910** | **SECTION "K"(2)** |

## ORDER

Considering the parties' Stipulation of Dismissal (Rec. Doc. 16409), accordingly

**IT IS ORDERED** that the above-captioned matter be **DISMISSED WITH PREJUDICE** as to all claims, with each party to bear their own costs.

New Orleans, Louisiana, this __18th__ day of November, 2008

                                             _____
                                             **STANWOOD R. DUVAL, JR.**
                                             **UNITED STATES DISTRICT JUDGE**