**PATRICK G. KEHOE, JR.**
A Professional Law Corporation
833 Baronne Street
NEW ORLEANS, LOUISIANA 70113

NOTARY PUBLIC

*RECEIVED NOV - 5 2008 CHAMBERS OF U.S. MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR.*

Telephone: (504)588-1110
Facsimile: (504)588-1954
Email: *pgkehoejr@kehoejr.com*

November 5, 2008

<u>HAND DELIVER</u>
Magistrate Judge Joseph C. Wilkinson
500 Poydras Street, Room B421
New Orleans, LA

RE: Shelton v. Allstate
07-3412

*File in all three records 05-4182 07-5112 Acadie*

Dear Judge Wilkinson:

  Enclosed please find a copy of a letter which was signed by Mrs. Shelton on July 24, 2008 and forwarded to Mr. Bruno on that date. Enclosed please find a copy of my correspondence to defense counsel.

                Very truly yours,

                PATRICK G. KEHOE JR

PGK;JR/de
Enclosures

cc:  Joseph Bruno, Esq. (Via facsimile)

**PATRICK G. KEHOE, JR.**
A Professional Law Corporation
833 Baronne Street
NEW ORLEANS, LOUISIANA   70113

NOTARY PUBLIC

Telephone:
(504)588-1110
Facsimile: (504)588-1954
Email: *pgkehoejr@kehoejr.com*

July 23, 2008

<u>VIA FACSIMILE: (985) 868-1345</u>
Danna E. Schwab, Esq.
7847 Main Street
Houma, LA 70361

      Re: Aloma and William Shelton
        Policy No.: 0910214637
        Claim No.: 5113380702
        Your File No.: 07-1504

Dear Danna:

  I have represented Ms. Shelton and her family in numerous cases throughout the years. I am handling her claim against Allstate. I spoke to her today and confirmed that I will be her attorney in the matter entitled Aloma Shelton, et al v. Allstate -USDC No.: 07-3412, Div. "A".

  Further, she tells me that Joe Bruno is representing her in the Levee Breach claim against the Corp and that his representation is limited to that claim only.

  Again, I have known this lady for 10 plus years and confirmed my representation today. A letter from Ms. Shelton will follow.

              Very truly yours,


              PATRICK G. KEHOE, JR.

PGK;JR/ts

cc: Joseph M. Bruno ( via facsimile: 504-581-1493)
   Andrea Lestelle (via facsimile: 504-828-1229)

July 24, 2008

Bruno & Bruno
855 Baronne Street
New Orleans, LA 70113
Attn: Joseph Bruno, Esq.

RE:   Levee Breach Contract

Dear Mr. Bruno:

Please be advised that my attorney Patrick G. Kehoe, Jr. is representing me and my husband in connection with our claim against Allstate for damages sustained to my home in Hurricane Katrina. Mr. Kehoe has been my attorney for the past ten (10) years representing me, my son-in-law, my daughter, etc.

The contract I executed with you in your office was limited to my claim against the Corp of Engineers for damages sustained by the levee breach. That was my understanding the day I signed the contact and is still my belief.

If you have any questions please feel free to contact my attorney Patrick G. Kehoe, Jr. At (504) 588-1110.


_____
Aloma Shelton