Emanuel and Gertrude Esteves, Jr.
4656 Gaines Street
New Orleans, LA 70126

Mr. Patrick Kehoe
833 Baronne Street
New Orleans, LA 70113

Dear Mr. Kehoe

We only hired the Gauthier firm to handle our property on Senate street.

They inquired about our property on Cartier street, but we told them you were handling that for us.

My wife and I gave you the authority to handle the Cartier street property.

If there are any questions or if I can be of further assistance please contact me at (504) 782-5368 or (504) 283-6749.

Emanuel Esteves, Jr.