**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
A LAW CORPORATION
SUITE 2775 PAN AMERICAN LIFE CENTER
601 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Seth A. Schmeeckle
Tel: (504) 568-1990
Direct: (504) 310-9118

Fax: (504) 310-9195
e-mail: sschmeeckle@lawla.com

November 10, 2008

*Via Telefax: (504) 589-7633*
The Honorable Joseph C. Wilkinson, Jr.
United State District Court
Eastern District of Louisiana
United States Magistrate Judge
500 Poydras Street, Room B409
New Orleans, Louisiana 70130

Re:   In Re Katrina Canal Breaches Consolidated Litigation
      USDC - EDLA No. 05-4182, Section "K" – Magistrate: 2
      Our File No. 21043-05512

Dear Magistrate Judge Wilkinson:

In follow up to the status conference of last week concerning duplicate representations and in my capacity as counsel for Standard Fire Insurance Company, please be advised that the following individuals appear to have lodged two suits, each by a different lawyer, regarding the same Hurricane Katrina claim:

1. Ms. Audrey Harris is represented by Mr. Joseph Bruno in the Susan Abadie, et al v. Aegis Security Insurance Company, et al, matter No. 07-5112 on the docket of the EDLA and by Mr. Stuart Barasch in the Abram, et al. vs. AAA Insurance, et al. matter No. 07-5205 on the docket of the EDLA.

2. Mr. Charles Gray is represented by Mr. Joseph Bruno in the Susan Abadie, et al v. Aegis Security Insurance Company, et al, matter No. 07-5112 on the docket of the EDLA and by Mr. Stuart Barasch in the Abram, et al. vs. AAA Insurance, et al. matter No. 07-5205 on the docket of the EDLA.

3. Ms. Liz Toles is represented by Mr. Joseph Bruno in the Susan Abadie, et al v. Aegis Security Insurance Company, et al, matter No. 07-5112 on the docket of the EDLA and by Mr. Daniel Becnel in the Alexander, et al. vs. Automobile Club Inter-Insurance Exchange, et al. matter No. 07-4538 on the docket of the EDLA.

4. Ms. Celita Wolfe is represented by Mr. Joseph Bruno in the Connie Abadie, et al v. Aegis Security Insurance Company, et al, matter No. 06-5164 on the docket of the EDLA and by Mr. Daniel Becnel in the Alexander, et al. vs. Automobile Club Inter-Insurance Exchange, et al. matter No. 07-4538 on the docket of the EDLA.


RECEIVED
NOV 10 2008

The Honorable Joseph C. Wilkinson, Jr.
November 10, 2008
Page 2

5. Mr. Lloyd Lockett is represented by Mr. Joseph Bruno in the Connie Abadie, et al v. Aegis Security Insurance Company, et al, matter No. 06-5164 on the docket of the EDLA and by Mr. Joe Rausch in the Aaron, et al v. AIG Centennial Insurance Co., No. 06-4746 on the docket of the EDLA.

6. Ms. Brenda Daggs is represented by Mr. Joseph Bruno in the Susan Abadie, et al v. Aegis Security Insurance Company, et al, matter No. 07-5112 on the docket of the EDLA and by Mr. Stuart Barasch in the Abram, et al. vs. AAA Insurance, et al. matter No. 07-5205 on the docket of the EDLA.

7. Ms. Brenda Jones is represented by Mr. Joseph Bruno in the Connie Abadie, et al v. Aegis Security Insurance Company, et al, matter No. 06-5164 on the docket of the EDLA and by Mr. Stuart Barasch in the Abram, et al. vs. AAA Insurance, et al. matter No. 07-5205, the Acevedo, et al. vs. AAA Insurance, et al. matter No. 07-5208 and the Acevedo, et al. vs. AAA Insurance, et al. matter No. 07-5199 all on the docket of the EDLA.

If the Court were so inclined to hold a status conference akin to last week's conference to resolve the duplicate representation issue, judicial economy may best served and it would be much appreciated.

With best regards, I am

Respectfully,

Seth A. Schmeeckle

SAS/msb
cc: Joe Bruno, Esq. (via e-mail)
Daniel Becnel, Esq. (via e-mail)
Stuart Barasch, Esq. (via e-mail)

351945_1