C. GORDON JOHNSON, JR.
JAMES S THOMPSON
MICHAEL K. FITZPATRICK
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
PATRICK D. DERQUEN
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON

EMAIL ADDRESS OF WRITER:
cchassaignac@phjlaw.com

DIRECT DIAL OF WRITER:
(225) 336-8913

## PORTEOUS, HAINKEL AND JOHNSON, L.L.P.

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WWW.PHJLAW.COM

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
LAURIE L. DeARMOND
NICHOLAS C. CRISTINA
BRYAN J. HAYDEL, JR.
MICHAEL W. COLLINS
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE L. TROWBRIDGE
GUY H. BUMPAS, IV
MICHAEL J. MADERE
HEATHER A. ENGLAND REZNIK
RALPH I. AUCOIN, JR.
CLAIBORNE W. BROWN
DENIA D. SYLVE

OF COUNSEL:

CHAD J. PRIMEAUX
ELEANOR W. WALL
JULIANNE T. ECHOLS
JESSE WALES*
CAROLINE D. BARKERDING

*Licensed in OR & CA only

PLEASE REPLY TO:
**BATON ROUGE**

November 11, 2008

<u>Via Facsimile: 504-589-7633</u>
Honorable Magistrate Judge Joseph C. Wilkinson, Jr.
United States District Court
Eastern District of Louisiana
B409 Hale Boggs Federal Building
500 Poydras Street
New Orleans, LA 70130

Re:   "Aaron", "Ancar", "Alexander" and "Bailey" Mass Actions (Katrina Litigation)
C.A. No. 05-4182; USDC Eastern District
Our File No.: 895.1032 (General)

Dear Magistrate Judge Wilkinson:

Undersigned counsel respectfully requests that this Court schedule a status conference with all pertinent counsel, with regard to duplicative representation in the above-referenced matters, as it pertains to claims against my client, State Farm Fire and Casualty Company. For your convenience, I have set forth below, the claims that fall into this category:



RECEIVED
NOV 12 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

NOV-11-2008 TUE 07:59 AM BHJ    FAX NO. 2253937900    P. 02
Case 2:05-cv-04182-SRD-JCW   Document 16439   Filed 11/12/08   Page 2 of 3

Mag. Judge Wilkinson
November 7, 2008
Page 2

| Plaintiff | Hall Doc. No. | Bruno Doc. No | Becnel Doc. No. | Cantrell Doc. No. |
|---|---|---|---|---|
| Gleason | 07-1919 | | 08-2507 | 07-9003 and 08-1009 |
| Honore | | Docket No. 07-5111 | 08-0843 | |
| Howard | 07-1950 (dismissed 07-31-07) | 07-2415 (dismissed 03/28/08) and 07/2416 (dismissed 03/28/08) | 07-4538 | |
| Johnson | | 07-5111 | 08-2222 | |
| Khaton | | 07-2439 | 08-2494 | |
| Lee, Ulah | | 07-2501 | 08-2676 | |
| McNeil | 07-4853 | | 08-2589 | |
| Pier | | | 08-2673 Duplicate with Roy Amedee – 07-4538) | |
| Pons | | Docket. No. 07-5111 | 08-2426 | |
| Brown, Jane | | 07-2424 | | 07-9019 |
| Hubbard-Russell | 07-2060 (duplicate with Gisleson – 06-4767) | | | |
| Rooney | 07-2057 | Docket No. 07-5111 | | |

Mag. Judge Wilkinson
November 7, 2008
Page 3

---

    Thank you very much for your time and consideration. Should you have any questions or concerns in this regard, please do not hesitate to contact me.

                                    Sincerely,

                                    CHARLES L. CHASSAIGNAC, IV

CLC/rlk