UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | |
| * | | NUMBER: 05-4182 "K"(2) |
| * | | |
| * | | JUDGE DUVAL |
| PERTAINS TO: MRGO * | | |
| * | | MAG. WILKINSON |
| ************************************* | | |

### MOTION OF THE MRGO PSLC TO ADMIT DEMONSTRATIVE EXHIBITS

**NOW INTO COURT**, through undersigned counsel, comes the comes the MRGO PSLC, which moves this Honorable Court for an Order admitting the demonstrative exhibits presented at the oral argument of the Washington Group International, Inc.'s ("WGI") Motion for Summary Judgement.

On November 13, 2008, the Court instructed the Plaintiffs to submit a motion seeking to admit the demonstrative exhibits presented at the oral argument that day by Tuesday, November 18, 2008.

For reasons more fully set forth in the attached Memorandum in Support, the demonstrative exhibits should be admitted by the Court as they were presented at oral argument to aid the Court's understanding of salient facts and issues in a concise fashion.  Furthermore, because these demonstrative aids have been presented to the WGI throughout the discovery

process, WGI can not complain of prejudice.

**WHEREFORE**, the MRGO PSLC prays that this Honorable Court grant the Motion to Admit Demonstrative Exhibits, thereby admitting the demonstrative exhibits presented at the oral argument of the Washington Group International, Inc.'s Motion for Summary Judgement.

**Respectfully Submitted,**

**APPROVED PLAINTIFFS LIAISON COUNSEL**

  /s/  Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com


MR-GO PLAINTIFFS SUB-GROUP
LITIGATION COMMITTEE

s/ James Parkerson Roy
JAMES PARKERSON ROY
MR-GO PSLC Liaison Counsel
LA Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
Post Office Box 3668
Lafayette, Louisiana 70502
Telephone: (337) 593-4190 or (337) 233-3033
Email: jimr@wrightroy.com

2

## **CERTIFICATE OF SERVICE**

     I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 18th day of November, 2008.

                                                  /s/ Joseph M. Bruno
                                                Joseph M. Bruno