**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **NUMBER: 05-4182 "K"(2)** |
| | * | |
| | * | **JUDGE DUVAL** |
| **PERTAINS TO: MRGO** | * | |
| | * | **MAG. WILKINSON** |
| ************************************** | | |

**<u>ORDER</u>**

Upon consideration of the Motion of the MRGO PSLC to Admit Demonstrative Exhibits, and good cause appearing:

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.


_____
                                             UNITED STATES DISTRICT COURT JUDGE