MINUTE ENTRY
WILKINSON, M.J.
NOVEMBER 18, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, LeSea, 07-4462 | JUDGE DUVAL<br>MAG. WILKINSON |

At the conclusion of the settlement evaluation process required by the court's "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521, Brian Katz, representing plaintiff, has advised the court (by letter that has been separately filed in the record) that the referenced LeSea Broadcasting Corporation case has settled. By copy of this minute entry, Judge Duval is advised so that he may enter an appropriate 60-day conditional dismissal order in the referenced LeSea Broadcasting Corporation case only.

IT IS ORDERED that the settlement conference previously set before me on November 20, 2008 at 3:00 p.m. is CANCELLED.

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

MJSTAR: 0 : 05