# Longman Russo
### A PROFESSIONAL LAW CORPORATION

GARY J. RUSSO
Also Admitted To Practice In Texas
GJRUSSO@LRFIRM.COM

CHASE TOWER, SUITE 1600
600 JEFFERSON STREET
LAFAYETTE, LOUISIANA 70501
(337) 262-9000 FAX (337) 262-9001

MAILING ADDRESS:
P.O. BOX 3408
LAFAYETTE, LOUISIANA 70502-3408

OUR FILE NUMBER:
894.211

November 17, 2008

<u>Via Fax</u>

Magistrate Joseph C. Wilkinson, Jr.
United States Magistrate Judge
USDC, Eastern District of Louisiana
B409 Hale Boggs Federal Building
500 Poydras Street
New Orleans, LA 70130

Re: Frank Alfonso, et al vs. Travelers Ins. Co., et al
    Plaintiff: Victor Cerise and Anne York
    Civil Action No. 06-8801

Dear Your Honor:

  We are pleased to inform you that the last of the remaining plaintiffs in the Frank Alfonso, et al matter, Victor Cerise and Anne York have settled with The Standard Fire Insurance Company and there were no road home issues involved in the settlement. Please let us know if there is additional information which you need.

  Thank you for your continuing efforts. With kindest regards, I am

Very truly yours,

Gary J. Russo

GJR:LL wilkinson.04.doc
C – Patrick Kehoe
C - Client

RECEIVED
NOV 17 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.