## PATRICK G. KEHOE, JR.
### A Professional Law Corporation
833 Baronne Street
NEW ORLEANS, LOUISIANA 70113

NOTARY PUBLIC

Telephone: (504)588-1110
Facsimile: (504)589-1954
Email: ppkehoejr@kehoejr.com

November 17, 2008

RECEIVED
NOV 17 2008
CHAMBERS OF
U.S. DISTRICT JUDGE
STANWOOD R. DUVAL, JR.

<u>VIA FACSIMILE: 589-2393</u>
Hon. Stanwood R. Duval, Jr.
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C368
New Orleans, LA 70130

RE: Frank Alfonso, et al v. Travelers Ins. Co., et al
USDC No.: 06-8801 c/w 05-4182
Plaintiffs: Victor and Ann Cerise

Dear Judge Duval:

This is to inform you that we have settled the claim on behalf of Victor and Ann Cerise. At this time, I respectfully request that the court enter a sixty (60) day order of dismissal on this claim.

Very truly yours,

*Patrick G. Kehoe, Jr./de*

PATRICK G. KEHOE, JR.

PGK:JR/de

RECEIVED
NOV 18 2008

COPY TO JUDGE WILKINSON 589.7633