MINUTE ENTRY
WILKINSON, M.J.
NOVEMBER 18, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES      CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: INSURANCE<br>(Hurricane Legal Center Mass Joinder Cases v. Allstate)<br>    P. Alexander, C.A. No. 07-4455<br>    A. Alexander, C.A. No. 07-5768<br>    Ansardi, C.A. No. 07-5767<br>    Aucoin, C.A. No. 07-4458<br>    D. Adams, C.A. No. 07-5206<br>    Call, C.A. No. 07-5769 | SECTION "K" (2) |

Pursuant to my previous order of September 29, 2008, a follow-up conference was conducted before me on this date to discuss the status of settlement efforts in the referenced "Insurance Mass Joinder" cases filed on behalf of plaintiffs against Allstate Insurance Company, by the Hurricane Legal Center. Participating were Sassoon Sales and Larry Centola, representing plaintiffs; Seth Schmeekle, defense Liaison Counsel; and Art Lentini and Trey Henderson, representing Allstate.

MJSTAR: **0 : 40**

Based on the oral report of counsel, it appears that virtually no settlement progress has been made in these cases. Counsel suggested that anticipated rulings on pending motions filed by Allstate in other cases pending in other sections of this court may serve to prompt more substantial settlement discussions, once those rulings are issued. I doubt it. Although successful settlement in any of these cases appears unlikely,

IT IS ORDERED that any rulings on the pending motions and the effect of those rulings, if any, on settlement efforts in these cases will be discussed during the course of the telephone conference that is already scheduled to occur before me in the Hurricane Legal Center "Insurance Mass Joinder" cases filed against State Farm on December 19, 2008 at 10:00 a.m.

By separate order, these cases will be placed on the court's January 8, 2008 CALL DOCKET for a final claim-by-claim report on settlement before severance and the setting of trial dates.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**