UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES            CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182

PERTAINS TO: INSURANCE                   SECTION "K"(2)
WATSON, 07-3462

## ORDER

Defense counsel, Raymon G. Jones, erroneously advised this Court by letter dated September 12, 2008, a copy of which has been filed separately in both CA No. 05-4182 (Doc. 15042) and 07-3462 (Doc. 6), that the Watson case had settled, and a 60-day Conditional Dismissal Order was therefore entered (Doc. 15043). At the Docket Call and Show Cause Hearing conducted by Magistrate Judge Wilkinson on November 6, 2008, counsel advised that because of confusion arising from multiple representation of both plaintiff and defendant, the Watson case has not settled and dismissal was not appropriate. Accordingly,

**IT IS ORDERED** that my dismissal order is hereby **VACATED** and this case is **REOPENED**.

New Orleans, Louisiana, this ___19th___ day of November, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Jay Wilkinson