UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE, <u>Watson</u>, 07-3462 | JUDGE DUVAL<br>MAG. WILKINSON |

## **ORDER**

Plaintiff in the captioned case has asserted the same claims in two different cases pending in this court and is represented by more than one lawyer in the two different cases. Defendant, Allstate Insurance Company, likewise is represented by two different lawyers. After a hearing on November 6, 2008, at which counsel for plaintiffs and for defendant appeared, I have recommended to the presiding district judge that plaintiffs' duplicative claim in <u>Susan Abadie et al. v. Aegis Security Insurance Company et al.</u>, C.A. No. 07-5112, be dismissed so that plaintiff may proceed with her claims in the captioned case of <u>Vivian Watson v. Allstate Insurance Company</u>, C.A. No. 07-3462.

Unfortunately, by letter dated September 12, 2008, Record Doc. No. 6 in C.A. No. 07-3462, defense lawyer Raymon G. Jones, erroneously advised the court that the case was settled, and the court issued a 60-day dismissal order, which has been or shortly will be vacated by Judge Duval. Accordingly,

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4, **IT IS ORDERED** that this case, C.A. No. 07-3462, is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182"K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and henceforth all future filings in C.A. No. 07-3462 on the docket of C.A. No. 07-3462, and not on the docket of C.A. No. 05-4182. The Clerk is also **DIRECTED** to maintain the allotment of this case in Section "K"(2) for future proceedings.

At the hearing on November 6, 2008, plaintiff's counsel in both cases advised the court that they have not been able to locate Watson recently to communicate with her regarding her lawsuits. Accordingly,

**IT IS FURTHER ORDERED** that the captioned case will be called on **December 17, 2008 at 11:00 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B421, New Orleans, Louisiana. Plaintiff, Vivian Watson, **must appear IN PERSON** to report on the status of the case and show cause why she has not kept her counsel apprised of her whereabouts and/or why this matter should not be dismissed for failure to prosecute. Joseph Bruno and Bruce

Feingerts, counsel for plaintiff in both cases, and Minor Pipes and Raymon Jones, counsel for defendant in both cases, **must also appear in person.**

**IT IS FURTHER ORDERED** that the United States Marshal is directed to serve a copy of this order on plaintiff, Vivian Watson, at her last known address, 2438 Congress St., New Orleans, LA 70117, telephone number 504-606-7110.

New Orleans, Louisiana, this  19th  day of November, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**

**UNITED STATES MARSHAL**
**HON. STANWOOD R. DUVAL, JR.**