UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| | § | |

## ORDER

Having considered the United States' Motion for Leave to File Corrected Brief, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED. The Clerk is directed to file the United States Corrected Reply Brief in Support of its Motion for Partial Summary Judgment.

New Orleans, Louisiana, this  19th  day of          November         , 2008.

_____
UNITED STATES DISTRICT JUDGE