UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| | SECTION_K_MAG_2_ |
| PERTAINS TO: ROAD HOME State of Louisiana, C.A. No. 07-5528 | JUDGE DUVAL MAGISTRATE JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### THE STATE OF LOUISIANA'S MOTION TO VOLUNTARILY DISMISS CERTAIN INSURANCE COMPANIES WITHOUT PREJUDICE

**NOW COMES** the Plaintiff, the State of Louisiana ("the State"), through the Honorable James D. Caldwell, the Attorney General for the State, and through the undersigned Assistant Attorney General, and moves this Honorable Court to grant this Motion to Voluntarily Dismiss the following listed Insurance Companies Without Prejudice, only, from this matter: Kemper Casualty Insurance Company on suggesting that each of the foregoing insurance companies has provided the State with an affidavit attesting to facts indicating that these insurance companies do not and/or did not issue any policy of casualty or property damage insurance on any residence in the State of Louisiana in effect during either Hurricane Katrina in August, 2005 or Hurricane Rita in September, 2005.

Accordingly, the State moves this Court to enter an order to voluntarily dismiss the above-listed insurance companies, only, without prejudice, reserving all other rights and claims against any other person or party, whether named or otherwise, and without

waiving any claim or defense, including the State's right to challenge this Court's jurisdiction.  Liaison Counsel for the Road Home has submitted a copy of this motion to Plaintiffs' Liaison Counsel, Mr. Joseph M. Burno, and Defendants' Liaison Counsel, Mr. Ralph Hubbard, and neither has expressed any opposition to this motion.

WHEREFORE, the State prays this Honorable Court grant its motion to voluntarily dismiss the above-listed Insurance Companies, only, without prejudice.

                                  Respectfully submitted,

                                  STATE OF LOUISIANA
                                James D. "Buddy" Caldwell
                                Attorney General
                                /s/ Sallie J. Sanders_____
                                Sallie J. Sanders (11703)
                                Assistant Attorney General
                                1885 N. Third Street, 4th Floor
                                Baton Rouge, LA  70802
                                Telephone:  225-326-6400
                                Telefax:  225-326-6499

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the above and foregoing Motion to Voluntarily Dismiss Certain Insurance Companies Without Prejudice to all counsel via the CM/ECF electronic notification filing system, this 19th day of November, 2008.

                                _____/s/ Sallie J. Sanders_____
                                       Sallie J. Sanders