UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO: ROAD HOME *Louisiana State C.A. No. 07-5528* | JUDGE STANWOOD R. DUVAL, JR MAGISTRATE: JOSEPH C. WILKINSON, JR. |

## AFFIDAVIT OF DENISE R. MCRAE

COUNTY OF DUVAL

STATE OF FLORIDA

BEFORE ME, the undersigned Notary Public, duly commissioned, qualified, and sworn in and for the State and County aforesaid, personally came and appeared:

DENISE R. MCRAE

who did depose and state:

1.

I am a person of the full age of majority and I reside in the City of Jacksonville, County of Duval, State of Florida.

2.

I am currently employed by Kemper Independence Insurance Company ("Kemper Independence") as the Claim Litigation Director. I have been employed by Kemper Independence since 2004. In my capacity as Claim Litigation Director with Kemper, I have personal knowledge of the facts stated herein.

3.

Kemper Casualty Insurance Company ("Kemper Casualty") is part of the Lumbermens Mutual Casualty Company. Kemper Independence manages the personal lines claims of Lumbermens Mutual Casualty Company.

4.

Kemper Casualty did not write any homeowners or personal lines of insurance on any residence in the State of Louisiana in effect during either Hurricane Katrina in August 2005 or Hurricane Rita in September 2005.

5.

Kemper Casualty understands that the plaintiffs are relying upon this affidavit for the purposes of dismissal without prejudice from the above numbered and entitled litigation.

WITNESSES:

_____   _____
Name                              Affiant

_____
Name

SWORN TO AND SUBSCRIBED before me, this 18 day of November, 2008, in the City of Jacksonville, County/Parish of Duval, State of Florida.

_____
NOTARY PUBLIC

Printed Name of Notary Public: Susan G. Mock
Bar Roll No. or Notary ID Number: DD571346
Address: 12926 Gran Bay Pky
         Jacksonville, FL 32258
My Commission Expires: 7/5/10


SUSAN G. MOCK
MY COMMISSION # DD571346
EXPIRES: July 05, 2010
Fl. Notary Discount Assoc. Co.

NO.99908924.1