UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: BARGE | | and consolidated cases |
| Boutte v. Lafarge | 05-5531 | SECTION "K" (2) |
| Mumford v. Ingram | 05-5724 | |
| Lagarde v. Lafarge | 06-5342 | JUDGE |
| Perry v. Ingram | 06-6299 | STANWOOD R. DUVAL, JR. |
| Benoit v. Lafarge | 06-7516 | |
| Parfait Family v. USA | 07-3500 | MAGISTRATE |
| Lafarge v. USA | 07-5178 | JOSEPH C. WILKINSON, JR. |

**ZITO FLEETING, LLC AND ZITO FLEETING, INC.'S
MEMORANDUM IN OPPOSITION TO THE BARGE
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

MAY IT PLEASE THE COURT:

For purposes of Case Management and Scheduling Orders no. 5 and 7, Zito Fleeting, LLC and Zito Fleeting, Inc. (Zito) and Lafarge North America comprise the "Barge Interests" and/or "Barge Defendants" category of parties in this matter. Accordingly, and in the interest of judicial efficiency and in order to avoid duplication, Zito hereby joins in the arguments made by Lafarge in Lafarge's Memorandum in Opposition to the Barge Plaintiffs' Motion for Class Certification.

1

Respectfully submitted,

**s/C. William Emory**
ANDRÉ J. MOULEDOUX (LA Bar #9778)
C. WILLIAM EMORY (LA Bar #20179)
MOULEDOUX, BLAND, LEGRAND &
BRACKETT, L.L.C.
701 Poydras Street, Suite 4250
New Orleans, LA 70139
Telephone: (504) 595-3000
Facsimile:  (504) 522-2121
Email:       bemory@mblb.com
Attorneys for Zito Fleeting, L.L.C. and
Zito Fleeting, Inc.
Memorandum in Opposition to Plaintiffs' Motion for Class Certification.wpd

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2008, I have served a copy of the foregoing pleading on counsel for all parties to this proceeding by electronic filing notification.

**s/C. William Emory**