IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| * * * * * * * * * * * * * * * * * * * * * * * * | * | |
| | * | SECT. "K" |
| PERTAINS TO: | * | JUDGE STANWOOD R. DUVAL, JR. |
| INSURANCE (Reneau 06-7722) | * | |
| | * | MAG. DIV. 2 |
| | * | MAG. JOSEPH C. WILKINSON, JR. |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## *JOINT MOTION TO DISMISS*

NOW INTO COURT, and pursuant to FRCP Rule 41 (a) (2), through undersigned counsel, comes Plaintiffs, Burdett and Mavis Reneau d/b/a Hand Made Suits, who respectfully represent to this Honorable Court that the above captioned matter has been compromised in full and that Plaintiffs desire to dismiss with prejudice the said causes against Colony Insurance Company, Gemelle Linzy, Martin Insurance Agency, Inc. and Westport Insurance Corporation with each party to bear their own respective court costs.

Respectfully submitted,

COUNSEL FOR PLAINTIFFS:

**CLEMENT, GATES, & MAY,**
**Counselors at Law**
*A Limited Liability Company*

*/s/ David C. Clement*
_____
**DAVID C. CLEMENT (#23687), T.A.**
**307 Tchoupitoulas Street, Suite 350**
**New Orleans, Louisiana 70130**
**Telephone:    (504) 598-2220**

            **Facsimile: (504) 598-2221**

COUNSEL FOR COLONY INSURANCE COMPANY:

        **HAILEY, McNAMARA, HALL,**
        **LARMANN & PAPALE, LLP**

        */s/ Michael J. Vondenstein*
        _____
        **Michael J. Vondenstein (#13116)**
        **One Galleria Boulevard, Suite 1400**
        **Metairie, Louisiana 70001**
        **Telephone: (504) 836-6500**

COUNSEL FOR GEMELLE LINZY, MARTIN INSURANCE AGENCY, INC. AND WESTPORT INSURANCE CORPORATION:

        **UNGARINO & ECKERT, LLC**

        */s/ Stephen M. Gele*
        _____
        **Stephen M. Gele (#22385)**
        **Suite 1280 Lakeway Two**
        **3850 North Causeway Boulevard**
        **Metairie, Louisiana 70002**
        **Telephone: (504) 836-7537**
        **Facsimile: (504) 836-7538**

## **CERTIFICATE OF AUTHORIZATION FOR ELECTRONIC SIGNATURE**

   The undersigned hereby certifies that counsel for Defendants and counsel for Plaintiffs have conferred on November 19, 2008, wherein undersigned counsel has been authorized by counsel for defendants to electronically sign this Joint Motion to Dismiss for all respective parties.

        */s/  David C. Clement*
        _____
        David C. Clement

## **CERTIFICATE OF SERVICE**

I do hereby certify that on November 19, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:  Michael J. Vondenstein and Stephen M. Gele.

*/s/  David C. Clement*

David C. Clement