IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * <br> * NO. 05-4182 <br> * <br> * SECT. "K" <br> * JUDGE STANWOOD R. DUVAL, JR. <br> * <br> * MAG. DIV. 2 <br> * MAG. JOSEPH C. WILKINSON, JR. |
| PERTAINS TO: <br> INSURANCE (Reneau 06-7722) | |

## *ORDER*

THE FOREGOING JOINT MOTION TO DISMISS FILED PURSUANT TO FRCP RULE 41 (A) (2) BEING CONSIDERED:

IT IS HEREBY ORDERED that the above entitled and numbered action be and the same is hereby dismissed with prejudice with each party to bear its own court costs.

New Orleans, Louisiana this _____ day of _____, 2008.

                                                     _____
                                                                       JUDGE