**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| _____ | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| _____ | § | |

**DEFENDANT UNITED STATES' EX PARTE MOTION FOR LEAVE TO FILE A MEMORANDUM IN SUPPORT OF RENEWED MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT, EXCEEDING TWENTY-FIVE PAGES IN LENGTH**

Defendant United States hereby respectfully requests leave to file a memoranda not exceeding fifty pages in length in support of its Renewed Motion to Dismiss, or in the Alternative, for Summary Judgment, to be filed on November 20, 2008, in light of the significance of this motion, supporting memorandum, and the number of issues it raises.

Pursuant to Local Rule 7.3E, a proposed Order is provided.

2

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

THOMAS DUPREE
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

MARY M. LEACH
Assistant Director, Torts Branch

  /s/Daniel M. Baeza
DANIEL M. BAEZA
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
(202) 616-4916 (tel.)
(202) 616-5200 (fax)
Dan.Baeza@usdoj.gov
Attorney for Defendant United States

## **CERTIFICATE OF SERVICE**

    I, Daniel M. Baeza, hereby certify that on November 19, 2008, I served a true copy of United States' Ex Parte Motion for Leave to File a Memorandum in Support of Renewed Motion to Dismiss, or in the Alternative, for Summary Judgment, Exceeding Twenty-Five Pages in Length upon all parties by ECF.

                                              s/     Daniel M. Baeza
                                              DANIEL M. BAEZA