MINUTE ENTRY
WILKINSON, M.J.
NOVEMBER 19, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE, Abadie I, 06-5164<br>Abadie II, 07-5112 | JUDGE DUVAL<br>MAG. WILKINSON |

    A vigorous discussion was conducted on this date in a conference conducted by me concerning the logistics of settlement consummation in the claims involving Louisiana Citizens in the captioned cases. Participating were Joseph M. Bruno, plaintiffs counsel; John Waters, together with Suzanne Don De'Ville (client representative), representing Louisiana Citizens. Counsel are continuing their discussions.

JOSEPH C. WILKINSON, JR.<br>
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.

MJSTAR: **1:10**