UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES            CIVIL ACTION
CONSOLIDATED LITIGATION
                                        NO. 05-4182

PERTAINS TO: *Robinson* C.A. No. 06-2268          SECTION "K"(2)


## ORDER

Before the Court is a Motion for Leave to File *Amicus* Opposition to United States' Motion for Partial Summary Judgment (Doc. 16389) filed by United Health Services ("UHS"). Having reviewed the pleadings, memoranda and the relevant law, the Court finds that the amicus is not unduly delayed and helpful to the Court. Accordingly,

**IT IS ORDERED** that the Motion for Leave to File *Amicus* Opposition to United States' Motion for Partial Summary Judgment (Doc. 16389) is **GRANTED**.

**IT IS FURTHER ORDERED** that the United States may file a response to the *amicus* no later than **December 3, 2008.**

New Orleans, Louisiana, this  19th  day of November, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE