UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE, <u>Gafur</u>, 07-3406 | JUDGE DUVAL<br>MAG. WILKINSON |

### **ORDER**

Plaintiffs in the captioned case have asserted the same claims in two different cases pending in this court and are represented by more than one lawyer in the two different cases.  After a hearing on November 6, 2008 at which counsel for plaintiffs and for defendant appeared, I have recommended to the presiding district judge that plaintiffs' duplicative claim in <u>Connie Abadie et al. v. Aegis Security Insurance Company et al.</u>, C.A. No. 06-5164, be dismissed so that plaintiffs may proceed with their claims in the captioned case of <u>Asif Gafur et al. v. Allstate Insurance Company</u>, C.A. No. 07-3406.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4, **IT IS ORDERED** that this case, C.A. No. 07-3406, is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182"K" (2), for all purposes, so that it may proceed to

resolution independently.  The Clerk of Court is hereby **DIRECTED** to docket a copy of this order and henceforth all future filings in C.A. No. 07-3406 on the docket of C.A. No. 07-3406, and not on the docket of C.A. No. 05-4182.  The Clerk is also directed to maintain the allotment of this case in Section "K"(2) for future proceedings.

New Orleans, Louisiana, this  19th  day of November, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

2