

# HERMAN, HERMAN, KATZ & COTLAR
### L.L.P.
**Attorneys at Law**

820 O'KEEFE AVENUE, NEW ORLEANS, LOUISIANA 70113-1116
TELEPHONE: (504) 581-4892   FACSIMILE: (504) 561-6024
HTTP://WWW.HHKC.COM

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Morton H. Katz
Sidney A. Cotlar*
Steven J. Lane
Leonard A. Davis
James C. Klick*

Stephen J. Herman
Brian D. Katz
Soren E. Gisleson
Joseph E. Cain
Jennifer J. Greene‡
John S. Creevy
Joseph A. Kott, M.D. J.D. (Of Counsel)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 NOV 18 PM

LORETTA G. WHYTE
CLERK

Offices in New Orleans and
Covington, Louisiana

* A Professional Law Corporation
† Also Admitted in Texas
‡ Also Admitted in Arkansas

This Firm and its Partners Are Also
Partners in Herman Gerel, LLP (Formerly
Herman, Mathis, Casey, Kitchens & Gerel, LLP)

November 18, 2008

### TRANSMITTED VIA FAX: 589-7633

Hon. Joseph C. Wilkinson, Jr.
Magistrate Judge, Division 2
U.S. Courthouse
500 Poydras Street
New Orleans, Louisiana 70130

RE:   In re Katrina Canal Breaches Consolidated
Litigation, CA No. 05-4182 Section "K" (2)
(Pertains to LeSEA Broadcasting Corp., CA No. 07-4462)
Our File No.: 27512-00

Dear Magistrate Wilkinson:

I just wanted to inform the Court that we have been able to reach a compromise on the above-captioned matter and, as such, our conference call scheduled for Thursday, November 20, 2008, will no longer be necessary.  Please note that the standard 60-day dismissal can be entered.

As soon as the settlement documents are exchanged and executed, the parties will file a formal Motion to Dismiss.

Thank you for your work in helping us resolve this matter.

Respectfully submitted,

BRIAN D. KATZ
BDK/bev
cc:   Hon. Stanwood R. Duval, Jr. (Fax: 589-2393)
Greg Moore, Esq. (Fax: 713/651-5246)

RECEIVED
NOV 18 2008

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No_____

W:\25000-29999\27512\Corr\fax ltr Mag. Wilkinson 11182008 case has settled.wpd\

TOTAL P.01