

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION _K_ MAG _2_ |
| PERTAINS TO: ROAD HOME<br>*State of Louisiana, C.A. No. 07-5528* | JUDGE DUVAL<br>MAGISTRATE JUDGE WILKINSON |

*************************************************************************

### PROPOSED ORDER

**CONSIDERING** the foregoing Motion for Leave to File Motion to Sever and Remand Subrogated Claims to State Court and Motion for Expedited Hearing filed by the State of Louisiana;

**IT IS HEREBY ORDERED** that the State's Motion for Leave to file its Motion to Sever and Remand Subrogated Claims to State Court is **GRANTED**, and the Clerk is ordered to accept the State's Motion to Sever and Remand for filing.

**IT IS FURTHER ORDERED** that the State's Motion for Expedited Hearing is **GRANTED**, and the State's Motion to Sever and Remand Subrogated Claims to State Court will be heard on Jan. 30, 2008, at 9:30 a.m. * with oral argument.

New Orleans, Louisiana, this 19th day of November, 2008.

*Opposition to this motion shall be filed on December 20, 2008 and a reply shall be filed no later than January 9, 2009.

___ Fee _____
___ Process _____
X Dktd _____
✓ CtRmDep _____
___ Doc. No. _____

United States District Court Judge