UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES     CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE, Williams, 07-4021     JUDGE DUVAL
MAG. WILKINSON

### ORDER

Plaintiff, Jason Williams, has asserted the same claims in two different cases pending in this court and is represented by more than one lawyer in the two different cases. After a hearing on November 6, 2008 at which counsel for plaintiff and for defendant appeared, I have recommended to the presiding district judge that plaintiff's duplicative claim in Aaron v. AIG Centennial Insurance Company, C.A. No. 06-4746, be dismissed so that plaintiff may proceed with his claims in the captioned case.

As provided in the court's "Post-Sher" order, Record Doc. No. 13521 at p. 4, **IT IS ORDERED** that this case, C.A. No. 07-4021, is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182"K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a copy of this

NOV 19 2008

TRANSFERRED TO

SECT. J MAG. 5

___ Fee____
___ Process____
X Dkid____
___ CtRmDep____
___ Doc. No ____

order and henceforth all future filings in C.A. No. 07-4021 on the docket of C.A. No. 07-4021, and <u>not</u> on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case to Section "J"(5), where it was previously pending before transfer to this section, for future proceedings in Section "J"(5).

New Orleans, Louisiana, this <u>19th</u> day of November, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**