**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE: KATRINA CANAL BREACHES**                    **CIVIL ACTION**
**CONSOLIDATED LITIGATION**

                                                      **NO. 05-4182**

**PERTAINS TO: INSURANCE**                           **SECTION "K"(2)**
**LeSEA, 07-4462**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**ORDER OF DISMISSAL**

The Court having been advised that all of the parties to this action have firmly agreed upon

a compromise,

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice

to the right, upon good cause shown, within 60 (sixty) days, to reopen the action or to seek summary

judgment enforcing the compromise if settlement is not consummated within a reasonable time. The

Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into

by the parties.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE**
**BEEN SUBPOENAED, EVERY WITNESS MUST BE**
**NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this _____20th_____ day of November, 2008.

_____

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**