UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES　　　　CIVIL ACTION
CONSOLIDATED LITIGATION

　　　　　　　　　　　　　　　　　　　　　NO. 05-4182

　　　　　　　　　　　　　　　　　　　　　SECTION_K_MAG_2_

PERTAINS TO:  ROAD HOME
State of Louisiana, C.A. No. 07-5528　　　JUDGE DUVAL
　　　　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE WILKINSON
************************************************************************

## ORDER

Consider the foregoing motion to voluntarily dismiss certain insurance companies filed by the State of Louisiana,

**IT IS HEREBY ORDERED** that the state's Motion to Voluntarily Dismiss Certain Insurance Companies from the Road Home action is granted. The Insurance Company Defendants "Nationwide" are hereby dismissed without prejudice, reserving unto the State all other rights and claims against any other person or party, whether named or otherwise, and without waiving any claim or defense, including the State's right to challenge this Court's jurisdiction, and with each party to bear its own costs.

Thus done and signed this __20th__ day of November, 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge