UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES            CIVIL ACTION
CONSOLIDATED LITIGATION

                                                              NO. 05-4182

                                                              SECTION_K_MAG_2_

PERTAINS TO:  ROAD HOME
State of Louisiana, C.A. No. 07-5528         JUDGE DUVAL
                                                              MAGISTRATE JUDGE WILKINSON
**********************************************************************

## ORDER

Consider the foregoing motion to voluntarily dismiss certain insurance companies filed by the State of Louisiana,

**IT IS HEREBY ORDERED** that the state's Motion to Voluntarily Dismiss Certain Insurance Companies from the Road Home action is granted.  The Insurance Company Defendants Kemper Casualty Insurance Company are hereby dismissed without prejudice, reserving unto the State all other rights and claims against any other person or party, whether named or otherwise, and without waiving any claim or defense, including the State's right to challenge this Court's jurisdiction, and with each party to bear its own costs.

Thus done and signed this ___20th___ day of November, 2008.

                                              Stanwood R. Duval, Jr.
                                              United States District Judge