IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | *  CIVIL ACTION *  *  NO. 05-4182 |
| * * * * * * * * * * * * * * * * * * * * * * * * | *  *  SECT. "K" |
| PERTAINS TO: INSURANCE (Reneau 06-7722) | *  JUDGE STANWOOD R. DUVAL, JR. *  *  MAG. DIV. 2 *  MAG. JOSEPH C. WILKINSON, JR. * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## *ORDER*

THE FOREGOING JOINT MOTION TO DISMISS FILED PURSUANT TO FRCP RULE 41 (A) (2) BEING CONSIDERED:

IT IS HEREBY ORDERED that the above entitled and numbered action be and the same is hereby dismissed with prejudice with each party to bear its own court costs.

New Orleans, Louisiana this __20th__ day of ___November___, 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge