UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES | CIVIL ACTION |
| | NO. 05-4182 |
| | JUDGE DUVAL |
| PERTAINS TO INSURANCE<br>(Alfonso No. 06-8801) | MAGISTRATE WILKINSON |

**ORDER OF DISMISSAL**

CONSIDERING THE FOREGOING JOINT MOTION TO DISMISS;

IT IS ORDERED by the Court that the claims of plaintiff, Frank Alfonso, against defendant, The Standard Fire Insurance Company, and the incorrectly named entities, Travelers Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, Travelers Casualty Company of Connecticut, Travelers Casualty Insurance Company of America, Travelers Home and Marine Insurance Company, The Travelers Indemnity Company of America, The Travelers Indemnity Company of Connecticut, The Travelers Indemnity Company, The Travelers Insurance Company (Accident Dept.), Travelers Property Casualty Company of America and Travelers Property Casualty Insurance Company (hereinafter "Standard Fire") asserted in Docket No. 06-8801, be and the same are hereby

1

dismissed, with prejudice, with each party to bear its own costs, while specifically reserving the rights of all other plaintiffs in the above-captioned suit.

    Thus done and signed at New Orleans, Louisiana this 20th day of November, 2008.

                                               Stanwood R. Duval, Jr.
                                               United States District Judge