# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| _____ | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| _____ | § | |

## ORDER

Having considered the United States' Ex Parte Motion for Leave to File a Memorandum in Support of Renewed Motion to Dismiss, or in the Alternative, for Summary Judgment, Exceeding Twenty-Five Pages in Length, and for good cause shown, it is hereby ORDERED that the Motion for Leave to File is GRANTED. The United States may file a Memorandum not exceeding fifty pages in length.

New Orleans, Louisiana, this __20th__ day of __November__, 2008.

_____
Judge Stanwood R. Duval
Eastern District of Louisiana