## APPENDIX A

| Aegis | "Assignment. Assignment of this policy will not be valid unless we give our written consent." | |
|---|---|---|
| | "Suit Against Us. No action can be brought unless the policy provisions have been complied with and the action is started within one year after the date of loss." | |
| AIU | "Assignment. No one covered under this policy may assign or turn over any right or interest in regard to the policy without our written consent." | |
| | "Suit Against Us. No one has the right to join us in any action against any insured person under this policy. No action shall be brought against us unless the insured person has complied with this policy's provisions, nor until final judgment or agreement has set the amount of the insured person's legal obligation with us." | |
| Allstate | "You may not transfer this policy to another person without our written consent." | |
| | "Any suit or action must be brought within one year after the inception of loss or damage." | |
| American Bankers Insurance Company of Florida | "Transfer of This Policy. No interest in this policy can be transferred without OUR written consent." (Mobilowners Policy) | |
| | "Legal Action Against Us. No action shall apply against US unless: 1. there has been full compliance with all the terms of this policy; and 2. the action is brought within 1 year from the date when YOU discover the loss." | |
| American Family Home Insurance Company | SP000 | S2001 |
| | "Assignment. Assignment of this policy will not be valid unless we give our written consent." | |
| | "Suit Against Us. No action can be brought unless the policy provisions have been complied with and the action is started within one year after the date of loss." | |
| American Modern Home Insurance Company | SD317 | S2003 |
| | "Assignment. Assignment of this policy will not be valid unless we give our written consent." | |
| | "Suit Against Us. No suit or action on this policy for the recovery of any claim shall be sustainable in any court of law or equity unless all the requirements of this policy shall have been complied with, and unless commenced within twelve months next after the inception of the loss." | |
| American Security Insurance Company | "Assignment. Assignment of this policy shall not be valid unless we give our written consent." | |
| | "Suit Against Us. No action shall be brought unless there has been compliance with the policy provisions and the action is started within one year after the loss." | |
| American Southern Home Insurance Company | M7000 | |
| | "Assignment. Assignment of this policy will not be valid unless we give our written consent." | |
| | "Suit Against Us. No action can be brought against us unless there has been full compliance with all of the terms under SECTION I of this policy and the action is started within one year after the date of loss." | |
| | 70100 | |

| | | |
|---|---|---|
| | "Waiver or Change of Policy Provisions – Assignment. A waiver or change of any provision of this policy must be authorized by us in writing in order to be valid. Our request for an appraisal or examination shall not waive any of our rights. Assignment of interest under this policy shall not bind us unless we give our written consent." | |
| | "Suit Against Us. You may not bring suit against us regarding this policy unless you have complied fully with all of its terms. Suit must be brought within one year after the loss; unless the period for bringing suit is extended to the minimum period permitted by applicable state law." | |
| | S2003 | |
| | "Assignment. Assignment of this policy will not be valid unless we give our written consent." | |
| | "Suit Against Us. No suit or action on this policy for the recovery of any claim shall be sustainable in any court of law or equity unless all the requirements of this policy shall have been complied with, and unless commenced within twelve months next after the inception of the loss." | |
| | S3002 | S3004 |
| | "Assignment. Assignment of this policy will not be valid unless we give our written consent." | |
| | "Suit Against Us. No action can be brought unless the policy provisions have been complied with and the action is started within one year after the date of loss." | |
| American Summit | "Assignment. Assignment of this policy will not be valid unless we give our written consent" | |
| | "Suit Against Us. No action can be brought against us unless there has been full compliance with all of the terms under Section I of this policy and the action is started within two years after the date of loss." | |
| American Western Home Insurance Company | M7000 | |
| | "Assignment. Assignment of this policy will not be valid unless we give our written consent." | |
| | "Suit Against Us. No action can be brought against us unless there has been full compliance with all of the terms under SECTION I of this policy and the action is started within one year after the date of loss." | |
| | M7100 | |
| | "Waiver or Change of Policy Provisions – Assignment. A waiver or change of any provision of this policy must be authorized by us in writing in order to be valid. Our request for an appraisal or examination shall not waive any of our rights. Assignment of interest under this policy shall not bind us unless we give our written consent." | |
| | "Suit Against Us. You may not bring suit against us regarding this policy unless you have complied fully with all of its terms. Suit must be brought within one year after the loss; unless the period for bringing suit is extended to the minimum period permitted by applicable state law." | |
| | S2003 | S2004 |
| | "Assignment. Assignment of this policy will not be valid unless we give our written consent." | |

