**APPENDIX B**

| Insurance Company | Bates Range |
|---|---|
| Aegis | INS 00000001 – INS 00000003 |
| AIU | INS 00000004 – INS 00000005 |
| Allstate | INS 00000006 – INS 00000010 |
| American Bankers | INS 00000011 – INS 00000016 |
| American Family Home Insurance | INS 00000017 – INS 00000023 |
| American Modern Home Insurance | INS 00000024 – INS 00000030 |
| American Security | INS 00000031 – INS 00000033 |
| American Southern Home Insurance | INS 00000034 – INS 00000049 |
| American Summit | INS 00000050 – INS 00000051 |
| American Western Home Insurance | INS 00000052 – INS 00000064 |
| ANPAC | INS 00000065 – INS 00000069 |
| Assurance | INS 00000070 – INS 00000072 |
| Audubon | INS 00000073 – INS 00000074 |
| Clarendon | INS 00000075 – INS 00000077 |
| Encompass | INS 00000078 – INS 00000082 |
| Farm Bureau | INS 00000083 – INS 00000089 |
| Foremost | INS 00000090 – INS 00000093 |
| Fireman's Fund Insurance Company | INS 00000094 – INS 00000109 |
| Great Northern | INS 00000110 – INS 00000112 |
| GUIC Insurance Company | INS 00000113 – INS 00000116 |
| Horace Mann Insurance/ Teachers Insurance | INS 00000117 – INS 00000121 |
| Homesite Insurance Company/ Unitrin Entities | INS 00000122 – INS 00000126 |
| Scottsdale Insurance Company | INS 00000127 – INS 00000131 |
| Fidelity National Insurance Company Fidelity National Property and Casualty Insurance Company | INS 00000132 – INS 00000136 |
| The Involved Lloyd's Underwriters | INS 00000137 – INS 00000142 |
| ISO Type Language | INS 00000143 – INS 00000212 |
|     Amica Mutual Insurance Company | INS 00000144 – INS 00000148 |
|     Armed Forces Insurance | INS 00000149 – INS 00000155 |
|     Auto Club Family Insurance Company | INS 00000156 – INS 00000159 |
|     Farmers | INS 00000160 – INS 00000163 |
|     Fidelity and Deposit Company of Maryland and Empire Fire & Marine Insurance Company | INS 00000164 – INS 00000166 |
|     Hanover | INS 00000167 – INS 00000172 |
|     Hartford | INS 00000173 – INS 00000179 |
|     Lafayette | INS 00000180 – INS 00000182 |
|     Lexington | INS 00000183 – INS 00000184 |
|     Liberty | INS 00000185 – INS 00000187 |
|     Republic Fire and Casualty Insurance Company | INS 00000188 – INS 00000192 |
|     Southwest Business Corporation | INS 00000193 – INS 00000195 |
|     Travelers | INS 00000196 – INS 00000200 |
|     United Services Automobile Association and USAA Casualty Insurance Company | INS 00000201 – INS 00000212 |

| Meritplan & Balboa | INS 00000213 – INS 00000233 |
|---|---|
| Metropolitan | INS 00000234 – INS 00000236 |
| National Lloyds | INS 00000237 – INS 00000240 |
| National Security Fire and Casualty Company | INS 00000241 – INS 00000247 |
| Security Plan | INS 00000248 – INS 00000254 |
| Shelter | INS 00000255 – INS 00000291 |
| State Farm | INS 00000292 – INS 00000297 |
| Union National Fire Insurance Company | INS 00000298 – INS 00000301 |
| Voyager Property & Casualty | INS 00000302 – INS 00000305 |

**AEGIS**

INS 00000001

(b) Those supports in (a) above which are below the surface of the ground inside the foundation walls, if there is no basement; and

(c) Underground flues, pipes, wiring and drains.

(4) We will pay no more than the actual cash value of the damage until actual repair or replacement is complete. Once actual repair or replacement

is complete, we will settle the loss according to the provisions of b.(1) and b.(2) above.

However, if the cost to repair or replace the damage is both:
(a) Less than 5% of the amount of insurance in this policy on the building; and
(b) Less than $2500;

We will settle the loss according to the provisions of b.(1) and b.(2) above whether or not actual repair or replacement is compete.

(5) You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss or damage to buildings on an actual cash value basis. You may then make claim within 180 days after loss for any additional liability according to the provisions of this Condition 3. Loss Settlement.

4. **Loss to a Pair or Set.** In case of loss to a pair or set we may elect to:
   a. Repair or replace any part to restore the pair or set to its value before the loss; or
   b. Pay the difference between actual cash value of the property before and after the loss.

5. **Glass Replacement.** Loss for damage to glass caused by a Peril Insured Against will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

6. **Appraisal.** If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the "residence premises" is located. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss. Each party will:
   a. Pay its own appraiser; and

   b. Bear the other expenses of the appraisal and umpire equally.

7. **Other Insurance.** If a loss covered by this policy is also covered by other insurance, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss.

8. **Suit Against Us.** No action can be brought unless the policy provisions have been complied with and the action is started within one year after the date of loss.

9. **Our Option.** If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with like property.

10. **Loss Payment.** We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:
    a. Reach an agreement with you;
    b. There is an entry of a final judgment; or
    c. There is a filing of an appraisal award with us.

11. **Abandonment of Property.** We need not accept any property abandoned by an "insured."

12. **Mortgage Clause.**
    The word "mortgagee" includes trustee.

