# AMERICAN MODERN HOME INSURANCE

INS 00000024



# DWELLING PROPERTY BASIC FORM
## DWG-1 - LOUISIANA

**AMERICAN MODERN HOME INSURANCE COMPANY**

AMELIA, OHIO

MAIN ADMINISTRATIVE OFFICE

MAILING ADDRESS

P.O. BOX 5323

CINCINNATI, OHIO 45201-5323

1-800-543-2644

11. **Suit Against Us.** No suit or action on this policy for the recovery of any claim shall be sustainable in any court of law or equity unless all the requirements of this policy shall have been complied with, and unless commenced within twelve months next after the inception of the loss.

12. **Our Option.** If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with like property.

13. **Loss Payment.** We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 30 days after we receive your proof of loss.

14. **Abandonment of Property.** We need not accept any property abandoned by you.

15. **Mortgage Clause.**

    The word "mortgagee" includes trustee.

    If a mortgagee is named in this policy, any loss payable under Coverage A or B will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

    If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:

    a. notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;

    b. pays any premium due under this policy on demand if you have neglected to pay the premium; and

    c. submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Policy conditions relating to Appraisal, Suit Against Us and Loss Payment apply to the mortgagee.

    If we cancel this policy, we will notify the mortgagee:

    a. At least 10 days before the date that cancellation takes effect, if we cancel for nonpayment of premium; or

    b. At least 30 days before the date that cancellation takes effect, if we cancel for any other reason.

    If we do not renew this policy, we will notify the mortgagee at least 30 days before the date that nonrenewal takes effect.

    If we pay the mortgagee for any loss and deny payment to you:

    a. we are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

    b. at our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

    Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

16. **No Benefit to Bailee.** We will not recognize any assignment for grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provisions of this policy.

17. **Cancellation.**

    a. You may cancel this policy at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect.

    b. We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations.

    Proof of mailing will be sufficient proof of notice.

    (1) When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

    (2) When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 30 days before the date cancellation takes effect.

    (3) When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us except as provided in item b.(5) below, we may cancel:

        (a) If there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy; or

        (b) If the risk has changed substantially since the policy was issued.

S2003 11/99   Includes copyrighted material of Insurance Services Offices, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1994
6 of 8

INS 00000026

We can do so by letting you know at least 30 days before the date cancellation takes effect.

    (4) When this policy is written for a period of:

        (a) More than one year; and

        (b) Three years or less;

    we may cancel for any reason at anniversary by letting you know at least 30 days before the date that cancellation takes effect.

    (5) When this policy has been in effect and renewed for more than three years, we may cancel for any one of the following:

        (a) If you have committed fraud;

        (b) If the insured risk has undergone a material change;

        (c) If you have filed two or more claims within three years; or

        (d) If the continuation of this policy endangers our solvency.

    We can do so by letting you know at least 30 days before the date cancellation takes effect.

    We will not, however, cancel this policy, regardless of the period of time this policy has been in effect, based solely upon a loss caused by an Act of God. An Act of God means an incident due directly to natural causes and exclusively without human intervention.

c. When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

d. If you cancel this policy, we will refund the return premium, if any, within 30 days after the date cancellation takes effect. If we cancel this policy, and the return premium is not refunded with the notice of cancellation, we will refund it within a reasonable time after the date cancellation takes effect.

18. **Non-Renewal.**

a. We may elect not to renew this policy, subject to the provisions of paragraphs b. and c. below. We may do so by delivering to you or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

b. If this policy has been in effect and renewed with us for more than three years, we will not exercise our right of nonrenewal except:

    (1) When you have not paid the premium;

    (2) If you have committed fraud;

    (3) If the insured risk has undergone a substantial change;

    (4) If you have filed two or more claims within three years; or

    (5) If the continuation of this policy endangers our solvency.

c. We will not, however, exercise our right of nonrenewal, regardless of the period of time this policy has been in effect with us, based solely upon a loss caused by an Act of God. An Act of God means an incident due directly to natural causes and exclusively without human intervention.

