Fireman's Fund Insurance Company / The American Insurance Company

INS 00000094

Conditions Form 5311 4-02 LA (applicable to Prestige Home Standard and Prestige
Home Premier Forms)

INS 00000095

# SAMPLE

written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

2.  If this policy has been in effect and renewed with us for more than three years, we will not exercise our right of nonrenewal except:

    a.  When you have not paid the premium;

    b.  If you have committed fraud;

    c.  If the insured risk has undergone a substantial change;

    d.  If you have filed two or more claims within three years; or

    e.  If the continuation of this policy endangers our solvency.

3.  We will not, however, exercise our right of nonrenewal, regardless of the period of time this policy has been in effect with us, based solely upon a loss caused by an Act of God. An Act of God means an incident due directly to natural causes and exclusively without human intervention.

H.  Assignment - Assignment of this policy or a claim will not be valid unless we give our written consent.

I.  Subrogation

    1.  Before a loss, an **insured** may waive, in writing, all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

    2.  If we require assignment, an **insured** will sign and deliver all related papers and cooperate with us.

    3.  Subrogation does not apply to Medical Payments to Others or Damage to Property of Others.

J.  Death - If you die, we insure your legal representative but only with respect to the **residence premises** and property covered under this policy at the time of death. We also insure a member of your household who is an insured at the time of your death, but only while a resident of the **residence premises**.

K.  Conformance with State Law - If part of this policy does not comply with the laws of the state in which it is written, that part is amended to comply with those laws.

## PROPERTY CONDITIONS

A.  Insurable Interest and Limit of Insurance - We will pay up to the lesser of:

    1.  each **insured's** interest in covered property at the time of occurrence; or

    2.  the applicable limit of insurance;

B.  Loss Settlement - This condition explains how we settle losses. None of its provisions increase the applicable limit of insurance. The terms **Replacement Cost** and **Actual Cash Value** as used in this section are defined as follows:

    **Replacement Cost means:**

    (i)  For partial losses, the cost to repair or restore damaged property to its condition just before a loss with property of like kind and quality;

## SAMPLE

INS 00000096

# SAMPLE

4. If, at the time of an occurrence, the residence premises has been vacant for a period of 30 or more consecutive days and we were not advised of this fact, payment will be subject to the deductible amount shown on the Declarations, policy provisions, or the following, whichever is greatest:

   a. for Dwellings, 5% of the limit of insurance for the Dwelling; or,

   b. for condominiums and cooperative units, 5% of the limit of insurance for Personal Property.

   This restriction does not apply to vacancy that results from a prior occurrence.

5. Loss to a Pair or Set – In case of loss to a pair or set, we may elect to:

   a. repair or replace a part to restore the pair or set to its value before the loss;

   b. pay the difference between the value of the property before and after the loss; or,

   c. receive the undamaged portion of the pair or set. We will then pay the replacement cost of the entire pair or set as outlined in clause B.1., a. and b. above.

C. Appraisal – If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose and pay for a competent and impartial appraiser within 20 days after receiving a written request from the other. The two appraisers will choose a competent and impartial umpire whose fee will be borne equally by the parties. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the residence premises is located. Each party will pay its own costs. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss. If there is an appraisal we still retain the right to deny the claim in whole or in part.

D. Other Insurance – If an occurrence is also covered by other insurance, we will pay only the proportion of the loss that the applicable limit of insurance under this policy bears to the total amount of insurance covering the loss. However, if that other insurance is in the name of a corporation or association of property owners, we will provide coverage excess over the amount recoverable from that other insurance. This insurance will also be excess over any compensation you receive as a result of a service or maintenance agreement.

E. Suit Against Us – No action can be brought unless the policy provisions have been complied with and the action is started within two years after the occurrence.

F. Our Option – If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the property damaged with new property of like kind and quality.

G. Loss Payment – We will adjust and pay all covered losses with you except as provided below. We will pay you unless some other person is legally entitled to receive payment. The undisputed portion of the loss will be payable within 30 days after we receive your proof of loss.

   We may adjust and pay losses for covered property with the owners of that property, if other than you. If we pay the owners, such payment will satisfy your claims against us for the owner's property. We will not pay the owners more than their financial interests in the covered property.

H. Abandonment of Property – We need not accept property abandoned by an Insured.

I. Mortgage Clause

   1. The word mortgagee includes trustee.

5311402LA
Copyright, Fireman's Fund Insurance Companies, 2003, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with its permission.

