**METROPOLITAN**

INS 00000234

mortgagee the whole principal on the mortgage and any interest due. In this event, we may receive a full assignment and transfer of the mortgage and all securities held as collateral for the mortgage debt. Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

Our cancellation of the policy also applies to agreements under this condition.

As used in this condition, the term "mortgagee" includes a trustee, if applicable.

11. **Loss To A Pair Or Set.** In case of loss to a pair or set we may elect to:
   A. Repair or replace any part to restore the pair or set to its value before the loss; or
   B. Pay the difference between actual cash value of the property before and after the loss.

12. **No Benefit To Bailee.** We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this policy.

13. **Suit Against Us.** No suit or action may be brought against us by **you** unless there has been full compliance with all of the policy terms. Any suit or action must be brought within twelve months of the loss.

14. **Other Insurance.** If there is other similar insurance, we will pay our fair share. **Our** share is the proportionate amount that this insurance bears to the total amount of all applicable insurance. However, this insurance is excess over any other insurance that covers loss by theft or loss of personal property on an unspecified peril basis.

## SECTION I - OPTIONAL COVERAGES

The following coverages are afforded only if indicated in the Declarations. They are subject to all of the provisions applicable to Section I, except as modified herein.

## COVERAGE 1 - EARTHQUAKE AND VOLCANIC ERUPTION

We will pay for direct loss to the property described in Coverages A, B and C caused by Earthquake or Volcanic Eruption.

We do not cover loss resulting directly or indirectly by flood or tidal wave, whether caused by, resulting from, contributed to or aggravated by earthquake or volcanic eruption.

1. One or more earthquake shocks that occur within a seventy-two hour period shall constitute a single earthquake. One or more volcanic eruptions that occur within a seventy-two hour period shall constitute a single volcanic eruption.

2. We will pay only that part of the loss caused by earthquake over 5% of the total amount of insurance that applies. This deductible shall apply separately to loss under Coverage A - Dwelling, Coverage B - Private Structures and Coverage C - Personal Property. This deductible amount shall not be less than $250 in any one loss.

   The policy deductible applies to each loss caused by volcanic eruption.

This coverage does not increase the limits of liability stated in this policy.

## COVERAGE 4 - EXTENDED COVERAGE ON JEWELRY, WATCHES AND FURS

The insurance provided by this policy under Coverage C - Personal Property on jewelry, watches, furs, precious and semi-precious stones is extended to apply against all risks of physical loss or damage. The per item and aggregate limits of liability are set forth in the Declarations page.

1. This coverage is subject to the Section I - Conditions and the General Conditions.
2. This coverage does not insure against loss caused by wear and tear, gradual deterioration, insects, vermin, inherent vice, neglect and war.
3. Any deductible clause applicable to Coverage C also applies to this coverage.
4. For loss caused by theft, the insurance afforded under this coverage will apply in lieu of and not in addition to that afforded under Coverage C.

**MET 00022**

INS 00000235

7. **Cancellation. You** may cancel this policy by telling **us** on what future date **you** wish to stop coverage.

   **We** may cancel this policy by delivering to **you** or by mailing to **you**, at **your** last known address shown on **our** records, notice stating when such cancellation will be effective. This notice will be mailed to **you** not less than the minimum number of days required by state law if **you** have not paid **your** premium when it is due or not less than 20 days prior to the effective date of cancellation if:

   A. this policy has been in effect less than 60 days at the time notice of cancellation is mailed.

   B. this policy has been in effect 60 days and any one of the following conditions exist:
      1. the policy was obtained through material misrepresentation, fraudulent statements, omissions or concealment of facts pertinent to acceptance by **us.**
      2. there has been a substantial change in the covered property which increased the hazards **we** originally agreed to insure.
      3. there have been willful or negligent acts or omissions by **you** which increased the hazards **we** originally agreed to insure.
      4. continuation of the policy would be in violation of the law.

   In any case of termination of this policy by **us, our** mailing of notice to **your** last known address on **our** records will constitute proof of notice as of the date we mail it. **We** will comply with any law relating to the termination of this policy which contains different requirements.

   If **you** cancel **your** policy, the earned premium may be computed in accordance with **our** short rate method. If **we** cancel **your** policy, the earned premium will be computed pro-rata and the returned premium shall be rounded to the nearest dollar. The refund will be made as soon as practicable after cancellation becomes effective, but payment or tender of unearned premium is not a condition of cancellation.

8. **Nonrenewal. We** may elect not to renew this policy. **We** may do so by delivering to **you**, or mailing to **you** at **your** mailing address shown in the Declarations, written notice at least 30 days before the renewal date of this policy. Proof of mailing will be sufficient proof of notice.

9. **Assignment. You** may not assign this policy to another person without **our** written consent.

10. **Bankruptcy Or Insolvency. Your** bankruptcy or insolvency will not relieve **us** of any obligation under this policy.

11. **Our Recovery Right. You** may waive in writing before a loss all rights of recovery against any person. If not waived, **we** may require an assignment of rights of recovery for a loss to the extent that payment is made by **us.**

    If an assignment is sought, **you** must sign and deliver all related papers and cooperate with **us.**

    This does not apply under Section II to Coverage G - Medical Payment To Others or to the Additional Coverage - 1. Damage to Property of Others.

12. **Premium.** All premiums for this policy will be computed in accordance with **our** rules, rates, rating plans, premiums and minimum premiums in effect at the beginning of **your** current policy period. Each year, on the renewal date of the policy the premium for renewal of this policy will be computed on the basis of **our** manuals then in use. Premiums are payable on the dates set forth by **us.**

    Any premium adjustments made for any reason will be rounded to the nearest dollar, in accordance with the manuals in use by **us.**

