would expect to result from the intentional acts of any insured.
7. Bodily injury arising out of war.
8. Bodily injury which arises out of the transmission of communicable diseases by any insured.
9. Bodily injury to any insured or resident of the insured premises, except a residence employee.
10. Bodily injury to any individual who is entitled to benefits which are provided, or required to be provided, under any Compensation Law.
11. Bodily injury from any nuclear reaction, radiation or radioactive contamination or any consequence of any of these.

## COVERAGE G – DAMAGE TO PROPERTY OF OTHERS

### INSURING AGREEMENT

We will pay for property damage caused by an insured to real or personal property owned by others.

### LIMITS OF LIABILITY

We will not pay more than the smallest of the following amounts for any one occurrence:
1. the market value of the property at the time of loss;
2. the restoration cost; or
3. $1,000.

### EXCLUSIONS

We will not pay for property damage:
1. caused by any insured who has attained the age of 13, unless it results from an accident;
2. to property owned by, or rented to:
   (a) any insured;
   (b) any tenant of an insured; or
   (c) any resident of any insured's household;
3. arising out of:
   (a) any act or omission related to making premises owned, rented, or controlled by any insured safe, unless those premises are the insured premises;
   (b) the business pursuits of anyone;
   (c) the ownership, maintenance or use of a land motor vehicle, trailer, aircraft or watercraft; or
   (d) to property insured under Section I of this policy.

## ADDITIONAL COVERAGES UNDER SECTION II

We will pay the following costs and expenses if they result from a claim covered by Section II of this policy. The payment of these benefits will not reduce our limits of liability under this Section:
1. All expenses we incur in the settlement of any claim.
2. If a lawsuit is filed against the insured for damages which are covered under this section of the policy, we will defend the insured at our expense, using lawyers of our choice, and we will pay all expenses and attorney's fees we incur in the defense of that lawsuit. We are no longer obligated to provide, or to pay for, such defense after we:
   (a) offer to the claimant or judgment creditor, or pay into court, the full amount of our limit of liability under Coverage E, exclusive of all judgment interest; or
   (b) we offer to the judgment creditor, or pay into court, that part of a judgment we owe within our limit of liability under Coverage E, exclusive of all judgment interest.
3. Court costs which are assessed against an insured in a civil lawsuit in which we have paid the fees of the insured's attorney.
4. Pre-judgment interest due on any amount we owe within our limits of liability under Coverage E of this policy. However, our duty to pay pre-judgment interest on any one claim ends when we:
   (a) offer to the claimant or judgment creditor, or pay into court, the full amount of our limit of liability under Coverage E, exclusive of all judgment interest; or
   (b) we offer to the judgment creditor, or pay into court, that part of a judgment we owe within our limit of liability under Coverage E, exclusive of all judgment interest.

0-4 (03-04)                         23

INS 000000275

# PLATINUM SHIELD HOMEOWNERS POLICY

For information regarding this policy, please contact your Shelter Insurance Agent.



**SHELTER INSURANCE COMPANIES**
Home Office: Columbia, MO 65218

HO-5
(10-86)

INS 00000276

with interest accrued, and shall thereupon receive a full assignment and transfer of the mortgage and of all such other securities; but no subrogation shall impair the right of the mortgagee (or trustee) to recover the full amount of said mortgagee's (or trustee's) claim.

9. **Loss Payable Clause**
Loss, if any, to be adjusted only with the insured named on the Declarations and payable to the insured and the loss payee named on the policy Declarations as their respective interests may appear, subject to all the terms and conditions of the policy.

10. **Suit Against Us**
We may not be sued unless there is full compliance with all the terms of this policy. Suit must be brought within one year (in Kansas 5 years) after the loss or damage occurs. However, this period is extended by the number of days between the date proof of loss is submitted and the date the claim is denied in whole or in part.

11. **No Benefit to Bailee**
This insurance will not, in any way, benefit any person or organization who may be caring for or handling property for a fee.

12. **Permission Granted To You**
You may make alterations, additions and repairs to your building and complete structures under construction.
The residence premises may be vacant or unoccupied without limit of time, except where this policy specifies otherwise.

13. **Recovered Property** - If property for which we have made payment is recovered by you or us, you or we will notify the other of the recovery. You will have the option of keeping the property or having it become our property. If you keep the property, you will repay the amount you received for that property.

14. **Valued Policy (Nebraska only)**
When this policy is written to insure any real property in this state against loss by fire, tornado, windstorm, lightning or explosion and the property insured shall be wholly destroyed, without criminal fault on the part of the insured or his assignee, the amount of insurance written on such real property shall be taken conclusively to be the true value of the property insured and the true amount of loss and measure of damages.

