STATE FARM

INS 00000292





FP-7955
(8/96)

# HOMEOWNERS POLICY

This policy is one of the broadest forms available today, and provides you with outstanding value for your insurance dollars. However, we want to point out that every policy contains limitations and exclusions. Please read your policy carefully, especially "Losses Not Insured" and all exclusions.

INS 00000293

However, we will not pay an amount exceeding the smallest of the following for items a. and b. above:

(1) our cost to replace at the time of loss;

(2) the full cost of repair;

(3) any special limit of liability described in the policy; or

(4) any applicable Coverage B limit of liability.

## SECTION I - CONDITIONS

1. **Insurable Interest and Limit of Liability.** Even if more than one person has an insurable interest in the property covered, we shall not be liable:

    a. to the insured for an amount greater than the insured's interest; or

    b. for more than the applicable limit of liability.

2. **Your Duties After Loss.** After a loss to which this insurance may apply, you shall see that the following duties are performed:

    a. give immediate notice to us or our agent. Also notify the police if the loss is caused by theft. Also notify the credit card company or bank if the loss involves a credit card or bank fund transfer card;

    b. protect the property from further damage or loss, make reasonable and necessary temporary repairs required to protect the property, keep an accurate record of repair expenditures;

    c. prepare an inventory of damaged or stolen personal property. Show in detail the quantity, description, age, replacement cost and amount of loss. Attach to the inventory all bills, receipts and related documents that substantiate the figures in the inventory;

    d. as often as we reasonably require:

        (1) exhibit the damaged property;

        (2) provide us with records and documents we request and permit us to make copies;

        (3) submit to and subscribe, while not in the presence of any other insured:

            (a) statements; and

            (b) examinations under oath; and

        (4) produce employees, members of the insured's household or others for examination under oath to the extent it is within the insured's power to do so; and

    e. submit to us, within 60 days after the loss, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

        (1) the time and cause of loss;

        (2) interest of the insured and all others in the property involved and all encumbrances on the property;

        (3) other insurance which may cover the loss;

        (4) changes in title or occupancy of the property during the term of this policy;

        (5) specifications of any damaged building and detailed estimates for repair of the damage;

        (6) an inventory of damaged or stolen personal property described in 2.c.;

        (7) receipts for additional living expenses incurred and records supporting the fair rental value loss; and.

        (8) evidence or affidavit supporting a claim under the Credit Card, Bank Fund Transfer Card, Forgery and Counterfeit Money coverage, stating the amount and cause of loss.

3. **Loss to a Pair or Set.** In case of loss to a pair or set, we may elect to:

    a. repair or replace any part to restore the pair or set to its value before the loss; or

    b. pay the difference between the depreciated value of the property before and after the loss.

INS 00000294

4. **Appraisal.** If you and we fail to agree on the amount of loss, either one can demand that the amount of the loss be set by appraisal. If either makes a written demand for appraisal, each shall select a competent, disinterested appraiser. Each shall notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers shall then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, you or we can ask a judge of a court of record in the state where the residence premises is located to select an umpire. The appraisers shall then set the amount of the loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon shall be the amount of the loss. If the appraisers fail to agree within a reasonable time, they shall submit their differences to the umpire. Written agreement signed by any two of these three shall set the amount of the loss. Each appraiser shall be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire shall be paid equally by you and us.

5. **Other Insurance.** If a loss covered by this policy is also covered by other insurance, we will pay only our share of the loss. Our share is the proportion of the loss that the applicable limit under this policy bears to the total amount of insurance covering the loss.

6. **Suit Against Us.** No action shall be brought unless there has been compliance with the policy provisions. The action must be started within one year after the date of loss or damage.

7. **Our Option.** We may repair or replace any part of the property damaged or stolen with similar property. Any property we pay for or replace becomes our property.

8. **Loss Payment.** We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:

   a. reach agreement with you;

   b. there is an entry of a final judgment; or

   c. there is a filing of an appraisal award with us.

9. **Abandonment of Property.** We need not accept any property abandoned by an insured.

