UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § | CIVIL ACTION  NO.   05-4182 "K"(2) JUDGE DUVAL MAGISTRATE WILKINSON |
| PERTAINS TO:  ROAD HOME *Louisiana State*  C.A. No. 07-5528 | | |

## ORDER

Considering the Request for Oral Arguments filed by Defendants;

**IT IS HEREBY ORDERED** that  the Request for Oral Argument is hereby granted.

New Orleans, Louisiana this _____ day of November, 2008.

_____
**J U D G E**

1