UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> § <br> § <br> PERTAINS TO:   INSURANCE § <br> *Kiefer, et al. v. Allstate, et al.*  06-5370 § <br> As to Plaintiff Margaret Gaskin only § <br> § | CIVIL ACTION <br> NO. 05-4182 (K)(2) <br> JUDGE DUVAL <br> MAG. WILKINSON |

## MOTION FOR LIMITED REOPENING
## OF CASE TO DISMISS CLAIMS OF MARGARET GASKIN

NOW INTO COURT, through undersigned counsel, comes plaintiff Margaret Gaskin, who respectfully requests that her claim against defendant St. Paul/Travelers Insurance Company be dismissed from *Kiefer, et al. v. Allstate*, et al. as Margaret Gaskin does not wish to continue the prosecution of the claims made in the complaint. This Motion seeks the limited reopening of the *Kiefer* case to dismiss Margaret Gaskin's claim in the above named and captioned litigation. Accordingly, plaintiff moves this Court for an entry of an order to (1) reopen the *Kiefer, et al.* proceeding, No. 06-5370, with respect to St. Paul/Travelers Insurance Company for the limited purpose of addressing this Motion, and (2) dismiss with prejudice, and at each party's cost, all claims asserted by plaintiff Margaret Gaskin against St. Paul/Travelers Insurance Company in the *Kiefer*

complaint.

Defense counsel has been contacted and has no opposition to the dismissal of Margaret Gaskin's claims against St. Paul/Travelers Insurance Company pending in the *Kiefer* complaint.

**WHEREFORE,** plaintiff Margaret Gaskin requests that this Court enter an order as set forth above.

Respectfully submitted,

/s/ Calvin C. Fayard, Jr.
Wanda J. Edwards, #27448
Calvin C. Fayard, Jr., #5486
Fayard and Honeycutt, APC
519 Florida Avenue, SW
Denham Springs, Louisiana 70726
Telephone: 225/664-4193

and

Peyton P. Murphy, #22125
7035 Jefferson Highway
Baton Rouge, LA 70806
(225) 928-8800

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in the captioned matter.

/s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr.