# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | **NO. 05-4182 "K"(2)** |
| | * | **JUDGE DUVAL** |
| | * | **MAG. WILKINSON** |

_____ *

*

*

**PERTAINS TO:** *

*Aaron – 06-4746 &* *

*Aguilar – 07-4852* *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINDER IN MOTION TO SEVER

NOW INTO COURT, comes Defendant, The Standard Fire Insurance Company, in its capacity as a WYO insurer which hereby joins in and consents to Defendants' Motion to Sever [Rec. Doc. No. 16406], and further adopts herein as if reprinted *in extenso* the arguments set forth by those Defendants as may be applicable.

WHEREFORE, Standard Fire prays for the same relief sought in the Motion to Sever [Rec. Doc. No. 16406].

Respectfully submitted:

*/s/ Ralph S. Hubbard, III* \_\_\_

Ralph S. Hubbard III, T.A., La. Bar No. 7040

Seth A. Schmeeckle, La. Bar No. 27076

LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD

601 Poydras Street, Suite 2775

New Orleans, Louisiana 70130

Telephone:  (504) 568-1990

Facsimile:  (504)310-9195

E-Mail:        rhubbard@lawla.com

sschmeeckle@lawla.com

**Counsel for**
**The Standard Fire Insurance Company, in its**
**capacity as a WYO Insurer**

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2008, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to all CM/ECF participants and I hereby certify that I have mailed by United States Postal Service the document to all non-CM/ECF participants.

/s/ Ralph S. Hubbard III_____
Ralph S. Hubbard III