# Exhibit 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION K; MAG. 2 |
| | JUDGE DUVAL |
| PERTAINS TO: MRGO | MAGISTRATE JUDGE WILKINSON |

**PROPOSED MRGO CLASS CERTIFICATION TRIAL PLAN**

PLAINTIFFS and putative Class Representatives for the MRGO Class and proposed sub-classes, as identified in their Amended and Restated Motion for Class Certification, propose the following Trial Plan for the initial merits trials of the MRGO class action.

**I.  PHASE ONE:    COMMON ISSUES OF LIABILITY AND DAMAGES/RELIEF FOR TRIAL PLAINTIFFS**

   A.  <u>Parties in the Phase One Trial</u>

      1.  The Class Representatives, appearing for and on behalf of the MRGO class and its sub-classes as may be refined by the Court.

      2.  All named Defendants not dismissed or stayed and any liability insurers of any named as Defendants pursuant to the Louisiana Direct Action Statute.

      3.  The decisions of the jury in Phase One shall be binding on all Plaintiffs in each certified class and sub-class and upon all trial Defendants.

B. <u>Issues in the Phase One Trial</u>

1. By way of illustration and not limitation, general issues would include the following:[1]

- Background facts such as the history of the MRGO, area topography, meteorological data regarding Hurricane Katrina, the status of the hurricane protection system, including the MRGO, and other facts relevant to the legal issues presented at trial.

- What source(s)—for example, specific breaches, overtopping, or rainfall—inundated for the subject properties, at what time, in what proportions by source, to what ultimate depth, and for how long?

- To the extent breaching, overtopping, and the like contributed to the inundation, whose fault individually or concurrently caused the inundation?

- What is the overall geographical reach of the waters released by each water source?

- If more than one party is at fault for inundation of a given property (or classwide damages due to inundation), what legal apportionment of fault is appropriate among those found liable (subject to pretrial rulings regarding immunities and the like)?

- What is the appropriate methodology for assessing diminution in property value within the subject class or sub-class area?

II. **PHASE TWO:   SUCCESSIVE TRIALS OF COMPENSATORY**

---

[1] *see* Common Issues of Fact and Law set forth in Exhibit D to the MRGO Plaintiffs' Brief in Support of their Amended and Restated Motion for Class Certification.

## DAMAGES FOR SELECTED MEMBERS OF PLAINTIFF CLASS

This phase shall follow (a) a jury verdict in Phase One finding one or more of the trial Defendants at fault for each breach or failure proved at trial, apportioning fault, and identifying the source(s) of the water inundating each sub-class; (b) appropriate Court-ordered efforts to mediate a class settlement based upon the verdict rendered in Phase One; and (c) determination of a method to select trial plaintiffs for Phase Two, as to whom jury verdicts would be binding on those selected as well as instructive for class and sub-class-wide purposes.

A.  <u>Parties at Successive Phase Two Trials</u>

1.  A specified number of selected trial Plaintiffs who are members of the class.

2.  As trial Defendants, any and all named Defendants not dismissed or stayed and any liability insurers of any named as defendants pursuant to the Louisiana Direct Action Statute.

B.  <u>Issues in Successive Phase Two Trials</u>

1.  What damages were sustained by each selected Plaintiff as a result of the waters that inundated each Plaintiff's property?

2.  In what proportions did various sources of inundation, including those due to a given Defendant's fault, contribute to the overall damage or destruction of each Plaintiff's property?

3.  What amount of compensatory damages, if any, is owed to each of the

selected trial Plaintiffs?

Respectfully Submitted,

**APPROVED PLAINTIFFS LIAISON COUNSEL**

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 20th day of November, 2008.

/s/ Joseph M. Bruno
Joseph M. Bruno