# Exhibit A

# Exhibit A: MRGO Sub Class Map



**New Orleans East Sub Class**

East of the IHNC/Industrial Canal and north of the GIWW/ Intracoastal Waterway

**Upper Ninth Ward Sub-Class**

The area bounded to the north by Gentilly Boulevard/Gentilly Road to North Broad Street (Gentilly Ridge), to the south by the Mississippi River, to the east by the IHNC, and to the west by Esplanade Avenue

**Lower Ninth Ward & St. Bernard Sub-Class**

All of the Parish of St. Bernard, Louisiana, as well as the lower Ninth Ward of the Parish of Orleans (that is, the portion of Orleans Parish lying to the east of IHNC/Industrial Canal, and to the south of the Gulf Intracoastal Waterway/MR-GO)

# New Orleans East Sub Class



**New Orleans East Sub Class**

East of the IHNC/ Industrial Canal and north of the GIWW/ Intracoastal Waterway

# Lower Ninth Ward & St. Bernard Parish Sub Class



**Lower Ninth Ward & St. Bernard Sub-Class**

All of the Parish of St. Bernard, Louisiana, as well as the lower Ninth Ward of the Parish of Orleans (that is, the portion of Orleans Parish lying to the east of IHNC/Industrial Canal, and to the south of the Gulf Intracoastal Waterway/MR-GO)

# Upper Ninth Ward Sub-Class



**Upper Ninth Ward Sub-Class**

The area bounded to the north by Gentilly Boulevard/Gentilly Road to North Broad Street (Gentilly Ridge), to the south by the Mississippi River, to the east by the IHNC, and to the west by Esplanade Avenue