# Exhibit C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>FILED IN:<br>   06-1885, 06-2824, 06-4024, 06-4066,<br>   06-4634, 06-5155, 06-5159, 06-5161,<br>   06-5260, 06-5162, 06-5771, 07-0206,<br>   07-0621, 07-1073, 07-1271, 07-1285<br><br>PERTAINS TO: MRGO | § § § § § § § § § § § § § § | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

DEFENDANT UNITED STATES' RESPONSE
TO MRGO PLAINTIFFS' FIRST SET OF INTERROGATORIES

Pursuant to Federal Rules of Civil Procedure 26 and 33 and Case Management and Scheduling Order No. 4, Defendants United States of America and the United States Army Corps of Engineers (collectively herein, the "United States"[1]), through undersigned counsel, hereby

---

[1] The United States Army Corps of Engineers cannot be sued eo nomine under the Federal Tort Claims Act. *See Galvin v. Occupational Safety & Health Administration*, 860 F.2d 181, 183 (5th Cir. 1988).

1


EXHIBIT D

evidence relating to presently known material facts and to produce all evidence, whenever discovered, relating to subsequently discovered material facts.

GENERAL OBJECTION NO. 9: The United States objects to all interrogatories concerning the possible certification of classes and/or sub-classes of Plaintiffs in this case pursuant to Federal Rule of Civil Procedure 23. Thus far, it has been estimated that approximately 325,000 Standard Forms 95 (SF-95s), purporting to be administrative claims related to Hurricane Katrina (hereinafter referred to as "Katrina"), have been submitted to the U.S. Army Corps of Engineers, the majority of which have not been processed. As all SF-95s have not been processed, the United States is currently unable to fully respond to the interrogatories.

GENERAL OBJECTION NO. 10: The United States objects to providing information in response to Plaintiffs' interrogatories to the extent that they call for information that is confidential and/or sensitive, including information from personnel files and information protected by the Privacy Act, 5 U.S.C. § 552a.

GENERAL OBJECTION NO. 11: The United States objects to all interrogatories concerning the possible certification of classes and/or sub-classes of Plaintiffs in this case pursuant to Federal Rule of Civil Procedure 23. The Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2675(a) states as follows:

> An action shall not be instituted upon a claim against the United States for money damages for injury or loss of property or personal injury or death caused by the negligent or wrongful act or omission of any employee of the Government while acting within the scope of his office or employment, unless the claimant shall have first presented the claim to the appropriate Federal agency and his claim shall have been finally denied by the agency in writing and sent by certified or registered mail. The failure of an agency to make final