# Exhibit D

**EXHIBIT D – COMMON ISSUES OF LAW AND FACT – MRGO**

**Common Issues of Law and Fact for the Proposed MRGO Class**[1]

1. The class and sub-class members' causes of action against the Defendants;

2. The cause(s) of the failures of the eastern floodwalls of the IHNC;

3. The legal duties owed by Defendants to the class and sub-class members;

4. Each Defendant's breach(es) of the legal duties owed to the class and sub-class members;

5. Liability of the Corps for the eastern floodwall breaches along the IHNC;

6. Liability of the Board of Commissioners of the Orleans Parish Levee District ("OLD") for the eastern floodwall breaches along the IHNC;

7. Liability of Washington Group International, Inc.("Washington Group") for the eastern floodwall breaches along IHNC;

8. Liability of the Board of Commissioners of the Lake Borgne Basin Levee District ("Lake Borgne") for the eastern floodwall breaches along the IHNC;

9. Liability of St. Paul Fire and Marine Insurance Company ("St. Paul") for the eastern floodwall breaches along the IHNC;

10. Liability of OLD, Lake Borgne, and St. Paul for the failure of the entire New Orleans levee system;

11. Liability of the Corps for the failure of the Lake Pontchartrain Vicinity Hurricane Protection District;

12. Liability of the Corps, OLD, Lake Borgne, and St. Paul for the failures associated with the Mississippi River-Gulf Outlet (the "MRGO");

---

[1] This listing is by way of illustration and not in limitation.

Pltfs. Brief in Support of Am. and Restated Mot. to Certify Class – Exhibit D

13. Liability of the Corps for creating a hazardous condition in respect of the MRGO;

14. Allocation of liability to the Corps for the eastern floodwall breaches along the IHNC ;

15. Allocation of liability to OLD for the eastern floodwall breaches along the IHNC;

16. Allocation of liability to Washington Group for the eastern floodwall breaches along the IHNC;

17. Allocation of liability to Lake Borgne for the eastern floodwall breaches along the IHNC;

18. Allocation of liability to St. Paul Fire for the eastern floodwall breaches along the IHNC;

19. The source of water inundation of each class and sub-class member's property, i.e., the water plume in respect of the breaches of the IHNC eastern floodwalls;

20. The flow rate of the water inundation of each class and sub-class member's property from each of the breaches;

21. The amount of water that flowed through the breaches of the eastern floodwalls of the IHNC;

22. The lack of immunity of some or all of the Defendants for the class and sub-class members' claims; and

23. The inability of the Defendants to establish any factual or legal defense to the class and sub-class members' claims.

**Common Issues of Law and Fact for New Orleans East Sub-Class**

24. The class and sub-class members' causes of action against the Defendants;

25. The cause(s) of the failures of the eastern floodwalls of the IHNC;

26. The legal duties owed by Defendants to the class and sub-class members;

27. Each Defendant's breach(es) of the legal duties owed to the class and sub-class members;

28. Liability of the Corps for the eastern floodwall breaches along the IHNC;

29. Liability of the Board of Commissioners of the Orleans Parish Levee District ("OLD") for the eastern floodwall breaches along the IHNC;

30. Liability of the Board of Commissioners of the Lake Borgne Basin Levee District ("Lake Borgne") for the eastern floodwall breaches along the IHNC;

31. Liability of St. Paul Fire and Marine Insurance Company ("St. Paul") for the eastern floodwall breaches along the IHNC;

32. Liability of OLD, Lake Borgne, and St. Paul for the failure of the entire New Orleans levee system;

33. Liability of the Corps for the failure of the Lake Pontchartrain Vicinity Hurricane Protection District;

34. Liability of the Corps, OLD, Lake Borgne, and St. Paul for the failures associated with the Mississippi River-Gulf Outlet (the "MRGO");

35. Liability of the Corps for creating a hazardous condition in respect of the MRGO;

36. Allocation of liability to the Corps for the eastern floodwall breaches along the IHNC ;

37. Allocation of liability to OLD for the eastern floodwall breaches along the IHNC;

38. Allocation of liability to Lake Borgne for the eastern floodwall breaches along the IHNC;

Pltfs. Brief in Support of Am. and Restated Mot. to Certify Class – Exhibit D

39. Allocation of liability to St. Paul Fire for the eastern floodwall breaches along the IHNC;

40. The source of water inundation of each class and sub-class member's property, i.e., the water plume in respect of the breaches of the IHNC eastern floodwalls;

41. The flow rate of the water inundation of each class and sub-class member's property from each of the breaches;

42. The amount of water that flowed through the breaches of the eastern floodwalls of the IHNC;

43. The lack of immunity of some or all of the Defendants for the class and sub-class members' claims; and

44. The inability of the Defendants to establish any factual or legal defense to the class and sub-class members' claims.

