# Exhibit F
# Part 2

in early 2006, focused on five key areas: government effectiveness, economic development and culture, city and urban planning, infrastructure, and housing. All five of these areas pose various types of challenges for both redevelopment efforts and repopulation. Although, as ULI stated, their suggestions were an initial step in redeveloping New Orleans, there is need for additional and more in-depth research on such proposals as the ULI. For example, under the government effectiveness area, ULI calls for the "basic rights"[7] of current and future citizens of New Orleans for fair compensation for a property that cannot be rebuilt. This poses a particularly intriguing problem. After Hurricane Katrina, real estate appraisers in the area found that widespread loss of normally dependable public databases and other research sources were destroyed or otherwise rendered undependable.

In many areas, particularly those with the greatest physical damage, real estate markets were and continue to be totally disrupted, and market data for valuation is simply non-existent. Thus, even retrospective appraisals, with a pre-Katrina valuation, will be problematic. The city and urban planning recommendations are particularly ripe for real estate researchers, especially for those in urban planning because of the recommended zoning redevelopment agenda.[8] Other ideas also proposed by ULI, such as the formation of a conduit called the Crescent City Rebuilding Corporation, need to be further studied for their potential effectiveness and timely acquisition and disposition of land and funds. The coordination between this conduit and the New Orleans Housing Partnership, a proposed vehicle fostering low- to moderate-income housing, will be crucial in the balanced redevelopment of the city inclusive of all levels of income.

*Katrina Effects on Other Cities.* Hurricane Katrina resulted in an immediate displacement of about 1.3 million people; an estimated 723,000 of these relocated over 100 miles from their homes (Baen and Dermisi, 2006). While Baen and Dermisi suggest that the dispersion of urban poor among various areas around the country will allow them to be easily absorbed into other communities, this suggests at least a marginal change in poverty housing and other real estate resources devoted to low-to-moderate income families in those communities absorbing the larger numbers of urban poor. Many communities face the paradox of increasing numbers of displaced urban poor coupled with a heightened demand for real estate at all levels, thus bidding up marginal prices of available properties.[9] A 2006 report entitled "The State of Real Estate" highlights that housing demand in Baton Rouge and other unaffected areas has increased significantly, and many of these new residents are buyers rather than just temporary renters. Further anecdotal evidence suggests that there has been a commensurate crowding-out effect in many of these areas, as lower-valued property, often previously rental in nature, is being purchased at prices unaffordable by the current residents. Jones Lang LaSalle (JLL),[10] on the other hand, highlights that surrounding major cities, such as Atlanta, Dallas, and Memphis, would enjoy positive commercial real estate benefits as businesses relocated out of the New Orleans area concurring with earlier research conducted by the National Association of Realtors.[11] Notably, however, the JLL study suggests that the more important post-Katrina question is the impact on energy prices, particularly as the region struggles to bring back on-line the huge industrial infrastructure needed to support the refining capacity.

However, they also note that the U.S. economy as a whole is in a better position than it was in 2001 (after 9/11) to absorb the economic shocks to the real estate industry and other markets.

*Tenant Evictions and Speculation.* Another trend becoming more evident especially in the historic neighborhoods of New Orleans is the increase in the tenant eviction rate. These evictions are often on short notice so that landlords may sell residences to speculators. Fletcher and Efriti (2005) identified this trend by interviewing both speculators and brokers in New Orleans. They suggest that there is wide-spread speculation in the area.

*Insurance Issues.* The insurance industry is reevaluating their policies and procedures in the wake of Hurricane Katrina and some changes are already visible. For example, certain insurance companies are not insuring owners from natural disasters (e.g., hurricane, flood, or earthquake) in certain areas (e.g., Florida, Long Island) because of the significant risk identified by a combination of scientific predictions and more sophisticated insurance modeling. Indeed, current risk-sharing structures may prove inadequate for future disasters. Some suggest simply not rebuilding in hurricane-prone areas, while others propose insurance structures similar to the way California handles earthquake risks. Considering that insurance companies usually base their scenario developments on worst cases and the increasing number of scientists who believe that global worming will further intensify weather-related phenomena spurring more disasters in the years to come, further research is needed in disaster preparedness and prevention in densely populated urban areas.

*Financing Issues.* Looming on the horizon are significant and severe financing problems of sufficient magnitude to have real impacts on underwriting agencies. According to news reports, mortgage delinquencies in Katrina-affected areas have skyrocketed, with nearly 12% of all mortgages over 90 days overdue just four months after Katrina. Not surprisingly, FHA and sub-prime mortgages are fairing much worse, reporting 21% and 24% delinquency rates, respectively, according to the Mortgage Bankers Association. As of yet, the foreclosure rate is still low because lenders are taking a wait-and-see attitude. However, eventually this will need to be revised. Further, it is likely that these delinquency rates vary widely across neighborhoods, with highly affected areas suffering the worst. As a result, large swaths of New Orleans neighborhoods may face foreclosures in the near future, opening the door to the same sort of "ghost town" effect seen in parts of Houston during the oil crisis of the early 1980s. In response, the HUD Office of Housing urged lenders to provide forbearance to FHA borrowers displaced by the storm and unable to make regular monthly payments. HUD took the lead in providing the first 90-day foreclosure relief for FHA borrowers in presidential-declared Major Disaster Areas affected by Hurricanes Katrina, Rita, and Wilma. On November 22, 2005, HUD extended foreclosure moratoriums in those counties declared eligible for individual assistance as a result of Hurricanes Katrina and Rita for an additional 90 days to February 28, 2006. Recognizing that many FHA-insured families needed more time to recover, HUD extended FHA's foreclosure moratorium yet again on February 27, 2006. On December 1, 2005, HUD announced an additional homeownership retention initiative to help homeowners with FHA-insured mortgages who are unable to maintain their

payment obligations due to hurricane-related property damage, curtailment of income, or increased living expenses. The FHA will advance mortgage payments for up to 12 months for eligible borrowers who are committed to continued occupancy of their homes as a principal residence and are expected to have the financial capacity to repair storm damage and resume making full mortgage payments within a 12-month period.

*Environmental Issues.* Other studies, including the ULI report and the DHS report, note the very real potential for damage to the environment. South Louisiana contains an almost unique combination of highly sensitive ecosystem and a significant percentage of the oil and chemical refinery capacity for North America. In the aftermath of Hurricane Katrina, there were numerous oil and chemical spills, including a 1.05 million gallon crude oil spill from a refinery in St. Bernard's Parish, located to the east of New Orleans. Public policy researchers will find post-Katrina to be a rare laboratory, both for governmental decision-making and for market solutions. Empiricists will also be busy, particularly studying valuation impacts of contamination.

*Native-American Issues.* The Chitimacha Tribe of Chareton, Louisiana and the Tunica-Biloxi Tribe of Marksville, Louisiana, provided housing for displaced tribal families evacuated from New Orleans and coastal Mississippi. HUD provided up to $2.4 million for emergency tribal assistance, up to $425,000 per tribe on a first-come-first-served basis. As of this writing, little is known of the nature of tribal displacement, the future of housing for these tribal families, or the adequacy of tribal federal assistance.

*Suggestions for the Federal Government.* The extensive overtopping and several breaches in critical places resulted in catastrophic failure for certain areas of the levee system. In addition to the levee breaches, the miscommunication[12] among federal, state, and local agencies along with the devastated effects of Hurricane Katrina prompted DHS to look at the critical challenges faced by the federal government before, during, and after devastating natural disasters. The White House report (2006) written by DHS identified seventeen critical challenges before and during Hurricane Katrina (Exhibit 6).

Within these seventeen challenges in Exhibit 6, the DHS outlined 125 specific recommendations for federal action in the wake of Hurricane Katrina. The five recommendations under "Mass Care and Housing" (numbered 68–72 in DHS's overall listing) have specific implications for the real estate research community:

68. The American Red Cross (ARC) and DHS should retain the mass care and sheltering responsibilities during disasters.
69. Designate Housing and Urban Development (HUD) as the lead federal agency for the provision of temporary housing.
70. Assist states and municipalities in developing mass relocation plans for each major metropolitan area and inventories of existing shelters and shelter sites.

**Exhibit 6**
**Hurricane Katrina Critical Challenges**

| | Critical Challenges |
|---|---|
| 1 | National Preparedness |
| 2 | Integrated Use of Military Capabilities |
| 3 | Communications |
| 4 | Logistics and Evacuation |
| 5 | Search and Rescue |
| 6 | Public Safety and Security |
| 7 | Public Health and Medical Support |
| 8 | Human Services |
| 9 | Mass Care and Housing |
| 10 | Public Communications |
| 11 | Critical Infrastructure and Impact Assessment |
| 12 | Environmental Hazards and Debris Removal |
| 13 | Foreign Assistance |
| 14 | Non-Governmental Aid |
| 15 | Training, Exercises, and Lessons Learned |
| 16 | Homeland Security Professional Development and Education |
| 17 | Citizen and Community Preparedness |

Note: The source is White House (2006).

71. DHS should develop a system to maintain awareness of the movement of shelter and temporary housing residents.
72. DHS should review and revise the federal regulations under the Stafford Act to emphasize "location-independent" housing assistance.

