# Exhibit G
# Part 2

Flood simulations Greater New Orleans                                    July 2007









*Figure 3.2 Progressing snapshots of the computed water depth inside Orleans Metro bowl*





The maximum water depth that occurred in the Orleans Metro bowl is shown in figure 3.3. Figure 3.4 shows the comparison between hydrographs computed by our modeling and hydrographs presented by IPET for the Orleans Metro bowl. IPET apparently based its hydrographs on eye witness accounts, stopped clock times and time/date stamped digital photographs.

There are differences between the model results and the IPET eye witness reports at some locations, but at other locations the results are in agreement. It is important to note that eye witness reports are subjective, and there will always be some uncertainty in eye witness reports given the chaos during a strong hurricane passage, driving rain and wind and the vagaries of the human memory. Additionally, during such extreme events, input data such as the exact water level in the 17th Street before and after the breach, just aren't recoded and generally hard to determine with out direct measuring equipment at the location that can function through a strong storm. Therefore, the differences between the model results and the calibration data are fully acceptable. For the purpose of this study we believe that the model results are very credible.



*Figure 3.3 Maximum computed flood depths for Orleans Metro bowl as a consequence of the hurricane Katrina flooding event.*





Flood simulations Greater New Orleans                                    July 2007





*Figure 3.4 Comparison between our computed hydrographs and those presented by IPET, Orleans Metro bowl*



