# Exhibit G
# Part 3

Flood simulations Greater New Orleans                                                July 2007

## 3.2 What-if scenarios

In this paragraph several "what-if scenarios" for polder Orleans Metro will be presented. These scenarios will provide more information on the contribution to the flood by the different causes of the flood, like overtopping versus rainfall versus breaching and so on.

Eight sites were chosen in the Metro bowl, some being at very low elevation in the center of bowls, while others were chosen close to internal ridges, i.e., higher ground (figure 3.5). In this way the reader will hopefully better understand the dynamics of the internal flooding of the various New Orleans bowls.



*Figure 3.5 Locations utilized for scenario development Orleans Metro bowl.*

For each of these eight sites within the Orleans Metro bowl, five different flooding scenarios were modeled, namely:

1)      A simulation with all sources of flooding water including rain, pumping, overtopping and breaches. In the following figures the graph or line representing this scenario is labeled **'All causes'.**

2)      A simulation without breaches and overtopping but including rainfall and the available pumps operating as they did during hurricane Katrina. In the following figures the graph or line representing this scenario is labeled **'Rain minus available pumps'**.

3)      A simulation with no breaches, without overtopping, but including rainfall with the pumps running at 100% efficiency. In the following

 

       figures the graph or line representing this scenario is labeled **'Rain 100% pumps'**.

4)       A simulation with only overtopping and including rainfall with the available pumps operating as they did during hurricane Katrina; without breaches. In the following figures the graph or line representing this scenario is labeled **'Overtopping'**.

5)       A simulation with all sources of flood water but without the contribution of the 17th Street breach. In the following figures the graph or line representing this scenario is labeled **'No breach 17th street'**.

Description of the scenarios

Scenario 1 (all causes) is the best fit to reality during Katrina, see section 3.1. This scenario takes into account breaches, overtopping, rainfall and the two major pumping stations which were available during Katrina; pumping stations OP 19 and OP I-10 (see table 3.2).

Scenario 2 (rain minus available pumps) represents a scenario with rainfall and only the available pumping stations (OP 19 and OP I-10) during Katrina. The pumping stations have been taking into account by deducting the pump capacity per hour from the rainfall data. This run assumes that once the rain quits, the pumps stop pumping.

Scenario 3 (rain and 100% pumps) represents a scenario with rainfall and the pumping stations in the Metro bowl. It is assumed that they are all working at full capacity, and this represents a lower bound estimate of water levels due to rain. The pumping stations have been taking into account by deducting the pump capacity per hour from the rainfall data. After the rain has stopped, the influence of the pumping stations is estimated with a spreadsheet calculation. This estimate is uncertain, but it will represent a credible estimate of the order of magnitude.

Scenario 4 (overtopping) takes into account overtopping, rainfall and the pumping stations which were available during Katrina; pumping stations OP 19 and OP I-10. The pumping stations have been taking into account by deducting the pump capacity per hour from the rainfall data. This run assumes that once the rain quits, the pumps stop pumping.

Scenario 5 (no breach 17th Street) takes into account all breaches without the flood contribution from the 17th Street breach. It includes also overtopping, rainfall and the pumping stations which were available during Katrina; pumping stations OP 19 and OP I-10. The pumping stations have been taking into account by deducting the pump capacity per hour from the rainfall data. This run assumes that once the rain quits, the pumps stop pumping.





Flood simulations Greater New Orleans                                    July 2007

For each location or site given in figure 3.5, the five simulations are plotted below. Note that given the dynamics of the flooding event, the scenarios "Rain minus available pumps" and "Overtopping" are sometimes identical and one curve may mask the other in the figures.



*Figure 3.6 Water levels location 1 Orleans Metro. The scenarios 'Rain minus available pumps' and 'Overtopping' are identical*

This site or location (1) is approximately halfway between the 17th Street and Orleans Avenue canals. Here rainfall collects and floods areas lower than minus 5 ft NAVD88. As one would expect the overtopping at the east side levee (at IHNC) has no influence in this area.

Scenario 3, rain with pumps working at 100% capacity while it rains, is a lower bound or bracket for the influence of rain on the internal flood levels, and reveals that areas of the bowl adjacent to site (1) lower than -5.9 ft NAVD88, would have flooded during the storm from rainfall, even if the pumps had worked at maximum capacity. However, if there would have been no overtopping or breaching then this area would have been pumped dry once the rainfall ceased.
If the breach at the 17th Street canal had not occurred, the other breaches would have filled this area, but somewhat later.




Flood simulations Greater New Orleans                                    July 2007

Thus in this section of the Orleans Metro bowl during Katrina with the pumps operating at about 50% capacity and being shut down early in the morning because the pump houses flooding after the breaches occurred, 1.8 feet of the 10 feet of standing water was attributable to the rainfall, six inches of the initial flooding being attributable to the pumps not operating at full capacity and at least 7.5 feet (75%) due to the breaches.



