# Exhibit G
# Part 4

Flood simulations Greater New Orleans                                    July 2007

Figure 4.2 Progressing snapshots of the computed water depth inside New Orleans East




Flood simulations Greater New Orleans                                    July 2007



*Figure 4.3 Maximum computed internal flood depths as a consequence of the hurricane Katrina related flooding, New Orleans East bowl.*

Figure 4.3 shows the calculated maximum internal flood depths in the New Orleans East bowl as a consequence of the hurricane Katrina related flooding.

In the western part of the bowl IPET constructed a hydrograph on basis of eyewitness account and surveyed elevations at location 'A' in figure 4.1. This hydrograph is presented in figure 4.4. The simulated water level based on our modeling is also shown in this figure. Between 11:00am and 12:00pm the water levels diverge, in the simulation the second peak in the water level is caused by the flood water coming from the overtopping of the New Orleans East Back levee. The model results thus reveal some of the complexities of the flooding event not discernable from measurements collected some time after the event.





Flood simulations Greater New Orleans                                    July 2007



*Figure 4.4 Comparison model simulated and IPET flood hydrographs, New Orleans East bowl.*

As discussed previously, in extreme events such as Katrina it is difficult if not impossible to get direct measurement of some input data such as water levels at the time of a breach, especially right at the breach location. However, the differences between the computer model results and the calibration data are fully acceptable. For the purpose of this study the model results are very credible.

## 4.2 What-if scenarios

In this paragraph several "what-if scenarios" for the New Orleans East bowl will be presented. These scenarios will provide more information on the contribution to the flood by the different causes of the flood, like overtopping versus rainfall versus breaching and so on.

Five (5) different scenarios were modeled for the New Orleans East bowl, namely:
1) Scenario all causes and represented by the curve '**All Causes'**,
2) Scenario without breaches (inclusive overtopping and rainfall) and represented by the curve or line '**No Breaches'**,
3) Scenario only overtopping (without breaches and without rainfall) and represented by the curve '**Only Overtopping'**
4) Scenario only rainfall without pumps (without breaches and without overtopping) represented by the curve marked '**Rain no pumps'**, and
5) Scenario only rainfall with 100% pump capacity (without breaches and without overtopping) represented by the curve '**Rain 100% pumps'**.





Scenario 1 is equal to the Katrina event. Scenario 2 is the Katrina event without any breaches, only overtopping of the pre-Katrina levees/flood walls and rainfall contribute to the flooding. In scenario 3 only overtopping of the pre-Katrina levees/flood walls is considered. Scenarios 4 and 5 show the upper and lower bound or brackets of the water levels in the situation if flooding had only being due to rainfall and there had been no breaches and/or overtopping. Scenario 4 shows the water levels with only rainfall, when no water is pumped out (upper bound of the water levels due to rainfall). Scenario 5 shows the water levels with only rainfall, when all pumps in New Orleans East function at 100% of their rated pump capacity according to IPET [3]. During Katrina the pumps did not function in New Orleans East [3].

At five locations in the bowl, indicated in figure 4.5, water level changes have been measured for each of the five scenarios.



*Figure 4.5 Water level locations scenario runs New Orleans East*

 

Figures 4.6-4.10 show the changes in water levels on the five locations. The difference between the black solid and orange dashed line is caused by the breaches and erosion that occurred during the storm. The difference between the black line and the green dashed-dot line is caused by the breaches and rainfall. The difference between the green dashed-dot line and the orange dashed line is the water that comes into the polder due to rainfall.

The scenarios show that overtopping and breaches are the main causes of flood water in New Orleans East. Along the east side (Willow Brook & Six Flags - sites 4 and 5) the flooding is dominated by the breaches in the Back levee. The inner levee (Maxent Levee) does create two compartments within the polder. Along the west side of the New Orleans East bowl overtopping and breaching appear to contribute almost equal amounts to the flooding, with overtopping dominating.

Rainfall has a smaller influence on the final water level in this bowl than overtopping or the breaches. The lower bound approach for the contribution of rainfall flooding (scenario 5 - only rain with 100% pump capacity) shows no substantial rain water at these five locations. Also in the upper bound approach (scenario 4 - only rain without pumps) there is not much rainwater at these locations.



