# Exhibit G
# Part 5

Flood simulations Greater New Orleans                                    July 2007





40



Flood simulations Greater New Orleans                                           July 2007



*Figure 5.2 Progressing snapshots of the computed internal flooding water depth inside the St. Bernard bowl*

Figure 5.2 shows the calculated maximum internal flooding depths in the St. Bernard bowl as a consequence of the breaches and overtopping initiated by hurricane Katrina. Figure 5.4 shows the comparison between our computed internal flood hydrographs and those presented by IPET for the St. Bernard bowl. The locations of the hydrographs are indicated in figure 5.1, location A corresponds with Lower 9th Ward NW., B with Lower 9th Ward E. and C with Chalmette. IPET based its hydrographs on eye witness accounts, stopped clock times and time/date stamped digital photographs. Our computed flood hydrographs are very similar to the data presented by IPET. The predicted peak flood level is within a foot of IPET's measurements. The peak in the model is a couple of hours earlier and the water level starts to decrease earlier than in the IPET hydrographs. The final water descent rate in the model is about equal to the IPET hydrograph.

As discussed previously, in extreme events such as Katrina is difficult if not impossible to get direct measurement of some input data such as water levels at the time of a breach, especially right at the breach location. However, the differences between the computer model results and the calibration data are fully acceptable. For the purpose of this study the model results are very credible.





Flood simulations Greater New Orleans                                              July 2007



*Figure 5.3 Maximum computed internal flood depths, St. Bernard bowl, as a consequence of hurricane Katrina and the numerous levee failures.*



*Figure 5.4 Comparison of our computed internal flood hydrographs and that presented by the IPET team.*





## 5.2 What-if scenarios

In this paragraph several "what-if scenarios" for Saint Bernard will be presented. These scenarios will provide more information on the contribution to the flood by the different causes of the flood, like overtopping versus rainfall versus breaching and so on.

For the St. Bernard bowl seven different internal flooding model scenarios were developed:

1) Scenario all causes represented as the line '**All causes'**
2) Scenario without breaches (inclusive overtopping and rainfall) represented by the line or curve '**No Breaches'**
3) Scenario without breaches at MRGO (inclusive breaches at IHNC, overtopping and rainfall) represented by the curve '**No Breaches MRGO'**
4) Scenario without breaches at IHNC (inclusive breaches at MRGO, overtopping and rainfall) represented by the line '**No Breaches INHC'**
5) Scenario only overtopping (without breaches and without rainfall) represented by the curve '**Only Overtopping'**
6) Scenario only rainfall without pumps (without breaches and without overtopping) represented by the line '**Rain no pumps'**
7) Scenario only rainfall with 100% pump capacity (without breaches and without overtopping) represented by the curve '**Rain 100% pumps'**

Scenario 1 is equal to the Katrina event. Scenario 2 is the Katrina event without all the breaches whether MRGO or INHC and flooding is due to overtopping of the pre-Katrina levees/flood walls and rainfall. In scenario 3 the breaches at MRGO are left out. These breaches are the eroded MRGO levee and the two breaches at Bayou Bienvenue and Bayou Dupree. In scenario 4 the breaches at IHNC are left out, these breaches are the North and South breach at the IHNC. Scenario 5 considers only overtopping of the pre-Katrina levees/flood walls. Scenarios 6 and 7 show the upper and lower bound or limits of the flooding if there had been no breaches and no overtopping. Scenario 6 shows the water levels with only rainfall, when no water is pumped out (upper bound of the water levels due to rainfall). Scenario 7 shows the water levels with only rainfall, when all pumps in St. Bernard function at 100% of their rated pump capacity according to IPET [3]. During Katrina the pumps did not function in St. Bernard [3].

At ten locations in the bowl, indicated in figure 5.5, internal flooding water level changes have been computed for each of the 7 scenarios. The locations 1 to 6 are pair wise located along lines perpendicular to the 40-Arpent levee. The northern location of each pair has a lower surface elevation than the southern one, therefore the development in time of the flooding (water level) for each scenario is different for both locations in the same pair.





Flood simulations Greater New Orleans                                    July 2007



*Figure 5.5 Water level locations scenario runs St. Bernard bowl.*

Figures 5.6-5.15 show the changes in water levels on the ten locations. The flooding that is represented by the difference between the black solid (All Causes) and red dashed (No Breaches) line is that caused by all the breaches and levee erosion that occurred during the storm. The difference between the black (All Causes) and gray (No Breaches INHC) line is the flooding that resulted from the two big the breaches along the IHNC into the Lower Ninth ward. The contribution to the overall internal flooding resulting from the breaches of the MRGO levee are depicted by the difference between the black (All Causes) and purple dashed (NO Breaches MRGO) lines. Flooding due to rainfall, such a there is, is depicted by the difference between the green dashed-dot line (Only Overtopping) and the red dashed line (No Breaches).

The model results depicted in Figures 5.6 to 5.15 clearly show the real importance of elevation in this polder in relation to the depth of flooding. Rainfall for example flows into the lower lying areas, and the higher lying locations hardly show any flood level increase with the two scenarios (scenario 6 and 7) that only consider rain. In the under bound approach (scenario 7 - only rain with 100% pump capacity) only the relatively low lying locations 1 and 7 show a small amount of rain water, being less than one foot. The upper bound approach (scenario 6 - only rain without pumps) also does not show much rainwater flooding. The scenario that considers only overtopping shows some flood water at the lower western part of the Lower 9th Ward (location 1). The overtopping from the IHNC is not enough to fill more of the St. Bernard bowl beyond the Lower Ninth ward.

The overtopping of the MRGO levee is not enough to fill the Wetlands basin between MRGO and 40-Arpent levee up to the crest elevation of the 40-Arpent levee. This is significant as the model shows that if the structures along the INHC and MRGO had not breached, there would have been limited flooding in the St Bernard bowl.





Therefore the main causes for the flooding of the populated area inside the St. Bernard bowl are the breaches in the IHNC and MRGO.

An interesting observation is that without the IHNC breaches almost the same volume of flood water enters the populated area of the St. Bernard bowl compared with the scenario off MRGO breaches plus overtopping plus rain. Without the IHNC breaches it takes a little longer in the western part of the bowl to reach the peak water level, but the peak itself is only marginally lower. In the eastern part of the bowl the influence of the IHNC breaches on the development of the water level is even smaller. The IHNC breaches do however influence the outflow of the water out of the Lower 9th Ward and Chalmette. Floodwater 'leaked' out of the bowl through the INHC breaches for many days after the storm had passed. Without these breaches the flood water can only flow over the 40-Arpent levee into the wetlands, therefore after the peak the flood water level decreases slower without the IHNC breaches.

On the other hand, the scenario with only the IHNC breaches, overtopping and rainfall (without MRGO breaches), reveals that the St. Bernard bowl still suffers significant flooding although flood depths are significantly less than the scenario that includes the MRGO breaches.







*Figure 5.6 Water levels location 1 St. Bernard*



*Figure 5.7 Water levels location 2 St. Bernard, the red, green and 2 blue lines are lying (almost) under each other*







*Figure 5.8 Water levels location 3 St. Bernard, the red line lies under the solid blue line, the dashed blue line lies under the dashed blue line*



*Figure 5.9 Water levels location 4 St. Bernard, the red line lies under the solid blue line, the dashed blue line lies under the dashed green line*



