# Exhibit G
# Part 6

Flood simulations Greater New Orleans                                      July 2007



*Figure 5.10 Water levels location 5 St. Bernard, the red line lies under the solid blue line, the dashed blue line lies under the dashed green line*



*Figure 5.11 Water levels location 6 St. Bernard, the red, purple, green and blue dashed lines lie under the blue line.*



48





*Figure 5.12 Water levels location 7 St. Bernard, the red line lies under the solid blue line.*



*Figure 5.13 Water levels location 8 St. Bernard, the red, green and blue dashed lines lie under the blue line.*





Flood simulations Greater New Orleans                                           July 2007



*Figure 5.14 Water levels location 9 St. Bernard, the red, purple, green and blue dashed lines lie under the blue line.*



*Figure 5.15 Water levels location 10 St. Bernard, the red, purple, green and blue dashed lines lie under the blue line.*



50



# 5 Conclusions

In this research project we built flood simulation models for the three bowls that comprise Greater New Orleans. With this model, the Katrina flood in August 2007 has been simulated, and we obtained good agreement between the model output and the eye witness reports.

The model is used to assess the following causes of the flooding: rainfall (and the use of the pumping stations), overtopping of the levees and flood control structures, and the breaches. It is concluded that the contribution of these sources depend on the location, and the results are shown for a number of locations. It can be concluded that rainfall and overtopping contributed heavily to the flooding of Orleans East. In the bowls Orleans Metro and Saint Bernard the contribution of rainfall and overtopping is relatively small compared with the contribution of the breaches. We refer to the figures where the relative contribution of the causes is shown.

Further refinements of the modeling may be possible as additional data becomes available especially as relates to the operation of the pumps, how long they pumped for and their capacities with changing water levels both within and without the polders. The model results could aid in assess the economic damage and causes of loss of life related to the various water inputs and contributions to the internal flooding of the polders during hurricane Katrina.





Flood simulations Greater New Orleans                                                July 2007

# 6 References

[1]    Link, E. et al. [IPET] (26 March 2007) Performance Evaluation of the New
       Orleans and SouthEast Louisiana Hurricane Protection System. Final Report of
       the Interagency Performance Evaluation Task Force. Volume IV - The Storm

[2]    Link, E. et al. [IPET] (1 June 2006) Performance Evaluation of the New Orleans
       and SouthEast Louisiana Hurricane  Protection System. Draft Final Report of the
       Interagency Performance Evaluation Task Force. Volume V - The Performance -
       Levees and Floodwalls

[3]    Link, E. et al. [IPET] (26 March 2007) Performance Evaluation of the New
       Orleans and SouthEast Louisiana Hurricane  Protection System. Final Report of
       the Interagency Performance Evaluation Task Force. Volume VI - The
       Performance - Interior Drainage and Pumping

[4]    Van Heerden, I. et al [Team Louisiana] (18 December 2006) The Failure of the
       New Orleans Levee System during Hurricane Katrina.

[5]    Seed, R. B. et al. [ILIT] (31 July 2006) Investigation of the Performance of the
       New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005

[6]    Ministry of Public Works and Water management (September 2005). Flood risk
       simulation in the Netherlands. RWS - DWW, Delft, September 2005.

[7]    Delft Hydraulics, 2005. User manual Delft 1D2D. Delft.

[8]    Maaskant, B., 2007, Research on the relationships between flood characteristics
       and fatalities. Based on the flooding in New Orleans caused by hurricane Katrina.
       Msc thesis, Delft University of Technology.

[9]    American Society of Civil Engineers [ASCE], 2007. The New Orleans Hurricane
       Protection System: What Went Wrong and Why. A report by the American
       Society of Civil Engineers Hurricane Katrina External Review Panel.



