UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |

**FILED IN:**  05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367,06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

**PERTAINS TO: MRGO**

___

**MRGO PLAINTIFFS' NOTE OF EVIDENCE DEEMED
ADMITTED BY STIPULATION UNLESS OTHERWISE NOTED
& NOTICE OF MANUAL ATTACHMENT**
___

| | |
|---|---|
| **Pls Tr. Ex. 1** | Executive Summary of The Interagency Performance Evaluation Team ("IPET) Report. (Annexed) |
| **Pls Tr. Ex. 2** | Executive Summary of The Independent Levee Investigation Team ("ILIT") Report. (Annexed) |
| **Pls Tr. Ex. 3** | Executive Summary of The Team Louisiana Report. (Annexed) |
| **Pls Tr. Ex. 4** | Decision Making Chronology for the Lake Pontchartrain & Vicinity Hurricane Protection Project. (Annexed) |
| **Pls Tr. Ex. 5.** | Any and all documents concerning any Form SF-95, including the Form SF-95 document itself, any attachments, responses, or replies.<br><br>**Objection,** to the extent offered, they must be filed under seal |

because they were produced pursuant to court order (Doc. 6053) designated them as "Confidential Information" pursuant to the master protective order (Doc. 5393).

**Response to Objection**, Plaintiff will offer such materials under seal, obviating this Objection.

**Pls Tr. Ex. 6**     The 1984 Re-Evaluation Study conducted by the Army Corps. - (Annexed).

**Objection,** relevance.

**Response to Objection**, the Court can consider whether or not the objection is well founded and rule based on the parties papers.

**Pls Tr. Ex. 7**     The expert report of G. Paul Kemp, and any attachments thereto, including all curriculum vitae.(Annexed)

Dr. Kemp's expert report addresses input data regarding the mode of the August/September 2005 metropolitan New Orleans inundation and other topics addressed in his report dated July 28, 2007.

Pursuant to stipulation, if called as a expert witness, Dr. Kemp would testify per this report.

.
**Pls Tr. Ex. 8**     The expert report of John A. Kilpatrick, and any attachments hereto, including all curriculum vitae. (Ex.E, MRGO Plaintiffs' Amended and Restated Brief In Support Of Their Amended and Restated Motion For Class Certification)

Dr. Kilpatrick's expert report addresses the use of mass appraisal techniques (AVM, Hedonic Modeling, etc.) to facilitate the determination of class wide damages for the diminution of value of real property affected by flooding.

Pursuant to stipulation, if called as an expert witness, Dr. Kilpatrick would testify per this report.

**Pls Tr. Ex. 9.**     The expert report of Chad A. Morris, and any attachments thereto, including all curriculum vitae. (Annexed)

Mr. Morris's expert report addresses input data regarding the model of the August/September 2005 metropolitan New Orleans inundation and other topics addressed in his report dated July 30,

|  |  |
|---|---|
|  | 2007 |
|  | Pursuant to stipulation, if called as an expert witness, Mr. Morris would testify per this report. |
| **Pls Tr. Ex. 10.** | The expert report of Johannes Vrijling, and any attachments. (Annexed) |
|  | Mr. Vrijling's expert report illustrates the August/September 2005 metropolitan New Orleans inundation, and other topics addressed in his report. |
|  | Pursuant to stipulation, if called as an expert witness, Mr. Vrijling would testify per this report. |
| **Pls Tr. Ex. 11.** | Animated visual outputs of Delft University computer model in CD format demonstrating distribution of flood water. (Annexed) |
| **Pls Tr. Ex. 12** | In globo , relevant excerpts from the depositions of Kenneth Paul Armstrong, Jeanine Armstrong, Ethel May Coates, Henry Davis, Glynn Wade, Donna Augustine, Gladys LaBeaud, Daisy Innis, Betty Jones, and Jose Louis Rodriquez. (Ex. 1, Amended and Restated Motion for Class Certification). |
|  | Pursuant to stipulation, if called as a witness, each of the named class representatives will testify per the annexed deposition extracts. |
| **Pls Tr. Ex. 13** | Trial Plan, (Ex. 2, Amended and Restated Motion for Class Certification). |
| **Pls Tr. Ex. 14** | Area & Sub-Class Maps, (Ex.A, MRGO Plaintiffs' Amended and Restated Brief In Support Of Their Amended and Restated Motion For Class Certification). |
| **Pls Tr. Ex. 15** | Definitions of the proposed class, sub-classes, and class representatives for the MRGO Class. (Ex.B, MRGO Plaintiffs' Amended and Restated Brief In Support Of Their Amended and Restated Motion For Class Certification) |

**Pls Tr. Ex. 16**.     Def. U.S.A.'s Resp. to MRGO Pltfs. 1st Set of Interrogs., Gen. Objection 9 at 4. (Ex.C, MRGO Plaintiffs' Amended and Restated Brief In Support Of Their Amended and Restated Motion For Class Certification)

**Pls Tr. Ex. 17.**    Class and sub-class listings of common legal and factual issues for the MRGO class and proposed sub-classes. (Ex.D, MRGO Plaintiffs' Amended and Restated Brief In Support Of Their Amended and Restated Motion For Class Certification)

**Pls Tr. Ex. 18.**    Composite of Def. Resp. to Req. for Admissions, Nos. 34 (MRGO) & 43 (Levee).) (Ex.E, MRGO Plaintiffs' Amended and Restated Brief In Support Of Their Amended and Restated Motion For Class Certification)

**Pls Tr. Ex. 19.**    Delft Team Report, Attached as Ex. 1 to Ex. G, Vrijling Dep. Vol. 1 at 82:2–83:23.4. (.(Ex.F, MRGO Plaintiffs' Amended and Restated Brief In Support Of Their Amended and Restated Motion For Class Certification)

**Pls Tr. Ex. 20**    Vrijling Dep. Vol. 1 at 82:2–83:23.4. (.(Ex.H, MRGO Plaintiffs' Amended and Restated Brief In Support Of Their Amended and Restated Motion For Class Certification)

FURTHERMORE, Plaintiffs' respectfully submit this Notice of Manual Attachment referencing the foregoing Exhibits, which exhibits have been filed manually into the record of the above captioned litigation.

**Respectfully submitted,**

**APPROVED PLAINTIFFS LIAISON COUNSEL**

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
jbruno@jbrunolaw.com

MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

s/ James Parkerson Roy
JAMES PARKERSON ROY
MR-GO PSLC Liaison Counsel
LA. Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
jimr@wrightroy.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this Motion upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this  20th day of November, 2008.


**/s/  Joseph M. Bruno**
**JOSEPH M. BRUNO**