UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION

                                                  NO.: 05-4182

                                                  SECTION "K" (2)

FILED IN:    05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
                05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1185,
                06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
                06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
                06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
                06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
                07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: LEVEE

---

**LEVEE DEFENDANTS' JOINT EVIDENTIARY SUBMISSION IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION**

## STIPULATIONS

The parties in LEVEE stipulate as follows:

    1.    On August 29, 2005, Hurricane Katrina struck southeastern Louisiana.

    2.    The parties in MRGO and LEVEE stipulate that the Plaintiffs and Defendants expert reports for class certification, subject to Judge Duval's ruling at the Daubert hearings, represent the testimony of the respective experts and are admissible, subject to any cross examination of that expert contained in the deposition excerpts of that expert. Each party will have the opportunity to submit designated excerpts from their own experts' deposition to counter deposition excerpts submitted by the other parties, provide that counter designations will be due on December 1, 2008 for designations made on November 20, and will be due on December 9 2008 for designation made on December 1, 2008

    3.    Pump operators from the Sewerage and Water Board of New Orleans, if called would testify:

        a.    Pump Station No. 1, located at S. Broad Street and Martin Luther King Boulevard, operated throughout the hurricane and continued to pump water until

        9:45 a.m. on Tuesday, August 30, 2005.  There was no flooding in the vicinity of Pump Station No. 1 until approximately 12:30 p.m. on Tuesday, August 30, 2005, when station personnel observed a rapid flow of water from the northeast from the direction of Pump Station No. 2 that flooded the area and water continued to rise until Wednesday morning, August 31.

b.     Flooding in the street around Pump Station No. 2, located on N. Broad Street between St. Louis and Conti St., began mid day on Monday, August 29.  By approximately 6:00 p.m. on August 29, water began to rise precipitously and entered the station after midnight on the evening of August 29.

c.     The streets around Pump Station No. 3, located on N. Broad Street at Florida and A.P. Tureaud Ave., were dry until approximately 7:30 a.m. on Monday, August 29, when personnel observed water coming from the east down N. Broad Street from Gentilly and up the Florida Canal.  At 8:25 a.m. on August 29, the station had to shut down due to flooding in the station.

d.     The area around Pump Station No. 4, located on Warrington Drive at Prentiss Ave., was dry until approximately 10:00 a.m. on August 29, 2005 when water started rising in the street.  By mid-afternoon, the station was flooding.

e. Pump Station No. 6, located on the 17th Street Canal at 345 Orpheum Ave., operated throughout the hurricane until approximately 6:10 p.m. on August 29 when water entered the station from the northeast end of the station. All pumps were stopped and fronting protection was closed. At 6:20 p.m. on August 29, all power was shut off.

f. Pump Station No. 7 stopped operating at about 7:00 a.m. on Monday, August 29, because water was entering the station through its wall facing the Orleans Avenue Canal and threatened the station's transformers. There was no flooding in the streets around Pump Station No. 7 at this time. At mid-morning, for approximately 1 to 2 hours water overtopped the levee on the Orleans Avenue Canal by up to 8 to 10 inches. After the overtopping stopped, the streets around the station were not flooded. At approximately noon on August 29, water began rushing northward up Marconi Drive past Pump Station No. 7 from the direction of Tad Gormley stadium.

g. At Pump Station No. 19 on the west bank of the IHNC near Florida Ave., operators observed 3-4 feet of water coming over the IHNC floodwall starting at between 3:00 to 4:00 a.m. on August 29, 2005. After losing water pressure, all

        pumps were stopped at about 5:00 a.m. on August 29 and were not restarted until 2:00 p.m. on August 30.

h. Water levels rose quickly at the I-10 Pump Station, located on Academy Drive near Lake Lawn Cemetery, at about 9:00 a.m. on August 29, 2005. The water level continued to rise until approximately 5:00 p.m. on Tuesday, August 30.

i. The Pritchard Pump Station, located on the Monticello Canal between Earhart and Airline Drive, operated on the morning of August 29 until 6:50 a.m. when the pumps were stopped because the water in the Monticello Canal was at the same level as the water in the adjoining streets.

j. Plaintiffs stipulate that Jennifer Redden, the USACE representative who prepared the map entitled 6633 Katrina Blue Roofs (See Exhibit 14 below, if called to testify would testify that this map was prepared by her and was based on the GIS database, that existed as of October 25, 2007.

