UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NOTICE OF MANUAL ATTACHMENT

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO: 05-4182 |
| | SECTION: "K" (2) |

ATTACHMENTS TO DOCUMENT NO. 16498

    DESCRIPTION: Exhibits - Opposition to Motion for Leave to File Amended Motion for Class Certification

    FILED BY:   Thomas Anzelmo

    FILE DATE:   11/20/08

ARE LOCATED IN THE CLERK'S OFFICE.