UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182  "K" (2) |
| | * | |
| _____ | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO: | * | MAG. WILKINSON |
| | * | |
| LEVEE:   06-5890 (DEAR MOTHER'S) | * | |
| | * | |

* * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING THE FOREGOING Motion to Enroll Jeanne O'Boyle as Co-Counsel of Record for plaintiffs, Dear Mother's Taste of New Orleans LLC, Hasan Al-Ghani and Khadija Al-Ghani,;

Said Motion is hereby GRANTED.

DONE AND ORDERED this ____ day of _____, 2008, New Orleans, Louisiana.

_____
UNITED STATES DISTRICT COURT JUDGE

-1-