UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182 "K" (2) |
| PERTAINS TO: LEVEE | JUDGE DUVAL<br>MAG. WILKINSON |

**LEVEE DEFENDANTS' THIRTEENTH PRELIMINARY LIST
OF EXHIBITS FOR POTENTIAL MERITS TRIAL(S)**

Pursuant to the Court's Case Management and Scheduling Order No. 7, entered May 1, 2008 (Docket No. 12935) ("CMO 7"), the undersigned defendants submit this thirteenth preliminary list of exhibits that may or will be introduced into evidence at any trial(s) on the merits.

This exhibit list is submitted jointly by all Levee defendants in order to comply with the Court's CMO 7, but the joint nature of this list does not mean that each defendant necessarily adopts, approves or endorses each exhibit contained in this list.

Although the Levee defendants have endeavored in good faith to prepare this thirteenth preliminary exhibit list, it is necessarily limited, because discovery in this case is not complete and will not close until March 2009.  Consequently, the Levee defendants have prepared this preliminary list on the basis of their best efforts and the information currently available, and

submit this list in accordance with the Court's CMO 7 and subject to later supplementation on the 20th day of every month as directed in CMO 7 (see CMO 7, § VI(A)(1)).

The following is a general list of the documents that may be introduced at the trial of this matter. At this point in the litigation it is not feasible to identify the specific documents that will be introduced.

1. Relevant engineering manuals

2. Relevant research reports

3. Relevant survey reports

4. Relevant memoranda (<u>e.g.</u>, design, benchmark, and standard project hurricane)

5. Relevant budget justification sheets7.Relevant General Accounting Office reports

6. Relevant evaluation and reevaluation reports

7. Relevant memoranda

8. Relevant parts of IPET Report and underlying materials and supporting documents

9. Relevant agreements, contracts, and correspondence between USACE and local levee authorities and contractors

10. Relevant dredging permits

11. Relevant design data (including but not limited to maps, charts, drawings, blueprints, memoranda, plans and specifications)

12. Relevant inspection reports

13. Relevant modeling data and depictions

14. Any document listed by any plaintiff or co-defendant in this matter, including but not limited to, those listed in initial disclosures, answers to interrogatories and requests to admit, response to requests for production of documents, correspondence, or any documents (hard copy or electrically stored information) in the document depositories developed in this matter

15. Legislative materials

16.     Statutes and regulations

Dated:  November 20, 2008                    Respectfully submitted,

                                             s/ Thomas P. Anzelmo_____
                                             McCRANIE, SISTRUNK, ANZELMO,
                                                HARDY, MAXWELL & McDANIEL
                                             Thomas P. Anzelmo, P.A. - #2533
                                             Mark E. Hanna - #19336
                                             Kyle P. Kirsch - #26363
                                             Andre J. Lagarde - #28649
                                             3445 N. Causeway Boulevard, Ste. 800
                                             Metairie, Louisiana 70002
                                             TELEPHONE:  (504) 831-0946
                                             FACSIMILE:  (504) 831-2492

                                             and

                                             LABORDE & NEUNER
                                             Ben L. Mayeaux - #19042
                                             James L. Pate - # 10333
                                             Gregory A. Koury - #26364
                                             One Petroleum Center, Suite 200
                                             1001 West Pinhook Road
                                             Lafayette, Louisiana 70503
                                             TELEPHONE:  (337) 237-7000
                                             FACSIMILE:  (337) 233-9450
                                             Attorneys for the ORLEANS LEVEE
                                             DISTRICT

                                             s/ Charles M. Lanier, Jr._____
                                             CHRISTOVICH & KEARNEY, LLP
                                             Charles M. Lanier, Jr. - #18299
                                             J. Warren Gardner, Jr. - #5928
                                             Elizabeth Cordes - #1786
                                             Pan American Life Center
                                             601 Poydras Street, Suite 2300
                                             New Orleans, LA 70130-6078
                                             TELEPHONE:  (504) 593-4272
                                             FACSIMILE:  (504) 561-5743
                                             Attorneys for the SEWERAGE AND WATER
                                             BOARD OF NEW ORLEANS

3

        s/ Gary M. Zwain_____
        DUPLASS, ZWAIN, BOURGEOIS,
           MORTON, PFISTER & WEINSTOCK
        Lawrence J. Duplass - #5199
        Gary M. Zwain - #13809
        Andrew D. Weinstock - #18495
        3838 N. Causeway Blvd., Suite 2900
        Metairie, Louisiana 70002
        TELEPHONE: (504) 832-3700
        FACSIMILE: (504) 837-3119
        Attorneys for the BOARD OF
        COMMISSIONERS FOR THE EAST
        JEFFERSON LEVEE DISTRICT


        s/ Ralph S. Hubbard III_____
        LUGENBUHL, WHEATON, PECK, RANKIN
           & HUBBARD
        Ralph S. Hubbard III - # 7040
        Joseph Guichet - # 24441
        Rachel Meese - # 25457
        601 Poydras Street
        Pan American Life Center, Suite 2775
        New Orleans, LA 70130-6027
        TELEPHONE: (504) 568-1990
        FACSIMILE: (504) 310-9195
        Attorneys for ST. PAUL FIRE AND MARINE
        INSURANCE COMPANY

5

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of November, 2008, a copy of the above and foregoing **Levee Defendants' Thirteenth Preliminary List of Exhibits for Potential Merits Trials(s)** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

                                                           s/ Thomas P. Anzelmo_____
                                                           McCRANIE, SISTRUNK, ANZELMO,
                                                              HARDY, MAXWELL & McDANIEL
                                                           3445 N. Causeway Boulevard, Ste. 800
                                                           Metairie, Louisiana 70002
                                                           TELEPHONE:  (504) 831-0946
                                                           FACSIMILE:  (504) 831-2492
                                                           E-MAIL:  tpa@mcsalaw.com