UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182  "K" (2) |
| | * | |
| _____ | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO: | * | MAG. WILKINSON |
| | * | |
| LEVEE:    06-5890 (DEAR MOTHER'S) | * | |
| | * | |

* * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW COUNSEL

NOW INTO COURT, through undersigned counsel, come plaintiffs, Dear Mother's Taste of New Orleans LLC, Hasan Al-Ghani and Khadija Al-Ghani, and advise this Honorable Court that Attorney David A. Binegar has resigned from the Law Office of Paul C. Miniclier.  As such, plaintiffs request that Attorney David A. Binegar be immediately withdrawn as counsel of record for plaintiffs in the above referenced matter.  Attorney Paul C. Miniclier will remain as trial counsel for plaintiffs.

Respectfully submitted this 20th day of November, 2008.

BY:    /s/Paul C. Miniclier
Paul C. Miniclier, Esq. (Bar #17062)
LAW OFFICE OF PAUL C. MINICLIER
1305 Dublin Street
New Orleans, Louisiana 70018
Telephone: (504) 864-1276
Attorneys for Dear Mother's Taste of New
Orleans LLC, Hasan Al-Ghani and Khadija Al-Ghani

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record via the electronic filing system, this 20th day of November, 2008.

/s/Paul C. Miniclier