UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO: | * | MAG. WILKINSON |
| | * | |
| LEVEE:    06-9151 (JONES) | * | |
| | * | |

* * * * * * * * * * * * * * * * *

## MOTION TO ENROLL CO-COUNSEL

NOW INTO COURT, through undersigned counsel, come plaintiffs, Kenneth Jones and Lori James-Jones, and moves this Honorable Court for permission to enroll Jeanne O'Boyle as additional counsel of record for plaintiffs in the above referenced matter.

Respectfully submitted,

/s/Paul C. Miniclier
PAUL C. MINICLIER, #17062
Law Office of Paul C. Miniclier
1305 Dublin Street
New Orleans, LA 70118
Telephone: (504) 864-1276
Attorney for Kenneth Jones and Lori James-Jones

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record via the electronic filing system, this 20th day of November, 2008.

/s/Paul C. Miniclier

-1-