UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES            CIVIL ACTION
CONSOLIDATED LITIGATION

                                                          NO.: 05-4182 "K" (2)

PERTAINS TO: BARGE                               JUDGE DUVAL
                                                          MAG. WILKINSON

_____

### THE BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS AND THE ORLEANS LEVEE DISTRICT'S ELEVENTH PRELIMINARY LIST OF EXHIBITS FOR POTENTIAL MERITS TRIAL(S)

Pursuant to the Court's Case Management and Scheduling Order No. 7, entered May 1, 2008 (Docket No. 12935) ("CMO 7"), as amended by Order dated June 26, 2008 (Docket No. 13632), the undersigned third-party defendants submit this eleventh preliminary list of exhibits that may or will be introduced into evidence at any class certification hearing and/or trial(s) on the merits.

This exhibit list is submitted jointly by third-party defendants, the Board of Commissioners of the Port of New Orleans and the Orleans Levee District, in order to comply with the Court's CMO 7, but the joint nature of this list does not mean that each third-party defendant necessarily adopts, approves or endorses each exhibit identified on this list.

Although the Board of Commissioners of the Port of New Orleans and the Orleans Levee District have endeavored in good faith to prepare this eleventh preliminary exhibit list, it is necessarily limited, because discovery in this case is not complete and will not close until September 14, 2008 with regard to class certification and until March 2009 with regard to any merits trial(s).  Consequently, the Board of Commissioners of the Port of New Orleans and the Orleans Levee District have prepared this preliminary list on the basis of their best efforts and the information currently available, and submit this list in accordance with the Court's CMO 7, as amended.

1. U.S. Army Corps of Engineers, Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Final Report of the Interagency Performance Evaluation Task Force (Mar. 26, 2007), including underlying data

2. U.S. Army Corps of Engineers, Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Draft Final Report of the Interagency Performance Evaluation Task Force (June 1, 2006), including underlying data

3. American Society of Civil Engineers External Review Panel, The New Orleans Hurricane Protection System:  What Went Wrong and Why (2007), including underlying data

4. "Team Louisiana" Final Report:  The Failure of the New Orleans Levee System during Hurricane Katrina

5. Independent Levee Investigation Team, Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005, Final Report

6. Maps of New Orleans East, the Lower Ninth Ward, and St. Bernard Parish

7. "MR-GO" Master Consolidated Class Action Complaint

8. H. R. Doc. No. 82-245, at 33 (1951) (Army Submission re MRGO)

9. An Act to Authorize Construction of the Mississippi River-Gulf Outlet, Pub. L. No. 84-455, 70 Stat. 65, 65 (1956)

10.  H.R. Doc. No. 71-46, at 3 (1930)

11. MRGO Design Memo. 1-A (July 1957)

12.  MRGO Recon. Rep. (1988)

13. H.R. Doc. No. 89-231 (1965)

14. LPVHPP Reevaluation Study Main Rep. (Vol. 1, July 1984)

15. MRGO Design Mem. 1-B (Rev. May 1959)

16. MR-GO Recon. Rep. (1994)

17. Final Composite Environmental Statement for Operation and Maintenance Work on Three Navigation Projects in the Lake Borgne Vicinity Louisiana (Mar. 1976)

18. LPVHPP Map, 30 Sep. 1995

19. MRGO Design Mem. 1-C (Nov. 1959)

20. H.R. Doc. No. 82-6 (1951)

21. An Act authorizing the construction, repair, and preservation of certain public works on rivers and harbors, and for other purposes, Pub. L. No. 79-14, 59 Stat. 10, 30 (1943)

22. MRGO, Design Mem. No. 2 (June 1959)

23. MRGO Deep Draft Interim Report to Congress (December 2006)

24. H.R. Doc. No. 82-245 (1951)

25. Woolley, Douglas and Leonard Shabman, "Decision-Making Chronology For the Lake Pontchartrain & Vicinity Hurricane Protection Project," Draft Final Report for the Headquarters, U.S. Army Corps of Engineers, June 2007

26. Letter from U.S. Secretary of the Interior Fred A. Seaton to former Army Secretary Wilber M. Bruckner dated August 22, 1957

27. Memorandum from F.C. Gillett, Acting Regional Director of the U.S. Fish and Wildlife Service, to the Director of the U.S. Fish and Wildlife Service dated September 24, 1959

28. J. Westerink, B. Ebersole, and H. Winer, Note on the Influence of the Mississippi River Gulf Outlet on Hurricane Induced Storm Surge in New Orleans and Vicinity (February 21, 2006)

29. URS Corp., The Direct Impact of the Mississippi River Gulf Outlet on Hurricane Storm Surge (prepared for Louisiana Department of Natural Resources) (2006)

30. U.S. Army Corps of Engineers, New Orleans District, Numerical Modeling of Storm Surge Effect of MRGO Closure (2003)

31. C.L. Bretschneider and J.I. Collins, Storm Surge Effects of the Mississippi River Gulf Outlet, Study A, National Engineering Science Company Report No. SN 326-A (1966)

