UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NUMBER: 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| PERTAINS TO: MRGO, Robinson | * | |
| (No. 06-2268) | * | |

*************************************************************************

*MOTION AND INCORPORATED MEMORANDUM OF
THE STATE OF LOUISIANA, ST. BERNARD PARISH GOVERNMENT,
ENTERGY CORPORATION, ENTERGY NEW ORLEANS, INC.,
ENTERGY LOUISIANA, L.L.C., AND HARTFORD STEAM BOILER INSPECTION AND
INSURANCE COMPANY FOR LEAVE TO FILE
MEMORANDUM AS AMICI CURIAE CONCERNING THE NATIONAL ENVIRONMENTAL
POLICY ACT IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY
<u>ADJUDICATION ON DISCRETIONARY FUNCTION</u>*

The State of Louisiana, St Bernard Parish Government, Entergy Corporation, Entergy New Orleans, Inc., Entergy Louisiana, L.L.C., and Hartford Steam Boiler Inspection and Insurance Company ("Amici") hereby jointly request leave to file the annexed memorandum as a*mici curiae* together with the accompanying Declaration of Nicholas C. Yost, Esq., former General Counsel of the President's Council on Environmental Quality (CEQ), concerning the National Environmental Policy Act In Support of Plaintiffs' Motion For Partial Summary Adjudication on Discretionary Functions.  The Amici plaintiffs' have a very strong and direct interests in the resolution of a discretionary function exception ruling in this matter as the claims specified against the United States in every pending action may be affected by ruling in the above referenced matter.

1

Amicus, *The State of Louisiana*, represented by Attorney General James D. "Buddy" Caldwell  Attorney General Caldwell is the duly elected chief legal officer for the State and is empowered to institute any civil proceedings that may be necessary to assert or protect any right or interest of the State.  See generally La. Const. Art. IV, §8.  In this matter, the State of Louisiana supports this filing by virtue of its own independent losses as well as in its role as *parens patriae*.  The State has consistently and vigorously opposed the MR GO's destruction of its wetlands that has occurred for decades.

On February 28, 2007, the State of Louisiana filed its Form SF - 95 Claim for Damage, Injury, or Death with the United States Army Corps of Engineers.  In summary, those claims noted damage to the State's property, systems, utilities, buildings, infrastructure, hospitals, vehicles, fisheries, minerals, revenue, wetlands, diminution of value of State owned properties, loss of tourism revenue, and a host of other categories of loss.  The estimate of the State's property damage loss is in excess of $200,000,000,000.  The State filed a lawsuit against the United States of America through the Army Corps of Engineers on August 29, 2007 praying for judgment against the Corps for all its compensatory damage.   The State wishes to file this amicus brief in an effort to protect its interests.

As *parens patriae*, literally "parent of the country," the State has standing to file this amicus for its citizens under its role as sovereign and guardian of persons under legal disability.  *Black's Law Dictionary*, pg.1003 (5th Ed. 1929).  Various citizens; political subdivisions; and entities, both natural and juridical have experienced enormous losses.  The State of Louisiana seeks to protect their interests as well as its own.

Amicus, *St. Bernard Parish Government* is situated to the East and South of the City of New Orleans. It extends from metropolitan New Orleans into Breton and Chandeleur Sounds, which are water bodies which extend into the Gulf of Mexico. Prior to 1963, St. Bernard Parish was home to one of the largest cypress tupelo hardwood swamps in the United States if not the world. This pristine and thriving environment was forever changed for the worse with the building of the MRGO. The MRGO bisected St. Bernard, as nearly all of the 76 mile land cut was made directly through the middle of the Parish. Once dug, the MRGO predictably permitted vast amounts of saltwater intrusion which killed the cypress trees and the freshwater vegetation. Then on August 29, 2005, Hurricane Katrina's storm surge predictably flowed directly up the MRGO and, predictably inundated St. Bernard Parish. The resulting flooding was of biblical proportions as only four of the 26,000 structures in the parish did not flood and approximately 67,000 former residents lost their homes and businesses. Amicus, St. Bernard Parish, thus, has a significant interest in the outcome of the Robinson case, particularly in the Corps of Engineers claim that it is immune from liability for its fault associated with the MRGO by virtue of its claim that it is entitled to discretionary function immunity.

Amicus, *Entergy Corporation*, together with its subsidiaries *Entergy New Orleans, Inc. and Entergy Louisiana, L.L.C.*, and their shared services subsidiary, Entergy Services, Inc. (collectively, "Entergy"), provide electric and gas utility services in Orleans and St. Bernard Parishes. Beginning on August 29, 2005 following Hurricane Katrina's landfall, Greater New Orleans experienced catastrophic flooding caused by the faulty design, construction and maintenance of waterways, levees and floodwalls for which the United States Army Corps of Engineers was responsible pursuant to federal law. East of the City of New Orleans, as Lake Borgne crested with the storm surge, the man-made structures funneled and poured salt water into the marshes and wetlands of South Louisiana and into the developed areas of St. Bernard and Orleans Parishes. In addition to the homes and business that were inundated with these waters, many elements of the area's critical utility

