UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NUMBER: 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| PERTAINS TO: MRGO, Robinson | * | |
| (No. 06-2268) | * | |

*************************************************************************

## *ORDER*

Upon consideration of the Motion and Incorporated Memoranda of The State of Louisiana, St. Bernard Parish Government, Entergy Corporation, Entergy New Orleans, Inc., Entergy Louisiana, L.L.C., and Hartford Steam Boiler Inspection and Insurance Company for Leave to File Memorandum as Amici Curiae Concerning the National Environmental Policy Act in Support of Plaintiffs' Motion For Partial Summary Adjudication on Discretionary Function and good cause appearing.

IT IS HEREBY ORDERED that: the motion is GRANTED.  The Clerk is directed to file the memorandum of Amici Curiae Concerning the National Environmental Policy Act in Support of Plaintiffs Motion for Partial Summary Judgment on Discretionary Function and Accompanying Declaration of Nicholas Yost.

_____
UNITED STATES DISTRICT COURT JUDGE

1

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 20TH day of November, 2008.

    /s/ Elisa T Gilbert