UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION
NUMBER:  05-4182 "K"(2)
JUDGE DUVAL
MAG. WILKINSON

PERTAINS TO:  *Robinson*
(No. 06-2268)

## <u>DECLARATION OF PIERCE O'DONNELL</u>

1.      I am a member of the California State Bar in good standing, am admitted to appear before this Court *pro hac vice,* and a partner in O'Donnell & Associates PC, counsel of record for Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucille Franz (collectively, "Plaintiffs").  I have personal knowledge of the following facts and, if called and sworn, would competently testify as follows:

2.      Attached hereto as Exhibit 1 is a true and correct copy of Law of March 10, 1934, ch. 55, § 1, 48 Stat. 401 (1934), codified at 16 U.S.C. § 662.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the 1946 Amendment to the Fish and Wildlife Coordination Act of August 14, 1946, § 1, ch. 965, 60 Stat. 1080 (1946).

4.      Attached hereto as Exhibit 3 is a true and correct copy of House of Representatives, Committee on Agriculture, Report No. 1944, 79th Cong. 2d Sess. (April 17, 1946.

5.      Attached hereto as Exhibit 4 is a true and correct copy of Senate, Committee on Agriculture and Forestry, Report No. 1698, 79th Cong. 2d Sess. (July 10, 1946

6.      Attached hereto as Exhibit 5 is a true and correct copy of House of House Doc. No. 245, September 25, 1951.

7.      Attached hereto as Exhibit 6 is a true and correct copy of the United States Department of the Interior Fish and Wildlife Service Special Report on Fish and Wildlife Resources in Relation to the Mississippi River Gulf Outlet Project, November 8, 1957, revised December 18, 1957.

8.      Attached hereto as Exhibit 7 is a true and correct copy of is a true and correct copy of *An Interim Report on Fish and Wildlife Resources as Related to Mississippi River-Gulf Outlet Project, Louisiana and an Outline of Proposed Fish and Wildlife Studies*, April 1958

9.      Attached hereto as Exhibit 8 is a true and correct copy of letter from United States Secretary of the Interior, Fred A. Seaton to Army Secretary Wilber M. Bruckner, August 22, 1957.

10.      Attached hereto as Exhibit 9 is a true and correct copy of excerpts of Defendant's Reply in Support of Motion to Dismiss (Doc No. 1183-1).

11.      Attached hereto as Exhibit 10 is a true and correct copy of Record of Public Hearing on the Mississippi River Gulf Outlet, Aug. 5, 1943.

12.      Attached hereto as Exhibit 11 is a true and correct copy of excerpts from Defendant United States' Response to Plaintiffs' First Set of Interrogatories, Aug 1, 2007.

13.      Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the Army Corps's MRGO Design Memorandum No. 2, June 1959.

14.      Attached hereto as Exhibit 13 is a true and correct copy of Memorandum from F.C. Gillett, Acting Regional Director for the United States Fish and Wildlife Service to the Director of the Fish and Wildlife Service in Washington, D.C., September 24, 1959.

15.     Attached hereto as Exhibit 14 is a true and correct copy of a letter from Cary W. Kerlin to Jack A. Stephens, May 31, 1979.

16.     Attached hereto as Exhibit 15 is a true and correct copy of excerpts of the Expert Report of John W. Day, Jr. and Gary P. Shaffer, July 11, 2008.

17.     Attached hereto as Exhibit 16 is a true and correct copy of the 1958 Amendment to the Fish and Wildlife Coordination Act, § 1, P.L. 85-624, 72 Stat. 463 (1958); codified at 16 U.S.C. §662.

18.     Attached hereto as Exhibit 17 is a true and correct copy of Senate Report 85-1981, 1958 U.S.C.C.A.N. 3446, July 28, 1958

19.     Attached hereto as Exhibit 18 is a true and correct copy of Water Bank Act of 1980, Public Law 91-559 (84 Stat. 1468; 16 U.S.C. §§1301-1311) (December 19, 1970), as amended on January 2, 1980 by Public Law 96-182 (93 Stat. 1317).

