UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: *Robinson*<br>(No. 06-2268) | |

## NOTICE OF HEARING

TO: All Counsel of Record.

     PLEASE TAKE NOTICE THAT, in accordance with this Court's order regarding the scheduling of substantive motions (*see* Rec. Doc. 15841 at p.2), the undersigned will hear the Plaintiffs' Motion for Partial Summary Judgment at the Courtroom of the Honorable Stanwood R. Duval, Jr., United States Courthouse at 500 Poydras Street, New Orleans, LA, 70130, on the 8th day of January at 10:30 a.m.

New Orleans, Louisiana, this ___ day of _____, 2008.

_____
Judge Stanwood R. Duval, Jr.
Eastern District of Louisiana

1

## **CERTIFICATE OF SERVICE**

I, Pierce O'Donnell, hereby certify that on November 20, 2008, I caused to be served **NOTICE OF HEARING**, upon Defendants' counsel, Robin D. Smith, George Carter, Keith Liddle, and Richard Stone by ECF and email at robin.doyle.smith@usdoj.gov; george.carter@usdoj.gov, keith.liddle@usdoj.gov, and richard.stone@usdoj.gov.

/s/ Pierce O'Donnell