UNITED STATES DEPARTMENT OF THE INTERIOR
FISH AND WILDLIFE SERVICE
REGION 4
ATLANTA, GEORGIA

A SPECIAL REPORT ON FISH AND WILDLIFE RESOURCES
IN RELATION TO THE
MISSISSIPPI RIVER - GULF OUTLET PROJECT
LOUISIANA

BUREAU OF SPORT FISHERIES AND WILDLIFE
BRANCH OF RIVER BASINS
NOVEMBER 8, 1957
(Revised December 18, 1957)

PROJECT AUTHORIZATION

The Mississippi River - Gulf Outlet project was authorized March 29, 1956 by Public Law 455, 94th Congress, substantially in accordance with House Document 245, 82nd Congress.

PLAN OF DEVELOPMENT

Authority

The authorization provides for a navigation channel from the industrial area east of the Mississippi River, within the City of New Orleans, Louisiana, southeast to the Gulf of Mexico. Below the industrial area the channel will traverse the coastal marsh and cut through Chandeleur Sound for entry into the Gulf. Even though a project completion date is not established, there is evidence a 10-year initial construction period will be required.

Engineering Features

The plan of development is a modification of the existing project, Mississippi River Baton Rouge to the Gulf of Mexico. It provides for the following: (1) An additional east bank, deep-draft outlet, and tidewater harbor by construction of connecting harbor channel 36 feet deep and 500 feet wide extending from the inner harbor canal to a turning basin south of Micheaud; and (2) a channel 36 feet deep and 500 feet wide extending as a land and water cut, on tangents and easy curves, from this turning basin southeasterly to and along the

south shore of Lake Borgne and through the marshes to and through Chandeleur Sound and Islands, at or north of Errol Island, to deep water in the Gulf of Mexico, a distance of approximately 70 miles.

Provision also is included for a permanent retention dike across Chandeleur Sound and for parallel jetties from Chandeleur Island to the 20-foot depth contour in the Gulf of Mexico. A wing dike across the islands would be constructed as required. The channel through the jetties and across the bar would be flared to provide a width of 600 feet at the 38-foot contour.

This plan was transmitted to the Chief of Engineers on September 30, 1946, almost two months (46 days) after passage of the Act of August 14, 1946 (60 Stat. 1080) and was published in House Document 245 in 1951 without having been submitted to the Fish and Wildlife Service for comment as required under the terms of this Act. Further activity relative to the Mississippi River - Gulf Outlet project was not noted until its authorization on March 29, 1956. At this time engineering plans were in an advanced stage and no coordination with the Service had yet been attempted.

## STATUS OF WORK

For clarity of presentation, the total project area is discussed under three segments designated as Industrial Area, Coastal Marsh Area, and Sound Area.

2

Industrial Area

Funds were made available to the Corps of Engineers in fiscal year 1957 to initiate preparation of the General Design Memorandum. In fiscal year 1958, $625,000 was made available to start construction between the Inner Harbor Navigation Canal and Paris Road. Work on this segment is expected to begin in January of 1958.

Coastal Marsh Area

Survey work is completed on that segment of the canal which traverses the marsh to a point opposite Lake Eloi. Plans and specifications for this segment are scheduled for submission to the Division Engineer in December 1957.

Construction will be completed by reaches. Work on the first reach (length not yet determined) seaward from Paris Road is scheduled for initiation in fiscal year 1959, contingent upon availability of funds. Initial excavation within this area will be a pilot canal followed by completion of a 250-foot-wide channel, thereby completing one-half the channel width through the segment. Duration of dredging operations to complete the 500-foot-wide channel is not established; however, we expect this work to extend over a five-year period.

Sound Area

One survey line has been completed across Chandeleur Sound and Islands to the Gulf, and other alignments are being investigated by the Corps of Engineers. Observation towers have been erected and

3

digging of test pits is to be started in November 1957. Construction of this segment will be initiated prior to completion of the coastal marsh segment.

## FISH AND WILDLIFE RESOURCES

Industrial Area

Fish and wildlife resources are relatively insignificant within this project segment.

Coastal Marsh Area

Fish and wildlife within this segment are of paramount importance. A sizable part of the State's oyster industry is dependent upon production within the area as substantiated by the numerous existent oyster leases and the State-operated Bay of Gardene seed oyster reservation. It is a vital nursery and rearing grounds for the white and brown shrimp, menhaden, and other commercial and sport fishes.

Bait and commercial shrimp harvest and commercial harvest of speckled trout and red fish are intense. Sport-fishing pressure is heavy and of particular economic and recreational importance throughout this entire coastal-marsh stretch because of its proximity to New Orleans. This protected water area is ideally suited for small boat operations.

The project will traverse 23 miles of high-value waterfowl wintering habitat, and 15 miles of marshes of moderate or lesser value. Excellent waterfowl hunting is available within

4

Prod. # MRGO-001704    MRGO-001704

10 miles of the heart of the city.

This area also supported a once-substantial fur harvest which is currently low because of ecological changes and hurricane damages. With recovery of the marsh, the fur potentials of this area will be restored.

Sound Area

This area also plays a two-fold and irreplaceable role to both sport and commercial fisheries. It is an important nursery zone to the estuarine and Gulf fisheries as well as a heavily used harvest ground.

The firm bottoms supporting rooted vegetation adjacent to Chandeleur Island are prime nursery ground for pink shrimp, while the marsh-fringe shoreline is primarily seed oyster grounds. Seventy-five to eighty-five percent of the seed stock used in Louisiana comes from the area; and eighty-five percent of the oyster production in the State of Mississippi is dependent upon the area for seed stock.

Commercial shrimp, menhaden, and other Gulf-fisheries-catch operations are also dependent upon the area. Sport fishing here, as well as in the marsh segment of the project, is of considerable economic and recreational importance.

