# PRELIMINARY DRAFT
## OF PROPOSED REPORT
### SUBJECT TO REVISION
### NOT FOR PUBLIC RELEASE

UNITED STATES DEPARTMENT OF THE INTERIOR

Exhibit Y, Page 1

Prod. # MRGOY00251

BUREAU OF SPORT FISHERIES AND WILDLIFE
REGION 4
ATLANTA, GEORGIA

AN INTERIM REPORT ON
FISH AND WILDLIFE RESOURCES
AS RELATED TO
MISSISSIPPI RIVER-GULF OUTLET PROJECT, LOUISIANA
AND AN
OUTLINE OF PROPOSED FISH AND WILDLIFE STUDIES

# PRELIMINARY DRAFT
# OF PROPOSED REPORT
# SUBJECT TO REVISION
# NOT FOR PUBLIC RELEASE

Planning Agency            :   Corps of Engineers, Department of the Army

Source of Engineering Data:   District Engineer, New Orleans, Louisiana

Report Prepared            :   April 1958

Prepared by Branch of River Basins Office
Vicksburg, Mississippi

Prod. # MRGOY00252

TABLE OF CONTENTS

|  | Page |
|---|---|
| Introduction | 1 |
| Description of Area | 3 |
| Fish and Wildlife Resources | 6 |
| Description of the Project | 9 |
|     Engineering Features | |
|     Status of Work | |
| Effects of Industrial Segment of Project | 12 |
| Probable Project Effects in Coastal Marsh and Sound Areas | 15 |
| Fish and Wildlife Planning | 19 |
| Discussions and Conclusions | 24 |
| Recommendations | 26 |

LIST OF TABLES

Table 1   Production of Area Under Consideration Compared to Total Production in Louisiana, 1955 (by percentages)

LIST OF PLATES

Plate 1   Mississippi River to Gulf Outlet Project Location

Plate 2   Industrial Area of Project

APPENDIX

Appendix I   Work Program of Fish and Wildlife Study

Prod. # MRGOY00253

## INTRODUCTION

1. The Mississippi River-Gulf Outlet, Louisiana, project was authorized by Public Law 455, Chapter 112, H.R. 6309, 84th Congress, approved March 29, 1956. This authorization is substantially in accordance with H.D. 245, 82nd Congress, in which the Division Engineer, Lower Mississippi Valley Division, recommends that the existing project, Mississippi River, Baton Rouge to the Gulf of Mexico, authorized by the Rivers and Harbors Act of March 2, 1945, be modified to provide for an additional east-bank, deep-draft outlet and tidewater harbor. At present, construction has been started on the first reach and the Army Engineers are making detailed studies and preparing detailed design memorandums for the remainder of the project.

2. The U. S. Fish and Wildlife Service initiated preliminary studies on the project in 1957. Secretary Seaton, Department of the Interior, in a letter of September 23, 1957, informed the Secretary of the Army that the project is of great concern to fish and wildlife conservationists, including the commercial fishing industry. The Secretary noted the project plans had not been investigated by fish and wildlife conservation agencies, as contemplated in the Wildlife Coordination Act of August 14, 1946 (60 Stat. 1080), and requested the Corps of Engineers to bring all phases of project planning into balance.

3. This report is pursuant to the above act and constitutes initial Service comments on the project. Its purpose is to present preliminary findings of the importance of fish and wildlife resources

Prod. # MRGOY00254

with regard to the local and national economy. In addition, it establishes the need and presents, in accordance with the District Engineer's January 10 letter request, plans for further fish and wildlife studies upon which to base recommendations designed to conserve the resource. The District Engineer's request of October 27, 1957 that the Service comment on two alternate routes for a segment of the channel is also considered.

4. Acknowledgment of contribution to this report is made to the Louisiana Wild Life and Fisheries Commission; the District Engineer, New Orleans District; Louisiana State University Departments of Geology and Forestry; and the Research Foundation, Texas A&M College.

