30. With construction of the industrial segment of the project, the area to the south of the Intracoastal Waterway will be utilized for spoil disposal. Spoil from hydraulic dredging operation will generally spread into a major portion of the affected area and may possibly affect Bayou Bienvenue downstream from Paris Road. It is anticipated that the lands adjacent to the industrial segment of the project will be developed for industrial purposes. About 2,400 acres of land between Bayou Bienvenue and Intracoastal Waterway will be severely affected by project construction and the subsequent development for industrial purposes. In view of the low value of this area for fish and wildlife, this effect will be negligible. However, the possible effect of excessive silting in the reaches of Bayou Bienvenue downstream from Paris Road is of concern to fish and wildlife interests. This area has significant values for both fish and wildlife resources and should be protected.

31. To minimize the possibility of damaging fish and wildlife habitat associated with Bayou Bienvenue, every effort should be made to reduce the amount of sediment discharged into that stream. Spoil should be confined by dikes and waste waters ponded so as to reduce their load of sediment. Examination of the specifications provided prospective bidders for the dredging contract indicates that spoil is to be confined by dikes. In the Technical Provisions, Part 4, TP-4J, reads as follows: "Any material that is deposited elsewhere than in places designated or approved by the Contracting Officer will not be paid for, and the Contractor may be required to

Prod. # MRGOY00266

REPRODUCED AT THE

remove such misplaced material and deposit it where directed at his own expense." This could be construed to mean that an excess of sediment deposited in Bayou Bienvenue would have to be removed at a cost to the contractor. In the segment from Station 0.0 to Station 130, the contractor is utilizing the area between the back dike and the levee along Bayou Bienvenue as a lagooning area and constructing a weir to discharge waters from the lagoon into Bayou Bienvenue. From examination of drawings and contract specifications, and discussion with U. S. Army Engineers' personnel, it appears that adequate means are being taken to confine effects of construction to the areas immediately adjacent to this first segment. Construction from Station 130 to Paris Road contemplates use of the area between the front dike and Bayou Bienvenue for spoil deposition without any indication of a lagooning area. Proper handling of spoil in this reach will require confinement of spoil between levees and lagooning of waste waters in a manner similar to the segment now under construction.

PROBABLE PROJECT EFFECTS IN COASTAL MARSH AND SOUND AREAS

32. While there is sufficient knowledge to indicate a trend toward project-occasioned effects on the fish and wildlife resources, the degree and/or magnitude of ecological changes can only be established by detailed investigations.

33. Hydrological factors, producing ecological conditions expressed in fish and wildlife production, are for clarity of presentation considered to result from the two major categories: water circulation pattern and sedimentation pattern. Both patterns must of necessity be considered in their relationship to geographical location and physiographical conditions.

34. Water Circulation Pattern: Hydrologically, the net product of the circulation pattern is derived from the direction, velocity, and volume of water movement and associated chemical and other physical factors of both lands and waters involved. Water salt content represents a major cumulative limiting chemical factor. This, coupled with the intricate physical relationship of interspersed water and flat marsh environ surrounded by fresh-to-saline large open waters, creates a delicately balanced fish and wildlife habitat.

35. Water movement is a continuous changing phenomenon; and expression of gravity, lunar tides and wind tides, with the latter being dominant. These combined forces establish and maintain the zones of salinity by mixing fresh water from the Mississippi River, Lake Pontchartrain, and Pearl River with Gulf waters.

36. In the absence of hydrological data, the fish and wildlife habitat is used as an index to point up the value of the prevailing circulation pattern.

Prod. # MRGOY00268

REPRODUCED AT THE

37. For example, seed oyster production is presently good in a segment of the marsh-sound area. Extensive oyster beds prevail. Oyster larvae are produced in a favorable strength of circulation to maintain and bring them over the vicinity of selective bottom area at a time the organism has reached the setting stage of development. The critical factors of circulation patterns and salinity are easily recognizable here.

38. Of equal or more importance are the features which provide the basics of this estuarine environment for nursery and rearing grounds for shrimp, menhaden, and other valued fish life forms. Also of spectacular importance are the hydrological aspects which maintain a brackish vegetative environ highly suitable to waterfowl and fur animals. This flora has a narrow salinity range; therefore, desirable production must result from exacting conditions.

39. With the proposed channel, certain quantitative changes are apparent. The 36-foot-deep cut will result in direct changes of salinity conditions adjacent to the canal. Being a sea-level channel, some drainage or reduction and/or increase in water levels in certain areas must be anticipated.

40. Establishment of all direct and resulting indirect qualitative effects on the net water circulation pattern is currently only speculative. However, the effect of the cut and the spoil upon existing water circulation patterns, if considered only from the physical aspects, appears consequential. A bisecting cut and spoilage through the center of the marsh, Chandeleur Sound and Island

chain will interrupt the net circulation of waters flowing at right angles to the channel alignment. It is entirely probable that both the direct and indirect effect of this change will be hydrographically manifested throughout the tentatively established appraisal area.

41. Sedimentation Pattern: Even though impossible to isolate from circulation, the sedimentation pattern considered herein deals primarily with project construction and maintenance operations.

