

Exhibit Y, Page 31

Prod. # MRGOY00281



Prod. # MRGOY00282

APPENDIX I

WORK PROGRAM

OF

FISH AND WILDLIFE STUDY

MISSISSIPPI RIVER TO GULF OUTLET, LOUISIANA

PROJECT

Prepared by
U. S. BUREAU OF SPORT FISHERIES AND WILDLIFE
Branch of River Basins
Region 4

Prod. # MRGOY00283

WORK PLANS

Activities of the Fish and Wildlife Study of the Mississippi River to Gulf Outlet Project, Louisiana are discussed in detail by the work plans and job descriptions listed below.

Work Plan I. Administration

    Job 1-A  Region and Field Office Administration
    Job 1-B  Project Leader Administration
    Job 1-C  Work Group
    Job 1-D  Steering Committee

Work Plan II. Mapping

    Job 2-A  Preparation of Base Map ✓
    Job 2-B  Vegetative Type Mapping
    Job 2-C  Hydrological Mapping
    Job 2-D  Fish and Wildlife Maps
    Job 2-E  Existing Fish and Wildlife Developments
    Job 2-F  Orientation Map
    Job 2-G  Project Map
    Job 2-H  Special Maps

Work Plan III. Economic Evaluation

    Job 3-A  Commercial Fishery Inventory
    Job 3-B  Bait Fishery Inventory
    Job 3-C  Sport Fishing Inventory
    Job 3-D  Wildlife Inventory
    Job 3-E  Fur Resources Inventory
    Job 3-F  Review of Related Economic Development
    Job 3-G  Aesthetic Forms

Work Plan IV. Hydrological Investigation

    Job 4-A  Analysis and Correlation of Existing Records and Other Current Investigations.

    Job 4-B  Selection of Sampling Stations, Determine Techniques and Sampling Frequencies

    Job 4-C  Determine Chemical Characteristics of Water Mass
    Job 4-D  Determine Physical Characteristics of Water Mass
    Job 4-E  Pollution Investigation
    Job 4-F  Analysis, Interpretation and Presentation of Data

Work Plan V. Vegetative Investigations

    Job 5-A  Vegetative Studies and Edaphic Relationships

Prod. # MRGOY00284

Work Plan VI. Fishery Investigation.

    Job 6-A  Preliminary Studies
    Job 6-B  Distribution and Abundance Studies
    Job 6-C  Fish Food Study
    Job 6-D  Migration and Movement Study
    Job 6-E  Appraisal of Environmental Study
    Job 6-F  Habitat Study
    Job 6-G  Work Plan Review
    Job 6-H  Analyze, Interpret and Present Data

Work Plan VII. Experimental Studies

    Job 7-A  Supplemental Field Investigations
    Job 7-B  Model Studies

Work Plan VIII. Technical Analysis of Program Findings.

    Job 8-A  Continuing Critical Review of Procedures and Results
    Job 8-B  Detailed Summary Analysis

Work Plan IX. Analysis of Without-the-Project Conditions

    Job 9-A  Evaluation of Habitat
    Job 9-B  Fish and Wildlife Resources
    Job 9-C  Utilization of Fish and Wildlife Resources

Work Plan X. Analysis of With-the-Project Conditions

    Job 10-A  Evaluation of Habitat
    Job 10-B  Fish and Wildlife Resources
    Job 10-C  Utilization of Fish and Wildlife Resources

Work Plan XI. Preparation of Reports

    Job 11-A  Detailed Fish and Wildlife Report
    Job 11-B  Interim Comments or Reports
    Job 11-C  Follow-up Reports

Prod. # MRGOY00285

WORK PLAN I
Administration

Title of Job:  Region and Field Office Administration                Job 1-A

Objectives:   1. Planning, supervision and review of program and
              reports.

              2. Coordination of program.

              3. Program scheduling and budgeting.

Procedures:   1. The Regional Office, by correspondence, conversation,
              called meetings and supplying of pertinent literature
              and references, will keep field supervisor informed as to
              adequacy of, and adherence to, policies, objectives, and
              procedures.

              2. The Regional Office will review reports from the field
              office and accomplish intra-branch review of these reports
              within the Bureau and with pertinent outside agencies;
              provide field supervisor with comments following review of
              reports, as to adherence to policies and adequacy.

