WORK PLAN IV
*Hydrological Investigations*

Title of Job: Analysis and Correlation of Existing Records     Job 4-A
and Other Current Investigations

Objectives:
1. To review the historical records of the study area.

2. Establish in a gneral manner, hydrological trends and variability of the environment.

3. To provide a basis or background data to aid in formulating and establishing a satisfactory field program.

4. Eliminate duplication of effort.

5. Provide supplemental data.

Procedures: A review of published literature and examination of the files of various private, state, and Federal agencies will provide a wide variety of background data which will enable us to depict in a general manner environmental trends and the extreme variability of this environment. These data are presently being assembled and interpreted. While extensive hydrological data for the entire area are very limited, prior investigations do provide data that indicate some of the complexities, variations and trends in hydrological characteristics. These data will aid in providing background information necessary for the instigation of field sampling techniques, methods and frequencies, and also aid in the interpretation of these data. By keeping abreast of, and reviewing the projects of other agencies, the possibility of a duplication of effort will be minimized or eliminated. By coordinating the efforts expanded on this study with other current investigations by other agencies, mutual benefit will be derived. At present, hydrological data is being collected by the U. S. Army Corps of Engineers, the Louisiana Wild Life and Fisheries Commission, Tulane and Louisiana State Universities, the Gulf Coast Research Laboratory, Texas A&M Research Foundation, private industry composed mainly of oil exploration and developments, the U. S. Coast and Geodetic Survey, the U. S. Weather Bureau, the Department of Agriculture, and the U. S. Fish and Wildlife Service.

Title of Job: Selection of Sampling Stations, Determine Techniques     Job 4-B
and Sampling Frequencies.

Objectives:
1. Establish sampling stations at locations suitable to give the best estimates of the hydrological characteristics of the environment, yet provide a practical field approach.

Prod. # MRGOY00296

Job 4-B (Cont'd)

2. Establish sampling stations, field methods, procedures and sampling frequencies to provide hydrological data for other work plans of the study but particularly Work Plan V, Vegetative Investigations, and Work Plan VI, Fishery Investigations.

3. Determine the best sampling station locations and field and laboratory methods so that data collected and analyzed can be compared and/or supplemented with data collected by other current investigations.

4. Critically review sampling locations, field methods and procedures, type of data collected and laboratory techniques and methods so that shortcomings in the program will be apparent and program flexibility can be maintained.

Procedures: Sampling station locations will be picked with the assistance of a qualified oceanographer or hydrographer. An evaluation of previous hydrological data, station locations and field methods is being conducted. Current studies by the U. S. Army Corps of Engineers and the Louisiana Wild Life and Fisheries Commission are under observation.

2. Establishment of sampling stations and sampling frequencies will require consideration of existing stations of other agencies, the extreme difficulty of transportation and accessibility throughout the study area and the possibility of schedule interruption as a result of adverse weather. Sampling stations for this work plan will include all stations used for biological collections.

3. The marsh area will be sampled with high speed outboard boats. The open water sound area will require a larger vessel.

4. To adequately cover the entire study area and meet the objectives of this investigation, as well as other work plans, sampling stations will be located in Breton and Chandeleur Sounds and Lake Borgne, in the open water area of the outer marsh and in the water areas of the middle and upper marshes. The type of data collected at each station will depend on sampling frequency and station location. This is described in Jobs 5-C, 5-D, and 5-E.

5. All stations will be sampled on a quarterly basis. Selected stations will be sampled bi-weekly, weekly, and daily. The daily and weekly stations will be selected to be as representative as possible. That is, they will show specific hydrological conditions at their established

Prod. # MRGOY00297

locations but depict general conditions over a much larger area. These stations will supplement stations sampled only at lesser frequencies.

6. The collected data will be compiled and analyzed at frequent intervals to provide a basis for reducing or increasing the number of sampling stations and sampling frequency.

