REPRODUCED AT THE NATIONAL ARCHIVES



UNITED STATES
DEPARTMENT OF THE INTERIOR
OFFICE OF THE SECRETARY
WASHINGTON 25, D. C.

FILE COPY
Surname:
USFWS

GP-RB

SEP 23 1957

Dear Mr. Brucker:

      We have noted with a good deal of concern the action of the Congress in providing funds for initiating construction on the Mississippi River-Gulf Outlet Project in Louisiana. This action was taken by passage of H. R. 8090, the Public Works Appropriation Bill for fiscal year 1958.

      The basic plan for this project was prepared in 1946 by the Corps of Engineers. It provides for the dredging of a canal approximately 70 miles long from the vicinity of New Orleans to the Gulf of Mexico. The canal would be 36 feet deep and 500 feet wide.

      The proposed construction of this canal is of great concern to fish and wildlife conservationists, including the commercial fishing industry. Dredging and deposition of spoil involved in the construction of this project may be highly destructive to important producing areas for shrimp and other shellfish, nursery areas for finfishes, and highly valuable waterfowl marshes.

      The project plans have not been investigated by fish and wildlife conservation agencies as contemplated in the Wildlife Coordination Act of August 14, 1946 (60 Stat. 1080). The U. S. Fish and Wildlife Service of this Department is now initiating such investigations using funds transferred by the Corps of Engineers. Technical personnel of the Service, whose salaries are paid from direct appropriations to our Department, will assist in these investigations.

      We urge that detailed planning for the project consider fully the effects on fish and wildlife resources of constructing the canal and that your Department accept reasonable modifications in alignment of the canal and in the plan for deposition of spoil to hold to a minimum the destructive effects on these resources, even though this may increase project costs to some degree.



FWS CENTRAL FILES COPY

RG 22; NACP
Entry 261
Box 220: "Gulf Outlet"

Prod. # MRGOY00243

UNITED STATES
DEPARTMENT OF THE INTERIOR
OFFICE OF THE SECRETARY

It will be apparent that the fish and wildlife investigations are far behind the stage reached in the engineering investigations. We trust, therefore, that the Corps of Engineers will take the necessary steps to bring the investigations of all phases of this project into balance.

We shall appreciate very much your cooperation in this matter.

Sincerely yours,

(sgd) Fred A. Seaton
Secretary of the Interior

Hon. Wilber M. Brucker
Secretary of the Army
Department of Defense
The Pentagon
Washington 25, D. C.

Copy to: Region 4 (2)

JTMcBroom:eba:mjt
8/22/57