870.921 (Miss R- Gulf Outlet) 8

Inclosure to:

Letter 16 August 1943
to Div. Engr. L. M. V. D.

# MISSISSIPPI  RIVER

# GULF  OUTLET

## RECORD  OF  PUBLIC  HEARING



HELD AT ROOSEVELT HOTEL, NEW ORLEANS, LA.,
ON 5 AUGUST 1943, BY BRIG. GEN. M.C. TYLER,
DIVISION ENGINEER, LOWER MISSISSIPPI
VALLEY DIVISION.

File Copy     Incl 1.2

## PUBLIC HEARING

HELD AT ROOSEVELT HOTEL, NEW ORLEANS, LA.,
ON 5 AUGUST 1943, BY BRIG. GEN. M. C. TYLER,
DIVISION ENGINEER, LOWER MISSISSIPPI VALLEY
DIVISION.

SUBJECT:  MISSISSIPPI RIVER – GULF OUTLET.

10:00 a.m. to 4:15 p.m.

### PRESENT

BRIG. GEN. M. C. TYLER, Division Engineer, Lower Mississippi Valley Division,
Vicksburg, Miss. – PRESIDING.
Colonel Milo P. Fox, Corps of Engineers, Mississippi River Commission,
Vicksburg, Miss.
Lt. Col. George H. Hudson, Corps of Engineers, District Engineer, U. S.
Engineer Office, New Orleans, La.
Lt. Col. F. C. Carey, Corps of Engineers, U. S. Engineer Office, New
Orleans, La.
Major A. H. McRae, Corps of Engineers, U. S. Engineer Office, New Orleans,
La.
Lt. Col. Dalton B. Shourds, Engineer, New Orleans, La.
Comdr. A. H. Zibilich, U. S. Coast Guard, New Orleans, La.
Comdr. A. George Volck, U.S.N.R. (Ret) Hq. Eighth Naval District, New
Orleans, La.
Lt. Comdr. T. C. Bruns, U. S. Navy, New Orleans, La.
Mr. R. M. McCrone, Mississippi River Commission, Vicksburg, Miss.

### SPEAKERS

Hon. Sam H. Jones, Governor of Louisiana, Baton Rouge, La.
Hon. John H. Overton, U. S. Senator, Alexandria, La.
Hon. Allen J. Ellender, U. S. Senator, Houma, La.
Hon. Paul H. Maloney, U. S. Representative, New Orleans, La.
Hon. F. Edw. Hebert, U. S. Representative, New Orleans, La.
Mr. Lester F. Alexander, Lester F. Alexander Co., New Orleans, La.
Mr. John Berni, Plumbers & Steamfitters Union, Local #60, New Orleans, La.
Mr. K. W. Berry, Whitney National Bank, New Orleans, La.
Mr. Frank E. Bourgeois, Foreign Commerce Committee, Association of Commerce
Mr. A. M. Cowen, New Orleans Toastmasters Club, New Orleans, La.
Mr. Rene F. Clerc, Board of Port Commissioners, New Orleans, La.
Mr. O. D. Cloakey, President, Advertising Club of New Orleans, La.
Mr. Severn T. Darden, Orleans Levee Board, New Orleans, La.
Mr. John E. Fleury, District Attorney, Jefferson Parish, La.
Mr. Alvin M. Frankforz, President, Louisiana Section, American Society of
Civil Engineers, New Orleans, La.
Dr. Chas. F. Gelbke, Mayor of Gretna, La.
Mr. Carl Giessow, St. Louis Chamber of Commerce, St. Louis, Mo.
Mr. W. H. Grant, Secretary, Exchange Club of New Orleans, La.
Mr. Alvin E. Johnson, President, Real Estate Board, New Orleans, La.
Mr. R. S. Hecht, Hibernia National Bank, New Orleans, La.
Mr. A. W. Herrmann, Kiwanis Club, New Orleans, La.
Mr. J. J. Holtgreve, Jefferson Parish Police Jury, Metairie, La.
Mr. H. R. Iley, Propeller Club of New Orleans, La.
Mr. Paul F. Jahncke, Jahncke Service Inc., New Orleans, La.
Mr. Charles H. Kerr, Louisiana Engineering Society, New Orleans, La.
Mr. A. S. Kroeger, The Kroeger Store, Inc., New Orleans, La.
Dr. Lloyd J. Landry, President, Young Men's Business Club, New Orleans, La.
Mr. S. Gordon Lee, General Contractor, New Orleans, La.
Mr. Thos. E. Lyons, U. S. Department of Commerce, Washington, D. C.
Mr. M. A. Mathieson, Pennsylvania Shipping Co., Philadelphia, Pa.
Mr. Lachlan Macleay, Mississippi Valley Assn., St. Louis, Mo.
Mr. Bill McEnerny, New Orleans Insurance Exchange, New Orleans, La.
Mr. John McKay, Misc. Warehouse Assn., New Orleans, La.
Mr. H. E. Meade, Chairman, Members Council, Association of Commerce, New
Orleans, La.
Mr. Warren V. Miller, President, Council of Civic Clubs, New Orleans, La.

SPEAKERS (Cont'd.)

Mr. J. M. O. Monasterio, St. Louis Chamber of Commerce, St. Louis, Mo.
Mr. Ole K. Olsen, Ole K. Olsen, Inc., New Orleans, La.
Mr. Walter Parker, Int. Bureau of Economics, New Orleans, La.
Mr. F. Pieper, C.I.O., New Orleans, La.
Mr. A. E. Pradillo, New Orleans Association of Commerce, New Orleans, La.
Mr. D. L. Tyburn, Director, Dept. of Public Works, Baton Rouge, La.
Mr. Steve Quarles, A. F. of L., New Orleans, La.
Mr. Geo. W. Rappleyea, Higgins Industries, Inc., New Orleans, La.
Mr. Hampton Reynolds, New Orleans, La.
Mr. George E. Schneider, New Orleans Assn. of Commerce, New Orleans, La.
Mr. W. W. Schroeder, President, Rotary Club, New Orleans, La.
Mr. Stuart A. Seelye, Pres., New Orleans Assn. of Commerce, New Orleans, La.
Mr. Geo. Soule, Soule College and Cooperative Club, New Orleans, La.
Mr. Chester C. Thompson, Inland Waterways Corp. (Federal Barge Lines) St. Louis, Mo.
Mr. W. R. Toledano, Jefferson Parish Police Jury, Kenner, La.
Mr. Solon B. Turman, Lykes Bros. Steamship Co. Inc., New Orleans, La.
Mr. C. C. Walther, Walther Bros. Co., New Orleans, La.
Mr. Francis Williams, City of New Orleans, New Orleans, La.
Mr. Wm. Zetzmann, Chairman, State Board of Public Works, New Orleans, La.


RECORDERS -  Miss Edna Englert, Mrs. Jennie D. Charlton, Mrs. Dora A.
            Levy and Miss Mildred R. Wild.


