also shared by other users of the canal, that even at the present time the locks of the Industrial Canal constitute a bottleneck to traffic on the Gulf Intracoastal Canal, particularly with the heavy movement of bulk petroleum products from eastern Texas points to the west coast of Florida. There seems to be some misunderstanding as to the status of the locks of the Industrial Canal. At the present time, the operators are penalized for use of that canal during after-dark hours. We believe that should the new seaway be constructed all penalties on the Industrial Canal have got to be removed if the full result is to be had. Let me reiterate again, that the Inland Waterways Corporation is strongly in favor of the new outlet to the sea as contemplated in this hearing, because we believe it means much to the full development of commerce between Latin America and foreign countries and the great Mississippi Valley in the south of the United States, in which the Inland Waterways Corporation is charged by law to provide adequate waterway service. Thank you.

 MR. ALEXANDER: Mr. George W. Rappleyea, Chairman of the Legislative Committee.

 MR. GEORGE W. RAPPLEYEA, CHAIRMAN OF THE LEGISLATIVE COMMITTEE: Gentlemen of the Board: My remarks are very brief. We are interested in waterway legislation because we don't want any selfish projects that would divert funds from other projects that would serve most of the people throughout the United States. I have contacted many of the members, 220,000 over the United States, representing every club in the country. They are all in favor of this seaway for the reason that, as you know, we are aware that the Panama Canal had only one set of locks. Another set was authorized because the destruction of the single set would mean disaster. We realize that the Mississippi is a waterways reaching two-thirds of the United States, and the single outlet as it exists today is a national hazard. It is already on record the Germans have testified their submarines have entered the Mississippi River, and had they dropped sufficient explosives, it would have wrecked the port of New Orleans for many months. It would be the same as the largest theatre in the world having a single entrance. It spells disaster as long as there is only one outlet to the sea. For this reason our Association endorses this project as a measure of national protection.

 MR. ALEXANDER: I would like to present Mr. Monasterio, representing the St. Louis Chamber of Commerce.

 MR. J. M. O. MONASTERIO, ST. LOUIS CHAMBER OF COMMERCE: It is a novel

VRG-010-000000661

experience for me to appear in New Orleans representing an out-of-town business, having lived here the greater part of my life. However, when I was asked to come here representing the St. Louis Chamber of Commerce, I was asked to do that by two men who have since given their lives for their country. All of you remember reading of the tragic accident which took place Sunday, when our Mayor and President of the Chamber of Commerce lost their lives in an effort to promote the interest of aviation.

One of the outstanding things in the country today is the lack of preparation to meet postwar problems. I think the business interests of St. Louis feel that unless the proposed seaway is built, we will be giving definite proof that we are unconscious of the responsibilities which we will undoubtedly have after the war is over and victory is won. We in St. Louis look upon New Orleans as one of our public utilities. New Orleans is as important as our gas and light companies, our power companies and transportation companies. New Orleans is a port that must be placed in competition with other ports. It is our port, the entire Mississippi Valley, in the upper region of which St. Louis is located, is the greatest industrial, commercial and agricultural region in the United States, and we are deeply interested in the port of New Orleans, which is our port. There may be some doubts as to what part the United States will take in the postwar world, but I don't know of a single thing that would do more to bring about a greater trade between the republics of the Americas than the building of this seaway which would make New Orleans the greatest port not only in this hemisphere, but I feel one of the greatest in the world. Thank you very much.

MR. ALEXANDER: I wish to present Mr. John McKay, representing the Merchandise Warehousemen of New Orleans.

MR. JOHN McKAY, REPRESENTING THE MERCHANDISE WAREHOUSEMEN OF NEW ORLEANS: (READS EXHIBIT XVI).

MR. ALEXANDER: General Tyler, I would like to present Mr. Severn Darden, Attorney, representing the Orleans Levee Board.

MR. SEVERN T. DARDEN, ATTORNEY, ORLEANS LEVEE BOARD: Gen. Tyler, Members of the Board: As Mr. Alexander stated, I speak on behalf of the Board of Levee Commissioners of the New Orleans Levee Board. Our Board has unanimously adopted a resolution favoring construction of the Alexander Seaway. I will not attempt to comment on the engineering aspects of this vast and important project, for the reason that it is beyond the category of

VRG-010-000000662

the practice of law, but I would like to state what our Board considers the keynote of this project. We feel that the present facilities to the Passes into the Port of New Orleans, while not obsolete, they are definitely inadequate, and as a great American once said: "In time of peace we should prepare for war," I say that the reverse is equally true -"In time of war we should prepare for peace." We should prepare for expansion in the world of commerce. We can anticipate a vast expansion of commerce between our country and Central and South America. We have even heard it discussed that Mr. Nelson Rockefeller has under consideration a project to build a 700-mile canal connecting the Amazon with the Orinoco, which will make it possible to bring cargoes of raw rubber from the wilds of Brazil through the Port of Barancas. Now, we have had an expansion of our other transportation facilities in America. We have seen the advent of stream-lined trains, we have passed through the dirt road stage of transportation in America, we entered the gravel road era, and we are now in the paved highway era. We know that with the vast industries that have been established in New Orleans, running into millions, that during the post war world these industries are going to be converted into permanent projects, and I cite the Higgins Plant and Consolidated-Vultee Plant. I know it to be a fact that Kelvinator, who first built that plant had plans for postwar world commerce with South America and they were going to convert that plant into an industry employing thousands that would have commerce with South America. So, I say that just as the gravel road and the dirt road era have passed out of existence, we must now think of waterborne commerce, and we feel strongly that in order to meet conditions that will follow the termination of this war, we should increase our port facilities and we earnestly urge that you make a favorable recommendation in the construction of the Alexander Seaway. (PRESENTS EXHIBIT XVII).

