REPRODUCED AT THE NATIONAL ARCHIVES

# Office Memorandum · UNITED STATES GOVERNMENT

TO : Director, BSF&W, Washington, D. C.    DATE: September 24, 1959

                                           CE-LM-po

FROM : Acting Regional Director, Atlanta, Ga.

SUBJECT: Mississippi River-Gulf Outlet Project

In compliance with Mr. McBroom's request, we are listing all of the Fish and Wildlife Service recommendations made to date to the New Orleans District Engineer on subject project. Each recommendation is listed by the report date in which it was submitted. It is important to note that these recommendations cover only construction contract segments for pilot channel dredging. The magnitude of the spoil disposal and water circulation patterns problems will increase as each contract segment is dredged to one-half and later full project dimensions.

In addition, we are listing some of the future problems which will be associated with this project and for which only the continuation of our detailed studies will provide sufficient information as the basis for critical recommendations to prevent excessive losses to fish and wildlife resources.

1. An Interim Report on Fish and Wildlife Resources and an Outline of Proposed Studies, April 1958.

| Recommendations | Status |
|---|---|
| a. Construction of the canal from Paris Road through the marsh and sound areas be delayed until fish and wildlife studies are completed. | Rejected |
| b. Project funds in the amount of $60,000 in FY 1959; $224,000 in FY 1960; $167,900 in FY 1961; and $23,000 in FY 1962 be made available to the BSF&W to finance the study. | Accepted 1959. Future undetermined. |
| c. Model studies of the project be made by the Army Engineers to determine environmental changes that will occur as a result of project construction and to test modifications proposed for fish and wildlife purposes; results of model studies to be made available to the BSF&W during FY 1961. | Deleted by conference agreement with CE. |
| d. In the reach of the industrial segment between Station 130 and Paris Road, spoil be deposited between confining levees and waste waters lagooned before discharge into Bayou Bienvenue in a manner similar to that for the reach from Station 0.0 to Station 130. | Accepted |

RG 22; NACP
Entry 261
Box 220; "Gulf Outlet"

Prod. # MRGOY00315

2. Letters from the Secretary of the Interior to the Secretary of the Army recommending an alternate channel alignment through Lake Borgne. July 30 and September 20, 1958.

   a. Lake Borgne alignment        Rejected

3. Segment Report: Gulf Intracoastal Waterway/Paris Road to Bayou Dupre. January 2, 1959

   a. Spoil be contained within designated spoil areas by construction of retention dikes (similar to those employed west of Paris Road) at locations shown in Plate 1.     Accepted

   b. Excess water from spoil areas be discharged only into Bayou Bienvenue, Bayou Villere, Bayou Dupre, and/or into the excavated access channel.     Accepted

   c. Weirs for spoil discharge be located approximately as shown in Plate 1 in order that they will be as far from the point of spoil discharge as practical.     Accepted

   d. Bayou Villere be excluded from the spoil areas by construction of parallel dikes on either side of the Bayou channel, as shown in Plate 1.     Accepted

   e. The borrow pit for construction of back dikes be located on the outside of the spoil areas and kept open in order to provide a connecting channel with all waterways from Bayou Bienvenue to Bayou Villere, to Bayou Dupre, as shown in Plate 1.     Accepted

   f. A dike be constructed on the northeast side of the project rights-of-way when, or if, future studies reveal that fish and wildlife habitat northeast of the channel alignment is deteriorating as a result of project construction.     Rejected - not applicable at this time

   g. Draglines be used to build all retention dikes in order to minimize dispersal of spoil material.     Accepted

   h. These measures be included in contract specifications for the areas under consideration.     Accepted

2

Prod. # MRGOY00316

4. Segment Report Bayou Dupre to Bayou Yscloskey, May 4, 1959

   a. Spoil be contained within designated spoil areas by          Accepted
      construction of retention dikes.

   b. Excess waters from spoil areas be discharged only into       Accepted
      Bayou Dupre, Bayou Yscloskey, a back-connecting
      channel (borrow pit) and/or into the excavated access
      channel.

