

8

United States Department of the Interior

FISH AND WILDLIFE SERVICE
P.O. Box 4305
Lafayette, Louisiana
70502

May 31, 1979

Mr. Jack A. Stephens, Director-Secretary
St. Bernard Parish Planning Commission
Courthouse Annex
Chalmette, Louisiana   70043

Dear Mr. Stephens:

Reference is made to your letter of January 25, 1979, requesting summary technical information pertaining to the impact of the Mississippi River-Gulf Outlet (MR-GO) on St. Bernard Parish's wetlands and water bodies. You expressed particular interest in changes in fish and wildlife habitat, hydrology, and geology as they relate to commercial fishing and trapping. The following comments are submitted on a technical assistance basis.

## INTRODUCTION

The MR-GO is one of the largest channelization projects to be constructed through such an extensive area of high-value fish and wildlife habitat. The project, authorized by the River and Harbor Act of 1956, engendered considerable controversy, much of it prior to actual construction. Project proponents envisioning regional economic development pointed out that the channel would shorten the Mississippi River shipping route from the Gulf of Mexico to New Orleans by 40 miles. The Louisiana Wildlife Biologists Association predicted that the project would create a 44-mile-long swath of destruction.

Great concern for the future of the area was voiced in view of the regional and national importance of the natural resources to be affected by the channel. There was particular cause for alarm among conservationists that the channel alignment ultimately selected would traverse the extremely valuable marsh area south of Lake Borgne. Prior to project construction the Louisiana Wildlife and Fisheries Commission (LWFC) stated that fish and wildlife resources, both sport and commercial, were of major importance to St. Bernard Parish. The LWFC noted that, as the vast majority of the residents of the lower parts of the parish derived a livelihood from the marshlands, wetland destruction would create an extreme economic hardship.

Additional concerns included the probable increase in salinities in area marshes resulting from a direct connection to the waters of the Gulf of Mexico, increased and abnormal sedimentation, and changes in normal tide exchanges by closure of natural drainage routes. It was feared that these adverse conditions would produce changes in the composition of plant communities and animal populations, and that the project would result in major geological and ecological changes in the area.

By letter dated September 23, 1957, the Secretary of the Interior informed the Secretary of the Army that the project was of great concern to fish and wildlife conservation interests, including the commercial fishery industry. Interior's Secretary noted that project plans had not been investigated by fish and wildlife conservation agencies, as required by the Fish and Wildlife Coordination Act of August 14, 1946, and requested the Corps of Engineers to bring all phases of project planning into balance.

The U.S. Fish and Wildlife Service (FWS) foresaw that, in order to fulfill its obligations in the protection of fish and wildlife resources, further understanding of the effects of the planned engineering works and detailed studies of the hydrology and biology of the project area would be required. With the FWS as the coordinating agency, extensive and detailed pre-project hydrological and biological studies were conducted by several agencies. From these studies recommendations were formulated which helped to reduce adverse project effects on fish and wildlife resources. FWS reports on the project included a "Special Report on Fish and Wildlife Resources", dated November 1957; an April 1958 "Interim Report on Fish and Wildlife Resources and an Outline of Proposed Fish and Wildlife Studies"; and letter reports to the U.S. Army Corps of Engineers, dated May 4, 1959; July 9, 1959; January 8, 1960; July 27, 1960; September 27, 1960; January 12, 1961; December 13, 1961; May 8, 1962; September 13, 1962; September 28, 1962; January 26, 1965; and February 24, 1966.

## FISH AND WILDLIFE RESOURCES

The area traversed by the MR-GO is dominated by a broad expanse of sub-delta marshes and associated shallow estuarine waters. The area provides important feeding and nursery habitat to a variety of sport and commercial fishes and crustaceans. Commercial fisheries within the project area have comprised a significant portion of the total annual Louisiana production and contribute to a high proportion of the landings in Mississippi. Sport fishing in the area is excellent, especially for saltwater species. This area is of particular economic and recreational importance because of its proximity to the New Orleans metropolitan area.

