

S. REP. 85-1981                                                                                   Page 1
S. REP. 85-1981, S. Rep. No. 1981, 85TH Cong., 2ND Sess. 1958, 1958 U.S.C.C.A.N. 3446, 1958 WL 3911
(Leg.Hist.)
**(Cite as: 1958 U.S.C.C.A.N. 3446)**

```
         *3446 P.L. 85-624, FISH AND WILDLIFE CONSERVATION AND WATER-
                   RESOURCE DEVELOPMENTS-- COORDINATION
                         SENATE REPORT NO. 85-1981,
                JULY 28, 1958 (TO ACCOMPANY H.R. 13138)
                         HOUSE REPORT NO. 85-2183,
                JULY 16, 1958 (TO ACCOMPANY H.R. 13138)
                       THE SENATE REPORT IS SET OUT.
```

(CONSULT NOTE FOLLOWING TEXT FOR INFORMATION ABOUT OMITTED MATERIAL.  EACH
COMMITTEE REPORT IS A SEPARATE DOCUMENT ON WESTLAW.)

```
                        SENATE REPORT NO. 85-1981
                              JULY 28, 1958
```
  THE COMMITTEE ON INTERSTATE AND FOREIGN COMMERCE, TO WHOM WAS REFERRED THE BILL
(H.R. 13138) TO AMEND THE ACT OF MARCH 10, 1934, TO PROVIDE FOR MORE EFFECTIVE
INTEGRATION OF A FISH AND WILDLIFE CONSERVATION PROGRAM WITH FEDERAL WATER-RESOURCE
DEVELOPMENTS, AND FOR OTHER PURPOSES, HAVING CONSIDERED THE SAME, REPORT FAVORABLY
THEREON WITHOUT AMENDMENT AND RECOMMEND THAT THE BILL DO PASS.

                              PURPOSE OF THE BILL

   THIS AMENDMENT TO THE COORDINATION ACT WOULD GRANT AUTHORITY TO THE AGENCIES OF
GOVERNMENT ENGAGED IN CONSTRUCTION TO CONSULT WITH THE FISH AND WILDLIFE SERVICE
BEFORE AND DURING THE BUILDING OF FEDERAL WATER DEVELOPMENT PROJECTS.
   THE FISH AND WILDLIFE SERVICE WOULD MAKE KNOWN TO THESE CONSTRUCTION AGENCIES,
SUCH AS THE CORPS OF ENGINEERS AND THE BUREAU OF RECLAMATION, THE PROJECT NECESSARY
TO PROTECT FISH AND WILDLIFE.  CONSIDERABLE STUDY WOULD BE REQUIRED IN SOME CASES,
WITH SUGGESTED CHANGES IN CONSTRUCTION PLANS TO THE GREAT ADVANTAGE TO OUT WILDLIFE
RESOURCE. UNDER THE BILL SUGGESTIONS REGARDING CHANGES COULD BE MADE PREVIOUS TO
THE COMMENCEMENT OF CONSTRUCTION.  SUCH PLANS, OR RECOMMENDATIONS, WHETHER ACCEPTED
OR REJECTED BY THE CONSTRUCTION AGENCY, WOULD BE SUBMITTED TO THE CONGRESS AT THE
TIME AUTHORIZATION LEGISLATION FOR THE PROJECT WAS UNDER CONSIDERATION.
   THE BILL WOULD AMEND THE WATERSHED PROTECTION AND FLOOD PREVENTION ACT WHICH IS
ADMINISTERED BY THE DEPARTMENT OF AGRICULTURE.  IT IS DESIGNED *3447 TO PROVIDE FOR
GREATER CONSIDERATION OF FISH AND WILDLIFE CONSERVATION IN THE FEDERAL WATER-
RESOURCE DEVELOPMENT PROGRAM.  ENACTMENT OF THE BILL WOULD NOT RETARD THAT PROGRAM
BUT SHOULD HELP SIGNIFICANTLY IN PERMITTING FEDERAL WATER DEVELOPMENT TO SERVE THE
INTERESTS OF A MUCH LARGER SHARE OF OUR POPULATION.
   THE SECRETARY OF AGRICULTURE WOULD BE REQUIRED TO NOTIFY THE DEPARTMENT OF THE
INTERIOR ON ANY CONSTRUCTION PLANS WHICH CONCERN THE CONSERVATION AND DEVELOPMENT
OF WILDLIFE RESOURCES.  THE SECRETARY OF AGRICULTURE WOULD GIVE FULL CONSIDERATION
TO ANY PLANS SUBMITTED TO HIM BY THE FISH AND WILDLIFE SERVICE.
   THE CONGRESS RECOGNIZED THE NEED FOR GREATER EMPHASIS ON FISH AND WILDLIFE
CONSERVATION THROUGH THE ENACTMENT OF THE FISH AND WILDLIFE ACT OF AUGUST 8, 1956
(70 STAT. 1119).  THIS ACT SPECIFICALLY POINTED TO THE NEED TO MAINTAIN AND
INCREASE THESE RESOURCES THROUGH PROPER DEVELOPMENT AND MANAGEMENT.  THE CONGRESS

        © 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

S. REP. 85-1981, S. Rep. No. 1981, 85TH Cong., 2ND Sess. 1958, 1958 U.S.C.C.A.N. 3446, 1958 WL 3911 (Leg.Hist.)
**(Cite as: 1958 U.S.C.C.A.N. 3446)**

ALSO DIRECTED THE SECRETARY OF THE INTERIOR TO TAKE SUCH STEPS AS MAY BE REQUIRED FOR THE BETTERMENT OF FISH AND WILDLIFE RESOURCES, AND TO MAKE SUCH RECOMMENDATIONS FOR ADDITIONAL LEGISLATION AS DEEMED NECESSARY.

H.R. 13138 IN THE FORM REPORTED BY YOUR COMMITTEE IS BASED ON THE RECOMMENDATIONS OF THE SECRETARY OF THE INTERIOR CONTAINED IN A LETTER TO THE COMMITTEE DATED APRIL 1, 1958.  THAT LETTER STATED, IN PART:

* * * WE HAVE DISCUSSED THIS PROPOSED LEGISLATION WITH OTHER INTERESTED DEPARTMENTS, INCLUDING PARTICULARLY, THE DEPARTMENT OF AGRICULTURE AND THE DEPARTMENT OF THE ARMY.  THE BILL AS TRANSMITTED HEREWITH HAS THEIR CONCURRENCE.

THE BILL ENJOYS EXCEPTIONALLY ENTHUSIASTIC AND WIDESPREAD SUPPORT. EVERY ONE OF THE 48 STATE GOVERNORS, OR THEIR AUTHORIZED REPRESENTATIVES, HAD EXPRESSED GENERAL ENDORSEMENT OF AN EARLIER VERSION OF THIS BILL, ACCORDING TO THE SECRETARY OF THE INTERIOR. EVERY MAJOR NATIONAL CONSERVATION ORGANIZATION SUPPORTS IT.  THE BILL HAS THE WHOLEHEARTED ENDORSEMENT OF THE COMMERCIAL FISHING INDUSTRY.  AS NOTED ABOVE, THE SECRETARY OF THE INTERIOR SPONSORED THE BILL AND STATES THAT THE ADMINISTRATION, INCLUDING ALL OF THE OTHER AFFECTED FEDERAL DEPARTMENTS, SUPPORTS THE BILL.  THE COMMITTEE HAS RECEIVED A VERY LARGE NUMBER OF WRITTEN ENDORSEMENTS FROM ALL PARTS OF THE COUNTRY.

