Statement of Louisiana Wildlife and Fisheries Commission
relative to the New Orleans to the Gulf Tidewater Channel

In view of the progress that has been made in the planning of the New Orleans to the Gulf Tidewater Channel and in view of the fact that this agency has not been requested to officially comment on this proposed project, it is felt that the Wild Life and Fisheries Commission must make some comments and recommendations since this channel will have a pronounced effect on fish and wildlife resources within a considerable area.

This Commission recognizes that the development of this channel will be a beneficial development to navigation as indicated in House Document No. 245, 82d Congress, 1st Session, and in the proceedings of the Hearing before the Committee on Public Works, House of Representatives, Eighty-Fourth Congress, 1st Session, on H. R. 6181 and H. R. 6309. Such a development will be important to the state.

However, this Commission is charged by law with the responsibility of the preservation, protection, and propagation of the fish and wildlife resources of Louisiana. Therefore, pertinent factors associated with this project, as presently planned, must be pointed out. It is with the view and spirit that corrective measures can be taken which will protect and preserve highly valuable and irreplaceable fish and wildlife resources and areas that compels this Commission to make these comments and recommendations.

    A. The first segment of this project from the Industrial Canal to Paris Road will have a detrimental effect on existing wildlife values, but due to the relatively small area involved, is of little cause for concern.

Prod. # MRGOX6381

B.  However, that portion of the proposed canal from Paris Road to Chandeleur Island will cause irreplaceable losses to fish and wildlife resources. Thus, this Commission urges strong consideration of realignment of the channel since the proposed alignment is the worst possible one for fish and wildlife resources. Consequently, the following alternate routes are suggested:

1. From the Intracoastal Canal at Paris Road along the canal to the intersection of Cutoff Bayou, thence in a southeasterly direction to the mouth of Bayou St. Malo, and thence along the Bayou LaLoutre ridge to Point Lydia so as to contain the channel in this ridge, and thence across Chandeleur and Breton Sounds to Errol Island and the Gulf. In the event that the above route is not feasible, the following route is suggested although it is considerably less desirable, but far more desirable than the route now under consideration.

2. From the intersection of Michoud Cut and the Intracoastal Waterway southeasterly to the mouth of Grand Bayou on Proctor Point, thence to the mouth of Bayou St. Malo, and thence along the Bayou LaLoutre ridge to Point Lydia so as to contain the channel in this ridge, and thence across Chandeleur and Breton Sounds to Errol Island and the Gulf.

It is the studied opinion of this Commission that while the construction cost of either of the two routes suggested above may be somewhat more than the proposed route, it is felt that this can be justified entirely on the benefits to fish and wildlife resources since this irreplaceable marsh

Prod. # MRGOX6382

area will be preserved. The resources involved are waterfowl, furbearers, oysters, shrimp, and other commercial fisheries. As a recreational area, it is heavily used by the people of the New Orleans area for hunting and sport fishing. This area is especially valuable for recreation due to its close proximity to a high population center.

It must be stated at this time that the loss of this marsh as a waterfowl area cannot be compensated for elsewhere within the means of the Louisiana Wild Life and Fisheries Commission. Marsh development cost in similar areas have exceeded $300.00 per acre with an annual maintenance cost of ten percent. The hypothesis of this is that to develop a marsh of this size and attractiveness would require an initial expenditure of at least $15 million without consideration of land acquisition cost. At this time there is a very great demand for more waterfowl hunting areas, and for this reason, this marsh should be preserved if at all possible. The wetlands inventories of Louisiana show that there are only an estimated 700,000 acres of high quality waterfowl areas, and of this total, 60,000 acres or approximately 9 percent will be adversely affected by this one project alone.

From the waterfowl standpoint, this marsh is the most important area in southeast Louisiana with the exception of the Mississippi River Delta. During the course of the winter, periodic inventories show that a minimum of 250,000 ducks use this area. Based upon waterfowl hunter kill surveys, 110,000 hunts are made during the waterfowl season in the marsh area that will be affected by the presently proposed channel alignment. Aerial waterfowl observations show that this marsh acts to hold a waterfowl population in this region of the state. The hunters that use the marshes for a distance of thirty miles on each side of the proposed channel alignment

Prod. # MRGOX6383

are partially dependent upon this wintering population of waterfowl for a shootable supply of ducks.

Conservative estimates of fishing trips indicate that 750,000 to 1,000,000 fishing trips are made in this area annually. This high use indicates the excellent quality of this area for sport fishing. It also indicates, in part, the monetary value of this area.

Historically, furbearers have been one of the important natural resources of Louisiana. Estimates for the raw fur produced in the area, which it is thought will be affected by this project, average two million dollars annually. This includes consideration of periodic cyclic fluctuations in furbearer populations.

These adverse effects will occur as the present project route is planned.

1. Tidal action would be increased in marsh pond areas.
2. Higher salinities, increased turbidity, and a wider range of salinities will result.
3. Spoil deposition would fill in large numbers of marsh ponds formerly attractive to waterfowl.

The results of the above stated points will eliminate the current high production of waterfowl food plants that attract the wintering concentrations of ducks. A change in the marsh types will occur as a result of the increased salinities. The future marsh types, once this project has been completed, will be oyster grass, black rush, or wire grass. These marsh types are virtually worthless for the production of furbearing animals.

The estimated value of the oysters and waterbottoms east of the Mississippi River is $4,000,000 annually as they now exist. This area is not only important for the production of market oysters, but also for obtain-

Prod. # MRGOX6384

ing seed oysters for bedding west of the river. It is essentially the backbone of the Louisiana oyster industry for areas east of the Atchafalaya River system. Extensive shell planting has been made in this general area to provide badly needed additional seed oysters. The present route will result in direct losses as well as indirect losses to the oyster industry. This industry has undergone serious losses in oysters and waterbottoms within the past few years. Every effort should be made to preserve the existing areas as well as to establish other areas by the controlled introduction of river water in several places to prevent further salt water intrusion.

The shrimp fishery alone for the area from the proposed channel around the Mississippi River to Grand Isle is carefully estimated as being worth $20,000,000 annually to the fishermen. This does not include the associated value to additional handlers and processors or the cost of equipment, etc., for taking the shrimp. The value of the area east of the Mississippi River as a nursery grounds for shrimp and fish is extremely valuable, being inestimable, and is closely associated with fisheries production. Possibly half of the trammel and seine netting for marine fish in Louisiana is done in these waters.

In the event that these recommendations offered above cannot be considered, even in view of the valuable resources and the most favorable factors described, this Commission would be pleased to make specific recommendations relative to spoil disposition, closures or openings of bayous which will be crossed by the channel, and measures for mitigation of losses if these are applicable in view of the presently proposed route. For inclusion as a part of the project, it is recommended that additional sources of freshwater from the river be made available to reduce salt water intrusion, such as at Violet Canal and Poydras. This Commission will be pleased to cooperate in this effort.

Prod. # MRGOX6385

Prod. # MRGOX6386



Prod. # MRGOX6387

Prod. # MRGOX6388