

# Acknowledgements

Many agencies, institutions, and individuals contributed their time, energy, and expertise to the completion of this report, as follows:

James L. Connaughton, Chairman, CEQ
David Anderson, Associate Director, OMB

**White House Wetlands Working Group**

Greg Schildwachter, CEQ
Kathy Copeland, CEQ
Gerhard Kuska, CEQ
Benjamin Grumbles, EPA
Matt Hogan, DOI
George Dunlop, DOA
Tyler Duvall, DOT
Timothy Keeney, NOAA
David Smith, DOI
Chris Kearney, DOI
Bruce Knight, USDA
Benjamin Tuggle, FWS

**Core Work Team**

Mike Hickey, OMB
Jennifer Macal, NOAA
Jo Ann Mills, FWS
Bill Wilen, FWS

**Working Group Staff**

Bill Wilen, FWS (Chair)
Joanne Barry, USACE
John Cooper, FWS
Ellen Cummings, USACE
Paula Frechen, FWS
Jennifer Macal, NOAA
Camille Mittelholtz, DOT
Gregory Peck, EPA
Myra Price, EPA
Cindy Ryberg, DOI
Gregory Schildwachter, CEQ
Dave Stout, FWS
Mark Sudol, USACE
Melvin Womack, NRCS

**Contributors**

USGS National Wetlands Research Center

**Production**

Mark Newcastle, FWS
Frances Pflieger, NOAA
Jerry Slaff, NOAA

This report to Congress shows how Federal agencies are implementing President George W. Bush's 2004 Earth Day goal to "work to restore and to improve and to protect at least three million acres of wetlands over the next five years." The report includes the accomplishments of the first two years and the requested budget and planned accomplishments for FY 2007, with descriptions of contributing Federal programs.

*The White House Council on Environmental Quality*
*730 Jackson Place*
*Washington, DC  20503*

*http://www.whitehouse.gov/ceq/*

*Cover photo: Chincoteague National Wildlife Refuge.* (Hillenbrand, FWS)

# Conserving America's Wetlands 2006: Two Years of Progress Implementing the President's Goal

| | |
|---|---|
| Department of Agriculture | Department of the Army |
| Department of Commerce | Department of the Interior |
| Department of Transportation | Environmental Protection Agency |

## Council on Environmental Quality
April 2006



EXECUTIVE OFFICE OF THE PRESIDENT
COUNCIL ON ENVIRONMENTAL QUALITY
WASHINGTON, D.C. 20503

*Members of Congress:*

This second annual progress report on President George W. Bush's Wetlands Initiative brings you good news. The numbers are encouraging, teamwork among federal agencies is strong, and we are steering our efforts according to what we learn as we go.

Since the President set the goal on Earth Day 2004 to move beyond "no net loss" of wetlands and attain an overall increase in the amount and quality of wetlands in America, we have restored, created, protected, or improved 1,797,000 acres of wetlands. We now have 588,000 acres of wetlands that did not exist in 2004, we have improved the quality of 563,000 acres that already existed in 2004, and we have protected the high quality of another 646,000 acres of existing wetlands. These accomplishments were achieved through conservation programs separate from the mitigation programs that increase and improve wetlands as replacements for wetlands developed for other uses.

Our success is a direct result of the benefits of the Cooperative Conservation Executive Order 13352. The executive order directs the Departments of Interior, Agriculture, Commerce, and Defense, and the Environmental Protection Agency to coordinate with each other and with state, local, and tribal governments, private institutions, and other nongovernmental entities and individuals. The departments have done so with collaboration, respect for all interests, and local participation.

We have accomplished so much, and I look forward to working with you to build on this success. We have a particularly difficult task restoring the coastal wetlands that were already compromised by erosion and then overrun by Hurricanes Katrina and Rita. We must also uphold the effectiveness of the "no net loss policy," which is currently under review by the U.S. Supreme Court. Acknowledging these and other wetland conservation tasks, the President's 2007 Budget proposes $403 million to enroll 250,000 acres into USDA's Wetlands Reserve Program (WRP). The WRP is a crucial contributor to the President's Wetlands Initiative, and, if enacted, the Budget request would enroll an additional 100,000 acres in the WRP.

