TC202
N46L3P6
no.1
pt.4
1967

LA-CE-C Property of the United States Government

19

U. S. ARMY CORPS OF ENGINEERS

LAKE PONTCHARTRAIN, LOUISIANA AND VICINITY
DESIGN MEMORANDUM NO. 1
HYDROLOGY AND HYDRAULIC ANALYSIS

PART IV - CHALMETTE EXTENSION

RESEARCH CENTER LIBRARY
US ARMY ENGINEER WATERWAYS EXPERIMENT STATION
VICKSBURG, MISSISSIPPI

Prepared in the Office of the District Engineer
New Orleans District, Corps of Engineers
New Orleans, Louisiana

October 1967

