

US Army Corps of Engineers®

# Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System

## Final Report of the Interagency Performance Evaluation Task Force

### Volume IV – The Storm

26 March 2007



**FINAL**

In spite of the fact that Katrina exceeded the design storm, water levels and waves roughly corresponded to design conditions in some parts of the New Orleans area. In other parts of the hurricane protection system, waves and water levels significantly exceeded design conditions. Observed peak water levels at the entrances to canals along the south shore of Lake Pontchartrain were 10.8 to 11.8 ft, which were slightly less than or at the design peak water levels of 12.0 ft. In the Inner Harbor Navigation Canal (IHNC), north of the intersection of IHNC with the Gulf Intracoastal Waterway (GIWW)/Mississippi River Gulf Outlet (MRGO), there was a large gradient in observed peak water level, from 15 ft at the intersection to 11.8 ft at the IHNC entrance to Lake Pontchartrain. In this reach of canal, peak water levels were at, above, or below design levels, depending on location. Between this intersection and the IHNC Lock to the south, peak water levels exceeded the design water level of 13.5 ft by as much as 2 ft. Along the east/west-oriented GIWW/MRGO channel section, peak water levels exceeded the design value of 13.5 ft by approximately 2 ft. Along the MRGO adjacent to the St. Bernard Parish hurricane protection levee, peak water levels were 16 to18 ft, which exceeded design levels by as much as 5 ft. Along the east-facing hurricane protection levees in south Plaquemines Parish, peak water levels reached 20 ft, exceeding design levels by as much as 5.5 ft. All water levels cited in this volume are referenced to the North American Vertical Datum of 1988 (NAVD 88) 2004.65 datum. Appropriate adjustments have been made to design water levels to convert them to this datum.

Peak significant wave height along the south shore of Lake Pontchartrain reached at least 8.7 ft, exceeding design values by about 1.0 ft. Wave periods were about equal to design values. Along the levees adjacent to Lake Borgne, computed significant wave heights were consistent with or less than design values, but wave periods (15 to 16 sec) exceeded the design wave periods by a factor of 3. In south Plaquemines Parish maximum significant wave heights reached as high as 10 ft, and wave periods were 15 to 16 sec; design wave height conditions were exceeded by up to 4 ft, and design wave periods were exceeded by a factor of 2 to 3. Since both wave height and wave period influence the potential for wave runup and overtopping, the design wave height and period values should be reexamined for these east-facing levee systems, as well as the west-facing levees in Plaquemines Parish.

An analysis was performed to examine the influence of the MRGO channel on storm surge propagation into the New Orleans vicinity. The section of waterway where the GIWW and MRGO occupy the same channel allows Lake Pontchartrain and Lake Borgne to be hydraulically connected to each other via the IHNC. Storm surge experienced in the IHNC and the GIWW/MRGO section of waterway is influenced by storm surge conditions in both lakes due to this hydraulic connection. The long northwest/southeast-oriented section of the MRGO channel to the east of Paris Road bridge, which seems to be the section of canal that has raised much concern, has little influence on water levels in the IHNC and GIWW/MRGO for high storm surge events such as Hurricanes Betsy and Katrina. It has a more important role for low surges, less than 4 ft in amplitude, but still creates changes of less than 0.6 ft in some cases and less than 0.3 ft in most cases. The MRGO role in propagation of low-amplitude astronomical tide and influx of higher saline water into Lake Pontchartrain has been established; the low-amplitude tide propagates primarily through channels, of which the MRGO is one. However, during high storm surge conditions, when the wetlands become inundated, this reach of the MRGO becomes

Figure 92 shows water level maxima for southern Plaquemines Parish. For the east-facing levees and flood walls, design water levels ranged from 12.8 to 14.2 ft NAVD88 (2004.65). Few reliable HWM data are available for this region; but model results and the few HWMs suggest that peak water levels during Katrina exceeded the design values south of Phoenix by amounts up to 5.5 ft. On the levees facing west on the west side of the Mississippi River, design water levels ranged from 9.1 to 12.2 ft NAVD88 (2004.65). Model results suggest that peak water levels during Katrina exceeded the design values along the west-facing levees by amounts ranging from 2 to 6 ft.



