- Expert Report -

# Effects of the Mississippi River Gulf Outlet on Coastal Wetlands and Other Ecosystems in Southeastern Louisiana

Submitted by:

John W. Day, Jr.[1] and Gary P. Shaffer[2]

[1]Department of Oceanography and Coastal Sciences
Louisiana State University, Baton Rouge, LA  70803
[2]Department of Biological Sciences, SLU-10736
Southeastern Louisiana University, Hammond, LA  70402

Prepared for: Plaintiffs in *Robinson v. United States*

May 1, 2008

consideration includes wetlands that are now deemed the Central Wetlands Unit (CWU), wetlands around Lake Borgne, and north and south of the Bayou La Loutre natural levee ridge. Prior to the construction of the MRGO, there were extensive baldcypress – water tupelo swamps in the CWU and adjacent to the Bayou La Loutre Ridge. The semi-enclosed and protected nature of this area—and the exclusion of deadly salt water— allowed the survival of these swamps (see historic photos in Penland Report). Water budget analyses for southeastern Louisiana show that about one third of rainfall remains after evaporation (Brantley 2005, Shaffer and Day 2007). Thus, there was sufficient fresh water to maintain the baldcypress – water tupelo swamps in the CWU, so long as the system did not have a direct input of salt water. Greater than 12,000 acres of the swamps in the CWU and adjacent areas were killed shortly after the opening of the MRGO when the U.S. Army Corps cut through the natural ridge at Bayou La Loutre and allowed salt water to move unimpeded up the tidewater channel and into the Central Wetlands Unit and adjacent areas (Team Louisiana 2007, refer to sections on Saltwater Intrusion, Vegetation Studies, and Land Loss herein). Tens of thousands of wetland acres were subsequently destroyed by the MRGO over the succeeding decades leading up to Hurricane Katrina (Team Louisiana 2007).

**Surge Buffering Effects of Wetlands**

There was general knowledge prior to the construction of the MRGO that wetlands buffer storm surge. This is evidenced in a 1957 report of the Tidewater Channel Advisory Committee to the St. Bernard Police Jury that was available to and is believed to have been received by the USACE. The report specifically details:

> The upper reaches of the Parish heretofore have been protected from excessive tidal waters due to the slowing down action of the outer marsh areas…However,

>with the existence of a channel 40 feet deep traversing the marsh lands from the Gulf to the upper Parish, the full fluctuation of the tide will be felt throughout the Parish.  The tidal action will have adverse effects on the entire marsh area with consequent erosive action and the intrusion of high saline content water into areas normally fresh or only slightly brackish.  During times of hurricane conditions, the existence of the channel will be an enormous danger to the heavily populated areas of the Parish due to the rapidity of the rising waters reaching the protected areas in full force through the avenue of this proposed channel.  This danger is one that cannot be discounted.  No matter how small a flood may be, or how small the area to which it is confined, to the families that have water in their houses, it is a major catastrophe (SBPJ, 1957).

One of the most cited studies depicting the surge buffering effects of wetlands is actually by the USACE.  The study indicated a consistent relationship between the maximum surge height and the distance inland from the coast.  "This relationship exists independently of the speed of hurricane translation, wind speeds, or directions.  The data indicate that the weighted mean decrease in surge heights inland is at the rate of 1.0 foot per 2.75 miles.  This relationship remains true even in the western portion of Louisiana where relatively high chenieres, or wooded ridges, parallel the coast." (USACE, 1963)  This relationship is shown in the graph below.  The study based on hurricane protection for Morgan City, Louisiana was published in 1965.  However according to the original plate the specific analysis of storm surge reduction was performed in 1963.  It is reasonable to believe that USACE employees were working on the study a year or two prior to 1963.  Most likely the relationship would have been recognized within the time period of the first few storms used for calculation.  Though the specific hurricanes used for calculation are not detailed in the 1965 report it is stated that the calculation was derived from 7 hurricanes impacting south Louisiana from 1909-1957.  Either way there is no doubt that after the report, the USACE plainly recognized the need for salinity control and storm surge measures to decrease the deleterious impact the MRGO has on the storm buffering wetlands.



Figure 5. Observed storm surge elevation relative to the position inland for seven hurricanes impacting south Louisiana from 1909 to 1957 (re-drafted). Relationship implies coastal habitats can generally reduce surge by one foot for every 2.75 miles of coastal habitat (USACE, 1965).

