

**CORPS OF ENGINEERS U S ARMY**
BOARD OF ENGINEERS FOR RIVERS AND HARBORS
WASHINGTON 25 D C

ENGBR                                                          24 July 1963

SUBJECT   Lake Pontchartrain and Vicinity, Louisiana

TO        Chief of Engineers
          Department of the Army

    1   <u>Authority and scope</u> --This report is in response to a resolution of the Committee on Public Works of the United States Senate adopted 28 January 1949 requesting a review by the Board of Engineers for Rivers and Harbors of existing reports on Lake Pontchartrain, Louisiana, "with a view to determining if any modifications of recommendations contained therein are advisable at the present time with respect to flood control, navigation, and beach erosion control in Orleans Parish, Louisiana "  It is also in review of reports by the District and Division Engineers in response to an item in the River and Harbor Act approved 2 March 1945 authorizing and directing a survey "with a view to the protection of the shoreline and repairs to the existing protective works on Lake Pontchartrain at Mandeville, Louisiana", a resolution of the Committee on Public Works of the United States Senate adopted 4 February 1957, requesting a review by the Chief of Engineers of reports on Lake Pontchartrain to determine "the advisability of extending the existing levee on the south shore of Lake Pontchartrain in Jefferson Parish, along the lake shore in St  Charles Parish to tie-in with the south guide levee of the Bonnet Carre Spillway, in view of recent changed physical or economic conditions", and in partial response to Public Law 71, Eighty-fourth Congress, first session, approved 15 June 1955, authorizing and directing a survey with a view to determining means for preventing loss of lives and damages to property by hurricanes along the eastern and southern seaboard of the United States  The authorities are quoted in the report of the District Engineer  This report is concerned primarily with providing protection against hurricane water levels, but includes provision for modifying the authorized Mississippi River-Gulf Outlet navigation project, presently under construction  Several hurricane reports have been submitted and others will be made later  Erosion problems along unprotected reaches of the north shore of Lake Pontchartrain are left for separate investigation under beach erosion control legislation

    2   <u>Description</u> --Lake Pontchartrain is in southeastern Louisiana north of and adjacent to the city of New Orleans  It is roughly oval in shape, with the long axis extending about 40 miles in an

ENGBR
SUBJECT    Lake Pontchartrain and Vicinity, Louisiana

    8    The Lake Pontchartrain area has in the past been subject to frequent and devastating hurricanes   However, it has not been subjected to hurricanes of more than moderate forces in the last 20 years   Damage surveys following recent hurricanes indicate the following losses for conditions and price levels at that time   September 1947, $6 6 million, and September 1956, $1 5 million   It is estimated that the occurrence of the design hurricane critical to the south shore of Lake Pontchartrain would cause water damages in excess of $475 million   Average annual damages for present development are estimated at $11 million, of which about $10 7 million would occur in the leveed areas

    9    *Improvements desired* --Local interests on the north shore of Lake Pontchartrain are concerned with a shore erosion problem which is aggravated during hurricanes, and have proposed a seawall   Those in Mandeville desire a new seawall   Interests in St  Charles Parish desire a lakeshore levee between the Bonnet Carre Spillway guide levee and the Jefferson Parish line   Officials of Jefferson Parish desire continued Federal maintenance of the lakeshore levee   Local interests in New Orleans desire additional shorefront protection and have suggested a breakwater extending the full length of the existing seawall   Representatives of Orleans and St  Bernard Parishes have requested consideration of a levee extending eastward from the Inner Harbor Navigation Canal along the south side of the Gulf Intracoastal Waterway and the Mississippi River-Gulf Outlet to Bayou Dupre and thence westward to the existing Chalmette levee to provide protection to an additional area of approximately 31 square miles

    10   *Related problem* --As a part of the investigation, a model was constructed and operated to determine the effects of barrier structures in the passes on the established salinity and circulation patterns and the ecology in the lakes   The model included Lakes Maurepas, Pontchartrain, Borgne, and a part of the Mississippi Sound   It was found that, upon completion of the Mississippi River-Gulf Outlet navigation project, presently under construction, salinities in Lake Pontchartrain will be increased significantly by way of tidal exchange direct from the Gulf of Mexico through the Inner Harbor Navigation Canal   In addition, it was found that the increased tidal exchange will cause erosive velocities, with corresponding navigation difficulties, in the Inner Harbor Navigation Canal   Current velocities in the canal have increased notably, causing scour problems, as construction of the Gulf Outlet has progressed

NED-213-000000433