

# UNITED STATES
## DEPARTMENT OF THE INTERIOR
### FISH AND WILDLIFE SERVICE
**BUREAU OF SPORT FISHERIES AND WILDLIFE**
PEACHTREE-SEVENTH BUILDING
ATLANTA 23, GEORGIA

October 22, 1962

District Engineer                                    CE-LM-po
U. S. Army, Corps of Engineers
New Orleans, Louisiana

Dear Sir:

Your letter of September 11, 1962, advised that you are consider-
ing a modification of the Lake Pontchartrain hurricane protection
plan in response to a local interests' request.  Comments on this
modification, by the U. S. Fish and Wildlife Service, to supple-
ment our report of March 13, 1962, were requested by October 15,
1962.

It is our understanding, on the basis of your September 11 letter
and additional information obtained from your office by our field
representatives, that the project modification would consist of an
extension of the protected area to include additional lands north
of Chalmette, Louisiana.

The modified plan would provide for the construction of new levees
along the south side of the Gulf Intracoastal Waterway from the
Inner Harbor Navigation Canal eastward to Paris Road, thence along
the south side of the Mississippi River-Gulf Outlet to Bayou Dupre,
thence southward along Bayou Dupre or Lake Borgne Canal (Violet
Canal) to Violet, Louisiana.  The hurricane levee along the south
side of the Mississippi River-Gulf Outlet between Paris Road and
Bayou Dupre, constructed on top of the existing spoil bank, would
cross and permanently close two openings through the spoil reten-
tion area designed to maintain the channels of Bayou Villere and
a navigable pipeline canal.

In order to provide for interior drainage and water exchange, two
hurricane sector-gated structures would be installed along the
Mississippi River-Gulf Outlet levee alignment.  One floodgate would
be constructed on Bayou Bienvenue; the other would be located on an
outlet to Bayou Dupre.

The present back-dike canal, paralleling the landward side of the
Mississippi River-Gulf Outlet spoil area, would be maintained or
enlarged to connect the two floodgate openings, thereby serving
as a collection ditch for interior drainage and providing for an
interchange of tidal flow.  You propose that the two floodgates
remain open except during the occurrence of a hurricane in the
vicinity.

The additional area which is to be enclosed by the hurricane pro-
tection levee consists principally of marsh, though a considerable
area of cypress swamp occurs adjacent to the higher ground along
the Mississippi River.  This wetland area has appreciable fish and
wildlife values which have been described in some detail in our
March 1962 report.

Since you have stated that the plan would provide for maintenance
of the brackish water circulatory system, it does not appear that
the hurricane levees would directly affect fish and wildlife
resources to any major degree.  However, as we have pointed out in
the previous report, levee protection would hasten land reclamation
for industrial and other developments, thereby paving the way for
reduction in total habitat area.

Installation of hurricane control features of the modified plan
may provide opportunity for environmental control within the pro-
tected area to lessen damaging effects anticipated from the
Mississippi River-Gulf Outlet project, and this possibility should
be considered in design and operation of the floodgates.  Continu-
ing studies on salinity intrusion via the Mississippi River-Gulf
Outlet channel indicate that significant increases in salinity
would occur from this source and that adjacent marshes would be
detrimentally affected.  Attention, therefore, should be given to
the feasibility of modifying the structures for purpose of
salinity control within the leveed area.

Apart from the change in levee alignment, we note that a lock
structure, labeled "Seabrook Lock", is shown on the diagram
attached to your September 19 letter.  Location of this proposed
lock is at the confluence of the Inner Harbor Navigation Canal
and Lake Pontchartrain, in the vicinity of the existing Seabrook
Bridge.  Follow-up communication with your office reveals that
this lock structure has been included in your draft report on this
project.

Our March 1962 report recommended that a structure be built in
the Seabrook location for salt-water intrusion control.  It
recommended, also, that the pertinent design criteria and opera-
tional procedure for this structure be developed as a part of
the continuing studies on the Gulf Outlet project.

In view of the fact that the model studies conducted by the
Waterways Experiment Station were not sufficiently detailed to
establish criteria for the control structure, and that our joint
studies of salinity intrusion in this area are still in progress,
we do not believe that structure specifications should be final-
ized at this time.

Salinity control apparently will be a complex problem.  This was indicated in a general way in our previous report, and is becoming more evident as additional records of salinity intrusion become available.  It will be desirable not only to control saline waters entering the lake from the Gulf Outlet channel, but also to utilize outflowing lake water to depress excessively high saline concentrations in the channel.  Since stratification also may be an important factor, accomplishment of these objectives may require vertical control of water flow in addition to directional control. Additional data will need to be accumulated and salinity intrusion patterns ascertained before design and operational requirements of a control structure can be reasonably defined.

It is the opinion of the Service, therefore, that the design specifications for the Seabrook structure as included in your report to higher authority should be sufficiently flexible to permit such modifications as may become advisable following studies now in progress.

In view of events which have transpired since release of the Service's March 1962 report, the Service wishes to make two recommendations additional to those contained in the earlier report.

1.  The two floodgates proposed for the Chalmette section of the hurricane protection area be modified as necessary to provide, within feasible limits, for maintenance of the natural salinity regimen of interior waters.  Design and operation for this purpose be established during advanced planning for this project.

2.  Your request for authorization on this project should provide sufficient flexibility in regard to the Seabrook structure that design and operation can be established during advanced planning and in accordance with findings of salinity studies currently in progress.

This supplement to the Lake Pontchartrain hurricane study report has been reviewed by the Louisiana Wild Life and Fisheries Commission and their letter of concurrence is attached.

We appreciate the opportunity for commenting on the modified

226

plans and request that you keep us advised of the status of your studies and reporting on this project.

Sincerely yours,

W. L. Towns
Acting Regional Director
Bureau of Sport Fisheries
and Wildlife

Seton H. Thompson
Regional Director, Bureau
of Commercial Fisheries

Enclosure