

## Citizens Committee For Hurricane Flood Control

9300 HAYNE BOULEVARD
New Orleans, La. 70127
242-8008

November 24, 1965

tain Kenneth J. LeSieur, Chairman
Philip Leydecker, Vice-Chairman
tor Trau, Secretary

Colonel Thomas J. Bowen, District Engineer
United States Army Corps of Engineers
Box 60267
New Orleans, Louisiana

       Re: 1962 Master Plan for
         Hurricane Flood Control

Dear Colonel Bowen:

Our Committee has been vitally interested in improved hurricane flood control for the New Orleans area since its formation 18 months ago.

In our opinion your master plan is the only permanent answer for adequate hurricane flood protection. We do feel, however, that Hurricane Betsy showed the need for some amendments to your proposal.

Please refer to the enclosed suggested amendments as proposed by our Committee, along with maps clarifying the recommended revisions.

If in order, we would appreciate an opportunity to meet with you and your staff at the earliest opportunity to discuss our suggested revisions.

We thank you for your kind attention and look forward to hearing from you soon.

Yours very truly,

*Kenneth J. LeSieur*

Captain Kenneth J. LeSieur, Chairman
Citizens Committee for Hurricane Flood Control

## CITIZENS COMMITTEE FOR HURRICANE FLOOD CONTROL

### Proposed Changes in U. S. Army Corps of Engineers
### Flood Control Plans - New Orleans Area

The Citizens Committee for Hurricane Flood Control was organized in the spring of 1964 to study the U. S. Army Corps of Engineers' Interim Survey Report, Lake Pontchartrain, La. and Vicinity, dated 21 November, 1962.

This Committee approved the barrier, low level flood protection plans as outlined in the Army Engineers report, and offered its help in implementing the program.

Hurricane Hilda pointed out the necessity for better protection on the south shore of Lake Pontchartrain. Our committee was instrumental in getting a levee constructed along Hayne Blvd. on the south shore of the Lake.

Since Hurricane Betsy, this committee has taken a long hard look at what happened, why it happened, and what should be done to prevent a reoccurence of the flooding caused by Betsy.

The opinion of this committee is that the Corps of Engineers' flood protection plan is adequate for New Orleans, west of the Inter Harbor Navigation Canal (Industrial Canal), but some revisions should be made to provide protection east of the Industrial Canal.

The Citizens Committee for Hurricane Flood Control recommends the following revisions:

A. Eliminate the proposed Seabrook Locks in their entirety and replace with flood gates.

B. Construct flood gate across Intercoastal Waterway at south end of New Orleans East Levee.

C. Construct flood gate across Bayou Bienvenue near entrance of Lake Borgne.

D. Construct flood gate across Mississippi River Gulf Outlet at north end of Chalmette Levee along Bayou Dupre.

E. Construct a new levee, 30 ft. in height, connecting flood gates on Miss. Gulf Outlet to gates on Bayou Bienvenue and gates on Intercoastal Canal.

F. Raise the height of the 16-ft. New Orleans East Levee from the Intercoastal Waterway to its intersection with the Barrier Levee along Highway 90 to 30 feet.

G. Raise the height of the 16-ft. Chalmette Levee from the Mississippi Gulf Outlet, along Bayou Dupre to its intersection with the Mississippi River embankment, to 30 feet.

H. Eliminate in its entirety the two proposed drainage structures on the Chalmette Levee near Bayou Dupre and near intersection of Mississippi Gulf Outlet and Intercoastal Canal.

Reasons for Revisions

Revision A - Seabrook Locks

The need for these costly ($4,980,000) locks would be eliminated when the flood gates Chef Menteur, Rigolets, and our proposed levee and flood gates at the Intercoastal Waterway, Bayou Bienvenue, and Mississippi Gulf Outlet are in place. With these structures clos[ed] the Lake and Canal level should remain the same. Our proposal for installing flood gates a[t] Seabrook is to stop wind driven waters from the Lake into the Industrial Canal as hurricane winds shift to the north.

Revisions B, C, D, E - Flood Gates on Intercoastal Waterway, Bayou Bienvenue, Gulf Outlet, and Connecting Levee.

The U. S. Army Engineers proposal for a levee along the south shore of the Gulf Outlet to Bayou Dupre, and along the north shore of the Intercoastal Waterway would form a funnel, channeling all hurricane surges and wind driven water into the Intercoastal Waterway and Industrial Canal. Construction of flood gates at points outlined in Revisions B, C, D, an[d] connected by the new 30-foot levee outlined in Revision E, would completely eliminate the funnel effect and stop all storm and hurricane surges from entering the city.

Revisions F and G - Raising New Orleans East and Chalmette Levees.

The raising of these levees from 16 feet to 30 feet would complete the barrier to stop all surges from entering the developed areas of New Orleans and Chalmette.

Revision H - Elimination of Chalmette Drainage Structures.

The Army Engineers' proposal to construct two drainage structures in the Chalmette Lev[ee]

i( he opinion of this committee, will be unnecessary when the three new flood gates and a levee are completed.

Conclusions:

This committee believes that surges from storms and hurricanes should not be allowed to enter the canals in the developed areas of the city. The containment of these waters behind levees inside the city would require levees much higher than those proposed by the Army Engineers, especially so if locks are placed at Seabrook. Levees of sufficient height would not be practical.

With this committee's proposed revision to the Army Engineers' flood protection plan, the Seabrook Locks and the two drainage structures in the Chalmette levee would be eliminated. Money saved could be used to construct the new 30-foot levee and the three new flood gates.

We have not been able to make a detailed estimate of the cost of our proposed revisions to the master plan for hurricane protection. However, it would appear that the benefits derived from our revised plan would justify any additional expenses if this be the case.

The Army Engineers' plans, with our proposed revisions, in conjunction with Governor John McKeithen's plans for a levee across the Gulf Coast line of Louisiana, should forever eliminate any danger of hurricane flooding to the populated areas of Louisiana.

Respectfully submitted,

Kenneth J. LeSieur, Chairman
Citizens Committee for
Hurricane Flood Control



CITIZENS COMMITTEE FOR HURRICANE FLOOD CONTROL

PROPOSED REVISIONS TO ARMY CORP OF ENGINEERS

FLOOD CONTROL PLANS - NEW ORLEANS AREA
*******************

"A" Eliminate Seabrook Locks, Replace with Gates
"B - C - D" New Floodgates.
"E" Construct new 30 ft. levee.
"F" Raise New Orleans East Levee.
"G" Raise Chalmette Levee.
"H" Eliminate two drainage structures.

New Levee - ▨▨▨▨▨

New Floodgates - ⬡

ENGCW-A                                                         6 December 1965

Honorable Allen J. Ellender
Chairman, Subcommittee on Public Works
Committee on Appropriations
United States Senate

Dear Mr. Chairman:

    I have your recent letter inclosing a copy of a letter from Captain Kenneth J. LeSieur, Chairman, Citizens Committee for Hurricane Flood Control, New Orleans, Louisiana, with attachment relative to modifications to the authorized hurricane protection project for Lake Pontchartrain.

    The Director of Civil Works will be pleased to inform you on this subject soon.

                                          Sincerely yours,

                                          A. H. McRae
                                          Assistant Director of Civil Works
                                             for Mississippi Valley