APPENDIX C

REPORT ON EVALUATION OF ALTERNATE PLANS INVOLVING MODIFICATIONS
IN THE ALIGNMENT OF THE LAKE PONTCHARTRAIN BARRIER

APPENDIX C

