RETURN TO

PROJECTS ENGINEERING SECTION

# LAKE PONTCHARTRAIN AND VICINITY, LOUISIANA

## LETTER

FROM

## THE SECRETARY OF THE ARMY

TRANSMITTING

A LETTER FROM THE CHIEF OF ENGINEERS, DEPART-
MENT OF THE ARMY, DATED MARCH 4, 1964, SUBMIT-
TING A REPORT, TOGETHER WITH ACCOMPANYING
PAPERS AND ILLUSTRATIONS, ON A REVIEW OF THE
REPORTS ON, AND AN INTERIM HURRICANE SURVEY
OF LAKE PONTCHARTRAIN AND VICINITY, LOUISIANA,
REQUESTED BY RESOLUTIONS OF THE COMMITTEE ON
PUBLIC WORKS, UNITED STATES SENATE, ADOPTED
JANUARY 28, 1949, AND FEBRUARY 4, 1957, AND AUTHOR-
IZED BY THE RIVER AND HARBOR ACT APPROVED
MARCH 2, 1945.  IT IS ALSO IN PARTIAL RESPONSE TO
PUBLIC LAW 71, 84TH CONGRESS, APPROVED JUNE 15, 1955



JULY 6, 1965.—Referred to the Committee on Public Works and
ordered to be printed with illustrations

U.S. GOVERNMENT PRINTING OFFICE
WASHINGTON : 1965

50-264 O

NPM-015-000000001

2.   PURPOSE AND EXTENT OF INVESTIGATION

     a.   The authorizing legislation cited in paragraph 1.a. pre-
scribes a Hurricane Study for the eastern and southern seaboards
of the United States.  In order to facilitate the study, the entire
Louisiana coast within the limits of the U. S. Army Engineer Dis-
trict, New Orleans, was divided into six independent areas.  The
study area covered by this interim report, designated "Lake
Pontchartrain, Louisiana and Vicinity," is one of these areas and
is shown on plate 1.  The purpose of this report is to present plans
and recommendations for protection of life and property against
hurricane flooding.  This includes consideration of hurricane pro-
tective works at New Orleans and Mandeville.  Beach erosion and
navigation are discussed in paragraph 26 a.  A report in response
to the resolution cited in paragraph 1.d. was assigned to the
Mississippi River Commission but that report has been combined with
the hurricane study.

     b.   Basic data were available for the study from surveys and
studies made in connection with previous reports and existing proj-
ects in the area.  These data consisted of topographic maps and
aerial photographs, topographic and geological surveys, construc-
tion drawings, hurricane damage survey reports, census reports,
development planning reports and records of hurricane damages from
newspapers, periodicals, miscellaneous reports, and U. S. Weather
Bureau files.  Details and descriptions of experienced hurricane
characteristics and damage are given in supplement 1, which is pub-
lished separately.  Additional data required for the study were
obtained from field surveys, appraisal studies to determine damages
for selected surge heights, and research of technical bulletins,
reports, and publications.  The U. S. Army Engineer Waterways Ex-
periment Station conducted model studies to determine the effect
of proposed plans on the existing circulation patterns and
salinity regimen of Lake Pontchartrain.

     c.   The following agencies and organizations were consulted
during the course of the study:  U. S. Department of Commerce,
Weather Bureau; U. S. Department of Interior, Fish and Wildlife
Service and Geological Survey; U. S. Coast Guard; U. S. Department
of Agriculture, Soil Conservation Service; U. S. Department of
Health, Education and Welfare, Public Health Service; State of
Louisiana, Department of Public Works, Department of Wild Life and
Fisheries, Department of Highways, Board of Health, Port of New
Orleans, Orleans Levee Board, and Chalmette Back Levee District;
Sewerage and Water Board of New Orleans; and Jefferson Parish, De-
partment of Sanitation.

     d.   The District Engineer made a reconnaissance of the area
during the preparation of this report.

50-264 O-65—4