8



# United States Department of the Interior

FISH AND WILDLIFE SERVICE
P.O. Box 4305
Lafayette, Louisiana
70502

May 31, 1979

Mr. Jack A. Stephens, Director-Secretary
St. Bernard Parish Planning Commission
Courthouse Annex
Chalmette, Louisiana  70043

Dear Mr. Stephens:

Reference is made to your letter of January 25, 1979, requesting summary technical information pertaining to the impact of the Mississippi River-Gulf Outlet (MR-GO) on St. Bernard Parish's wetlands and water bodies.  You expressed particular interest in changes in fish and wildlife habitat, hydrology, and geology as they relate to commercial fishing and trapping.  The following comments are submitted on a technical assistance basis.

## INTRODUCTION

The MR-GO is one of the largest channelization projects to be constructed through such an extensive area of high-value fish and wildlife habitat.  The project, authorized by the River and Harbor Act of 1956, engendered considerable controversy, much of it prior to actual construction.  Project proponents envisioning regional economic development pointed out that the channel would shorten the Mississippi River shipping route from the Gulf of Mexico to New Orleans by 40 miles.  The Louisiana Wildlife Biologists Association predicted that the project would create a 44-mile-long swath of destruction.

Great concern for the future of the area was voiced in view of the regional and national importance of the natural resources to be affected by the channel.  There was particular cause for alarm among conservationists that the channel alignment ultimately selected would traverse the extremely valuable marsh area south of Lake Borgne.  Prior to project construction the Louisiana Wildlife and Fisheries Commission (LWFC) stated that fish and wildlife resources, both sport and commercial, were of major importance to St. Bernard Parish.  The LWFC noted that, as the vast majority of the residents of the lower parts of the parish derived a livelihood from the marshlands, wetland destruction would create an extreme economic hardship.

Additional concerns included the probable increase in salinities in area marshes resulting from a direct connection to the waters of the Gulf of Mexico, increased and abnormal sedimentation, and changes in normal tide exchanges by closure of natural drainage routes. It was feared that these adverse conditions would produce changes in the composition of plant communities and animal populations, and that the project would result in major geological and ecological changes in the area.

By letter dated September 23, 1957, the Secretary of the Interior informed the Secretary of the Army that the project was of great concern to fish and wildlife conservation interests, including the commercial fishery industry. Interior's Secretary noted that project plans had not been investigated by fish and wildlife conservation agencies, as required by the Fish and Wildlife Coordination Act of August 14, 1946, and requested the Corps of Engineers to bring all phases of project planning into balance.

The U.S. Fish and Wildlife Service (FWS) foresaw that, in order to fulfill its obligations in the protection of fish and wildlife resources, further understanding of the effects of the planned engineering works and detailed studies of the hydrology and biology of the project area would be required. With the FWS as the coordinating agency, extensive and detailed pre-project hydrological and biological studies were conducted by several agencies. From these studies recommendations were formulated which helped to reduce adverse project effects on fish and wildlife resources. FWS reports on the project included a "Special Report on Fish and Wildlife Resources", dated November 1957; an April 1958 "Interim Report on Fish and Wildlife Resources and an Outline of Proposed Fish and Wildlife Studies"; and letter reports to the U.S. Army Corps of Engineers, dated May 4, 1959; July 9, 1959; January 8, 1960; July 27, 1960; September 27, 1960; January 12, 1961; December 13, 1961; May 8, 1962; September 13, 1962; September 28, 1962; January 26, 1965; and February 24, 1966.

## FISH AND WILDLIFE RESOURCES

The area traversed by the MR-GO is dominated by a broad expanse of sub-delta marshes and associated shallow estuarine waters. The area provides important feeding and nursery habitat to a variety of sport and commercial fishes and crustaceans. Commercial fisheries within the project area have comprised a significant portion of the total annual Louisiana production and contribute to a high proportion of the landings in Mississippi. Sport fishing in the area is excellent, especially for saltwater species. This area is of particular economic and recreational importance because of its proximity to the New Orleans metropolitan area.

UDI-001-000000002