```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4    IN RE: KATRINA CANAL BREACHES     CIVIL ACTION
 5    CONSOLIDATED LITIGATION           NO. 05-4182 K2
 6                                      JUDGE DUVAL
 7    PERTAINS TO:  MRGO AND ROBINSON
 8                  (No. 06-2268)
 9
10             (V O L U M E   II)
11          Rule 30(b)(6) deposition of THE UNITED
12    STATES OF AMERICA, BY AND THROUGH THE UNITED
13    STATES ARMY CORPS OF ENGINEERS' DESIGNEE
14    GREGORY MILLER, given at the U.S. Army Corps of
15    Engineers New Orleans District offices, 7400
16    Leake Avenue, New Orleans, Louisiana
17    70118-3651, on October 10th, 2008.
18
19
20
21
22
23    REPORTED BY:
24         JOSEPH A. FAIRBANKS, JR., CCR, RPR
25         CERTIFIED COURT REPORTER #75005
```

1    evaluated when considering future actions.
2        Q.   Which means that they were supposed to
3    report that information to CEQ, right?
4        A.   Again, I don't know the exact
5    regulation requirement at the time, but we
6    would report on the various -- you know, the
7    proposed action, in this case it was I believe
8    the operation and maintenance work of the
9    channel on a number of various aspects or
10   environmental considers, we're talking soil,
11   water, biology, um --
12       Q.   All right.  You're supposed to be the
13   guy that knows about the analyses and
14   evaluations of any modifications to MRGO deemed
15   necessary to address impacts on the health and
16   safety of the human environment as defined by
17   the National Environmental Policy Act.  You're
18   the guy.  So I'm just trying to find out
19   whether or not the erosion of the banks of the
20   MRGO that we know about as of the time that
21   this act is enacted, passed and they're doing
22   business, are you required to report the fact
23   the banks are eroding on the MRGO?
24       A.   I would think we would be.  Yes.
25       Q.   All right.  Did the Corps do an

1  analysis to understand whether or not the

2  erosion of the banks of the MRGO were impacting

3  the health and safety of the human environment

4  in response to the implementation of NEPA?

5     A.   Yes.

6     Q.   All right.  And did the Corps conclude

7  that the erosion of the banks of the MRGO were

8  in fact negatively impacting the health and

9  safety of the human environment?

10    A.   I'd have to read the, um -- the full

11 document before I could answer that.  I don't

12 see it in a summary section.

13    Q.   Okay.  Let's take a break.  Read it.

14 This is a specific topic.  I'm sorry.  I'm not

15 trying to make you read stuff, but this is a

16 very precise topic.

17         (Brief recess.)

18 EXAMINATION BY MR. BRUNO:

19    Q.   You were I believe trying to answer

20 that question.  Do we need to read it back or

21 anything for you?

22    A.   Sure.  Why not.

23         MR. BRUNO:

24              Would you mind?

25              (Whereupon the previous question was

```
 1   read back.)
 2       A.   Not that I can tell from reading the
 3   1976 final environmental statement.
 4   EXAMINATION BY MR. BRUNO:
 5       Q.   What analysis did the Corps do in
 6   order to reach that conclusion?
 7       A.   I think the analysis in the document
 8   was more specific to the proposed operation and
 9   maintenance methodologies and locations of
10   dredge material disposal.  There is
11   documentation of other projects in the area
12   such as the levees being built, but there is no
13   analysis that I can tell that reaches the
14   specific conclusion of the health and safety of
15   the human environment related to erosion of the
16   banks.
17       Q.   All right.  So then can we conclude
18   that the Corps did not do an analysis to
19   determine whether or not the erosion of the
20   banks of the MRGO negatively impacted the
21   health and safety of the human environment?
22       A.   Based on what I've read in this
23   particular document, I think that is -- that's
24   an okay conclusion.
25       Q.   All right.  Let me just ask you the
```

```
 1   We're talking about a lot of different things.
 2   I could be wrong, but I believe you're
 3   referencing the IHNC lock replacement.  That
 4   was a different project.
 5       Q.   Okay.  All right.  Well, can you point
 6   to a comprehensive analysis that would have
 7   investigated the extent to which MRGO was
 8   eroding its banks and having environmental
 9   impact, other than the environmental impact
10   report of '76 and the '68 foreshore protection
11   general design memorandum?
12       A.   No.
13       Q.   Now, the basis for the -- the
14   reconnaisance report established the need for
15   bank protection, did it not?
16       A.   I'll point to Page 1, Channel Bank
17   Erosion.  It talks about the findings of the
18   reconnaisance study, it talks about the use of
19   available data and field reconnaisance, um--
20   and notes that environmentally -- economically
21   justified and environmentally acceptable plans
22   have been identified that warrant proceeding to
23   more detailed studies.  So it documents bank
24   erosion and the erosion-related problems and
25   then identifies some potential solutions that
```

```
 1      A.   Do you want me to look for
 2   significance?
 3      Q.   Well, the word significant is defined,
 4   let's see if we can -- Page A3 -- identify a
 5   significant effect.  It says, examine causative
 6   factors and the effects they produce for each
 7   alternative.  Select those effects which appear
 8   significant in view of the conditions, problems
 9   and needs of the affected area as projected for
10   the with and without project conditions.
11      A.   Uh-huh.
12      Q.   It says, a significant effect is one
13   which would be likely to have a material
14   bearing on the decision-making process.
15      A.   Uh-huh.
16      Q.   So given that definition of
17   significant, do you believe that the
18   conclusions in the reconnaisance report which
19   describe, at Page 54, severe erosion is
20   occurring along the banks of the MRGO.  The
21   current back erosion problem will become a
22   major channel maintenance problem in the
23   future.  An estimated sixfold increase in the
24   required average annual maintenance dredging of
25   the MRGO could be realized by the year 2002.
```

 1  Wave wash and drawdown effects produced by
 2  large vessel traffic by causing highly
 3  productive marsh to be converted to open water.
 4  Saltwater intrusion in the marsh that remains
 5  has significantly modified the former fresh,
 6  intermediate marsh character of much of the
 7  study area.  Recreational hunting and fishing
 8  resources have been diminished and cultural
 9  resources are threatened by the currently
10  unabated bank erosion.
11           Now, would you agree with me that
12  those are significant effects?
13       A.   Yes.
14       Q.   All right.  Now, in this document
15  there's a cost-benefit analysis done which
16  compares the costs of the project to the
17  benefits achieved.  But in that analysis there
18  really is not a number put on the value of the
19  items that we've just discussed.  Isn't that
20  true?
21       A.   Can you point to the section in the
22  report that has the cost-benefit analysis?
23       Q.   Yes.  Page 41.
24       A.   I'm not the economist, but it looks
25  like to me that on Page 40 they put a value