SN-326

# STORM SURGE EFFECTS OF THE
# MISSISSIPPI RIVER-GULF OUTLET

Study A

RETURN
TO
TIDAL SECTION

Contract No. DA-16-017-CIVENG-66-106



September 9, 1966

## NATIONAL ENGINEERING SCIENCE CO.

Prepared for
Department of the Army
New Orleans District
Corps of Engineers
New Orleans, Louisiana

NED-188-000000513

TABLE I

Peak Surge Predictions for Hurricane Betsy for Four Cases

| Hurricane and Case / Station | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| Betsy I | 10.2 | 9.2 | 9.4 | 10.5 | 9.3 | 9.1 |
| II | 10.2 | 9.6 | 10.0 | 10.9 | 9.7 | 9.5 |
| III | 10.2 | 9.6 | 9.8 | 10.9 | | |
| IV | 10.2 | 9.6 | 9.8 | 10.9 | | |

inherent in the predictions for Hurricane Betsy is satisfactory from the theoretical point of view because the history of Betsy's movement leads to relatively smooth variations in the wind regime.

The synthetic hurricanes were judged to behave more in the manner of Hurricane Betsy producing a slow rising surge. The predicted surge peaks are summarized in Table II.

It is seen that the effect of the Mississippi River-Gulf Outlet is almost negligible for all large hurricanes accompanied by slow rising storm surges. It may be expected that once in a while a storm may occur which has a somewhat freakish, more rapidly rising surge in which case the Gulf Outlet Channel may have a very marked effect. However, such a storm will not produce tides which are as high as the more critical hurricane tracks such as Betsy or the synthetic hurricanes.

4