CELMN-ED-HC

SUBJECT: MRGO, ST. BERNARD PARISH, (BANK EROSION)    DeMent/2481 
         REVISED RECON STUDY

    d. Alternatives 1 and 2 should be located on the -3 ft contour. We have already furnished maps with the proposed alignment. Design Branch has the latest cross sections and will be responsible for providing plans for internal review.

                                                            COMBE
                                                            CELMN-ED-HC

                            CECIL W. SOILEAU
                            Chief Hydraulics and Hydrology Branch

                                                            SOILEAU 
                                                            CELMN-ED-H




CELMN-ED-HC

SUBJECT: MRGO, ST. BERNARD PARISH, (BANK EROSION)   DeMent/2481 
REVISED RECON STUDY

    d. Alternatives 1 and 2 should be located on the -3 ft contour. We have already furnished maps with the proposed alignment. Design Branch has the latest cross sections and will be responsible for providing plans for internal review.

                                                                COMBE 
                                                                CELMN-ED-HC

                  CECIL W. SOILEAU
                  Chief Hydraulics and Hydrology Branch

                                                                SOILEAU
                                                                CELMN-ED-H

CELMN-ED-HC  (CELMN-ED-EE/22 OCT /92)      1st End      DeMent/2480
SUBJECT:  MRGO, ST BERNARD PARISH, (BANK EROSION) REVISED RECON
STUDY

CELMN-ED-H                                                9 Dec 92

FOR  C/ENG CONTROL BRANCH

1.  In the Reconnaissance Report, dated February, 1988 we
determined that the average rate of bank retreat was about 15 ft
per year for each bank.  This data was based on comparing 1967-68
1:24,000 quadrangle maps with December 1985 aerial photographs.
We have analyzed additional uncontrolled aerial photographs with
an approximate scale of 1 inch = 1000 ft (1:12,000) for the
following years: 1968, 1973, 1979, 1982, 1983, 1986, and 1992.
The erosion varies considerably since the bank line is not
uniform and often consists of broken or irregular marsh
shorelines or embayments.  The average shoreline erosion is
approximately 15 ft per year which verifies the previous
estimate.

2.  We investigated wind generated waves and found that they
were limited by the width of the channel except during extreme
storm conditions such as hurricanes.  By observation, we further
determined that ship waves would control and that a 4.0 ft wave
was appropriate for design conditions.  Ships create large
drawdowns with resulting return flows and are thus the most
severe design criteria.  These waves occur during normal stages
and weather conditions along the MRGO.  Observation of large
ships transiting the channel shows that the drawdown approaches
4 ft below the existing stage and that the return flow produces a
rise in the existing stage of 2 ft.  The total effect of the
transverse ship wave which is perpendicular to the ship is a 6 ft
change in water level traveling at about the speed of the ship.
This produces velocities approaching 18 to 20 ft per second.
Using the 4 ft wave criteria traveling along the stern of the
ship in an oblique angle in a series of waves or using velocity
criteria created by the transverse 6 ft ship wave (drawdown and
return flow) will require graded stone design with a median
weight of approximately 400 pounds.  The recommended gradation of
the stone armor protection for revetment or dike construction is
listed below:

| PERCENT LIGHTER BY WEIGHT | WEIGHT IN POUNDS |
|---|---|
| 100 | 900-2200 |
| 50 | 440-930 |
| 15 | 130-460 |

   This standard gradation requires an armor thickness of 3 ft.
Several test sections using articulated mattresses, concrete
mats, filter fabrics,and various stone thickness and gradations

NED-192-000000684

CELMN-ED-HC

SUBJECT: MRGO, ST. BERNARD PARISH, (BANK EROSION)
         REVISED RECON STUDY

were built along the South Bank to protect the toe of the Hurricane Protection Levee. It was determined by LMVD and LMN representatives and detailed monitoring that the 3 ft thickness and the listed gradation was an appropriate design for the ship wave criteria.

3. An analysis was made of the gages along the MRGO and it was determined that the mean tide level at Shell Beach is 1.3 ft NGVD. Mean Low Water is about + 0.65 ft NGVD and the Mean High Water is 1.95 ft NGVD which gives an average tide range of 1.3 ft. This was based on the period of record from 1 January to 30 December 1991. The mean monthly values computed from the daily means are shown in the following table.

| JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 0.65 | 0.57 | 0.79 | 1.06 | 1.32 | 1.40 | 1.36 | 1.67 | 2.12 | 1.86 | 1.29 | 0.87 |

   a. An analysis was also made of annual highs and lows and it was determined that the average annual high was 4.78 ft NGVD and the mean annual low was -0.99 ft NGVD. The maximum stage was 11.06 ft NGVD created by Hurricane Camille on August 17, 1969. The lowest stage was an estimated -2.70 ft NGVD created by a winter storm on March 5, 1965.

   b. The crest elevations of the foreshore or dike protection should be based on mean tide level criteria of 1.3 ft NGVD as well as the drawdown and return flows from ship waves. The extreme high stage and low stage criteria is a factor but not a controlling design condition.

   c. The preferred design, shown as Alternative 1, is a foreshore dike with a crest elevation of 5 ft NGVD with 1:3 channel side slope and 1:2 landside slope with a channel side berm of 10 ft to allow for future erosion of the exposed toe at -3 ft NGVD. Alternative 2 is basically the same design but is based on armoring of an existing bank. Note that the alternative selected to build about 3.5 miles of dike between Miles 50 and 54 where Lake Borgne is threatening to breakthrough to the MRGO is a less stable section. This reach is planned for immediate construction and will be monitored closely to determine its stability since it will be subjected to frequent overtopping.

CELMN-ED-EE                                                22 Oct 92

MEMORANDUM FOR C/H & H Branch
               ATTN: CELMN-ED-HC

SUBJECT: Mississippi River Gulf Outlet, St. Bernard Parish, LA
(Bank Erosion) Revised Reconnaissance Study

1. Reference the 14 Oct 92 Engineering Div IPT meeting on the
subject study.

2. As discussed, CELMN-ED-HC is requested to accomplish the
following tasks:

    a. <u>Bank Erosion</u>. Study appropriate photographs and maps
to verify the estimated bank erosion rates along the North bank.

    b. <u>Wave Climate and other Design Conditions.</u> Determine
the wind wave climate as well as establish the ship wave
criteria for ship drawdown and return flow for the design of
appropriate alternatives.

    c. <u>Stages.</u> Determine the stage duration for a normal
year by analyzing available gage information, and provide a
discussion of potential storm conditions.

We request that these tasks be completed and submitted to
CELMN-ED-EE NLT 3 Dec 92.

3. We also request that you begin work on the conceptual design
and selection of the proper alternative for bank protection as
well as the alignments. As discussed during the 14 October
meeting, the FY'93 Federal budget includes a congressional add
authorizing the construction of rock dike protection along the
north bank of the MRGO. The protection would extend
approximately three and one-half miles, between channel miles 50
and 54. The design of this feature is enclosed. Construction
is scheduled to begin this month; we were advised that
subsequent maintenance will be funded under O & M General for
the Mississippi River-Gulf Outlet, LA project. We request that
you include this feature in your evaluation of the future
without-project condition.

4. The charge number for this work is AA55721M0010ENG.

Encl                                    ROBERT T. FAIRLESS
                                        Chief, Engineering Control Branch





NED-192-000000688



NED-192-000000689