MISSISSIPPI RIVER-GULF OUTLET
NEW LOCK AND CONNECTING CHANNELS
QUANTITIES TO USE FOR REAL ESTATE
FOR COMPARATIVE ANALYSIS OF 14 SCHEMES

1. Baptiste Collette Alt. Route w/new lock at IHNC at site of Old lock: IHNC - Take line at west edge of Jordan Ave. between Miss. River and MR-GO.

2. Bohemia site:[1] Forebay 2,600' wide. Tail bay 5,000' wide.

3. Scarsdale site:[1] Forebay and tail bay up to St. Bernard Parish line--2,950' wide; tail bay from 40 arpent canal to MR-GO--5,000' wide.

4. Caernarvon site:[1] Same as Scarsdale site.

5. Lower site: Forebay and tail bay up to 40 arpend canal--2,950' wide; tail bay from 40 arpent canal to MR-GO--10,500' wide. The barge canal between MR-GO and GIWW takes a width of ~~1,800'~~ 1,300'.[1]

6. Lower site-barrier: Forebay and tail bay up to 40 arpent canal--2,950' wide; tail bay from 40 arpent canal to MR-GO--6,000' wide; barge channel and levee between MR-GO and GIWW takes a width of 6,000'.

7. Upper site:[2] Same as Lower site, except for barge channel alinement.

8. Saxonholm site: Same as Lower site, no barge channel required.

9. IHNC site-east of existing site: Take line located mid-llock between Jordan Ave. and Deslande St. from the Miss. River to St. Claude Avenue and at the edge of the east roadway of Jordan Avenue from St. Claude Avenue to the MR-GO.

10. IHNC site-center channel (opposite Galvez St. wharf): Same as no. 1.

11. IHNC site-east of center channel (opposite Galvez St. wharf): Same as no. 9.

12. IHNC land bridge w/Lower site: Fill in IHNC between St. Claude and Claiborne Ave.; construct divided ground level roads at these avenues and a park between, bounded on the west by the Coast Guard station property and on the east by Sister St. Lower site takes area as described in no. 5.

13. IHNC land bridge + Caernarvon site: No. 4 + No. 12.

14. IHNC land bridge + Scarsdale site: No. 3 + No. 12.

---

[1] Include barge channel adjacent to west bank of Lake Borgne between MR-GO and GIWW, width of R/W is ~~1,800'~~ 1,300'.

[2] Include direct barge canal connection. Width of R/W is ~~1,800'~~ 1,300'.

AFW-180-000001004

LMNPL-RE
SUBJECT: MR-GO--New Lock and Channels Project; Postpublic Meeting Studies

are noted in these areas than in the flooded or intermittently flooded swamp. Live oak and palmetto are major species noted on the ridges and Indian middens, especially near the Bayou La Loutre area. Spoil areas support shrubs such as eastern baccharis, and marsh elder and various species of the surrounding marsh. Fresh, intermediate, brackish, and saline marshes are between New Orleans and the Mississippi River Delta. Wiregrass is the dominant species in intermediate and brackish marsh types, but species tolerant to salinity are more common in brackish than intermediate marshes. Oystergrass, saltgrass, and black rush are dominant in the saline marsh. Fresh marshes have a greater species diversity than the more saline types. A vegetative type map by Chabreck, Palmisano, and Joanen (1968) notes the lines of demarcation between marsh types for coastal Louisiana.

8. The marsh west of the MR-GO has been significantly modified by, inter alia, the MR-GO channel, existing levees, and by the hurricane levee now under construction. With the floodgates now under construction at Bayous Bienvenue and Dupre, in operation, the area will retain its estuarine character, pending further development.

9. Most of the drained area is developed or subject to being developed for urban-type uses including industrial and commercial. Land-related resources of the drained portions of the project area include small gardens, pastureland, and minimum amounts of farming. The oil industry is well represented, both from the production and refinery standpoints. The ridge areas are forested, but limited forest resources are harvested from the area. The economy is not based on the direct land use of the area but on the fish, shrimp, oyster, crab, oil, and cargo industries.

10. The swamp-marsh area supports populations of various arthropods, mollusks, amphibians, reptiles, birds, and mammals.

11. Mammals of the area include the white-tailed deer, swamp and cottontail rabbits, grey and fox squirrels, opossums, raccoons, grey and red fox, skunk; several species of bats, mice, and rats; the armadillo; and domestic cattle, pigs, dogs, and cats.

12. The sports fishery of the area is oriented primarily around the brackish water species of fish present. Commercial fishing is an important part of the economy in the study area. Species dependent on the primary production of nutrients from the study area and surrounding areas include oysters; brown, white, and pink shrimp; blue crabs; and many brackish water fish, all of which are harvested commercially within the study area, related by the US Army Corps of Engineers including the Mississippi River, the Lake Pontchartrain basin, including Bayou Loutre, Isle Neagres, Chandeleur Sound, and Breton Sound.