# APPENDIX L

**Environmental Assessments and Environmental Impact Statements
Incorporated by Reference**

**Mississippi River-Gulf Outlet Deep-Draft De-authorization Study
Draft Integrated Final Report to Congress and LEIS (November 2007)**

## Environmental Assessments and Environmental Impact Statements
## Incorporated by Reference

- EA #411, entitled "MR-GO, Installation of Articulated Concrete Mattressing, Miles 37.4 to 36.5, St. Bernard Parish, Louisiana", with a FONSI signed on October 19, 2004.
- EA #403, entitled "MR-GO, Hopper Dredging Miles 27.0 To 66.0", with a FONSI signed on March 22, 2004
- EA #402, entitled "Lake Borgne – MR-GO, Shoreline Protection Project, St. Bernard Parish, LA", with a FONSI signed on December 16, 2004.
- EA #361, entitled "MR-GO, LA, Test Installation of Articulated Concrete Mattressing, Miles 39.0 to38.0", with a FONSI signed on January 29, 2003.
- EA #355 MR-GO Mile 27.0 to – 0, with a FONSI signed on June 30, 2003.
- EA #354, entitled "MR-GO, Additional Disposal Area Designation Miles 66.0 to 49.0, St. Bernard Parish, LA", with a Finding of No Significant Impact (FONSI) signed February 9, 2004.
- EA #349, entitled "MR-GO, Miles 32-27, Additional Disposal Areas - Hopedale Marshes, St. Bernard Parish, LA", with a FONSI signed on August 15, 2002.
- EA #288, entitled "MR-GO Mile 43 to Mile 41 North Bank Stabilization, St. Bernard Parish, LA" with a FONSI signed on November 8, 1999.
- EA #277, entitled "MR-GO, LA, Shell Beach Disposal Areas, St. Bernard Parish, LA", with a FONSI signed on September 6, 2001.
- EA #277-A, entitled "MR-GO, LA, Construction of Flotation Channels Miles 49.0 to 38.0, St. Bernard Parish, LA", with a FONSI signed on October 2, 2001.
- EA #274 MR-GO, Additional Disposal Areas, Hopedale Marshes, with a FONSI signed on July 10, 1998.
- EA #269, entitled "MR-GO, LA, South of Lake Borgne Additional Disposal Areas, St. Bernard Parish, LA", with a FONSI signed on March 24, 1998.
- EA #269-B, entitled "MR-GO, South of Lake Borgne Additional Disposal Areas plus Deflection Dike and Floatation Channels, St. Bernard Parish, LA", with a FONSI signed on June, 2000.
- EA #269-C, entitled "MR-GO, LA, Construction of Flotation Channels Miles 51.0 to 48.0, St. Bernard Parish, LA", with a FONSI signed on October 2, 2001.
- EA #255, entitled "MR-GO, LA, Wetland Creation, Miles 15.0 to 23.0, St. Bernard and Plaquemines Parish, LA", with a FONSI signed on February 12, 1997.
- EA #247, entitled "MR-GO St. Bernard Parish, LA, Bank Stabilization Miles 55.0 to 56.1", with a FONSI signed on September 24, 1996.
- EA #244 MR-GO Back Dike (CWPPRA), Disposal Area Marsh Protection, Back Dike, with a FONSI signed on July 30,1996 NOTE: disregard erroneous date on heading of August 6, 1996, Commander signed on July 30, 1996.

- EA #162, entitled "Mississippi River – Gulf Outlet, St. Bernard and Plaquemines Parishes, LA - Marsh Enhancement/Creation and Berm Construction", with a subsequent FONSI signed on July 10, 1992.
- EA #154 Mississippi River – Gulf Outlet - Major Rehabilitation of the South Jetty in Breton Sound, with a FONSI signed on December 23, 1991 NOTE: no EA available, this is date of Memorandum to discontinue work.
- EA #152, entitled "MR-GO St. Bernard Parish, LA, Bank Stabilization, Miles 50.5 to 55.0", with a FONSI signed on November 21, 1991.
- EA #143 Mississippi River – Gulf Outlet - New Canal, Remedial Dredging, with a FONSI signed on September 11, 1991.
- EA #72, entitled "MR-GO Breton Sound Jetty Repairs", with a FONSI signed on May 26, 1988.
- EA #54 South Bank Mississippi River – Gulf Outlet - Borrow Site, with a FONSI signed on April 1, 1986.
- EA #47, entitled "MR-GO Foreshore Protection", with a FONSI signed on January 23, 1985.
- EA #38, entitled "MR-GO, Foreshore Protection Test Section", with a FONSI signed on August 15, 1983.
- EA #15 entitled "Transfer of Land Along Mississippi River – Gulf Outlet Jourdan Road Terminal to Inner Harbor Navigation Channel", with a FONSI signed on December 15, 1980.
- Lake Pontchartrain, LA and Vicinity Hurricane Protection Project Riprap shore protection with openings at Bayous Bienvenue and Dupre, EIS, 1973 and 1974.
- Lake Borgne Vicinity MR-GO Bayous La Loutre, St. Malo, and Dupre Final EIS, March 1976.
- Mississippi River-Gulf Outlet, New Lock and Connecting Channels. Evaluation report and final EIS in nine volumes, dated March 1997 (actually released in 1998).
- Mississippi River - Gulf Outlet Ocean Dredged Material Final EIS, May-89.
- Mississippi River-Gulf Outlet, Michoud Canal. Final EIS, dated June 1973.
- U. S. Army Corps of Engineers, 2004. Louisiana Coastal Area (LCA) Ecosystem Restoration Study and Programmatic EIS. US Army Corps of Engineers, New Orleans, Louisiana.