Saucier/2525
(MEMOFILE.MHS)

CELMN-PD-RS (1165-2-26a)                                        6 Oct 93

MEMORANDUM FOR FILE

SUBJECT:  Mississippi River-Gulf Outlet, St. Bernard Parish, LA (Bank Erosion) Revised Reconnaissance Study and Feasibility Study.

1.  Reference meeting of 6 Oct 93 held to discuss the possible options for Environmental Input to the Feasibility Report for the Subject Study.

2.  Planning Division employees in attendance included: Saucier, Vigh, Hartzog, Baird, Montz, McBride, Boe, Baird, Bosenberg, Brantley, Clark, Exnicios, and Podany.

3.  The decision to prepare an Environmental Assessment (EA) or an Environmental Impact Statement (EIS) for the subject study was discussed in detail.  The primary reason to prepare an EA rather than an EIS would be the additional time (___ months) and money ($___) that are required to prepare an EIS.  Several reasons were given to prepare an EIS.  These include:

   -The placement of rock along the eroded shoreline may increase the tidal scour at points where breaches are made.  These breaches would be left to allow the natural bayous and waterways, which enter the MRGO, to function as normal.

   -Potential Cultural Resource Impacts

   -Because of the large scope of the proposed action; 30 miles of shoreline along the north bank of the MRGO, the various designs of shoreline protection and, the possible consideration of small scale construction of various critical segments of the MRGO that may be prioritized, an EIS would be necessary.

   -PUBLIC INVOLVEMENT
      - The locals don't want a small scale bank protection project- they want something more than just a few miles that are being considered critical reaches.
      - When environmental organizations (LPBF) see how much this project is going to cost, they will probably ask why we didn't evaluate the closure of the MRGO as a possible alternative.
      - Various public interests have expressed opposition to construction and maintenance of the MRGO and they are likely to request preparation of an EIS.

   -Because the proposed action requires detailed engineering to decide what type of shoreline protection would function best in certain reaches of the MRGO, then the detailed description required in the Impacts of the Alternatives on Significant Resources would probably follow the format of an EIS better than an EA.

NPM-036-000001505

-Because we may consider the closure of the MRGO as a non-structural alternative, then the socio-economic impacts of that alternative would be significant and an EIS would be required.

-At any time during the review process, the Corps, another Federal agency, the state, or a public organization/citizen could argue that the proposed action would have a significant affect on the human environment (or that we overlooked a significant resource) and we would have additional analysis. This would not be much of a problem if we were already doing an EIS, but if we were doing an EA, the whole process would have to start over again and an EIS would have to be prepared, adding 4 to 8 months to the report/EIS schedule.

4. The decision was made to prepare a Supplemental EIS to the existing MRGO EIS, which was prepared in 1976.

<div style="margin-left: 40%;">

Michael Saucier
Environmental Projects Section

</div>

NPM-036-000001506