DRAFT

ENVIRONMENTAL STATEMENT

MISSISSIPPI RIVER-GULF OUTLET, LOUISIANA
(MAINTENANCE)

ASSOCIATED WATER FEATURES
GULF OF MEXICO
CHANDELEUR SOUND
BRETON SOUND
LAKE BORGNE
LAKE PONTCHARTRAIN
GULF INTRACOASTAL WATERWAY

Prepared by

U. S. ARMY ENGINEER DISTRICT, NEW ORLEANS, NEW ORLEANS, LOUISIANA

30 October 1972

VRG-079-000000194

MISSISSIPPI RIVER-GULF OUTLET, LOUISIANA
(MAINTENANCE)

## TABLE OF CONTENTS

| Paragraph | | Title | Page |
|---|---|---|---|
| | | SUMMARY | i |
| 1 | | PROJECT DESCRIPTION | 1 |
| | a. | Location | 1 |
| | b. | Features (and status) | 1 |
| | c. | Purpose | 2 |
| | d. | Authorization | 7 |
| | e. | Benefit-cost ratio | 7 |
| 2 | | ENVIRONMENTAL SETTING WITHOUT THE PROJECT | 7 |
| | a. | Geological elements | 8 |
| | b. | Hydrological elements | 9 |
| | c. | Climatology | 14 |
| | d. | Botanical elements | 16 |
| | e. | Zoological elements | 18 |
| | f. | Archaeological elements | 20 |
| | g. | Economic conditions | 21 |
| 3 | | THE ENVIRONMENTAL IMPACT OF THE PROPOSED ACTION | 32 |
| 4 | | ANY ADVERSE ENVIRONMENTAL EFFECTS WHICH CANNOT BE AVOIDED SHOULD THE PROPOSAL BE IMPLEMENTED | 35 |
| 5 | | ALTERNATIVES TO THE PROPOSED ACTION | 36 |
| 6 | | THE RELATIONSHIP BETWEEN LOCAL SHORT-TERM USES OF MAN'S ENVIRONMENT AND THE MAINTENANCE AND ENHANCEMENT OF LONG-TERM PRODUCTIVITY | 37 |
| 7 | | ANY IRREVERSIBLE AND IRRETRIEVABLE COMMITMENTS OF RESOURCES WHICH WOULD BE INVOLVED IN THE PROPOSED ACTION SHOULD IT BE IMPLEMENTED | 39 |
| 8 | | COORDINATION WITH OTHERS | 40 |
| | a. | Public participation | 40 |
| | b. | Government agencies | 41 |
| | c. | Citizen groups | 41 |

## TABLES

| | | | |
|---|---|---|---|
| TABLE 1 | | LAND-USE PATTERN (1970) | 28 |
| TABLE 2 | | POPULATION DATA (1970) | 29 |
| TABLE 3 | | INDUSTRIAL PROFILE OF ORLEANS, JEFFERSON, AND ST. BERNARD PARISHES | 31 |

VRG-079-000000195

TABLE OF CONTENTS (Cont'd)

APPENDIXES

APPENDIX I    A LIST OF THE VASCULAR PLANTS MENTIONED IN THIS
              STATEMENT
APPENDIX II   A LIST OF ANIMALS MENTIONED IN THIS STATEMENT

Plate I

Plate II

VRG-079-000000196

MISSISSIPPI RIVER-GULF OUTLET, LOUISIANA
(MAINTENANCE)

( X )  Draft          (   )  Final Environmental Statement

Responsible Office:  U. S. Army Engineer District, New Orleans

New Orleans, Louisiana

1.   Name of Action:  ( X )  Administrative      (   )  Legislative

2.   Description of Action:  The Mississippi River-Gulf Outlet
(MR-GO), Louisiana, project area is located in the southeastern
portion of Louisiana east of the Mississippi River and is essen-
tially a deep-draft seaway channel extending approximately 76 miles
in a southeasterly direction from the city of New Orleans to the
Gulf of Mexico. The project consists of three main items:  the main
channel and its protective jetties and dikes which are covered in
this statement and a new lock and connecting channels that will be
covered in detail in another environmental statement.  Construction
of the 76-mile main channel was essentially completed in July 1965.
Parallel dikes have been constructed 3 miles beyond land's end (from
mile 23.2 to mile 20.2) and the south dike extends an additional
5.4 miles (to mile 14.8).  The construction phase for the third item
(lock and connecting channels) of the project has not commenced.
This statement describes the impacts associated with periodic
maintenance dredging of the main channel only.  The benefit-cost
ratio for the project is 1.5 to 1.

i

VRG-079-000000197

3.   a.   <u>Environmental Impacts</u>:  Construction and maintenance of
the tidewater channel through disposal of the dredged material has
resulted in a loss of marsh vegetation with a decrease of producer
organisms which are the basis of the food chains for an ecosystem.
This has resulted in a reduction of detritus which has affected the
food chain in this area.  The amount of secondary production in
surrounding open waters has decreased accordingly.  This filled
wetland has resulted in the loss of popular, valuable waterfowl
sites in the estuary.  The ~~hydrology~~ hydrologic characteristics of the project area ~~is~~ are under-
going changes as a result of moderate salt-water intrusion, changes
in drainage patterns, sewage pollution from urban areas, and
subsidence.  Increased salinities have reduced fresh water species
and increased salt-water species in parts of the project area.
Maintenance dredging of the channel does not significantly affect
the flora or fauna of the project area.  Temporary turbidity
associated with dredging operations and sediment deposit ~~may~~ will affect
aquatic vegetation and aquatic animals ~~may~~ will be buried during maintenance ~~dredging~~
~~maintenance.~~


     b.   <u>Adverse Environmental Effects</u>.  A shell midden located
near the junction of the MR-GO and the Gulf Intracoastal Waterway
(GIWW) was buried with dredged material from construction of the
project.  This loss is not considered permanent since future
excavation is a possibility.  An area 2,000 feet wide, parallel and
contiguous to the channel right-of-way, was used for initial channel
excavation and will be used for future maintenance disposal if

VRG-079-000000198

landowners do not withdraw disposal rights. If a landowner withdraws disposal rights within the 2,000 feet area, he is obligated to make available other owned land in the area for spoil disposal. Vascular plant communities are not allowed to fully establish on the excavated material because maintenance dredging regularly adds to the raised elevation in some areas. Aquatic vegetation will be affected by the temporary turbidity associated with dredging operations and sediment deposit and aquatic animals will be buried during dredging maintenance. The salinity increase has changed vegetative composition which may have affected the habitat for faunal species in some areas.

4. <u>Alternatives</u>: There is no acceptable economic alternative to continued maintenance. Beneficial use of this navigable waterway will depend upon planned or more or less frequent intervals of dredging maintenance. If maintenance were foregone there would be some benefit for those ecosystems that are or could be adversely affected by dredged material. Removal of dredged materials to remote desposit areas is not economically justifiable at this time. Placing this excavated material on marsh not previously used for this purpose would modify additional marshland by changing the drainage pattern and elevation. This alternative would involve placing dredged material on other areas near the channel. Continued urban expansion will in the future probably create a need for the dredged material for land and recreation development at an acceptable level of environmental impact. A comparison of both methods

iii

VRG-079-000000199

of dredged material disposal will be made at appropriate intervals
to insure minimal adverse effect on the environment as one alterna-
tive, with continuation of vital transportation for the public as
another alternative.

5.   Comments Requested:

U. S. Department of the Interior, Assistant Secretary - Program
Policy

U. S. Department of Commerce, Deputy Assistant Secretary for
Environmental Affairs

U. S. Department of Commerce, National Marine Fisheries Service

U. S. Department of Transportation, Bureau of Public Roads

U. S. Department of Transportation, Coast Guard

U. S. Department of Health, Education, and Welfare, Public
Health Service

Environmental Protection Agency

State of Louisiana, Department of Public Works

Louisiana State Parks and Recreation Commission

State of Louisiana, Department of Health

Louisiana Wildlife and Fisheries Commission

Louisiana Stream Control Commission

Louisiana Department of Highways

State of Louisiana, Commission on Intergovernmental Relations

State of Louisiana, Office of State Planning

VRG-079-000000200

Regional Planning Commission for Jefferson, Orleans, and St. Bernard Parishes

Curator of Archaeology, Louisiana State University

State of Louisiana, Department of Conservation

State of Louisiana, Registrar of Land Office

Louisiana Advisory Commission on Coastal and Marine Resources

National Wildlife Federation

Louisiana Wildlife Federation

Louisiana Wildlife Federation, Water Control Projects Committee

Louisiana Historical Preservation and Cultural Commission

Police Jury, St. Bernard Parish

Lake Borgne Basin Levee District

Orleans Levee District

Board of Commissioners of the Port of New Orleans

Ecology Center of Louisiana, Inc.

