DEPARTMENT OF THE ARMY

EP 1165-2-1
DEC. 1972



# DIGEST

*of* **WATER RESOURCES**

*POLICIES*

*and*

*ACTIVITIES*

**CIVIL WORKS**

OFFICE OF THE CHIEF OF ENGINEERS

AFW-180-000002249

EP 1165-2-1
28 Dec 72

## CHAPTER 19 – Wetlands Conservation

19-1. <u>Wetlands Policy</u>. Many wetlands areas serve important purposes relating to fish and wildlife, recreation, and other elements of general public interest. The Corps will ensure that work contemplated in or on wetlands is planned, designed, constructed, operated and maintained so as to minimize adverse effects. Mitigation measures shall be included insofar as practicable.

19-2. <u>Definition</u>. Wetlands are those land and water areas subject to regular inundation by tidal, riverine or lacustrine flowage. Generally, included are inland and coastal shallows, marshes, tidal flats, lagoons, sounds, bays, bayous, estuaries, swamps, and similar areas in coastal and inland waters. Those wetlands considered to perform functions of special importance to the public interest include:

    a. <u>Natural Biological Function Areas</u>. Areas which serve important natural biological functions, including food chain production, general habitat, and nesting, spawning, rearing and resting sites for aquatic or land species.

    b. <u>Study Areas and Sanctuaries</u>. Areas set aside for study of the aquatic environment or as sanctuaries or refuges;

    c. <u>Contiguous Areas</u>. Land or water contiguous to areas listed above, the destruction or alternation of which would detrimentally effect the natural drainage characteristics, sedimentation patterns, salinity concentrations and distribution, flushing characteristics, current patterns, or other environmental characteristics of the areas; and

    d. <u>Natural Protection Areas</u>. Areas which are significant in shielding wetlands from wave action, erosion, or storm damage. Such areas include barrier beaches, islands, reefs and bars.

19-3. <u>Evaluation of Proposed Alterations</u>. A single proposed alteration of wetlands may, in itself, constitute a minor change. However, the cumulative effect of numerous small changes can eventually impair the wetland ecology of large areas. A specific proposal in or on a wetland should be evaluated in recognition of the complete and interrelated wetland area of which it is a part. Studies relevant to environmental impacts apply. (ER 1105-2-507)

AFW-180-000002387