**SUBJECT** MISSISSIPPI RIVER - GULF OUTLET, ST BERNARD PARISH, LOUISIANA (BANK EROSION)-10241

**TO** C/Proj Mgt Br    **FROM** C/H & H Br    **DATE** 24 MAY 88    **CMT** 1
DeMent/2481

1. Reference is made to:

   a.   CELMV-PD-F 1st. endorsement dated 6 May 88 to CELMN-PD-FC letter dated 10 Mar 88, SAB

   b.   The "Mississippi RIVER - GULF Outlet, General Design Memorandum No. 2", dated June 1959.

   c.   The "Mississippi RIVER - GULF Outlet, St. Bernard Parish, Bank Erosion, Reconnaissance Report", February 1988, submitted for LMVD review in Mar 88.

2. We concur and we are forwarding a revised rationale that explains the methods used to derive the maintenance dredging quantities. This rationale, informally provided to CELMV-ED-WH earlier in May 1988 has received minor revision (See encl 1.) to better respond to LMVD comments.

3. Comment 1a. If we had used straight line projections based on a top width of 650 feet in 1968 and 1500 feet in 1987 we would compute a combined annual erosion rate of approximately 42 ft per year for both banks or 21 ft per year for each bank.  Erosion rates along the MR-GO vary from 6 ft to 40 feet per year.  We compared 1969 quadrangles and 1985 aerial photographs to derive an annual erosion rate along the North Bank and South Bank of 15 feet per year.  This is equivalent to 30 feet per year for both banks. We also determined an annual erosion rate of 15 ft per year for the Lake Borgne shoreline from the same comparison.  The potential areas for breakthroughs from Lake Borgne was computed by plotting the migration of the north bank of the MR-GO and the retreat of the Lake Borgne shoreline on for ten-year increments from 1990 to 2040 to establish the future shorelines on Plate 2.  See also enclosures 4 and 5 of enclosure 1.  As the isthmus between the two bodies of water becomes thinner the potential for a breach during a hurricane increases and the width of existing connections develops the potential to increase rapidly.

4. Comment 1b. The erosion rate for Lake Borgne is approximately 15 ft per year. This shoreline consists of fringe beaches composed of various soil types such as sand, shell, silt, and organic marsh. Storm waves and tides tend to roll back the existing shoreline over the low lying marsh. Where the shoreline intersects open bodies of water, such as, ponds and bayous, this erosion rate can rapidly join the MR-GO with Lake Borgne. Experience with the Demonstration Erosion Control Project site at Fontainebleau State park indicated that <u>Spartina alterniflora</u> is capable of adding significant erosion resistance for a shoreline with low to moderate wave exposure such as Lake Borgne. The lake edge of the marsh created behind the dike protection along the MR-GO may eventually have to be stabilized with <u>Spartina alterniflora</u> or some other means.

5. Comment 1c. As indicated in the "Mississippi RIVER - GULF Outlet, General Design Memorandum No. 2", dated June 1959 in Appendix 1, the Beach Erosion Board Study, Breton Sound, Chandeleur Sound, and Lake Borgne have an unlimited supply of fine material that contributes to the sediment budget. As the MR-GO shoreline retreats less material will be available from the buffering marshes; however land loss and breakthroughs of the marshes between the MR-GO and Lake Borgne will allow sediments to be carried into the MR-GO navigation channel from the bottom of Lake Borgne. The MR-GO will be exposed on the North side to a large body of open water similar to the situation that now exists along the offshore reaches of the MR-GO in Breton Sound, particularly in the single jetty reach from mile 20 to 15. One of the standard methods recommended in the Shore Protection Manual is to use a known shoaling rate from a similar channel to estimate future shoaling rates for a new channel. The single-jettied reach of the MR-GO as it enters Breton and Chandeleur Sounds greatly resembles the MR-GO land cut, once the connection to Lake Borgne is more than one mile wide.

