

DEPARTMENT OF THE ARMY
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160

REPLY TO
ATTENTION OF

July 11, 1985

Planning Division
Environmental Analysis Branch

TO INTERESTED PARTIES

    A Supplemental Information Report (SIR) to complement the "Final Composite Environmental Statement for Operation and Maintenance Work on Three Navigation Projects in the Lake Borgne Vicinity, Louisiana," which was filed with the Council on Environmental Quality on May 21, 1976, is enclosed for your information. The SIR addresses the continued advanced maintenance and allowable overdepth dredging of the Mississippi River-Gulf Outlet navigational channel. Inquiries may be directed to E. Scott Clark, (504) 838-2521.

                              Sincerely,

                              Cletis R. Wagahoff
                              Chief, Planning Division

Enclosure

# SUPPLEMENTAL INFORMATION REPORT #8

## MISSISSIPPI RIVER – GULF OUTLET

### INTRODUCTION

This Supplemental Information Report (SIR) has been prepared to complement the "Final Composite Environmental Statement For Operation and Maintenance Work on Three Navigation Projects in the Lake Borgne Vicinity, Louisiana" Final Environmental Impact Statement (FEIS) filed with the Council on Environmental Quality on May 21, 1976. The FEIS examined the environmental consequences of maintaining the Mississippi River-Gulf Outlet (MR-GO) from the Gulf of Mexico to the Gulf Intracoastal Waterway (GIWW) but did not discuss the need for, and impacts associated with, the use of allowable overdepth or advanced maintenance.

The purpose of this SIR is to evaluate the ongoing removal of allowable overdepth and advanced maintenance during routine maintenance dredging. These are standard features of maintenance dredging and were inadvertently omitted from the FEIS. Overdepth is allowed below the authorized limit to assure the proper channel depth is achieved and to compensate for inaccuracies in gauging the depth of the cutterhead. Advanced maintenance is performed so a reasonable time will pass before the channel "fills in" to the authorized depth.

### PROJECT DESCRIPTION

The MR-GO project was authorized in 1956 by Public Law 445, and provided for a navigational channel 36 feet deep and 500 feet wide from Michoud through the Chandeleur Sound and 38 feet deep by 600 feet wide from the Chandeleur Islands to the 38-foot contour of the Gulf of Mexico (Figure 1). Work on the project began in 1958. Routine maintenance is performed



Figure 1.

NOP-002-000002284

by hydraulic dredge and the materials placed adjacent to the channel. Through the land cut portion of the waterway, dredged material is deposited on both unconfined and confined disposal areas, and in the sound (jetty) areas and gulf (bar) segments, unconfined disposal sites are used. The inland segment is dredged every 3 to 5 years, the sound section every 2 years, and the gulf portion annually. During maintenance, about 4 feet of advanced maintenance and 1 foot of allowable overdepth are removed for the inland portion of the waterway, 6 feet of advanced maintenance and 2 feet of allowable overdepth from the sound sections, and 2 feet of advanced maintenance and 2 feet of of allowable overdepth from the gulf segment.

## ALTERNATIVES

There is no practicable alternative for reducing the present allowable overdepth/advanced maintenance schedule without significantly increasing the current maintenance schedule.

## AFFECTED ENVIRONMENTS

Channel salinities vary from brackish waters near the GIWW to saline waters in the gulf. Marshes predominate along the inland section. Benthic invertebrates such as worms, clams, and snails are common on the silty bottoms. In the inland portion of the channel, brown and white shrimp, and blue and portunid crabs are found. In the sound and gulf, starfish, sea urchins, anemonies, and polychaete worms also occur. No endangered or threatened species reside in the channel; however, the Ridley sea turtle, loggerhead sea turtle, and several whale species may move through the channel.

3

## IMPACTS

Most of the organisms colonizing the channel bottoms would be lost during dredging. Mobile organisms such as fish, shrimp and crabs could escape. Suspended sediments could affect free-swimming larvae. Many of the organisms in this area are adapted to silty water bottoms, and recolonization of the channel would begin soon after dredging. Because the channel is already dredged every 1 to 5 years, the impacted sites are occupied by an opportunistic assemblage of organisms most of the time, and a significant change is not expected. No threatened or endangered species would be impacted, nor would cultural resources. During dredging, there is a potential release of toxic materials from the disturbed sediments. Because advance maintenance/allowable overdepth have been performed in the past, and will continue, water quality, velocity, saltwater intrusion, flow, or other hydrologic parameters would continue as at the present.

## COORDINATION

This SIR will be distributed to those agencies listed below:

FEDERAL

- U.S. Department of Agriculture, Soil Conservation Service
- U.S. Environmental Protection Agency, Regional EIS Coordinator
- U.S. Department of the Interior, Fish and Wildlife Service
- U.S. Department of the Interior, Office of Environmental Protection Review
- U.S. Department of Commerce, National Marine Fisheries Service
- U.S. Department of Transportation, Federal Highway Administration
- U.S. Department of Health, Education, and Welfare
- Advisory Council on Historic Preservation

NOP-002-000002286

STATE

    Louisiana Department of Natural Resources, Office of Environmental Affairs

    Louisiana Department of Natural Resources, Coastal Management Section

    Louisiana Department of Culture, Recreation, and Tourism, State Historic Preservation Officer

    Louisiana Department of Wildlife and Fisheries

    Louisiana Department of Public Works, Deputy Chief Engineer

LOCAL

    President, St. Bernard Police Jury

## COMPLIANCE WITH REGULATIONS

Distribution of this SIR will bring this feature into full compliance with applicable Department of the Army, Federal, and state regulations.

