*Kevin Wagner   2509*



**US Army Corps
of Engineers**

New Orleans District



**Department of
Natural Resources**

# Land Loss and Marsh Creation

# St. Bernard, Plaquemines, and
# Jefferson Parishes, Louisiana

# Feasibility Study

**Volume 1
Draft Main Report and
Draft Environmental Impact Statement
April 1990**

NED-188-000002530

Draft Main Report--Land Loss and Marsh Creation Study

- General Land Use

The nature of the land formation has, to a large extent, determined its use.
The 1.88 million acres of land in the present study area are characterized
by low relief. The most prominent topographic features, the Mississippi
River levees, stand significantly above the surrounding wetlands.
Vegetated wetlands make up nearly 52 percent of the land area.
Residential, industrial, and agricultural lands are generally located on the
natural levees, and abandoned distributaries of the Mississippi River. To a
lesser extent, some agricultural lands are located on reclaimed wetlands
adjacent to the levees and distributaries.

Areas protected by an extensive network of pumps and levees include a
portion of the Urbanized Area of New Orleans and narrow strips of land
along the Mississippi River extending southward, to the small community
of Venice, Louisiana some 75 miles downstream. The surrounding
wetlands provide a buffer against the immediate effect of hurricanes which
periodically pass through the area, and aid in the production of nutrients
for fish and wildlife resources important to the area for both their
commercial and recreational value. A small portion of the economic study
area west of the Mississippi River also includes Grand Isle, Louisiana, a
small community of approximately 2,000 permanent residents living
between Barataria Bay and the Gulf of Mexico.

This report focuses primarily on several tracts of wetlands in St. Bernard,
Plaquemines, and Jefferson Parishes where the rate of land loss appears to
be among the greatest. The latest (1980) detailed estimate of land uses and
types in these three parishes is one developed by the Louisiana Office of
State Planning. It indicates that about 85 percent of the combined land
mass of the three-parish area was wetland or beaches.

- Land Loss

Recent studies indicate that the average land loss rate for the Deltaic Plain
is approximately 25 square miles per year ($mi^2/y$). Marsh loss rates range
from a low of less than one acre per square mile per year in the upper
basins and along the Mississippi River levee, to more than 4 acre per
square mile per year in the lower basins. Between 1956 and 1978, the
bird's foot delta experienced a net loss of approximately 67,000 acres of
marsh--a loss of more than 100 square miles. Over this 22-year period the
average annual rate of loss in this area was 4.75 acres.. Also during this
period, estimated marsh loss rates for the Barataria and Breton Sound

NED-188-000002566

Draft Main Report--Land Loss and Marsh Creation Study

Basins were approximately 9.9 and 2.3 $mi^2/y$, respectively (modified from Gagliano et. al. 1970).

The shoreline of coastal Louisiana experiences an average recession rate of approximately 27 feet per year. Shoreline recession is the result of compaction, subsidence, erosion, saltwater intrusion, and sea level rise. Land loss has been accelerated by construction of canals for navigation, drainage, and mineral exploration. To date, there are approximately 116 square miles of canals in the Barataria Basin, and 21 square miles in the Breton Sound Basin (modified from Gagliano et. al.,1970). The canals have lengthened the tidal shoreline by at least 1,557 miles in Barataria Basin, and 562 miles in Breton Sound Basin.

Climatology and Hydrology

• Climate

Climatic conditions in the area are influenced by tropical air masses from the Gulf of Mexico from April through September. Southerly winds prevail throughout the warmer months and produce intense thunderstorms during the summer. During the months of October through March, climatic conditions are influenced by cold air masses from the northern continental United States. In these colder months, the area is subjected to frontal movements which produce squalls, and sudden but moderate, decreases in temperature. Overall, the area's climate is a humid and subtropical, with mild winters and long, hot summers. The average annual temperature at New Orleans Audubon Park is 69.5 °F. Monthly normal temperatures vary from 83.0 °F in July, to 53.6 °F in January. The average winter and summer temperatures are 55.3 °F and 82.4 °F , respectively.

Major rainstorms are associated with tropical disturbances and hurricanes in summer and early fall, and with frontal activity of extratropical cyclones in late fall, winter, and spring. Convective thunder-showers produce intense but localized rain in late spring and summer. Westerly winds in summer and northerly winds in winter frequently interrupt the normal pattern and bring drier weather. Rainfall is abundant and averages about 61.2 inches a year.

• Hurricanes and Storms

Since 1893, a total of 47 hurricanes and tropical storms have either struck or affected the coastal area between Grand Isle, Louisiana and the

19