

Figure 1

## PLAN DESCRIPTION

DISPOSAL AREAS - MILE 49.9 TO 56.1

A disposal area, approximately 1,700-acres in size and located on the left descending bank of the waterway, would be provided for the disposal of dredged material removed during routine maintenance of the Mile 49.9 to 56.1 reach (Figure 2). Approximately 4 million cubic yards of material would be placed in this disposal site in a manner conducive to wetland nourishment and creation. Earthen retention dikes would be constructed in shallow open water on both ends of the rock dike, located between Miles 50.5 and 55.0, and would extend to the limits of the reach. Material for the retention dike on the upstream side of the rock dike would be removed or excavated from within the disposal area immediately adjacent to the dike. Material for the retention dike on the downstream end of the rock dike would be removed or excavated from a flotation channel constructed for maintenance purposes. The flotation channel would be no greater in depth than -10.0 feet National Geodetic Vertical Datum (NGVD) and about 80 feet in width. Earthen dikes also would be constructed along Lake Borgne and portions of Shell Beach Bayou and Mosquito Bayou, as needed, to prevent the flow of dredged material into these waterways. The retention dikes would be degraded, if necessary, after material consolidation and wetland establishment. The initial height of the dredged material within the disposal area would be no higher than +2.7 feet NGVD; final elevation after consolidation would be less than one foot above existing ground elevation.

DISPOSAL AREAS - MILE 23.0 TO 27.0

Material dredged from the Mile 23.0 to 27.0 reach would be placed into two existing oil exploration canals and into a shallow open water area adjacent to the entrance jetty on the left descending bank (Figure 3). Twenty-five acres of open water within the canal banks would be filled with approximately 400,000 cubic yards of material. Canals would be closed and earthen retention dikes would be constructed to confine the dredged material. The initial height of the dredged material within the canals would be no higher than +2.7 feet NGVD; final height after consolidation would be less than one foot above existing ground elevation. The earthen dikes would be degraded, if necessary, following material consolidation and wetland establishment.

Additionally, approximately 600,000 cubic yards of dredged material would be placed unconfined into a shallow open water area adjacent to the entrance jetty on the left descending bank of the channel (Figure 3) in a manner conducive to wetland establishment. As this site would be subject to wave action, the initial height of the material would be no greater than +5.0 feet NGVD.

NPM-036-000002136



Figure 2. MR-GO MARSH RESTORATION, St. Bernard Parish, Louisiana



Figure 3

NPM-036-000002138

DISPOSAL AREA - MILE 0.0 TO -2.5

Approximately 900,000 cubic yards of material removed from the Mile 0.0 to -2.5 reach would be used to construct a pilot berm (Figure 4). This berm would be placed on the right descending side of the channel near the -9 foot contour southeast of Breton Island, located at Mile 0.0.

## ENVIRONMENTAL SETTING

The project area is located within the Central Gulf Coastal Plain in coastal southeastern Louisiana. The MR-GO is situated on the St. Bernard Delta Complex, which was formed by river deposits between 700 and 4,700 years ago. Soils of coastal Louisiana are typically peat, mucks, and clays with organic matter. Marsh and swamp deposits are found in the MR-GO vicinity from New Orleans to Breton Sound. Marsh deposits are primarily organic and consist of 60% or more by volume of peat and other organic material; the remainder is predominately clay. Total organic thickness is normally ten feet. Inland swamp deposits are composed of approximately 70% clay and 30% peat and organic materials. Logs, stumps, and root systems are often incorporated with peat and clays. Soils of mangrove swamps found on the Chandeleur Islands consist of organic rich clays overlain by a thin layer of organic silty clay. Silt, shell, and fine sand content is usually high. The sound deposits are comprised of 35% sand, 15% shell, and 10% silt; the remainder is made up of clay-sized material. Beaches consist of primarily of fine or very fine sand.

The climate of the area is subtropical marine, with long humid summers and short moderate winters. Based on the period between 1955 and 1977, the average winter temperature of the New Orleans area is 54°F, with an average daily minimum temperature of 44°F. Average summer temperature is 81°F, with an average daily maximum temperature of 90°F. Total annual precipitation in the New Orleans area is 59 inches, 56% of which falls between the months of April and September. Thunderstorms are common during summer months. The average relative humidity in mid-afternoon is about 65%, while the average relative humidity at dawn is 90%. Southeasterly winds prevail in the project area, with the highest average wind speed of 10 miles-per-hour normally occurring in the spring. Hurricanes impact the area every few years.

Approximately 41 miles of the MR-GO channel cuts through marsh and shallow open water areas, while 32 miles cross Breton Sound. The project area is characterized by the MR-GO channel, the elevated dredged material deposition area on the right descending bank, brackish and saline marsh and shallow open water areas adjacent to the channel on the left descending bank, and the open waters of Breton Sound.

