## MISSISSIPPI RIVER-GULF OUTLET FORESHORE PROTECTION

Environmental Assessment #47

## 1. INTRODUCTION

1.1. <u>Purpose</u>.  This assessment has been prepared to examine the environmental impacts of the construction of foreshore protection measures along a portion of the Mississippi River-Gulf Outlet (MR-GO) and the need for an Environmental Impact Statement.  During the fall of 1982 and the winter of 1983, numerous foreshore protection test sections were constructed along the south bank of the MR-GO.  Post-construction monitoring and evaluation determined the most effective protection measure.

1.2. <u>Authorization</u>.  Public Law 245 of 29 March 1956 authorized the Corps involvement in MR-GO Foreshore Protection.  The Corps was directed, in the interest of public safety and efficient navigation, to establish and maintain a navigable channel from the Industrial Canal to the Chandeleur Islands, Louisiana.

1.3. <u>Alternatives</u>.  Several foreshore protection test sections were constructed, monitored, and evaluated.  Test sections included rock on shell, rock on filter cloth, articulated concrete mats on filter cloth, and lightweight concrete blocks on filter cloth.

1.4. <u>Project Description</u>.  The project is designed to control foreshore erosion on the south bank of the MR-GO from the Bayou Bienvenue Control Structure to the end of the Chalmette Loop Hurricane Protection Levee (see Plates 1 and 2).  The protection technique proposed consists of the placement of 30-inch graded stone on a 9-inch shell bedding.  The crown

NOP-019-000001029

width would be a minimum of 6 feet, and the total width of the section
would be 55 feet.  The plan would require approximately 475,000 tons of
graded stone and 253,000 cubic yards of shell.  A total of 85 acres of
bank and water bottom along the south bank of the MR-GO would be covered
by this work.  The work would be performed from barge mounted equipment
with the rock and shell also being unloaded from barges.  There is a
possibility that a flotation channel might be dredged adjacent to the
work area.  If so, the dredged material would be deposited on the MR-GO
side of the flotation channel.  Placement of additional stone and shell
for maintenance purposes may be required.

2.  ENVIRONMENTAL IMPACTS

2.1.  The proposed project would impact approximately 25 acres of
aquatic bottom and 60 acres of scrub-shrub bank habitat.  Resident ben-
thic communities in the impact area would be temporarily destroyed.
Benthic recolonization would occur; however, recovery time would depend
upon the biology of the affected benthos.  Since the new substrate would
consist of graded stone, a totally different assemblage of benthic
invertebrates would become established.  The more mobile aquatic or-
ganisms, such as fishes, would vacate the affected area, and, therefore,
not be affected.  Approximately 5 acres of water bottoms would be
impacted by the flotation channel.  Recolonization would be rapid.

2.2.  Elevated turbidity levels resulting from construction activities
would have a negligible impact on adjacent benthic and fish commu-
nities.  Within the impact area, elevated turbidity levels would be
localized and short termed.

2.3.  Project implementation would impact approximately 60 acres of
scrub-shrub habitat (eastern baccharis, marsh elder, and black
willow).  Existing vegetation and slow moving terrestrial organisms
would be destroyed.  The scrub-shrub community is of low habitat

2

NOP-019-000001030

quality; however, it does provide good habitat for rabbits.  The loss of
60 acres of this habitat type, and its replacement by a less valuable
type (large stone), would have a localized adverse impact on small game,
such as rabbits, and on song birds which utilized the woody shrubs for
nesting and roosting.  The resulting rock habitat would provide suitable
habitat for small rodents and reptiles.  Given the amount of scrub-shrub
habitat available in the general vicinity of the project, the overall
loss of acres would be negligible.

2.4.  Impacts resulting from maintenance activities are not expected to
be as severe as those due to initial construction.

2.5.  No endangered or threatened species are expected or known to occur
in the project area.

2.6.  A cultural resources survey of the MR-GO was conducted in 1979.
No significant cultural resources were located in the area of the pro-
posed work.

