TC202
N46M5G8
no.1-B
1959

pl 19

Property of the United States Government

CORPS OF ENGINEERS, U. S. ARMY

MISSISSIPPI RIVER - GULF OUTLET
LOUISIANA

St. BERN
Yclosskey
MRGO "D" borings

DESIGN MEMORANDUM NO. 1-B

CHANNELS

MILE 39.01 - MILE 63.77



PREPARED IN THE OFFICE OF THE DISTRICT ENGINEER
U. S. ARMY ENGINEER DISTRICT, NEW ORLEANS
NEW ORLEANS, LOUISIANA

SEPTEMBER 1958

(Revised May 1959)

consists generally of a surface layer of peat and highly organic clay about 2 to 12 feet thick with water contents of 200 to 900% overlying very soft organic fat clay with water contents ranging from about 50 to 250%, except that strata 10 to 13 feet thick consisting of alternate thin layers and lenses of silt, silty sand, lean clay, and fat clay were encountered at depths of 10 to 30 feet between stations 268 and 301+09.08=0+00; 0+00 and 70; 380 and 650; 705 and 805; and 980 and 1180. At Bayou La Loutre (Station 1285) there is an old channel filling consisting of a surface layer of soft clay 10 to 15 feet thick overlying silt and fine sand.

18. Stability analysis. The stability of the excavation slope and spoil distances were determined by the method of planes based on the shear strengths determined from the undisturbed and general type borings. The results of the stability analyses and the strength values used for the most critical conditions are shown on Plate 11. The strengths used were determined from tests made on samples from the undisturbed borings and also on the results of unconfined compression tests performed on small core samples obtained from the general type borings, as shown in the boring logs on Plates 3 through 9. Based on these analyses for a factor of safety of 1.2, the toe of the spoil should be a minimum of 90 feet from the edge of excavation with slopes on the channel cut not steeper than 1 on 2. (See Plate 11). Based on past experience in areas where the soil conditions are similar to those along this location, it has been found impracticable to construct fills for retaining dikes generally higher than 6 to 7 feet above the ground surface or to spoil hydraulic fill higher than about 10 feet above ground surface and with slopes steeper than approximately 1 on 40. The design of the spoil cross sections were governed by these practical requirements.

19. Channel protection. No channel protection is recommended initially; however, erosion due to wave wash in open areas can be expected in the upper part of the channel slope where the peat and highly organic clays are exposed. Protection for this area can be provided if and when the need for it becomes necessary. No channel protection is included in the overall cost estimate of the project. It is presumed that sufficient rights-of-way will be furnished by local interests to preclude use of channel protection, or that additional rights-of-way will be furnished if the need arises.

## RIGHTS-OF-WAY

20. Requirements. The rights-of-way for the channel, the permanent spoil areas, and the temporary spoil areas required for the reach included in this design memorandum are as indicated on Plates 3 through 9. The channel right-of-way across the new land cut will be 1500 ft. wide centered 750 ft. on each side of the channel centerline. For a short distance at the upper end of the reach, where the channel coincides with the existing Gulf Intracoastal Waterway, the channel right-of-way will extend 750 ft. on the south side and 500 ft. on the

5

6 to 7 feet above the ground surface or to spoil hydraulic fill higher than about 10 feet above ground surface and with slopes steeper than approximately 1 on 40. The design of the spoil cross sections were governed by these practical requirements. The stability of the excavation slope and spoil distances were determined by the method of planes based on the shear strengths determined from the undisturbed and general type borings. The results of the stability analyses and the strength values used are shown on Plate 4. The strengths used were determined from tests made on samples from the undisturbed borings and also on the results of unconfined compression tests performed on small core samples obtained from the general type borings, as shown on the boring logs on Plate 2. Based on these analyses of stability requirements the toe of the spoil should be a minimum of 470 feet from the centerline of channel with slopes of the channel cut not deeper than 1 on 2. (See Plate 4).

16. <u>Channel protection</u>. No channel protection is recommended initially, however, erosion due to wave wash in open areas can be expected in the upper part of the channel slope where the peat and highly organic clays are exposed. Protection for this area can be provided if and when the need for it becomes necessary. No channel protection is included in the overall cost of the project. It is presumed that sufficient rights of way will be furnished by local interests to preclude use of channel protection or that additional rights of way will be furnished when the need arises. The reach covered by this report lies in the proposed new harbor development area and the construction of slips, wharves, piers and other structures will probably provide for some channel protection that may be required.