U. S. ARMY CORPS OF ENGINEERS

MISSISSIPPI RIVER-GULF OUTLET, LOUISIANA

GENERAL DESIGN MEMORANDUM NO. 2
SUPPLEMENT NO. 4
FORESHORE PROTECTION

EXHIBIT

43

PENGAD 800-631-6989

Prepared in the Office of the District Engineer
New Orleans District, Corps of Engineers

April 1968

7



DEPARTMENT OF THE ARMY
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P. O. BOX 60267
NEW ORLEANS, LOUISIANA   70160

IN REPLY REFER TO
LMNED-DL

18 April 1978

SUBJECT:  Mississippi River - Gulf Outlet, Louisiana, General Design
          Memorandum No. 2, Supplement No. 4, Foreshore Protection


Division Engineer, Lower Mississippi Valley
ATTN:  LMVED-T


1.  Purpose.  The purpose of this letter report is to update the subject
general design memorandum supplement.  This report is limited to the
Mississippi River - Gulf Outlet north bank foreshore protection.  South
bank foreshore protection will be addressed in a future report.
Foreshore dike construction on the south bank is scheduled to begin
in 1980.

2.  Design changes.

    a.  Alinement.

    (1)  A change in the alinement of the foreshore dike was required due
to the elimination of the borrow pit on the north bank of the Mississippi
River - Gulf Outlet (MR-GO) for Citrus back levee construction.
Therefore, instead of placing the foreshore dike on the bank of the
1V on 2H borrow pit slope, the foreshore dike toe was placed at the
-4.0-foot mean sea level (m.s.l.) contour line with the exception noted
in paragraph 2.a.(2) below.  Placement at the -4.0-foot m.s.l. contour
line allowed for the placement of stone to a sufficient depth to minimize
the likelihood of wave wash undermining at the dike toe without having
to excavate for foundation preparation or flotation access.  Approval
was received by letter dated 7 June 1976 (LMVED-TL, NOD 11 May 1976, 1st
Indorsement, MR-GO, Citrus Back Levee, Foreshore Protection, Station
196+00 to Station 531+00, Non-Continuous.)

    (2)  In areas where the Citrus back levee, second lift floodside
stability berm extends past the bank line into the channel, it was
necessary to incorporate the foreshore dike in the levee stability berm.
Approval was received by the 7 June 1976 letter referred to in paragraph
2.a.(1) above.

LMVED-TD (NOD 18 Apr 78)  1st Ind
SUBJECT:  Mississippi River - Gulf Outlet, Louisiana, General Design
          Memorandum No. 2, Supplement No. 4, Foreshore Protection

DA, Lower Mississippi Valley Division, Corps of Engineers, Vicksburg,
Miss.  39180      9 JUN 78

TO:  District Engineer, New Orleans, ATTN:  LMNED-DL

The letter report updating Supplement 4 to GDM No. 2 is approved subject
to the following:

    The price level used in the letter report and the price level of the
FB-3 should be indicated.

FOR THE DIVISION ENGINEER:


wd all incl                                R. H. RESTA
                                           Chief, Engineering Division


CF:
DAEN-CWE-B
w 4 cy bas ltr and Incl 1-3
and 1 cy Incl 4

4

LMVED-DL   (18 Apr 78)   2d Ind
SUBJECT:  Mississippi River-Gulf Outlet, Louisiana, General Design
          Memorandum No. 2, Supplement No. 4, Foreshore Protection

DA, New Orleans District, Corps of Engineers, P.O. Box 60267,
New Orleans, LA  70160  21 Jun 78

TO:  Division Engineer, Lower Mississippi Valley, ATTN:  LMVED-TL

Price levels have been added to inclosure 3.   A revised inclosure 3 is
attached.

FOR THE DISTRICT ENGINEER:

1 Incl                                FREDERIC M. CHATRY
As stated                             Chief, Engineering Division

5



LMVED-TD (NOD 18 Apr 78) 3d Ind
SUBJECT: Mississippi River – Gulf Outlet, Louisiana, General Design
Memorandum No. 2, Supplement No. 4, Foreshore Protection

DA, Lower Mississippi Valley Division, Corps of Engineers, Vicksburg,
Miss. 39180     27 JUN 78

TO:  District Engineer, New Orleans, ATTN:  LMNED-DL

Satisfactory.

FOR THE DIVISION ENGINEER:

wo Incl

R. H. RESTA
Chief, Engineering Division

CF:
DAEN-CWE-R
w 4 cy 2d Ind and Incl 3

MISSISSIPPI RIVER-GULF OUTLET
LOUISIANA
DESIGN MEMORANDUM NO. 2, GENERAL
SUPPLEMENT NO. 4
FORESHORE PROTECTION

1.   Authority.  The Mississippi River-Gulf Outlet, La., a
navigation improvement, was authorized by the River and Harbor Act,
approved 29 March 1956, Public Law 455, 84th Congress, 2d Session.
The act and description of the project, as recommended by the Chief
of Engineers in House Document No. 245, 81st Congress, 1st Session,
are given in detail in Mississippi River-Gulf Outlet, La., Design
Memorandum No. 2, General Design, dated 30 June 1959 and approved
16 September 1959.

2.   Purpose.  This supplement was prepared in accordance with
ENGCW-EZ 6th Indorsement dated 12 April 1967 to LMNED-PR letter
dated 29 November 1966, subject "Lake Pontchartrain, Louisiana and
Vicinity - Modification of the Chalmette Area Plan to Include Larger
Area."  Its purposes are to present the bases for inclusion of fore-
shore protection in the Mississippi River-Gulf Outlet (MR-GO) project,
the location of such protection, and a revised cost estimate for the
overall MR-GO project.  Copies of the above indorsement and all
prior and subsequent elements of the chain of correspondence are
included herein as appendix A.  Location of the authorized MR-GO
project and limits of the foreshore protection discussed herein are
shown on plate 1.

