

# THE MISSISSIPPI RIVER GULF OUTLET:

## A Study of
## Bank Stabilization

EXHIBIT

38

PENGAD 800-631-6989

**COASTAL ENVIRONMENTS, INC.**
BATON ROUGE, LOUISIANA



# St. Bernard Parish Planning Commission

8201 W. Judge Perez Drive
Chalmette, La. 70043
Telephone 277-6371

**OFFICERS**
Anthony Fernandez
*Chairman*
Joseph M. Meraux
*Vice-Chairman*
David B. Farber
*Director-Secretary*

**BOARD MEMBERS:**
Anthony Fernandez
Harry M. Fisher
Harold W. Lagarde, Sr.
Joseph M. Meraux
Ted Tedesco

Route:
DM _____
RR _____
PK _____
JL - _____
Coop _____
JH _____
File _____

RECEIVED

APR 1 1 1985

NMFS/EAB GALV.

March 29, 1985

Mr. Donald Moore
National Marine Fisheries Service
Building 308
4700 Avenue U
Galveston, Texas  77550

Dear Mr. Moore:

Enclosed for your library is a copy of the recently completed report <u>The Mississippi River Gulf Outlet:  A Study of Bank Stabilization</u>.  Production of this report was partially funded by the Coastal Energy Impact Program and prepared by Coastal Environments, Incorporated.  The document repesents another step in St. Bernard Parish's effort to address the environmental problems of saltwater intrusion and coastal erosion.  Contained in the report are detailed recommendations which would stabilize the rapidly eroding northeast shoreline of the Mississippi River Gulf Outlet.  Also included is an analysis of the factors influencing the erosion.

We feel collection of this information marks the beginning of the long awaited solution to the environmental problems resulting from the construction of the channel.  Knowing you are also concerned about this issue, we trust this document will be of interest to you.

Sincerely,

DAVID B. FARBER
CHIEF ADMINISTRATIVE OFFICER

DBF/MEB:crb

Enclosure:

# THE MISSISSIPPI RIVER GULF OUTLET:
## A STUDY OF BANK STABILIZTION

by

Perry C. Howard – Project Director
Thomas J. Duenckel
Sherwood M. Gagliano
Greg J. Gasperecz
John C. Leslie

Coastal Environments, Inc.
1260 Main Street
Baton Rouge, Louisiana 70802
(504) 383–7451;

for

St. Bernard Parish Police Jury
Ashley Henderson, President;

U.S. Department of Commerce
National Oceanic and Atmospheric Administration
(NOAA Grant No. NA–83–AA–D–CZ025);

and

State of Louisiana
Department of Natural Resources
Coastal Management Section
(DNR Cooperative Agreement No. 21920–84–03)

December 1984

NED-188-000001802

THE MISSISSIPPI RIVER GULF OUTLET:

A STUDY OF BANK STABILIZATION

December 1984

The preparation of this report was financed in part through a grant from the U.S. Department of Commerce under the provisions of the Coastal Zone Management Act of 1972, as amended.

"This document is disseminated under the sponsorship of the Department of Natural Resources in the interest of information exchanged. The State of Louisiana assumes no liability for its contents or the use thereof."

ii

# TABLE OF CONTENTS

LIST OF FIGURES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   v

LIST OF TABLES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   viii

ACKNOWLEDGEMENTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ix

CHAPTER 1:  INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   1–1

CHAPTER 2:  PHYSICAL SETTING . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   2–1

    Location . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   2–1
    Geology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   2–1
      St. Bernard Delta . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   2–1
      Major Depositional Types . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   2–6
        Prodelta . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   2–6
        Intradelta Complex . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   2–6
        Interdistributary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   2–10
        Natural Levee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   2–10
        Swamp . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   2–10
        Marsh . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   2–10
      Subsidence . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   2–11
    Hydrology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   2–12
      Pre-MRGO Hydrology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   2–12
      Post-MRGO Hydrology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   2–12
      Extreme Water Levels . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   2–14
    Vegetation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   2–17

CHAPTER 3:  MRGO HISTORY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   3–1

    Construction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   3–1
    Maintenance Dredging . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   3–2
    Vessel Traffic . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   3–4

CHAPTER 4:  LAND LOSS ALONG THE MRGO SHORELINE . . . . . . . . . . . . . . .   4–1

    Ships and Ship Waves . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   4–1
      Ship Wave Research . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   4–1
      Ship Movement in Restricted Waterways . . . . . . . . . . . . . . . . . . .   4–6
      MRGO Traffic Analysis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   4–8
      MRGO Traffic Observations . . . . . . . . . . . . . . . . . . . . . . . . . . . .   4–15
      The Ship Wave Erosion Process . . . . . . . . . . . . . . . . . . . . . . . . . .   4–19
    Degree of Erosion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   4–20
      Shoreline Erosion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   4–20
      Channel Stability . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   4–22
      Volume of Erosion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   4–32
    Shoreline Character . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   4–32
      Soft Marsh . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   4–34
      Firm Marsh . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   4–41
      Swamp . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   4–45

