2-17

water-level extremes can be viewed. Nine great hurricanes hit Shell Beach between 1901 and 1965. The greatest, that of 1901, provided a storm surge that rose 10.5 f above the marsh (12.0 NGVD). Statistics show that this great level can recur an average of every 132 years. Smaller hurricanes, or hurricanes with a more distant landfall location, provide reduced storm surge heights, but they arrive more frequently.

### Vegetation

A number of dynamic, constantly changing factors are involved in the initial creation of a marsh, its growth into steady equilibrium, and its senescent decline. Coastal marshlands are complex ecosystems composed of many related organisms and physical processes undergoing various stages of development or destruction. It is the amount of energy and matter coming into a marsh weighed against the amount of energy and matter exported from the marsh that determines its stage of evolution. A marsh remains in a state of equilibrium when gains equal losses. If a surplus of energy and matter exists, the marsh grows or becomes more productive. Under energy and matter deficits, marsh productivity and standing biomass decline, and vegetative areas revert to open water. Unfortunately, most Louisiana coastal marshlands are in a senescent stage, disappearing at an alarming rate. Marshlands in St. Bernard Parish, particularly in the study area, have deteriorated especially rapidly.

Natural marsh loss occurs from several factors, including subsidence, surface erosion, sea level rise, and compaction of sediments and organic detritus. All of these factors have undoubtedly contributed to land loss problems in the study area, but man-induced actions can be blamed for most of the problems. Canal dredging, levee construction, spoil deposition, and the elimination of the annual freshwater and sediment input from the Mississippi River have accelerated land loss rates.

Even though much direct land loss in the marshes near the MRGO can be attributed to active physical processes, the passive process of salinity intrusion has indirectly helped to destroy acres of marshland and has increased rates of erosion within the entire study area. The negative effects of salinity intrusion into fresh, intermediate, and brackish marshes have been extensively researched, publicly discussed, and scientifically presented, yet the process continues. In coastal marshes, a limited amount of saltwater intrusion naturally occurs during storms and tides, but the present

2-18

magnitude of saltwater intrusion into interior marshes as a result of human activities is unprecedented. And perhaps no other navigation project in coastal Louisiana has resulted in such drastic, ecologically devastating saltwater intrusion as the MRGO has produced.

The effects of saltwater intrusion are most noticeable in the changes exhibited by marsh vegetation. Naturally occurring salinity increases result in a gradual, predictable sequence of plant succession toward a community of marsh grasses that is more tolerant of higher salinity. Plant communities that are less salt-tolerant are eventually replaced by more salt-tolerant communities.

At least three constant components interact in an established marshland environment: water, soil, and vegetation. (Other components such as wildlife and wind may interact periodically, but cannot be considered constant.) For hundreds of years these three components have interacted, producing freshwater swamps, and fresh, intermediate, and slightly brackish marshes throughout St. Bernard Parish. Bayou La Loutre acted as a natural barrier to saltwater intrusion into the study area, and no saline marshes were formed prior to MRGO construction. In fact, Lake Borgne provided the only brackish water source in the area, and strongly brackish marshes were very restricted in distribution (Wicker et al. 1982). In 1961, however, the MRGO was opened, the protective Bayou La Loutre was ridge breached, and saltwater poured into the fresh marshes of the study area. Two of the three major physical components of the marshland, vegetation and soils, were abruptly afflicted. The orderly evolution of physical, chemical, and biological systems within the marshland was suddenly terminated.

Most of the changes in vegetational species diversity and composition were evident just four years after the MRGO was opened (Wicker et al. 1982). Under more normal conditions of salinity increase, vegetational communities gradually change during decades, not just a few years. In the interim period following MRGO construction freshwater plant communities died and before salt-tolerant plant communities became established, much of the vegetative cover deteriorated. Both aboveground and underground parts of freshwater plants died, leaving the marsh surface largely unvegetated and the subsurface soils devoid of erosion-resistant root systems. Marsh soils are generally perpetuated by the constant addition of organic litter generated from dead plant stems and leaves, and are held in place by plant roots. Compared to

NED-188-000001831

freshwater species, saline grasses produce less organic litter and less dense root systems.

