4-17



Figure 17.   Water level response at MRGO station 1627 as the "Brussels" passes upbound.

shoreline during the drawdown and return flow phases.   The turbidity of the water after ship passage is an indication of the erosive processes occurring.

Another observation was made on this same ship passage at station 1410.  At this location the center of the channel was 800 ft away.  The observation site was also adjacent to a major bayou and the drawdown and return flow combined to have a total wave movement of only 2.4 ft (Table 6).  It was immediately apparent to the observers that the reduced wave activity was in part caused by the hydraulic influence which the bayou provided.  The displacement effect in the restricted channel was modified by the reservoir of water in the interior marshes which is accessed to the MRGO by the connecting bayou.  As the ship passed, and as the drawdown proceeded, Bayou flow provided a direct water source.  In effect, the MRGO in this locale is less of a restricted waterway.

Another ship (the Hera), with a 21-ft draft, a 79-ft beam, and a length of 607 ft (Table 6), was observed at station 480, which is on an intact section of shoreline.  The distance to the channel centerline was 550 ft, and the ship had an estimated speed of 13 mph.  The wave patterns were the same with the drawdown and return flow each combining to create a wave of 2 ft.  During the drawdown process it was observed that water was drawn from the marsh at certain locations to feed the drawdown.  The velocities of the water leaving the marsh and moving over the exposed bank were well in excess of 5 ft/second, making this a very erosive process.  Once again, a large amount of turbulence was noted in the shallow water during the drawdown and return flow.  The diverging waves reached the shoreline after the return flow had occurred.

The two ships for which observations were presented here represent above-average and below-average sizes of regulated vessels on the MRGO.  It is unlikely that many of the ships on the MRGO will cause a 6-ft wave (4-ft drawdown, 2-ft return flow).  However, many ships will cause waves which are larger than 2 ft.

The diverging wave system has not yet been given serious consideration, because the drawdown and return flow elements of the transverse wave are much more erosive processes.  Field observations indicate that a 1- to 2-ft diverging wave is the normal case.  These waves do not reach the shoreline until after the transverse wave has passed; therefore, they attack the shoreline at normal water levels.  In short, the

NED-188-000001861

4-19

diverging waves are of minor significance when compared to the overwhelming erosion force imposed by the transverse wave.

**The Ship Wave Erosion Process**

The dominant cause of erosion on the MRGO shore is ship waves produced by large displacement, oceangoing vessels. As one of these vessels passes, whether upbound or downbound, a series of wave events are produced, each of which has its own characteristic and erosion potential. Each significant phase of the erosion producing wave is described below.

The first wave event is the initial water level rise, which is almost imperceptible, for it is a slow rise associated with the bow wake that proceeds to a maximum height of only 0.25 ft above still water level over a period of approximately 30 seconds. There is little to no erosion produced by this event.

The second wave phase that encounters the shoreline is the drawdown. This event, which is generally radical and has much erosional capacity, proceeds over a period of approximately 20 to 30 seconds, dropping water levels 1 to 4 ft below still water level. Currents out of the marsh areas and off of the shallow bench adjacent to the shore can reach 5 to 6 ft/second. Debris (vegetation and soil) is carried toward the MRGO channel and an erosive force is often directly applied to the underlying marsh substrate at the marsh-water interface.

The third wave phase is met when low water is reached on the drawdown and the return flow moves back towards the shoreline. Currents reach 5 to 10 ft/second, allowing for erosive forces similar to those that exist during the drawdown. The return flow is the direct response to the drawdown; as such, it proceeds with vigor, raising water levels as high as 1 to 2 ft above still water level. If still water level were near marsh elevation, the return flow would thrust water into the marsh area, both through any bayous or cuts that exist and directly as sheet flow over the flat surface itself. Erosion of marsh and the shallow areas adjacent to the marsh can be severe.

The fourth phase of wave flow is the second drawdown, which occurs in harmonic response to the elevated water level associated with the return flow. This phase

NED-188-000001862

carries extreme erosion potential, for now waters on the marsh rush back to the MRGO channel, allowing for channelization and removal of debris from the marsh surface.

After the second return flow, numerous wave harmonics proceed for a period of up to 10 minutes until all wave energy has dissipated and still water level has resumed. Erosive forces during this water relaxation period are secondary in nature when compared to previous wave episodes.

