# DISPOSITION FORM

For use of this form, see AR 340-15; the proponent agency is TAGO.

| REFERENCE OR OFFICE SYMBOL | SUBJECT |
|---|---|
| LMNED-PN | Mississippi River Gulf Outlet Bank Erosion, Reconnaissance Report |

| TO | FROM | DATE | CMT 1 |
|---|---|---|---|
| C/Hyd & Hydro Br | C/Projs Mgmt Br | 13 Apr 87 | Mr. Naomi/slg/2377 |

1. Reference LMNPD-FC DF, dated 6 Apr 87, and enclosure.

2. Please provide the information requested in Paragraph 2a and 2b by 22 Apr 87.

3. Please provide your assistance to F&M and Design Branches in providing the information requested in Paragraph 2c by 21 May 1987.

4. We have scheduled a meeting on 16 Apr 1987, at 10 a.m. in the Projects Management Branch conference room to discuss the Engineering Division response to this request. Please send a representative.


Encl

CALVIN W. SHELTON
Chief, Projects Management Branch


DA FORM 2496
AUG 80

PREVIOUS EDITIONS WILL BE USED

☆ U.S.G.P.O.: 1986-490-003/43241

NED-192-000001164

| REFERENCE OR OFFICE SYMBOL | SUBJECT |
|---|---|
| LMNPD-FC | Mississippi River-Gulf Outlet (MR-GO), Bank Erosion Study Reconnaissance Report |

| TO C/Engr Div | FROM C/Plng Div | DATE 6 Apr 87 | CMT 1 |

Mr. Brehm/kws/2499

1. Reference 26 Mar 1987 Interdisciplinary Planning Team (IPT) meeting (Memorandum For Record is enclosure 1).

2. It is requested that Engineering Division provide the following reconnaissance scope information to Planning Division within the time frames indicated:

   a. Maps (1:62,500 scale) showing:

      1. Projected bank erosion by the year 2040 if no bank protection measures are implemented and,

      2. Reaches of assigned priority along the MR-GO where potential or expected breakthrough into Lake Borgne exists. These maps should also show the existing right of way for the MR-GO Project and should be provided to Planning Division ASAP but NLT than 23 April 1987.

   b. Tabular information enumerating present and future "without project" annual quantities of eroded material that may be contributing to annual maintenance dredging cost. This information should also be provided ASAP but NLT 23 April 1987.

   c. As discussed in the referenced IPT meeting, the design of the following alternatives should be optimized for conditions along the MR-GO, and evaluated for cost effectiveness:

      1. Articulated concrete mats with geo-textile underlayment.

      2. Gobi-mats with geo-textile underlayment.

      3. Metal mesh and plastic mesh gabions or reno mattresses with geo-textile underlayment.

      4. Single row timber pile protection with geo-textile material.

      5. Double row timber pile protection with geo-textile material between the rows, backfilled with suitable material.

      6. Set back (and pile supported, if necessary) geo-textile material "sausages", filled with dredged material.

      7. Geo-web confinement with geo-textile underlayment.

      8. An analysis of the cost effectiveness of simply disposing dredged material on eroison prone reaches of the MR-GO.

DA FORM 2496 AUG 80          PREVIOUS EDITIONS WILL BE USED          ☆ U.S.G.P.O.: 1986-490-003/43241

NED-192-000001165

LMNPD-FC
SUBJECT: Mississippi River-Gulf Outlet (MR-GO), Bank Erosion Study Reconnaissance Report

    9. An analysis of the effectiveness of speed reduction along the MR-GO to reduce erosion.

3. This information is requested ASAP but NLT 21 May, 1987. As discussed in the referenced IPT meeting, the above optimization and evaluation should be performed using existing data where possible, and should rely heavily on engineering judgement and experience. The format of the data provided should include, as a minimum, cost per mile, total cost, and a map showing a preliminary alignment of the protection works.

4. Funds totaling $30,000 under account numbers AA557011110LJ08 (Design Branch), AA557010910JF08 (Hydraulics Branch), and AA557011010KH08 (Foundations Branch) are available for this effort.

