CELMN-ED-HC   (CELMN-ED-EE/22 OCT /92)     1st End        DeMent/2480
SUBJECT:   MRGO, ST BERNARD PARISH, (BANK EROSION) REVISED RECON STUDY

CELMN-ED-H                                              9 Dec 92

FOR  C/ENG CONTROL BRANCH

1.  In the Reconnaissance Report, dated February, 1988 we determined that the average rate of bank retreat was about 15 ft per year for each bank.  This data was based on comparing 1967-68 1:24,000 quadrangle maps with December 1985 aerial photographs. We have analyzed additional uncontrolled aerial photographs with an approximate scale of 1 inch = 1000 ft (1:12,000) for the following years: 1968, 1973, 1979, 1982, 1983, 1986, and 1992. The erosion varies considerably since the bank line is not uniform and often consists of broken or irregular marsh shorelines or embayments.  The average shoreline erosion is approximately 15 ft per year which verifies the previous estimate.

2.  We investigated wind generated waves and found that they were limited by the width of the channel except during extreme storm conditions such as hurricanes.  By observation, we further determined that ship waves would control and that a 4.0 ft wave was appropriate for design conditions.  Ships create large drawdowns with resulting return flows and are thus the most severe design criteria.  These waves occur during normal stages and weather conditions along the MRGO.  Observation of large ships transiting the channel shows that the drawdown approaches 4 ft below the existing stage and that the return flow produces a rise in the existing stage of 2 ft.  The total effect of the transverse ship wave which is perpendicular to the ship is a 6 ft change in water level traveling at about the speed of the ship. This produces velocities approaching 18 to 20 ft per second. Using the 4 ft wave criteria traveling along the stern of the ship in an oblique angle in a series of waves or using velocity criteria created by the transverse 6 ft ship wave (drawdown and return flow) will require graded stone design with a median weight of approximately 400 pounds.  The recommended gradation of the stone armor protection for revetment or dike construction is listed below:

| PERCENT LIGHTER BY WEIGHT | WEIGHT IN POUNDS |
| --- | --- |
| 100 | 900-2200 |
| 50 | 440-930 |
| 15 | 130-460 |

   This standard gradation requires an armor thickness of 3 ft. Several test sections using articulated mattresses, concrete mats, filter fabrics, and various stone thickness and gradations

**NED-167-000001832**

CELMN-ED-HC

SUBJECT: MRGO, ST. BERNARD PARISH, (BANK EROSION)
         REVISED RECON STUDY

were built along the South Bank to protect the toe of the Hurricane Protection Levee. It was determined by LMVD and LMN representatives and detailed monitoring that the 3 ft thickness and the listed gradation was an appropriate design for the ship wave criteria.

3. An analysis was made of the gages along the MRGO and it was determined that the mean tide level at Shell Beach is 1.3 ft NGVD. Mean Low Water is about + 0.65 ft NGVD and the Mean High Water is 1.95 ft NGVD which gives an average tide range of 1.3 ft. This was based on the period of record from 1 January to 30 December 1991. The mean monthly values computed from the daily means are shown in the following table.

| JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 0.65 | 0.57 | 0.79 | 1.06 | 1.32 | 1.40 | 1.36 | 1.67 | 2.12 | 1.86 | 1.29 | 0.87 |

   a. An analysis was also made of annual highs and lows and it was determined that the average annual high was 4.78 ft NGVD and the mean annual low was -0.99 ft NGVD. The maximum stage was 11.06 ft NGVD created by Hurricane Camille on August 17, 1969. The lowest stage was an estimated -2.70 ft NGVD created by a winter storm on March 5, 1965.

   b. The crest elevations of the foreshore or dike protection should be based on mean tide level criteria of 1.3 ft NGVD as well as the drawdown and return flows from ship waves. The extreme high stage and low stage criteria is a factor but not a controlling design condition.

   c. The preferred design, shown as Alternative 1, is a foreshore dike with a crest elevation of 5 ft NGVD with 1:3 channel side slope and 1:2 landside slope with a channel side berm of 10 ft to allow for future erosion of the exposed toe at -3 ft NGVD. Alternative 2 is basically the same design but is based on armoring of an existing bank. Note that the alternative selected to build about 3.5 miles of dike between Miles 50 and 54 where Lake Borgne is threatening to breakthrough to the MRGO is a less stable section. This reach is planned for immediate construction and will be monitored closely to determine its stability since it will be subjected to frequent overtopping.

CELMN-ED-HC

SUBJECT: MRGO, ST. BERNARD PARISH, (BANK EROSION)
         REVISED RECON STUDY


    d. Alternatives 1 and 2 should be located on the -3 ft contour. We have already furnished maps with the proposed alignment. Design Branch has the latest cross sections and will be responsible for providing plans for internal review.

                                                CECIL W. SOILEAU
                        Chief Hydraulics and Hydrology Branch

NED-167-000001834