# THE MISSISSIPPI RIVER GULF OUTLET:

## A Study of Bank Stabilization



**COASTAL ENVIRONMENTS, INC.**
BATON ROUGE, LOUISIANA

accuracy. The results of the erosion analysis are shown in Figure 19. Erosion between 1965 and 1981 ranged from 100 to 600 ft of direct shoreline recession. Thus the rates of erosion over this 16-year period ranged from 6 to 36 ft/year. The mean erosion was 240 ft or 15 ft/year.

To further understand the nature and character of erosion, four areas were selected for detailed aerial photographic comparison using again the 1965 photography and a more contemporary set of 1983 photography. The Bayou Ducross-Bayou Villere area (Figure 20) provides a typical example of shore erosion which ranges an average of 12 to 18 ft/year. (Note how areas adjacent to bayous exhibit lesser amounts of erosion than the areas away from bayous.) The Proctor Point area (Figure 21) provides an example of a shore that is eroding uniformly at a low rate of 6 to 12 ft/year. Erosion also penetrates into preexisting bayous approximately 1000 ft, providing additional erosion away from the shore. The Lena Lagoon area (Figure 22) demonstrates severe erosion, in some locales as much as 36 ft/year. The MRGO waterway appears to have caused extreme erosion in this area, much greater than 36 ft/year, but this is an illusion. Much of this area was open lakes prior to MRGO construction. As can be seen, the MRGO waterway is in some locales 1500 ft wide, but only some 100 ft of this is due to direct erosion. The final example, the Bayou La Loutre area (Figure 23), typifies the erosion character in a low erosion (6 to 12 ft/year) section of the MRGO. Here erosion is basically uniform with very little penetration into interior areas. Bayou La Loutre has widened, but this is partly because it is a dredged waterway with an attendant amount of associated crew boat traffic.

These four examples of erosion provide a general framework for further development of the causal relationships between erosion factors and shoreline types. These further detailed relationships will be discussed later in this chapter.

### Channel Stability

Viewing a cross section of the MRGO waterway provides insights into the nature of shoreline erosion. Six cross sections from three different areas have been prepared from USACE bathymetric and topographic data (USACE 1982a). Cross sections from the Lena Lagoon area (Figure 24) demonstrate vividly the relationship between channel character and shoreline erosion. The 1982 channel below -10 ft NGVD conforms nearly exactly to the project channel dimensions which were dredged in the early 1960s. The