

Report of the
Environmental Sub-Committee
to the
MRGO Technical Committee
March 16, 2000

NED-188-000001511

from 1969 at a scale of 1:62,500. It already indicates the MRGO channel and spoil (see Figure 2). Portions of the 1:62,500 New Orleans 1967 quadrangle are also included in Figure 2. The Shell Beach quadrangle of 1939 at a scale of 1:62,500 forms the base for Figure 3. The 1:24,000 Lake Athanasio quadrangle of 1955 is the base for Figure 4.

There are two possible maps that could be used to determine the habitat immediately pre-MRGO – a map of the 1955 habitat prepared by Wicker et al. in 1982 (see Figure 5) and a 1960 map prepared by Wright et al. in 1960 (see Figure 6). The Wicker map was chosen because it appeared to most accurately reflect the habitat that was there when the MRGO was built. Wright classified all of the marsh in the Central Wetlands and South Lake Borgne as intermediate in 1960. It is unlikely that this classification was accurate. O'Neil (1949) had classified half of the Central Wetlands marshes and all of the South Lake Borgne marshes as brackish (see Figure 7). In 1968, Chabreck et al. (see Figure 8) called over half the Central Wetlands and most of South Lake Borgne brackish. It is unlikely that these areas switched from brackish in 1949 to intermediate in 1960 and back to brackish in 1968. Wicker did not map a portion of the Central Wetlands from the hurricane protection levee to Bayou La Loutre. An Atlas of Louisiana Coastal Habitats compiled by Barras and Swan (1989) was consulted for this area.

The habitat types from the Wicker maps were drawn on the quadrangle maps with the MRGO footprint (Figures 2-4). Then the acreage of each habitat type impacted by the MRGO footprint was measured with a dot-grid. A table indicating the acreage of each habitat type impacted by the MRGO footprint by mapping unit was prepared (Table 1).

### Habitat Loss Due to Erosion on the North Bank of the MRGO from 1965-1999
The 15 feet per year erosion rate reported by Howard et al. (1984) was verified by measuring erosion on the north bank of the MRGO between 1985 and 1995 on aerial photographs. Marsh lost between 1965-68 was assumed to be the type indicated in the Chabreck et al. 1968 map. Similarly, erosion from 1968-1978 was assumed to be the habitat shown in the 1978 Chabreck map and erosion from 1978-1999 was assumed to be that shown on the 1988 Chabreck map. A table indicating the erosion loss from the MRGO by habitat type was prepared (Table 1).

### Habitat Shifts Caused by Salinity Brought in by the MRGO
Construction of a deep channel connecting the Gulf of Mexico with the cypress swamps and fresh/intermediate marshes of St. Bernard Parish caused dramatic changes in habitat.
In order to determine the amount of habitat shift caused by the increased salinity brought in by the MRGO, acreage of various habitat types in years past was obtained from Eldridge (1999) for the Coast 2050 mapping units. To simplify the results, various habitat types were sometimes combined. For instance, in 1990, all the Agricultural/Pasture was found only on the MRGO spoil so this habitat type was included in the Spoil category. Tables of habitat change for each mapping unit were prepared (see Tables 2-4). Appendix A is a discussion of the habitat mapping efforts from 1949 to 1988 in all mapping units influenced by the MRGO.

### Increased Land Loss Caused by Hydrological Changes Brought in by the MRGO
The MRGO directly destroyed wetlands and caused shifts in habitat types. In addition to shifting habitat types, the higher salinity (and greater tidal exchange) in fragile wetlands increased

47

NED-188-000001559