

DEPARTMENT OF THE ARMY
MOBILE DISTRICT, CORPS OF ENGINEERS
P. O. BOX 2288
MOBILE, ALABAMA 36628

REPLY TO
ATTENTION OF: SAMDE

31 January 1975

Colonel E. R. Heiberg, III
District Engineer
U.S. Army Engineer District, New Orleans
P.O. Box 60267
New Orleans, LA   70160

Dear Vald:

I am glad to hear you are going back to the Mid-Continent Oil
and Gas Association and require updating of the EIS. As stated
to you in earlier correspondence, I am very interested in pursuing
the idea of expanding the EIS to include oil and gas activities
in wetlands of this District, if it can be worked out.

Our planning staff was aware of the Lake Ponchartrain and vicinity
hurricane protection studies by NOD and had discussed the possibilities
of extending the levee into Mobile District on several occasions.
Messrs. Chatry and Baer in New Orleans District were contacted by
Mr. Green, MDO, recently in regard to the concern expressed in your
letter. Messrs. Mueller and Reid of this office also had previous
discussions with New Orleans in reference to the alinement. My
understanding is that an alternative alinement, which would have
included part of this District, was discarded in favor of an aline-
ment to the west of Pearl River because both Districts considered
that a barrier across Pearl River to high ground could not be
economically or environmentally justified. Therefore, while we
were very much aware of your studies, we decided not to participate
further in planning efforts or in the public meetings. Mr. Chatry
says the allegations by the critics you referred to come from opponents
in the Slidell area who do not want the levee on the recommended aline-
ment. This appears to be a "smoke screen" tactic according to Chatry
and Baer.

INCL 4

VRG-076-000000714

SAMDE                                                    31 January 1975
Colonel E. R. Heiberg, III

The secret for planning a 3-week vacation is to bypass NEPA and
404 contacts, and please note I was away only nine work days!

I enjoyed seeing you and Kitty Thursday.

                                        Sincerely yours,

                                        DRAKE WILSON
                                        Colonel, CE
                                        District Engineer

VRG-076-000000715