DEPARTMENT OF THE ARMY
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF:          May 26, 1988

Planning Division
Environmental Analysis Branch

NOTICE OF AVAILABILITY

Single copies of the Environmental Assessment and Finding of No Significant Impact for jetty repairs on the Mississippi River Gulf Outlet (MRGO) project are available free of charge upon request.

In the mid 1960's, jetties were constructed along the MRGO to reduce maintenance dredging at the entrance to the inland section. Since that time, the jetties have deteriorated and are now in need of repair. The proposed work would involve placement of rock over the existing levee and adjacent shallow water bottoms. A flotation channel would be used to gain access to the work site.

If you have any questions regarding these documents, you may call Mr. E. Scott Clark at (504) 862-2521.

Cletis R. Wagenhoff
Chief, Planning Division

---

DEPARTMENT OF THE ARMY
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF:          May 26, 1988

Planning Division
Environmental Analysis Branch

TO INTERESTED PARTIES

Enclosed, for your consideration, is a signed Finding of No Significant Impact and an Environmental Assessment for jetty repairs along the Mississippi River Gulf Outlet project.

If you have any questions regarding these documents, you may call Mr. Scott Clark at (504) 862-2521.

Cletis R. Wagenhoff
Chief, Planning Division

Enclosure

404b
Pub. not.  June 2, 1988
WQ         Nov 17, 1988

NPM-036-000001655

# ENVIRONMENTAL ASSESSMENT

MISSISSIPPI RIVER - GULF OUTLET

Breton Sound Jetty Repairs

## INTRODUCTION

This Environmental Assessment (EA) has been prepared to complement the Final Composite Environmental Statement for Operation and Maintenance Work on Three Navigation Projects in the Lake Borgne Vicinity, Louisiana, Environmental Impact Statement (EIS), filed with the Council on Environmental Quality on May 21, 1976. The EIS examined the environmental consequences of maintaining the Mississippi River Gulf Outlet (MRGO) from the Gulf of Mexico to the Gulf Intracoastal Waterway (GIWW), but did not discuss jetty maintenance.

## NEED FOR ACTION

The purpose of this EA is to evaluate the need for, and impacts associated with, the maintenance of existing MRGO jetties in Breton Sound, St. Bernard Parish, Louisiana. These jetties are deteriorating as a result of erosion and subsidence, and are in need of repairs.

## AUTHORITY AND PROJECT DESCRIPTION

The MR-GO project, authorized in 1956 by Public Law 445, provided for a navigation channel 36-feet deep and 500-feet wide from Michoud through the Chandeleur Sound and 38-feet deep by 600-feet wide from the Chandeleur Islands to the 38-foot contour of the Gulf of Mexico. Work on the project was begun in 1958.

In the mid 1960's, jetties were constructed along both sides of the MRGO in the upper reach of Breton Sound. The jetties currently extend from mile 15.8 to 23.2 on the south side and from mile 20.2 to 23.2 on the north (Figure 1). The rock jetties, constructed to an elevation of +5 feet NGVD, have a 12-foot-wide crown and were placed on a shell base. These retention jetties serve to reduce maintenance dredging at the entrance to the inland section by acting as a barrier to material dredged from the main channel. The jetties restrict movement of sand and other materials carried by currents or moved by storms.

Jetty repairs consist of placing additional rock over the existing jetty to a final elevation of +5 feet NGVD and setting the jetty centerline back 5 feet. An 8-foot-deep by 50-foot-wide flotation channel would be constructed parallel to the jetty and main channel to allow construction equipment access to the area. The material removed from the channel would be placed between the flotation channel and main channel (Figure 2). Because the flotation channel is in water nearly 8-feet deep, it is possible that the barge could be pushed through in some areas. In 1988, the south jetty would be repaired from mile 20.2 to 23.2 (Station 2420+00 to 2262+00).

## ALTERNATIVES

The only practicable alternative to jetty repairs is no-action. This would result in additional costs due to increased maintenance dredging of the main channel. No mitigation is proposed.

## ENVIRONMENTAL SETTING

The MRGO is situated on the St. Bernard Complex of the Deltaic Plain, which was formed by Mississippi River deposits 1,000 to 5,000 years ago. The inland area is characterized by swamps, marshes, and shallow open water, and the gulf segment is within the shallow bay waters of Chandeleur and Breton Sounds. The jetties are located in the estuarine, shallow bay waters having a bottom composed of sand, shell, silt, and clays. Plant life, except for phytoplankton, is extremely limited in the jetty area; however, both vertebrates and invertebrates are common.

