# ENVIRONMENTAL ASSESSMENT

## BENEFICIAL USE OF DREDGED MATERIAL FOR RESTORATION OF BRETON ISLAND
### Plaquemines Parish, Louisiana

EA # 294

## INTRODUCTION

This Environmental Assessment (EA) evaluates potential impacts associated with the beneficial use of dredged material removed during maintenance dredging of the Mississippi River - Gulf Outlet (MR-GO) navigation channel, for the purpose of restoring the typical barrier island elevation profile and historic configuration of Breton Island over its existing footprint. Breton Island is located on the southern side of the MR-GO navigation channel that passes through Breton Sound and Chandeleur Sound on its way to the Gulf of Mexico (see Figure 1). Breton Island, the southernmost island in the Chandeleur Islands barrier system, is part of the Breton National Wildlife Refuge (NWR). All of the Federally-owned lands in the NWR, except for North Breton Island, became part of the National Wilderness Preservation System on January 3, 1975 (Public Law 93-622). That portion of Breton Island north of latitude 29° 28"N, is located outside of the designated wilderness area.

This EA is prepared in accordance with the National Environmental Policy Act (NEPA) of 1969, as implemented by the U S Army Corps of Engineers (USACE) Regulation ER 200-2-2, and employs a systematic, interdisciplinary approach. The following sections include a discussion of the need for the proposed action, the alternative to the proposed action, the significant resources affected, and the impacts of the proposed action.

## PURPOSE AND NEED FOR THE PROPOSED ACTION

PURPOSE

The USACE, New Orleans District, proposes to designate an approximately 3,000-acre shallow, open-water, remnant-barrier island site to beneficially use dredged material removed from the MR-GO navigation channel for the restoration of Breton Island (see Figure 2). The proposed site is located north of latitude 29° 28"N, and is outside that part of the Breton NWR that is designated a wilderness area. The site consists largely of shallow, open water with remnant portions of Breton Island (primarily North and West Breton Island) that have survived the erosive impacts of the September 1998, Hurricane Georges. Dredged material would be placed over the existing footprint of the remnants of Breton Island in a manner that would restore the historic configuration of the island as well as restore its typical barrier island elevation profile. Implementation of the proposed island restoration would restore Breton Island to its historic 821-acre, 1869-configuration.

NEED

There is a need to restore the barrier island habitat and the storm- and hurricane-surge protection provided by the Hurricane Georges damaged and rapidly eroding Breton Island. There is an opportunity to beneficially use dredged material removed during maintenance dredging of the MR-GO navigation channel to meet this need.



Figure 1. Mississippi River - Gulf Outlet Breton Island Restoration Project Location Map in Louisiana.



Figure 2. Artist's rendition of the proposed shallow, open-water, remnant-barrier island site for the beneficial use of dredged material, removed from the MR-GO navigation channel to restore the existing footprint of Breton Island to its historic (circ 1869) configuration and typical barrier island elevation profile.

Breton Island, like the other islands in the Chandeleur Islands barrier system, is part of the first line of defense against storms for eastern Louisiana and western Mississippi. The barrier islands buffer the mainland from both the wind and storm surges associated with hurricanes, tropical storms and winter storms in the Gulf of Mexico. However, the Chandeleur Islands barrier system in general, and Breton Island in particular, is rapidly eroding. Historical analysis by the Beneficial Use Monitoring Program (BUMP 1997) determined that between 1985 and 1996, Breton Island showed rates of shoreline change of -27.3 feet per year and land loss of 6.6 acres per year.

In addition to its role in reducing the impacts of storms and hurricanes to the mainland, Breton Island provides valuable and unique barrier island habitat. Breton Island provides sandy beach habitat, nesting habitat, foraging habitat, as well as sanctuary to a wide range of waterfowl, seabirds, shorebirds and other wildlife species. The shallow intertidal flats of Breton Island provide essential fish habitat that, as recently as the early 1990's, contained scattered patches of some of the southernmost seagrass beds in Louisiana. Although seagrasses are no longer located within the Breton Island intertidal areas, restoration of the island would make this intertidal area, once again, suitable for the establishment of seagrass beds.

## AUTHORITY FOR THE PROPOSED ACTION

The Rivers and Harbors Acts of 29 March 1956, House Document 245, 82nd Congress 1st Session, provides for the construction of a seaway canal 36 feet deep and 500 feet wide from Michoud to Chandeleur Islands and increasing gradually to a width of 600 feet and depth of 38 feet to the 38-foot contour in the Gulf of Mexico with protective jetties at the entrance, a permanent retention dike through Chandeleur Sound and a wing dike along the islands as required. It also provides for an inner tidewater harbor consisting of 1000- by 2000-foot turning basin 36 feet deep and a connecting channel 36 feet deep and 500 feet wide to the Inner Harbor Navigation Canal including construction of a suitable highway bridge with approaches to carry Louisiana State Highway No. 47 over the channel.

