# ENVIRONMENTAL SETTING

## WEATHER AND CLIMATE

In addition to Bahr et al., (1983) and Gosselink (1984), the 1997-1998 edition of the *Louisiana Almanac* (Calhoun and Frois 1997) provides a brief synopsis of Louisiana weather and climate. The climate of coastal Louisiana is semi-tropical, determined in large part by the huge land mass to the north, its subtropical latitude, and the Gulf of Mexico to the south. Average January temperatures range from 55°F to 60°F in the afternoons and from near freezing temperatures to the low 40's °F during early morning hours. Summer temperatures range from 85°F to 95°F during the afternoons and 65°F to 75°F in the mornings. Based on records from 1931-1995, the maximum annual average precipitation for southeast Louisiana is 97.91 inches, the minimum annual average precipitation is 37.96 and the normal annual average precipitation is 61.61 inches.

Rainy weather systems that typically move from Africa to the open Atlantic Ocean spawn the majority of hurricanes that have been a source of natural calamity for Louisiana since the beginning of her history. Between 1891 and 1995, 21 hurricanes are documented as having made landfall on the Louisiana coast. Hurricanes not only produce adverse effects, such as seen with the extensive erosion of the Chandeleur Islands barrier system, but can also produce beneficial effects on natural ecosystems by disordering processes that send large amounts of sediment and nutrients into coastal estuaries thereby increasing short-term primary productivity.

Hurricanes and tropical storms typically enter the Gulf of Mexico from the southeast and turn to a northerly direction as the system approaches the Louisiana coast (Crutcher and Quayle 1974). These storms frequently accelerate erosion and may cause significant alterations to the barrier islands, as evidenced by impacts to Breton Island from 1998 Hurricane Georges. Tropical storms occur most frequently between June and October, with peak frequency in the Louisiana coastal and offshore region in September. Waves in the northern Gulf are a combination of wind-generated waves and swells from the open Gulf. Wave direction generally follows wind direction and its seasonal patterns.

## GEOLOGIC SETTING

Breton Island is situated along the western edge of the subsiding St. Bernard delta complex within the Mississippi Deltaic Plain. Breton Island, as part of the Chandeleurs, evolved as the result of the abandonment of the St. Bernard delta complex Frazier (1967). Breton Island is the southernmost island in the Chandeleur Islands barrier system. The barrier system includes, from north to south, Chandeleur Island, Curlew Island, Gosier Island, and Breton Island This island system is separated by tidal inlets and numerous washovers, primarily the result of Hurricane Georges, thereby making the barrier system discontinuous at present. Breton Island has also been separated from the island chain by the MR-GO navigation channel. The Chandeleur Islands barrier system are separated from the fringing delta plain marshes located to the east by approximately 20 miles of open water in Chandeleur and Breton Sounds.

The Chandeleur Islands barrier system evolved into a barrier island arc resulting from abandonment of the St. Bernard delta complex that was active in this area from approximately 4,600 to 2,000 years before present (Frazier, 1967) The barrier islands are the result of marine processes and subsidence that have reworked and eroded the most westward deltaic deposits into the existing sand bodies. The most dominant process currently affecting the barrier islands is overwash during storms and high tides.

17

Breton Island has decreased in size from 820.4 acres to 179 9 acres (or 78 %) between 1869 and 1996, (USACE and LSU, 1997). Although, there has been an overall decrease in the island surface area, there have been short periods of accretion during the 1869 to 1996 period. The average shoreline recession rate was 19.5 feet per year for the 1869 to 1985 period. Long-term relative subsidence rates in this area are greater than 1.0 feet per century. Beach ridges, spits, and washover fans are the dominant geomorphic features of Breton Island.

In 1996, Breton Island was characterized by a relatively continuous beach, with numerous vegetated dunes, spits on each end of the island, and marsh on the backside. More recently, storms have destroyed much of the island and created 2 relatively distinct portions at the north and west ends of the original island.

Placement of sediments to nourish the destroyed central portion of the island would help to re-establish a beach and backshore that could be vegetated to prolong the island's existence as a viable system. Also, this dredged material would serve as a source for longshore sediment transport to both ends of the island, benefiting spit accretion. It would also help to protect the back-barrier lagoon from excessive overwash, aiding the development of seagrass beds.

Without restoration and nourishment, the two remnant islands may remain disconnected and begin to act as separate islands. There will be less sand available for nourishment and the surface extent of the islands will likely continue to decrease over the long-term as evidenced by the island's changes over the past 125 years.

## SIGNIFICANT RESOURCES

This section contains a description of the existing condition of significant resources and the impacts of the proposed action on these resources. The significant resources described in this section are those recognized by laws, executive orders, regulations, and other standards of national, state, or regional agencies and organizations Significant resources potentially impacted by the proposed action include gulf barrier island habitat, fish and wildlife resources, threatened and endangered species, essential fish habitat, cultural and recreation resources. Environmental quality attributes and environmental recognition of significant resources are shown in Tables 1 and 2, respectively.

### GULF BARRIER ISLAND HABITAT

*Existing Conditions*. Gulf barrier islands are a conspicuous coastal feature and the most important sandbeach environments of the northern Gulf of Mexico region (after Britton and Morton 1989) Breton Island, like the other islands in the Chandeleur Islands barrier system, is part of the first line of defense against storms for eastern Louisiana and western Mississippi. The barrier islands buffer the mainland from both the wind and storm surges associated with hurricanes, tropical storms and winter storms in the Gulf of Mexico. As one of Louisiana's few remaining gulf barrier islands, Breton Island is shifting westward, being eroded and reduced in area, and evolving as two discrete, detached, units with distinctive local changes from the Chandeleur Islands barrier system (after Ritchie *et al*, 1992). Shoreline erosion rates of at least -27.3 feet per year, and land loss rates of -6.6 acres per year (BUMP 1997) at Breton Island continue. Following extensive damage in 1998 by Hurricane Georges, Breton Island is now comprised of two distinct islands located approximately 2 miles apart: North Breton Island, which measures about 56 acres; and West Breton Island, which measures about 70 acres.

