Volume 2

# 1970 Annual Report of the Chief of Engineers on Civil Works Activities

Department of the Army
Corps of Engineers

Library, ACoE
Humphreys Engineering Center
Alexandria, VA

TABLE 11-A (Continued)    COST AND FINANCIAL STATEMENT

| Section ext | Project | Funding | FY67 | FY68 | FY69 | FY70 | Total to June 30, 1970 |
|---|---|---|---|---|---|---|---|
| | Calcasieu River salt-water barrier, La. | New Work Approp. Cost | $1,865,000 1,616,625 | $134,000 379,171 | $−25,000 388 | $740 1,675 | $4,022,740 4,022,740 |
| | Freshwater Bayou, La. | New Work Approp. Cost | 1,610,000 1,710,294 | 2,525,000 2,275,604 | 131,000 383,681 | 55,224 63,807 | 7,116,224[11] 7,116,224[11] |
| | | Maint. Approp. Cost | — — | 11,100 11,064 | 146,500 145,445 | 347,600 174,066 | 505,200 330,575 |
| | Gulf Intracoastal Waterway between Apalachee Bay, Fla., & Mexican Border (N.O. Dist.) | New Work Approp. Cost | — — | — — | 25,000[12] 24,549[12] | 70,000 47,712 | 62,649,525[13,14,15] 62,626,786[13,14,15] |
| | | Maint. Approp. Cost | 2,384,223 2,309,743 | 2,619,850 2,629,657 | 2,980,500 3,060,107 | 2,882,000 2,702,998 | 53,794,137[16] 53,555,960[16] |
| | Houma navigation canal, La. | Maint. Approp. Cost | 95,634 96,286 | 275,000 218,843 | 305,000 231,019 | 132,500 97,140 | 1,335,634 1,170,136 |
| | Mermentau River, Bayou Nezpique and Bayou Des Cannes, La. | New Work Approp. Cost | 85,000 35,095 | 122,000 106,072 | −1,000 26,934 | — 11,941 | 263,555[17] 237,596[17] |
| | | Maint. Approp. Cost | — — | — — | — — | — — | 114,519[18] 114,519[18] |
| 7. | Mermentau River, La. | New Work Approp. Cost | — — | — — | — — | — — | 4,631,910[19] 4,631,910[19] |
| | | Maint. Approp. Cost | 122,700 124,234 | 127,500 123,788 | 288,000 225,503 | 315,600 256,818 | 3,374,162[20] 3,247,592[20] |
| 8. | Mississippi River, Baton Rouge to the Gulf of Mexico, La. | New Work Approp. Cost | — — | — — | — — | — — | 34,916,997[21] 34,916,997[21] |
| | | Maint. Approp. Cost | 3,106,000 2,937,513 | 3,890,000 3,980,649 | 4,415,000 4,612,437 | 6,325,000 5,529,459 | 84,265,558[22] 83,464,976[22] |
| 19. | Mississippi River-Gulf Outlet, La. (Regular Funds) | New Work Approp. Cost | 2,267,000 2,809,492 | 1,500,000 889,790 | 463,000 1,105,677 | 800,000 332,245 | 62,996,000 62,510,112 |
| | | Maint. Approp. Cost | 4,837,898 4,876,396 | 1,374,000 1,097,315 | 1,770,500 1,630,002 | 8,813,988 6,864,697 | 19,857,286 17,465,393 |
| | (Contrib. Funds) | New Work Contrib. Cost | — — | — — | — — | — 47,248 | 682,977[23] 682,977 |
| 20. | Mississippi River-Gulf Outlet, Michoud Canal, La. | New Work Approp. Cost | — — | — — | — — | 15,000 10,891 | 15,000 10,891 |
| 21. | Overton-Red River Waterway, La. | New Work Approp. Cost | 64,000 42,717 | 253,000 36,024 | 743,000 481,612 | 200,000 146,230 | 1,737,522 1,172,311 |
| 22. | Petit Anse, Tigre, and Carlin Bayous, La. | New Work Approp. Cost | — — | — — | — — | — — | 392,247[24] 392,247[24] |
| | | Maint. Approp. Cost | — — | — — | 140,000 14,814 | 107,643 232,829 | 565,053 565,053 |

