UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, Robinson (06-2268) | § | |
| | § | |

DEFENDANT UNITED STATES' RENEWED MOTION TO DISMISS
OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Pursuant to Rule 12(b)(1) and 12(h)(3), Fed. R. Civ. P., the United States moves to dismiss this action for lack of subject-matter jurisdiction.  In the alternative, the United States moves under Rule 56 for a summary judgment dismissing this action for lack of subject matter jurisdiction.

In support of this motion, the Court is respectfully referred to the United States'

Memorandum of Law in support of this motion, the United States' Statement of Undisputed

Facts, the Exhibits submitted herewith, and the entire record.

Respectfully Submitted,

GREGORY G. KATSAS
Assistant Attorney General

THOMAS DUPREE
Principal Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR
Assistant Director, Torts Branch

  s/ Robin D. Smith
ROBIN D. SMITH
Senior Trial Counsel
PAUL LEVINE
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4289 / (202) 616-5200 (Fax)
Attorneys for the Defendant United States

<u>CERTIFICATE OF SERVICE</u>

I certify that a true copy of Defendant United States' Renewed Motion to Dismiss or, in the Alternative, for Summary Judgment was served by ECF on all parties of record on November 20, 2008.

s/  Robin D. Smith
ROBIN D. SMITH
