# EXHIBIT 6

TC202
N46M5G8
no.1-C
1959

Property of the United States Government

18

## U. S. ARMY, CORPS OF ENGINEERS

### MISSISSIPPI RIVER - GULF OUTLET
### LOUISIANA

MR-2-10
Plate 5-8
MRGO "B" series

---

### DESIGN MEMORANDUM NO. 1-C

#### CHANNELS

MILE 0 TO MILE 36.43 (BAYOU LA LOUTRE)

MILE 0 TO MILE -9.75 (38 FT. CONTOUR)

---

PREPARED IN THE OFFICE OF THE DISTRICT ENGINEER
U. S. ARMY ENGINEER DISTRICT, NEW ORLEANS
NEW ORLEANS, LOUISIANA

November 1959

MISSISSIPPI RIVER - GULF OUTLET
LOUISIANA

DESIGN MEMORANDUM NO. 1-C

CHANNELS

MILE 0 - MILE 36.43 (BAYOU LA LOUTRE)
MILE 0 - MILE -9.75 (38 FT. CONTOUR)

GENERAL

1. Project Authorization. The Mississippi River-Gulf Outlet, La., a modification of the existing project, "Mississippi River, Baton Rouge to the Gulf of Mexico," was authorized by the River and Harbor Act 29 March 1956 (Public Law 455, 84th Congress, 2nd Session), substantially in accordance with the report of the Chief of Engineers dated 5 May 1948 printed in House Document No. 245, 82nd Congress, 1st Session.

2. Project Location. The general location of the project and its various features, situated in the southeast portion of the State of Louisiana, are as shown on Plate 1.

3. Design Memorandum Authorization. This design memorandum is prepared pursuant to paragraph 2 of letter from the Division Engineer, U. S. Army Engineer Division, Lower Mississippi Valley, dated 24 May 1946, subject: "Responsibility for Preparation of Design Memoranda and Plans and Specifications."

4. Purpose. The purpose of this design memorandum is to present pertinent information and data compiled and utilized in the design of the channel and retention dikes for that portion of the seaway canal extending from Bayou La Loutre to the -38 ft. contour in the Gulf of Mexico. The portion of the route between New Orleans and Bayou La Loutre was presented in approved Design Memoranda 1-A and 1-B.

CHANNEL AND DIKES

5. Channel.

a. General. The general location of the proposed channel is shown on Plate 1. Details of the channel below Bayou La Loutre, the segment considered in this design memorandum, are presented on Plates 3 through 14, "Plan, Profile and Soil Borings." The channel will have theoretical side slopes of 1 on 2 and have a bottom width of 500 feet from Bayou La Loutre to the Gulf and a bottom width of 600 ft. in the Gulf. The authorized channel depth is 36 ft. below mlg; however, an additional 2 feet of depth will be provided for advance maintenance and an additional 2 feet of depth will be allowed as overdepth to compensate for tidal fluctuations and inaccuracies in dredging.