# EXHIBIT 7

# U. S. ARMY, CORPS OF ENGINEERS

## MISSISSIPPI RIVER-GULF OUTLET
## LOUISIANA

### DESIGN MEMORANDUM NO. 2

### GENERAL DESIGN

PREPARED IN THE OFFICE OF THE DISTRICT ENGINEER
U. S. ARMY ENGINEER DISTRICT, NEW ORLEANS
NEW ORLEANS, LA.

JUNE 1959

shell core capped with rock with a crown width of 5 ft. at elevation 5.0 ft. m.l.g. and 1 on 1.5 side slopes as indicated on Plate 19.

43. **Deferred Dike.** Also provided as a feature of the project, as authorized, is a dike across Chandeleur Sound, extending from the -6 ft. contour (end of retention dikes) to the -20 ft. contour as shown on Plates 1 & 19. Construction of this dike will be deferred until experience indicates that maintenance by dredging alone is more costly, impracticable or unduly obstructive to navigation. A typical section of the proposed deferred dike is shown on Plate 19.

44. **Turning Basin.** A turning basin 1,000 ft. wide and 2,000 ft. long will be constructed at the junction of the Gulf Outlet Channel with the channel connecting the authorized lock in the vicinity of Meraux to the Gulf Outlet as shown on Plates 1 and 2. Since the authorized lock will not be built until economically justified, the turning basin construction will be delayed until the location of the connecting channel becomes firm. The basin will be used as a turnaround for vessels using the new harbor facilities as well as an entrance to the new lock connection to be built at a future date.

45. **Highway Bridge.** A semi-high level, 4-lane highway bridge is proposed for the crossing of State Highway No. 47 (Paris Road) across the channel at Mile 63.56 as shown on Plate 20. The bridge will have a horizontal clearance of 400 ft. and a vertical clearance of 156 ft. in the open position and 50 ft. in the closed position above mean high water. The type of crossing has been approved by State of Louisiana, Department of Highways, the Bureau of Public Roads, U. S. Department of Commerce and the Chief of Engineers. Further details are given in the Section on "Relocations" and in Appendix V "Study of Navigation Clearances."

46. **Design Criteria.** In order properly to provide for navigational and other requirements, and for future maintenance, the following design criteria have been used in the preparation of this design memorandum.

```
Datum Plane----------------------------------------------mean low gulf (mlg)
Channel width (authorized)------------------------------500 feet
Channel depth (authorized)------------------------------36 ft. (below mlg)
Required additional depth for advanced
  maintenance--------------------------------------------2 feet
Allowable overdepth (inaccuracies in dredging)--------2 feet
Channel side slopes-------------------------------------1 on 2
Berm width-----------------------------------------------90 feet (minimum)
Degree of curvature-------------------------------------1° (maximum)
Tangent distance approaching a bridge------------------2,000 ft. (minimum)
Spoil disposal distance - land cut
    Initial Channel Construction (variable distance)-2,000 to 4,000 ft.
                                                       from channel r/w
    Maintenance excavation------------------------------Up to 2,000 ft.
                                                       from channel r/w
```

21

```
Spoil disposal distance in Chandeleur Sound--------2000 to 4000 ft.
                                                   from channel
Spoil disposal in Gulf----------------------------In deep water by
                                                   hopper dredge
Bridge Design-------------------------------------AASHO-1957
Live Loading--------------------------------------H20-S16-44 Modified
    Roadways--------------------------------------2-28 ft. roadways
    Design Speed----------------------------------50 MPH, 350' SSD
    Clearances------------------------------------400 ft. horizontal
                                                   156 ft. vertical
                                                   (open)
                                                   50 ft. vertical
                                                   (closed)
```

47. <u>Channel Protection</u>. Stability analyses of general type and undisturbed borings showed that the toe of the spoil should be not closer than 420 feet from the channel centerline and that the channel slopes should be cut not steeper than 1 on 2. The channel will be excavated generally with a berm of approximately 630 ft., thus providing an adequate factor of safety for surface widening due to erosion. Bank protection works to prevent this anticipated erosion is not recommended as a project feature, nor included in the costs.

48. <u>Channel Overdepth</u>. It is proposed to excavate the channel 2 feet below the authorized project depth for advance maintenance. An allowance overdepth up to a maximum of 2 feet will also be permitted in order to care for inaccuracies in dredging operations and tidal fluctuations.

49. <u>Spoil disposal</u>. Excavated material will be deposited in leveed disposal areas south and west of the channel. Below Bayou La Loutre the spoil disposal areas may be shifted to north and west of the channel if warranted by Fish and Wildlife studies now under way.

## SOURCES OF CONSTRUCTION MATERIALS

50. <u>Concrete Aggregate and Stone</u>. Approved sources of sand and gravel for concrete are located in Baton Rouge, Alexandria, Turkey Creek, and Minden, all in Louisiana and within economical shipping distance of the project. The nearest known supply of acceptable stone for riprap is in southwestern Arkansas, Alabama and Kentucky.

51. <u>Cement</u>. Portland cement, conforming to Federal Specifications SS-C-192b may be obtained from plants in New Orleans and Baton Rouge, La., and Birmingham, Ala.

52. <u>Steel</u>. Fabricated steel will be obtained from local jobbers or mills in Alabama and Texas. Reinforcing steel is available in large quantities from warehouses in New Orleans.