# EXHIBIT 8

NRE-758-000001198



**US Army Corps
of Engineers**
New Orleans District

# Mississippi River-Gulf Outlet
# St. Bernard Parish, La.

## Bank Erosion

## Reconnaissance Report

**February 1988**

NRE-758-000001198

NRE-758-000001199

If you have questions or need additional information, please contact Mr. J. Warren, Study Manager, U.S. Army Corps of Engineers, New Orleans District, P.O. Box 60267, New Orleans, Louisiana 70160-0267, telephone (504) 862-2543.

NRE-758-000001199

NRE-758-000001200



**DEPARTMENT OF THE ARMY**

NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF:

CELMN-PD-FC

February 1988

MISSISSIPPI RIVER-GULF OUTLET,

ST. BERNARD PARISH, LOUISIANA

RECONNAISSANCE REPORT

ON

CHANNEL BANK EROSION

NRE-758-000001200

The project also provides for replacement of the existing IHNC lock or an additional lock with suitable connections when economically justified by obsolescence of the existing IHNC lock or by increased traffic.

The project was modified in August 1969 under the discretionary authority of the Chief of Engineers. The project modification provided for, as a mitigation measure, protecting a portion of the foreshore lying between the Lake Pontchartrain and Vicinity Hurricane Protection project levees and the MR-GO. This included six miles along the north bank of the MR-GO in the reach which is part of the GIWW and 18 miles along the south shore of the MR-GO.

Construction of the deep-draft channel was initiated in March 1958. An interim channel 36 by 250 feet (bottom width) was opened to traffic in July 1963. Enlargement to project dimensions was completed in January 1968. The turning basin at the intersection of the MR-GO with the IHNC and a high level bridge at Paris Road have been completed. Jetties extending from the seaward end of the land cut to the six-foot contour in Chandeleur Sound and a south jetty extension to mile 20.2 in Chandeleur Sound have been completed also.

A study is in progress to determine the feasibility of replacing the existing IHNC lock.

Foreshore protection along the north bank of the MR-GO and for 13 miles along the south bank from Bayou Bienvenue to the end of the leveed reach, as authorized by the August 1969 project modification, has been completed. Foreshore protection on the south bank from Bayou Bienvenue to the IHNC is indefinitely deferred until the need arises.

Of the 66 miles of waterway between Chandeleur Island and the IHNC approximately 25 miles are through the shallow bay of Chandeleur Sound. About 41 miles are through land and water area. Along the south/southwest shore of the MR-GO the 18 miles of leveed area have been provided foreshore protection. A dredged material disposal area

14

Cultural Resources

Cultural resources will continue to subside, degrade, and probably be further altered by wave wash produced by vessel movements.

Recreation Resources

Conversion of wetlands to open water will continue. The loss of ecologically important wetland habitat translates into a less productive habitat area for those species sought after by sportsmen. Losses due to increased salinities would result in a loss in the preferred habitat of the area and, in turn, a loss in the man-day usage by sportsmen hunting and fishing the area.

PROBLEMS, NEEDS, AND OPPORTUNITIES

Since its completion in 1968, the top width of the 41 mile long land cut has increased from 650 feet to an average of 1,500 feet, in 1987, due to erosion. Much of the bank erosion is caused by wave-wash and drawdown from large displacement vessel traffic. The MR-GO channel was designed for a relatively small general cargo vessel (freighter). However, ship sizes have increased and larger container vessels move over the MR-GO to and from several container facilities located in New Orleans. The wave-wash and drawdown caused by these large vessels moving over the restrictive channel have eroded its banks beyond the limits of the channel rights-of-way in some areas. ==Passage of these vessels causes very large quantities of water to be displaced from the channel into the adjacent marsh, followed by rapid return flow into the channel. The tremendous forces exerted by these rapid and extreme water level fluctuations cause the relatively soft marsh adjacent to the channel to break up and be swept into the waterway.==

The MR-GO was constructed in recognition of the need for a shorter and safer outlet from the Mississippi River to the Gulf of Mexico and for the potential benefit of national defense. Maintenance of the outlet

26