# EXHIBIT 10

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE:  KATRINA CANAL BREACHES      CIVIL ACTION
CONSOLIDATED LITIGATION
                                       NO. 05-4182
                              and Consolidated Cases
                                         "K" (2)
                                      JUDGE DUVAL

                                     MAG. WILKINSON
-----------------------------------------------

ROBINSON                             CIVIL ACTION

                                       NO. 05-4182
VERSUS

THE UNITED STATES
```

         VIDEOTAPED 30 (b)(6) DEPOSITION OF
      UNITED STATES ARMY CORPS OF ENGINEERS
                    by
             WALTER O. BAUMY, JR.,
             ALFRED CHARLES NAOMI,
             NANCY JEAN POWELL,
                   and
             KEITH JOSEPH O'CAIN,
   given in the offices of Lambert & Nelson, 701
   Magazine Street, New Orleans, Louisiana 70130
   on Wednesday, November 14, 2007 and Thursday,
   November 15, 2007.

```
 1          Counsel in the levee cases.
 2              MS. NELSON:
 3                  Linda Nelson of Lambert and
 4          Nelson on behalf of Plaintiffs in the
 5          levee cases.
 6              MS. LONIAN:
 7                  Heather Lonian on behalf of
 8          Washington Group International in the
 9          MRGO consolidated cases.  I'm also
10          here to observe.
11              MR. CAMPBELL:
12                  Todd Campbell with Gerald Maples,
13          just here to observe.
14              MR. LANIER:
15                  Charlie Lanier here on behalf of
16          New Orleans Sewerage and Water Board,
17          here to observe.
18              MS. WALDRON:
19                  Monica Waldron on behalf of
20          Jefferson Parish, here to observe.
21              VIDEO OPERATOR:
22                  Would the Court Reporter please
23          swear in the witness.
24          30 (b)(6) DEPOSITION OF THE UNITED STATES
25                  CORPS OF ENGINEERS
```

```
 1   Borgne.
 2        Q.   Let's put tidal effects as a second
 3   thing I'll ask you about.  Let's deal with the
 4   ships.  These are deep draft ships; right?
 5        A.   Could be.  Yes.  In addition to
 6   barges, yes, sir.
 7        Q.   They're barges; right?
 8        A.   Ships and barges.
 9        Q.   Ships and barges.  How deep is their
10   draft?
11        A.   We -- They vary.  Obviously we dig
12   to the 36 foot project, so they're allowed --
13        Q.   So it's a constant process or
14   struggle over the history of the MRGO to keep
15   it at 36 feet depth for ships; right?
16        A.   Yes, sir.
17        Q.   Okay.  And that required an annual
18   dredging operation?
19        A.   Generically, yes.  Annual.  But it
20   was different reaches at different times.
21        Q.   Right.  Okay.  And so a ship coming
22   up the banks -- This is before rocks were put
23   in.  Let's deal with the period pre-rocks.
24   Okay?
25        A.   Okay.
```

Page 498

```
 1    wider than the deeper portion, yes.
 2         Q.   And in terms of encroachment on the
 3    marsh land, it is eating up marsh land as it
 4    gets wider; correct?
 5         A.   Yes, it is.
 6         Q.   "It" being the erosion process.
 7         A.   Correct.
 8         Q.   Okay.  And one of the effects of
 9    this erosion process, as you said, is sediment
10    gets into the water and eventually it
11    settles.  Is it -- You call that silt?  Is
12    that silt?
13         A.   Shoaling.
14         Q.   Shoaling.  Is silting and shoaling
15    different?
16         A.   No, sir.  That's a fair statement.
17         Q.   Okay.  Shoaling is a cool word, so
18    I'll use it.  Shoaling occurs on the bottom of
19    the channel; right?
20         A.   And in those -- in the open water
21    area there is shoaling.
22         Q.   In the open water area as well.
23         A.   Correct.
24         Q.   Okay.  So that, therefore, reduces
25    the depth of the channel?
```

```
 1         A.    Yes, sir.
 2         Q.    And if you didn't do anything about
 3   it, eventually deep draft ships couldn't use
 4   the channel?
 5         A.    You would lose your project
 6   dimension, yes, sir.
 7         Q.    Okay.  Have there been times when
 8   the project dimension was so lost, to your
 9   knowledge or experience, that ships could not
10   use the MRGO?
11         A.    If so, possibly immediately after a
12   hurricane that needed cleaning out.
13         Q.    Okay.  But ordinarily the operation
14   and maintenance activities of the Corps with
15   regard to dredging allowed the channel to stay
16   open?
17         A.    That's correct.
18         Q.    Except for those extreme
19   circumstances of a hurricane?
20         A.    Yes.
21         Q.    Okay.  Great.  Now, you said that
22   the materials along the banks that end up
23   shoaling in the channel are a sandy, silty
24   material?  Is that right?
25         A.    Yes, sir.
```