# EXHIBIT 12

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br>"K" (2) |
| PERTAINS TO: MRGO-ROBINSON | JUDGE DUVAL |
| FILED IN: 05-4181, 05-4182,<br>05-5237, 05-6073, 05-6314,<br>05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885,<br>06-2152, 06-2278, 06-2287,<br>06-2824, 06-4024, 06-4065,<br>06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155,<br>06-5159, 06-5161, 06-5162,<br>06-5260, 06-5771, 06-5786,<br>06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285 | MAG. WILKINSON |

Videotaped Deposition of

CHRISTOPHER JOHN ACCARDO, JR.,

85 Dogwood Drive, Kenner, Louisiana 70065,

taken in the offices of the Corps of

Engineers, 7400 Leake Avenue, New Orleans,

Louisiana 70118, on Friday, the 4th day of

April, 2008.

CHRISTOPHER ACCARDO, JR.                                    4/4/2008

Page 6

1         VIDEO OPERATOR:
2             This is the videotaped deposition
3     of Chris Accardo.  This deposition is
4     being held today at 7400 Leake Avenue
5     in New Orleans, Louisiana on April the
6     4th, 2008.  The time is 9:05 A.M.
7             Would Counsel present please
8     introduce themselves.
9         MR. LEVINE:
10            Paul Levine for the United
11    States.
12        MR. LIDDLE:
13            Keith Liddle for the United
14    States.
15        MS. LABOURDETTE:
16            Jennifer Labourdette, United
17    States Army Corps of Engineers.
18        MR. MALONE:
19            Ryan Malone, also present on
20    behalf of the East Jefferson Levee
21    District.
22        MR. SUTTON:
23            Charles Sutton, also present on
24    behalf of the Orleans Levee District.
25        MR. CHOCHELES:

JOHNS PENDLETON COURT REPORTERS                          800 562-1285

Page 7

1           Chris Chocheles from Sher, Garner
2      law firm, Plaintiffs in the various
3      levee cases.
4           MR. FORBES:
5               Tom Forbes from Chaffe, McCall,
6      representing LNA.
7           MR. BUCHLER:
8               Florian Buchler for Plaintiffs.
9           MR. BRUNO:
10              And Joe Bruno, Plaintiffs Liaison
11     Counsel.
12              Good morning, Mr. Accardo.  I
13     think the Court Reporter will swear
14     you in now.
15          CHRISTOPHER JOHN ACCARDO, JR.,
16  85 Dogwood Drive, Kenner, Louisiana 70065,
17  after being duly sworn, did testify as
18  follows:
19          MR. BRUNO:
20              I neglected to mention that Eric
21     Goldberg from Goodwin, Procter is
22     logged in as well as Chris Thatch from
23     Jones, Day, representing I guess --
24     Obviously Goldberg's got Lafarge and
25     Thatch has WGI.

CHRISTOPHER ACCARDO, JR.                                    4/4/2008

Page 8

```
 1   EXAMINATION BY MR. BRUNO:
 2        Q.   Okay.  Good morning again, Mr.
 3   Accardo.
 4        A.   Good morning.
 5        Q.   And thank you for giving us the
 6   C.V.  Why don't we start with that and just
 7   get -- have you tell us -- Let's see.  You
 8   graduated from the University of New Orleans.
 9             (Exhibit Accardo Number 1 marked
10   for identification.)
11        A.   I did.
12        Q.   And you received a civil engineering
13   degree?
14        A.   Yeah, I hold two degrees from the
15   University of New Orleans.  I have a civil
16   engineering degree, a Bachelor's degree, that
17   I obtained in 1980, I believe; and I went back
18   recently -- when I say recently, a few years
19   ago, and obtained an engineering -- a Master's
20   degree in engineering management.
21        Q.   All right.  What is engineering
22   management?
23        A.   Engineering management is not --
24   It's not a technical field.  It's more of how
25   you manage an engineering program, like how
```

CHRISTOPHER ACCARDO, JR.                                    4/4/2008

Page 27

1    because we wouldn't pay them for that.
2         Q.   I understand.  Okay.  Now, you
3    certainly know that we're here in this
4    litigation -- I hope you know.  Maybe you
5    don't -- discussing erosion.  Okay?  Is it at
6    all relevant to the folks doing what you did
7    as a civil engineer in assisting with the
8    dredging of a particular channel to think
9    about whether or not what you're doing may
10   cause erosion of the channel bank?
11        A.   In the operation and maintenance end
12   of things, no.  Let me explain why.
13        Q.   Okay.
14        A.   We were given the authority by
15   Congress to maintain these channels for
16   navigation.  Every channel in south Louisiana
17   suffers from erosion because of the nature of
18   dredging and providing a navigation channel.
19   So it was not within our authority to question
20   erosion.  It was -- It was within our
21   authority to provide channel dimensions for
22   that particular project.
23        Q.   All right.  I am not intending this
24   to be a nasty question, but it sounds like, or
25   at least it may -- it may -- some other person