# EXHIBIT 13

## DECLARATION OF DR. G. PAUL KEMP

I, G. Paul Kemp, declare as follows:

1. I am a coastal geologist and oceanographer living in Baton Rouge, Louisiana. I have been employed since February 2007 as Vice-President of the Gulf Coast Initiative of the National Audubon Society, a 100 year old conservation organization headquartered in New York City. Prior to holding this position, I had been an Associate Professor, Research, and Director of the Natural Systems Modeling Group (NSMG) at the Louisiana State University (LSU) School of the Coast and Environment for twelve years. I received a B.S. degree in 1975 from Cornell University in Ithaca, New York, and I was awarded M.S. (1978) and Ph.D. (1986) degrees from the LSU Department of Marine Sciences, now the Department of Oceanography and Coastal Sciences, and from the Coastal Studies Institute at Louisiana State University. The opinions given here are my own and should not be construed as positions held by LSU or the National Audubon Society.

2. I submit this declaration on behalf of Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucille Franz in *Robinson v. United States*, Case No. Civ. 06-2268 (SRD). As detailed below, this Declaration constitutes my expert report, supporting my opinion that the catastrophic inundation of Greater New Orleans associated with Hurricane Katrina was caused by the storm surge dynamics of the "funnel" and the destruction of the wetlands and marshes surrounding the MR-GO, both of which detrimental effects were caused by the defective design, construction and maintenance of the MR-GO. This Declaration is submitted in connection with the Section 702c immunity issues. I reserve the right to amend and supplement my Declaration when and if additional information



Figure 14. Empirical relationship of surge reduction associated with flow over wetlands that were used to reduce levee and floodwall crown height requirements in elements of the GNO HPS that faced extensive wetland areas. The line depicts an "average surge decrease" of 1 ft for every 2.7 miles of overland flow. Source: USACE *Chalmette Area Plan, Chalmette Extension, General Design Memorandum 3, Supplement 1*, Lake Pontchartrain Barrier Plan, New Orleans District, New Orleans.

50. When the MR-GO was complete enough to be used in 1963, the MR-GO was authorized to a depth of 36 feet, a surface width of 650 feet, and a bottom width of 500 feet. As it sat before Katrina in 2005, the MR-GO had grown nearly threefold to more than 2,000 feet across and wider in some places (Figure 9). The reason for this dramatic increase is the erosion effect of ship traffic and waves in the unstable banks and the MR-GO's delivery of saltwater to Greater New Orleans' wetlands. The Bernoulli effect – caused by very large ships moving at high rates of speed in channels that are narrow and shallow relative to the ship length and draft – causes suction and creates large displacement waves along the banks that are far more damaging

38

than normal bow or stern wakes.  This phenomenon was discussed by T. P. Gourlay (2004) in an article in the Journal of Fluid Mechanics titled *The Supercritical Bore Produced by a High-Speed Ship in a Channel*.  The banks of this channel are composed of soft, poorly consolidated deltaic materials with a high peat content and scattered sand layers that do not hold a steep slope when faced with this kind of attack.  Accordingly, as the USACE 1988 reconnaissance report on bank erosion noted, the channel gradually enlarges and displaces adjacent marsh by a sloughing or bank failure process (USACE 1988).  As detailed in the expert report of John Day and Gary Shafer filed as part of the Section 702c proceedings, saltwater from the Gulf of Mexico travels up the MR-GO and erodes freshwater swamps, cypress forests and brackish marshes by killing vegetation and fauna.

     51.     The MR-GO contributed to the direct destruction or degradation of over 40,000 acres of hurricane buffering wetlands, through construction and expansion of the channel, and through the building of the huge adjacent spoil disposal area (Team Louisiana 2007, p. 227), while the USACE estimates that it has indirectly damaged another 20,000 as a consequence of salt water intrusion (USACE 1999).  If man does not intervene again, this massive loss of natural storm surge protection will continue to threaten the stability of any flood control structures that the USACE eventually constructs along the southern bank of Reach 2 of the MR-GO.  Therefore, in addition to the MR-GO's funneling effect on hurricane storm surges, the MR-GO exacerbated and intensified Hurricane Katrina's storm surge by destroying tens of thousands of acres of Greater New Orleans wetlands—wetlands that once stood as a formidable natural line of defense against hurricane-driven waters.  Indeed, the destruction brought by Hurricane Betsy in 1965 should have taught the USACE that the loss of wetlands and the funnel effect was a lethal combination threatening the future survival of Greater New Orleans.  That this loud and