# EXHIBIT 15

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES     CIVIL ACTION

CONSOLIDATED LITIGATION           NO. 05-4182 K2

                                             JUDGE DUVAL

PERTAINS TO                        MAG. WILKINSON

(Robinson, No. 06-2286)

       Rule 30(b)(6) Deposition of the U.S. ARMY CORPS OF ENGINEERS, THROUGH ITS DESIGNATED REPRESENTATIVE RICHARD WARREN BROUSSARD, JR., given at the U.S. Army Corps of Engineers New Orleans District offices, 7400 Leake Avenue, New Orleans, Louisiana 70118-3651, on March 31st, 2008.

REPORTED BY:

      JOSEPH A. FAIRBANKS, JR., CCR, RPR

      CERTIFIED COURT REPORTER #75005

VIDEOGRAPHER:

      GILLEY DELORIMIER (DEPO-VUE)

```
 1                    S T I P U L A T I O N
 2                IT IS STIPULATED AND AGREED by and
 3     among counsel for the parties hereto that the
 4     deposition of the aforementioned witness may be
 5     taken for all purposes permitted within the
 6     Federal Rules of Civil Procedure, in accordance
 7     with law, pursuant to notice;
 8                That all formalities, save reading
 9     and signing of the original transcript by the
10     deponent, are hereby specifically waived;
11                That all objections, save those as to
12     the form of the question and the responsiveness
13     of the answer, are reserved until such time as
14     this deposition, or any part thereof, is used
15     or sought to be used in evidence.
16
17
18                          *   *   *
19
20
21
22                JOSEPH A. FAIRBANKS, JR., CCR, RPR,
23     Certified Court Reporter in and for the State
24     of Louisiana, officiated in administering the
25     oath to the witness.
```

```
 1              RICHARD WARREN BROUSSARD, JR.
 2    1504 Massachusetts Avenue, Metairie, Louisiana
 3    70062, a witness named in the above
 4    stipulation, having been first duly sworn, was
 5    examined and testified on his oath as follows:
 6    EXAMINATION BY MR. LAMBERT:
 7         Q.   Mr. Broussard, my name is Hugh
 8    Lambert, and I represent the plaintiffs in this
 9    matter.  I had the pleasure of reviewing a
10    rough transcript of your testimony a few days
11    ago -- I say a few days, maybe a week.  I know
12    you've been through this drill before, and as I
13    understand it that was your second deposition,
14    so this will be your third?
15         A.   Correct.
16         Q.   Okay.  There are rules which I know
17    you know but I'm going to put them on the
18    record just so we both understand what we
19    expect of each other.
20              You're under oath.  You understand
21    that.
22         A.   Correct.
23         Q.   And shaking your head is fine, and we
24    all do it, and I'm not going to ask you not to,
25    but you need to make a noise at the same time
```

 1   so that the court reporter can get a clear
 2   record.  Okay?
 3        A.   That's fine.  Correct.
 4        Q.   Okay.  As you know, since this
 5   testimony is extremely important and under
 6   oath, the same penalties for perjury apply to
 7   false testimony given in this room just as if
 8   you were sitting in a federal courtroom.
 9             Do you understand that?
10        A.   Yes, sir.
11        Q.   Okay.  The other thing is
12   responsiveness.  From a timing standpoint, I'm
13   going to wait until you finish your answer
14   until I start the next question.  Okay?
15        A.   Okay.
16        Q.   And I'm going to wait -- I'm going to
17   ask you to wait until I finish my question,
18   because sometimes I'm a little slow and I don't
19   get it all out in a hurry.  So if you could
20   kind of give me a chance to get finished, then
21   we'll have a good record with a full question
22   and a full response.  Okay?
23        A.   That's fine.
24        Q.   Good.  Now, many times -- and this is
25   important:  Many times, a truthful response

