# EXHIBIT 16

| CECW-OD | Department of the Army<br>U.S. Army Corps of Engineers<br>Washington, DC 20314-1000 | ER 1130-2-520 |
|---|---|---|
| Regulation No.<br>1130-2-520 | | 29 Nov 96 |
| | Project Operations<br><br>NAVIGATION AND DREDGING OPERATIONS<br>AND MAINTENANCE POLICIES | |
| | **Distribution Restriction Statement**<br>Approved for public release; distribution is unlimited. | |

CECW-OD

DEPARTMENT OF THE ARMY
U.S. Army Corps of Engineers
Washington, D.C. 20314-1000

ER 1130-2-520

Regulation
No. 1130-2-520

29 November 1996

Project Operations
## NAVIGATION AND DREDGING OPERATIONS AND MAINTENANCE POLICIES

TABLE OF CONTENTS

|  | Paragraph | Page |
|---|---|---|
| **CHAPTER 1 - Introduction** | | |
| Purpose | 1-1 | 1-1 |
| Applicability | 1-2 | 1-1 |
| References | 1-3 | 1-1 |
| Glossary | 1-4 | 1-3 |
| **CHAPTER 2 - Aids to Navigation, Navigation Charts, and Related Data** | | |
| Purpose | 2-1 | 2-1 |
| Policies | 2-2 | 2-1 |
| **CHAPTER 3 - Protection of Public Health and Safety at Jetties, Groins, and Breakwaters** | | |
| Purpose | 3-1 | 3-1 |
| Policy | 3-2 | 3-1 |
| **CHAPTER 4 - Removal of Wrecks and Other Obstructions** | | |
| Purpose | 4-1 | 4-1 |
| Applicability | 4-2 | 4-1 |
| Policy | 4-3 | 4-1 |
| Funding | 4-4 | 4-3 |

---

This regulation supersedes Engineer Regulations (ER) 15-2-6, dated 1 December 1990; 325-2-2, dated 1 November 1993; 670-2-2, dated 19 March 1987; 670-2-3, dated 20 April 1987; 1130-2-306, dated 8 May 1978; 1130-2-307, dated 31 October 1968; 1130-2-310, dated 15 July 1969; 1130-2-315, dated 15 January 1991; 1130-2-316, dated 15 January 1991; 1130-2-317, dated 10 May 1989; 1130-2-429, dated 1 January 1991; 1130-2-439, dated 22 December 1987; 1130-2-340, dated 15 August 1983; 1130-2-341, dated 1 February 1991; 1145-2-301, dated 1 July 1968; 1145-2-305, dated 1 June 1988; and 1145-2-308, 15 June 1992.

ER 1130-2-520
29 Nov 96

|  | Paragraph | Page |
|---|---|---|
| **CHAPTER 5 - Waterborne Commerce Statistics** | | |
| Purpose | 5-1 | 5-1 |
| Policy | 5-2 | 5-1 |
| **CHAPTER 6 - Lock Performance Monitoring System** | | |
| Purpose | 6-1 | 6-1 |
| Policy | 6-2 | 6-1 |
| **CHAPTER 7 - Uniforms for Lock and Floating Plant Operations and Maintenance Personnel** | | |
| Purpose | 7-1 | 7-1 |
| Policy | 7-2 | 7-1 |
| **CHAPTER 8 - Dredging** | | |
| Purpose | 8-1 | 8-1 |
| Policy | 8-2 | 8-1 |
| Reporting Requirements | 8-3 | 8-6 |
| **CHAPTER 9 - Convention on the Prevention of Marine Pollution by Dumping of Wastes and Other Matter - Dredged Material Ocean Disposal** | | |
| Purpose | 9-1 | 9-1 |
| Policy | 9-2 | 9-1 |
| **CHAPTER 10 - Restricted Areas for Hazardous Waters at Dams and Other Civil Works Structures** | | |
| Purpose | 10-1 | 10-1 |
| Policy | 10-2 | 10-1 |
| APPENDIX A - References | | A-1 |
| APPENDIX B - Memorandum of Agreement Between the Department Of the Army and the U.S. Coast Guard | | B-1 |

ER 1130-2-520
29 Nov 96

# CHAPTER 8 - DREDGING

8-1. <u>Purpose</u>. This chapter establishes the policy governing accomplishment of dredging at USACE projects.

8-2. <u>Policy</u>. It is the policy of the Corps of Engineers that:

    a. Dredging Projects. Dredging shall be accomplished in an efficient, cost-effective, and environmentally acceptable manner to improve and maintain the Nation's waterways to make them suitable for navigation and other purposes consistent with Federal laws and regulations.

