# EXHIBIT 17

EP 1130-2-520
29 Nov 96



FIGURE 2                (No Scale)