# EXHIBIT 19

FINAL

ENVIRONMENTAL STATEMENT

FINAL COMPOSITE ENVIRONMENTAL
STATEMENT FOR OPERATION AND
MAINTENANCE WORK ON THREE
NAVIGATION PROJECTS IN
THE LAKE BORGNE VICINITY
LOUISIANA

U. S. ARMY ENGINEER DISTRICT, NEW ORLEANS
NEW ORLEANS, LOUISIANA

MARCH 1976

(2) _Future volume._ The estimates in the previous paragraph indicate volume of dredged material which may have to be moved in the future. Several factors preclude definitive projections of volume of material to be dredged in future O&M work. Projections of historical data concerning the land areas could be misleading due to: 1) use of the channel for material for hurricane protection levees; 2) the possibility that the channel side slopes are coming to an equilibrium angle of repose; and 3) the possibility of riprap foreshore protection on proposed hurricane protection levees from Mile 66 to about Mile 47 which would reduce shoreline erosion on the west bank of the MR-GO. These three factors would reduce the amount of future O&M in the land area. In the open water area, shoaling rates are governed primarily by prevailing winds and storms rather than by defined or predictable tides and currents. Studies for construction of a retention dike from the land's end to the Breton Island area are underway. Dike construction would alter the location and rates of shoaling.

d. _Methods of dredge operation_

(1) _General._ Dredging operations involve pumping the bottom sediments up to a dredge and simultaneously piping the material to the deposition area. The cutterhead pipeline dredge, similar to dredges shown on Figure 1-2, is used primarily for maintenance operations in the Lake Borgne vicinity. The cutterhead pipeline dredge pumps the liquid material to a shoreline area. Clay type material may contain 10 parts water for one part solids. Sand type material may contain 5 parts of water for one part solids. When necessary, a hopper dredge is used for maintenance of the channel in the Gulf of Mexico (Mile 0 to Mile -9.38). The hopper dredge loads the dredged material, moves to deep water, and dumps the material through trap doors to the bottom. Plate 2 shows the major features of the MR-GO vicinity, the diked retention areas, and mile posts for future reference in this report.

(2) _Mile 66 to Mile 23._ A diked disposal area, 2,000 feet wide, is adjacent to the southwest side of the channel through the land area of the MR-GO (Mile 66-Mile 23). Deposited material spreads over the existing vegetation with each dredging operation. As the material flows outward from the pipeline and dries, a flat, cone-like mound is created.

(3) _Mile 23 to Mile 0._ Beyond the land's end in Breton Sound (Mile 23), material is piped to an area 3,000 feet southwest of the MR-GO channel centerline and the material settles to the bottom of the sound. Heavier particles settle out in the immediate area, but fine clay particles remain in suspension for considerable distances.

(4) <u>Mile 0 to Mile -9.38</u>. In the Gulf of Mexico, beyond Breton and Grand Gosier Islands, a hopper dredge has been used in the past. Dredged material is carried and dumped on the right descending side, 2,000 feet from the MR-GO centerline or is dumped into the deeper Gulf waters.

(5) <u>Total land deposition areas</u>. During original construction, material was pumped to contained areas north and south of the east-west segment of the MR-GO/Gulf Intracoastal Waterway (Mile 66 to Mile 60). This area will be used for expansion of Tidewater Port Facilities and related industrial expansion. Material from the MR-GO channel south of Mile 66 and west of Lake Borgne has been used for construction of hurricane protection levees. The total land area for dredged material deposition for original construction was a 4,000-foot wide strip of land (16,183 acres) on the southwest bank of the MR-GO to Mile 23. After completion of construction, servitudes on the outer 2,000 feet reverted to the grantors. Disposal servitudes in the inner 2,000 feet were retained for maintenance of the channel. However, until 1971, the entire 4,000-foot width was available for maintenance dredging by virtue of temporary servitudes obtained from time to time. Since 1971, only the inner 2,000-foot strip (10,611 acres) has been available and it appears that only this area will be available in the future. Based on its present condition and anticipated future dredging quantities, it is estimated that this 2,000-foot strip will be adequate for the next 25 to 30 years, depending on how much of the area is withdrawn for industrial development. Recent experience has borne out that the maintenance dredging quantities can be expected to progressively reduce from year to year as long as abnormal weather conditions such as hurricanes do not alter this normal progression. With normal progression, the designated disposal areas can be expected to be adequate for disposal of maintenance dredged materials for the life of the project (50 years).

(6) <u>Dredging on the Bayous</u>

(a) <u>Bayou La Loutre</u>. Bayou La Loutre was constructed in May, 1956. Dredged material disposal areas are strips 500-1,000 feet wide on both sides of the Bayou. At the time of construction, two areas (Mile 2.2 to Mile 6.4 and Mile 9.5 to Mile 21.3) were dredged, requiring 3,828 acres of the disposal areas. A portion of the Bayou from Hopedale to the MR-GO (Mile 21.7 to Mile 18.3) was dredged in 1964; the material (38,000 cubic yards) was placed in 410 acres. This Hopedale area is the busiest section of the bayous. The redredging was a sweeping out during construction of the MR-GO. It is anticipated that the extremely low frequency of dredging will continue. It is considered that since 1970, dredging has been deficient because of oyster leases in the channel bed.

I-10