EXHIBIT 20

EDP023-000001180

*Joey Wagner*
*(504) 862-1662*



**US Army Corps
of Engineers**
New Orleans District

# Mississippi River-Gulf Outlet
# St. Bernard Parish, La.

## Bank Erosion

## Reconnaissance Report

## January 1994

EDP-023-000001180

EDP023-000001181

## SYLLABUS

This report presents the results of continued reconnaissance phase investigation of bank erosion and erosion-related problems in the vicinity of the Mississippi River-Gulf Outlet (MR-GO) channel.   The results of this preliminary analysis indicate that construction of bank stabilization measures along the MR-GO may be warranted.  Based on an evolution of project costs and both monetary and non-monetary benefits, continuation into the feasibility phase is advisable.

The affected study area is located in southeast Louisiana, and encompasses Orleans (City of New Orleans), St. Bernard, Jefferson, and Plaquemines Parishes.   This report specifically addresses a 37 mile segment of the MR-GO navigation channel and adjacent wetlands in Orleans and St. Bernard Parishes, Louisiana.

Severe bank erosion is occurring on the MR-GO navigation channel.  Approximately 41 miles of the 66 mile long channel consists of a land cut through unstable marsh and shallow water areas.  Since its completion in 1968, the top width of the channel has increased from 650 feet to an average of 1,500 feet, in 1993, principally due to erosion. The channel banks have eroded beyond the existing channel right-of-way in several locations.  Much of the bank erosion is caused by wave-wash and drawdown from large displacement vessel traffic on the restrictive waterway.  Passage of these vessels causes very large quantities of water to be displaced from the channel into the adjacent marsh, followed by rapid return flow into the channel.  The tremendous forces exerted by these rapid and extreme water level fluctuations cause the relatively soft marsh adjacent to the channel to break up and be swept into the waterway.  Since 1968, bank erosion has resulted in the loss of approximately 4,200 acres of highly productive marsh adjacent to the MR-GO channel.

Continued erosion threatens to produce large breaches in the rapidly dwindling marsh buffer between the navigation channel and the open waters of Lake Borgne and Breton Sound.  Once the buffering marshes are lost, dredging frequency and quantity in the vicinity of the breached bank area will increase significantly.  The navigation channel will be exposed to storms, currents, and less attenuated tidal action from the north and northeast.   Attendant sedimentation and shoaling problems are expected to occur.

Based on an analysis of the erosion problem, three objectives of constructing measures along the MR-GO were identified:  1) to control bank erosion to minimize channel maintenance requirements, 2) to reduce the rate of loss of valuable coastal wetlands adjacent to the channel, and 3) to restore, to the extent practicable, wetlands previously converted to open water as a result of bank erosion and saltwater intrusion.

The most favorable plan identified in the reconnaissance study to meet these objectives involves the construction of 30 miles of rock dike along the north bank of the MR-GO. While smaller plans may be more efficient at meeting the objectives, they do not

EDP-023-000001181

EDP023-000001182

provide the desired magnitude of environmental outputs or are not supported by potential non-Federal sponsors. The total first costs to construct this plan would be $39,056,000, and the total average annual costs, including approximately $5,951,000 for operation and maintenance, would be $10,773,000. The plan would reduce average annual costs of maintenance dredging by $4,367,000 and provide $471,000 in average annual benefits through the preservation and restoration of marsh. In addition, the non-monetary value associated with this preservation and restoration would be 2,786 Average Annual Habitat Units.

Preliminary results of the reconnaissance study have been provided to the potential non-Federal sponsor, the Port of New Orleans.

The report contains recommendation to proceed to the feasibility phase. The report also recommends that cost sharing for the feasibility, construction, and operation and maintenance phases be adjusted to reflect project outputs. The recommended Federal shares for these three phases are 70, 85, and 40 percent, respectively.

