# EXHIBIT 21

# Wave Modeling New Orleans - Mississippi River Gulf Outlet

## Hurricane Katrina August 2005

FINAL REPORT

C. Gautier, M. Kok, and J.K. Vrijling

July 9th, 2008
Ref: cg/1474/08109/F




# Wave Modeling New Orleans - Mississippi River Gulf Outlet

## Hurricane Katrina August 2005

APPENDICES

C. Gautier, M. Kok, and J.K. Vrijling

July 9th, 2008
Ref: cg/1474/08109/E




# Index

Index ........................................................................................... 3

**APPENDIX A:** Brief introduction to SWAN ........................................ 4

**APPENDIX B:** Attenuation of wave energy by vegetation .............. 5

**APPENDIX C:** Scenario 2A "virgin no-MRGO scenario, no levees" .................................................................. 6

**APPENDIX D:** Scenario 2B "virgin no-MRGO scenario, no levees" ................................................................ 21

**APPENDIX E:** Scenario 3 "MRGO-as-designed scenario" .............. 33




# APPENDIX E:   Scenario 3 "MRGO-as-designed scenario"

### E.1 Introduction Scenario 3

This chapter deals with Scenario 3, the "MRGO-as-designed scenario". We run a Katrina storm with a scenario run modified with a MRGO channel as originally designed.

Scenario 3 consists of the Katrina storm in combination with:
- the MRGO levees along their current alignment at their pre-Katrina elevations,
- the MRGO channel (Reach 1 and reach 2) at its authorized width, depth, and alignment and with
- the pre-MRGO (1958) wetlands/swamps (incl trees where they used to be) and shoreline.

The authorized dimensions of the MRGO, as originally designed, refer to a bottom width of 500 ft, slopes 1:2 and a depth of 36 ft.

### E.2 Input Scenario 3

The position and resolution of the computational grids is equal to those in Scenario 1. Also the wave boundary conditions, numerical settings, output locations and most physical settings are the same. Since the difference between the scenarios are limited to the area within computational grid C, the Scenario 1 results on the base grid (A) are valid for Scenario 3 too.

Input for Scenario 3 that differs from Scenario 1:
- Bathymetry
- Bottom friction
- Wind
- Water levels

**Bathymetry Scenario 3**

The bathymetry for Scenario 3 consists of the Scenario 2A-bathymetry to which the MRGO at its design dimensions is added. MRGO Reach 1 and 2 have dimensions of 36 feet deep, 500 feet wide at the bottom and 650 feet wide at the top, as provided by the Robinson experts.

The levees along the MRGO Reach 1 and 2 are at the actual pre-Katrina crest heights, as provided by the Robinson experts. These were also present in the bathymetry of Scenario 1.

The GIWW has the dimensions of 150 feet wide and 12 feet deep (similar as in Scenario 1), as provided by the Robinson experts.

The resulting depths in the model area are shown in Figure E1. The adjusted bathymetry for Scenario 3 is only included in computational grids C, M, F and G.

