# EXHIBIT 22

# Flow Modeling New Orleans - Mississippi River Gulf Outlet

## Hurricane Katrina August 2005

FINAL REPORT
Scenario 1, 2A, 2B, 2C, 2D, 3

L. de Wit, B. Maaskant, M. Kok and J.K. Vrijling

23rd June 2008
Ref: LdW/1474/08202/D




# 1   Introduction

## 1.1   General introduction

On the morning of August 29, 2005, Hurricane Katrina struck southeast Louisiana and triggered what would become one of the worst disasters ever to befall an American city. The storm overtopped levees and floodwalls throughout southeast Louisiana and also caused the levees and floodwalls in the New Orleans area to fail or breach in more than 50 locations. Water rushed into New Orleans and flooded over 80 percent of the city - more than ten feet deep in some neighborhoods.

Flooding of the city of New Orleans was caused by several sources (or causes): breaches, overtopping (of the levees and flood control structures) and rainfall. One of the causes of the breaches might be the amplified surges generated by the Mississippi River Gulf Outlet (MRGO). The MRGO is a free-flowing man-made navigation channel connecting the Gulf of Mexico to the interior of the City of New Orleans. The MRGO project was approved by the U.S. Congress under the Rivers and Harbor Act of 1956.  Construction began in 1958 and was completed in 1965. It was authorized as a 76-mile ship channel with a 36 foot controlling depth, 500 feet wide at the bottom and 650 feet wide at the top, that would cut through the marshes of lower St. Bernard Parish and across the shallow waters of Breton Sound.

Following Hurricane Katrina, engineers and scientists noted that levees and floodwalls adjacent to the MRGO project had failed catastrophically. Other levees and floodwalls failed also, for example on the Orleans Metro drainage canals and the New Orleans East Back Levee (van Heerden and Bryan 2006 [Ref. 1], Team Louisiana 2007, ILIT 2006, IPET 2006, 2007).  The scientific question is whether linkage between proximity to the MRGO project and failures of floodwalls and levees constructed under the Lake Pontchartrain & Vicinity Hurricane Protection project (LPV) is entirely coincidental.  This study is in support of studies been undertaken by Robinson experts in the determination of the surge dynamics in the Lake Borgne funnel east of New Orleans.

## 1.2   Objectives

The objectives of this study are to better understand the flow dynamics of the surge event during Hurricane Katrina and the MRGO's impacts on the flooding. This is known as Scenario 1. A second scenario was modeled, one designed to determine the hydrodynamics of a storm such as Katrina, and its impacts, if the MRGO had not been built and there had not been wetlands destruction. The situation without MRGO, with pre-Katrina MRGO levees and the 40 Arpent levee at its pre-Katrina elevation of 6.5 ft is called Scenario 2C. In the Appendix some variations on Scenario 2 without MRGO and without the wetland destruction are included, namely Scenario 2A, 2B and 2D. Scenario 2A was run without MRGO levees and assuming the 40 Arpent levee crest at an elevation of 17.5 ft, because through the discovery process US Army Corps of Engineers officials have stated that if the Lake Pontchartrain and Vicinity (LPV) hurricane protection levees had not been built alongside the MRGO channel, then the 40 Arpent levees would have been the location of the LPV levees. Scenario 2B simulates the situation similar to Scenario 2C, but without MRGO levees. Scenario 2D is equal to Scenario 2B, but spoil piles along MRGO Reach 2 are included. Scenario 3 ==represents the situation if the MRGO had been maintained at authorized dimensions.==

## 1.3   Modeling approach

The numerical model FINEL generates detailed information about water motion in the area of study. Our present study is focused in Southeast Louisiana being centered on Lake Borgne and the MRGO (see Figure 1.1 for the model area). Three scenario runs are executed; one simulating the actual Katrina event with the topography and geomorphology as present in early August 2005 including the MRGO channel (Reach 1 and 2); the MRGO levees and the highly degraded wetlands. The second simulation (2C) reflects the 1958 healthy wetlands conditions with a no-MRGO situation (No Reach 2, pre-MRGO GIWW/Reach 1, levees along MRGO as




before Katrina, and 40 Arpent levee as is before Katrina). The third simulation reflects the 1958 healthy wetlands conditions with a MRGO maintained at authorized dimensions (depth and width MRGO as designed, pre-Katrina levees along MRGO). The model area for Scenario 1 and 3 includes the IHNC, MRGO Reach 1 and 2, the west part of Lake Borgne including the GIWW, the west boundary is the 40 Arpent levee (see Figure 1.1). For Scenario 2C the area between the 40 Arpent levee and Mississippi is included in the model area. In the appendix some additional Scenario 2 simulations (2A, 2B, 2D) can be found. Scenario 2A is similar to 2C, but without levees along the MRGO and the 40 Arpent levee is at 17.5 ft to represent a potential LPV levee and the grid ends at this levee. Scenario 2B is also similar to 2C, but without levees along the MRGO. Scenario 2D is similar to Scenario 2B, but with spoil piles along MRGO Reach 2. A summary of all scenarios is shown in Table 1.1.

