# EXHIBIT 9

89th Congress, 1st Session — — — — — — — — — House Document No. 231

# LAKE PONTCHARTRAIN AND VICINITY, LOUISIANA

## LETTER

FROM

## THE SECRETARY OF THE ARMY

TRANSMITTING

A LETTER FROM THE CHIEF OF ENGINEERS, DEPARTMENT OF THE ARMY, DATED MARCH 4, 1964, SUBMITTING A REPORT, TOGETHER WITH ACCOMPANYING PAPERS AND ILLUSTRATIONS, ON A REVIEW OF THE REPORTS ON, AND AN INTERIM HURRICANE SURVEY OF LAKE PONTCHARTRAIN AND VICINITY, LOUISIANA, REQUESTED BY RESOLUTIONS OF THE COMMITTEE ON PUBLIC WORKS, UNITED STATES SENATE, ADOPTED JANUARY 28, 1949, AND FEBRUARY 4, 1957, AND AUTHORIZED BY THE RIVER AND HARBOR ACT APPROVED MARCH 2, 1945. IT IS ALSO IN PARTIAL RESPONSE TO PUBLIC LAW 71, 84TH CONGRESS, APPROVED JUNE 15, 1955



JULY 6, 1965.—Referred to the Committee on Public Works and ordered to be printed with illustrations

U.S. GOVERNMENT PRINTING OFFICE
WASHINGTON : 1965

50-164 O

b. The Mississippi River-Gulf Outlet, La., authorized by Public Law 455, 84th Congress, 2d Session, as a modification of the Mississippi River, Baton Rouge to the Gulf of Mexico, La. project (described in appendix I) will provide a tidewater channel 36 feet deep and 500 feet wide, extending from the Inner Harbor Navigation Canal in New Orleans to the Gulf of Mexico. As of 30 June 1961 the project was 20 percent complete and the funds expended for construction were $18,912,713.

c. The Gulf Intracoastal Waterway project extending from Florida to Brownsville provides a channel 12 feet deep by 125 feet wide through this area, except in the section between Lake Borgne and New Orleans which has a width of 150 feet. The project provides for a 9-foot channel from the Inner Harbor Navigation Canal across Lake Pontchartrain and through the Rigolets. The costs for these improvements are not separable from the total cost of the project within Louisiana. For further details on this project, see the "Annual Report of the Chief of Engineers, U. S. Army, on Civil Works Activities, 1961."

d. The following additional Corps of Engineers' projects within the study area are described in appendix I:

    (1) Mississippi River, Baton Rouge to the Gulf of Mexico, La.

    (2) Pass Manchac, La.

    (3) Bayous La Loutre, St. Malo, and Yscloskey, La.

    (4) Chefuncte River and Bogue Falia, La.

    (5) Tangipahoa River, La.

    (6) Bayou Lacombe, La.

    (7) Bayou Bonfouca, La.

    (8) Amite River and Bayou Manchac, La.

    (9) Amite River and Tributaries, La.

    (10) Tickfaw, Natalbany, Ponchatoula, and Blood Rivers, La.

14. IMPROVEMENTS BY OTHER FEDERAL AND NON-FEDERAL AGENCIES

a. <u>Federal</u>. No other Federal water resource projects exist in the study area.