UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| _____ | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| PERTAINS TO: MRGO, Robinson (06-2268) | § | |
| _____ | § | |

NOTICE OF MANUAL ATTACHMENT

Unless otherwise noted, all pinpoint citations in the United States' Memorandum of Law In Support of Defendant's Renewed Motion to Dismiss for Lack of Subject Matter Jurisdiction Or, in the Alternative, for Summary Judgment have been submitted by ECF.  For purposes of completeness, the following exhibits are manually submitted herewith in their entirety:

H.R. Doc. No. 82-245 (1951) (Ex. 23).

H.R. Doc. No. 71-46 (1930) (Ex. 24).

MRGO Design Mem. No. 1-A: Channels Mile 63.77 - Mile 68.85 (Apr. 1957 (rev. Jul. 1957)) (Ex. 25).

MRGO Design Mem. No. 1-B: Channels Mile 39.01 - Mile 63.77 (Sept. 1958 (rev. May 1959)) (Ex. 26).

MRGO Design Mem. No. 1-C: Channels Mile 0 to Mile 36.43 (Bayou La Loutre); Mile 0 to Mile -9.75 (38 ft. contour) (Nov. 1959) (Ex. 27).

MRGO Design Mem. No. 2: Gen'l Design (June 1959) (Ex. 28).

MRGO Reconnaisance Report on Channel Bank Erosion (Feb. 1988) (Ex. 29).

H.R. Doc. No. 89-231 (1965) (Ex. 30).

Sept. 16, 2007 Kemp Report (Ex. 31).

USACE Engineer Reg. 1130-2-520 (Ex. 32).

USACE Engineer Reg. 1130-2-307 (Ex. 33).

Final Environmental Impact Statement (Ex. 34).

MRGO Reconnaisance Report on Channel Bank Erosion (Jan. 1994) (Ex. 35).

Plaintiffs' Wave Report (Ex. 36).

Plaintiffs' Surge Report (Ex. 37).

This Notice of Manual Attachment is respectfully submitted,

>GREGORY G. KATSAS
>Assistant Attorney General
>
>THOMAS DUPREE
>Deputy Assistant Attorney General
>
>PHYLLIS J. PYLES
>Director, Torts Branch
>
>JAMES G. TOUHEY, JR.
>Assistant Director, Torts Branch
>
>  s/ Robin D. Smith
>ROBIN D. SMITH
>Senior Trial Counsel
>DANIEL M. BAEZA
>Trial Attorney
>Torts Branch, Civil Division
>U.S. Department of Justice
>P.O. Box 888
>Benjamin Franklin Station
>Washington, D.C. 20044
>(202) 616-4289 (tel.)
>(202) 616-5200 (fax)
>Robin.D.Smith@usdoj.gov
>Dan.Baeza@usdoj.gov
>Attorneys for Defendant United States