UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| PERTAINS TO: MRGO, Robinson (06-2268) | § | |
| | § | |

NOTICE OF HEARING

TO:   All Counsel of Record.

PLEASE TAKE NOTICE THAT, in accordance with this Court's scheduling order (Doc. 15841), the undersigned will hear the United States of America's Renewed Motion to Dismiss for Lack of Subject Matter Jurisdiction or, in the Alternative, for Summary Judgment at the Courtroom of the Honorable Stanwood R. Duval, Jr., United States Courthouse at 500 Poydras Street, New Orleans, LA, 70130, on the 8th day of January, 2009 at 10:30 p.m.

New Orleans, Louisiana, this ___ day of _____, 2008.

_____
Judge Stanwood R. Duval, Jr.
Eastern District of Louisiana