UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION | CIVIL ACTION <br> NO. 05-4182 "K"(2) <br> JUDGE DUVAL <br> MAG. WILKINSON |
| PERTAINS TO:   INSURANCE <br> *Kiefer, et al. v. Allstate, et al.*   06-5370 <br> As to Plaintiff Margaret Gaskin only | |

## ORDER

**IT IS ORDERED** that the above entitled and numbered cause which is administratively stayed, be opened for the limited purposes expressed herein; and

**IT IS FURTHER ORDERED** that the above entitled and numbered cause be and it hereby is dismissed with prejudice only as to plaintiff Margaret Gaskin, and her claims against her insurer and defendant St. Paul/Travelers Insurance Company, as to all demands, all parties to bear their own costs.

New Orleans, Louisiana, this __21st__ day of __November__, 2008.

Stanwood R. Duval, Jr.
United States District Judge