## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES     \*    CIVIL ACTION
      CONSOLIDATED LITIGATION     \*    NO. 05-4182  "K" (2)
                             \*
_____     \*    JUDGE DUVAL
                             \*
PERTAINS TO:               \*    MAG. WILKINSON
                             \*
LEVEE:       06-5890 (DEAR MOTHER'S)     \*
                             \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>ORDER</u>

CONSIDERING THE FOREGOING Motion to Withdraw David A. Binegar as counsel for plaintiffs,  Dear Mother's Taste of New Orleans LLC, Hasan Al-Ghani and Khadija Al-Ghani;

Said Motion is hereby GRANTED.   Paul C. Miniclier will remain as trial counsel for plaintiffs.

DONE AND ORDERED this 21st day of November , 2008, New Orleans, Louisiana.

_____
         Stanwood R. Duval, Jr.
        United States District Judge