PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| DAG | 002 | DAG-002-000000001 | DAG-002-000000056 | Army Map Service | Special Media Archive Services, National Archives, College Park MD | KC982 | 11/21/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Aerial Film of New Orleans; 1943 |
| DAG | 003 | DAG-003-000000001 | DAG-003-000000032 | Puckett Aerial Surveys | Special Media Archive Services, National Archives, College Park MD | KC982 | 11/21/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Aerial Film of Orleans Parish, LA; 1952 |
| DAG | 004 | DAG-004-000000001 | DAG-004-000000007 | Puckett Aerial Surveys | Special Media Archive Services, National Archives, College Park MD | KC982 | 11/21/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Aerial Film of Orleans Parish, LA; 1952 |
| MRG | 008 | MRG-008-000000001 | MRG-008-000000001 | USACE; MVD; MVM | Charles Briggs | KC983 | 11/21/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Katrina New Orleans 9th Ward mod (Originally produced 8/1/08 as MRG001 on KC881) |