# SCHAFER & SCHAFER

Attorneys and Counselors at Law
www.schafer-law.com

| | | |
|---|---|---|
| 328 Lafayette St. | TIMOTHY G. SCHAFER | 410 East Lockwood Ave. |
| New Orleans | T. GREGORY SCHAFER | Covington |
| Louisiana 70130 | RACHEL S. KELLOGG | Louisiana 70433 |
| TEL 504.522.0011 | | TEL 985.893.3331 |
| FAX 504.523.2795 | SHANNON R. BOURGEOIS | FAX 985.249.2705 |
| | STACEY E. STRINGER | |

November 20, 2008

Via Facsimile: 589-7633
and U.S. Mail

Honorable Magistrate Joseph C. Wilkinson, Jr.
United States District Court
Eastern District of Louisiana
500 Poydras Street, Chamber B409
New Orleans, Louisiana 70130

    RE: Kenneth O. Starling vs.
          USAA Casualty Insurance Company, et al
          USDC No.: 07-278 "T-3"
          Our File: 8509

Dear Magistrate Wilkinson:

    I am writing to inform you that USAA and Mr. Starling have successfully reached an agreement with respect to the settlement above-referenced claim. I anticipate that a settlement check, along with the appropriate settlement documents, will be forwarded to Mr. Longenecker within the next week. I sincerely appreciate the assistance that you provided in reaching a resolution of this matter. Please do not hesitate to contact me should you require any additional information.

Sincerely,

Rachel S. Kellogg

RSK/jjg
cc: Joseph M. Bruno, Esq. *(Via Facsimile and U.S. Mail)*
     Seth Schmeeckle *(Via Facsimile and U.S. Mail)*
     Geoffery H. Longenecker, Esq. *(Via Facsimile and U.S. Mail)*