MINUTE ENTRY
WILKINSON, M.J.
NOVEMBER 17, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>    CONSOLIDATED LITIGATION<br>        Pertains to: <u>Abadie I</u>,<br>            C.A. No. 06-5164 | CIVIL ACTION<br><br>NO. 05-4182<br><br>JUDGE DUVAL<br>MAG. WILKINSON |

\* \* \*

| | |
|---|---|
| KENNETH O. STARLING | CIVIL ACTION |
| VERSUS | NO. 07-278 |
| USAA CASUALTY INS. CO. | SECTION "L" (3) |

Following a settlement conference conducted by telephone last week in these cases involving duplicative filings of the same Hurricane Katrina claim, I have been informed by defense counsel, Rachel Kellogg, by letter that I will have filed separately in all three cases referenced above, that a settlement has been reached. Accordingly,

MJSTAR: **0:05**

by copy of this minute entry, Judge Duval is informed so that a conditional dismissal order may be entered concerning the claims of Kenneth O. Starling in <u>Abadie I</u>, C.A. No. 06-5164 c/w 05-4182, and Judge Fallon is informed so that a conditional dismissal order may be entered in the case of Kenneth O. Starling v. USAA Casualty Insurance Company, C.A. No. 07-278.

The follow-up telephone conference concerning settlement that scheduled before me on November 24, 2008 at 10:30 a.m. is hereby CANCELLED.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**
**HON. ELDON FALLON**
**HON. DANIEL KNOWLES, III**