UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
       CONSOLIDATED LITIGATION
                                       NO.: 05-4182

                                       SECTION "K" (2)

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568,
            05-5237, 05-6073, 05-6314, 05-6324,
            05-6327, 05-6359, 06-0020, 06-1885,
            06-0225, 06-0886, 06-11208, 06-2278,
            06-2287, 06-2346, 06-2545, 06-3529,
            06-4065, 06-4389, 06-4634, 06-4931,
            06-5032, 06-5042, 06-5159, 06-5163,
            06-5367, 06-5471, 06-5771, 06-5786,
            06-5937, 06-7682, 07-0206, 07-0647,
            07-0993, 07-1284, 07-1286, 07-1288,
            07-1289

PERTAINS TO: MRGO

---

### *EX PARTE* MOTION FOR PERMISSION TO FILE UNDER SEAL
### PLAINTIFFS EXHIBIT 5

---

**NOW INTO COURT**, comes Joseph M. Bruno, as Plaintiffs' Liaison Counsel in the above referenced actions, who moves to file UNDER SEAL Plaintiffs Exhibit PLS TR Ex 5 of the MRGO Plaintiffs' Note of Evidence Deemed Admitted By Stipulation Unless Otherwise

Noted & Notice of Manual Attachment, filed on this date, for the reasons set forth in the attached Memorandum in Support of Motion to File Under Seal.

In particular, Plaintiffs' seek to file UNDER SEAL the Proposed Class representatives SF-95 Forms and attachments, responses ro replies, attached hereto. These forms were produced by the United States and designated as "Confidential Information" pursuant to the Master Protective Order (Rec. Doc. 5393).

Pursuant to Local Rule 5.7.06W, a paper copy of a proposed order granting this motion is attached for delivery to the Clerk. Plaintiffs Exhibit PLS TR Ex 5, which Plaintiffs' seek to file under seal, are in an unsealed envelope marked "SEALED" and are being hand delivered to Chambers of Judge Duval.

WHEREFORE Joseph M. Bruno, as Plaintiffs' Liaison Counsel in the above referenced actions, requests that the Court enter the concurrently filed Proposed Order, sealing PLS TR EX 5, until the Court orders their unsealing.

> Respectfully Submitted,
>
> PLAINTIFFS' LIAISON COUNSEL
>
> /s/ Joseph M. Bruno
> JOSEPH M. BRUNO
> PLAINTIFFS LIAISON COUNSEL
> Law Offices of Joseph M. Bruno
> LA Bar Roll Number: 3604
> 855 Baronne Street
> New Orleans, Louisiana 70113
> Telephone: (504) 525-1335
> Facsimile: (504) 561-6775
> jbruno@jbrunolaw.com

MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

s/ James Parkerson Roy
JAMES PARKERSON ROY
MR-GO PSLC Liaison Counsel
LA. Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
jimr@wrightroy.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this Motion upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this   22st   day of November, 2008.

 /s/ Joseph M. Bruno
**JOSEPH M. BRUNO**