UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |￼
| FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289 | |
| PERTAINS TO: MRGO | |

**MEMORANDUM IN SUPPORT OF**
***EX PARTE* MOTION FOR PERMISSION TO FILE UNDER SEAL**
**PLAINTIFFS EXHIBIT 5**

**NOW INTO COURT**, comes Joseph M. Bruno, as Plaintiffs' Liaison Counsel in the above referenced actions, who moves to file Plaintiffs Exhibit PLS TR Ex 5 of the MRGO

Plaintiffs' Note of Evidence Deemed Admitted By Stipulation Unless Otherwise Noted & Notice of Manual Attachment, filed on this date, for the following reason:

PLS TR EX 5 are the SF-95 Forms and and attachments, responses ro replies which have been produced the United States and designated as "Confidential Information" pursuant to the Master Protective Order (Rec. Doc. 5393). The United States objected to the public filing of these documents and Plaintiffs' agreed to file this Exhibit Under Seal.

**WHEREFORE** Joseph M. Bruno, as Plaintiffs' Liaison Counsel in the above referenced actions, requests that the Court enter the concurrently filed Proposed Order, sealing PLS TR EX 5, until the Court orders their unsealing.

Respectfully Submitted,

PLAINTIFFS' LIAISON COUNSEL

/s/ Joseph M. Bruno
JOSEPH M. BRUNO
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
LA Bar Roll Number: 3604
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
jbruno@jbrunolaw.com

MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

<u>s/ James Parkerson Roy</u>
JAMES PARKERSON ROY
MR-GO PSLC Liaison Counsel
LA. Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
jimr@wrightroy.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this Motion upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this   21st   day of November, 2008.

 **/s/ Joseph M. Bruno**
**JOSEPH M. BRUNO**