UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br><br>**NO.: 05-4182**<br><br>**SECTION "K" (2)** |
| **FILED IN:** 05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163, 06-5367,06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289 | **FILED UNDER SEAL** |
| **PERTAINS TO: MRGO** | |

**ORDER GRANTING PERMISSION TO FILE UNDER SEAL**

Having considered the *Ex Parte* Motion for Permission to File Under Seal the Memorandum In Support , the Court deems that the Motion should be GRANTED; therefore, it is ORDERED, ADJUDGED and DECREED:

(1)   that PLS TR EX 5 be filed under seal until such time as this Court shall order their unsealing;

    (2)    that PLS TR EX 5 are not to be disclosed or published via the PACER Service Center's electronic access service or any other medium:

    (3)    that the Clerk's Office should ensure that these documents remain under seal.

SO ORDERED.

Dated: _____, 2008

_____
U.S. DISTRICT COURT JUDGE