UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 "K"(2) |
| CONSOLIDATED LITIGATION | * | |
| | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO:  ROAD HOME | * | MAGISTRATE WILKINSON |
| *Louisiana State* C.A. No. 07-5528 | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

*EX PARTE* MOTION BY UNITED STATES AUTOMOBILE ASSOCIATION,
USAA CASUALTY INSURANCE COMPANY, AND USAA GENERAL INDEMNITY
COMPANY FOR LEAVE TO APPEAR *PRO HAC VICE*

NOW INTO COURT, through undersigned counsel, comes Defendants United Services Automobile Association, USAA Casualty Insurance Company, and USAA General Indemnity Company ("USAA"), which, pursuant to Uniform Local Rules for the United States District Court for the Eastern District of Louisiana respectfully moves this Court to grant admission *pro hac vice* to the following attorneys so that they may appear and participate as co-counsel in the captioned matter:

>Christopher W. Martin
>Texas Bar No.: 13057620

>Martin R. Sadler
>Texas Bar No.: 00788842

In support of the present motion, USAA asserts as follows:

1. USAA requests that this Court allow Christopher W. Martin and Martin R. Sadler to appear as counsel *pro hac vice* in this matter in association with its counsel of record, Ralph S. Hubbard, III, Louisiana Bar No. 7040, and Seth A. Schmeeckle, Louisiana Bar No. 27076, the

latter of whom are in good standing as members of the Louisiana Bar and are admitted to practice before this Court.

2. Christopher W. Martin is an attorney at law practicing with the law firm of Martin, Disiere, Jefferson & Wisdom, L.L.P., 808 Travis Street, Suite 1800, Houston, Texas, 77002. Mr. Martin is admitted to practice in, and is in good standing in, the United States District Court for the Southern District of Texas as shown by reference to the Certificate of Good Standing attached hereto as Exhibit A. The Affidavit of Christopher W. Martin is attached hereto as Exhibit B.

2. Martin R. Sadler is an attorney at law practicing with the law firm of Martin, Disiere, Jefferson & Wisdom, L.L.P., 808 Travis Street, Suite 1800, Houston, Texas, 77002. Mr. Sadler is admitted to practice in, and is in good standing in, the United States District Court for the Southern District of Texas as shown by reference to the Certificate of Good Standing attached hereto as Exhibit C. The Affidavit of Martin R. Sadler is attached hereto as Exhibit D.

3. Pursuant to the Uniform Local Rules, the applicant fee is being submitted to the clerk of court simultaneously with the filing of this motion.

WHEREFORE, Defendants United Services Automobile Association, USAA Casualty Insurance Company, and USAA General Indemnity Company respectfully request that this Court permit Christopher W. Martin and Martin R. Sadler to appear and participate as co-counsel in the captioned matter.

                                          Respectfully submitted,

                                          */s/Seth A. Schmeeckle*
                                          Ralph S. Hubbard, III, T.A., La. Bar. # 7040
                                          Seth A. Schmeeckle, La. Bar # 27076
                                          LUGENBUHL, WHEATON, PECK, RANKIN &
                                          HUBBARD

601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195


And

OF COUNSEL:

Christopher W. Martin
Texas Bar No.: 13057620
Martin R. Sadler
Texas Bar No.: 00788842
MARTIN, DISIERE, JEFFERSON &
WISDOM, L.L.P.
808 Travis Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 632-1700
Facsimile: (713) 222-0101

**ATTORNEYS FOR DEFENDANTS,
UNITED STATES AUTOMOBILE
ASSOCIATION, USAA CASUALTY
INSURANCE COMPANY AND
USAA GENERAL INDEMNITY COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of November 2008, a copy of the foregoing has been served upon all counsel of record in this action via the Court's CM/ECF system.


　　　　/s/Seth A. Schmeeckle　　　　　　
Seth A. Schmeeckle