# CERTIFICATE OF GOOD STANDING



UNITED STATES OF AMERICA §
§
SOUTHERN DISTRICT OF TEXAS §

I, MICHAEL N. MILBY, Clerk of the United States District Court for the SOUTHERN DISTRICT OF TEXAS DO HEREBY CERTIFY

That **CHRISTOPHER W MARTIN**, Federal ID No. **13515** was duly admitted to practice in said Court on **November 08, 1991** and is in good standing as a member of the bar of said Court.

Dated October 30, 2008 at Houston, Texas.

MICHAEL N. MILBY, Clerk

By: 
EBONEE SPENCER
Deputy Clerk



EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES "K"(2) | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO: ROAD HOME | * | MAGISTRATE WILKINSON |
| *Louisiana State* C.A. No. 07-5528 | * | |

*************************

### AFFIDAVIT OF CHRISTOPHER W. MARTIN

STATE OF TEXAS         §
                       §
COUNTY OF HARRIS       §

BEFORE ME, the undersigned authority, a Notary Public duly qualified and commissioned in and for the State and County aforesaid, personally came and appeared CHRISTOPHER W. MARTIN, who, after being duly sworn, did depose and state as follows:

1. I am an attorney at law practicing with the law firm of Martin, Disiere, Jefferson & Wisdom, L.L.P., 808 Travis Street, Suite 1800, Houston, Texas, 77002.

2. I seek admission *pro hac vice* so that I may appear and participate as co-counsel in the captioned matter on behalf of Defendants United Services Automobile Association, USAA Casualty Insurance Company, and USAA General Indemnity Company.

3. In support of this request, and in compliance with Local Rule 83.2.6, I do solemnly swear:



EXHIBIT B

a. that I have never had any disciplinary or criminal charges instituted against me.

b. that I will support the Constitution of the United States and that I will demean myself uprightly and according to law and the recognized standards of ethics of the legal profession. I do further solemnly swear (or affirm or promise) that I have read the Federal Rules of Civil Procedure, 28 USC; the Federal Rules of Criminal Procedure, 18 USC; the Federal Rules of Evidence, 28 USC; and the Uniform Local Rules of the United States District Court for the Eastern District of Louisiana, and that I am fully prepared to use and abide by them in my practice before this Court.

Further affiant sayeth not.

_____
Christopher W. Martin

SWORN TO and SUBSCRIBED this ___ day of November, 2008.

LINDA K CRIPPS
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
·OCT. 28, 2012

_____
Notary Public in and for the State of T E X A S

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA § 
SOUTHERN DISTRICT OF TEXAS § §

I, MICHAEL N. MILBY, Clerk of the United States District Court for the SOUTHERN DISTRICT OF TEXAS DO HEREBY CERTIFY that **Martin R Sadler** Federal ID No. **18230** was duly admitted to practice in said Court on **March 24, 1995** and is in good standing as a member of the bar of said Court.

Dated October 24, 2008 at Houston, Texas.

MICHAEL N. MILBY, Clerk

By: Steve Murdock
Deputy Clerk



EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES * <br> "K"(2) <br>     CONSOLIDATED LITIGATION * <br>                                          * <br>                                          * <br> PERTAINS TO: ROAD HOME     * <br>     Louisiana State C.A. No. 07-5528   * <br> * * * * * * * * * * * * * * * * * * * * * * * | | CIVIL ACTION NO. 05-4182 <br><br> JUDGE DUVAL <br><br> MAGISTRATE WILKINSON |

### AFFIDAVIT OF MARTIN R. SADLER

STATE OF TEXAS         §
                                 §
COUNTY OF HARRIS   §

BEFORE ME, the undersigned authority, a Notary Public duly qualified and commissioned in and for the State and County aforesaid, personally came and appeared MARTIN R. SADLER, who, after being duly sworn, did depose and state as follows:

1. I am an attorney at law practicing with the law firm of Martin, Disiere, Jefferson & Wisdom, L.L.P., 808 Travis Street, Suite 1800, Houston, Texas, 77002.

2. I seek admission *pro hac vice* so that I may appear and participate as co-counsel in the captioned matter on behalf of Defendants United Services Automobile Association, USAA Casualty Insurance Company, and USAA General Indemnity Company.

3. In support of this request, and in compliance with Local Rule 83.2.6, I do solemnly swear:


EXHIBIT D

a. that I have never had any disciplinary or criminal charges instituted against me.

b. that I will support the Constitution of the United States and that I will demean myself uprightly and according to law and the recognized standards of ethics of the legal profession. I do further solemnly swear (or affirm or promise) that I have read the Federal Rules of Civil Procedure, 28 USC; the Federal Rules of Criminal Procedure, 18 USC; the Federal Rules of Evidence, 28 USC; and the Uniform Local Rules of the United States District Court for the Eastern District of Louisiana, and that I am fully prepared to use and abide by them in my practice before this Court.

Further affiant sayeth not.

_____
Martin R. Sadler

SWORN TO and SUBSCRIBED this _____ day of November, 2008.

LINDA K CRIPPS
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
·OCT. 28, 2012

_____
Notary Public
In and for the State of T E X A S

2