UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 "K"(2) |
| CONSOLIDATED LITIGATION | * | |
| | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO:  ROAD HOME | * | MAGISTRATE WILKINSON |
| *Louisiana State* C.A. No. 07-5528 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the *Ex Parte* Motion by United Services Automobile Association, USAA Casualty Insurance Company, and USAA General Indemnity Company for Leave to Appear *Pro Hac Vice*;

IT IS ORDERED that Christopher W. Martin and Martin R. Sadler of the law firm of Martin, Disiere, Jefferson & Wisdom, L.L.P. are hereby admitted pro hac vice as co-counsel of record for United Services Automobile Association, USAA Casualty Insurance Company, and USAA General Indemnity Company in the captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

1