MINUTE ENTRY
WILKINSON, M.J.
NOVEMBER 21, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                   CIVIL ACTION
      CONSOLIDATED LITIGATION
                                                                           NO. 05-4182

PERTAINS TO: INSURANCE                          SECTION "K" (2)

      At my request, a telephone conference was conducted on this date concerning the status of "forced place" claims in the "Insurance Mass Joinder" and certain severed mass joinder cases that remain open in this consolidated litigation. Participating were Joseph M. Bruno, plaintiffs' Liaison Counsel; Seth Schmeekle, defense Liaison Counsel; and Wendy Hickok Robinson, counsel for Safeco and others.

      Counsel will provide me with a letter listing the particular claimants, insurance companies and mortgage companies affected by this issue and proposing a case management order for motion practice as to these claims. After I receive the proposal of

MJSTAR: **0:20**

counsel, I will discuss the matter with Judge Duval, and a case management order will be issued or another conference will be conducted, if appropriate.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.