# EXHIBIT A



**US Army Corps
of Engineers**
Vicksburg District

# US Army  Corps of Engineers
# Levee Safety Program

**Neal Lewis,** Acting Chief Flood Control Section
**David Dupre',** Red River Resident Office
**Doyle Mothershed,** Red River Resident Office
**Carl Pigott,** Project Manager, FCS

January 2008



**US Army Corps
of Engineers**
Vicksburg District

# TOPICS

- **Levee Safety Program Overview**
- **Regulations/Guidance**
- **Permit/Maintenance**

- **FEMA Map Mod Program  (Region  VI)**
  - **Levee Certification**



**US Army Corps
of Engineers**
Vicksburg District

# ■ Levee Safety Program Overview



**US Army Corps of Engineers**
Vicksburg District

# Levee Safety...



West Columbus, Ohio

...is the art and science of ensuring the **integrity** and viability of levees such that they **do not present unacceptable risks** to the public, property, and the environment



**US Army Corps of Engineers**

Vicksburg District

# National Levee Safety Program

■ Background:

- ■ USACE Flood Damage Reduction mission began with the 1917 Flood Control Act

- ■ Significant Role in flood activities nationwide to include the protection of life and property behind federal levee systems.

- ■ Hurricane Katrina and Rita devastation in 2005 brought levee safety to the forefront of public awareness

- ■ Findings of investigations into flood damage reduction system's performance in New Orleans prompted the need for a comprehensive and risk-informed approach to national levee safety, including periodic assessments.



**US Army Corps
of Engineers**

Vicksburg District

# National
# Levee Safety Program

- Emphasizes Role of Levees in Flood Damage Reduction to avoid loss of life and property damage.   NLSP will help achieve 3 goals:
  - Reduce risk and increase public safety through informed public
  - Develop a clear national levee safety policy and standards
  - Maintain a sustainable flood damage reduction system that meets public safety needs
- National Levee Safety Program – Title IX of Water Resources Development Act of 2007



**US Army Corps of Engineers**

Vicksburg District

# National
# Levee Safety Program

◻ The program is divided into three areas:

- ◼ Levee Inventory
- ◼ Technical Risk Assessments
- ◼ Revised Inspection of Completed Works Procedures



**US Army Corps of Engineers**

Vicksburg District

# National
# Levee Safety Program

■ Levee Inventory:

- The Corps competed an initial survey of federal program levee systems in July 2006 and developed a National Levee Database to capture information about each levee, including the location and last recorded inspection rating.

- 2,000 levees; 13,000 miles

- ICW/RIP Levees



**US Army Corps
of Engineers**

Vicksburg District

# National
# Levee Safety Program

- Technical Risk Assessments
  - USACE will be assessing all of the levees in the inventory
  - 5 years to complete
  - Developing analytical methodology to evaluate risk associated with levees in national database
  - Still developing/evolving



**US Army Corps of Engineers**
Vicksburg District

# National
# Levee Safety Program

■ Revised Inspection of Completed Works Procedures

- ■ Interim Guidance and Levee Owners Manual
- ■ Incorporate risk assessments into current ICW program
- ■ Technical risk assessments will clearly identify reporting requirements to local communities, states, and other agencies.   Ongoing.







**US Army Corps of Engineers**
Vicksburg District

# Universe of Levees

**USACE Inventory and Assessment**
Objective: **Assess** all levees in USACE programs, regardless of level of protection.

**WRDA Authorities**
Objective: **Inventory** all levees in nation, lead strategic plan for a National Levee Safety Program

# Phase I: Initial Levee Survey Results

# Phases II-IV: Detailed GIS Inventory

# Robust Levee Safety Program

## Graduated Levee Assessments

**Sponsor**

**Continuous** Routine Inspections by Sponsor
- More Rigorous Standards & Checklist (FY07)

**USACE**

**Pre-Screening** Based on Inspection Results
- Prioritization of Periodic Assessments
  And Risk Assessments (FY08)

**Annual Robust Inspections** by District
- Professionally Managed (Nov 07 Letter)

**Periodic Assessments** (under beta test), 5 years
- Periodic Inspection + Screening Risk Assessment

**Risk Assessments** (under beta test), 10 years
- Rigorous, data intensive effort

Increasing Rigor, Effort

Continuous Feedback



**US Army Corps
of Engineers**
Vicksburg District

# ■  **Regulations/Guidance**



**US Army Corps
of Engineers**
Vicksburg District

# Levee Inspection Program

- Looking at annual inspection process
- Districts will use non-Federal Levee Manual (March 2006) until otherwise directed
- Ratings
  - ICW in the previous system
    - Outstanding, Satisfactory, Unsatisfactory
  - RIP rating system (Rehabilitation Inspection Program, PL 84-99)
    - Acceptable, minimally acceptable, unacceptable



