# EXHIBIT B

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: KATRINA CANAL BREACHES     CIVIL ACTION

CONSOLIDATED LITIGATION           NO. 05-4182 K2

                                  JUDGE DUVAL

PERTAINS TO                       MAG. WILKINSON

(Robinson, No. 06-2268)


     Deposition of WALTER O. BAUMY, JR., given at the U.S. Army Corps of Engineers New Orleans District offices, 7400 Leake Avenue, New Orleans, Louisiana 70118-3651, on April 9th, 2008.


REPORTED BY:

     JOSEPH A. FAIRBANKS, JR., CCR, RPR

     CERTIFIED COURT REPORTER #75005

Page 230

1  I ask for?  Is it a digging permit?  Is it a
2  building next to a hurricane protection
3  structure permit?  What is it called?
4      A.  It's called a permit.
5      Q.  It's called a permit.
6      A.  You come in with a permit to build --
7  take some action in the vicinity of a project.
8  That's what a contractor or individual would
9  do.
10     Q.  All right.  So your testimony is that
11 anytime anybody builds in the vicinity of a
12 Corps project they need to get a permit.
13     A.  Yes.
14     Q.  All right.  Now how do I know how
15 close I can go without getting a permit?
16     A.  That would be published somewhere,
17 through the Corps and through the levee
18 districts.  The levee districts also
19 participate in the permit process.
20     Q.  All right. we're not talking about the
21 levee districts, we're talking about the Corps.
22 You told me Corps has published guidelines.  I
23 want to see the Corps' published guidelines.
24 So where do I go to understand --
25     A.  Permits.

Page 231

1      Q.  Permits office?
2      A.  Yeah.
3      Q.  All right.  Where on the chart is the
4  permits office?
5      A.  Operations division.
6      Q.  Operations division.  Now how do I
7  know which division?
8      A.  I just said it.
9      Q.  Well, there's a technical support
10 branch, there's a readiness branch, there's a
11 physical support branch, there's a regulatory
12 branch, a management support branch, and then
13 it goes into various op managers, including the
14 Mississippi River Baton Rouge to Gulf.
15     A.  Regulatory.
16     Q.  I go to them.  Okay.  Now, is there a
17 written set of guidelines that I can pick up
18 and read to help me understand this process?
19     A.  I have not looked at them lately, but
20 there should be, yes.
21     Q.  All right.
22     A.  I would expect there are.
23     Q.  Does the Corps have a written set of
24 guidelines that would discuss rules,
25 regulations, advisories, about digging or

Page 232

1  excavating around a flood control project?
2      A.  I don't know what's written that's in
3  the public sector.
4      Q.  Okay.  All right.  Let me show you
5  this. (Tendering.)  I will represent to you
6  that this is a print from a website.  Okay?
7      A.  Okay.
8      Q.  From the Kansas City District office
9  of the United States Army Corps of Engineers.
10 And you will see at least at Page 3 of the
11 document, it says in black and white, guidance
12 for work proposed near or within a federally
13 constructed flood control project.
14     Fair enough?
15     A.  Yes.
16     Q.  It says that.  All right.  Now, would
17 you agree with me that if such a document
18 exists in this district that it would have been
19 prepared by the engineering division, or at
20 least with the input from the engineering
21 division?
22     A.  It certainly would have had the input.
23     Q.  Okay.  All right.  Have you ever seen
24 a document like this in the New Orleans
25 District office?

Page 233

1      A.  Not a comprehensive document like
2  this, no.
3      Q.  Well, would you at least agree with me
4  that this document gives some guidance about
5  how close you can get to a federal flood
6  control project?  It says here, this
7  information has been compiled to provide
8  general guidance regarding engineering,
9  operation and maintenance aspects of
10 construction within the critical area of flood
11 control projects constructed by the Corps of
12 Engineers.
13     You see that?
14     A.  Yeah.
15     Q.  Okay.  So this does give some
16 information about what you should do or should
17 not do depending upon how close you are to a
18 federal flood control project, right?
19     A.  It appears to.
20     Q.  Okay.  Fair enough.
21     Now, do you know if there's a permit
22 required to do work outside of 300 feet on the
23 water side of a flood control project?
24     A.  Okay.  What was the question again?
25     Q.  If you take a look at the top, you see