# EXHIBIT D, PART 1

# Technical Report No. IV.

# Review of USACE Excavation and Backfill Guidelines and Practices Near Flood Control Structures

Technical Report to

**Katrina Canal Breaches Consolidated Litigation**

[Civil Action Number: 05-4182 "K" (2)]

United States District Court

Eastern District of Louisiana

Pertains to MR-GO, Robinson [No. 06-2268]

By

Dr. Robert Bea and Rune Storesund

**Risk Assessment and Management Services**

Moraga, California

July 11, 2008



**Figure 1.1.  Extents of a 300-foot buffer around the existing flood protection I-wall.**



**Figure 1.5. The project limits (yellow dashed line) associated with the IHNC Lock Replacement project available for review from IPET website.**