# EXHIBIT D, PART 2



**Figure 1.6.** The project limits (yellow dashed line) associated with the IHNC Lock Replacement project relative to the North and South flood wall failure locations.

14