# EXHIBIT D, PART 3



**Figure 1.7. Locations of utility crossings over the east IHNC I-wall (1998 DOQQ).**

17