# EXHIBIT E

**Sketch 1 – Boland Marine Subsurface Foundations**



DEFENDANT'S EXHIBIT 42

WGI313718



Three of the anchor pads to be removed are located in the Boland Marine property adjacent to the former site of the welding / fabrication shop. Description of the pads are as follows: The northwest block (pad) consist of what appears to be a continuous pour concrete block that measures 10' x 12' x 8' deep from the surface. The northeast block (pad) is similar in construction and measures 10' x 14' x 6.5 deep from the surface. The southern block is formed by what appears to be salvaged barge. This block (pad) does not appear to have any interior reinforcing. This block (pad) measures 25' x 22' to a depth greater than 24'. Washington Group International (WGINT) has not been able to determine the total depth of this block.

Three more anchor pads are located in the north central portion of the Boland Marine property. These pads are as follows: pad #1 measures 7.5' x 13' x 5' deep; pad #2 measures 6.5' x 13' x 5' deep; and pad #3 is a U shaped pad that is 6' deep with a 24' length at the base of the U, with the two arms 2' x 4' wide.

Two additional anchor pads are located in the southwestern portion of the Boland Marine property. These pads are as follows: pad #4 is 3' x 8' x 6' deep; pad #5 is a U shaped pad that is 6' deep with a 18' length that is 2' wide, with two arms 2' x 8' wide.

There is the potential for dewatering in order to accomplish excavation. It is assumed that a cofferdam will be required to be built in order to dewater and excavate the southern block. Installation of whalers @ -28' msl to remove concrete from 25'-35' msl.

Sketch 1. Boland Marine Subsurface Foundations

WGI313719