# EXHIBIT F

# DISTRIBUTION SHEET – TULSA TERC

| PROJECT No.: | 4423 | PROJECT NAME: | TULSA TERC |
|---|---|---|---|

FILE No.: 4423-0026-2.015/2.09 _____ (Please fill in the blanks)
(Must Include 0000/0001/002, etc.)

DOCUMENT DATE: 1/17/01      CATEGORY: CO

REFERENCE FILE NUMBERS: _____

ISSUED TO: Brian Keller    FROM: Dennis O'Conner

TITLE/COMMENTS: Additional Information for Levee Board Permits and Notifications

---

**DISTRIBUTION:** ✓       **CIRCULATION:** X           **DISKETTE INCLUDED** ____
**COVER SHEET ONLY** *                                  **VIRUS SCANNED** ____

**DISTRIBUTION:**

| | | |
|---|---|---|
| ___ C. Beck | ___ S. Koenig | ___ P. Staggs |
| ___ J. Blazek (MMG) | ___ J. Law | ___ D. Thompson |
| ___ C. Bossard | ___ E. McEntee | ___ B. Tupyi |
| ___ B. Casey | ___ D. McHugh | ___ S. Vader |
| ___ L. Chen | ___ D. Miller | ___ M. Winter |
| ___ S. Crow | ___ K. Morrison | ___ S. Winterrowd |
| ___ Y. Deng | ___ J. Myers | ___ D. Yust |
| ___ P. Etienne | ___ D. O'Conner | |
| ___ B. Gomez | ___ L. Ottonello | ___ A. Veigel/BHO |
| ___ K. Haug | ___ L. Powell | ___ R. Cooney |
| ___ R. Hickmon | ___ S. Powell | ✓ L. Guillory |
| ___ B. Ingersoll | ___ E. Romano | |
| ___ J. Innis | ___ S. Roe | |
| ___ M. Jordan | ___ J. Siegel | ___ Tar Creek File |
| ___ L. Key | ___ J. Staggs | ✓ Document Control |
| | | ✓ IHNC File |

**CATEGORIES** Use only the category listed for the individual file number

| | | | | | | |
|---|---|---|---|---|---|---|
| CF | Contract File | QC | Quality Control | TA | Transmittal (Outgoing) |
| CN | Change Notices | QAC | Both | TC | Telecon |
| CO | Correspondence | RF | Reference File (Gov't provided mat.) | TX | Telex-Fax |
| DW | Drawings | RFP | Request for Proposal | WBS | Work Breakdown Structure |
| EQ | Equipment | RFQ | Request for Quote | | |
| ES | Estimates | RP | Report (MK Deliverables) | | |
| HS | Health & Safety | RQ | Requisitions | | |
| IOC | Interoffice Correspondence | SC | Schedules | | |
| IT | Insurance/Taxes | SD | Shop Drawings | | |
| IV | Invoice | SK | Sketches | | |
| MN | Meeting Notes | SPE | Special | | |
| PO | Purchase Order | ST | Standards | | |
| PR | Proposal/Bids | SU | Subcontract File | | |
| QA | Quality Assurance | T | Transmittal (Incoming) | | |

DEFENDANT'S EXHIBIT 23

4423dist.wpd                                                       October 3, 2000

NCS-005-000000394



**Washington**
*Government*

Dennis O'Conner
Project Manager

January 17, 2001

Mr. Brian Keller
P. O. Box 60267
USACE
Office of ODT
New Orleans, LA  70160-0267

Subject:   Additional Information For Levee Board Permits and Notifications - East Bank Industrial Area, Inner Harbor Navigation Canal

Dear Mr. Keller:

The enclosed information and drawings are provided in response to your questions regarding the work to be performed by Washington Group International at the East Bank Industrial Area, Inner Harbor Navigation Canal.

Project work will not require installation of new underground utilities across the levee. Figure 1-3 has been provided to show details of the existing electrical facilities. Figure 1 has been revised to show the Sewer and Water Board lines are existing. A new overhead telephone line will be installed at the existing power line crossing as shown in Figure 1-1, Site Electrical Plan.

Please contact me at 504-368-3148 should you have any questions or if additional information is required.

Sincerely,

*[signature: Dennis O'Conner]*

Dennis O'Conner
Project Manager

DOC:js

Enclosures

Federal Projects • 3520 General DeGaulle Drive, Suite 3010 • New Orleans, Louisiana USA 70114 • Phone (504) 368-3148 • Fax (504) 368-8403
•www.wgint.com

NCS-005-000000395

*Figure 1-3: Existing Site Electrical Facilities — Inner Harbor Navigation Canal, East Bank Industrial Area, New Orleans, Louisiana. USACE New Orleans District. Washington Group International, Inc. Project Number DACW56-94-D-0021, TO 0026, Mod 002604. Drawn: BHT (MAG) 08/28/2000. Designed: USACE. Checked: JEB (MAG) 08/28/2000. CADD file name: 2604PMP12. Rev 0.*

Map shows the Inner Harbor Navigation Canal with Galvez Street Wharf, and facilities including International Tank Terminal, Sauler Marine, Mayer Yacht, Distributor's Oil, Indian Towing, McDonough Marine, Boland Marine. Cross streets: N. Derbigny St., Roman St., Prieur St., Johnson St., Galvez St., Miro St., Tonti St., N. Rocheblave St., N. Dorgenois St., Law St. 

LEGEND:
- ○ Existing Poles
- — Existing Overhead Power Line

## NOTES:
1. Pipe and fittings shall be 2" schedule 80 PVC.
2. Valves shall be Apollo 2" 150# BALL VALVE or approved equal.
3. Pipe shall be run thru culverts at road crossings.
4. All piping shall be coated 100% with a black UV resistant paint minimum 2 mils thick.
5. Pipe guides shall be installed at 12 foot intervals.

**DETAIL-1:** TYPICAL PIPE GUIDE DETAIL AT LEVEL GRADE

**DETAIL-2:** TYPICAL PIPE GUIDE DETAIL AT DITCH

**DETAIL-3:** TYPICAL VALVE DETAIL — 7 PLACES

**SPECIAL NOTE:** There are no new levee crossings associated with this work.

INNER HARBOR NAVIGATION CANAL
EAST BANK INDUSTRIAL AREA
NEW ORLEANS, LOUISIANA
USACE NEW ORLEANS DISTRICT

FIGURE: 1
CONSTRUCTION WATER SYSTEM PLAN

WASHINGTON GROUP INTERNATIONAL, INC.

DRAWN: BHT (MMG)  DATE: 08/28/2000
DESIGNED: USACE
CHECKED: JEB (MMG)  08/28/2000
PROJECT NUMBER: DACA56-94-D-0021
TO 0026   Mod 002604   REV 0
CADD FILE NAME: 2604PWP12

