MINUTE ENTRY
WILKINSON, M.J.
NOVEMBER 21, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                         CIVIL ACTION
     CONSOLIDATED LITIGATION
                                             NO. 05-4182

PERTAINS TO: INSURANCE                                SECTION "K" (2)
              Dear Mother's, 06-5890

Pursuant to my previous order, a status conference was conducted in the referenced case on this date. Participating were Jeannie O'Boyle, representing plaintiff; and Gary Russo and Gus Fritchie, representing the insurance defendants.

This is a "mixed" case in which plaintiffs asserted claims both against their insurance defendants and the United States and others related to flood wall breaches during Hurricane Katrina. Settlement discussions between plaintiff and Travelers are ongoing. Plaintiff's counsel must contact plaintiffs as soon as possible and report to me whether a settlement with Travelers has been reached. Thereafter, a severance and

MJSTAR: **0:20**

deconsolidation order concerning the remainder of the case may be issued, if appropriate.

                                            JOSEPH C. WILKINSON, JR.
                                      UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.