MINUTE ENTRY
WILKINSON, M.J.
NOVEMBER 21, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: INSURANCE<br>Jones, 06-9151 | SECTION "K" (2) |

Pursuant to my previous order, a status conference was conducted in the referenced case on this date. Participating were Jeannie O'Boyle, representing plaintiff; and Alan Zaunbrecher, counsel for defendant, State Farm.

This was originally a "mixed" case in which plaintiffs asserted claims both against their insurer and the United States and others related to flood wall breaches during Hurricane Katrina. By filing with leave of court their second supplemental and amended complaint, Record Doc. Nos. 16187 and 16188, plaintiffs have eliminated from this case all defendants, except the insurers.

MJSTAR: **0:20**

The parties are currently engaged in settlement discussions. Accordingly, a telephone conference will be conducted on December 11, 2008, at 10:30 a.m., so that I may determine whether a settlement has been reached or if a trial schedule should be set.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.