UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
     CONSOLIDATED LITIGATION
                                       NO. 05-4182

PERTAINS TO: MRGO                      SECTION "K"(2)
     Robinson, No. 06-2268

### ORDER

Considering the Motion for Leave to File Amicus Curiae Brief (Rec. Doc. 16507), accordingly,

**IT IS ORDERED** that the Motion for Leave to File is **GRANTED.** The Clerk shall file the attached memorandum and accompanying exhibits in the record.

New Orleans, Louisiana, this __21st__ day of November, 2008.

```
                              _____
                                   STANWOOD R. DUVAL, JR.
                                UNITED STATES DISTRICT JUDGE
```

1