MINUTE ENTRY
WILKINSON, M.J.
NOVEMBER 21, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: INSURANCE<br>Schubert, 07-5075 | SECTION "K" (2) |

Pursuant to my previous order, a telephone conference was conducted in the referenced case on this date. Participating were Michelle Schubert, pro se plaintiff; and Martin Sadler, counsel for defendant, Hartford.

This is a "mixed" case in which the pro se plaintiff asserts claims both against her insurer and the United States related to floodwall breaches during Hurricane Katrina. The record contains no evidence that any defendant has ever been served, and Mr. Sadler participated in the conference only because he was contacted by me, and not as any sort of formal appearance.

MJSTAR: **0:20**

Considering plaintiff's oral representations made during the conference, another status conference will be conducted by me via telephone on November 24, 2008 at 2:30 p.m. Plaintiff must review her records and advise the court at that time whether service of process has been attempted and/or completed; the name of the Hartford adjuster with whom she has been corresponding concerning her claim; and any insurance claim identification number she might have. Settlement possibilities and the course of future proceedings in this matter will be discussed.

The Clerk is hereby directed to add to the docket sheet the following new mailing address provided to me by plaintiff during the conference: P.O. Box 43, Norco, LA 70079.

Plaintiff is instructed that she must advise the court in writing concerning any change in her mailing address and/or telephone number and/or e-mail address. Local Rule 41.3.1E.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.