UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO: LEVEE BREACH<br><br>ACTION NO. 06-09838   LAKEWOOD PATIO HOMES  ASSOCIATION, INC. | CIVIL ACTION<br><br>NO. 05-4182 SECTION "K"(2) |

## JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, **LAKEWOOD PATIO HOMES ASSOCIATION, INC.**, and defendant, **SCOTTSDALE INSURANCE COMPANY**, who move to dismiss the above-captioned matter and any and all claims against Scottsdale Insurance Company with prejudice, each party to bear its own costs as the parties have amicably resolved the dispute between them.

BY ATTORNEYS:

_____
REGINA WEDIG (#16466)
108 North Myrtle St.
Amite, LA 70422
Telephone (225) 985-747-0440
Facsimile (985) 747-0445
E-mail: rswedig@bellsouth.net

_____
KEELY Y. SCOTT (#23932)
HOLLY G. HANSEN (#26902)
P.O. Box 3656
Baton Rouge, LA  70821
Telephone:  (225) 343-5290
Facsimile:  (225) 383-5508
E-mail:  hhansen@crawford-lewis.com

-2-

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the above and foregoing has this day been accomplished through the Notice of Electronic Filing to all counsel of record.

Baton Rouge, Louisiana this 21st day of November, 2008. HGH

s/ *Holly G. Hansen*
_____
Counsel