UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION <br><br> PERTAINS TO: LEVEE BREACH <br><br> ACTION NO. 06-09838   LAKEWOOD PATIO HOMES  ASSOCIATION, INC. | CIVIL ACTION <br><br> NO. 05-4182 SECTION "K"(2) |

### FINAL JUDGMENT OF DISMISSAL

Considering the foregoing JOINT MOTION TO DISMISS WITH PREJUDICE:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned matter and any and all claims against Scottsdale Insurance Company be dismissed with prejudice, each party to bear its own costs.

_____, Louisiana, this _____ day of _____, 2008.


_____
HONORABLE STANWOOD R. DUVAL
UNITED STATES DISTRICT COURT
EASTERN DISTRICT