UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |
| FILED IN:  05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289 | FILED UNDER SEAL |
| PERTAINS TO: MRGO | |

**ORDER GRANTING PERMISSION TO FILE UNDER SEAL**

Having considered the *Ex Parte* Motion for Permission to File Under Seal the Memorandum In Support , the Court deems that the Motion should be GRANTED; therefore, it is ORDERED, ADJUDGED and DECREED:

(1) that PLS TR EX 5 be filed under seal until such time as this Court shall order their unsealing;

(2) that PLS TR EX 5 are not to be disclosed or published via the PACER Service Center's electronic access service or any other medium:

(3) that the Clerk's Office should ensure that these documents remain under seal.

New Orleans, Louisiana, this 24th day of November, 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge