UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION

NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE
Master Consolidated Class Action Complaint
(Record Doc. No. 3413)
*Chehardy*, C.A. Nos. 06-1672, 06-1673, 06-1674
*Imperial Trading*, C.A. No. 07-1303
*Xavier University*, C.A. No. 07-1304
*Abadie*, C.A. No. 06-5164
*Abadie*, C.A. No. 07-5112
*Williams*, C.A. No. 06-2919

JUDGE DUVAL
MAG. JUDGE WILKINSON

**JOINT MOTION TO AMEND ORDER REGARDING BRIEFING SCHEDULE AND
FOR ENTRY OF ORDER REGARDING DISMISSAL OF DUPLICATIVE SUITS**

On October 30, 2008, the Court entered a minute entry (Doc. 16253) setting a briefing schedule for motion practice contemplated with respect to the Master Insurance Class Action Consolidated Complaint (Doc. 3413), as agreed by the parties at a status conference. While counsel recalls the discussion at the status conference focusing primarily on a motion to strike class allegations, the Court's minute entry makes reference to a motion to dismiss rather than a motion to strike class allegations. Defendants intend to file a motion to strike class allegations. The parties have conferred and have agreed that the most efficient way to proceed with the Insurance Master Consolidated Class Action Complaint is for a motion to strike class allegations

to be heard and decided prior to any Rule 12(b)(6) motion to dismiss or other responsive pleading. Accordingly, the parties respectfully request that the Court enter a revised order setting the same briefing schedule, but clarifying that the motion to be filed will be a motion to strike class allegations, and continuing the stay that is presently in place with respect to Defendants' obligation to plead.

In addition, the parties have conferred and have agreed to the dismissal without prejudice of the *Imperial Trading*, No. 07-1303 and *Xavier University*, No. 07-1304 putative class actions because the allegations contained therein have been incorporated in and superseded by the Insurance Master Consolidated Class Action Complaint. Moreover, Imperial Trading and Xavier University are also pursuing their individual claims in separate suits previously filed, which are pending in another Section of this Court (C.A. Nos. 064-4262 and 06-516, respectively).

Similarly, because the class allegations contained in *Chehardy,* Nos. 06-1672, 06-1673, and 06-1674 and in *Williams,* No. 06-2919 have been incorporated in and superseded by the Insurance Master Consolidated Class Action Complaint, the parties have agreed to the striking of only the class allegations from the *Chehardy*, Nos. 06-1672, 06-1673, and 06-1674 and *Williams*, No. 06-2919 matters.

Accordingly, the parties respectfully request that the Court enter the proposed order attached hereto.

| | |
|---|---|
| /s/ Joseph M. Bruno | /s/ Ralph S. Hubbard |
| Joseph M. Bruno (La. Bar No. 3604) | Ralph S. Hubbard, III (La. Bar No. 7040) |
| THE LAW OFFICE OF JOSEPH M. BRUNO | LUGENBUHL, WHEATON, PECK, |
| 855 Baronne Street – Third Floor |   RANKIN & HUBBARD |
| New Orleans, Louisiana 70113 | 601 Poydras Street, Suite 2775 |
| Telephone: (504) 561-6776 | New Orleans, Louisiana 70130 |
| | Telephone: (504) 568-1990 |
| Plaintiffs' Liaison Counsel and Counsel for Plaintiffs in *Chehardy*, Nos. 06-1672, 06-1673, and 06, 1674 and in *Williams*, 06-2919 | Defendants' Liaison Counsel |

/s/ James M. Garner
James M. Garner (La. Bar No. 19589)
Sher, Garner, Cahill, Richter,
    Klein & Hilbert, L.L.C.
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Counsel for Imperial Trading Co. and Xavier University

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 25th day of November, 2008, served a copy of the foregoing via the Court's CM/ECF electronic filing system.

/s/ Joseph M Bruno
JOSEPH M. BRUNO