|  | |
|---|---|
|  | "Suit Against Us. No action can be brought unless the policy provisions have been complied with and the action is started within one year after the date of loss." |
| ANPAC | "Assignment. Assignment of this policy shall not be valid unless we give our written consent." |
|  | "The Suits Against Us clause in some form(s), e.g., Form SH 3.17, also includes: "A person or organization may bring a suit against us including, but not limited to, a suit to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under Section II or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative." |
| Assurance | "Transfer of Your Rights and Duties Under this Policy. Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured. If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property." |
|  | "Legal Action Against Us. No one may bring legal action against us under this Coverage Part unless: 1. There has been full compliance with all the terms of this Coverage Part; and 2. The action is brought within two years after first have knowledge of the 'loss'." |
| Audubon | "Assignment. No one covered under this policy may assign or turn over any right or interest in regard to the policy without our written consent." |
|  | "Suit Against Us. No one has the right to join us in any action against any insured person under this policy. No action shall be brought against us unless the insured person has complied with this policy's provisions, nor until final judgment or agreement has set the amount of the insured person's legal obligation with us." |
| Clarendon | "Assignment. Assignment of this policy will not be valid unless we give our written consent." |
|  | "Suit Against Us. No action can be brought against us unless there has been compliance with the policy provisions." |
| Encompass | "Your rights and duties under this Segment may not be assigned without our written consent. . . ." |
|  | "No action can be brought unless the policy provisions have been complied with and the action is started within one year after the date of loss. However, the one year period is extended by the number of days between the date the proof of loss is submitted and the date the claim is submitted in whole or in part." |
| Louisiana Farm Bureau Casualty Ins. Co. | Form(s): DP-1 / HO-2 / HO-3 / HO-4 / HO-5 / HO-6 / Mobile Home Package / Standard Fire Policy (Standard Fire Policy Form written by La. Farm Bureau Cas. Ins. Co. and La. Farm Bureau Mut. Ins. Co. only) |
| Louisiana Farm Bureau Mutual Ins. Co. | Assignment: ISO — Assignment of this policy shall not be valid except with the written consent of this Company. |

3

| Southern Farm Bureau Casualty Ins. Co. | Suit Against Us: | ISO | No suit or action on this policy for the recovery of any claim shall be sustainable in any court of law or equity unless all the requirements of this policy shall have been complied with, and unless commenced within twelve months next after inception. |
|---|---|---|---|
| Foremost | "Transfer of this Policy. You may not transfer any interest in this policy without our written consent. If you die, we will insure other members of your family entitled to coverage at the time of your death and your legal representative, but only with respect to the property insured by this policy at the time of your death." | | |
| | "Legal Action Against Us. No action can be brought unless the policy provisions have been complied with and the action is started within one year after the date of loss." | | |
| Fireman's Fund Insurance Company | **Conditions Form 5311 4-02 LA (applicable to Prestige Home Standard and Prestige Home Premier Forms)**<br>Suit Against Us - No action can be brought unless the policy provisions have been complied with and the action is started within two years after the **occurrence.** | | |
| | Assignment of this policy or claim will not be valid unless we give our written consent. | | |
| | **Prestige Solutions / 125671 7-99**<br>No action can be brought unless the policy provisions have been complied with and the action is started within one year after the date of loss. | | |
| | Assignment of this policy will not be valid unless we give our consent. | | |
| | **HO 00 03 4-91 (as amended by form 125882 11-02 LA)**<br>No action can be brought unless the policy provisions have been complied with and the action is started within two years after the date of loss. | | |
| | Assignment of this policy will not be valid unless we give our consent. | | |
| | **Dwelling Property Special Form / DWG3 1-93 LA**<br>No action can be brought unless the policy provisions have been complied with and the action is started within one year after the date of loss. | | |
| | Assignment of this policy will not be valid unless we give our consent. | | |
| Great Northern | "Assignment. You cannot transfer your interest in this policy to anyone else unless we agree in writing to the transfer." | | |
| | "Legal Action Against Us. You agree not to bring legal action against us unless you have first complied with all conditions of this policy. You also agree to bring any action against us within one year after a loss occurs, but not until 30 days after proof of loss has been filed and the amount of loss has been determined. If you have a loss under liability coverage, a claimant may bring a suit against us including, but not limited to a suit to recover on a written agreement of settlement between you, us and the claimant or on a final judgment against you. However, we will not pay more than the amount of liability coverage shown in the Coverage Summary. No person or organization has any right under this policy to bring us into any action to determine the liability of a covered person." | | |
| GUIC Insurance Company | "Assignment. Assignment of this policy will not be valid unless we give our written consent." | | |
| | "Suit Against Us. No action can be brought against us unless there has been full | | |