    If a mortgagee is named in this policy, any loss payable under Coverage A or B will be paid to the mortgagee and you, as interests appear. · If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

    If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:
    a. Notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;
    b. Pays any premium due under this policy on demand if you have neglected to pay the premium; and
    c. Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Policy conditions relating to Appraisal, Suit Against Us and Loss Payment apply to the mortgagee.

    If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

    If we pay the mortgagee for any loss and deny payment to you:
    a. We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

MH03 (9/99)                              10

INS 00000002

(3) When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:
   (a) If there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy; or
   (b) If the risk has changed substantially since the policy was issued.
   This can be done by letting you know at least 30 days before the date cancellation takes effect.

(4) When this policy is written for a period of more than one year, we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

c. When this policy is canceled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

d. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

6. **Nonrenewal.** We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

7. **Assignment.** Assignment of this policy will not be valid unless we give our written consent.

8. **Subrogation.** An "insured" may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, an "insured" must sign and deliver all related papers and cooperate with us.

Subrogation does not apply under Section II to Medical Payments to Others or Damage to Property of Others.

9. **Death.** If any person named in the Declarations or the spouse, if a resident of the same household, dies:
   a. We insure the legal representative of the deceased but only with respect to the premises and property of the deceased covered under the policy at the time of death;
   b. "Insured" includes:
      (1) Any member of your household who is an "insured" at the time of your death, but only while a resident of the "residence premises"; and
      (2) With respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

IN WITNESS WHEREOF, Aegis Group has caused this policy to be signed by its President and Secretary and countersigned on the Declaration Page by a duly authorized representative of the Company.

Secretary

President

**INS 00000003**

AIU

INS 00000004

8. Provide us with the names and addresses of any known persons injured and any available witnesses.

9. Provide us with any suit papers and other documents which will help us defend any insured person.

10. Assist and cooperate with us in the conduct of the defense by helping us:

   a. To make settlement;

   b. To enforce any right of contribution or indemnity against any person or organization who may be liable to an insured person;

   c. To attend hearings and trials; and

   d. To secure and give evidence and obtain the attendance of witnesses.

B. Policy Period and Territory. The Policy Period is stated in the Declarations Page. This policy applies to an occurrence which takes place anywhere in the world unless otherwise limited by the policy.

C. Suit Against Us.

1. No one has the right to join us in any action against any insured person under this policy.

2. No action shall be brought against us unless the insured person has complied with this policy's provisions, nor until final judgment or agreement has set the amount of the insured person's legal obligation with us.

D. Recovery. If the insured person has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The insured person must do nothing after loss to impair such rights of recovery. At our request, the insured person will bring suit or transfer those rights to us and help us enforce them.

E. Assignment. No one covered under this policy may assign or turn over any right or interest in regard to the policy without our written consent.

F. Changes. No change or modification of this policy shall be effective except when made by written endorsement signed by our authorized representative.

G. Concealment or Fraud. The entire policy will be void if, whether before or after a loss, you or a family member has:

   a. Intentionally concealed or misrepresented any material fact or circumstance;

   b. Engaged in fraudulent conduct; or

   c. Made false statements;

   relating to this insurance.

H. Reasonable Care. You must use reasonable care to maintain heat in your residence or shut off and drain the water system or appliances if the home is vacant, unoccupied or being constructed. We do not cover any loss caused by water freezing in a plumbing, heating, or air conditioning system or household appliance if reasonable care has not been exercised.

I. Conformity to Statutes. Any provision of this policy, which is in conflict with state or local law, is amended to conform to the law.

J. Liberalization. If we broaden the coverages provided by your policy without an additional premium charge, the changes will automatically apply to your policy as of the effective date on which the changes are adopted in your state.

K. Bankruptcy or Death. The insured person's bankruptcy or insolvency shall not relieve us of any of our obligations. Further, if the insured person dies or becomes bankrupt or insolvent during the Policy Period, this policy, unless cancelled, will cover the insured person's legal representative for the remainder of the Policy Period.

L. Legal Action Against Us. You agree not to bring legal action against us unless you have first complied with all conditions of this policy. You also agree to bring any action against us within one year after a loss occurs, but not until thirty (30) days after proof of loss has

ALLSTATE

INS 00000006

the premium when due and comply with the policy terms and conditions, and inform us of any change in title, use or occupancy of the residence premises.

Subject to the terms of this policy, the Policy Declarations shows the location of the residence premises, applicable coverages, limits of liability and premiums. The policy applies only to losses or occurrences that take place during the policy period. The policy period is shown on the Policy Declarations. This policy is not complete without the Policy Declarations.

The terms of this policy impose joint obligations on the person named on the Policy Declarations as the insured and on that person's resident spouse. These persons are defined as you or your. This means that the responsibilities, acts and omissions of a person defined as you or your will be binding upon any other person defined as you or your.

The terms of this policy impose joint obligations on persons defined as an insured person. This means that the responsibilities, acts and failures to act of a person defined as an insured person will be binding upon another person defined as an insured person.

### Agreements We Make With You
We make the following agreements with you:

### Conformity To State Statutes
When the policy provisions conflict with the statutes of the state in which the residence premises is located, the provisions are amended to conform to such statutes.

### Coverage Changes
When Allstate broadens coverage during the premium period without charge, you have the new features if you have the coverage to which they apply. Otherwise, the policy can be changed only by endorsement.

The coverage provided and the premium for the policy is based on information you have given us. You agree to cooperate with us in determining if this information is correct and complete. You agree that if this information changes, is incorrect or incomplete,

we may adjust your coverage and premium accordingly during the policy period.