19. **Liberalization Clause.** If we make a change which broadens coverage under this edition of our policy without additional premium, charge, that change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the policy period stated in the Declarations.

This Liberalization Clause does not apply to changes implemented through introduction of a subsequent edition of our policy.

20. **Waiver or Change of Policy Provisions.** A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

21. **Assignment.** Assignment of this policy will not be valid unless we give our written consent.

22. **Death.** If you die, we insure:

a. your legal representatives but only with respect to the property of the deceased covered under the policy at the time of death;

b. with respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

23. **Nuclear Hazard Clause.**

a. "Nuclear Hazard" means any nuclear reaction, radiation or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

S2003 11/99    Includes copyrighted material of Insurance Services Offices, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1994
7 of 8

INS 00000027

513+943+7200   Casualty                                13:40:50   11-18-2008   26/95



# DWELLING PROPERTY SPECIAL FORM
## DWG-3 - LOUISIANA

**AMERICAN MODERN HOME INSURANCE COMPANY**

AMELIA, OHIO

MAIN ADMINISTRATIVE OFFICE

MAILING ADDRESS

P.O. BOX 5323

CINCINNATI, OHIO 45201

1-800-543-2644

INS 00000028

10. **Subrogation.**

    If we make any payment under this policy and the person to or for whom payment was made has a right to recover damages from another, we shall be subrogated to that right. However, our right to recover is subordinate to the injured person's right to be fully compensated for his injuries.

11. **Suit Against Us.**

    No suit or action on this policy for the recovery of any claim shall be sustainable in any court of law or equity unless all the requirements of this policy shall have been complied with, and unless commenced within twelve months next after the inception of the loss.

12. **Our Option.**

    If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with like property.

13. **Loss Payment.**

    We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 30 days after we receive your proof of loss.

14. **Abandonment of Property.**

    We need not accept any property abandoned by you.

15. **Mortgage Clause.**

    a. The word "mortgagee" includes trustee.

    b. If a mortgagee is named in this policy, any loss payable under **COVERAGE A** or **B** will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

    c. If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:

       (1) notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;

       (2) pays any premium due under this policy on demand if you have neglected to pay the premium; and

       (3) submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Policy conditions relating to **Appraisal**, **Suit Against Us** and **Loss Payment** apply to the mortgagee.

    d. If we cancel this policy, we will notify the mortgagee at least:

       (1) 10 days before the date that cancellation takes effect, if we cancel for nonpayment of premium; or

       (2) 30 days before the date that cancellation takes effect, if we cancel for any other reason.

    e. If we do not renew this policy, we will notify the mortgagee at least 30 days before the date that nonrenewal takes effect.

    f. If we pay the mortgagee for any loss and deny payment to you:

       (1) we are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

       (2) at our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

    g. Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

16. **No Benefits to Bailee.**

    We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this policy.

17. **Cancellation.**

    a. You may cancel this policy at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect.

    b. We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations. Proof of mailing will be sufficient proof of notice.

SD317 (10/05)    Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 1988
9 of 11

INS 00000029

19. **Liberalization Clause.**

   a. If we make a change which broadens coverage under this edition of our policy without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the policy period stated in the Declarations.

   b. This Liberalization Clause does not apply to changes implemented through introduction of a subsequent edition of our policy.

20. **Waiver or Change of Policy Provisions.**

   A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

21. **Assignment.**

   Assignment of this policy will not be valid unless we give our written consent.

22. **Death.**

   If you die, we insure:

   a. your legal representatives, but only with respect to the property of the deceased covered under the policy at the time of death;

   b. with respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

23. **Nuclear Hazard Clause.**

   a. "Nuclear hazard" means any nuclear reaction, radiation or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

   b. Loss caused by the "nuclear hazard" will not be considered loss caused by fire, explosion, or smoke, whether these perils are specifically named in or otherwise included within the **PERILS INSURED AGAINST.**

   c. This policy does not apply to loss caused directly or indirectly by "nuclear hazard", except that direct loss by fire resulting from the "nuclear hazard" is covered.