SAMPLE

INS 00000097

HO 00 03 4-91

INS 00000098

# SAMPLE

report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.

Each party will:

a. Pay its own appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

7. **Other Insurance**

If a loss covered by this policy is also covered by other insurance, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss.

8. **Suit Against Us**

No action can be brought unless the policy provisions have been complied with and the action is started within one year after the date of loss.

9. **Our Option**

If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with like property.

10. **Loss Payment**

We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:

a. Reach an agreement with you;

b. There is an entry of a final judgment; or

c. There is a filing of an appraisal award with us.

11. **Abandonment of Property**

We need not accept any property abandoned by an "insured".

12. **Mortgage Clause**

The word "mortgagee" includes trustee.

If a mortgagee is named in this policy, any loss payable under Coverage A or B will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages. If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:

a. Notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;

b. Pays any premium due under this policy on demand if you have neglected to pay the premium; and

c. Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Policy conditions relating to Appraisal, Suit Against Us and Loss Payment apply to the mortgagee.

If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

If we pay the mortgagee for any loss and deny payment to you:

a. We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

b. At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

13. **No Benefit to Bailee**

We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this policy.

14. **Nuclear Hazard Clause**

a. "Nuclear Hazard" means any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

HO 00 03 4-91
Copyright, Insurance Services Office, Inc., 1990

## SAMPLE

INS 00000099

# SAMPLE

b.  Engaged in fraudulent conduct; or

c.  Made false statements;

relating to this insurance.

3.  **Liberalization Clause**

If we make a change which broadens coverage under this edition of our policy without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the policy period stated in the Declarations.

This Liberalization Clause does not apply to changes implemented through introduction of a subsequent edition of our policy.

4.  **Waiver or Change of Policy Provisions**

A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

5.  **Cancellation**

a.  You may cancel this policy at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect.

b.  We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations.

Proof of mailing will be sufficient proof of notice.

(1)  When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

(2)  When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect.

(3)  When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:

(a)  If there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy; or

(b)  If the risk has changed substantially since the policy was issued.

This can be done by letting you know at least 30 days before the date cancellation takes effect.

(4)  When this policy is written for a period of more than one year, we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

c.  When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

d.  If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

6.  **Nonrenewal**

We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

7.  **Assignment**

Assignment of this policy will not be valid unless we give our written consent.

8.  **Subrogation**

An "insured" may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, an "insured" must sign and deliver all related papers and cooperate with us.

HO 00 03 4-91
Copyright, Insurances Services Office, Inc., 1990

**SAMPLE**

INS 00000100

Form 125882 11-02 A (Louisiana Amendment to HO 00 03  4-91)

INS 00000101

# S A M P L E

**This Endorsement Changes The Policy. Please Read It Carefully.**

## Special Provisions - Louisiana

### Definitions

Definition 2. is deleted and replaced by the following:

2.   **Business** means:

   a.   A trade, profession or occupation engaged in on a full-time, part-time or occasional basis; or

   b.   Any other activity engaged in for money or other compensation, except the following:

      (1)   One or more activities, not described in (2) through (4) below, for which no **insured** receives more than $2,000in total compensation for the 12 months before the beginning of the policy period;

      (2)   Volunteer activities for which no money is received other than payment for expenses incurred to perform the activity;

      (3)   Providing home day care services for which no compensation is received, other than the mutual exchange of such services; or

      (4)   The rendering of home care services to a relative of an **insured**.

The following definition is added:

9.   **Fungi** means all types of fungus, such as mildew and mold, and all of their resulting spores and byproducts, including mycotoxins and allergens. **Fungi** does not mean fungi for human ingestion.

For Form HO 00 02, HO 00 03 and HO 00 06, the following definitions are added:

10.   **Renovation** means all updating, demolition, construction, repair or remodeling on the **residence premises** independent of and not arising out of a covered loss.

11.   **Vacant** means empty of personal property necessary to sustain normal occupancy. When a **residence premises** is being newly constructed, it is not considered vacant.

### Section I - Property Coverages

### Coverage C - Personal Property

The first two paragraphs of this section are deleted and replaced by the following:

We cover personal property owned or used by an **insured** while it is anywhere in the world. At your request, we will cover personal property of others who are not tenants while that property is in a residence occupied by an **insured**.