**MET 00031**

**INS 00000236**

NATIONAL LLOYDS

INS 00000237

# Louisiana Dwelling Policy



## National Lloyds INSURANCE COMPANY

900 AUSTIN AVENUE
WACO, TEXAS

THIS POLICY IS A LEGAL CONTRACT
BETWEEN YOU AND US.
**READ YOUR POLICY CAREFULLY.**

## YOUR DWELLING POLICY
## QUICK REFERENCE

**DECLARATIONS PAGE**
Your Name
Location of Your Residence
Policy Period
Coverages
Amounts of Insurance
Deductible

| | Beginning On Page | | Beginning On Page |
|---|---|---|---|
| **AGREEMENT** | 1 | **PERILS INSURED AGAINST** | 2 |
| **DEFINITIONS** | 1 | **EXCLUSIONS** | 3 |
| **COVERAGES** | 1 | **CONDITIONS** | 4 |
| Property Coverages | | Insurable Interest | |
| Fair Rental Value | | Duties After Loss—How to File a Claim | |
| Other Coverages | | Loss Settlement | |
|    Other Structures | | Mortgage Clause | |
|    Debris Removal | | Cancellation | |
|    Improvements, Alterations and Additions | | Nonrenewal | |
|    World-Wide Coverage | | | |
|    Rental Value | | | |
|    Reasonable Repairs | | | |
|    Property Removed | | | |
|    Fire Department Service Charge | | | |

PLEASE NOTE: THERE MAY BE STATE AMENDATORY ENDORSEMENTS

LA DP (Ed. 5-04)

INS 00000238

3. Made false statements;

relating to this insurance.

## SECTIONS I AND II – CONDITIONS

### A. Liberalization Clause

If we make a change which broadens coverage under this edition of our policy without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the policy period stated in the Declarations.

This Liberalization Clause does not apply to changes implemented with a general program revision that includes both broadenings and restrictions in coverage, whether that general program revision is implemented through introduction of:

1. A subsequent edition of this policy; or

2. An amendatory endorsement.

### B. Waiver Or Change Of Policy Provisions

A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

### C. Cancellation

1. You may cancel this policy at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect.

2. We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations. Proof of mailing will be sufficient proof of notice.

    a. When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

    b. When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect.

    c. When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:

        (1) If there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy; or

        (2) If the risk has changed substantially since the policy was issued.

This can be done by letting you know at least 30 days before the date cancellation takes effect.

    d. When this policy is written for a period of more than one year, we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

3. When this policy is canceled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

4. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

### D. Nonrenewal

We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

### E. Assignment

Assignment of this policy will not be valid unless we give our written consent.

### F. Subrogation

An "insured" may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, an "insured" must sign and deliver all related papers and cooperate with us.

Subrogation does not apply to Coverage F or Paragraph C. Damage To Property Of Others under Section II – Additional Coverages.

### G. Death

If any person named in the Declarations or the spouse, if a resident of the same household, dies, the following apply:

1. We insure the legal representative of the deceased but only with respect to the premises and property of the deceased covered under the policy at the time of death; and

2. "Insured" includes:

    a. An "insured" who is a member of your household at the time of your death, but only while a resident of the "residence premises"; and

    b. With respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

INS 00000239

(3) The amount which it would cost to repair or replace that part of the building structure damaged or destroyed with material of like kind and quality less allowance for physical deterioration and depreciation.

In this provision, the terms "repair" or "replace" do not include the increased costs incurred to comply with the enforcement of any ordinance or law, except to the extent that coverage for these increased costs is added to this policy.

**D. Loss To A Pair Or Set**

In case of loss to a pair or set we may elect to:

1. Repair or replace any part to restore the pair or set to its value before the loss; or

2. Pay the difference between actual cash value of the property before and after the loss.

**E. Appraisal**

If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent and impartial appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the "residence premises" is located. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.

Each party will:

1. Pay its own appraiser; and

2. Bear the other expenses of the appraisal and umpire equally.

**F. Other Insurance And Service Agreement**

If a loss covered by this policy is also covered by:

1. Other insurance, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss; or

2. A service agreement, this insurance is excess over any amounts payable under any such agreement. Service agreement means a service plan, property restoration plan, home warranty or other similar service warranty agreement, even if it is characterized as insurance.

**G. Suit Against Us**

No action can be brought against us unless there has been full compliance with all of the terms under Section I of this policy and the action is started within two years after the date of loss.

**H. Our Option**

If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with material or property of like kind and quality.

**I. Loss Payment**

We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:

1. Reach an agreement with you;

2. There is an entry of a final judgment; or

3. There is a filing of an appraisal award with us.

**J. Abandonment Of Property**

We need not accept any property abandoned by an "insured".

**K. Mortgage Clause**

1. If a mortgagee is named in this policy, any loss payable under Coverage A or B will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

2. If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:

   a. Notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;

   b. Pays any premium due under this policy on demand if you have neglected to pay the premium; and

   c. Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Paragraphs E. Appraisal, G. Suit Against Us and I. Loss Payment under Section I — Conditions above also apply to the mortgagee.

3. If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

4. If we pay the mortgagee for any loss and deny payment to you:

   a. We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

Copyright, Insurance Services Office, Inc., 1999

HO 00 08 10 00

INS 00000240

NATIONAL SECURITY FIRE AND CASUALTY COMPANY

INS 00000241

## Liberalization Clause

If any provision of this policy is in conflict with your state's or the Federal Government's laws or regulations at the time your policy is written, it is automatically changed to conform to them. We will automatically give you the benefit of any extension or broadening of this policy, if the change does not require additional premium.

This Liberalization Clause does not apply to changes implemented through introduction of a subsequent edition of our policy.

## Changes To Your Policy

The only other way this policy can be changed is if we change it in writing, which will be made a part of this policy. Any change in your premium will be made at that time.

## Suit Against Us

A person or organization may bring a suit against us including, but not limited to, a suit to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

## Lienholder Interest

If you borrowed money to buy your Mobile Home, the person or business that loaned you the money is called the Lienholder. The designation of a lienholder is considered to be an acknowledgement by you that the lienholder has a legal interest in the Mobile Home due to an installment sales contract or other security agreement.

When a lienholder is named on the declaration page, our payment method will recognize the lienholder's interest in your property. If we elect to settle your loss or damage in money, both your name and your lienholder's will appear on our payment check. If you have paid off your lienholder, please tell us so that the lienholder's name may be removed from the declaration page.

If your interest in the Mobile Home is terminated, our payment method will recognize only the lienholder's interest. No change in title or ownership of your Mobile Home or any negligent acts of yours will cancel the lienholder's interest in this policy.

You or the lienholder must let us know of any change of ownership or any increase in hazard which comes to your or the lienholder's knowledge. If this change in ownership or increase in hazard requires an additional premium, you must pay the additional premium.