## SECTION II
## COMPREHENSIVE PERSONAL LIABILITY PROTECTION

**COVERAGE E-PERSONAL LIABILITY**
We will pay all sums arising out of any one loss which an insured becomes legally obligated to pay as damages because of bodily injury or property damage and caused by an occurrence covered by this policy. If a claim is made or suit is brought against the insured for liability under this coverage, we will defend the insured at our expense, using lawyers of our choice. We are not obligated to defend after we have paid an amount equal to the limit of our liability. We may investigate or settle any claim or suit as we think appropriate.

**COVERAGE F-MEDICAL PAYMENTS TO OTHERS**
We will pay the reasonable expenses incurred for necessary medical, surgical, x-ray and dental services, prosthetic devices, eye glasses, hearing aids and pharmaceuticals, and ambulance, hospital, licensed nursing and funeral services. These expenses must be incurred within 3 years from the date of an accident causing bodily injury covered by this policy.
Each person who sustains bodily injury is entitled to this protection when that person is:
1. on an insured premises with the permission of an insured, or
2. elsewhere, if the bodily injury:
   (a) arises out of a condition in the insured premises or the adjoining ways;
   (b) is caused by the activities of an insured or a residence employee in the course of employment by an insured;
   (c) is caused by an animal owned by or in the care of an insured; or
   (d) is sustained by a residence employee arising out of and in the course of employment by an insured.

We do not cover injury to insureds or residents of the insured premises, except a residence employee.

12

INS 00000277

Aid Expenses at the time of accident.

2. **Duties Of An Injured Person—Medical Payments To Others**

   The injured person or someone acting on behalf of the injured person will:
   
   (a) give us, as soon as possible, written proof of claim under oath if required;
   
   (b) authorize us to obtain medical and other records.
   
   The injured person shall submit to physical examinations at our expense by doctors we select as often as we may reasonably require.

3. **Limits Of Liability.** Regardless of the number of insureds, injured persons, claims made, suits brought or locations shown, our liability is limited as follows:

   (a) As respects Personal Liability, the limit of liability stated in the Declarations is the total limit of our liability for all damages resulting from any one occurrence.
   
   (b) As respects Medical Payments to Others, the limit of liability stated in the Declarations as applicable to "each person" is our limit of liability for all medical expenses for bodily injury to any one person as the result of any one accident.

4. **Severability Of Insurance.** This insurance applies separately to each insured against whom claim is made or suit is brought, subject to our limits of liability for each occurrence.

5. **Suit Against Us.** We may not be sued unless there is full compliance with all the terms of this policy. We may not be sued under Personal Liability until the obligation of an insured to pay is finally determined either by judgment against the person after actual trial or by written agreement of the person, the claimant and us.

   No one shall have any right to make us a party to a suit to determine the liability of an insured.

6. **Bankruptcy.** We are not relieved of any obligation under this policy because of the bankruptcy or insolvency of any insured.

7. **Notice To Us.** Any notice by or on behalf of the insured to our authorized agent within this state, with particulars sufficient to identify the insured, shall be notice to us.

## GENERAL POLICY CONDITIONS APPLYING TO SECTION I AND SECTION II

1. **ASSIGNMENT.** Interest in this policy may not be transferred without our written consent. But, if the insured named in the Declarations or the spouse of the insured residing in the same household dies, the policy will cover:

   (a) any surviving member of the deceased's household who was covered under this policy at the time of death, but only while a resident of the insured premises;
   
   (b) the legal representative of the deceased person while acting within that capacity; and
   
   (c) any person having proper custody of insured property until a legal representative is appointed.

2. **CANCELLATION**

   **YOUR RIGHT TO CANCEL**
   
   You may cancel this policy by returning it to us or by advising us in writing when at a future date the cancellation is to be effective.
   
   **Our Right to Cancel or Refuse to Renew**
   
   (a) Cancellation for nonpayment of premium. This policy may be cancelled by us at any time during the policy period for failure to pay any premium when due whether such premium is payable directly to us or our agent by mailing written notice to you at your address last known to us stating when, not less than 10 days, (except Kentucky 14 days, Iowa 30 days), thereafter, such cancellation shall be effective.
   
   (b) Cancellation of policies in force for 60 days or more and renewal policies.
   
   If this policy:
   
   (1) has been in force for 60 days or more; or
   (2) if this is a renewal of a policy issued by us, effective immediately;
   
   it may be cancelled by us for one or more of the following reasons and then only by mailing written notice to you at your address last known to us stating when, not less than 30 days (Nebraska 60 days) thereafter, such cancellation shall be effective:
   
   (Except Missouri and Illinois)
   
   (i) this policy was obtained through

15

INS 00000278

# HOMEOWNERS INSURANCE POLICY



For information regarding this policy, please contact your Shelter Insurance Agent.

### TO OUR CUSTOMERS – PLEASE NOTE

Please read this policy carefully. If you have questions, contact your Shelter Agent for answers. No agent can know your exact coverage needs or budget considerations, so it is your responsibility to examine the policy and make sure it provides the types of coverage you need in the amounts you requested.