10. **Mortgage Clause.** The word "mortgagee" includes trustee.

    a. If a mortgagee is named in this policy, any loss payable under Coverage A shall be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment shall be the same as the order of precedence of the mortgages.

    b. If we deny your claim, that denial shall not apply to a valid claim of the mortgagee, if the mortgagee:

       (1) notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;

       (2) pays on demand any premium due under this policy, if you have not paid the premium; and

       (3) submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Policy conditions relating to Appraisal, Suit Against Us and Loss Payment apply to the mortgagee.

    c. If this policy is cancelled by us, the mortgagee shall be notified at least 10 days before the date cancellation takes effect. Proof of mailing shall be proof of notice.

    d. If we pay the mortgagee for any loss and deny payment to you:

       (1) we are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

       (2) at our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we shall receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

    e. Subrogation shall not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

11. **No Benefit to Bailee.** We will not recognize an assignment or grant coverage for the benefit of a person or organization holding, storing or transporting property for

INS 00000295

4. **Duties of an Injured Person - Coverage M.** The injured person, or, when appropriate, someone acting on behalf of that person, shall:

   a. give us written proof of claim, under oath if required, as soon as practicable;

   b. execute authorization to allow us to obtain copies of medical reports and records; and

   c. submit to physical examination by a physician selected by us when and as often as we reasonably require.

5. **Payment of Claim - Coverage M.** Payment under this coverage is not an admission of liability by an insured or us.

6. **Suit Against Us.** No action shall be brought against us unless there has been compliance with the policy provisions.

   No one shall have the right to join us as a party to an action against an insured. Further, no action with respect to Coverage L shall be brought against us until the obligation of the insured has been determined by final judgment or agreement signed by us.

7. **Bankruptcy of an Insured.** Bankruptcy or insolvency of an insured shall not relieve us of our obligation under this policy.

8. **Other Insurance - Coverage L.** This insurance is excess over any other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

## SECTION I AND SECTION II - CONDITIONS

1. **Policy Period.** This policy applies only to loss under Section I or bodily injury or property damage under Section II which occurs during the period this policy is in effect.

2. **Concealment or Fraud.** This policy is void as to you and any other insured, if you or any other insured under this policy has intentionally concealed or misrepresented any material fact or circumstance relating to this insurance, whether before or after a loss.

3. **Liberalization Clause.** If we adopt any revision which would broaden coverage under this policy without additional premium, within 60 days prior to or during the period this policy is in effect, the broadened coverage will immediately apply to this policy.

4. **Waiver or Change of Policy Provisions.** A waiver or change of any provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination shall not waive any of our rights.

5. **Cancellation.**

   a. You may cancel this policy at any time by notifying us in writing of the date cancellation is to take effect. We may waive the requirement that the notice be in writing by confirming the date and time of cancellation to you in writing.

   b. We may cancel this policy only for the reasons stated in this condition. We will notify you in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations. Proof of mailing shall be sufficient proof of notice:

      (1) When you have not paid the premium, we may cancel at any time by notifying you at least 10 days before the date cancellation takes effect. This condition applies whether the premium is payable to us or our agent or under any finance or credit plan.

      (2) When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason. We may cancel by notifying you at least 10 days before the date cancellation takes effect.

      (3) When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:

         (a) if there has been a material misrepresentation of fact which, if known to us, would have caused us not to issue this policy; or

19

FP-7955

INS 00000296

(b) if the risk has changed substantially since the policy was issued.

We may cancel this policy by notifying you at least 30 days before the date cancellation takes effect.

(4) When this policy is written for a period longer than one year, we may cancel for any reason at anniversary. We may cancel by notifying you at least 30 days before the date cancellation takes effect.

c. When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded. When you request cancellation, the return premium will be based on our rules for such cancellation. The return premium may be less than a full pro rata refund. When we cancel, the return premium will be pro rata.

d. The return premium may not be refunded with the notice of cancellation or when the policy is returned to us. In such cases, we will refund it within a reasonable time after the date cancellation takes effect.

6. **Nonrenewal.** We may elect not to renew this policy. If we elect not to renew, a written notice will be delivered to you, or mailed to you at your mailing address shown in the **Declarations**. The notice will be mailed or delivered at least 30 days before the expiration date of this policy. Proof of mailing shall be sufficient proof of notice.