**Common Issues of Law and Fact for the Lower Ninth Ward & St. Bernard Sub-Class**

45. The class and sub-class members' causes of action against the Defendants;

46. The cause(s) of the failures of the eastern floodwalls of the IHNC;

47. The legal duties owed by Defendants to the class and sub-class members;

48. Each Defendant's breach(es) of the legal duties owed to the class and sub-class members;

49. Liability of the Corps for the eastern floodwall breaches along the IHNC;

50. Liability of the Board of Commissioners of the Orleans Parish Levee District ("OLD") for the eastern floodwall breaches along the IHNC;

51. Liability of Washington Group International, Inc.("Washington Group") for the eastern floodwall breaches along IHNC;

52. Liability of the Board of Commissioners of the Lake Borgne Basin Levee District ("Lake Borgne") for the eastern floodwall breaches along the IHNC;

53. Liability of St. Paul Fire and Marine Insurance Company ("St. Paul") for the eastern floodwall breaches along the IHNC;

54. Liability of OLD, Lake Borgne, and St. Paul for the failure of the entire New Orleans levee system;

55. Liability of the Corps for the failure of the Lake Pontchartrain Vicinity Hurricane Protection District;

56. Liability of the Corps, OLD, Lake Borgne, and St. Paul for the failures associated with the Mississippi River-Gulf Outlet (the "MRGO");

57. Liability of the Corps for creating a hazardous condition in respect of the MRGO;

58. Allocation of liability to the Corps for the eastern floodwall breaches along the IHNC ;

59. Allocation of liability to OLD for the eastern floodwall breaches along the IHNC;

60. Allocation of liability to Washington Group for the eastern floodwall breaches along the IHNC;

61. Allocation of liability to Lake Borgne for the eastern floodwall breaches along the IHNC;

62. Allocation of liability to St. Paul Fire for the eastern floodwall breaches along the IHNC;

63. The source of water inundation of each class and sub-class member's property, i.e., the water plume in respect of the breaches of the IHNC eastern floodwalls;

64. The flow rate of the water inundation of each class and sub-class member's property from each of the breaches;

65. The amount of water that flowed through the breaches of the eastern floodwalls of the IHNC;

66. The lack of immunity of some or all of the Defendants for the class and sub-class members' claims; and

67. The inability of the Defendants to establish any factual or legal defense to the class and sub-class members' claims.

**Common Issues of Law and Fact for the Upper Ninth Ward Sub-Class**

68. The class and sub-class members' causes of action against the Defendants;

69. The cause(s) of the failures of the floodwalls of the London Avenue Canal and IHNC;

70. The legal duties owed by Defendants to the class and sub-class members;

71.. Each Defendant's breach(es) of the legal duties owed to the class and sub-class members;

72. Liability of the Corps for the floodwall breaches along the London Avenue Canal and/or IHNC;

73. Liability of the Board of Commissioners of the Orleans Parish Levee District ("OLD") for the floodwall breaches along the London Avenue Canal and/or IHNC;

74. Liability of the Sewerage and Water Board of New Orleans ("SWB") for the floodwall breaches along the London Avenue Canal and/or IHNC;

75. Liability of the Board of Commissioners of the East Jefferson Levee District ("EJLD") for the floodwall breaches along the London Avenue Canal and/or IHNC;

76. Liability of the Board of Commissioners of the Port of New Orleans ("PNO") for the floodwall breaches along the London Avenue Canal and/or IHNC;