While all of these have potential research implications for the real estate community, numbers 69 and 72 merit particular examination. Referring to the first of these, anecdotal and news reports after Hurricane Katrina indicated that FEMA attempts at providing temporary housing ("FEMA Trailers") were widely considered to be a failure.[13] DHS recognizes in their report that HUD has extensive experience providing housing resources and an extensive network of regional offices and state and local housing agencies. Therefore, DHS recommends that HUD devote resources to developing competencies in this area.

In the second case, recommendation 72, current regulations allow payment of rental subsidies but not routine payments of security deposits or utility fees. Additionally, regulations do not authorize payment for repairs to existing and available housing units, effectively precluding the use of housing that may need only minor repairs— often at less expense—in order to be occupied. As a result, many people are pushed

into less desirable and often more expensive manufactured housing (the famous "FEMA Trailers") while more efficient solutions are left vacant.

Finally, all of these recommendations suggest a refreshing level of "outside of the box" thinking at DHS in response to Hurricane Katrina. Researchers could take advantage of this window of opportunity to take a fresh look at other options to deal with housing and other infrastructure needs after future disasters.

Baen and Dermisi (2006) provided an overview of the past and present federal policies encouraging urban growth in areas with high risk of recurring natural disasters and highlighted the need for federal policy reform in these areas. Specific recommendations were offered for seven areas of government agencies with direct or indirect influence on urban growth: Federal Flood Insurance Programs and FEMA, FHA-VA-SBA and Federal Bank Loans, General Services Administration, the Justice Department, U.S. Department of Transportation, U.S. Department of Health and Human Services, and the Department of Defense. Some of the recommendations include updating of federal flood maps, cancellation of flood insurance offerings in areas the private insurance industry has not priced the flood risk, and removal of GSA and prison facilities from high-risk areas.

## Impact of the San Francisco Earthquake and Lessons Learned

The impact of Hurricane Katrina may be unique to modern experience, but its scope and scale are not unique. Various cities around the world have faced both manmade and natural disasters [e.g., London (the great fire of 1666) and Lisbon (the great earthquake of 1755)]. Chicago and Atlanta suffered devastating fires in 1871 and 1917, respectively. While San Francisco experienced both a destructive earthquake and a firestorm in 1906, the city experienced a period of extensive growth in the aftermath. Grossi and Muir-Wood (2006) draw comparisons between Hurricane Katrina and the San Francisco Earthquake in a centennial review of the earlier disaster and the implications for risk management.[14] Though separated by half a continent and a century, and with widely different resource sets and topography, these two very different natural disasters have many things in common. For one, both were actually two separate disasters: in the case of Katrina, a hurricane and subsequent flooding; in San Francisco, an earthquake and a resultant fire.[15] In both cases, the consequential disaster did more damage than the initial peril by a factor of three to four. San Francisco was the largest American city west of the Mississippi River with the fastest growing economy in the country. Damage in 1906 dollars was approximately $500 million, of which $235 million was insured loss (this translates to a $10 billion loss in 2006 values using the CPI inflator). The city population was about 450,000 at the time, and recent studies have indicated that about 3,000 people died as a result of the disaster.[16] Fires continued for three days, eventually destroying 2,830 acres and 28,000 properties. Two weeks later, there were fewer than 200,000 people living in the city. Immediately after the San Francisco disaster, the city took steps to facilitate rebuilding. Characteristic is the formation of the Relief Committee the afternoon of the quake, which focused on the rebuilding process through fire prevention. New, stringent fire codes were put in place; and by 1909, 25,000 new buildings had been constructed to

meet the new stringent requirements. By 1910, the rateable value of the city's properties (60% of market value) was $492 million, only $10 shy of the 1905 value. Within a year, 60 miles of streets and 200 miles of street railways were cleared of earthquake and fire debris. About $75 million was spent on rebuilding in the first year, and by April, 1907, the population was back up to an estimated 435,000. Recovery was considered to be complete by 1911, when the city beat out, ironically, New Orleans for the right to host the 1915 World's Fair.

### Parallels and Lessons Learned from the San Francisco Experience

Hindsight focused on the San Francisco re-build provides a number of lessons for real estate research post-Hurricane Katrina. For example:

1. The decision to focus on fire prevention rather than earthquake-proofing new structures may have been the only possible course of action, given the technology of 1906, but it continued to haunt the city many years after. For example, the 1915 World's Fair was held on a site containing 635 acres of landfill rubble from the disaster, and this area was subsequently developed to be 76 city blocks of what is now the Marina District. As Grossi and Muir-Wood (2006) note, "one disaster has the tendency to lay the foundations for the next." The poor soil conditions in this area led to liquefaction, structural damage, and subsequent fires in 1989 during and subsequent to the Loma Prieta Earthquake. Only later did building codes begin adopting seismic guidelines, such as those proffered by the American Technology Council in 1992.

2. Rents in surrounding towns surged out of control in the aftermath of the San Francisco earthquake, with Oakland reporting immediate rent increases of as much as 500%. However, this demand surge set in motion a supply response, and by April, 1907, there were an estimated 50,000 workers engaged in rebuilding at a daily wage rate of $4—reportedly the highest construction laborer pay rate in the world. By 1909, masons were being paid $12 per day. Demand for lumber and other building materials stimulated an economic boom for surrounding cities.

3. Delays in repairs led to further damage, particularly from several rainstorms that occurred during the month after the quake. Researchers have never been able to separate the actual quake and fire damage cost estimates from those resulting from such subsequent and consequential damage.

4. Both homeowners and insurance companies lost records and other paperwork, but were faced with a 60-day rule for submitting claims. Even at the time, it was recognized that many claims were exaggerated, albeit innocently, in the haste to file. About 90% of San Francisco homeowners held fire insurance policies, a much higher proportion than today.[17] Total fire insurance premiums for San Francisco were $2.6 million on $350 million of coverage limits. This coverage was shared by 80 domestic and 50 foreign insurance companies. The total surplus-in-excess for domestic insurers was $100 million, with an additional $49 million in paid-in-

capital. Foreign insurers had a surplus of about \$150 million. Most policies had a "fallen building" clause, which denied coverage if a building collapsed (i.e., due to earthquake) prior to a fire. Many insurers attempted to deny claims on this basis, but strong political pressure was brought to bear to pay. Insurers met in New York City in May, 1906, to coordinate strategy.[18] The outcome of this meeting was an agreement to pay a fire claim unless it could be determined that the building was totally destroyed as a result of the earthquake prior to being consumed by fire. Not surprisingly, of the first 2,000 claims submitted, none noted earthquake damage preceding the fire. Not all insurers agreed to this, and some insurance companies used their full-limit-settlement practices as a powerful marketing ploy. Eventually about 100,000 claims were settled, a settlement rate of about 80%. Of the \$235 million paid, about \$100 million came from British insurers.

5. Immediately after the disaster, urban planners came forward with important suggestions for improving the city and providing more of comprehensive master plan. Many of these were outlined in an article in the *San Francisco Chronicle*[19] one month after the quake.

## Conclusion

The principle goal of this paper was to outline potential areas of real estate research implied by Hurricane Katrina. It is already apparent that there will not be any "quick fix" solutions to the devastation and economic disruption faced by the citizens of southern Louisiana. As government leaders, financial intermediaries, engineers, and others seek to implement solutions in the near- and long-term, it is critical that the research community support them with fundamental theoretical models and empirical analysis, both to estimate the efficacy solutions put in place in the near-term but also to provide lessons learned for other cities, from a real estate perspective, as those other cities prepare for other natural disasters that will certainly be faced in coming years.

In addition, real estate researchers, particularly those engaged in government and applied research, are faced with a host of potential research areas, including, but certainly not limited to, the following areas.

- ■ **Mortgage Lending Experience and Strategies**: How does a disaster of this magnitude impact mortgage failure and/or prepayment rates? Were lender and government responses after Katrina adequate? What are the best-practices learned from this experience?

- ■ **Urban Planning:** While many disaster-prone locales (e.g., earthquake prone areas of California) have rigid comprehensive plans; many others, such as New Orleans, have no such plans. What sort of public policy issues are implied for these non-planned or non-regulated areas? What are the implications for mortgage lending and other financing issues of non-planning? What defines sustainability in these non-planned regions?

■ **Real Estate Valuation**: When markets are thrown into complete disequilibrium, how do appraisers and others accomplish their work? What sort of wholesale pricing and value shifts are experienced by real estate in the area? What are the implications for lenders, insurers, and others?

## Endnotes

1. New York City attacks, only.

2. Much of this chronology is adopted from the U.S. Department of Homeland Security's report to the president, February, 2006.

3. National Oceanic and Atmospheric Survey, May 16, 2005.

4. NOAA Satellite and Information Service, http://lwf.ncdc.noaa.gov/oa/reports/ billionz.html.

5. NOAA, August 2, 2005.

6. www.srh.noaa.gov/mobile/0805katrina/.