*Figure 3.7 Water levels location 2 Orleans Metro. The scenarios 'Rain minus available pumps', 'Rain 100% pumps' and 'Overtopping' are identical*

Site 2 is located on higher ground between the Orleans Ave and London Avenue canals. Rainfall does not accumulate at site 2 because of its relatively high elevation (-0.5 ft NAVD88). As one would expect the overtopping at IHNC has no influence at this location.

Thus at this location of the Orleans Metro bowl during Katina there was no flooding attributable to the rain or from the overtopping along the INHC. All the flooding (100%) came from the breaches.





Flood simulations Greater New Orleans                                    July 2007



*Figure 3.8 Internal flooding levels location 3, Orleans Metro bowl. The scenarios 'Rain minus available pumps' and 'Overtopping' are almost identical*

Site 3 is located between the London Avenue canal and the INHC. At this site rainfall only accumulates in areas deeper than -5 ft NAVD88. If the pumps had operated at 100% capacity during the storm rainfall flooding would have been restricted to areas lower lying that minus 5.5 ft NAVD88

The influence of the 17th Street breach is less than at location 1 & 2 and only amounts to approximately six inches of the initial flooding or 5%.

There is minor overtopping south of Interstate 10 from the INHC as can be discerned on figure 3.8, the overtopping line lies just above the rainfall minus the pumps operation line.




Flood simulations Greater New Orleans                                            July 2007



*Figure 3.9 Water levels location 4 Orleans Metro*

Location 4 is within a bowl within the Orleans Metro bowl bounded by the Mississippi
River levee, the INHC and the Metairie-Gentilly Ridge

At location 4, rainfall influences areas lower than -1 ft NAVD88. The influence of the
17th Street breach is less then at location 1 & 2 and only marginal.
In this part of the Central bowl overtopping is more important than elsewhere in the
polder. Areas lower than 0 ft NAVD88 would have flooded by this scenario.

Pump OP I-19 situated near the IHNC was available during Katrina. If the pumps had
been operating at full capacity while it rained the flooding would have been about one
feet lower, assuming the pumps shutdown once the rain ended. However, it is important
to know what the flooding would have been if there had been no breaches, no
overtopping and the pumps had continued to work after the rain ceased and dewatered the
bowl. This is given in the scenario "Rain 100% pumps".





Flood simulations Greater New Orleans                                    July 2007



*Figure 3.10 Water levels location 5 Orleans Metro, the scenarios 'Rain minus available pumps' and 'Overtopping' are identical*

Location 5 is located in a sub-bowl south of the Metairie-Gentilly Ridge. At location 5 rainfall influences area's lower than -0.5 ft NAVD88. Overtopping along the INHC has no influence on flooding at location 5, while the London Avenue breaches have some important influence on the water level.

Location 6 is south of location 5 in the same sub bowl but is higher land. Rainfall accounts for about nine inches of water and based on the internal flooding model most of the flooding comes from the 17th Street Canal breach.





Flood simulations Greater New Orleans                                    July 2007



*Figure 3.11 Internal flood water levels location 6 Orleans Metro bowl, the scenarios 'Rain minus available pumps' and 'Overtopping' are identical*

Pump OP 2 situated in the area of location 5 was not available during Katrina. However, if the pump had worked and the only flood water had been rainfall then pump OP 2 would have dewatered this part of the Metro bowl in about 15 hours.



*Figure 3.12 Water levels location 7 Orleans Metro, the scenarios ' Rain minus available pumps', 'Rain 100% pumps' and 'Overtopping' are identical*



24



Location 7 is along the western edge of the Metro bowl located on relatively high land compared to say sites 5 and 6. The elevation level of Location 7 is 0.8 ft NAVD88. This site experiences a short period of standing rain water about three inches deep at the maximum and floods predominately from the 17th Street Canal breach. It's interesting to note that the water from the 17th Street breach took almost 24 hours to reach this site and flooded thereafter at a rate of about one foot per day until the water level in the city attained equilibrium with that in Lake Pontchartrain in the early hours of the 2nd September 2005.

Location 8 is on the Metairie ridge (figure 3.13), and at 3.1 ft NAVD88 is some of the highest land in the bowl. The model does indicate that for a period of 10 to 12 hours water did flow over this site, up to about six inches in depth as the flood waters from the 17th Street breach moved south towards sites 5, 6 and 7.



*Figure 3.13 Water levels location 8 New Orleans Metro bowl, all the lines are (almost) identical*

 

Flood simulations Greater New Orleans                                July 2007

# 4 New Orleans East

## 4.1 Calibration of the model

Figure 4.1 displays the Digital Elevation model (DEM) for the New Orleans East bowl. The star indicates the approximate location of the internal flooding hydrograph used to check the model results. The arrows and numbers correspond to the breaches given in table 4.1. These breaches in combination with the rainfall and water levels as given in section 2.3 and are the basis of the model inputs, along with the DEM, for the New Orleans East bowl.