*Figure 4.6 Water levels location 1 New Orleans East*





Flood simulations Greater New Orleans                                    July 2007



*Figure 4.7 Water levels location 2 New Orleans East*



*Figure 4.8 Water levels location 3 New Orleans East, the blue dashed line lies under the blue solid line*







*Figure 4.9 Water levels location 4 New Orleans East*



*Figure 4.10 Water levels location 5 New Orleans East*

 

# 5 Saint Bernard

## 5.1 Calibration of the model

Figure 5.1 shows the Digital Elevation model (DEM) for the St. Bernard bowl. The three stars indicate the approximate locations of the internal flooding hydrographs used to check the model results. The arrows and numbers correspond to the breaches given in table 5.1. These breaches in combination with the rainfall and surge hydrographs outside the bowl, as presented in section 2.3, are the basis of the model inputs, along with the DEM, for the New Orleans East bowl. This bowl is divided into two parts by an internal levee, the 40-Arpent levee. To the east there is a large wetland, 30,000 acre plus basin or bowl and to the west the inhabited part of this parish. The crest height of the 40-Arpent levee between the wetlands and populated areas is 6.5 ft.



*Figure 5.1 DEM St. Bernard, including breach (numbers) and internal hydrograph locations (letters)*




Flood simulations Greater New Orleans                                    July 2007

*Table 5.1 Information on the Breaches in St. Bernard*

| Nr. | Description | Width | Elevation height | Time breach development |
|-----|-------------|-------|------------------|-------------------------|
| 1 | IHNC North | 221 ft (67 m)[1] | Sill elevation +1 ft (+0.3 m)[1] | 7:00 - 7:30[2] |
| 2 | IHNC South | 808 ft (274 m)[1] | Sill elevation +1 ft (+0.3 m)[1] | 7:00 - 7:30[2] |
| 3 | MRGO Bayou Bienvenue | 214 ft (65 m)[1] | Sill elevation -6 ft (-1.8 m)[1] | 5:00 - 8:30[3] |
| 4 | MRGO Bayou Dupree | 54 ft (17 m)[1] | Sill elevation -6 ft (-1.8 m)[1] | 5:00 - 8:30[3] |
| 5 | Overtopping MRGO levee (erosion crest) | Various sections along MRGO levee; position and width based on GIS data[1] | Various sections along MRGO levee; erosion levels based on GIS data[1] | 5:00 - 8:30[3] |

*Calibration results*

The time progressive image snapshot series shows how this bowl flooded during hurricane Katrina. The first image in figure 5.2 is a snapshot from August 29th at 5:00am; it shows only minor rainfall. Between 5:00 and 8:30am the erosion of the MRGO levee takes place, and after 6:30am substantial volumes of surge water from the MRGO flow into the wetlands bowl between the MRGO and 40-Arpent levee. In the simulation the 40-Arpent levee starts to overflow at 8:00am and at 8:30am the first water enters Chalmette from a northeastern direction as a consequence of overtopping the 40-Arpent levee. IPET in their report state this overtopping starts at about 8:20am[4], which is in agreement with Team Louisiana's 8:30am[5]. IPET also reports that Chalmette flooded from the northeast, strong agreement with the simulation results.

At 7:00am the North and South breaches from the IHNC channel into the Lower Ninth Ward start to develop and at 7:30am the first flooding of the Lower 9th Ward is seen in the model time-step images of the internal flooding. This timing is in agreement with both the ILIT and Team Louisiana reports. IPET has another opinion about the North breach and states that this breach started earlier, but both ILIT and Team Louisiana contradict this conclusion. IPET mentions that surge water started to enter the Lower 9 Ward before 5:30am[6] and Team Louisiana around 6:00am. Potential sources of this early internal flooding include overtopping of the IHNC floodwall, the two breaches in the IHNC floodwall, and flow from the overtopping of the MRGO/GIWW levees.

---

[1] Source: GIS data with positions, widths and sill elevation heights of the breaches [delivered by Chad Morris 2007-6-28]
[2] Source: Team Louisiana report table 3, page 54-55 and timeline page 93-94 [4]
[3] At 5:00 waves start to erode the MRGO levee [Source: see footnote 2], in the simulation erosion continues until the peak water level in Lake Borne is reached at 8:30.
[4] Source: IPET volume IV: The Storm, page 199 [1]
[5] Source: Team Louisiana, page 64 [4]
[6] Source: IPET volume IV: The Storm, page 200 [1]





Flood simulations Greater New Orleans                                    July 2007

In our model simulations no overtopping occurs before 7:00am, and the two breaches start at 7:00am. Therefore no water, except rain water, prior to 7:00am is visible inside the Lower 9th Ward in the simulation results. ILIT gives an alternative explanation for the early water mentioned by eye witness reports in IPET. ILIT mentions under seepage, water migrating from the channel, under pressure, beneath the IHNC floodwalls as a possible explanation for the early flood water in the Lower 9th Ward. Under seepage through a levee is not captured in the simulation.

<table>
<tr><td>

2005-08-29
05:00h
</td><td>

2005-08-29
05:30h
</td></tr>
<tr><td>

2005-08-29
06:00h
</td><td>

2005-08-29
06:30h
</td></tr>
</table>