# **TABLE OF EVIDENCE**

**Expert Reports, Designated Testimony from Depositions, and other Exhibits**

1. Expert report of Dr. Paul Kuhlmeier (with exhibits)

2. Expert report of Dr. James Richardson (with exhibits)

3. Expert report of Michael Truax/Richard Roddewig (with exhibits)

4. Expert report of Erik Nelson (with exhibits)

5. Affidavit of Gerard Gillen and OLD Profile Elevations Drawing, May 2005

6. Affidavit of Fran Cambell, Executive Director, East Jefferson Levee District

7. Affidavit of Nicole Fava with summary and deposition excerpts of the 24 proposed class representatives:

   1. Augustine, Donna

   2. Bell, Elois

   3. Drew, Beatrice

   4. Esteves, Emanuel, Jr.

   5. Harrison, Michele

6. Hennessey, Michelle

7. Innis, Daisy

8. Jackson, Trenise

9. Jones, Bette

10. Kaiser, Rosemary

11. Kaiser, Thurman, Sr.

12. Labeaud, Gladys

13. Levy, Calvin

14. Mallet, Dwayne

15. McCathen, Nicola

16. Mitchell, Leo

17. Morrell, Lenniece

18. Mose, Charles

19. Polite, Kenneth, Sr

        20. Rodriguez, Jose L.

        21. Stalbert, Betty

        22. Washington, Stella

        23. Williams, John B.

        24. Wilson, Emanuel

8. Index to Plaintiffs' Allegations Against Third Parties Contained in the Superseding Master Consolidated Class Action Complaint and excerpts from the Superseding Master Consolidated Class Action Complaint (Rec. Doc. 3420)

9. Deposition designations and excerpts from the August 16, 2007 deposition transcript of Johannes Vrijling (submitted as cross examination)

10. Deposition designations and excerpts from the August 22, 2007 deposition transcript of Dr. G. Paul Kemp (submitted as cross examination)

11. Deposition designations and excerpts from the August 13 and 14, 2007, deposition transcript of Dr. John A. Kilpatrick (submitted as cross examination)

12. Deposition designations and excerpts from the August 23, 2007 deposition transcript of Chad A. Morris (submitted as cross examination)

13. DVD of demonstrative evidence/animation by Dr. Paul Kuhlmeier

14. Map Entitled "6633 Katrina Blue Roofs"

15. Deposition designations and excerpts from the July 27, 2007, deposition transcript of the Sewerage and Water Board of New Orleans, through its designated representative John R. Huerkamp.

    a. Re-Notice of Videotaped Federal 30(b)(6) Deposition of the Sewerage and Water Board of New Orleans

    b. Diagram of SWB Systemwide Drainage Network and Flood Impact Map, dated September 2005; SWB-ED-M0001-000001

    c. SWB Elevation Map, dated May 2007; SWB-ED-M0001-000002

    d. Pump Curves and Index, SWB-ED-F0121-002296 - 002406

    e. Pumping Station Capacity Schematics, SWB-ED-F0092-002037-002060

    f. SWB Pump Station Logs, DPS#1, August 28-31, 2005;

    SWB-ED-M0001-000003 - 010

g.  SWB Pump Station Logs, DPS#12, August 9-Sept. 3, 2005;

    SWB-ED-M0001-000017 - 019

h.  SWB Pump Station Logs, DPS#6, August 27-30/05;

    SWB-ED-M0001-000023 - 028

i.  SWB Pump Station Logs, DPS Pritchard, August 28-30, 2005;

    SWB-ED-M0001-000029 - 030

j.  SWB Pump Station Logs, DPS#7, August 28-31, 2005;

    SWB-ED-M0001-000031 - 034

k.  SWB Pump Station Logs, DPS#3, August 27-29, 2005;

    SWB-ED-M0001-000039 - 043

l.  SWB Pump Station Logs, DPS#2, August 27-29, 2005;