32. LPVHPP Design Memorandum No. 1, Parts I and IV

33. LPVHPP Design Memorandum No. 3 & Supp. No. 1

34. LPVHPP Design Memorandum No. 5

35. LPVHPP Map, 1998

36. June 2, 2006 photographs by Dr. Francisco Silva-Tulla (WGI082924-998)

37. March 1997 Final Evaluation Report for Mississippi River-Gulf Outlet, New Lock and Connecting Channels (http://www.mvn.usace.army.mil/prj/ihnc/EvaluationReport/ihnc_eval.htm)

38. Total Environmental Restoration Contract, DACA56-94-D-0021 (WGI000120-605)

39. Task Order 26 of Total Environmental Restoration Contract, DACA56-94-D-0021, and all accompanying modifications and Statements of Work (WGI000001-119; WGI000606-791)

40. Recommendation Report for Demolition and Site Preparation activities of the East Bank Industrial Area, Dec. 2, 1999 (WGI030703-88)

41. Project Work Plan for Project Site Development and Remedial Action of East Bank Industrial Area (WGI041879-944)

42. Field Sampling Plan for Project Site Development and Remedial Action of East Bank Industrial Area (WGI047293-422)

43. Risk Evaluation and Corrective Action Program ("RECAP") Corrective Action Plans, RECAP Submittal Reports, and RECAP No Further Action At This Time Submittals for Boland Marine and Saucer Marine in the East Bank Industrial Area between 2001-2005, and all amendments thereto

44. Technical Completion Report and Record Drawings, IHNC – East Bank Industrial Area, August 2005

45. Relevant engineering manuals

46. Relevant research reports

47. Relevant survey reports

48. Relevant memoranda (<u>e.g.</u>, design, benchmark, and standard project hurricane)

49. Relevant budget justification sheets

50. Relevant court injunction documents

51. Relevant General Accounting Office reports

52. Relevant evaluation and reevaluation reports

53. Relevant memoranda

54. Relevant parts of IPET Report and underlying materials and supporting documents

55. Relevant agreements, contracts, and correspondence between USACE and local levee authorities and contractors

56. Relevant dredging permits

57. Relevant design data (including but not limited to maps, charts, drawings, blueprints, memoranda, plans and specifications)

58. Relevant inspection reports

59. Relevant modeling data and depictions

60. Any document listed by any plaintiff or co-defendant in this matter, including but not limited to, those listed in initial disclosures, answers to interrogatories and requests to admit, response to requests for production of documents, correspondence, or any documents (hard copy or electrically stored information) in the document depositories developed in this matter

61. Legislative materials

62. Statutes and regulations

63. Board of Commissioners, Port of New Orleans, Map Showing Inner Harbor-Navigation Canal, C3-10352;

64. All documents produced during discovery; and

65. Any exhibit listed by any other party.

Dated:  November 20, 2008    Respectfully submitted,

            s/ Thomas P. Anzelmo_____
            McCRANIE, SISTRUNK, ANZELMO,
             HARDY, MAXWELL & McDANIEL
            Thomas P. Anzelmo, P.A. - #2533
            Mark E. Hanna - #19336
            Kyle P. Kirsch - #26363
            Andre J. Lagarde - #28649
            3445 N. Causeway Boulevard, Ste. 800
            Metairie, Louisiana 70002
            TELEPHONE:  (504) 831-0946
            FACSIMILE:  (504) 831-2492

            and

            LABORDE & NEUNER
            Ben L. Mayeaux - #19042
            James L. Pate - # 10333
            Gregory A. Koury - #26364
            One Petroleum Center, Suite 200
            1001 West Pinhook Road
            Lafayette, Louisiana 70503
            TELEPHONE:  (337) 237-7000
            FACSIMILE:  (337) 233-9450
            Attorneys for the ORLEANS LEVEE
            DISTRICT


            s/ Kirk Aurandt_____
            DAIGLE FISSE & KESSENICH, PLC
            J. Frederick Kessenich - #7354
            Jonathon H. Sandoz - #23928
            Michael W. McMahon - #23987
            Jon A. Van Steenis - #27122
            Kirk N. Aurandt - #25336
            P.O. Box 3530
            Covington, LA 70434-5350
            TELEPHONE:  (985) 871-0800
            FACSIMILE:   (985) 871-0899
            Attorneys for the BOARD OF
            COMMISSIONERS FOR THE PORT OF
            NEW ORLEANS

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 20${}^{th}$ day of November, 2008, a copy of the above and foregoing **The Board of Commissioners of the Port of New Orleans and the Orleans Levee District's Eleventh Preliminary List of Exhibits for Potential Class Certification Hearing and Merits Trial(s)** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

                                                s/ Thomas P. Anzelmo
                                                McCRANIE, SISTRUNK, ANZELMO,
                                                   HARDY, MAXWELL & McDANIEL
                                                3445 N. Causeway Boulevard, Ste. 800
                                                Metairie, Louisiana 70002
                                                TELEPHONE:  (504) 831-0946
                                                FACSIMILE:  (504) 831-2492
                                                E-MAIL:  tpa@mcsalaw.com