infrastructure were damaged or destroyed: the natural gas pipelines that serviced New Orleans were infiltrated and filled with salt water; electric transmission and distribution facilities in New Orleans East, the Ninth Ward, and St. Bernard were flooded and, in some cases, washed away; and numerous other utility assets were decimated. As a result, the residents of these areas were left without utility services for an extended period. They have also faced higher utility rates necessitated by the unprecedented repair and restoration as well as the diminished population of ratepayers among whom the utilities' operating costs must be shared. Entergy has suffered extensive damage to its fixed assets, past and future business opportunity, and operating income occasioned by the wrongful conduct of the Army Corps of Engineers. Entergy timely presented their administrative claims in writing to the Corps as provided under federal law on February 28, 2007, and timely commenced an action in the Eastern District of Louisiana. Amicus, Entergy, has a significant interest in the outcome of the Robinson case, particularly in the Corps of Engineers' claim that it is immune from liability for its tortious conduct under the Federal Tort Claims Act associated with the MR-GO by virtue of its claim that it is entitled to discretionary function immunity. Amicus, *Hartford Steam Boiler and Inspection and Insurance Company*, (Hartford) Entergy's insurer has joined in their timely filed action against the Army Corps of Engineers as subrogee to portions of the extensive losses sustained by Entergy and similarly joins in their request to file the accompanying memoranda.

In further support of their position, the Amici also seek leave to submit the accompanying Declaration of Nicholas C. Yost, Esq., former General Counsel of the President's Council on Environmental Quality (CEQ) the agency, created to oversee implementation of the National Environmental Policy Act (NEPA). Implementation of NEPA has been central to Mr. Yost's practice for more than 30 years. As General Counsel of CEQ, Mr. Yost was the lead draftsperson of the NEPA's implementing regulations, 40 CFR Parts 1500-1508, which the United States Supreme Court has characterized as mandatory to every Federal agency. Mr. Yost's Declaration furnishes an overview of NEPA and its mandates for regulatory compliance as well

4

as, a review of the Corps conduct in terms of NEPA compliance with respect to the MRGO project.

WHEREFORE, the Amici pray that the Court grant leave to file their accompanying memorandum as *amici curiae* and accompanying Declaration of Nicholas C. Yost in support of the Robinson Plaintiffs' Motion for Partial Summary Adjudication on Discretionary Function.

The Amici has received consent of the MRGO Plaintiffs Liaison Counsel, JOSEPH M. BRUNO to submit the instant application and accompanying Memoranda and Declaration of Nicholas Yost.

A proposed Order is also attached.

>The Honorable James D. "Buddy" Caldwell (No. 2211)
>**ATTORNEY GENERAL, STATE OF LOUISIANA**
>James Trey Phillips (No.19978)
>ASSISTANT ATTORNEY GENERAL,
>STATE OF LOUISIANA
>Sallie J. Sanders (No. 11703)
>ASSISTANT ATTORNEY GENERAL,
>STATE OF LOUISIANA
>1885 North Third Street, 6th Floor
>Baton Rouge, LA 70802
>Telephone: (225)326-6040
>Telefax: (225)326-6097
>
>By: /s/ *James D. "Buddy" Caldwell*
>**Attorney for Amicus, THE STATE OF LOUISIANA**
>
>Craig P. Taffaro, Jr., St. Bernard Parish President
>Wayne J. Landry, Chairman of the St. Bernard Parish Council
>RICHARD A. TONRY (LSB #12859)
>MICHAEL C. GINART, JR. (LSB#18910)
>CULLEN A. TONRY (LSB#29457
>
>**LAW OFFICES OF TONRY & GINART**
>2114 Paris Road
>P.O. Box 32
>Chalmette, Louisiana 70044-0032

Telephone: 504-271-0471
Facsimile: 504-271-6293
By: /s/ *RICHARD A. TONRY, Esq*
**Attorney for Amicus, St. Bernard Parish Government**

O.H. Storey (Arkansas Bar No. 69078)
Marcus V. Brown (La. Bar No. 18817)
Leila A. D'Aquin (La. Bar No. 18884)
Entergy Services, Inc.
639 Loyola Avenue, Suite 2600
New Orleans, LA  70113
Tel:  504-576-2765
Fax:  504-294-5302
and
Ewell E. Eagan Jr. (La. Bar No. 5239), T.A.
A. Gregory Grimsal (La. Bar No. 6332)
Wendy Hickok Robinson (La. Bar No. 25225)
Gordon, Arata, McCollam, Duplantis & Eagan, L.L.P.
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana  70170-4000
Telephone: (504) 582-1111
Fax: (504) 582-1121

**By**: /s/ *Ewell Eagan, Jr Esq.,*
**Attorneys for Amicus, Entergy New Orleans, Inc., Entergy Louisiana, L.L.C., Entergy Services, Inc., and Entergy Corporation**

Elisa T. Gilbert, Esq (ETG 5713), T.A.
Brendan R. O'Brien (BO 9033)
The Gilbert Firm, LLC
325 East 57th Street
New York, NY 10022
Telephone 212-286-8522
Fax 212-286-8522
and
Ernest Svenson, Esq. (17164)
The Svenson Law Firm, LLC
432 Henry Clay Avenue
New Orleans, LA 70118-5724
504-208-5199

**By:** /s/ *Elisa T. Gilbert, Esq.*
**Elisa T. Gilbert, Esq.**
**Attorneys for Amicus, Hartford Steam Boiler Inspection and Insurance Company a/s/o Entergy New Orleans,**

6

        **Inc., Entergy Louisiana, L.L.C.,**
        **Entergy Services, Inc., and Entergy Corporation**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 20 day of November, 2008.

                                                                                             /s/ Elisa T. Gilbert