20.     Attached hereto as Exhibit 19 is a true and correct copy of Emergency Wetlands Resources Act of 1986, (16 U.S.C. §§ 3901-3932, November 10, 1986, as amended 1988 and 1992.

21.     Attached hereto as Exhibit 20 is a true and correct copy of Clean Water Act, (33 U.S.C. §1251 et seq. (1972).

22.     Attached hereto as Exhibit 21 is a true and correct copy of Executive Order No. 11990, May 24, 1977.

23.     Attached hereto as Exhibit 22 is a true and correct copy of North American Wetlands Conservation Act of 1989, 16 U.S.C. §4401.

24.     Attached hereto as Exhibit 23 is a true and correct copy of Statement of Louisiana Wildlife and Fisheries Commission relative to the New Orleans [sic] to the Gulf Tidewater Channel," May 29, 1957.

25.     Attached hereto as Exhibit 24 is a true and correct copy of FWS Information Service Statement, "Louisiana Canal's Effects on Fish and Wildlife Arouse Concern of Conservationists," Sept. 26, 1957.

26.     Attached hereto as Exhibit 25 is a true and correct copy of White House Council on Environmental Quality, *Conserving America's Wetlands 2006: Two Years of Progress Implementing the President's Goal*, April 22, 2006.

27.     Attached hereto as Exhibit 26 is a true and correct copy of The December 1972 Digest of Water Resources Policies and Activities, EP 1165-2-1.

28.     Attached hereto as Exhibit 27 is a true and correct copy of excerpts of the Expert Report of G. Paul Kemp, July 11, 2008.

29.     Attached hereto as Exhibit 28 is a true and correct copy of U.S. Army Corps of Engineers, Lake Pontchartrain and Vicinity, Louisiana, Design Memorandum No. 1 Hydrology and Hydraulic Analysis Part 4 – Chalmette Extension, Plate No. 6 "Overland Surge Elevations, Coastal Louisiana" (October 1967).

30.     Attached hereto as Exhibit 29 is a true and correct copy of excerpts of the Final IPET Report, March 26, 2007.

31.     Attached hereto as Exhibit 30 is a true and correct copy of excerpts of the Team Louisiana Report, December 18, 2006.

32.     Attached hereto as Exhibit 31 is a true and correct copy of excerpts of the deposition transcript of United States Army Corps of Engineers, 30(b)(6) witness Alfred Naomi dated November 14 and 15, 2007.

33.     Attached hereto as Exhibit 32 is a true and correct copy of excerpts of Mississippi River Gulf-Outlet, St. Bernard Parish, La., Bank Erosion Reconnaissance Report, Syllabus by U.S. Army Corps of Engineers dated February 1988.

34.     Attached hereto as Exhibit 33 is a true and correct copy of relevant excerpts of the Expert Report of Dr. John Day and Dr. Gary Shaffer entitled "Effects of the Mississippi River Gulf Outlet on Coastal Wetlands and Other Ecosystems in Southeastern Louisiana" dated May 1, 2008.

35.     Attached hereto as Exhibit 34 is a true and correct copy of a Project Fact Sheet by the U.S. Army Corp of Engineers, January 31, 2005.

36.     Attached hereto as Exhibit 35 is a true and correct copy of excerpts of Army Corps, Environmental Considerations of an Expanded Mississippi River-Gulf Outlet, Appendix I.

37.     Attached hereto as Exhibit 36 is a true and correct copy of excerpts of Report, Lake Pontchartrain and Vicinity, Louisiana by U.S. Army Corps of Engineers dated July 24, 1963.

38.     Attached hereto as Exhibit 37 is a true and correct copy of correspondence between K.R. Heiberg III and G.J. Lannes dated April 11, 1975 and April 21, 1975.

39.     Attached hereto as Exhibit 38 is a true and correct copy of U.S. Fish and Wildlife Service, An Interim Report on Fish and Wildlife Resources as Related to Mississippi River Gulf Outlet Project, Louisiana and an Outline of Proposed Fish and Wildlife Studies, April 1958.