FISH AND WILDLIFE STUDIES

On August 3, 1956, the Regional Director was notified by letter from the New Orleans District Engineer that the General

5

Prod. # MRGO-001705                                                                 MRGO-001705

Design Memorandum would be initiated in fiscal year 1957. Accordingly, funds were sought for fiscal year 1958 and transfer of $5,000 has been tentatively approved by the Corps of Engineers to initiate fish and wildlife studies. Surveys are in progress by the Branch of River Basins, Bureau of Sport Fisheries and Wildlife, Region 4.

Objective

Purpose of current studies is to establish the area of project influence and in a general manner depict fish and wildlife resources of the area, their economic importance, influencing factors, and probable project effects in terms of changes in habitat, fish and wildlife resources, and economy.

Studies in progress will provide information basic to the preparation of plans, specifications, and estimates of a work outline for detailed studies of the overall project. In addition to projecting comprehensive study needs and costs this fiscal year, the Service will provide the Corps of Engineers comments (specific as time, personnel, and funds permit) on the industrial segment of the canal under construction.

Procedures and Progress

To date, work completed has been primarily confined to area reconnaissance, liaison with the U. S. Army Engineers, Louisiana Wild Life and Fisheries Commission, and other agencies concerned. Preliminary observations have been made along the channel route.

6

Sources of information have been investigated and study problems and costs discussed with the Bureau of Commercial Fisheries, Geology Department of Louisiana State University, and Texas A & M College Research Foundation. One marine fisheries biologist was transferred from the Bureau of Commercial Fisheries, Gulf Oyster Investigation Project, Pensacola, Florida, and is now stationed in Slidell, Louisiana to continue the Branch of River Basin field work on the project.

The Louisiana Wild Life and Fisheries Commission conducted personnel of the Fish and Wildlife Service and representatives of commercial-fishing-interest organizations on a tour of the Louisiana coastal marshes, followed by discussion of methods of approach to the problems expected to arise from project construction.

Negotiations are in process with the Corps of Engineers for establishing current and salinity data collection stations. Preparation of segments of the detailed study prospectus and cost estimates have been initiated. Arrangements are being made for joint preparation of the commercial fishery prospectus with the Bureau of Commercial Fisheries who will participate in the work when detailed study funds become available.

## FUTURE SERVICE NEEDS

Secretary Seaton, Department of the Interior, in a letter of September 23, 1957 informed the Secretary of the Army that construction of this project is of great concern to fish and wildlife

7

Prod. # MRGO-001707                    MRGO-001707

conservationists, including the commercial fishing industry.  He noted that the Corps' project plans have not been investigated by the fish and wildlife conservation agencies as contemplated in the Wildlife Coordination Act of August 14, 1946 (60 Stat. 1080).

Provision for and time in which to conduct detailed investigations are two critical problems which must be resolved to assure proper fish and wildlife consideration in this project.

The Corps of Engineers' present planning and construction schedules do not allow sufficient time for adequate comprehensive studies and coordinated planning to protect fish and wildlife interests.  An ample period for establishment of the existing fish and wildlife conditions and future needs should be permitted before additional construction funds are made available to the Corps of Engineers.

The intricate and complex habitat ecology and the economic fish and wildlife importance of the project area justify detailed studies on which to base predicted effects and recommendations.  An attempt to provide fish and wildlife coordination in this project under the Corps' present schedule can only result in making piece-meal recommendations on isolated segment reaches after construction is initiated.

Annual study cost requirements over a two or three year period are estimated to be $80,000 to $100,000.

8

Prod. # MRGO-001708                                                                                                          MRGO-001708

## DISCUSSIONS AND CONCLUSIONS

A 1955 report of the Geological Department, Louisiana State University states, "Never ceasing change is a dominant concept in geology and here in southern Louisiana the rapidity of this change is not exceeded anywhere on earth."

Construction of Mississippi River - Gulf Outlet project will in substance be a geological change, the magnitude of which must be determined. Accordingly, the zone of fish and wildlife habitat to be influenced by the project must be delineated and chemical and physical conditions responsible for the existing habitat established. Subsequent to this, predictions of project effects in their entirety should be completed and fish and wildlife recommendations made on a total project basis.

It is apparent that the fish and wildlife investigations are far behind the stage reached in the engineering investigations. We have little time to act in the public interest. Construction of the project is imminent. The channel will transect high value fish and wildlife habitat which provides outstanding recreational opportunities in addition to irreplaceable commercial fishery values.

Biological investigations have not been made and project effects are unknown; however, permanent and devastating effects may well occur unless, as pointed out in Secretary Seaton's letter, the Corps of Engineers takes the necessary action to bring the investigation of all phases of this project into balance.

The Secretary has urged the construction agency to consider

9

fully the effects of the project on fish and wildlife resources and asked that they accept reasonable modification in the alignment of the canal and in the plan of deposition of spoil to hold to a minimum the destructive effects on these resources, even though this may increase project cost to some degree.

## RECOMMENDATIONS

The U. S. Fish and Wildlife Service, therefore, appeals for public awareness and understanding of the disaster which may result from a lack of comprehensive fish and wildlife consideration in the Mississippi River - Gulf Outlet project area and asks that you join with us in recommending to the Congress and the Corps of Engineers that:

(a) Adequate funds be made available for detailed biological investigations on which to base recommendations for specific fish and wildlife measures for inclusion as an integral part of the District Engineer's Detailed Design Memorandum.

(b) Detailed design planning and construction of the coastal marsh and Chandeleur Sound project segments be delayed to allow sufficient time for adequate comprehensive study and coordinated planning to protect fish and wildlife interests within the zone of project influence.

Prod. # MRGO-001710    MRGO-001710