5. Acknowledgment is also made of the Gulf States Marine Fisheries Commission resolution, requests from the commercial fishing industries, and other conservationist groups and individuals that fish and wildlife recommendations to mitigate possible damages be based on findings from detailed investigations.

2

Prod. # MRGOY00255
REPRODUCED AT

## DESCRIPTION OF AREA

6. The area under consideration consists of coastal marshes, lakes, sounds, and adjacent waters of the Gulf of Mexico. Because of the interim scope of studies completed and existing ecological complexities, delineation of a definite fish and wildlife area that the project will influence was precluded. In consequence, project-occasioned effects are tentatively considered in the marshes east of the Mississippi River and southeast of New Orleans and all or parts of the following marsh-encompassing, large, open water areas: Lake Pontchartrain, Lake Borgne, Mississippi Sound, Chandeleur and Breton Sounds, and adjacent waters of the Gulf of Mexico. In addition, project effects may be expected on a segment of the Chandeleur Island chain (Plate 1).

7. This marsh and fresh-to-saline waters are, by physiographic conditions and geographic location, strategic subdelta areas between the land mass and the Gulf of Mexico. The collective balance of the environs, or the interdependence of land to water, within the area under consideration is pronounced.

8. <u>Marsh</u>: The virtually undeveloped rich alluvial marsh land, representing elements of soils drained from two-thirds of the United States, was laid down by the Mississippi River and associated distributaries. Subsidence, compaction, and erosion, in the geologically recent absence of compensating alluviation from the river, are resulting in a continuous reduction of the lands.

9. This subdelta is interlaced with an intricate system of lakes, ponds, bays, and waterways. Extreme flatness, except for natural deposition levees along water courses, permits tidal influence well into

3

REPRODUCED AT
Prod. # MRGOY00256

the marsh. Water, usually fresh inland from the sounds, increases in salinity as the open water is approached. Vegetation is grass or composed of a variety of salt, brackish, and fresh water marsh and aquatic plants, except for limited occurence of trees and shrubs.

10. Open Water Areas: Of the large open water areas, Lakes Pontchartrain and Borgne and the Mississippi Sound are the north border of the marsh area under appraisal. Lake Borgne and the Sound are essentially a continuous reach of water, separated from Lake Pontchartrain by a series of subdelta islands which extend northeast from the higher grounds within the City of New Orleans. Water from Lake Pontchartrain enters Lake Borgne by way of Gigolets and Chief Menteur Passes. Lake Borgne, averaging about 8 feet in depth, is enclosed by marsh on three sides and therefore tends to be brackish. Pearl River empties into the lake near its juncture with the Mississippi Sound. More exposed to the Gulf, the Mississippi Sound has a higher salinity. It averages about 12 feet in depth.

11. Breton and Chandeleur Sounds, again a continuous body of water, border the marsh area to the east and south and are generally separated from the Gulf of Mexico by the Chandeleur Island chain. Waters here range from brackish along the marsh edges to Gulf salinities in the outer portions.

12. Islands: The Chandeleur Island chain, which includes Breton Island, extends for about 40 miles in an arc generally paralleling, and about 20 miles from, the edge of the coastal marsh. The Islands have sand beaches on the Gulf side, with vegetation, mostly

4

Prod. # MRGOY00257

beach grasses and sedges, established on the inshore side.

Individual islands are from less than a mile to several miles on the long axis, and generally average less than a mile in width.

13. The geographic location of the study area affords a moderate climate, has a 10-months growing season, with about 60 inches of annual rainfall.

5

Prod. # MRGOY00258

## FISH AND WILDLIFE RESOURCES

14. Importance of fish and wildlife is evidenced by extensive usage of the area by recreationists and industrial development based on harvest of fish and wildlife resources.

15. Sport-fishing activity, which requires an assortment of tackle, travel, bait, and, in many cases, meals, lodging, and water transportation, is extensive in this area. All available access points are heavily utilized by fishermen. Protected waters of the marsh are accessible to fishermen in small boats and the sounds and adjacent open waters are used by fishermen in more seaworthy craft. Speckled trout and red fish are the most popular sport fishes, although flounder, croakers, catfish, pompano, sheepshead, and tarpon also are taken.