42. The value of the present sedimentation pattern is established by the index of fish and wildlife production within the study area.

43. Trends of project-occasioned changes may be categorized into direct burial and increased turbidity resulting from alteration of the present pattern.

44. Direct burial by sedimentation of oyster bottoms, nursery grounds, and vegetative areas is a self-explanatory physical feature easily observed from dredging operations in other estuarine areas. Details of soil types, hydrological factors, dredging operations, and other factors must be obtained before predictions can be made as to the full extent of sedimentation burial.

45. Turbidity, whether temporary or permanent, because of associated hydrological complexities is more difficult to predict. The usual condition, however, is for temporary turbidity to have adverse short-lived effects on submerged vegetation over an extensive area. It is therefore probable that construction or continuous maintenance operations would produce a temporary turbidity type for sufficient duration to accrue long-term damaging ecological changes.

46. It is conceivable also that a permanent turbidity type would prevent reestablishment of destroyed animal and vegetation zones in certain areas. Hydraulic dredging, in particular, tends to separate bottom soils into individual particles which have a long suspension duration. Certain clays and organic soil particles produce a serious and persistent turbidity unless flocculated by sea salts. There is the risk that flocculation will result in establishment of false bottoms or ooze areas, destroying the present bottom productive potential and creating the continuous hazard of turbid conditions by only minor water agitation.

47. Any turbidity resulting in a plant kill can have further indirect effects by loss of the important mechanical and chemical stabilizing effects that plants provide against bottom agitation.

FISH AND WILDLIFE PLANNING

48. Need for Further Study: It is evident that predictions of project-occasioned changes could not be included within the scope of this report. Also, it is apparent that detailed investigations, coordinating hydrological, vegetative, fish and wildlife findings, and a model study will be prerequisite to predictions of project effects and establishment of mitigatory measures.

49. Having established conditions that are responsible for the production of fish and wildlife, methods will have to be devised for determining the changes in production that will result from construction of the project. Changes from environmental conditions as they exist without the project to conditions that would be operative with the project will first have to be established. One method, much applied in the past, has been to observe effects on other similar areas with similar construction works. This has not always proven satisfactory, and in this case it is doubtful that comparable examples are available. It is believed that by means of a model study, principal changes in salinities, direction and velocities of currents, and movement and deposit of sediment can be demonstrated. With these environmental changes established, the effect on biological successions and ultimately in production and harvest can be shown.

50. The effect of the channel and its impact on the industries that are dependent on the fish harvest can hardly be speculated. It is causing great concern among commercial fisheries, industries and national organizations associated with these industries, and it is felt that this concern is justified to the extent that this

project should be thoroughly investigated from the biological standpoint before construction through the marshes below Paris Road and the sound is undertaken.

51. Studies Proposed: There are four major elements in the studies required: (1) determination of existing environmental conditions and trends, the chemical and physical components of the habitat that provide the basis for biological productivity, and area of influence; (2) relating the production of food organisms and use of marsh and sound areas by larvae and juveniles with the forms harvested commercially and for sport; (3) evaluation of the habitat and the fish and wildlife resources produced; and (4) model studies to demonstrate environmental changes that will result with the project in place, and serve as a basis for estimating effects on fish and wildlife resources, and provide a means of determining project modifications that would be of value in sustaining these resources.

52. Environmental studies will require examination and analysis of existing climatic records. To record hydrologic conditions, intensive field work will have to be undertaken, the present program of collecting current and salinity records expanded and additional factors such as suspended sediments, rate of sedimentation, dissolved nutrients and runoff considered. Geologic changes involving alluviation, subsidence, compaction, erosion, and effect of vegetation will have to be recorded and the trend and rate of change established.

53. When the physical and chemical components of the habitat have been established by environmental studies, examination of the biological successions that result in the production of fish and wild-

Prod. # MRGOY00273

are harvested commercially or for sport can be undertaken. Life histories of oysters and some other forms have already been subjected to intensive study, but there are key segments in the life histories of many of the industrial or sport fishes that require further investigation. It is known that larval or juvenile stages of shrimp, crabs, and the fin fishes are found in marsh and estuarine waters. It remains to be established the extent to which production of the final crop is dependent on these areas. Distribution and abundance studies, fish food studies, and migration and movement studies will be needed to complete this segment of the work.

54. Evaluation of the habitat as to its ability to produce the fish and wildlife forms of economic or recreational importance will be based on the results of the environmental and biological studies. The area of land and waters suitable to the production of fish, fur animals, and waterfowl will be shown and the quality indicated. This will be portrayed by narrative and illustrated by maps. Use of the area by the various forms and harvest by sportsmen and commercial interests will be recorded. The importance of the fish and wildlife crop to the local and national economy, health, and welfare will also be considered.