              3. When it becomes desirable from the standpoint of
              public relations, or in order to present a phase of the
              project on which immediate action is desirable, the
              Regional Office, and in turn the Field Office, should
              direct the preparation of an interim or special report
              setting forth the scope of the report and a completion
              date.

              4. The Regional Office and Field Office at their res-
              pective levels, by correspondence, personal contact or
              called meeting, will discuss the project with other
              agencies of the Federal Government, state or interested
              private groups or interested individuals, where policy
              matters are concerned.

              5. The Regional Office and Field Office at their res-
              pective levels, will keep lower echelons advised of
              policy through participation in work group meetings
              and attend steering committee meetings to keep advised
              of their recommendations.

              6. The Field Office will establish and directly supervise
              the program, review basic data for completeness and
              accomplishment of objectives, prepare final report,
              supervise project leader activity, and provide personnel
              administration.

Prod. # MRGOY00286

Title of Job:   Project Leader Administration                              Job 1-B

Objectives:
1. Initiation and supervision of assigned work plans and reports.
2. Coordination of work plan activity.
3. Field liaison with construction agency and other Federal, state, and interested groups.
4. Project personnel, study, and budget administration.

Procedures: The project leader will maintain office, laboratory equipment, and equipment storage space; supervise, direct activities and orient assigned personnel; maintain work schedules and safety program; coordinate studies; maintain records; assist in analysis, comparison, interpretation and presentation of data; prepare reports as directed.

Title of Job:   Work Group                                                 Job 1-C

Objectives: The function of the work group is to maintain maximum coordination of activities between work units involved in the study and provide for an interchange of information between the different administrative levels.

Procedures: The work group will coordinate work plans and schedules, program and study problems of all work units. The nucleus of the work group will consist of supervisory and project leader personnel of all work units. The work group will discuss progress of work and technical problems that arise. Insofar as possible, problems should be solved by the work group; questions not resolved will be referred to the proper source for consideration or discussed with the steering committee.

Title of Job:   Steering Committee                                         Job 1-D

Objectives: The steering committee, consisting of recognized specialists in the various sciences pertinent to the study, will serve in an advisory capacity. They will review work plans, progress and technical problems and recommend measures that will assist project personnel to achieve study objectives.

Procedures: The steering committee will meet at necessary intervals to consider the agenda as prepared by the work group committee.

Prod. # MRGOY00287

WORK PLAN II
Mapping

Title of Job: Preparation of Base Map.                          Job 2-A

Objectives: Prepare suitable base map for:

1. Recording and plotting of data.

2. Preparation of vegetative type maps (Job 2-B); hydrological maps (Job 2-C); fish and wildlife maps (Job 2-D); existing fish and wildlife developments (Job 2-E); and orientation map (Job 2-F).

Procedures: 1. Using U. S. Army quadrangle maps, coast and geodetic maps, navigation charts, and aerial photographs, prepare and reproduce a base map at a scale of 1:62,500 covering study area.

2. The base map will depict land and water areas, roads, waterways, and other pertinent features as may be designated.

Title of Job: Vegetative Type Mapping                           Job 2-B

Objectives: Preparation of vegetative type maps:

1. That will show existing vegetation.

2. Site potential for production of climax and sub-climax vegetation under existing conditions.

3. Site potential for production of climax and sub-climax vegetation under management.

4. Suitable for comparing with- and without-the-project conditions of vegetation and site potential.

5. As an aid in determining fish and wildlife habitat.

6. Suitable for use in conjunction with fish and wildlife maps (Job 2-D) to locate critical areas that warrant special attention.

7. That will be suitable, in conjunction with recommending project modification, for locating areas where spoil can be dumped or other construction-associated activities can be carried on with the least damage to fish and wildlife resources.

Procedures: 1. Plot vegetative zones on recent aerial photographs by means of air reconnaissance and ground check of vegetation along roads, waterways and on transects by

Prod. # MRGOY00288

Job 2-B (Cont'd)

foot or by marsh buggy.

2. Transfer data to base map.

3. Supplement maps with high and low altitude oblique photographs of unusual or specific areas to illustrate present conditions and for comparison with future conditions.

4. By application of data obtained under Work Plan V, plot the capabilities of the study area to support vegetation contributing to fish and wildlife protection.