7. Sampling frequency at all stations will be manipulated to best serve required objectives of the overall investigation. In the event of a catastrophic hurricane or crevasse, it may be desirous to increase sampling frequency for a short period.

8. Several stations will be selected throughout the area to record continuous data. If a continuous series of samples is obtained from one station or selected point, then scattered data taken at lesser frequencies can be referred to this base for aid in interpretation.

Prod. # MRGOY00298

Title of Job: Determine Chemical Characteristics of Water Mass    Job 4-C

Objectives:
1. To conduct chemical analyses on the water mass that will depict stability, variations and trends in the study area.

2. To conduct chemical analyses on the hydrological environment of specified species of fish and shellfish and their important food forms.

3. To conduct chemical analyses on the hydrological environment as required by other work plans.

Procedures:
1. Water samples will be collected at the specified frequencies and stations designated in Job 4-B. Chemical determinations will include surface and bottom salinity and turbidity analyses at all daily and weekly stations. This will be expanded to include total sediments and dissolved solids at selected bi-weekly stations. Quarterly sampling will include surface and bottom salinity and turbidity analyses at all stations, including all daily, weekly and bi-weekly stations. In addition, selected quarterly stations will be sampled for total sediments, dissolved solids, dissolved oxygen, total acidity, $CO_2$, alkalinity, and surface and bottom chlorophyll and pH. Analyses of sulphites, sulphates, $H_2S$ and B.O.D. determination will be made as required.

2. This sampling schedule and analyses of the various samples will be coordinated with the biological investigation and modified to meet the requirements of that study. Chemical analyses in the field will be kept at a minimum.

3. The actual chemical analyses of samples will be determined colorimetrically with a photometer when practical. Salinity samples will be determined by titration.

4. All chemical determinations will be conducted according to U. S. Public Health Service Procedures and standards when applicable.

5. The preliminary effort will be an extensive investigation that will serve as a basis for the intensive study.

Title of Job: Determination Physical Characteristics of Water Mass    Job 4-D

Objectives:
1. To conduct an investigation that will provide data on the physical characteristics of the water mass and

Job 4-D (Cont'd)

basin, so as to depict physical stability, variations and trends in the study area.

2. To provide data that will measure physical factors in the hydrological environment of designated species of fish and shellfish and their important food forms.

3. Measure other physical factors in the hydrological environment as required by other work plans.

Procedures: 1. A physical description will be obtained for the water mass and associated physiographic features at each station and determined in a general manner for inter-lying areas. This description will include depth, bottom consistency or type, temperature, current direction and velocity, tidal effects and variations, wind influence and effects, turbidity, water conditions and other data as may be required by the biological studies.

2. Permanent continuous recording apparatus, established at daily stations and others as required, will provide data on wind direction and velocity, current direction and velocity, and water levels.

Title of Job: Pollution Investigation                           Job 4-E

Objectives: 1. To determine if objectionable chemical pollutants are present in the study area prior to project construction.

2. To provide a base to determine if objectionable chemical pollutants might be introduced into the study area because of, or as a result of, project construction, operation and maintenance.

3. Determine the type of chemical pollutant, if present, concentration and source.

Procedures: Field sampling and analyses of samples to satisfy the requirements of objectives 1, 2, and 3 will be conducted as described in Jobs 4-C and 4-D. Additional sampling will be performed as required. Of the various chemical analyses and determinations outlined in Job 4-C, analyses of samples for $H_2S$, sulphates, sulphites and B.O.D. are related almost entirely to the pollution investigation. There is a real danger that dredging activities relative to project construction will release excessive amounts of $H_2S$, dangerous to the fish and wildlife resource, into waters adjacent to project alignment. Other kinds of chemical pollutants might arise in the industrial segment of the project and be carried to more distant areas. Oil

Prod. # MRGOY00300

contamination from ships traversing the completed waterway must be considered.

| | | |
|---|---|---|
| Title of Job: | Analysis, Interpretation and Presentation of Data | Job 4-F |

Objectives:
1. Establish basic hydrological characteristics of the environment in the study area, including present conditions, variations, and trends.