MISCELLANEOUS -

Mr. G. Abaunza, Jr., Steamship Agent, New Orleans, La.
Mr. M. C. Abrahm, New Orleans Public Service, Inc., New Orleans, La.
Mr. Michael Aguzin, Cement Finishers Union, New Orleans, La.
Mr. J. A. Allain, Alcoa Steamship Co. Inc., New Orleans, La.
Mr. J. W. Allen, Forwarding Agents & Foreign Freight Brokers Assn., New Orleans, La.
Mr. Harry Allaman, Engineer and Contractor, New Orleans, La.
Mr. M. W. Ames, Federal Public Housing Authority, Fort Worth, Texas.
Mr. Leo Paul Arigux, Marine Pipe Fitters Local #574, New Orleans, La.
Mr. H. S. Armstrong, City of New Orleans, Nat'l. Defense Director, New Orleans, La.
Mr. Ford J. Artigues, Southern Motor Express, Inc., New Orleans, La.
Mr. A. W. Aylin, Missouri Pacific R.R. Co., New Orleans, La.
Mr. C. Babin, Hibernia Nat'l. Bank, New Orleans, La.
Mr. Albert X. Bader, Geo. F. Driscoll & Co., New Orleans, La.
Mr. Wm. H. Baetch, American Brewery Co., New Orleans, La.
Dr. Chas. A. Bahn, New Orleans, La.
Mr. W. G. Baker, Gas Appliance Co., Inc., New Orleans, La.
Mr. Jno. U. Barr, Federal Fibre Mills, New Orleans, La.
Mr. E. H. Barrios, Woodward-Wight & Co. Ltd., New Orleans, La.
Mr. N. J. Barrios, R. E. E. deMontluzin, New Orleans, La.
Mr. J. F. Barrow, Southern Railway, Hattiesburg, Miss.
Mr. Roy Bartlett, Hotel Roosevelt, New Orleans, La.
Mr. L. Henry Baudean, Baudean, Inc., New Orleans, La.
Mr. Frank H. Baxter, Times-Picayune, New Orleans, La.
Mr. T. H. Bean, New Orleans Public Service, Inc., New Orleans, La.
Mr. George J. Becker, Jahncke Service Inc., New Orleans, La.
Mr. A. J. Belanger, Western Union Telegraph Co., New Orleans, La.
Mr. W. Stanley Bender, Lotter & Blum, Inc., New Orleans, La.
Mr. Clem I. Bernard, Baudean, Inc., New Orleans, La.
Mr. Gerard H. Bernard, New Orleans Assn. of Commerce, New Orleans, La.
Mr. C. A. Bertel, Board of Commissioners, Port of New Orleans.
Mr. E. J. Bieger, Jung Hotel, New Orleans, La.
Capt. C. E. Biggers, Lykes Bros. Steamship Co., New Orleans, La.
Mr. F. W. Billingsley, Billingsley Engineering Co., New Orleans, La.
Mr. R. N. Binnings, Times-Picayune, New Orleans, La.
Mr. Ernest Blattmann, Blattmann & Beeser Co., New Orleans, La.
Mr. Moise Bloch, Wetzels, Inc., New Orleans, La.
Mr. B. M. Bloomfield, Lykes Steamship Company, New Orleans, La.
Mr. K. F. Blue, Foundation Plan, Inc., New Orleans, La.
Mr. Ashton Blum, New Orleans, La.
Mr. J. H. Bodenheimer, J. H. Bodenheimer & Son, New Orleans, La.
Mr. Harold Bomboy, Railway Audit & Insurance Co., New Orleans, La.
Mr. Wm. J. Bovard, Bovard Ins. Agency, New Orleans, La.

VRG-010-000000645

MISCELLANEOUS (Cont'd.)

Mr. R. F. Bond, Vories Baking Co., New Orleans, La.
Mr. Leonce Bonnecaze, Jr., Best Electric Co. Inc., New Orleans, La.
Mr. Lewis I. Bourgeois, Federal Barge Lines, New Orleans, La.
Mr. I. E. Boyett, Land owner, Avoyelles Parish, La.
Mr. Theodore Brent, Mississippi Shipping Co., New Orleans, La.
Mr. J. E. Bridges, Haverty Furniture Co., New Orleans, La.
Mr. Gene Brierre, Paul Brierre's Sons, New Orleans, La.
Mr. J. S. Brodie, Inland Waterways Corp., New Orleans, La.
Mr. Jas. P. Brodtmann, Gulf States Creosoting Co., New Orleans, La.
Mr. W. F. Burbank, Metropolitan Life Ins. Co., New Orleans, La.
Mr. M. Brunet, Jr., N. O. Ribbon & Carbon Supply, New Orleans, La.
Mr. Francis P. Burns, City Attorney, New Orleans, La.
Mr. H. I. Bronnan, Freeport Sulphur Co., New Orleans, La.
Mr. B. C. Brown, Brown's Velvet Ice Cream Co., New Orleans, La.
Mr. I. L. Bultman, Great Sou. Box Co. Inc., New Orleans, La.
Mr. V. E. Burrow, New Orleans, La.
Mr. R. A. Carleton, R. E. E. deMontluzin, New Orleans, La.
Mr. J. J. Carty, Isthmian Steamship Co., New Orleans, La.
Mr. Jess S. Cave, City of New Orleans, New Orleans, La.
Mr. F. F. Chapman, Chapman-Storm Lumber Co. Inc., Covington, La.
Mr. F. H. Chisholm, New Orleans, La.
Mr. A. C. Cocke, Lykos Bros. Steamship Co. Inc., New Orleans, La.
Mr. Adolph Cohn, Western Union Tel. Co., New Orleans, La.
Mr. E. G. Collins, Auto Electric & Radiator Co., New Orleans, La.
Mr. J. H. Collins, New Orleans Public Service, New Orleans, La.
Mr. C. Earl Colomb, New Orleans, La.
Mr. James M. Colomb, Godchaux & Mayer, New Orleans, La.
Mr. J. O. Combe, Fairbanks Morse & Co., New Orleans, La.
Mr. A. M. Cowon, Graham Paper Co., New Orleans, La.
Mr. L. J. Cucullu, American Society of Mechanical Engineers, New Orleans, La.
Mr. J. A. Cummins, Colonial Sugars Co., New Orleans, La.
Mr. Linden Dalferes, New Orleans, La.
Mr. John T. Daly, W. R. Grace & Co., New Orleans, La.
Mr. John Dane, John Dane Investments, New Orleans, La.
Mr. F. D. Danford, Texas & Pacific Rwy., New Orleans, La.
Mrs. Geraldine R. Dardon, New Orleans, La.
Mr. A. M. Dardis, Treas., Forwarding Agents & Foreign Freight Brokers Assn.
    New Orleans, La.
Mr. Henry P. Dart, Jr., Dart & Dart, New Orleans, La.
Dr. E. L. deBrueys, Roosevelt Turkish Baths, New Orleans, La.
Mr. L. C. Deckbar, Woodward, Wight & Co. Ltd., New Orleans, La.
Mr. J. J. Delherde, Sr., Alcoa Steamship Co., New Orleans, La.
Mr. Maurice J. Delord, Maurice J. Delorde Ins. Agency, New Orleans, La.
Mr. E. L. Denmon, U. S. Forest Service, New Orleans, La.
Mr. R. E. E. deMontluzin, New Orleans, La.
Mr. D. J. Devlin, Marine Paint & Varnish Co. Inc., New Orleans, La.
Mr. Alfred D. Donnaud, General Outdoor Adv. Co., New Orleans, La.
Mr. R. G. Drown, Jr., Wembley, Inc., New Orleans, La.
Mr. Sam B. Dunbar, Louisiana Mfrs. Assn., New Orleans, La.
Mr. Leo L. Dubourg, New Orleans, La.
Mr. R. G. Duncan, Dun & Bradstreet, Inc.
Mr. Charles F. Durr, Fern Supply Co., New Orleans, La.
Mr. Robert Harold Durr, Fern Supply Co., New Orleans, La.
Mr. Manuel Davie, Arthur Davie's Sons, New Orleans, La.
Mr. F. J. Dwyer, Vories Baking Co., New Orleans, La.
Mr. Fred A. Earhart, Comm. Public Utilities, New Orleans, La.
Mr. W. A. Eberts, W. R. Grace & Co., New Orleans, La.
Mr. Arnold L. Edmonds, Bureau of Governmental Research, New Orleans, La.
Mr. Marquez P. Ehlinger, Gillis Winkler Ins. Agency, New Orleans, La.
Mr. Crawford H. Ellis, United Fruit Co. and Pan American Life Ins. Co.,
    New Orleans, La.
Mr. W. P. Ermon, New Orleans, La.
Mr. J. E. Farrell, Gulf Forwarding Co., New Orleans, La.
Mr. Daniel Federoff, U. S. Maritime Commission, War Shipping Administration,
    New Orleans, La.
Mr. John B. Ferchaud, United Laboratory Co. Inc., Shreveport, La.
Mr. John B. Ferran, Board of Commissioners, New Orleans, La.
Mr. George E. Fisher, U-Drive-It Car Co. Inc., New Orleans, La.
Mr. J. E. Fitzwilson, New Orleans, La.
Mr. John L. Flettrich, New Orleans Steamship Assn., New Orleans, La.
Mr. James J. A. Fortier, Official Historian-City of New Orleans, La.
Mr. Waldo E. Francois, Pan American Life Ins. Co., New Orleans, La.
Mr. Chas. L. Franck, Photo Co., New Orleans, La.
Mr. A. B. Freeman, La. Coca-Cola Bot. Co., New Orleans, La.
Mr. John M. Fush, Office Defense Transportation, New Orleans, La.