MR. ALEXANDER: In a few remarks I made this morning, I expressed the belief that this seaway was of equal benefit to the Mississippi Valley as it would be to New Orleans. To show you their interest, I have another gentleman I wish to introduce, the special representative of the President of the St. Louis Chamber of Commerce, Mr. Carl Giessow.

MR. CARL GIESSOW, ST. LOUIS CHAMBER OF COMMERCE: General Tyler, Members of the Board, gentlemen: I am the Director of the Traffic Bureau of the St. Louis Chamber of Commerce. I have held that position for slightly over eleven years. I have had some 36 years experience with transportation, 15 years of which I spent in New Orleans, part of the time with the Port Commissioners. I think I have personal knowledge of the problems which have confronted the

-20-

users of the facilities of the Port of New Orleans and the problems which confront the ships using those facilities. I am not speaking from the New Orleans end at this time, although I know there are definite problems there which warrant correction from the standpoint of the port itself. Historically, Louisiana, a great many of the states of the Mississippi Valley and of the central west came into the union of the United States as a result of the insistence on the part of the early settlers in our central states for free access to the sea. It was that insistence for which they were ready to war that led to the Louisiana purchase under the administration of President Jefferson. We today in St. Louis, and I think I can well speak for the mid-west because I have other connections which bring me close to those people, while we have access to a number of ports by rail, the only port which gives us the benefit of cheaper water transportation is the port of New Orleans. Yet here we find conditions in the port and its access to the sea which are not as favorable as other ports of the country. We believe and insist that we are entitled to the benefits of transportation to the port of New Orleans which is the natural port for the Mississippi Valley, or at least a part of them on as favorable a basis as our competitors to other ports of the country which are natural to them. Thank you very much.

MR. ALEXANDER: Mr. Robert Quinn? Mr. Robert Soule? Not present. They were here this morning, but they left. Mr. Leo P. Arieux? Dr. Lloyd Landry? Mr. Alvin Johnson? General Tyler, ladies and gentlemen: Mr. Johnson, President, New Orleans Real Estate Board.

MR. ALVIN E. JOHNSON, PRESIDENT, NEW ORLEANS REAL ESTATE BOARD: General Tyler, ladies and gentlemen: (READS EXHIBIT XVIII).

MR. ALEXANDER: General Tyler, might it be well to adjourn a while for lunch, it is 12:35? We could reconvene at about 1:30.

GEN. TYLER: How many more speakers do you have?

MR. ALEXANDER: A big list of them, probably 25.

GEN. TYLER: That's going to run late. Let's go on until 12:45.

MR. ALEXANDER: Mr. Armand Kreeger.

MR. A. S. KREEGER, CHAIRMAN OF THE RETAIL MERCHANTS' COMMITTEE, NEW ORLEANS ASSOCIATION OF COMMERCE: I am Chairman of the Retail Merchant's Committee, New Orleans Association of Commerce, and I am honored to present a resolution drawn up by our association advocating construction of the seaway. With your permission, there is just one comment I would like to make with regard to the attitude of the retailers of New Orleans. The increase in retailing activity that is to be expected as a result of the construction

of such a seaway should not for one moment be regarded as merely parasitic. We believe that because of special characteristics, the City of New Orleans can improve retail activity here at this crossroad of highway, railway and water and air traffic, and it will be of vast advantage to a wide expansion of our southern United States and will unquestionably promote our cultural and economic relationships with our Latin American friends. (HANDS EXHIBIT XIX)

GEN. TYLER: The meeting will stand adjourned until 1:30.


GEN. TYLER: Will you proceed with the meeting, Mr. Alexander?

MR. ALEXANDER: General Tyler, I would like to present to you Mr. Walter Parker.

MR. WALTER PARKER, INTERIOR BUREAU OF ECONOMICS: General Tyler, I will take only about a minute. With your permission I will make a statement of fifty words and then file a brief in support of that statement. I am Walter Parker, Directing Economist of the Interior Bureau of Economics. In 1917 and 1918, under the direction of President Wilson, I served as assistant to the United States Secretary of Commerce for war time development and use of inland waterways. I have made a lifetime study of Mississippi Valley transportation economy. (PRESENTS EXHIBIT XX).

MR. ALEXANDER: General Tyler, it is now my pleasure to introduce a gentleman. He and his associates have taken an unusual amount of interest in this matter and let themselves to a very great degree in helpfulness - Dr. Lloyd Landry, President of the Young Men's Business Club of New Orleans.