   c. Weirs be located so that the risk of spoil discharge as      Accepted
      practical.

   d. Weirs be designed with outlets so that elevations as         Accepted
      engineeringly feasible to encourage maximum spoil
      retention.

   e. The borrow pit from construction of the back dike be         Accepted
      located outside of the spoil area to provide a con-
      tinuous connecting channel with all waterways from
      Bayou Dupre to Bayou Yscloskey.

   f. The continuous borrow pit be kept open by removing           Accepted
      excessive spoil when necessary.

   g. Draglines be used to build all retention dikes in order      Accepted
      to minimize dispersal of spoil material.

5. Answer to District Engineer's 26 May request for preference of
   final alignment from Bayou LaLoutre to Gulf.

   a. Prefer Route B, provided spoil be placed on north side       Not decided
      of alignment and reasonable features to reduce silting
      effect and maintain present water circulation patterns
      are included in your contract specification.

6. Segment Report, Bayou Yscloskey to Bayou LaLoutre, July 9, 1959.

   a. Spoil be contained within designated spoil areas by          Accepted
      construction of retention dikes.

   b. Excess water from spoil areas be discharged through          Accepted
      weirs directly into Bayou LaLoutre, the excavated
      channel, or a back-connecting channel (borrow pit).

3

Prod. # MRGOY00317

c. Weirs be located as far from point of spoil discharge     Accepted
   as practical.

d. Weirs be designed with as high a crest elevation as       Accepted
   engineeringly feasible to encourage maximum spoil
   retention.

e. The borrow pit from construction of the back dike         Accepted
   be located outside the spoil area to provide a
   continuous connecting channel with all water-
   ways between Bayou Yscloskey and Bayou LaLoutre.
   This channel should connect with Bayou LaLoutre
   when constructed and with Bayou Yscloskey at such
   time as the road between Yscloskey and Shell Beach
   is breached by the main channel.

f. The continuous borrow pit adjacent to the back dike       Accepted
   be kept open by removing excessive spoil when
   necessary.

g. Draglines be used to build all retention dikes in         Accepted
   order to minimize dispersal of spoil material.

h. The road from Yscloskey to Shell Beach be maintained      Accepted
   in a usable condition for as long a period as
   practical to provide access for hunters and
   fishermen using this area.

i. Construction equipment be moved into the area via         Accepted
   present navigable channels.

   The following is a list of future problems that will have to be solved and then activated by specific recommendations to the Corps of Engineers.

1. Determine proper spoil disposal locations and methods in all
   segments from Bayou LaLoutre to the Gulf.

2. Determine means for maintaining water circulation patterns in
   segments from Bayou LaLoutre to the Gulf.

3. Determine proper spoil disposal areas and methods in all segments
   from Paris Road/GIWW to the Gulf for usable channel construction
   (250 x 36 feet) and completed channel construction (500 x 36 feet).

4

Prod. # MRGOY00318

4. Determine in outer marsh area which water bodies are least productive so selection can be made to use some of these for spoil disposal. It is impractical to try to build and maintain retention dikes in deep water. Therefore, small ponds and lakes could be used as catch basins for spoil disposal when higher ground is not available.

5. Select and provide replacement of valuable habitat areas, harvest areas, access locations, nursery areas, etc., which have been and will be destroyed by construction and secondary effects.

6. Determine means for preventing salt water intrusion into fresh and brackish marshes.

7. Recommendations to satisfy requirements in the above factors will be based on (1) utilization of the resource in the project area, (2) determining project effects on the resource and habitat, (3) determining ecological requirements of specific species of fish and wildlife and habitat type, (4) relate these requirements to project occasioned changes and anticipated changes, (5) determine project modifications, mitigation, or replacement that will reduce and minimize adverse project occasioned changes, and (6) determine means that will enhance the resource by improving fish and wildlife habitat.

F. C. Gillett

Copy to: BRFS, Slidell, La.

5

Prod. # MRGOY00319