UDI-001-000000002

Prior to project construction, the 30-square mile section of the marshes south of Lake Borgne was second only to the marshes of the lower Mississippi River Delta in importance to waterfowl in southeastern Louisiana. Pre-project inventories revealed that at least 250,000 ducks wintered in this area. This area also supported a substantial fur harvest for species such as muskrat, nutria, mink, river otter, and raccoon. Other wildlife found in the area include numerous wading birds, seabirds, rails, gallinules, shorebirds, songbirds, game mammals, reptiles, and amphibians.

## DESCRIPTION OF THE PROJECT

Detailed planning for the MR-GO was initiated in July 1956 by the New Orleans District, Corps of Engineers. The authorized plan of development provided for a tidewater harbor and a deep-draft outlet consisting of a channel 500 feet wide by 36 feet deep extending 77.8 miles from the turning basin at New Orleans southeasterly to and through Chandeleur Sound to the minus 38-foot contour in the Gulf of Mexico. Plans also included a permanent retention dike across Chandeleur Sound and parallel jetties from the Chandeleur Islands to the minus 20-foot contour in the Gulf of Mexico. Project authorization also included construction of a new ship lock and channel connecting the MR-GO to the Mississippi River near Violet. Studies on this feature are in progress.

Construction began in 1958 and consisted principally of enlargement of the Gulf Intracoastal Waterway (GIWW). South of the industrial segment, the channel was dredged in three stages: access channel, interim channel, and full dimension channel. Channel excavation, accomplished by hydraulic dredge, totaled 300 million cubic yards. Dredging of the access channel (140 feet wide by 18 feet deep) was commenced at the GIWW in May 1959 and was completed through the marshes to Breton Sound in March 1961 and to Gulf waters in December 1962. Certain segments of the channel were dredged to the interim cross section (250 feet wide by 36 feet deep) during this period. Major bayous and channels including Bayous Bienvenue, Villere, Dupre, Yscloskey and LaLoutre were kept open where they intersected the channel. The channel was completed to interim cross section by July 1963. Construction of the channel to full channel dimensions (500 feet wide by 36 feet deep) was completed through Chandeleur Sound in January 1968.

## FISH AND WILDLIFE STUDIES

The effect of project construction upon fish and wildlife resources in the area traversed by the industrial segment, although thought to be minor compared with construction in the marsh and sound segments, was of some concern. It was determined that, in order to minimize the damages to fish and wildlife resources associated with Bayou Bienvenue, hydraulic dredge effluent should be confined to diked containment areas.

-3-

The possible effects of the project on the high-value marsh area southwest of Lake Borgne were of great concern. The LWFC stated in a May 29, 1957, letter that the following adverse effects would result if the channel was constructed through these marshes: increase of tidal action in marsh pond areas; higher average salinities with wider salinity ranges; increased turbidity; and the filling with spoil of numerous ponds attractive to waterfowl. The LWFC predicted that these processes would alter marsh vegetation types, eliminating high-value waterfowl food plants. FWS estimates indicated that channel excavation and spoil disposal would eliminate 6,200 acres of shallow open water and 17,400 acres of marsh.

Following recommendations of the FWS, the Corps of Engineers constructed a system of diked containment areas south of the channel alignment equipped with weir outlets in the levee farthest removed from the channel. Sediment from hydraulic dredged material was thereby retained in the leveed areas, preventing smothering of the surrounding marshes and waterways.

Several alternate routes for channel alignment through the marsh segment and Chandeleur Sound were considered by the Corps of Engineers and studied by the FWS, the LWFC, and others with regard to their effects on fish and wildlife resources. The alignment ultimately constructed through the high-value marsh area south of Lake Borgne was strongly opposed by conservation agencies, particularly the LWFC. That agency recommended two alternate routes through Lake Borgne considered much less destructive to fish and wildlife resources than channel construction through highly valuable marshland.

In accordance with FWS recommendations, spoil excavated in the Chandeleur Sound segment was deposited on the southwest side of the channel at least 2,000 feet from the channel centerline. Recommendations for maximum spoil retention were necessary to reduce impacts on important oyster-producing areas in bays, lakes, and waterways directly connected to the Sound.