COSTS

THE DEPARTMENT OF THE INTERIOR IS OF THE OPINION THAT THE COST OF THIS BILL WILL BE LITTLE ABOVE THE AMOUNTS NOW BEING SPENT ON STUDIES OF WATER DEVELOPMENT PROJECTS.

GENERAL DISCUSSION

THE FISH AND WILDLIFE RESOURCES OF THE NATION ARE TREMENDOUSLY IMPORTANT, NOT ONLY TO THE PHYSICAL AND SPIRITUAL WELL-BEING OF OUR PEOPLE, BUT TO OUR NATIONAL ECONOMY AS WELL.  A SURVEY MADE BY AN INDEPENDENT SAMPLING ORGANIZATION IN 1955 FOUND THAT 1 OUT OF EVERY 3 OF ALL THE HOUSEHOLDS IN THIS NATION CONTAINS AT LEAST 1 PERSON WHO HUNTS, FISHES, OR BOTH. THESE PEOPLE SPENT IN THAT YEAR SOME $3 BILLION IN PURSUIT OF THEIR SPORTS.  ONE IN EVERY 5 PERSONS, 12 YEARS OF AGE OR OVER-- A TOTAL OF 25 MILLION IN THIS AGE GROUP-- HUNTS OR FISHES, OR BOTH.  IN ADDITION TO THE BUSINESS THESE ACTIVITIES **\*3448** GENERATE TO PROVIDE PROFITS AND WAGES IN THE SPORTING GOODS, RECREATION AND RELATED INDUSTRIES, THESE 25 MILLION PEOPLE GAINED MUCH IN PHYSICAL AND SPIRITUAL HEALTH.

NOT ALL OF THE RECREATIONAL BENEFITS FROM FISH AND WILDLIFE ACCRUE TO THOSE WHO HUNT AND FISH.  IT HAS BEEN ESTIMATED, FOR EXAMPLE, THAT 66 MILLION PEOPLE FIND RECREATION AND RELEASE FROM TENSION IN WILDLIFE PHOTOGRAPHY, BIRD WATCHING, AND OTHER FORMS OF NATURE STUDY BASED ON FISH AND WILDLIFE RESOURCES.

COMMERCIAL FISHERIES ARE OF MAJOR IMPORTANCE TO OUR NATION.  THIS INDUSTRY PROVIDES EMPLOYMENT, BOTH DIRECT AND INDIRECT, FOR ABOUT HALF A MILLION WORKERS. THE COMMERCIAL FISHERIES INDUSTRY SUPPLIES SOMEWHAT MORE THAN 5 BILLION POUNDS OF FISH TO OUR MARKETS EACH YEAR, NEARLY 3 BILLION POUNDS OF W WHICH ARE USED FOR HUMAN FOOD, PROVIDING PROTEINS AND VITAMINS OF GREAT VALUE IN THE NATIONAL DIET.

THE REMAINDER, AS WELL AS MOST OF THE WASTE FROM FILLETING, CANNING, AND OTHERWISE PREPARING FOOD FISH FOR MARKET, IS USED IN THE PRODUCTION OF SUPPLEMENTS TO ANIMAL FEEDS AND AS SPECIAL-PURPOSE MATERIALS IN INDUSTRY AND THE ARTS.

FISHMEALS, WHEN INCORPORATED IN POULTRY DIETS, ENABLE THE FARMER TO BRING HIS BIRDS TO MARKET WEIGHT IN A PERIOD OF 8 WEEKS, RESULTING IN A SIGNIFICANT SAVING IN FEED AND A SIGNIFICANT IMPROVEMENT IN POULTRY QUALITY.  FISH SOLUBLES, ANOTHER

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

S. REP. 85-1981, S. Rep. No. 1981, 85TH Cong., 2ND Sess. 1958, 1958 U.S.C.C.A.N. 3446, 1958 WL 3911 (Leg.Hist.)
**(Cite as: 1958 U.S.C.C.A.N. 3446)**

PRODUCT DERIVED FROM THE FISH WASTES, ARE AN ACKNOWLEDGED SUPERIOR SOURCE OF VITAMINS, MINERALS, AND UNKNOWN GROWTH FACTORS AND ARE UNIVERSALLY USED IN FEEDS PREPARED FOR USE BY THE POULTRY AND SWINE-RAISING INDUSTRIES.

  THE COMMERCIAL FISH CATCH, WHEN PROCESSED INTO HUMAN FOOD AND INDUSTRIAL PRODUCTS, IS VALUED AT WELL OVER A BILLION DOLLARS ANNUALLY AT THE RETAIL LEVEL.

  SOME OF THE MORE DESIRABLE AND MOST VALUABLE COMMERCIAL FISHES SUCH AS SALMON, STRIPED BASS, MENHADEN, SHRIMP, AND OTHER SHELLFISH, ARE AFFECTED BY WATER-USE PROJECTS.  THE ANADROMOUS FISHES, WHICH INCLUDE THE SALMON, STRIPED BASS, AND SHAD, MUST MIGRATE TO LOCATIONS IN STREAMS TO PERFORM THEIR SPAWNING ACT.  AFTER THE EGGS HAVE HATCHED, THE RESULTING YOUNG FISH MUST MAKE THEIR WAY DOWNSTREAM TO THE OCEAN TO ACHIEVE THEIR GROWTH.  THIS TWO-WAY MIGRATION IS PARTICULARLY VULNERABLE TO INTERFERENCE BY DAMS.  IN SOME INSTANCES, SHELLFISH MAY ALSO BE AFFECTED BY DAMS, AS THESE DAMS MAY ALTER THE SALINITY OF THE WATER IN RIVER ESTUARIES.  FINALLY, THE NURSERY AND FEEDING GROUNDS OF VALUABLE CRUSTACEANS, SUCH AS SHRIMP, AS WELL AS THE YOUNG OF VALUABLE MARINE FISHES, MAY BE AFFECTED BY DREDGING, FILLING, AND DIKING OPERATIONS OFTEN CARRIED OUT TO IMPROVE NAVIGATION AND PROVIDE NEW INDUSTRIAL OR RESIDENTIAL LAND.

  IT IS PARTICULARLY IMPORTANT THAT ADEQUATE PROVISION BE MADE FOR FISH AND WILDLIFE CONSERVATION IN THE WATER RESOURCE PROGRAM, IN VIEW OF THE VERY GREAT INCREASES IN DEMAND FOR WATER IN THE NATION'S EXPANDING POPULATION AND ECONOMY.

  SINCE 1950, WATER DEMANDS FOR USE BY HUMANS HAVE INCREASED BY 35 TO 40 PERCENT.  THIS IS ROUGHLY THREE TIMES THE INCREASE IN POPULATION, EVEN THOUGH THE POPULATION ITSELF IS INCREASING VERY RAPIDLY.  FISH AND WILDLIFE SPECIES, LIKE OTHER LIVING THINGS, NEED LAND AND WATER.  ADEQUATE PROVISION MUST BE MADE FOR THE CONSERVATION AND PRESERVATION OF FISH AND WILDLIFE **\*3449** IN OUR WATER PROGRAM IF WE ARE TO CONTINUE TO HAVE THEM AS PART OF OUR ECONOMY AND WAY OF LIFE.  H.R. 13138, AS REPORTED, IS INTENDED TO PROVIDE MORE ADEQUATELY FOR THE CONSERVATION AND PRESERVATION OF FISH AND WILDLIFE WITHOUT UNDULY RESTRICTING NEEDED DEVELOPMENT OF OUR WATER RESOURCES TO MEET MAN'S VARIOUS REQUIREMENTS.  DESPITE THE CONSIDERABLE ACCOMPLISHMENTS UNDER THE 1946 COORDINATION ACT, THE RESULTS HAVE FALLEN FAR SHORT OF THE RESULTS ANTICIPATED BY THE CONSERVATIONISTS WHO SPONSORED THE 1946 LAW.  THE LIMITATIONS AND DEFICIENCIES OF THAT ACT WILL NOT PERMIT THE FISH AND WILDLIFE SERVICE AND THE STATE FISH AND GAME DEPARTMENTS TO ACCOMPLISH THE OBJECTIVES OF FISH AND WILDLIFE CONSERVATION AND RIVER BASIN DEVELOPMENT THAT ARE CLEARLY ESSENTIAL IF WE ARE TO PRESERVE OUR FISH AND WILDLIFE RESOURCES ON A SCALE DEMANDED BY THE PEOPLE OF THE NATION.