We are working smarter as we continue to work harder. We know from the regular report of the Department of Agriculture that wetlands on farms are increasing. We also know from the recently issued report from the Department of Interior that, overall in the Nation, the conservation of shallow-water wetlands such as ponds is outpacing marshes and forested wetlands. Furthermore, our decades-old system of counting wetland acres does not account for the quality, function, and condition of wetlands. To ensure appropriate attention to all categories of wetlands, and to update our successful monitoring approach, the agencies contributing to the President's Wetlands Initiative will take up these issues as they continue pushing toward the President's goal.

Congress has been an essential partner in the President's conservation agenda, and I look forward to collaborating with you toward reaching our wetlands goals. Just as we have worked together to pass bipartisan legislation improving forest health, revitalizing brownfields, cleaning up the Great Lakes, and conserving America's natural resources, I hope to work with you on restoring, creating, and protecting America's wetlands.

*Sincerely,*

*James L. Connaughton*
*Chairman*

# Contents

Executive Summary ................................................................................................................. 1

Introduction .............................................................................................................................. 3

Accomplishments ..................................................................................................................... 4
  Restoring or Creating Wetlands ............................................................................................ 4
  Improving Wetlands .............................................................................................................. 8
  Protecting Wetlands ............................................................................................................ 10

Perspective ............................................................................................................................. 12

Appendix A. Methodology and Definitions ........................................................................... 15

Appendix B. Maintaining the Wetland Base ......................................................................... 21

Appendix C. Department of Agriculture (USDA) ................................................................. 25

Appendix D. Department of Commerce, National Oceanic and Atmospheric Administration (NOAA) ................... 29

Appendix E. Department of the Army, U.S. Army Corps of Engineers, Civil Works (USACE) ................................. 33

Appendix F. Department of the Interior (DOI) ...................................................................... 35

Appendix G. Department of Transportation (DOT) ............................................................... 41

Appendix H. Environmental Protection Agency (EPA) ........................................................ 43

Appendix I. Coastal Wetlands Planning, Protection and Restoration Act (CWPPRA) ........ 45

Acronyms ............................................................................................................................... 46

Endnotes ................................................................................................................................. 47

# Executive Summary

On Earth Day 2004, President George W. Bush embarked upon a new Federal policy to go beyond "no net loss" of wetlands and attain an overall increase in the quality and quantity of wetlands in America.

As President Bush said in April 2004, **"The old policy of wetlands was to limit the loss of wetlands. Today I'm going to announce a new policy and a new goal for our country: Instead of just limiting our losses, we will expand the wetlands of America."**

President Bush described his goal for expanding wetland acreage as both creating new wetlands and improving the quality of existing wetlands. The President also required that we protect existing, high-quality wetlands. His goal is that we achieve at least one million acres in each of these separate categories between Earth Day 2004 and 2009.

After two years of progress toward the President's five-year goal, the team of six Federal departments and multiple states, communities, tribes, and private landowners is on track to meet or exceed this goal.

**Since this goal was set, 1,797,000 acres of wetlands have been restored, created, protected, or improved.**

This report also highlights anticipated progress between Earth Day 2006 and 2007, during which time **the Bush Administration expects an additional 1.5 million wetland acres to be restored, created, improved, or protected.**

|  | 2005 Report* | This Report |
|---|---|---|
| Acres Restored or Created | 301,000 | 287,000 |
| Acres Improved | 199,000 | 364,000 |
| Acres Protected | 294,000 | 352,000 |
| **Total Acres** | **794,000** | **1,003,000** |

*As adjusted by actual results*

The President's focus on wetlands has prompted these accomplishments as well as improvements in organization and understanding among the many Federal departments, states, communities, tribes, and landowners that care for and manage wetlands. The Federal Government team includes the Environmental Protection Agency and the Departments of the Interior, Agriculture, Commerce, Transportation, and the Army.

Many agencies of government contribute to the continuing goal of "no net loss" by ensuring mitigation for wetlands that are developed for other uses. Even though mitigation for wetlands replaces more wetland acres than are lost, none of these numbers are included in the three categories reported here.

Existing routine wetlands reports from Interior and Agriculture provide detailed information about wetlands nationwide and on farmlands, and these data help direct our efforts. For example, the most recent report by the U.S. Fish and Wildlife Service (FWS) on nationwide status and trends revealed that restoration and creation of freshwater ponds is outpacing conservation of swamp and bog-type wetlands. Informed by these findings, our future work can be directed accordingly.

This report chronicles the major contributions of Federal agencies, working together and in partnership with others, to achieve the President's wetland goal of three million acres by 2009.