Figure 92.  Water level maxima for Plaquemines Parish Hurricane Protection System.

## Influence of the MRGO on Storm Surge in New Orleans Vicinity

The Mississippi River Gulf Outlet (MRGO) role in propagation of low amplitude astronomical tide and influx of higher saline water into Lake Pontchartrain has been established. Concerns have been raised regarding the role of the MRGO on storm surge propagation into the metropolitan New Orleans vicinity.

From the perspective of long wave propagation, of which the tide and storm surge are examples, the critical section of the MRGO is Reach 1, the section of waterway where the

GIWW and MRGO occupy the same channel (see Figure 93). It is through this channel that Lake Pontchartrain and Lake Borgne are hydraulically connected to one another via the IHNC. The two lakes are also connected to each other via The Rigolets and Chef Menteur Passes; the IHNC is the smallest of the three connections. Reach 1 existed as the GIWW prior to the construction of the MRGO, although the maintained depth was less. As a result of this hydraulic connection, the storm surge experienced within the IHNC and Reach 1 (GIWW/MRGO) is a function of storm surge in both lakes; a water level gradient is established within the IHNC and Reach 1 that is dictated by the surge levels in both lakes. This is true for both low and high amplitude storm surge conditions.



Figure 93. Location of the MRGO (Reaches 1 and 2).

To prevent storm surge in Lake Borgne from influencing water levels experienced in the IHNC or GIWW/MRGO sections of waterway, flow through the Reach 1 channel must be dramatically reduced or eliminated, either by a permanent closure or some type of structure that temporarily serves to eliminate this hydraulic connectivity. The presence of an open channel is the key factor. The hydraulic connectivity existed prior to construction of the MRGO, due to the presence of the GIWW channel. If the hydraulic connectivity between Lake Pontchartrain and Lake Borgne is eliminated at a point within Reach 1, tide or surge to the west of this point will become primarily influenced by conditions at the IHNC entrance to Lake Pontchartrain; and tide

or storm surge to the east of this point will become primarily influenced by conditions in Lake Borgne.

Most concern seems to be focused on MRGO/Reach 2 that runs from the GIWW/MRGO confluence, just east of the Paris Road bridge, to the southeast (see Figure 93). Three previous studies have been performed to examine the influence of MRGO/Reach 2 on storm surge in New Orleans and vicinity (two initiated by the U.S. Army Corps of Engineers and one commissioned by the Louisiana Department of Natural Resources), in addition to work performed to examine this issue as part of the IPET study. All studies have reached the same conclusion. The change in storm surge induced by MRGO/Reach 2 (computed as a percentage of the peak surge magnitude) is greatest when the amplitude of the storm surge is low, on the order of 4 ft or less. In these situations, changes induced by the MRGO in the metropolitan New Orleans area are rather small in terms of absolute water surface elevation changes, 0.6 ft or less in all cases and less than 0.3 ft in most cases, but this amount can be as much as 25 percent of the peak surge amplitude when the amplitude is low. When the long wave amplitude is very low, the surge is more limited to propagation via the channels, and the MRGO has its greatest influence. Once the surge amplitude increases to the point where the wetlands become inundated, this section of the MRGO plays a diminishing role in influencing the amplitude of storm surge that reaches the IHNC. For storm surges of a magnitude produced by Hurricanes Betsy and Katrina which overwhelmed the wetland system, the influence of MRGO/Reach 2 on storm surge propagation is quite small. For Katrina the influence was only a few tenths of a foot at most in the IHNC and GIWW/MRGO in terms of absolute water surface elevation changes. These small changes represent only a few percent of the surge amplitude. When the expansive wetland is inundated, the storm surge propagates primarily through the water column over this much larger flooded area, and the channels become a much smaller contributor to water conveyance. For large surge-producing storm events, construction of the MRGO channel has little influence on water levels in the metropolitan New Orleans vicinity, and in the IHNC.