**Negative Effects of Saltwater Intrusion**

The dangers of increasing salinity into a fresh to low salinity wetland, including baldcypress – water tupelo swamps, are three-fold: direct osmotic imbalance, salt toxicity, and production in the soils of highly toxic sulfides. Salt water contains sodium and chloride ions and when these reach concentrations higher than the solutes in plant cells, fresh water escapes from the plant through osmosis and uptake of fresh water ceases. In essence, the salt-intolerant vegetation is experiencing "drought" conditions (Mendelssohn and Burdick 1988). Plants also absorb ions such as sodium from salt water and these ions are lethal when in high concentration. Finally, salt water contains a much higher concentration of sulfate than fresh water. In wetlands, the sulfate, through alternative anaerobic metabolic pathways of soil microbes (Mitsch and

20

Gosselink 2007), becomes chemically reduced to deadly compounds such as hydrogen sulfide (Mendessohn et al. 1981). The lethal effects of salt water on freshwater wetland vegetation were known long before the initial construction of the MRGO (e.g., Penfound and Hathaway 1938). Both the U.S. Fish and Wildlife Service (USFWS) and the Louisiana Department of Wildlife and Fisheries warned the U.S. Army Corps of Engineers (USACE) that construction of the MRGO could have catastrophic effects on the surrounding flora and fauna. The Louisiana Wildlife Biologists Association predicted the project would create a 44-mile-long swath of destruction (USFWS 1979 letter). In a report to USACE (the April "1958 Interior Report"), the USFWS predicted that the MRGO construction "particularly by breaching the natural east-west ridges between fresh/brackish and salt water" such as the Bayou La Loutre Ridge, would introduce salt water into the wetlands and destroy tens of thousands of acres of marshes and mature baldcypress – water tupelo swamps. In a letter of September 23, 1957, Secretary Seaton of the Department of the Interior made it clear that USACE had not followed the protocol put forth in the Wildlife Coordination Act of August 14, 1946 (60 Stat. 1080), and requested funds to model potential impacts of the MRGO (Team Louisiana 2007). In the 1956-1957 Seventh Biennial Report of the Wild Life and Fisheries Commission, T.B. Ford expressed extreme frustration and disappointment at the dismissal of predicted environmental impacts of MRGO and emphasized the importance of further study to assess trade-offs of the project. Modeling funds were not granted and, when the USACE finally modeled MRGO scenarios (USACE 1963), a salinity increase of 4-6 ppt (lethal to cypress – tupelo swamps) was found (Team Louisiana 2007). Furthermore, the USFWS (in their Interim Report on Fish and Wildlife Resources as Related to Mississippi River-Gulf Outlet Project, Louisiana and an Outline of Proposed Fish and Wildlife Studies 1958) recognized the wetlands of coastal Louisiana as "perhaps the densest and richest

21

wild fauna in the world….[with a] flora [that] has narrow salinity range; therefore, desirable production must result from exacting conditions….[and] the 36-foot-deep cut will result in direct changes of salinity…."  The USACE ignored their concerns and began construction, or perhaps better put, massive wetlands destruction.

There were numerous reports and letters detailing the predicted effects of MRGO.  A summary of these reports is detailed in AppendixA.  Furthermore, the sources for Appendix A are provided.

**Pre-MRGO Hydrology**

Before major human induced physical alterations to the landscape, the St. Bernard Parish wetlands were divided into three interdistributary basins formed by natural levee ridges of the former Mississippi River distributaries: Bayou Savage, Bayou Terre aux Boufs, and Bayou La Loutre (Wicker et al. 1982).  The environment was considered stable because of a general sheet flow of fresh water from rainfall, drainage pump stations, and other sources, which was slowed and stored by wetland vegetation (see section on Water Budget).  Furthermore, the Bayou La Loutre Ridge helped to retain fresh water and prevent saltwater intrusion from Breton Sound.  Therefore, water levels and salinity changed very gradually with rainfall and tidal conditions.

The U.S. Fish and Wildlife Service (USFWS) determined, prior to construction, that detailed studies were needed to fully understand the affect of the planned MRGO on fish and wildlife resources (see USFWS letter dates cited in May 31, 1979 letter, Appendix A).  The USFWS became the coordinating agency for extensive and detailed pre-project hydrological and biological studies to facilitate meaningful discussions with the USACE to minimize channel effects on the environment and wildlife.  Most of the hydrological studies were under contract

22