National Sierra Club

New Orleans Sierra Club (Delta Chapter)

National Audubon Society

Orleans Audubon Society

Southwest Regional Representative, National Audubon Society

Mayor, City of New Orleans

Plaquemines Parish Commission Council

Oyster Growers Association

Maritime Commission

Gulf Intracoastal Canal Association

American Waterways Operations

VRG-079-000000201

American Institute of Merchant Shipping

Advisory Council on Historical Preservation

VRG-079-000000202

MISSISSIPPI RIVER-GULF OUTLET, LOUISIANA
(MAINTENANCE)

DRAFT
ENVIRONMENTAL STATEMENT

1.   PROJECT DESCRIPTION.

a.   Location.  The Mississippi River-Gulf Outlet (MR-GO),
Louisiana, navigation project is located on the left descending
side of the Mississippi River southeast of New Orleans, Louisiana.
It commences at mile 66 at the Inner Harbor Navigation Canal (IHNC)
and extends in a southeasterly direction through Breton Island (mile
zero) to approximately mile -9.38 in the Gulf of Mexico for a total
length of 76 miles.

b.   Features (and status).  The MR-GO project consists
generally of three main items:  the main channel, protective jetties
and dikes, and the new lock and connecting channels.  Construction
of the main tidewater ship channel was essentially completed in
July 1965 and the last restriction was removed in 1968.  The channel
extends a distance of 76 miles from the IHNC in New Orleans to the
Gulf of Mexico.  The minimum bottom width of the channel is 500 feet
at a depth of -36 feet m.l.g. (mean low gulf) with the outer 9 miles
seaward of Chandeleur Island at -38 feet m.l.g. deep being an eased
entrance, widening from 500 feet at Chandeleur Island to a bottom
width of 600 feet for approximately 9.8 miles extending to the
-38-foot contour in the Gulf of Mexico.  Protective parallel dikes Jetties
have been constructed 3 miles beyond lands end (from mile 23.2 to

*Could be clarified*

*Rewrite to agree with plate*

mile 20.2) and the south *Jetty* ~~dike~~ extends an additional 5.4 miles (to mile 14.8). No part of the third portion of the project has entered into the construction phase.  It is envisioned that approved Federal features of this work will consist of a new lock and its appurte- nances, channels connecting the river to the main outlet channel, return levees along the full lengths of the connecting channels and the fore and tailbays, a barge channel extending to the Gulf Intracoastal Waterway (GIWW), a navigable floodgate to accommodate small boat access to the Lake Borgne Canal, and an interim anchorage at approximate mile 60, MR-GO.  Non-Federal features include construction of bridges, acquisition of lands, and relocations of utilities.  The new ship lock and connecting channels will be discussed in another environmental statement.


    c.   <u>Purpose</u>.  The MR-GO is an essential alternate ship route permitting orderly growth and expansion of the New Orleans port facility.  Operation of this channel is designed to reduce waterway travel distance to the open gulf by about 40 miles and avoid large variations in water levels at the harbor facilities.


    The MR-GO provides a safer, shorter route for ships from the harbor area of New Orleans to the Gulf of Mexico than the Mississippi River.  The project provides additional areas of safe harbor for development of industrial facilities, thus improving the job opportunities for the residents of the metropolitan New Orleans area.  In addition to ships, smaller craft operated by commercial

2

fishermen, mineral development interests, sports fishermen and hunters use the channel for a faster route of access to the coastal area.

To lessen the impact of dredge material, a series of permanent dredged material impoundments were developed, into which the soft mud is pumped as it is removed from the channel bed. These impoundments were designed with their own water control structures so that as the mud is pumped into one side, the sediment and other material settled to the bottom and the relatively clear water is released through the control structure and out into the adjacent marshland. These impoundments are constructed in such a manner that the traverse pattern of water flow through the marshland running east and west and the normal interchange of water through natural currents are not disturbed any more than necessary. This plan was utilized ~~so~~ *to reduce the adverse effects on* ~~that the natural condition of~~ the surrounding marshland and the production of its estuarine resources ~~will not be adversely affected~~.

Shoaling, the natural deposition of soil in the bottom of the waterway, has been a problem in the lower reaches of the channel. Based on shoaling frequencies, the channel can be divided into four categorical sections as follows:  (I) Mile 66 to mile 23, (II) Mile 23 to mile 12, (III) Mile 12 to mile 0, and (IV) Mile 0 to mile -9.38.

3

VRG-079-000000205

(1)  <u>Section (I) mile 66 to mile 23</u>.  This section of the
MR-GO is in the protected land-cut portion.  In the vicinity of mile
66 at the upper end of the project, there is a ~~1,000~~- by ~~2,000~~-foot
2280 x 2300 ft.
turning basin for shipping vessels.  Shoal material in this section
is due mostly to eroding banks from vessel wave wash, cross-over
streams, and tidal action.  Maintenance consists of the removal and
disposal of shoal material above the -40-foot m.l.g. plane (plus
1 foot overdepth) over a bottom width of 500 feet.  Shoaling is
removed by hydraulic cutterhead dredges and is contained in diked
areas on the right descending bank.  Material removed from the
channel is also used for hurricane protection levee construction.
In all cases the dredge effluent is returned to the MR-GO.  Dredging
every 30 months is required to maintain project depths.  Dredging
is usually not required for the full length of this section at one
time.

(2)  <u>Section (II) mile 23 to mile 12</u>.  The most frequently
dredged areas of the waterway exist in this section.  Stone retention
dikes now exist <u>from mile 23</u> to mile 20.0 on the <u>left descending</u>
Does not agree with map.
<u>side</u> of the channel and on the <u>right descending side from mile 23.0</u>
to mile 15.  Shoaling in this section is primarily due to tidal
currents and the western littoral drift in Chandeleur Sound and

on the right descending side 3,000 feet from the channel centerline where retention dikes exist, the spoil is placed 700 feet from the centerline outside of the dike.  Dredging is required annually.

(3)  Section (III) mile 12 to mile 0.  This section has a much lower shoaling rate than Section II.  Heavy shoaling occurs during major hurricane storms and during severe local weather disturbances.  The material deposited is attributed to in situ material in Breton and Chandeleur Sounds.  Maintenance consists of removal and disposal of shoal material above the -42-foot m.l.g. plane, plus 2 feet overdepth over a bottom width of 500 feet.  Maintenance is accomplished by hydraulic cutterhead dredges.  Dredge spoil is placed in open water on the right descending side 3,000 feet from the channel centerline.  Dredging is required annually.

(4)  Section (IV) mile 0 to mile -9.38.  This section of the outlet is in the Gulf of Mexico and is maintained annually or as required by seagoing U. S. hopper dredges.  A unit price dredge contract is awarded when channel width or depth becomes critical.  Maintenance consists of removal and disposal of shoal material above the -40-foot m.l.g. plane, plus 2 feet overdepth over a bottom width of 600 feet.  Dredge spoil is placed in open water on the right descending side 2,000 feet from the channel centerline.  Spoil disposal becomes more limited for the hopper dredges near mile 0 due to the shallow elevations of the spoil bank.

5

The most recent project status is as follows:

| Status | Percent Complete | Completion Schedule |
|---|---|---|
| Relocations | 100 | |
| Lock | 0 | July 1979 |
| Channels and canals | 72 | July 1979 |
| Breakwaters and seawalls | 12 | July 1979 |
| Levees and floodwalls | 0 | July 1979 |
| Permanent operating equipment | 42 | July 1979 |
| Entire project | 27 | July 1979 |

A study is underway to investigate means to reduce maintenance dredging of the main channel, including consideration of extending one or both existing dikes.