6. Comment 1d. The rationale for computing the maintenance dredging estimates is derived from Appendix I of the GDM ( The "Mississippi River-Gulf Outlet, General Design Memorandum No. 2", dated June 1959). The shoaling rate in the critical reaches is much greater than in the adjacent reaches because it closer to the source of sediments, the enlarged connection to Lake Borgne; this is also discussed in Appendix I of the GDM.

7. Comment 2 . Saltwater intrusion may be reduced during normal conditions by blocking of the deep draft channel. However, closing of the MR-GO navigation channel will have no impact on hurricane surge. This is obvious because the crest of the hurricane surge can be up to 200 miles wide and the presence of a 500-foot wide channel will have no impact on storm surge. That the MR-GO had no impact on storm surge produced stages was proven in Federal District Court in 1977 in the case Benjamin T. Graci, etcetera versus the UNITED STATES (Benjamin T. GRACI, Jr., etc.; Philip C. CIACCIO, etc.; Emmanuel REID, Jr., etc.; Audra Galjour, wife of/and Elmer Tapper, et., al.; and Mrs. Andrew C. APPEL, Jr., et al; 'ALL' versus the UNITED STATES OF AMERICA;  CIVIL ACTIONS NUMBERS 15962, 15976, 16091, 66-306 AND 67-1280, UNITED STATES DISTRICT COURT, EASTERN DISTRICT LOUISIANA, 435 F. SUPP. 189, JULY 22, 1977.). To state in official CORPS correspondence that the MR-GO increases hurricane storm surge is ludicrous. Hurricane surges travel over the low lying marshes nearly as quickly as through the channel. As was experienced in hurricanes Betsy and Camille the MR-GO channel does not increase the net stillwater stage caused by the hurricane storm surge. As the wave would progress up the channel, the higher water surface would spill over the low banks thus the net stage produced by the hurricane is no different than if the channel did not exist. In addition, the storm surge that inundated St. Bernard Parish in 1965 and again in 1969 because of the wind direction during the storm, most

likely came from the east across Lake Borgne and the Biloxi Marsh rather than up the MR-GO. Because the presence of the MR-GO has no impact on the hurricane storm surge produced flood stages, Bayou Bienvenue and Bayou Dupre cannot be eliminated. Friction over the low-lying marsh, resistance caused by natural barriers and man-made obstructions and elevation of the existing topography are more important factors in determining the final stages that will be caused by a particular storm. During major storms and hurricanes, raised water levels can transport water with high levels of salt into the abandoned navigation channel. Heavy concentrations may build up along the bottom and could become trapped unless some method of flushing is provided. During hurricanes, saltwater can still intrude into the marshes and MR-GO channel via the GIWW and more importantly, overland. The MR-GO is of vital importance to the Port of New Orleans and the local economy. Complete closure of the navigation channel would naturally reduce maintenance dredging and bank erosion caused by large ships.

8. Comment 3. Concur.

9. Comment 4a. These designs were based upon existing data as is required in reconnaissance level studies. They are were not intended to be final designs, but for preliminary evaluations to determine if alternatives existed that would protect the marsh and be economically feasible. These foreshore dikes should be located on the shallow underwater berm as far away from the navigation channel as constructability will permit. For the reconnaissance report, it was assumed that the structure would be located on the shallow berm with an average depth of 3.0 ft and that there was a potential for erosion of this berm to a depth of 8.0 ft NGVD. Erosion of the banks can be caused by tidal flow, wind waves and ship generated waves. Of these factors, ship generated waves is the most critical. Since this was a deep navigation project, reference was made to "Ship Waves in