## CONCLUSION

The continued removal of sediment as allowable overdepth and advanced maintenance would have no additional impacts on the human environment.

5

# DISPOSITION FORM

For use of this form, see AR 340-15; the proponent agency is TAGO.

| REFERENCE OR OFFICE SYMBOL | SUBJECT |
|---|---|
| LMNPD-RE | Advanced Maintenance and Allowable Overdepth of the MR-GO |

| TO | FROM | DATE | CMT 1 |
|---|---|---|---|
| C/Ops | C/Plng Div | 5 Jun 85 Mr. Clark/gmb/2521 | |

1. Planning Division is preparing a Supplemental Information Report (SIR) to address the use of advanced maintenance and allowable overdepth in conjunction with the subject project. The Final EIS for the project only addresses the authorized depth.

2. We request that you provide us with information as to the amount of advanced maintenance and allowable overdepth performed on the inland, sound (jetty), and gulf (bar) segments of the project. This information should be provided by 14 Jun 85.

CLETIS R. WAGAHOFF
Chief, Planning Division

LMNOD-ND

| TO | FROM | DATE | CMT 2 |
|---|---|---|---|
| C/Plng Div | Actg C/Ops Div | 10 Jun 85 Mr. Everhardt/ced/2310 | |

The amount of advanced maintenance and allowable overdepth on the MR-GO, as per letter of 1 Jun 70 from LMVCO-O, 1st Ind (8 Jul 70) and 2nd Ind (9 Sep 70), is as follows:

| Reach | Project Depth | Advanced Maintenance Depth | Overdepth |
|---|---|---|---|
| Mile 66.0 to 23.0 (Inland) | -36 feet MLG | -40 feet | +1 feet |
| Mile 23.0 to 0.0 (Sound) | -36 feet MLG | -42 feet | +2 feet |
| Mile 0.0 to -9.4 (Bar) | -38 feet MLG | -40 feet | +2 feet |

HENRY R. SCHORR
Acting Chief, Operations Division

BREERWOOD
LMNOD-ND

HARDY
LMNOD-N

SCHORR
LMNOD

DA FORM 2496 AUG 80    PREVIOUS EDITIONS WILL BE USED    ☆ U.S. G.P.O. 1980-665141 25



**DEPARTMENT OF THE ARMY**

LOWER MISSISSIPPI VALLEY DIVISION, CORPS OF ENGINEERS

VICKSBURG, MISSISSIPPI 39180

S: 15 July 1970

IN REPLY REFER TO:   LMVCO-O

1 June 1970

SUBJECT: Overdepth Dredging - Mississippi River-Gulf Outlet

District Engineer, New Orleans

1. Reference is made to 26 March LMVCO-O letter and 21 April 1970 LMNOD-ND 1st Indorsement, subject: Mississippi River-Gulf Outlet - Maintenance.

2. Request that you review the problem of maintaining the channel of the MRGO and recommend the overdepth dredging that should be done to maintain the channel most economically. The recommendation should be by reaches similar to those discussed in the referenced report.

3. The recommendations should be forwarded to this office by 15 July 1970.

FOR THE DIVISION ENGINEER:

J. I. BOSWELL
Chief, Construction-Operations Division

NOP-002-000002289

LMNOD-ND (1 Jun 70) 1st Ind
SUBJECT: Overdepth Dredging - Mississippi River-Gulf Outlet

DA, New Orleans District, Corps of Engineers, PO Box 60267, New Orleans, La. 70160    8 Jul 70

TO: Division Engineer, Lower Mississippi Valley, ATTN: LMVCO-O

It is recommended that overdepth dredging in connection with Mississippi River-Gulf Outlet be as follows:

   a. Section (1) Mile 66.0 to Mile 23.0, dredge to -40 MLG, plus one foot allowable overdepth.

   b. Section (2) Mile 23.0 to Mile 12.0, dredge to -42 MLG, plus two feet allowable overdepth.

   c. Section (3) Mile 12.0 to Mile 0.0, dredge to -42 MLG, plus two feet allowable overdepth.

   d. Section (4) Mile 0.0 to Mile -9.4, dredge to -40 MLG, plus two feet allowable overdepth.

FOR THE DISTRICT ENGINEER:

                              HUGH L. BROWNLEE
                              Chief, Operations Division


LMVCO-O (LMVD 1 Jun 70)   2d Ind

DA, Lower Mississippi Valley Division, Corps of Engineers, Vicksburg, Mississippi 39180    9 Sep 70

TO: District Engineer, New Orleans, ATTN: LMNOD-ND

The recommended overdepth dredging for maintenance of the Mississippi River-Gulf Outlet is approved.

FOR THE DIVISION ENGINEER:

                              J. I. BOSWELL
                              Chief, Construction-Operations Division

2