NPM-036-000002139



Figure 4

9

## SIGNIFICANT RESOURCES

The resources described in this section are those recognized by laws, executive orders, regulations, and other standards of national, state, or regional agencies and organizations. Criteria used to evaluate these resources are shown in Tables 1 and 2.

FUNCTIONAL MARSH AND SHALLOW OPEN WATER

Habitat within the Mile 49.9 to 56.1 reach can be classified as brackish marsh and shallow open water. Soils in this area are Clovelly mucks. These mucks are characteristic of brackish marshes and shallow open water areas which are flooded most of the time and wet throughout the year. Subsidence potential is high. Clovelly soils have a moderately thick surface layer of fluid, slightly saline muck, and an underlying material of very fluid, slightly saline clay. They are well suited for wetland wildlife habitat. The single dominant plant species in this marsh is wiregrass. Common species also include saltgrass, oystergrass, blackrush, and three-cornered grass. Historically, the marsh of the project area was fresh to brackish. Early vegetation studies indicated saltwater ingress was accentuated by the construction of the MR-GO channel, which was completed to final plans and specifications in 1968.

Saline marsh and shallow open water are found in the vicinity of the Mile 23.0 to 27.0 reach. Soil of this habitat is comprised of Scatlake mucky clay, a level, very poorly drained and fluid mineral soil of flooded saline marshes. This soil type is well suited for wetland wildlife habitat and associated recreation. Vegetation is largely comprised of needlegrass rush, seashore saltgrass, smooth cordgrass, bushy seaoxeye, marshhay cordgrass, and saltwort.

Salinities of marsh and shallow open water of the project area vary widely due to tidal fluctuations, storm surges, and sustained winds, which periodically flood the channel and surrounding area with sea water. As a result, these habitats support a varied fauna; organisms in this community include both marine and freshwater forms.

Marsh and shallow open water areas adjacent to the MR-GO function as critical estuarine nursery areas for various species of finfish and shellfish, while detritus provided by the marsh form the basis of their food chain. Important fish supporting the food chain include bay anchovy, silversides, gobies, and various killifishes. Important sport and commercial fisheries species found in the project area include brown shrimp, white shrimp, blue crab, oyster, menhaden, black drum, red drum, spotted seatrout, sheepshead, striped mullet, spot, and Atlantic croaker.

Because of the brackish and saline conditions, terrestrial vertebrate species diversity is somewhat less than in fresher marsh types. Amphibians and reptiles are not common, but include American alligators, diamondback terrapins, and salt marsh snakes.

The project area is used heavily by numerous species of birds for nesting, roosting, and feeding. Clapper rails can be found year-round in the project area, while Virginia rails and sora may be

NPM-036-000002141

TABLE 1. ENVIRONMENTAL QUALITY ATTRIBUTES WITHIN THE MR-GO PROJECT AREA

| RESOURCE | ECOLOGICAL ATTRIBUTES | CULTURAL ATTRIBUTES | AESTHETIC ATTRIBUTES |
|---|---|---|---|
| Functional Marsh/ Shallow Water Bodies | Nursery area for estuarine finfish and shellfish. Detritus basic element of food web. | Rich fish and shellfish production supports traditional extractive economy of coastal Louisiana. | Typical Louisiana landscape. |
| Water Bottom | Habitat for benthic organisms. Provides substrate for aquatic plants. | --- | --- |
| Endangered Species | Some species breed while others over-winter in study area. Some species are transients. | --- | Individuals enjoy viewing endangered species. |
| Water Quality | Good water quality is important for the maintenance of life. | --- | Clear water is aesthetically pleasing. |
| Cultural Resources | --- | Indicators of previous residents. | Many cultural resources have high aesthetic value. |
| Recreation | Sportsmen appreciate and respect plant and animal life for its unique ecological characteristics. | Hunting and fishing oriented activities in marsh and shallow water areas. | Outdoor recreational activities flourish in areas of high aesthetic value. |