2.7.  The proposed action would be consistent with the Louisiana Coastal
Zone Management Guidelines (see Appendix A).

NOP-019-000001031



Plate 1

NOP-019-000001032



Plate 2

3.  FACTORS CONSIDERED AND ESTIMATED IMPACTS

TABLE 1

| | Not Appli-cable | Negli-gible | Undeter-mined | Beneficial Major | Beneficial Minor | Adverse Major | Adverse Minor |
|---|---|---|---|---|---|---|---|
| **SOCIAL IMPACT** | | | | | | | |
| Archeological Sites | | X | | | | | |
| Community Cohesion | | X | | | | | |
| CZM Plans | | X | | | | | |
| Esthetics | | X | | | | | |
| Historic Sites | | X | | | | | |
| Land Use | | X | | | | | |
| Noise | | X | | | | | |
| People Displacement | X | | | | | | |
| Public Health & Safety | | X | | | | | |
| Recreation & Rec. | | | | | | | |
|   Navigation | | X | | | | | |
| **NATURAL RESOURCES IMPACTS** | | | | | | | |
| Air Quality | | X | | | | | |
| Beach Accretion | X | | | | | | |
| Ground Water | | X | | | | | |
| Public Water Supplies | X | | | | | | |
| Soil Erosion/Bank Erosion | | | | X | | | |
| **BIOLOGICAL IMPACTS** | | | | | | | |
| Aquatic Habitat | | | | | | | X |
| Biological Productivity | | X | | | | | |
| Endangered Species | | X | | | | | |
| Existing Vegetation | | | | | | | X |
| Habitat Diversity | | X | | | | | |
| Terrestrial Habitat | | | | | | | X |
| Threatened Species | | X | | | | | |

4

NOP-019-000001034

4. COORDINATION

4.1.  The following Federal and state agencies were contacted by telephone regarding the proposed project:

    a.  US Fish and Wildlife Service, Ecological Services, Lafayette
        Area Office.

    b.  US National Marine Fisheries Service, Galveston, Texas.
    c.  Louisiana Department of Wildlife and Fisheries.

    d.  Louisiana Department of Natural Resources, Coastal
        Management Division.

4.2.  None of the Federal or state agencies contacted objected to the proposed project.

4.3.  A copy of the FONSI, EA, and 404 (b)(1) Evaluation (Appendix B) will be sent to the Environmental Protection Agency for review under the Clean Air Act.

4.4.  A copy of the FONSI, EA, and our Consistency Determination (Appendix A) will also be sent to the Louisiana Department of Natural Resources, Coastal Management Division.  This correspondence will con- clude our coordination responsibilities with this agency.

4.5.  A Notice of Availability of the FONSI will be mailed to the fol- lowing concerned Federal, state, and other organizations and individuals known to have an interest in the proposed project.

    J. Bennett Johnston, US Senator
    Russell B. Long, US Senator
    Robert L. "Bob" Livingston, US Congressman

5



```
Eighth Coast Guard District, Commander
Louisiana Department of Transportation, Office of Public Works
State Historic Preservation Officer
Louisiana Department of Environmental Quality
New Orleans Dock Board
Plaquemines Parish Commission Council, President
St. Bernard Parish Policy Jury, President
City of New Orleans, Mayor
Port of New Orleans, Executive Port Director
Lake Borgne Basin Levee District, Board of Commissioners, President
Ecology Center of Louisiana
Orleans Audubon Society, c/o Mr. Barry Kohl
Delta Chapter Sierra Club, New Orleans, LA
```

5.  COMPLIANCE WITH REGULATIONS

Compliance of the project with applicable Federal and state regulations
is located in Table 2.

6

TABLE 2

**THE RELATIONSHIP OF FORESHORE PROTECTION TEST SECTION**
**TO APPLICABLE REQUIREMENTS**

| FEDERAL POLICIES | COMPLIANCE |
|---|---|
| Archeological and Preservation Act | Partial 1/ |
| Clean Water Act | Partial 2/ |
| Clean Air Act | Full |
| Coastal Zone Management Act | Full |
| Endangered Species Act | Full |
| Estuary Protection Act | N/A |
| Federal Water Project Recreation Act | Full |
| Fish and Wildlife Coordination Act | Full |
| Floodplain Management (E.O. 1988) | N/A |
| Land and Water Conservation Fund Act | N/A |
| Marine Mammal Protection Act | N/A |
| Marine Protection Research and Sanctuaries Act | NA |
| National Environmental Policy Act | Full |
| Prime and Unique Farmlands, CEQ Memorandum | N/A |
| Protection of Wetlands (E.O. 11990) | N/A |
| River and Harbors Appropriation Act | N/A |
| Water Resources Planning Act | N/A |
| Watershed Protection and Food Prevention Act | N/A |
| Wild and Scenic Rivers Act | N/A |

STATE POLICIES

| | |
|---|---|
| Air Control Act | Full |
| Louisiana Coastal Zone Management Plan | Full |
| Protection of Cypress Tress (E.O. 1980-3) | Full |
| Water Control Act | Full |

---

1/  Full compliance will be achieved when letters of consultation are received from the State Historic Preservation Officer.

2/  Full compliance will be achieved when the State of Louisiana Water Quality Certificate is obtained.

7

6. CONCLUSION

The Mississippi River-Gulf Outlet Foreshore Protection Project would
have negligible impacts on the human environment; therefore, no Environ-
mental Impact Statement will be prepared.


Steve Mathies
Preparer

Suzanne R. Hawes
Chief, Environmental
Quality Section

John C. Weber
Chief, Environmental Analysis Branch

Cletis R. Wagahoff
Chief, Planning Division

8

NOP-019-000001038