3.   Plan.  In House Document No. 231, 89th Congress, the project
document for the "Lake Pontchartrain, La. and Vicinity," hurricane
protection project, the cost for levee foreshore protection along the
MR-GO and the Gulf Intracoastal Waterway (GIWW) was included with
the portion of the project costs to be distributed in accordance with
the 70%-30% formula specified in the authorization.  Local interests
expressed concern that the project for the Chalmette area included
charges to local interests for foreshore protection along the MR-GO
required to protect the levee berm from wind-generated and vessel-
generated waves during high tide periods.  Since the existence of the
MR-GO dictates the location of that part of the Chalmette levee
paralleling the south bank of the MR-GO and adds to the exposure
of the levee, local interests considered that the foreshore protection
work was not a cost of the hurricane protection project, but a
navigation cost to protect the levee against wavewash.  In addition,
at the time that the MR-GO was authorized, a levee of substantial
dimensions existed within the City of New Orleans for a distance of
about 6 miles along what was to become the north bank of the outlet.
The MR-GO exposes the foreshore fronting this levee to direct attack
by waves generated by oceangoing vessels.  Therefore, providing the

LMNED-DL                                               18 April 1978
SUBJECT: Mississippi River - Gulf Outlet, Louisiana, General Design
Memorandum No. 2, Supplement No. 4, Foreshore Protection

    b.  Construction sequence. As a result of the observed settlement
that occurred subsequent to the foreshore dike first lift construction, a
new settlement and stability analyses were performed. Based on those
analyses, it was determined that only one topping, as presented in the
subject general design memorandum supplement, would not be sufficient.
The recommended foreshore dike construction sequence consists of a first
lift with two subsequent toppings. In order to minimize dike settlement,
prior to the second topping it will be necessary to remove a portion of
the stone that was placed during the first lift and first topping, and
replace it with shell. The complete construction plan is presented as
inclosure 1. Stability analyses are presented as inclosure 4.

3.  Status of construction. Construction of the first lift (Citrus
back levee base line station 196+00 - 429+00, non-continuous) began on
18 January 1977 and was completed on 28 March 1977. At present, the
foreshore dike has settled an average of approximately one foot.

4.  Cost estimate. The revised cost estimate for the MR-GO foreshore
protection, north bank (Citrus back levee), is presented as inclosure 2.
A comparison with the PB-3 estimate is presented as inclosure 3.

5.  Status of cultural resource investigation. On 28 August 1973, an
investigation was conducted in the project area. No damage or alteration
to known sites of historical or archeological importance is expected to
occur due to the MR-GO foreshore protection project.

6.  Status of environmental impact statement. The MR-GO environmental
impact statement (EIS) was placed on file with the President's Council
on Environmental Quality (CEQ) on 21 May 1976. Additional information is
available in the Lake Pontchartrain, Louisiana and Vicinity, Hurricane
Protection project EIS which was placed on file with CEQ on 17 January 1975.

7.  Section 404 evaluation. A public notice was issued on 15 July 1976
in compliance with Section 404 of the Federal Water Pollution Control Act
of 1972, describing the MR-GO north bank foreshore protection project.
A statement of findings was sent to the US Environmental Protection Agency
(EPA) on 9 September 1976. EPA issued a letter of no objection on
16 September 1976.

IMNED-DL                                               18 April 1978
SUBJECT:  Mississippi River - Gulf Outlet, Louisiana, General Design
          Memorandum No. 2, Supplement No. 4, Foreshore Protection

8.  Recommendation.  This letter report for the subject design memorandum
supplement is recommended for approval.

4 Incl                                      EARLY J. RUSH III
1. Construction plan                        Colonel, CE
2. Cost estimate                            District Engineer
3. PB-3, letter report
   cost comparison
4. Stability analyses (trip)

3



STA 196+00 TO 429+00

PROTECTED SIDE

CHANNEL SIDE

2' ROCK COVER

EL +3.0

SHELL

EL. -3.0

EL -4.0 CONTOUR

FIRST LIFT
AT T = T₀ (JAN 1977)

INCLUDES
EL +4.5 (+0.5' TOLERANCE)

EL +2.0

FIRST TOPPING
AT T = T₀ + 1 YEAR

EL +0.75

DIKE CONFIGURATION
AT T = T₀ + 5 YEARS

SHEET 1 OF 2

Incl. 1

MISSISSIPPI RIVER - GULF OUTLET
NORTH BANK
(CITRUS BACK LEVEE)
FORESHORE DIKE
CONSTRUCTION PLAN



STA 196+00 TO 429+00

PROTECTED SIDE                    CHANNEL SIDE

RIPRAP SHOWN AS
SHADED AREA TO
BE REMOVED AND
RE-USED IN
SECOND TOPPING

REMOVAL OF ROCK COVER
AT  T = To + 5 YEARS

3'    EL + 4.5 (+ 0.5' TOLERANCE)   (INCLUDES

(2.0' - 2.5'         EL + 3.0
ROCK COVER)
                SHELL
                CORE
        EXISTING
        SHELL CORE

RECONSTRUCTION OF SHELL
CORE WITH SECOND TOPPING
T = To + 5 YEARS*

EL + 3.0 TO EL + 3.5

FINAL CONFIGURATION OF
FORESHORE DIKE
(ALL SETTLEMENT COMPLETE)

*THIS WORK WILL BE COMPLETED PRIOR TO THE
LAKE PONTCHARTRAIN, LA. AND VICINITY
HURRICANE PROTECTION PROJECT CITRUS BACK
LEVEE THIRD LIFT CONSTRUCTION.