NED-188-000001804

CHAPTER 5:  SHORELINE PROTECTION MEASURES ...................... 5-1

Design Considerations .............................................. 5-1
    Ship Waves ................................................... 5-1
    Water Levels ................................................. 5-2
    Foundation Conditions ........................................ 5-3
    Shoreline Discontinuity  ...................................... 5-4
    Critical Areas  .............................................. 5-5
U.S. Army Corps of Engineers MRGO Test Sections .............. 5-5
    Design and Cost ............................................. 5-5
    Effectiveness ................................................ 5-13
Suggested Shoreline Protection Measures ...................... 5-15
    Measure 1: Heavy Duty Plastic Membrane Bulkhead ........... 5-15
        Design ................................................. 5-15
        Cost ................................................... 5-18
        Benefits .............................................. 5-20
        Problems .............................................. 5-21
    Measure 2: Armored Spoil Bank ............................. 5-22
        Design ................................................. 5-22
        Cost ................................................... 5-24
        Benefits .............................................. 5-24
        Problems .............................................. 5-26
    Measure 3: Vessel Speed Limit ............................. 5-27
        Design ................................................. 5-27
        Cost ................................................... 5-28
        Benefits .............................................. 5-29
        Problems .............................................. 5-29
    Measure 4: Channel Enlargement ............................ 5-29
        Design ................................................. 5-29
        Cost ................................................... 5-29
        Benefits .............................................. 5-30
        Problems .............................................. 5-30

CHAPTER 6:  CONCLUSIONS AND RECOMMENDATIONS ................. 6-1

REFERENCES ...................................................... R-1

NED-188-000001805

## LIST OF FIGURES

Figure 1.    Study area location......................................... 2-2

Figure 2a.   Northeast shore of the MRGO and adjacent wetlands
             from Bayou Bienvenue to Bayou La Loutre................. 2-3

Figure 2b.   Northeast shore of the MRGO and adjacent wetlands
             from Bayou Bienvenue to Bayou La Loutre................. 2-4

Figure 3a.   MRGO subsurface geology................................. 2-8

Figure 3b.   MRGO subsurface geology................................. 2-9

Figure 4.    Monthly water level maximums and minimums from 1970
             to 1979 for MRGO at Shell Beach, Louisiana ............. 2-15

Figure 5a.   Habitat change in study area from 1955 to 1978 ......... 2-20

Figure 5b.   Habitat change in study area from 1955 to 1978 ......... 2-21

Figure 6.    Commodity traffic history on the MRGO from
             1960 through 1981...................................... 3-6

Figure 7.    History of self-propelled traffic on the MRGO
             from 1960 through 1981 ................................ 3-7

Figure 8.    Deep water wave pattern generated by a moving ship ....... 4-2

Figure 9.    Cusp locus line angle from sailing line as a
             function of Froude Number (F) for a model ship ........... 4-4

Figure 10.   Maximum wave height as a function of Froude Number (F)
             for typical ship model ................................. 4-5

Figure 11.   Water surface profile along sailing line and ship hull
             for a model run in a restricted waterway ................ 4-7

Figure 12.   Relationship between ship speed and ship
             beam for "regulated" vessels on the MRGO
             between 1 January 1984 and 31 March 1984 ............... 4-9

Figure 13.   Relationship between ship length and ship beam
             for "regulated" vessels on the MRGO between
             1 January 1984 and 31 March 1984....................... 4-11

Figure 14.   Relationship between draft and beam for
             "regulated" vessels on the MRGO between
             1 January 1984 and 31 March 1984....................... 4-12

v

Figure 15.   Model relationships between speed of vessel and
resultant drawdown for various vessel classes (beam
vs. draft) on the St. Mary's River ...................... 4-13

Figure 16.   Relationship between ship speed and water-level movement
on the MRGO for two contrasting vessel classes ............. 4-14

Figure 17.   Water level response at MRGO station 1627 as
the "Brussels" passes upbound ........................... 4-17

Figure 18.   Low altitude oblique photograph of northeast shore of
the MRGO at station 1095 as transverse wave from
large displacement vessel causes drawdown ................. 4-21

Figure 19.   Average erosion rates along MRGO northeast shore from
Bayou Bienvenue to Bayou La Loutre as determined from
1965 and 1981 aerial photograph comparison ................ 4-23

Figure 20.   Erosion of MRGO northeast shore in Bayou Ducross –
Bayou Villere area between 1965 and 1983 as
determined from aerial photography ....................... 4-24