The response of freshwater swamp and marsh soils to highly saline waters also accelerated land loss rates.  As a result of the physical processes by which they were formed, swamp soils consist of alternating, intermingling layers of peat and clay. Marsh soils generally have the same composition as swamp soils, but their structure is different in that layers of peat almost always lie on top of subsurface clay layers. When either type of soil is flooded, the layers separate, with the organic peat layers becoming semi-fluid and easily removed by physical erosion.  Also, saline waters bring in different anions and cations not normally abundant in freshwater.   The ionic character of saline waters initiates new chemical reactions, increasing the anaerobic decomposition rate of the subsurface organic peats.  As the peats decompose, their organic matter is readily dissolved by water, cohesive strength of the soil is further reduced, and soil particles are easily removed by erosive forces.  Therefore, a salinity increase in areas of thick organic layers may result in the marsh breaking up and reverting into open water before saline grasses can vegetate the unprotected soils.

The degree to which the study area has undergone vegetational change since MRGO construction is graphically demonstrated in Figures 5a and 5b and Table 3.  During the period of 1955 to 1978 the entirety of fresh and intermediate marshes, all cypress swamp, and 82% of the natural levee environment were converted to more saline environments or to open water conditions.  The remaining 18% of the natural levee environment escaped conversions only by virtue of its higher elevation, where saline waters could not penetrate.  The original 20,163 ac of brackish marsh, which existed in 1955, suffered 50% loss by 1978; only 9,533 ac remained.  Saline marsh, of which there was none in 1955, increased to 5,052 ac by 1978.  Open water (natural lakes and bayous) more than doubled in acreage during this same period.  The effect of MRGO construction and its attendant saltwater intrusion has had a remarkably devastating impact on the natural vegetation of the study area.



Figure 5a.   Habitat change in study area from 1955 to 1978 (modified from Wicker et al. 1982).

NED-188-000001833



Figure 5b.    Habitat change in study area from 1955 to 1978 (modified from Wicker et al. 1982)

2-21

1983 BASE: UNCONTROLLED COLOR INFRARED PHOTOGRAPHY DATED JANUARY 1, 1983, OCTOBER 27, 1983, and NOVEMBER 16, 1983.
THE NATIONAL HIGH ALTITUDE PHOTOGRAPHY PROGRAM

BRACKISH MARSH 1955 and 1978

BRACKISH MARSH 1955 - SALINE MARSH 1978

FRESH ENVIRONMENT 1955 - BRACKISH 1978*

*FRESH ENVIRONMENT INCLUDES NATURAL LEVEE FORESTS, NATURAL LEVEE RIDGE/SHRUBS, FRESH MARSH, AND INTERMEDIATE MARSH

LAKE   BORGNE

PROCTOR POINT

matchline

M.R.G.O.

Table 3.   Habitat Types for Study Area in 1955 and 1978 (modified from Wicker et al. 1982).

| Habitat Type | 1955 | Habitat (acres) 1978 | Change (acres) |
|---|---|---|---|
| Fresh-to-Intermediate Marsh | 74 | 0 | -74 |
| Intermediate Marsh | 193 | 0 | -193 |
| Brackish Marsh | 20,613 | 9,533 | -11,080 |
| Saline Marsh | 0 | 5,052 | +5,052 |
| Spoil with Shrubs | 8 | 39 | +31 |
| Natural Levee Forest | 228 | 21 | -207 |
| Natural levee/ridge with shrubs | 202 | 58 | -144 |
| Cypress Swamp | 6 | 0 | -6 |
| Canals (petroleum and navigation) | 43 | 96 | +53 |
| Open Water (Bayous, lakes, etc.) | 2,530 | 6,107 | +3,577 |
| Development (houses and roads) | 34 | 10 | -24 |
| MRGO (includes shoreline erosion) | 0 | 3,015 | +3,015 |
| TOTAL | 23,931 | 23,931 | 0 |