Field observations of the transverse wave phenomenon and the resultant erosion and deposition demonstrate that the wave only adversely affects a 1000-ft width of shore, as measured from the shoreline, inland toward the interior marshes. Lagoons, bayous, and marshes inland of this zone do experience some water level oscillation, but here the effects have been dampened to the point that erosion and desposition are nearly nonexistent. For example, the great bulk of Lena Lagoon is relatively free of transverse wave processes. The reason for the lack of deep penetration of the wave is the "bayou effect." The intensity of the transverse wave is a function of the restricted nature of the MRGO (as outlined earlier in this chapter). The more restricted the waterway is, the greater the wave will be. If any source of water exists outside of the waterway, this water will provide an additional flow supply, thus reducing the wave height. A vivid example of this process is shown in Figure 18.

### Degree of Erosion

#### Shoreline Erosion

Low altitude, vertical photographs from 1965 and 1981 were directly compared to attain an overall estimate of erosion on the MRGO northeast shore from Bayou Bienvenue to Bayou La Loutre. The method used incorporated an accurate positioning of the MRGO project canal as depicted on USACE charts (USACE 1982a), an assessment of those shoreline segments that were roughly linear in 1965, and a direct measurement from those 1965 shoreline segments to newly eroded positions by 1981 (USACE 1982a). The method resulted in direct shoreline recession measurements for 59% of the study area. The remaining 41% of the shoreline was so irregular in shape during 1965 (because channel dredging proceeded through areas dominated by numerous bayous and lakes) that it could not be subjected to analysis with any



Figure 18.    Low altitude oblique photograph of northeast shore of the
MRGO at station 1095 as transverse wave from large
displacement vessel causes drawdown.  Note how bayou waters
feed drawdown and thus mitigate wave activity in front of
bayou.

NED-188-000001864

4-22

accuracy. The results of the erosion analysis are shown in Figure 19. Erosion between 1965 and 1981 ranged from 100 to 600 ft of direct shoreline recession. Thus the rates of erosion over this 16-year period ranged from 6 to 36 ft/year. The mean erosion was 240 ft or 15 ft/year.

To further understand the nature and character of erosion, four areas were selected for detailed aerial photographic comparison using again the 1965 photography and a more contemporary set of 1983 photography. The Bayou Ducross-Bayou Villere area (Figure 20) provides a typical example of shore erosion which ranges an average of 12 to 18 ft/year. (Note how areas adjacent to bayous exhibit lesser amounts of erosion than the areas away from bayous.) The Proctor Point area (Figure 21) provides an example of a shore that is eroding uniformly at a low rate of 6 to 12 ft/year. Erosion also penetrates into preexisting bayous approximately 1000 ft, providing additional erosion away from the shore. The Lena Lagoon area (Figure 22) demonstrates severe erosion, in some locales as much as 36 ft/year. The MRGO waterway appears to have caused extreme erosion in this area, much greater than 36 ft/year, but this is an illusion. Much of this area was open lakes prior to MRGO construction. As can be seen, the MRGO waterway is in some locales 1500 ft wide, but only some 100 ft of this is due to direct erosion. The final example, the Bayou La Loutre area (Figure 23), typifies the erosion character in a low erosion (6 to 12 ft/year) section of the MRGO. Here erosion is basically uniform with very little penetration into interior areas. Bayou La Loutre has widened, but this is partly because it is a dredged waterway with an attendant amount of associated crew boat traffic.

These four examples of erosion provide a general framework for further development of the causal relationships between erosion factors and shoreline types. These further detailed relationships will be discussed later in this chapter.

### Channel Stability

Viewing a cross section of the MRGO waterway provides insights into the nature of shoreline erosion. Six cross sections from three different areas have been prepared from USACE bathymetric and topographic data (USACE 1982a). Cross sections from the Lena Lagoon area (Figure 24) demonstrate vividly the relationship between channel character and shoreline erosion. The 1982 channel below -10 ft NGVD conforms nearly exactly to the project channel dimensions which were dredged in the early 1960s. The

NED-188-000001865



Figure 19.  Average erosion rates along MRGO northeast shore from Bayou Bienvenue to Bayou La Loutre as determined from 1965 and 1981 aerial photograph comparison.  Dots represent actual measurements.  Curve outlines general erosion pattern.

NED-188-000001866

4-24



Figure 20.    Erosion of MRGO northeast shore in Bayou Ducross – Bayou Villere area between 1965 and 1983 as determined from aerial photography.



Figure 21.   Erosion of MRGO northeast shore in Procter Point area between 1965 and 1983 as determined from aerial photography.

4-26



Figure 22.    Erosion of MRGO northeast shore in Lena Lagoon area between 1965 and 1983 as determined from aerial photography.

4-27



Figure 23.   Erosion of MRGO northeast shore in Bayou La Loutre area between 1965 and 1983 as determined from aerial photography.