5. If there are any questions regarding the information requested please contact Mr. Stuart Brehm (ext. 2499), LMNPD-FC.

                                            for Cletis R. Wagahoff
                                                Chief, Planning Division

6 April 1987

## MEMORANDUM FOR RECORD

SUBJECT: Mississippi River - Gulf Outlet (MR-GO), Bank Erosion Reconnaissance Study Interdisciplinary Planning Team (IPT) Meeting to Select Alternative Bank Erosion Control Measures for Evaluation in the MR-GO Reconnaissance Report.

DATE: 26 March 1987

ATTENDEES:

| | |
|---|---|
| Stuart H. Brehm III | LMNPD-FC |
| Dave Carney | LMNPD-RE |
| Larry Dement | LMNED-HC |
| Ronald Lee | LMNED-DL |
| Joseph Call | LMNED-FS |
| Doyle E. Hunt | LMNOD-NM |

This subject meeting was convened at 10:00 AM, in the New Orleans District Planning Division Conference Room.

Following a brief disscusion of the potential damages that may be sustained in the MR-GO if unabated erosion losses occur along its unleveed banks, several valuation tasks were identified. These tasks are as follows:

   1. Identify and map erosion losses expected to occur over the next 50 years in the absence of erosion control measures.

   2. Identify and assign priority to reaches of the MR-GO where potential breakthrough into Lake Borgne exists.

   3. Determine value of area lost;

      a. Economic value of area directly lost to erosion (recreation, commercial, hurricane protection, et al).

      b. Environmental value of area directly lost to erosion.

   4. Determine any increased maintenance dredging costs, especially in case of breakthroughs to Lake Borgne.

-2-

    5.  Determine the potential economic loss of channel if increased maintenance dredging costs exceed value of MR-GO commerce.

Next the causes of the erosion and the various alternatives available to reduce or prevent this erosion were discussed. During the discussion it was stated that the direct erosion losses are occuring primarily because of two types of wave action; a battering type wake caused by the relatively high speed of crew boats using the channels, and a suction type action caused by the drawdown associated with the relatively slower ocean going ships using the channel. It was further stated that each of these two erosion actions require a different type of erosion protection. While rip rap or some other form of bank armoring may be sufficient to reduce the erosion associated with only a battering type wave; to protect against the suction force associated with drawdown, some sort of sediment retention device that would not restrict the rapid withdrawal of water would be required. The key, it was agreed, would be to determine the correct permeabilty of the sediment retention device to deal with drawdown, and to combine it with the correct bank armoring to deal with both the battering wake action and the bearing capacity of the soils along the MR-GO. During the discussion it was agreed that Value Engineering may be able to contribute to the development of innovative ideas for bank protection, and Mr. Brehm stated that he would request that a representative from Value Engineering be added to the IPT.  A non-structural alternative was also discussed; the imposition of reduced speeds in the MR-GO. In all, the following bank protection alternatives were discussed:

    1.  Articulated concrete or Gobi-mats with geo-textile material underlayment.

    2.  Rip rap with geotextile material underlayment.

    3.  Metal mesh and/or plastic mesh gabions or reno matresses with geotextile underlayment.

    4.  Geo-web bank protection with geo-textile underlayment.

    5.  Piling supported bank protection;

        a.  Single row timber pile protection backed with geo-textile material.

      b. Double row timber pile protection with geo-textile material between the rows, backfilled with suitable material.

      c. Pile supported tires backed with geo-textile material.

   6. Set back geo-textile material "sausages" filled with dredged material.

   7. Different dredge material disposal sites and techniques.

   8. Reduction of speed of vessels to 10 mph.

It was also decided that, within the reconnaissance scope of this report and using judgement and experience, these alternatives should be optimized and evaluated to determine if any are feasible.

Next the discussion turned to potential problems with implementing any bank protection alternatives. It was stated that problems may arise if, because of existing erosion, the required bank protection works lie outside of the existing rights of way for the MR-GO project. It was decided that this problem would be addressed by Real Estate Division during their analysis. Also problems may arise if oyster lessees perceive potentional damage to their leases as a result of placement of dredged material on the Lake Borgne side of the MR-GO. It was decide that this problem could be more appropriately addressed at a subsequent IPT meeting.

Finally it was decided that Mr. Brehm would request, via DF, that the appropriate element of the MR-GO Reconnaissance Study IPT perform the necessary optimization and evaluation of the tasks enumerated above.

The meeting was adjourned at 12:00 noon.

                    Stuart H. Brehm III
            MR-GO Reconnaissance Study Manager

NED-192-000001169