2



Figure 2

Figure 1

# RESOURCES AND IMPACTS

The resources described in this section are those recognized by laws, executive orders, regulations, and other standards of national, state, or regional agencies and organizations. Criteria used to evaluate these resources are shown in Table 1. Because the proposed action is maintenance and repair, the future-without-project conditions are assumed to be the same as existing conditions. For the south jetty repairs, about 125 acres of shallow estuarine open water and 36 acres of existing rock jetties would be affected. The impacts to north jetty repairs on the MRGO would be proportional to those evaluated in this document.

## SHALLOW ESTUARINE OPEN WATER

On the water's surface scaup, ringnecked ducks, hooded mergansers, and brown pelicans would be expected; in the water column, spot, anchovies, menhaden, and seatrout are common; on the bottom, sand dollars, brittle star, starfish, white and brown shrimp, blue, hermit, and mud crabs, oysters, catfish, and flounder can be noted; and in the muds, benthos, such as polychaete worms and bivalves, predominate.

Slower moving aquatic invertebrates on or in the bottom sediments would be lost because they move too slowly to escape dredging. Bottom-feeding organisms would be secondarily affected because their food supply would temporarily decline. Most fish and other faster moving aquatic organisms would escape. The flotation channel and adjacent disposal area would become colonized within a year. Organisms would move into these disturbed areas by burrowing up from existing substrates or migrate from adjacent habitats.

For the south jetty repairs, construction of the flotation channel would result in the disruption of about 90 acres of shallow water bottoms. About half of these impacts are attributable to channel construction and the remainder to disposal of the bucket dredged material removed from the

5

## ENVIRONMENTAL QUALITY ATTRIBUTES OF THE MRGO JETTY REPAIR

| Resource | Ecological Attributes | Cultural Attributes | Aesthetic Attributes |
|---|---|---|---|
| Shallow Estuarine Open Water | Major nursery area for estuarine dependent fish and shellfish. | --- | Typical Louisiana landscape. |
| Jetties | Provide a diversity of habitats. Highly productive. | --- | --- |
| Water Quality | Clean water required by all life forms. | --- | Clear, clean water is desirable. |
| Endangered Species | None breed in study area. Some species are transients. | --- | --- |
| Cultural Resources | --- | Indicators of previous residents. | --- |
| Recreation | Jetties available for recreational fishing. | --- | --- |

6

TABLE 1B

ENVIRONMENTAL QUALITY ATTRIBUTES OF THE MRGO JETTY REPAIR

| Resource | Institutional Recognition | Technical Recognition | Public Recognition |
|---|---|---|---|
| Shallow, Estuarine Open Water | Clean Water Act of 1977, La. Water Control Law, Estuary Protection Act. | Major nursery area. Habitat for species of special emphasis. | Environmental groups and general public desire clean water for multiple uses. |
| Jetties | Fish and Wildlife Coordination Act | Productive and diverse habitat. | Heavily used by the general public, especially fisherman. |
| Water Quality | Clean Water Act of 1977, La. Water Control Law. | Clean water required for survival of most plants and animals. | The public desires clean water for multiple uses. |
| Endangered Species | Endangered Species Act, Bald Eagle Act. | No critical habitat. | Environmental groups and the public desire protection of these species. |
| Cultural Resources | National Historic preservation Act of 1966, Archeological Protection. | No National Register properties in the immediate project area. | Use and development of historical and cultural sites are indicative of interest. |
| Recreation | Land and Water Conservation Fund Act of 1965. | --- | Public desires expansion of recreational base. |

7

---

JETTIES

On the jetties, a productive growth of algae supports the food base. Animals typical of a jetty include starfish, sea urchins, anemonies, barnacles, periwinkles, slipper shells, and other various gastopods and bivalves.

Environmental impacts associated with jetty repair primarily involve the temporary loss of rocky habitat. Although many of the organisms in the area of direct impacts would be lost because of a disruption of the food base, the new jetty rocks would become colonized rapidly. After construction, the stone jetty would provide additional habitat and would result in greater species diversity and increased productivity.

For the south jetty work, about 36 acres of existing rock jetty would be impacted by placing additional rock on it.

WATER QUALITY

During construction, the increased levels of turbidity would temporarily decrease light penetration and reduce phytoplankton production. Because most of the organisms in this area are adapted to ephemeral, silty water, turbidity would not expected to be a problem. The release of toxic materials would not be a problem because of the use of bucket dredging in highly turbid waters and low probability of contaminants in this area.

ENDANGERED SPECIES

Endangered or threatened species expected to be transient in the area are the brown pelican and several species of sea turtles and whales.

channel. An additional 36 acres of bottoms would be impacted by rock placement for the jetties.