Restoration costs for Breton Island that exceed the Federal Standard for operations and maintenance of the MR-GO navigation channel, are authorized under Section 204 of the Water Resources Development Act of 1992. Section 204 would cover the costs, above the Federal Standard, for transportation of dredged material from the MR-GO navigation channel to Breton Island for restoration. It is anticipated that restoration of Breton Island would occur over the course of several maintenance dredging events of the MR-GO navigation channel and that restoration of Breton Island would be jointly authorized under both the Federal Standard and Section 204, subject to the availability of Federal and state funds.

## PRIOR REPORTS

This EA complements a final environmental impact statement (FEIS), dated March 1976, and entitled *"Final Composite Environmental Statement for Operation and Maintenance Work on Three Navigation Projects in the Lake Borgne Vicinity, Louisiana, The Mississippi River - Gulf Outlet Bayous La Loutre, St Malo, and Yscloskey Bayou Dupre "* This EA also complements a 1989 FEIS prepared jointly by the USACE, New Orleans District and the U.S. Environmental Protection Agency (EPA), Region VI, Dallas, Texas, entitled *"Mississippi River-Gulf Outlet Ocean Dredged Material Disposal Site Designation Plaquemines Parish, Louisiana "* An EA #162 entitled *"Mississippi River-Gulf Outlet, St Bernard and Plaquemines*

4

*Parishes, Louisiana, Marsh Creation/Enhancement and Berm Construction"* describes the creation of a "pilot" berm, constructed near Breton Island in order to investigate the mounding potential of the fine-grained sediments and monitor dispersion of the berm.

## BACKGROUND INFORMATION

Breton NWR and Designated Wilderness Area

Breton Island, part of the NWR system, is heavily utilized by the public as a recreational area for boating, fishing, crabbing, shrimping, and wildlife observation. The nearest community, Venice, Louisiana, is located about 17 miles west of the proposed action area. Breton NWR, established in 1904, is the second oldest refuge in the National Wildlife Refuge System. The objectives of the Breton NWR are to (1) protect and preserve the wilderness character of the islands, (2) provide sanctuary for nesting and wintering seabirds, and (3) provide sandy beach habitat for a variety of wildlife species. All of the Federally owned lands, except for North Breton Island in the Breton NWR, Gosier Island, and Curlew Island became part of the National Wilderness Preservation System on January 3, 1975 (Public Law 93-622). North Breton Island was excluded from the designated wilderness area because of an oil facility, owned by Kerr-McGee, Inc., located on that island. That part of Breton Island north of latitude coordinates 29° 28"N, is located outside the designated wilderness area and has been approved by the U.S. Fish and Wildlife Service for the beneficial use of dredged material to restore the island to its historic configuration and elevation profile.

Erosion and Land Loss 1869-1996

The USACE, New Orleans District's, Beneficial Use Monitoring Program (BUMP) is documenting the beneficial use of dredged material using aerial photography, geographic information system (GIS) analysis, and field surveys. Figure 3 (adapted from BUMP 1997), displays the land loss and land gain history, as well as shoreline change and movement, for Breton Island between 1869 and 1985. In 1869, Breton Island was measured at 820.4 acres (McBride *et al.*, 1992); whereas, in 1985 Breton Island measured 252.1 acres. Historical analysis by the BUMP (1997) determined that between 1869 and 1985, Breton Island decreased in area by 568.3 acres at a rate of 4.9 acres per year with an average rate of shoreline change for this period at $-19.5$ feet per year. More recently, Breton Island has shown an increased rate of land loss. In 1996, the BUMP determined that Breton Island measured 179.9 acres. Breton Island decreased in area by about 72.2 acres at a rate of 6.6 acres per year. The average amount of shoreline change at Breton Island for this period was $-298.1$ feet at a rate of $-27.3$ feet per year.

Breton Island Elevation Profile

The Louisiana Geological Survey (Ritchie *et al*, 1992) documented the Chandeleur Islands barrier system geomorphology, vegetation, and island elevation profiles in order to describe shoreline changes in this large coastal area. As part of this study, Ritchie *et al*, (1992) documented, in 1988 and 1989, the typical elevation profiles, shoreline configurations, and vegetation for both North Breton Island and West Breton Island (Figures 4 and 5, respectively).