NOP-019-000000449

Table 1. Environmental quality attributes of significant resources.

| SIGNIFICANT RESOURCES | ECOLOGICAL ATTRIBUTES | CULTURAL ATTRIBUTES | ESTHETIC ATTRIBUTES |
|---|---|---|---|
| Barrier Island Habitat | Gulf barrier islands provide sand beach environments, buffer the mainland from both the wind and storm surges associated with hurricanes, tropical storms and winter storms in the Gulf of Mexico | Louisiana's natural heritage and culture of living and working among the marshes, bayous, swamps, and coastal barrier islands | Scenic Louisiana coastal wetland setting. |
| Fish and Wildlife Resources | Numerous species of waterfowl, furbearers, and resident and migratory birds utilize marsh wetlands | Hunting, fishing, trapping, and other activities are part of the traditional and cultural heritage of the area, as well as part of the traditional economy | Esthetic appeal of fish and wildlife, also, public desires preservation and expansion of fish and wildlife resources |
| Threatened and Endangered Species | Rarity enhances the biological significance of these species. | Public desires protection of national emblem (Bald Eagle) and State bird (Brown Pelican) | Rarity enhances esthetic appeal and public enjoyment of viewing threatened or endangered species |
| Essential Fish Habitat | Shallow intertidal waters provide essential fish habitat in form of nursery, foraging and growout areas | Essential fish habitat provides sport and commercial fishery which is part of the traditional and cultural heritage of the area, as well as part of the traditional economy | Shallow intertidal waters of essential fish habitat have esthetic appeal and public enjoyment of utilizing the fishery |
| Cultural Resources | Previous inhabitants can modify the natural ecology as well as the early cultural ecology of the area | Nearby archeological sites can provide indications of the history and culture of early inhabitants | Many cultural resources have high esthetic appeal and value |
| Recreational Resources | Recreational activities influence the ecology of the area | Fishing, crabbing, shrimping, and nature observation are part of the traditional and cultural heritage of the area | Esthetic appeal of recreational experiences in natural wetland settings |

19

NOP-019-000000450

Table 2  Environmental quality recognition of significant resources.

| SIGNIFICANT RESOURCES | INSTITUTIONAL RECOGNITION | TECHNICAL RECOGNITION | PUBLIC RECOGNITION |
|---|---|---|---|
| Barrier Island Habitat | Coastal Barrier Resources Act of 1982; Clean Water Act of 1977, Estuary Protection Act; Fish and Wildlife Coordination Act, Coastal Zone Management Act of 1972 | Louisiana contains about 40% of the nations coastal wetlands and is losing approximately 30 square miles of coastal wetlands per year | Public and environmental groups support the preservation and restoration of existing barrier islands |
| Fish and Wildlife Resources | Fish and Wildlife Coordination Act | USACE, USFWS, NMFS, LADNR LADWF recognize the value of fish and wildlife | Public and environmental groups support preservation of fish and wildlife resources |
| Threatened and Endangered Species | Endangered Species Act, Bald Eagle Act | USACE, USFWS, NMFS, LADNR LADWF cooperate to protect these species | Public and environmental groups support preservation of these species |
| Essential Fish Habitat | Magnuson-Stevens Fishery Conservation and Management Act | NMFS is the primary agency with responsibility and jurisdiction | Public and environmental groups support the preservation and restoration of essential fish habitat |
| Cultural Resources | Abandoned Shipwreck Act of 1988, National Historic Preservation Act of 1966 (as amended), Archeological and Historic Act of 1974, Protection and Enhancement of the Cultural Environment, 1971 (Executive Order 11593) | USACE, USFWS, and LA State Historic Preservation Officer recognize the importance of nearby archeological sites | Preservation groups support protection and enhancement of historical resources, strong avocation interest in local history/archeology |
| Recreational Resources | Federal Water Project Recreation Act, as amended, Land & Water Conservation Fund Act of 1965, as amended | USACE, USFWS, and LA Dept of Culture, Recreation, and Tourism recognize the recreational attributes and importance of the area | Public desires expansion of recreational base. |

20

North Breton Island

The larger north Breton Island is located outside the designated wilderness area of the NWR and is characterized by a narrow east and north facing beach with several narrow washover inlets leading inland. The narrow beach is characterized by bare sand that gives way within a few meters to beach morning glory (*Ipomoea stolonifera*) and marsh hay grass (*Spartina patens*). Further inland the higher marsh consists of saltgrass (*Distichlis spicata*), saltwort (*Batis maritima*), and sea ox-eye (*B. frutescens*) and grades into smooth cordgrass (*Spartina alterniflora*) and saltwort (*B maritima*). The higher ridges are characterized by stands of sea myrtle (*Baccharis halimifolia*), and wax myrtle (*Myrica cerifera*), roseau cane (*Phragmites australis*) and black mangrove (*Avicennia germinans*).

The once distinctive horseshoe shape of North Breton Island has been cut by several washover breaches that have effectively cut the island into several smaller parts and allowed the tidal surges to further erode interior portions of the island  The long narrow sand spit that once extended from the North Breton Island almost to the West Breton Island has been swept away by Hurricane Georges (comparison of Figures 6, 7 and 8).

West Breton Island

The smaller western Breton Island, situated approximately 2 miles southwest of the larger North Breton Island, is located within the designated wilderness area of the NWR. The island is characterized by a series of distinctive parallel lines of lakes and old ridges. The gulf side beach gives way to initially sparse, and then a more continuous and thicker growth of marsh hay grass interspersed with beach morning glory, beach pea (*Vigna luteola*) and pink curve beak pea (*Stophostyles helvola*). Along the higher ridges are stands of roseau cane, wax myrtle and sea myrtle.