# Volume Two

# 1971 ANNUAL REPORT
# CHIEF OF ENGINEERS
# FOR CIVIL WORKS ACTIVITIES

DEPARTMENT OF THE ARMY—CORPS OF ENGINEERS

Library, ACoE
Humphreys Engineering Center
Alexandria, VA

TABLE 11-A (Cont'd)　　　　　　　　　COST AND FINANCIAL STATEMENT

| See Section in Text | Project | Funding | FY68 | FY69 | FY70 | FY71 | Total to June 30, 1971 |
|---|---|---|---|---|---|---|---|
| 13. | Cypress Bayou and Waterway between Jefferson, Tex., and Shreveport, La. | New Work Approp. | $ — | $ — | $ — | $ — | $ 202,817 |
| | | Cost | — | — | — | — | 202,817 |
| | | Maint. Approp. | — | — | — | 12,043 | 452,611[13] |
| | | Cost | — | — | — | 12,043 | 452,611[13] |
| 14. | Freshwater Bayou, La. | New Work Approp. | 2,525,000 | 131,000 | 55,224 | — | 7,116,224[14] |
| | | Cost | 2,275,604 | 383,681 | 63,807 | — | 7,116,224[14] |
| | | Maint. Approp. | 11,100 | 146,500 | 347,600 | 412,500 | 917,700 |
| | | Cost | 11,064 | 145,445 | 174,066 | 585,578 | 916,153 |
| 15. | Gulf Intracoastal Waterway between Apalachee Bay, Fla., & Mexican Border (N. O. Dist.) | New Work Approp. | — | 25,000[15] | 70,000[15] | 100,000[15] | 62,749,525[16,17,18] |
| | | Cost | — | 24,549[15] | 47,712[15] | 61,377[15] | 62,688,163[16,17,18] |
| | | Maint. Approp. | 2,619,850 | 2,980,500 | 2,882,000 | 3,360,000 | 57,154,137[19] |
| | | Cost | 2,629,657 | 3,060,107 | 2,702,998 | 3,346,848 | 56,902,808[19] |
| 16. | Houma navigation canal, La. | Maint. Approp. | 275,000 | 305,000 | 132,500 | 520,000 | 1,855,634 |
| | | Cost | 218,843 | 231,019 | 97,140 | 677,539 | 1,847,675 |
| 17. | Little Caillou Bayou, La. | New Work Approp. | — | — | — | — | 77,761 |
| | | Cost | — | — | — | — | 77,761 |
| | | Maint. Approp. | 750 | — | −12 | 50,000 | 291,186 |
| | | Cost | 25 | 713 | — | 29,564 | 270,750 |
| 18. | Mermentau River, Bayou Nezpique, and Bayou Des Cannes, La. | New Work Approp. | 122,000 | −1,000 | — | — | 263,555[20] |
| | | Cost | 106,072 | 26,934 | 11,941 | 5,632 | 243,229[20] |
| | | Maint. Approp. | — | — | — | — | 114,519[21] |
| | | Cost | — | — | — | — | 114,519[21] |
| 19. | Mermentau River, La. | New Work Approp. | — | — | — | — | 4,631,910[22] |
| | | Cost | — | — | — | — | 4,631,910[22] |
| | | Maint. Approp. | 127,500 | 288,000 | 315,600 | 905,000 | 4,279,162[23] |
| | | Cost | 123,788 | 225,503 | 256,818 | 1,016,544 | 4,264,136[23] |
| 20. | Mississippi River, Baton Rouge to the Gulf of Mexico, La. | New Work Approp. | — | — | — | — | 34,916,997[24] |
| | | Cost | — | — | — | — | 34,916,997[24] |
| | | Maint. Approp. | 3,890,000 | 4,415,000 | 6,325,000 | 4,626,100 | 88,891,658[25] |
| | | Cost | 3,980,649 | 4,612,437 | 5,529,459 | 5,170,569 | 88,635,545[25] |
| 21. | Mississippi River— Gulf Outlet, La. (Regular Funds) | New Work Approp. | 1,500,000 | 463,000 | 800,000 | 1,800,000 | 64,796,000 |
| | | Cost | 889,790 | 1,105,677 | 332,245 | 1,810,928 | 64,321,040 |
| | | Maint. Approp. | 1,374,000 | 1,770,500 | 8,813,988 | 1,875,500 | 21,732,786 |
| | | Cost | 1,097,315 | 1,630,002 | 6,864,697 | 4,242,282 | 21,707,675 |
| | (Contrib. Funds) | New Work Contrib. | — | — | — | — | 682,977[26] |
| | | Cost | — | — | 47,248 | — | 682,977[26] |
| 22. | Mississippi River— Gulf Outlet, Michoud Canal, La. | New Work Approp. | — | — | 15,000 | 35,000 | 50,000 |
| | | Cost | — | — | 10,891 | 26,169 | 37,060 |