Page 9

1    will be I don't know.  And that's the truth.
2    And I don't want you to search for an answer
3    that's not there.  On the other hand, if the
4    truthful response includes something that you
5    have an idea of, since this is a discovery
6    deposition I want you to answer it.  And I'll
7    give you an example.  If I were to ask you the
8    last time you had chocolate cake, for example,
9    your truthful response, unless you had it last
10   night, would probably be I don't remember or I
11   don't know.  But if you knew that you had
12   chocolate cake at your granddaughter -- well,
13   you're not old enough --
14        A.   I'm old enough.
15        Q.   -- your daughter's birthday party, and
16   even if you didn't remember the date, sometimes
17   we forget, a truthful response will be I don't
18   know the exact date when I had chocolate cake
19   but I remember I had it at my daughter's
20   birthday party.  The reason being is that we're
21   entitled to find out information from other
22   sources and that's why we do these discovery
23   depositions.  So then we could go -- and of
24   course we wouldn't have to in the case of your
25   daughter, you could go ask your wife or

 1   understand it to be, it's a navigational --
 2   deep draft vessel navigational channel,
 3   correct?
 4        A.   That's correct.
 5        Q.   Okay.  Now, if you'll flip over to the
 6   second tab, it's got the channel design
 7   criteria.  And that's what I was just asking
 8   you about.  Now, this document for the record
 9   is dated way back in 1957.  So this April of
10   '57, this is a year after the legislation, and
11   it says it's going to be 500 feet wide, and
12   that's at the bottom.
13            That's what's authorized; correct?
14        A.   Correct.
15        Q.   And it's authorized to be 36 feet
16   deep, and it says below m.l.g.
17            What is m.l.g.?
18        A.   M.l.g. refers to mean low gulf.  It's
19   a vertical datum.
20        Q.   Okay.  And that makes sense.  You want
21   to have 36 feet for these -- for the draft of
22   these vessels to clear the bottom, right?
23   That's what you're interested in.
24        A.   Correct.
25        Q.   Okay.  Then it says, required

 1   additional depth for advanced maintenance and
 2   it gives you a 2 feet advanced maintenance
 3   depth, correct?
 4        A.   Correct.
 5        Q.   And then it says, allowable overdepth,
 6   parens, inaccuracies in dredging -- meaning
 7   this ain't no surgical procedure, just using
 8   common terms.  So you can have two feet of
 9   mistakes in terms of the dredging.  Or
10   variation, let's put it that way.  They're not
11   mistakes, they're variations.
12        A.   It's a working tolerance.
13        Q.   Yes. And then the channel slope is
14   1:2.  So I guess that means for every foot of
15   depth you have two feet of width from the
16   bottom up to the surface.
17        A.   It's one vertical and two horizontal,
18   correct.
19        Q.   All right.  Then it has a berm width.
20   What is that?
21        A.   It's the first time I've actually seen
22   this, but the berm width, to me, would be like
23   from the existing bank, or could be -- could be
24   from the top of cut of that slope --
25        Q.   Uh-huh.

```
 1      A.   I recall Page 3, yes, sir.
 2      Q.   Okay.  Well, let's stick to Page --
 3   well, let's just use Page 3 at first.  It looks
 4   to me like the explanation of box cut on Page
 5   3, Figure 1, the second one down, would mean
 6   that the width of the channel would be, at
 7   depth, considerably wider than the original
 8   500 feet to allow the area for the top to fall
 9   in.  Correct?
10      A.   Based upon this schematic, yes.
11      Q.   Okay.  Do you know whether or not the
12   bottom of the channel in the box -- or first of
13   all, let me back up.
14           Based on the Exhibit 3 that I showed
15   you, box cutting is allowed -- as a matter of
16   fact, it's discussed and contemplated by these
17   design memorandum with the Corps, correct?
18      A.   Uh-huh.
19      Q.   You got to say yes.
20      A.   Yes, sir.
21      Q.   Okay.  So the practice of box cutting
22   is one where the dredger can drop the cutter
23   head down vertically, correct?  And then move
24   it horizontally?
25      A.   In general, what you see here on this
```