    (1) The maximum practicable benefits will be obtained from materials dredged from authorized Federal navigation projects, after taking into consideration economics, engineering, and environmental requirements in accordance with applicable Federal laws and regulations (33 CFR Parts 335-338).

    (2) Dredging of any and all navigation projects shall be justified to reflect the current level of navigation activity at the project, to provide rationale for the channel dimensions to be dredged, the frequency of dredging, and, as a minimum, the justification shall be in accordance with current budgetary guidance.

    (3) Navigation channel depths in project authorization documents and on maps, charts or engineering site drawings shall be referred to a vertical datum in accordance with EM 1110-2-1003.

    (4) In accordance with 33 USC 628, no funds appropriated for navigation projects shall be expended for dredging shoreward of harbor lines.

    (5) Authorized navigation projects will be maintained to full constructed channel dimensions when feasible and justified.

    (6) Allowable overdepth dredging (depth and/or width) outside the required prism is permitted to allow for inaccuracies in the dredging process. District commanders may dredge a maximum of two feet of allowable overdepth in coastal regions (to include the Great Lakes, Columbia & Lower Willamette Rivers, etc.), and in inland navigation channels. Allowable overdepth in excess of these allowances or the use of zero allowable overdepth requires the prior approval of the MSC commander.

    (7) Advance maintenance dredging, to a specified depth and/or width, may be performed in critical and/or fast-shoaling areas to avoid frequent redredging and ensure the least overall cost of maintaining the project. MSC commanders are authorized to approve advance maintenance dredging for new work dredging and maintenance dredging of the project. Written justification is required. As a minimum, the justification for advance maintenance should describe historical shoaling rates, frequency of dredging, and cost analysis. Advance maintenance involving the removal of rock is not authorized under the Operation and Maintenance, General appropriation. Advance maintenance shall not be used to provide navigation channel dimensions for vessels that exceed the design limitations of the project. Before using advance maintenance, the integrity of structures adjacent to the channel and the possibility that the material in the advance maintenance portion of the channel is significantly different from maintenance material should be reviewed.

ER 1130-2-520
29 Nov 96

(8) Increases in navigation channel dimensions at entrances, bends, sidings, and turning places within a project to allow for free movement of boats shall be in accordance with the provisions of Section 5 of the River and Harbor Act of 14 March 1915 (33 USC 562), Section 117 of the River and Harbor Act of 13 August 1968, PL 90-483, (33 USC 562a), Section 3 of the River and Harbor Act of 1945 (33 USC 603a), or Section 224 of PL 102-580 (33 USC 2201), and shall be approved by HQUSACE.

(9) Unless otherwise provided in the project authorization documents, depths and widths provided in the project authorization will be construed as actual dredging limits and not the draft and width limits of any vessel to be accommodated. Where a width of navigation channel is specified it will be understood to mean width of bottom at project depth.

(10) Side Slopes. Side slopes may be dredged by:

(a) Dredging along the slope of the required dimension.

(b) Dredging an equivalent box cut at the base of the side slope for the required dimension. Material removed from the box cut is payable up to that amount of material above the side slope line. Before using a box cut, the integrity of structures adjacent to the channel should be reviewed.

b. Dredging Contracts. Unit price construction contracts are the preferred method of accomplishing dredging work within the Corps of Engineers. The cost effectiveness of multiple year and multiple site dredging contracts shall be analyzed in the planning of all dredging projects.

(1) The Contracting Officer shall require the contractor to remove any and all material from within the required prism as required by the contract specifications. However, at the discretion of the Contracting Officer, the contractor may be released from removing all the material in the required prism based on navigation requirements and other factors, such as: deviations from the maintained dimensions can be attributed to the inaccuracies in the surveying measurement process, material characteristics, extreme weather conditions, or when the government is at fault.

(2) EP 1130-2-520 describes allowable contract types.

c. Contract Documents. The development of contract documents is applicable to new work dredging, maintenance dredging, and dredging for other purposes such as beach nourishment, dike and levee construction, and other beneficial uses.

(1) Individuals responsible for preparation of construction contracts for dredging shall ensure that plans and specifications accurately describe the work to be accomplished, the conditions existing at the work site, the required dredging quantities for unit price contracts, the required prism, allowable overdepth, the limits of the work area, and any environmental considerations at the work site.

(2) The classification of material and the estimated quantities of material for unit price contracts to be removed from within the required prism shall be specified in the contract specifications. For unit price contracts, all quantities of material to be removed from within the required prism and any advance maintenance quantities (if applicable) shall be included in the