EDP-023-000001182

EDP023-000001188

# INTRODUCTION

This report presents the findings of a reconnaissance study of bank erosion and erosion-related problems in the vicinity of the Mississippi River-Gulf Outlet (MR-GO) channel in Orleans and St. Bernard Parishes, Louisiana. The report includes six appendixes: Appendix A--Climatological and Hydrologic Data; Appendix B--Environmental Resources; Appendix C--Mississippi River-Gulf Outlet Maintenance Analysis; Appendix D--Cost and Benefit Estimates; Appendix E--Real Estate Cost Estimates; Appendix F--U.S. Fish and Wildlife Service Planning Aid Letter. Information on the follow-on feasibility phase study is contained in a separate document, the Draft Feasibility Study Cost Sharing Agreement and Initial Project Management Plan (IPMP). The draft agreement outlines the obligations, responsibilities, and relationships between the Federal government and the non-Federal sponsor for the feasibility phase. The IPMP is comprised of the study schedule, scope of work, a breakdown of study tasks and responsible organizations, and time and cost estimates.

## STUDY AUTHORITY

The study was authorized by a resolution adopted September 23, 1982, by the Committee on Public Works and Transportation of the United States House of Representatives at the request of Representative Robert L. Livingston, Louisiana 1st Congressional District. The resolution is as follows:

> "Resolved by the Committee on Public Works and Transportation of the House of Representatives, United States, that the Board of Engineers for Rivers and Harbors is hereby requested to review the report of the Chief of Engineers on the Mississippi River Gulf Outlet, Louisiana, published as House Document No. 245, 82nd Congress, 1st Session, and other pertinent reports, with a view to determining whether, in light of extensive erosion which has been occurring in St. Bernard Parish along the unleveed banks of the Gulf Outlet Channel, any modifications to the recommendations contained therein are advisable at this time with reference to the feasibility of bank protection measures."

## STUDY PURPOSE AND SCOPE

This study is in response to the study resolution and will be conducted in two phases: a reconnaissance phase and a feasibility phase. This report contains the results of the reconnaissance phase studies.

The purpose of the reconnaissance phase is to accomplish the following objectives:

EDP023-000001189

- define the extent of erosion and erosion-related problems projected to occur in the study area;
- identify opportunities to implement potential solutions to the defined problems;
- appraise the Federal interest in potential solutions to defined problems by evaluating the costs, benefits, and environmental effects of the potential solutions;
- determine, based on the appraisal of Federal interest, whether planning should proceed beyond the reconnaissance phase into more detailed feasibility phase investigations;
- estimate the time and cost required to complete feasibility phase studies, if Federal interest is indicated; and
- assess the level of interest and support of non-Federal interests in the identified potential solutions to defined problems.

Study efforts in the reconnaissance phase include the use of available information and data, ground reconnaissance of the study area, limited field surveys, and office studies. Existing conditions and projected conditions with and without Federal improvements are assessed. Problems and opportunities are identified. The feasibility and performance of potential improvements are determined. Social, cultural, economic, and environmental impacts are evaluated.

The study area is located in southeast Louisiana in Orleans and St. Bernard Parishes. The study specifically addresses a segment of the Mississippi River-Gulf Outlet navigation channel. The study area is shown on Plate 1.

## MISSISSIPPI RIVER-GULF OUTLET PROJECT

The Mississippi River-Gulf Outlet, Louisiana, project was authorized by the Rivers and Harbors Act of 29 March 1956 (Public Law 84-455) substantially in accordance with recommendations of the Chief of Engineers in House Document No. 245, 82nd Congress, 1st Session, entitled, Mississippi River-Gulf Outlet, Louisiana. The project is located in southeast Louisiana, in Orleans, St. Bernard, and Plaquemines Parishes and provides for deep-draft navigation access to the Inner Harbor Navigation Canal from the Gulf of Mexico via a new tidewater channel. Features of the project are:
- a 76-mile channel with a project depth of 36 feet Mean Low Gulf (MLG) and a 500-foot bottom width extending from the Inner Harbor Navigation Canal in New Orleans to the Chandeleur Islands and increasing gradually to a width of 600 feet and a depth of 38 feet to the -38-foot contour in the the Gulf of Mexico;
- a turning basin with a project depth of 36 feet MLG, a width of 1,000 feet, and a length of 2,000 feet at the junction of the new channel and the Inner Harbor Navigation Canal in New Orleans;
- a suitable bridge over the new channel for Louisiana Highway 47;