*Table 1.1 FINEL MRGO Scenarios for hurricane Katrina conditions*

| Scenario | MRGO channel | GIWW channel | Reach 2 EBSBs | 40 Arpent Levee | Vegetation |
|---|---|---|---|---|---|
| 1 | Existing 8/2005 | Existing 8/2005 | Existing 8/2005 | Existing 8/2005 | Existing 8/2005 |
| 2C | None | Pre MRGO | Existing 8/2005 | Existing 8/2005 & grid extension to Mississippi | Pre MRGO 1958 |
| 3 | As authorized | As authorized | Existing 8/2005 | Existing 8/2005 | Pre MRGO 1958 |
| 2A | None | Pre MRGO | None | LPV authorized | Pre MRGO 1958 |
| 2B | None | Pre MRGO | None | Existing 8/2005 & grid extension to Mississippi | Pre MRGO 1958 |
| 2D | None | Pre MRGO | Spoil piles 8/1965 | Existing 8/2005 & grid extension to Mississippi | Pre MRGO 1958 |

The FINEL numerical model was developed by Svašek Hydraulics and the Fluid Mechanics section of the Civil Engineering faculty of the Delft University of Technology in the Netherlands. The model has been used for hydrodynamic simulations all over the world. The validity and calibration of the model has been extensively tested on projects such as the Western Scheldt estuary, the North Sea (the Netherlands), Dublin flooding (North Ireland), Hazira (India), Posorja (Ecuador), etc. For publications carried out with FINEL and a technical description see [Ref. 2 & 3].

The numerical flow model FINEL is based on the depth averaged equations for 2-dimensional horizontal flow, the equations of Saint Venant. In FINEL this system of equations is solved with a robust numerical finite element method, which can easily handle drying and flooding. The FINEL model is based on the same principles as the SOBEK model, which is used in the flooding study carried out in 2007 [Ref. 4]. The reason that we use the FINEL model is that the model area in FINEL is divided into a number of triangles, the so-called elements, instead of a grid consisting of squares which is used in SOBEK. The size and distribution of the triangles can vary over the grid, so complicated geometries are easily represented in the schematization and the grid can be more detailed in areas of specific interest. (See Figure 2.1). This is very important in the complex area around New Orleans, with channels which require a lot of detail adjacent to higher ground which require less.




## 2.3   Scenario 3: The maintained MRGO Scenario and a simulated Katrina storm

### 2.3.1   Description of Scenario

Scenario 3 simulates the situation of a MRGO channel maintained at its design dimensions with the levees along the MRGO at their actual pre-Katrina heights and the Katrina storm. For all other input a situation similar to the late 1950s is envisioned:

(1)   MRGO Reach 1 and 2 are modeled as approved by the U.S. Congress under the Rivers and Harbor Act of 1956 (PL 84-455) and authorized as a 76-mile ship channel with a 36 foot controlling depth, 500 feet wide at the bottom and 650 feet wide at the top, that would cut through the marshes of lower St. Bernard Parish and across the shallow waters of Breton Sound (USACE, 1999);

(2)   The levees along MRGO Reach 1 and 2 are input at their pre-Katrina crest elevations.

(3)   The pre-MRGO (1958) wetlands/swamps elevations and shoreline are used;

(4)   The Cypress trees originally present between the MRGO and the 40 Arpent levees have influence on the water current velocities and the wind velocities. A higher Manning's roughness is used for the Cypress forests reflecting their greater frictional impacts on surge currents, and the wind velocities are reduced by 80% inside the Cypress forests due to the wind break/canopy effect of tall forests

### 2.3.2   FINEL model input data

The FINEL model is set up to utilize the metric system, so all data is thus subsequently converted to feet. The coordinate system used in the simulations is UTM (zone 15 R). Input data that was received in longitude and latitude was translated accordingly.

**Model grid**
The model grid used for Scenario 3 is equal to the model grid used in Scenario 1, see section 2.1.2.

**Bathymetry and Topography**
The bathymetry for Scenario 3 is modified, starting with the bathymetry of Scenario 2A, to represent the conditions prior to the construction of the MRGO together with the MRGO (Reach 1 and 2) at its design dimensions. MRGO Reach 1 and 2 have dimensions of 36 feet deep, 500 feet wide at the bottom and 650 feet wide at the top and the GIWW has the dimensions of 150 feet wide and 12 feet deep (source Robinson experts). The levees along the MRGO Reach 1 and 2 are at the actual pre-Katrina crest heights, as provided by Robinson experts. The resulting topography and bathymetry in the model area are shown in Figure 2.26.