**US Army Corps
of Engineers**
Vicksburg District

# The Standard

- CFR 33 part 208.10
- New Levee Owner's Manual and DR 1130-2-530
- Levee Board to provide semi-annual inspection report
- Inspection Report Form changes



**US Army Corps
of Engineers**
Vicksburg District

**This Levee Owner's Manual also applies to Federal Flood Control Works**

**If you don't have a copy it can be downloaded from the web at:**

http://www.usace.army.mil/inet/functions/cw/cecwhs/em/fcw/fcw.html



US Army Corps
of Engineers ®

**LEVEE OWNER'S MANUAL
FOR
NON-FEDERAL
FLOOD CONTROL WORKS**

THE REHABILITATION AND INSPECTION
PROGRAM

PUBLIC LAW 84-99

MARCH 2006



**US Army Corps
of Engineers**
Vicksburg District

District Regulation No. 1130-2-530

If you don't have a copy, one
 will be provided upon request.

DR 1130-2-530

DEPARTMENT OF THE ARMY
Vicksburg District, Corps of Engineers
Vicksburg, Mississippi 39183-3435

CEMVK-OD-M
District Regulation
No. 1130-2-530                                    17 December 2006

Project Operations
MAINTENANCE STANDARDS, PROCEDURES AND GUIDELINES
ON MODIFICATIONS TO PROJECTS

1. Purpose. To establish standards and procedures for
maintenance of flood control structures throughout the Vicksburg
District. To combine into one document the policies, criteria,
guidelines for administration and operation of the flood control
projects.

2. Applicability. These standards and procedures are applicable
to all flood control projects constructed by the Corps of
Engineers in the Vicksburg District. These provisions will be
used as a guide in evaluating the effectiveness of the
maintenance programs of the Corps and local interests on the
respective project systems for which they each have
responsibility for operation, maintenance, and administration.
Operation and maintenance manuals have been prepared for each of
the large flood control and multiple purpose projects in the
Vicksburg District and will be the primary guides for those
facilities.

3. General. Adequate maintenance is essential. Failure to
maintain any element of the project may result in reduced
benefits to the public they were designed to protect. In order
to assure the proper function of project systems, it is
essential that each organization having maintenance
responsibility develop an operation and maintenance program to
meet the standards set forth in this regulation. The Corps of
Engineers has continuing authority and control over the project
features constructed by them for the purpose of ensuring that
nothing is done to impair the usefulness of the project for
flood

This District Regulation supersedes DR 1130-303, 17 March 1993;
DR 1130-6, 24 March 1993; and DR 1130-2-530, 8 March 1999.



**US Army Corps of Engineers**

Vicksburg District

# Code of Federal Regulations
## Title 33  § 208.10

**General.**

**(1)** The structures and facilities constructed by the United States for local flood protection shall be continuously maintained in such a manner and operated at such times and for such periods as may be necessary to obtain the maximum benefits.

**(2)** The State, political subdivision thereof, or other responsible local agency, which furnished assurance that it will maintain and operate flood control works in accordance with regulations prescribed by the Secretary of the Army, as required by law, shall appoint a permanent committee consisting of or headed by an official hereinafter called the "Superintendent," who shall be responsible for the development and maintenance of, and directly in charge of, an organization responsible for the efficient operation and maintenance of all of the structures and facilities during flood periods and for continuous inspection and maintenance of the project works during periods of low water, all without cost to the United States.



**US Army Corps of Engineers**

Vicksburg District

# *Code of Federal Regulations Title 33  § 208.10*

(3) A reserve supply of materials needed during a flood emergency shall be kept on hand at all times.

(4) No encroachment or trespass which will <u>adversely affect</u> the efficient operation or maintenance of the project works shall be permitted upon the rights-of-way for the protective facilities.