4

| | |
|---|---|
| | compliance with all of the terms under SECTION I of this policy and the action is started within one year after the date of loss." |
| Hartford (also uses ISO forms containing language quoted below) | "Assignment. Assignment of this policy shall not be valid unless we give our written consent."" |
| | Suit Against Us. No action shall be brought unless there has been compliance with the policy provisions and the action is started within one year after the loss." |
| | "Suit Against Us. No action can be brought against us unless there has been full compliance with all of the terms under Section I of this policy and the action is started within two years after the date of loss." |
| Horace Mann/Teachers | "Assignment. This policy may not be assigned without our written consent." |
| | Suit Against Us. No suit may be brought against us unless all the terms of this policy have been complied with and a. property coverages – the suit is brought within two years after the loss. If a law of the state where the premises is located makes this time period invalid, the suit must be brought within the time period allowed by the law. b. liability coverages – The amount of an insured's liability has been fixed by: (1) a final judgment against an insured which is the result of a trial; or (2) a written agreement of the insured, the claimant and us. No person has a right under this policy to join us or implead us in actions that are brought to fix the liability of an insured." |
| | |
| Homesite Insurance Company/ Unitrin Entities[1] | Assignment. Assignment of this policy will not be valid unless we give our written consent. |
| | Suit Against Us. No action can be brought unless the policy provisions have been complied with and the action is started within one year after the date of loss. Suits Against Us. No action can be brought against us unless there has been full compliance with the policy provisions. No one will have the right to join us as a party to any action against an "insured." Also, n action with respect to Coverage E can be brought against us until the obligation of the "insured" has been determine by final judgment or agreement signed by us. |
| Scottsdale Insurance Company | **ISO Forms: DP 00 03 12 02 and DP 00 01 12 02**<br>Assignment. Assignment of this policy will not be valid unless we give our written consent.<br>Suits Again Us. No action can be brought against us unless there has been full compliance with all of the terms under this policy and the action is started within two years after the date of loss. |
| Fidelity National Insurance Company/ Fidelity National Property and Casualty Insurance Company | **ISO Form HO 00 03 10 00**<br>Assignment. Assignment of this policy will not be valid unless we give our written consent.<br>Suits Again Us. No action can be brought against us unless there has been a full compliance with all of the terms under Section I of this policy and the action is started within two years after the date of loss. |

---

[1] The "Unitrin Entities" are comprised of the following companies: American Manufacturers Mutual Insurance Company, Lumbermens Mutual Casualty Company, Merastar Insurance Company, Unitrin Preferred Insurance Company, Unitrin Auto and Home Insurance Company, Trinity Universal Insurance Company, and Trinity Universal Insurance Company of Kansas, Inc.