Any calculation of your premium or changes in your coverage will be made using the rules, rates and forms on file, if required, for our use in your state. The rates in effect at the beginning of your current premium period will be used to calculate any change in your premium.

### Policy Transfer
You may not transfer this policy to another person without our written consent.

### Continued Coverage After Your Death
If you die, coverage will continue until the end of the premium period for:
1) your legal representative while acting as such, but only with respect to the residence premises and property covered under this policy on the date of your death;
2) an insured person, and any person having proper temporary custody of your property until a legal representative is appointed and qualified.

### Cancellation
Your Right to Cancel:
You may cancel this policy by notifying us of the future date you wish to stop coverage.

Our Right to Cancel:
Allstate may cancel this policy by mailing notice to you at the mailing address shown on the Policy Declarations. When this policy has been in effect for less than 60 days, and it is not a renewal with us, we may cancel this policy for any reason.

When this policy has been in effect for 60 days or more, or if it is a renewal with us, we may cancel this policy for one or more of the following reasons:
1. non-payment of premium;

2. the policy was obtained by misrepresentation, fraud or concealment of material facts;

3. material misrepresentation, fraud or concealment of material fact in presenting a claim, or violation of any of the policy terms; or

AP3338



Page 4

umpire. A written award agreed upon by any two will determine the amount of loss.

Each party will pay the appraiser it chooses, and equally bear expenses for the umpire and all other appraisal expenses.

8. **Abandoned Property**
We are not obligated to accept any property or responsibility for any property abandoned by an insured person.

9. **Permission Granted To You**
   a) The residence premises may be vacant or unoccupied for any length of time, except where a time limit is indicated in this policy for specific perils. A building structure under construction is not considered vacant.
   b) You may make alterations, additions or repairs, and you may complete structures under construction.

10. **Our Rights To Recover Payment**
When we pay for any loss, an insured person's right to recover from anyone else becomes ours up to the amount we have paid. An insured person must protect these rights and help us enforce them. You may waive your rights to recover against another person for loss involving the property covered by this policy. This waiver must be in writing prior to the date of loss.

11. **Our Rights To Obtain Salvage**
We have the option to take all or any part of the damaged or destroyed covered property upon replacement by us or payment of the agreed or appraised value.

We will notify you of our intent to exercise this option within 30 days after we receive your signed sworn, proof of loss.

When we settle any loss caused by theft or disappearance, we have the right to obtain all or part of any property which may be recovered. An insured person must protect this right and inform us of any property recovered. We will

Inform you of our intent to exercise this right within 10 days of your notice of recovery to us.

12. **Suit Against Us**
Any suit or action must be brought within one year after the inception of loss or damage.

The bankruptcy or insolvency of an insured person or that person's estate won't relieve us of any obligation.

The following provision applies to all actions in any way related to accidents or injury occurring in the state of Louisiana:

A person or organization may bring a lawsuit against us, including, but not limited to a lawsuit to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

13. **Loss To A Pair Or Set**
If there is a covered loss to a pair or set, we may:
   a) repair or replace any part of the pair or set to restore it to its actual cash value before the loss; or
   b) pay the difference between the actual cash value of the pair or set before and after the loss.

14. **Glass Replacement**
Payment for loss to covered glass includes the cost of using safety glazing materials when required by law.

15. **No Benefit To Bailee**
This insurance will not benefit any person or organization who may be caring for or handling your property for a fee.

16. **Other Insurance**
If both this insurance and other insurance apply to a loss, we will pay the proportionate amount that this insurance bears to the total amount of

AP3338

PROP *610001705000275700024251?*

Page 16

INS 00000008

The policy period is shown on the Policy Declarations. This policy is not complete without the Policy Declarations.

The terms of this policy impose joint obligations on the person named on the Policy Declarations as the insured and on that person's resident spouse. These persons are defined as you or your. This means that the responsibilities, acts and omissions of a person defined as you or your will be binding upon any other person defined as you or your.

The terms of this policy impose joint obligations on persons defined as an insured person. This means that the responsibilities, acts and failures to act of a person defined as an insured person will be binding upon another person defined as an insured person.

### Agreements We Make With You
We make the following agreements with you:

### Conformity To State Statutes
When the policy provisions conflict with the statutes of the state in which the residence premises is located, the provisions are amended to conform to such statutes.

### Coverage Changes
When Allstate broadens coverage during the premium period without charge, you have the new features if you have the coverage to which they apply. Otherwise, the policy can be changed only by endorsement.

The coverage provided and the premium for the policy is based on information you have given us. You agree to cooperate with us in determining if this information is correct and complete. You agree that if this information changes, is incorrect or incomplete, we may adjust your coverage and premium accordingly during the policy period.

Any calculation of your premium or changes in your coverage will be made using the rules, rates and forms on file, if required, for our use in your state. The rates in effect at the beginning of your current premium period will be used to calculate any change in your premium.

### Policy Transfer
You may not transfer this policy to another person without our written consent.

### Continued Coverage After Your Death
If you die, coverage will continue until the end of the premium period for:
1) your legal representative while acting as such, but only with respect to the residence premises and property covered under this policy on the date of your death.
2) an insured person, and any person having proper temporary custody of your property until a legal representative is appointed and qualified.

### Cancellation
Your Right to Cancel:
You may cancel this policy by notifying us of the future date you wish to stop coverage.

Our Right to Cancel:
Allstate may cancel this policy by mailing notice to you at the mailing address shown on the Policy Declarations. When this policy has been in effect for less than 60 days, and it is not a renewal with us, we may cancel this policy for any reason.