24. **Recovered Property.**

   If you or we recover any property for which w have made payment under this policy, you c we will notify the other of the recovery. A your option, the property will be returned to o retained by you or it will become our property If the recovered property is returned to o retained by you, the loss payment will b adjusted based on the amount you received fo the recovered property.

25 **Volcanic Eruption Period.** One or more volcanic eruptions that occur within a 72-hour period wil be considered as one volcanic eruption.

IN WITNESS WHEREOF, the AMERICAN SOUTHERN HOME INSURANCE COMPANY has caused this policy to be signed by its President and Secretary, at Jacksonville, Florida, and countersigned in the Declarations by a duly authorized representative of the Company.

*[signature: John Hayden]*

Chairman, President and CEO

*[signature: Michael Flowers]*

Secretary

SD317 (10/05)          Includes copyrighted material of ISO Properties, Inc., with its permission.
                       Copyright, Insurance Services Office, Inc., 1988
                                        11 of 11

INS 00000030

**AMERICAN SECURITY**

INS 00000031

## American Security Insurance Company

P.O. BOX 50355, ATLANTA, GA 30302

A STOCK INSURANCE COMPANY
HEREIN CALLED THIS COMPANY
INCORPORATED UNDER
THE LAWS OF DELAWARE

BRAD M HELMER
23098 NELITA ST
MANDEVILLE, LA 70471-7832

### READ YOUR POLICY CAREFULLY

## Residential Property Policy

This policy provides limited coverage. Please read your policy and all endorsements carefully.

THIS POLICY JACKET TOGETHER WITH RESIDENTIAL DWELLING FORM, DECLARATIONS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETES THIS POLICY

MSP-RES-J(8/88)

AVASPGR01

INS 00000032

RESIDENTIAL PROPERTY
COVERAGE
MSP-RES

15. Suit Against Us. No action shall be brought unless there has been compliance with the policy provisions and the action is started within one year after the loss.

16. Abandonment of Property. You must take all reasonable steps to protect the property which a prudent interested party would take in the absence of this or other insurance. We need not accept any property abandoned by you.

17. No Benefit to Bailee. We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this policy.

18. Cancellation.

   a. Coverage under this policy shall automatically and without prior notice, cancel when the Named Insured no longer has an interest in the Described Property or when the Named Insured has been provided with another policy that meets the requirements of the Named Insured as set forth in the mortgage agreement applicable to the Described Property.
   b. This policy may also be cancelled by the Named Insured by returning it to us or notifying us in writing of the date cancellation is to take effect.
   c. We may cancel this policy by mailing notice of cancellation to the Named Insured at the address shown on the Additional Insured Endorsement or by delivering the notice not less than 30 days prior to the effective date of cancellation.
   d. We will mail to the Named Insured at the address shown on the Additional Insured Endorsement notice of non renewal not less than 30 days before the end of the policy period, if we decide not to renew or continue this policy.

19. Return of Premium. When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata. If the return premium is not refunded with the notice of cancellation or when the policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect. The return of premium is not a condition of the cancellation.

20. Liberalization Clause. If we adopt any revision which would broaden the coverage under this policy without additional premium within 60 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

21. Waiver or change of Policy Provisions. A waiver or change of any provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination shall not waive any of our rights. No course of conduct nor any indulgences, waivers, extensions, forebearances, non-enforcement of policy conditions, or the like, extended at or over any time or from time to time by the Company to the Named Insured or anyone shall waive, nullify, or modify any policy provision as to any other occasion or waive, nullify, or modify any other policy provision.

22. Assignment. Assignment of this policy shall not be valid unless we give our written consent.

In Witness Whereof, we have caused this policy to be executed and attested, and , if required by state law, this policy shall not be valid unless countersigned by our authorized representative.

_Jeannie Aragon Coy_  
Secretary

_[signature]_  
President

MSP-RES(8/88)  7  AMSBG107

**INS 00000033**