Our limit of liability for direct physical loss to personal property caused by an **occurrence** at an **insured's** residence that is not the **residence premises** is $1,000or 10% of the limit of liability for Coverage C, whichever is greater. This limitation does not apply to personal property:

1.   moved or being moved from the **residence premises** to a residence you newly acquire during the policy term; or

12588211-02 LA
Copyright, Fireman's Fund Insurance Companies, Stock Companies, 2003, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001,with its permission.

### SAMPLE

INS 00000102

# S A M P L E

(This is Exclusion 1.o. in Form HO 00 03.)

**Section I - Conditions**

2. **Your Duties After Loss**

   The first paragraph of this condition is deleted and replaced with the following:

   In case of a loss, we have no duty to provide coverage under this policy unless there has been compliance with the following duties by an **insured** or an **insured's** representative who must:

   The following is added to this Condition 2, Item f.:

   (4) ensure that any employee, resident of your household, or others will be available for examination under oath to the extent that you reasonably can;

3. **Loss Settlement**

   The following is added:

   c. If, at the time of a covered loss, the insured dwelling, condominium, or co-operative unit on the **residence premises** is vacant for a period of 30 consecutive days immediately before the loss and we were not advised of this fact prior to the loss, payment will be subject to the deductible amount shown in the Declarations, policy provisions, or 5% of the Coverage A limit of liability whichever is greatest.

   This restriction does not apply to vacancy arising out of a covered loss.

8. **Suit Against Us** is deleted and replaced by the following:

8. **Suit Against Us**

   No action can be brought unless the policy provisions have been complied with and the action is started within two years after the date of loss.

10. **Loss Payment** is deleted and replaced by the following:

10. **Loss Payment**

   We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. The undisputed portion of the loss will be payable within 30 days after we receive your proof of loss.

12. **Mortgage Clause**

   The following sentence is deleted:

   If the policy is cancelled or not renewed by us, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

   The following sentences are added to replace the above:

   If this policy is cancelled by us, the mortgagee will be notified:

   a. At least 10 days before the date cancellation takes effect if we cancel for nonpayment of premium; or

   b. At least 30 days before the date cancellation takes effect if we cancel for any other reason.

12586211-02LA
Copyright, Fireman's Fund Insurance Companies, Stock Companies, 2003, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001 with its permission.

# S A M P L E

INS 00000103

**Dwelling Property Special Form / DWG3 1-93 LA**

INS 00000104

# SAMPLE

inside the foundation walls, if there is no basement; and

(c) underground flues, pipes, wiring and drains.

(4) We will pay no more than the actual cash value of the damage unless:

(a) actual repair or replacement is complete; or

(b) the cost to repair or replace the damage is both:

(i) less than 5% of the amount of insurance in this policy on the building; and

(ii) less than $2500.

(5) You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss or damage to buildings on an actual cash value basis. You may then make claim within 180 days after loss for any additional liability on a replacement cost basis.

6. **Loss to a Pair or Set**

In case of loss to a pair or set we may elect to:

a. repair or replace any part to restore the pair or set to its value before the loss; or

b. pay the difference between actual cash value of the property before and after the loss.

7. **Glass Replacement**

Loss for damage to glass caused by a Peril Insured Against will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

8. **Appraisal**

If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the Described Location is

located. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.

Each party will:

a. pay its own appraiser; and

b. bear the other expenses of the appraisal and umpire equally.

9. **Other Insurance**

If property covered by this policy is also covered by other fire insurance, we will pay only the proportion of a loss caused by any peril insured against under this policy that the limit of liability applying under this policy bears to the total amount of fire insurance covering the property.

10. **Subrogation**

You may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, the person insured must sign and deliver all related papers and cooperate with us.

11. **Suit Against Us**

No action can be brought unless the policy provisions have been complied with and the action is started within one year after the date of loss.

12. **Our Option**

If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with like property.

13. **Loss Payment**

We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:

a. reach an agreement with you;

Includes copyrighted material of Insurance Services Office with its permission.
Copyright, Insurance Services Office, Inc., 1988

DWG3 1-93 LA

## SAMPLE

INS 00000105

# S A M P L E

any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

c.  When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

d.  If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

## 18. Non-Renewal

We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

## 19. Liberalization Clause

If we make a change which broadens the coverage under this edition of our policy without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the policy period stated in the Declarations.

This Liberalization Clause does not apply to changes implemented through introduction of a subsequent edition of our policy.