If you fail to pay any premium due for this policy, your lienholder may be requested to pay that premium.

If you fail to give us proof of loss within the required 90 days, the lienholder is given an additional 30 days to notify us of the loss.

## Limits Of Liability

Regardless of the number of insureds, claims made, or persons injured, our total liability under Comprehensive Personal Liability stated in this policy for all damages resulting from any one occurrence, shall not exceed the limit of liability for Comprehensive Personal Liability stated on the declaration page. All bodily injury and property damage resulting from any one accident or from continuous or repeated exposure to substantially the same general conditions, shall be considered to be the result of one occurrence.

Our total liability under Medical Payments to Others for all medical expense payable for bodily injury to one person as the result of one accident, shall not exceed the limit of liability for Medical Payments stated on the declaration page.

## Our Right To Recover From Others

If we make a payment under this policy and the person to or for whom payment was made has a right to recover damages from another, we shall be subrogated to that right. That person shall:

do whatever is necessary to enable us to exercise our rights, and do nothing after loss to prejudice them;

reimburse us to the extent of our payment if recovery from another person or party responsible for the loss has been made and if recovery duplicates our payments; and

be required to repay us if any settlement or judgment duplicates our payments.

## Salvage: No Abandonment To Us

Upon settlement by us of any total loss or where we have paid the policy limits, the salvage, if any, shall belong to us at our option, however, there shall be no abandonment to us.

## Other Insurance

If a loss covered by this policy is also covered by other insurance, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss.

However, this policy is excess coverage for Comprehensive Personal Effects and Comprehensive Personal Liability if there is other insurance coverage which will pay first. After the other policy has paid up to its limit, our policy will provide coverage up to its limits, but not exceeding the remainder of your loss.

INS 00000242

*Location*
If you move your Mobile Home you must notify us or your agent within thirty (30) days.

*Transfer Of This Policy*
No interest in this policy can be transferred without our written consent. If you die, this policy will continue in force for the remainder of the time between the "from" and "to" dates shown on the declaration page. This policy will only continue for other members of your family entitled to coverage at the time of your death or for your legal representative.

*What To Do When You Have A Loss*
Any robbery, burglary, theft, vandalism, or malicious mischief loss must be reported to the appropriate law enforcement agency within 24 hours after you discover the loss.

When you have a loss, you or someone on your behalf must notify us at once. When you notify your agent or us, please give your name, policy number, how the loss happened, including the extent of the damages or injuries, names of witnesses, and all other pertinent facts at the time you report the loss. We may require this information in writing.

If you have a loss, you must protect your insured property from any further damage. If you fail to do so, any further damage will not be recoverable under this policy. We will pay any actual reasonable expenses for necessary emergency repairs incurred in protecting the insured property from further loss if that loss is covered by this policy.

We may require that you file with us a notarized proof of loss within 90 days after the loss or damage. You may be required to show us the damaged property and submit to examination under oath. You will be required to cooperate with us in our effort to investigate the accident or loss, settle any claims against you, and defend you.

You, except at your own expense, may not voluntarily make any payment, assume any obligation or incur any expenses other than First Aid Expenses or emergency repair.

When you have a loss we insure, we will make settlement within 30 days after we receive an acceptable proof of loss and the amount of loss is determined as provided in this policy.

President

Secretary

FC-1039(03/02)                Page 9                N5153PO892(03/02)

INS 00000243

AAIS
FORM 8 Ed 2.0
Page 21 of 25

4. **Insurance Under More Than One Coverage** -- If more than one coverage of this policy applies to a loss, "we" pay no more than the actual loss.

5. **Insurance Under More Than One Policy** --

a. **Property Coverage** -- If there is other insurance that applies to the loss, "we" pay "our" share of the loss. "Our" share is that part of the loss that the "limit" of this policy bears to the total amount of insurance that applies to the loss. When a loss is also covered by the master policy of an association or corporation of property owners, this insurance is excess.

b. **Coverage L -- Personal Liability** -- This insurance is excess over other valid and collectible insurance that applies to the loss or claim. However, this does not apply to insurance written specifically to provide coverage in excess of the "limits" that apply in this policy.

If the other insurance is also excess, "we" pay only "our" share of the loss. "We" pay only that part of the loss that the applicable "limit" under this policy bears to the total amount of insurance covering the loss.

6. **Restoration of Limits** -- Each loss "we" pay under this policy does not reduce the "limits" available over the policy period.

## PAYMENT OF LOSS OR CLAIM

1. **Your Property** -- "We" adjust each loss with "you". "We" pay an insured loss within 30 days after an acceptable proof of loss is received and the amount of the loss is agreed to in writing. If "you" and "we" do not agree, "we" pay within 30 days after the filing of an appraisal award with "us". Payment is made to "you" unless a loss payee is named.

2. **Additional Living Costs** -- If the "insured premises" is made unfit for use for more than one month, covered costs are paid on a monthly basis. "You" must give "us" proof of such costs.

3. **Damage to Personal Property of Others** -- At "our" option, an insured loss may be adjusted with and paid:

a. to "you" on behalf of the owner; or

b. to the owner. If "we" pay the owner, "we" do not have to pay an "insured".

4. **Our Options** -- "We" may:

a. pay the loss in money; or

b. rebuild, repair, or replace the property. "We" must give "you" notice of "our" intent to do so within 30 days after "we" receive an acceptable proof of loss.

"We" may take all or part of the damaged property at the agreed or appraised value. Property paid for or replaced by "us" becomes "ours".

5. **Liability Coverages** -- A person who has secured a judgment against an "insured" for an insured loss or has liability established by a written agreement between the claimant, an "insured", and "us" is entitled to recover under this policy to the extent of coverage provided.

## POLICY CONDITIONS

### CONDITIONS APPLICABLE TO ALL COVERAGES

1. **Assignment** -- This policy may not be assigned without "our" written consent.

2. **Bankruptcy of an Insured** -- Bankruptcy or insolvency of an "insured" does not relieve "us" of "our" obligations under this policy.