If you suffer a loss, please read this policy again so that you will be reminded of your rights and obligations. It is very important for you to recognize that this insurance policy is a legally binding contract. If any insured fails to perform an obligation required by this policy, the coverage which it might otherwise provide could be lost.



**SHELTER INSURANCE COMPANIES**
Home Office: Columbia, MO 65218-0001

HO-6
(03-04)

INS 00000279

(f) Provide any written proofs of loss we require.

(g) Answer, under oath, any questions posed by us, and sign a written transcript of such questions and answers.

If such claim is based upon bodily injury, the person making such claim must also:

(h) submit to physical examinations, at our expense, by doctors we select as often as we may reasonably require;

(i) authorize us to obtain relevant medical records of the individual whose bodily injury is the basis for such claim.

The Insured must not, except at his or her own cost, voluntarily make any payment, assume any obligation, or incur any expenses related to the bodily injury or property damage.

2. ASSIGNMENT

Except as provided in Coverage F of this policy, you may not assign any of your rights and interests under this policy, unless we consent to such assignment, in writing and endorse that change on this policy. Such endorsement will then become a part of this policy.

3. COVERAGE IN THE EVENT OF YOUR DEATH

If you die, the provisions of this policy will apply to:

(a) any surviving member of your household who was covered under this policy at the time of your death, but only while that individual is a resident of, and actually living in, the insured premises;

(b) your legal representative while acting within that capacity; and

(c) any person having proper custody of insured property until a legal representative is appointed.

However, in order to obtain this coverage, any of the people listed in (a), (b) and (c), above, must notify us of your death. Coverage under this provision will be provided for a maximum of ninety days after your death, and will terminate if the policy lapses.

HO-6 (03-04)

4. NOTICE TO US

Any notice required by this policy may be giv[en] by or on behalf of the insured to our authori[zed] agent within this state. If that notice contain[s] sufficient information for us to identify t[he] insured, we will consider it notice to us.

5. LEGAL ACTION AGAINST US

Any person who makes a claim or seek[s] coverage under this policy agrees not to institu[te] any legal action against us unless that perso[n] has fully complied with all the terms of thi[s] policy.

Any legal action seeking a payment or a determination of coverage under this policy o[r] its binder must be brought in the state in which the residence premises are located.

This policy and its binder are to be interpreted in accordance with the laws of the state in which the residence premises are located.

6. CANCELLATION

Cancellation of this policy will be handled in accordance with the state specific endorsement attached to this policy.

7. NONRENEWAL, REDUCTION IN AMOUNT OF COVERAGE OR ADVERSE MODIFICATION OF THIS POLICY

Non-renewal, reductions in amount of coverage and adverse modifications of this policy will be handled in accordance with the state specific endorsement attached to this policy.

8. CONCEALMENT OR FRAUD

This entire policy is void as to all insureds if any insured has intentionally concealed or misrepresented any material fact or circumstance relating to this insurance, or acted fraudulently or made false statements relating to this insurance or any claim made under it.

9. CHANGES TO THE POLICY

This policy, the application related to it, and the Homeowners Insurance Policy Declarations, include all the agreements between you and us relating to this insurance. No change or waiver may be effected in this policy except by written

7

INS 00000280

whatever actions we may reasonably request to enforce our rights under this provision. Our subrogation rights will not be enforced in such a way as to impair the right of the mortgagee or trustee to recover the full amount due under the mortgage.

If we pay the mortgagee or trustee any sum for loss under this policy, and we contend that we had no obligation to pay the mortgagor or owner, we may, at our option, pay the mortgagee or trustee the entire principal sum of the loan, with interest accrued to the date of payment and, if we do so, that person agrees to make a full assignment and transfer of the mortgage or trust deed and all other securities applicable to the loan to us.

8. Suit Against Us

Any lawsuit seeking coverage or benefits under Section I of this policy must be brought within one year after the loss or damage occurs, unless the law of the state in which this policy was issued prohibits this contractual limitation period. This period is extended by the number of days between the date your proof of loss is submitted and the date we deny the claim in whole or in part.

9. No Benefit to Bailee

This insurance will not, in any way, benefit any person who may be caring for or handling property for a fee.

10. Recovered Property

Any party who recovers property for which we have made payment under this policy will notify the other of the recovery. You will have the option of keeping the property or having it become our property. If you keep the property, you will repay us the amount we paid you for that property.

11. Payments Under This Section Of The Policy

Before we make any payments under part I of this policy,
  (a) we must receive your completed proof of loss;
  (b) you must comply with all conditions of this policy; and
  (c) the amount of the loss must have been established by either:
     (1) an agreement between you and us, or
     (2) a final judgment of a court of law.

When these steps are completed, we will make any payments due for a covered loss within 30 days.