7. **Assignment.** Assignment of this policy shall not be valid unless we give our written consent.

8. **Subrogation.** An **insured** may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, an **insured** shall:

a. sign and deliver all related papers;

b. cooperate with us in a reasonable manner; and

c. do nothing after a loss to prejudice such rights.

Subrogation does not apply under Section II to Medical Payments to Others or Damage to Property of Others.

9. **Death.** If any person shown in the Declarations or the spouse, if a resident of the same household, dies:

a. we insure the legal representative of the deceased. This condition applies only with respect to the premises and property of the deceased covered under this policy at the time of death;

b. insured includes:

(1) any member of your household who is an insured at the time of your death, but only while a resident of the residence premises; and

(2) with respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

10. **Conformity to State Law.** When a policy provision is in conflict with the applicable law of the State in which this policy is issued, the law of the State will apply.

## OPTIONAL POLICY PROVISIONS

Each Optional Policy Provision applies only as shown in the **Declarations** and is subject to all the terms, provisions, exclusions and conditions of this policy.

Option AI - **Additional Insured.** The definition of **insured** is extended to include the person or organization shown in the **Declarations** as an Additional Insured or whose name is on file with us. Coverage is with respect to:

1. Section I - Coverage A; or

2. Section II - Coverages L and M but only with respect to the residence premises. This coverage does not apply to bodily injury to an employee arising out of or in the course of the employee's employment by the person or organization.

This option applies only with respect to the location shown in the Declarations.

Option BP - **Business Property.** The COVERAGE B - PERSONAL PROPERTY, Special Limits of Liability, item b., for property used or intended for use in a business,

20

FP-7955

INS 00000297

UNION NATIONAL FIRE

INS 00000298



# Union National Fire
INSURANCE COMPANY
Home Office: Baton Rouge, Louisiana 70806
Administrative Office: 12115 Lackland Rd, St. Louis, MO 63146

*duplicate of the po...*
*12/26/05, the u...*
*be terminated*
*Vera M. Ha...12-7-06*

In this policy, the Insured as set forth on the Declarations Page will be referred to as "you" or "your" and Union National Fire Insurance Company will be referred to as "we", "us", "our" or "company".

## Agreement

We will provide the insurance coverage described in this policy in return for the premium and compliance with all applicable provisions of this policy, for the policy term shown on the Declarations Page, beginning at noon of the effective date, local standard time, at the described location of the property insured, and continuously thereafter from term to term for each succeeding term for which premiums are paid in advance.

In witness whereof, this company has executed and attested these present; but this policy shall not be valid unless countersigned by the duly authorized agent of this company.

*James J. Collins*
James J. Collins
President

Countersigned this _____ day of _____.

Agent_____

## OWNER OCCUPIED DWELLING COVERAGE

FORM LNF700
EO 08/99

Page 1

### POLICY DATA

| | | | | | |
|---|---|---|---|---|---|
| INSURED: | MCSHANE, FRANCES G | | | POLICY NUMBER: | 75 17399398 |
| ADDRESS: | | | | DISTRICT: | 007 |
| STREET | 3504 JOLIET ST | | | | |
| CITY, STATE | NEW ORLEANS, LA | TYPE: | DUPLICATE | AGENCY: | 0709 |
| ZIP | 70118 | | | | |
| LIMIT OF LIABILITY: | $40,000 | PREMIUM: | $ 37.24 | STATE: | LA |
| ORIGINAL POLICY ISSUE DATE: | 09-02-2004 | POLICY TERM: | MONTHLY | COUNTY: | |
| PLAN: | OWNER OCCUPIED DWELLING | POLICY FORM: | UNF 700 | | |

INS 00000299

7. **Appraisal** – If you and we fail to agree on the amount of loss, either can demand that the amount of the loss be set by appraisal. If either makes a written demand for appraisal, each shall select a competent, independent appraiser and notify the other of the appraiser's identity within twenty (20) days of receipt of the written demand. The two appraisers shall then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within fifteen (15) days, you or we can ask a judge of a court of record in the state of the described location to select an umpire. The appraisers shall then set the amount of the loss. If the appraisers submit a written report of agreement to us, the amount agreed upon shall be the amount of the loss. If the appraisers fail to agree within a reasonable time, they shall submit their differences to the umpire. Written agreement signed by any two of the three shall set the amount of the loss.
   Each appraiser shall be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire shall be paid equally by you and us.