77. Liability of Modjeski & Masters, Inc. ("M&M") for the floodwall breaches along the London Avenue Canal and/or IHNC;
78. Liability of Eustis Engineering Co., Inc. ("Eustis") for the floodwall breaches along the London Avenue Canal and/or IHNC;
79. Liability of Boh Bros. Construction Co., Inc. ("Boh Bros.") for the floodwall breaches along the London Avenue Canal and/or IHNC;
80. Liability of B&K Construction Co., Inc. ("B&K Construction") for the floodwall breaches along the London Avenue Canal and/or IHNC;
81. Liability of Burk-Kleinpeter, Inc. ("Burk-Kleinpeter") for the floodwall breaches along the London Avenue Canal and/or IHNC;
82. Liability of Burk-Kleinpeter, L.L.C. ("Burk-Kleinpeter") for the floodwall breaches along the London Avenue Canal and/or IHNC;
83. Liability of Gotech, Inc. ("Gotech") for the floodwall breaches along the London Avenue Canal and/or IHNC;
84. Liability of CSX Transportation Corporation ("CSX") for the floodwall breaches along the London Avenue Canal and/or IHNC;
85. Liability of CSX Transportation, Inc. ("CSX") for the floodwall breaches along the London Avenue Canal and/or IHNC;
86. Liability of Gulf Group, Inc. of Florida ("Gulf Group") for the floodwall breaches along the London Avenue Canal,and/or IHNC;
87. Liability of Pittman Construction Co., Inc. ("Pittman") for the floodwall breaches along the London Avenue Canal and/or IHNC;
88. Liability of C. R. Pittman Construction Co., Inc. ("C. R. Pittman") for the floodwall breaches along the London Avenue Canal and/or IHNC;
89. Liability of James Construction Group, Inc. ("James Construction") for the floodwall breaches along the London Avenue Canal and/or IHNC;
90. Liability of Public Belt Railroad Commission for the City of New Orleans ("PBR") for the floodwall breaches along the London Avenue Canal and/or IHNC;
91. Liability of St. Paul Fire and Marine Insurance Company ("St. Paul") for the floodwall breaches along the London Avenue Canal and/or IHNC;

Pltfs. Brief in Support of Am. and Restated Mot. to Certify Class – Exhibit D

92. Liability of OLD and St. Paul for the failure of the entire New Orleans levee system;

93. Liability of the Corps for the failure of the Lake Pontchartrain Vicinity Hurricane Protection District;

94. Liability of the Corps, OLD, and St. Paul for the failures associated with the Mississippi River-Gulf Outlet (the "MRGO");

95. Liability of the Corps for creating a hazardous condition in respect of the MRGO;

96. Allocation of liability to the Corps for the floodwall breaches along the London Avenue Canal and/or IHNC ;

97. Allocation of liability to OLD for the floodwall breaches along the London Avenue Canal and/or IHNC;

98. Allocation of liability to SWB for the floodwall breaches along the London Avenue Canal and/or IHNC;

99. Allocation of liability to EJLD for the floodwall breaches along the London Avenue Canal and/or IHNC;

100. Allocation of liability to PNO for the floodwall breaches along the London Avenue Canal and/or IHNC;

101. Allocation of liability to M&M for the floodwall breaches along the London Avenue Canal and/or IHNC;

102. Allocation of liability to Eustis for the floodwall breaches along the London Avenue Canal and/or IHNC;

103. Allocation of liability to Boh Bros. for the floodwall breaches along the London Avenue Canal and/or IHNC;

104. Allocation of liability to B&K Construction for the floodwall breaches along the London Avenue Canal and/or IHNC;

105. Allocation of liability to Burk-Kleinpeter for the floodwall breaches along the London Avenue Canal and/or IHNC;

106. Allocation of liability to Gotech for the floodwall breaches along the London Avenue Canal and/or IHNC;

107. Allocation of liability to CSX for the floodwall breaches along the London Avenue Canal and/or IHNC;
108. Allocation of liability to Gulf Group for the floodwall breaches along the London Avenue Canal and/or IHNC;
109. Allocation of liability to Pittman for the floodwall breaches along the London Avenue Canal and/or IHNC;
110. Allocation of liability to C. R. Pittman for the floodwall breaches along the, London Avenue Canal and/or IHNC;
111. Allocation of liability to James Construction for the floodwall breaches along the London Avenue Canal and/or IHNC;
112. Allocation of liability to PBR for the floodwall breaches along the , London Avenue Canal and/or IHNC;
113. Allocation of liability to St. Paul Fire for the floodwall breaches along the London Avenue Canal and/or IHNC;
114. The source of water inundation of each class and sub-class member's property, i.e., the water plume in respect of the breaches of the London Avenue Canal and IHNC floodwalls;
115. The flow rate of the water inundation of each class and sub-class member's property from each of the breaches;
116. The amount of water that flowed through the breaches of the floodwalls of the London Avenue Canal;
117. The amount of water that flowed through the breaches of the floodwalls of the IHNC;
118. The lack of immunity of some or all of the Defendants for the class and sub-class members' claims; and
119. The inability of the Defendants to establish any factual or legal defense to the class and sub-class members' claims.