7. Basic rights:

   1. Restore public utility service and levees so that all residents can return to the city;

   2. Immediate and equitable redevelopment;

   3. Efficient and effective government;

   4. Integrity and transparency in government;

   5. Stronger, empowered neighborhoods; and

   6. Fair compensation for property on which owners cannot rebuild.

8. The ULI recommends a zoned redevelopment agenda, taking into account traditional land-use patterns including historic district designation, topography, proximity to open space, current building conditions and occupancy patterns, storm sewer capacity, and other factors.
   **Zone A** includes those areas most severely affected by Hurricane Katrina, by environmental contamination, by high repair costs, and other recovery constraints. It is anticipated that block-by-block and even parcel-by-parcel analysis will be required, and great care must be taken to work with the residents to determine appropriate patterns of reinvestment. In many cases, parcel or even block reconfiguration may be needed.
   **Zone B** properties have borne a more varied impact. Some parcels will require either repair or urban infill redevelopment, while other neighborhoods will require larger scale redevelopment. However, these areas will likely not require broad conversion of entire blocks. The appropriate strategy in this zone will probably be focused on rehabilitation of existing land uses.
   **Zone C** was the least affected by Hurricane Katrina, and will require mostly a parcel-by-parcel analysis. Much of the damage in Zone C resulted from consequential actions, such as abandonment. Many usable but unoccupied structures remain in Zone C, which could potentially be adapted for temporary housing while Zones C and B are being rehabilitated.

9. Personal interviews by author with residents of Baton Rouge, Alexandria, and New Orleans, Louisiana, Autumn, 2005 and Spring, 2006.

10. International Facilities Management Association report, www.ifma.org/daily_articles/2005/ sept/09_14.cfm.

11. National Association of Realtors press release, "Hurricane Katrina Impact Mixed for Economy and Housing," September 13, 2005.

12. Characteristic example of the miscommunication is that at 8:12 AM CDT, the NWS received a report of a levee breach along the Industrial Canal at Tennessee Street and issued a flash flood warning. However, as late as 6:00 PM EDT in Washington, D.C., DHS and White House authorities were receiving reports from the Homeland Security Operations Center that the levees had not been breached.

13. A Failure of Initiative, The Final Report of the Select Bipartisan Committee to Investigate the reparation for and Response to Hurricane Katrina, February 16, 2006, http://katrina.house.gov.

14. Much of this section is taken from the Grossi and Muir-Wood review and a timeline prepared by Gladys Hansen, Curator of the Virtual Museum of San Francisco.

15. Hurricane Katrina was also accompanied by other issues, including environmental contamination and levy failure, which are discussed elsewhere in this study.

16. Grossi and Muir-Wood (2006) note that casualties probably stayed low as a result of the time of day. Most residents were home, and most residences were wood-frame structures, which were less susceptible to life-threatening collapse.

17. Recent disastrous fires, such as the Baltimore fire of 1904, led to a popular wave of fire insurance policies.

18. Notably, U.S. anti-trust laws were not nearly as significant in 1906.

19. ■ W.W. Goodrich, an engineer from Portland, Oregon and a former professor at the University of California, had made an extensive geological survey of the area and recommended seismic-proofing techniques for new or reconstructed buildings. George Stratton of Johns Hopkins University also stressed the need for both fireproofing and earthquake-proofing, and recommended wide-open spaces as protection and for firebreaks.

   ■ Callaghan Byrne, described by the *Chronicle* as a local "capitalist," recommended specific grade changes in certain streets and the purchase of land for a park around City Hall. He also suggested a committee of architects, representing property owners, who would agree on a more harmonious style of building fronts and elevations. I.W. Goldman also suggested re-grading, particularly Telegraph Hill.

   ■ One anonymous writer suggested double-decker streets, with one deck reserved for freight and the other for pedestrians and streetcars. City plumbing and gas mains could be under the sidewalk of the lower deck, exposed for easy repairs.

   ■ W.R. Schott suggested two parks that would divide the city into three districts (manufacturing, wholesale/retail, and residential) and also provide firebreaks.

## References

Baen, J.S. and S.V. Dermisi. Urban Functionality and Extreme Natural Disasters: The New Orleans-Katrina Case for New Federal Policies and Programs for High Risk Areas. Unpublished working paper. Presented at the 2006 ARES meetings.

Bernknopf, R., D. Brookshire, and M. Thayer. Earthquake and Volcano Alerts: An Economic Evaluation of Risk Changes. *Journal of Environmental Economics and Management*, 1990, 18, 35–49.

Brookshire, D., M. Thayer, J. Tschirhart, and W. Schulze. A Test of the Expected Utility Model: Evidence from Earthquake Risks. *Journal of Political Economy*, 1985, 93, 369–89.

Fletcher, J. and E. Efriti. Real Estate Speculators Seek Opportunity. The *Wall Street Journal* online edition, September 20, 2005.

Grossi, P. and R. Muir-Wood. San Francisco Earthquake and Fire: Perspectives on a Modern Super Cat. Newark, CA: Risk Management Solutions, 2006.

Guidelines for the Seismic Rehabilitation of Buildings. ATC-33. American Technology Council, 1992.

Hansen, G. Chronology of the Great Earthquake, and the 1906–1907 Graft Investigations. The Virtual Museum of the City of San Francisco, www.sfmuseum.org.

Hoyos, C.D., P.A. Agudelo, P.J. Webster, and J.A. Curry. Deconvolution of the Factors Contributing to the Increase in Global Hurricane Intensity. *Science*, 2006, 312, 94–7.

Kinnard, W.N. and S.A. Dickey. A Primer on Proximity Impact Research. *Real Estate Issues*, 1995, April, 23–29.

Montz, B.E. and G.A. Tobin. The Spatial and Temporal Variability of Residential Real Estate Values in Response to Flooding. *Disasters: The Journal of Disaster Studies and Management*, 1988, 12–4, 345–55.

Murdoch, J., H. Singh, and M. Thayer. The Impact of Natural Hazard on Housing Values: The Loma Prieta Earthquake. *Journal of the American Real Estate and Urban Economics Association*, 1993, 122, 89–114.

Sanders, M. Post-Repair Diminution in Value from Geotechnical Problems. *The Appraisal Journal*, 1996, January, 59–66.

Texas A&M Real Estate Center. *The State of Real Estate*, January, 2006.

The Brookings Institution. *New Orleans After the Storm: Lessons from the Past, a Plan for the Future*. October 2005.

Urban Land Institute. *New Orleans, Louisiana, A Strategy for Rebuilding*. Washington, DC, 2005.

White House. The Federal Response to Hurricane Katrina–Lessons Learned. Washington D.C., February 2006.

# TRIAL TESTIMONY, JOHN A. KILPATRICK, PH.D., GREENFIELD ADVISORS LLC

| Case No. | CASE NAME | PROJECT | COURT NAME | PLAINTIFF ATTORNEY | DEFENSE ATTORNEY | RETAINER FOR M&A | TRIAL | DEP | CASE NO. |
|---|---|---|---|---|---|---|---|---|---|
| 06-1102 | Peterson, et. Al. v. D.R. Horton | Contaminated Property | Circuit Court for Montgomery County, MD | Law Offices of Peter Angelos; Baltimore, MD | Ogletree, Deakins, Nash, Smoak, and Stewart; Greenfield, SC | Plaintiff | | X | 26-8778-V |
| 06-1002 | Duffin v. Exelon | Contaminated Property | USDC, ND of Illinois, Eastern Division | Cohen, Milstein, Hausfeld, Toll, Washington, DC; Williams Cuker, Berezofsky, Philadelphia, PA | Jenner & Block, Chicago, Il; Harkins Cunningham, Washington, DC; | Plaintiff | | X | 06 CV 1382 |
| 04-1201 | Thomas, et. Al. v. A. Wilbert & Sons and Dow Chemical, et. Al. | Contaminated Property; Underground Rent | 18th Judicial District Court, Parish of Iberville, State of Louisiana | Robert Smokie and Adele Owens, Baton Rouge, LA; Patrick Pendley, Plaquamine, LA | Barry Marionneaux, Plaquamine, LA; John Michael Parker, Baton Rouge, LA | Adele Owens | | X | No. 55,127 |
| 04-0115 | Turnbull v. MTA | Contaminated Property | Supreme Court of NY, Kings County | Dunewood Truglia | Staff attorneys, NYC Metropolitan Transit Authority | Dunewood Truglia | X | | 26485/99 |
| 06-0407 | Koch v. Hicks | Contaminated Property & Class Certification | USDC, Southern District of New York | Law Offices of Peter Angelos, Baltimore, MD | Staff attorneys, Exxon-Mobile Corporation | Law Offices of Peter Angelos | | X | 05-cv-05745-SAS |
| 05-0801 | Neadesha v. Amoco/BP | Contaminated Property & Class Certification | Wilson County, State of Kansas | Edgar Law Firm, Kansas City, MO | E. Wayne Taff, Sherman, Taff, & Bangart, Kansas City, MO; Evan Westerfield, Evan Westerfield, Sidley Austin, Chicago, IL. | Edgar Law Firm | | X | |
| 05-0801 | Perrine, et. al., v. DuPont | Contaminated Property & Class Certification | Circuit Court of Harrison Cnty, West Virginia | Farrest Taylor, Cochran, Cherry, Givens, & Smith, Dothan, AL.; Steve Medina, Levin Papantonio, Pensacola, FL. | Allen Guthrie, McHugh, & Thomas, PLLC, Charleston, WV; Wildman, Harrold, Allen, & Dixon, Chicago, IL; | Farrast Taylor & Steve Medina | X | X | 04-C-296 |
| 05-1201 | Turner, et. al., v. Murphy Oil USA, Inc. | Contaminated Property & Class Certification | U.S. District Court, E. Dist. Of Louisiana | Daniel Becnel, New Orleans, LA | Friiol, Partridge, Kohnke, & Clements, New Orleans, LA | Daniel Becnel | | X | 05-4144 |