*Figure 4.1 DEM New Orleans East bowl including breach (numbers) and the internal flooding hydrograph location (A). Note that this bowl is divided east-west by a railroad embankment and the north-south Maxent levee*

 

Flood simulations Greater New Orleans                                July 2007

*Table 4.1: Information on the Breaches in New Orleans East*

| Nr. | Description | Width | Elevation height | Time breach development |
|---|---|---|---|---|
| 1 | IHNC East Railroad | 61 ft (18.6 m)[1] | Sill elevation +4.5 ft (+1.37 m)[1] | 4:30 - 4:45[2] |
| 2 | Railroad East | 24 ft (7.3 m)[1] | Sill elevation +5.5 ft (+1.67 m)[1] | 5:00 - 5:15 |
| 3 | Airport | 33 ft (10 m)[1] | Sill elevation +9.8 ft (+3.00 m)[1] | 7:00 - 7:30 |
| 4 | IHNC East South of RR | 25 ft (7.5 m) | Sill elevation +4.9 ft (+1.50 m)[1] | 5:00 - 5:15 |
| 5 | Back levee, East of Michaud Canal 1 | 112 ft (34 m)[1] | Sill elevation +3.5 ft (+1.07 m)[1] | 5:30 - 6:00[2/3] |
| 6 | Back levee, East of Michaud Canal 2 | 34 ft (10.4 m)[1] | Sill elevation +8.4 ft (+2.56 m)[1] | 5:30 - 6:00[2/3] |
| 7 | Citrus Back levee near Elaine St. West | 406 ft (123.5 m)[1] | Sill elevation +11 ft (+3.35 m)[1] | 7:00 - 7:30[4] |
| 8 | Citrus Back levee near Elaine St. East | 615 ft (187.5 m)[1] | Sill elevation +8.5 ft (+2.59 m)[1] | 7:00 - 7:30[4] |
| 9 | Overtopping New Orleans Back levee (erosion crest) | Approximately 6000 ft in length extending from B. Sauvage towards the Michaud Canal. Position and width based on GIS data[1] | Differences in sections extending from B. Sauvage towards Michaud Canal; Erosion levels based on GIS data[1] | 5:30 - 6:00[2/3] |

[1] Source: GIS data with positions, widths and sill elevation heights of the breaches [delivered by Chad Morris 28-6-2007]
[2] Source: Team Louisiana report table 3, page 54-55 and timeline page 93-94 [4]
[3] Source: Independent Levee Investigation Team (ILIT), page 7-5 [5]
[4] Source: Independent Levee Investigation Team (ILIT), page 7-6 [5]

 

Flood simulations Greater New Orleans                                      July 2007

*Calibration results*

The image series below shows the progression of the simulated internal flood over time
(figure 4.2). The first image is a snapshot from August 29th at 5:00am; it shows only
minor rainfall and a small breach in the IHNC at the location where the railroad goes
through the levee. In the next hour the Back Levee begins to be overtopped and starts to
erode. This is consistent with the IPET, Team Louisiana and the ILIT reports, all of
which stated that the overtopping and erosion of the New Orleans East back levee started
between 5:00 and 6:00am. At 7:00am the water levels in the GIWW and IHNC start to
overtop the Citrus Back and IHNC levees. In the Team Louisiana and ILIT report this
overtopping initiated at approximately 7:00am, while the IPET report states that the
overtopping started earlier at 6:00am.

In the IPET report an eyewitness states that the water was flowing over the east-west
railroad line from south to north between 6:30 and 7:00am[1]. In the simulation the water
crosses the railroad line between 7:30 and 7:45am. One of two eyewitnesses[2] situated at
the west side of the New Orleans East bowl states that between 6:30 and 7:30am the
water started to rise rapidly. The other eyewitness states that the flood started between
7:30 and 8:00am. The simulated flood shows that the water started to rise at those
locations between 7:30 and 8:00am.
According to eyewitness reports in the northwestern corner of the New Orleans East
bowl[3] the flood started between 8:00 and 10:00am. In the simulation the flooding starts at
these locations between 7:45 and 8:30am. Again it's important to note that eye witness
reports are very subjective, and there will always be some uncertainties given the chaos
during a strong hurricane passage; low visibility due to driving rain and wind; and the
vagaries of the human memory especially in highly stressful conditions.



---

[1] Source: IPET volume IV: The Storm, page 191-192 eyewitness at location 3 [1]
[2] Source: IPET volume IV: The Storm, page 191-192 eyewitness locations 5 and 6 [1]
[3] Source: IPET volume IV: The Storm, page 191-192 eyewitness locations 7 to 11 [1]



SVASEK
HYDRAULICS

Flood simulations Greater New Orleans                                    July 2007