    SWB-ED-M0001-000045 - 047

m.  SWB Pump Station Logs, DPS#11, August 27, 2005;

    SWB-ED-M0001-000051

n.  SWB Pump Station Logs, DPS#4, August 28-29, 2005;

SWB-ED-M0001-000052 - 053

o.  SWB Pump Station Logs, DPS#14, August 25-Sept. 2, 2005;

SWB-ED-M0001-000055 - 062

p.  SWB Pump Station Logs, DPS#16, August 25-28, 2005;

SWB-ED-M0001-000063 - 065

q.  SWB Pump Station Logs, DPS#20, August 29-30, 2005;

SWB-ED-M0001-000067 - 068

r.  SWB Pump Station Logs, DPS#19, August 27-Sept. 7, 2005;

SWB-ED-M0001-000069 - 078

s.  SWB Pump Station Logs, DPS#D, August 27-30, 2005;

SWB-ED-M0001-000079 - 086

t.  SWB Pump Station Log, DPS#15, August 28, 2005;

SWB-ED-M0001-000119

u.  SWB Pump Station Logs, DPS#20, August 26-28, 2005;

SWB-ED-M0001-000132 - 0133

    v.    SWB Pump Station Logs, DPS I-10, August 28-29, 2005;

        SWB-ED-M0001-000134 - 0136

    w.    SWB Pump Station Logs, Central Station, August 28 - 30, 2005;

        SWB-ED-M0001-000139 - 0146

Dated:  November 20, 2008     Respectfully submitted,

        /s/ Thomas P. Anzelmo_____

        McCRANIE, SISTRUNK, ANZELMO,
        HARDY, MAXWELL & McDANIEL

        Thomas P. Anzelmo, P.A. - #2533
        Mark E. Hanna - #19336
        Kyle P. Kirsch - #26363
        Andre J. Lagarde - #28649
        3445 N. Causeway Boulevard, Ste. 800
        Metairie, Louisiana 70002
        TELEPHONE:  (504) 831-0946
        FACSIMILE:  (504) 831-2492

        And

        LABORDE & NEUNER
        Ben L. Mayeaux - #19042
        James L. Pate - # 10333
        Gregory A. Koury - #26364
        One Petroleum Center, Suite 200
        1001 West Pinhook Road
        Lafayette, Louisiana 70503
        TELEPHONE:  (337) 237-7000

        FACSIMILE:  (337) 233-9450
        Attorneys for the

        ORLEANS LEVEE DISTRICT

/s/ Gary M. Zwain

Lawrence J. Duplass, 5199
Gary M. Zwain, 13809
Andrew D. Weinstock, 18495

      of

Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
Telephone 504-832-3700
Facsimile   504837-3119

EAST JEFFERSON LEVEE DISTRICT


s/ Charles M. Lanier, Jr.

CHARLES M. LANIER, JR. - BAR #18299
J. WARREN GARDNER, JR. - BAR #5928
KEVIN R. TULLY - BAR #1627
CHARLOTTE JANE SAWYER - #28493
CHRISTOVICH & KEARNEY, LLP
Suite 2300
Pan American Life Center
601 Poydras Street
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700
Facsimile:  (504) 561-5743


GEORGE R. SIMNO, III - BAR #12271
GERARD M. VICTOR - BAR #9815
625 St. Joseph Street, Room 201
New Orleans, Louisiana  70165
Telephone:  (504) 585-2242
Facsimile:  (504) 585-2426
ATTORNEYS FOR DEFENDANT
SEWERAGE AND WATER BOARD OF NEW ORLEANS

CERTIFICATE OF SERVICE

      I hereby certify that on the 20th day of November, 2008, a copy of the above and foregoing was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

                                s/ Thomas P. Anzelmo
                                McCRANIE, SISTRUNK, ANZELMO,
                                HARDY, MAXWELL & McDANIEL
                                3445 N. Causeway Boulevard, Ste. 800
                                Metairie, Louisiana 70002
                                TELEPHONE:  (504) 831-0946
                                FACSIMILE:  (504) 831-2492
                                E-MAIL:  tpa@mcsalaw.com