40.     Attached hereto as Exhibit 39 is a true and correct copy of Environmental Impact Study Ship Channel Project prepared by Coastal Environments, Inc., prepared for St. Bernard Parish Police Jury dated October 1972.

41.     Attached hereto as Exhibit 40 is a true and correct copy of Report to the Police Jury of the Parish of St. Bernard of the Tidewater Channel Advisory Committee,1957.

42.     Attached hereto as Exhibit 41 is a true and correct copy of Report of the Environmental Sub-Committee to the MRGO Technical Committee dated March 16, 2000, Habitat Impacts of the Construction of MRGO dated December 1999 by the New Orleans District Corps of Engineers.

43.     Attached hereto as Exhibit 42 is a true and correct copy of comments on modification of Lake Pontchartrain hurricane protection plan from W.L. Towns and Seton H. Thompson, United States Department of the Interior, Fish and Wildlife Service, Bureau of Sport Fisheries and Wildlife dated October 22, 1962.

44.     Attached hereto as Exhibit 43 is a true and correct copy of a letter from Kenneth J. Le Sieur to Colonel Thomas J. Bowen, November 24, 1965.

45.     Attached hereto as Exhibit 44 is a true and correct copy of October 1, 1969 draft memorandum regarding the proposed Mississippi River-Gulf Outlet New Ship Lock and reviewing the Dock Board Proposals for a St. Bernard Parish Site.

46.     Attached hereto as Exhibit 45 is a true and correct copy of a letter dated August 16, 1971; Subject: MR-GO – New Ship Lock; Return Levees; signed by Becnel.

47.     Attached hereto as Exhibit 46 is a true and correct copy of Disposition Form, Mississippi River-Gulf Outlet New Ship Lock Review of Dock Board Proposals for St. Bernard Parish Site, June 21, 1971.

48.      Attached hereto as Exhibit 47 is a true and correct copy of a letter dated October 14, 1969; Subject: MR-GO Floodgates at IHNC from Jerome C. Baehr.

49.      Attached hereto as Exhibit 48 is a true and correct copy of Letter of Department of the Army, New Orleans District, Corps of Engineers from Colonel Thomas J. Bowen, District Engineer to Acting Division Engineer, Lower Mississippi Valley, October 19, 1966.

50.      Attached hereto as Exhibit 49 is a true and correct copy of CRS Report for Congress, *Mississippi River Gulf Outlet (MRGO):  Issues for Congress*, Nicole T. Carter, Charles V. Stern, Aug. 4, 2006.

51.      Attached hereto as Exhibit 50 is a true and correct copy of excerpts of the Lake Pontchartrain and Vicinity Design Memorandum No. 2: Citrus Back Levee, Appendix C: Report on Evaluation of Alternative Plans Involving Modifications in the Alignment of the Lake Pontchartrain Barrier, March 1967.

52.      Attached hereto as Exhibit 51 is a true and correct copy of excerpts of the Lake Pontchartrain and Vicinity Design Memorandum No. 2: Citrus Back Levee, Appendix E: Report on the Controlling Elevation of the Seabrook Lock (October 1966).

53.      Attached hereto as Exhibit 52 is a true and correct copy of House Document 231, 89th Congress (1965).

54.      Attached hereto as Exhibit 53 is a true and correct copy of excerpts of the letter from the Secretary of the Army transmitting a letter along with a report and supporting documents to the Chief of Engineers, July 6, 1965.

55.      Attached hereto as Exhibit 54 is a true and correct copy of letter from Cary W. Kerlin to Jack A. Stephens, May 31, 1979.

56.     Attached hereto as Exhibit 55 is a true and correct copy of U.S. Department of the Interior, U.S. Fish and Wildlife Service, Press Release, "Louisiana Canal's Effects on Fish and Wildlife Arouse Concern of Conservationists," September 26, 1957.

57.     Attached hereto as Exhibit 56 is a true and correct copy of excerpts from the 30(b)(6) deposition of Gregory Miller, October 14, 2008.