16. Commercial fisheries within the area under consideration are a significant portion of the total Louisiana production and additionally contribute to landings in Mississippi. On the basis of preliminary estimates, the production of fish and shellfish of this area compared to total production in Louisiana is presented in Table 1.

Table 1

Production of Area Under Consideration
Compared to Total Production in Louisiana
1955 (by percentages)

|  | Percent of Total | |
| --- | --- | --- |
|  | Pounds | Value |
| Fin food fish | 42.6 | 48.5 |
| Oysters (market) | 34.0 | 28.5 |
| Shrimp | 15.8 | 14.6 |
| Menhaden | 24.0 | 24.0 |
| Crabs | 27.8 | 28.4 |
| Total Fish | 24.5 | 25.5 |
| Total Shellfish | 19.0 | 17.0 |
| Total Fish and Shellfish | 22.8 | 19.0 |

6

Prod. # MRGOY00259

In addition to these commercial landings, there is the harvest of shrimp for bait and home consumption and crabs for home consumption. Also, the area produces approximately 75 percent of the seed oyster production used in Louisiana. It is estimated that 85 percent of the oysters landed in Mississippi are taken from Louisiana waters. In addition, it is one of the important nursery and rearing grounds of many commercial and sport fishes of the Gulf estuary and coastal waters.

17. With the exception of the Mississippi River Delta, the marsh area along the southwest shore of Lake Borgne, between Bayou Bienvenue and Shell Beach, about 30 square miles, is by far the most important waterfowl area in southeast Louisiana. Because of its proximity to the New Orleans metropolitan area, it provides great waterfowl hunting opportunity. It is estimated that 2,000 hunters from New Orleans hunt this marsh regularly and that normally about 40,000 ducks winter there. Other migratory game birds, rails and gallinules, are important, and the esthetic values of concentrations of water and shore birds are high.

[handwritten margin note: compare with other areas?]

18. Marshes of much of the area under consideration are of a type considered as very valuable for muskrat production. At present, fur animals other than muskrat are taken in low numbers. These are nutrias, minks, raccoons, opossums, and otters. Minks have maintained a good value in the face of a generally declining fur market.

19. The factors that give rise to the production of fish and wildlife in this area are numerous and complex and incompletely understood. They include the physical aspects of the environment, such as geologic and physiographic aspects; climate, including temperature,

7

Prod. # MRGOY00260

rainfall, and winds; hydrologic conditions, which include tides, currents, and suspended sediments; and watershed influences. Chemical factors include salinities and dissolved nutrients or pollutants. These basic factors influence the environment that sustains the biological complex. Some components of the complex are ultimately harvested as the fish and wildlife crop.

20. Wildlife is frequently referred to as a produce of edges; this area is an edge of magnificient proportion. The marsh and estuarine area associated with the distributaries of the Mississippi River is about 70 miles wide and extends for about 150 miles along the coast. The climate is favorable, with a long growing season and abundant rainfall. This, coupled with other physiographic conditions, permits a biological [community succession] which results in an inconceivably large supply of living plants and animal organisms - the fundamental food supply of our fresh and salt water food fishes, turtles, alligators, shrimp, oysters, fur-bearing animals, ducks, and other birds. These in the aggregate constitute one of the densest and richest wild fauna in the world, considered both from the commercial and recreational values.

8

Prod. # MRGOY00261

## DESCRIPTION OF THE PROJECT

### Engineering Features

21. The plan of development provides for the following: (1) a deep-draft outlet and tidewater harbor by construction of a connecting harbor channel 36 feet deep and 500 feet wide, extending from the inner harbor canal to a turning basin south of Micheaud; and (2) a channel 36 feet deep and 500 feet wide, extending as a land and water cut, on tangents and easy curves, from this turning basin southeasterly to and along the south shore of Lake Borgne and through the marshes to and through Chandeleur Sound and Islands, at or north of Errol Island, to deep water in the Gulf of Mexico, a distance of approximately 70 miles (Plate 2).