55. In order to estimate the changes in the production of the fish and wildlife crop and its utilization, it will be necessary to have some means for prediction of environmental conditions as they will exist with the project in place. To some extent this can be done by observing changes that have taken place in conjunction with similar construction works. At best this can give only a qualitative picture with no assurance that environmental conditions have a sufficient

degree of similarity. Comparison of a model of this area, simulating water movement, salinities, sediment, and other factors as may be determined necessary with the prototype, would indicate the degree to which these factors could be reproduced. Alteration of the model to include the canal and spoil deposits would then show conditions as they would be with the project in place. The effect that the project would have on fish and wildlife resources would be determined from the environmental changes and the results of these changes on biological successions.

56. Program Cost Estimates: A four-year study at a total cost of $504,000 has been outlined and is attached at Appendix A. The study should begin with Fiscal Year 1959 when hydrological, vegetative, and economic studies will receive the major portion of the effort. A hydrological study is already under way by the U. S. Army Engineers, and it is planned to continue and expand this work. Preliminary work is being carried on now that will provide a basis for initiating other studies at the beginning of Fiscal Year 1959. The program is budgeted for $60,000 the first year.

57. During Fiscal Years 1960 and 1961, the bulk of the field work, including hydrological and biological studies, should be completed and analysis of with- and without-the-project conditions started. Interim reports will be submitted as required during this period and basic data will be prepared in final form prior to the preparation of detailed fish and wildlife reports. During the latter part of this period, data from model studies should be made available by the U. S. Army Engineers. Costs for Fiscal Year 1960 are computed

REPRODUCED AT THE

$224,000 and for Fiscal Year 1961, $167,900.

58. Completion of all field studies and contract work is scheduled in Fiscal Year 1962 and results of these studies will be available for use in preparation of the detailed fish and wildlife report. Major effort during this period will be given analysis of program findings and report finalization. Expenses in Fiscal Year 1962 will be $53,000.

## DISCUSSIONS AND CONCLUSIONS

59. The fish and wildlife resources of Chandeleur and Mississippi Sounds, Lake Borgne, and associated Gulf and marsh, which largely constitute the area under consideration, are manifestations of ~~all~~ existing environmental factors ~~responsible for maintenance of the present habitat.~~

60. The location of the review area is strategic; a subdelta marsh and associated waters between a land mass and the Gulf of Mexico. The collective balance of the environs, or the interdependence of land to water, is pronounced.

61. The excavation of a channel 36 feet deep, 500 feet wide, and over 70 miles long from New Orleans to the Gulf of Mexico through the Lake Borgne marshes and shallow inlets of Chandeleur Sound, in effect, could result in a major ecological change of the area. Channelization will be accomplished by hydraulic dredging with spoil depositions adjacent to the project alignment. Permanent retention dikes will parallel the channel across the Sound.

62. Studies reveal that fish and wildlife resources are negligible in the industrial segment area of the project. From review of the construction plans, it is found that if spoil deposition is handled to prevent sedimentation damage to significant areas surrounding the channel alignment, project effects on fish and wildlife will be minor.

63. While information gained by this preliminary examination report is not adequate to predict specific changes in the environmental aspects of the coast marsh and sound segments under consideration, there is sufficient evidence to reveal that possible project-occasioned

effects would have widespread and severe consequences.

64. Changes in the water circulation pattern and sedimentation pattern will result. Effects accruing from circulation alteratives are expected to subject important fish and wildlife areas to changes in salinities, with perhaps damaging changes in salinity zones.

65. Sedimentation damages are expected to result in direct burial of significant areas, while temporary and permanent turbidity are expected to present serious problems to maintenance of the existing environment. There is the risk of false or ooze bottoms and accompanying detriment resulting from project construction and maintenance.

66. Because of the area's importance to both sport fish and wildlife and the valuable commercial fisheries, there is justification that project planning and construction beyond the industrial segment should be brought in balance with fish and wildlife studies and planning.

67. Sufficient data are not available to appraise the best channel route across the marsh and sound area; nor can net project effects be predicted and mitigatory measures be presented for inclusion in the project plans without detailed investigations.

68. A work plan, scheduling, and cost of studies required are appended to this report.

Prod. # MRGOY00278

RECOMMENDATIONS

69. In view of the national and regional economic importance of the fish and wildlife resources subject to detrimental project-occasioned changes; the recognized need for detailed investigations; and the concern expressed by conservationists, including the commercial fishing industry, for a need of exactness in measures to mitigate possible damage, the U. S. Fish and Wildlife Service recommends:

a. Construction of the canal from Paris Road through the marsh and sound areas be delayed until fish and wildlife studies are completed.

b. Project funds in the amount of $60,000 in Fiscal Year 1959; $224,000 in Fiscal Year 1960; $167,900 in Fiscal Year 1961; and $53,000 in Fiscal Year 1962 be made available to the Bureau of Sport Fisheries and Wildlife to finance the study.

or higher

c. Model studies of the project be made by the Army Engineers to determine environmental changes that will occur as a result of project construction and to test modifications proposed for fish and wildlife purposes; results of model studies to be made available to the Bureau of Sport Fisheries and Wildlife during Fiscal Year 1961.

d. In the reach of the industrial segment between Station 130 and Paris Road, spoil be deposited between confining levees and waste waters lagooned before discharge into Bayou Bienvenue in a manner similar to that for the reach from Station 0.0 to Station 130.

Prod. # MRGOY00280