5. Supply appropriate legend and title and reproduce maps in accordance with work program requirements.

Title of Job:   Hydrological Mapping                          Job 2-C

Objectives:    Preparation of hydrological maps:

1. To show existing hydrological conditions.

2. To aid in depicting the project area of influence.

3. To aid in depicting with- and without-project hydrological conditions.

4. To aid in determining fish and wildlife habitat.

5. To aid in establishing critical hydrological conditions that sustain and limit the fish and wildlife resources.

Procedures:    Hydrological maps will be prepared by plotting hydrological data obtained in Work Plan IV.

Title of Job:   Fish and Wildlife Maps                        Job 2-D

Objectives:    1. To show distribution and abundance of important fish and wildlife forms.

2. To show extent and location of important harvest and nursery areas for fishery resources.

3. To show extent and location of important rearing and harvest areas for wildlife resources.

Prod. # MRGOY00289

Job 2-D (Cont'd)

| | |
|---|---|
| Procedures: | Utilizing material prepared in conjunction with Jobs 2-B and 2-C, and Work Plans V, VI, and VIII, illustrate by means of a map, areas utilized by fish and wildlife forms under consideration, and their relative importance. |
| Title of Job: | Existing Fish and Wildlife Developments          Job 2-E |
| Objectives: | 1. To show extent to which these resources have been responsible for developments within the study area.<br><br>2. To depict influence of project upon existing fish and wildlife developments. |
| Procedures: | 1. On a base map plot hunting, trapping, and oyster leases, management areas, refuges, public hunting areas, boat landings, and other facilities servicing sportsmen of the commercial fishing industry.<br><br>2. By superimposing the project on this map, determine direct effect on fish and wildlife developments. |
| Title of Job: | Orientation Map          Job 2-F |
| Objectives: | To prepare a map showing access roads, waterways, landing sites and reference points for use of field personnel working in the area and for possible later release as a guide to sportsmen. |
| Procedures: | Using U. S. Army quadrangle maps, navigation charts and by field checks plot on a base map all access points, waterways and reference points that will be of assistance to field crews working in the area. |
| Title of Job: | Project Map          Job 2-G |
| Objectives: | To illustrate in the report, the route, dimensions and appurtenances of the construction works. |
| Procedures: | Request sufficient copies from the planning agency for inclusion in the fish and wildlife reports. |
| Title of Job: | Special Maps          Job 2-H |
| Objectives: | 1. To prepare special maps for recording, analyzing, interpreting and presenting data and/or conclusions as may be required for specialized areas of study.<br><br>2. For illustrative purposes in report preparation. |
| Procedures: | As required. |

Prod. # MRGOY00290

WORK PLAN III
Economic Evaluation

Title of Job:   Commercial Fishery Inventory                    Job 3-A

Objectives:   1.  To determine trends and current annual harvest
of fish and shell fish from the study area.

2.  To determine the value of the fish and shellfish
harvest.

3.  To review the fishing effort, employment, oper-
ational expenses, and capital investment of the
commercial fishing industry.

4.  Attempt to correlate current harvest and harvest
trends of fish and shellfish with environmental factors,
economic laws and population abundance.

Procedures:   1.  The commercial fisheries harvest and values are
presently being evaluated by compilation and analysis
of U. S. Fish and Wildlife Service and Louisiana Wild
Life and Fisheries Commission published statistics and
by compilation of their unpublished field data.  Field
interview procedures will be initiated when obvious
shortcomings are noted in available statistics.

2.  Analysis of these statistical data will depict the
volume and value of each species of fish and shellfish
contributing to the commercial harvest.  On this basis,
biological examination will be conducted only on those
species that are most important to the fishery.

Title of Job:   Bait Fishery Inventory                          Job 3-B

Objectives:   1.  To determine the major species, volume, and value
of fish, shellfish, and others, utilized in the bait
industry.

2.  To determine the major areas of bait production.

3.  To review collateral benefits, such as number of
retail outlets, employment, operational expenses, and
capital investment.