2. Provide data necessary for the completion of other work plans.

3. To aid in determining recommendations for project modification in the interest of fish and wildlife resources.

4. Attempt to establish a hydrological classification of the environment.

5. Provide the necessary data to correlate or determine the degree of relationship between hydrographic factors and biological entities.

6. Compare results obtained from Objective 1 with data provided from model studies, Work Plan VIII, to estimate project incurred changes in the hydrological environment.

Procedures: The requirements for this job necessitate the completion of Jobs 4-A through 4-E. The raw field data collected under Jobs 4-C, 4-D, and 4-E and the data assembled under Job 4-A will be analyzed, interpreted and reduced to a presentable basis which will answer objectives 1 and 2 and provide a basis for completion of objectives 3, 4, 5, and 6. To complete objectives 3, 4, and 5, very close cooperation, correlation and liaison will be required with the biological phases of the overall investigation. Objective 6 will depend on completion of objective 1 and model studies, Work Plan VIII.

WORK PLAN V
Vegetative Investigations

Title of Job: Vegetative Studies and Edaphic Relationships     Job 5-A

Objectives:
1. To determine vegetative characteristics of the study area and edaphic requirements as a basis for relating fish and wildlife populations.

2. To record plant successions.

3. To determine plant tolerances to selected environmental factors.

4. To provide a basis for determination of project incurred edaphic changes.

Procedures:
1. Select vegetative types to be studied from those indicated on vegetative type map (Job 2-B) and by field check.

2. Locate study plots at or near hydrographic stations.

3. Establish permanent study plots at selected locations throughout the study area.

4. Make periodic checks of established plots recording composition, density and condition of vegetation.

5. Record edaphic conditions at each study plot.

6. Analyze and interpret data and document vegetative responses to edaphic factors.

7. Relate information obtained under this work plan with experimental studies carried out under Work Plan VII to obtain an index of project incurred changes.

Prod. # MRGOY00302

# WORK PLAN VI
## Fishery Investigation

The area proposed for studies extends from New Orleans south along the Mississippi River levees to the river mouth and east to the open waters of the Gulf of Mexico. This area contains residential and industrial segments in and adjacent to New Orleans and on natural high ground, and vast expanses of uninhabited marsh land and water areas. It includes a complex system of old Mississippi River and possibly Pearl River distributaries; fresh, intermediate and saline marsh; and protected, semi-protected, and exposed ponds, waterways, lakes, bays, and sounds.

Geological trends in this area have been characterized by compaction and subsidence of the land mass with resultant increases of water areas. An increase in salinity levels has accompanied this trend as more and more seawater from the Gulf entered the area and the sources of fresh water were reduced by control of the Mississippi River and accelerated drainage.

Salinity levels throughout the area vary from fresh to seawater, and are constantly shifting and changing. The general presently established trend, however, is for higher saline waters to gradually encompass more and more of this area. This change is slow and gradual and controlled a great deal by local rainfall, but during periods of drought, it is magnified for short periods.

Population complexes of fish residing under these conditions can, and do, in many instances, adjust to long range trends and may be tolerant to short, but drastic, environmental variations. Man-made influences, however, tend to speed up and exemplify presently established trends so that many species of fish, shellfish or their food forms are unable to adjust to this abnormal acceleration of these trends and are consequently eliminated from the species complex and ultimate harvest.

The geological history of this area is well documented and understood. The complex biological inter-relationships between individual species of fish and shellfish, which are the normal end produce of aquatic production, and their changing environment is open, in most cases, to speculation. This is not strange, considering that this area has been adjudged to possess one of the most variable and changeable environments in the world.