VRG-010-000000646

Mr. H. H. Gallagher, J.F. Coleman Engineering Co., New Orleans, La.
Mr. R. J. Gannie, Texas & Pacific Rwy., New Orleans, La.
Mr. Marcel Garsaud, U. S. Army, New Orleans, La.
Mr. Roy Godney, Southern Stevedoring Co., New Orleans, La.
Mr. C. B. George, Brotherhood of Railway & Steamship Clerks, New Orleans, La.
Mr. Carl Geyer, Orleans Mfg. Co., New Orleans, La.
Mr. David Goldstein, Pan American Exporters, Inc., New Orleans, La.
Mr. P. N. Grams, Jr., Foundation Plan, Inc., New Orleans, La.
Mrs. Grace C. Gravois, D. H. Holmes Co. Ltd., New Orleans, La.
Mr. Carlo F. Greene, Dun & Bradstreet Inc., New Orleans, La.
Mr. George Griswold, Grace Line, Inc., New Orleans, La.
Mr. Allen S. Hackett, Consulting Engineer, New Orleans, La.
Mr. James Hanemann, General Tire Co., New Orleans, La.
Mr. F. Carl Hanson, F. Carl Hanson Co., New Orleans, La.
Mr. Charles Harrington, Kerr Steamship Co. Inc., New Orleans, La.
Mr. J. L. Harrington, Lykes Bros. Steamship Co. Inc., New Orleans, La.
Mr. Augustus B. Harris, Augustus B. Harris & Son, New Orleans, La.
Capt. J. E. Hart, Mississippi Shipping Co., New Orleans, La.
Mr. M. J. Hartson, Jr., M.J. Hartson Ins. Agency, New Orleans, La.
Mr. L. N. Hatry, Secty. Freight Brokers Assn., New Orleans, La.
Mr. A. E. Hogewisott, New Orleans, La.
Mr. M. V. Higbee, Geo. S. Kausler, Ltd., New Orleans, La.
Mr. Herbert Hiller, New Orleans, La.
Mr. Milton F. Hilbert, Woodward-Wight & Co. Ltd., New Orleans, La.
Mr. Peter Hoffarth, Jr., Pan American Life Ins. Co., New Orleans, La.
Mr. Chas. Hoffmann, Emory & Kaufmann, Ltd., New Orleans, La.
Mr. John F. Holmes, New Orleans Public Service Inc., New Orleans, La.
Mr. W. W. Holmes, Supt. of Methodist Church, New Orleans, La.
Mr. Wm. J. Howard, New Orleans, La.
Mr. G. H. Ireland, Mississippi Shipping Co., New Orleans, La.
Mr. Harold C. Jackson, U.S. Dept. of Commerce, New Orleans, La.
Mr. J. C. Jackson, Western Union, New Orleans, La.
Mr. L. H. Jacobs, Lions Club, New Orleans, La.
Mr. Paul F. Jahncke, Jr., Jahncke Service Inc., New Orleans, La.
Mr. E. O. Jewell, Board of Commissioners, Port of New Orleans, La.
Mr. J. G. Jones, Jackson Brewing Co., New Orleans, La.
Mr. Harry B. Jordan, Canal Barge Co., New Orleans, La.
Mr. A. L. Jung, Crescent Bed Co. Inc., New Orleans, La.
Mr. K. P. Kammer, New Orleans Public Service Inc., New Orleans, La.
Mr. S. W. Keate, New Orleans, La.
Mr. Harry X. Kelly, Mississippi Shipping Co. Inc., New Orleans, La.
Mr. James P. Kenny, Inland Water Carriers Frt. Assn., New Orleans, La.
Mr. T. N. Kinsley, Southern Rwy. System, New Orleans, La.
Mr. Russ Kintzley, New Orleans States, New Orleans, La.
Mr. A. W. Kitto, Office of Defense Transportation, New Orleans, La.
Mr. W. H. Klinesmit, Globe Indemnity Co., New Orleans, La.
Mr. John Klorer, Defense Plant Corp., New Orleans, La.
Mr. J. J. Kramer, Board of Commissioners, Port of New Orleans, La.
Mr. James C. Kraus, Secty. Kiwanis Club, New Orleans, La.
Mr. Robert J. Kuhn, Consulting Engineer, New Orleans, La.
Mr. Lloyd L. Lacher, Jackson Brewing Co., New Orleans, La.
Mr. Joseph Lallande, Southern Pacific Lines, New Orleans, La.
Mr. Henry D. Larcade, Jr., Member of Congress, 7th La. District.
Mr. W. Larkin, Office Defense Transportation, New Orleans, La.
Mr. Eldon S. Lazarus, Board of Commissioners, Port of New Orleans, La.
Mr. Rufus W. Lea, Woodward Wight & Co. Ltd., New Orleans, La.
Mr. Edgar Lee, Jr., Coast Transportation Co. Inc., New Orleans, La.
Mr. A. S. Legendre, New Orleans Public Service Inc., New Orleans, La.
Mr. Leonce L. Lenarie, Dunn & Bradstreet, Inc., New Orleans, La.
Mr. Robert Lienhard, D. H. Holmes Co. Ltd., New Orleans, La.
Mr. Harvey L. Lingstrom, Harvey Lingstrom Co., New Orleans, La.
Mr. E. H. Lockenberg, Office of Defense Transportation, New Orleans, La.
Mr. R. K. Longino, Longino & Collins, Inc., New Orleans, La.
Mr. Ernest J. Lorch, Eastman Kodak Stores Inc., New Orleans, La.
Mr. P. B. Lusk, Lusk Shipping Co., New Orleans, La.
Mr. A. J. McCall, Graybar Electric Co., New Orleans, La.
Mr. E. J. McGuirk, Pres., New Orleans Steamship Assn., New Orleans, La.
Mr. R. W. McKinney, Dixie Machine & Welding Wks., New Orleans, La.
Mr. M. H. McMillan, Missouri Pacific Railroad, New Orleans, La.
Mr. J. A. McNiven, Dock Board, New Orleans, La.
Mr. G. A. McWilliams, McWilliams Dredging Co., New Orleans, La.
Mr. Wm. L. Macassin, Inland Waterways Corp., New Orleans, La.
Mr. Edward L. Maier, United Fruit Co., New Orleans, La.
Mr. William Maier, State Dept. Public Works, New Orleans, La.
Mr. Stephen C. Manning, Sr., Crescent Bed Co. Inc., New Orleans, La.