DR. LLOYD LANDRY, PRESIDENT OF THE YOUNT MEN'S BUSINESS CLUB OF NEW ORLEANS: (READS EXHIBIT XXI).

MR. ALEXANDER: Is Mr. Robert Quinn here? Mr. Robert Soule? Mr. H. S. Fisher? Mr. Leo P. Arieux? Mr. Warren Miller? General Tyler, Mr. Warren Miller representing about 17 civic clubs in New Orleans.

MR. WARREN V. MILLER, PRESIDENTS COUNCIL OF CIVIC CLUBS: General Tyler: I have the honor of representing the civic clubs of New Orleans which is the body which coordinates practically all of the civic bodies of New Orleans doing altruistic work in the city. This organization has caused many improvements in our civic life, furnishing the manpower for the various civic drives that go on in the City of New Orleans. It is not merely a resolution passing body. It does not do anything it doesn't back up. One of the ideas of this organization is that it should not pass resolutions until it is thoroughly familiar with the subject. We see eye to eye with Mr. Alexander on this

VRG-010-000000665

seaway. It is needless to go into the many arguments which you are going to hear time and time again today, and therefore I will merely present on behalf of the council the unanimous resolution adopted on June 28, 1943. Thank you. (PRESENTS EXHIBIT XXII).

MR. ALEXANDER: Is Mr. George Soule here? General Tyler, it is a pleasure to present Mr. George Soule, President of the Cooperative Club.

MR. SOULE, PRESIDENT OF THE COOPERATIVE CLUB: General Tyler, Mr. Alexander, ladies and gentlemen: We of the Cooperative Club here in New Orleans are made up of 175 business executives from private business enterprises. At a regular meeting held July 1, 1943, we unanimously passed a resolution in favor of this new seaway. I am sure it will be of untold value to the City of New Orleans, State of Louisiana, and the 23 states that make up the Mississippi Valley. I am not going to take up any more of your time, as I know you have many more people to hear from, so I am just going to present our resolution and hope it will be acted upon favorably. (PRESENTS EXHIBIT XXIII).

MR. ALEXANDER: Mr. Henry J. Karl? Mr. Melville Lamar? Mr. A. W. Hermann of the Kiwanis Club?

MR. A. W. HERMANN, PRESIDENT, KIWANIS CLUB: The Kiwanis Club of New Orleans, an organization composed of business and professional men selected because of their outstanding ability in their Professional business, passed on Tuesday, July 27th, a resolution favoring deep tidewater seaway between the Port of New Orleans and the Gulf of Mexico. This resolution was not adopted until after a committee had given it careful consideration and attention, and upon the recommendation of the committee it was acted upon by the membership in a unanimous way, giving their approval to the resolution which I am not going to read, but which I am going to file into the record as a part of the proceedings. The members of the Kiwanis Club are not engineers - we have a few engineers in the club, however, they are business men who can see the wisdom and justice of asking for a deep tidewater seaway to the Gulf of Mexico, in order to afford to the City of New Orleans and the 22 states that move most of their commerce through this port, giving to them a safer and more reliable passage than we have at this time. We will file in the record this resolution. Thank you very much, General. (PRESENTS EXHIBIT XXIV).

MR. ALEXANDER: General Tyler, I have the pleasure of introducing Mr. George Schneider.

MR. GEORGE E. SCHNEIDER, INDUSTRIAL COMMITTEE OF THE ASSOCIATION OF

-23-

VRG-010-000000666

COMMERCE: General Tyler: It is my privilege as Manager to present to you the resolution of the Industrial Committee of our Association, a committee whose function it is to enhance the industrial prosperity of our community. The resolution speaks for itself, and I present it to you for your favorable consideration. (PRESENTS EXHIBIT XXV).

MR. ALEXANDER: Mr. Furman Pearce? Mr. George Plant? Mr. W. H. Grant? Mr. C. C. Walther?

MR. C. C. WALTHER, SECRETARY, NEW ORLEANS TOASTMASTERS' CLUB: I am here representing the Sales Managers' Council of the Association of Commerce, and likewise the President of the Toastmasters' Club. I had hoped our First Vice-President would present the resolution to you; however, with your kind indulgence, I would like to present at this time the resolution of the Sales Managers' Council of the Association of Commerce. On behalf of the Sales Managers' Council I would like to mention the fact that I am an independent business man, not an employee of the Association of Commerce, and I speak for a membership of 100 sales managers representing local and national organizations here in New Orleans. We as Sales Managers are not Engineers. We did, however, consider this resolution, referred it to a committee, asked for a report, received it, and approved it unanimously. Today, we would like to present that resolution for your consideration in behalf of the City of New Orleans and all it speaks for in the future. (PRESENTS EXHIBIT XXVI).
I want to present Mr. A. M. Cowen, Vice President, New Orleans Toastmasters' Club.

MR. A. M. COWEN, EXECUTIVE VICE PRESIDENT, TOASTMASTERS' CLUB: The Toastmasters' organization is a chapter of the international organization of the same name and it is just what the name implies. We had as a topic of our discussion this seaway which is being discussed today. It was discussed at quite some length and we are all very much in favor of the passing of this project and getting it underway as quickly as possible. (PRESENTS EXHIBIT XXVI-A).