The FWS foresaw that complete division of Breton and Chandeleur Sounds with dikes and spoil banks uninterrupted by openings would alter current patterns and would probably result in shoaling and salinity changes over a large area. Furthermore, the freshening effect of currents from the Pearl River to the north and the Mississippi River to the south would be diminished. Small craft operations would also be severely restricted in the Sounds. Navigation openings through the spoil areas were constructed at miles 0.0 to 0.4, 6.0 to 6.4, and 12.2 to 12.6, essentially as recommended in the FWS's July 27, 1960, letter report to the Corps of Engineers.

UDI-001-000000004

## Hydrological Studies

Detailed pre-project hydrological sampling of the project area was conducted from April 1959 to March 1961. Parameters measured included salinity, water temperature, dissolved oxygen, inorganic phosphate, turbidity, and wind direction. Much of the hydrological and sampling program was conducted by the Texas A&M Research Foundation under a contract with the FWS. This contract was amended to include biological studies. The contractor's final report[1] presents the results of all hydrological and biological studies, including an analysis of the major factors affecting the hydrology and biology of the project area.

Ongoing Corps of Engineers hydrologic studies in the project area were coordinated with the FWS program for mutual benefit and to eliminate duplication. The Corps' program included additional salinity sampling stations in Lake Pontchartrain, the Industrial Canal, the Inner Harbor Navigation Canal, and Chandeleur Sound.

Studies were also conducted to obtain hydrological data prior to completion of the authorized rock dike extension along both sides of the channel. As mentioned previously, rock dikes and spoil alignments uninterrupted by openings would result in adverse effects such as altered current and salinity patterns, shoaling of extensive areas, and restriction of small craft movements.

Amstutz used FWS channel salinity data for a 13-month period (September 1962 - November 1963) to conduct a study of the salinity regime of the MR-GO. His findings are contained in a report published in 1964.[2]

The LWFC conducted a hydrological and fishery study in the Biloxi marsh complex east of Lake Borgne and north of the MR-GO between July 1960 and July 1968. The Commission also conducted a hydrological sampling study throughout the project area from September 1963 to September 1964 under contract to the FWS.

Pre-project hydrological data were also collected by Tulane and Louisiana State Universities, the U.S. Coast and Geodetic Survey, the U.S. Weather Bureau, the U.S. Department of Agriculture, and private industry involved mainly in oil exploration and development.

---

1. El-Sayed, S.Z. 1961. Hydrological and Biological Studies of the Mississippi River-Gulf Outlet Project. Texas A&M Research Foundation, A&M Project 236, Reference 61-20F, College Station, Texas.

2. Amstutz, D.E. 1964. Analysis of the Salinity Regime of the Mississippi River-Gulf Outlet Channel. Texas A&M Research Foundation, A&M Projects 286-1 and 299, Reference 64-21T. College Station, Texas.

UDI-001-000000005

The coordinated hydrological sampling program of all entities was intended to provide the necessary hydrological background to design and operate saltwater intrusion control features for Lake Pontchartrain, the MR-GO and major intersecting waterways.

## Biological Studies

Biological studies of the project area were initiated shortly after hydrological studies were begun. These investigations sought to define the complex structure of plant and animal communities and their inter-relationships with environmental factors.

### Fish and Wildlife Service

The FWS conducted extensive studies of marsh vegetation in the project area between September 1958 and June 1963. The purpose of this study was to ascertain project effects on marsh and aquatic plant communities and to determine the probable effects of vegetational changes on fish and wildlife resources. A report containing observations of the effects of initial project construction on the composition of marsh vegetation, and an extensive listing of plants found in the project area with designations as to their marsh type, location, and abundance was prepared by the FWS in 1960.[3] From this study an annotated checklist of plants of the project area was published.[4] The relation of marsh vegetation to pre-project salinity patterns is described in a report prepared by another FWS biologist.[5]

### Texas A&M Research Foundation

Major marsh vegetative types were designated and a general vegetation type map was prepared under a contract awarded by the FWS

---------------

3. U.S. Department of the Interior, Fish and Wildlife Service. 1960. Preliminary Report of Marsh Vegetation Study, Mississippi River-Gulf Outlet Navigation Project, Orleans and St. Bernard Parishes, Louisiana. Mimeograph Report Prepared by Branch of River Basin Studies, Vicksburg, Mississippi. 35p. + App.