  PRINCIPALLY THE 1946 ACT DOES NOT PROVIDE CLEAR, GENERAL AUTHORITY FOR THE FEDERAL AGENCIES WHO CONSTRUCT WATER-RESOURCE PROJECTS TO INCORPORATE IN PROJECT CONSTRUCTION AND OPERATION PLANS THE NEEDED MEASURES FOR FISH AND WILDLIFE CONSERVATION.  THE ACT IS MAINLY CONCERNED WITH COMPENSATORY MEASURES TO MITIGATE THE LOSS OF OR DAMAGE TO FISH AND WILDLIFE RESOURCES; IT CONTAINS NO CLEAR AUTHORITY TO PERMIT THE PLANNING OF INSTALLATIONS OF APPROPRIATE MEANS AND MEASURES TO TAKE ADVANTAGE OF OPPORTUNITIES PROVIDED BY WATER PROJECTS FOR ENHANCEMENT OR IMPROVEMENT FOR FISH AND WILDLIFE RESOURCES.

  EXISTING LAW IS OF QUESTIONABLE APPLICATION TO MANY AUTHORIZED PROJECTS, A VERY SERIOUS SHORTCOMING.  THE CORPS OF ENGINEERS, FOR EXAMPLE, HAS A BACKLOG OF 650 ACTIVE AUTHORIZED PROJECTS WITH AN ESTIMATED COST OF ABOUT $6 BILLION ON WHICH CONSTRUCTION HAS NOT YET STARTED.  MANY OF THESE COVER VAST AREAS, CONTAINING SOME OF THE MOST IMPORTANT FISH AND WILDLIFE RESOURCES OF THE NATION.  THE BUREAU OF RECLAMATION HAS ABOUT 150 PROJECTS OR UNITS AT AN ESTIMATED COST OF $3.7 BILLION IN THIS CATEGORY.  MOST OF THESE PROJECTS HAVE NEVER BEEN INVESTIGATED FROM THE STANDPOINT OF THEIR EFFECTS ON FISH AND WILDLIFE RESOURCES.  MANY OF THEM WERE AUTHORIZED [15 OR 20](#) YEARS AGO OR MORE.  IT WOULD MAKE GOOD SENSE TO HAVE THE

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

Case 2:05-cv-04182-SRD-JCW   Document 16510-30   Filed 11/20/08   Page 4 of 11

S. REP. 85-1981                                                                Page 4
S. REP. 85-1981, S. Rep. No. 1981, 85TH Cong., 2ND Sess. 1958, 1958 U.S.C.C.A.N. 3446, 1958 WL 3911 (Leg.Hist.)
**(Cite as: 1958 U.S.C.C.A.N. 3446)**

POLICIES AND PROCEDURES OF THE COORDINATION ACT APPLICABLE TO THEM IN ORDER THAT THE WISHES OF THE CONGRESS IN ENACTING THE 1946 STATUTE AND THE PROPOSED AMENDMENTS CAN BE OBSERVED.

  THE BILL PROVIDES FOR THE INCLUSION OF FISH AND WILDLIFE CONSERVATION FEATURES IN THESE AUTHORIZED PROJECTS SO LONG AS T EY ARE 'COMPATIBLE WITH THE PURPOSES FOR WHICH THE PROJECT WAS AUTHORIZED.'  IT IS UNDERSTOOD THAT SOME BENEFITS FROM AUTHORIZED PROJECT PURPOSES MAY HAVE TO BE DIMINISHED IN SOME SLIGHT DEGREE IN ORDER TO OBTAIN BENEFITS FROM FISH AND WILDLIFE CONSERVATION MEASURES ADOPTED TO COMPENSATE FOR LOSSES TO THESE RESOURCES OR TO ENHANCE AND DEVELOP FISH AND WILDLIFE.

  THE LEGISLATION WOULD PROVIDE THAT CONSERVATION MEASURES FOR THE PREVENTION OF LOSSES TO FISH AND WILDLIFE SHOULD BE INCLUDED 'TO THE EXTENT JUSTIFIABLE ' IN AUTHORIZED PROJECTS.  IT IS THE UNDERSTANDING OF YOUR COMMITTEE, HOWEVER, THAT THESE MEASURES WOULD NOT HAVE TO BE JUSTIFIED UNDER THE USUAL BENEFIT-COST TYPE OF ANALYSIS.  THEY WOULD NOT PRODUCE 'BENEFITS.'  THESE MEASURES WOULD BE FOR REDUCING OR COMPENSATING FOR LOSSES.

  SIMILARLY, IT IS THE UNDERSTANDING OF YOUR COMMITTEE THAT THE 'ESTIMATION OF WILDLIFE * * * LOSSES' PROVIDED FOR IN THE BILL WOULD NOT REQUIRE A DOLLAR EVALUATION.

  **\*3450** EXISTING LAW HAS QUESTIONABLE APPLICATION TO PROJECTS OF THE CORPS OF ENGINEERS FOR THE DREDGING OF BAYS AND ESTUARIES FOR NAVIGATION AND FILLING PURPOSES.  MORE SERIOUSLY, EXISTING LAW HAS NO APPLICATION WHATSOEVER TO THE DREDGING AND FILLING OF BAYS AND ESTUARIES BY PRIVATE INTERESTS OR OTHER NON-FEDERAL ENTITIES IN NAVIGABLE WATERS UNDER PERMIT FROM THE CORPS OF ENGINEERS. THIS IS A PARTICULARLY SERIOUS DEFICIENCY FROM THE STANDPOINT OF COMMERCIAL FISHING INTERESTS.  THE DREDGING OF THESE BAYS AND ESTUARIES ALONG THE COASTLINES TO AID NAVIGATION AND ALSO TO PROVIDE LAND FILLS FOR REAL ESTATE AND SIMILAR DEVELOPMENTS, BOTH BY FEDERAL AGENCIES OR OTHER AGENCIES UNDER PERMIT FROM THE CORPS OF ENGINEERS, HAS INCREASED TREMENDOUSLY IN THE LAST 5 YEARS. OBVIOUSLY, DREDGING ACTIVITY OF THIS SORT HAS A PROFOUND DISTURBING EFFECT ON AQUATIC LIFE, INCLUDING SHRIMP AND OTHER SPECIES OF TREMENDOUS SIGNIFICANCE TO THE COMMERCIAL FISHING INDUSTRY.

  THE BAYS, ESTUARIES, AND RELATED MARSH AREAS ARE HIGHLY IMPORTANT AS SPAWNING AND NURSERY GROUNDS FOR MANY COMMERCIAL SPECIES OF FISH AND SHELLFISH.