*Coastal wetland within Paul J. Rainey Wildlife Sanctuary, Vermillion Parish, Louisiana.* (NOAA)

*2*

# Introduction

Wetlands have long been recognized as critical to a clean, properly functioning environment and to ecosystem health. They provide a protective buffer for our towns and cities against floods and storm surges; and they provide important ecological benefits, contributing to water quality, supplying life-sustaining habitat to hundreds of species, and connecting aquatic and terrestrial ecosystems. The Nation's wetlands provide an array of benefits to society, and their continued ability to function and thrive affects the economic, ecological, and cultural heritage of all Americans. The importance of wetland stewardship is reflected in the array of public–private partnerships that have formed, enhanced through efforts at the Federal level. Recognizing the need for more effective use and coordination of Federal wetland activities, on April 22, 2004, President George W. Bush announced a new national policy on wetlands to achieve an overall increase of U.S. wetlands each year, with a goal to restore or create, improve, and protect at least three million wetland acres between Earth Day 2004 and 2009.

Two years after the President underscored the importance of wetlands, significant progress has been made toward achieving his goal to increase overall wetland acreage and its quality—588,000 acres have been restored or created, 563,000 acres have been improved, and 646,000 acres have been protected. Between Earth Day 2004 and 2007, it is expected that a total of 887,000 acres will be restored or created, 1,325,000 acres will be improved, and 1,105,000 acres will be protected (Figure 1).

The primary programs making contributions to restoration or creation are the Wetlands Reserve Program (WRP), North American Wetlands Conservation Act (NAWCA), National Wildlife Refuge System (NWRS), Partners for Fish and Wildlife Program (Partners), and the Conservation Reserve Program (CRP). The primary contributors to the improvement goal are the Aquatic Ecosystem Restoration Program, NAWCA, NWRS, and Conservation Technical Assistance. Protection accomplishments through acquisitions or long-term easements are being contributed by NAWCA, WRP, NWRS, and Coastal Program.

Because more than 85 percent of our Nation's wetlands are on non-Federal lands, the effectiveness of Federal efforts to improve the health, quality, and use of the Nation's wetlands will



Figure 1. Estimated Progress Toward the President's Wetlands Goal

*Note: Values have been adjusted for double-counted acres.*

be greatly enhanced by expanding public–private partnerships. Through cooperative conservation, the Federal government can facilitate these partnerships by providing matching grants, technical assistance, and opportunities for recreation and other activities. Federal agencies must encourage and partner with non-Federal parties (state and local governments, tribes, and nongovernmental organizations). Well-coordinated public–private partnership efforts focused on wetland opportunities will yield significant ecological benefits.

## About This Report

*Conserving America's Wetlands 2006: Two Years of Progress Implementing the President's Goal* presents a snapshot of Federal efforts to achieve the President's goals for wetland acreage. In providing information, the participating agencies used terminology similar to that developed by the White House Wetlands Working Group and the same terminology used in the 2005 version of this report. Agencies reported all notable accomplishments toward the President's goal in the year the project was completed, or projected to be completed, rather than the year the project was funded. Adjustments were made to account for projects reported by multiple agencies ("double-counting"). Projected estimates in the 2005 report were adjusted in this year's report as actual results became available. Appendix A provides a thorough discussion of terminology and methodology, and Appendices B through I present program-level information and descriptions.

## Accomplishments

The President's goal for wetlands has led the responsible Federal agencies to focus their resources—by managing programs more strategically, leveraging resources, and partnering with others whenever possible. The following sections summarize accomplishments planned for each of the three goal areas included in the President's Fiscal Year (FY) 2007 budget, with major contributing programs highlighted.

## Restoring or Creating Wetlands

**First Two Years of Accomplishment: 588,000 acres**
**Estimated Accomplishment Earth Day 2007: 299,000 acres**

Wetlands can be added by creating new wetlands or by restoring former wetlands lost to drainage. New wetlands are created in upland areas or deepwater sites. A gain in wetland acres may also be achieved by re-establishing former wetlands to restore functions and values approximating natural/historic conditions. Because of difficulties in establishing wetlands in upland areas, agencies have preferred to re-establish former wetlands when possible. In many cases the necessary soils and seed stock still exist, and wetlands flourish once more as soon as the hydrology is restored.

During the first year, Federal agencies reported restoring or creating 301,000 acres of new wetlands. In the second year, Federal agencies plan to create or restore an additional 287,000 acres. By Earth Day 2007, Federal agencies plan to



Figure 2. Proportion of Wetland Acres Anticipated to be Created or Restored by Major Programs in FY 2007