The hurricane protection levees along the south side of Orleans Parish and the eastern side of St. Bernard Parish along the MRGO, which together are referred to as a funnel, can locally collect and focus storm surge in this vicinity depending on wind speed and direction. This localized focusing effect can lead to a small local increase in surge amplitude. Strong winds from the east tend to maximize the local funneling effect.

Additional detail concerning the work to examine the influence of the MRGO on storm surge, and a more detailed explanation of why the effect is so small at high storm surge levels, is included in Appendix 6, "Note on the Influence of the Mississippi River Gulf Outlet on Hurricane Induced Storm Surge in New Orleans and Vicinity."

## Wave and Surge Modeling Sensitivity Tests

### Introduction

A number of tests were performed using the WAM, STWAVE, and ADCIRC models to examine sensitivity of wave and water level computations to uncertainties in primary model

from the Gulf of Mexico that propagated between and over the inundated barrier islands and inundated wetlands. Wave periods along these east-facing levees were 15 to 16 sec, approximately three times greater than design values. Wave heights along the east-facing St. Bernard Parish protection levees (heights as great as 6 ft) were less than or consistent with design values. Along the east-facing levees of Plaquemines Parish, wave heights reached 10 ft, and they significantly exceeded design values in places. In light of the exposure of levees in St. Bernard and Plaquemines Parishes to long-period hurricane wave energy from the gulf, design wave values should be reassessed for these levee systems. Wave height and period are both important in dictating runup and overtopping of levees and floodwalls.

**For significant storm events, the southeast trending MRGO channel has little influence on the water levels inside the IHNC. The channel into IHNC from the GIWW has a very large influence on storm water levels.** From the perspective of storm surge propagation into the IHNC and New Orleans Metropolitan area, the critical section of channel is the one where the GIWW and MRGO occupy the same channel. It is through this connection that Lakes Pontchartrain and Borgne are hydraulically connected to one another via the IHNC. A water level gradient is established within the IHNC and the GIWW/MRGO; the gradient is determined by the storm surge levels in both lakes. The presence of an open channel is the key factor. The hydraulic connectivity existed prior to construction of the MRGO, due to the presence of the GIWW channel. Three previous studies have been performed to examine the influence of the southeast-trending section of the MRGO on storm surge propagation into the New Orleans vicinity. This issue was also examined as part of this study. All studies have reached the same conclusion. For storm surges of a magnitude produced by Hurricane Katrina, which overwhelmed the wetland system, the influence of the southeast-trending MRGO channel on storm water levels is quite small. For Katrina the influence was only a few tenths of a foot at most in the IHNC and GIWW/MRGO channel sections. These small changes represent only a few percent of the surge amplitude. When the expansive wetland is inundated, the storm surge propagates primarily through the water column over this much larger flooded area, and the channels become a much smaller contributor, as a percentage, to total water movement.

**Meteorological designations alone, such as the Saffir-Simpson scale, are misleading with regard to the criteria for design or performance of effective hurricane protection systems.** Katrina, a Category 3 storm at landfall, generated surges of 24 to 26 ft at Biloxi, MS. In the vicinity of Biloxi, the surge produced by Camille was 15.8 ft, the highest surge that had ever been recorded at that location prior to Katrina. In other words, Katrina (a Category 3 storm at landfall) generated substantially higher surges than Camille (a Category 5 storm at landfall) in the area where they both made a direct hit. Maximum sustained wind speed is the hurricane parameter used to define hurricane strength, or category, in the Saffir-Simpson intensity scale. Through time, storm surge values have been tagged to different categories of intensity. Although maximum sustained wind speed is a very important parameter, storm surge levels are dictated by many more factors. Radius-to-maximum-winds and the rate at which wind speed decreases away from the maximum wind zone both determine the extent of the storm's wind fields which are of primary importance in storm surge and wave generation. Geographic, or topographic, controls that limit the movement of water pushed by the wind in shallow water are crucial in storm surge generation for Southeast Louisiana and Mississippi. The Mississippi River delta and levee systems along the river act to catch water that is blown into the region along the Mississippi and

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.