Maintenance dredging uses only the front 2,000 feet of spoil deposit area. Therefore, the additional spoil deposit area contained in the rear 2,000 feet is no longer required for present maintenance dredging.

The front 2,000 feet will be adequate for maintenance dredging for the next 22.5 years at 3 million cubic yards per year or 33.8 years at 2 million cubic yards per year. The available spoil deposit volume is 0.068 billion cubic yards. This area is located along the right descending bank of the channel.

Approximately 8 million cubic yards of shoal material are removed from the channel annually by dredging. Table 1 gives the

VRG-079-000000208

volume of material dredged through maintenance in the channel from 1966 to 1971.

TABLE I

VOLUME OF MATERIAL DREDGED IN MR-GO
MAINTENANCE DREDGING

| FY | LAND CUT | BRETON SOUND | ENTRANCE CHANNEL IN GULF OF MEXICO |
|----|----------|--------------|-----------|
| 66 | 11,217,830 cy | 11,814,677 cy | 958,798 |
| 67 | 5,732,957 | *20,101,643 | 5,258,871 |
| 68 | 478,863 | 3,693,735 | 692,381 |
| 69 | 5,360,933 | 349,013 | 3,064,539 |
| 70 | | **25,556,497 | 6,342,972 |
| 71 | | 4,800,126 | 8,401,416 |

* Hurricane Betsy
** Hurricane Camille

    d.   <u>Authorization</u>.  Public Law 445, 84th Congress, March 1956, authorized the construction of the main channel, protective jetties and dikes, and the new lock and connecting channels.

    e.   <u>Benefit-cost ratio</u>.  The benefit-cost ratio for the project is 1.5 to 1.

2.   <u>ENVIRONMENTAL SETTING WITHOUT THE PROJECT</u>.

    The project area consists of coastal marshes, lakes, sounds and adjacent waters of the Gulf of Mexico.  The virtually undeveloped rich alluvial marshland representing elements of soils drained

7

VRG-079-000000209

from two-thirds of the United States, was laid down by the Mississippi River and associated distributaries. Lakes Pontchartrain and Borgne and Chandeleur and Breton Sounds are large open water areas which border the marsh area.

a.  Geological elements.

(1)  The project area, situated in the extreme southern part of the Central Gulf Coastal Plain, extends southeastward from the vicinity of New Orleans, across the adjacent marshlands and Chandeleur-Breton Sound, and onto the shallow continental shelf of the Gulf of Mexico. The dominant local physiographic features are the abandoned deltaic plain south of Lake Borgne, characterized by marshlands, natural levees of abandoned distributaries, and numerous shallow lakes and bays; and the bay-sound area, characterized by a broad, shallow expanse of water bordered on the east and south by a broken chain of barrier islands. Most of the land area is at or near sea level; however, elevations may reach 4 feet above m.s.l. (mean sea level) on the crests of the natural levees and as much as 10 feet above m.s.l. atop sand dunes on the barrier islands. Depth of the Chandeleur-Breton Sound is 10 to 17 feet, with shoaling occurring in the vicinity of the barrier islands. A tidal channel between Breton Island and Grand Gosier Island reaches depths of 30 feet.

8

VRG-079-000000210

(2)   The subsurface consists of Holocene deposits gradually increasing in thickness from about 45 feet at New Orleans to about 180 feet at the southern end of the chain of Chandeleur Islands. These Holocene sediments consist generally of 5 to 15 feet of organic marsh deposits, overlying 25 to 60 feet of interdistributary clays and intradelta silty sands deposited while the Mississippi River was constructing the St. Bernard Delta Complex.   Underlying this sequence are prodelta clays and nearshore sands, which in turn overlie Pleistocene materials.   Natural levees, sandy channel fills, and point-bar deposits mark the sites of minor distributaries of the ancient Mississippi River.   In Chandeleur-Breton Sound, about 10 feet of shelly silt and silty sand overlie 40 to 60 feet of interdistributary-intradelta clay and sand.   These interdistrib-utary-intradelta sediments are underlain by as much as 100 feet of prodelta clay.   Immediately seaward of the Chandeleur Islands the bottom sediments are nearshore silty sands and sands.   The Pleis-tocene deposits which underlie the Holocene sediments consist generally of stiff clays with local concentrations of sands and sandy silts.

b.   <u>Hydrological elements</u>.   The MR-GO is a manmade channel extending from the 38-foot contour in the Gulf of Mexico (mile -9.38) to the IHNC (mile 66.0), a distance of 76 miles.   The channel between mile -9.38 and mile 20.0 is in open water, while mile 20.0 to mile 66.0 is an inland reach through the southeast Louisiana marsh which has elevations predominately at or near zero

9

VRG-079-000000211

feet, m.s.l.  The channel between mile -9.38 and mile 0.0 is maintained as a 600- by 38-foot deep (below m.l.g. (mean low gulf)) channel.  Shoaling has been a problem in the lower reaches of the channel with the greatest rate occurring from mile 20 to mile 13.

The channel connects Breton Sound to Lake Pontchartrain through its connection with the IHNC and the GIWW at the upper end of the channel.  It is also connected to Lake Borgne by Bayous Dupre, Yscloskey, and La Loutre via Bayou St. Malo about midway in the inland reach of the channel.

The channel is tidal with little fresh water runoff contrib- uting to its flow.  Relatively fresh water does come into the channel from Lake Pontchartrain, which causes the water in the upper depths to be less saline.  Some fresh water also enters the channel from the Mississippi River by way of the IHNC locks.  However, the inflow to the channel from this source is insignificant.  Average salini- ties vary from 5,700 p.p.m. (parts per million) of chlorides at the upper end of the inland reach to 14,100 p.p.m. at the lower end of the  reach.  Salinities in the open water reach in Breton Sound approach 18,000 p.p.m. of chlorides.

Average tidal stages range from 1.4 feet above m.s.l. at the upper end of the channel to 0 foot m.s.l. where it connects with Breton Sound.  The tide is diurnal in nature and has a mean range of 0.8 foot at the upper end of the channel to 1.4 feet at the lower

VRG-079-000000212

end.  Current patterns are continually changing due to effects of wind and tide.

A change from lower to higher salinities has occurred in the project area since construction of the channel.  An increase in salinities in Lake Pontchartrain has resulted in more saline fish species in the vicinity of Seabrook.  This increase in salinity may have produced conditions less favorable for other species.  A common brackish water clam, Rangia cuneata, may be affected by this salinity change.  This clam inhabits low salinity estuaries in the gulf states and is of considerable commercial value in Louisiana because the shells are used as fill for construction of roads, as an additive to concrete, and other industrial purposes.

Fresh water flora and fauna have decreased in numbers while brackish and saline species have increased.  The change of vegetation types in response to increased salinity has resulted in habitat changes for the faunal communities.  Salinities have increased the tolerant species at the expense of fresh water species.

Salinity may be regarded as a major factor affecting marsh vegetation composition.  Changes in marsh vegetation have been noted in the project area.  The Bureau of Sport Fisheries and Wildlife conducted vegetational studies between 1959 and 1968 - (Preliminary Report of Marsh Vegetation Study, MR-GO Navigation Project, report prepared by Branch of River Basin Studies, Vicksburg,

11

VRG-079-000000213

Mississippi, 1960; Relationship of Vegetation to Salinity in a
Southeast Louisiana Coastal Marsh, prepared by Division of River
Basin Studies, 1961; and The Vegetation of Upper Plaquemines and
St. Bernard Parishes, 1968.)  A reduction in fresh water species
and species unable to tolerate increased salinity levels has been
noted since completion of the deepwater channel.

Species of marine fishes are now found in sections of the
project which were prior to project construction inhabited by fishes
of much lower salinity tolerance.  A reduction of desirable white
shrimp nursery areas has occurred where salinities have risen above
14 p.p.t. (parts per thousand).

At present, pollutants and untreated sewage from the New Orleans
area are introduced into Bayou Bienvenue through an outfall canal
at the upper end of the project area.  This preproject condition
is affecting the oyster industry in Lake Borgne.  Concentrations
of nitrogen and zinc in dredged material samples are relatively
high, whereas mercury, lead, oil and grease, volatile solids, and
chemical oxygen demand levels are in low concentrations as set
forth by criteria established by the EPA.  Samples were taken by
the U. S. Army Corps of Engineers, New Orleans District, on
1 September 1971 and 23 March 1972.