Navigable Waters", 11th Conference; Coastal Engineering, 1968. For the reconnaissance study, a design wave of 4.0 ft for ship waves traveling up to 15 knots was used. Field observations and test sections on the South Bank of the MR-GO show that this was a reliable estimate. Two crest elevations were used for design. One crest elevation, such as Design 3, permits overflow but is impermeable below the top of the geotextile. The low elevation, conceptually, permits sediments from the berm to be carried over the dike to deposit in the marsh. The second crest elevation, such as Design 4 is higher and prevents more overtopping wave energy, but the top four feet is permeable and permits more flow through the structure. The criteria used was to design structures that permitted about the same energy transfer by a combination of overtopping flow and flow through the structure. Low revetments along the south bank of the MR-GO accreted some material during the various revetment tests that led to the final design on the south bank. Therefore, the structures require a more detailed design analysis in the GDM to assure that the final design optimizes protection of the marsh shoreline. The berms were designed to provide for erosion of the toe to elevations of -8.0 ft NGVD. The low crest alternatives do not reflect as much wave energy and less toe erosion would occur  Note that the bottom width of the berm from designs 1 through 4 are 15 ft, 15 ft, 14 ft and 16 ft and are intended to give the same quantity of stone to launch into the scour that occurs at the toe.

10. Comment 4b. The minimum length of 100 ft for bank nourishment is a design width that will prevent breakthroughs during a 50-year hurricane. Annual maintenance dredging of 10,000 cubic yards/yr/mile in the critical reach plus dredging from adjacent reaches will provide approximately 30 ft/yr for bank nourishment. Stage construction in the most critical reaches first and selective placement of maintenance dredging could provide the 100 ft minimum in 4 years.

11. Comment 4c.  Final design will assure that a minimum width of 100 ft is provided in critical areas where the foreshore dike is exposed to waves from Lake Borgne.  Spartina alterniflora may be planted on the Lake Borgne side to encourage deposition and stabilization of the exposed shoreline, if deemed necessary after further study.

12. Comment 5.  Presentation of construction costs should be coordinated with Design Branch.

13. Comment 6.  Concur.

14. Comment 7.  Concur.

15. Comment 8a.

16. Comment 8b.  Disconcur.  We believe the final design should be used on the larger velocities.  Smaller structures or smaller rock criteria would have to be depend upon complete reinforcement or compliance with sped limits. The passage of a single ship exceeding speed limit  velocities could cause total destruction.

17. Comment 8c.

18. Comment 9.  Not H&H area of expertise.

19. Comment 10.  Not H&H area of expertise

20. Comment 11. Not H&H area of expertise.

21. Comment 12. This discussion is provided in MISSISSIPPI RIVER GULF OUTLET ANALYSIS OF SHOALING RATES FOR FUTURE CONDITIONS WITH AND WITHOUT PROJECT which is attached as enclosure 1.

22. Comment 13. Not H&H area of expertise.

23. Comment 14. Not H&H area of expertise.

24. Comment 15. Not H&H area of expertise.

25. Comment 16. The purpose of the design alternatives is to prevent erosion of the low lying marsh at elevation 2 ft (-4 ft) and we fully expect to experience overflow during ship passage. Ship drawdown and return flow are the most critical design criteria. Primary ship waves of 6 ft have been experienced along the MR-GO for a 3 ft MR-GO stage. This will produce water levels of -1.0 ft to 5.0 ft NGVD. A 2 ft MR-GO stage will produce water levels varying between -2.0 ft to 4.0 ft NGVD. For an average stage of 1.0 ft MR-GO stage, this will produce water levels varying between -3.0 ft and 3.0 ft NGVD. Test sections built along the North bank of the MR-GO were located along higher bank elevations and the selected crest elevation was approximately 5.0 ft NGVD. As was observed during monitoring of the test sections, overflow of the foreshore dikes caused sedimentation to occur in low ponds behind the structure. The source of this deposition was in erosion of the marsh and underwater berm on the MR-GO side.

26. Comment 17. Design water level in Southwest Pass is 4.0 feet NGVD and in MR-GO 1.0 feet NGVD. The design on plate 11 has 4 feet of


freeboard, just as the design in Supplement 3, Mississippi River Baton Rouge to the gulf of Mexico, Louisisana (Southwest Pass and Bar Channel does.

    27. Comment 18.   Not an area of H & H expertise.

Encl

as

CECIL W. SOILEAU

Chief, Hydraulics and

Hydrologic Branch