11

NPM-036-000002142

TABLE 2. ENVIRONMENTAL QUALITY RECOGNITION WITHIN THE MR-GO PROJECT AREA

| RESOURCE | INSTITUTIONAL RECOGNITION | TECHNICAL RECOGNITION | PUBLIC RECOGNITION |
|---|---|---|---|
| Functional Marsh/ Shallow Water Bodies | Clean Water Act of 1977; EO 11990; EO 11988; Estuary Protection Act; Fish and Wildlife Coordination Act. | Marsh acreage important for production of estuarine-dependent fishes of sport and commercial importance. | Environmental groups and the public support preservation and creation of marsh. |
| Water Bottom | Clean Water Act of 1977; EO 11990; EO 11988; Estuary Protection Act; Fish and Wildlife Coordination Act. | Water bottom important for the production of benthic organisms. Aquatic plants on water bottoms provide vital cover and food for wildlife. | Environmental groups and public support preservation and creation of wildlife habitat. |
| Endangered Species | Endangered Species Act; Bald Eagle Act. | No critical habitat. | Environmental groups and the public desire protection of these species. |
| Water Quality | Clean Water Act of 1977; EO 11990; EO 11988; Estuary Protection Act; Fish and Wildlife Coordination Act. | Water quality important for production of estuarine-dependent fishes of sport and commercial importance. | Environmental groups and the public support clean water. |
| Cultural Resources | National Historic Preservation Act of 1966; Archeological Resource Protection Act of 1979. | Several National Register properties in the project vicinity. | Preservation groups support protection and enhancement of historical resources. Also strong avocational interest in archeology. |
| Recreation | Land and Water Conservation Fund Act of 1965. | Marsh and water areas essential for pursuit of various fish and game species. | Public desires expansion of recreational base. |

12

found occasionally in the winter. King rails and gallinules may be found year-round in limited numbers. Seabird and wading bird species which use the area include black-crowned night heron, snowy and great egrets, great blue, green-backed, and tricolored herons, white ibis, American and least bitterns, royal, Caspian, and least terns, and herring and laughing gulls. Raptors known to use the area include osprey and northern harriers. Shorebird species include various plovers, sandpipers, willet, black-necked stilt, American oystercatcher, and killdeer. The most common waterfowl species which winter in the area include gadwall, American wigeon, blue-winged teal, green-winged teal, mallard, northern pintail, American coot, northern shoveler, mottled duck, ring-necked duck, and lesser scaup. Mottled ducks are the only ducks which nest in the vicinity.

Game mammals in the project area include white-tailed deer and swamp rabbit. Furbearers found include common muskrat, Virginia opossums, northern raccoons, North American mink, nutria, and Nearctic river otters. Nongame mammals include nine-banded armadillos and marsh rice rats.

In the absence of the proposed activity, marsh enhancement and creation would not occur. As severe erosion is occurring in the low lying marshes adjacent to the MR-GO, existing marsh and shallow open water in the Mile 49.9 to 56.1 reach are expected to disappear altogether if remedial action is not taken. Valuable wildlife habitat in the form of brackish and saline marsh and shallow open water in the project area would not benefit from the deposition of dredged material in the absence of the proposed work.

Marsh nourishment associated with the proposed action would have temporary adverse impacts on approximately 1,700 acres of marsh and shallow open water in the Mile 49.9 to 56.1 reach and on 5 acres of marsh and shallow open water in the Mile 23.0 to 27.0 reach of the channel (Table 3). Although the deposition of dredged material would cause adverse impacts through coverage of existing habitat, it would also insure the existence of a quantity of the diminishing marsh resource; as such, impacts would be more positive than negative. Marsh sites covered with material would re-vegetate with typical wetland plants of the area within a year of disposal. Dikes would be degraded, as needed, following material consolidation and wetland establishment, and would ultimately revert to marsh. The beneficial impact of dredged material disposal would be a reduction in erosion and saltwater intrusion and the creation of additional wetlands. Additional nesting, roosting, feeding, and escape cover would be created for various amphibians, reptiles, birds, and mammals. Detrimental effects would be related to the direct habitat losses due to material deposition, excavation for dike construction, and the placement of dikes. Resident benthic communities would be destroyed due to dredging and/or material deposition associated with the project. However, benthic recolonization would occur, although recovery time would depend upon the biology of the affected benthos.

13

TABLE 3

ACRES OF SIGNIFICANT HABITAT IMPACTED BY REACH

| REACH | HABITAT | | |
| --- | --- | --- | --- |
| | Marsh & Shallow Open Water | Canal Water Bottom | Breton Sound Water Bottom |
| Mile 49.9 to 56.1 | 1,700 | -- | -- |
| Mile 23.0 to 27.0 | 5 | 25 | 525 |
| Mile 0.0 to -2.5 | -- | -- | 20 |
| **TOTAL** | **1,705** | **25** | **545** |

14

NPM-036-000002145

## WATER BOTTOMS

<u>Canal Water Bottoms</u>. The MR-GO channel water bottom, and that of associated canals, are characterized by a dearth of vascular flora. On the water's surface, ducks, brown pelicans, and cormorants would be expected; in the water column, spotted seatrout, black drum, menhaden, sheepshead, striped mullet, and Atlantic croaker are common; on the bottom, white and brown shrimp, and blue crabs would be expected. Polychaete worms and infaunal crustaceans are the major constituents of the benthic community, which also includes a number of clam and snail species.