SHEET 2 OF 2

## REASONABLE CONTRACT ESTIMATE

SHEET 1 OF 1

PROJECT

MR-GO Foreshore Protection, North Bank (Citrus Back Levee)

INVITATION NO.

| ITEM NO. | DESCRIPTION | ESTIMATED QUANTITY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|
| | FIRST LIFT | | | | |
| | | | | | |
| | Mobilization & Demobilization | Lump Sum | | | 12,000.00 |
| | Shell | 53,084.7 | C.Y. | 5.70 | 302,582.79 |
| | Graded Stone B | 64,200 | | 7.36 | 472,512.00 |
| | Environment Protection | Lump Sum | | | 3,000.00 |
| | | | | SUB TOTAL | $790,094.79 |
| | Engineering and Design | 3%+ | | | 21,505.21 |
| | Supervision and Administration | 4%+ | | | 28,400.00 |
| | * Actual contract cost | | | TOTAL | $840,000.00 |
| | | | | | |
| | FIRST TOPPING | | | | |
| | | | | | |
| | Mobilization & Demobilization | Lump Sum | | | 25,000.00 |
| | Graded Stone B | 28,000 | Ton | 12.00 | 336,000.00 |
| | Environment Protection | Lump Sum | | | 2,000.00 |
| | | | | SUB TOTAL | 363,000.00 |
| | Contingencies | 20%+ | | | 77,000.00 |
| | | | | SUB TOTAL | 440,000.00 |
| | Engineering and Design | 3%+ | | | 13,000.00 |
| | Supervision and Administration | 4%+ | | | 17,000.00 |
| | | | | TOTAL | $470,000.00 |
| | | | | | |
| | FINAL TOPPING | | | | |
| | | | | | |
| | Mobilization & Demobilization | Lump Sum | | | 25,000.00 |
| | Shell | 62,000 | C.Y. | 8.00 | 496,000.00 |
| | Existing Stone Removal and | | | | |
| | Replacement Over Shell Core | 70,000 | Ton | 3.00 | 210,000.00 |
| | Environment Protection | Lump Sum | | | 4,000.00 |
| | | | | SUB TOTAL | $735,000.00 |
| | Contingencies | 20%+ | | | 145,000.00 |
| | | | | SUB TOTAL | $880,000.00 |
| | Engineering and Design | 3%+ | | | 25,000.00 |
| | Supervision and Administration | 4%+ | | | 25,000.00 |
| | | | | TOTAL | $940,000.00 |
| | | | | | |
| | TOTAL COST - MRGO Foreshore | | | | |
| | Protection, North Bank (Citrus | | | | |
| | Back Levee) | | | | $2,250,000.00 |

ENG FORM 1735   SUPERSEDES ENG FORM 1735, 1 APR 54, WHICH IS OBSOLETE.

INCL 2

COMPARISON OF COST ESTIMATES
MR-GO FORESHORE PROTECTION

| | PB-3 (Oct 77 prices) | Letter Report (Oct 77 prices) | *Increase |
|---|---|---|---|
| 11 Levees & Floodwalls Foreshore Protection (north bank) | 1,078,000 | 2,109,000 | +1,031,000 |
| 30 Engineering & Design | 31,000 | 60,000 | +29,000 |
| 31 Supervision & Administration | 41,000 | 81,000 | +40,000 |
| | $1,150,000 | $2,250,000 | +$1,100,000 |

\* Increased costs are the result of redesign of the project due to
settlement greater than anticipated in the GDM supplement.

Revised
2 Nov 78

Incl 3

DISTANCE IN FEET FROM B/L
PROTECTED SIDE
CHANNEL SIDE
151.5' TO B/L
149' TO B/L
259' TO B/L
C/L ORIGINAL FORESHORE DIKE
C/L FIRST TOPPING
BERM MATERIAL TO BE PLACED IN CONJUNCTION WITH LEVEE ENLARGEMENT
ORIGINAL FORESHORE LINE
ALLOWABLE SLIP CUT LINE
A.L.W.P. EL. 0.0
EL-11.0
EL-19.0
EL-31.0
EL-42.0
EL-50.0
EL-55.0
EL-60.0
EL-36.0
EL-40.0
(CH)
(CH-O)
(CH-O)
(CH)
(CH)
(SP-F)
(CH)
(CH)
PLEISTOCENE
ELEVATIONS IN FEET M.S.L.

## GENERAL NOTES

CLASSIFICATION STRATIFICATION SHEAR STRENGTHS AND UNIT WEIGHTS OF THE SOIL WERE BASED ON THE RESULTS OF THE UNDISTURBED BORINGS. SEE BORING DATA PLATES.

SHEAR STRENGTHS BETWEEN VERTICALS 1 AND 2 WERE ASSUMED TO VARY LINEARLY BETWEEN THE VALUES INDICATED FOR THESE LOCATIONS.