Figure 21.   Erosion of MRGO northeast shore in Procter Point area
between 1965 and 1983 as determined from
aerial photography ....................................... 4-25

Figure 22.   Erosion of MRGO northeast shore in Lena Lagoon area
between 1965 and 1983 as determined from
aerial photography ....................................... 4-26

Figure 23.   Erosion of MRGO northeast shore in Bayou La Loutre area
between 1965 and 1983 as determined from
aerial photography ....................................... 4-27

Figure 24.   Typical MRGO cross sections in Lena Lagoon area
(stations 1460 and 1480).  November 1981 shoreline
and July 1982 hydrography ................................ 4-28

Figure 25.   Typical MRGO cross sections in Bayou Ducross –
Bayou Villere area (stations 500 and 520).
November 1981 shoreline and July 1982 hydrography ......... 4-30

Figure 26.   Typical MRGO cross sections in Bayou La Loutre area
(stations 1540 and 1580).  November 1981 shoreline
and July 1982 hydrography ................................ 4-31

Figure 27.   Distribution of soil water content along
MRGO between Bayou Bienvenue and Bayou La Loutre ........ 4-35

Figure 28a.  Distribution of soft marsh, firm marsh, and swamp
substrate along MRGO northeast shore ..................... 4-36

Figure 28b.  Distribution of soft marsh, firm marsh, and swamp
substrate along MRGO northeast shore ..................... 4-37

vi

Figure 29.  General sequence of erosion processes in soft marsh
            areas of MRGO northeast shore .......................... 4-38

Figure 30.  Undercutting of soft marsh substrate .................... 4-39

Figure 31.  Failed marsh block in soft marsh area.................... 4-40

Figure 32.  Large marsh block that has flipped onto marsh
            surface by a large transverse wave ...................... 4-42

Figure 33.  Marsh blocks deposited in cove by transverse waves.......... 4-43

Figure 34.  Oblique low altitude aerial photograph of typically
            irregularly-shaped soft marsh MRGO shore .................. 4-44

Figure 35.  Oblique low altitude aerial photograph of typically
            straight-shaped firm marsh MRGO shore .................... 4-46

Figure 36.  Swamp shoreline at station 870 ......................... 4-47

Figure 37.  Transverse wave drawdown on swamp shoreline as
            large displacement vessel passes ....................... 4-49

Figure 38.  Design of test sections 1 and 2, MRGO foreshore
            protection project..................................... 5-7

Figure 39.  Photograph taken 27 March 1984 of test sections 1 and 2,
            MRGO foreshore protection project ...................... 5-8

Figure 40.  Photograph taken 27 March 1984 of test sections 1 and 2,
            MRGO foreshore protection project ...................... 5-9

Figure 41.  Design of test section 3, MRGO foreshore
            protection project..................................... 5-10

Figure 42.  Design of test sections 4 and 5, MRGO foreshore
            protection project..................................... 5-11

Figure 43.  Design of test section 6, MRGO foreshore
            protection project..................................... 5-12

Figure 44.  Photograph taken 27 March 1984 of failed test section 6,
            MRGO foreshore protection project ...................... 5-14

Figure 45.  Cross-sectional design of suggested shoreline protection
            Measure 1:  heavy duty plastic membrane bulkhead ........... 5-16

Figure 46.  Front view design of suggested shoreline protection
            Measure 1: heavy duty plastic membrane bulkhead ........... 5-17

Figure 47.  Cross-sectional design of suggested shoreline protection
            Measure 2:  armored spoil bank ......................... 5-23

vii

## LIST OF TABLES

Table 1.    Physical Characteristics of Depositional Types
            Found in the MRGO Landcut ................................    2-

Table 2.    Extreme High Water Levels Experienced at
            Shell Beach, Louisiana .....................................    2-1

Table 3.    Habitat Types for Study Area in 1955 and 1978 ................    2-!

Table 4.    Maintenance Dredging in Whole MRGO from
            1966 to 1983 .............................................    3

Table 5.    MRGO Maintenance Dredging in Study Area from
            1966 to 1983 .............................................    3

Table 6.    Observed Ship Passages on the MRGO .........................    4-

Table 7.    Erosion of Northeast Shore of MRGO Between
            Bayou Bienvenue and Bayou La Loutre ......................    4-

Table 8.    Estimated Cost for Control Measure 1 ........................    5-

Table 9.    Estimated Cost for Control Measure 2 ........................    5-

# ACKNOWLEDGEMENTS

This study was funded by the U.S. Department of Commerce, National Oceanic and Atmospheric Administration (NOAA Grant No. NA-83-AA-D-CZ025) and the State of Louisiana, Department of Natural Resources, Coastal Management Section (DNR cooperative agreement No. 21920-84-03). The grant was administered by the St. Bernard Parish Police Jury. In addition, the St. Bernard Parish Police Jury provided 25% match to the federal funding.