## CHAPTER 3: MRGO HISTORY

### Construction

The MRGO was authorized by the River and Harbor Act of March 29, 1956 (Public Law 455, 84th Congress, 2nd Session). Although there were numerous reasons for the authorization to build the MRGO, the most touted reason was to provide a shorter route for oceangoing vessels between the Gulf of Mexico and the Port of New Orleans (Coastal Environments, Inc. 1976). Once authorized, the USACE deliberated over possible routes for the canal and finally decided upon a route that would maximize the length of the canal through the wetlands of St. Bernard Parish. The Louisiana Wildlife and Fisheries Commission objected to the wetland route and suggested the construction of the canal through Lake Borgne in order to minimize ecological impacts associated with saltwater intrusion (Coastal Environments, Inc. 1976). The Corps did not heed the commission and finally chose the landcut route because it was determined that the Lake Borgne passage would create significant shoaling problems and thus increased maintenance dredging.

Work commenced in detailed planning of the MRGO in July 1956 (USACE 1961). The final design incorporated a 36-ft deep, 500-ft wide canal extending 76 mi to the 38-ft contour in the Gulf of Mexico (USACE 1981a). The landcut was maximized to extend 42.8 mi from the Inner Harbor Navigation Canal to Gardner Island. Canal walls were designed with 2:1 slope, and the right-of-way extended 750 ft from the center line into the marsh on the northeast side. A pair of 3-mi jetties at Gardner Island, comprised of 1,120,000 yd$^3$ of stone, was incorporated in the design to reduce shoaling in that reach. A turning basin and a lock with a connecting channel to the Mississippi River were also part of the plan (USACE 1981a). Total channel excavation was estimated to be 3 billion yd$^3$ with a total Federal cost of the project expected to be $1 billion (1961 dollars) (USACE 1961). All dredged material in the landcut was to be used to build a 4,000-ft wide, 10-ft high spoil bank on the southwest shore of the canal.

Actual construction began in March 1958 (USACE 1981a) with the first dredging contract awarded March 12, 1958 for excavation of a 2.5-mi section at the New Orleans Terminus (USACE 1961). The remaining MRGO channel was dredged in sections, each of which was dredged in three phases: (1) an "access channel" (18 ft x 140 ft), (2) an "interim channel" (36 ft x 250 ft), and (3) the final "project channel"

(36 ft x 500 ft). Some sections were completed to full project channel dimension before other sections had an access channel dredged.

The MRGO was constructed under 35 different contracts. The complete access channel was finished in March 1961 (USACE 1961). The complete interim channel was finished July 5, 1963, and was dedicated July 25, 1963, at which time the first commercial ship was allowed to travel from New Orleans to the Gulf of Mexico (Johnson 1966). The full project channel was completed in January 1968 (USACE 1981a).

In the study area (Bayou Bienvenue to Bayou La Loutre) full project dimensions were completed in October 1963 (Johnson 1966), but later the full project channel dimensions were exceeded when the hurricane protection levee project authorized channel deepening to allow for additional levee material. Between Bayou Bienvenue and Bayou Dupree, dredging in some locales reached -80 ft. Some shoaling has occurred since these dredging activities, but this portion of the MRGO to this day has depths that reach 70 ft.

### Maintenance Dredging

Maintenance dredging was initiated in the MRGO July 1, 1965 (Johnson 1966) and has continued thereafter, but not on a regular basis. Shoaling is a continual process in the MRGO. Patrol Surveys are run periodically to detect impending critical shoaling; once it is identified, plans and specifications are prepared, advertised, and then awarded on a competitive basis (Hunt 1972).

Table 4 summarizes the annual average maintenance dredging from 1966 through 1983 in the three general sections of the MRGO: the landcut, the Breton Sound reach, and the Bar Channel. The high shoaling area (and accordingly, the high maintenance area) is the Breton Sound reach.

Here, 7 million $yd^3$ are removed annually. Given that this reach is 20.5 mi long, 341,000 $yd^3$ of shoal material are removed each year for each mile. This high rate of shoaling is a result of exposure to coastal currents and the subsequent drifting of Breton Sound bottom sediments.