4-28



Figure 24.   Typical MRGO cross sections in Lena Lagoon area (stations 1460 and 1480).   November 1981 shoreline and July 1982 hydrography (USACE 1982a).  Last maintenance dredging in 1972.

channel base is somewhat irregular, ranging from -36 to -42 ft NGVD.  This is expected since it is known that shoaling and maintenance dredging are periodic phenomena in the landcut.  Above -10 ft NGVD there is a broad, gently sloping "bench" leading up to marsh level on the northeast shore; this "bench" is where the erosion lies. In short, there exists an extreme dichotomy in erosion potential between the upper 10 ft of channel and the channel below 10 ft.  The reason for the difference is twofold. The first and most obvious reason is that the upper section experiences extreme erosion potential from ship wave activity; the second relates to soil character and subsurface geology.  The upper 10 ft in this section (as well as in 90% of the rest of the study area) is comprised predominantly of marsh substrate, better known as "peat." As anyone who has walked in the marsh knows, this material is extremely loose (Table 1).  Below -10 ft the geologic strata abruptly becomes prodelta, intradelta complex, and interdistributary.  None of these materials has any appreciable peat component; all are low water content and are high-to-moderate in strength (Table 1, Figures 3a and 3b).  The difference in character between the layer below -10 ft and that above -10 ft, both in terms of sediment type and erodability, clearly demonstrates that the upper layer is the problem area.  Restoration and protection measures, if applied, should be concentrated on the upper layer only.

The Bayou Ducross-Bayou Villere area provides a second view of the erosion situation (Figure 25).  Here we find a very similar situation to that found in the Lena Lagoon section.  The upper 10 ft is the area of erosional impact.  As in the Lena Lagoon area, the contrast between the upper and lower layers is due primarily to variations in subsurface strata.  Also note that an interesting anomaly exists in the Bayou Ducross-Bayou Villere area.  The true channel location is skewed approximately 100 ft to the northeast of the assumed correct project channel position.  It appears as if the channel has shifted since MRGO construction.  From a process point of view this is highly unlikely; what has probably happened is the Corps has built the channel 100 ft too far to the north.

The final cross sections presented are from the Bayou La Loutre area (Figure 26). Below -10 NGVD the channel has remained stable.  The upper 10 ft of the section is also stable.  In the La Loutre area, there exists a relatively unique situation of shoreline stability.  Here, the upper layer is not predominantly peat; it is comprised of natural levee (Figure 3b), a material of very high strength (Table 1).  Unfortunately, natural levee is a minority substrate on the MRGO, and as such, the La Loutre erosion



Figure 25.    Typical MRGO cross sections in Bayou Ducross – Bayou Villere area (stations 500 and 520). November 1981 shoreline and July 1982 hydrography (USACE 1982a). Last maintenance dredging in 1972.

4-31



Figure 26.   Typical MRGO cross sections in Bayou La Loutre area (stations 1540 and 1580).   November 1981 shoreline and July 1982 hydrography (USACE 1982a).  Last maintenance dredging in 1976.

4-32

character serves only as a unique contrast to the overwhelmingly drastic erosion which exists in the bulk of the peaty areas along the MRGO.

## Volume of Erosion

The volume of substrate eroded from the MRGO northeast shore is easily calculable given that the erosion rates have been determined and that the vertical character of erosion has been identified. Further, comparing the results of a volume calculation to the known amount of maintenance dredging in the region allows for an understanding of the overall nature of erosional and depositional processes in the MRGO.

The method and results of shoreline erosion calculations have been presented earlier in this chapter. The length of shore affected by the various erosion rates is presented in Table 7; thus the surface area of sediment removal is known. Vertical erosion is assumed to always develop at the -10 ft NGVD level at the canal wall. As the marsh recedes, a triangular shaped wedge is removed. When this vertical erosion concept is applied to the actual shoreline erosion values, it is seen that 9,330,000 yd$^3$ have been eroded from the study area's northeast shore between 1965 and 1981 (Table 7). Thus the average annual rate of erosion is 583,000 yd$^3$/year.

The annual maintenance dredging volume in the study area is 1,064,000 yd$^3$/yr. A direct comparison of erosion and dredging reveals that shore erosion accounts for 55% of the shoal material in the canal; therefore, the remaining 45% of dredge material is thus far unaccounted for. Other sediment sources must account for the remaining 478,800 yd$^3$/year. These sources may be (1) material eroded from the southwest shore, (2) sediment carried into the canal on flood tide, (3) material tidally transported into the canal from Lake Borgne, and (4) sediment brought to the canal through wave action or tides from the interior marshes. The interior marshes of the study area have given way to 3,577 ac of open water between 1955 and 1978 (Table 3). It is very likely that sediment associated with this land loss has made its way into the canal and is now recognized as material removed during maintenance dredging.