8

The brown pelican is often observed foraging on fish in Breton/Chandeleur Sound. The nearest nesting colony is on North Island in the Chandeleur chain. Because the nesting site is over 30 miles away from the proposed work and also the pelican's ability to range over large areas while feeding, the work would have no impact on this species.

Four species of sea turtles (Kemps' ridley, loggerhead, green, and leatherback) are found in the Gulf of Mexico. Because of the high invertebrate population in this area, the carnivorous ridley and loggerhead sea turtles are most likely to be observed in the Breton/Chandeleur Sound area. Both of these species may overwinter in a dormant state while buried in estuarine silts and muds; however, it appears they prefer deeper channels and holes to shallow water sites. Because the jetty and adjacent flotation channel are in shallow water, it is highly unlikely dormant turtles would be impacted. During construction, these highly mobile species would move out of the area during work.

Five species of whales, the finback, humpback, right, sei, and sperm, have been sighted in the nearshore waters or stranded on the Louisiana coast. Because these very mobile species are generally confined to the deeper water off the Gulf of Mexico, the project would have no impact on whales.

## CULTURAL RESOURCES

At present there are 30 known cultural resources along or near the MRGO. These range in age from Poverty Point (1,000 BC) to Historic 19th Century periods of occupation. Sites types range from prehistoric shell middens to historic fortifications. Fort Proctor, located on the western shore of Lake Borgne, is listed on the National Register of Historic Places.

A cultural resources survey of the MRGO was conducted by Coastal Environments, Inc. in 1979, and no significant resources were located in the area to be impacted; this is also an area of low probability for site occurrences.

9

## RECREATIONAL RESOURCES

Jetties are popular areas for recreational fishing because of the finfish that use this area for foraging and protection.

The additional rock placed would provide additional fishing opportunities, although the remoteness of the site would preclude extensive use.

## COORDINATION

The following Federal, state, and local agencies and interested persons will receive a copy of the EA and FONSI. A Notice of Availability will be provided to other interested parties.

### FEDERAL

Department of the Interior, Office of Environmental Review
Department of the Interior, U.S. Fish and Wildlife Service
U.S. Environmental Protection Agency, Region VI
U.S. Environmental Protection Agency, Administrator
U.S. Department of Commerce, Office of Ecology and Conservation
U.S. Department of Commerce, National Marine Fisheries Service
U.S. Department of Commerce, Environmental Assessment Branch
U.S. Department of Health and Human Services
U.S. Department of Housing and Urban Development
U.S. Soil Conservation Service, State Conservationist
U.S. Department of Transportation
Advisory Council on Historic Preservation

### STATE

Department of Transportation and Development, Office of Public Works
Department of Wildlife and Fisheries
Department of Natural Resources, Office of Environmental Affairs

10

NPM-036-000001660

STATE (Cont'd)

Department of Natural Resources, Division of State Lands
Department of Natural Resources, Coastal Resources Program
Department of Natural Resources, Office of Forestry
State Historic Preservation Officer

LOCAL

St. Bernard Parish

### PREPARER

E. Scott Clark - Wildlife Biologist

B.S., Zoology, North Carolina State University
M.S., Biology, University of Central Florida
Member: American Ornithologist Union
        Wildlife Society

### CONCLUSION

The repair of jetties along the MRGO would have temporary, minimal impacts on the flora and fauna of the impacted area.

Prepared by: _E. Scott Clark_    Date: 18 may 88

Reviewed by: _[signature]_    Date: 5/20/88

11

NPM-036-000001661



## DEPARTMENT OF THE ARMY
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF:

Planning Division
Environmental Analysis Branch

## FINDING OF NO SIGNIFICANT IMPACT
(FONSI)

MISSISSIPPI RIVER GULF OUTLET

Jetty Repairs

<u>Description of Action</u>. The U.S. Army Corps of Engineers, New Orleans District, proposes to repair the retention jetties at the entrance to the inland portion of the Mississippi River Gulf Outlet. This action will involve placement of additional rock over the existing jetty and possible construction of a flotation channel to gain access to the work area.

<u>Factors Considered in Determination</u>. Based on an Environmental Assessment, the Corps of Engineers considered impacts to shallow open water, jetties, endangered species, cultural resources, and recreation.

<u>Public Involvement</u>. An Environmental Impact Statement was circulated among the public on May 21, 1976, addressing the operation and maintenance of the MRGO. An Environmental Assessment was circulated in May 1988.

<u>Conclusion</u>. This office has assessed the environmental impacts of the proposed action and determined that no significant impact upon the human environment would occur. No Environmental Impact Statement, therefore, will be prepared.

26 May 88
Date

Samuel R. Dent
Lieutenant Colonel, Corps of Engineers
Acting District Engineer