Construction of Pilot Berm

During coordination for the Fiscal Year 1992 annual maintenance dredging of the MR-GO, the Louisiana Department of Natural Resources (LDNR) requested the USACE, New Orleans

5



Figure 3. Comparative landloss/gain of Breton Island shorelines in 1869 and 1985 (adapted from BUMP 1997).

NOP-019-000000437



Figure 4. North Breton Island elevation profile as of 1988-89 (adapted from Ritchie *et al.*, 1992).



Figure 5. West Breton Island elevation profile as of 1988-89 (adapted from Ritchie *et al.*, 1992).

District, to investigate the feasibility of using a hydraulic-cutterhead-pipeline dredge to construct a pilot berm, adjacent to Breton Island, with material from the MR-GO bar channel. According to the LDNR, placement of dredged material at a berm adjacent to Breton Island could nourish and protect the island from continued erosion.

During the September 1992 maintenance event, approximately 1.7 million cubic yards (cy) of dredged material from the mile 0 to mile –2.5 reach of the MR-GO bar channel was placed to construct the pilot berm adjacent to Breton Island. As part of the BUMP, post-construction surveys revealed that approximately 400,000 cy of dredged material placed at the pilot berm remained in a mound at the site following construction. Along the shoreline immediately adjacent to the pilot berm, a large beach protuberance developed after 1993. Measurements indicate that the shoreline of the protuberance accreted +56 feet between April 1995 and November 1995 while the adjacent shoreline eroded more than -163 feet. Between November 1995 and November 1996, an area just down-drift of the protuberance area accreted +186 feet.

Impacts by 1998 Hurricane Georges

Figure 6 is a vertical aerial photograph of Breton Island taken in 1995, before Hurricane Georges. Figures 7 and 8 are vertical aerial photographs of North Breton Island and West Breton Island, respectively, taken 5 months after Hurricane Georges, in February 1999. These photographs were taken by the U.S. Geological Survey (USGS) as part of the Federal and state of Louisiana interagency efforts to identify the impacts of Hurricane Georges on Breton Island. Comparison of the 1995 and 1999 vertical aerial photographs indicates that Breton Island is currently experiencing rapid erosion and land loss.

On September 27 and 28, 1998, Hurricane Georges moved large amounts of sediments into the MR-GO navigation channel closing the channel to navigation. In order to reopen the channel for navigation, the USACE, New Orleans District, is currently conducting emergency maintenance dredging operations to remove an estimated 30 million cy of material from the entire MR-GO navigation channel. Sediments within the navigation channel, presumably, include the remnants of the Chandeleur Barrier Islands that were swept away by Hurricane Georges. Hurricane Georges swept away extensive land masses throughout the barrier island system and created numerous overwash breaks throughout the entire barrier island system thereby making the Gulf of Mexico, essentially, continuous with both Chandeleur Sound and Breton Sound.

Prior to Hurricane Georges, Breton Island was comprised of a larger northern island with an attached crescent-shaped, long narrow sand spit extending to the southwest (Figure 6). The smaller, detached western island consisted mostly of an extending spit of bare sand with shore-parallel dunes and a fully vegetated old washover terrace with an open-dune terrace on the seaward side. In September 1998, Hurricane Georges swept away all lands between the main northern and western islands. Based upon analysis of February 1999 vertical aerial photographs, the USGS estimates that North Breton Island (see Figure 7) measures 56 acres and West Breton Island (see Figure 8) about 70 acres. Hence, between 1996 and 1999, Breton Island lost about 54 acres; most of this attributable to Hurricane Georges. It is likely that unless some action is taken to address the continued shoreline erosion and extensive land losses that are exacerbated by storms and hurricanes, Breton Island will eventually be lost in less than 10 years.

## DESCRIPTION OF THE PROPOSED ACTION

The USACE, New Orleans District, proposes to designate a 3,000-acre shallow, open-water, remnant barrier island site to beneficially use dredged material removed from the

NOP-019-000000439



Figure 6. Breton Island in 1995, pre-Hurricane George.

NOP-019-000000440



Figure 7. North Breton Island in 1999, post-Hurricane Georges.

NOP-019-000000441



Figure 8. West Breton Island in 1999, post-Hurricane Georges.