Comparison of vertical aerial photographs taken in 1995 and 1999 show the gulf side beaches have been heavily eroded by Hurricane Georges so that the remaining area is primarily remnants of what once was the higher elevated marsh interior (see Figures 6, 7 and 8). The spit of bare sand that extended to the west of the North Breton Island was entirely swept away by Hurricane Georges.

<u>Future Without Proposed Action – No Action Alternative</u>  Without implementation of the proposed island restoration, Breton Island would continue to suffer the existing estimated shoreline erosion rates -27.3 feet per year and land loss of 6.6 acres per year. Although the Breton Island pilot berm would moderate, to some extent, the shoreline erosion and land loss currently be experienced by Breton Island, winter storms and hurricanes would continue to accelerate Breton Island shoreline erosion and land loss.

Without implementation of the first phase of the proposed action, 26.2 acres of Gulf barrier island habitat would not be restored. The existing barrier island habitat would continue to be subjected to increased erosional forces due to the widening and deepening of the existing overwash breaches. The existing shallow intertidal waters, that provide essential fish habitat, would eventually deepen and be lost due to increased tidal scouring due to the overwash breaches  Hence, the quantity and quality of Gulf barrier island habitat would continue to diminish

Without implementation of future phases of the proposed island restoration, the Breton Island system would, first, become two distinct island systems, North and West Breton Island. Within a short time Breton Island would follow a land-loss pattern similar to nearby Gosier Island which has become little more than a shallow water reef. Hence, the storm and hurricane

21

protection that Breton Island provides for the mainland, as well as the unique barrier island habitat, would eventually be lost.

Future With Proposed Action – Island Restoration. The first phase of island restoration -- closing 4 overwash breaches -- would directly restore approximately 26.2 acres of North Breton Island, protect the existing interior barrier-island habitat from further erosion caused by the increased tidal scour from the 4 overwash breaches. Implementation of the first phase of the proposed island restoration would also protect about 620 acres of shallow, intertidal waters that provide essential fish habitat.

Future phases of the proposed island restoration would restore Breton Island to its historic 821-acre size and 1869 configuration. The restoration of the Breton Island system would prevent the continued breakdown of the system into two distinct and separate islands-- North Breton Island and West Breton Island, as well as contribute to the restoration of the Chandeleur Islands barrier system. Consequently, island restoration would enable Breton Island to continue to provide important storm and hurricane protection to the mainland. In addition, restoration of Breton Island would also provide the unique Gulf barrier-island habitat that is rapidly being lost throughout the entire Chandeleur Islands barrier system. The loss of nearby Gosier Island and Curlew Island, as well as the severe erosion and overwashes on Chandeleur Island makes the proposed action essential in order to restore the barrier island habitat currently being lost.

Future phases of the restoration of Breton Island to its 821-acre historic configuration would provide increased protection for the almost 2 mile long, stretch of shallow intertidal waters between North and West Breton  The NMFS considers the Breton Island shallow intertidal waters essential fish habitat. Protection of this intertidal area from continued tidal scouring would provide conditions suitable for the re-establishment of seagrass beds that once inhabited the area. Future phases of the proposed island restoration would enable the USFWS to meet their management objectives for the unique barrier island habitat that comprises Breton NWR.

## FISH AND WILDLIFE RESOURCES

Existing Conditions. Breton Island is part of the Breton NWR, the second oldest refuge in the National Wildlife Refuge System. Breton Island is managed by the U.S. Fish and Wildlife Service (USFWS), with input by the Louisiana State Department of Wildlife and Fisheries to achieve the following objectives: (1) protect and preserve the wilderness character of the islands, (2) provide sanctuary for nesting and wintering seabirds, and (3) provide sandy beach habitat for a variety of wildlife species. Various species of terns, gulls, rails, shorebirds and wading birds as well as migratory waterfowl utilize Breton Island. Biologists have documented the various species that more frequently utilize Breton Island; they include the brown pelican (*Pelecanus occidentalis*), laughing gull (*Larus atricilla*), royal tern (*Sterna maxima*), sandwich tern (*S. sandvicensis*), sooty tern (*S fuscata*), red knot (*Calidris canutus*), sanderling (*C alba*), clapper rail (*Rallus longirostris*), and the redhead duck (*Aythya americana*). The following birds have been recorded as nesting on Breton Island: yellow crowned night heron (*Nycticorax violaceus*), blackcrowned night heron (*N nycticorax*), least tern (*S antillarum*), tricolored heron (*Egretta tricolor*), little blue heron (*E. caerulea*), reddish egret (*E. rufescens*), cattle egret (*Bubulcus ibis*) snowy egret (*E thula*), great egret (*Casmerodius albus*), least tern, and black skimmer (*Rynchops niger*) (Martin and Lester 1990). Other wildlife that utilizes the island includes nutria (*Myocastor coypus*), raccoons (*Procyon lotor*), swamp rabbits (*Sylvilagus aquaticus*), and coyotes (*Canis latrans*). A variety of intertidal and marine organisms such as the redfish (*Sciaenops ocellatus*), speckled trout (*Cynoscion nebulosus*), flounder (*Paralichthys lethostigama*), and penaeid shrimp utilize the intertidal area as foraging, nursery, and growout areas.

22

Future Without Proposed Action – No Action Alternative. Without implementing the proposed island restoration, the quantity and quality of barrier island habitat available for fish and wildlife use would continue to diminish with shoreline erosion rates of -27.3 feet per year and land loss of 6 6 acres per year. Although the Breton Island pilot berm would moderate, to some extent, the shoreline erosion and land loss, winter storms and hurricanes would continue to accelerate the shoreline erosion and land loss of Breton Island.

Without implementation of the first phase of the proposed action, 26.2 acres of barrier island habitat would not be restored. The existing barrier island habitat would continue to be subjected to increased erosional forces and tidal scouring due to the widening and deepening of the existing overwash breaches. The existing shallow intertidal waters, that currently provide essential fish habitat, would eventually deepen and be lost due to increased tidal scouring. Hence, the quantity and quality of barrier-island habitat suitable for estuarine fish and wildlife would continue to diminish.