# 1972 ANNUAL REPORT CHIEF OF ENGINEERS ON CIVIL WORKS ACTIVITIES

## VOLUME II

Department of the Army
Corps of Engineers

Library, ACoE
Humphreys Engineering Center
Alexandria, VA

TABLE 11-A (Continued)     COST AND FINANCIAL STATEMENT

| See Section in Text | Project | Funding | FY 69 | FY 70 | FY 71 | FY 72 | Total to June 30, 1972 |
|---|---|---|---|---|---|---|---|
| 12. | Calcasieu River and Pass, La. | New Work Approp. | 189,500 | −4,214 | — | — | 27,807,310[11] |
|  |  | Cost | 176,367 | 12,036 | — | — | 27,807,310[11] |
|  |  | Maint. Approp. | 2,347,700 | 2,020,600 | 2,074,758 | 3,950,100 | 19,446,469[12] |
|  |  | Cost | 1,128,384 | 3,101,778 | 2,209,578 | 2,538,032 | 18,030,589[12] |
| 13. | Calcasieu River salt-water barrier, La. | New Work Approp. | −25,000 | 740 | — | 227,000 | 4,249,740 |
|  |  | Cost | 388 | 1,675 | — | 37,079 | 4,059,819 |
| 14. | Chefuncte River and Bogue Falia, La. | New Work Approp. | — | — | — | — | 58,342[13] |
|  |  | Cost | — | — | — | — | 58,342[13] |
|  |  | Maint. Approp. | — | — | 65,000 | −25,021 | 192,011 |
|  |  | Cost | — | — | 8,868 | 31,111 | 192,011 |
| 15. | Freshwater Bayou, La. | New Work Approp. | 131,000 | 55,224 | — | — | 7,116,224[14] |
|  |  | Cost | 383,681 | 63,807 | — | — | 7,116,224[14] |
|  |  | Maint. Approp. | 146,500 | 347,600 | 412,500 | 534,950 | 1,452,650 |
|  |  | Cost | 145,445 | 174,066 | 585,578 | 294,744 | 1,210,897 |
| 16. | Gulf Intracoastal Waterway between Apalachee Bay, Fla., & Mexican Border (N. O. Dist.) | New Work Approp. | 25,000[15] | 70,000[15] | 100,000[15] | 84,400[15] | 62,833,925[16,17,18] |
|  |  | Cost | 24,549[15] | 47,712[15] | 61,377[15] | 24,905[15] | 62,713,068[16,17,18] |
|  |  | Maint. Approp. | 2,980,500 | 2,882,000 | 3,360,000 | 4,165,019[19] | 61,319,156[21] |
|  |  | Cost | 3,060,107 | 2,702,998 | 3,346,848 | 3,679,687[20] | 60,582,496[21] |
| 17. | Houma Navigation Canal, La. | Maint. Approp. | 305,000 | 132,500 | 520,000 | 552,900 | 2,408,534 |
|  |  | Cost | 231,019 | 97,140 | 677,539 | 298,052 | 2,145,727 |
| 18. | Little Caillou Bayou, La. | New Work Approp. | — | — | — | — | 77,761 |
|  |  | Cost | — | — | — | — | 77,761 |
|  |  | Maint. Approp. | — | −12 | 50,000 | 478,400 | 769,586 |
|  |  | Cost | 713 | — | 29,564 | 171,520 | 442,270 |
| 19. | Mermentau River, Bayou Nezpique, and Bayou Des Cannes, La. | New Work Approp. | −1,000 | — | — | 1,993,000 | 2,256,555[22] |
|  |  | Cost | 26,934 | 11,941 | 5,632 | 88,707 | 331,936[22] |
|  |  | Maint. Approp. | — | — | — | — | 114,519[23] |
|  |  | Cost | — | — | — | — | 114,519[23] |
| 20. | Mermentau River, La. | New Work Approp. | — | — | — | — | 4,631,910[24] |
|  |  | Cost | — | — | — | — | 4,631,910[24] |
|  |  | Maint. Approp. | 288,000 | 315,600 | 905,000 | 479,200 | 4,758,362[25] |
|  |  | Cost | 225,503 | 256,818 | 1,016,544 | 421,647 | 4,685,783[25] |
| 21. | Mississippi River, Baton Rouge to the Gulf of Mexico, La. | New Work Approp. | — | — | — | — | 34,916,997[26] |
|  |  | Cost | — | — | — | — | 34,916,997[26] |
|  |  | Maint. Approp. | 4,415,000 | 6,325,000 | 4,626,100 | 6,287,300[27] | 95,178,958[29] |
|  |  | Cost | 4,612,437 | 5,529,459 | 5,170,569 | 5,733,180[28] | 94,368,725[29] |
| 22. | Mississippi River—Gulf Outlet, La. (Regular Funds) | New Work Approp. | 463,000 | 800,000 | 1,800,000 | 794,000 | 65,590,000 |
|  |  | Cost | 1,105,677 | 332,245 | 1,810,928 | 977,891 | 65,298,931 |
|  |  | Maint. Approp. | 1,770,500 | 8,813,988 | 1,875,500 | 2,826,803 | 24,559,589 |
|  |  | Cost | 1,630,002 | 6,864,697 | 4,242,282 | 1,855,696 | 23,563,371 |