RICHARD WARREN BROUSSARD, JR.                          3/31/2008

Page 55

```
 1    Page 3 of this Exhibit 4 --
 2        Q.   Uh-huh.
 3        A.    -- it would be a box cut for, in this
 4    case here, an existing channel.
 5        Q.   Okay.
 6        A.   Maintenance.
 7        Q.   That's what we're talking about.
 8        A.   And the -- they don't necessarily drop
 9    the cutter there, they bring it down and they
10    swing it across the channel.
11        Q.   Makes sense.
12        A.   And they go -- this is exaggerated,
13    this drawing here, to begin with here.
14        Q.   Okay.
15        A.   They swing it out slightly wider than
16    the authorized width --
17        Q.   I understand.
18        A.    -- to allow for materials up on the
19    slope, which this schematic does not show --
20        Q.   Right.
21        A.    -- to fall in and fill in that area
22    there.
23        Q.   No, I understand.  So first of all,
24    the cutter head is -- I look at it like an
25    inside out garbage disposal.
```

```
 1     A.    Okay.
 2     Q.    I mean, in other words, it's a cutter
 3   head that's got -- that turns the bottom
 4   material into a slurry.
 5     A.    It's got blades and teeth, yes, sir.
 6     Q.    Okay.  So what you're telling me is
 7   that the cutter head is dropped down, and let's
 8   just say -- and we're going to use 42 because
 9   that's the maintenance dredging depth --
10   dropped down to 42 feet, and you've got a
11   2-foot tolerance, so it could be 44 feet?
12     A.    No, 40 is the required depth.
13     Q.    40 is the depth.
14     A.    2 is the bottom of the overdepth.
15     Q.    So we've got 36 feet is the design
16   depth, correct?
17     A.    Uh-huh.
18     Q.    You got to say yes.
19     A.    Correct.  That's the project depth.
20     Q.    Project depth.  Okay.  And then you've
21   got, um -- two feet of maintenance dredging, by
22   the document I showed you, Exhibit Number 2.
23           Remember that?
24     A.    On that original document, yes, sir.
25   Two foot of advanced maintenance.
```

RICHARD WARREN BROUSSARD, JR.                                    3/31/2008

Page 57

```
 1      Q.    Right.  So that's 38?
 2      A.    (Nods affirmatively.)
 3      Q.    And then you were given a two foot
 4   additional for advanced maintenance.
 5      A.    Correct.
 6      Q.    That gets to us 40.
 7      A.    Right.
 8      Q.    And then you've got two feet of
 9   tolerance.
10      A.    Correct.
11      Q.    So 42.  So between 40 and 42, the
12   cutter head is dropped down and it's moved
13   horizontally.  The original design width was
14   500 feet.  That would be 250 feet on either
15   side of the center line; correct?
16      A.    Correct.
17      Q.    Okay.  How far further do your plans
18   and specifications allow that cutter head to go
19   for maintenance dredging?
20      A.    We don't specify how far is allowed.
21   We only tell the contractors that box cut will
22   be permitted.  And we have a sketch that gives
23   them a typical schematic of a box cut detail
24   which basically shows that the width you go
25   outside is only enough -- is only to
```

JOHNS, PENDLETON & ASSOCIATES                              800 562-1285

Page 58

```
 1   accommodate whatever has to fall on the slopes.
 2        Q.   I understand.
 3        A.   That's up on the slopes, in other
 4   words, inside the theoretical template, in
 5   other words, to fall in that bottom corner, in
 6   other words, that you're swinging out to.
 7        Q.   Did you attach that to the last
 8   deposition, that thing that you give them?
 9        A.   No, sir.  I was not asked to.
10        Q.   Okay.
11        A.   And I don't recall if they had one or
12   not.  I'm not sure if they had it or not.
13             MR. LAMBERT:
14                  I want one.  Let's get that, too.
15             So this will be Number 4.
16   EXAMINATION BY MR. LAMBERT:
17        Q.   Let see.  Number 3 was the
18   repository -- from the repository, and that was
19   the oldest template.  Remember, the oldest plan
20   that you have that shows the 42 feet?
21        A.   Oh.
22        Q.   I'm talking about things we're going
23   to get.
24        A.   Shows the 40 and the 2 foot of
25   tolerance.
```