2

EDP-023-000001189

EDP023-000001257

Besides the rock dike designs evaluated in this reconnaissance study, the feasibility study will consider the alternative of placing dredged material, allowing the material to consolidate and later placing an armor stone layer over a foundation filter fabric. Other designs that will be considered in future studies include pile-panel walls, sheet pile walls, "Target" concrete blocks, and timber bulkheads.

## CONCLUSIONS

The results of this preliminary analysis indicate that construction of bank stabilization measures along the MR-GO may be warranted. Based on an evaluation of project costs and monetary and non-monetary benefits, continuation into the feasibility phase is advisable.

The need for bank stabilization measures along the MR-GO is evident. Severe erosion is occurring along the banks of the channel. Without Federal action, the current bank erosion problem would produce large breaches in the rapidly dwindling marsh buffer between the navigation channel and the open waters of Lake Borgne and Breton Sound. The communication these breaches will create between the open water and the channel will significantly increase the cost of channel maintenance dredging in the future. Additionally, wave-wash and drawdown effects produced by large vessel traffic are causing highly productive marsh to be converted to open water.

Based on an analysis of the erosion problem, three objectives of constructing measures along the MR-GO were identified: 1) to control bank erosion to minimize channel maintenance requirements, 2) to reduce the rate of loss of valuable coastal wetlands adjacent to the channel, and 3) to restore, to the extent practicable, wetlands previously converted to open water as a result of bank erosion and saltwater intrusion.

In order to justify bank stabilization measures, consideration of both monetary and non-monetary project outputs is required. Early studies evaluated the costs and benefits of such measures, based solely on the National Economic Development benefits that would be generated by the reduced costs to maintain the channel. These measures were not economically justified. However, justification does exist when non-monetary benefits are incorporated. These non-monetary benefits are generated by restoring acres of marsh which have converted to open water and by preserving remaining marsh in the study area. The benefits are quantified using a Wetland Value Assessment and are described in Average Annual Habitat Units (AAHU's).

The most favorable plan identified in the reconnaissance study involves the construction of 30 miles of rock dike along the north bank of the MR-GO to

EDP-023-000001257

EDP023-000001258

provide protection against erosion (Option 4A, Design 5). Smaller plans may be more efficient at meeting the objectives, but are not supported by potential non-Federal sponsors or do not provide the desired magnitude of environmental outputs. The total first costs to construct this plan would be $39,056,000, and the total average annual costs, including approximately $5,951,000 for operation and maintenance, would be $10,773,000.

This plan would reduce the average annual costs of maintenance dredging by $4,367,000. Additionally, the implementation of this plan would result in the creation of 540 acres of marsh and would preserve an additional 2,938 acres for a total of 3,478 acres of marsh created or preserved over the life of the project. The average annual monetary value of this preservation and restoration is $357,000. When the Wetland Value Assessment is applied consistent with Coastal Wetlands Planning, Protection, and Restoration Act projects, the total non-monetary benefits are 2,786 AAHU's.

The results of the study also indicate that cost-sharing percentages for the feasibility study, project implementation, and project OMRR&R (operation, maintenance, repair, replacement, and rehabiliation), should be based on project outputs. Prorating the Federal and non-Federal shares according to project outputs for the most favorable plan yields Federal shares for these three phases, respectively, of 70 percent, 85 percent, and 40 percent.

EDP-023-000001258