**US Army Corps
of Engineers**
Vicksburg District

# Code of Federal Regulations
# Title 33  § 208.10

**(5) No improvement shall be passed over, under, or through the walls, levees, improved channels or floodways, nor shall any excavation or construction be permitted within the limits of the project right-of-way, nor shall any change be made in any feature of the works without prior determination by the District Engineer of the Department of the Army or his authorized representative that such improvement, excavation, construction, or alteration will not adversely affect the functioning of the protective facilities. Such improvements or alterations as may be found to be desirable and permissible under the above determination shall be constructed in accordance with standard engineering practice. Advice regarding the effect of proposed improvements or alterations on the functioning of the project and information concerning methods of construction acceptable under standard engineering practice shall be obtained from the District Engineer or, if otherwise obtained, shall be submitted for his approval. Drawings or prints showing such improvements or alterations as finally constructed shall be furnished the District Engineer after completion of the work.**



**US Army Corps of Engineers**
Vicksburg District

# Code of Federal Regulations
## Title 33  § 208.10

**(6) It shall be the duty of the superintendent to submit a semiannual report to the District Engineer covering inspection, maintenance, and operation of the protective works.**

(7) The District Engineer or his authorized representatives shall have access at all times to all portions of the protective works.

(8) Maintenance measures or repairs which the District Engineer deems necessary shall be promptly taken or made.



**US Army Corps of Engineers**
Vicksburg District

# Code of Federal Regulations
## Title 33  § 208.10

(9) Appropriate measures shall be taken by local authorities to insure that the activities of all local organizations operating public or private facilities connected with the protective works are coordinated with those of the Superintendent's organization during flood periods.

(10) The Department of the Army will furnish local interests with an **Operation and Maintenance Manual** for each completed project, or separate useful part thereof, to assist them in carrying out their obligations under this part.



## US Army Corps of Engineers
Vicksburg District

Levee Board is responsible for submitting semi-annual inspection reports By January 31 and July 31

Reference:
DR 1130-2-530 Appendix D

**Semi-Annual Report (SAMPLE)**
**Inspection Date:** 23 June 2005

**Description of Project(s):** The Joe Blow Levee District is responsible for 137 miles of levees along the left descending bank of the Mississippi River between Charlieville in Freddie Parish and Gertrude Corner in Jerry Parish. In that reach, there is approximately 2.1 miles of floodwall, with 15 gates and 8 valves. There are also 83 miles of hurricane protection levees in Jerry Parish, with 16.3 miles of floodwalls, 28 gates, and 16 valves.

**MISSISSIPPI RIVER LEVEES:**

**Maintenance corridor:** The river levee landside maintenance corridor is clear and uninhibited, with the exception of power poles and permitted facilities. The 40-foot floodside corridor is clear for nearly all of the 137 miles, with exception of permitted facilities and some trees.

**Grass Surface:** Grass is mowed regularly. We mowed 6 times in the past 6 months. We do not burn or chemically treat levee surface to retard grass growth.

**Levee Crown Road:** In good condition; sloped to drain; surface material needs upgrading (over 86 miles) due to sand-clay-gravel unacceptability; minimal potholes and depressions.

**Levee station markers:** Good condition. Markers are maintained and replaced when damaged or removed.

**Toe drainage systems:** Landside drainage ditch in good condition, maintained by levee district or DOTD. Floodside drainage is away from levee toe. Frankie's Boat Services (L.S. 16+00) and Bethany Chemical Corp. (L.S. 435+00) directed in writing to cut drainage ditch along their property line to facilitate drainage to the river.

**Seepage, saturated areas, sand boils:** No seepage, saturated areas, or sand boils found or reported during the last 6 months.

**Slope Pavement:** Cracks in slope pavement throughout the 137 miles. Monitored. No significant cracks or holes that will adversely impact structural stability of levee.

**Erosion:** No significant erosion to report.

**Slope Stability:** No slides or erosion of slopes. No displacement or bulges. Stability appears fine.

**Surface Cracking:** Transverse surface cracks in the Daddyville area; appears to be weather related. Does not appear to be a problem. Will continue to monitor.

**Ramps:** Numerous ramps maintained by landowners and facility owners. Levee district routinely advises owners to maintain ramp crossings when deficiencies are noted. No ramps below the levee design grade or section, except when specifically authorized by permit – facility owner flood fights ramp during high water periods.

**Cattle guards:** Working with owners to repair or remove deficient cattle guards.

**Fences:** Fences are maintained by owners and/or levee district. Unwanted growth and weeds on fences are sprayed with XYZ Chemical to retard growth. Levee district takes legal action if necessary to have abandoned fences removed.

**Grazing on levee:** Levee district allows extended grass growth in the Bonny Acres area for grazing and hey during low water season. No over-grazing or other deficiencies that can result from grazing activities noted during the past 6 months.