|  | **ISO Form HO 00 03 04 91**<br>Assignment. Assignment of this policy will not be valid unless we give our written consent.<br>Suits Again Us. No action can be brought unless the policy provisions have been complied with and the action is started within one year after the date of loss. |
|---|---|
| The Involved Lloyd's Underwriters | **ISO Form HO 00 03 04 91**<br>Assignment. Assignment of this policy will not be valid unless we give our written consent.<br>Suits Again Us. No action can be brought unless the policy provisions have been complied with and the action is started within one year after the date of loss.<br><br>**ISO Form HO 00 03 05 01**<br>Assignment. Assignment of this policy will not be valid unless we give our written consent.<br>Suits Again Us. No action can be brought against us unless there has been a full compliance with all of the terms under Section I of this policy and the action is started within two years after the date of loss.<br><br>**MSP Form 1000/0704**<br>Assignment. Assignment of this policy shall not be valid unless we give our written consent.<br>Suits Again Us. No action shall be brought unless there has been compliance with the policy provisions and the action is started within one year after the date of loss. |
| ISO Type Language[2] | "Assignment. Assignment of this policy will not be valid unless we give our written consent." |
|  | "Suit Against Us. No action can be brought unless the policy provisions have been complied with and the action is started within one year after the date of loss." |
| Meritplan | Art. 1: "You may not assign your right to receive any portion of the loss payments without the prior consent of our representatives, and any such assignment shall be invalid and may be disregarded by us." |

---

[2]  Insurance policies issued by the following defendants contain the referenced language:

Amica Mutual Insurance Company; Armed Forces Insurance; Auto Club Family Insurance Company; Farmers; Fidelity and Deposit Company of Maryland; Empire Fire & Marine Insurance Company; Hartford Accident & Indemnity Company, Hartford Casualty Insurance Company, Hartford Fire Insurance Company, Hartford Insurance Company of the Midwest, Hartford Insurance Company of the Southeast, Hartford Underwriters Insurance Company, Property and Casualty Insurance Company of Hartford, and/or Twin City Fire Insurance Company (collectively, "Hartford"); Lafayette; Lexington; Liberty; Republic Fire and Casualty Insurance Company; Southwest Business Corporation; The Hanover Insurance Company, The Hanover American Insurance Company and Massachusetts Bay Insurance Company (collectively, "Hanover"); The Standard Fire Insurance Company, St. Paul Fire & Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, St. Paul Protective Insurance Company, St. Paul Surplus Lines Insurance Company, Travelers Casualty Insurance Company of America, Travelers Casualty and Surety Company, Travelers Home & Marine Insurance Company, The Travelers Indemnity Company, The Travelers Indemnity Company of America, The Travelers Indemnity Company of Connecticut,Travelers Property Casualty Company of America, Travelers Property Casualty Insurance Company and/or The Automobile Insurance Company of Hartford, Connecticut (collectively, "Travelers"); United Services Automobile Association, and USAA Casualty Insurance Company.

| | |
|---|---|
| | Art 10(O): "You may not sue us to recover money under this Policy unless you have complied with all the requirements of the Policy. If you do sue, you must start the suit within 12 months from the date of loss, and you must file the suit in the United States District Court of the district in which the insured property was located at the time of loss." |
| | Res. Conditions 19: "There shall be no valid assignment of YOUR rights under the CERTIFICATE/Residential Property Form unless WE have given OUR advance written consent to YOU." <br><br> Res. Condition 11: "No action may be brought unless there has been compliance with the provisions of the CERTIFICATE, and the action is started within one year after the DATE OF LOSS." |
| | Res. Conditions 19: "There shall be no valid assignment of YOUR rights or the rights of the BORROWER under the Residential Property Form unless WE have given OUR advance written consent to YOU and the BORROWER." <br><br> Res. Condition 11: "No action may be brought unless there has been compliance with the provisions of the Residential Property Form, and the action is started within one year after the DATE OF LOSS." |
| | DP-3 Ed. 9-83 Conditions 21: "Assignment of this policy shall not be valid unless we give our written consent." <br><br> DP-3 Ed. 9-83 Conditions 13: No action shall be brought unless there has been compliance with the policy provisions and the action I started within one year after the loss." |
| | Res. Conditions 11: "This policy shall be void if assigned or transferred without the written consent of this Company, whether such transfer be voluntary or involuntary." <br><br> Resolution Condition 13: No suit, action or proceeding for the recovery of any loss under this policy shall be instituted or sustainable in any court of law or equity unless Notice of Loss has been duly filed with respect thereto, and unless such suit, action or proceeding be commenced within 12 (twelve) months after the amount of the loss is finally determined." |
| | Art. 1: "You may not assign your right to receive any portion of the loss payments without the prior consent of our representatives, and any such assignment shall be invalid and may be disregarded by us." <br><br> Art. 8(P): "No suit or action on this Policy for the recovery of any claim shall be sustainable in any court of law or equity unless all the requirements of this Policy shall have been complied with, and unless commenced within 12 months next after the date of loss. Any action on such claim against us must be instituted, without regard to the amount in controversy, in the United States District Court fort the district in which the property is situated." |
| | Declarations: "Assignment of this policy shall not be valid except with the written consent of this Company." <br><br> Master Policy: "No suit or action on this policy for the recovery of any claim shall be sustainable in any court of law or equity unless all the requirements of this policy shall have been complied with, and unless commenced within twelve months next after |