When this policy has been in effect for 60 days or more, or if it is a renewal with us, we may cancel this policy for one or more of the following reasons:
1) non-payment of premium;

2) the policy was obtained by misrepresentation, fraud or concealment of material facts;

3) material misrepresentation, fraud or concealment of material fact in presenting a claim, or violation of any of the policy terms; or

4) there has been a substantial change or increase in hazard in the risk we originally accepted.

If the cancellation is for non-payment of premium, we will give you at least 10 days notice before the cancellation takes effect. If cancellation is for any other reason, we will give you at least 30 days notice.

Our mailing the notice of cancellation to you will be deemed to be proof of notice. Coverage under this

AP3345 PROP *11090170500207570007392512*

INS 00000009

Each party will pay the appraiser it chooses, and equally bear expenses for the umpire and all other appraisal expenses.

**8. Abandoned Property**
We are not obligated to accept any property or responsibility for any property abandoned by an insured person.

**9. Permission Granted To You**
a) The residence premises may be vacant or unoccupied for any length of time, except where a time limit is indicated in this policy for specific perils. A building structure under construction is not considered vacant.
b) You may make alterations, additions or repairs, and you may complete structures under construction.

**10. Our Rights To Recover Payment**
When we pay for any loss, an insured person's right to recover from anyone else becomes ours up to the amount we have paid. An insured person must protect these rights and help us enforce them. However, our right to recover is subordinate to the injured person's right to be fully compensated for their injuries. You may waive your rights to recover against another person for loss involving the property covered by this policy. This waiver must be in writing prior to the date of loss.

**11. Our Rights To Obtain Salvage**
We have the option to take all or any part of the damaged or destroyed covered property upon replacement by us or payment of the agreed or appraised value.

We will notify you of our intent to exercise this option within 30 days after we receive your signed, sworn proof of loss.

When we settle any loss caused by theft or disappearance, we have the right to obtain all or part of any property which may be recovered. An insured person must protect this right and inform us of any property recovered. We will inform you of our intent to exercise this right within 10 days of your notice of recovery to us.

AP3346

**12. Suit Against Us**
Any suit or action must be brought within one year after the inception of loss or damage.

The bankruptcy or insolvency of an insured person or that person's estate will not relieve us of any obligation.

The following provision applies to all actions in any way related to accidents or injury occurring in the state of Louisiana:

A person or organization may bring a lawsuit against us, including, but not limited to a lawsuit to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative

**13. Loss To A Pair Or Set**
If there is a covered loss to a pair or set, we may:
a) repair or replace any part of the pair or set to restore it to its actual cash value before the loss; or
b) pay the difference between the actual cash value of the pair or set before and after the loss.

**14. Glass Replacement**
Payment for loss to covered glass includes the cost of using safety glazing materials when required by law.

**15. No Benefit To Bailee**
This insurance will not benefit any person or organization who may be caring for or handling your property for a fee.

**16. Other Insurance**
If both this insurance and other insurance apply to a loss, we will pay the proportionate amount that this insurance bears to the total amount of all applicable insurance. However, in the event of a loss by theft, this insurance shall be excess over any other insurance that covers loss by theft.

Page 19

**INS 00000010**

**AMERICAN BANKERS**

INS 00000011

# AMERICAN BANKERS INSURANCE COMPANY

### OF FLORIDA
11222 Quail Roost Drive, Miami, FL 33157-6596 (305) 253-2244

## COMMERCIAL INLAND MARINE PROTECTION LENDER EXPOSURE
## LOUISIANA - AMENDMENT OF POLICY PROVISIONS

THIS ENDORSEMENT CHANGES THE LENDER'S POLICY, PLEASE READ IT CAREFULLY.

It is hereby agreed and understood that the LENDER's Policy is amended as follows:

The first paragraph of Condition B. Conditions Precedent to Liability is deleted and replaced by the following:

WE will pay up to YOUR limit of liability for the damages for which YOU or the BORROWER are legally liable providing the following conditions exist or have been performed:
1. YOU have repossessed the PROPERTY; or
2. The BORROWER has abandoned the PROPERTY to YOU; or
3. The BORROWER has surrendered the PROPERTY and title to YOU; and
4. The PROPERTY has decreased in value because of a covered loss.

The last sentence of Condition C. Settlement of Claim requirements is deleted and replaced by the following:

WE will pay a claim within thirty (30) days after WE receive proof of loss.

Condition E. Premium Refund is deleted and replaced by the following:

### E. Premium Refund

1. If, at YOUR request, a Certificate or Individual Policy is cancelled because the BORROWER supplied an acceptable policy, WE will within 30 days:
   a. waive a premium charge if the certificate or policy supplied was in effect on or before the effective date of OUR Certificate or Individual Policy; or
   b. refund the premium on a pro rata basis; and
   c. cancel the Certificate or Individual Policy.
2. If YOU or the BORROWER request cancellation of a Certificate or Individual Policy for any reason other than in 1.a above, the return premium will be computed pro rata.
3. If WE request cancellation, the return premium will be computed pro rata.

Any refund due to YOU because of cancellation shall be accompanied with interest at the rate of one and one-half percent per month of the amount of the refund due, without the benefit of daily proration of this monthly interest, after 30 days either:

   1. delivery to YOU of written notice of such cancellation;

   2. delivery to our state, regional or home office, from which such refund should issue, of written request for such cancellation.

Evidence of the mailing of such refund to YOUR last known address shall suffice as evidence of compliance.