## 20. Waiver or Change of Policy Provisions

A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

## 21. Assignment

Assignment of this policy will not be valid unless we give our written consent.

## 22. Death

If you die, we insure:

a.  your legal representatives but only with respect to the property of the deceased covered under the policy at the time of death;

b.  with respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

## 23. Nuclear Hazard Clause

a.  "Nuclear Hazard" means any nuclear reaction, radiation or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

b.  Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke, whether these perils are specifically named in or otherwise included within the Perils Insured Against.

c.  This policy does not apply to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.

## 24. Recovered Property

If you or we recover any property for which we have made payment under this policy, you or we will notify the other of the recovery. At your option, the property will be returned to or retained by you or it will become our property. If the recovered property is returned to or retained by you, the loss payment will be adjusted based on the amount you received for the recovered property.

## 25. Volcanic Eruption Period

One or more volcanic eruptions that occur within a 72-hour period will be considered as one volcanic eruption.

Includes copyrighted material of Insurance Services Office with its permission.
Copyright, Insurance Services Office, Inc., 1988

**SAMPLE**

INS 00000106

Prestige Solutions / 125671  7-99

INS 00000107

4. Loss to a Pair or Set

In case of loss to a pair or set we may elect to:

a. Repair or replace any part to restore the pair or set to its value before the loss; or

b. Pay the difference between the value of the property before and after the loss.

5. Volcanic Eruption Period

One or more volcanic eruptions that occur within a 72-hour period will be considered as one volcanic eruption.

6. Appraisal

If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the "residence premises" is located. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.

Each party will:

a. Pay its own appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

7. Other Insurance

If a loss covered by this policy is also covered by other insurance, except insurance in the name of a corporation or association of property owners, we will pay only the proportion of the loss that the limit of insurance that applies under this policy bears to the total amount of insurance covering the loss.

If there is other insurance in the name of a corporation or association of property owners covering the same property covered by this policy, this in-

surance will be excess over the amount recoverable from the other insurance.

8. Suit Against Us

No action can be brought unless the policy provisions have been complied with and the action is started within one year after the date of loss.

9. Our Option

If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the property damaged with like property.

10. Loss Payment

We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 30 days after we receive your proof of loss and:

a. Reach an agreement with you; or

b. There is an entry of a final judgment; or

c. There is a filing of an appraisal award with us.

11. Abandonment of Property

We need not accept any property abandoned by an "insured".

12. Mortgage Clause

The word "mortgagee" includes trustee.

If a mortgagee is named in this policy, any loss payable for damage to a building or other structure will be paid to the mortgagee and you, as interests appear. If more than one mortgage is named, the order of payment will be the same as the order or precedence of the mortgages.

If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:

a. Notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;

b. Pays any premium due on demand if you have failed to do so;

125671 7-99

INS 00000108

you at your mailing address shown in the Declarations, written notice at least 45 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

b. If this policy is written for a period of less than one year, we agree not to refuse to renew except at the end of an annual period commencing with the original or renewal effective date.

7. Assignment

Assignment of this policy will not be valid unless we give our written consent.

8. Subrogation

An "insured" may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, an "insured" must sign and deliver all related papers and cooperate with us.

Subrogation does not apply under Section II to Medical Payments to Others or Damage to Property of Others.

9. Death

If a person named in the Declarations or the spouse, if a resident of the same household, dies:

a. We insure the legal representative of the deceased but only with respect to the premises and property of the deceased covered under the policy at the time of death;

b. "Insured" includes:

(1) Any member of your household who is an "insured" at the time of your death, but only while a resident of the "residence premises"; and

(2) With respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

125671 7-99

INS 00000109

GREAT NORTHERN

INS 00000110

*Policy*
*Terms*

## General Conditions
(continued)

### Assignment
You cannot transfer your interest in this policy to anyone else unless we agree in writing to the transfer.

### Policy changes
This policy can be changed only by a written amendment we issue.

### Bankruptcy or insolvency
We will meet all our obligations under this policy regardless of whether you, your estate, or anyone else or their estate becomes bankrupt or insolvent.

### In case of death
In the event of your death, we cover your legal representative or any person having proper temporary custody of your property until a legal representative is appointed and qualified, but only with respect to your premises and other property covered under the policy at the time of death. We will also cover any member of your household who is a covered person at the time of death.

### Liberalization
We may extend or broaden the insurance provided by this policy. If we do this during the policy period or within 60 days before it begins, without increasing the premium, then the extended or broader insurance will apply to your policy.