INS 00000244

b. For loss caused by fire, this policy is void as to "you" and any other "insured" if "you" or any "insured" has willfully concealed or misrepresented a material fact or circumstance that relates to this insurance or the subject thereof or an "insured's" interest herein, if such concealed or misrepresented fact, circumstance, or interest exists at the time of loss and increases either the moral or physical hazard under the policy. However:

1) except in the case of fraud or collusion on the part of "our" officers or agents, this does not apply if such concealed or misrepresented fact, circumstance, or interest:

   a) existed at the time the policy was issued and was known by "us" or "our" officers or agents; or

   b) existed at the time of loss and, at such time, was known by "us" or "our" officers or agents; and

2) a misrepresentation as to the value of personal property made after a loss by fire does not entitle "us" to void this policy unless a court of competent jurisdiction determines and adjudicates otherwise.

c. "We" do not pay for a loss or claim if before or after the loss or claim:

1) "you" or any other "insured" has willfully concealed or misrepresented:

   a) a material fact or circumstance that relates to this insurance or the subject thereof; or

   b) an "insured's" interest herein; or

2) there has been fraud or false swearing by "you" or any other "insured" with regard to a matter that relates to this insurance or the subject thereof.

4. Under Policy Conditions, the Suit Against Us condition is deleted and replaced by:

Suit Against Us --

a. Property Coverages -- No suit may be brought against "us" unless all the "terms" of this policy have been complied with and the suit is brought within two years after the loss. If a law of the state where the premises is located makes this time period invalid, the suit must be brought within the time period allowed by the law.

b. Liability Coverages -- A person or organization may bring suit against "us", however, "we" will not pay for injury or damage that:

1) is not covered by this policy; or
2) exceeds the applicable "limit".

5. Under Policy Conditions, the following is added to Conditions Applicable To All Coverages:

No premium will be payable to "us" when "you" received notice of an injunction or order of rehabilitation or liquidation under the provisions of Louisiana Statute R.S. 22:737.1.

6. Under Policy Conditions, Mortgage, Secured Party, and Lender's Loss Payable Clause, the statement regarding notice to the mortgagee, secured party, or lender in the event of cancellation or nonrenewal is deleted and replaced by:

If "we" cancel or do not renew this policy for nonpayment of premium, "we" will notify the mortgagee, secured party, or lender at least ten days before the cancellation or nonrenewal takes effect. If "we" cancel or do not renew this policy for any other reason, "we" will notify the mortgagee, secured party, or lender at least 20 days before the cancellation or nonrenewal takes effect.

ML-72 Ed 1.0
Copyright MCMXCVII
American Association of Insurance Services

INS 00000245

### LOW VALUE DWELLING FIRE INSURANCE

# NATIONAL SECURITY FIRE & CASUALTY COMPANY

ELBA, ALABAMA - A CAPITAL STOCK COMPANY
HEREIN CALLED THE COMPANY

In consideration of the provisions and stipulations herein, or added hereto; and the premium paid for the term shown on the declaration page, beginning at noon standard time on the inception date at the location of the property involved, and for successive periods for which the Company has accepted premium in advance, to an amount not exceeding the maximum amount(s) specified, does insure the Insured named in the Declaration, and legal representatives, to the extent of the actual cash value of the property at the time of loss, but not exceeding the amount which it would cost to repair or replace the property with material of like kind and quality within a reasonable time after such loss, without allowance for any increased cost of repair or reconstruction by reasons of any ordinance or law regulating construction or repairs nor in any event for more than the interest of the Insured against all direct loss by fire, lightning and removal from premises endangered by the perils insured against in this policy, except as herein provided, to the property described in this policy, or pro rata for five days at each proper place to which any of the property shall necessarily be removed for preservation from the perils insured against in this policy, but not elsewhere.

Assignment of this policy shall not be valid except with the written consent of this company.

This policy can be transferred to any other location subject to the approval of the company by endorsement in writing thereon by the president or secretary. This policy is made and accepted subject to the foregoing provisions and stipulations and those printed on the other pages hereof, which are made a part of this policy, together with such other provisions, stipulations and agreements as may be added hereto, as provided herein.

### GENERAL PROVISIONS

**MORTGAGEE CLAUSE:** (This entire clause is void unless name of mortgagee or trustee is inserted on the Declaration page of this policy in space provided) - Loss, if any, on this policy subject to this clause as specified on the Declaration page of this policy, shall be payable to the mortgagee (or trustee) as provided herein, as interest may appear, and this insurance, as to the interest of the mortgagee (or trustee) only therein, shall not be invalidated by any act or neglect of the mortgagor or owner of the within described property, nor by any foreclosure or other proceedings or notice of sale relating to the property, nor by any change in the title or ownership of the property, nor by the occupation of the premises for purposes more hazardous than are permitted by this policy.

Provided that the mortgagee (or trustee) shall notify this Company of any change of ownership or occupancy or increase of hazard, which shall come to the knowledge of said mortgagee (or trustee) and, unless permitted by this policy, it shall be noted thereon, and the mortgagee (or trustee) shall, on demand, pay the premium for such increased hazard for the term of the use thereof; otherwise, this policy shall be null and void.

This Company reserves the right to cancel this policy at any time as provided by its terms, but, in such case this policy shall continue in force only for the benefit of the mortgagee (or trustee) for ten days after notice to the mortgagee (or trustee) of such cancellation, and shall then cease, and this Company shall have the right, on like notice, to cancel this agreement.

Whenever this Company shall pay the mortgagee (or trustee) any sum for loss under this policy and shall claim that, as to the mortgagor or owners, no liability therefor existed, the Company shall, to the extent of such payment, be thereupon legally subrogated to all of the rights of the party to whom such payment shall be made, under all securities held as collateral to the mortgage debt, or may at its option pay to the mortgagee (or trustee) the whole principal due or to grow due on the mortgage with interest, and shall thereupon receive a full assignment and transfer of the mortgage and of all such other securities; but no subrogation shall impair the right of the mortgagee (or trustee) to recover the full amount of his, her or their claim.

**NOTICES:** It is understood and agreed by and between the Company and the Insured that any notice required by this policy to be given by the Company to the Insured, including notice of cancellation, shall be mailed to the Insured at the mailing address shown in this policy, and the mailing of notice as aforesaid shall be sufficient proof of notice. And if there be more than one Insured named in this policy, the mailing of notice to any one of them at the mailing address shown in this policy shall be sufficient proof of notice to all. The Company is not required to mail notices of premium due to anyone under the terms of this policy.