12. Appraisal

Any appraisal which becomes necessary under the terms of this policy will be handled in accordance with the state specific endorsement attached to this policy.

## SECTION II - PERSONAL LIABILITY AND MEDICAL PAYMENT PROTECTION

### COVERAGE E - PERSONAL LIABILITY
### INSURING AGREEMENT

Subject to the limit of our liability stated in this section, we will pay on behalf of an Insured, all sums which such Insured becomes legally obligated to pay as damages, if those damages result from an accident.

### OUR RIGHT TO INVESTIGATE AND SETTLE CLAIMS

We may investigate and settle any claim as we think appropriate.

### LIMITS OF LIABILITY

Regardless of the number of Insureds, persons injured, claims made, or locations shown, our liability is limited to the limits of liability stated in the Homeowners Insurance Policy Declarations under the heading "Personal Liability (Bodily Injury & Property Damage) Each Occurrence". That amount is the limit of our liability for all damages resulting from any one accident.

HO-6 (03-04)                                          22

13. Bodily injury or property damage when any insured is covered under any nuclear energy liability policy. This exclusion applies even if the limits of liability of that policy have been exhausted.
14. Bodily injury to a residence employee unless written claim is made within 12 months after the end of the policy term.
15. Bodily injury to any insured. This exclusion applies, even if the claim is one seeking contribution toward, or repayment of, damages based upon that bodily injury.
16. Bodily injury to any individual who is on the insured premises because of the business of any insured.
17. Property damage to property which is on the insured premises because of the business of any insured.
18. Bodily injury or property damages arising out of any activity of any insured which would constitute a felony under the laws of the state in which such activity occurred, whether or not such insured is actually charged with a crime for that activity.
19. Liability of any insured for punitive damages.
20. Bodily injury or property damage arising out of, or caused, in whole or in part, by asbestos, radon, mold, lead, paint containing lead, chemicals, petroleum products, or any other substance or material containing lead, or any pollutant.
21. Any legal obligation of yours for indemnification or contribution due to damages because of bodily injury or property damage arising out of, or caused, in whole or in part, by asbestos, radon, mold, lead, paint containing lead, chemicals, petroleum products, or any other substance or material containing lead, or any pollutant.
22. Any loss, cost or expense arising out of any governmental direction or request that you test for, monitor, clean up, remove, abate, contain, treat or neutralize asbestos, radon, mold, lead, paint containing lead, chemicals, petroleum products or any other substance or material containing lead, or any pollutant.
23. Property damage arising out of the intentional or negligent misrepresentation or non-disclosure of any material fact related to the sale, or attempted sale, of property owned by any insured.

COVERAGE F - MEDICAL PAYMENTS TO OTHERS
ADDITIONAL DEFINITIONS USED IN THIS COVERAGE
1. Reasonable charges means charges incurred for goods and services which, in our judgment, are within the range of charges for the same or similar goods and services, in the geographic area in which the services are rendered or the goods are provided. We may employ outside reviewers, consultants and data providers in formulating our judgment as to whether the charges are reasonable charges. The determination of whether charges are reasonable charges may be made after the individual making the claim has received the goods and services for which the charges are made. The fact that a licensed health care provider furnished, rendered, or prescribed the goods and services is not solely determinative of whether the charges made for them are reasonable charges.
2. Necessary goods and services means the goods and services furnished or prescribed by a health care provider which, in our judgment, are necessary for the proper treatment of bodily injury in the most efficient and economical fashion that such bodily injury can be safely treated. We may employ outside reviewers, consultants and data providers in formulating our judgment as to whether the goods and services are necessary goods and services. The determination of whether goods and services are necessary goods and services may be made after the individual making the claim has received the goods and services. The fact that a licensed health care provider furnished, rendered, or prescribed the goods and services

HO-6 (03-04)   24

INS 00000282

is not solely determinative of whether they are necessary goods and services.

## INSURING AGREEMENT

Subject to the limit of our liability stated in this coverage, we will pay the reasonable charges for necessary goods and services for the treatment of bodily injury resulting from an accident. These expenses must be incurred within three years from the date of the accident.

Each individual who sustains bodily injury is entitled to this coverage when that individual is:

1. on an insured premises with the permission of an insured, or
2. elsewhere, if the bodily injury:
   (a) arises out of a condition in the insured premises or the adjoining ways;
   (b) is caused by the activities of an insured or a residence employee in the course of employment by an insured;
   (c) is caused by an animal owned by, or in the care of, an insured, or
   (d) is sustained by a residence employee arising out of and in the course of employment by an insured.

## DUTIES OF AN INDIVIDUAL WHO MAKES A CLAIM

Any individual who makes a claim under Coverage F must:

1. authorize us to obtain any records which may be relevant to the claim or which may reasonably be expected to aid our investigators in determining the facts relevant to the claim;
2. answer, under oath, any questions posed by us, out of the presence of any other individual, and sign a written transcript of such questions and answers;
3. submit to physical examinations, at our expense, by doctors we select as often as we may reasonably require; and
4. authorize us to obtain relevant medical records of the bodily injury which is the basis for such claim.