8. **Other Insurance** – If a loss covered by this policy is also covered by other insurance, we will pay only the proportion of the loss which the limit of liability that applies under this policy bears to the total amount of insurance covering the loss, whether collectible or not.

9. **Subrogation** – You may waive in writing before a loss, all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us. If an assignment is sought, the person insured shall sign and deliver all related papers and cooperate with us in any reasonable manner.

10. **Suit Against Us** – No action shall be brought unless there has been compliance with the policy provisions and the action is started within one year after the loss.

11. **Our Option** – After we receive your signed, sworn statement of loss, we may repair or replace any part of the damaged property with equivalent property.

12. **Loss Payment** – We will adjust all losses with you. We will pay you unless some other person is named in the policy to receive payment. Payment for loss will be made within thirty (30) days after we reach agreement with you, entry of a final judgment, or the filing of an appraisal award with us.

13. **Abandonment of Property** – We need not accept any property abandoned by you.

14. **Mortgage Clause** – The word "mortgagee" includes trustee. If a mortgagee is named in this policy, any loss payable shall be paid to the mortgagee and you jointly. If more than one mortgagee is named, all mortgagees will be named as payees.

    If we deny your claim that denial shall not apply to a valid claim of the mortgagee if the mortgagee:

    a. Notifies us of any change in ownership, interest, occupancy or substantial change in risk of which the mortgagee is aware;
    b. Pays any premium due under this policy on demand if you have neglected to pay the premium;
    c. Submits a signed, sworn statement of loss within sixty (60) days after receiving notice from us of your failure to do so. Policy conditions relating to Appraisal, Suit Against Us and Loss of Payment apply to the mortgagee.

    If the policy is cancelled by us, the mortgagee shall be notified at least ten (10) days before the date cancellation takes effect.

    If this policy does not remain in force because of non-payment of premium, the mortgagee will have ten (10) days in which to pay the premium after the mortgagee has received notice from us that the policy is not in force.

    If we pay the mortgagee for any loss and deny payment to you:

    a. We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or
    b. At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we shall receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

15. **No Benefit to Bailee** – We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee, regardless of any other provision of this policy.

INS 00000300

16. **Cancellation**
    a. You may cancel this policy at any time by returning it to us or by notifying us in writing of the date cancellation is to take effect.
    b. We may cancel this policy only for the reasons stated in this condition by notifying you in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown on the Declarations Page. Proof of mailing shall be sufficient proof of notice.
        1. When this policy has been in effect for less than sixty (60) days and is not a renewal with us, we may cancel for any reason by notifying you at least ten (10) days before the date cancellation takes effect.
        2. When this policy has been in effect for sixty (60) days or more, or at any time, if it is a renewal with us, we may cancel if there has been a material misrepresentation of fact which, if known to us, would have caused us not to issue the policy, or if the risk has changed substantially since the policy was issued. This can be done by notifying you at least thirty (30) days before the date cancellation takes effect.
    c. When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded. The return premium will be pro rata.
    d. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

17. **Non-Renewal** – We may elect not to renew this policy. We may do so by delivery to you or mailing to you at your mailing address shown on the Declarations Page, written notice at least thirty (30) days before the non-renewal date. Proof of mailing shall be sufficient proof of notice.

18. **Payment of Premium** – This policy is in effect when you pay the first premium. Subsequent premiums are payable in advance to our agent or at one of our offices. Should our agent fail to call for any premium or fail to accept your tender of such premiums, you remain responsible for paying the premium when due at one of our offices. Your premiums in the amount shown on the Declarations Page are payable each term, due on the renewal date, beginning with the effective date shown on the Declarations Page.

19. **Grace Period** – After you have paid the first premium, we will allow you a grace period of thirty-one (31) days for the payment of each premium. We will continue coverage during the grace period. If the premium due is not paid by the expiration of the grace period, your policy will terminate and no insurance coverage will be provided.