Greenfield Advisors

Economic, Market and Valuation Analysis

TRIAL TESTIMONY, JOHN A. KILPATRICK, PH.D., GREENFIELD ADVISORS LLC

as of August, 2007

| Case No. | CASE NAME | PROJECT | COURT NAME | PLAINTIFF ATTORNEY | DEFENSE ATTORNEY | RETAINER FOR M&A | TRIAL | DEP | CASE NO. |
|---|---|---|---|---|---|---|---|---|---|
| 04-1006 | In the matter of Wold | Appraisal Standards matter | Alaska Board of R.E. Appraisers | Robert C. Auth, Asst. Attorney General, State of Alaska | Clay Keene, Keene & Currall, Ketchikan, AK | Clay Keene | X | | 3300-98-006, 330-02 004 |
| 04-1003 | Thornell v. Cooper Farms | CAFO | Court of Common Pleas, Paulding County, Ohio | Joel R. Campbell, Britt, Campbell; Nagel & Sproat, LLP, Columbus, Ohio | Wesley Newhouse; Lane Alton, & Horst, Columbus, Ohio | Britt, Campbell, Nagel, & Sproat | | X | CI-03-155 |
| 01-0606 | Incredible Motels, Inc., et. al., v. Connecticut Resources Recovery Authority, et. al. | Landfill & Impaired Property | Superior Court at New Britain (Connecticut) | Walter Twachtman and John Grasso; Boscarino, Grasso & Twachtman, Hartford, CT | Kenneth G. Williams; Gordon, Muir, and Foley, Hartford, CT | Boscarino, Grasso, & Twachtman | | X | X03CV01051437 |
| 05-0401 | Washington DOT v. Happy Valley | Eminent Domain | Superior Court of Washington for King County | Mark Lyon, Deputy Attorney General for the State of Washington | Scott Smith and Richard Ross; Riddell Williams, Seattle, WA | Riddell Williams | | X | |
| 02-1201 | Celebrity Cruises Inc. and Fantasia Cruising, Inc., v. Essef Corp., Pac-Fab Inc, and Structural Europe N.V. | Business Value | U.S. District Court, New York, NY | Gregory O'Neill, James Hazen, and Mark Jaffe; Hill Betts, Nash, New York, NY | Renee Plessner & Kenneth Lang; Mound Cotton Wollan & Greengrass, Garden City, NY | Hill Betts Nash | | X | 98 Civ 3135 (JCF) |
| 05-0102 | Koszewski-Jones, Et. al., v. Delphi Corporation | Contaminated Property | Circuit Court for the County of Kent, Michigan | Carole Bos and Bradley Glazier; Bos & Glazier, PLC, Grand Rapids, Mich. | John A. Ferroli; Dykema Gossett, Grand Rapids, Mich. | Bos & Glazier | | X | 04-09808-CE |
| 05-0303 & 05-0304 | Norbut v. Jaeger, et. al. | Geotechnical | Superior Court of Washington for Kitsap County | Eric Johnson, Bainbridge Island, WA; David Bierman, Alexander & Bierman, Seattle, WA | Sally Leighton, Burgess Fitzer, PS, Tacoma, WA; David Bricklin, Bricklin Newman Dold, LLP, Seattle, WA. | Burgess Fitzer and Bricklin, Newman, Dold | X | X | 02-2-02636-4 |
| 04-1202 | Central Puget Sound Regional Transit Authority, dba Sound Transit, v. Carver G. Wilcox, et. al. | Eminent Domain | Superior Court of Washington for King County | Janis White and Larry Smith, Graham & Dunn, PC, Seattle, WA | Catherine Clark, Williams Clark PSC, Kenmore, WA | Williams Clark | | X | 04-2-06106-7 SEA |



Greenfield Advisors

Economic, Market and Valuation Analysis

TRIAL TESTIMONY, JOHN A. KILPATRICK, PH.D., GREENFIELD ADVISORS LLC

| Case No. | CASE NAME | PROJECT | COURT NAME | PLAINTIFF ATTORNEY | DEFENSE ATTORNEY | RETAINER FOR M&A | TRIAL | DEP | CASE NO. |
|---|---|---|---|---|---|---|---|---|---|
| 02-1109 | Henry, et. al., v. St. Croix Alumina, LLC, Alcoa, Incl, and Glencore, Ltd | Class Action Contaminated Property | District Court of Virgin Islands, Division of St. Croix | Baron & Budd, Dallas, TX | Lebouef Lamb, Pittsburgh, PA; Bernard C. Pattie, Christiansted, VI; Fowler White, Jacksonville, FL; Taito Tekosky; Los Angeles, CA | Baron & Budd | | x | 1999/0036 |
| 05-0105 | Kauri Investments Ltd. V. General Insurance Company of America | Contract Dispute | Superior Court of Washington, County of King | Short Cressman & Burgess, PA, Seattle, WA | Byrnes & Keller, Seattle, WA | Short Cressman & Burgess | x | x | 03-2-40223-1 SEA |
| 04-0803 | Kleinberg, et. al., v. Sto, et. al, and Governors Lane Condominium Association v. Sto, et. al. | Class Certification, Construction Defects | Superior Court of New Jersey, Monmouth County | Berger & Montegue, Philadelphia, PA | Edwards & Angell, LLP, Short Hills, NJ | Berger & Montegue | | x | MON-911-01 |
| 03-0601 | Carter, et. Al, v. Ballard, et. Al | Contaminated property | District Court of Nueces County, TX | Hilliard & Munoz, LLP, Corpus, Christi, TX | Hayes & Boob, LLP, Houston, TX; Harris & Greenwell, LLP, Corpus Christi, TX; Hardline, Dacus, Barger, Dreyer, & Kern, LLP, Corpus Christi, TX; David Sibley, Attorney at Law, Corpus Christi, TX; Fred Dreiling, Attorney at Law, Corpus Christi, TX; Hill & Villarreal, Corpus Christi, TX; Thompson & Knight LLP, Houston, TX. | Hilliard & Munoz | x | x | 03-720-F |
| 04-0901 | Carrara II Condominium Owners Assn. V. Carrara, LLC, et. Al., | Construction Defects | Superior Court of Washington for King County | Golf & DeWall, LLP, Seattle, WA | Tousley, Brain, Stephens, LLC, Seattle, WA; | Golf & DeWall, LLP, Seattle, WA | | x | 03-2-17510-4SEA |
| 03-0202 | Palmisano, et. Al., v. Olin Corporation and Standard Fusee Corporation | Contaminated property | U.S. District Court, Northern District of California | Rapazzini & Graham, San Francisco, CA; Duane Morris, San Francisco, CA | Husch & Eppenberger LLC, St. Louis, MO; Sedgwick, Deter, Moran, & Arnold, San Fransisco, CA; Fransisco, CA; Creech, Liebow, & Kraus, San Jose, CA | Rapazzini & Graham; Duane Morris | x | x | 5:03-CV-01607-RMW |



Greenfield Advisors

*Economic, Market and Valuation Analysis*

TRIAL TESTIMONY, JOHN A. KILPATRICK, Ph.D., GREENFIELD ADVISORS LLC

| Case No. | CASE NAME | PROJECT | COURT NAME | PLAINTIFF ATTORNEY | DEFENSE ATTORNEY | RETAINER FOR M&A | TRIAL | DEP | CASE NO. |
|---|---|---|---|---|---|---|---|---|---|
| 04-0703 | Amberly Farms Condominium Owners Association v. J. Scott Homes, Inc., et. Al. | Construction Defects | Superior Court of Washington for King County | Golf & DeWalt, LLP, Seattle, WA | Krilich, LaPorte, West, & Lockner, PS, Tacoma, WA | Golf & DeWalt | | X | 02-2-13001-7 |
| 00-0501 | Guillory v. Union Pacific | Contaminated property & class certification | 14th Judicial District Court, Parish of Calcasieu, State of Louisiana | Sanders, Crockett, & Chism; and Lundy & Davis; Lake Charles, LA | Bergstedt & Mount; Stockwell, Sievert, Viccellio, Clements, & Shaddock; Fraser, Morris, & Wheeler, Lake Charles, LA | Sanders, Crockett & Chism; and Lundy & Davis | X | X | 98-5405 |
| 04-0114 | Henry v. Dow | Class Certification; Contaminated Property | Circuit Court of Saginaw County, Michigan | Stueve Helder Siegel LLP and Spencer, Fane, Britt & Brown, LLP (Kansas City, MO); Trogan & Trogan, PC (Saginaw, MI) | Dickinson Wright PLLC (Detroit, MI); Braun Kendrick Finkbeiner PLC (Saginaw, MI); Beveridge & Diamond PC (Washington, DC); Kirkland & Ellis LLP (Chicago, IL) | Stueve Helder Siegel | | X | 03-047775-NZ |
| 03-0303A | Martinelli v. Dan Paulson Construction, Inc. | Construction Defects | American Arbitration Association, Seattle, WA | Law offices of Robert Gould, Seattle, WA | Greg Jones, Fallon & McKinley, Seattle, WA | Robert Gould | X | X | 75 110 00402 02 VMD |
| 02-1108 | Holdgrafer , et. al, v. Unocal, et. al. | Contaminated Property (Petroleum) | Superior Court of California, San Luis Obispo County | Steve Crandall, Law Offices of Steve Crandall, San Luis Obispo, CA | James Buttery, Andre Morris & Buttery, Santa Maria, CA | Steve Crandall | X | X | CV 10262 |
| 02-0909 | Exit 7 Inc. v. Gemini Construction of Washington, Inc., et. al. | Contaminated Property | Superior Court for the State of Washington in King County. | Kim Johannessen, Johannessen & Associates, Seattle, WA | Keith Moxon, Buck & Gordon, Seattle, WA | Kim Johannessen | X | | 01-2-27639-5 KNT |
| 03-0303 | Martinelli v. Olson Sundberg, et. al. | Construction Defects | Superior Court for the State of Washington in King County. | Law offices of Robert Gould, Seattle, WA | Lane, Powell, Spears, Lubersky, Seattle, WA | Robert Gould | | X | 02-2-09927-1 SEA |
| 03-0301 | In re: W.R. Grace & Co. et. al. | Bankruptcy | U.S. Bankruptcy Court for the Dist. Of Delaware | Lukins & Annis PA (Spokane, WA) and Richardson, Patrick, Westbrook, & Brickman (Charleston, SC | Reed Smith, Pittsburgh, PA | Lukins & Annis PA and Richardson, Patrick, Westbrook, & Brickman | | X | 01-01139 (JKF) |