58.     Attached hereto as Exhibit 57 is a true and correct copy of excerpts from the 30(b)(6) deposition of Zoltan Montvai, Oct. 7, 2008

59.     Attached hereto as Exhibit 58 is a true and correct copy of excerpts from the 30(b)(6) deposition testimony of Thomas Podany, Oct. 9, 2008.

60.     Attached hereto as Exhibit 59 is a true and correct copy of excerpts from the 30(b)(6) Deposition of John Saia, September 30, 2008.

61.     Attached hereto as Exhibit 60 is a true and correct copy of excerpts from the report, *Storm Surge Effects of the Mississippi River Gulf Outlet*, Bretschneider & Collins, September 1966.

62.     Attached hereto as Exhibit 61 is a true and correct copy of a memorandum "MRGO, St Bernard Parish (Bank Erosion) rev Recon Study," dated December 9, 1992.

63.     Attached hereto as Exhibit 62 is a true and correct copy of excerpts from the Mississippi River Gulf Outlet New Lock and Connecting Channels Quantities to Use for Real Estate for Comparative Analysis of 14 Schemes.

64.     Attached hereto as Exhibit 63 is a true and correct copy of the Final Composite Environmental Statement for Operation and Maintenance Work on Three Navigation Projects In the Lake Borgne Vicinity Louisiana; Final March 1976 EIS.

65.     Attached hereto as Exhibit 64 is a true and correct copy of Appendix L of the Mississippi River-Gulf Outlet Deep Draft De-authorization Study Integrated Final Report to Congress.

66.     Attached hereto as Exhibit 65 is a true and correct copy of Memorandum for file, *Mississippi River-Gulf Outlet, St. Bernard Parish, LA (Bank Erosion) Revised Reconnaissance Study and Feasibility Study*, Oct. 6, 1993.

67.     Attached hereto as Exhibit 66 is a true and correct copy of excerpts from the Draft Environmental Statement, Mississippi River Gulf Outlet, Louisiana, October 30, 1972.

68.     Attached hereto as Exhibit 67 is a true and correct copy of excerpts from the Draft Environmental Statement, for operation and maintenance work on three navigation channels in the Lake Borgne Vicinity, December 1974.

69.     Attached hereto as Exhibit 68 is a true and correct copy of excerpts of the Final Environmental Statement for operation and maintenance work on three navigation channels in the Lake Borgne Vicinity, March 1976.

70.     Attached hereto as Exhibit 69 is a true and correct copy of excerpts of the December 1972 Digest of Water Resources Policies and Activities, EP 1165-2-1.

71.     Attached hereto as Exhibit 70 is a true and correct copy of Memorandum of Cecil W. Soileau (Chief, Hydraulics and Hydrologic Branch, Commenting on Army Corps, Mississippi River-Gulf Outlet, St. Bernard Parish, Louisiana (Bank Erosion), May 24, 1988.

72.     Attached hereto as Exhibit 71 is a true and correct copy of Dr. Kemp's Supplemental Declaration, October 19, 2008.

73.     Attached hereto as Exhibit 72 is a true and correct copy of excerpts of the Supplemental Information Report, July 11, 1985.

74.     Attached hereto as Exhibit 73 is a true and correct copy of excerpts from the 30(b)(6) Deposition of John Saia, October 1, 2008.

75.     Attached hereto as Exhibit 74 is a true and correct copy of excerpts from the Army Corps and Louisiana Department of Natural Resources, "Land Loss and Marsh Creation, St. Bernard, Plaquemines and Jefferson Parishes—Feasibility Study," April 1990.

76.     Attached hereto as Exhibit 75 is a true and correct copy of excerpts from the Army Corps's Environmental Assessment 162.

77.     Attached hereto as Exhibit 76 is a true and correct copy of excerpts from the Army Corps's Environmental Assessment 47.

78.     Attached hereto as Exhibit 77 is a true and correct copy of the certain of the Army Corps Maintenance Dredging charts.