22. Provision also is included for a permanent retention dike across Chandeleur Sound and for parallel jetties from Chandeleur Island to the 20-foot depth contour in the Gulf of Mexico. A wing dike across the islands would be constructed as required. The channel through the jetties and across the bar would be flared to provide a width of 600 feet at the 38-foot contour.

### Status of Work

23. For clarity of presentation, the total project area is discussed under three segments designated as <u>industrial area</u>, <u>coastal marsh area</u>, and <u>sound area</u>.

24. <u>Industrial Area</u>: Funds were made available to the Corps of Engineers in Fiscal Year 1957 to initiate preparation of the General Design Memorandum. In Fiscal Year 1958, $625,000 was made available to start construction on the industrial area between the

9

Prod. # MRGOY00262

Inner Harbor Navigation Canal and Paris Road. Construction of the industrial segment is under way and consists principally of enlargement of the Intracoastal Waterway. Center line of the new channel is 500 feet south of the center line of the existing waterway; right-of-way for channel construction extends 750 feet south of the new channel center line and for spoil disposal, an additional 2,000 feet. The present contract is for construction to Station 130, approximately half of the distance between the Inner Harbor Navigation Canal and Paris Road. For the balance of the construction to Paris Road, additional spoil disposal area extending all the way to Bayou Bienvenue is being sought.

25. <u>Coastal Marsh Area</u>: Survey work in the coastal marsh area is completed on that segment of the canal which traverses the marsh to a point opposite Lake Eloi. Plans and specifications for this segment were scheduled for submission to the Division Engineer in December 1957.

26. Construction in the coastal marsh area will be completed by reaches. Work on the first reach (length not yet determined) seaward from Paris Road is scheduled for initiation in Fiscal Year 1959, contingent upon availability of funds. Initial excavation within this area will be a pilot canal, followed by completion of a 250-foot wide channel, thereby completing one-half of the channel width through the segment. Duration of dredging operations to complete the 500-foot wide channel is not established; however, it is expected that this work will extend over a five-year period.

10

Prod. # MRGOY00263

REPRODUCED

27. Sound Area: One survey line has been completed across Chandeleur Sound and Islands to the Gulf, and other alignments are being investigated by the Corps of Engineers. Observation towers have been erected and digging of test pits is under way. Construction of this segment will be initiated prior to completion of the coastal marsh segment.

## EFFECTS OF INDUSTRIAL SEGMENT OF PROJECT

28. Excavation of the channel has been initiated in the industrial segment of the project. This reach extends from the juncture of the existing Intracoastal Waterway and Inner Harbor Navigation Canal to Louisiana Highway 61 or Paris Road, and it is aligned parallel with the Intracoastal Waterway (Plate 3). Inasmuch as the construction of this segment will not, by itself, modify the hydrological aspects of the overall project area, consideration is not given to that aspect in this preliminary report. Our concern is that of the physical change of land and its use in the immediate environs of the industrial segment. Generally, the area subject to effect by construction activities is that segment of marsh and swamplands bounded by the Intracoastal Waterway on the north, by Paris Road to the east, and Jackson Protection Levee and Southern Railroad embankment on the south. At present, the headwater reach of Bayou Bienvenue provides drainage to this area which approximates 4,400 acres. It is possible that Bayou Bienvenue downstream from this area may be influenced by construction of this segment.

*[margin note: not on map]*

29. In general, the area is a low-quality marsh. It has been excessively drained and is polluted by introduction of wastes through Outfall Canal at the upper end of the system. Existing fish and wildlife resources are of minor value. Occasional fishing and hunting trips are made into this area but in view of the exceptional hunting and fishing opportunities present elsewhere in the immediate environs, the area does not have significant value. Downstream from Paris Road, habitat increases in value for fish and wildlife.

12

Prod. # MRGOY00265