Procedures:   The evaluation of the bait industry will be accomplished
by field interviews.  Personnel of the Louisiana Wild
Life and Fisheries Commission are presently compiling a
list of all retail bait outlets in the area.  By law,
the State of Louisiana provides that sport fishermen
may use some types of commercial gear for the purpose

Prod. # MRGOY00291

of providing bait for their own use. In conjunction with the sports fishery inventory, Job 3-C, the magnitude of this practice will be evaluated as well as the amount spent by sport fishermen for bait.

Title of Job: Sport Fishing Inventory                         Job 3-C

Objectives: To determine extent of sport fishery in terms of number of trips, hours of effort expended, catch success, species caught, and trip expenditure.

Procedures: 1. Personal interviews with fishermen at landings.

2. Personal interviews with dock operators, and others servicing this activity.

3. Aerial census of sport fishing boats to supplement personal interviews procedures.

4. Supplement field inventory with existing records and publications.

Title of Job: Wildlife Inventory                              Job 3-D

Objectives: 1. To show importance of the area from the standpoint of usage by waterfowl and other game.

2. To determine hunter utilization, game harvested, and trip expenditures.

Procedures: 1. Review records of bi-weekly waterfowl censuses of the area and other records depicting usage by wildlife forms.

2. Supplement existing records by additional aerial or surface observations.

3. Compute duck, goose and coot-days use in the study area and determine other wildlife usage as may be necessary.

4. Review existing records of harvest in state files and private hunting clubs.

5. Conduct a hunter bag check and determine trip expenditures.

6. Make counts of hunters from the air and by surface transportation to supplement 4 and 5.

Prod. # MRGOY00292

Title of Job:   Fur Resources Inventory                                   Job 3-E

Objectives:    To determine extent of fur resources.

Procedures:    1. Review of state records of fur harvest and estimates of animal populations.

2. Existing information will be supported by supplemental interview of trappers and handlers.

3. Determine possibility for more complete utilization of resource.

4. Determine number of pelts harvested, the value, and producing units within the study area.

Title of Job:   Review of Related Economic Development                     Job 3-F

Objectives:    1. To review the economic importance of fish and wildlife resources, the number of people engaged directly in harvest and associated industries dependent on expenditures related to hunting, fishing and trapping.

2. To review the investments and expenditures by private, local, state and Federal agencies for the purpose of development, maintaining, and managing the fish and wildlife resources of the study area.

Procedures:    1. Determinations of economic development will be made by compiling results from Jobs 3-A through 3-E. This information will be supplemented by interviews and contacts with private interests, conservation organizations, and local, state and Federal agencies, as well as documented publications and files of these agencies and organizations.

2. Consult tax and license records where appropriate.

3. If available, examine reports of business research carried on by companies such as manufacturers of boats and motors.

4. Review commercial records of harvests and production.

5. Review existing records in Statistical Branch, Bureau of Commercial Fisheries.

Prod. # MRGOY00293

Title of Job:  Aesthetic Forms						Job 3-G

Objectives:	Determine importance of the area in supporting aesthetic forms, such as shore and marine birds.

Procedures:	1. Field census of forms that may be considered of aesthetic value.

2. Records of Branch of Refuges, Audubon Society, and local bird-watching groups.

3. Contact universities to determine other forms of aesthetic or scientific interest.

4. Establish areas of importance to these forms.

Prod. # MRGOY00294

WORK PLAN IV
Hydrological Investigations

This work plan is four-fold in scope. It has been designed to establish: (1) The basic physical and chemical hydrological characteristics in the study area prior to construction activities; (2) it will provide the necessary detailed data for the successful completion of all or a portion of Work Plans V, VI, VII, VIII, IX, and X; (3) it will aid in depicting changes in the basic physical and chemical hydrology of the study area resulting from project construction, operation and maintenance; and (4) it will provide a basis for recommendation of project modification or mitigation.

This work plan, because of its complexities and extreme importance to the overall investigation, has been divided into the following jobs for completion:

Job 4-A   Analysis and Correlation of Existing Records and Other Current Investigations.
Job 4-B   Selection of Sampling Stations. Determine Techniques and Sampling Frequencies.
Job 4-C   Determine Chemical Characteristics of Water Mass.
Job 4-D   Determine Physical Characteristics of Water Mass.
Job 4-E   Pollution Investigation.
Job 4-F   Analysis, Interpretation and Presentation of Data.

Work sheets for the above-listed jobs are attached.

Prod. # MRGOY00295