Primarily, most published works dealing with fish and shellfish species in this area, although excellent within their scope, have been too general or observational to be of little more than cursory value to answer the problems posed by the Mississippi River-Gulf Outlet project. Therefore, in order that fishery habitat and population phenomena might be effectively evaluated, and that intelligent recommendations may be made regarding project modification which will aid in the perpetuation of this resource, considerable and varied information is necessary.

Prod. # MRGOY00303

This information relates to fishery harvest, population size, growth, distribution and densities, food preference and utilization, food abundance, inter-relationship between food and environmental factors. It is imperative that an intensified biological fisheries investigation be conducted. The purpose of this work plan is to fill these requirements. However, many of the field techniques and procedures normally applied in fisheries investigations will require modification to fit existing conditions found only in this unique terrain. Their applicability will be evaluated, tested and altered to fulfill specific project objectives. Several jobs have been established to provide biological data necessary for successful completion of commercial fishery aspects of the Branch of River Basins' obligations to the Mississippi River-Gulf Outlet project. These jobs are:

    Job 6-A, Preliminary Studies
    Job 6-B, Distribution and Abundance Studies
    Job 6-C, Fish Food Study
    Job 6-D, Migration and Movement Study
    Job 6-E, Appraisal of Environment Study
    Job 6-F, Habitat Study
    Job 6-G, Work Plan Review
    Job 6-H, Analyze, Interpret and Present Data

Work sheets for the above-listed jobs are attached.

Prod. # MRGOY00304

Title of Job:   Preliminary Study                                    Job 6-A

Objectives:
1. Review of pertinent literature.
2. Review of current research and investigative programs.
3. Determine field and laboratory techniques and methods.
4. Establish adequate sampling stations.
5. Devise sampling schedules.
6. Correlation.
7. Cooperation.
8. To determine important species.

Procedures:
1. A review of pertinent literature will greatly enhance the entire fisheries investigation by detailing what has been acccomplished in this field and how it fits the various jobs under this work plan. Obvious shortcomings in biological data will be apparent and consequently these facets will be stressed in the overall work plan. A review of the technical literature will also aid in formulating and determining field and laboratory methods, techniques and sampling frequencies. In addition, the screening of published literature and a review of other current fisheries investigations will remove the possibility of a duplication of effort and provide data which can be correlated with this work plan as well as provide mutual benefits. Characteristic environmental hazards of the area will dictate in many instances the type of sampling gear that can be successfully employed.

2. Correlation of the various jobs in this work plan and correlation of this work plan with the other work plans in the overall program is an absolute necessity for the successful completion of the overall and specific objectives. Cooperation with recognized authorities in the various specialized fields of fisheries research will greatly aid the overall success of this program.

3. The important species of fish and shellfish will be determined by reviewing the harvest figures, pertinent literature and consulting authorities.

Title of Job:   Distribution and Abundance Studies                   Job 6-B

Objectives:
1. Establish the distribution and abundance for selected species of fish and shellfish in the study area.

2. Correlate objective 1 with Work Plan IV

3. Provide a basis for determining project influences on distribution and abundance of selected species of fish and shellfish.

Prod. # MRGOY00305

Procedures:
1. Objective 1 will be accomplished by field sampling at selected stations. These stations will also be used for hydrographic sampling as outlined under Work Plan IV.

2. Sampling will be conducted during each season of the year to provide data for all important life cycle phases of selected species including egg, larvae, juvenile, adult and spawning periods. Data collected for this job will also provide a great deal of information on reproduction success and rate of growth.

3. The majority of sampling will be conducted by use of trawls, seines, gill nets and measuring commercial catches when they are well documented. Rotenone will be used sporadically. Representative samples of fish will be retained to provide material to complete Jobs 6-C, 6-D, 6-E and 6-F. Total species composition, and size distribution will be recorded from each station or from each sampled lot of commercially caught fish. Sampling methods will be standardized as much as possible so that data from various areas and stations may be adequately correlated and analyzed. The number of samples collected will depend upon the amount of data needed to establish reasonably acceptable quantitative results.