-4-

MISCELLANEOUS (Cont'd)

Mr. N. L. Harks, Jr., City Engineer, New Orleans, La.
Mr. C. H. Marshall, U. S. Maritime Commission, New Orleans, La.
Mr. Geo. Elmer May, New Orleans Public Service Inc. - Representing American
    Society of Heating & Ventilating Engineers, New Orleans, La.
Mr. Guy Mendes, Arthur Mendes & Co., New Orleans, La.
Mr. C. Layton Merritt, Francis I. duPont & Co., New Orleans, La.
Mr. D. H. Mitchel, Southern Construction Co., New Orleans, La.
Mr. L. L. Moah, Bureau of Govt. Research, New Orleans, La.
Mr. Joseph H. Monies, Jefferson Parish, Gretna, La.
Mr. Rolf Monsen, Todd-Johnson Dry Docks, Inc., New Orleans, La.
Mr. Jos. W. Montgomery, United Fruit Co., New Orleans, La.
Mr. J. W. Moore, New Orleans, La.
Mr. Ralph Morse, Lykes Bros. Steamship Co. Inc., New Orleans, La.
Mr. Emile L. Morvant, Realty Operators Inc., New Orleans, La.
Mr. J. H. Moss, Jahncke Service Inc., New Orleans, La.
Mr. J. J. Mulligan, Crescent Bed Co., New Orleans, La.
Mr. A. Mundy, Times Picayune Pub. Co., New Orleans, La.
Mr. Malcolm G. Mundy, The Great A. P. Tea Co., New Orleans, La.
Mr. F. J. Naquin, Jr., Longino & Collins, New Orleans, La.
Mr. A. J. Nelson, Monte & Co., New Orleans, La.
Mr. C. A. Nelson, Economic Development Company of La., New Orleans, La.
Mr. L. K. Nicholson, Times-Picayune and New Orleans States, New Orleans, La.
Mr. A. Sidney Nunez, Pres., Chamber of Commerce, St. Bernard Parish, La.
Mr. Leo H. Odon, State Dept. of Public Works, Baton Rouge, La.
Mr. W. G. Oliphant, Federal Barge Line, New Orleans, La.
Mr. Kenneth D. Oliver, C.D.T., New Orleans, La.
Mr. Diego Patron, Inter-Maritime Forwarding Co., New Orleans, La.
Mr. F. Patron, Jr., H. T. Cotton & Co., New Orleans, La.
Mr. A. G. Patterson, Interstate Commerce Comm., New Orleans, La.
Mr. Furman B. Pearce, Norton Lilly & Co., New Orleans, La.
Mr. W. A. Pellerin, Pellerin Laundry Machinery Sales Co., New Orleans, La.
Mr. Forrest C. Pendleton, Natl. Corp. Service, Inc., New Orleans, La.
Mr. E. S. Pennebaker, T.P.-M.P. Term. R.R. of N.O., New Orleans, La.
Mr. Clem Perrin, Lafitte, La.
Mr. J. S. Powell, Federal Barge Lines, New Orleans, La.
Mr. Philip J. Piro, N.O. Building & Construction Trades Council, New Orleans,
    La.
Mr. George Plant, Plant Shipping Co., New Orleans, La.
Mr. Ralph M. Pons, Godchaux & Mayer Ltd., New Orleans, La.
Mr. G. Chas. Porpora, Asst. Executive Secty to Gov. Jones, New Orleans, La.
Mr. J. E. Pottharst, Mechanical Equipment Co., New Orleans, La.
Mr. F. W. Raggio, Lake Charles, La.
Mr. E. M. Rea, Municipal Auditorium, New Orleans, La.
Mr. George Renaubin, Gulf Forwarding Co., New Orleans, La.
Mr. I. B. Rennyson, New Orleans, La.
Mr. W. J. Ryan, Standard Oil Co., Baton Rouge, La.
Mr. Louis G. Riecke, Tulane Hardwood Lbr. Co. Inc., New Orleans, La.
Mr. John Riess, New Orleans, La.
Mr. R. B. Roasch, Pres., Louisiana Architect Assn., New Orleans, La.
Mr. F. M. Rohn, New Orleans, La.
Mr. F. J. Rolfes, Standard Fruit & Steamship Co., New Orleans, La.
Mr. Elkin Rubenstein, Rubenstein Bros., New Orleans, La.
Mr. Robt. E. Ramsay, Scarcy & Trafft, New Orleans, La.
Mr. Clarke Salmon, New Orleans, La.
Mr. W. F. Bill Sancho, National Food Prod. Co., New Orleans, La.
Mr. H. A. Sawyer, Lone Star Cement Corp., New Orleans, La.
Mr. W. H. Scales, New Orleans, La.
Mr. G. S. Schober, Exchange Club of New Orleans, La.
Mr. Fred E. Schroeder, Coyle Lines, New Orleans, La.
Mr. Ray Schroder, Pacific Mutual, New Orleans, La.
Mr. W. W. Schroeder, V.P., National Bank of Commerce, New Orleans, La.
Mr. Otto Schwartz, Schwartz Supply Co. Inc., New Orleans, La.
Mr. Jas. E. Scott, United Fruit Co., New Orleans, La.
Mr. Lawrence C. Seybold, Crane Co., New Orleans, La.
Mr. Ernest Simons, Simonds Radio Store, New Orleans, La.
Mr. George R. Simno, War Shipping Administration, New Orleans, La.
Mr. C. A. Simpson, New Orleans, La.
Mr. W. A. Shuler, Shuler Supply Co., New Orleans, La.
Mr. Alvin Shepherd, New Orleans, La.
Mr. Frank R. Smith, Coordinator Ship Repair & Conversion, New Orleans, La.
Mr. Earl H. Smith, La. Assn. of Young Men's Business Clubs, New Orleans, La.
Mr. Geo. F. Sounders, Woodward-Wight & Co., New Orleans, La.