MR. ALEXANDER: Mr. Gerald Schober? Mr. W. H. Grant? General Tyler, it is a pleasure to introduce Mr. W. H. Grant, Secretary of the Exchange Club.

MR. W. H. GRANT, SECRETARY OF THE EXCHANGE CLUB: General Tyler, ladies and gentlemen: As Secretary of the Exchange Club of New Orleans, I have been requested to present this resolution passed by the Exchange Club at our regular meeting August 3. It is believed that the Engineers are familiar with the engineering problems and the Exchange Club as a civic organization presents this resolution to you to express our feelings as a civic organization. (PRESENTS EXHIBIT XXVII).

-24-

MR. ALEXANDER: General Tyler, it is a pleasure to introduce Mr. M. A. Mathieson, Vice President of the Pennsylvania Shipping Company.

MR. M. A. MATHIESON, VICE-PRESIDENT OF THE PENNSYLVANIA SHIPPING COMPANY: I feel that this project has the very enthusiastic support of all shipping companies. I represent two companies, the Pennsylvania Shipping Company and the Keystone Interest, all of Philadelphia, which operates 31 ocean going tankers, and for which the Gulf Shipping Company is our local agent; and we as operators, definitely favor carrying out the proposed project, recommending that the channel be made amply wide to safely take care of any and all passing traffic. (EXHIBIT XXVIII). I am an advocate of this route as proposed. It should have the very enthusiastic support of everyone concerned.

GEN. TYLER: May I ask you a question? Would your tankers go in through this channel and lock into the river?

MR. MATHIESON: Going to Baton Rouge we would use the lock, sure. The Mississippi River has always been a nightmare to all of us.

MR. ALEXANDER: Mr. Hamilton? Senator Nunez? General Tyler, it now gives me a great deal of pleasure to introduce one of our steadfast friends of the Mississippi Valley - Mr. Lachlan Macleay, President of the Mississippi Valley Association.

MR. LACHLAN MACLEAY, PRESIDENT OF THE MISSISSIPPI VALLEY ASSOCIATION: Before presenting my statement for the Mississippi Valley Association, I want to file this letter from Mr. Herman Mueller, Secretary and General Manager of the Port Authority of the City of St. Paul, in which he says: (READS EXHIBIT XXIX), and also reads (EXHIBIT XXX).

MR. ALEXANDER: General Tyler, our next speaker will be Mr. W. J. Hartson, President of the New Orleans Insurance Exchange.

MR. BILL McENERNY, NEW ORLEANS INSURANCE EXCHANGE: General Tyler, members of the board, ladies and gentlemen: My name is Bill McEnerny. I am representing the New Orleans Insurance Exchange. This Exchange comprises 100 insurance agencies operating in the City of New Orleans. It also takes in all the brokers and solicitors as well as a total number of 7500 people employed in the stock insurance business. We join with the other organizations, with the industrial and with the financial interests of this city in endorsing this proposed route, and we hope, Gen. Tyler, it will be the considered opinion of your Board that you give to us this route, and if you give it to us, General, we in turn will turn back to you by increased commerce something of vast wealth to the community, to the State and the nation.

VRG-010-000000668

I file our resolution herewith. (PRESENTS EXHIBIT XXXI).

MR. ALEXANDER: Mr. John Berni, President of the Building Trades Council, and representing 16 affiliated labor councils.

MR. JOHN BERNI, PRESIDENT OF THE BUILDING TRADES COUNCIL: Mr. Chairman, members: On behalf of the Building Trades Council and its affiliated local unions, we have studied the problem and we of the laboring people have doped it out and figured it to be of great and vital interest to the City of New Orleans - that this waterway come to our great city. On behalf of the affiliated local unions and the Building Trades Council, we are 100 per cent behind this movement. (PRESENTS EXHIBITS XXXII, XXXII-A thru XXXII-H).

MR. ALEXANDER: Gen. Tyler, in inaugurating this campaign of education on this subject about four months ago, in starting this plan I thought the best thing to do first was to tackle the hardest crowd there was. So, we took it up with the Steamship Association. If those gentlemen approved it, it should be good. If they turned it down, there was an argument. They are directly interested in dollars and cents, but they know whereof they speak. Their navigators and captains know what they are talking about. I take great pleasure in presenting Mr. Solon Turman, representing the Steamship Association.

MR. SOLON TURMAN, REPRESENTING THE STEAMSHIP ASSOCIATION: General Tyler, Members of the Board, ladies and gentlemen: My name is Solon Turman, Executive Vice President of the Lykes Bros. Steamship Co. I wish to read a resolution of our Association which comprises all of the deep sea steamship lines of this port, I might say all of the steamship interests. This resolution also reflects the sentiments of our firm as well as those of the other members of the Association. I would like to read the resolution. (READS EXHIBIT XXXIII).

GENERAL TYLER: What is the idea of the Association as to the proper dimensions of this channel?

MR. TURMAN: That is a rather difficult question to answer, for the reason that we are anticipating that the canal you would dig would not only take care of the present type vessel now being built with their drafts, but even larger vessels which may be developed in the post-war world. I would not like to hazard a guess. I should think under present conditions a channel of 45 ft. with at least a 600 ft. bottom width. I think the bottom width is equally as important as the depth of channel.