4. Lemaire, R.J. 1961. A Preliminary Annotated Checklist of the Vascular Plants of the Marshes and Included Higher Lands of St. Bernard Parish, Louisiana. Proceedings of the La. Academy of Sciences, Vol. 24, p. 56-70.

5. Giles, L.W. Undated. Relationship of Vegetation to Salinity in a Southeast Louisiana Coastal Marsh. Mimeograph Report, Division of River Basin Studies, Bureau of Sport Fisheries and Wildlife, Vicksburg, Mississippi. 24 p.

UDI-001-000000006

14

to the Texas A&M Research Foundation in May 1958.[6] Marsh vegetative types were delineated from aerial photographs supplemented by field checks.

Hydrological and biological data collected during the Texas A&M contract study were analyzed by a FWS biologist and predictions were made of changes in salinity patterns and population structures of important estuarine organisms.[7] It was predicted that channel excavation would raise salinities over most of the project area. However, as the principal species of fish were tolerant of a wide range of salinity, it was anticipated that they would not be greatly affected. Some high-value shrimp nursery areas would be lost. Oysters would be affected by destruction of existing oyster beds and by increased oyster drill predation. However, other areas would become more suitable, although the possibility that benefits could offset losses was said to be highly speculative. The predicted elevation of salinity in the project area was expected to have an adverse effect upon populations of blue crabs. These predictions of changes in faunal populations have largely been borne out by the present status of these species. In evaluating losses attributable to the project, the above report referred to careful measurements made by FWS personnel which showed that 17,408 acres of marsh and 6,198 acres of open water would be displaced by channel excavation and spoil disposal. It was pointed out that, although there would be little change in the total open water surface, the character of the affected area would be drastically altered. The many shallow, winding bayous that provided a very long shoreline adjacent to marsh vegetation would be replaced by the deep channel. This complex configuration, which created prime nursery habitat under pre-project conditions, was predicted to be totally lost in areas of spoil deposition.

Louisiana Wildlife and Fisheries Commission

As previously noted, the LWFC conducted a study of fishes and hydrological factors in the Biloxi Marsh Complex from July 1960 to

---

6. Wright, R.L., J.J. Sperry, and D.L. Huss. 1960. Vegetation Type Mapping Studies of the Marshes of Southeastern Louisiana. Submitted to the Bureau of Sport Fisheries and Wildlife, Fish and Wildlife Service, United States Department of Interior by the Texas A&M Research Foundation. Project 191 (Contract No. 14-16-008-538). 42 p.

7. Rounsefell, G.A. 1964. Preconstruction Study of the Fisheries of the Estuarine Areas Traversed by the Mississippi River-Gulf Outlet Project. Fishery Bulletin, Vol 63, No. 2, p. 373-393.

UDI-001-000000007

July 1968. A report on this study was published in 1970.[8]

### Fish and Wildlife Utilization Studies

In addition to hydrological and biological studies of the project area, other studies and inventories were conducted to determine pre-project conditions.

### Fishery Utilization Inventory

Commercial fisheries harvest and values were evaluated by analysis of statistics compiled by the Bureau of Commercial Fisheries (now the National Marine Fisheries Service) and the LWFC.

Sport fishery utilization studies included compilation of data on the number of fishing trips, time expended, catch success, species caught, and expenditures. This was accomplished through personal interviews of boat dock operators and fishermen at landings, aerial census of sport fishing boats to supplement personal interviews, and supplementation of field inventory with existing records and publications. The fishery utilization study findings are summarized in Table 1.

Wildlife Inventory. This study was conducted to assess the importance of the project area to waterfowl and other game and to determine hunter utilization, game harvested, and trip expenditures. Procedures employed were:

(a) review of biweekly waterfowl census records and information on other forms of wildlife;

(b) aerial surface observations;

(c) review of existing records of harvest in State files and records of private hunting clubs; and

(d) hunter bag checks and determination of trip expenditures.