  ALSO EXISTING LAW CONTAINS NO REFERENCE TO THE AUTHORITY OF THE WATER-PROJECT CONSTRUCTION AGENCIES TO ACQUIRE LAND AROUND WATER-USE PROJECTS FOR FISH AND WILDLIFE CONSERVATION PURPOSES.  IN VERY MANY CASES, THE AVAILABILITY OF LANDS TO THE FISH AND WILDLIFE SERVICE OR THE STATE FISH AND GAME DEPARTMENTS FOR THESE PURPOSES IS THE KEY TO ADEQUATE AND SATISFACTORY PROJECT MEASURES TO COMPENSATE FOR LOSSES AND TO PROVIDE FOR THE ENHANCEMENT AND IMPROVEMENT OF FISH AND WILDLIFE. THE CONSERVATION AGENCIES ARE RESTRICTED AND HAMPERED BY THIS LACK OF AUTHORITY, PARTICULARLY WHERE THE LAND ACQUISITION NECESSARY FOR FLOOD CONTROL AND OTHER SO-CALLED PRIMARY PURPOSES OF PROJECTS RESULTS IN LITTLE OR NO LAND BEING AVAILABLE FOR CONSERVATION PURPOSES.

  THE AMENDMENTS PROPOSED BY THIS BILL WOULD REMEDY THESE DEFICIENCIES AND HAVE SEVERAL OTHER IMPORTANT ADVANTAGES.  THE AMENDMENTS, WOULD PROVIDE THAT WILDLIFE CONSERVATION SHALL RECEIVE EQUAL CONSIDERATION WITH OTHER FEATURES IN THE PLANNING OF FEDERAL WATER RESOURCE DEVELOPMENT PROGRAMS.  THIS WOULD HAVE THE EFFECT OF PUTTING FISH AND WILDLIFE ON THE BASIS OF EQUALITY WITH FLOOD CONTROL, IRRIGATION, NAVIGATION, AND HYDROELECTRIC POWER IN OUR WATER RESOURCE PROGRAMS, WHICH IS HIGHLY DESIRABLE AND PROPER, AND REPRESENTS AN OBJECTIVE LONG SOUGHT BY CONSERVATIONISTS OF THE NATION.

  THE AMENDMENTS WOULD ALSO PROVIDE THE DEPARTMENT OF THE INTERIOR WITH AUTHORITY

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

S. REP. 85-1981, S. Rep. No. 1981, 85TH Cong., 2ND Sess. 1958, 1958 U.S.C.C.A.N. 3446, 1958 WL 3911 (Leg.Hist.)
**(Cite as: 1958 U.S.C.C.A.N. 3446)**

TO ACCEPT LANDS AND FUNDS FOR FISH AND WILDLIFE CONSERVATION PURPOSES GIVEN BY INDIVIDUALS AND OTHER NON-FEDERAL ENTITIES.  THEY WOULD GRANT AUTHORITY FOR THE WITHDRAWAL OF PUBLIC LANDS TO PROVIDE AREAS FOR FISHING PURPOSES AND ACCESS TO AREAS TO BE UTILIZED BY THE PUBLIC FOR BOTH HUNTING AND FISHING.  (THE PRESENT ACT CONTAINS AUTHORITY FOR WITHDRAWAL OF PUBLIC LANDS TO PROVIDE AREAS FOR HUNTING PURPOSES.) MUCH PUBLIC LAND HAS BEEN WITHDRAWN FOR HUNTING PURPOSES AND LARGE AREAS HAVE BEEN MADE AVAILABLE TO STATE FISH AND GAME DEPARTMENTS FOR ADMINISTRATION AND MANAGEMENT.

  FINALLY, THE AMENDMENTS TO EXISTING LAW WOULD SIMPLIFY PROCEDURES, FOR THE ASSUMPTION OF MANAGEMENT BY THE STATES OF PROJECT LANDS FOUND TO BE OF PARTICULAR VALUE TO THE NATIONAL MIGRATORY BIRD PROGRAM.  UNDER OTHER EXISTING LAW, THE DEPARTMENT OF THE INTERIOR HAS JURISDICTION OF THIS PROGRAM, BUT FREQUENTLY IT IS FOUND TO BE IN THE PUBLIC INTEREST FOR THE STATES TO TAKE OVER THE MANAGEMENT OF CERTAIN LANDS PARTICULARLY VALUABLE FOR MIGRATORY BIRDS.

  TODAY THESE LANDS MUST BE ASSIGNED BY THE PROJECT CONSTRUCTION **\*3451** AGENCY FIRST TO THE FISH AND WILDLIFE SERVICE, WHO IN TURN, ASSIGNS THEM TO STATE FISH AND GAME DEPARTMENTS.  THE BILL WOULD PERMIT THE ASSIGNMENT DIRECTLY TO THE STATES, WHILE SAFEGUARDING THE FEDERAL INTEREST IN MIGRATORY BIRDS.

  THE LEGISLATION WOULD BE A PERMISSIVE LAW SO FAR AS IT CONCERNS RELATIONSHIP BETWEEN WATER PROJECT CONSTRUCTION AGENCIES AND FISH AND WILDLIFE CONSERVATION AGENCIES.  THE LATTER WOULD NOT BE GIVEN ANY VETO POWER OVER ANY PART OF THE WATER RESOURCE DEVELOPMENT PROGRAM.

  THE LEGISLATION WOULD ESTABLISH IN LAW THE PROVISIONS OF A MEMORANDUM OF UNDERSTANDING, DATED MAY 12, 1955, ENTERED INTO BY THE FISH AND WILDLIFE SERVICE AND THE SOIL CONSERVATION SERVICE OF THE DEPARTMENT OF AGRICULTURE.  IT WOULD PROVIDE FOR STUDY OF PROJECTS IN THE SMALL WATERSHED PROGRAM BY THE FISH AND WILDLIFE SERVICE ON A FULLY COOPERATIVE BASIS, LEAVING FULL CONTROL OF THE PROGRAM WITH LOCAL GROUPS, THE SECRETARY OF AGRICULTURE, AND THE CONGRESS, AS AT PRESENT. THESE STUDIES COULD BE MADE TO DETERMINE DESIRABLE MEANS OF ENHANCING FISH AND WILDLIFE RESOURCES IN THESE SMALL WATERSHED PROJECTS AS WELL AS THE MITIGATION OF DAMAGES.

  UNQUESTIONABLY, THE BILL, IF ENACTED, WOULD RESULT IN THE CONGRESS HAVING BETTER INFORMATION ON THE EFFECTS OF WATER PROJECTS ON FISH AND WILDLIFE RESOURCES WHILE CONSIDERING PROJECT-AUTHORIZING LEGISLATION.  IT WILL THEN, OF COURSE, BE FOR THE CONGRESS TO DECIDE WHAT CONSERVATION MEASURES SHOULD BE INCORPORATED IN ANY PROJECT.

  THE CONGRESS, MOREOVER, WOULD RETAIN FULL CONTROL, THROUGH ITS CONSIDERATION OF PROJECT-AUTHORIZING LEGISLATION, AND THE REVIEW OF SUPPLEMENTAL REPORTS, IN THE CASE OF PROJECTS ALREADY AUTHORIZED, OF ANY COSTS INCURRED FOR FISH AND WILDLIFE CONSERVATION PURPOSES.