The high zinc content (relative to EPA criteria) of bottom
sediments can be explained by a USGS report "Elemental Composition

VRG-079-000000214

of Surficial Materials in the Conterminous United States."  The
results of zinc analysis of terrestrial soil samples presented in
this report indicate zinc concentration in the soil which exceed
the EPA criteria for most of southern Louisiana.  The high nitrogen
content (relative to EPA criteria) in bottom sediment can be ex-
plained by the natural decay and deposition of vegetative materials
and organic detritus, and the erosion and deposition of alluvial
lands high in nitrogen content.  Since the dredged material will
be placed in diked areas, the return of high levels of nitrogen
and zinc to the adjacent surface waters is not anticipated.

Subsequent to local interest's contention that, during Hurricane
Betsy, the MR-GO had caused severe flooding in St. Bernard Parish
and a part of New Orleans, a contract was awarded to the National
Engineering Science Company for a study to determine the effects,
if any, of the MR-GO on storm surges.  The study was made under
the supervision of Dr. Charles L. Bretschneider, a world-renowned
export on tidal hydraulics.  The study was completed in September
1966.  The conclusions reached in the study were as follows:

(1)  The MR-GO has very little effect on maximum storm
surges for hurricanes that produce slow-rising tides, the normal
type of hurricane occurring along the Gulf of Mexico coast (example -
Hurricane Betsy 9-10 September 1965).

13

(2)  The Mississippi River has more effect on maximum storm surges for hurricanes that produce fast rising tides*than does MR-GO*  This type hurricane is rare and produces much lower storm surges than hurricanes that produce slow rising tides.

(3)  The first conclusion stated above is borne out by the fact that stages at the head of the MR-GO were about the same for Hurricane Betsy and a hurricane, similar both in track and severity, that occurred in September 1915.

(4)  Development in the area subject to overflow was much less in 1915, and consequently the actual damage, although severe, was much less at that time.  The only practicable means for hurricane  protection in the area outside the authorized levees is the construction of hurricane proof improvements and the early evacuation of people and movable property from the exposed area.

c.  <u>Climatology</u>.  The project area is located in a subtropical latitude, having mild winters and hot humid summers.  During the summer, prevailing southerly winds produce conditions favorable for convective thundershowers.  In the colder seasons, the area experiences frontal passages which produce squalls and sudden temperature drops. (River fogs are prevalent in the winter and spring when the temperature of the Mississippi River is somewhat colder than the air temperature.) *How is this related to MR-GO*

14

The normal temperature is about 70° F. and the recorded extremes are 6° F., 12 February 1899, and 105° F., 26 June 1954.  The normal temperature in summer and winter is 83.1° F. and 57.1° F., respectively.

Precipitation is generally heavy in two fairly definite rainy periods.  Summer showers occur from about mid-June to mid-September, and heavy winter rains generally occur from mid-December to mid-March.  Based on the records from the U. S. Weather Bureau Station in New Orleans, the normal annual precipitation is 63 inches, with extreme variations of 85.7 inches in 1875 and 31.1 inches in 1899. Extreme monthly rainfalls exceeding 12 inches are not uncommon, and as much as 25 inches have been recorded in a single month. Normal monthly rainfalls range from 7.9 inches in July to 3.2 inches in October.  Several stations have experienced calendar months in which no rainfall was recorded, the latest being October 1963. Snow occurs infrequently in the area.  An 8.2-inch fall occurred in New Orleans on 14-15 February 1895.  The last measurable snowfall occurred on 31 December 1963 when 4.5 inches fell in New Orleans. The growing season is approximately 300 days.

The U. S. Weather Bureau's anemometer at the New Orleans International Airport, Moisant Field, installed in 1949, is the nearest station which provides the longest wind record available for the St. Bernard Parish area.  The average wind velocity is 8.6 m.p.h. (7.4 knots) but winds over 100 m.p.h. (87 knots) are experienced occasionally in hurricanes.  The predominant wind directions

15

VRG-079-000000217

are south to southeast from January through July, and northeast

to east-northeast from September through November.


    d.   <u>Botanical elements</u>.  A list of the vascular plants

mentioned in this statement is included as appendix I.  The names

are alphabetically listed by common name followed by the scientific

name.  The project area is characterized by saline, brackish, and

intermediate marsh, and forestland.  A report (Vegetation Type

Mapping Studies of the Marshes of Southeastern Louisiana) was

prepared by the Texas A&M Research Founcation from studies conducted

during 1958-1960.  The attached vegetative-type map prepared by

Chabreck, Joanen, and Palmisano (1968) delineates marsh types of

the:


    (1)  Marsh areas.


    (a)  The salt marsh comprises a greater acreage

than any other single marsh type in the project area.  All the land

bordering Breton and Chandeleur Sounds on the west and for miles

inland is classified as saltmarsh.  Black rush and oystergrass are

major constituents of the salt marsh.  In the project area black

mangrove assumes equal dominance in the marsh which borders

directly on the Breton and Chandeleur Sounds.  Other common salt-

marsh plants are glasswort, salt grass, saltwort, and sea oxeye.

VRG-079-000000218

(b)  The brackish marsh has moderate salinity ranges with wiregrass generally considered to be the climax species.  Other common brackish marsh plants are three-cornered grass, coco, and widgeongrass.

(c)  The intermediate marsh has low salinity with typical plants being alligatorweed, wild millet, bullwhip, sawgrass, big cordgrass, deer pea, and arrowhead.

(d)  Roseau, marsh elder, and eastern baccharis are present at higher areas along with numerous species of the surrounding marshes.

(2)  Forest land.

(a)  Between the marsh and the higher ridgelands of the natural levees in the upper reaches of the project area is a broad zone of arboreal swamp.  Bald cypress is dominant in the western portion, but hardwood species predominate toward the eastern end.  Tupelo gum, swamp maple, pumpkin ash, sweetgum, and water oak are common overstory species with palmetto, wax myrtle, and rough-leafed dogwood being common understory species.

(b)  Submerged aquatic seed plants include naiad, coontail, and pondweed.

17

VRG-079-000000219

e.   <u>Zoological elements</u>.  A list of the animals mentioned
in this statement is included as appendix II.  The names are alpha-
betically listed by common name followed by the scientific name.

The marsh and estuarine area associated with the distributaries
of the Mississippi River is about 70 miles wide and extends for
about 150 miles along the coast.  The climate is favorable, with
a long growing season and abundant rainfall.  Favorable climate
coupled with other physiographic conditions, permits a biological
succession which results in a very large supply of living plant
and animal organisms - the fundamental food supply of our fresh
and salt-water food fishes, turtles, alligators, shrimp, oysters,
fur-bearing animals, ducks, and other birds.  In addition, the
project area is one of the important nursery and rearing grounds
of many commercial and sport fishes of the Gulf estuary and coastal
waters.

The aquatic fauna of the project area are diverse, including
many species, which are involved in the food chains of the estuary.
Clams, mussels, and oysters filter plankton and detritus.  Some
of the marsh grasses are consumed by insects and other terrestrial
herbivores, but most of it is consumed by the marine organisms in
the form of detritus.  Shrimp, mullet, menhaden, and other species
spend the early part of their lives in estuaries feeding on the
abundant plankton and detritus, then move to offshore waters where
they may be eventually harvested by man.

18

Pelecypods (clams and mussels) and snails have fairly well-defined niches in the marshes of the project area.  The common brackish water clam, <u>Rangia cuneata</u>, is of considerable commercial value in Louisiana and neighboring states because the shells are used extensively for construction and industrial purposes.  There is an excellent growth of oysters on the rock jetties extending into the Breton and Chandeleur Sound area.

The total oyster lease acreage in the study area is estimated to be about 7,600 acres.  The development of the productive oyster industry in this area has occurred apparently within the last 3 or 4 years.  Oyster beds are located along the southwestern edge of Lake Borgne near Shell Beach.  At present, pollutants consisting of untreated sewage in runoff waters and materials from the New Orleans area are introduced into Lake Borgne.  Coliform bacteria associated with this preproject condition is affecting the oyster industry in Lake Borgne.