In the absence of the proposed activity, dredged material would be placed in conventional disposal sites. As such, water bottoms of the proposed canal disposal sites would in all probability increase in size due to continued erosion.

The proposed action would adversely impact aquatic habitat in the Mile 23.0 to 27.0 reach as approximately 25 acres of water bottom (Table 3) would be converted to marsh and shallow open water area. Most fish and aquatic organisms trapped within the closed canals would perish as would most benthos.

<u>Breton Sound Water Bottom</u>. The MR-GO channel extends approximately 32 miles through Breton Sound in a west-northwest to east-southeast direction. The sound is relatively shallow; its deepest point, 24 feet, is located between Breton and Grand Gosier Islands. The Chandeleur Islands, an arc of barrier islands, are found in Breton and Chandeleur Sounds. These islands are not fixed features but shift as they are shaped by wave action, generally eroding on the seaward side and building on the land side.

Marine plants in the vicinity of the Chandeleur Islands include four species of sea grasses which can be found in the shallow waters adjacent to the islands. Shoal grass typically grows close to the sheltered inner beaches in water six inches to two feet deep but is occasionally found off the outer beach. Turtle grass, the most abundant species in the vicinity, grows in shallow water on both sides of the islands, although its occurrence around Breton Island is limited. Manatee grass, often mixed with turtle grass, is less abundant. Halophilia is found in deeper water in association with turtle grass and manateegrass, but this species is not abundant.

The largest tern nesting colony in North America is found on the Chandeleur Islands. These birds, which include royal, sandwich, Caspian, gull-billed, and least terns, are heavily dependent upon Breton and Chandeleur Sounds for feeding. Also nesting on the islands are large numbers of laughing gulls, brown pelicans, and black skimmers, and smaller numbers of yellow-crowned night herons, reddish egrets, and cattle egrets. Black skimmers, least terns, and American oystercatchers are known to nest on Breton Island. Several hundred magnificent frigatebirds can be found in Breton and Chandeleur Sounds during summer months.

Red-breasted mergansers, lesser scaup, double-crested cormorants, and white pelicans over-winter in Breton and Chandeleur Sounds. Also, the third largest wintering concentration of redheads

15

NPM-036-000002146

in North America is found off the Chandeleur Islands. The islands serve as vital habitat during migration for tens of thousands of shorebirds, including various species of sandpipers and plovers.

In the absence of the proposed activity, the pilot berm would not be constructed and Breton Island would not benefit from increased sediments in the littoral drift; dredged material would be placed in the existing ODMDS. Material dredged from the Mile 23.0 to 27.0 reach would be placed in the existing disposal site on the right descending bank of the channel and marsh would not be built adjacent to the eastern entrance jetty. Existing marsh and valuable wildlife habitat in this area would continue to erode.

The proposed activity would create a pilot berm near the -9 foot contour on 20 acres of Breton Sound water bottom; the sea grass beds adjacent to the islands would not be directly impacted. Within the Mile 23.0 to 27.0 reach, dredged material would be placed unconfined on 525 acres of Breton Sound water bottom adjacent to the eastern entrance jetty and existing marsh in an effort to create additional wetland habitat. Slower moving aquatic invertebrates on, or in, the bottom sediments of Breton Sound would be lost as they move too slowly to escape the disposal of dredged material. Most fish and other faster moving aquatic organisms would escape. Benthic recolonization would occur, although recovery time would depend upon the biology of the affected benthos. Organisms would move into these disturbed areas by migrating from adjacent habitats.

## ENDANGERED SPECIES

Endangered (E) or Threatened (T) avian species which might be found in the project area are Arctic peregrine falcon (T), piping plover (T), and brown pelican (E). Arctic peregrine falcons and piping plovers migrate through the impact area in the spring and fall, while many individuals over-winter on the Chandeleur Islands. Because these two species are migratory and highly mobile, it is unlikely that the proposed activity would directly impact either species or their critical habitat. Brown pelicans nest in the vicinity of the project area on Grand Gosier and North Islands of the Chandeleurs, and also use the project area for feeding and roosting. These birds would likely avoid the area during the construction phase.

Three species of sea turtles are listed as occurring within St. Bernard and Plaquemines Parishes: loggerhead sea turtle (T), green sea turtle (T), and Kemp's-ridley (E). Unfortunately, little information is available at this time on sea turtles in the MR-GO channel and the Gulf of Mexico. These turtles should not be negatively impacted by the proposed work, if they are present.

Gulf sturgeons (T) may use the channel for wintering or possibly feeding habitat. However, a U.S. Army Corps of Engineers, New Orleans District, Biological Assessment dated March 14, 1991, concluded that maintenance dredging the channel should have no adverse impact on the population of this species.

NPM-036-000002147