STRENGTHS AND STRATIFICATION ARE THOSE OF SOILS REACH 1, STA. 176+50 TO STA. 271+00

NATURAL GROUND LINE REPRESENTS THE MINIMUM COMPOSITE CROSS SECTION BETWEEN STATIONS 176+50 AND 43+00

| STRATUM NO. | SOIL TYPE | EFFECTIVE UNIT WT. P.C.F. VERT. 1 | EFFECTIVE UNIT WT. P.C.F. VERT. 2 | C - UNIT COHESION - P.S.F. CENTER OF STRATUM VERT. 1 | CENTER OF STRATUM VERT. 2 | BOTTOM OF STRATUM VERT. 1 | BOTTOM OF STRATUM VERT. 2 | FRICTION ANGLE DEGREES |
|---|---|---|---|---|---|---|---|---|
| 1 | RR | 130.0 | 130.0 | 0.0 | 0.0 | 0.0 | 0.0 | 40.0 |
| 2 | CH | 110.0 | 110.0 | 200.0 | 200.0 | 200.0 | 200.0 | 0.0 |
| 3 | CH | 110.0 | 110.0 | 250.0 | 250.0 | 250.0 | 250.0 | 0.0 |
| 4 | CH | 40.0 | 40.0 | 200.0 | 200.0 | 200.0 | 200.0 | 0.0 |
| 5 | RR | 68.0 | 68.0 | 0.0 | 0.0 | 0.0 | 0.0 | 40.0 |
| 6 | SI | 30.0 | 30.0 | 0.0 | 0.0 | 0.0 | 0.0 | 40.0 |
| 7 | CH-O | 22.0 | 22.0 | 125.0 | 125.0 | 125.0 | 125.0 | 0.0 |
| 8 | CH-O | 22.0 | 22.0 | 150.0 | 150.0 | 165.0 | 165.0 | 0.0 |
| 9 | CH | 33.0 | 33.0 | 200.0 | 200.0 | 235.0 | 235.0 | 0.0 |
| 10 | CH | 33.0 | 33.0 | 300.0 | 300.0 | 365.0 | 365.0 | 0.0 |
| 11 | SP | 60.0 | 60.0 | 0.0 | 0.0 | 0.0 | 0.0 | 30.0 |
| 12 | CH | 41.0 | 41.0 | 425.0 | 425.0 | 450.0 | 450.0 | 0.0 |
| 13 | CH | 43.0 | 43.0 | 625.0 | 625.0 | 600.0 | 600.0 | 0.0 |

| ASSUMED FAILURE SURFACE NO. | | ELEV. | RESISTING FORCES $R_A$ | $R_B$ | $R_P$ | DRIVING FORCES $D_A$ | $-D_P$ | SUMMATION OF FORCES RESISTING | DRIVING | FACTOR OF SAFETY |
|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | -11.00 | 2381 | 2000 | 3212 | 5777 | 893 | 7574 | 4884 | 1.551 |
| B | 1 | -19.00 | 8601 | 1920 | 5200 | 11429 | 3085 | 15021 | 8344 | 1.650 |
| B | 2 | -19.00 | 8601 | 2970 | 4555 | 11429 | 2003 | 14[illegible] | 9426 | 1.438 |
| B | 3 | -19.00 | 8601 | 5445 | 2780 | 11429 | 773 | 14[illegible] | 10656 | 1.3[illegible]2 |
| C | 1 | -31.00 | 9581 | 8945 | 5287 | 18750 | 4790 | 2[illegible] | 13[illegible] | [illegible] |
| C | 2 | -31.00 | 9581 | 11280 | 3281 | 18750 | 2070 | [illegible] | [illegible] | [illegible] |
| C | 3 | -31.00 | 9581 | 15080 | 1200 | 18750 | 208 | [illegible] | [illegible] | [illegible] |
| D | 1 | -42.00 | 18022 | 12070 | 8000 | 30742 | 8804 | [illegible] | [illegible] | [illegible] |
| D | 2 | -42.00 | 18022 | 17378 | 7000 | 30742 | 3750 | [illegible] | [illegible] | [illegible] |
| D | 3 | -42.00 | 18022 | 23010 | 1189 | 30742 | 86 | [illegible] | [illegible] | [illegible] |
| E | 1 | -55.00 | 30267 | 23850 | 11925 | 49702 | 7638 | [illegible] | [illegible] | [illegible] |
| E | 2 | -55.00 | 30287 | 28600 | 10292 | 49702 | 5764 | 69[illegible] | [illegible] | [illegible] |

## NOTES

φ -- ANGLE OF INTERNAL FRICTION, DEGREES
C -- UNIT COHESION, P.S.F.
∇ -- STATIC WATER SURFACE
D -- HORIZONTAL DRIVING FORCE IN POUNDS
R -- HORIZONTAL RESISTING FORCE IN POUNDS
A -- AS A SUBSCRIPT, REFERS TO ACTIVE WEDGE
B -- AS A SUBSCRIPT, REFERS TO CENTRAL BLOCK
P -- AS A SUBSCRIPT, REFERS TO PASSIVE WEDGE

$$\text{FACTOR OF SAFETY} = \frac{R_A + R_B + R_P}{D_A - D_P}$$

MISSISSIPPI RIVER - GULF OUTLET
[illegible] BACK LEVEE [illegible] FORESHORE PROTECTION
STA. 170+[illegible] TO [illegible]

STABILITY ANALYSIS

[illegible] ARMY ENGINEER DISTRICT [illegible]
CORPS OF ENGINEERS [illegible]

[illegible] 4

LMVED-TD (NOD 29 Apr 68)   7th Ind
SUBJECT:  Mississippi River-Gulf Outlet, La., General Design Memorandum
No. 2, Supplement No. 4, Foreshore Protection

DA, Lower Mississippi Valley Division, Corps of Engineers, Vicksburg,
Miss.  39180  10 Mar 69

TO:  District Engineer, New Orleans, ATTN:  LMNED-PP

Actions taken with respect to comments in previous indorsement are
considered satisfactory.

FOR THE ACTING DIVISION ENGINEER:


wd all incl

                                        A. J. DAVIS
                                        Chief, Engineering Division


                                10

LMVED-TD (NOD 29 Apr 68)   1st Ind
SUBJECT:  Mississippi River-Gulf Outlet, La., General Design
          Memorandum No. 2, Supplement No. 4, Foreshore Protection

DA, Lower Mississippi Valley Division, Corps of Engineers, Vicksburg,
Miss.  39180  29 May 68

TO:  Chief of Engineers, ATTN:  ENGCW-V/ENGCW-E.

1.  Supplement No. 4 to subject design memorandum is forwarded for review
and approval pursuant to para 17, ER 1110-2-1150.  Approval is recommended,
subject to minor annotation marked in red on page 1 and the following
comments.