Completion of this project has been greatly facilitated by the help and cooperation of St. Bernard Parish Police Jury, Coastal Advisory Committee, and the Planning Commission. Police Juror Henry J. Rodriguez, Jr., and Chief Administrative Officer David B. Farber provided invaluable aid in all phases of the project. Their concern is deeply appreciated. Ms. Martha Cazaubon and Ms. Margaret Balzer of the St. Bernard Planning Commission coordinated the project among the various agencies and provided invaluable data support.

The authors would like to thank the U.S. Coast Guard, Vessel Traffic Service for allowing the use of ship traffic data. Special thanks to Captain Dan Hoobler of the Crescent River Port Pilots Association who provided much information on ship behavior and MRGO related problems. Acknowledgements also go to the Master of the Peruvian bulk carrier "Hyandoy" for allowing Perry Howard to be a guest on the bridge during an MRGO passage.

Personnel with the U.S. Army Corps of Engineers, New Orleans District contributed much valuable data to the project. We especially acknowledge Mr. Frederic Chatry for compiling and translating maintenance dredging data, Mr. Donald Hull for providing survey information, and Mr. Rixie Hardy for his helpful discussions on dredge contracts. Mr. Frank Duarte and Mr. Robert Gunn provided general assistance.

The authors also thank the support provided by numerous CEI personnel during the preparation of the report. Dr. Rod Emmer, Dr. Karen Wicker, Mr. David Roberts, and Ms. Angie Riggio acquired data and provided valuable advice. Mr. Curtis Latiolais, with the assistance of Ms. Debra Faiers, produced the graphics.

NED-188-000001810

Ms. Carol Anderson and Ms. Susan Crump typed the drafts, and Ms. Linda Rich edited the final draft.  Mr. David Marschall created the cover design.

x

# CHAPTER 1: INTRODUCTION

The Mississippi River Gulf Outlet (MRGO) is a 76-mi-long, man-made waterway that extends from the City of New Orleans to the Gulf of Mexico. This ship canal was authorized by the U.S. Congress in 1956, and was undertaken as a full-scale project in 1958. Most of the canal was built through the ecologically sensitive wetlands of St. Bernard Parish during an era of low environmental awareness. The project brought on a litany of environmental problems, including habitat change, marsh loss, and severe shoreline erosion. These problems evolved immediately following construction, and are continuing largely unabated to this day. The 1970s brought a period of environmental awareness; consequently, many reports from individuals, private corporations, universities, and some governmental agencies have addressed numerous environmental impacts associated with the MRGO. The U.S. Army Corps of Engineers (USACE), the Federal agency responsible for design and construction of the MRGO, has only recently recognized MRGO-related problems. They have finally characterized the MRGO as one of eight areas in south Louisiana where "erosion stabilization measures are urgently needed" (USACE 1984).

The northeast shore of the MRGO has not yet received any stabilization measure to protect the sensitive marshes from either saltwater intrusion or ship waves. This report specifically addresses 22.5 mi of the northeast shore, from Bayou Bienvenue to Bayou La Loutre, with the dual purpose of defining the processes of marshland degradation and proposing specific measures for shoreline protection.

As a comprehensive environmental study, this report is interdisciplinary in its approach. It covers a full range of factors influencing the region and incorporates such diverse subjects as geology, soils, hydrology, vegetation, dredging, vessel traffic, and ship waves. Further, the suggested shoreline protection measures proposed include all facets of the problem. Engineers, planners, and politicians alike will find value in this document when they forge ahead to implement solutions.

Chapter 2 is a comprehensive description of the physical setting of the St. Bernard wetlands both prior to and following MRGO construction. Chapter 3 addresses the man-made aspects of the canal itself: the history of construction, maintenance, and vessel traffic. Chapter 4 examines the complex environmental interactions between the processes introduced by the canal and the environmental reactions that have

1-2

followed. Chapter 5 presents a series of suggested shoreline protection measur
finally, Chapter 6 discusses the ramifications of each protection measure a
value of using the various measures combined.

## CHAPTER 2: PHYSICAL SETTING

### Location

The MRGO is a 36-ft-deep, 500-ft-wide ship channel that runs from the Inner Harbor Navigation Canal for 76 mi southeastward to the Gulf of Mexico (Figure 1). Forty-three miles of this canal fall within a "landcut" through low-lying marshlands, most of which are in St. Bernard Parish. This study focuses on 22.5 mi of this landcut, that which extends from Bayou Bienvenue (MRGO Station No. 370) to Bayou La Loutre (MRGO Station No. 1560) (Figures 2a and 2b). This study also specifically addresses the wetland environment on the northeast shore of this MRGO section, all the way to the Lake Borgne shoreline.