Table 4. Maintenance Dredging in Whole MRGO from 1966 to 1983 (modified from Chatry 1984).

| Section | Location | Distance (Miles) | Annual Volume (yd³/yr) | Annual Volume Per Mile (yd³/yr/mi) | Annual Cost Per Mile* ($/yr/mi) |
|---|---|---|---|---|---|
| Landcut | Inner Harbor Navigation Canal to Jetties | 45.5 | 2,200,000 | 48,000 | $24,000 |
| Breton Sound | Jetties to Chandeleur Islands | 20.5 | 7,000,000 | 341,000 | $171,000 |
| Bar Channel | Chandeleur Islands to MRGO Terminus | 9.8 | 1,800,000 | 184,000 | $92,000 |

*Based on 1983 estimate of $0.50/yd³

NED-188-000001838

3-4

In contrast, the landcut has an annual shoaling rate of 2,200,000 yd$^3$/year over a distance of 45.5 mi. Some of this reach has been overdredged in recent years in order to provide a sediment supply for the hurricane protection levee, which follows the MRGO from the inner harbor navigation canal (STA 0) to Verret (STA 1000). Thus, maintenance dredging in this reach has been less than what would have been normally required. Nonetheless, maintenance dredging data provided by the USACE demonstrate that for each mile of land cut, an average of 48,000 yd$^3$ must be removed on an average annual basis. In short, the landcut shoals only one-seventh as much as the Breton Sound Reach. Critical shoaling may have been higher if the portions of the landcut were not overdredged.

The study area (Bayou Bienvenue to Bayou La Loutre) all falls within the landcut section of the MRGO. Table 5 summarizes all maintenance dredging within this region. Between 1966 and 1983, 18,082,000 yd$^3$ shoaled and has been removed from the study area by a total of 10 separate maintenace dredging operations. The average annual maintenance dredge volume is, therefore, approximately 1 million yd$^3$. This translates into approximately an annual bottom buildup of 0.5 ft/year over the entire area. Assuming a 1983 cost of $0.50 per yd$^3$ (based on actual 1983 MRGO contracts provided by the USACE for MRGO work), the average annual maintenance cost in the study area is approximately $500,000.

### Vessel Traffic

The first ship traffic on the MRGO was in 1960 (USACE 1960-1981), when it was under construction. Traffic from this time until 1963 was all associated with construction efforts. On July 25, 1963 the first commercial vessel, the S. S. Sud, traversed the MRGO from the Inner Harbor Navigation Canal to the open sea. From this time on, deep draft vessels representative of the world fleet traversed the MRGO at an increasing rate.

Figure 6 depicts the historical use of the MRGO in the form of short tons. From 1960 to 1978 cargo traversing the MRGO increased at a fairly uniform rate of .5 million tons per year. In 1978 cargo peaked at 9.4 million tons. By 1980 cargo fell off to a low level of 5.5 million tons, probably because of the world recession which occurred at that time. From 1980 to the present, cargo has again been on the increase. Future

NED-188-000001830

Table 5.  MRGO Maintenance Dredging in Study Area[1] from 1966 to 1983[2].

| Date Completed | ACTUAL DREDGING[3] | | | DREDGING IN STUDY AREA | | |
|---|---|---|---|---|---|---|
| | From (Sta) | To (Sta) | Volume (yd3) | From (Sta) | To (Sta) | Estimated Volume (yd3) |
| 9/15/66 | 375 | 480 | 2,883,000 | 375 | 480 | 2,883,000 |
| 3/24/67 | 100 | 2160 | 3,276,000 | 375 | 1565 | 1,893,000 |
| 5/17/69 | 130 | 2250 | 5,840,000 | 375 | 1565 | 3,278,000 |
| 3/31/72 | 0 | 2180 | 6,005,000 | 375 | 1565 | 3,278,000 |
| 11/5/72 | 1280 | 2930 | 7,865,000 | 1280 | 1565 | 1,359,000 |
| 9/29/72 | 710 | 835 | 1,230,000 | 710 | 835 | 1,230,000 |
| 5/1/76 | 1546 | 1576 | 229,000 | 1546 | 1565 | 145,000 |
| 3/22/79 | 1250 | 1750 | 4,027,000 | 1250 | 1565 | 2,537,000 |
| 5/1/83 | 1480 | 1990 | 563,000 | 1480 | 1565 | 94,000 |
| 5/1/83 | 28 | 905 | 2,291,000 | 375 | 905 | 1,385,000 |

**Study Area Maintenance Dredging Summary**

No. of years (1966-1983) = 17

No. of dredgings = 10

Total Dredge Volume = 18,082,000 yd$^3$

Average dredge volume = 1,808,000 yd$^3$

Average Annual dredge volume = 1,064,000 yd$^3$/yr

1   From Bayou Bienvenue (Sta 375) to Bayou La Loutre (Sta 1565).

2   1966 to 1972 dredging data from Lee 1972; 1976 to 1983 dredging data provided by USACE.