## Shoreline Character

Soil type plays a major role in determining erosion character and rates. Ship wave processes are the dominant agent of erosion, but such factors as organic content,

4-33

| Table 7. | Erosion of Northeast Shore of MRGO Between Bayou Bienvenue and Bayou La Loutre. |
|---|---|

| 1965–1981 SHORE RECESSION INTERVAL (ft) | EQUIVALENT EROSION RATE (FT/YEAR) | SHORE [1] AFFECTED (ft) | ERODED[2] VOLUME (yd$^3$) |
|---|---|---|---|
| 100 | 6 | 19,000 | 480,000 |
| 200 | 12 | 33,300 | 1,660,000 |
| 300 | 18 | 20,200 | 1,510,000 |
| 400 | 24 | 13,100 | 1,300,000 |
| 500 | 30 | 23,800 | 2,960,000 |
| 600 | 36 | 9,500 | 1,420,000 |

[1] Because of highly irregular shore in vicinity of lakes and bayous only 59% of shore was actually measured. The remaining 41% was estimated using ratios established on straight shores.

[2] Includes both marsh erosion and underlying substrate erosion which eroded in the fashion outlined in Figure 29.

SUMMARY: YEARS OF RECORD = 1965 to 1981

MEAN EROSION = 240 ft

MEAN EROSIO RATE = 15 ft/year

TOTAL ERODED VOLUME (1965 to 1981) = 9,330,000 yd$^3$

AVERAGE ANNUAL ERODED VOLUME = 583,000 yd$^3$/year

4-34

water content, elevation, cohesive strength, and lithology directly determine the character and degree of the erosional response. One very important factor influencing erosion rates is the water content of the soil, as revealed in Figure 27. Water content in some locales reaches 900% of the dry weight of the soil. In other words, soil conditions in these areas are typified by 9 parts water and 1 part other dry ingredients such as peat or clay. Water content in general proves to be a controlling factor, where zones of high water content also are zones of very high erosion, and zones of low water content tend to be zones of low erosion; however, anomalies do exist.

In order to fully explain the relationships between soil types and erosion patterns, a classification system that includes the categories of soft marsh, firm marsh, and swamp (Figure 28a and 28b) has been formulated. Soft marsh is typified by high water content, high organic concentration, low elevation, and a correspondingly high erosion rate. Firm marsh is typified by low-to-moderate water content, low-to-moderate organic concentration, a slightly higher elevation, and a correspondingly lower erosion rate. Swamp soil is typified by a high water content, high organic concentration, low elevation, numerous stumps and logs, and a correspondingly low erosion rate. Each of these three zones is discussed in detail below.

## Soft Marsh

Soft marsh areas are those most vulnerable to ship wave processes. Here, highly saturated peat predominates. Two layers of peat are common: (1) an upper 2- to 4-ft-thick fibrous peat layer comprised of an intact root mat and (2) a lower detrital peat layer down to -10 ft comprised of decomposed fragments of plant material. This layering in soft marsh allows for ship wave attack at the layered interface and a predictable sequence of erosion events (Figure 29). Wave drawdown and return flow during large displacement ship passage commonly undermines the fibrous layer, leaving this layer precariously suspended without any underlying support (Figure 30). Undermining proceeds until the upper layer succumbs to gravity forces, fractures, and drops as a free block (Figure 31). These fractured blocks of fibrous peat range in size from 1 ft$^2$ and 1 ft thick to 4 ft$^2$ and 2 ft thick.

Once fractured, these blocks are vulnerable to transport through subsequent ship wave activity. Some are tossed back onto the shore during transverse wave return flows; some are carried into the MRGO channel during transverse wave drawdowns. Once in



Figure 27.  Distribution of soil water content along MRGO between Bayou Bienvenue and Bayou La Loutre. Water content values are percent dry weight of samples from upper 5 ft of sediment cores (prepared from core information provided by Kolb 1958).  Erosion rate curve is superimposed for comparison.



Figure 28a.    Distribution of soft marsh, firm marsh, and swamp substrate along MRGO northeast shore.



Figure 28b.   Distribution of soft marsh, firm marsh, and swamp substrate along MRGO
northeast shore.



Figure 29.   General sequence of erosion processes in soft marsh areas of MRGO northeast shore.

NED-188-000001881

4-39



Figure 30.    Undercutting of soft marsh substrate.  Person is demonstrating
degree of undercutting by extending forearm horizontally into
void below root mat.