NOP-019-000000442

MR-GO navigation channel for the restoration of Breton Island (see Figure 2). The proposed disposal/restoration site is located north of latitude 29° 28"N, and is outside that part of the Breton NWR that is designated a wilderness area. The site consists largely of shallow, open water with remnant portions of Breton Island (primarily North and West Breton Island) that have survived the erosive impacts of the September 1998, Hurricane Georges. The bottom elevations of the eroded footprint of Breton Island generally range between –2.0 ft and –3.0 ft National Geodetic Vertical Datum (NGVD). Generally, dredged material would be placed, unconfined or semi-confined, over the existing footprint of the remnant Breton Island, and in a manner that would restore the 1869-historic configuration of the island (BUMP 1997, see Figures 2 and 3) as well as restore its typical barrier island elevation profile (see Figures 4 and 5).

It is anticipated that several maintenance dredging/restoration efforts would be necessary to completely restore Breton Island. The estimated time it would take to completely restore Breton Island is dependent upon the availability of material from future maintenance dredging events of the MR-GO navigation channel, as well as the type, quantity, and the stackability of the dredged material removed from the MR-GO navigation channel that would be used for island restoration. It is also anticipated that the high rates of shoreline erosion and land loss typical of Breton Island would require the continued beneficial use of dredged material to maintain Breton Island at its historic configuration and elevation profile. This EA addresses potential impacts of the first phase and future phases of proposed beneficial use of dredged material for the restoration of Breton Island.

During the first phase of the Breton Island restoration, hydraulic cutterhead dredges would remove material from nearby reaches of the MR-GO navigation channel and beneficially use the material to fill 4 overwash breaches, located on North Breton Island (see Figures 7, 9, and 10). The bottom elevations of these breaches generally ranges between -2.0 ft and -3.0 ft NGVD with some deeper cuts that range between -4.0 ft and -5.0 ft NGVD. Dredged material would be allowed to free-flow, towards the gulf side of the island to closing the breaches. It is not anticipated that a floatation/access channel would be necessary during the first phase of the proposed Breton Island restoration. However, future phases of proposed island restoration may require a floatation/access channel(s). If used, future floatation/access channel(s) would be located and constructed to minimize the potential adverse impacts to the environment and waterbottoms.

Mixing processes, current characteristics, and sediment transport in the nearshore region of Breton Island are influenced by tidal currents, winds, and storms. Data on currents along the Gulf side are lacking. The predominant current near the west-side of the barrier islands in Breton Sound is toward the north, although some other studies indicate a southward trending current. Closing these overwash breaches would help prevent the further breakup of the island caused by the increased tidal scouring through these overwash breaches. Closing the 300 ft by 300 ft breach #1 would restore about 2.1 acres; closing the 400 ft by 300 ft breach #2 would restore about 2.8 acres; closing the 700 ft by 300 ft breach #3 would restore about 4.8 acres; and closing the 1,800 ft by 400 ft breach #4 would restore about 16.5 acres. Hence, closure of the breaches would directly restore a total of about 26.2 acres of barrier island habitat. Closure of the overwash breaches would also protect about 620 acres of shallow-water, intertidal essential fish habitat, that would otherwise deepen and become continuous with the Gulf of Mexico.

The final elevation after the dredged material has consolidated from closing the 4 overwash breaches depends on the stackability of the dredged material. The dredged material to be used for closing the breaches would be obtained during emergency dredging of the MR-GO navigation channel. Consequently, the stackability of the dredged material to be used for closure of the 4 overwash breaches during the first phase of island restoration has not been

NOP-019-000000443



Figure 9. North Breton Island Restoration of Overwash Breaches #1 - #3.

NOP-019-000000444



Figure 10. North Breton Island Restoration of Overwash Breach #4.

determined. Based on best professional judgement and dredging experience in the MR-GO area, the beneficial use of the dredged material would be suitable for its intended purpose.

During future phases of the Breton Island restoration, dredged material would be placed, either unconfined or semi-confined, over the existing footprint of the remnant Breton Island in a manner that would restore the 1869-historic configuration of the island (BUMP 1997, see Figures 2 and 3), as well as restore its typical barrier island elevation profile (see Figures 4 and 5) Dredged material would be placed only on that portion of the existing Breton Island footprint located north of latitude 29° 28"N, and outside that part of the Breton NWR that is designated a wilderness area Dredged material would not be placed south of latitude 29°28"N, nor within that part of the Breton NWR that is designated a wilderness area.

## ALTERNATIVE TO THE PROPOSED ACTION

In this document, the no-action alternative is compared to the proposed action alternative of island restoration.

### NO-ACTION ALTERNATIVE - FUTURE WITHOUT PROPOSED ACTION

Under the no-action alternative, dredged material removed during current emergency maintenance dredging of the MR-GO navigation channel would be disposed into the nearest adjacent single point discharge sites. During future maintenance dredging of the MR-GO navigation channel, material would be disposed, depending on the reach from which it was removed, into designated single point discharge sites, the MR-GO Ocean Dredged Material Disposal Site (ODMDS), or into the Breton Island pilot berm.