Without implementation of future phases of island restoration, the Breton Island system would, first, become two distinct island systems, North and West Breton Island. Within a short time, Breton Island would follow a land-loss pattern similar to nearby Gosier Island that has become little more than a shallow water reef. This land loss would be moderated, to some extent, by the Breton Island pilot berm. However, the unique and ever-decreasing barrier island habitat would eventually be lost to fish and wildlife species. The USFWS would not be able to meet their objectives for the NWR to (1) protect and preserve the wilderness character of the barrier islands, (2) provide sanctuary for nesting and wintering seabirds, or (3) provide sandy beach habitat for a variety of wildlife species.

Future With Proposed Action – Island Restoration. The first phase of island restoration -- closing the 4 overwash breaches -- would directly restore approximately 26.2 acres of North Breton Island, protect the existing interior barrier island habitat from further erosion by overwash channels, and protect about 620 acres of shallow intertidal waters that provide essential fish habitat  Hence, the first phase of the proposed island restoration would result in an increase in the quantity and quality of habitat available for use by fish and wildlife.

Implementation of future phases of the island restoration would restore Breton Island to its historic 821-acre, 1869 configuration  This increase in the overall acreage of Breton Island would provide much needed fish and wildlife habitat in an area that is experiencing rapid loss of valuable barrier island habitat and the consequential increased competition for ever decreasing resources.

Future phases of the restoration of Breton Island to its 821 acre historic configuration would provide increased protection for the almost 2 mile long, stretch of shallow intertidal waters between North and West Breton. The NMFS considers the Breton Island shallow intertidal waters essential fish habitat. Protection of this intertidal area from continued tidal scouring would provide conditions suitable for the re-establishment of seagrass beds that once inhabited the area

The 1986 North American Waterfowl Management Plan identified the preservation and maintenance of important over-wintering habitats as a key factor in preventing the further decline in the continental waterfowl population. Those migratory bird species that do not over-winter in the vicinity of the proposed action are dependent on existing barrier island habitat for resting and foraging prior to trans-gulf migration. The proposed island restoration would provide barrier island habitat suitable for use by resident and migratory seabirds and migratory waterfowl  In addition, the proposed island restoration would enable the USFWS to better meet their NWR management objectives for the area.

23

## THREATENED AND ENDANGERED SPECIES

<u>Existing Conditions</u>. Threatened and endangered species, under the jurisdiction of the U.S. Fish and Wildlife Service (USFWS), which may occur or potentially occur in the vicinity of the proposed action were determined by coordination with personnel from the Breton NWR and with Ms. Terry Rabot, the Endangered Species Coordinator at the Lafayette Field Office (personal communication on January 19, 1999). The endangered brown pelican (*Pelecanus occidentalis*), and the threatened piping plover (*Charadrius melodus*) and least tern (*Sterna antillarum*) occur or potentially occur within the vicinity of the proposed action area. There are no threatened or endangered floral species in the vicinity of the proposed action.

Threatened and endangered species, under the jurisdiction of the National Marine Fisheries Service (NMFS), which may occur or potentially occur in the vicinity of the proposed action area, were determined through coordination with Mr Eric Hawk, Protected Species Management Branch, Southeast Regional Office, St. Petersburg, Florida, (personal communication on January 26, 1999) The threatened Gulf of Mexico sturgeon (*Acipenser oxyrinchhus desotoi*) and loggerhead sea turtle (*Caretta caretta*), Kemps ridley sea turtle (*Lepidochelys kempii*), and green sea turtle (*Chelonia mydas*) occur or potentially occur within the vicinity of the proposed action.

<u>Future Without Proposed Action – No Action Alternative</u>. Without implementation of the proposed island restoration, the existing habitat on Breton Island would continue to be available for use by threatened and endangered species. However, Breton Island would continue to experience shoreline erosion rates of -27.3 feet per year and land loss of 6.6 acres per year. Although the Breton Island pilot berm would moderate, to some extent, the shoreline erosion and land loss, winter storms and hurricanes would continue to accelerate the shoreline erosion and land loss of Breton Island.

Without implementing the first phase of the proposed island restoration, the 26.2 acres of overwash breaches would not be closed Hence, the remnant island land masses and the 620 acres of shallow intertidal waters would continue to be subjected to increased tidal scouring. Consequently, the quantity and quality of barrier island habitat suitable for use by threatened and endangered species would continue to diminish.

Without implementation of future phases of island restoration, the Breton Island system would, first, become two distinct island systems, North and West Breton Island. Within a short time, Breton Island would follow a land-loss pattern similar to nearby Gosier Island that has become little more than a shallow water reef This land loss would be moderated, to some extent, by the Breton Island pilot berm However, the unique and ever-decreasing barrier island habitat would eventually be unavailable for use by threatened and endangered species. The USFWS would not be able to meet their objectives for the NWR to (1) protect and preserve the wilderness character of the barrier islands, (2) provide sanctuary for nesting and wintering seabirds, or (3) provide sandy beach habitat for a variety of wildlife species.

<u>Future With Proposed Action – Island Restoration</u> Implementation of the proposed action is not likely to adversely impact any of the threatened or endangered species which currently or potentially occur in the vicinity of the proposed action (personal communication Ms Terry Rabot, USFWS; personal communication Mr. Eric Hawk, NMFS). Rather, the proposed action would likely increase and enhance the quantity and quality of barrier island habitat available for use by threatened and endangered species

The first phase of the proposed island restoration would result in a net increase of about 26.2 acres of barrier island habitat available for use by threatened and endangered species. The island restoration would especially benefit the brown pelican (personal communication Mr. Larry

McNease, Louisiana Department of Wildlife and Fisheries (LDWF), Rockefeller Refuge, personal communication, January 19, 1999) The loss of nearby Gosier Island, one of the largest brown pelican nesting areas in Louisiana, makes restoration of Breton Island important as an alternative potential nesting site for the brown pelican. Biologists with both the LDWF and the USFWS suggest that the almost complete loss of Gosier Island attributed to Hurricane Georges, will likely increase the competition for limited available nesting area for the brown pelican. The first phase of the proposed island restoration would also protect approximately 620 acres of shallow intertidal waters, considered by the NMFS as essential fish habitat. This would provide foraging areas for the pelicans.