# 1974 Annual Report of the Chief of Engineers on Civil Works Activities

## volume II

Department of the Army/Corps of Engineers

Library, ACoE
Humphreys Engineering Center
Alexandria, VA

TABLE 11-A (Continued)         COST AND FINANCIAL STATEMENT

| See Section in Text | Project | Funding | FY 71 | FY 72 | FY 73 | FY 74 | Total Cost to Jun. 30, 1974 |
|---|---|---|---|---|---|---|---|
| 12. | Freshwater Bayou, La. | New Work Approp. | - | - | - | - | 7,116,224[13] |
|  |  | Cost | - | - | - | - | 7,116,224[13] |
|  |  | Maint. Approp. | 412,500 | 534,950 | 452,100 | 500,000 | 2,404,750 |
|  |  | Cost | 585,578 | 294,744 | 693,780 | 349,061 | 2,253,738 |
| 13. | Gulf Intracoastal Waterway between Apalachee Bay, Fla., & Mexican Border (New Orleans Dist.) | New Work Approp. | 100,000 | 84,400 | -37,000 | 200,000 | 62,996,925[14,15,16,17] |
|  |  | Cost | 61,377 | 24,905 | 46,181 | 105,524 | 62,864,773[14,15,16,17] |
|  |  | Maint. Approp. | 3,360,000 | 4,165,019 | 3,965,900 | 5,380,700 | 70,665,756[18,20] |
|  |  | Cost | 3,346,848 | 3,679,687 | 4,269,457 | 4,554,782 | 69,406,735[19,20] |
| 14. | Houma Navigation Canal, La. | Maint. Approp. | 520,000 | 552,900 | 741,700 | 1,339,500 | 4,489,734 |
|  |  | Cost | 677,539 | 298,052 | 618,063 | 1,228,544 | 3,992,334 |
| 15. | Mermentau River, Bayou Nezpique, and Bayou Des Cannes, La. | New Work Approp. | - | 1,993,000 | 1,930,000 | 700,000 | 4,886,555[21] |
|  |  | Cost | 5,632 | 88,707 | 1,175,439 | 2,027,678 | 3,535,053[21] |
|  |  | Maint. Approp. | - | - | - | - | 114,519[22] |
|  |  | Cost | - | - | - | - | 114,519[22] |
| 16. | Mermentau River, La. | New Work Approp. | - | - | - | - | 4,631,910[23] |
|  |  | Cost | - | - | - | - | 4,631,910[23] |
|  |  | Maint. Approp. | 905,000 | 479,200 | 488,100 | 711,700 | 5,958,162[24] |
|  |  | Cost | 1,016,544 | 421,647 | 521,496 | 723,634 | 5,930,913[24] |
| 17. | Mississippi River, Baton Rouge to the Gulf of Mexico, La. | New Work Approp. | - | - | - | - | 34,916,997[25] |
|  |  | Cost | - | - | - | - | 34,916,997[25] |
|  |  | Maint. Approp. | 4,626,100 | 6,287,300 | 8,683,900 | 21,957,644 | 125,820,502[26,28] |
|  |  | Cost | 5,170,569 | 5,733,180 | 8,914,014 | 21,710,647 | 124,993,386[27,28] |
| 18. | Mississippi River-Gulf Outlet, La. (Regular Funds) | New Work Approp. | 1,800,000 | 794,000 | 900,000 | 580,000 | 67,070,000 |
|  |  | Cost | 1,810,928 | 977,891 | 851,238 | 668,982 | 66,819,151 |
|  |  | Maint. Approp. | 1,875,500 | 2,826,803 | 1,809,800 | 2,534,100 | 28,903,489 |
|  |  | Cost | 4,242,282 | 1,855,696 | 2,626,817 | 1,347,034 | 27,537,222 |
|  | (Contrib. Funds) | New Work Contrib. | - | 436,000 | - | - | 1,118,977[29] |
|  |  | Cost | - | 218,318 | 217,682 | - | 1,118,977[29] |
| 19. | Mississippi River-Gulf Outlet, Michoud Canal, La. | New Work Approp. | 35,000 | 149,000 | -69,000 | 1,380,000 | 1,510,000 |
|  |  | Cost | 26,169 | 35,945 | 48,415 | 491,448 | 612,868[30] |
| 20. | Mississippi River Outlets, Venice, La. | New Work Approp. | 50,000 | 99,000 | 90,000 | 5,000 | 244,000 |
|  |  | Cost | 39,370 | 91,407 | 44,499 | 66,617 | 241,893 |
| 21. | Overton-Red River Waterway, La. | New Work Approp. | 900,000 | 1,315,000 | 1,000,000 | 720,000 | 5,672,522 |
|  |  | Cost | 1,175,063 | 1,077,163 | 1,307,729 | 765,661 | 5,497,927 |