**Animal Burrows:** Wild hogs a problem, damaging levee slope in the Cricket area. Levee surface repaired as necessary. Hogs being tracked and removed by Damon's Wildlife Agency.

**Unwanted Levee Growth:** No large brush or trees exist in the levee r-o-w.

**Encroachments:** No adverse encroachments (trash, debris, or unauthorized excavations, structures, or obstructions) within the levee r-o-w.

**Bankline:** Bankline is regularly monitored. No significant scour or erosion. Rock dikes and bankline protection in good condition.

**Structural Foundations:** No visual signs of adverse conditions.



# FAQ

**US Army Corps
of Engineers**

Vicksburg District

**Q1.  What gives the Corps of Engineers and the state levee districts authority to permit work on or near Federal flood protection projects?**

**A1.  Title 33, Section 208.10 of the Code of Federal Regulations (CFR) requires the Secretary of the Army, through the U.S. Army Corps of Engineers and its authorized delegates (levee districts and other local project sponsors), to operate and maintain federally authorized and constructed flood control projects.**

**Q2.  What is the primary purpose of levee districts?**

**A2.  As state sponsors of most federally authorized and constructed flood control projects, levee districts are partners with the Corps and often cost share construction of the project.   As part of their partnership and in accordance with CFR Title 33, Section 208.10, levee districts or other local sponsors must operate and maintain the projects to ensure its structural integrity and that it will function as designed when necessary to prevent or mitigate flood damages.**

**Q4.  Why is the Corps involved with levee district permitting?**

**A4.  Most levee districts do not have engineering personnel working on their staff; therefore, the Corps acts as a Federal engineering consultant on permits and other flood control matters.**



# FAQ

**US Army Corps of Engineers**
Vicksburg District

**Q5.  Which agencies establish permitting distances for work close to Federal projects?**

**A5.  The Corps of Engineers establish distances for certain types of work that can adversely affect the structural integrity of Federal levees and structures.  CFR Title 33, Section 208.10, gives the Corps' District Engineer and delegated authorities wide latitude to protect the Federal projects.   There is No Distance Limitation for permitting work that can affect the Federal levees and structures; however, based on state and Federal laws and regulations, standard engineering practices, hydraulic and geotechnical conditions for this region, and lessons learned from historical events or incidents, the Vicksburg District has established the following distances and river stage elevations for flood control permits within its boundary:**

**a.  All work within 300 feet of the levee centerline for projects.  (Corps policy is to measure distance from the levee centerline to determine if a permit or letter of no objection is required from the levee district or local sponsor.)**

**b.  All subsurface work within 1,500 feet of a levee centerline.  Subsurface work includes excavations (digging), ponds, swimming pools, drainage ditches, soil borings, wells, shafts, pile driving, drilling, etc.**

**c.  Seismic surveys and demolition using explosives within 5,000 feet of both MR&T and hurricane protection levees and structures.**



**US Army Corps
of Engineers**
Vicksburg District

# FAQ

**IMPORTANT NOTES:  Subsurface, seismic, and demolition work have the greatest potential to cause levee failure.  Levee failure during high river stages can be catastrophic!  Therefore, subsurface work within 1,500 feet of a levee and seismic surveys/demolition using explosives within 5,000 feet of any project is restricted by stipulations in the permit to being conducted only when the stage of the River is below a site/gage specific elevation, <u>unless a waiver is granted for higher stages.</u>  No work of this kind is allowed within those distances when the river stage is against the levee toe or above.  Waivers are considered on a case-by-case basis, and are dependent on the surrounding subsurface ground conditions in the vicinity of the project,  the distance the project is away from the levee, and the forecasted river stages.  Permittees are advised to monitor river stages by calling (601) 631-5672 or checking <u>www.rivergages.com</u> for daily updates and forecasts.**



**US Army Corps
of Engineers**

Vicksburg District

# Levee Inspection Program

- Looking at annual inspection process
- For now districts will use non-Federal Levee Manual (March 2006)
- Ratings
  - ICW in the previous system
    - Outstanding, Satisfactory, Unsatisfactory
  - RIP rating system (Rehabilitation Inspection Program, PL 84-99)
    - Acceptable, minimally acceptable, unacceptable