|  | inception of the loss" |
|---|---|
| Balboa | Art. 1: "The Mortgagee may not assign its right to receive any portion of the loss payments without the prior consent of our representative, and any such assignment shall be invalid and may be disregarded by us."<br><br>Art 10(O): "You may not sue us to recover money under this Policy unless you have complied with all the requirements of the Policy. If you do sue, you must start the suit within 12 months from the date we mailed you notice that we have denied your claim or part of your claim, and you must file suit in the United States District Court of the district in which the insured property was located at the time of loss." |
|  | Art. 1: "You may not assign your right to receive any portion of the loss payments without the prior consent of our representatives, and any such assignment shall be invalid and may be disregarded by us."<br><br>Art. 8(P): "No suit or action on this Policy for the recovery of any claim shall be sustainable in any court of law or equity unless all the requirements of this Policy shall have been complied with, and unless commenced within 12 months next after the date of mailing of a notice of disallowance or partial disallowance of the claim. An action on such claim against us must be instituted, without regard to the amount in controversy, in the United States District Court fort the district in which the property is situated." |
|  | Art. 1: "You may not assign your right to receive any portion of the loss payments without the prior consent of our representatives, and any such assignment shall be invalid and may be disregarded by us."<br><br>Art 10(N): "You may not sue us to recover money under this Policy unless you have complied with all the requirements of the Policy. If you do sue, you must start the suit within 12 months from the date we mailed you notice that we have denied your claim or part of your claim, and you must file suit in the United States District Court of the district in which the insured property was located at the time of loss." |
| Metropolitan | "Assignment. You may not assign this policy to another person without our written consent." |
|  | "Suit Against Us. No suit or action may be brought against us by you unless there has been full compliance with all of the policy terms. Any suit or action must be brought within twelve months of the loss." |
| National Lloyds | "Assignment. Assignment of this policy will not be valid unless we give our written consent." |
|  | "Suit Against Us. No action can be brought against us unless there has been full compliance with all of the terms under Section I of this policy and the action is started within two years after the date of loss." |
| National Security Fire and Casualty Company | Homeowners Policy (AAIS Form 8 Ed 2.0)<br>Anti-Assignment Clause - POLICY CONDITIONS CONDICTIONS APPLICABLE TO ALL COVERAGES - 1. Assignment-This policy may not be assigned without "our" written consent." |
|  | Homeowners Policy (AAIS Form 8)<br>Suit Against Us Clause - AAIS ML_72 Ed. 1.0 (Superseding AAIS Form 8 Ed 2.0) 4. Under Policy Conditions, the Suit Against Us condition is deleted and replace by: Suit Against Us- a. Property Coverages-No suit may be brought against "us" unless all the |