Condition G. Appraisal is deleted and replaced by the following:

### G. Appraisal

If YOU or WE fail to agree on the amount of loss, each of us shall have the right to select a competent and disinterested appraiser within twenty (20) days from the date of disagreement. The appraisers will select an umpire. The appraisers will determine the amount of loss. If they do not agree, then each appraiser will submit their amount of loss to the umpire. The agreement of any two will determine the amount of loss. YOU pay for YOUR appraiser and WE pay for OUR appraiser. WE and YOU shall each share in the expense of the umpire.

The first paragraph of Condition I. Our Right To Recover Payment is deleted and replaced by the following:

If WE make any payment under this policy, and YOU have the right to recover damages from a third party, with respect to the event giving rise to such payment, WE have the legal right of subrogation against that party. However, OUR right to recovery is subordinate to YOUR right to be fully compensated. YOU will:
1. assign to US, YOUR right of recovery against any such:
   (a) person; or
   (b) organization;

2. execute and deliver to US any:
   (a) papers; or
   (b) SECURITY AGREEMENT;
3. at OUR request, do whatever is reasonably necessary to enable US to exercise OUR subrogation rights; and
4. do nothing after a loss to prejudice OUR rights.

Condition J. Legal Action Against Us is deleted and replaced by the following:

### J. Legal Action Against Us

No action shall apply against US unless:

   1. there has been full compliance with all the terms of this policy; and

AD9269EN-0604

Page 1

INS 00000012

2. the action is brought within 1 year from the date when YOU discover the loss.

Condition N. Cancellation is deleted and replaced by the following:

**N. Cancellation**

**Cancellation of Policy**

YOU may cancel the policy at any time by delivering or mailing to US written notice stating when such cancellation will be effective.

When the policy has been in effect for less than 60 days and is not a renewal with US, WE may cancel for any reason by delivering or mailing to YOU written notice at least 60 days before the date cancellation takes effect. When the policy has been in effect for 60 days or more, or at any time if it is a renewal with US, WE may cancel for one or more of the following reasons:

1. Nonpayment of premium;
2. Fraud or material misrepresentation made by or with YOUR knowledge in obtaining the policy, continuing the policy, or in presenting a claim under the policy;
3. activities or omissions on YOUR part which change or increase any hazard insured against, including a failure to comply with loss control recommendations;
4. change in risk which increases the risk of loss after insurance coverage has been issued or renewed, including an increase in exposure due to regulation, legislation, or court decisions;
5. determination by the Commissioner of Insurance that the continuation of the policy would jeopardize OUR solvency or would place US in violation of the insurance laws of this state or any other state;
6. violation or breach by YOU of any policy terms or conditions; or
7. such other reasons that are approved by the Commissioner of Insurance.

WE will mail or deliver advance written notice of cancellation to YOU at least:

a. 10 days before the effective date of cancellation if WE cancel for reason listed in 1; or
b. 30 days before the effective date of cancellation if WE cancel for any other reason listed above.

Proof of mailing will be sufficient proof of notice.

In the event that the LENDER's policy is cancelled, coverage under the Certificates or Individual Policies will remain in force until their expiration date, unless cancelled in accordance with the Certificate or Individual Policy provisions.

**Cancellation of Certificate or Individual Policy**

YOU may cancel a Certificate or Individual Policy at any time by delivering or mailing to US and, unless the PROPERTY is repossessed, the BORROWER written notice before cancellation is to become effective.

The BORROWER may cancel a Certificate or Individual Policy by first obtaining YOUR written consent and

delivering or mailing to US written notice stating when thereafter the cancellation shall take effect.

When a Certificate or Individual Policy has been in effect for less than 60 days, WE may cancel for any reason by delivering or mailing to YOU and the BORROWER written notice at least 60 days before the date cancellation takes effect.

When a Certificate or Individual Policy has been in effect for 60 days or more, WE may cancel for one or more of the following reasons:

1. Nonpayment of premium;
2. Fraud or material misrepresentation made by or with YOU or the BORROWER's knowledge in obtaining the Certificate or Individual Policy, continuing the Certificate or Individual Policy, or in presenting a claim under the Certificate or Individual Policy;
3. activities or omissions on YOUR or the BORROWER's part which change or increase any hazard insured against, including a failure to comply with loss control recommendations;
4. change in risk which increases the risk of loss after insurance coverage has been issued or renewed, including an increase in exposure due to regulation, legislation, or court decisions;
5. determination by the Commissioner of Insurance that the continuation of the Certificate or Individual Policy would jeopardize OUR solvency or would place US in violation of the insurance laws of this state or any other state;
6. violation or breach by YOU or the BORROWER of any policy terms or conditions; or
7. such other reasons that are approved by the Commissioner of Insurance.

WE will mail or deliver advance written notice of cancellation to YOU and the BORROWER at least:

a. 10 days before the effective date of cancellation if WE cancel for reason listed in 1; or
b. 30 days before the effective date of cancellation if WE cancel for any other reason listed above.

Proof of mailing will be sufficient proof of notice.

**Special Condition:**

Any Certificate or Individual Policy shall immediately terminate, with or without notice, upon:

a. payment in full of the obligation assumed under the SECURITY AGREEMENT;
b. sale, trade, transfer, abandonment or repossession of the PROPERTY;
c. the inception of other insurance to cover the PROPERTY, naming the LENDER as loss payee and providing at least the same coverages.