### Conforming to state law
If any provision of this policy conflicts with the laws of the state you live in, this policy is amended to conform to those laws.

## Liability Conditions

These conditions apply to all liability coverages in this policy.

### Other insurance
**Vehicles:** When other liability insurance applies to covered damages, we will pay our share. Our share is the proportion that our amount of coverage bears to the total of all applicable amounts of coverage. However, for non-owned motorized land vehicles, this insurance is excess over any other insurance, except that written specifically to cover excess over the amount of coverage in this policy.

**Uninsured motorists:** If a covered person, other than you or a family member, is injured while occupying a covered vehicle, this policy is primary. If the amount of coverage available under this policy is exhausted due to the extent of damages, the person may recover as excess from another uninsured motorists policy under which he or she is insured.

© Copyright 1985 by Chubb & Son Inc. Form no. 7000017 5/85

**Policy
Terms**



---

## Special Conditions

In the event of conflict with any other conditions of your policy, these conditions supersede.

### Legal action against us
You agree not to bring legal action against us unless you have first complied with all conditions of this policy. You also agree to bring any action against us within one year after a loss occurs, but not until 30 days after proof of loss has been filed and the amount of loss has been determined.

If you have a loss under liability coverage, a claimant may bring a suit against us including, but not limited to a suit to recover on a written agreement of settlement between you, us and the claimant or on a final judgement against you. However, we will not pay more than the amount of liability coverage shown in the Coverage Summary. No person or organization has any right under this policy to bring us into any action to determine the liability of a covered person.

### Appraisals
If you and we fail to agree on the amount of loss, you and we may select an independent appraiser in order to reach a mutual agreement. You and we will share the expenses incurred equally and every effort will be made to reach an agreement within a reasonable time.

### Mortgagee or loss payee
The word "mortgagee" includes a trustee. If a mortgagee or loss payee is named in this policy, any loss payable will be paid to the mortgagee or loss payee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgagees. We cover the interests of the loss payee unless the loss results from fraudulent acts or omissions on your part.

If we deny your claim, that denial will not apply to a valid claim of the mortgagee or loss payee, provided that the mortgagee or loss payee:
- notifies us of any change in ownership, occupancy, or substantial change in risk of which the mortgagee or loss payee is aware;
- pays any premium due under this policy on demand if you have neglected to pay the premium; and
- submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so.

Policy conditions relating to appraisals and legal action against us, apply to the mortgagee, loss payee, or any known person shown by the policy to have an interest in any loss which may occur. If the policy is cancelled or not renewed by us, the mortgagee, loss payee, or any known person shown by the policy to have an interest in any loss which may occur, will be notified at least 30 days before the date cancellation or nonrenewal takes effect, at the last mailing address known by us.

If we pay the mortgagee or loss payee for any loss and deny payment to you, then:
- our rights are subrogated to all rights of the mortgagee or loss payee granted under the mortgage on the property; or
- at our option, we may pay to the mortgagee or loss payee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer from the mortgagee or loss payee and all securities held as collateral to the debt.

*06/14/04*

© Copyright 1985 by Chubb & Son Inc. Form no. 7000017 5/85

**Louisiana** Policy Terms

4/23/04 12:11:05

*Page Y-5*
**INS 00000112**

GUIC INSURANCE COMPANY

INS 00000113



# HOMEOWNERS POLICY FOR MANUFACTURED HOMES - LOUISIANA
®

# G.U.I.C. INSURANCE COMPANY

## AMELIA, OHIO

MAIN ADMINISTRATIVE OFFICE
MAILING ADDRESS
P. O. BOX 5323
CINCINNATI, OHIO 45201-5323
1-800-543-2644

INS 00000114

d. Exclusion 16. will not apply to the lienholder's interest if:

   (1) the loss is first discovered at the time of repossession; and

   (2) the lienholder:

     (a) has inspected and secured the dwelling within 60 days after it has become vacant or unoccupied; or

     (b) has filed an action for replevin within 30 days of being denied access to a vacant dwelling. This is provided that the lienholder also applies to a court of competent jurisdiction for a writ of execution or possession to be issued. Such writ shall direct the sheriff to levy upon the dwelling, within 20 days after the court has entered an order of forfeiture or possession in favor of the lienholder.

e. We will protect the lienholder's interest in the insured dwelling in the event of a substantial change in the risk, change in ownership or occupancy, or foreclosure. This is provided that the lienholder has no knowledge of these conditions. We will provide the lienholder at least 10 days notice if we cancel this policy. At the end of this 10-day period, all interest of the lienholder in this policy shall terminate.

f. Our right of subrogation, to the extent of our payment made, will not impair the right of a lienholder to recover the full amount of its claim.

g. All policy terms and conditions apply to the lienholder as well as to you.

h. The following applies if the premium has not been paid: If a lienholder is named in this policy, we will continue this insurance for the lienholder's interest for 30 days after written notice of termination to the lienholder. Then, this policy will terminate as to the lienholder's interest.