Delivery of any written notice to the Insured, or in case of more than one Insured, to any one of them shall be equivalent to mailing.

**MODE OF PREMIUM PAYMENT:** The Insured may pay a semi-annual premium of ½ the annual premium plus a billing fee for six months coverage, or ¼ the annual premium plus a billing fee for three months coverage. If an additional premium is not received by the expiration of this mode term, then the policy will lapse, and all liability on the part of the Company will cease, without notice.

**RENEWABLE:** This policy is renewable at the option of the Company, and the Company may decline to accept any renewal premium, whether it be a quarterly, semi-annual, or annual premium. The policy lapsing for non-payment of a renewal premium is not considered a cancellation by the Company.

**UNEARNED PREMIUM CLAUSE:** Such insurance as is afforded under this policy shall be considered cancelled upon payment of a total loss and the premium paid for the policy period shall be fully earned by the Company.

**CHANGE OF RATE:** In the event the premium rates applicable to the type risk insured in this policy are changed, the change can be made applicable to this policy by the Company's mailing to the Insured at the address shown in the policy, the amount of the modified premium, such new premium to be effective on the next premium due date.

**MINIMUM RETAINED PREMIUM:** It is hereby stipulated that if this policy is cancelled at the request of the Insured, the premium retained by the Company will not be less than $7.50. This stipulation shall apply separately to each yearly term.

**CONTENTS COVERAGE:** When the insurance under this policy covers household and personal property (or contents), such insurance shall only cover on household and personal property usual or incidental to the occupancy of the premises as a dwelling.

If the household and personal property covered hereunder is removed during the term of this policy to another location within the limits of this State occupied in whole or in part as the Insured's residence, this policy shall cover such property while at such new location up to the amount specified for contents and shall cease to cover at the former location, except that during the period of removal this policy shall cover at each location in the proportion that the value of the described property at each location bears to the aggregate value at both locations.

Loss, if any, under the household and personal property item shall be adjusted with the Insured specifically named and shall be payable to him unless other payee is specifically named hereunder.

**DEBRIS REMOVAL:** It is a condition of this policy that this insurance covers expenses incurred in the removal of all debris of the property covered hereunder which may be occasioned by loss caused by and of the perils insured against in this policy. However, the total liability under this policy shall not exceed the amount named therein, nor such proportion of such expense as the amount of insurance hereunder bears to the total amount of all insurance, whether such insurance includes this clause or not. In no event shall this policy cover against loss occasioned by the enforcement of any state or municipal law or ordinance which necessitates the demolition of any portion of the building covered which has not suffered damage by any of the perils insured against in this policy unless such liability is specifically assumed elsewhere in this policy.

**ELECTRICAL APPARATUS CLAUSE:** If electrical appliances or devices (including wiring) are covered under this policy, this Company shall not be liable for any electrical injury or disturbance to the said electrical appliances or devices (including wiring) caused by electrical currents unless fire ensues, and if fire does ensue, this Company shall be liable for its proportion of loss caused by such ensuing fire, unless specifically covered by endorsement.

**INHERENT EXPLOSION CLAUSE:** This policy shall cover direct loss to the property covered caused by explosion occuring in the described dwelling or appurtenant private structures or in any structure containing property covered hereunder from hazards inherent therein, but this Company shall not be liable for loss by explosion originating within steam boilers, steam pipes, steam turbines, steam engines or rotating parts of machinery caused by centrifugal force. Concussion, unless caused by explosion; electrical arcing; water Hammer Rupture or bursting of water pipes are not explosions within the intent or meaning of this clause.

**DEDUCTIBLE CLAUSE:** The sum of $100 shall be deducted from the amount of loss to all property covered hereunder in any one occurrence resulting from the perils insured against; except, if this policy covers more than one dwelling this deductible shall apply separately to the amount of loss to each dwelling including property appertaining thereto covered hereunder.

INS 00000246

# STANDARD PROVISIONS

1 Concealment,
2 fraud,
3 —
4 terial fact or circumstance concerning this insurance or the
5 subject thereof, or the interest of the insured therein, or in case
6 of any fraud or false swearing by the insured relating thereto.

This entire policy shall be void if, whether before or after a loss, the insured has willfully concealed or misrepresented any material

7 Uninsurable
8 and excepted
9 property.
10

This policy shall not cover accounts, bills, currency, deeds, evidences of debt, money or securities; nor, unless specifically named herein in writing, bullion or manuscripts.

11 Perils not
12 included.
13
14 enemy attack by armed forces, including action taken by military, naval or air forces in resisting an actual or an immediately
15 tary, naval or air forces in resisting an actual or an immediately
16 impending enemy attack;   (b) invasion;   (c) insurrection;   (d)
17 rebellion;  (e) revolution;  (f) civil war;  (g) usurped power;  (h)
18 order of any civil authority except acts of destruction at the time
19 of and for the purpose of preventing the spread of fire, provided
20 that such fire did not originate from any of the perils excluded
21 by this policy; (i) neglect of the insured to use all reasonable
22 means to save and preserve the property at and after a loss, or
23 when the property is endangered by fire in neighboring prem-
24 ises; (j) nor shall this Company be liable for loss by theft.

This Company shall not be liable for loss by fire or other perils insured against in this policy caused, directly or indirectly, by; (a)

25 Other insurance.  Other insurance may be prohibited or the
26 amount of insurance may be limited by en-
27 dorsement attached hereto.

28 Conditions suspending or restricting insurance. Unless other-
29 wise provided in writing added hereto this Company shall
30 not be liable for loss occurring
31 (a) while the hazard is increased by any means within the con-
32 trol or knowledge of the insured; or
33 (b) while a described building, whether intended for occupancy
34 by owner or tenant, is vacant or unoccupied beyond a period of
35 sixty consecutive days; or
36 (c) as a result of explosion or riot, unless fire ensue, and in that
37 event for loss by fire only.