## LIMITS OF LIABILITY

Regardless of the number of insureds, persons injured, claims made, or locations shown, our liability is limited to the limits of liability stated in the Homeowners Insurance Policy Declarations under the heading "Medical Payment To Others Per Person". That stated amount is the limit of our liability for all medical expenses for bodily injury to any one individual resulting from any one accident.

## PAYMENTS UNDER THIS COVERAGE

We will pay any amount due under this coverage directly to the individual making the claim unless, because of a perfected lien or valid assignment, we are obligated to pay someone else. We will pay, based upon such an assignment, only if we receive a written copy of the assignment before we make payment for the services for which the assignment was given.

## EXCLUSIONS

We do not cover:

1. Bodily injury arising out of the ownership, maintenance, operation, use, or entrustment of:
   (a) Aircraft owned by or rented to any insured other than miniature aircraft which are not designed to transport cargo or people.
   (b) Any land motor vehicle owned or operated by, or rented or loaned to, any insured, other than a recreational motor vehicle. We do provide coverage if the land motor vehicle is kept in dead storage on the insured premises and not subject to motor vehicle registration at the time of the accident.
   (c) Any motorized vehicle, if the bodily injury occurs away from the insured premises. This exclusion does not apply to:
       (1) a golf cart while used for golfing on a golf course; or
       (2) a motorized vehicle originally designed to assist the physically handicapped.
   (d) Watercraft not located on the insured premises:

HO-6 (03-04)

25

INS 00000283

(1) owned by or rented to any insured if it has inboard or inboard-outdrive motor power of more than 50 horsepower;
(2) owned by or rented to any insured if it is powered by one or more outboard motors with more than 25 total horsepower;
(3) owned by or rented to any insured if it is a sailing vessel 26 feet or more in length; or
(4) owned by or rented to any insured if it is a personal watercraft powered by a water jet pump.

2. Bodily injury arising out of the rendering or failing to render professional services.
3. Bodily injury arising out of the business of any insured.
4. Bodily injury arising out of any premises owned, rented or controlled by any insured which is not an insured premises. However, we will cover bodily injury to a residence employee arising out of and in the course of employment by an insured at such premises.
5. Bodily injury which any insured intended to cause.
6. Bodily injury which a reasonable individual would expect to result from the intentional acts of any insured.
7. Bodily injury arising out of war.
8. Bodily injury which arises out of the transmission of communicable diseases by any insured.
9. Bodily injury to any insured or resident of the insured premises, except a residence employee.
10. Bodily injury to any individual who is entitled to benefits which are provided, or required to be provided, under any Compensation Law.
11. Bodily injury from any nuclear reaction, radiation or radioactive contamination or any consequence of any of these.

**COVERAGE G – DAMAGE TO PROPERTY OF OTHERS**
**INSURING AGREEMENT**
We will pay for property damage caused by an insured to real or personal property owned by others.

**LIMITS OF LIABILITY**
We will not pay more than the smallest of the following amounts for any one occurrence:
1. the market value of the property at the time of loss;
2. the restoration cost; or
3. $1,000.

**EXCLUSIONS**
We will not pay for property damage:
1. caused by any insured who has attained the age of 13, unless it results from an accident;
2. to property owned by, or rented to:
    (a) any insured;
    (b) any tenant of an insured; or
    (c) any resident of any insured's household;
3. arising out of:
    (a) any act or omission related to making premises owned, rented, or controlled by any insured safe, unless those premises are the insured premises;
    (b) the business pursuits of anyone;
    (c) the ownership, maintenance or use of a land motor vehicle, trailer, aircraft or watercraft; or
4. to property insured under Section I of this policy.

**ADDITIONAL COVERAGES UNDER SECTION II**
We will pay the following costs and expenses if they result from a claim covered by Section II of this policy. The payment of these benefits will not reduce our limits of liability under this Section:
1. All expenses we incur in the settlement of any claim.
2. If a lawsuit is filed against the insured for damages which are covered under this section

HO-6 (03-04)                                         26

INS 00000284

# HOMEOWNERS INSURANCE POLICY



For information regarding this policy, please contact your Shelter Insurance₀ Agent.



HO-6
(10-86)

**SHELTER INSURANCE COMPANIES**
Home Office: Columbia, MO 65218-0001

HOMEOWNERS INSURANCE POLICY

INS 00000285

property, nor by any foreclosure or other proceedings or notice of sale relating to the property, nor by any change in the title or ownership of the property, nor by the occupation of the premises for purposes more hazardous than are permitted by this policy; provided, that in case the mortgagor or owner shall neglect to pay any premium due under this policy, the mortgagee (or trustee) shall, on demand, pay the same. The mortgagee may furnish proof of loss within 60 days after receiving notice of the failure of the insured to do so.