20. **Liberalization Clause** – If we adopt any revision which would broaden the coverage under this policy without additional premium within sixty (60) days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

21. **Waiver or Change of Policy Provisions** – A waiver or change of any provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination shall not waive any of our rights.

22. **Assignment** – Assignment of this policy shall not be valid unless we give our written consent.

23. **Death** – If you die, we insure:
    a. Your legal representatives but only with respect to the property covered under the policy at the time of death;
    b. With respect to your property, the person having legal temporary custody of the property until appointment and qualification of a legal representative.

24. **Nuclear Hazard Clause**
    a. "Nuclear Hazard" means any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.
    b. Loss caused by the nuclear hazard shall not be considered loss caused by fire, explosion or smoke, whether these perils are specifically named in or otherwise included within the perils insured against.
    c. This policy does not apply to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.

INS 00000301

# VOYAGER PROPERTY & CASUALTY

INS 00000302

# MOBILE HOME POLICY



**VOYAGER PROPERTY AND CASUALTY INSURANCE COMPANY**
11222 Quail Roost Drive, Miami, FL 33157-6596 (305) 253-2244
Attn.: Mobilehome and RV Services

CR3725PC-1096

Designed By: mz
CR3725

INS 00000303

regardless of the period of time this policy has been in effect, based solely upon a loss caused by an Act of God. An Act of God means an incident due directly to natural causes and exclusively without human intervention.

3. When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

4. If YOU cancel this policy, WE will refund the return premium, if any, within 30 days after the cancellation takes effect. If WE cancel this policy, and the return premium is not refunded with the notice of cancellation, WE will refund it within a reasonable time after the date cancellation takes effect.

5. If a lienholder is named on the DECLARATIONS PAGE, WE will mail written notice to the lienholder:

   a. At least 10 days before the date cancellation takes effect if WE cancel for nonpayment of premium; or

   b. At least 20 days before the date cancellation takes effect if WE cancel for any other reason.

### CONCEALMENT OR FRAUD

1. The entire policy will be void if, whether before or after a loss, YOU have:

   a. Intentionally concealed or misrepresented any material fact or circumstances; or

   b. Engaged in fraudulent conduct; or

   c. Made false statements;

   relating to this insurance.

   This Condition applies to misrepresentation or false statements made during the negotiation of the insurance contract only if they are made with the intent to deceive.

### LIBERALIZATION CLAUSE

If any provision of this policy is in conflict with YOUR state's or the Federal Government's laws or regulations at the time YOUR policy is written, it is automatically changed to conform to them. WE will automatically give YOU the benefit of any extension or broadening of this policy, if the change does not require additional premium.

This Liberalization Clause does not apply to changes implemented through introduction of a subsequent edition of OUR policy.

### CHANGES TO YOUR POLICY

The only other way this policy can be changed is if WE change it in writing, which will be made a part of this policy. Any change in YOUR premium will be made at that time.

### LEGAL ACTION AGAINST US

1. Under Physical Damage Coverages, no legal action can be brought unless the policy provisions have been complied with and the action is started within one year after the date of loss.

2. Under the Liability Coverages, a person or organization may bring suit against US including, but not limited to, a suit to recover on an agreed settlement or on a final judgment against an Insured; but WE will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by US, the Insured and the claimant or the claimant's legal representative.

### LIENHOLDER INTEREST

If YOU borrowed money to buy YOUR mobile home, the person or business that loaned YOU the money is called the lienholder. The designation of a lienholder is considered to be an acknowledgement by YOU that the lienholder has a legal interest in the mobile home due to an installment sales contract or other security agreement.

When a lienholder is named on the DECLARATIONS PAGE, OUR payment method will recognize the lienholder's interest in YOUR property. If WE elect to settle YOUR loss or damage in money, both YOUR name and YOUR lienholder's will appear on OUR payment check. If YOU have paid off YOUR lienholder, please tell US so that the lienholder's name may be removed from the DECLARATIONS PAGE.