Greenfield Advisors

Economic, Market and Valuation Analysis

TRIAL TESTIMONY, JOHN A. KILPATRICK, PH.D., GREENFIELD ADVISORS LLC

| Case No. | CASE NAME | PROJECT | COURT NAME | PLAINTIFF ATTORNEY | DEFENSE ATTORNEY | RETAINER FOR M&A | TRIAL | DEP | CASE NO. |
|---|---|---|---|---|---|---|---|---|---|
| 03-0110 | RMB Properties LLC v. Roy Street Development, Inc. | Contract Dispute | Superior Court for the State of Washington for King County | Dennis McGlothin, Barokas, Martin, Tomlinson, Seattle, WA | Vincent Lombardi, Short, Cressman, & Burgess, Seattle, WA | Dennis McGlothin | | X | 02-2-16285-9 |
| 01-0507 | SAD LLC v. Phillips | Contaminated Property (Chemicals) | Superior Court for the State of Washington for King County | David Ashbaugh, Stanislaw Ashbaugh, Seattle, Washington | Randall Thomsen, Danielson Harrigan & Tolletson, Seattle, WA | David Ashbaugh | | X | |
| 02-1107 | Patrick Cooley, et. al, v. Pilchuck Contractors, Inc. | Contaminated Property (Sewerage) | Superior Court for the State of Washington for King County | Ross, Williamson, Loitz, Seattle, WA | Biggs & Young, Seattle, WA | Ross, Williamson, Loitz | X | X | 01-2-28029-5 |
| 02-1106 | Albuquerque Commons v. City of Albuquerque | Eminent Domain | Federal District Court, Albuquerque, NM | Timothy Flynn-Obrien, Bryan & Flynn O'Brien, Albuquerque, NM | Jack Campbell, Campbell & Wells, Albuquerque, NM, & Mark Hirsch, Albuquerque City Attorney | Campbell & Wells | | X | CV-95-06031 |
| 02-1103 | In the Matter of Cingular Wireless | Cell Tower Permit | Snohomish County Hearing Examiner, Everett, WA | Mike Myhre, pro se | Gary Huff, Kar Tuttle Campbell, Seattle, WA | Mike Myhre | X | | N/A |
| 02-0605 | Juanita Griesemer v. Pete Appleton, et. al. | Private Takings | Superior Court for the State of Washington for Pierce County | Sinnitt & Sinnitt, Tacoma, WA | Bullivant Houser Bailey, Seattle, WA | Bullivant Houser Bailey | X | | 01-2-10352-6 |
| 02-0202 | Kurtis R. and Pamela Mayer v. Sto Industries, Inc. | Construction Defects | Superior Court for the State of Washington for Pierce County | J.B. Meade, Gordon Thomas Honeywell, Tacoma, WA | Kenneth Hobbs & Lisa Marchesse, Stafford Frey Cooper, Seattle, WA | J.B. Meade | X | X | 95-2-04168-5 |
| 01-1105 | In the Matter of Lanza | Divorce | Superior Court for the State of Washington for King County | William Kinzel, Kinzel Allen Skone & Searing, Bellevue, WA | Lori Guzzo and Susan Goplen, Betts Patterson Mines, Seattle, WA | Lori Guzzo and Susan Goplen | | X | 01-03-04027-1 SEA |
| 01-1103 | Renaissance Customs, Inc., v. Toni-Junnell Herbert, et. al. | Construction Defects | Circuit Court for Montgomery County, Maryland | John J. McKenna, Jr., Rockville, MD | Patricia Johnson, Washington, DC | Patricia Johnson | | X | 209478V |



Economic, Market
and Valuation Analysts

TRIAL TESTIMONY, JOHN A. KILPATRICK, PH.D., GREENFIELD ADVISORS LLC

| Case No. | CASE NAME | PROJECT | COURT NAME | PLAINTIFF ATTORNEY | DEFENSE ATTORNEY | RETAINER FOR M&A | TRIAL | DEP | CASE NO. |
|---|---|---|---|---|---|---|---|---|---|
| 01-0502 | BRE/River Shores LLC v. GeoEngineers, Inc., et. al. | Contract Dispute & Contaminated Property | Superior Court of the State of Washington, in and for Pierce County | Valerie Ann Lee, Lee & Associates, Seattle, WA | Guy Bowman, Betts Patterson, Mines, Seattle, WA | Guy Bowman | | X | 00-2-06215-5 |
| 01-0306 | Naness v. Benaroya | Contract Dispute | Binding Arbitration | Deborah Phillips, Perkins Coie, Seattle, WA | Henry Jameson, Jameson, Babbitt, Stiles, & Lombard, Seattle, WA | Henry Jameson | X | X | |
| 01-0304 | Sundquist v. Strom | Contract Dispute | Superior Court of the State of Washington, in and for Snohomish County | Rich Hill, Phillips McCullough, Seattle, WA | Ross Radley, Seattle, WA | Rich Hill | X | | 00-2-07879-9 |
| 01-0207 | Sundance at Klahanie Condominium Owners Association v. Village Homes Ltd., et. al. | Construction Defects | Superior Court of the State of Washington, in and for King County | Anthony Rafel, Riddell Williams PS, Seattle, WA | Mark O'Donnell and Gregory Ursich, Preg, O'Donnell, & Gillett, Seattle, WA | Anthony Rafel | | X | 99-2-09506-5 |
| 01-0206 | Sierra at Klahanie Condominium Owners Association v. Sierra, Inc., and Murray Franklyn, Inc. | Construction Defects | Superior Court of the State of Washington, in and for King County | Anthony Rafel, Riddell Williams PS, Seattle, WA | Mark O'Donnell and Gregory Ursich, Preg, O'Donnell, & Gillett, Seattle, WA | Anthony Rafel | | X | 99-2-13892-9 |
| 01-0202 | Park Avenue Condominium Homeowners Association v. Buchan Homes | Construction Defects | Superior Court of the State of Washington, in and for King County | Dean Eric Martin, Barker and Martin, Seattle, WA | Stephen M. Todd, Todd and Wakefield, Seattle, WA | Dean Eric Martin | | X | 99-2-20934-6 |
| 00-1204 | Bush, et. al. v. Charoen Pokphand | Contaminated Property (CAFOs) | Superior Court, State of Alabama | Adam Jones, Beasley, Allen, Crow, Methvin, Portis, & Miles, Montgomery, AL | Floyd Gilliland, Nix, Holtsford, Gilliland, Lyons, & Higgins, Montgomery, AL | Adam Jones | | X | |
| 00-1104 | Peter Ciani and Deborah Ciani v. Agra Earth and Environmental | Geotechnical | U.S. District Court, Western District at Seattle | Evan Inslee, Inslee, Best, Doezie, & Ryder, Seattle, WA | Terence Scanlan, Skellenger Bender, Seattle, WA | T. Scanlan | | X | C99-1269Z |