79.     Attached hereto as Exhibit 78 is a true and correct copy of excerpts from the MRGO's General Design Memoranda (GDM) 1-A, April 1957, revised July 1957.

80.     Attached hereto as Exhibit 79 is a true and correct copy of excerpts from the MRGO's General Design Memoranda (GDM) 1-B, September 1958, revised May 1959.

81.     Attached hereto as Exhibit 80 is a true and correct copy of excerpts from the Army Corps's General Design Memorandum No. 2, Supplement No. 4, Foreshore Protection, April 1968.

82.     Attached hereto as Exhibit 81 is a true and correct copy of excerpts from the report *The Mississippi River Gulf Outlet: A Study of Bank Stabilization*, Coastal Environments, Inc., 1985.

83.     Attached hereto as Exhibit 82 is a true and correct copy of excerpts from an Army Corps disposition form, dated April 13, 1987.

84.     Attached hereto as Exhibit 83 is a true and correct copy of excerpts of Mississippi River Gulf-Outlet, St. Bernard Parish, La., Bank Erosion Reconnaissance Report, by U.S. Army Corps of Engineers, dated February 1988.

85.     Attached hereto as Exhibit 84 is a true and correct copy of Memorandum re MRGO, St. Bernard Parish, (Bank Erosion) Revised Recon Study, Dec. 9, 1992.

86.     Attached hereto as Exhibit 85 is a true and correct copy of Compilation of Dredging Events Notice of Intent to Introduce Summary Evidence; Exhibit A-F, served on Defendant on September 12, 2008.

87.     Attached hereto as Exhibit 86 is a true and correct copy of excerpts from the report *The Mississippi River Gulf Outlet: A Study of Bank Stabilization*, Coastal Environments, Inc, 1985.

88.     Attached hereto as Exhibit 87 is a true and correct copy of Report of the Environmental Sub-Committee to the MRGO Technical Committee dated March 16, 2000, Habitat Impacts of the Construction of MRGO dated December 1999 by the New Orleans District Corps of Engineers.

89.     Attached hereto as Exhibit 88 is a true and correct copy of a letter from Colonel Drake Wilson to Colonel E.R. Heiberg, III, dated January 31, 1975.

90.     Attached hereto as Exhibit 89 is a true and correct copy of excerpts from the Draft Mississippi River-Gulf Outlet PM-R Proposal for Gaining National Environmental Policy Act Compliance for the Operation and Maintenance Program, April 11, 2005.

91.     Attached hereto as Exhibit 90 is a true and correct copy of excerpts from the Army Corps's Environmental Assessment 72.

92.     Attached hereto as Exhibit 91 is a true and correct copy of excerpts from the Army Corps's Environmental Assessment 294.

93.     Attached hereto as Exhibit 92 is a true and correct copy of excerpts from the Annual Reports of the Chief of Engineers on Civil Works Activities from 1970-1972, 1974-1979.

94.     Attached hereto as Exhibit 93 is a true and correct copy excerpts from the Army Corps publication, Water Resources Policies and Authorities, EP 1165-2-1, July 30, 1999.

95.     Attached hereto as Exhibit 94 is a true and correct copy of the opinion in *Save Our Wetlands v. Rush*, Civil Nos. 75-3719, 77-976, December 30, 1977, downloaded from http://www.iwr.usace.army.mil/inside/products/pub/hpdc/docs/19771230_SOWLvRush_injuncti on_order.pdf.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 20, 2008, in Los Angeles, California.


s/ Pierce O'Donnell
PIERCE O'DONNELL

<u>**CERTIFICATE OF SERVICE**</u>

I, Pierce O'Donnell, hereby certify that on November 20, 2008, I caused to be served

<u>**DECLARATION OF PIERCE O'DONNELL**</u>, upon Defendants' counsel, Robin D. Smith,

George Carter, Keith Liddle, and Richard Stone by ECF and email at

robin.doyle.smith@usdoj.gov; george.carter@usdoj.gov, keith.liddle@usdoj.gov, and

richard.stone@usdoj.gov.

<u>/s/ Pierce O'Donnell</u>