Title of Job: Fish Food Study

6-C

Objectives:
1. To determine composition, abundance and distribution of fish food organisms (bottom invertibrate fauna).

2. To determine the composition, abundance and distribution of forage fish.

3. Attempt to correlate presence or absence of fish food forms with fish population composition.

4. Correlate objectives 1 and 2 with Work Plan IV.

5. Provide a basis for determining project influence on fish food forms.

Procedures: Stations will be established at or near the same location used in Work Plan IV and Job 6-B, thus serving a multiple purpose. Representative samples will be taken of the bottom invertibrate fauna with a Peterson dredge or similar equipment. Sufficient samples will be taken at each station to provide a sound estimate of food form composition. Samples will be collected seasonally to

Prod. # MRGOY00306

depict seasonal distribution and abundance. Sampling methods will be standardized as much as possible so that sampling effort may be equalized at the various stations. Data to satisfy the requirements of objective 2 will be obtained in conjunction with Job 6-B.

Title of Job: Migration and Movement Study     Job 6-D

Objectives: 1. To determine seasonal and annual movements and/or migration of selected species.

2. To provide a basis for estimating project influence on movement and/or migration.

Procedures: This job will be accomplished by analysis and interpretation of data provided by Job 6-B (distribution and abundance studies). Only in those cases where data from Job 6-B have limited application will tagging or marking procedures of short-term nature be considered.

Title of Job: Appraisal of Environment Study     Job 6-E

Objectives: 1. Establish environmental tolerances for selected species of fish and shellfish.

2. Establish environmental tolerances for selected fish and shellfish food forms.

3. Determine limiting environmental factors for selected species of fish and shellfish and their food forms.

Procedures: Environmental tolerances and limiting factors will be determined for selected species of fish and shellfish and their food forms by analysis and interpretation of all biological and hydrographic data collected during the overall investigation and a comprehensive review of the literature. Because environmental requirements of each species change with the age, objectives 1 and 3 will be adjudged for each of the following major life cycle phases of selected fish and shellfish when practical to do so: Egg, larvae, juvenile, adult, and reproduction and molting periods. Laboratory studies on specific hydrological factors or biological relationships may be necessary.

Title of Job: Habitat Study     Job 6-F

Objectives: 1. Determine habitat requirement for selected species of fish and shellfish.

2. Establish habitat classification for selected species of fish and shellfish.

Prod. # MRGOY00307

3. Determine location and extent of each habitat type in the study area.

4. Provide a basis for determining project influence on habitat.

Procedures: The objectives of this job will be determined by analysis and interpretation of field data collected during other phases of the overall investigation, but principally from Work Plan IV and Jobs 6-A through 6-E.

Title of Job: Work Plan Review                                         Job 6-G

Objectives: 1. To determine the need for modifying or supplementing the fishery investigation.

2. Determine the need for additional or future investigations.

Procedures: Critically examine and evaluate data collected during the course of the study to determine its adequacy.

Title of Job: Analyze, Interpret and Present Data                      Job 6-H

Objectives: 1. To analyze, interpret and present data from Jobs 6-A through 6-F.

2. Compare, correlate and interpret the results of Work Plan VI, Fishery Investigation, with pertinent results of Work Plan VII, Experimental Studies.

3. From the results of objective 2, depict project influences upon selected species of fish and shellfish:

        A. Distribution and abundance.
        B. Food forms (distribution and abundance).
        C. Reproduction.
        D. Movement and migration.
        E. Growth.
        F. Habitat.
        G. Commercial harvest.

Procedures: This job is the final culmination of all data collected from Work Plan VI, and this data reduced to its final interpretation, which will be presented by narrative and illustrations as required. Because of limited time involved, model studies will provide for a much earlier culmination of objective 3. In lieu of model studies, extensive field and laboratory experimental investigations will be necessary.