-5-

Mr. Joseph Spear, Southern Pacific Lines, New Orleans, La.
Mr. Wm. F. Singi, Wm. F. Singi Equip. Co., New Orleans, La.
Mr. Raymond P. Starr, Mundit Cork Corp., New Orleans, La.
Mr. George C. Stoheman, Missouri Pacific Lines
Mr. Clarence H. Strauss, Chalmette Oil Dist. Co. Inc., New Orleans, La.
Mr. R. P. Strong, Robt. Gottschalk Inc., New Orleans, La.
Mr. James L. Stulb, Gulf Shipping Co., New Orleans, La.
Mr. Alvin T. Stumpf, John Stumpf Sons, Gretna, La.
Mr. A. C. Suhrens, A. C. Suhrens Co., New Orleans, La.
Mr. W. W. Sutcliffe, Jr., National Bank of Commerce, New Orleans, La.
Mr. F. J. Swann, Hibernia Natl. Bank, New Orleans, La.
Mr. A. H. Talbot, Jr., Times-Picayune, New Orleans, La.
Mr. B. H. Talbot, Jr., Klinesmith Laudeman & Talbot, New Orleans, La.
Mr. F. C. Taylor, Taylor-Sudenbach, Inc., New Orleans, La.
Mr. A. L. Terrebonne, Armour & Co., New Orleans, La.
Mr. J. A. Thomas, New Orleans, La.
Mr. Ray M. Thompson, Jefferson Parish, La.
Mr. John I. Tims, Jr., Times-Picayune, New Orleans, La.
Mr. H. L. Todd, Dicke & Co., New Orleans, La.
Mr. E. J. Trahant, Brotherhood of Maintenance of Way, New Orleans, La.
Mr. F. J. Treuting, Anderson Clayton & Co., New Orleans, La.
Mr. Robert G. Urch, Sears, Roebuck & Co., New Orleans, La.
Mr. E. C. Upton, Sr., E. C. Upton Printing Co., New Orleans, La.
Mr. Walter A. Valois, New Orleans States, New Orleans, La.
Mr. Oliver H. VanHorn, VanHorn & Son, New Orleans, La.
Mr. Erasto Vidrine, New Orleans, La.
Mr. Rudolph C. Vorbusch, New Orleans, La.
Mr. Gilbert H. Vorhoff, International Lubricant Corp., Southport, La.
Mr. H. W. Waguespack, R. E. E. deMontluzin, New Orleans, La.
Mr. C. L. Wairne, New Orleans Public Service Inc., New Orleans, La.
Mr. F. E. Wallace, I. C. R.R., New Orleans, La.
Mr. William Wallace, General Contractor, New Orleans, La.
Mr. J. H. Wallmann, Freeland & Olschner, Inc., New Orleans, La.
Mr. E. C. Walker, Assn. of Commerce, New Orleans, La.
Mr. S. Pierce Walmsley, Jr., Whitney Natl. Bank, New Orleans, La.
Mr. D. M. Ward, Waterman Steamship Corp., New Orleans, La.
Mr. H. C. Warwick, U.S. Coast & Geodetic Survey, New Orleans, La.
Mr. E. H. Watermeier, Virginia Dare Extract Co., New Orleans, La.
Mr. Alfred Wellborn, Alfred Wellborn Inc., New Orleans, La.
Mr. George J. Wetzel, Wetzel Printing Inc., New Orleans, La.
Mr. D. L. White, U. S. Engineer Office, New Orleans, La.
Mr. H. E. White, Teamsters A.F.L., New Orleans, La.
Mr. W. Richard White, Police Jury Parish of Jefferson, La.
Mr. Nelson Whitney, Whitney Natl. Bank, New Orleans, La.
Mr. W. G. Wiegand, New Orleans Item, New Orleans, La.
Mr. W. S. Wilcox, W. S. Wilcox Co. Inc., New Orleans, La.
Mr. Ben E. Williams, Pape, Williams & Co., New Orleans, La.
Mr. A. L. Willoz, Orleans Levee Board, New Orleans, La.
Mr. J. P. Wright, Armour & Co., New Orleans, La.
Mr. Jos. B. Wynne, United Fruit Co., New Orleans, La.

-6-

VRG-010-000000649

PROCEEDINGS

GEN. TYLER:  The meeting will come to order.  This hearing is held in
accordance with the following notice of public hearing:

WAR DEPARTMENT
MISSISSIPPI RIVER COMMISSION
and
LOWER MISSISSIPPI VALLEY DIVISION
Vicksburg, Mississippi

7 June 1943

Notice of Public Hearing
Mississippi River - Gulf Outlet

A resolution of the Committee on Commerce, United States Senate,
adopted 19 April 1943, authorized a review of reports on "Mississippi
River - Gulf Outlet" published in Committee on Rivers and Harbors,
House of Representatives, Document No. 46, Seventy-first Congress,
Second Session, and previous reports; and of the reports on the "Intra-
coastal Waterway from Mobile to New Orleans" submitted by the Chief of
Engineers 27 April 1942, and previous reports, " * * * with a view to
determining whether any modifications of recommendations contained in
those reports is advisable at this time, particularly with respect to
providing an emergency outlet from the Mississippi River in the inter-
est of national defense and general commerce by construction of a
permanent deep draft channel 40 feet deep or of such lesser depth as
may be determined to be an economical ship channel from the Industrial
Canal, New Orleans, Louisiana, eastward along the authorized route of
the Intracoastal Waterway to a point at or near the Mississippi Sound
mouth of the Rigolets, thence to the 40-foot contour in the vicinity
of the government light at the northern extremity of the Chandeleur
Islands."

The character and extent of improvements desired by interested
parties and reasons therefor will be considered at a Public Hearing
to be held by the undersigned at New Orleans, Louisiana, at 10:00
A.M. on Thursday, 5 August 1943 in the Grand Ballroom, Roosevelt
Hotel.

All interested persons are invited to be present or to be repre-
sented at the above time and place, particularly navigation interests
and officials of any parish, city, state agency or local association
whose interests may be affected by the proposed improvement of the
waterway.  They will be given an opportunity to express their views
and to make suggestions of desired improvements in the interest of
navigation and general commerce.

Oral statements will be heard, but for accuracy of record all
important facts and arguments should be submitted in writing IN
QUADRUPLICATE, as the records of the hearing will be forwarded for
consideration by the War Department.  Written statements may be handed
to the undersigned at the hearing, or may be mailed to him beforehand.

(S)  M. C. TYLER
M. C. Tyler
Brig. Gen., Corps of Engineers
Division Engineer.

It is desired to have a frank and full discussion of the views of all
interested persons and as complete a statement as possible of all informa-
tion bearing upon the question at issue.

If your discussion is reduced to writing, I would like to suggest that
you submit your written report and only hit the high spots in your remarks
since the details will be covered in your report.

VRG-010-000000650

The Department will give full weight to all evidence and arguments presented and all pertinent material should be brought out at this hearing.

Later ex-parte evidence and arguments are not desired by the reviewing authorities unless it is clearly shown that the matter is **new** and material and that there are good reasons why it could not have been presented at the hearing. Such matter will be called to the attention of opposing interests, if any, and they will be given an opportunity to reply if the decision of the Department is otherwise likely to differ from their wishes.

The object of the meeting is to determine whether or not any proposed improvement will provide benefits equal to or in excess of the estimated cost of those improvements. Consequently, it is your problem to give us all facts bearing on the benefits which will accrue from any such improvements you might suggest.

It is requested that each speaker come to the front and give his name to the reporter before proceeding.

It is customary at these hearings to allow the proponents of the improvement to make their case first, and then give anyone who has opposing views or has any other plan to suggest to put forward his views. Before proceeding with that portion of the hearing where the proponents will make their case, I would like to ask the Senior Senator of Louisiana, Senator Overton, whether he has any statement to make at this time.