GENERAL TYLER: Thank you, sir.

MR. ALEXANDER: I would like to read a telegram just received from Mr.

-26-

H. F. deBardeleben. (READS EXHIBIT XXXIV).

MR. ALEXANDER: At this time it gives me great pleasure to introduce one of my numerous bosses, Mr. K. W. Berry, President of the Whitney National Bank and President of the New Orleans Clearing House Association.

MR. K. W. BERRY, PRESIDENT, NEW ORLEANS CLEARING HOUSE ASSOCIATION: General Tyler: As a banker and representing the New Orleans Clearing House, I am not inclined to express any opinions on the engineering phase of the project, but we have given consideration to the importance of the development of the ship canal to the sea and on behalf of the Clearing House Association I am authorized to state that we adopted a resolution which will go into your proceedings here, in which the officers of the Association are directed to be of any assistance they can in furthering the project because we feel that it would be of inestimable value to this community in the handling of the present trade to this port to have a ship canal to the sea. Secondly, it would provide very much needed industrial sites on the tidewater for industrial development we anticipate and hope for in this southern area and particularly New Orleans, and in the third place, we feel if better facilities are provided it would serve as a possible inducement for an even better flow of trade to and from the Mississippi Valley in a post-war period. As the Association has indicated in their resolution, if there is any way in which we can cooperate in obtaining that canal with Federal assistance, we want to be there and help along. (PRESENTS EXHIBIT XXXV).

MR. ALEXANDER: I am very happy at the crowd we have had today. I am very thankful to the gentleman I am going to introduce next - I will leave that to you to figure out - Mr. O. D. Cloakey, President of the Advertising Club of New Orleans, and a very great help to us.

MR. O. D. CLOAKEY, PRESIDENT OF THE ADVERTISING CLUB OF NEW ORLEANS: (READS EXHIBIT XXXVI).

MR. ALEXANDER: I have the pleasure of introducing Mr. A. M. Fromherz, President of the American Society of Civil Engineers, local Chapter.

MR. A. M. FROMHERZ, PRESIDENT OF THE AMERICAN SOCIETY OF CIVIL ENGINEERS, LOUISIANA SECTION: General Tyler, Members of the Board, ladies and gentlemen: In presenting the resolution of the Louisiana Section, American Society of Civil Engineers, I will read the conclusion: (Reads from EXHIBIT XXXVII). From that statement, it is apparent that the Louisiana Section of the American Society of Civil Engineers does not approach the problem from the engineering or the technical side because we leave that to the U. S. Engineers entirely,

-27-

but we do approach it from the viewpoint of just plain common sense as citizens of the community. Rather, we use the term "horse sense" because most of the great ports of the world are tidewater ports, and New Orleans is certainly the port in the greatest valley of the whole world. We think that port should be able to do just about anything necessary to handle whatever should come through it, whether it be for tidewater purposes or any other purpose at all, and it is strictly from horse sense or common sense that we present the resolution. (PRESENTS EXHIBIT XXXVII).

MR. ALEXANDER: I have the pleasure of introducing Mr. Paul F. Jahncke, representing the American Society of Military Engineers.

MR. PAUL F. JAHNCKE, DIRECTOR, AMERICAN SOCIETY OF MILITARY ENGINEERS: General Tyler, members of the board, ladies and gentlemen: I am handing you a resolution which was unanimously adopted at the regular meeting of the Louisiana Post, Society of American Military Engineers, held on July 12th, unanimously approving the tidewater seaway and channel to connect the Port of New Orleans in a direct route with the Gulf of Mexico. In handing this resolution to you, I should like to have the privilege and opportunity of adding a few remarks. (READS EXHIBIT XXXVIII & PRESENTS EXHIBIT XXXIX).

MR. ALEXANDER: Our next speaker will be Mr. Walter Schroeder, President of the New Orleans Rotary Club, another one of my bosses.

MR. W. W. SCHROEDER, PRESIDENT OF THE NEW ORLEANS ROTARY CLUB: General Tyler, I am pleased to present our resolution to you at this time. (READS EXHIBIT XL).

MR. ALEXANDER: General, I have a letter I would like to present at this time, and I would like to read it. This letter is from one of the most important men we have in New Orleans, Admiral Bennett, commanding the Eighth Naval District. Admiral Bennett has a representative here acting as an observer, Comdr. A. George Volck. I have asked Commander Volck if he wanted to make any comments, but he said no. Admiral Bennett has authorized that this letter be used at this hearing. It is addressed to me as Chairman. (READS EXHIBIT XLI).

Our next speaker is Mr. Charley Kerr, Secretary of the Louisiana Engineering Society.

MR. CHARLES M. KERR, LOUISIANA ENGINEERING SOCIETY: General Tyler, gentlemen: The Board of Directors of the Louisiana Engineering Society at its meeting on July 5th met and proposed and approved the following resolution which I will read to you: (READS EXHIBIT XLII).