An inventory of fur resources was conducted employing the same procedures. A summary of waterfowl hunting effort and success and fur harvest is presented in Table 2.

---

8. Fontenot, B.J.,Jr., and H.E. Rogillio. 1970. A Study of Estuarine Sportfishes in the Biloxi Marsh Complex, Louisiana. F-8 Completion Report, Dingell-Johnson Project. Louisiana Wildlife and Fisheries Commission, Baton Rouge. 172 pp.

UDI-001-000000008

TABLE 1.  SUMMARY OF PRE-PROJECT FISHERY UTILIZATION STUDIES
FOR MISSISSIPPI RIVER-GULF OUTLET AREA

| Category | Effort | Harvest |
|---|---|---|
| Sportfishing[a] | | |
| Finfish | 46,418 man-days | 301,139 pounds |
| Shrimp | 2,224 man-days | 22,232 pounds |
| Crab | 897 man-days | 15,700 pounds |
| Bait | 1,329 man-days | 6,959 live shrimp |
| | | 21,751 live fish |
| | | 2,326 pounds shrimp |
| | | |
| Commercial Fishing[b] | | |
| Finfish | | 90,343,000 pounds |
| Blue Crabs | | 1,913,100 pounds |
| Shrimp | | 6,898,700 pounds |
| Oysters | | 4,119,800 pounds |

-------------

a. April 1959 through April 1960

b. Calendar year 1959

TABLE 2.  WATERFOWL HUNTING AND FUR ANIMAL HARVEST MISSISSIPPI RIVER-GULF OUTLET AREA, 1959-60

| Waterfowl Hunting[a] | | Fur Animal Harvest[b] |
|---|---|---|
| Effort | 2,511 man-days | n/a |
| Harvest | 4,861 ducks | 640,000 muskrat |
|  | 150 coots | 15,000 nutria |
|  |  | 1,000 river otter |
|  |  | 800 raccoon |
|  |  | 600 mink |

a.  November 2, 1959, to January 24, 1969

b.  1959-60 trapping season

## DISCUSSIONS AND CONCLUSIONS

The problem of determining to what extent the MR-GO has produced hydrological and biological alterations in the project area is complicated by the existence of other factors. These include construction of canals for oil exploration, hurricanes, and subsidence, compaction and erosion associated with deterioration of the St. Bernard delta. Despite the existence of other factors, however, we believe that the construction of the MR-GO and the associated drastic increase in water salinities have been the primary causes of habitat degradation in St. Bernard Parish. The impact of this degradation on fish and wildlife resources is discussed in the following section.

### Summary of Fish and Wildlife Losses Attributable to the MR-GO

A summary of the wildlife habitat losses attributable to channel excavation, spoil disposal, and channel bank erosion is contained in Table 3. The channel bank erosion figure is viewed as overly conservative, as it was based on aerial photographs taken in 1969. Significant additional erosion has no doubt occurred since that time. Another project-related cause of fish and wildlife habitat degradation is the increase in water salinity in the area's wetlands caused by MR-GO construction. This drastic increase is illustrated in Figures 1 and 2. It is this increase in salinities that is considered the primary factor which has led to deterioration of the wetlands in the project area.

A 1968[9] survey of Louisiana's coastal marsh vegetation provided a basis for assessing project impacts on the wetlands of St. Bernard Parish. The saline marsh areas shown in the 1968 study coincide with the salt marshes mapped during the pre-project vegetation study conducted by Texas A&M. However, the transitional and intermediate marshes mapped in the Texas A&M study are depicited as brackish marsh in the 1968 study. This indicates an expansion of the brackish marsh at the expense of the intermediate type, to be expected with the drastic increases in salinity levels observed following MR-GO construction. Although fresh marsh was present in the project area immediately prior to MR-GO construction, it has disappeared since project completion. Caution must be exercised when using separate surveys to interpret vegetation changes over time. For example, the Texas A&M transitional marsh category, while believed to be roughly equivalent to the brackish marsh type used by Chabreck, Joanen and Palmisano in 1968, probably also included some saline marsh because of the inclusion of the

---

9. Chabreck, R.H., T. Joanen, and A.W. Palmisano. 1968. Vegetation Type Map of the Louisiana Coastal Marshes. Louisiana Wildlife and Fisheries Commission, New Orleans.