                              AGENCY COMMENT

  DEPARTMENTAL REPORTS ON S. 3725, THE SENATE VERSION OF H.R. 13138, FOLLOW:

     DEPARTMENT OF AGRICULTURE,

       WASHINGTON, D.C., JUNE 9, 1958.
  HON. WARREN G. MAGNUSON,
  CHAIRMAN, COMMITTEE ON INTERSTATE AND FOREIGN COMMERCE,
  UNITED STATES SENATE.
  DEAR SENATOR MAGNUSON:  THIS IS IN REPLY TO YOUR REQUEST OF APRIL 30, 1958, FOR

          © 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

S. REP. 85-1981, S. Rep. No. 1981, 85TH Cong., 2ND Sess. 1958, 1958 U.S.C.C.A.N. 3446, 1958 WL 3911 (Leg.Hist.)
**(Cite as: 1958 U.S.C.C.A.N. 3446)**

THE COMMENTS OF THIS DEPARTMENT ON S. 3725, A BILL TO AMEND THE COORDINATION AND WATERSHED PROTECTION AND FLOOD PREVENTION ACTS, TO PROMOTE THE CONSERVATION OF WILDLIFE, FISH, AND GAME, AND FOR OTHER PURPOSES.

THE BILL WOULD AMEND THE COORDINATION ACT ADMINISTERED BY THE DEPARTMENT OF THE INTERIOR AND THE WATERSHED PROTECTION AND FLOOD PREVENTION ACT ADMINISTERED BY THE DEPARTMENT OF AGRICULTURE TO FURTHER PROMOTE THE CONSERVATION OF WILDLIFE, FISH, AND GAME RESOURCES.

THE PROVISIONS OF THE BILL ARE IDENTICAL, EXCEPT FOR TWO ADDED SUBSECTIONS, TO THE PROVISIONS OF THE TEXT RECOMMENDED BY THE SECRETARY OF THE INTERIOR ON APRIL 1, 1958, TO THE COMMITTEE ON INTERSTATE AND FOREIGN COMMERCE AS A SUBSTITUTE FOR S. 2496 AND CONCURRED IN BY THIS DEPARTMENT IN ITS REPORT DATED APRIL 30, 1958, TO THAT COMMITTEE IN WHICH IT ALSO OUTLINED ITS STRONG OBJECTIONS TO S. 2496 AS INTRODUCED. THE 2 ADDED SUBSECTIONS CONSIST OF A FURTHER PROPOSED IDENTICAL AMENDMENT TO EACH OF THE 2 ACTS TO BE AMENDED BY THE BILL WHICH WOULD REQUIRE THAT ANY ACQUISITION, WITHDRAWAL, ADMINISTRATION, OR TRANSFER OF WATER, WATER RESOURCES, OR WATER RIGHTS NECESSARY TO CARRY OUT THE PROVISIONS OF THOSE **\*3452** ACTS SHALL BE ACCOMPLISHED IN ACCORDANCE WITH THE WATER LAWS OF THE STATE OR STATES IN WHICH SUCH ACTION IS TAKEN. THIS DEPARTMENT FEELS THAT THE PROPOSED ADDED SUBSECTION 12(B) TO THE WATERSHED PROTECTION AND FLOOD PREVENTION ACT BEGINNING ON PAGE 13, LINE 23 OF THE BILL DOES NOT APPEAR TO BE NECESSARY IN VIEW OF THE EXISTING PROVISIONS IN SECTION 4(4) OF THAT ACT, WHICH PROVIDES THAT LOCAL ORGANIZATIONS SHALL ACQUIRE OR PROVIDE ASSURANCE THAT LANDOWNERS OR WATER USERS HAVE ACQUIRED NEEDED WATER RIGHTS, PURSUANT TO STATE LAW.

THE BUREAU OF THE BUDGET ADVISES THAT THERE IS NO OBJECTION TO THE SUBMISSION OF THIS REPORT.

SINCERELY YOURS,

TRUE D. MORSE, ACTING SECRETARY.

FEDERAL POWER COMMISSION,

WASHINGTON, JUNE 26, 1958.

S. 3725, 85TH CONGRESS, 2D SESSION, TO AMEND THE COORDINATION AND WATERSHED PROTECTION \* \* \* ACT \* \* \* .

HON. WARREN G. MAGNUSON,
CHAIRMAN, COMMITTEE ON INTERSTATE AND FOREIGN COMMERCE,
UNITED STATES SENATE, WASHINGTON, D.C.

DEAR MR. CHAIRMAN: IN RESPONSE TO YOUR REQUEST OF APRIL 30, 1958, THERE ARE ENCLOSED COPIES OF THE REPORT OF THE FEDERAL POWER COMMISSION ON THE SUBJECT BILL.

SINCERELY YOURS,

JEROME K. KUYKENDALL,

CHAIRMAN.

ENCLOSURE NO. 104472.

FEDERAL POWER COMMISSION REPORT ON S. 3725, 85TH CONGRESS, A BILL TO AMEND THE COORDINATION AND WATERSHED PROTECTION AND FLOOD PREVENTION ACTS, TO PROMOTE THE CONSERVATION OF WILDLIFE, FISH, AND GAME, AND FOR OTHER PURPOSES

THE AMENDMENTS TO THE WILDLIFE RESOURCES COORDINATION AND WATERSHED PROTECTION

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

Case 2:05-cv-04182-SRD-JCW   Document 16510-30   Filed 11/20/08   Page 7 of 11

S. REP. 85-1981 Page 7
S. REP. 85-1981, S. Rep. No. 1981, 85TH Cong., 2ND Sess. 1958, 1958 U.S.C.C.A.N. 3446, 1958 WL 3911 (Leg.Hist.)
**(Cite as: 1958 U.S.C.C.A.N. 3446)**

AND FLOOD PREVENTION ACTS (16 U.S.C. 661, 1001) PROPOSED BY THIS BILL APPEAR TO BE DESIGNED TO SECURE MORE EFFECTIVE COOPERATION BETWEEN STATE AND FEDERAL AGENCIES AND BETWEEN FEDERAL AGENCIES THEMSELVES IN PLANNING FOR THE PRESERVATION, IMPROVEMENT, AND USE OF FISH AND WILDLIFE RESOURCES IN CONNECTION WITH WATER RESOURCE PROJECTS TO BE CONSTRUCTED BY OR UNDER AUTHORITY OF THE UNITED STATES OR WITH FEDERAL FINANCIAL OR TECHNICAL ASSISTANCE.  THE AMENDMENTS WOULD ALSO PLACE AN AFFIRMATIVE RESPONSIBILITY UPON FEDERAL AGENCIES, NOT ONLY TO PREVENT LOSS OR DAMAGE TO WILDLIFE RESOURCES AS PRESENTLY CONTEMPLATED BY THE COORDINATION ACT, BUT TO INTEGRATE WILDLIFE CONSERVATION PROGRAMS FOR THE ENHANCEMENT OF WILDLIFE WITH OTHER WATER RESOURCE DEVELOPMENT PROGRAMS WHETHER CARRIED OUT BY FEDERAL OR NON-FEDERAL AGENCIES.

  THERE IS MUCH TO BE GAINED BY AN AFFIRMATIVE APPROACH TO WILDLIFE PROTECTION AND PRESERVATION.  IN THE ISSUANCE OF LICENSES UNDER THE FEDERAL POWER ACT FOR WATER-POWER DEVELOPMENT BY NON-FEDERAL AGENCIES, THE FEDERAL POWER COMMISSION REGARD THE WILDLIFE RESOURCES COORDINATION ACT AS CALLING NOT ONLY FOR PROTECTION BUT ALSO FOR THE ENHANCEMENT OF FISH AND WILDLIFE RESOURCES WHENEVER SUCH ENHANCEMENT CAN BE REASONABLY ACHIEVED.  IT APPEARS, THEREFORE, THAT THE AMENDMENTS CARRIED BY THE BILL WOULD MERELY APPLY THE SAME PRINCIPLE TO FEDERAL PROGRAMS AS IS NOW APPLIED TO NON-FEDERAL DEVELOPMENTS UNDER THE FEDERAL POWER ACT.