Crabs and crayfish are abundant in the project area.  Three commercially important shrimp are the white, brown, and pink shrimp. Others include the seabob, grass shrimp, and river shrimp.

Fishes of the surrounding open waters include the Atlantic croaker, bay anchovy, gulf menhaden, spot, catfish, drum, flounder, silverside, silver perch, speckled trout, red drum, and sheepshead.

VRG-079-000000221

Alligators, turtles, and snakes may be noted in the marshes. Muskrat and nutria are common along with opossum, otter, raccoon, mink, and rabbits.

Resident game birds include the wood duck and mottled duck. Migratory game birds are the mallard, redhead, lesser scaup, pintail, coot, teal, gadwall, and geese. Other nongame waterfowl are cranes, herons, and ibises. *Song birds & small mammals?*

f.  <u>Archaeological elements</u>.  In marsh and coastal environments one may expect to find evidence of human occupation on the natural levees and beach ridges.  A number of these physical features occur in the project area.

An aboriginal shell midden is located along the left descending bank near the mouth of Bayou Bievenue; another aboriginal deposit is near Fort McComb at the Chef Menteur Pass.  A shell midden, approximately 3,200 years *old* is located south of the junction of the MR-GO and the GIWW.[1]  This is a type site for prehistorical Bayou Jasmine phase of Povery Point culture.  Aboriginal shell middens are also located along the banks of Shell Beach Bayou and along the southwest shore of Lake Borgne.

Martello Castle is located at the mouth of Bayou Dupre, the

---

[1]Gagliano, S. M., and Saucier, Roger, 1963.  Point sites in Southwestern Louisiana.  American Antiquity, 28(3), Salt Lake City.

VRG-079-000000222

Old Fort Beauregard Ruins are near Shell Beach, and the Battery
Bienvenue Ruins are located at the junction of Bayous Bienvenue
and Villere. Chalmette National Historical Park in Chalmette is
located near the project area. The Fort de La Boulaye site is
located near Phoenix on the Mississippi River. No physical traces
of the fort remain aboveground.

g.   Economic conditions.

(1)   Introduction. The MR-GO, located in St. Bernard,
Plaquemines, and Orleans Parishes, is connected to the IHNC and
the GIWW. Through the IHNC lock, the MR-GO is linked to the
Mississippi River system. Together with these other waterways, a
waterborne transportation network is formed which supports the
economy of South Louisiana and has major economic impact on a fan-
shaped area within a 300-mile radius around New Orleans. Economic
effects of the entire Mississippi River System are spread over
approximately three-fifths of the nation. For the purposes of this
study, as it deals mainly with the MR-GO and its connecting links,
the area of most immediate concern is comprised of St. Bernard,
Orleans, and Jefferson Parishes.

(2)   General economy. Over most of its length, the
MR-GO traverses area of prime habitat for fish and wildlife, which
harbor a wealth of natural mineral deposits, including oil, gas,
and sulphur. With the completion of the project, much of the land,

21

particularly in the upper one-third of St. Bernard Parish, became
amenable to industrial site usage and related commercial development.

Agriculture is not a significant factor in the economy of St.
Bernard Parish.  In 1964, approximately 4.6 percent of the parish
land was under cultivation and this figure has subsequently declined.
Similarly, agriculture is of little economic importance in either
Orleans or Jefferson Parishes.

Industry and commerce are the cultural elements of the economy
of the project area with activity centering around the MR-GO-IHNC-
GIWW juncture.  Illustrative of the extent of industrialization are
the figures for plant investment along the IHNC and the GIWW in
Orleans Parish.  As of December 1971, these values were $20.3
million and $52.3 million, respectively.  Traffic on the MR-GO
increased from 343,000 tons in 1961 to over 4 million tons in 1970.
In the latter year, vessel traffic included 235 vessels with drafts
of 19 feet to 36 feet plus 500 vessels with drafts off 18 feet or
less.  The IHNC lock handled 65,860 bottoms including 261 ships,
and a net tonnage of nearly 22 million in 1970; in 1960 the corres-
ponding figures were 50,983 bottoms including 379 ships and some
12 million net tons.  Since traffic through the above two facilities
is basically unrelated, or represents completely separate vessels,
comparison of the above figures indicates consistent economic
growth for the project area during the 1960-1970 decade.

22

As additional general cargo-handling facilities now planned are constructed on the IHNC and MR-GO, further significant increases in the number of ships and tonnage utilizing the total system will occur.  The Board of Commissioners, Port of New Orleans has firm plans for the extensive construction of both bulk and general cargo-handling facilities along the MR-GO and IHNC.  Current plans provide that by the year 2000 two modern container-handling facilities, one combination container and break-bulk facility, and four new conventional break-bulk terminals will be in operation.  Also, construction of a special steel-handling unit as well as expansion of an existing bulk terminal is programmed.  Recent information indicates that four barge-carrier handling units will be constructed on the east bank of the Mississippi River at mile 106.5 (Above Head of Passes).

The assuring agency, the Board of Commissioners of the Port of New Orleans, estimates that by the year 2000 the Port of New Orleans will remain a complex conglomerate of public and private facilities lining the Mississippi River, the MR-GO, the Michoud Canal, and a number of other man-made tidewater canals.  The Port's long-range plan commits it to expand into the tidewater areas and to partial retirement from the river.  It now appears that by the turn of the century there will remain on the riverfront, in addition to the major break-bulk facilities of Henry Clay, Nashville, and Napoleon Avenue wharves; LASH/SEABEE facilities which will require Perry Street wharves presently used for break bulk.  Intraport

VRG-079-000000225

movement of ships between the river and tidewater terminals of the
port will be essential for the foreseeable future.  In 1970, the
greater Port of New Orleans originated or terminated 63,624,858
tons of cargo in deep-draft bottoms (foreign and domestic).  During
the same period, 60,052,350 tons were originated or terminated in
shallow-draft bottoms.  These statistics would tend to support the
present interdependence of deep- and shallow-draft commerce as well
as an insight into the extent that a deep-draft lock will be
utilized by both interests as the new terminals are constructed
in the tidewater areas under the "Centroport" development program.
The Dock Board further informs us that this plan calls for the
expenditure of $400 million over the next 30 years for major redevel-
opment and modernization of its facilities.  In support of this
plan of development, Congressman F. Edward Hebert, in May 1972,
stated before the Subcommittee on Public Works, House Appropriations
Committee, that "...I believe that this dramatic program will play
an important role in strengthening the United States' maritime
position and in helping to achieve a favorable balance of payments
in world trade...."

    As we previously mentioned, justification of the MR-GO was not
predicated on economics alone, but NATIONAL DEFENSE considerations
also provided impetus to this project.  The Port of New Orleans
is earmarked as a major port of embarkation for men and materials
because of its proximity to the crossroads of the greatest combined
natural navigable river and manmade inland canal transportation

VRG-079-000000226

system in the world.  The development of the nuclear warheaded intercontinental ballistic missile has made the defensive doctrine of DISPERSION of FACILITIES mandatory.  The MR-GO will allow this great port to do just that.  The second, and equally as important national defense impetus, is to provide an ALTERNATE ROUTE to the sea.  World War II and just lately, the apparent effortless mining of Halphong Harbor entrance conversely, clearly demonstrated that harbor facilities, if dispersed and provided with unrestricted or alternate exits to the sea, are rendered inoperative by air or sea action with great difficulty, and if damaged, can be restored to usable condition quickly.  Without the new ship lock and suitable connecting channels, the United States of America will be denied these vitally important benefits.

The existing IHNC lock is nearly 50 years old, dimensionally deficient in terms of existing and future vessel sizes, and of insufficient capacity to handle current traffic.  Authorized for construction between the MR-GO and the Mississippi River is a new lock and connecting channel which will be of sufficient size to accommodate future ship and barge traffic.