2.  Plate 2.  a.  The top of the foreshore protection on the south bank
is indicated to be located 750 feet from the centerline of the MR-GO.  This
distance agrees with that shown in GDM No. 3, Chalmette Area Plan, and
presumably was based on conditions with the present 500-foot bottom width
channel.  If the current study of channel size results in the Gulf Outlet
channel being enlarged to 50' x 750' and the GIWW portion of the channel
is widened entirely on the south side, the adjacent Chalmette Area levee
in this reach will have to be moved at least 250 feet farther from the
existing centerline of the channel.  The subject supplement should indicate
what revisions in location of the protection are anticipated if the channel
is widened.

    b.  The supplement should include discussion on the basis for selecting
el -3 as the bottom of the protection.  Along this channel, the uppermost
10 to 20 feet of soil is soft organic material having a low unit weight and
might erode easily.  Thus, it may be necessary to extend the protection to
greater depths.

3.  The south bank protection should be placed as close to the channel
as practical taking into account the future widening of the MR-GO channel
and the location and stability of the levee.

FOR THE DIVISION ENGINEER:

1 Incl                          A. J. DAVIS
wd 2 cy                         Chief, Engineering Division

CF:
NOD-LMNED-PP
w/marked cy incl

2

ENGCW-EZ (LMNED-PP 29 Apr 68) 2nd Ind
SUBJECT:  Mississippi River-Gulf Outlet, La., General Design Memorandum
          No. 2, Supplement No. 4, Foreshore Protection

DA, Office of the Chief of Engineers, Washington, D. C.  20315   3 July 1968

TO:  Division Engineer, Lower Mississippi Valley

Approved, subject to the comments of the Division Engineer in the 1st
Indorsement.

FOR THE CHIEF OF ENGINEERS:


wd Incl                              WENDELL E. JOHNSON
                                     Chief, Engineering Division
                                     Civil Works


3

LMVED-TD (NOD 29 Apr 68)   3d Ind
SUBJECT:  Mississippi River-Gulf Outlet, La., General Design
          Memorandum No. 2, Supplement No. 4, Foreshore Protection

DA, Lower Mississippi Valley Division, Corps of Engineers, Vicksburg,
Miss.  39180  8 Jul 68

TO:  District Engineer, New Orleans, ATTN:  LMNED-PP

Referred for necessary action to comply with comments of 1st Indorsement.

FOR THE DIVISION ENGINEER:

A. J. DAVIS
Chief, Engineering Division

4

LMNED-PP (NOD 29 Apr 68)  4th Ind
SUBJECT:  Mississippi River-Gulf Outlet, La., General Design
          Memorandum No. 2, Supplement No. 4, Foreshore Protection

DA, New Orleans District, Corps of Engineers, PO Box 60267, New Orleans , La.
70160  27 Nov 68

TO:  Division Engineer, Lower Mississippi Valley, ATTN:  LMVED-TD

1.  The proposed disposition of comments contained in the 1st Ind of
this chain of correspondence is as follows:

    a.  Par. 2.a.  Whether or not the current study of channel size
results in the MR-GO being enlarged to 50 feet by 750 feet, the foreshore
protection can be placed as recommended in paragraph 1.c. below.
Construction of the foreshore protection will not commence until the
study is completed.

    b.  Par. 2.b.  In view of the thickness of the organic material
along the MR-GO, it is impracticable to extend the foreshore protection
to firm material.  However, construction of the foreshore protection
dike which will consist of 1.75 feet of riprap on 0.75 feet of shell
placed on a 1 on 3 slope between elevations -3.0 and 3.0 is based on
experience along the Mississippi River below New Orleans and recent
observations of the magnitude of erosion along the MR-GO.  Accordingly,
a foreshore protection dike with a bottom elevation of -3.0 will adequately
serve to prevent erosion of the foreshore area located between the
levee and the alignment of the dike, and therefore, preserve the
structural integrity of the levee.

    c.  Par. 3.  A detailed study was made in order to determine the
most practical and economical location for construction of the south
bank foreshore protection.  The study consisted of comparing the two
following alignments:

    (1)  Alignment No. 1.  Foreshore protection placed approximately
80 feet landside of the -5 foot m.s.l. contour.  For this alignment,
the riprap is placed on the bank directly from the supplier's barge.

    (2)  Alignment No. 2.  Foreshore protection placed on the existing
spoil retaining dike which is approximately located on the MR-GO
right-of-way line.  For this alignment, two methods of construction were
considered.  The first method is as described in the subject supple-
ment No. 4 which states that the riprap will be loaded onto trucks,
transported to the construction site, then placed on the bank.  The
second method is to excavate a flotation channel parallel and adjacent
to the dike alignment; thus providing access in order to place the
riprap on the bank directly from the supplier's barge.

LMNED-PP (NOD 29 Apr 68) 4th Ind  27 Nov 68
SUBJECT:   Mississippi River-Gulf Outlet, La., General Design
           Memorandum No. 2, Supplement No. 4, Foreshore Protection

   (3)  The results of the above study indicate that the choice of
alignment No. 1 will effect a savings of approximately $373,000 when
compared with the least costly of the two alternatives for alignment
No. 2.  Alignment No. 1 will also serve to protect a greater foreshore
area.  Accordingly, approval of alignment No. 1 is recommended.

2.  Plate 2 of the subject supplement No. 4 has been revised to show
the new typical section for the foreshore protection along the south bank
and is inclosed (incl 2) herewith for inclusion in the memorandum.

3.  In addition to the above, pages 3, 4, 5, and 6 of the supplement have
been revised to reflect the revised cost estimates and other attendant
changes.  Copies of these revisions are also inclosed (incl 3) for
inclusion in the memorandum.