The wetlands found within this study area have been previously defined as three unique management units (Wicker et al. 1982): Bayou Bienvenue, Procter Point, and Lower Procter Point. The northernmost management area, the Bayou Bienvenue Unit, is bound by the natural hydrologic boundaries of Bayou Bienvenue, the MRGO, Bayou Dupree (the narrow cut into Lake Borgne where Martello Castle lies), and Lake Borgne. Procter Point Unit, the largest of the three, is bound by the hydrologic boundaries of Bayou Dupree, the MRGO, Bayou Yscloskey, and Lake Borgne. Lower Procter Point Unit is bound by Bayou Yscloskey, the MRGO, Bayou La Loutre, Bayou St. Malo, and Lake Borgne. The total area within all three is 23,931 ac, which is comprised of 61% marsh, 26% open water, 12% MRGO Canal and adjacent eroded area, and 1% shrub and forest (based on 1978 environmental analysis by Wicker et al. 1982). Clearly, the study area is typified by three environments: a vast expanse of marsh; numerous intermingling water bodies; and the MRGO, which borders the southwestern boundary.

### Geology

#### St. Bernard Delta

The region through which the entire MRGO cuts was for a considerable time in prehistory occupied by an open, relatively deep (30 to 150 ft deep) body of water—the Gulf of Mexico. Three thousand years ago, this body of water began to be influenced by the development of the St. Bernard delta-building phase of the Mississippi River

2-2



Figure 1.   Study area location.



Figure 2a.   Northeast shore of the MRGO and adjacent wetlands from Bayou Bienvenue to Bayou La Loutre.



Figure 2b. Northeast shore of the MRGO and adjacent wetlands from Bayou Bienvenue to Bayou La Loutre.

2-5

system (Frazier 1967). At first, fine clays began settling in the region, blanketing the floor of the Gulf at an ever-increasing rate. This depositional episode preceded the advance of the subaerial portion of the St. Bernard delta. Clays, known as prodelta clays, formed to thicknesses as great as 100 ft, thus bringing the Gulf floor to a subuniform depth of 50 ft.

Deposition of prodelta clays continued in the distal reaches of the Gulf (beyond the present-day position of the Chandeleur Islands) for some time thereafter, but in the landward reaches (near New Orleans) fine sands and silts began to be deposited in brackish and fresh environments until they built to or above sea level. This formation comprises the interdelta environment, a complex interweaving of sediments deposited at the mouths of numerous advancing distributaries. Between the distributaries in the lower subaqueous basins, fine grained clays and lesser amounts of silts settled, forming what is known as interdistributary trough clays. This entire depositional system advanced rapidly gulfward through a very complex series of abandonment of small distributaries and advancement of newly formed distributaries. Some of these channels had considerable, prolonged flow, and thus remained as extensive, well developed systems. The present-day St. Bernard lobe still gives evidence of the major distributary locations, such as Bayou La Loutre, Bayou Terre aux Boeufs, and Bayou Yscloskey, which all rise above general marsh level with firm natural levee soil.

The St. Bernard delta building episode lasted for about 1,000 years, or until about 2,000 years ago (Frazier 1967). At its greatest extent, the landmass extended beyond the present location of the Chandeleur Island chain. At this time, Mississippi discharge began to flow in another, more western region of the Mississippi River deltaic plain; thus flow into the St. Bernard delta environment slowly, but surely, became reduced.

This "abandonment" signaled the beginning of the deterioration phase in the St. Bernard region. The seaward edge of the lobe began to be dominated by marine erosion through wave attack and tidal movement; therefore, land was lost and a barrier island system began to develop. Because of the lack of sedimentary input from distributaries, the ever-present process of subsidence began to dominate the system, and as the land fell, organic detritus constantly filled the interdistributary basins, thereby allowing for marsh and marsh substrate to form. Cessation of riverine flow allowed encroachment of saline sea water into the more seaward basins, thus killing

2-6

swamps and fresh marshes. Brackish marshes, saline marshes, and open water bodies began to form.

The slow and orderly deterioration of the St. Bernard environment began 2,000 years ago and has continued until present day. Less than half of the original landmass remains; most of it has been replaced by Chandeleur Sound. The remaining landmass is to a great extent saline marsh interspersed with numerous bayous and bays. But there also are vast tracks of fresh marsh, brackish marsh, and fresh swamp in the more landward reaches of the region.

## Major Depositional Types

The development of the St. Bernard delta has resulted in numerous depositional types through which the MRGO has been cut: prodelta, intradelta complex, interdistributary, natural levee, swamp, and marsh (Kolb 1958). Each of these types is presented in Table 1, shown in cross section on Figures 3a and 3b, and described below.