3   Maintenance dredging operations occurring in the study area in part and in full.

NED-188-000001840

3-6



Figure 6.    Commodity traffic history on the MRGO from 1960 through 1981 (USACE 1960–1981).

NED-188-000001841

Case 2:05-cv-04182-SRD-JCW   Document 16510-92   Filed 11/20/08   Page 13 of 30

3-7



Figure 7.    History of self-propelled traffic on the MRGO from 1960 through 1981 (USACE 1960–1981).

use of the MRGO is difficult to project, for cargo quantities are highly dependent on world economic conditions.

Figure 7 gives a historical breakdown of vessel traffic according to draft (distance from waterline to bottom of hull). The vessel draft class of 20 to 29 ft has steadily increased in volume from no vessels in 1960 to 920 vessels in 1979. World economic conditions in the early 1980s reduced traffic in this class thereafter. The greater-than-30-ft draft class (maximum draft is generally 36 ft, the authorized depth in the MRGO) had very low usage on the MRGO, from no vessels in 1960 to 80 vessels in 1972. Low usage during this period is due in part to full canal project dimensions (36 ft x 500 ft) not being complete until 1968. Usage steadily increased after 1978 in this vessel class to 440 traverses in 1981.

Estimated present day usage of oceangoing vessels on the MRGO can be derived from data provided by Figures 6 and 7. Twenty to 29-ft draft vessels approximate 800 vessels in 1984, or 2.2 traverses per day. The greater-than-30-ft draft class is estimated at 600 vessels in 1984, or 1.6 traverses per day.

NED-188-000001843

# CHAPTER 4:  LAND LOSS ALONG THE MRGO SHORELINE

## Ships and Ship Waves

### Ship Wave Research

The first published analysis of ship waves was presented by William Froude (1877) during an investigation of the wave-making resistance of ships.  Froude described the ship wave pattern as consisting of two parts.  First, there is a set of diverging waves which are formed by the ship bow and radiate out from the ship.  Second, there is a system of transverse waves formed at the bow with crests normal to the sailing line of the ship.  Kelvin (1887) developed a theory which describes these phenomenon by studying the movement of a pressure point across a deep, still, and inviscous fluid.  He found that the transverse and diverging waves would intersect at points called "cusps" which formed at an angle of 19° 28' with the ship direction (Figure 8).

A parameter that has particular importance in describing waves produced by moving vessels is a dimensionless quantity known as the Froude number.  The value of this quantity is defined by $F = V/(gd)^{1/2}$

  where **F** is the Froude number;

  **V** is the velocity;

  **g** is the acceleration of gravity;

  and **d** is the depth of the water.

In deep water the Froude number will approach zero and the wave pattern will essentially be that predicted by Kelvin.  In navigation channels such as the MRGO, shallow water conditions exist.  According to wave theory, the speed of a wave in shallow water is equal to $(gd)^{1/2}$, which is the value of the denominator in the Froude number.  Havelock (1908) expanded on the work of Kelvin by studying the ship wave patterns in shallow water.  The most notable of his findings was as the Froude number approached a value of 1, the wave pattern changed and the transverse waves became more prominent.  When the Froude number was equal to 1, the wave pattern was composed solely of transverse waves.  The condition at which the Froude number equals 1 is known as the "critical speed."  At the critical speed, the ship is traveling at

4-2



Figure 8.    Deep water wave pattern generated by a moving ship (after Sorenson 1969).

NED-188-000001845

4-3

the same speed as the shallow water wave and the two are "in phase." Because of this effect, ship speed and channel depth have direct effects on wave production.