4-40



Figure 31.   Failed marsh block in soft marsh area.   Person is standing on fracture zone where marsh block has been undercut by ship waves and has fallen under its own weight.

4-41

deeper water, some blocks will float and be carried by tides to other locations; some will sink to the channel bottom. Shrimp fishermen have reported numerous smaller blocks caught within their nets while fishing in MRGO waters.

Once the blocks have been subjected to hydraulic transport, they undergo a transformation into a rounded form termed "peat balls." Currents cut away at their sharp block form and if currents are severe enough, as in transverse wave processes, they tend to roll along the shallows adjacent to shore. Any remaining vegetation is stripped from the block and the corners are rounded.

Numerous peat balls can be seen littering the bank in soft marsh areas. Those that are not lost through the MRGO channel are eventually tossed shoreward by ship waves into recessed coves along the MRGO shore. Some coves receive numerous influxes of these materials resulting in a slight elevation buildup. Figures 32 and 33 show two freshly deposited zones. Peat balls tend to accumulate until the substrate is built up to 4 ft above the original marsh level. Eventually the higher elevations are pioneered with woody vegetation. One area measured showed woody vegetation to grow in excess of 9 ft above the peat ball substrate. These "canal rim" zones generally extend 100 ft inland from the shore. Because of the elevational buildup, canal rim areas tend to dewater and compact the underlying substrate, providing a temporary natural spoil bank that tends to retard future erosional episodes.

Irregular shorelines typify the soft marsh areas. The weak substrate is highly vulnerable to channeling by transverse wave processes. Both drawdowns and return flows rush through any weak zones provided by former tidal creeks or fractures in the substrate. Once flows have found a path, intensified erosion ensues. Channels enlarge; some extend inland 1000 ft, others only a few feet. The net result is a shoreline characterized by numerous islands and channels jutting out in irregular form (Figure 34).

**Firm Marsh**

Soils in firm marsh areas are generally of low-to-moderate organic content, low-to-moderate water content, and of slightly higher elevation. These soils are generally of two origins: (1) former levee complexes at or near the surface such as Bayou LaLoutre

4-42



Figure 32.    Large marsh block that has flipped onto marsh surface by a large transverse wave. Note numerous smaller blocks in background.

4-43



Figure 33.     Marsh blocks deposited in cove by transverse waves.

NED-188-000001886

4-44



Figure 34.    Oblique low altitude aerial photograph of typically irregularly-
shaped soft marsh MRGO shore.  Note numerous cuts of various
sizes and many irregularly shaped islands.

and Bayou Yscloskey, and (2) former major tidal creeks such as Bayou Ducross and Bayou Villere. Regardless of its origin, the firm marsh areas offer more resistance to large displacement vessel waves. These soils do not provide zones of weakness as do the soft marsh areas. Marsh blocks do not separate and channels rarely form. The erosion that does occur proceeds on a smaller scale. Only small clumps break away and most erosion proceeds on a grain-by-grain basis. Because of the firmer soil, peat balls and canal rims are rare, and the shoreline in general is very straight with few cuts and islands. A typical stretch of firm marsh shoreline is shown in Figure 35.

### Swamp

The third and final shoreline form to be discussed is that comprised of swamp substrate. Nowhere along the entire MRGO are there any live swamps. There were some limited stretches of live swamp, primarily in the Proctor Point area, when the MRGO was built in the early 1960s. But these areas were all killed within a year or so after construction by the subsequent saltwater intrusion which destroyed their natural habitat. There are many miles of MRGO shore that are comprised of much older swamp substrate, though substrate derived from both historic and prehistoric swamp forests. These swamps died from natural saltwater intrusion associated with long-term subsidence long before MRGO construction. The net result is that numerous logs and stumps can be found just at or just below the surface in a total of 4.7 mi along the MRGO within the study area.

The soils associated with these areas are generally comprised of very high organic content and very high water content. Fortunately, these characteristics, which would commonly be associated with high erosion, are overshadowed by the fact that numerous stumps and logs are present. As a result, these areas are characterized by a very low erosion potential (6 to 12 ft/year).

The transverse waves from large displacement vessels cause significant drawdowns and return flows in these areas, just as they do throughout the rest of the shoreline. Loose debris is easily removed from around the stumps and logs (Figure 36). However, the stumps and logs eventually become entirely exhumed and remain as a natural form of riprap to prevent further erosion from occurring.

4-46



Figure 35.    Oblique low altitude aerial photograph of typically straight-shaped firm marsh MRGO shore.  This is station 725 where levee substrate provides slight elevation rise and support of roseaucane vegetation.