Between 1869 and 1985, Breton Island decreased in area by 568 2 acres at a rate of –4 9 acres per year with an average rate of shoreline change for this period at –19.5 feet per year (Bump 1997). More recently, between 1985 and 1996, the average rate of shoreline change was 27.3 ft per year with a land loss rate of 6.6 acres per year. Shoreline erosion and land loss rates on Breton Island would be expected to continue similar to these rates Hurricane Georges removed the entire mid-island area that connected the larger north island to the smaller west island. Hurricane Georges also created numerous breaks and deeper channels through this mid-island area resulting in direct connections between the Gulf of Mexico and Breton Sound, thereby opening the shallow interior area to continued scouring. Hence, it is likely that the mid-island area of the Breton Island system would eventually scour and erode away. Consequently, it is likely the 2-mile long Breton Island system would eventually form two distinct and separate island systems, North Breton Island and West Breton Island. Future episodes of strong winter storms and hurricanes would accelerate this process. Future disposal of dredged material at the Breton Island pilot berm would slow this erosion process to some degree.

### FUTURE WITH PROPOSED ACTION – ISLAND RESTORATION

The proposed action is the designation of an approximately 3,000-acre shallow, open-water, remnant barrier island site to beneficially use dredged material, removed during maintenance dredging of the MR-GO navigation channel, for restoration of Breton Island to its historic configuration and elevation profile. It is anticipated that several maintenance dredging and restoration efforts would be necessary to achieve this objective. The proposed action would provide an opportunity to beneficially use dredged material removed during current emergency

15

maintenance dredging of the MR-GO navigation channel as well as future maintenance dredging events. In addition, the proposed action would restore barrier island habitat that provides storm- and hurricane-surge protection to the adjacent mainland. The USFWS would be able to meet their objectives for the Breton NWR to (1) protect and preserve the wilderness character of the islands, (2) provide sanctuary for nesting and wintering seabirds, or (3) provide sandy beach habitat for a variety of wildlife species.

During the first phase of the Breton Island restoration, hydraulic cutterhead dredges would remove material from nearby reaches of the MR-GO navigation channel and beneficially use the material to close 4 overwash breaches, located on North Breton Island (see Figures 7, 9, and 10). Dredged material would be allowed to free-flow, towards the gulf side of the island to close the breaches. Final elevation after the dredged material has consolidated depends on the stackability of the dredged material.

Closing these 4 overwash breaches would help prevent the further breakup of Breton Island that is being caused by the increased tidal scouring through these breaches. Closure of the 4 overwash breaches would directly restore a total of about 26.2 acres of Gulf barrier island habitat that is rapidly disappearing throughout the Chandeleur Island barrier system. The barrier island habitat protected by closing the 4 overwash breaches would be utilized by various species of fish and wildlife, would provide critical nesting for the brown pelican, and would continue to provide excellent recreational fishing and general nature enjoyment for which Breton Island is known. Closure of the 4 overwash breaches would also protect about 620 acres of shallow-water, intertidal essential fish habitat, that would otherwise deepen and become continuous with the Gulf of Mexico. The National Marine Fisheries Service (NMFS) considers the shallow intertidal waters of Breton Island to be essential fish habitat. Protection of this shallow-water, intertidal area from tidal scouring would provide conditions suitable for the re-establishment of seagrass beds that once inhabited the area.

During future phases of the Breton Island restoration, dredged material would be placed, unconfined or semi-confined, over the existing footprint of the remnant Breton Island, in a manner that would restore the 1869-historic configuration of the island (BUMP 1997, see Figures 2 and 3) as well as restore its typical barrier island elevation profile (see Figures 4 and 5). Future phases of the restoration would restore Breton Island to its historic 821-acre size and 1869-configuration. Dredged material would be placed only on that portion of the existing Breton Island footprint located north of latitude 29° 28"N, and outside that part of the Breton NWR that is designated a wilderness area. Dredged material would not be placed south of latitude 29°28"N, nor would dredged material be placed within that part of the Breton NWR that is designated a wilderness area.

Future phases of island restoration would result in an increase in the storm- and hurricane-surge protection offered by Breton Island. The restoration of Breton Island to its 821 acre historic configuration would provide increased protection for the almost 2 mile long, stretch of shallow intertidal waters between North and West Breton. The NMFS considers the Breton Island shallow intertidal waters essential fish habitat. Protection of this intertidal area from continued tidal scouring would provide conditions suitable for the re-establishment of seagrass beds that once inhabited the area.

16