Gulf sturgeon would continue to be very rare in this area of Louisiana, even if recovery efforts are successful. It is unlikely that the proposed action would adversely affect the bald eagle or any endangered or threatened sea turtles that may be found in the general Breton Island area. Sea turtle mortality has been typically associated with hopper dredges, whereas the proposed action would utilize a hydraulic-cutterhead dredge for restoration of Breton Island.

Implementation of future phases of the island restoration would restore Breton Island to its historic 821-acre, 1869 configuration. This increase in the overall acreage of Breton Island would provide much habitat, especially nesting habitat for brown pelicans, in an area that is experiencing rapid loss of valuable barrier island habitat and the consequential increased competition for ever decreasing resources. In addition, future phases of the proposed island restoration would enable the USFWS and NMFS to meet their objectives for management of threatened and endangered species, under their respective jurisdictions, that utilize the proposed action area

## ESSENTIAL FISH HABITAT

<u>Existing Conditions</u>. The Magnuson-Stevens Fishery Conservation and Management Act, as amended through October 11, 1996, requires that Federal agencies must consult with NMFS regarding any action or proposed action that may adversely affect essential fish habitat. The existing shallow, intertidal waters of the back bays within the Breton Island system are considered by the NMFS as essential fish habitat (personal communication Mr. Gregory Miller, NMFS, Baton Rouge, Louisiana, on January 13, 1999). Breton Island, like the entire Chandeleur Island barrier system, is a highly productive sport fishery for redfish, speckled trout, and flounder. Numerous private and commercial sport-fishing operations utilize this rich fishery area. A variety of intertidal and estuarine/marine organisms such as the redfish, speckled trout, flounder, blue crab, and penaeid shrimp utilize the intertidal area as foraging, nursery, and growout areas.

Unconfirmed observations from the early 1990's (personal communication, Mr. Gregory Miller) indicated that the Breton Island intertidal waters contained some of the western-most extent of seagrass beds in the northern Gulf of Mexico, and the only area in Louisiana where these marine plants are found. However, review of the biological resources map F10 in the *Mississippi Deltaic Plain Ecological Atlas* (U S Dept. of the Interior 1981) did not indicate any seagrass beds located near Breton Island. The nearest seagrass beds were those intertidal seagrass beds located behind the more northern Chandeleur Islands (e.g., Curlew and Chandeleur Islands) Recent boat and aerial surveys of the Breton Island area in February 1999, also were not able to locate any seagrass beds in the shallow intertidal waters of the island.

Hurricane Georges swept away all lands between North Breton Island and West Breton Island The 620 acres of existing shallow intertidal waters near North Breton Island is now directly influenced by the extensive series of washover breaches and deep channels caused by the

25

hurricane. The impacts of Hurricane Georges has made this area continuous with the Gulf of Mexico and resulted in a loss of protection for this essential fish habitat.

<u>No Action Alternative -- Future Without Proposed Action</u>. Without implementation of the proposed island restoration, Breton Island would continue to experience shoreline erosion rates of -27 3 feet per year and land loss of 6 6 acres per year. Although the Breton Island pilot berm would moderate, to some extent, the shoreline erosion and land loss, winter storms and hurricanes would continue to accelerate the shoreline erosion and land loss of Breton Island. The existing essential fish habitat --located in the shallow, intertidal waters of the back bay area of Breton Island-- would consequently be lost due to a lack of protection the island provides from tidal scouring.

Without implementing the first phase of the proposed island restoration, closing the 4 overwash breaches on North Breton Island, the 26.2 acres of overwash breaches would not be closed and would continue to widen and increase tidal scouring. Consequently, the quantity and quality of the 620 acres of essential fish habitat would continue to diminish.

Without implementation of future phases of the proposed island restoration, it is likely that the shallow intertidal waters in the Breton Island system, would rapidly become an extension of the deeper waters of the Gulf of Mexico and Breton Sound. Hence, the existing essential fish habitat within the almost 2 mile long stretch of shallow, intertidal waters between North and West Breton Island would eventually be lost to increased tidal scouring. Such conditions would prove unsuitable for the future re-establishment of seagrass beds that once inhabited the area.

Without implementation of future phases of island restoration, the Breton Island system would, first, become two distinct island systems, North and West Breton Island. Within a short time, Breton Island would follow a land-loss pattern similar to nearby Gosier Island that has become little more than a shallow water reef. This land loss would be moderated, to some extent, by the Breton Island pilot berm  However, the unique and ever-decreasing essential fish habitat would eventually be lost to increased tidal scouring. Consequently, the NMFS would not be able to meet their objectives for protecting essential fish habitat.

In addition to the specific loss of Breton Island's essential fish habitat, there continues to be a general loss of essential fish habitat throughout the entire Chandeleur Islands barrier system. Furthermore, the cumulative impacts of the losses of essential fish habitat directly associated with Breton Island must be considered in conjunction with the indirect loss of essential fish habitat attributed to coast-wide land losses throughout Louisiana. The loss of essential fish habitat throughout the Chandeleur Islands barrier system would force increased competition for available essential fish habitat that is rapidly decreasing coastwide.

<u>Future With Proposed Action – Island Restoration</u>. Implementation of first phase of the proposed island restoration would close 4 overwash breaches creating approximately 26.2 acres of barrier-island habitat. Closure of these overwash breaches would protect approximately 620 acres of shallow intertidal waters, considered essential fish habitat by the NMFS, from being lost to increased tidal scouring.