# 1975 Annual Report of the Chief of Engineers on Civil Works Activities      Volume II

Army Corps of Engineers

Library, ACoE
Humphreys Engineering Center
Alexandria, VA

**TABLE 11-A**     COST AND FINANCIAL STATEMENT
(Continued)

| See Section in Text | Project | Funding | FY 72 | FY 73 | FY 74 | FY 75 | Total Cost to Jun. 30, 1975 |
|---|---|---|---|---|---|---|---|
| 12. | Gulf Intracoastal Waterway between Apalachee Bay, Fla., & Mexican Border (New Orleans Dist.) | New Work Approp. Cost | 84,400 24,905 | -37,000 46,181 | 200,000 105,524 | 100,000 184,331 | 63,096,925[14,15,16,17] 63,049,104[14,15,16,17] |
|  |  | Maint. Approp. Cost | 4,165,019 3,679,687 | 3,965,900 4,269,457 | 5,380,700 4,554,782 | 5,440,650 6,037,261 | 76,106,406[18,20] 75,443,996[19,20] |
| 13. | Houma Navigation Canal, La. | Maint. Approp. Cost | 552,900 298,052 | 741,700 618,063 | 1,339,500 1,228,544 | 435,000 932,384 | 4,924,734 4,924,718 |
| 14. | Mermentau River, Bayou Nezpique, and Bayou Des Cannes, La. | New Work Approp. Cost | 1,993,000 88,707 | 1,930,000 1,175,439 | 700,000 2,027,678 | 2,034,000 935,054 | 6,920,555[21] 4,470,107[21] |
|  |  | Maint. Approp. Cost | – – | – – | – – | – – | 114,519[22] 114,519[22] |
| 15. | Mermentau River, La. | New Work Approp. Cost | – – | – – | – – | – – | 4,631,910[23] 4,631,910[23] |
|  |  | Maint. Approp. Cost | 479,200 421,647 | 488,100 521,496 | 711,700 723,634 | 470,000 456,788 | 6,428,162[24] 6,387,701[24] |
| 16. | Mississippi River, Baton Rouge to the Gulf of Mexico, La. | New Work Approp. Cost | – – | – – | – – | – – | 34,916,997[25] 34,916,997[25] |
|  |  | Maint. Approp. Cost | 6,287,300 5,733,180 | 8,683,900 8,914,014 | 21,957,644 21,710,647 | 19,747,800 19,487,142 | 145,568,302[26,28] 144,480,528[27,28] |
| 17. | Mississippi River-Gulf Outlet, La. (Regular Funds) | New Work Approp. Cost | 794,000 977,891 | 900,000 851,238 | 580,000 668,982 | 1,000,000 877,651 | 68,070,000 67,696,802 |
|  |  | Maint. Approp. Cost | 2,826,803 1,855,696 | 1,809,800 2,626,817 | 2,534,100 1,347,034 | 1,940,000 3,287,071 | 30,843,489 30,824,293 |
|  | (Contrib. Funds) | New Work Contrib. Cost | 436,000 218,318 | – 217,682 | – – | – – | 1,118,977[29] 1,118,977[29] |
| 18. | Mississippi River-Gulf Outlet, Michoud Canal, La. | New Work Approp. Cost | 149,000 35,945 | -69,000 48,415 | 1,380,000 491,448 | 1,060,000 1,863,993 | 2,570,000 2,476,861[30] |
| 19. | Mississippi River Outlets, Venice, La. | New Work Approp. Cost | 99,000 91,407 | 90,000 44,499 | 5,000 66,617 | 60,000 33,762 | 304,000 275,655 |
| 20. | Overton-Red River Waterway, La. | New Work Approp. Cost | 1,315,000 1,077,163 | 1,000,000 1,307,729 | 720,000 765,661 | 1,800,000 1,545,088 | 7,472,522 7,043,015 |
| 21. | Petit Anse, Tigre & Carlin Bayous, La. | New Work Approp. Cost | – – | – – | – – | – – | 392,247[31] 392,247[31] |
|  |  | Maint. Approp. Cost | – – | – – | – – | 17,000 16,999 | 582,053 582,052 |



*Libby Dam, a multi-purpose project on the Kootenai River in Montana was dedicated August 24, 1975.*

volume II

# 1976 annual report
## of the chief of engineers on
# civil works activities

includes fiscal year 1976 and the transition quarter
(july 1, 1975 through september 30, 1976)

Prepared by the Department of the Army, Office of the Chief of Engineers, Directorate of Civil Works, Washington, D.C. 20314

Library, ACoE
Humphreys Engineering Center
Alexandria, VA

TABLE 11-A  
(Continued)