**US Army Corps of Engineers**
Vicksburg District

# Levee Owner's Manual
# Inspection Form
# Item 2 Under Levees

| 2. Unwanted Vegetation Growth | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | **A** | The levee has a good grass cover with little or no unwanted vegetation (trees, bushes, or undesirable weeds) and has been recently mowed.  Except in those cases where a vegetation variance has been granted by the Corps, a 5 meter (15') zone, free from all woody vegetation, is maintained adjacent to the landward/ riverside toe of the FCW for maintenance and flood-fighting activities.  Additionally, a 1 meter (3') root free zone is maintained to protect the external limits of the levee cross section.  Reference EM 1110-2-301 and/or local Corps policy. |
| | | | | | **M** | Minimal number of trees [5 cm (2") diameter or smaller] and/or brush present on the levee or within the 5 meter (15') zone, that will not threaten the integrity of the project but which need to be removed. |
| | | | | | **U** | Trees, weeds, and brush cover exists in the FCW requiring removal to reestablish or ascertain FCW integrity.  (NOTE: If significant growth on levees exists, prohibiting the inspection of animal burrows or other inspection items, then the levee inspection should be ended until this item is corrected.) |



**US Army Corps
of Engineers**

Vicksburg District

# DR 1130-2-530

4. Maintenance Standards.

    a. Levees. MAJ GEN Riley (Sep 26, 2006) has directed that the Levee Owner's Manual (LOM) for non-Federal Flood Control Works, 30 March 2006, will be the standard by which all projects will be maintained, inspected, and evaluated for compliance.  The following are general guidelines and should be supplemented by the LOM.

(1) Maintenance Standards. The levees, which include seepage and stability berms, will be maintained as  necessary to ensure serviceability against floods at all times. Standards for accomplishing the foregoing are as  follows:

    (a) Sod. A good growth of sod will be maintained where feasible with grass height from 2 to 12 inches,  substantially free of weeds.

    (b) Embankment. The embankment will be maintained to essentially the design grade and section by necessary correction of washes, slides, shrinkage cracks, and settlements.

    (c) Woody Vegetation. All brush, trees, or other undesirable wild growth will be removed from the levee embankment.

The following note appears at the bottom of page 2:

NOTE: The LOM requires 5 meters or 15 feet clear width from the levee toe.  CEMVK will work with local sponsors whose right-of-way does not meet the 15-foot requirement.



**US Army Corps of Engineers**
Vicksburg District



| 8. | Encroachments | | | | | A | No trash, debris, excavations, structures, or other obstructions present within the project easement area. Encroachments which do not diminish proper functioning of the project have been previously approved by the Corps. |
| | | | | | | M | Trash, debris, excavations, structures, or other obstructions present, or inappropriate activities that will not inhibit project operations and maintenance or emergency operations. Encroachments have not been approved by the Corps. |
| | | | | | | U | Trash, debris, excavation, structures, or other obstructions present, or inappropriate activities that will inhibit project operations and maintenance or emergency operations. |



**US Army Corps
of Engineers**

Vicksburg District

DR 1130-2-530 paragraph:

4.d. Miscellaneous.

Major Maintenance. Slides and all other maintenance items that vary from the normal and cannot be repaired by local organization forces will be considered as major maintenance and will be repaired by the Corps of Engineers where authority exists to do so (typically, Mississippi River and Tributary Projects (MR&T)).

Special Note: The levee boards neglect to provide minor maintenance will not lead to the Corps providing major maintenance.



**US Army Corps
of Engineers**
Vicksburg District

# Inspection of Structures

Operations Division has a remote
controlled track mounted camera that
may be used to inspect a dewatered
and cleaned structure.  This inspection
may be scheduled upon request.



**US Army Corps
of Engineers**

Vicksburg District

# The Way Ahead

- Letter from the Levee Boards (LB) to the Corps of Engineers that address issues that are outside or beyond the LB's authority to correct.
  - Example: Tree outside the levee boards right-of-way but inside the 15' from the levee toe limit.
- Issues specified in the regulations that conflict with original assurances.
- Issues that are within the LB's control but need time to correct due to existing resources; such as equipment, man power, funding, etc.

# Katrina Surge overtopping a Levee (Orleans Levee District)



*"I -510   Paris Road Bridge*
*Near the NASA Michoud Facility*



**The Levee Withstood the Overtopping with some erosion,**

**But did not Fail**



**US Army Corps
of Engineers**
Vicksburg District

# PARTNERSHIP



This triangle shows the relationship that exists between the levee districts, the Corps of Engineers, and Congress.  The Corps can only do what is authorized and funded by Congress.  The local levee boards identify funding needs and seeks funding by working through their congressional delegates.



**US Army Corps
of Engineers**
Vicksburg District

# Questions?