| | |
|---|---|
| | "terms" of this policy have been complied with and the suit is brought within two years after the loss. If a law of the state where the premises is located makes this time period invalid, the suit must be brought within the time period allowed by the law.<br>b. Liability Coverages-A person or organization may bring suit against "us" however, "we" will not pay for injury or damage that: 1) is not covered by this policy; or 2) exceeds the applicable limit. |
| | Low Value Dwelling Fire Insurance Policy (FC-389R)<br>Introduction, Page 1, Line 10: Assignment of this policy shall not be valid except with the written consent of this company. |
| | Low Value Dwelling Fire Insurance Policy (FC-389R)<br>Suit.   No suit or action on this policy for the recovery of any claim shall be sustainable in any court of law or equity unless all the requirements of this policy shall have been complied with, and unless commenced within twelve months next after inception of the loss. (line 157-161) |
| | Mobile Homeowners Policy (FC-1039 (03/02)<br>Transfer of This Policy<br>No Interest in this policy can be transferred without **our** written consent. If **you** die, this policy will continue in force for the remainder of the time between the "from" and "to" dates shown on the **declaration page**. This policy will only continue for other members of your family entitled to coverage at the time of **your** death or for **your** legal representative. |
| | Mobile Homeowners Policy (FC-1039 (03/02)<br>Suit Against Us<br>A person or organization may bring a suit against us including, but not limited to, a suit to recover an agreed settlement or an a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable limit of insurance. An agreement settlement means a settlement and release of a liability signed by us, the insured and the claimant or the claimant's legal representative. |
| Omega One Insurance Company | Low Value Dwelling Fire Insurance Policy<br>Assignment of this policy shall not be valid except with the written consent of this company. |
| | Suit.   No suit or action on this policy for the recovery of any claim shall be sustainable in any court of law or equity unless all the requirements of this policy shall have been complied with, and unless commenced within twelve months next after inception of the loss. |
| Security Plan | "Assignment. Assignment of this policy shall not be valid unless we give our written consent." |
| | "Suit Against Us"  -- No Action can be brought unless there has been compliance with the policy provisions and the action is started within one year after the loss. |
| Shelter<br><br>Effective<br>3/1/1985 (450)<br><br>11/2/1991 (554) | B-450-B | B-554-B |
| | "Assignment.   Interest in this policy may not be transferred without our written consent." ||
| | "Suits Against Us.  We may not be sued unless there is full compliance with all the terms of this policy. Suit must be brought within one year (in Kansas 5 years) after the loss or damage occurs." ||

9

| Shelter<br><br>Effective 5/2/1987 | HO-3 | HO-4 | HO-5 | HO-6 |
|---|---|---|---|---|
| | "Assignment. Interest in this policy may not be transferred without our written consent." ||||
| | "Suits Against Us. We may not be sued unless there is full compliance with all the terms of this policy. Suit must be brought within one year (in Kansas 5 years) after the loss or damage occurs. However this period is extended by the number of days between the date proof of loss is submitted and the date the claims is denied in whole or part." ||||
| Shelter<br><br>Effective 12/22/2004 | HO-3 | HO-4 || HO-6 |
| | "Assignment. Except as provided in Coverage F of this policy, you may not assign any of your rights and interests under this policy, unless we consent to such assignment, in writing and endorse that change on this policy. Such endorsement will then become a part of this policy." ||||
| | "Suits Against Us. Any lawsuit seeking coverage or benefits under Section I of this policy must be brought within one year after the loss or damage occurs, unless the law of the state in which this policy was issued prohibits this contractual limitation period. This period is extended by the number of days between the date of your loss and the date we deny the claim in whole or in part. " ||||
| State Farm | "Assignment of this policy shall not be valid unless we give our written consent." ||||
| | "Suits Against Us. No action shall be brought unless there has been compliance with the policy provisions. The action must be started within one year after the date of loss or damage." ||||
| Travelers (also uses ISO forms containing language quoted above) | "Suit Against Us. No action can be brought against us unless there has been full compliance with all of the terms under Section I of this policy and the action is started within two years after the date of loss." ||||
| Union National Fire Insurance Company | "Assignment. Assignment of this policy shall not be valid unless we give our written consent." ||||
| | "Suit Against Us. No action shall be brought unless there has been compliance with the policy provisions and the action is started within one year after the loss." ||||
| Voyager Property and Casualty Insurance Company | "Transfer of This Policy. No interest in this policy can be transferred without OUR written consent." ||||
| | "Legal Action Against Us. Under Physical Damage Coverages, no legal action can be brought unless the policy provisions have been complied with and the action is started within one year after the date of loss." ||||