The first sentence of Condition P. Concealment and Fraud is deleted and replaced with:

INS 00000013

# THIS IS YOUR

# MOBILOWNERS

# POLICY



## You're Insured
## With The Leader

**IMPORTANT NOTICE**

TO REPORT A CLAIM CALL
1-800-358-0600

*Always Have Your Policy Number Available
When Reporting A Claim*

---
ARSON PREVENTION PROGRAM

American Bankers Insurance Company of Florida will pay
$1,000.00
for information leading to the conviction of any person for
arson to a dwelling or vehicle insured by the Company.
---

FOR CUSTOMER SERVICE CALL:
1-305-253-2244, EXTENSION 5405

FOR QUESTIONS CONCERNING BILLING CALL:
1-305-253-2244, EXTENSION 6638

*WE WELCOME YOU AS A POLICYHOLDER OF*

AMERICAN BANKERS INSURANCE COMPANY OF
FLORIDA
11222 Quail Roost Drive, Miami, FL 33157-6596

REORDER
AB4080Z-0599

AB4080PC-1040

**TRANSFER OF THIS POLICY**

No interest in this policy can be transferred without OUR written consent. If YOU die, this policy will continue in force for the remainder of the term between the "From" and "To" dates shown on Page One. This policy will only continue for other members of YOUR family entitled to coverage at the time of YOUR death or for YOUR legal representative.

**WHAT TO DO WHEN YOU HAVE A LOSS**

Any theft, robbery or burglary loss must be reported to the police within 24 hours after YOU discover the loss.

When YOU have a loss, YOU or someone on YOUR behalf must notify US at once. The quickest way is to phone YOUR agent or US.

When YOU notify YOUR agent or US, please give YOUR name, policy number, how the loss happened, including the extent of the damages or injuries, names of witnesses, and all other pertinent facts at the time YOU report the loss.

If we need other information to investigate the loss, WE'LL ask YOU for it. WE may require this information in writing.

If YOU have a loss, YOU must protect YOUR mobile home from any further damage. If YOU fail to do so, any further damage won't be recoverable by this policy. WE'LL pay any actual reasonable expenses for necessary emergency repairs incurred in protecting the mobile home, adjacent structures and personal effects from further loss if that loss is insured by this policy.

WE may require that YOU file with US a notarized statement of loss within 90 days after the loss or damage. YOU may be required to show US the damaged property and submit to examination under oath. YOU will be required to cooperate with US in OUR effort to investigate the accident or loss, settle any claims against YOU and defend YOU. If YOU fail to cooperate, WE have the right to deny YOU coverage in this policy.

If WE make a payment under Medical Payment To Others, this isn't an admission of liability by YOU or US.

YOU, except at YOUR own cost, may not voluntarily make any payment, assume any obligation or incur any expenses other than First Aid Expenses or emergency repair.

When YOU have a loss WE insure, WE'LL make settlement within 60 days after WE receive an acceptable proof of loss from YOU and the amount of loss is determined as provided in this policy.

This policy is signed at the Home Office of American Bankers Insurance Company of Florida, Miami, Florida by OUR authorized representatives. It's countersigned on Page One by OUR authorized representative(s) if required

**REQUIRED STATE CHANGES**

ARIZONA EXCEPTION - If this policy is written in the State of Arizona, Fire Department Service provided for under YOUR additional coverages in this policy does not apply in Arizona

**FLORIDA**

Additional Living Expenses Coverage - WE'LL pay reasonable additional expenses not exceeding an aggregate limit of 10% of the value of the mobile home described on Page One.

**MARYLAND**

Cancellation - Except for nonpayment of premium, notice of cancellation by US shall provide not less than 45 days written notice.

**STATE OF MONTANA, CANCELLATION EXCEPTION -** In compliance with Montana law the policy to which this endorsement is attached is amended as follows:

"If the property insured is occupied by YOU as a domicile WE will give YOU 30 days advance notice in writing in the event of non-renewal or cancellation of coverage."

All other provisions for cancellation remain unchanged.

NEW MEXICO EXCEPTION - If this policy is written in the State of New Mexico, Fire Department Service provided for under YOUR additional coverages in this policy does not apply in New Mexico.

**WYOMING**

When YOU have a loss that WE insure, WE'LL make settlement within 45 days after WE receive an acceptable proof of loss from YOU and the amount of the loss is determined as provided in this policy.

Page 20

Page 21

**INS 00000015**

# AMERICAN BANKERS INSURANCE COMPANY
### OF FLORIDA
11222 Quail Roost Drive, Miami, FL 33167-6596

## MOBILOWNERS
### MANDATORY AMENDATORY ENDORSEMENT – LOUISIANA

THIS ENDORSEMENT AMENDS THE POLICY.  PLEASE READ IT CAREFULLY.

Under GENERAL POLICY CONDITIONS, the APPRAISALS condition is deleted and replaced with the following:

**APPRAISAL**

If YOU or WE fail to agree on the amount of loss, each of us shall have the right to select a competent and disinterested appraiser within twenty (20) days from the date of disagreement.  The appraisers will select an umpire.  The appraisers will determine the amount of loss.  If they do not agree, then each appraiser will submit their amount of loss to the umpire.  The agreement of any two will determine the amount of loss.  YOU pay for YOUR appraiser and WE pay for OUR appraiser.  WE and YOU shall each share in the expense of the umpire.

The Appraisal condition is voluntary and non-binding.

Under GENERAL POLICY CONDITIONS, the following is added to the CANCELLATION OR NONRENEWAL condition:

Any refund due to YOU because of cancellation shall be accompanied with interest at the rate of one and one-half percent per month of the amount of the refund due, without the benefit of daily proration of this monthly interest, after 30 days of either:

1.  delivery to YOU of written notice of such cancellation;
2.  delivery to our state, regional or home office, from which such refund should issue, of written request for such cancellation.