12. **Repossession**

If you are delinquent on your payments to the lienholder and the insured dwelling is placed in the care, custody or control of the lienholder or its agents, all coverage for loss under SECTION I shall cease upon the date of such care, custody or control. This applies whether such placement is voluntary or not.

13. **Reinstatement of Limit**

A loss to your property reduces our liability limit by the amount of the loss under the appropriate coverage. Upon repair or replacement of the property, the limit will return to the limit shown in the Declarations.

14. **No Benefit to Bailee**

We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee, regardless of any other provision of this policy.

15. **Suit Against Us**

No action can be brought against us unless there has been full compliance with all of the terms under SECTION I of this policy and the action is started within one year after the date of loss.

16. **What You Must Do In Case of Loss**

In case of a loss, you must see that the following are done:

a. give prompt notice to us or our agent;

b. notify the police in case of loss by theft;

c. notify the credit card or fund transfer card company in case of loss under Credit Card or Fund Transfer Card coverage;

d. protect the property from further damage. If repairs to the property are required, you must:

   (1) make reasonable and necessary repairs to protect the property. We will not pay for additional damage as a result of your failure to do so;

   (2) keep an accurate record of repair expenses;

e. prepare an inventory of damaged personal property showing the quantity, description, actual cash value and amount of loss and any other information we request. You must attach all bills, receipts and related documents that justify the figures in the inventory;

f. as often as we reasonably require:

   (1) allow us to inspect the damaged property and allow us to take samples of damaged property for inspecting, testing and analysis;

   (2) provide us with records and documents that we request and permit us to make copies. These include, but are not limited

MN017 (01/05)      Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 1999

INS 00000115

**4. Waiver or Change of Policy Provisions**

A waiver or change of any provision of this policy must be authorized by us in writing in order to be valid. Our request for an appraisal or examination shall not waive any of our rights.

**5. Assignment**

Assignment of this policy will not be valid unless we give our written consent.

**6. Cancellation**

a. You may cancel this policy at any time by returning it to us or by letting us know in writing of the future date cancellation is to take effect.

b. We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations. Proof of mailing will be sufficient proof of notice.

(1) When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

(2) When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect.

(3) When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:

(a) if there has been a material misrepresentation of fact that, if known to us, would have caused us not to issue the policy; or

(b) if the risk has changed substantially since the policy was issued.

This can be done by letting you know at least 30 days before the date cancellation takes effect.

(4) When this policy is written for a period of more than one year, we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

c. When this policy is canceled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

d. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

**7. Nonrenewal**

If we elect not to renew this policy, we will provide written notice to you, at your address shown in the Declarations, at least 30 days before the expiration date of this policy. Proof of mailing shall be sufficient proof of notice.

**8. Subrogation - Our Right to Recover Payment**

a. After making payment under this policy, we will have the right to recover from anyone held responsible. The insured person will sign papers and do whatever is required to transfer this right to us, and do nothing to harm this right.

b. Anyone receiving the benefit of a payment under this policy will hold in trust for us the proceeds of any recovery of damages from another party, and reimburse us to the extent of our payment.

c. This Condition does not apply, under SECTION II, to MEDICAL PAYMENTS TO OTHERS or ADDITIONAL COVERAGES, Item 2., Damage to Property of Others.

**9. Death**

If any person named in the Declarations or the spouse, if a resident of the residence premises, dies, the following apply:

a. We insure the legal representative of the deceased, but only with respect to the premises and property of the deceased covered under the policy at the time of death; and

b. "Insured Person" includes:

(1) an insured person who is a member of your household at the time of your death, but only while a resident of the residence premises; and

(2) with respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

MN017 (01/05)        Includes copyrighted material of ISO Properties, Inc., with its permission.
                              Copyright, ISO Properties, Inc., 1999

INS 00000116