38 Other perils
39 or subjects.
40
41 added hereto.

Any other peril to be insured against or subject of insurance to be covered in this policy shall be by endorsement in writing hereon or

42 Added Provisions.The extent of the application of insurance
43 under this policy and of the contribution to
44 be made by this Company in case of loss, and any other pro-
45 vision or agreement not inconsistent with the provisions of this
46 policy, may be provided for in writing added hereto, but no
47 provision may be waived except such as by the terms of this
48 policy is subject to change.

49 Waiver
50 provisions,
51
52 added hereto. No provision, stipulation or forfeiture shall be
53 held to be waived by any requirement or proceeding on the part
54 of this Company relating to appraisal or to any examination
55 provided for herein.

No permission affecting this insurance shall exist, or waiver of any provision be valid, unless granted herein or expressed in writing

56 Cancellation
57 of policy.
58
59 render of this policy, refund the excess of paid premium above
60 the customary short rates for the expired time. This policy
61 may be cancelled at any time by this Company by giving
62 to the insured a five days' written notice of cancellation with
63 or without tender of the excess of paid premium above the pro
64 rata premium for the expired time, which excess, if not ten-
65 dered, shall be refunded on demand. Notice of cancellation
66 shall state that said excess premium (if not tendered) will be
67 refunded on demand.

This policy shall be cancelled at any time at the request of the insured, in which case this Company shall, upon demand and sur-

68 Mortgages
69 interests and
70 obligations,
71
72
73 collateral.
74 If the insured fails to render proof of loss such mortgage, upon
75 notice, shall render proof of loss in the form herein specified
76 within sixty (60) days thereafter and shall be subject to the pro-
77 visions hereof relating to appraisal and time of payment and of
78 bringing suit. If this Company shall claim that no liability ex-
79 isted as to the mortgagor or owner, it shall, to the extent of pay-
80 ment of loss to the mortgagee, be subrogated to all the mort-
81 gagee's rights of recovery, but without impairing mortgagee's
82 right to sue; or it may pay off the mortgage debt and require
83 an assignment thereof and of the mortgage. Other provisions

If loss hereunder is made payable, in whole or in part, to a designated mortgagee named herein as the insured, such interest in this policy may be cancelled by giving to such mortgagee a ten days' written notice of can-

84 relating to the interests and obligations of such mortgagee may
85 be added hereto by agreement in writing.

86 Pro rata liability.  This Company shall not be liable for a greater
87 proportion of any loss than the amount
88 hereby insured shall bear to the whole insurance covering the
89 property against the peril involved, whether collectible or not.

90 Requirements in  The insured shall give immediate written
91 case loss occurs. notice, to this Company of any loss, protect
92 the property from further damage, forthwith
93 separate the damaged and undamaged personal property, put
94 it in the best possible order, furnish a complete inventory of
95 the destroyed, damaged and undamaged property, showing in
96 detail quantities, costs, actual cash value and amount of loss
97 claimed; and within sixty days after the loss, unless such time
98 is extended in writing by this Company, the insured shall
99 render to this Company a proof of loss, signed and sworn to by
100 the insured, stating the knowledge and belief of the insured as to
101 the following: the time and origin of the loss, the interest of the
102 insured and of all others in the property, the actual cash value of
103 each item thereof and the amount of loss thereto, all encum-
104 brances thereon, all other contracts of insurance, whether valid
105 or not, covering any of said property, any changes in the title,
106 use, occupation, location, possession or exposures of said prop-
107 erty since the issuing of this policy, by whom and for what
108 purpose any building herein described and the several parts
109 thereof were occupied at the time of loss and whether or not it
110 then stood on leased ground, and shall furnish a copy of all the
111 descriptions and schedules in all policies; and if required,.. veri-
112 fied plans and specifications of any building, fixtures or machin-
113 ery destroyed or damaged. The insured, as often as may be rea-
114 sonably required, shall exhibit to any person designated by this
115 Company all the remains of any property herein described, and
116 submit to examinations under oath by any person named by this
117 Company, and subscribe the same; and, as often as may be
118 reasonably required, shall produce for examination all books of
119 account, bills, invoices, and other vouchers, or certified copies
120 thereof if originals be lost, at such reasonable time and place as
121 may be designated by this Company or its representative, and
122 shall permit extracts and copies thereof to be made.

123 Appraisal
124
125 the amount of loss, then, on the written demand of either, each
126 shall select a competent and disinterested appraiser and notify
127 the other of the appraiser selected within twenty days of such
128 demand. The appraisers shall first select a competent and dis-
129 interested umpire; and failing for fifteen days to agree upon
130 such umpire, then, on request of the insured or this Company
131 such umpire shall be selected by a judge of a court of record in
132 the state in which the property covered is located. The ap-
133 praisers shall then appraise the loss, stating separately actual
134 cash value and loss to each item; and, failing to agree, shall
135 submit their differences, only, to the umpire. An award in writ-
136 ing, so itemized, of any two when filed with this Company shall
137 determine the amount of actual cash value and loss. Each
138 appraiser shall be paid by the party selecting him and the ex-
139 penses of appraisal and umpire shall be paid by the parties
140 equally.

In case the insured and this Company shall fail to agree as to the actual cash value or

141 Company's
142 options,
143
144 pair, rebuild or replace the property destroyed or damaged with
145 other of like kind and quality within a reasonable time, on giv-
146 ing notice of its intention so to do within thirty days after the
147 receipt of the proof of loss herein required.

It shall be optional with this Company to take all, or any part, of the property at the agreed or appraised value, and also to re-

148 Abandonment.
149
150 When loss
151 payable.
152
153 received by this Company and ascertainment of the loss is made
154 either by agreement between the insured and this Company
155 expressed in writing or by the filing with this Company of an
156 award as herein provided.

There can be no abandonment to this Company of any property.

The amount of loss for which this Company may be liable shall be payable sixty days after proof of loss, as herein provided, is

157 Suit.
158
159 court of law or equity unless all the requirements of this policy
160 shall have been complied with, and unless commenced within
161 twelve months next after inception of the loss.