Provided, also, that the mortgagee (or trustee) shall notify us of any change of ownership or occupancy or increase of hazard which shall come to the knowledge of said mortgagee (or trustee) and, unless permitted by this policy, it shall be noted thereon and the mortgagee (or trustee) shall, on demand, pay the premium for such increased hazard for the term of the use thereof, otherwise this policy shall be null and void.

We reserve the right to cancel this policy at any time as provided by its terms but in such case this policy shall continue in force for the benefit only of the mortgagee (or trustee) for 10 days after notice to the mortgagee (or trustee) of such cancellation and shall then cease, and we shall have the right, on like notice, to cancel this agreement.

Whenever we shall pay the mortgagee (or trustee) any sum for loss under this policy, and shall claim that, as to the mortgagor or owner, no liability therefor existed, we shall, to the extent of such payment, be thereupon legally subrogated to all the rights of the party to whom such payment shall be made, under all securities held as collateral to the mortgage debt; or may at our option pay to the mortgagee (or trustee) the whole principal due or to grow due on the mortgage, with interest accrued, and shall thereupon receive a full assignment and transfer of the mortgage and of all such other securities; but no subrogation shall impair the right of the mortgagee (or trustee) to recover the full amount of said mortgagee's (or trustee's) claim.

9. **Loss Payable Clause.** Loss, if any, to be adjusted only with the insured named on the policy Declarations and payable to the insured and the loss payee named on the Declarations as their respective interests may appear, subject to all the terms and conditions of the policy.
10. **Suit Against Us.** We may not be sued unless there is full compliance with all the terms of this policy. Suit must be brought within one year (in Kansas 5 years) after the loss or damage occurs. However this period is extended by the number of days between the date proof of loss is submitted and the date the claims is denied in whole or part.
11. **No Benefit to Bailee.** This insurance will not, in any way, benefit any person or organization who may be caring for or handling property for a fee.
12. **Permission Granted To You.** The residence premises may be vacant or unoccupied without limit of time, except where this policy specifies otherwise.
13. **Recovered Property.** If property for which we have made payment is recovered by you or us, you or we will notify the other of the recovery. You will have the option of keeping the property or having is become our property. If you keep the property, you will repay the amount you received for that property.
14. **Valued Policy (Nebraska only)**
When this policy is written to insure any real property in this state against loss by fire, tornado, windstorm, lightning or explosion and the property insured shall be wholly destroyed, without criminal fault on the part of the insured or his assignee, the amount of insurance written on such real property shall be taken conclusively to be the true value of the property insured and the true amount of loss and measure of damages.

11

INS 00000286

7. **NOTICE TO US.** Any notice by or on behalf of the Insured to our authorized agent within this state, with particulars sufficient to identify the insured, shall be notice to us.

## GENERAL POLICY CONDITIONS APPLYING TO SECTION I AND SECTION II

1. **ASSIGNMENT.** Interest in this policy may not be transferred without our written consent. But, if the Insured named in the Declarations or the spouse of the Insured residing in the same household dies, the policy will cover:
   (a) any surviving member of the deceased's household who was covered under this policy at the time of death, but only while a resident of the insured premises;
   (b) the legal representative of the deceased person while acting within that capacity; and
   (c) any person having proper custody of insured property until a legal representative is appointed.

2. **CANCELLATION**
   **YOUR RIGHT TO CANCEL**
   You may cancel this policy by returning it to us or by advising us in writing when at a future date the cancellation is to be effective.
   **Our Right to Cancel or Refuse to Renew**
   (a) Cancellation for nonpayment of premium. This policy may be cancelled by us at any time during the policy period for failure to pay any premium when due whether such premium is payable directly to us or our agent by mailing written notice to you at your address last known to us stating when, not less than 10 days, (except Kentucky 14 days, Iowa 30 days), thereafter, such cancellation shall be effective.
   (b) Cancellation of policies in force for 60 days or more and renewal policies.
      If this policy:
      (1) has been in force for 60 days or more; or
      (2) if this is a renewal of a policy issued by us, effective immediately;
      it may be cancelled by us for one or more of the following reasons and then only by mailing written notice to you at your address last known to us stating when, not less than 30 days (Nebraska 60 days) thereafter, such cancellation shall be effective:
      (Except Missouri and Illinois)
      (i) this policy was obtained through material misrepresentation, fraudulent statements, omissions or concealment of fact material to the acceptance of the risk or to the hazard assumed by us;
      (ii) there has been a substantial change in the risk assumed by us since the policy was issued; or
      (iii) willful and negligent acts or omission by you have substantially increased the hazards insured against.
      (Missouri only)
      (i) this policy was obtained through fraud or material misrepresentation affecting the policy or in the presentation of a claim, or violation of any of the terms or conditions of this policy;
      (ii) the insured or any occupant of the residence premises has been convicted of a crime arising out of acts increasing the hazard we cover; or
      (iii) physical changes in the covered property which increases the hazards we originally insured.
      (Illinois only)
      (i) for nonpayment of premium;
      (ii) when this policy has been obtained by misrepresentation; or
      (iii) for any act which measurably increases the risk originally accepted.
      (Nebraska only)
      (i) nonpayment of premium;
      (ii) the policy was obtained through a material misrepresentation;