If YOUR interest in the mobile home is terminated, OUR payment method will recognize only the lienholder's interest. No change in title or ownership of YOUR mobile home or any negligent acts of YOURS will cancel the lienholder's interest in this policy.

YOU or the lienholder must let US know of any change of ownership or any increase in hazard which comes to YOUR or the lienholder's knowledge. If this change in ownership or increase in hazard requires an additional premium, YOU must pay the additional premium.

If YOU fail to pay any premium due for this policy,

INS 00000304

YOUR lienholder may be requested to pay that premium.

If YOU fail to give US Proof of Loss within the required 90 days, the lienholder is given an additional 30 days to notify US of the loss.

### LIMITS OF LIABILITY

Regardless of the number of Insureds, claims made, or persons injured, OUR total liability under Comprehensive Personal Liability stated in this policy for all damages resulting from any one OCCURRENCE shall not exceed the limit of liability for Comprehensive Personal Liability stated on the DECLARATIONS PAGE. All BODILY INJURY and PROPERTY DAMAGE resulting from any one accident or from continuous or repeated exposure to substantially the same general conditions shall be considered to be the result of one OCCURRENCE.

OUR total liability under Medical Payments To Others for all medical expense payable for BODILY INJURY to one person as the result of one accident shall not exceed the limit of liability for medical payments stated on the DECLARATIONS PAGE.

### OUR RIGHT TO RECOVER FROM OTHERS

YOU may waive in writing before a loss all rights of recovery against any person. If not waived, WE may require an assignment of rights of recovery for a loss to the extent that payment is made by US.

If an assignment is sought, YOU must sign and deliver all related papers and cooperate with US.

This condition (OUR RIGHT TO RECOVER FROM OTHERS) does not apply under Medical Payments to Others or Damage to Property of Others.

### SALVAGE: NO ABANDONMENT TO US

Upon settlement by US of any total loss or where WE have paid the policy limits, the salvage, if any, shall belong to US at OUR option; however there shall be no abandonment to US.

### OTHER INSURANCE

If a loss covered by this policy is also covered by other insurance, WE will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss.

However, this policy is excess coverage for Comprehensive Personal Effects and Comprehensive Personal Liability if there is other insurance coverage which will pay first. After the other policy has paid up to its limit, OUR policy will provide coverage up to its limit, but not exceeding the remainder of YOUR loss.

### LOCATION

If YOU move YOUR mobile home, YOU must notify US or YOUR agent within thirty (30) days.

### TRANSFER OF THIS POLICY

No interest in this policy can be transferred without OUR written consent. If YOU die, this policy will continue in force for the remainder of the time between the "from" and "to" dates shown on the DECLARATIONS PAGE. This policy will only continue for other members of YOUR family entitled to coverage at the time of YOUR death or for YOUR legal representative.

### WHAT TO DO WHEN YOU HAVE A LOSS

1. Any robbery, burglary, theft, vandalism, or malicious mischief loss must be reported to the appropriate law enforcement agency within 24 hours after YOU discover the loss.

2. When YOU have a loss, YOU or someone on YOUR behalf must notify US within 30 days; or as soon thereafter as practicable; or within a reasonable time under the circumstances. When YOU notify YOUR agent or US, please give YOUR name, policy number, how the loss happened, including the extent of the damages or injuries, names of witnesses, and all other pertinent facts at the time YOU report the loss. WE may require this information in writing.

3. If YOU have a loss, YOU must protect YOUR insured property from any further damage. If YOU fail to do so, any further damage will not be recoverable under this policy. WE will pay any actual reasonable expenses for necessary emergency repairs incurred in protecting the insured property from further loss if that loss is covered by this policy.

4. WE may require that YOU file with US a notarized Proof of Loss within 90 days after the loss or damage. YOU may be required to show US the damaged property and submit to examination under oath. YOU will be required to cooperate with US in OUR effort to investigate the accident or loss, settle any claims against YOU, and defend YOU. If YOU fail to cooperate, WE have the right to deny YOU coverage.

5. YOU, except at YOUR own expense, may not voluntarily make any payment, assume any obligation, or incur any expenses other than first aid expenses or emergency repair.

CR3725PC-1096   Page 11   CR0725

INS 00000305