Greenfield Advisors

Economic, Market and Valuation Analysts

as of August, 2007

TRIAL TESTIMONY, JOHN A. KILPATRICK, PH.D., GREENFIELD ADVISORS LLC

| Case No. | CASE NAME | PROJECT | COURT NAME | PLAINTIFF ATTORNEY | DEFENSE ATTORNEY | RETAINER FOR M&A | TRIAL | DEP | CASE NO. |
|---|---|---|---|---|---|---|---|---|---|
| 00-0503 | Lawrence C. Mendoza, et. Al. v. Toll Brothers, Inc., et. Al. | Construction Defects | Circuit Court for Fairfax County, Virginia | Peter Grenier and Marc Pasekoff, Bode and Beckman, Washington, DC | Michael McManus, Drinker, Biddle, & Reath, Washington, DC | Marc Pasekoff | | X | 184846 |
| 00-0207 | Andrews, Et. al. v. Kerr McGee, et. al. | Contaminated Property (Creosote) | U.S. District Court, N. Dist. Of Mississippi | Hunter Lundy, Lundy and Davis, Lake Charles, LA | J. Gordon Flowers, Gholson Hicks & Nichols, Columbus, MS | Hunter Lundy | | X | 1:00CV158-D-A |
| 00-0101 | Keaton's Landing v. Metco Homes | Condominium Construction Defects | Superior Court for the State of Washington for Snohomish County | Stellman Keehnel, Foster Pepper Shefelman, Seattle, WA | John Evans, Williams Kastner & Gibbs, Seattle, WA | Stellman Keehnel | | X | 98-2-04491-6 |
| 99-806 | Florida Dept. of Transportation v. Phil Smith Toyota | Condemnation | Florida Condemnation Court | Florida DOT attorneys | Allan Rubin, Shutts & Bowen, Ft. Lauderdale, FL | Allan Rubin | X | | 86110-2510 |
| 99-305 | Alice Andahl and Victor and Nancy Chynoweth v. Rick Mezich and Mary Mezich and the City of Edmonds | Geotechnical | Superior Court for the State of Washington for the County of Snohomish | Marc McPherson & Michael Wampold, Hillis Clark Martin & Peterson, Seattle, WA | John Wiegenstein, Heller & Wiegenstein; Steven J. Jager & Christopher Clemanson, Lee Smart Cook Martin & Patterson, Everetty, WA | John Weigenstein | X | X | 98-2-00489-2 |
| 99-303 | City of Vancouver v. Clark County Board of Equalization and Kerry and Ted Gilbert | Inverse Condemnation | WA State Board of Equalization | Brent Boger, City Attorney, City of Vancouver | A. W. Mackie, Owens Davies Mackie, Olympia, WA | A. W. Mackie | X | X | No. 98-72 through 98-75 |
| 99-0206 | Future Shop v. Blume | Contract Dispute | Binding Arbitration | Spencer Hall, Hall Zanzig Widell, Seattle, WA | Henry Jameson, Jameson, Babbitt, Stites, & Lombard, Seattle, WA | Spencer Hall | X | | |
| 98-1204 | Martusacelli v. Lund | Contaminated Property (Chemicals) | Superior Court of the State of Washington in and for the County of Walla Walla | James Dodge, Foreman and Arch, Wenatchee, WA | | James Dodge | | X | 97-2-00694-6 |

Greenfield Advisors

Economic, Market and Valuation Analysis

SUITE 650, 2601 4TH AVENUE
SEATTLE, WASHINGTON 98109
PHONE 206-623-2935   FAX 206-623-2985
HTTP://WWW.GREENFIELDADVISORS.COM



*Economic, Market
and Valuation Analysts*

## JOHN A. KILPATRICK, Ph.D.  MRICS
## PROFESSIONAL QUALIFICATIONS

John Kilpatrick is the President and Managing Member of Greenfield Advisors, formerly Mundy Associates, and has over 25 years experience in real estate and business development, statistical and financial analysis, consulting, teaching, and corporate finance, including:

- The Shumaker Company (1978-1981 and 1984-1987) Controller of a large-scale residential subdivision development, homebuilding, and brokerage company.

- Dean Witter Reynolds (now Dean Witter Morgan Stanley, 1981-1984), Account Executive and S.C. Municipal Bond Coordinator

- Kilpatrick and Associates Realty (1987-1990) Broker-in-Charge, and Vice President of Sand Creek Development Company

- University of South Carolina: Lecturer in Real Estate (1992-1998), Researcher in the Center for Applied Real Estate (1997-1998), Administrator of the South Carolina Supercomputer Network (1994-1996), Project Coordinator of the Washington, DC, based Academic Coalition for Intelligent Manufacturing Systems (1994-1995), Assistant to the Senior Vice President for Research (1990-1994).

- Kilpatrick Research Group (1994-1998) Principal, conducting economic, financial, and market analyses for governments and private firms in the Southeast.

- Greenfield Advisors LLC (1998-Present) President and Managing Member

He has published extensively, including *Financing Development and Construction in the 90's* and *Understanding Home Construction*, both published by the National Assn. of Homebuilders, and *Subdivision Development*, published by the National Assn. of Realtors.  His recent invited presentations include members of the U.S. Senate (on advanced manufacturing R&D), the American Real Estate Society, the annual Applied Geography Conference of the American Assn. of Geographers, Southeastern Builders Conference, American Real Estate and Urban Economics Assn., National Trust for Historic Preservation, National Assn. of Homebuilders annual Executive Officers Conference, and the Georgia Trust for Historic Preservation. He served on the ***Housing 2000 Task Force*** for the S.C. Housing Finance and Development Authority.  He is presently the editor of *Greenfield Report*, a semi-monthly internet-based newsletter covering current economic, financial, and legal topics, and is a peer-reviewer for the journal *Real Estate Economics.*  In 2003, his industry peers in Western Washington honored him by naming him Editor of the semi-annual Central Puget Sound Real Estate Research Report.

His consulting and academic research activities included work for and funded by the National Science Foundation, the US Dept's of Energy, Interior, Defense, and Commerce, Oak Ridge National Lab, Southeastern Universities Research Association, Oak Ridge Associated Universities, SC Budget and Control Board, SC Department of Archives and History, SC Downtown Development Association, SC Housing Finance and Development Authority, and many city and county governments and private corporations.  His work in real estate has recently been featured in *The Wall Street Journal*, the *Boston Globe*, *The New York Times*, and other national publications.  Among his recent professional honors, in 1999-2000, Kilpatrick served on the Working Group of the Data Consortium, formed and financed by major national real estate organizations to set the agenda for information in that industry in the 21st Century.   In 2000, the State of South Carolina and the U.S. Department of the Interior published a monograph honoring his research in real estate values.  In 2002, following the terrorist attacks on the World Trade Center, Kilpatrick was named as a consulting expert for Bloomberg Network News on real estate issues.  In 2003, he was named a Professional Member of the International Code Council, which oversees the development of building codes in the United States, and became a Fellow of the American Real Estate Society.   In 2004, Dr. Kilpatrick was elected to be a Member of the Faculty on Valuation of the Royal Institution of Chartered Surveyors (MRICS).  Also, in 2004, Dr. Kilpatrick was designated by the Appraisal Qualifications Board in Washington, DC, as a Nationally Certified Instructor for the Uniform Standards of Professional Appraisal Practice.  Dr. Kilpatrick is featured in the 2006 and later editions of *Who's Who in America*.

John Kilpatrick has been qualified as an expert witness on real estate, economics, finance, construction matters, and statistical research in various state and federal courts throughout the United States.

*John A. Kilpatrick, Ph.D., MRICS*

## EDUCATION

Bachelor of Science in Business Administration (Accounting)
University of South Carolina

Master of Business Administration
University of South Carolina

Doctor of Philosophy, Finance (Real Estate)
University of South Carolina
Dissertation: *Agency Costs and the Determinants of the Capital Structure of REITs*

## HONORS AND AWARDS

Visiting Scholar in Real Estate, Zicklin School of Business, Baruch College, New York (2007-)
*Who's Who in American Business and Finance (2007-)*
*Who's Who in America* (2006-)
Editorial Board, *Brownfield News* (2005-2006)
Principal Member, Real Estate Counseling Group of America (2004-)
     Education Chairman (2005-)
Nationally Certified Instructor, Uniform Standards of Professional Appraisal Practice, designated by the
     Appraisal Qualifications Board, Washington, DC (2004-)
Member, Royal Institution of Chartered Surveyors, Faculty of Valuation (2004-)
Fellow, American Real Estate Society (2003-)
Professional Member, International Code Council (2003-)
American Real Estate and Urban Economics Association 1994 Doctoral Seminar Honoree (1993)
Omicron Delta Epsilon Economics Honor Society (1993)
Graduate Scholar, The Appraisal Institute (1992-1993)
Arthur Warner Scholar, The S.C. Association of Realtors (1991-1992)
National University Scholar, Commercial Investment Real Estate Council of the National Association of
     Realtors (1990-1991)
*Who's Who in the South and Southwest* (1984 - 1991 editions)
*Who's Who Among Students in American Universities and Colleges* (1976 edition)
Omicron Delta Kappa Leadership Honor Society (1975)

## RECENT PUBLICATIONS AND WORKING PAPERS

*Central Puget Sound Real Estate Research Report* (Editor), published semi-annually by the Central
     Puget Sound Real Estate Research Committee, Inc., 2003-

"Foreign Direct Real Estate Investment in the U.S. – Opportunities and Cautions", presented at the
     annual meetings of the Asian Real Estate Society, Macao, China, July, 2007

"Economic Feasibility – the Challenge for Eminent Domain Appraisers under *Lucas*", working paper in
     progress

"Real Estate Investments of the Rich and Famous", *Journal of Wealth Management,* Spring, 2007

*John A. Kilpatrick, Ph.D., MRICS*

## RECENT PUBLICATIONS (continued)

"When is a Taking 'Fair'?, a Repeat Sales Analysis", presented at the American Real Estate Society annual meetings, April, 2007; presented at the Eminent Domain Institute annual meeting, April, 2007

"Valuing Multiple Contemporaneous Events: The Case of the Murphy Oil Spill", presented to the American Real Estate Society annual meetings, April, 2007

"Real Estate and the Nash Equilibrium", working paper in progress

"Valuation of Brownfield Properties", Chapter 29 in *Brownfield Law and Practice*, LexisNexis Matthew Bender Publications, 2007.

"Valuation of Impaired Property" with Ron Throupe, Bill Mundy, and Will Spiess, Chapter 6 in *When Bad Things Happen to Good Property*, Robert Simon, ed., (Washington, DC: National Environmental Law Center, 2006)

"Highlights from 'Valuation of Brownfield Properties'", American Bar Association's *Section on Environmental Transactions and Brownfields Newsletter*, November, 2006

"The Aftermath of Katrina – Recommendations for Real Estate Research", with Sofia Dermisi, *Journal of Real Estate Literature*, 15-2, Spring, 2007

"Non-Parametric Methods and the Appraisal Process", working paper in progress.