Prod. # MRGOY00308

WORK PLAN VII
Experimental Studies

| | | |
|---|---|---|
| Title of Job: | Supplemental Field Investigations | Job 7-A |

Objectives:
1. To aid in determining tolerances and limiting environmental factors for selected species of fish, shellfish, wildlife and their food forms.

2. To aid in determining environmental changes that can be expected to result from construction of the project.

Procedures:
1. On selected locations study organisms in situ to determine their reaction to the environment.

2. Examine effects associated with the U. S. Army Engineers' test-pit digging currently being conducted in the sound.

3. Study changes that have occurred in association with other projects under similar conditions.

| | | |
|---|---|---|
| Title of Job: | Model Studies | Job 7-B |

Objectives:
1. To aid in determining effect of the project on the physical and chemical hydrography of the study area.

2. To aid in determining limits of project influence.

3. To determine erosion and dispersement of spoil, its effect on consistency of sub-stratum and shoaling.

4. To test project modification in the interest of fish and wildlife resources.

Procedures: Request the construction and operation of a model of the study area with the proposed project in place and simulate hydrological characteristics to gain an index of with-the-project conditions. Project modifications recommended in the interest of fish and wildlife will be tested and the results evaluated.

Prod. # MRGOY00309

WORK PLAN VIII
Technical Analysis of Program Findings

Title of Job: Continuing Critical Review of Procedures and Results  Job 8-A

Objectives:
1. To determine usability of data collected.
2. To determine adequacy of methods employed.
3. To devise study procedures that will provide adequate data.

Procedures: By critical review of procedures and data collected at all administrative levels determine adequacy as to quality and volume. While this work is the responsibility of everyone engaged in the project study, it is anticipated that the major portion will be accomplished by the project leader and field supervisor. Work group and steering committee discussions will be of assistance in consideration of both adequacy of results and in devising study procedures.

Title of Job: Detailed Summary Analysis  Job 8-B

Objectives:
1. Determine the project area of influence on fish and wildlife resources.
2. Determine the degree of influence on fish and wildlife resources.
3. Preparation of data in final form for analysis of without-the-project conditions.

Procedures: Review and organize material obtained from work plan studies; prepare summaries, graphs, charts and maps that will clearly depict findings and conclusions reached.

Prod. # MRGOY00310

WORK PLAN IX
Analysis of Without-the-Project Conditions

Title of Job: Evaluation of Habitat
Job 9-A

Objectives: To show the extent and quality of fish and wildlife habitat as it exists and will probably continue to exist without the project.

Procedure: Utilizing the information obtained in Work Plans IV, V, VI, VII, and VIII describe habitat as to extent, quality, and fish and wildlife forms it supports: sport, food and industrial fishes; waterfowl, fur animals, alligators, rails, gallinules, shore and sea birds. From trends established in Work Plans IV and V, discuss the probable change in water conditions, land mass and vegetation that would take place in the future with existing conditions.

Title of Job: Fish and Wildlife Resources
Job 9-B

Objectives: 1. To show the variety and abundance of fish and wildlife that project area of influence sustains and can be expected to sustain in the future under without-the-project conditions.

Procedure: Utilizing information obtained in Work Plans III, VI, and VIII describe the extent to which the various fish and wildlife forms are produced and harvested from the project area of influence. Illustrate the importance of the area as a nursery and rearing ground.

Title of Job: Utilization of Fish and Wildlife Resources
Job 9-C

Objective: To demonstrate the recreational use, volume of harvest, and economic value of the fish and wildlife resources of the project area of influence.

Procedure: Illustrate by means of the data obtained under Work Plans III, VI, and VII the extent to which recreational opportunities are afforded hunters and fishermen, and document the volume and value of the sport harvest. Show numbers of individuals directly involved in harvesting fish and wildlife commercially, capital investments and related industrial activity and the volume and value of commercial harvests.