SENATOR OVERTON, SENATOR OF LOUISIANA: General Tyler, gentlemen: (READS EXHIBIT I).

GEN. TYLER: Senator Ellender, would you care to make any remarks at this time?

SENATOR ELLENDER, SENATOR OF LOUISIANA: General Tyler, ladies and gentlemen: I desire to state that I have not prepared a statement, but I am here as a most interested spectator. I want to say that as long as I remain a Senator of Louisiana I propose to keep on working for this seaway until it is an accomplished fact. I have been listening with a great deal of interest to the statements made by my distinguished colleague, Senator Overton, and I want to say he has worked unceasingly on this project as well as on the recent developments of the Intracoastal Canal. I know that in the past six months he was instrumental in obtaining the necessary funds to widen the Intracoastal Canal from New Orleans west far into Texas, and all of this will fit in admirably when the proposed seaway has been accomplished.

I am not going to argue the reasons for this proposed seaway, but I do

VRG-010-000000651

believe to a large extent that our present facilities at New Orleans have become antiquated; the river hazards are great, the cost of bringing cargoes up the river is of course far more expensive that if we had a tidewater canal from the Gulf to the port. New Orleans is the gateway to North, to Central and South America. It is the gateway to the great valleys of the rivers Mississippi, Missouri, Ohio, Arkansas and Red, and I have often dreamed of establishing here at New Orleans a great mart where the people of South and Central America could send their goods, and the people of this country could send their goods to this mart and trade could be carried on between our great country and the countries to the South of us. Now, this cannot be accomplished unless we have cheaper port rates and unless we have ample and adequate facilities for handling ships. I sincerely believe, Gen. Tyler, that the only way that can be accomplished is for the Government to build at this time this canal.

Two years ago when we began to propose a 7-ocean navy and a 2-ocean navy, being on the Naval Affairs Committee of the Senate, I began to advocate New Orleans as a suitable place at which to build a great drydocks in order not only to repair ships, but also to build them. I felt that the United States Government should recognize the Gulf of Mexico as our lake in which to harbor if necessary this 7-ocean navy. The proposition was looked upon with favor by many admirals at that time. When an investigation was made, they said, Senator, you have fine properties on which these facilities could be built, but you have no outlet to the sea. You can establish at present only a land-locked harbor, and should you repair these destroyers and battle ships, etc., in a land-locked harbor, the enemy may bomb the method by which you could take them out of the river, so, with this condition staring us in the face, the proposition was dropped. But I want to tell you, ladies and gentlemen, that if and when this seaway is established I have no doubt that the Federal Government will see fit to adopt New Orleans as the logical place in which to establish this great drydocks. Now, I do hope, and I ask all present interested in the establishment of this seaway not to fight as to the location, but let the location be decided upon by the engineers of the U. S. Army. I thank you very much.

GEN. TYLER: Is the Hon. Paul H. Maloney, Representative of the Second Congressional District, present? Or the Hon. F. Edw. Hebert of the First Congressional District?

I have communications from two Federal Agencies which I think should be read into the records at this time. A letter from the Inland Waterways

VRG-010-000000652

Corporation addressed to me.  (READS EXHIBIT II).  I also have a letter

from the Naval Department, Gulf Area Headquarters.  (READS EXHIBIT III).

GEN. TYLER:  Is a Mr. Lyons of the Department of Commerce present?

MR. THOS. E. LYONS, EXECUTIVE SECRETARY, FOREIGN-TRADE ZONES BOARD,

U. S. DEPARTMENT OF COMMERCE:  (READS EXHIBIT IV).

GEN. TYLER:  I understand the Governor of Louisiana, the Hon. Sam

Jones, is in the hall, and I would like to ask him if he would care to

make a statement at this time?

GOV. JONES:  General Tyler, gentlemen:  I appear here on behalf of the

State of Louisiana which, in all of its departments and agencies, urges the

approval of the project which we are discussing this morning, popularly and

locally known here as the Alexander Seaway.  I do this not only because I

consider it of vital interest to the entire State of Louisiana, but because

I consider it of vital interest to the entire Mississippi Valley, of the

entire mid-continent area of the United States, and of the entire southern

portion of this nation.  Embraced within the confines of the Mississippi

Valley and the mid-continent area is approximately two-thirds of the geo-

graphic area of the United States and approximately one-half of the total

population of this entire country.  I believe that other speakers will bear

out my statement when I say that not only we at this end of the valley are

interested in this improvement, but that those at the other end of the valley

are likewise vitally interested in it.  In recent months, those of us inter-

ested in this end of the valley have been conducting a series of meetings

in the upper end of the valley extending almost to the Canadian border and

I think I can say without any exaggeration that that entire section of

America is vitally interested in this proposed development.  I think,

General, that the entire section of the country known as the "South" is

likewise interested in it because we believe that we are entering a new era

in the development of the whole south.

By reason of artificial barriers and obstacles and discriminations, this

section of America has been held back industrially over a long period of

years.  It is now awakening from the lethargy and is showing a fighting

spirit to develop an industrialized south that has never been before ex-

hibited.  And with the abundant resources of raw materials and natural re-

sources, there is no sensible or logical reason why the dreams of the hard-

headed, sensible business people of the south should not be realized and

this section should not become a great industrial section.  It is a little

bit difficult for some people to realize that right here within the confines

-10-

VRG-010-000000653

of the City of New Orleans is the largest industrial plant in all America
with exception of the Willow Run Plant of the Ford Motor Company. That is
the thing that typifies, in my opinion, the new south; the awakening south,
the south that has over three hundred basic minerals with which to develop
into a tremendous manufacturing center. And even with the ordinary ob-
stacles which have held us back so far as domestic manufacture is concerned,
you can no more prevent this southern portion of the United States becoming
a great manufacturing center for foreign export than you could stop the
flow of Niagara Falls. It is inevitable and, in my opinion, the world events
of today are bringing this around far more quickly than many of us had anti-
cipated. The progress that has been made in this city and this state in the
development of new airlines, particularly those connecting us with the out-
side world, is likewise a harbinger of greater development because I think
all of us realize that cargo follows passenger traffic and that we are, there-
fore, on the verge of a greater development of Latin American commerce. And
when I talk about Latin American commerce, I think it is legitimate to argue
that of the six continents of the world, four of them are today the battle-
fields of this great world conflagration. North America, the fifth conti-
nent, is going to bear a considerable portion of the burden of paying the
bill after the war is over, and only Latin America, the sixth and final conti-
nent, will be left to a great extent unaffected by world events, unaffected -
that is in a detrimental way. It is the thought of the economists of the
country that that section of the world will come out of this conflict with
higher levels of living standards, higher purchasing power, and, therefore,
with a greater opportunity to take a part in world commerce that they have
not had before.

The people of the Upper Mississippi Valley realize this. They are pre-
paring today to convert their already-existing industrial plants into peace-
time productions and they realize full well that this country cannot recede
from its position as a great manufacturer of articles and that whenever they
receded and failed to export at least ten percent of its production, we have
always had some sort of a depression, and at the present time they seek in
the Upper Valley to avoid this. They know of the advantageous export-import
rates that they pay as a result of the existing structure and they are pre-
pared, in my opinion, from personal contact in the principal cities of the
mid-west, to seek outlets along the Gulf and particularly this outlet here.