This resolution as I say was approved. Unfortunately, sufficient time has not elapsed for us to take a vote of the society. This society numbers some

-28-

600 men and according to the rules and regulations, these resolutions must come up before two meetings. At a meeting in Baton Rouge this resolution was introduced and met with favorable reception. On next Monday night, the 9th, this resolution will come up and a final vote will be taken. Directly upon taking this vote we will notify the proper authorities of the result. May I add a personal note, that I am strongly in favor of the project and look forward to its success.

MR. ALEXANDER: Our next speaker will be Mr. Ole K. Olsen, representing the Louisiana Architects Association.

MR. OLE K. OLSEN, LOUISIANA ARCHITECTS ASSOCIATION: I am a member of the Louisiana State Architects Association. I am neither the President, the Secretary nor Treasurer. The President was supposed to come to present this resolution, but he had to leave, so I was asked to take his place. This resolution has been passed in favor of the construction of the tidewater seaway, and in passing this resolution, we want to make it very plain that it is not for personal reasons. Just like the Engineers, it is not for what we can get out of it personally, but for what humanity in general can get out of it, for the benefit of the State of Louisiana and the entire middle west. For the benefit of everybody we have passed this resolution, and it is my pleasure to pass it on to General Tyler, hoping it will be acted upon favorably and hoping they will do so - the sooner the better. (PRESENTS EXHIBIT XLIII).

MR. ALEXANDER: Our next speaker will be Mr. Harold E. Meade, Chairman of the Members Council of the Association of Commerce.

MR. HAROLD E. MEADE, CHAIRMAN OF THE MEMBERS COUNCIL OF THE ASSOCIATION OF COMMERCE: General, members of the board, ladies and gentlemen: I am here representing the Members Council of the Association of Commerce, an organization consisting of some 500 top business executives in the City, and for obvious reasons which have been repeated here many times they have authorized me to present their resolution. I take pleasure, sir, in doing it.
(PRESENTS EXHIBIT XLIV).

MR. ALEXANDER: The next speaker will be Mr. J. Gordon Lee, representing the New Orleans Contractors Association.

MR. J. GORDON LEE, REPRESENTING THE NEW ORLEANS CONTRACTORS ASSOCIATION: General Tyler, members of the committee, ladies and gentlemen: I appear before you as President of the New Orleans Chapter of the Associated General Contractors of America. We have met and considered the Alexander Seaway, and heartily endorse it. We have prepared a resolution which I respectfully

VRG-010-000000672

submit for the records. (PRESENTS EXHIBIT XLV).

MR. ALEXANDER: Mr. R. B. Harding, Junior Chamber of Commerce? Some of our proponents of this canal, General, in addition to boosting this canal are trying to win this war and they are now working. I have seven resolutions from different associations of the C.I.O. which I would like to present, whose members couldn't be here. Also the Police Jury of St. Bernard Parish was not able to be here this afternoon. (PRESENTS EXHIBITS XLVI to LIV).

MR. ALEXANDER: Is Mr. John Klorer here? Are there any other gentlemen here supposed to speak on this      for the East side Canal whose names I have not called? I presume there are not.

General Tyler, I have one letter here to put in the record from the Louisiana Manufacturers' Association. (READS EXHIBIT LV).

GENERAL TYLER: I will file this in the record.

MR. ALEXANDER: Mr. Harold Iley will speak for the Propeller Club.

MR. H. R. ILEY, PROPELLER CLUB OF NEW ORLEANS: General Tyler, members of the board, ladies and gentlemen: Our President, Mr. Furman B. Pearce, the signer of this resolution, is on his way over but is evidently being delayed. He is trying to sail ships carrying supplies to our men in the far corners of the world. The Propeller Club of the Port of New Orleans, for your benefit, is an organization dedicated to the advancement of the American Merchant Marine. The Propeller Club of the Port of New Orleans, as the organization is known, is one of 83 organizations throughout the world, 68 of which are in the United States, and 15 in foreign ports, some in captive countries, made up of men, American citizens, who are dedicating their efforts to promoting and advancing the interests of American Merchant Marine. Consequently, the members of the Propeller Club of the Port of New Orleans are vitally interested in this proposed canal since it means a great deal in time, money, and manhours in peace or war time for the men on ships which operate in this port. We respectfully submit this resolution, and ask very respectfully that you give this project your approval. (PRESENTS EXHIBIT LVI).

MR. ALEXANDER: Anyone else who has not been called upon? If not, I am going to read my brief for the Dock Board. (READS EXHIBIT LVII).

General Tyler, may I present Mr. Rappleyea? He is a representative and will speak for Mr. Andrew J. Higgins, Sr.

MR. GEORGE W. RAPPLEYEA, REPRESENTING HIGGINS INDUSTRIES, INC.: I have 5 briefs for Carl deMontluzin and 5 briefs for Mr. Higgins. Unfortunately Mr. Higgins could not come this afternoon, much as he would have liked to. I

VRG-010-000000673

will merely read one page of what he intended to say and file the brief. (READS FROM EXHIBIT LIX). He has asked me to impress upon you that no one in New Orleans thinks in bigger figures than he does, and he is certainly in favor of a 40-foot channel to the sea, but if a 30-foot channel can be obtained for five million dollars in 12 months, give it to us so that we will not be bottled up if anything should happen to the Industrial Canal Locks and bring the war effort for New Orleans to a standstill, and after that we can proceed to deepen it to 40 feet and widen it as we like. The Higgins formula is to think big but keep it simple. (PRESENTS EXHIBITS LVIII & LIX).