-11-

TABLE 3.  SUMMARY OF ESTIMATED HABITAT LOSSES FROM CHANNEL EXCAVATION, SPOIL DISPOSAL, AND CHANNEL BANK EROSION, MISSISSIPPI RIVER-GULF OUTLET

| Habitat Type | Acreage Lost | | | |
| --- | --- | --- | --- | --- |
| | Channel Excavation | Spoil Disposal | Channel Bank Erosion[c] | Total |
| Forested Land[a] | negligible | 1,260 | negligible | 1,260 |
| Intermediate Marsh[b] | 1,780 | 8,470 | 200 | 10,450 |
| Brackish Marsh | 430 | 2,170 | 110 | 2,710 |
| Saline Marsh | 690 | 2,650 | 420 | 3,760 |
| Shallow Open Water | 1,680 | 4,520 | N/A | 6,200 |
| Total | 4,580 | 19,070 | 730 | 24,380 |

a. Natural levee forest and baldcypress swamp

b. Equivalent to "transitional" marsh category of Texas A&M Contract Study

c. Based on aerial mosaics prepared in 1969

UDI-001-000000012



FIGURE 1
PRE-PROJECT ISOHALINES (AVERAGES)
Texas A&M Research Foundation, Apr. 1959 – Mar. 1961



FIGURE 2
**POST-PROJECT ISOHALINES (AVERAGES)**
Bureau of Sport Fisheries and Wildlife, Sept. 1962-Sept. 1964
Louisiana Wild Life and Fisheries Commission, Sept. 1963-Sept. 1964

LEGEND
=== CHANNEL ALIGNMENT
— LATERAL
I CHANNEL

-14-

10 to 20 parts per thousand salinity range. Similarly, the intermediate and fresh categories of the Texas A&M study probably also included portions of the Chabreck et al. brackish and intermediate designation, respectively.

In May 1968, a generalized vegetation type map and report were prepared by a FWS biologist following completion of low-level aerial transects conducted over the project area.[10] The map and report indicated no major post-project changes in marsh vegetation except for the loss of two freshwater marsh areas and one area of transitional marsh. However, it should be noted that the classification system employed in that study was not sufficiently flexible to show subtle changes in marsh plant communities. Extensive quadrat studies conducted by other FWS biologists indicated a replacement of fresher marsh vegetation by plant species indicative of more saline conditions.

In conjunction with studies of a proposed new ship lock and channel connecting the MR-GO with the Mississippi River, personnel of the New Orleans District, Corps of Engineers, conducted an inventory of vegetation in the area along the MR-GO. This study indicated further saltwater intrusion evidenced by conversion of intermediate marsh to brackish marsh in the area south of the MR-GO and north of Bayou Terre aux Boeufs, and by the replacement of approximately 3,500 acres of formerly freshwater baldcypress swamp with brackish marsh in that same area. A recent survey by biologists of the Louisiana State University School of Forestry and Wildlife Management and the Louisiana Department of Wildlife and Fisheries (LDWF) revealed a continuing conversion of intermediate marsh to brackish marsh in the project area.[11]

A recently published atlas[12] of St. Bernard Parish provides a basis for further comparison of pre-project and post-project vegetation. Such a comparison is illustrated in Table 4. As indicated in that table, there has been a drastic loss of wooded swamp, fresh marsh, and intermediate marsh, with a concurrent increase in brackish and saline marsh.

---

10. Valentine, J.M., Jr.  1968.  The Vegetation of Upper Plaquemines and St. Bernard Parishes. U.S. Fish and Wildlife Service Mimeograph Report.  16 p.