  IN THIS CONNECTION SUBSECTION 1(C) OF THE BILL WOULD AUTHORIZE THE SECRETARY OF THE INTERIOR 'TO ACCEPT DONATIONS OF LAND AND CONTRIBUTIONS OF FUNDS IN FURTHERANCE OF THE PURPOSES OF THIS ACT.'  IN ISSUING LICENSES THE COMMISSION HAS REQUIRED IN APPROPRIATE CASES THAT LICENSEES **3453** MAKE FUNDS AVAILABLE TO THE SECRETARY TO CONDUCT STUDIES TO DETERMINE MEASURES AND FACILITIES REQUIRED TO CONSERVE AND ENHANCE FISH AND WILDLIFE RESOURCES.  IN ADDITION, THE COMMISSION HAS REQUIRED LICENSEES TO ACQUIRE OR PROVIDE FUNDS FOR ACQUIRING LANDS FOR WILDLIFE MANAGEMENT PROGRAMS.  IF ANY DOUBT EXISTS AS TO THE AUTHORITY OF THE SECRETARY OF THE INTERIOR TO ACCEPT SUCH DONATIONS AND CONTRIBUTIONS, IT APPEARS DESIRABLE TO EXPRESSLY GRANT SUCH AUTHORITY AS PROPOSED BY THE BILL.

  WE UNDERSTAND THAT THE SECRETARY OF THE INTERIOR IN HIS REPORT ON THIS BILL URGES THAT CONGRESS CONSIDER SEPARATELY FROM THIS BILL THE MATTER OF COMPLIANCE WITH STATE LAWS COVERED BY THE TWO SUBSECTIONS APPEARING ON PAGE 11, LINES 7 THROUGH 11, AND ON PAGE 13, LINE 23, THROUGH LINE 2 ON PAGE 14, BECAUSE OF THEIR CONTROVERSIAL NATURE. [FN1] THE MATTER OF COMPLIANCE WITH STATE WATER LAWS IS PRESENTLY BEFORE THE CONGRESS IN OTHER BILLS DIRECTLY DEALING WITH THAT SUBJECT.  WHILE WE DO NOT CONSTRUE THESE TWO SUBSECTIONS AS SUPERSEDING ANY OF THE LICENSING PROVISIONS OF THE FEDERAL POWER ACT, WE ALSO BELIEVE THAT THE QUESTION OF COMPLIANCE WITH STATE LAWS MIGHT BETTER BE CONSIDERED SEPARATELY FROM S. 3725.  CONSEQUENTLY, WE RECOMMEND THAT THE TWO SUBSECTIONS BE DELETED FROM THE BILL.

  WITH THE AMENDMENT RECOMMENDED ABOVE THE COMMISSION IS IN FAVOR OF THIS BILL.

     FEDERAL POWER COMMISSION,

     BY JEROME K. KUYKENDALL, CHAIRMAN.

     COMPTROLLER GENERAL OF THE UNITED STATES

     WASHINGTON, MAY 16, 1958.
  HON. WARREN G. MAGNUSON,
  CHAIRMAN, COMMITTEE ON INTERSTATE AND FOREIGN COMMERCE,
  UNITED STATES SENATE.
  DEAR MR. CHAIRMAN:  FURTHER REFERENCE IS MADE TO YOUR LETTER DATED APRIL 30,

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

S. REP. 85-1981, S. Rep. No. 1981, 85TH Cong., 2ND Sess. 1958, 1958 U.S.C.C.A.N. 3446, 1958 WL 3911 (Leg.Hist.)
**(Cite as: 1958 U.S.C.C.A.N. 3446)**

1958, ACKNOWLEDGED MAY 2, REQUESTING OUR COMMENTS ON S. 3725, 85TH CONGRESS, 2D SESSION.

  S. 3725 WOULD AMEND THE COORDINATION ACT OF 1934, AS AMENDED (16 U.S.C. 661-667), AND THE WATERSHED PROTECTION AND FLOOD PREVENTION ACT, AS AMENDED (16 U.S.C. 1001-1007), TO PROVIDE FOR THE INTEGRATION OF FISH AND WILDLIFE CONSERVATION PROGRAMS WITH WATER-RESOURCE DEVELOPMENT PROJECTS IN WHICH A FEDERAL INTEREST EXISTS.

  WE FIND NOTHING IN THIS BILL WHICH IS OBJECTIONABLE FROM AN ACCOUNTING AND AUDITING VIEWPOINT.  HOWEVER, WE HAVE NO INFORMATION, OTHER THAN THAT CONTAINED IN THE REMARKS OF THE SPONSOR UPON INTRODUCTION OF THE BILL, WITH RESPECT TO THE NECESSITY FOR, OR ADVISABILITY OF, LEGISLATION OF THIS NATURE.  WE THEREFORE MAKE NO RECOMMENDATION WITH RESPECT TO ITS ENACTMENT.

  YOUR ATTENTION IS INVITED TO THE REFERENCE TO 'SECTION O' IN LINE 17, PAGE 11, WHICH APPARENTLY SHOULD READ 'SECTION 3(B).'

  SINCERELY YOURS,

    JOSEPH CAMPBELL,

    COMPTROLLER GENERAL OF THE UNITED STATES.

    **\*3454** GENERAL SERVICES ADMINISTRATION,

    WASHINGTON, D.C., JULY 9, 1958.
  HON. WARREN G. MAGNUSON,
  CHAIRMAN, COMMITTEE ON INTERSTATE AND FOREIGN COMMERCE,
  UNITED STATES SENATE, WASHINGTON, D.C.
  DEAR MR. CHAIRMAN:  YOUR LETTER OF APRIL 30 REQUESTED THE VIEWS OF THE GENERAL SERVICES ADMINISTRATION ON S. 3725, 85TH CONGRESS, A BILL TO AMEND THE COORDINATION AND WATERSHED PROTECTION AND FLOOD PREVENTION ACTS, TO PROMOTE THE CONSERVATION OF WILDLIFE, FISH, AND GAME, AND FOR OTHER PURPOSES.

  INASMUCH AS THE SUBJECT MATTER OF THIS MEASURE DOES NOT CONCERN THE OPERATIONS AND FUNCTIONS OF GSA, WE DO NOT BELIEVE AN EXPRESSION OF OUR VIEWS WOULD BE APPROPRIATE.

  ENACTMENT OF THIS MEASURE WILL NOT AFFECT THE BUDGETARY REQUIREMENTS OF GSA.

  THE BUREAU OF THE BUDGET HAS ADVISED THAT THERE IS NO OBJECTION TO THE SUBMISSION OF THIS REPORT TO YOUR COMMITTEE.

  SINCERELY YOURS,

    FRANKLIN FLOETE, ADMINISTRATOR.