Major types of cargo moving over the MR-GO currently include crude petroleum, iron and steel in primary form, manufactured products, and food and kindred products.  Commodities such as sugar, flour, and various grains can be expected to move in quantities increasing in relation to the growth of population, which

VRG-079-000000227

has a projected annual rate of 1.3 percent through the period 1965-2000. Commodities such as crude petroleum, gasoline, etc., are closely related to the growth in demand for energy which shows a projected annual rate of increase of 4.0 percent to the year 2000. Commodities such as various ores, scrap metal, etc., are related to the growth of value added by manufacturing and this indicator is projected to have an average annual rate of growth of 4.6 percent through the year 2000. New Orleans is ideally located to serve as a central wholesale-retail distribution point and the above commodities move through the trade area of New Orleans in large dollar volume. The basic New Orleans trade area comprises 14 parishes of Louisiana and 5 counties in Mississippi. The population of this area was approximately 1,765,300 in 1970 and showed total retail sales of some $2.6 billion; wholesale sales totaled almost $2 billion for the same year. An important element of this trade picture is the activity in the port, contributing an estimated 20-25 percent of the total dollar value of the New Orleans area economy. The total flow of commerce that moves through New Orleans via the MR-GO-IHNC-GIWW and the Mississippi River System has immediate effect within a 300-mile radius, or almost all of Louisiana and parts of Alabama, Arkansas, Florida, Mississippi, and Texas.

This combination of economic activity generated total employment of 302,793 within the New Orleans Standard Metropolitan Statistical Area (SMSA) in 1960, of which 82,229 were nonwhite and 220,564 were white. This employment centered in wholesale-retail trade and

VRG-079-000000228

services, and to a lesser degree in manufacturing.  In 1960,
unemployment amounted to 5.4 percent of the civilian labor force;
the rates were 9.4 percent and 3.9 percent for nonwhite and white,
respectively.  Comparable figures for 1970 show a labor force of
368,261 composed of 95,490 nonwhite and 272,771 white; unemployment
rates in this year were 4.8 percent (total), 8.1 percent (nonwhite),
and 3.7 percent (white).

(3)  Land use.  The largest portion of the total land area
in the three parishes of Jefferson, Orleans, and St. Bernard is
comprised of marsh and swamp areas.  Development has centered
primarily on the alluvial ridges along the banks of the Mississippi
River.  As shown in table 1, total developed acreage (industrial,
agricultural, and urban) amounts to less than 15 percent of the
total land area.  Industrial development, while centering primarily
on the river, is also found along the Harvey Canal, the GIWW, the
IHNC, and the upper section of the MR-GO.  Agricultural acreage,
currently less than 3 percent of the total, will continue to decline
as more acreage is converted to urban type usage.

VRG-079-000000229

TABLE 1

LAND-USE PATTERN (1970)

| PARISH | TOTAL LAND[1] ACREAGE | INDUSTRIAL[2] ACREAGE | PERCENT OF TOTAL | AGRICULTURAL[3] ACREAGE | PERCENT OF TOTAL | URBAN-TYPE[4] ACREAGE | PERCENT OF TOTAL |
|---|---|---|---|---|---|---|---|
| Jefferson | 211,840 | 1,500 | 0.7 | 8,951 | 4.2 | 33,000 | 15.6 |
| Orleans | 131,200 | 813 | 0.6 | nil | nil | 38,000 | 29.0 |
| St. Bernard | 328,960 | 704 | 0.2 | 7,112 | 2.2 | 7,000 | 2.1 |
| TOTAL | 672,000 | 3,017 | 0.4 | 16,063 | 2.4 | 78,000 | 11.6 |

[1]County and City Data Book, 1967, U. S. Department of Commerce.
[2]Survey of Industry from Baton Rouge to Venice, Louisiana, 1971, conducted by U. S. Corps of Engineers, New Orleans District; industrial acreage shown includes only those sites lying immediately adjacent to the Mississippi River, and is not indicative of parish totals.
[3]Statistical Abstract of Louisiana, 1971.
[4]Estimates by U. S. Corps of Engineers, New Orleans District. Does not include industrial acreage shown elsewhere on table.

28

VRG-079-000000230

(4)  Population.  Pertinent population characteristics are presented in table 2 below:

## TABLE 2

### POPULATION DATA (1970)

| Parish | Total | Urban | Rural |
|--------|-------|-------|-------|
| Orleans | 593,471 | 591,502 | 1,969 |
| Jefferson | 337,568 | 323,507 | 14,061 |
| St. Bernard | 51,185 | 46,719 | 4,466 |

| Parish | Land Area (Sq. Mi.) | Density Per Sq. Mi. |
|--------|---------------------|---------------------|
| Orleans | 205 | 2,895 |
| Jefferson | 331 | 1,020 |
| St. Bernard | 514 | 100 |

The parishes of Jefferson, Orleans, and St. Bernard are characterized by localized population concentrations which result in much higher densities in the built-up areas than those averages indicated in table 2.  In Orleans Parish, the principal urban concentration extends between the Mississippi River and Lake Pontchartrain.  Most of the population of St. Bernard resides in the upper one-third of the parish adjacent to the city of New Orleans; in Jefferson, most of the development is on the east bank of the river and adjacent to the city.  However, important urban developments exist on the west bank in both Orleans and Jefferson

29

VRG-079-000000231

Parishes.  Much of the subject waterways system passes through the
heart of these urban improvements.  Therefore, there is an appreci-
able percentage of the population which would be either directly
or indirectly affected by either loss, enlargement, or continued
existence of any segment of this system.

(5)  Industrial development.  Currently, industrial
development in the New Orleans metropolitan area generally centers
along the Mississippi River and connecting waterways system.  Table
III summarizes the investment situation and shows growth for the
period 1963-70 in the three-parish area immediately affected by
the MR-GO-IHNC-GIWW.

(6)  Agricultural development.  Agriculture plays an
insignificant role in the economy of the area served by the MR-GO-
IHNC-GIWW.  The figures for numbers of farms, average acreage, and
percentage of the area in farms for the three parishes as of 1964
are, respectively:  Orleans, 43, 29.3, and 1 percent; Jefferson,
73, 130.1 and 3.9 percent; and St. Bernard, 33, 459.2, and 4.6
percent.  Since 1964, the relative importance of agriculture has
shown further decline.

*Shouldn't these figures agree with Table 1, pg. 28*

VRG-079-000000232

TABLE 3

### INDUSTRIAL PROFILE OF ORLEANS, JEFFERSON, AND ST. BERNARD PARISHES

Along Mississippi River and Connecting Waterways

|  | Orleans | PARISH Jefferson | St. Bernard |
|---|---|---|---|
| Industrial Acreage 1970 | 813 | 475 *(Different from Table 17.)* | 704 |
| Investment |  |  |  |
| 1946-60 | $16,701,000 | $129,622,000 | $222,471,000 |
| 1961-71 | 74,483,000 | 75,651,000 | 79,922,000 |
| Average Monthly Employment |  |  |  |
| 1963 | 5,121 | 6,102 | 3,729 |
| 1970 | 6,079 | 11,933 | 3,997 |
| Average Monthly Wage |  |  |  |
| 1963 | $499 | $596 | $609 |
| 1970 | 648 | 699 | 734 |
| Total Wage Bill |  |  |  |
| 1963 | $ 7,669,000 | $ 10,902,000 | $ 6,814,000 |
| 1970 | 11,852,000 | 25,026,000 | 8,807,000 |

31

VRG-079-000000233

3.   THE ENVIRONMENTAL IMPACT OF THE PROPOSED ACTION.

The portion of the project area extending from the juncture of the GIWW and the IHNC to Louisiana Highway 47 (Paris Road) has been excessively drained and is polluted by introduction of wastes through an outfall canal at the upper end of the system. Sewage and storm water runoff affects the estuarine basin in the same manner as industrial discharges. The closure and recent opening of oyster harvesting in western Lake Borgne because of high coliform bacteria counts resulted from contamination from discharge water from the New Orleans urban area.

*Not clear what this means?*

Increased currents under the Seabrook bridge have resulted in adverse navigation conditions in that vicinity. However, the Seabrook lock in the Lake Pontchartrain hurricane protection project is being designed to remedy the condition.

The hydrology of the project area is undergoing changes as a result of moderate salt-water intrusion, changes in drainage patterns, sewage pollution from urban areas and subsidence. Construction of the MR-GO resulted in a general increase in salinity in the project area.