FOR THE DISTRICT ENGINEER:


2 Incl                              JEROME C. BAEHR
Added 2 incl (16 cys)              Chief, Engineering Division
2. Rev. plate 2
3. Rev. pp 3,4,5, & 6

6

MISSISSIPPI RIVER, BATON ROUGE TO GULF OF MEXICO
MISSISSIPPI RIVER-GULF OUTLET
GENERAL DESIGN MEMO. NO. 2
SUPPLEMENT NO. 4

FORESHORE PROTECTION
NORTH AND SOUTH BANKS

U.S. ARMY ENGINEER DISTRICT, NEW ORLEANS
CORPS OF ENGINEERS

PLATE 2

Par 5

Area Plan Levee, shown on plate 2, is adjacent to the MR-GO from approximate mile 66 to approximate mile 47. The design for all foreshore protection required in connection with the modified Chalmette Area Plan was developed in Lake Pontchartrain, La. and Vicinity, Design Memorandum No. 3, General Design, approved 31 January 1967, and is being continued accordingly in Supplement No. 1 to General Design Memorandum No. 3, scheduled for submission in May 1968. Typical design sections are shown on plate 2.

6. <u>Cost estimates</u>. In accordance with Lake Pontchartrain, La. and Vicinity, General Design Memorandum No. 2, the estimated cost, based on July 1968 price levels, for foreshore protection to be provided along the north bank of the MR-GO is $653,000. This estimate consists of $566,000 for Levees and Floodwalls, $48,000 for Engineering and Design, and $39,000 for Supervision and Administration. The estimated cost, also based on July 1968 price levels, for foreshore protection to be provided along the south bank of the MR-GO is $3,205,600, which consists of $2,777,800 for Levees and Floodwalls, $236,100 for Engineering and Design, and $191,700 for Supervision and Administration.

7. The aggregate estimated cost for the foreshore protection along the MR-GO, as previously defined, based on July 1968 price levels, is $3,858,600, which consists of $3,343,800 for Levees and Floodwalls, $284,100 for Engineering and Design, and $230,700 for Supervision and Administration. The estimate of first cost is shown in table 1 and a recapitulation of the total Corps of Engineers cost for the MR-GO project is shown in table 2.

R-11/25/68

TABLE 1

ESTIMATE OF FIRST COST
(Foreshore Protection, MR-GO)
(July 1968 Price Levels)

| Item No. | Estimated quantity | Unit | Unit price | Estimated amount |
|---|---|---|---|---|
| NORTH BANK (Citrus Back Levee) | | | | |
| 11  Levees and Floodwalls | | | | |
|     Excavation | 42,000 | c.y. | $  0.40 | $   16,800 |
|     Shell | 18,500 | c.y. | 3.50 | 64,750 |
|     Riprap | 60,000 | ton | 6.50 | 390,000 |
|       Subtotal | | | | $  471,550 |
|       Contingencies, 20%+ | | | | 94,450 |
|       Subtotal | | | | $  566,000 |
| 30  Engineering and design, 8.5%+ | | | | 48,000 |
| 31  Supervision and administration, 6.9%+ | | | | 39,000 |
|       Total Cost Levees and Floodwalls (Foreshore Protection North Bank) | | | | $  653,000 |
| SOUTH BANK (Chalmette Area Plan including Chalmette Extension) | | | | |
| 11  Levees and Floodwalls | | | | |
|     Excavation | 277,100 | c.y. | $  0.40 | $  110,840 |
|     Shell | 44,350 | c.y. | 3.50 | 155,225 |
|     Riprap | 315,200 | ton | 6.50 | 2,048,800 |
|       Subtotal | | | | $2,314,865 |
|       Contingencies, 20%+ | | | | 462,935 |
|       Subtotal | | | | $2,777,800 |
| 30  Engineering and design, 8.5%+ | | | | 236,100 |
| 31  Supervision and administration, 6.9%+ | | | | 191,700 |
|       Total Cost Levees and Floodwalls (Foreshore Protection South Bank) | | | | $3,205,600 |

TABLE 2

RECAPITULATION OF ESTIMATE FOR MR-GO PROJECT[1]

| 02 | Relocations | $ 11,240,000 |
|----|-------------|---------------|
| 05 | Locks | 53,785,000 |
| 09 | Channels & canals | 40,180,000 |
| 10 | Breakwaters & seawalls | 44,860,100 |
| 11 | Levees & floodwalls (foreshore protection) | 4,823,000 |
| 19 | Buildings, grounds, & utilities | 140,000 |
| 20 | Permanent operating equipment | 6,900 |
| 30 | Engineering and design | 6,615,000 |
| 31 | Supervision and administration | 9,350,000 |
| | Total cost | $171,000,000 |

[1]Total Corps of Engineers cost as shown in PB-3 effective
1 July 1968.  The foreshore protection costs which appear in
table 1 herein reflect a lesser cost than the PB-3 due to present
recommended location which was determined subsequent to preparation
of the current PB-3.

8.  Recommendations.  Approval of the bases for inclusion of
foreshore protection in the Mississippi River-Gulf Outlet project,
the location of such protection, and the revised cost estimate for
the overall project is recommended.

5                          R-11/25/68

LMVED-TD (NOD 29 Apr 68)  5th Ind
SUBJECT:  Mississippi River-Gulf Outlet, La., General Design
          Memorandum No. 2, Supplement No. 4, Foreshore Protection

DA, Lower Mississippi Valley Division, Corps of Engineers, Vicksburg,
Miss.  39180  20 Dec 68

TO:  District Engineer, New Orleans, ATTN:  LMNED-PP

1.  Alignment No. 1 is approved and disposition of comments contained
in 1st indorsement is considered satisfactory subject to the following
comments.

2.  For that portion of the south bank foreshore protection
west of the intersection of the Intracoastal Waterway and the MR-GO
channels, consideration should be given to any modification of the
alignment which may be necessary if the Intracoastal Waterway is
widened and/or for construction of waterside slips which are understood
to be proposed along the south bank in this reach.