### Prodelta

Prodelta clay comprises the great bulk of the sediment associated with the St. Bernard deltaic episode. It is the most deeply seated unit, found from 150 to 30 ft below sea level. The base of the MRGO channel cuts into this unit in a variety of locations (Figure 3a and 3b). Prodelta clay is a very homogeneous deposit comprised of 95% clay and 5% silt. Cohesive strength commonly ranges from 200 to 600 lbs/ft$^2$, which is relatively high when compared to most overlying deposits. Cohesion tends to increase with depth in these deposits because the lower layers have experienced greater consolidation under load.

### Intradelta Complex

This unit is found in large pockets throughout the MRGO landcut. It generally ranges from 10 to 50 ft below sea level. Soil texture, on the average, is comprised of 35% clay, 40% silt, and 25% sand, although texture can actually have a considerable range both vertically and horizontally. Cohesive strength is judged as moderate, but it too can range considerably.

**Table 1.** Physical Characteristics of Depositional Types Found in the MRGO Landcut (Modified from Kolb 1958).

| Depositional Type | Lithology | Natural Water Content Per Cent Dry Weight | Liquid Limit[1] | Plasticity Index[1] | Shear Strength[2] | | Remarks |
|---|---|---|---|---|---|---|---|
| | | | | | Cohesive Strength (lb/ft²) | Angle of Internal Friction in degrees | |
| Prodelta | 95% Clay 5% Silt | 40-80 | 70-120 | 30-55 | 200-600 | 0 | Underlies entire deltaic sequence as homogeneous unit. Slopes and thickens toward the southeast. |
| Intradelta Complex | 35% Clay 40% Silt 25% Sand | 15-40 | Non-plastic to 110 | Non-plastic to 60 | Moderate | Moderate | Relatively coarse portion of subaqueous delta. Intricately interfingered deposits. Disposed in broad wedges about abandoned courses and major distributaries. |
| Interdistributary | 80% Clay 10% Silt 6% Sand 4% Organic | 50-160 | 60-160 | 30-75 | 150-300 | 0 | Disposed in clay wedges between major distributaries. Clay sequence interrupted by silty or sandy materials associated with myriad small distributaries, but otherwise fairly homogeneous. Material will probably displace laterally under fairly light load. |
| Natural Levee | 55% Clay 40% Silt 5% Sand | 20-40 | Non-plastic to 75 | Non-plastic to 30 | 800-1200 | 15-35 | Disposed in irregular belts along abandoned courses and distributaries. Thickness averages 15 ft or less. |
| Swamp | 75% Clay 5% Silt 20% Organic | 60-200 | 60-150 | 30-60 | Low | ---- | Relatively small areas. |
| Marsh | 33% Clay 2% Silt 65% Organic | 80-800 | 70-250 | — | Very Low | — | Forms 90 per cent of land surface within study area. Average thickness 10 ft. Very high water content. Subject to rapid compaction under load. |

(1) Atterberg limits do not reflect water content of highly organic materials

(2) Cohesive strength of clays based on unconfined compression test



Figure 3a.   MRGO subsurface geology (Kolb 1958).



Figure 3b.    MRGO subsurface geology (Kolb 1958).

·2-10

### Interdistributary

This unit is found in similarly sized and located patches as the intradelta complex. Much of the MRGO channel cuts through these deposits. Clay makes up 80% of the average unit. Cohesive strength ranges from 150 to 300 lbs/ft$^2$.

### Natural Levee

These deposits are found in irregular bands flanking abandoned distributaries, such as Bayou La Loutre. Natural levees are generally silt and clay-rich with some minor sand. Cohesive strength ranges from 800 to 1200 lbs/ft$^2$. This is the highest cohesive strength of any deposit found in the MRGO region. Natural levees can be found at the land surface as in the case of Bayou Yscloskey and Bayou La Loutre, but because of subsidence, many levees can be found as much as 10 to 15 ft below the surface.

### Swamp

Swamp deposits are somewhat rare in the MRGO landcut. Logs, stumps, and root systems intermingled with clay and organic material typify this deposit. They generally are found in a wide band flanking major distributaries. As with the adjacent natural levees, swamps are relatively surficial, although with subsidence they can be found below the surface as much as 15 ft. Swamp deposits have a low cohesive strength.

### Marsh

Marsh vegetation blankets 90% of the study area. Its substrate is generally found from the surface down to a depth of 10 ft. These deposits, on the average, are 65% organic, and their cohesive strength is very low. In addition, water content ranges from 80 to 800% in dry weight. The upper 2 to 5 ft of a marsh deposit commonly is fibrous peat, an intermingling of modern root systems. The lower layers, down to the base of the deposit, is detrital peat, a granular composite of decomposed plant material. In short, marsh deposits are an extremely weak, highly saturated, and highly vulnerable, vast surface deposit.