Several investigations of ship waves using model ships to observe wave patterns have been made in recent years. Johnson (1958) used model ships in his experiments and was able to make some notable discoveries that reinforce basic ship wave theory. First, Johnson studied the angle which the wave cusp line made with the sailing line. He found that for low speeds (low Froude numbers) the angle was near the 19° 28' which Kelvin predicted for deep water. As the speed was increased and approached F=1.0, the angle approached 90°, which was predicted by Havelock (Figure 9). Johnson also investigated wave heights relative to ship speed. The wave height (designated as H max) is the height from trough to crest of the transverse waves. The test results produced a plot shown in Figure 10. These two plots indicate the same pattern of increasing wave height to F=1 and then a decreasing wave height thereafter.

Sorenson (1969) conducted tests on actual ships by having a wave-gauge mounted in a channel. He found that wave heights increase with ship speed; however, the effect was not as great as predicted by Johnson.

Hay (1968) performed wave height tests on model ships to determine the effects of hull configuration and distance from the ship. He found that for a particular ship moving at constant velocity the wave height increased with decreasing channel depth. This finding reinforces Johnson's because the Froude number increases in shallower water, provided the velocity is constant. Hay also found that as a general rule the wave height decreased with distance from the sailing line as Johnson had predicted earlier.

The most significant findings of Hay involved the effects of hull configuration on ship waves. He used a term called "fineness ratio" in evaluating hull design. Brebner defined fineness ratio as L*/ A where L* is the length of the curved portion of the bow at the waterline and A is the cross-sectional area of the parallel mid-body below the waterline (Brebner et al. 1966). The results of Hay's analysis showed that wave heights decreased with increasing fineness. It is of interest to note that the "A" term in the fineness ratio is calculated from the beam (width) and draft of a ship. These two terms are used more commonly in the description of ship size and in computing

NED-188-000001846

4-4



Figure 9.    Cusp locus line angle from sailing line as a
function of Froude Number (F) for a model ship
(after Johnson 1958).

NED-188-000001847

4-5



Figure 10.    Maximum wave height as a function of Froude Number (F) for
              typical model (Johnson 1958).

NED-188-000001848

4-6

the displacement. The fineness ratio is actually a measurement of the slimness of a ship; the slimmer ships have larger fineness ratios and cause smaller transverse waves.

Johnson (1968) performed another set of tests to measure wave heights in shoaling waters (areas where the channel side slopes are very low angle). For this analysis, Johnson used model ships and placed wave gages in the channel and in the shoaling area, both equidistant from the sailing line. The slopes used were 1:5 and 1:10 and also a composite slope with a 1:5 becoming a 1:10 at the shoreline. The results generally showed that the wave heights were smaller on the slope than in the channel, particularly with the 1:10 slope. In summary, there apparently are two effects which cause the waves to degenerate: an increase in distance from the sailing line, and movement over flat slopes in shallow water.

## Ship Movement in Restricted Waterways

The movement of a ship in a restricted waterway—one with banks or jetties—is totally different from ship movement in open water. Not only is a restricted waterway shallow, but it also has a finite amount of water present within its cross section. As a large ship moves in a restricted waterway, water is continuously being displaced and replenished. Because the water supply is limited, the processes associated with this phenomenon are very dynamic and affect both the ship movement and the waterway shoreline.

The transverse waves are the result of the displacement effects of a moving vessel. When a large ship moves in a restricted waterway it pushes a wave ahead of it. Differential pressures result along the side of the ship creating an increased water level at the bow and stern and a decreased level along midship. A water surface profile along a model ship is shown in Figure 11. This phenomenon has been described as a trough extending from ship to shore and moving at the same speed as the ship (USACE 1983a). The USACE study also stated that as speed was increased the trough deepened. The depressed water level along midship represents a suction pressure which draws water in to fill the void left by the ship's displacement. As this wave passes along the shoreline the water level is initially raised and then lowered as the suction force draws water from the banks. As the ship passes, the water again begins to return to the shore and the water level eventually equilibrates as the wave dampens out.

NED-188-000001849

4-7



Figure 11.   Water surface profile along sailing line and ship hull for a model run in a restricted waterway.