Implementation of future phases of the proposed island restoration, would protect and enhance the existing essential fish habitat located within the almost 2-mile long stretch of shallow, intertidal waters between North and West Breton Island. In addition, the proposed island restoration would moderate existing conditions to that more suitable for the future re-establishment of seagrass beds that once inhabited the area.

26

Future phases of the proposed island restoration would moderate, to some extent, the loss of essential fish habitat that is currently being experienced throughout the entire Chandeleur Islands barrier system. Hence, there would be a reduction in the competition for available essential fish habitat would be reduced.

## CULTURAL RESOURCES

Breton Island, located off the coast of Louisiana in the heart of Breton Sound, is part of a chain of barrier islands known collectively as Chandeleur Islands. In the French and Spanish colonial periods, many ships steered near Breton Island on their way to the mouth of the Mississippi River. Located at the southern end of the bow-shaped Chandeleur Island chain, this island was considered strategically significant as a mooring place for ships, if not for human settlement. The natural environmental conditions on and around the island did not allow for any long-term settlement. The frequent and violent hurricanes that occurred altered the shapes of these barrier islands as well as the shoreline. Only the larger islands could support a somewhat more sedentary settlement. One early description of these barrier islands was made by Antonine Simon du Pratz in 1718. Du Pratz stated that the islands were so flat that he could barely distinguish them when his ship was as close as one league away (Du Pratz 1774:13)

In the early American period, the British stationed their ships off the coast of the island as they prepared for the assault on New Orleans in the War of 1812. For the most part however, the island was not viewed as a suitable place for settlement throughout the 1800's. There are only a few historical descriptions for Breton Island. Colonel Samuel Lockett, an engineering professor at Louisiana State Seminary at Pineville, Louisiana, provided this description in 1869 when he was conducting a topographical survey of the state, which included Breton Island. Breton Island, he wrote "was crooked and low with a general direction of northeast and southwest and about 11 miles long" (Lockett 1969:127).

Not much is known about habitation, if any, on the island. We do know that in 1915, several families and a school were located on the island. In the same year, a hurricane approached the island and the settlement had to be evacuated. The hurricane destroyed the small settlement and as a result it was never rebuilt. In the prohibition period of the early 1920's, rumrunners would anchor near the island, since it lay near the 3-mile limit and was outside the jurisdiction of the American Coast Guard cutters. Interestingly, today's drug runners have been known to use the island for a similar purpose. In 1985, one of these drug boats was deliberately sunk by the drug smugglers just offshore of Breton. The only structure standing today on the island is from a now abandoned oil facility owned by Kerr-McGee, Inc. on North Breton. This small island played a minor, yet not insignificant role in the maritime history of this portion of the Gulf of Mexico.

In order to preserve a portion of this barrier-island habitat, a portion of Breton Island was designated a National Wildlife Refuge (NWR) in 1904. This refuge is the second oldest refuge in the NWR System. Breton Island, as well as the other barrier islands in the Chandeleur chain, have been subjected to numerous tropical storms, as well as wind and tidal action which have caused major changes to the size and shape of Breton Island. These environmental factors not only influenced land use of the island but also are a factor in determining the probability of the presence of significant cultural resources.

A terrestrial cultural resources survey has never been conducted for Breton Island. A submerged cultural resources survey was conducted in 1992 of an offshore disposal area which was to serve as a feeder berm to provide sediment to the island (Irion et al. 1992). This disposal area was located approximately a half mile to 3 miles east of the island. Historical research was

NOP-019-000000458

conducted for this study on the Breton Island area. The historical research conducted for this area indicates that it is unlikely to contain cultural resources. The submerged cultural resources database at the Corps of Engineers indicates that two shipwrecks were reported for the Breton Island area, both of these are located on the Western section of the island outside the proposed action area. Little is known of the two wrecks identified as 00020 and 01177 except that they appear to be more recent wrecks. The first vessel (00020) was recorded based on a 1986 USCG map. The second vessel known as the Fidget sprung a leak and was abandoned on October 7, 1923. Both of these vessels, if still intact, would be deeply buried by the shifting sand deposits around the island.

The natural environmental factors are important in determining the probability of encountering intact cultural resources on the island. Since early colonial times, numerous hurricanes have hit the island. These storms drastically altered the landscape as well as repositioning the location of the island as indicated on Figure 4. Hurricanes Opal (1995) and more recently Hurricane Georges (1998) hit the island with such force that very little of its land surface remains today. The shoreline on Breton Island is eroding at a rate of -27.3 feet per year and land loss of 6.6 acres per year (BUMP 1997). The island has decreased in size from 820.4 acres to only 179.9 acres (or 78%) between 1869 and 1996 (BUMP 1997).

There is a natural geologic process of longshore movement at the island, which has caused sediment transport. Normal wave action, washover events and hurricane impact are driving the islands westward and gradually reducing their subaerial extent (Ritchie *et al*, 1992:2). The land surface is being redistributed in the form of beaches and dunes. Breton Island has migrated approximately 1 km in a westerly direction with only the south end still occupying its original 1869 position (see Figure 4). The amount of bare sand stretching inland suggests a considerable level of washover activity and sand movement (Ritchie *et al.*, 1992:86)

The historical research in conjunction with this geomorphologic data and the location of the proposed action area were used to make the recommendation not to conduct an intensive cultural survey of what is left of the island. It is highly unlikely that any intact cultural resources exist given the dynamic nature of the land surface. A field inspection of the area was conducted in February 1999. No evidence of cultural resources was encountered. No further cultural resources investigation is recommended. Given the emergency nature of this dredging and the proposed action, this document will serve as the USACE, New Orleans District's letter of recommendation to the Louisiana State Historic Preservation Office (SHPO) for their review. The proposed action will not proceed without SHPO concurrence.