COST AND FINANCIAL STATEMENT

| See Section in Text | Project | Funding | FY 74 | FY 75 | FY 76 | T-Qtr FY 76 | Total Cost to Sep. 30, 1976 |
|---|---|---|---|---|---|---|---|
| 12. | Gulf Intracoastal Waterway between Apalachee Bay, Fla., & Mexican Border (New Orleans Dist.) | New Work Approp. Cost | 200,000 105,524 | 100,000 184,331 | - - | - - | 63,096,925[14,15,16,17] 63,049,104[14,15,16,17] |
| | | Maint. Approp. Cost | 5,380,700 4,554,782 | 5,440,650 6,037,261 | 7,302,400 6,727,453 | 1,238,340 2,096,582 | 84,647,146[18,20] 84,268,031[19,20] |
| 13. | Houma Navigation Canal, La. | Maint. Approp. Cost | 1,339,500 1,228,544 | 435,000 932,384 | 80,000 73,473 | 400,000 268,170 | 5,404,734 5,266,361 |
| 14. | Mermentau River, Bayou Nezpique, and Bayou Des Cannes, La. | New Work Approp. Cost | 700,000 2,027,678 | 2,034,000 935,054 | -160,148 202,035 | -5,925 21,641 | 6,754,482[21] 4,693,783[21] |
| | | Maint. Approp. Cost | - - | - - | - - | - - | 114,519[22] 114,519[22] |
| 15. | Mermentau River, La. | New Work Approp. Cost | - - | - - | - - | - - | 4,631,910[23] 4,631,910[23] |
| | | Maint. Approp. Cost | 711,700 723,634 | 470,000 456,788 | 495,000 415,190 | 80,000 70,203 | 7,003,162[24] 6,873,094[24] |
| 16. | Mississippi River, Baton Rouge to the Gulf of Mexico, La. | New Work Approp. Cost | - - | - - | - - | - - | 34,916,997[25] 34,916,997[25] |
| | | Maint. Approp. Cost | 21,957,644 21,710,647 | 19,747,800 19,487,142 | 15,989,000 15,338,470 | 5,780,000 6,109,247 | 167,337,302[26,28] 165,928,245[27,28] |
| 17. | Mississippi River-Gulf Outlet, La. (Regular Funds) | New Work Approp. Cost | 580,000 668,982 | 1,000,000 877,651 | 1,350,000 706,715 | 1,150,000 63,978 | 70,570,000 68,467,495 |
| | | Maint. Approp. Cost | 2,534,100 1,347,034 | 1,940,000 3,287,071 | 5,161,400 4,948,278 | 1,425,000 1,365,818 | 37,429,889 37,138,389 |
| | (Contrib. Funds) | New Work Contrib. Cost | - - | - - | - - | - - | 1,118,977[29] 1,118,977[29] |
| 18. | Mississippi River-Gulf Outlet, Michoud Canal, La. | New Work Approp. Cost | 1,380,000 491,448 | 1,060,000 1,863,993 | -70,445 22,694 | - - | 2,499,555 2,499,555[30] |
| 19. | Mississippi River Outlets, Venice, La. | New Work Approp. Cost | 5,000 66,617 | 60,000 33,762 | 500,000 126,226 | 550,000 16,985 | 1,354,000 418,866 |
| 20. | Overton-Red River Waterway, La. | New Work Approp. Cost | 720,000 765,661 | 1,800,000 1,545,088 | 1,350,000 1,644,174 | 50,000 41,261 | 8,872,522 8,728,450 |
| 21. | Petit Anse, Tigre & Carlin Bayous, La. | New Work Approp. Cost | - - | - - | - - | - - | 392,247[31] 392,247[31] |
| | | Maint. Approp. Cost | - - | 17,000 16,999 | 229,119 229,120 | - - | 811,172 811,172 |



# FY77 ANNUAL REPORT

field reports
volume 2 annual report
of the chief of engineers
on civil works activities

department of the army
office of the chief of engineers
washington, d.c. 20314



Library, ACoE
Humphreys Engineering Center
Alexandria, VA

**TABLE 11-A**  
**(Continued)**

## COST AND FINANCIAL STATEMENT

| See Section in Text | Project | Funding | FY 74 | FY 75 | FY 76 | FY 77 | Total Cost to Sep. 30, 1977 |
|---|---|---|---|---|---|---|---|
| 10. | Freshwater Bayou, La. | New Work Approp. Cost | - - | - - | - - | - - | 7,116,224[14] 7,116,224[14] |
|  |  | Maint. Approp. Cost | 500,000 349,061 | 604,000 731,422 | 525,000 527,969 | 1,320,000 1,130,404 | 4,853,750 4,643,533 |
| 11. | Gulf Intracoastal Waterway between Apalachee Bay, Fla., & Mexican Border (New Orleans Dist.) | New Work Approp. Cost | 200,000 105,524 | 100,000 184,331 | 133,000 93,491 | - 73,427 | 63,229,925[15,16,17,18] 63,216,022[15,16,17,18] |
|  |  | Maint. Approp. Cost | 5,380,700 4,554,782 | 5,440,650 6,037,261 | 8,540,740 8,824,035 | 7,640,000 5,669,009 | 92,287,146[19,21] 89,937,040[20,21] |
| 12. | Houma Navigation Canal, La. | Maint. Approp. Cost | 1,339,500 1,228,544 | 435,000 932,384 | 480,000 341,643 | 15,000 129,234 | 5,419,734 5,395,595 |
| 13. | Mermentau River, Bayou Nezpique, and Bayou Des Cannes, La. | New Work Approp. Cost | 700,000 2,027,678 | 2,034,000 935,054 | -166,073 223,676 | -194,000 504,192 | 6,560,482[22] 5,197,975[22] |
|  |  | Maint. Approp. Cost | - - | - - | - - | - - | 114,519[23] 114,519[23] |
| 14. | Mermentau River, La. | New Work Approp. Cost | - - | - - | - - | - - | 4,631,910[24] 4,631,910[24] |
|  |  | Maint. Approp. Cost | 711,700 723,634 | 470,000 456,788 | 575,000 485,393 | 1,290,000 1,229,174 | 8,293,162[25] 8,102,268[25] |
| 15. | Mississippi River, Baton Rouge to the Gulf of Mexico, La. | New Work Approp. Cost | - - | - - | - - | - - | 34,916,997[26] 34,916,997[26] |
|  |  | Maint. Approp. Cost | 21,957,644 21,710,647 | 19,747,800 19,487,142 | 21,769,000 21,447,717 | 14,745,000 15,311,436 | 182,082,302[27,29] 181,239,681[28,29] |
| 16. | Mississippi River-Gulf Outlet, La. (Regular Funds) | New Work Approp. Cost | 580,000 668,982 | 1,000,000 877,651 | 2,500,000 770,693 | -285,000 1,042,750 | 70,285,000 69,510,245 |
|  |  | Maint. Approp. Cost | 2,534,100 1,347,034 | 1,940,000 3,287,071 | 6,586,400 6,314,096 | 4,060,000 4,320,969 | 41,489,880 41,459,358 |
|  | (Contrib. Funds) | New Work Contrib. Cost | - - | - - | - - | - - | 1,118,977[30] 1,118,977[30] |
| 17. | Mississippi River Outlets, Venice, La. | New Work Approp. Cost | 5,000 66,617 | 60,000 33,762 | 1,050,000 143,211 | 3,370,000 302,040 | 4,724,000 720,906 |
| 18. | Overton-Red River Waterway, La. | New Work Approp. Cost | 720,000 765,661 | 1,800,000 1,545,088 | 1,400,000 1,685,435 | 1,891,000 1,813,549 | 10,763,522 10,541,999 |
| 19. | Red River below Fulton, Ark. | New Work Approp. Cost | - - | - - | - - | - - | 1,963,806[31] 1,963,806[31] |
|  |  | Maint. Approp. Cost | 14,000 12,094 | 10,000 8,830 | 43,881 45,775 | 11,500 12,758 | 2,147,889 2,147,538 |