Evidence of the mailing of such refund to YOUR last known address shall suffice as evidence of compliance.

Under GENERAL POLICY CONDITIONS, the LEGAL ACTION AGAINST US condition is deleted and replaced with the following:

**LEGAL ACTION AGAINST US**
No action shall apply against US unless:

1.  there has been full compliance with all the terms of this policy; and
2.  the action is brought within 1 year from the date when YOU discover the loss.

Under GENERAL POLICY CONDITIONS, the OUR RIGHT TO RECOVER FROM OTHERS condition is deleted and replaced with the following:

**OUR RIGHT TO RECOVER FROM OTHERS**

If WE make any payment under this policy and the person to or for whom payment is made has a right to recover damages from another, WE shall be subrogated to that right.  However, OUR right to recover is subordinate to the injured person's right to be fully compensated for his injuries.

Under GENERAL POLICY PROVISIONS, the ninth paragraph of the WHAT TO DO WHEN YOU HAVE A LOSS condition is deleted and replaced with the following:

When YOU have a loss that WE insure, WE'LL make settlement within 30 days after WE receive an acceptable proof of loss from YOU and the amount of loss is determined as provided in this policy.  In addition, WE will make a written offer to settle any property damage claim within 30 days after receipt of satisfactory proof of loss of that claim.  Full compliance, agreement or an appraisal award may not be a prerequisite to payment of loss.  In the event of a dispute, WE will tender to YOU the undisputed portion of the claim.  The fact that WE and YOU have not reached an agreement regarding the amount of the total loss does not entitle US to delay payment beyond 30 days subsequent to receipt of proof of loss.

ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.

AJ0005EC-0504

INS 00000016

AMERICAN FAMILY HOME INSURANCE COMPANY

INS 00000017

513+943+7200    Casualty                                    13:48:40   11-18-2008    39 /95



# DWELLING PROPERTY
# BASIC FORM
# DP-1  07/88

## AMERICAN FAMILY HOME INSURANCE COMPANY
### JACKSONVILLE, FLORIDA
MIAN ADMINISTRATIVE OFFICE
MAILING ADDRESS
P.O. BOX 5323
CINCINNATI, OHIO 45201-5323
1-800-543-2644

INS 00000018

are done:

**a.** give prompt notice to us or our agent;

**b.** (1) protect the property from further damage;

    (2) make reasonable and necessary repairs to protect the property; and

    (3) keep an accurate record of repair expenses;

**c.** prepare an inventory of damaged personal property showing the quantity, description, actual cash value and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory;

**d.** as often as we reasonably require:

    (1) show the damaged property;

    (2) provide us with records and documents we request and permit us to make copies; and

    (3) submit to examination under oath, while not in the presence of any other named insured, and sign the same;

**e.** send to us, within 60 days after our request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

    (1) the time and cause of loss;

    (2) your interest and that of all others in the property involved and all liens on the property;

    (3) other insurance which may cover the loss;

    (4) changes in title or occupancy of the property during the term of the policy;

    (5) specifications of damaged buildings and detailed repair estimates;

    (6) the inventory of damaged personal property described in 4.c.;

    (7) receipts for additional living expenses incurred and records that support the fair rental value loss.

**5. Loss Settlement.** Covered property losses are settled at actual cash value at the time of loss but not more than the amount required to repair or replace the damaged property.

**6. Loss to a Pair or Set.** In case of loss to a pair or set we may elect to:

**a.** repair or replace any part to restore the pair or set to its value before the loss; or

**b.** pay the difference between actual cash value of the property before and after the loss.

**7. Glass Replacement.** Loss for damage to glass caused by a Peril Insured Against will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

**8. Appraisal.** If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the Described Location is located. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.

Each party will:

**a.** pay its own appraiser; and

**b.** bear the other expenses of the appraisal and umpire equally.

**9. Other Insurance.** If property covered by this policy is also covered by other fire insurance, we will pay only the proportion of a loss caused by any peril insured against under this policy that the limit of liability applying under this policy bears to the total amount of fire insurance covering the property.

**10. Subrogation.** You may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us. If an assignment is sought, the person insured must sign and deliver all related papers and cooperate with us.

**11. Suit Against Us.** No action can be brought unless the policy provisions have been complied with and the action is started within one year after the date of loss.

**12. Our Option.** If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with like property.

**13. Loss Payment.** We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after we

S2001 07/88     Includes Copyrighted Material of Insurance Services Offices, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1988

5 of 7

INS 00000019

mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

**19. Liberalization Clause.** If we make a change which broadens coverage under this edition of our policy without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the policy period stated in the Declarations.

This Liberalization Clause does not apply to changes implemented through introduction of a subsequent edition of our policy.

**20. Waiver or Change of Policy Provisions.** A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

**21. Assignment.** Assignment of this policy will not be valid unless we give our written consent.

**22. Death.** If you die, we insure:

**a.** your legal representatives but only with respect to the property of the deceased covered under the policy at the time of death;

**b.** with respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

**23. Nuclear Hazard Clause.**

**a.** "Nuclear Hazard" means any nuclear reaction, radiation or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

**b.** Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke, whether these perils are specifically named in or otherwise included within the Perils Insured Against.