No suit or action on this policy for the recovery of any claim shall be sustainable in any

162 Subrogation.
163
164 any party for loss to the extent that payment therefor is made
165 by this Company.

This Company may require from the insured an assignment of all right of recovery against

# SECURITY PLAN

INS 00000248

### Fire Dwelling Insurance Policy of the State of Louisiana
Stock Company                      Home Office: Donaldsonville, LA

## SECURITY PLAN FIRE INSURANCE COMPANY
### *A Member of the Citizens, Inc. Financial Group*

**Agreement**  The Company will provide the insurance coverage described in this policy in return for the premium and compliance with all applicable provisions of this policy, for the policy term shown on the Policy Schedule Page, beginning at 12:01 a. m. Standard Time on the Date of Issue, at the described location of the property insured, and continuously thereafter from term to term for each succeeding term for which premiums are paid in advance.

**It is understood and agreed that this Company is not authorized to insure properties used for business or commercial, manufacturing or farming purposes.**

In witness whereof, the Security Plan Fire Insurance Company of Donaldsonville, Louisiana, has by its President signed and delivered this policy on the date shown on the Policy Schedule Page.

President

Form 601-2001

INS 00000249

d. Exhibit the damaged and undamaged property and submit to examination under oath as often as we reasonably require;

e. Submit to us, within sixty (60) days after we request, your signed sworn statement of loss which sets forth to the best of your knowledge and belief:

(1) The time and cause of loss;

(2) The interest of you and all others in the property involved and all encumbrances on the property;

(3) Other insurance which may cover this loss;

(4) Changes in title of the property during the term              of the policy;

LOSS SETTLEMENT    Covered property losses are settled at Actual Cash Value at the time of loss, ascertained with proper deduction for depreciation, but not exceeding the amount necessary to repair or replace the damaged property.

APPRAISAL  If you and we fail to agree on the amount of loss, either may demand that the amount of loss be set by appraisal. In this event, each party shall select a competent, independent appraiser and notify the other of the appraiser's identity within twenty (20) days of receipt of the written demand. The two appraisers will choose an umpire. If the appraisers are unable to agree upon an umpire within fifteen (15) days, you or we can ask a Judge of a court of record in the state of the described location to select an umpire. The appraisers will separately set the amount of loss. If the appraisers submit a written report of agreement to us, the amount agreed upon shall be the amount of the loss. If they fail to agree, they shall submit their differences to the umpire. Written agreement signed by any two of these shall set the amount of the loss. Each party will pay its own appraiser and bear the other expenses of the appraisal and umpire equally.

OTHER INSURANCE  If a loss covered by this policy is also covered by other insurance, we will pay only the proportion of loss which the Limit of Liability that applies under this policy bears to the total amount of insurance covering the loss, whether collectible or not.

SUBROGATION  You may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of recovery for a loss to the extent that payment is made by us. If an assignment is sought, the person insured must sign and deliver all related papers and cooperate with us.

SUIT AGAINST US  No action can be brought unless there has been compliance with the policy provisions and the action is started within one year after the loss.

OUR OPTION    Within 30 days after we receive your signed, sworn proof of loss, we can repair or replace any part of the damaged property at the Actual Cash Value, before the loss.

LOSS PAYMENT  We will adjust all losses with you. We will pay you unless some other person is named in the policy to receive payment. Payment for loss will be made within thirty (30) days after we reach agreement with you, entry of a final judgment,0 or the filing of an appraisal award with us.

ABANDONMENT OF PROPERTY  We need not accept any property abandoned by you.

NO BENEFIT TO BAILEE    We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this policy.

CANCELLATION  BY INSURED    You may cancel this policy at any time by returning it to us or by notifying us in writing of the date cancellation is to take effect. We will refund premiums paid in advance.

NON-RENEWAL  We may elect not to renew this policy. We may do so by delivery to you or mailing to you at your mailing address shown on the Policy Schedule Page, written notice at least thirty (30) days before the non-renewal date.  Proof of mailing shall be sufficient proof of notice.

WAIVER   OR   CHANGE   OF   POLICY PROVISIONS    A waiver or change of a provision of this policy must be in writing and signed by our President or Secretary in order to be valid.  No agent has the authority to waive or change any provision of this policy.

INS 00000250

Our request for any appraisal or examination will not waive any of our rights.

ASSIGNMENT  Assignment of this policy shall not be valid unless we give our written consent.

DEATH  If you die, we insure the following:

a. Your legal representatives but only with respect to the property covered under this policy at the time of death;

b. With respect to your property, the person having legal temporary custody of the property until appointment and qualification of a legal representative.

NUCLEAR HAZARD CLAUSE  means any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.  Loss caused by the nuclear hazard shall not be considered loss caused by fire, explosion, or smoke, whether these perils are specifically named in or otherwise included within the perils insured against.  This policy does not apply to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from nuclear hazard is covered.

RATE CHANGES  If we change the premium rates for any coverages provided by this policy, we may amend the monthly premiums payable by you under this policy by an endorsement signed by our President or Secretary.  Such an endorsement will be issued to you at least 30 days prior to any rate change.

## MORTGAGE CLAUSE

The word "mortgagee" includes trustee.  If a mortgagee is named in this policy, any loss payable shall be paid to the mortgagee and you jointly.  If more than one mortgagee is named, all mortgagees will be named as payees.

If we deny your claim, that denial shall not apply to a valid claim of the mortgagee if the mortgagee:

1. Notifies us of any change in ownership, interest, occupancy or substantial change in risk of which the mortgagee is aware.

2. Pays any premium due under this policy on demand if you have neglected to pay the premium.

3. Submits a signed, sworn statement of loss within sixty (60) days after receiving notice from us of your failure to do so.  Policy conditions relating to Appraisal, Suit Against Us and Loss of Payment apply to the mortgagee.

If the policy does not remain inforce because of nonpayment of premium, the mortgagee will have ten (10) days in which to pay the premium after the mortgagee has received notice from us that the policy in not in force.

If we pay the mortgagee for any loss and deny payment to you:

1. We are subrogated to the rights of the mortgagee granted under the mortgage on the property; or

2. At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest.  In this event, we shall receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

# SECURITY PLAN

SECURITY PLAN FIRE INSURANCE COMPANY
*A Member of the Citizens, Inc. Financial Group*
205 RAILROAD AVENUE
DONALDSONVILLE, LA 70346-2527

INS 00000251

## Fire Contents Insurance Policy of the State of Louisiana

Stock Company          Home Office: Donaldsonville, LA

## SECURITY PLAN FIRE INSURANCE COMPANY

### *A Member of the Citizens, Inc. Financial Group*

**Agreement** The Company will provide the insurance coverage described in this policy in return for the premium and compliance with all applicable provisions of this policy, for the policy term shown on the Policy Schedule Page, beginning at 12:01 a. m. Standard Time on the Date of Issue, at the described location of the property insured, and continuously thereafter from term to term for each succeeding term for which premiums are paid in advance.