15

**INS 00000287**

# DWELLING INSURANCE POLICY



For information regarding this policy, please contact your Shelter Insurance Agent.



**SHELTER INSURANCE COMPANIES**
Home Office: Columbia, MO 65218

B-450-B

INS 00000288

recover the full amount of said mortgagee's (or trustee's) claim.
9. **Loss Payable Clause.** Loss, if any, to be adjusted only with the insured named on the Declarations and payable to the insured and the loss payee named on the policy Declarations as their respective interests may appear, subject to all the terms and conditions of the policy.
10. **Suit Against Us.** We may not be sued unless there is full compliance with all the terms of this policy. Suit must be brought within one year (in Kansas 5 years) after the loss or damage occurs.
11. **No Benefit to Bailee.** This insurance will not, in any way, benefit any person or organization who may be caring for or handling property for a fee.
12. **Permission Granted To You.** You may make alterations, additions and repairs to your building and complete structures under construction.

    The residence premises may be vacant or unoccupied without limit of time, except where this policy specifies otherwise.
13. **Valued Policy (Nebraska only)**

    When this policy is written to insure any real property in this state against loss by fire, tornado, windstorm, lightning or explosion and the property insured shall be wholly destroyed, without criminal fault on the part of the insured or his assignee, the amount of insurance written on such real property shall be taken conclusively to be the true value of the property insured and the true amount of loss and measure of damages.
14. **Glass Replacement.** Any covered loss to glass will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.
15. **Assignment.** Interest in this policy may not be transferred without our written consent. But, if the insured named in the Declarations or the spouse of the insured residing in the same household dies, the policy will cover:

    (a) any surviving member of the deceased's household who was covered under this policy at the time of death, but only while residing on the residence premises;

    (b) the legal representative of the deceased person while acting within that capacity; and

    (c) any person having proper custody of insured property until a legal representative is appointed.

16. **Cancellation**

    **Your Right to Cancel**

    You may cancel this policy by returning it to us or by advising us in writing when at a future date the cancellation is to be effective.

    **Our Right to Cancel or Refuse to Renew**

    (a) Cancellation for nonpayment of premium.

    This policy may be cancelled by us at any time during the policy period for failure to pay any premium when due whether such premium is payable directly to us or our agent by mailing written notice to you at your address last known to us stating when, not less than 10 days, (except Iowa 30 days), thereafter, such cancellation shall be effective.

    (b) Cancellation of policies in force for 60 days or more and renewal policies.

    If this policy:

    (1) has been in force for 60 days or more; or

    (2) if this is a renewal of a policy issued by us, effective immediately;

    it may be cancelled by us for one or more of the following reasons and then only by mailing written notice to you at your address last known to us stating when, not less than 30 days thereafter, such cancellation shall be effective:

    (Except Missouri and Illinois)

    (i) This policy was obtained through material misrepresentation, fraudulent statements, omissions or concealment of fact material to the acceptance of the risk or to the

8

9

INS 00000289

# FARM INSURANCE POLICY



For information regarding this policy, please contact your Shelter Insurance® Agent.

B-554-B



**SHELTER INSURANCE COMPANIES**
Home Office: Columbia, MO 65218-0001

INS 00000290

shall notify us of any change of ownership or occupancy or increase of hazard which shall come to the knowledge of said mortgagee (or trustee) and, unless permitted by this policy, it shall be noted thereon and the mortgagee (or trustee) shall, on demand, pay the premium for such increased hazard for the term of the use thereof, otherwise this policy shall be null and void.

We reserve the right to cancel this policy at any time as provided by its terms but in such case this policy shall continue in force for the benefit only of the mortgagee (or trustee) for 10 days (Arkansas 20 days, Mississippi 30 days) after notice to the mortgagee (or trustee) of such cancellation and shall then cease, and we shall have the right, on like notice, to cancel this agreement.

Whenever we shall pay the mortgagee (or trustee) any sum for loss under this policy, and shall claim that, as to the mortgagor or owner, no liability therefor existed, we shall, to the extent of such payment, be thereupon legally subrogated to all the rights of the party to whom such payment shall be made, under all securities held as collateral to the mortgage debt; or may at our option pay to the mortgagee (or trustee) the whole principal due or to grow due on the mortgage, with interest accrued, and shall thereupon receive a full assignment and transfer of the mortgage and of all such other securities; but no subrogation shall impair the right of the mortgagee (or trustee) to recover the full amount of said mortgagee's (or trustee's) claim.