"Stigma Revisited Again", working paper in progress with, Max Kummerow, presented at the American Real Estate Society annual meetings, Key West, Fl, April, 2006

"The Impact of Transit Corridors on Residential Property Values", with Ron Throupe, John Carruthers, and Andy Krause, *Journal of Real Estate Research*, Spring, 2007

"Application of Repeat Sales Analysis to Determine the Impact of a Contamination Event", Jo*urnal of Housing Research*. Fall, 2006

'Redevelopment Brings Developers, Conservationists Together", with Nina Marshtein, *Charleston (SC) Business Journal*, March 2, 2006

"5 mega-trends for Puget Sound Real Estate", *Daily Journal of Commerce* (Seattle, WA), October 6, 2005

"Brownfields Let Texans Do Well While Doing Good," with David I. Mayes, *Dallas Business Journal*, 28 October 2005

"Find Creative New Ways to Develop Land in Tampa Bay", with Mark Tumlin, *Tampa Bay Business Journal,* July 25, 2005

"Creative New Ways to Find Land to Develop", with Brad Anderer, *Arizona Journal of Business and Real Estate*, April 15, 2005

## RECENT PUBLICATIONS (continued)

"Multiple Regression Models and Diminishing Marginal Returns in Land Values", with John I. Carruthers, working paper in progress. Presented at the American Real Estate Society annual meetings, April, 2005

"Geotechnical Problems and Property Values: Market Evidence from the Pacific Northwest", working paper in progress

"Agency Costs and REIT Debt Announcements", with Ronald C. Rogers, working paper in progress (presented at the American Real Estate Society meetings in 2004)

"Appraising Real Estate in Complex Environmental Class Actions: An Expert's View", *Toxic Law Reporter*, January 13, 2005

"Where Will Our Children Live? Adaptive Re-Use of Brownfields", with Joseph Kesling, *Puget Sound Business Journal*, December, 2004

"Real Estate Issues in Class Certification", *Class Action Litigation Report,* October 8, 2004

"Terrorism Impacts on the Value of Major Downtown Office Buildings", Mundy Associates LLC working paper series.

"Agency Costs and REIT IPO's", working paper in progress, with Ronald. C. Rogers, presented at the American Real Estate and Urban Economics Association meetings in January, 2004.

"Agency Costs and REIT Mergers", working paper in progress

"Windfall Lien Guidance", *Newsletter of the Environmental Transactions and Brownfields Committee,* American Bar Association Section on Energy, Natural Resources, and the Environment, January, 2004.

"Looking Backward and Forward: Economic Restructuring and United States Real Estate Markets," *Real Estate Issues*, Fall, 2003, with John Carruthers, Bill Mundy, and Ron Throupe.

"Appraisal of Contaminated Real Estate in the United States", prepared by invitation of and for publication in the *Journal of the Japan Real Estate Institute*, October, 2003 (with Bill Mundy)

"Construction Defects and Stigma", *Mealey's.Construction Defects*, July, 2003

"*Daubert* Raises Its Ugly Head Again", *In-House Counsel Committee Newsletter*, American Bar Association, February, 2003

"Concentrated Animal Feeding Operations and Proximate Property Values" *Appraisal Journal,* July, 2001

"The Future of Real Estate Information", *Real Estate Issues,* Spring, 2001

"Valuation Implications of EIFS", *Mealey's Construction Defects,* January, 2001

"Factors Influencing CBD Land Prices", *Real Estate Issues*, Fall, 2000, co-authored with Bill Mundy

## RECENT PUBLICATIONS (continued)

"Lead Contamination Impact on Property Values Significant," *Real Estate Environmental Liability News*, March, 2000.

*The Economic Impact of Historic Designation* (monograph reviewing research done over several years, published by the S.C. Department of Archives and History, January, 2000)

"Summation of Evidentiary Rules for Real Estate Experts Mandated by Daubert v. Merrell Dow Pharmaceuticals, Inc.", *Real Estate Issues*, Fall, 1999, co-authored with Bill Mundy and Dave McLean

"Valuing Brownfields," *Valuation Insights and Perspectives*, February 1999, co-authored with Bill Mundy and Dave McLean.

"Performance of Exterior Insulation Finish Systems," co-authored with Douglas C. Brown and Ronald C. Rogers, *Appraisal Journal* January 1999

*The Economic Impact of Local Preservation Ordinances on Small Towns in South Carolina* (1998) research monograph funded by the South Carolina Downtown Development Association and the U.S. Department of the Interior - National Park Service

*House Price Impacts of School District Choice* (1998), research monograph funded by the South Carolina Center for Applied Real Estate Education and Research, with Frank J. Hefner.

*CAREER News* (semi-annual publication of the USC Center for Applied Real Estate Education and Research), John A. Kilpatrick, editor, 1997-1998

"Appraisal of Contaminated Properties," *CAREER News*, August, 1998.

"Real Estate Law Means Major Changes," *Business and Economic Review*, April-June, 1998.

"Economic Value Added for Real Estate," *CAREER News*, February, 1998.

*Subdivision Development* (Chicago: Realtors Land Institute of the National Association of Realtors, 1998), John A. Kilpatrick, editor.

"Historic Designation and House Prices," *CAREER News*, August, 1997.

The Five Critical C's of Credit," *Florida Home Builder Monthly*, May, 1997.

"Managing the Shrinking Margins," *Florida Homebuilder*, April, 1997.

*The Impact of Historic District Designation in Beaufort, South Carolina* (1997) research monograph funded by the Historic Beaufort Foundation, the S.C. Dept. of Archives and History, and the U.S. Department of the Interior - National Park Service

*The Economic Impact of Local Preservation Ordinances in Greenville, South Carolina* (1997) research monograph funded by the Historic Greenville Foundation, the City of Greenville, South Carolina, the S.C. Dept. of Archives and History, and the U.S. Department of the Interior - National Park Service.

*Analysis of the Columbia Owens Downtown Airport Commercial Corridor* (1996) research monograph funded by the South Columbia Development Corp. and the City of Columbia.

*John A. Kilpatrick, Ph.D., MRICS*

### RECENT PUBLICATIONS (continued)

"Impact of Historic District Designation on House Prices in Columbia, South Carolina," (1995) research monograph prepared for the S.C. Dept. of Archives & History.

*Understanding Home Construction*, (Washington, DC: Homebuilder Press, 1993). ***Honorable Mention, 1993 Washington, DC, EdPress Association Awards*** and ***Top Honors, 1994, Society for Technical Communications Awards.***

"A Study into the Risk of Sales Variability and its Effect on the Success of Strip Shopping Centers," (1992) *Papers and Proceedings of Applied Geography Conferences* Volume 15, J. Frazier, B. Epstein, and F. Schoolmaster, editors.

"Development and Construction Financing: Where Do We Go From Here?" *Maryland Builder*, Baltimore, Md., February, 1992.

*Sample Letters and Memos*, (Washington, DC: Homebuilder Press, 1992).

*Financing Development and Construction in the Nineties*, (Washington, DC: Homebuilder Press, 1991).

### RECENT INVITED TALKS

*In addition to the invited talks listed below, John Kilpatrick is a frequent guest speaker at civic clubs and events throughout the U.S.*

"Investing in Real Estate", Integrated Wealth Management Conference, sponsored by Institutional Investor magazine, schedule for September 12, 2007

"Dollars and Sense of Real Estate Investments", Chair of Continuing Education Program, Seattle, Washington, June, 2007.  Presentations: "What's Working and What's Not" and "The Future of Real Estate Financing"

"Land Valuation", session chair, Asian Real Estate Society Annual Meetings, Macao, China, July, 2007

"Foreign Real Estate Investment in the U.S.: Pitfalls and Opportunities", Asian Real Estate Society annual meetings, Macao, China, July, 2007

"When is a Taking Fair?", Eminent Domain Institute, Las Vegas, April, 2007

"Real Estate Investments of the Rich and Famous", American Real Estate Society annual meetings, San Francisco, April, 2007

"Consistency and Bias in Eminent Domain Appraisals", American Real Estate Society annual meetings, San Francisco, April, 2007

"Real Estate Investments of the Rich and Famous", American Real Estate Society annual meetings, San Francisco, April, 2007

"Scope of Work Updates to the 2006 Uniform Standards of Professional Appraisal Practice, presented to the Real Estate Counseling Group of America, Philadelphia, PA, October, 2006

"Valuation of Contaminated Property in the United States", seminar presented to the faculty and students of the University of Endhoven, the Netherlands, June, 2006

*John A. Kilpatrick, Ph.D., MRICS*

## RECENT INVITED TALKS (continued)

"Stigma Revisited Again", working paper in progress with, Max Kummerow, presented at the American Real Estate Society annual meetings, Key West, Fl, April, 2006

"Application of a Repeat Sales Methodology to Evaluate Property Value Damages from Contamination", presented at the American Real Estate Society annual meetings, Key West, Fl, April, 2006, acceped for publication in the *Journal of Housing Research.*

"The Impact of Transit Corridors on Residential Property Values", with Ron Throupe, John Carruthers, and Andy Krause, presented at the American Real Estate Society  annual meetings, Key West, Fl, April, 2006, accepted for publication in the *Journal of Real Estate Research*

"Real Estate Investing", Seattle Society of Chartered Financial Analysts, December 14, 2005

"Valuation", Session Chair for the American Real Estate Society meetings, Santa Fe, NM, April, 2005

"History of Valuation" Panelist for the American Real Estate Society meetings, Santa Fe, NM, April, 2005

"Regression Analysis and Diminishing Marginal Returns -- An Appraisal Case Study" by (with John Carruthers), accepted for presentation at the 2005 Annual Meeting of the American Real Estate Society, Santa Fe, NM, April, 2005

"The USPAP Scope of Work Proposal", presented to the Real Estate Counseling Group of America, Savannah, Georgia, March, 2005

"Valuation of Brownfields", presentation to officials of the City of Greensboro, NC, January, 2005

"Trophy Property", presentation at the annual meetings of the American Society of Auctioneers, Madison, Wisconsin, July, 2004

"Environmental Valuation Issues", Session Chair for the American Real Estate Society meetings, Captiva Island, Florida, April, 2004.