Prod. # MRGOY00311

WORK PLAN X
**Analysis of With-the-Project Conditions**

Title of Job: Evaluation of Habitat  Job 10-A

Objectives: To show changes in habitat that are expected to result from construction, operation, and maintenance of the project.

Procedures:
1. Based on the material prepared as a result of work plans outlined, present the results of these studies showing both beneficial and adverse effects of the project.

2. Express changes anticipated in terms of habitat quality.

Title of Job: Fish and Wildlife Resources  Job 10-B

Objectives: To show changes in fish and wildlife populations, distribution and abundance that are expected to result from project construction, operation and maintenance.

Procedures: From the studies performed under Work Plans VII and VIII demonstrate the change in distribution and abundance that can be expected, and compute the probable degree to which populations will be changed as a result of the project.

Title of Job: Utilization of Fish and Wildlife Resources  Job 10-C

Objectives: To show changes in recreational usage, volume of harvest and economic value that result from project effects.

Procedures:
1. Determine the effect of the project on the volume and value of sport and commercial harvests.

2. Determine effect of the project on recreational use.

3. Discuss local and national significance of project effects on fish and wildlife resources.

Prod. # MRGOY00312

# WORK PLAN XI
## Preparation of Reports

Title of Job: Detailed Fish and Wildlife Report                Job 11-A

Objectives:  1. To illustrate the importance of fish and wildlife resources in this area.

2. To express effects of project on fish and wildlife resources.

3. To recommend measures whereby these resources can be sustained.

4. To recommend further investigations if warranted.

Procedure: Based on material compiled in work plans outlined, prepare and distribute a detailed fish and wildlife report following standard Branch of River Basins procedure.


Title of Job: Interim Comments or Reports                Job 11-B

Objectives:  1. To present a request for alteration of construction plans or methods.

2. To report progress or changes in the plan of investigation.

Procedure: Letter comments and interim reports will be utilized to present progress, depict interim program findings, and call special attention to problems throughout the study period.


Title of Job: Follow-up Reports                Job 11-C

Objective: To document conditions with the project in place and provide an opportunity for recommendation of further measures to sustain fish and wildlife resources.

Procedure: Following field examination during and following project construction, prepare such material as may be necessary to illustrate project incurred changes and justify recommendation of remedial measures.

Prod. # MRGOY00313

ESTIMATE OF COSTS FOR FISH AND WILDLIFE STUDY OF
MISSISSIPPI RIVER-GULF OUTLET PROJECT, LA.

| Work Plan | 1959 | 1960 | 1961 | 1962 | Total |
|---|---|---|---|---|---|
| Branch of River Basins | | | | | |
| Administration | $2,000 | $5,000 | $3,000 | $3,000 | $13,000 |
| Preparation of Maps | 2,000 | 2,000 | 2,000 | 2,000 | 8,000 |
| Economic Evaluation | 7,000 | 14,000 | 3,700 | | 24,700 |
| Vegetative Investigation | 7,000 | 14,000 | 3,700 | | 24,700 |
| Technical Analysis of Program Findings | 3,000 | 3,000 | 3,000 | 3,000 | 12,000 |
| Experimental Studies (Model Study) | | - Corps of Engineers - | | | |
| Analysis of Without-the-Project Conditions | | | 3,000 | 6,000 | 9,000 |
| Analysis of With-the-Project Conditions | | | 3,000 | 6,000 | 9,000 |
| Preparation of Reports | | 1,000 | 1,500 | 3,000 | 5,500 |
| Contract Studies | | | | | |
| Fisheries Investigation | | 85,000 | 85,000 | 20,000 | 190,000 |
| Hydrological Investigation | 39,000 | 100,000 | 60,000 | 10,000 | 209,000 |
| Totals | $60,000 | $224,000 | $167,900 | $53,000 | $503,900 |

Prod. # MRGOY00314