And so it seems to me that in addition to all the other things that we
ought here to have the conveniences that are contemplated by this seaway.

-11-

VRG-010-000000654

I say "conveniences", General, and while we might not be able to argue with
as great a force that it is a necessity, I am one of those who believes
that it is a necessity, because in my contacts with the industrialists,
both those who are here and who contemplate coming here, an absolute neces-
sity in the industrialization of this city is a tidewater at our back door.
It seems to me, General, that when we consider that possibly considerably
better than one-half of all the population of the United States is vitally
interested in this project - when you take into consideration the mid-
continent area and the Gulf Coast area of this country - that we are asking
very little in the way of expenditures by the Federal Government. We are
asking very little because we know that the project which was, in my opinion,
of considerably less importance to the nation as a whole than this, was recom-
mended by no less an authority than the President of the United States him-
self in the form of the St. Lawrence Waterway, which would have cost this
nation, I am told, some two or three hundred million dollars, and I am told
that this particular waterway would involve an expenditure, so far as the
construction or excavation of the channel is concerned, of only around
$25,000,000. When you compare the expenditures in other ports, even in this
section of the United States, what we are asking is very modest when it is
considered that this is the greatest port in the Gulf and when you consider
that it is the outlet by natural waterways to almost two-thirds of the geo-
graphic area of the United States. So, when we ask that you consider it,
when we ask that you act upon it favorably, we believe that we are asking
nothing more than simple justice; and if this is done, it will help two
sections of America that are entitled to this outlet - the south and the
great mid-west section of this country. Thank you very much.

GEN. TYLER: I would like to ask the Hon. F. Edward Hebert, Repre-
sentative of the First Congressional District, if he would like to say some-
thing to us.

HON. F. EDW. HEBERT, REPRESENTATIVE OF THE FIRST CONGRESSIONAL DIS-
TRICT: General Tyler, gentlemen: Of course I am interested in the Alex-
ander Seaway, naturally because it is in the district I happen to represent,
the First Congressional District. However, laying aside my own personal feel-
ings in the matter, it is a matter that affects some 300,000 people I have
the honor of representing. Looking at the proposition in a far-sighted man-
ner, I am moved by the facts of the handicaps we have suffered in this
present conflict because of the lack of adequately developed waterway facil-
ities, in contrast to our natural waterway systems. I am mindful of the

-12-

fact that if our inland waterway system had been properly developed, we
would not have had the acute gasoline shortage which we have in some sec-
tions of the country today.  It is a known fact that had our inland water-
way system been properly developed at the proper time, barges loaded with
fuel oil and gasoline would have been able to move to strategic points on
the Atlantic coast.  Instead of that, the tax payers are paying some $900,000
a day for the movement of fuel because our inland waterway system was not
properly developed for use in war time.

So, looking far into the future, I would say that this proposed seaway
gives an adequate new outlet to our natural waterway system in times of
great crisis such as we are passing through now, and it does not take a great
deal of imagination to imagine what would happen to the traffic on the Mis-
sissippi River if passage were blocked, and it certainly could have been by
the enemy.  I believe this seaway is practical, it is needed, and it is
desirable.  As the Governor has told you, located within New Orleans is the
second largest industrial plant next to the Willow Run Plant of Mr. Ford,
and that plant is located right on the site of this proposed tidewater canal.
Future development lies to the South; nobody can deny that.  The country to
the south is all virgin territory.  Our development has to be to the south,
and we as far-sighted citizens should enter into any movement which directs
the far-sighted policy for the industrial development of the south and parti-
cularly New Orleans and Louisiana.

I cannot speak of course for the entire Louisiana delegation, I can only
speak for myself.  I think the presence and remarks of our two senators from
Louisiana, Senator Overton and Senator Ellender, have already given evidence
of their interest.  Senator Overton introduced the measure which authorized
the appropriation for this hearing.  He initiated it in the Senate, and I
had the privilege of following him and introducing a similar resolution in
the House of Representatives, and that is the reason we have this meeting
here today.  I think, General, you can see from the attendance, which is the
finest I have ever seen at a hearing of this kind, it is evidence of the
interest of the people of this community.  I shall not go into any technical
details, but I wish to say that not only are the people of New Orleans and
Louisiana interested in this seaway, but only last night I returned from
Tennessee and the people of the Mississippi Valley are as vitally interested
as we are because they realize that their industrial life depends on the
development of the South.  I am sure the whole valley will join with us

-13-

VRG-010-000000656

because the port of New Orleans and the mouth of the Mississippi is no less

a gateway to the commerce of North and South America today than it was when

first purchased by Jefferson.

GEN. TYLER:  I received a telegram from the Upper Mississippi Water-

ways Association.  (READS EXHIBIT V).

I also have a letter from Mr. Donald T. Wright, Editor of the Waterways

Journal, asking me to include in the record an editorial which appeared in

the Journal of July 17th advocating this project.  (READS EXHIBIT VI).

Mr. Alexander, I would like to turn the proceedings over to you.

MR. LESTER F. ALEXANDER:  I would like to ask Mr. R. S. Hecht if he

would like to make a statement at this time.

MR. R. S. HECHT, PRESIDENT, HIBERNIA NATIONAL BANK:  (READS EXHIBIT VII).

GEN. TYLER:  Mr. Alexander, will you please present your speakers?

MR. ALEXANDER:  General Tyler, Members of the Board, ladies and gentle-

men:  In the inauguration of this present move for a tidewater channel, I

did not reach into the air, nor have to hunt around for the project.  Forty

years ago, the 1st of November, I went to Southwest Pass with the first

government men to start the construction of the jetties.  Twenty-five years

ago, I started first to talk about a tidewater channel to the sea.  We have

had troubles, trials and tribulations on this project, and sometimes very

little interest.  Presently, we have an unusual amount of interest, and that

interest proves conclusively that the channel is needed.  We are deeply grate-

ful to you, Gen. Tyler, for the privilege of expressing our views on this

subject and our need for the tidewater channel.  We propose to show in no

uncertain manner that the Mississippi Valley is a part of the Port of New

Orleans — that the Mississippi Valley equally depends upon this tidewater

channel as does the Port of New Orleans.  We propose to show that the chan-

nels presently used by a long life line are becoming inadequate and have been

inadequate for a number of years.  We propose to show that for 100 years New

Orleans has never had an adequate channel to the sea in keeping with its

strategic and geographic location as a port.  We have a brief that I propose

to submit on behalf of the Board of Port Commissioners, but I will defer that

to a later time because we have 49 resolutions approving this project and 59

speakers to hear from.

I would like to ask now if Mayor Maestri or a representative of the com-

mission council is here to speak on behalf of the City of New Orleans.

MR. FRANCIS WILLIAMS, CITY OF NEW ORLEANS:  General Tyler, Hampton Rey-

nolds and I will represent the City of New Orleans.  (READS EXHIBIT VIII).

-14-

MR. ALEXANDER:  I would like to present Mr. Hampton Reynolds, an engi-
neer who needs no introduction to the City of New Orleans, who is particu-
larly versed on this type of work.

MR. HAMPTON REYNOLDS, CITY OF NEW ORLEANS:  (READS EXHIBIT IX).