MR. ALEXANDER: I have the pleasure to introduce Mr. Pradillo, representing the Industrial Development Committee, New Orleans Association of Commerce.

MR. A. E. PRADILLO, INDUSTRIAL DEVELOPMENT COMMITTEE, NEW ORLEANS ASSOCIATION OF COMMERCE: (READS EXHIBIT LX).

MR. ALEXANDER: General Tyler, I am now requested to present the resolutions and endorsements of organizations that couldn't be represented here personally today:

        Forwarding Agents & Freight Brokers Assn. (EXHIBIT LXI)

        Junior Chamber of Commerce  (EXHIBIT LXII)

        Mid City Kiwanis Club  (EXHIBIT LXIII)

        Electrical Association of New Orleans  (EXHIBIT LXIV)

        Marine Pipe Fitters and Helpers  (EXHIBIT LXV)

        United Gas, Coke & Chem. ~~National Maritime Union~~  (EXHIBIT LXVI)

        Southern Tug and Barge Co.  (EXHIBIT LXVII)

        Crescent Bed Company  (EXHIBIT LXVIII)

        Woodward, Wight & Co.  (EXHIBIT LXIX)

        Southern Yacht Club  (EXHIBIT LXX)

        United Celotex Workers  (EXHIBIT LXXI)

        Carrollton Lions Club  (EXHIBIT LXXII)

        American Society of Mechanical Engineers  (EXHIBIT LXXIII)

I also have to present to you one set of Item clippings for July 27, 1943, I also would like to put in the record the attendance today, of cards showing the name of the party here, his connection, and in most cases, I think, he has voted "I do" or "I do not". One man didn't vote, he is undecided. There are 486 cards.  (PRESENTS CLIPPINGS, EXHIBIT LXXIII-A).

Now, it is going to be my pleasure to introduce some of our friendly enemies, apparently, Mr. W. R. Toledano of Jefferson Parish.

VRG-010-000000674

MR. W. R. TOLEDANO, POLICE JURY, PARISH OF JEFFERSON: First, let me congratulate Mr. Alexander for the preparation of his case. We all agree that New Orleans needs a tidewater canal; the only thing we disagree on is that perhaps we might need two, and the place where this canal goes. I want to thank the committee for its indulgence. I didn't know I was going to last him out, but I did.

We represent a body of men who are interested in the canal to run from Westwego - and Westwego is in the Port of New Orleans - to a point off of Grand Isle, which is a distance of only 45 miles. At 50 miles you hit 46 ft. of water. We are not going to get up here and tell this committee any of our engineering difficulties or any of the difficulties that they are going to run into, because they know those things better than we do, but we figure that the canal on the west bank of the river is the most economical, the most practical, and will better serve the City of New Orleans.

Mr. Alexander is wrong, I am a citizen of New Orleans and not Jefferson Parish. I am representing the interests on that side of the river, but it is for New Orleans and Westwego is in the Port of New Orleans. I would like to introduce to you today and let you hear from Mr. John Fleury, the District Attorney from Jefferson Parish.

MR. JOHN FLEURY, DISTRICT ATTORNEY, JEFFERSON PARISH, LA.: General Tyler, members of the board, ladies and gentlemen: I represent 10 public boards in the Parish of Jefferson, and incidentally we have 60,000 people in that parish. We are here to submit to the Engineers our proposal for this ship canal. In the Port of New Orleans, strange as it may seem, and believe it or not, 56 per cent of all the exports going out of the port of New Orleans come from the west bank of the Parish of Jefferson in the Port of New Orleans. The canal we propose is a straight canal that constitutes, as one of the speakers said today, the shortest distance between two points, Westwego to Grand Isle. The distance is approximately 50 miles. It cuts down the distance between the mouth of the river and the Port of New Orleans some 65 miles if this canal should be built, and our canal is to be constructed according to our proposal almost entirely on land. There are practically no engineering problems, because out in this section it is all open land, very little woods and because the canal could be built mostly on land, it would eliminate the problem of keeping the channel open as is the case where you have channels out in the Gulf of Mexico. Incidentally, alongside of this proposed canal you will find thousands of acres of undeveloped lands that

-32-

Case 2:05-cv-04182-SRD-JCW   Document 16510-22   Filed 11/20/08   Page 16 of 18

could be purchased cheap. (HANDS EXHIBIT LXXIV). I would like to file this with the Engineers.

MR. TOLEDANO: It is my pleasure at this time to present Mr. John J. Holtgreve of the Parish of Jefferson.

MR. J. J. HOLTGREVE, POLICE JURY, PARISH OF JEFFERSON: (READS EXHIBIT LXXV). I humbly submit this on behalf of Jefferson Parish.

MR. TOLEDANO: It is now my pleasure to present Dr. Charles F. Gelbke, Major of Gretna, La.