11. Chabreck, R.H., and R.G. Linscombe.  1978.  Vegetative type map of the Louisiana Coastal Marshes. Louisiana Department of Wildlife and Fisheries, New Orleans, Louisiana. In press.

12. Burk and Associates. Undated. Coastal Resources Atlas, St. Bernard Parish. Prepared for Louisiana Department of Transportation and Development, Baton Rouge.

UDI-001-000000015

TABLE 4.  CHANGES IN ACREAGES OF MARSH TYPES AND FORESTED LAND IN ST. BERNARD PARISH BETWEEN 1961 AND 1976

| Marsh Type[a] | 1960 Acreage[b] | 1974 Acreage[c] | 1960-1975 Acreage Change | 1961-1975 Percent Change |
|---|---|---|---|---|
| Saline Marsh | 127,350 | 135,778 | +8,428 | +6.6 |
| Brackish Marsh | 53,890 | 85,110 | +31,220 | +57.9 |
| Intermediate Marsh | 73,270 | 23,307[d] | -49,963 | -68.2 |
| Fresh Marsh | 10,010 | 0 | -10,010 | -100.0 |
| Forested Land | 33,350 | 27,107 | -6,423 | -18.7 |

----------------

a. Caution must be excercised when interpreting changes between marsh types between 1960 and 1974, as overlap in definitions of marsh types may have occurred.

b. Estimate derived from dot-grid analysis of vegetation map prepared by Texas A&M University under contract to U.S. Fish and Wildlife Service.

c. Derived from: Burk and Associates, Inc. Undated. Coastal Resources Atlas, St. Bernard Parish. Prepared for Louisiana Department of Transportation and Development, Baton Rouge.

d. Fresh and intermediate marsh types of 1960 Texas A&M study were apparently lumped as fresh marsh in report cited in footnote c. However, fresh marsh was absent from St. Bernard Parish in 1968, according to a vegetative type map prepared by the Louisiana Wildlife and Fisheries Commission. Therefore, fresh marsh acreage for 1975 is shown as intermediate marsh.

One of the most damaging aspects of project-induced losses of fresh and intermediate marsh is the elimination of valuable waterfowl wintering habitat. The marshes south of Lake Borgne were among the most important waterfowl wintering areas in Louisiana prior to project construction. These marshes were of particular importance to lesser snow geese, mallard, green-winged teal, and lesser scaup. According to biologists of the LWFC, that area is now of greatly reduced value to the above species, with the exception of lesser scaup, due to reduced habitat quality brought about by salinity intrusion and associated marsh deterioration.

Available records also indicate a drastic decline in fur production in St. Bernard Parish. This decline is also largely attributed to saltwater intrusion and a corresponding reduction in carrying capacity for fur animals such as muskrat and nutria.

The impacts of the project on fishery resources is difficult to assess. Marine fishes are now present in areas that were formerly of low salinity and many fishes of low salinity tolerance have disappeared from the project area. Following their study of the Biloxi Marsh Complex,[13] Fontenot and Rogillio reported that, of 68 species of fish collected, 10 species of lower salinity tolerance disappeared by the end of the study (1968). An extensive sport fishery for marine fishes now exists in Lakes Borgne and Pontchartrain as well in other sections of the project area.

As previously indicated, approximately 23,100 acres of marsh and shallow open water were lost to channel excavation, channel bank erosion and spoil disposal. Assuming an average production of 304 pounds of commercial fishery products per acre of marsh and shallow water,[14] we estimate that a direct loss in potential annual commercial fishery production of 7,022,400 pounds, worth $905,900 at dockside, can be attributed to the project. This reduction in potential production has not been observed in landing records compiled for the area by the National Marine Fisheries Service. However, this is probably because increased fishing effort is being expended to maintain a level of production which is only now approaching maximum sustainable yield. In other words, a loss in potential production may have been masked by the harvest of a greater percentage of a declining fish and shellfish stock. For example, available information reveals that Louisiana's total commercial

-------------

13. Fontenot, B.J. and H.E. Rogillio. Op cit. Pg. 8.

14. Harris, A.H. Undated. Louisiana Estuarine Dependent Commercial Fishery Production and Values (Regional Summary and WRPA-9 and WRPA-10 Analysis of Production and Habitat Requirements). Prepared for U.S. Department of Commerce, National Marine Fisheries Service, St. Petersburg, Florida. Order No. 01-3-042-48.