    DEPARTMENT OF THE INTERIOR,

    OFFICE OF THE SECRETARY,

    WASHINGTON, D.C., JUNE 11, 1958.
  HON. WARREN G. MAGNUSON,
  CHAIRMAN, COMMITTEE ON INTERSTATE AND FOREIGN COMMERCE,
  UNITED STATES SENATE, WASHINGTON, D.C.
  DEAR SENATOR MAGNUSON:  WE INVITE YOUR ATTENTION TO S. 3725, A BILL TO AMEND THE COORDINATION AND WATERSHED PROTECTION AND FLOOD PREVENTION ACTS, TO PROMOTE THE CONSERVATION OF WILDLIFE, FISH, AND GAME, AND FOR OTHER PURPOSES. IN THIS CONNECTION, WE REFER ALSO TO S. 2496, A BILL TO AMEND THE ACT ENTITLED 'AN ACT TO

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

Case 2:05-cv-04182-SRD-JCW   Document 16510-30   Filed 11/20/08   Page 9 of 11

S. REP. 85-1981                                                          Page 9
S. REP. 85-1981, S. Rep. No. 1981, 85TH Cong., 2ND Sess. 1958, 1958 U.S.C.C.A.N. 3446, 1958 WL 3911 (Leg.Hist.)
**(Cite as: 1958 U.S.C.C.A.N. 3446)**

PROMOTE THE CONSERVATION OF WILDLIFE, FISH, AND GAME, AND FOR OTHER PURPOSES,' APPROVED MARCH 10, 1934, AS AMENDED, KNOWN AS THE COORDINATION ACT.  ON APRIL 1, WE TRANSMITTED TO YOU OUR REPORT ON S. 2496. OUR REPORT WAS ACCOMPANIED BY SUGGESTED REVISIONS OF THAT BILL.

  S. 3725, WHICH HAS BEEN INTRODUCED FOLLOWING OUR REPORT ON S. 2496, CONTAINS THE SUGGESTED AMENDMENTS THAT WE TRANSMITTED TO YOU WITH OUR REPORT. HOWEVER, IT INCLUDES ALSO TWO NEW SUBSECTIONS, ON PAGE 11, LINES 7 THROUGH 11, AND ON PAGE 13, LINE 23 THROUGH LINE 2, PAGE 14, DEALING WITH THE MATTER OF COMPLIANCE WITH STATE WATER LAWS ALONG THE LINES OF S. 863, 85TH CONGRESS. THIS DEPARTMENT IN THE PAST HAS RECOMMENDED THE ENACTMENT OF LEGISLATION SIMILAR TO S. 863, AND WE SO REPORTED TO THE CHAIRMAN, COMMITTEE ON INTERIOR AND INSULAR AFFAIRS, UNITED STATES SENATE, BY OUR LETTER OF MARCH 20, 1956, ON S. 863 OF THE 84TH CONGRESS.  WE RECOGNIZE, HOWEVER, THAT THERE IS CONSIDERABLE DIFFERENCE OF OPINION CONCERNING SUCH L LEGISLATION.  WE RECOMMEND, THEREFORE, THAT THE CONTROVERSY OVER S. 863 AND SIMILAR BILLS NOT BE INJECTED INTO THE CONSIDERATION OF THE PROPOSED LEGISLATION TO AMEND THE FISH AND WILDLIFE COORDINATION ACT.  ACCORDINGLY, WE URGE THAT THE CONGRESS CONSIDER S. 863 SEPARATELY.  IF ENACTED, THAT LEGISLATION WOULD, OF COURSE, HAVE THE GENERAL APPLICATION THAT ITS TERMS PRESCRIBE.

  FOR THE FOREGOING REASONS, WE RECOMMEND THAT S. 3725 BE ENACTED IN THE FORM TRANSMITTED WITH OUT REPORT ON S. 2496.  WE RECOMMEND THAT S. 3725 BE AMENDED AS FOLLOWS:

  (1) ON PAGE 11, STRIKE OUT LINES 7 THROUGH 11.

  (2) ON PAGE 13, BEGINNING WITH LINE 23, STRIKE OUT THE TEXT THROUGH LINE 2 ON PAGE 14.

  THE BUREAU OF THE BUDGET HAS ADVISED US THAT THERE IS NO OBJECTION TO THE SUBMISSION OF THIS REPORT TO YOUR COMMITTEE.

  SINCERELY YOURS,

    ROSS LEFFLER,

    ASSISTANT SECRETARY OF THE INTERIOR.

    **\*3455** DEPARTMENT OF THE ARMY,

    WASHINGTON, D.C., APRIL 29, 1958.
  HON. WARREN G. MAGNUSON,
  CHAIRMAN, COMMITTEE ON INTERSTATE AND FOREIGN COMMERCE,
  UNITED STATES SENATE.
  DEAR MR. CHAIRMAN:  REFERENCE IS MADE TO YOUR REQUEST TO THE SECRETARY OF DEFENSE FOR THE VIEWS OF THE DEPARTMENT OF DEFENSE WITH RESPECT TO S. 2496, 85TH CONGRESS, A BILL TO AMEND THE ACT ENTITLED 'AN ACT TO PROMOTE THE CONSERVATION OF WILDLIFE, FISH, AND GAME, AND FOR OTHER PURPOSES,' APPROVED MARCH 10, 1934, AS AMENDED, KNOWN AS THE COORDINATION ACT.'  THE SECRETARY OF DEFENSE HAS ASSIGNED TO THE DEPARTMENT OF THE ARMY THE RESPONSIBILITY FOR THE PREPARATION OF A REPORT.

  THE DEPARTMENT OF THE ARMY HAS CONSIDERED THE ABOVE-MENTIONED BILL, THE PURPOSE OF WHICH, STATED GENERALLY, IS TO AMEND SECTIONS 1-3 OF THE ACT OF CONGRESS APPROVED MARCH 10, 1934, AS AMENDED BY THE ACT APPROVED AUGUST 14, 1946 (16 U.S.C. 661-663), PERTAINING TO THE CONSERVATION OF WILDLIFE.

  THE PRIMARY INTEREST OF THIS DEPARTMENT IN THE PROPOSED AMENDMENTS PERTAINS TO THE CIVIL WORKS WATER RESOURCE DEVELOPMENT PROGRAM.  THE DEPARTMENT IS IN COMPLETE AGREEMENT WITH THE OBJECTIVE OF PROMOTING EFFECTIVE COORDINATION OF WILDLIFE CONSERVATION WITH RESOURCE DEVELOPMENT PROGRAMS AND EQUAL CONSIDERATION OF WILDLIFE

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

S. REP. 85-1981                                                                                          Page 10
S. REP. 85-1981, S. Rep. No. 1981, 85TH Cong., 2ND Sess. 1958, 1958 U.S.C.C.A.N. 3446, 1958 WL 3911
(Leg.Hist.)
**(Cite as: 1958 U.S.C.C.A.N. 3446)**