A permanent spoil area 2,000 feet wide is provided on the west descending side *of the MR-GO* adjacent to the channel right-of-way line. This strip was used for initial channel excavation, is being

32

presently used, and will be used in the future for maintenance

dredging.  All spoil from dredged material north of the Chandeleur

Sound is confined to diked areas onshore.  Material removed from

the channel from the upper reaches of the project area to approxi-

mately mile 50 is used for hurricane protection levee construction

along the MR-GO.  ~~This feature~~ The hurricane protection system is separate from this project and

is included in another environmental statement.  The area used for

present maintenance of dredged material covers approximately 10,410

acres.  This spoil area extends from mile 66 to mile 23.


     Retention dikes confine spoil onshore and were constructed

to prevent the dredged material from spreading and to minimize

adverse environmental effects.  Material dredged from the Gulf of

Mexico is not polluted and the spoil is returned to the gulf about

(1,500) feet from the channel.

Does not agree with figures given in para. 1c (2),(3),(4) on pages 4 & 5

     Maintenance of the MR-GO through disposal of spoil has

resulted in a loss of marsh vegetation with a decrease of producer

organisms which are the basis of the food chains for an ecosystem.

This has resulted in a reduction of detritus which has affected

the food chain in this area.  The amount of secondary production

in surrounding waters has decreased accordingly.


     Maintenance dredging of the channel does not significantly

affect the flora or fauna of the project area.  Benthos organisms

are covered by sediments during dredging.  Aquatic vegetation may

33

VRG-079-000000235

be affected by the temporary turbidity and by sediment deposit

which passes into the marshes through the open waterways.  Vascular

plant communities are not allowed to fully establish on the spoil

in some areas because material *(dredged)* is regularly added to the raised

elevation.  Revegetation of spoil areas does not occur to any great

extent because of continuing maintenance.  All original plant species

in the spoil areas are undoubtedly destroyed by being covered.

The loss of marsh vegetation has resulted in a decrease of producer

organisms which are the base of the food chains for an ecosystem.

This has resulted in a reduction of detritus.  Detrital consumers

use this decayed organic material and in turn are consumed by

carnivores in the food web.  A reduction in the production and

release of detritus has decreased the amount of secondary production

in surrounding open waters.  Many physical factors such as marsh

buggy trails, fires, nutria and muskrat eatouts, and hurricanes

affect the ecology of the marshes.  These and other physical factors

have resulted in the vegetative changes of the project area marshes.


The shell midden located near the junction of the MR-GO and

the GIWW was buried with spoil from original construction of the

project.  Present maintenance dredging is presently spoiling on

this area.  The four Indian midden sites located along the left

descending bank and near the mouth of Bayou Bienvenue, along the

banks of Shell Beach Bayou, along the southwest shore of Lake Borgne,

and near Fort McComb at Chef Menteur Pass are not affected by

maintenance dredging.  The Old Fort Beauregard Ruins near Shell

34

VRG-079-000000236

Beach, the Battery Bienvenue Ruins at the junction of Bayous
Bienvenue and Villere, Martello Castle, Fort de La Boulaye, and the
Chalmette National Historical Park were not affected by the project.
The National Register of Historic Places has been consulted and no
National Register properties are affected by maintenance dredging.

4.  <u>ANY ADVERSE ENVIRONMENTAL EFFECTS WHICH CANNOT BE AVOIDED SHOULD
THE PROPOSAL BE IMPLEMENTED.</u>

Vegetation is not allowed to fully cover the spoil area because
of maintenance dredging.  The effects of the filled wetland has
resulted in the loss of popular/valuable waterfowl sites in the
estuary.  Dredged material is placed on approximately 10,410 acres
of spoil extending from mile 66 to mile 23.

Aquatic vegetation in the connecting waterways is affected by
the temporary turbidity and sediment deposit.  Bottom organisms,
such as clams and worms, in adjacent waters are covered and
destroyed during dredging.  Maintenance dredging activities will
have minor effects on wildlife and will be localized to the immedi-
ate spoil area.

The loss of the shell midden located near the junction of the
MR-GO and the GIWW is not permanent since future excavation is a
possibility.

35

VRG-079-000000237

5.   <u>ALTERNATIVES TO THE PROPOSED ACTION</u>.

There is no acceptable economic alternative to continued
maintenance.  Beneficial use of the navigable waterway will depend
upon maintenance at the planned intervals caused by variation of
littoral drifts or tides and hurricanes.  Bank erosion of the channel
is expected to continue to occur regardless of the usage; it will
create localized turbidity wherever it persists.  If maintenance
were foregone there would be some potential benefit for those
ecosystems that are or could be adversely affected by the location
of a spoil area or by the deposition of spoil materials.  Remote
utilitarian disposition of spoils generated by the maintenance
dredging is not a currently economical alternative to the method
of disposal now used or planned for future use.  It is conceivable
that continued urban expansion and associated needs of the popu-
lace will create a future need for the spoil material in land or
recreation area development at an acceptable level of environmental
impact.  The advantages of either method of disposal will be weighed
at  appropriate intervals to insure minimal adverse effect on the
environment as one alternative, with continuation of vital transpor-
tation for the public as another alternative.  Remote disposal
would necessitate use of more expensive (direct pump out hopper)
dredges for all sections, or transfer of spoil to other suitable
carriers coincident with clarification of transport water and
disposal of spoil material.

36

VRG-079-000000238

The present area used for *deposition* ~~maintenance~~ of dredged material is committed to this feature and placement of this material or other natural areas would *destroy* ~~modify~~ them.  Transportation of this dredged material from the project area to surrounding areas would be more expensive and if placed on open marsh would change the drainage pattern and elevation of that natural area.

6.   THE RELATIONSHIP BETWEEN LOCAL SHORT-TERM USES OF MAN'S ENVIRONMENT AND THE MAINTENANCE AND ENHANCEMENT OF LONG-TERM PRODUCTIVITY.

The proposed plan of maintenance and operation is designed to maintain a navigable 76-mile seaway channel from New Orleans, Louisiana, to the Gulf of Mexico with minimal recurring impact on the ecosystems through which the channel passes.  Section I of the channel is expected to require maintenance at 30-month intervals, while sections II, III, and IV are expected to require annual maintenance.

Channel maintenance produces suspended particles which may have possible adverse long-term effects.  Submerged flora and fauna of shallow water bodies connected to the MR-GO are affected by the turbidity and siltation caused by dredging maintenance.  Benthic plants, clams, worms, and other bottom organisms will be further destroyed by siltation.

37

VRG-079-000000239

Complete revegetation of spoil areas does not occur because
new spoil is added at regular intervals from dredging maintenance.
Scattered colonies of marsh species may be noted despite the increase
in ground elevation probably because of a somewhat wetter habitat
due to the encirclement by dikes and the proximity of seeds and
vegetative propagules.  This loss of vegetation results in the loss
of producer organisms for the entire spoil area which affects the
production of detrital materials utilized by shrimp, crabs, *other crustacea* and
finfishes.  Secondary production in the project area has decreased
accordingly due to the restriction of flow of detritus as a nutrient
flow from marshes into adjacent shallow water bodies.

Importance of fish and wildlife is evidenced by extensive
usage of the area by recreationists and by industrial development
based on harvest of fish and wildlife resources.  Sport fishing
activity, which requires an assortment of tackle, travel, bait,
and, in many cases, meals, lodging, and water transportation, is
extensive in this area.  All available access points are heavily
utilized by fishermen.  Protected waters of the marsh are accessible
to fishermen in small boats and the sounds and adjacent open waters
are used by fishermen in more seaworthy craft.

With the exception of the Mississippi River Delta, the marsh
area along the southwest shore of Lake Borgne between approximately
mile 55 and Shell Beach, about 30 square miles, is by far the most
important waterfowl area in southeast Louisiana.  Because of its

38

proximity to the New Orleans metropolitan area, it provides great
waterfowl hunting opportunity.


7.   ANY IRREVERSIBLE AND IRRETRIEVABLE COMMITMENTS OF RESOURCES
     WHICH WOULD BE INVOLVED IN THE PROPOSED ACTION SHOULD IT BE
     IMPLEMENTED.