3.  Erosion of the foreshore between the protection dike and the
channel very probably could occur deeper than elevation -3.0, the
proposed bottom of the stone dike.  If significant erosion occurs below
elevation -3.0, the stability and integrity of the stone dike could be
endangered due to undermining and/or shear failure.  However, we have
no further objection to the proposed bottom elevation of -3.0, provided
that periodic surveys are made after construction to determine the actual
depth of scour development channelward of the protection to indicate if
the bottom of the riprap should be lowered to prevent loss of the
protection dike.  Consideration should be given to construction of a
test section about 3000 feet in length to provide information to
determine whether the riprap should be extended below elevation -3.0.

4.  Para 5, page 3 revised 11/25/68.  Supplement No. 1 to GDM No. 3 was
submitted 21 Oct 68 and forwarded to OCE by LMVED-TD 1st indorsement
dated 13 Dec 68.

5.  Table No. 1, page 4 revised 11/25/68.  The riprap quantity of
315,200 tons for the south bank should be checked.  A rough estimate
with available information indicates about 225,000 tons would be
adequate.

7

LMVED-TD (NOD 29 Apr 68)  5th Ind                        20 Dec 68
SUBJECT:  Mississippi River-Gulf Outlet, La., General Design
          Memorandum No. 2, Supplement No. 4, Foreshore Protection

6.  Plate 2.  The shell blanket should be placed beneath the base of the
protection dikes as indicated in red to provide a proper bedding for the
stone.

FOR THE ACTING DIVISION ENGINEER:

2 Incl                                A. J. DAVIS
wd 15 cy                              Chief, Engineering Division

8

LMNED-PP (NOD 29 Apr 68)  6th Ind
SUBJECT:  Mississippi River-Gulf Outlet, La., General Design Memorandum
          No. 2, Supplement No. 4, Foreshore Protection

DA, New Orleans District, Corps of Engineers, PO Box 60267, New Orleans, La.
70160  13 Feb 69

TO:  Division Engineer, Lower Mississippi Valley, ATTN:  LMVED-TD

The proposed disposition of comments contained in the 5th Ind of this
chain of correspondence is as follows:

    a.  Par. 2.  Whether or not the current study of channel size results
in the MR-GO being enlarged to 50 feet by 750 feet, the foreshore protection
would be placed approximately 80 feet landside of the -5-foot m.s.l. contour
since construction of the foreshore protection will not commence until
the study is completed.  In addition, the waterside slips which are pro-
posed by local interests along the south bank of the MR-GO are presently
scheduled for construction approximately 20 years hence.  Therefore,
these waterside slips were not further considered in determining the
location of the foreshore protection along the south bank of the MR-GO.

    b.  Par. 3.  Based on the inclosed stability and settlement analysis
as shown on plate 3 (incl 4), an estimated settlement of 2 feet will
occur.  This will eventually lower the bottom elevation of the stone dike
to -5.0 and therefore reduce the probability of undermining and/or shear
failure.  However, a test section of approximately 3000 feet in length will
be constructed in order to substantiate the above analysis.

    c.  Par. 4.  This comment is concurred in.

    d.  Par. 5.  The riprap quantity of 315,200 tons for the south bank
has been checked and found to be correct.  Our estimate is taken from
actual cross sections and includes the additional riprap needed due to
the settlement discussed in paragraph b above.

    e.  Par. 6.  The shell blanket will be placed as shown on inclosed
revised plate 2 (incl 5) and will increase the quantity of shell required
on the north and south shores by 6,000 and 21,450 cubic yards, respectively.
Pages 3 and 4 of the subject supplement have been revised (incl 6) to
reflect the additional cost.

FOR THE DISTRICT ENGINEER:


3 Incl (16 cys each)                    JEROME C. BAEHR
wd incl 2 & 3                           Chief, Engineering Division
Added 3 incl
4. Plate 3
5. Revised plate 2
6. Revised pages 3 and 4

9





GENERAL NOTES

The ground elevation in the vicinity of the
protection is 2′±.

The foreshore protection location criteria applies,
also to future deepening and/or widening of the
existing channel.

MISSISSIPPI RIVER - GULF OUTLET LOUISIANA

ALIGNMENT OF FORESHORE PROTECTION

(J) STABILITY AND SETTLEMENT
ESTIMATE

U.S. ARMY ENGINEER DISTRICT, NEW ORLEANS
CORPS OF ENGINEERS

PLATE 3

NOTE: This plate included as result of
LMVD comments 5th Ind., Par.3

ELEVATIONS IN FEET — M.S.L.

10
0
-10
-20
-30
-40
-50
-60

El.-10.0
El.-22.0

Y = 100

Y = 38

Riprap: Y = 125, c = 0, Y′ = 62
Shell: Y = 90, c = 0, Y′ = 28

(PI)
Y′ = 16
c = 1100
φ = 0

(CH)
Y′ = 40
c = 140
φ = 0

φ = 40°

El.3.0

Backfill

El.-3.0

STABILITY

DISTANCE IN FEET

30   40   50   60   70   80   90   100

ELEVATIONS IN FEET — M.S.L.

10
5
0
-5
-10

El.3.0

ULTIMATE

El.3.0

SETTLEMENT ESTIMATE

STRUCTION

Par 5

Area Plan Levee, shown on plate 2, is adjacent to the MR-GO from approximate mile 66 to approximate mile 47.  The design for all foreshore protection required in connection with the modified Chalmette Area Plan was developed in Lake Pontchartrain, La. and Vicinity, Design Memorandum No. 3, General Design, approved 31 January 1967, and is being continued accordingly in Supplement No. 1 to General Design Memorandum No. 3, submitted 21 October 1968. Typical design sections are shown on plate 2.