2-11

## Subsidence

Subsidence in the study area is an ever-present natural phenomenon caused by a variety of processes, including, the relative effect of sea level rise, basement sinking of deep strata, compaction of deltaic sediments through dewatering, and consolidation of nearsurface sediments from weight of natural levees (Kolb and van Lopik 1958; Adams et al. 1976). Kolb (1958) suggests that the single most important factor in the MRGO region affecting subsidence is the consolidation of high water content prodelta clays. Localized subsidence is evident in the Lena Lagoon area. Here the relatively dense Bayou La Loutre levees cause the adjacent marsh to sag. The evidence of this process is Lena Lagoon itself and numerous other adjacent small water bodies. Subsidence here is of such great magnitude that the process of organic litter accumulation cannot keep pace with land sinking, thus the water bodies have been formed.

In recent years numerous scientific investigations have attempted to quantify the subsidence process. Gagliano and van Beek (1970) have suggested a regional rate of 0.4 ft/century. Kolb and van Lopik (1958) suggest 0.8 ft/century (including sea level rise). Saucier (1963) determined an overall rate of 0.4 ft/century for the Pontchartrain Basin. Coastal Environments, Inc. (1972) found a range of 0.5 to 0.7 ft/century. Finally, in a recent study of National Geodetic Survey benchmark data, Watson (1982) determined a value of 1.3 ft/century. Clearly, these researchers have demonstrated that it is difficult to isolate a precise value for subsidence, but it is concluded that a value of 1 ft/century is a reasonable estimate.

Subsidence is a primary cause of marshland deterioration, as evidenced in the Lena Lagoon area. With no new sediment input from the Mississippi River system, subsidence allows marshland breakup and saltwater intrusion. But subsidence is not the only land loss culprit in the study area. As will be seen in future sections, the direct effect of saltwater intrusion from the MRGO and the impact of ships travelling through the MRGO have both generated impacts that greatly surpass the natural effect of subsidence.

2-12

## Hydrology

### Pre-MRGO Hydrology

Prior to MRGO construction, the study area was part of a natural hydrologic basin bound by Bayou La Loutre to the south and east, Bayou Bienvenue to the west, and Lake Borgne to the north. This basin was dominated by freshwater influence through rainfall. Precipitation (60 in per year on average) at that time would elevate general water levels in the marshes during each rain, and the resultant hydraulic head would cause flow toward Lake Borgne through an intricate maze of bayous and lakes. The migration of water was relatively slow; as a result, most of the environment was fairly fresh. Tidal influence did exist though, particularly near the Lake Borgne shore.

Rounsefell (1964) performed a 1960 salinity study along a transect which was to become the MRGO. An analysis of the salinity regimes demonstrate that in October 1960 (generally a dry month) salinity averaged 3.85 parts per thousand (ppt) (30 ppt represents pure sea water). A similar analysis for May 1960 (typically a wet month) demonstrates that salinity averaged 2.4 ppt. Both of these average salinity values show that this region was really quite fresh with very limited saltwater influence.

### Post-MRGO Hydrology

In 1961 an MRGO access channel (18 ft deep and 140 ft wide) was completed between Breton Sound and the Intracoastal waterway (USACE 1961). This channel was later to be enlarged to full MRGO project dimensions; nevertheless, the year 1961 represents the first major hydrologic imbalance introduced to this basin in the MRGO construction history: the Bayou La Loutre Ridge had been breached. With this event, three major hydrologic modifications occurred: (1) saline waters from Breton Sound travelled with the tide, across the former natural levee barrier, into the fresh-to-brackish environment of the basin, (2) Breton Sound tides entered the basin, causing increased tidal amplitudes, and (3) precipitation that now fell into the basin no longer migrated slowly to Lake Borgne, they now were short-circuited by the channel.

The U. S. Department of Commerce (1983) recognized that "unpredictable tidal currents may be encountered [by ship captains] at places along the MRGO..." This

2-13

observation is true to the extent that indeed tidal currents are an active force in the MRGO canal.   But direct observation by the authors on April 14, 1984 suggests a refinement of this analysis.   A very low water level (0 ft NGVD) was observed at 0730 hours.   The water rose steadily, and by 1500 hours the water level reached 1.5 NGVD; thus the water rose 0.2 ft/hour for a period of 7.5 hours.   During this event currents were generally weak (approximately 1 ft/second) in the canal itself.   But near the northeast shore where numerous bayous lead to Lake Borgne, currents reached velocities of 4 ft/second toward Lake Borgne.   All major bayous were releasing MRGO waters rapidly into the Lake.   These observations lead to an understanding of the hydrologic effect of the MRGO on the study area.