4-8

The violence of this water displacement reaction is dependent upon the speed and draft of the ship (U.S. Department of Commerce 1983). As speed increases, the displacement fill rate increases. Likewise, the suction effect along the ship is greater for a larger displacement vessel. These two factors work together to increase the size of the transverse wave.

The size of the ship relative to the waterway also has effects on the vessel motion and wave production. A waterway which is "tight" or has little room for maneuvering allows for an increase 1 displacement effect (Hoobler 1984). The effects of the water movement processes resulting from ship passage in restricted waterways cause the ship to settle lower into the water. This phenomenon is commonly known as "squat" (USACE 1981b). In narrow waterways the displacement effects are greater and the ship experiences increased squat because of the limited supply of water to refill what the ship displaces. Vessel squat is most important for large draft vessels where the propeller reaches near the bottom of the waterway. The propeller must draw water in order to operate. When it is near the bottom of a shallow channel, there is a limited supply of water available; consequently, the displacement effect becomes more exaggerated and the transverse wave is enlarged.

## MRGO Traffic Analysis

The MRGO is utilized by a wide variety of oceangoing and shallow draft vessels (for a historical review of vessel traffic, see Chapter 3). The shallow draft vessels include large tows, commercial fishing boats, oil field boats, offshore drilling craft and pleasure craft. The deep draft vessels include dry bulk carriers, tankers, general cargo vessels, and container ships (USACE 1981b). A sample of the MRGO traffic from January to March of 1984 was analyzed using the Vessel Traffic Service data provided by the U. S. Coast Guard. This information includes the date and time of specific ship passages along the MRGO, their average speeds, and their physical dimensions (beam, length, and draft).

The average speed for selected ships is plotted as a function of beam (width) in Figure 12. Most of the speeds fall within the 12- to 17-mph range. It is of interest to note that the "critical speed" (as determined by equations provided by Havelock, 1908) on the MRGO with a 36-ft depth is 23.2 mph. The critical speed is defined as the speed at which the Froude number equals 1 and, therefore, the wave height maximizes.

NED-188-000001851

4-9



Figure 12.   Relationship between ship speed and ship beam for "regulated" vessels on the MRGO between 1 January 1984 and 31 March 1984 (data provided by Vessel Traffic Service, U.S. Coast Guard).

4-10

Both Johnson and Sorenson predicted that at a value equal to 0.6 of the critical speed, the wave height begins to increase rapidly. On the MRGO this value represents a speed of 13.9 mph, which lies within the typical range of speeds. Speeds in excess of 13.9 mph would be expected to cause greatly increased waves.

The length and draft of selected ships on the MRGO has been plotted as a function of beam in Figures 13 and 14. Most of these ships have beams from 80 to 110 ft, drafts from 20 to 35 ft, and lengths from 550 to 750 ft. The majority of the ships selected are designated as "regulated" (a vessel of which exceeds dimensions outlined by the Vessel Traffic Service of the U. S. Coast Guard: greater than 600-ft length, greater-than-80-ft beam, or greater-than-30-ft draft). There are many "unregulated" ships that use the MRGO; however, these are smaller and less important in this analysis.

The USACE conducted a study on the Great Lakes connecting channels to determine the effects of increased vessel size (USACE 1983a). A calibrated computer model was used to draw relationships between drawdown and vessel speed (drawdown is the change from normal water level to the most depressed level). A set of curves was generated for various combinations of beam and draft (Figure 15). The larger beam and draft ships have larger displacements and thus create larger waves.

A similar type analysis was conducted by the authors using MRGO water level gage data from the USACE. When a ship passes in the MRGO, the change in water level is imprinted on the recording gage. The water level gages are protected from wave wash by a well; therefore, the readings are not as large as the actual change in water level surrounding the well. These gage movements were plotted against the average velocity from the Coast Guard data for two groups of ships, one group approximately 96-ft beam by 32-ft draft and the other 75-ft beam by 24-ft draft (Figure 16). Again, the same type of pattern is evident, with the group of larger ships producing greater waves. For this analysis it was necessary to use the sum of the largest and smallest ships to attain the expected relationship. Some of the medium-size ships actually caused movements as great as the larger ships. This may be explained by inaccuracies in using the average speeds or from problems in interpreting the data. A stronger possibility is that the hull configuration (fineness ratio) is having effects on wave size.