## RECREATION RESOURCES

<u>Existing Conditions</u>. Breton Island is accessible only by boat or seaplane. Prior to Hurricane Georges, opportunities for public recreational activities centered around boat fishing. Along the perimeter of the island, beach surf fishing and island primitive camping were popular activities. Nature photography and bird watching were also popular activities for those visiting the island. The island is one of four major wintering grounds of migratory redhead ducks. The once productive sea grass beds served as nursery areas for fish and shellfish such as shrimp and crabs while providing a source of food for ducks. Fishermen are drawn to these grass beds for their attraction of larger fish. To avoid visitor disturbance of nesting seabird colonies, each colony is posted as a closed area during the nesting season. Approximately five percent of the islands were used by nesting birds. Visitor use prior to the 1998 hurricane is confined to the spring, and early fall months, with approximately 2,500 visits per year. Conditions existing now are greatly degraded. Most of the island has washed away, and all the sea grass beds are gone.

NOP-019-000000459

Recreational visitation on the island and fishing along the shoreline has experienced a decline in quality.

No Action Alternative -- Future Without Proposed Action. Without implementation of the proposed island restoration, continued shoreline erosion rates of -27.3 feet per year and land loss of 6.6 acres per year (BUMP 1997), along with periodic winter storms and hurricanes would continue to erode the island until it is completely gone. Although the Breton Island pilot berm would moderate, to some extent, the shoreline erosion and land loss, winter storms and hurricanes would continue to accelerate the shoreline erosion and land loss of Breton Island. With newly created open water areas where the island once stood, the island estuary conditions would be lost. Fishing success associated with the shallow water estuary conditions, and land based recreational activities that occurred on Breton Island would eventually be lost forever.

Future With Proposed Action – Island Restoration. With implementation of the proposed action, Breton Island would be restored to its historic configuration and elevation profile. Restoration of the barrier island habitat would begin the process of returning the recreation visitor days to Breton Island that have been lost. Volunteer vegetation would become established, through seeds carried in bird droppings. Island restoration would slowly return the estuarine qualities to the edges of the island. The sport fishing success associated with shallow-water estuaries and intertidal areas would begin to re-establish. Land-based recreation including primitive camping, picnicking, bird watching, nature photography, etc., would slowly return. Future storms will continue to impact the island as others have in the past, causing erosion and loss of land. Continued maintenance of the island will be necessary to ensure its status as a wildlife refuge and a recreation destination.

## MITIGATION

No mitigation is required as a result of implementation of the proposed action because of the minimal associated adverse environmental impacts.

## COMPLIANCE WITH REGULATIONS

The status of compliance with applicable Federal, state, and other laws and regulations is presented in Table 3.

## COORDINATION

The following agencies and other interested parties have received a copy of this Environmental Assessment and an unsigned Finding of No Significant Impacts (FONSI).

U.S. Department of Agriculture, Natural Resources Conservation Service, State Conservationist
U.S. Department of Commerce, National Marine Fisheries Service
U.S. Department of the Interior, Fish and Wildlife Service
U.S. Department of Transportation, Coast Guard
U.S. Environmental Protection Agency, Region VI
Advisory Council on Historic Preservation
Louisiana Department of Environmental Quality
Louisiana Department of Natural Resources, Coastal Resources Program

NOP-019-000000460

TABLE 3.  ENVIRONMENTAL COMPLIANCE

| LEGISLATION | COMPLIANCE[1] |
|---|---|
| **Federal Policies** | |
| Abandoned Shipwreck Act of 1988 | Partial |
| Archeological and Historic Act of 1974 | Partial |
| Bald Eagle Act | Partial |
| Clean Air Act, as amended | Partial[2] |
| Clean Water Act of 1977, as amended | Partial |
| Coastal Zone Management Act, as amended | Partial |
| Coastal Barrier Improvement Act of 1990 | Partial |
| Endangered Species Act of 1973, as amended | Partial |
| Estuary Protection Act | Partial |
| Farmland Protection Policy Act | Partial |
| Federal Water Project Recreation Act, as amended | Partial |
| Fish and Wildlife Coordination Act, as amended | Partial |
| Floodplain Management (Executive Order 11988) | Partial |
| Food Security Act of 1985 | Not Applicable |
| Land & Water Conservation Fund Act of 1965, as amended | Partial |
| Magnuson-Stevens Fishery Conservation & Management Act 1996, as amended | Partial |
| Marine Protection, Research, and Sanctuaries Act of 1972 | Partial |
| National Environmental Policy Act of 1969, as amended | Partial |
| National Historic Preservation Act of 1966, as amended | Partial |
| Prime and Unique Farmlands, 1980 CEQ Memorandum | Not Applicable |
| Protection and Enhancement of the Cultural Environment, 1971 (Executive Order 11593) | Partial |
| Protection of Wetlands (Executive Order 11990) | Partial |
| River and Harbor and Flood Control Act of 1970 | Partial |
| Water Resources Development Acts of 1976 and 1990 | Partial |
| Wild and Scenic River Act, as amended | Not Applicable |
| **State Policies** | |
| Air Control Act | Partial |
| Archeological Treasury Act of 1974, as revised | Partial |
| Louisiana Coastal Resources Program | Partial[3] |
| Louisiana Natural and Scenic Rivers System Act | Not Applicable |
| Protection of Cypress Trees | Not Applicable |
| Water Control Act | Partial |

1 Full compliance with the above laws and regulations will be achieved upon completion of a Section 404(b)(1) evaluation, receipt of a state water quality certificate, concurrence by the State of Louisiana with a Consistency Determination, review of the EA by appropriate agencies and individuals, circulation of a public notice, and the signing of the Finding of No Significant Impact (FONSI).

2 An applicability determination of direct and indirect total air emissions resulting from proposed construction would not exceed the threshold limit (50 tons per year in serious non-attainment parishes) applicable to volatile organic compounds (VOC) and are therefore classified as *de minimus* and no further action is required.