# FY 1978 Annual Report

of the Chief of Engineers on Civil Works Activities

U.S. Army Corps of Engineers

VOLUME II
Field Reports

Library, ACoE
Humphreys Engineering Center
Alexandria, VA

TABLE 11-A (Continued)  COST AND FINANCIAL STATEMENT

| See Section in Text | Project | Funding | FY 75 | FY 76 | FY 77 | FY 78 | Total Cost to Sep. 30, 1978 |
|---|---|---|---|---|---|---|---|
| 11. | Freshwater Bayou, La. | New Work Approp. | – | – | – | – | 7,116,224[14] |
|  |  | Cost | – | – | – | – | 7,116,224[14] |
|  |  | Maint. Approp. | 604,000 | 525,000 | 1,320,000 | 1,655,000 | 6,508,750 |
|  |  | Cost | 731,422 | 527,969 | 1,130,404 | 1,844,493 | 6,488,026 |
| 12. | Gulf Intracoastal Waterway between Apalachee Bay, Fla., & Mexican Border (New Orleans Dist.) | New Work Approp. | 100,000 | 133,000 | – | 124,610 | 63,354,535[15,16,17,18] |
|  |  | Cost | 184,331 | 93,491 | 73,427 | 68,448 | 63,284,470[15,16,17,18] |
|  |  | Maint. Approp. | 5,440,650 | 8,540,740 | 7,640,000 | 7,715,000 | 100,002,146[19,21] |
|  |  | Cost | 6,037,261 | 8,824,035 | 5,669,009 | 9,741,813 | 99,678,853[20,21] |
| 13. | Houma Navigation Canal, La. | Maint. Approp. | 435,000 | 480,000 | 15,000 | 1,337,000 | 6,756,734 |
|  |  | Cost | 932,384 | 341,643 | 129,234 | 1,343,714 | 6,739,309 |
| 14. | Mermentau River, La. | New Work Approp. | – | – | – | – | 4,631,910[22] |
|  |  | Cost | – | – | – | – | 4,631,910[22] |
|  |  | Maint. Approp. | 470,000 | 575,000 | 1,290,000 | 666,000 | 8,959,162[23] |
|  |  | Cost | 456,788 | 485,393 | 1,229,174 | 671,115 | 8,773,383[23] |
| 15. | Mississippi River, Baton Rouge to the Gulf of Mexico, La. | New Work Approp. | – | – | – | 1,900,000 | 36,816,997[24] |
|  |  | Cost | – | – | – | 609,017 | 35,526,014[24] |
|  |  | Maint. Approp. | 19,747,800 | 21,769,000 | 14,745,000 | 21,829,762 | 203,912,064[25,27] |
|  |  | Cost | 19,487,142 | 21,447,717 | 15,311,436 | 22,192,814 | 203,432,495[26,27] |
| 16. | Mississippi River-Gulf Outlet, La. (Regular Funds) | New Work Approp. | 1,000,000 | 2,500,000 | –285,000 | 800,000 | 71,085,000 |
|  |  | Cost | 877,651 | 770,693 | 1,042,750 | 950,840 | 70,461,085 |
|  |  | Maint. Approp. | 1,940,000 | 6,586,400 | 4,060,000 | 4,453,000 | 45,942,880 |
|  |  | Cost | 3,287,071 | 6,314,096 | 4,320,969 | 4,419,158 | 45,878,516 |
|  | (Contrib. Funds) | New Work Contrib. | – | – | – | – | 1,118,977[28] |
|  |  | Cost | – | – | – | – | 1,118,977[28] |
| 17. | Mississippi River Outlets, Venice, La. | New Work Approp. | 60,000 | 1,050,000 | 3,370,000 | 4,230,000 | 8,954,000 |
|  |  | Cost | 33,762 | 143,211 | 302,040 | 4,918,214 | 5,639,120 |
| 18. | Overton-Red River Waterway, La. | New Work Approp. | 1,800,000 | 1,400,000 | 1,891,000 | 1,350,000 | 12,113,522 |
|  |  | Cost | 1,545,088 | 1,685,435 | 1,813,549 | 637,591 | 11,179,590 |
| 19. | Red River below Fulton, Ark. | New Work Approp. | – | – | – | – | 1,963,806[29] |
|  |  | Cost | – | – | – | – | 1,963,806[29] |
|  |  | Maint. Approp. | 10,000 | 43,881 | 11,500 | – | 2,147,889 |
|  |  | Cost | 8,830 | 45,775 | 12,758 | 352 | 2,147,890 |
| 20. | Red River Emergency Bank Protection | New Work Approp. | 4,480,000 | 6,605,000 | 3,700,000 | 1,970,000 | 28,458,000 |
|  |  | Cost | 6,037,588 | 8,492,373 | 3,045,002 | 2,224,233 | 26,863,390 |
|  | (Contrib. Funds) | New Work Contrib. | – | – | – | 6,500 | 6,500 |
|  |  | Cost | – | – | – | 6,500 | 6,500 |