**c.** This policy does not apply to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.

**24. Recovered Property.** If you or we recover any property for which we have made payment under this policy, you or we will notify the other of the recovery. At your option, the property will be returned to or retained by you or it will become our property. If the recovered property is returned to or retained by you, the loss payment will be adjusted based on the amount you received for the recovered property.

**25. Volcanic Eruption Period.** One or more volcanic eruptions that occur within a 72-hour period will be considered as one volcanic eruption.

In Witness Whereof, **we** have caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by **our** authorized representative.

*John H. Hayden*

Chairman, President and CEO

*Michael Flomere*

Secretary

S2001 07/88     Includes Copyrighted Material of Insurance Services Offices, Inc., with its permission. Copyright, Insurance Services Office, Inc., 1988

7 of 7



# HOMEOWNERS POLICY



# AMERICAN FAMILY HOME
# INSURANCE COMPANY
## JACKSONVILLE, FLORIDA

MAIN ADMINISTRATIVE OFFICE
MAILING ADDRESS
P. O. BOX 5323
CINCINNATI, OHIO 45201-5323
1-800-543-2644

INS 00000021

a.   we reach an agreement with you;

b.   there is an entry of a final judgment; or

c.   there is a filing of an appraisal award with us.

9.   **Mortgage Clause.**

The word mortgagee includes trustee or loss payee.

Loss shall be payable to mortgagees named in the Declarations, to the extent of their interest and in the order of precedence.

a.   Our Duties – We will:

(1)  protect the mortgagee's interests in an insured building in the case of breach of warranty, increase in hazard, change of ownership, or foreclosure if the mortgagee has no knowledge of these conditions;

(2)  give the mortgagee 30 days notice before canceling this policy.

b.   Mortgagee's Duties – The mortgagee will:

(1)  furnish proof of loss within 60 days, if the insured person fails to do so;

(2)  pay upon demand any premium due, if the insured person fails to do so;

(3)  notify us of any change of ownership or occupancy or any increase in hazard of which the mortgagee has knowledge;

(4)  give us the right of recovery against any party liable for loss;

(5)  after a loss, permit us to satisfy the mortgage requirements and receive full transfer of the mortgage.

10.  **Suit Against Us.**

No action can be brought unless the policy provisions have been complied with and the action is started within one year after the date of loss.

11.  **No Benefit to Bailee.**

We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing, moving or handling property for a fee regardless of any other provision of this policy.

12.  **Other Insurance.**

If the insurance provided by this policy is also provided by other insurance, the coverage under this policy will terminate as of the effective date of the other insurance.

13.  **Condemned Property.**

If any person, group, organization or governmental body official declares the property to be condemned, all coverages under this policy are suspended.

14.  **Automatic Reinstatement of Coverage.**

Any damage to your property will reduce the amount of coverage by the amount of damage. Your coverage will return to the Limit shown on the Declarations upon completion of repairs or replacement.

## SECTION II LIABILITY COVERAGES

**PERSONAL LIABILITY COVERAGE**

1.   If a claim is made or suit is brought against an insured person for damages because of bodily injury or property damage caused by an occurrence to which this coverage applies, we will:

a.   pay up to our limit of liability for the damages for which the insured person is legally liable. Damages include prejudgment interest awarded against the insured person; and

b.   provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate or settle any claim or suit as we decide is appropriate. Our duty to settle or defend ends when the amount we pay for damages resulting from the occurrence equals our limit of liability. Our duty to defend does not include any obligation to pay for the attorney's fees or defense costs of any attorney you may retain without our consent to represent your interests. Our duty to defend does not begin until notice of the accident or occurrence is given to us. We will not reimburse you for defense costs or attorney's fees incurred by you prior to giving us notice of the accident or occurrence.

2.   We will not pay more than $10,000 for any claim made or suit brought against any insured person for bodily injury or property damage caused by or contributed to by an animal owned by, or in the care or custody of any insured person. This limit is the maximum we will pay for any one occurrence.

SP000  (06/00)    Includes copyrighted material of Insurance Services Office, Inc., with its permission
Copyright Insurance Services Office, Inc. 1990

INS 00000022

know at least 10 days before the date cancellation takes effect.

(2) When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect.

(3) When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:

   (a) if there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy; or

   (b) if the risk has changed substantially since the policy was issued.

This can be done by letting you know at least 30 days before the date cancellation takes effect.

(4) When this policy is written for a period more than one year, we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

c. When this policy is canceled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

d. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

6. **Nonrenewal.** We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

7. **Assignment.** Assignment of this policy will not be valid unless we give our written consent.

8. **Subrogation.** An insured person may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, an insured person must sign and deliver all related papers and cooperate with us.

Subrogation does not apply under SECTION II to

MEDICAL PAYMENTS TO OTHERS or t ADDITIONAL COVERAGES, Item 3, Damage t Property of Others.

9. **Death.** If any person named in the Declarations o the spouse, if a resident of the same household dies:

   a. We insure the legal representative of the deceased but only with respect to the premises and property of the deceased covered under the policy at the time of death;

   b. Insured includes:

      (1) any member of your household who is an insured person at the time of your death, but only while a resident of the residence premises; and

      (2) with respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

IN WITNESS WHEREOF, American Family Home Insurance Company has caused this policy to be signed by its President and Secretary, at Amelia, Ohio, and countersigned on the Declarations Page by a duly authorized representative of the Company, if countersignature is required by law.

*John. Hayden*

Chairman, President and CEO

*Michael Flowers*

Secretary

Includes copyrighted material of Insurance Services Office, Inc., with its permission
SP000 (06/00)              Copyright Insurance Services Office, Inc. 1990

INS 00000023