**It is understood and agreed that this Company is not authorized to insure properties used for business or commercial, manufacturing or farming purposes.**

In witness whereof, the Security Plan Fire Insurance Company of Donaldsonville, Louisiana, has by its President signed and delivered this policy on the date shown on the Policy Schedule Page.

President

Form 600 - 2001

INS 00000252

the expiration of the grace period, your policy is no longer in force and no insurance coverage is provided.

INCREASE IN THE HAZARD  There is no coverage on your personal property while hazard is increased by any means within your control or knowledge.

YOUR DUTIES AFTER LOSS  In case of loss to which this insurance may apply, you shall see that the following duties are performed:

a.  Give immediate notice to us or our agent;

b.  Protect the Personal Property from further damage, make reasonable and necessary repairs required to protect the Personal Property, and keep an accurate record of repair expenditures;

c.  Prepare an inventory of damaged property showing in detail, the quantity, description, estimated value and amount of loss. Attach to the inventory all bills, receipts, evidence of ownership and related documents that substantiate the figures in the inventory;

d.  Exhibit separately the damaged and undamaged personal property and submit to examination under oath as often as we reasonably require;

e.  Submit to us, within sixty (60) days after we request, your signed sworn statement of loss which sets forth to the best of your knowledge and belief:

(1)  The time and cause of loss;

(2)  The interest of you and all others in the personal property involved and all encumbrances on the property;

(3)  Other insurance which may cover this loss;

(4)  Changes in title of the personal property during the term of the policy;

(5)  An inventory of damaged personal property as described in "c" of this section.

LOSS SETTLEMENT  Covered property losses are settled at Actual Cash Value at the time of loss, ascertained with proper deduction for depreciation,  but not exceeding the amount necessary to repair or replace the damaged property.

LOSS TO A PAIR OR SET  In case of loss to a pair or set we may elect to:

a.  Repair or replace any part to restore the set or pair to its value before loss; or

b.  Pay the difference between Actual Cash Value of the personal property before and after the loss.

APPRAISAL  If you and we fail to agree on the amount of loss, either may demand that the amount of loss be set by appraisal.   In this event, each party shall select a competent, independent appraiser and notify the other of the appraiser's identity within twenty (20) days of receipt of the written demand. The two appraisers will choose an umpire. If the appraisers are unable to agree upon an

umpire within fifteen (15) days, you or we can ask a Judge of a court of record in the state of the described location to select an umpire.  The appraisers will separately set the amount of loss. If the appraisers submit a written report of agreement to us, the amount agreed upon shall  be the amount of the loss. If they fail to agree, they shall submit their differences to the umpire. Written agreement signed by any two of these shall set the amount of the loss. Each party will pay its own appraiser and bear the other expenses of the appraisal and umpire equally.

OTHER INSURANCE  If a loss covered by this policy is also covered by other insurance, we will pay only the proportion of loss  which the Limit of Liability that applies under this policy bears to the total amount of insurance covering the loss, whether collectible or not. However, if the other policy insures a specific article or piece of personal property, then this insurance shall apply as excess over the other insurance and we shall pay only for actual loss sustained over the amount of the other insurance.

SUBROGATION  You may waive in writing before a loss all rights of recovery against any person.  If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.  If an assignment is sought, the person insured must sign and deliver all related papers and cooperate with us.

SUIT AGAINST US  No action can be brought unless there has been compliance with the policy provisions and the action is started within one year after the loss.

OUR OPTION  Within 30 days after we receive your signed, sworn proof of loss, we will repair or replace any part of the damaged personal property at the Actual Cash Value, before the loss.

LOSS PAYMENT  We will adjust all losses with you. We will pay you unless some other person is named in the policy to receive payment.  Payment for loss will be made within thirty (30) days after we reach agreement with you, entry of a final judgment, or the filing of an appraisal award with us.

ABANDONMENT OF PROPERTY  We need not accept any personal property abandoned by you.

NO BENEFIT TO BAILEE  We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this policy.

CANCELLATION BY INSURED  You may cancel this policy at any time by returning it to us or by notifying us in

5

Form 600 - 2001

INS 00000253

writing of the date cancellation is to take effect. We will refund premiums paid in advance.

**NON-RENEWAL** We may elect not to renew this policy. We may do so by delivery to you or mailing to you at your mailing address shown on the Policy Schedule Page, written notice at least thirty (30) days before the non-renewal date. Proof of mailing shall be sufficient proof of notice.

**WAIVER OR CHANGE OF POLICY PROVISIONS** A waiver or change of a provision of this policy must be in writing and signed by our President or Secretary in order to be valid. No agent has the authority to waive or change any provision of this policy. Our request for any appraisal or examination will not waive any of our rights.

**ASSIGNMENT** Assignment of this policy shall not be valid unless we give our written consent.

**DEATH** If you die, we insure the following:
   a. Your legal representatives but only with respect to the property covered under this policy at the time of death;
   b. With respect to your personal property, the person having legal temporary custody of the personal property until appointment and qualification of a legal representative.

**NUCLEAR HAZARD CLAUSE**   means any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.  Loss caused by the nuclear hazard shall not be considered loss caused by fire,
explosion, or smoke, whether these perils are specifically named in or otherwise included within the perils insured against. This policy does not apply to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from nuclear hazard is covered.

**RATE CHANGES** If we change the premium rates for any coverages provided by this policy, we may amend the monthly premiums payable by you under this policy by an endorsement signed by our President or Secretary.  Such an endorsement will be issued to you at least 30 days prior to any rate change.

---

# SECURITY PLAN

### SECURITY PLAN FIRE INSURANCE COMPANY
*A Member of the Citizens, Inc. Financial Group*
205 RAILROAD AVENUE
DONALDSONVILLE, LA 70346-2527

Form 600 - 2001

6

INS 00000254