9. **Loss Payable Clause**
Loss, if any, to be adjusted only with the Insured named on the Policy Declarations and payable to the Insured and the Loss Payee named on the Policy Declarations as their respective interests may appear, subject to all the terms and conditions of the policy.

10. **Suit Against Us**
We may not be sued unless there is full compliance with all the terms of this policy. Suit must be brought within one year (in Kansas 5 years) after the loss or damage occurs.

B-554-B

However, this period is extended by the number of days between the date proof of loss is submitted and the date the claim is denied in whole or in part.

11. **No Benefit to Bailee**
This insurance will not, in any way, benefit any person or organization who may be caring for or handling property for a fee.

12. **Permission Granted To You**
You may make alterations, additions and repairs to your dwelling or building and complete structures under construction.
An insured dwelling may be vacant or unoccupied for 120 days as is usual to the farming operation. After 120 days, coverage on the dwelling is reduced 50%.

13. **Valued Policy (Nebraska only)**
When this policy is written to insure any real property in this state against loss by fire, tornado, windstorm, lightning or explosion and the property insured shall be wholly destroyed, without criminal fault on the part of the insured or his assignee, the amount of insurance written on such real property shall be taken conclusively to be the true value of the property insured and the true amount of loss and measure of damages.

14. **Recovered Property**
If property for which we have made payment is recovered by you or us, you or we will notify the other of the recovery. You will have the option of keeping the property or having it become our property. If you keep the property, you will repay the amount you received for that property.

15. **Glass Replacement**
Any covered loss to glass will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

16. **Assignment**
Interest in this policy may not be transferred without our written consent. But, if the insured named in the Declarations or the spouse of the insured residing in the same household dies, the policy will cover:
(a) any surviving member of the deceased's household who was covered under this policy at the time of death, but only while

12

a resident of the residence premises;
(b) the legal representative of the deceased person while acting within that capacity; and
(c) any person having proper custody of insured property until a legal representative is appointed.

17. **Cancellation**

**Your Right to Cancel**
You may cancel this policy by returning it to us or by advising us in writing when at a future date the cancellation is to be effective.

**Our Right to Cancel or Refuse to Renew**
(a) **Cancellation for nonpayment of premium.**
This policy may be cancelled by us at any time during the policy period for failure to pay any premium when due whether such premium is payable directly to us or our agent by mailing written notice to you at your address last known to us stating when, not less than 10 days, (except Kentucky 14 days, Iowa 30 days), thereafter, such cancellation shall be effective.

(b) **Cancellation of policies in force for 60 days or more and renewal policies.**
If this policy:
(1) has been in force for 60 days or more; or
(2) if this is a renewal of a policy issued by us, effective immediately,
it may be cancelled by us for one or more of the following reasons and then only by mailing written notice to you at your address last known to us stating when, not less than 30 days (Nebraska and Missouri 60 days, Kentucky 75 days, Indiana 45 days), thereafter, such cancellation shall be effective:
(i) this policy was obtained through material misrepresentation, fraudulent statements, omissions or concealment of fact material to the acceptance of the risk or to the hazard assumed by us;
(ii) there has been a material

B-554-B    13

change in the risk assumed by us since the policy was issued.

(c) **Cancellation of policies in force for less than 60 days**
We may cancel by mailing notice of cancellation to you at your address last known to us not less than 30 days (Nebraska and Missouri 60 days) prior to the effective date of cancellation to you at your address last known to us not less than 30 days (Nebraska and Missouri 60 days) prior to the effective date of cancellation.

(d) **Nonrenewal, reduction in amount, or adverse modification of the policy**
If we elect not to renew, reduce the amount, or adversely modify this policy, we shall mail to you, at your address last known to us, written notice of such action not less than 30 days (Kansas, Nebraska, Missouri and Tennessee 60 days, Kentucky 75 days, Oklahoma, Indiana and Iowa 45 days) prior to the expiration date; provided that, notwithstanding our failure to comply with the foregoing provisions of this paragraph, this policy shall terminate automatically on such expiration date, if you have failed to pay the premium for this policy or any installment thereof, whether payable directly to us or our agent. A copy of the notice will also be sent to the last known mortgagee or lienholder named in this policy at the last mailing address known to us.
If this policy is written for a policy period of less than one year, we agree that we will not refuse to renew except as of the expiration of a policy period which coincides with the end of an annual period commencing with its original effective date.

(e) **Nonrenewal of policies in effect over 5 years (Illinois only)**
When this policy has been in effect or renewed for 5 or more years, we will give you at least 30 days notice if we do not intend to renew the policy for the following reasons:

INS 00000291