"Agency Costs and REIT Debt Announcements", presented at the American Real Estate Society meetings, Captiva Island, Florida, April, 2004.

"The Future of Real Estate", presented at the invitation of the Real Estate Counseling Group of America, Half Moon Bay, California, March, 2004.

"Property Tax Appraisal", presented at a seminar in Tacoma, Washington, February, 2004

"Agency Costs and REIT IPOs", presented at the invitation of the American Real Estate and Urban Economics Association, San Diego, California, January, 2004

"Updates on the EPA's New Windfall Lien Provisions" presented at the invitation of the U.S. EPA at the Brownfields Conference, Portland, Oregon, October 29, 2003.

"Updates on the EPA's New Windfall Lien Provisions" presented in a nationwide teleconference sponsored by the American Bar Association's Section on Energy, Environment, and Natural Resources, August 20, 2003.

## RECENT INVITED TALKS (continued)

"Can a Tribal Utility Pay for Itself", presented at the Tribal Utilities Conference, Seattle, Washington, June 9 & 10, 2003

"Financing Residential Development", Master Builders Association of Olympia, April, 2003

"Agency Costs and REIT Mergers", American Real Estate Society annual meetings, Monterrey, California, April, 2003

"Economics of Brownfield Redevelopment", presented at the Advanced Brownfields Redevelopment Workshop, Anchorage, Alaska, January 27, 2003

"Appraisal of Contaminated Property," International Association of Assessing Officials, West Puget Sound Chapter, Olympia, WA, April 26, 2002.

"Market Value(s)", presented to the Seattle Chapter of the Appraisal Institute, Seattle, Washington, November, 2001

"Loss Profits and Damages from an Economist's Point of View" presented at the Washington State CPA's Association Litigation Services Seminar, May 4, 2001

"Appraisal of EIFS Residences" presented at a Symposium on emerging litigation areas sponsored by Mealy Publications, Marina del Mar, CA, November, 2000.

"The Puget Sound Economy", guest speaker for KIRO-TV (Seattle CBS affiliate) at client breakfast, September 21, 2000.

"Public Interest Value", presented at the conference Valuation 2000, jointly sponsored by the Appraisal Institute, the American Society of Appraisers, and the American Farm Managers and Rural Appraisers, Las Vegas, NV, July 6-7, 2000

"An Economic Model of Downtown Seattle Land Prices", presented to the Pacific Northwest Regional Economic Conference, Western Washington U., April, 2000

"Deposing the Real Estate Expert Witness", presented to participants in the Trial Advocacy classes, U. of Washington School of Law, March, 2000.

"Economic Impact of Real Estate Development" presented to the Seattle Economists Club, December, 1999.

"Appraisal of Contaminated Property," presented to the International Association of Assessing Officials, Evergreen Chapter, Woodenville, WA, November 1999.

"Appraisal of EIFS Residences," presented at a Symposium on EIFS sponsored by U.S. Inspect, Washington, DC, June, 1999.

"House Price Implications of School District Choice" presented at the American Real Estate and Urban Economics Association, New York City, January 1999.

"Economic Impact Studies for Homebuilding" presented to the National Assn. of Homebuilders annual Governmental Affairs, St. Louis, Missouri, November 7, 1998.

"Economic Assessment of Historic Properties" presented to the 52nd annual Preservation Conference, National Trust for Historic Preservation, Savannah, Georgia, Oct. 23, 1998.

*John A. Kilpatrick, Ph.D., MRICS*

## RECENT INVITED TALKS (continued)

"Current Topics in Financial Management for Homebuilders and Developers," presented to the South Eastern Builders Conference, Orlando, Florida, August 17, 1998.

"Valuation of Contaminated Property," presented to the Quarterly Meeting of the South Carolina Appraisal Institute, Columbia, South Carolina, July 23, 1998.

Panel discussion on Land Use, Regulation, and House Prices, presented at the American Real Estate and Urban Economics Association Mid-Year Meeting, held at the National Association of Homebuilders, Washington, DC, May 26, 1998.

"Accounting and Financial Management for Homebuilders," presented to the Southeastern Builders Conference, Orlando, Florida, July, 1997

"Impact of Historic District Designation in Beaufort, South Carolina," presented to the American Real Estate Society, Sarasota, Florida, April, 1997

"The Value of History to Real Estate" presented to the Lovable Communities Conference sponsored by the South Carolina Downtown Development Association, Charleston, South Carolina, October, 1996

"Valuation of Historic Residences" presented to Appraisal Institute members, Savannah, Georgia, May, 1996

"House Price Implications of Historic District Designation" presented to the American Real Estate Society, Lake Tahoe, CA, March 29, 1996

"Economics of Historic Districts" presented to the Georgia Trust for Historic Preservation, Atlanta, GA, February 16, 1996

"Accounting and Financial Management for Homebuilders," presented to the South Eastern Builders Conference, Orlando, Florida, July, 1995

Panel chair, "Appraisal of Historic Properties," presented at "Historic Preservation for Realtors," sponsored by the S. C. Department of Archives and History, Columbia, S.C. January 13, 1995

Presentation on Advanced Manufacturing Capabilities made to members of the U.S. Senate, Washington, DC, July, 1993.

"A Study into the Risk of Sales Variability and its Effect on the Success of Strip Shopping Centers," presented at the Applied Geography Conference, Denton, TX, October 20, 1992.

## TEACHING

From 1992-1998, John Kilpatrick taught real estate and corporate finance in the Moore School of Business at the University of South Carolina. Courses developed and taught included:

- Principles of Real Estate (FINA 366 - certified as a pre-licensing course by the S.C. Real Estate Commission)
- Real Estate Market Analysis (FINA 367 - certified as a pre-licensing course by the S.C. Real Estate Commission)
- Principles of Finance (FINA 363 - required of all undergraduate business majors)
- Commercial and Central Banking (ECON 301)

John Kilpatrick's students won many of USC's top undergraduate Business scholarships, and his courses were consistently oversubscribed months in advance. Additionally, John Kilpatrick was a featured speaker for the Daniel Management Center of the University of South Carolina, teaching Executive Education courses on Real Estate (1995-96) and Corporate Budgeting (1997-98). He was the first person in South Carolina certified by the Real Estate Commission to teach continuing education courses via statewide closed circuit broadcast. As a Lecturer in Finance, Kilpatrick has taught Appraisal or Real Estate Continuing Education in South Carolina (1995 - 1998), Georgia (1996), Florida (1995-1998), and Washington (1999-pres), and has recently taught appraisal continuing education for the Seattle chapter of the Appraisal Institute, Bellevue College, and various chapters of the International Association of Assessing Officials. Dr. Kilpatrick is a frequent lecturer on Real Estate Appraisal Standards and Methods, and in 2004 was appointed by the Appraisal Standards Board (Washington, DC) as a Nationally Certified instructor of the Uniform Standards of Professional Appraisal Practice, and occasionally teaches the pre-licensing course for Bellevue College, Bellevue, Washington. Also, in 2004, he was nominated for a seat on the Appraisal Qualifications Board. Dr. Kilpatrick currently serves on the Advisory Board for the Finance Department at Washington State University and as a Visiting Scholar in Real Estate at the Zichlin School of Business, Baruch College, New York City, NY.

### PROFESSIONAL ASSOCIATIONS

John Kilpatrick is an active member of various academic and professional organizations, including the Royal Institution of Chartered Surveyors (Member, Faculty of Valuation), the Appraisal Institute (Associate Member), the American Bar Association (Associate Member), the American Real Estate Society (Fellow), the American Real Estate and Urban Economics Association, the Financial Management Association, the American Finance Association, the American Statistical Association, the Econometric Society, the International Right of Way Association, the International Association of Assessing Officials, the International Code Council (Professional Member) and the Washington State Bar Association (Associate Member). Dr. Kilpatrick serves on the Publications Review Board of the Appraisal Institute and as a reviewer for the journal *Real Estate Economics*, published by the American Real Estate and Urban Economics Association.

*John A. Kilpatrick, Ph.D., MRICS*

## CURRENT APPRAISAL LICENSING (Certified General)

John A. Kilpatrick is a Certified General appraiser in numerous states and the U.S. Virgin Islands, plus holds temporary practice permits as needed. He is an approved Right-of-Way Appraiser for the Washington Department of Transportation and various other jurisdictions. Dr. Kilpatrick is designated by the Appraisal Qualifications Board (Washington, DC) as a Nationally Certified Instructor of the Uniform Standards of Professional Appraisal Practice.