MR. ALEXANDER:  General Tyler, we have an Association of Commerce of
New Orleans of which we are proud.  They are aggressive, active, energetic
in all civic matters, and I take pleasure in presenting Mr. Stuart A. Seelye,
President of the Association of Commerce.

MR. STUART A. SEELYE, PRESIDENT, NEW ORLEANS ASSOCIATION OF COMMERCE:
I am here as President of the New Orleans Association of Commerce, which
through its membership of almost 4500 represents the business interests of
the City of New Orleans.  I am here to register for the Association our com-
plete and unreserved approval and recommendation of the proposed tidewater
seaway.  This approval is evidenced by the resolution unanimously adopted
by the Board of Directors of the New Orleans Association of Commerce at a
meeting held Tuesday, July 27th, which I will read to you.  (READS EXHIBIT X).

MR. ALEXANDER:  Gen. Tyler, I have the pleasure of presenting next New
Orleans' foremost citizen, a man who has just this week received the Times-
Picayune loving cup for rendering the greatest civic service during the year
1942.  Mr. Bill Zetzmann, Chairman of Public Works of the State of Louisiana.

MR. WILLIAM ZETZMANN, CHAIRMAN OF STATE BOARD OF PUBLIC WORKS:  Thank
you, Mr. Alexander.  Gen. Tyler, ladies and gentlemen:  I am going to ask
permission just to file my brief, I am not going to read it.  However, I
would like to say it is in favor of the immediate construction of the
Alexander Seaway.  I would like to take 30 seconds to say that as Chairman
of the Pan American Fiesta Committee, we were to hold this exhibition in 1942,
but due to world conditions it has been delayed until after the present con-
flict.  I don't know of anything that would be finer than to celebrate the
victory with the Pan American Fiesta at New Orleans and dedicate this chan-
nel at the same time.  Thank you very much.  (PRESENTS EXHIBIT XI).

MR. ALEXANDER:  Our next speaker is Mr. DeWitt L. Pyburn, Director of
Public Works, State of Louisiana.

MR. DEWITT L. PYBURN, DIRECTOR OF PUBLIC WORKS, STATE OF LOUISIANA:
General Tyler, gentlemen:  (READS EXHIBIT XII).

MR. ALEXANDER:  Is Mr. Steve Quarles in the audience?  Gen. Tyler, I
desire to present Mr. Steve Quarles, President of the Central Trades and
Labor Council.

-15-

MR. STEVE QUARLES, PRESIDENT OF THE CENTRAL TRADES AND LABOR COUNCIL:
Mr. Chairman, Ladies and Gentlemen: As President of the Central Trades and
Labor Council, I am here today representing some 75,000 members of the
American Federation of Labor in the City of New Orleans, advocating and
urging that this proposed seaway be completed at the earliest possible mo-
ment. I would like to call the attention of the committee that this is not
a local proposition, but a proposition that carries with it throughout the
central part of this nation - an outlet for the goods that are raised in
this country. This seaway should have been built many, many years ago.
We believe that now is the time that we should ask this government to com-
plete a project that will give us an outlet to the sea. In doing this, we
would only be carrying out the policy of our President in that Good Neighbor
Policy with our friends in the southern countries. I am here today to have
read into the record a resolution adopted by the Central Trade Labor Council
of New Orleans, urging your committee to give it your serious consideration.
Mr. Chairman, I want to thank you for the opportunity to appear before your
meeting. (PRESENTS EXHIBIT XIII).

MR. ALEXANDER: Hon. Paul Maloney, Representative of the Second District.

HON. PAUL H. MALONEY, REPRESENTATIVE OF THE SECOND CONGRESSIONAL DIS-
TRICT: General Tyler, I didn't know I was going to be called on to say any-
thing, I thought I was going to do my work in Washington. There are two im-
portant things to be done in Washington before we can succeed in what we
recommend. One is the authorization. I think we can get that through, and
the next is the main thing, the thing that makes the mare go - money, the
appropriation. Gentlemen, I think this is a fine project, a meritorious
project. It means a lot to the city, it means a lot for Louisiana and New
Orleans, and I want to say if there is anything I can do to further it, you
can count on my fullest and heartiest support. Thank you.

MR. ALEXANDER: Gen. Tyler, I would like to present Mr. Bourgeois,
Chairman of the Waterways Committee of the Association of Commerce.

MR. FRANK E. BOURGEOIS, FOREIGN COMMERCE COMMITTEE, ASSOCIATION OF
COMMERCE: General Tyler and Members of the Board: It has been my pleasure
to work with Gen. Tyler as a civilian on the Intracoastal Canal between the
Industrial Canal and the Rigolets. General, I would like to offer my ser-
vices in any way if I can be of help in the plans you may have on the chan-
nel to the sea which we are proposing today. (READS EXHIBIT XIV).

MR. ALEXANDER: Is Mr. Fred Pieper in the audience? General Tyler, may
I present Mr. Pieper.

-16-

VRG-010-000000659

MR. FRED PIEPER, PRESIDENT OF THE INDUSTRIAL UNION OF THE COUNCIL COM-
MITTEE OF INDUSTRIAL ORGANIZATIONS:  General Tyler, Members of the Board,
ladies and gentlemen:  I am here this morning to represent the workers of
the State of Louisiana who are affiliated with the Congress of Industrial
Organizations.  I am here to speak in favor of and in support of the pro-
posed seaway.  This question has been given very careful and thorough con-
sideration by our several organizations and has received the unanimous support
of each organization, including the New Orleans Industrial Union Council, which
is the central body speaking for all of the organizations in the Parish of
Orleans and surrounding parishes.  I don't believe that any good purpose can
be served in stating  our reasons in support of this project because I be-
lieve in the main they would be repetitious, and I think it will suffice to
say that our people are pledged to support this project and are so pledged
without qualifications.  Thank you, sir.   (PRESENTS EXHIBIT XV).

MR. ALEXANDER:  I would like to call Mr. Chester Thompson.  Mr. Thompson,
Gen. Tyler, as you well know, is President of the Inland Waterways Corpora-
tion, the largest user of inland waterways in the nation.

MR. CHESTER C. THOMPSON, PRESIDENT, INLAND WATERWAYS CORPORATION:
General Tyler, gentlemen:  The Inland Waterways Corporation, operating the
Federal Barge Line, is very much in favor of the new seaway, and use that
outlet and inlet for traffic into New Orleans harbor.  You read my letter
into the record at the beginning of the proceedings, in which the Inland
Waterways Corp. heartily indorsed the idea of the new seaway.  However,
General, I do want to reiterate the position taken in that letter referred
to about the question of the locks on the Industrial Canal.  The Inland Water-
ways Corporation is charged by the Act of June 3, 1924, with developing and
conserving traffic on the inland water system of the country.  Traffic on the
Gulf Intracoastal Canal is regarded as inland waterway traffic, and we feel
that some consideration must be given to enlarging the locks of the Industrial
Canal, otherwise a serious bottleneck will occur which will impede not only
deep water traffic, but traffic on the Intracoastal Canal in a manner that
will operate to the detriment of the port of New Orleans as well as to the
Inland Waterway.  I know your Corps is very familiar with this situation,
and I feel certain in the full consideration of the seaway that the Indus-
trial Canal situation, the locks of the Industrial Canal, will not fail to
have your consideration.  It is the belief of the Inland Waterways Corpora-
tion as operators of the Federal Barge Line, and I believe that concern is

VRG-010-000000660