DR. CHARLES F. GELBKE, MAYOR OF GRETNA, LA.: Mr. Alexander, General Tyler, ladies and gentlemen: This deep channel idea to the sea is no new one. In my way of thinking it has never been considered a post-war project. It has been discussed for a good many years, and, in my mind, has been an absolute necessity for a long time, and had it been completed before the war, would have been of great service in this great conflict. I would be the last one in the world to raise my voice detrimentally to the City of New Orleans. I would be the first one to raise my voice to benefit my people, particularly when we are benefiting the City of New Orleans. I think the deep waterway from Westwego to Grand Isle will bring New Orleans within about 45 miles of the Gulf, but the other channel, as I understand it, will take you 82 miles from New Orleans to the Gulf. The distance from Chandeleur Islands to Grand Isle is about 20 miles. You have already added to your service the difference between 40 miles and 80 miles, which means added travel for ships.

I want to compliment the Board of Commissioners for the wonderful energy and enthusiasm put into this meeting. It has been a revelation and a pleasure to hear from the various speakers, but I am sure when the committee boils this down they are going to take nothing but cold facts. I feel it can all be settled in a few minutes on a business basis as to which is the most economical for industrial people, and I am absolutely satisfied there will be no doubt left in their minds that the Westwego project will be the best. When this road is completed, you will have the greatest surf bathing in the United States 60 minutes of the City of New Orleans. That would be another added feature to the reason why this project should be built from Westwego to Grand Isle. Industrially I think we rank just about 50 per cent with the City of New Orleans, and the City of New Orleans didn't develop so quickly until the west bank of Jefferson Parish brought it along. It is an undisputed fact, socially and otherwise, we are about the same geographically. We believe as much in the people of New Orleans as they believe in us. I want it

-33-

understood that I am conscientious in this matter. This thing has been boiled out a good many years ago. While we have been talking about it, while we have been resolutin', Houston has gone ahead and given Texas the Houston Ship Canal and given the City of New Orleans a shake-up for the business. It is late to speak about post-war things, let's speak about what we should have been doing years ago. We wouldn't want to fight another world war before we get a deep water channel. I know they aren't going to read all those resolutions, I wouldn't if I was on the committee. Thank you gentlemen.

MR. TOLEDANO: We thank the committee for its patience. We know that it is an engineering problem and we are all of one accord. We want a deep sea channel - we don't mean barge canal - we mean ship canal, and we think we have a proposition that will appeal to the engineers, but above all we want a canal for New Orleans. We need it. It's necessary. I want to again congratulate Mr. Alexander on the amount of work he has put into this. We thank the committee for its patience, and we thank you.

GENERAL TYLER: Is there anyone else?

MR. G. H. RATHE: I would like to ask you a number of questions as a matter of information. I have been following this channel for 55 years.

GENERAL TYLER: Give your name to the reporter, please.

MR. G. H. RATHE: My name is G. H. Rathe. I am a citizen of New Orleans and I have been interested in these channels for the past 55 years. That brings me back to a time when I was a pretty young man. What I would like to know is what you are going to do with the Mississippi River and all these channels? We have been handling the business all along. Is it in anticipation of increased business? Well, gentlemen, I believe you all have the wrong angle on this thing. This is an agricultural section, and unless you begin to develop your agriculture - cotton, sugar, rice, you can't go to work and get big industries here to compete with Henry Ford, General Motors, General Electric and others. You first have to go to work. We are rolling in gold, but until, as Governor Jones stated, we develop the resources we have without competition, we cannot develop industries. I am a citizen of New Orleans. I have lived here and I have been in charge of some pretty big projects, handling 30,000 people and two hundred million dollars. We all know there is a river around New Orleans as great as the Mississippi or any other channel, and you don't have to spend one nickle to develop that river. The tide doesn't go up and down and it is only 18 miles from the Gulf. Just picture the Standard Oil Company 18 miles from the Gulf instead of 200 miles. What a difference

-34-

that would be. It is the Atchafalaya River. When Morgan built the road out of New Orleans going west, he designated Morgan City as a port of entry, but somehow it was diverted. So, that is something to get quick action on. If you don't, private industry is going to step in and kill your channel on the other side of the river. In 1921 it came pretty near to a head. It was just a question of one individual and he wasn't ready to talk. He controlled the land. I am not trying to throw anything into this project of yours, but it's going to blow up in Congress like the Florida Channel. It will be hung up there in the same old '76. So, I merely call your attention to this river. Whether it looks good or not, it is up to someone to get started.

GEN. TYLER: Is there anyone else who wants to discuss any other route, or wants to discuss either of these routes? Anyone present from the Railroads wishing to make a statement? Anyone present from the Bar Pilots Association or River Pilots Association?

MR. RENE CLERC, BOARD OF PORT COMMISSIONERS: General Tyler, I am expecting some papers from Washington to file a brief. They should be here tomorrow, and I ask that I be granted several days to prepare that brief.

GENERAL TYLER: That will be alright, sir. If there is no one else to be heard, the hearing is adjourned.


Letter from Upper Mississippi Waterway Association dated Aug. 3, 1943, is attached as EXHIBIT LXXVI, received after the hearing.

Letter from Intracoastal Canal Association of Louisiana and Texas, undated, attached as EXHIBIT LXXVII.

-35-

VRG-010-000000678