UDI-001-000000017

shrimp catch peaked in 1940, despite a more than five-fold increase in the number of licensed trawls since that time. The average annual catch per licensed trawl has actually declined from 33,825 pounds in 1940 to 3,714 pounds in 1974.[15]

Another noteable change in the project area has been an increased catch of brown shrimp. Historically, landings from this area were dominated by white shrimp. However, brown shrimp have comprised the bulk of the shrimp harvest since 1965 (Figure 3). This is probably due to increased salinities coupled with changing fishing techniques, including the use of butterfly nets and trawling in deeper waters where brown shrimp predominate.

It is our understanding that a study will be published in the near future by the LDWF documenting the effects of the MR-GO on oyster production. Preliminary indications are that encroaching salinity has caused an inland movement of the zone of optimum oyster production, making these areas more susceptible for closure because of bacterial contamination from poorly treated sewage found near developed areas. It has also been reported that seed oyster production in St. Bernard and eastern Plaquemines Parishes declined by 60 to 65 percent between 1951 and 1971.[16] This decline is attributed to rising salinity levels and associated encroachment of the southern oyster drill, a serious oyster predator.

As evidenced in the foregoing discussion, the MR-GO has had a serious adverse impact on the fish and wildlife productivity of St. Bernard Parish's wetlands and adjacent estuarine waters. Physical habitat destruction, channel bank erosion, and accelerated saltwater intrusion are the primary causes of this degradation. As restoration of habitat destroyed by channel excavation, spoil disposal, and channel bank erosion is not likely, efforts should be directed to reducing salinity levels in area waters and wetlands. This can best be accomplished by increasing nutrient-rich freshwater inflows from the Mississippi River and Lake Pontchartrain. We have recently requested that the New Orleans Corps District investigate the feasibility of designing the lock that would replace

--------------

15. White, C.J., and C.J. Boudreaux. 1977. Development of an Areal Management Concept for Gulf Penaeid Shrimp. Louisiana Wildlife and Fisheries Commission, Technical Bulletin No. 22. 77 p.

16. Perret, W.S., et al. 1971. Phase I, Area Description. Cooperative Gulf of Mexico Estuarine Inventory and Study, Louisiana. Louisiana Wildlife and Fisheries Commission, New Orleans. p.5-27.

UDI-001-000000018



Figure 3. Shrimp production. Study Area 1, for the years 1959-74.

From: White, C. J., and C. J. Boudreaux. 1977. Development of an Areal Management Concept for Gulf Penaeid Shrimp. Louisiana Wildlife and Fisheries Commission, Technical Bulletin No. 22. 77p.

the existing Inner Harbor Navigation Canal lock so that it can be used to divert Mississippi River water into the MR-GO and the Gulf Intracoastal Waterway. We have also requested that the Corps consider operation of the Seabrook Control Feature of the Lake Pontchartrain, Louisiana, and Vicinity Hurricane Protection Project to reduce salinities in western St. Bernard Parish. This complex would be operated to reduce the movement of salt water from the MR-GO into Lake Pontchartrain, and to thus increase the net flow of fresher Lake Pontchartrain water into the MR-GO. It is possible that the replacement lock being considered for the Inner Harbor Navigation Canal could be operated in concert with the planned Seabrook structure to further reduce salinities in St. Bernard Parish.

Other ongoing Corps of Engineers studies involving the diversion of Mississippi River water into St. Bernard Parish include the Louisiana Coastal Area Study and the Mississippi and Louisiana Estuarine Areas Study. Sites presently being considered for freshwater diversion include Lake Borgne Canal and Caernarvon.

We look forward to working closely with personnel of the St. Bernard Parish Planning Commission and its consultants in the development of plans to mitigate the adverse impacts of the MR-GO. Please advise if we can be of further assistance in this matter.

Sincerely yours,

Cary W. Kerlin
Field Supervisor