CONSERVATION IN PLANNING AND CARRYING OUT SUCH PROGRAMS.  ALL PURPOSES MUST BE
CONSIDERED IN ANY COMPREHENSIVE AND COORDINATED DEVELOPMENT IF THE MAXIMUM
SUSTAINED BENEFITS ARE TO BE OBTAINED FOR EACH PUBLIC DOLLAR INVESTED IN THE
DEVELOPMENT OF OUR NATURAL RESOURCES.  THIS WILL INVOLVE THE ACTIVE PARTICIPATION
OF ALL RESPONSIBLE STATE AND FEDERAL AGENCIES IN THE PLANNING, DEVELOPMENT AND
MAINTENANCE OF WATER RESOURCES PROGRAMS. EXPERIENCE SHOWS THAT EACH INTEREST CANNOT
BE GIVEN EVERYTHING IT WANTS.  THERE USUALLY MUST BE ADJUSTMENTS IN BALANCING THE
DEGREE TO WHICH THE VARIOUS PURPOSES CAN BE SERVED CONSIDERING THE OVERALL NEEDS IN
THE AREAS BENEFITED. FULL CONSIDERATION CAN BE GIVEN TO ALL CONSERVATION MATTERS
ONLY WITH THE ACTIVE HELP OF ALL RESPONSIBLE AGENCIES CONCERNED ON A COOPERATIVE
BASIS.
   THERE IS A STRONG IMPLICATION IN THE MODIFICATIONS PROPOSED IN S. 2496, HOWEVER,
THAT WILDLIFE CONSERVATION SHALL BE GIVEN MORE THAN EQUAL TREATMENT. THE COSTS OF
MEANS AND MEASURES TO PREVENT LOSS OF AND DAMAGE TO WILDLIFE, AND TO PROVIDE FOR
THE DEVELOPMENT AND IMPROVEMENT OF WILDLIFE, DO NOT HAVE TO BE JUSTIFIED BY THE
RESULTS EXPECTED.  THE BILL IMPLIES THAT PROVISIONS FOR WILDLIFE SHALL BE INCLUDED
IRRESPECTIVE OF OTHER PROJECT CONSIDERATIONS.
   THIS DEPARTMENT IS AGREEABLE TO THE INCLUSION, IN THE PROJECT WORK TO BE
PERFORMED AND BUDGETED BY IT, OF FACILITIES AND MODIFICATIONS FOR WILDLIFE WHICH
ARE ATTACHED TO OR FORM AN INTEGRAL PART OF OTHER PROJECT FEATURES.  IT IS
CONSIDERED ESSENTIAL TO THE PROPER OPERATION OF THE PROJECT THAT SUCH FACILITIES
SHOULD BE OPERATED BY THE AGENCY RESPONSIBLE FOR OPERATION AND MAINTENANCE OF THE
PROJECT.  HOWEVER, IT IS CONSIDERED THAT FACILITIES AND IMPROVEMENTS WHICH CAN BE
UNDERTAKEN SEPARATELY FOR WILDLIFE CONSERVATION SHOULD BE UNDERTAKEN AS A PART OF
WILDLIFE CONSERVATION PROGRAMS BY THE AGENCIES RESPONSIBLE FOR THOSE PROGRAMS.
   THE BILL, S. 2496, IN ITS PRESENT FORM, IS INCONSISTENT AS TO COST SHARING.  IT
PROVIDES THAT FOR PROJECTS UNDER RECLAMATION LAW ALL COSTS ALLOCATED TO
CONSERVATION OF WILDLIFE, INCLUDING THOSE FOR PREVENTION OF LOSS OR DAMAGE, SHALL
BE NONREIMBURSABLE.  ON THE OTHER HAND, FOR OTHER FEDERAL PROJECTS COSTS OF
MEASURES FOR PREVENTION OF LOSS WOULD BE JOINT OR INTEGRAL PROJECT COSTS CHARGEABLE
TO OTHER PROJECT FUNCTIONS (SUCH AS HYDRO-POWER OR FLOOD CONTROL), AND FOR COSTS
ALLOCATED TO IMPROVEMENT OF THE RESOURCE THE BILL WOULD REQUIRE A FINDING OF THE
AMOUNT WHICH SHOULD BE REIMBURSED BY NON-FEDERAL INTERESTS.  IT IS BELIEVED TO BE
ESSENTIAL THAT WHATEVER COST SHARING PROCEDURE THE CONGRESS ADOPTS AS A MATTER OF
POLICY FOR WILDLIFE CONSERVATION BE UNIFORMLY APPLICABLE TO PROGRAMS OF ALL FEDERAL
AGENCIES.
   S. 2496 WOULD GIVE BROAD AUTHORITY FOR ACQUISITION OF LANDS FOR PREVENTION OF
DAMAGE TO WILDLIFE RESOURCES AND FOR IMPROVEMENT OF SUCH RESOURCES, **\*3456** IN
ACCORDANCE WITH RECOMMENDATIONS OF THE FISH AND WILDLIFE SERVICE AND SUBJECT TO
APPROVAL BY THE SECRETARY OF THE INTERIOR.  NO SPECIFIC ACTION BY THE CONGRESS
THEREON WOULD BE REQUIRED NOR WOULD AFFECTED STATES NECESSARILY HAVE AN OPPORTUNITY
TO COMMENT ON THE APPROPRIATENESS OF SUCH ACQUISITION.  IT IS CONSIDERED ESSENTIAL
TO THE ACCOMPLISHMENT OF SUCH ACQUISITION THAT BEFORE PROPERTIES ARE ACQUIRED FOR
THIS PURPOSE, THE EXTENT OF SUCH ACQUISITION BE DESCRIBED AS ACCURATELY AS
PRACTICABLE AND BE SET FORTH, ALONG WITH OTHER DATA NECESSARY FOR PROJECT
AUTHORIZATION, IN A REPORT SUBMITTED TO THE CONGRESS, AND THAT NO SUCH PROPERTIES
BE ACQUIRED UNLESS SPECIFICALLY AUTHORIZED BY THE CONGRESS, IF SPECIFIC AUTHORITY
FOR SUCH ACQUISITION IS RECOMMENDED BY THE CONSTRUCTION AGENCY.
   MODIFICATION OF THE BASIC LEGISLATION OF THIS MATTER HAS BEEN THE SUBJECT OF
EXTENSIVE COORDINATION AMONG THE DEPARTMENTS OF THE INTERIOR, ARMY AND AGRICULTURE
AND THE BUREAU OF THE BUDGET AS IT RELATES TO THE VARIOUS FEDERAL PROGRAMS THAT
WOULD BE AFFECTED.  AS A RESULT OF THESE ENDEAVORS, THE DEPARTMENT OF THE INTERIOR
HAS PROPOSED CERTAIN MODIFICATIONS OF THE LAW ON WHICH SUBSTANTIAL AGREEMENT HAS

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

S. REP. 85-1981                                                                                          Page 11
S. REP. 85-1981, S. Rep. No. 1981, 85TH Cong., 2ND Sess. 1958, 1958 U.S.C.C.A.N. 3446, 1958 WL 3911 (Leg.Hist.)
**(Cite as: 1958 U.S.C.C.A.N. 3446)**

BEEN REACHED AMONG THE AGENCIES.  A COPY OF THOSE PROPOSALS IS INCLOSED.  IF THE AMENDMENTS PROPOSED IN S. 2496 WERE MODIFIED TO MAKE THE BILL CONSISTENT WITH THE INCLOSED PROPOSALS, THE DEPARTMENT OF THE ARMY WOULD INTERPOSE NO OBJECTION TO ITS ENACTMENT.
  THE BUREAU OF THE BUDGET ADVISES THAT THERE IS NO OBJECTION TO THE SUBMISSION OF THIS REPORT.
  SINCERELY YOURS,

    WILBER M. BRUCKER,

    SECRETARY OF THE ARMY.

  FN1  THESE LINES WERE DELETED BY AMENDMENTS.

(Note:  1.  PORTIONS OF THE SENATE, HOUSE AND CONFERENCE REPORTS, WHICH ARE DUPLICATIVE OR ARE DEEMED TO BE UNNECESSARY TO THE INTERPRETATION OF THE LAWS, ARE OMITTED.  OMITTED MATERIAL IS INDICATED BY FIVE ASTERISKS:   *****.
        2.  TO RETRIEVE REPORTS ON A PUBLIC LAW, RUN A TOPIC FIELD SEARCH USING THE PUBLIC LAW NUMBER, e.g., TO(99-495))

 S. REP. 85-1981, S. Rep. No. 1981, 85TH Cong., 2ND Sess. 1958, 1958 U.S.C.C.A.N. 3446, 1958 WL 3911 (Leg.Hist.)

END OF DOCUMENT

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.