     The salinity regimen was altered by construction of the
deepwater channel.  This change has become a permanent situation
and a return to the natural (less saline) condition will not be
allowed.  The commitment of adjacent areas to spoil through initial
channelization and maintenance dredging is considered irreversible
for the present generation, but theoretically, although unlikely,
the area could be returned to its natural state over a long period
of time.  Restriction of detrital materials has resulted in a
reduction of secondary production in surrounding open waters.
Destruction of aquatic vegetation and bottom dwelling organisms
are both irreversible and irretrievable losses to the present
generation.  Sessile filter feeding organisms such as oysters in
the Lake Borgne area are not affected by turbidity from dredging,
however, future maintenance dredging will not permit complete
revegetation of the spoil areas.  This, in turn, limits the numbers
of producer organisms in the project area.  The only archaeological
site that was covered during construction of the channel is not
permanently lost, as future excavation is possible.


39

8.   <u>COORDINATION WITH OTHERS</u>.

   a.   <u>Public participation</u>.  Public meetings were held prior
to and during construction of the deepwater channel.  A public
hearing at New Orleans on 5 August 1943 was attended by 500 repre-
sentatives of Federal, state, city, and parish agencies; financial,
commercial, industrial, and shipping interests, and numerous civic
and social organizations.  A public hearing at New Orleans on
5-6 March 1947 was formulated to hear proponents for both the east
bank and west bank routes.  Overflow crowds attended and testified
to the merits of each route.  A great quantity of additional
information was submitted to the Board of Engineers for review and
study.  On 20 April 1948 the Board of Engineers recommended that
the outlet be constructed on the east bank.  A public hearing was
held on 1 February 1960 at the Chalmette Courthouse in St. Bernard
Parish in connection with the Gulf Outlet Lock study.  The hearing,
attended by approximately 700 people, 212 who registered and
numerous others who did not register, was held for the purpose of
giving everyone the opportunity to express his views in regard to
the construction of a navigation lock connecting the Mississippi
River and the MR-GO.  A public hearing was held on 23 July 1968 in
New Orleans to give information on the enlargement of the existing
MR-GO project to 50 feet by 750 feet.  Approximately 60 people
attended the hearing and views of all interested persons were
considered in the plan for modification of the existing project.
A public hearing is scheduled for November 1972 to discuss the

VRG-079-000000242

proposed lock and channels through St. Bernard Parish.  This draft statement will be made available to the general public requesting their comments.

   b. <u>Government agencies</u>.  Each government agency listed in paragraph 5 of the summary will be provided with a copy of this draft statment and their comments will be requested.

   c. <u>Citizen groups</u>.  As with the government agencies, each citizen and/or conservation group listed in paragraph 5 of the summary will be provided with a copy of this draft statement and their comments will be requested.

  This draft environmental statement is not complete.  Comments from agencies, groups and individuals listed in paragraph 5 of the summary have not been received.

*Delete from draft*

VRG-079-000000243

MISSISSIPPI RIVER-GULF OUTLET, LOUISIANA
(MAINTENANCE)

## APPENDIX I

### A LIST OF THE VASCULAR PLANTS
### MENTIONED IN THIS STATEMENT

The plants recorded are from the saline, brackish, and intermediate marshlands and forestlands of the project area.

The plants are listed alphabetically by the common name followed by the scientific name.

Alligatorweed
*Alternanthera philoxeroides*

Arrowhead
*Sagittaria sp.*

Bald cypress
*Taxodium distichum*

Black mangrove
*Avicennia nitida*

Black rush
*Juncus roemerianus*

Big cordgrass (hogcane)
*Spartina cynosuroides*

Bullwhip
*Scirpus californicus*

Coco
*Scirpus robustus*

Coontail
*Ceratophyllum demersum*

Deer pea
*Vigna repens*

Eastern Baccharis
*Baccharis halimifolia*

Glasswort
*Salicornia virginica*

Marsh elder
*Iva frutescens*

Naiad
*Najas quadalupensis*

Oyster grass (smooth cordgrass)
*Spartina alterniflora*

Palmetto
*Sabal minor*

Pondweed
*Potamogeton sp.*

Pumpkin ash
*Fraxinus tomentosa*

Roseau
*Phragmites communis*

Rough-leafed Dogwood
*Cornus drummondii*

Salt grass
*Distichlis spicata*

Saltwort
*Batis maritima*

Sawgrass
*Cladium jamaicense*

Sea ox-eye
*Borrichia frutescens*

A-1

VRG-079-000000244

Swamp maple (red maple)
*Acer drummondii*

Sweet gum
*Liquidambar styraciflua*

Three-cornered grass
*Scirpus olneyi*

Tupelo gum
*Nyssa aquatica*

Water oak
*Quercus nigra*

Wax myrtle
*Myrica cerifera*

Widgeon grass
*Ruppia maritima*

Wild millet
*Echinochloa walteri*

Wiregrass
*Spartina patens*

A-2

VRG-079-000000245

MISSISSIPPI RIVER-GULF OUTLET, LOUISIANA
(MAINTENANCE)

## APPENDIX II

### A LIST OF ANIMALS
### MENTIONED IN THIS STATEMENT

The animals are listed alphabetically by the common name followed by the scientific name.

### MAMMALS

Mink
*Mustela vison*

Muskrat
*Ondatra zibethicus*

Nutria
*Myocastor coypus*

Opossum
*Didelphis virginiana*

Otter
*Lutra canadensis*

Raccoon
*Procyon lotor*

Swamp rabbit
*Sylvilagus aquaticus*

### BIRDS

American widgeon
*Mareca americana*

Black-crowned night heron
   (gros-bec)
*Nycticorax nycticorax*

Blue-winged teal
*Anas discors*

Coot (poule d'eau)
*Fulvigula americana*

Crane
*Grus sp.*

Gadwall
*Anas strepera*

Glossy ibis
*Plegadis falcinellus*

Green-winged teal
*Anas carolinensis*

Lesser scaup
*Aythya affinis*

Louisiana heron
*Hydranassa tricolor*

Mallard (French duck)
*Anas platyrhynchos*

Mottled duck
*Anas fulvigula maculosa*

Pintail
*Anas acuta*

Redhead
*Aythya americana*

A-1

VRG-079-000000246

Snow goose
*Chen hypeaborea*

White ibis (Bec-croche)
*Eudocimus alba*

White-faced ibis
*Plegadis chihi*

Wood duck
*Aix sponsa*

## FISHES

Atlantic croaker
*Micropogon undulatus*

Sea catfish
*Galeichthys felis*

Bay anchovy
*Anchoa mitchelli*

Sheepshead
*Archosargus probatocephatus*

Black drum
*Pogonias cromis*

Silverperch
*Bairdiella chrysura*

Gafftopsail catfish
*Bagre marinus*

Silverside
*Membra martinica*

Gulf menhaden
*Brevoortia patronus*

Speckled trout
*Cynoscion nebulosus*

Mullet
*Mugil cephalus*

Spot
*Leiostomus xanthurus*

Red drum
*Sciaenops ocellata*

Southern flounder
*Paralichthys lethostigma*

## CRUSTACEANS

Blue crab
*Callinectes sapidus*

River shrimp
*Macrobrachium ohionis*

Brown shrimp
*Penaeus aztecus*

Sea bob
*Xiphopeneus kroyeri*

( Grasshopper
*Romalea microptera* )   *Not a crustacean*

Pink shrimp
*Penaeus duorarum*

Grass shrimp
*Paleomonetes sp.*

White shrimp
*Penaeus setiferus*

Red swamp crawfish
*Procambarus clarki*

## REPTILES

Alligator
*Alligator mississipiensis*

Canebrake rattlesnake
*Crotalus horridus atricaudatus*

A-2

Eastern cottonmouth
*Agkistrodon piscovorus piscivorus*

Southern black racer
*Coluber constrictor priapies*

Snapping turtle
*Chelydra serpentina*

A-3

VRG-079-000000248





Vegetative Type Map
of the
LOUISIANA COASTAL MARSHES

ENVIRONMENTAL STATEMENT
MISSISSIPPI RIVER — GULF OUTLET, LA.
VEGETATIVE TYPE MAP
U.S. ARMY ENGINEER DISTRICT, NEW ORLEANS
CORPS OF ENGINEERS
OCTOBER 1972

SCALE IN MILES

VRG-079-000000250