6.  <u>Cost estimates.</u>  The estimated cost, based on January 1969 price levels, for foreshore protection to be provided along the north bank of the MR-GO, is $682,000.  This estimate consists of $591,000 for Levees and Floodwalls, $50,200 for Engineering and Design, and $40,800 for Supervision and administration.  The estimated cost, also based on January 1969 price levels, for foreshore protection to be provided along the south bank of the MR-GO is $3,309,600, which consists of $2,867,900 for Levees and Floodwalls, $243,800 for Engineering and Design, and $197,900 for Supervision and Administration.

7.  The aggregate estimated cost for the foreshore protection along the MR-GO, as previously defined, based on January 1969 price levels, is $3,991,600, which consists of $3,458,900 for Levees and Floodwalls, $294,000 for Engineering and Design, and $238,700 for Supervision and Administration.  The estimate of first cost is shown in table 1 and a recapitulation of the total Corps of Engineers cost for the MR-GO project is shown in table 2.

R-2/3/69

TABLE 1

ESTIMATE OF FIRST COST
(Foreshore Protection, MR-GO)
(January 1969 Price Levels)

| Item No. | | Estimated quantity | Unit | Unit price | Estimated amount |
|---|---|---|---|---|---|
| | NORTH BANK (Citrus Back Levee) | | | | |
| 11 | Levees and Floodwalls | | | | |
| | Excavation | 42,000 | c.y. | $ 0.40 | $ 16,800 |
| | Shell | 24,500 | c.y. | 3.50 | 85,750 |
| | Riprap | 60,000 | ton | 6.50 | 390,000 |
| | Subtotal | | | | $ 492,500 |
| | Contingencies, 20%+ | | | | 98,450 |
| | Subtotal | | | | $ 591,000 |
| 30 | Engineering and design, 8.5%+ | | | | 50,200 |
| 31 | Supervision and administration, 6.9%+ | | | | 40,800 |
| | Total Cost Levees and Floodwalls (Foreshore Protection North Bank) | | | | $ 682,000 |
| | SOUTH BANK (Chalmette Area Plan including Chalmette Extension) | | | | |
| 11 | Levees and Floodwalls | | | | |
| | Excavation | 277,100 | c.y. | $ 0.40 | $ 110,840 |
| | Shell | 65,800 | c.y. | 3.50 | 230,300 |
| | Riprap | 315,200 | ton | 6.50 | 2,048,800 |
| | Subtotal | | | | $2,389,940 |
| | Contingencies, 20%+ | | | | 477,960 |
| | Subtotal | | | | $2,867,900 |
| 30 | Engineering and design, 8.5%+ | | | | 243,800 |
| 31 | Supervision and administration, 6.9%+ | | | | 197,900 |
| | Total Cost Levees and Floodwalls (Foreshore Protection South Bank) | | | | $3,309,600 |

R-2/3/69                              4



# DEPARTMENT OF THE ARMY

### NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P. O. BOX 60267
NEW ORLEANS, LOUISIANA 70160

IN REPLY REFER TO

LMNED-PP                                                        29 April 1968

SUBJECT:   Mississippi River-Gulf Outlet, La., General Design
           Memorandum No. 2, Supplement No. 4, Foreshore Protection


Division Engineer, Lower Mississippi Valley
ATTN:   LMVED-TD


1.  The subject Supplement No. 4 is submitted herewith for review
and approval in accordance with the provisions of ER 1110-2-1150
dated 1 July 1966.

2.  Approval of Supplement No. 4 is recommended.


l Incl (16 cys)                    THOMAS J. BOWEN
Supp. No. 4                        Colonel, CE
                                   District Engineer

MISSISSIPPI RIVER-GULF OUTLET, LA.,
GENERAL DESIGN MEMORANDUM NO. 2
SUPPLEMENT NO. 4
FORESHORE PROTECTION

STATUS OF DESIGN MEMORANDA

Design Memo No.

| | | |
|---|---|---|
| 1-A | Channels, mile 63.77-mile 68.85 | Approved 11 Sep 57 |
| 1-B | Channels, mile 39.01-mile 63.77 | Approved 27 Jan 59 |
| 1-C | Channels, mile 0-mile 36.43, mile 0-mile -9.75 | Approved 2 Feb 60 |
| 1-C | Supplement No. 1, Stone Retention Dike Extension | Approved 31 Jan 66 |
| 2 | Mississippi River-Gulf Outlet, La. GDM | Approved 16 Sep 59 |
| 2 | Supplement No. 2, Relocation and Modification of Turning Basin | Approved 17 Mar 64 |
| 2 | Supplement No. 3, Bayou La Loutre Reservation | Submitted 29 Feb 68 |
| 2 | Supplement No. 4, Foreshore Protection | Submitted 29 Apr 68 |

MISSISSIPPI RIVER-GULF OUTLET, LOUISIANA
GENERAL DESIGN MEMORANDUM NO. 2
SUPPLEMENT NO. 4
FORESHORE PROTECTION

TABLE OF CONTENTS

| Paragraph | Title | Page |
|---|---|---|
| 1 | Authority | 1 |
| 2 | Purpose | 1 |
| 3 | Plan | 1 |
| 4 | Location of foreshore protection | 2 |
| 6 | Cost estimates | 3 |
| 9 | Recommendations | 6 |

TABLES

| No. | Title | Page |
|---|---|---|
| 1 | Estimate of first cost | 4 |
| 2 | Recapitulation of estimate for MR-GO project | 5 |

PLATES

Title

| | |
|---|---|
| 1 | General map |
| 2 | Foreshore protection north and south banks |

APPENDIXES

APPENDIX A – Report on modification of the Chalmette Area Plan to include larger area

APPENDIX B – Intraagency correspondence

i