On a rising tide, the tidal wave travels up the MRGO relatively freely.   The same wave, in contrast, flows with greater impedence as a result of bottom friction through the Mississippi Sound into Lake Borgne.   Thus, a tidal lag occurs, a head develops between the MRGO and Lake Borgne, and water flows into Lake Borgne through such connections as Bayou Bienvenue, Bayou Dupree, Fort Bayou, Bayou Yscloskey, and Doulletts canal.   The opposite is true on a falling tide.   Water flows relatively freely out of the MRGO and a head develops from Lake Borgne into the canal.   All major connections reverse flow, with similar water speeds occurring, given similar tidal amplitudes.   These tidal conditions, essentially caused by the MRGO, provide a mechanism for saline waters to enter the wetlands of the study area.

The USACE (1981b) recognized high salinity levels in the MRGO and identified a gradient from 35 ppt at the channel entrance to 10 ppt at the Inner Harbor Navigation Canal (the landward terminus of the MRGO).   Further, they suggested that no saltwater wedge exists (salinities are uniform from the water surface to the bottom of the canal).   Wicker et al. (1982) provides a salinity data compilation that substantiates the USACE statements.   Surface salinities in the study area during the period of November through April over the years 1968 through 1979 averaged 9 ppt.   Surface salinities in the study area during the period of May through October over the years 1968 through 1979 averaged 12 ppt.   And finally, maximum salinities during May through October, again for the same years, averaged 19 ppt.

The hydrologic situation provided by the MRGO is one of classic saltwater intrusion. Prior to the MRGO, salt levels were in the 2 to 4 ppt range.   After MRGO construction, salt levels ranged from 10 to 20 ppt.   The MRGO effect on water level

2-14

and resultant tidal currents provides a mechanism for this salt to penetrate the wetlands of the study area.

**Extreme Water Levels**

Clearly, the MRGO is a waterway influenced by tides.  This fact is important not only because understanding the tides provides insights into the causal relationship between tides and land loss, but also because it becomes imperative to understand tides in order to design a protective measure.

The U. S. Department of Commerce (1984) has determined through a 19-year water-level analysis of data derived from a tide gauge on Bayou Yscloskey at Shell Beach that the mean diurnal tide range is 1.3 ft.  This value represents a compilation of all experienced high and low waters.  Louisiana tides rarely conform to this generalization on a day-to-day basis, for they are significantly influenced by wind.  When the wind blows, water levels respond quickly and dramatically, creating an influence that may far overshadow any underlying astronomical effect produced by the moon or the sun. A northerly wind blows the water out, and levels fall; a southerly wind blows the water in, and levels rise.

Figure 4 provides a 10-year summary of monthly lows and highs experienced at Shell Beach (USACE 1970-1979).  Low waters are nearly always below marsh level (1.5 NGVD), and extreme lows fall 2 ft below marsh level (-0.5 ft NGVD).  In short it is seen that extreme low waters have a relatively narrow range from marsh level to 2 ft below marsh level.

High water extremes are more variable than low water extremes.  Figure 4 demonstrates that the typical monthly high is 1.5 ft above marsh level (3.0 ft NGVD). But occasionally there are spurious highs that may exceed this level.  These highs are caused by extremely strong southerly winds, of which the highest are generated by hurricanes.  In the ten-year period catalogued in Figure 4, three hurricane-related highs are shown:  Hurricane Carmen, Hurricane Babe, and Hurricane Frederic.  The highest level, that associated with Hurricane Carmen, caused a water level rise 3.5 ft above marsh level (5.06 NGVD).  The years 1970 through 1979 do not provide the complete high water picture, for this epoch did not receive any truly intense hurricanes.  Table 2 (USACE 1972) provides a broader time frame from which high

2-15



Figure 4.   Monthly water level maximums and minimums from 1970 to 1979 for MRGO at Shell Beach, Louisiana.
Data based on daily 8 a.m. stages (USACE 1970–1979).

NED-188-000001828

2-16

Table 2.   Extreme High Water Levels Experienced at Shell Beach, Louisiana (after USACE 1972).

| Rank | Year | Surge (Feet above NGVD) | % probability* | Recurrence Interval (years) |
|------|------|-------------------------|----------------|------------------------------|
| 1 | 1901 | 12.0 | 0.758 | 132 |
| 2 | 1947 | 11.2 | 2.27 | 44 |
| 3 | 1956 | 10.9 | 3.77 | 27 |
| 4 | 1965 | 9.3 | 5.30 | 19 |
| 5 | 1915 | 8.3 | 6.85 | 15 |
| 6 | 1915 | 6.0 | 8.33 | 12 |
| 7 | 1920 | 5.5 | 9.85 | 10 |
| 8 | 1909 | 5.0 | 11.36 | 9 |
| 9 | 1948 | 4.5 | 12.88 | 8 |

\* Probability = P

$$P = \frac{100\,(m - 0.5)}{y}$$

m = number of event (rank)
y = number of years of record (66)

NED-188-000001829