NED-188-000001853

4-11



Figure 13.   Relationship between ship length and ship beam for "regulated" vessels on the MRGO between 1 January 1984 and 31 March 1984 (data provided by Vessel Traffic Service, U.S. Coast Guard).

4-12



Figure 14.   Relationship between draft and beam for "regulated" vessels
on the MRGO between 1 January 1984 and 31 March 1984
(data provided by Vessel Traffic Service, U.S. Coast Guard).

NED-188-000001855

4-13



Figure 15.   Model relationships between speed of vessel and resultant
drawdown for various vessel classes (beam vs. draft) on the
St. Mary's River (after USACE 1983a).

4-14



Figure 16.   Relationship between ship speed and water-level movement on the MRGO for two contrasting vessel classes.  Note that recorded movement is only a fraction of actual movement. (Vessel speed from data provided by Vessel Traffic Service, U.S. Coast Guard; water movements from USACE tide gauge data).

## MRGO Traffic Observations

The authors made several trips to the MRGO to directly observe the passage of vessels. The objective was to observe the waves that occur on the MRGO shoreline as a ship approaches and travels past a location. Staff gages were used to measure the water level rise and fall. Time lapse photography was used to record the water level during the passage of several ships. The observations were all made from the northeast side of the MRGO at various locations. Several of the "regulated" vessels were observed including one of the largest ships to use the MRGO. A number of the smaller "nonregulated" ships also were encountered. As was expected, the water level changes resulting from the passage of these smaller ships were almost unnoticeable, with the only action being the result of the diverging waves hitting the shoreline. The waves of the "regulated" ships were found to follow what was described for a restricted waterway. Typically the process began with a small "surge," or rise of the water level, followed by a "drawdown," or water level decrease, and ending with the "return flow," causing another water level increase. The initial surge was not significant in any of the observations; the drawdown and return flow proved to cause the largest fluctuations in water level.

The largest ship observed, one of the largest displacement vessels using the MRGO, had a draft of 34-ft, a beam of 96 ft, and a length of 653 ft (Table 6). This ship was observed at station 1627 traveling up the MRGO at an estimated speed of 13.5 mph. The shoreline in this region is fairly uniform, and the distance to the centerline of the channel was 750 ft. The small surge flow could be seen along the shoreline where the ship was passing. The drawdown began as the ship's bow passed and depressed the water to 4 ft below the still water level (Figure 17). As the ship's stern passed, the return flow began to arrive in a very turbulent fashion, increasing the water level to 2 ft above the still water level. In accordance with this, almost 2 ft of water overflowed into the marsh. The water level then dropped, allowing flow out of the marsh in sheet-like fashion. The diverging waves began to hit the shoreline at approximately the same time as the return flow. The water level continued to fluctuate after the ship passage before returning to still water level in approximately 10 minutes. It was observed that the water was very turbid after ship passage, whereas it was clear green before. During the drawdown phase debris was seen being carried into the channel by the water flow from off of the banks. In general, an extreme amount of turbulence was observed to occur in the shallow water at the

Table 6.   Observed Ship Passages on the MRGO.

| Date | Vessel Name | Direction | Draft* (feet) | Length* (feet) | Beam* (feet) | Speed* (mi/hr) | Maximum Surge (feet) |
|---|---|---|---|---|---|---|---|
| 3/28/84 | Hera | Upbound | 21 | 607 | 79 | 13.0 | 2.0 |
| 3/28/84 | Columbus Queensland | Upbound | 29 | 604 | 91 | 12.2 | 2.1 |
| 4/18/84 | Panama | Upbound | 24 | 685 | 78 | 15.0 | 2.4 |
| 4/18/84 | Strider Juno | Downbound | 24 | 416 | 65 | 15.0 | 1.0 |
| 5/14/84 | Brussels | Upbound | 34 | 653 | 96 | 13.5 | 5.7 |
| 5/14/84 | Brussels | Upbound | 34 | 653 | 96 | 13.5 | 2.4 |

*   Data provided by Vessel Traffic Service, U. S. Coast Guard

NED-188-000001859