3 The proposed action is considered by the U S Army Corps of Engineers, New Orleans District, to be consistent to the maximum extent practicable with the Louisiana Coastal Resources Management Program. A Consistency Determination has been sent to the Department of Natural Resources for their concurrence.

30

Louisiana Department of Wildlife and Fisheries
Louisiana State Historic Preservation Officer
Louisiana Department of Transportation and Development

This Environmental Assessment and an unsigned FONSI have been distributed to Federal, Congressional, state, and local interests, as well as other interested parties. A copy of the mailing list is available upon request. A Coastal Zone Management Consistency Determination has been prepared. A Section 404(b)(1) Evaluation has been written; a Public Notice has been circulated to interested parties, and application for a State of Louisiana Water Quality Certificate has been made. Obligations under the Farmland Protection Policy Act have been addressed.

## PREPARERS

This Environmental Assessment was prepared by: Ms. Joan M. Exnicios, cultural resources; Mr. Louis D. Britsch, geology; and Mr. Stephen F. Finnegan, recreational resources; Dr. William P. Klein, Jr., coordinated and prepared the remainder of this document.

## CONCLUSION

The USACE, New Orleans District has assessed the environmental impacts of the proposed action and has determined that the proposed action would have no significant adverse impacts on barrier island resources, fish and wildlife resources, threatened and endangered species, essential fish habitat, cultural or recreation resources. Based upon information provided within this EA, the proposed action would be attained with short-term and minimal negative impacts and would result in positive environmental benefits to the significant resources analyzed herein.

## REFERENCES

Bahr, L.M., Jr., R. Costanza, J.W. Day, Jr., S.E. Bayley, C. Neill, S.G. Leibowitz, J. Fruci. 1983. Ecological characterization of the Mississippi Deltaic Plain Region: a narrative with management recommendations. U.S. Fish and Wildlife Service, Divisison of Biological Services, Washington, D.C. FWS/OBS-82/69. 189pp.

Crutcher, H. L, and R. G. Quayle. 1974. Mariner's worldwide climatic guide to tropical storms at sea. NAVAIR 50-IC-61. Commander, Naval Weather Service Command, Washington, DC.

Du Pratz, M Le Page. 1774. The History of Louisiana, or of Virginia and Carolina. T. Beckett, London.

Frazier, D. E. 1967. "Recent Deltaic Deposits of the Mississippi River: Their Development and Chronology," Transactions Gulf Coast Association Geological Society, Vol. XVII, pp 287-315.

Gosselink, J.G. 1984. The ecology of delta marshes of coastal Louisiana: a community profile. U.S. Fish Wildl. Serv. FWS/OBS-84/09. 134 pp.

Irion, Jack, Peter Morrison, Paul Heinrich, and Danton Kostandarithes. 1993. Remote Sensing Survey of Mississippi River Gulf Outlet, Breton Sound Disposal Area, Plaquemines Parish, Louisiana. Report submitted to the U. S. Army Corps of Engineers, New Orleans District.

NOP-019-000000462

Lockett, Samuel H.1969. Louisiana As It Is. Louisiana State University Press, Baton Rouge.

Ritchie, W., K.A. Westphal, R.A. McBride, and S. Penland.1992. The Coastal Sand Dunes of Louisiana An Inventory: The Chandeleur Islands Barrier System. Louisiana Geological Survey Technical Report No. 7, Baton Rouge, LA. 174pp.

U.S. Army Corps of Engineers. 1976. Final Environmental Impact Statement Final Composite Environmental Statement for Operation and Maintenance Work on Three Navigation Projects in the Lake Borgne Vicinity, Louisiana: The Mississippi River-Gulf Outlet Bayous La Loutre, St. Malo, and Yscloskey, Bayou Dupre. U.S. Army Corps of Engineers, New Orleans District, New Orleans, Louisiana.

U.S. Environmental Protection Agency and U.S. Army Corps of Engineers. 1989. Final Environmental Impact Statement for Mississippi River-Gulf Outlet Ocean Dredged Material Disposal Site Designation Plaquemines Parish, Louisiana. U.S. Environmental Protection Agency, Region VI, Dallas, Texas, and U.S. Army Corps of Engineers, New Orleans District, New Orleans, Louisiana.

U.S. Army Corps of Engineers, New Orleans District and Louisiana State University Coastal Studies Institute. 1997. Beneficial Use of Dredged Material Monitoring Program, 1996 Annual Report. Part 4: Results of Monitoring the Beneficial Use of Dredged material at MR-GO - Breton Island. U.S. Army Corps of Engineers, New Orleans District and Louisiana State University Coastal Studies Institute.

U.S. Department of the Interior. 1981. Mississippi Deltaic Plain Region, Ecological Atlas, Map F10 Biological Resources. Bureau of Land Management, Fish and Wildlife Service, U.S. Department of the Interior. FWS/OBS-81/16.

U S  Department of the Interior. 1981. Mississippi Deltaic Plain Region, Ecological Atlas, Map F9 Biological Resources. Bureau of Land Management, Fish and Wildlife Service, U.S. Department of the Interior. FWS/OBS-81/16.

Wells, J. T., R. L. Crout, and G. P. Kemp. 1981. An assessment of coastal processes, dredged-sediment transport, and biological effects of dredging, coast of Louisiana. Louisiana State University, Baton Rouge, LA Sea Grant Publication No. LSU-T-81-001.

Windom, H. L. 1975. Water quality aspects of dredging and dredge spoil disposal in estuarine environments. Pages 559-571 in L. E. Cronin, ed. Estuarine Research. Vol. 2: Geology and Engineering. Academic Press, Inc., New York, NY.

Wright, T. D. 1978. Aquatic dredged material disposal impacts. Dredged Material Research Program Technical Report DS-78-1. United States Army Corps of Engineers, Waterways Experiment Station, Vicksburg, MS. 57pp.

NOP-019-000000463