# U.S. Army Corps of Engineers
# ANNUAL REPORT
## on Civil Works Activities of the Chief of Engineers for FY 1979, Volume II, Field Reports

Library, ACoE
Humphreys Engineering Center
Alexandria, VA

TABLE 11-A (Continued)    COST AND FINANCIAL STATEMENT

| See Section in Text | Project | Funding | FY 76 | FY 77 | FY 78 | FY 79 | Total Cost to Sep. 30, 1979 |
|---|---|---|---|---|---|---|---|
| 11. | Gulf Intracoastal Waterway between Apalachee Bay, Fla., & Mexican Border (New Orleans Dist.) | New Work Approp. Cost | 133,000 93,491 | - 73,427 | 124,610 68,448 | - - | 63,654,535 [15,16,17] 63,284,470 [15,16,17] |
| | | Maint. Approp. Cost | 8,540,740 8,824,035 | 7,640,000 5,669,009 | 7,715,000 9,741,813 | 9,125,000 7,932,967 | 109,127,146 [19,20] 107,611,820 [19,20] |
| 12. | Houma Navigation Canal, La. | Maint. Approp. Cost | 480,000 341,643 | 15,000 129,234 | 1,337,000 1,343,714 | 187,000 198,625 | 6,943,734 6,937,934 |
| 13. | Mermentau River, La. | New Work Approp. Cost | - - | - - | - - | -70,000 7,699 | 4,561,910 [21] 4,639,609 [21] |
| | | Maint. Approp. Cost | 575,000 485,393 | 1,290,000 1,229,174 | 666,000 671,115 | 568,000 577,079 | 9,527,162 [22] 9,350,462 [22] |
| 14. | Mississippi River, Baton Rouge to the Gulf of Mexico, La. | New Work Approp. Cost | - - | - - | 1,900,000 609,017 | 600,000 1,824,884 | 37,416,997 [23] 37,350,898 [23] |
| | | Maint. Approp. Cost | 21,769,000 21,447,717 | 14,745,000 15,311,436 | 21,829,762 22,192,814 | 24,220,000 23,982,648 | 228,132,064 [24,26] 227,415,143 [25,26] |
| 15. | Mississippi River-Gulf Outlet, La. (Regular Funds) | New Work Approp. Cost | 2,500,000 770,693 | -285,000 1,042,750 | 800,000 950,840 | 1,235,000 1,810,701 | 72,320,000 72,271,786 |
| | | Maint. Approp. Cost | 6,586,400 6,314,096 | 4,060,000 4,320,969 | 4,453,000 4,419,158 | 7,090,000 7,142,983 | 53,032,880 53,021,499 |
| | (Contrib. Funds) | New Work Contrib. Cost | - - | - - | - - | - - | 1,118,977 [27] 1,118,977 [27] |
| 16. | Mississippi River Outlets, Venice, La. | New Work Approp. Cost | 1,050,000 143,211 | 3,370,000 302,040 | 4,230,000 4,918,214 | 1,071,000 4,317,998 | 10,025,000 9,957,118 |
| | | Maint. Approp. Cost | - - | - - | - - | 185,000 69,814 | 185,000 69,814 |
| 17. | Overton-Red River Waterway, La. | New Work Approp. Cost | 1,400,000 1,685,435 | 1,891,000 1,813,549 | 1,350,000 637,591 | 1,320,000 2,061,382 | 13,433,522 13,240,972 |
| 18. | Petit Anse, Tigre & Carlin Bayous, La. | New Work Approp. Cost | - - | - - | - - | 50,000 29,158 | 442,247 [28] 421,405 [28] |
| | | Maint. Approp. Cost | 229,120 229,120 | - - | - - | - - | 811,172 811,172 |
| 19. | Red River Emergency Bank Protection | New Work Approp. Cost | 6,605,000 8,492,373 | 3,700,000 3,045,002 | 1,970,000 2,224,233 | 1,600,000 2,972,625 | 30,058,000 29,836,015 |
| | (Contrib. Funds) | New Work Contrib. Cost | - - | - - | 6,500 6,500 | 325 325 | 6,825 6,825 |