UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION<br>* NO.  05-4182 "K" (2)<br>* JUDGE DUVAL<br>* MAG. WILKINSON |
| PERTAINS TO: INSURANCE | |
| Penny and Henry Alexander (07-4455) | |
| Irwin Anderson, Sr. by Gail Anderson Wharton (07-4455) | |
| L.J.  and Eva Dell Aucoin (07-4458) | |
| Santiago and Lucina Avila (07-5206) | |
| Debra Bennett (07-5206) | |
| Elaine Berry (07-5206) | |
| Ronald and Orbadella Browder (07-4458) | |
| Ivory and Shirley Chopin (07-5206 & 07-5769) | |
| Bonnie Condor (07-4458 & 07-5206) | |
| Thomas Coston (07-4455) | |
| Lewis Crosby, Jr. (07-4458) | |
| Alice Dabney (07-5206) | |
| Geneva Dorsey (07-4455 & 07-5206) | |
| Betty Duplessis (07-4458) | |
| Sandra Ebbs (07-4455) | |
| Gladys Encalade (07-5206) | |
| Ronald and Donna Fournier (07-5206) | |
| Betty Crosby Francis (07-4455) | |
| Brenda V. Gibson (07-5206) | |
| Lisa and Anthony Grimble (07-4455) | |
| Deborah Jackson (07-4458) | |
| Gregory Lassair, Sr. (07-4455) | |
| Thomas Lavigne (07-5206) | |

1

| | |
|---|---|
| Betty Lundy (07-4458 & 07-5206) | * |
| Vera McGuire (07-4458) | * |
| Kenneth Mitchell (07-5206) | * |
| Christine Moten (07-5206) | * |
| Geraldine Norman (07-5206) | * |
| Joyce Olsen (07-5206) | * |
| Kim and Robert Price (07-4455) | * |
| Annie Richburg (07-4458) | * |
| Lashandra Russ (07-4455) | * |
| Joseph and Gwendolyn Smith (07-4455) | * |
| Preston Smith (07-4458) | * |
| Thelma Starwood (07-4458) | * |
| James Troxclair (07-5206) | * |
| Cecile Vigee (07-5206) | * |
| Ivory Belle Walker (07-4455) | * |
| Edward Weber (07-4455 & 07-5199) | * |
| Carlene Williams (07-4455) | * |
| Herman and Brenda Williams (07-5206) | * |
| Lois Williams (07-4455) | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ALLSTATE'S MOTION TO DISMISS DUPLICATE CLAIMS

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to the Court's November 6, 2008 directives pertaining to the Court's October 6, 2008 Call Docket/Show Cause Order (Doc. 15783) and those from the November 18, 2008 Status Conference, comes Defendant, Allstate Insurance Company ("Allstate"), through its undersigned counsel of record, and files this Motion to Dismiss under Federal Rule of Civil Procedure 41 and would show unto the Court as follows:

1. All plaintiffs in the above-referenced caption (collectively "Plaintiffs") have filed suit through mass actions filed by the Hurricane Legal Center (the "HLC").

2. Plaintiffs also have filed suit either individually or through the following mass actions:

  a. <u>Aaron</u>, C.A. No. 06-4746;
  b. <u>Abadie I</u>, C.A. No. 06-5164;
  c. <u>Abadie II</u>, C.A. No. 07-5112;
  d. <u>Aguilar</u>, C.A. No. 07-4852; or
  e. <u>Alexander</u>, C.A. No. 07-4538.

2. The following plaintiffs filed suit in <u>Aaron</u>, C.A. No. 06-4746:

  a. Thelma Starwood (settlement pending); and
  b. Lois Williams.

3. The following plaintiffs filed suit in <u>Abadie I</u>, C.A. No. 06-5164:

  a. Penny and Henry Alexander (settlement pending);
  b. Santiago and Lucina Avila;
  c. Elaine Berry;
  d. Ronald and Orbadella Browder (settlement pending);
  e. Lewis Crosby Jr.;
  f. Alice Dabney (settlement pending);
  g. Geneva Dorsey (settlement pending);
  h. Vera McGuire (settlement pending);
  i. Joyce Olsen (settlement pending);
  j. Preston Smith (settlement pending);
  k. James Troxclair;
  l. Cecile Vigee (settlement pending);
  m. Carlene Williams; and
  n. Herman and Brenda Williams (settlement pending).

4. The following plaintiffs filed suit in <u>Abadie II</u>, C.A. No. 07-5112:

  a. Irwin Anderson, Sr. by Gail Anderson Wharton (settlement pending);
  b. Debra Bennett (settlement pending);
  c. Ivory and Shirley Chopin (settlement pending);
  d. Thomas Coston (settlement pending);
  e. Gladys Encalade (settlement pending);
  f. Ronald and Donna Fournier (settlement pending);
  g. Betty Crosby Francis;
  h. Brenda V. Gibson (settlement pending);
  i. Kenneth Mitchell (settlement pending);
  j. Christine Moten (settlement pending);
  k. Geraldine Norman (settlement pending);

    l.    Joseph and Gwendolyn Smith (settlement pending); and
    m.    Ivory Belle Walker (settlement pending).

The following plaintiffs filed suit in <u>Aguilar</u>, C.A. No. 07-4852:

    a.    L.J. and Eva Dell Aucoin;
    b.    Sandra Ebbs (settlement pending);
    c.    Gregory Lassair, Sr. (settlement pending); and
    d.    Kim and Robert Price (settlement pending).

6.    The following plaintiffs filed suit in <u>Alexander</u>, C.A. No. 07-4538:

    a.    Lisa and Anthony Grimble;
    b.    Thomas Lavigne;
    c.    Preston Smith; and
    d.    Edward Weber.

7.    The following plaintiffs filed individual suits:

    a.    Bonnie Condor;
    b.    Betty Duplessis (settlement pending);
    c.    Deborah Jackson (settlement pending);
    d.    Betty Lundy (settlement pending);
    e.    Annie Richburg (settlement pending); and
    f.    Lashandra Russ (settlement pending).

8.    Each plaintiff's claim, whether asserted in a mass action or an individual suit involve the same plaintiff(s) suing the same defendant under the same insurance policy in the same court for damages to the same property from Hurricane Katrina. This, coupled with the Court's consolidation of these cases because they involved common issues of flood coverage, establishes that each plaintiff's claims are identical to and therefore duplicative of each other.

9.    On November 6, 2008, Plaintiffs' counsel from the HLC represented in court that he would dismiss duplicate cases. As a result, Judge Wilkinson instructed Allstate to circulate a motion for dismissal for the Plaintiffs' review and consent. Accordingly, upon forwarding the dismissal, Plaintiffs' counsel stated that there was a "misunderstanding" and

attorneys at law
JPMorgan Chase Tower
Suite 4700
600 Travis Street
Houston, Texas 77002

Mr. Hal Agron
David Black & Associates
First City Tower
1001 Fannin, Suite 1065
Houston, Texas 77002

following later-filed suits:

- a. Penny and Henry Alexander: P. Alexander – 07-4455 (HLC);
- b. L.J. and Eva Dell Aucoin: Aguilar – 07-4852 (Hall);
- c. Santiago and Lucina Avila: Adams – 07-5206 (HLC);
- d. Debra Bennett: Adams – 07-5206 (HLC);
- e. Elaine Berry: Adams – 07-5206 (HLC);
- f. Ronald and Orbadella Browder: Aucoin – 07-4458 (HLC);
- g. Bonnie Condor: Aucoin – 07-4458 (HLC) & Adams – 07-5206 (HLC);
- h. Lewis Crosby Jr.: Aucoin – 07-4458 (HLC);
- i. Alice Dabney: Adams – 07-5206 (HLC);
- j. Geneva Dorsey: P. Alexander – 07-4455 (HLC) & Adams – 07-5206 (HLC);
- k. Betty Duplessis: Aucoin – 07-4458 (HLC);
- l. Gladys Encalade: Adams – 07-5206 (HLC);
- m. Ronald and Donna Fournier: Adams – 07-5206 (HLC);
- n. Betty Crosby Francis: Abadie II – 07-5112 (Bruno);
- o. Brenda V. Gibson: Adams – 07-5206 (HLC);
- p. Lisa and Anthony Grimble: Alexander – 07-4538 (Becnel);
- q. Thomas Lavigne: Adams – 07-5206 (HLC);
- r. Betty Lundy: Adams – 07-5206 (HLC) & Aucoin – 07-4458 (HLC);
- s. Vera McGuire: Aucoin – 07-4458 (HLC);
- t. Kenneth Mitchell: Adams – 07-5206 (HLC);
- u. Christine Moten: Adams – 07-5206 (HLC);
- v. Geraldine Norman: Adams – 07-5206 (HLC);
- w. Joyce Olsen: Adams – 07-5206 (HLC);
- x. Annie Richburg: Aucoin – 07-4458 (HLC);
- y. Preston Smith: Aucoin – 07-4458 (HLC) & Alexander – 07-4538 (Becnel);
- z. Thelma Starwood: Aucoin – 07-4458 (HLC);
- aa. James Troxclair: Adams – 07-5206 (HLC);
- bb. Cecile Vigee: Adams – 07-5206 (HLC);
- cc. Edward Weber: Acevedo – 07-5199 & Alexander – 07-4538 (Becnel);

|   | 07-4455 (HLC); |
|---|---|
| b. | Thomas Coston: P. Alexander – 07-4455 (HLC); |
| c. | Sandra Ebbs: P. Alexander – 07-4455 (HLC); |
| d. | Deborah Jackson: Aucoin – 07-4458 (HLC); |
| e. | Gregory Lassair, Sr.: P. Alexander – 07-4455 (HLC); |
| f. | Kim and Robert Price: P. Alexander – 07-4455 (HLC); |
| g. | Lashandra Russ: P. Alexander – 07-4455 (HLC); |
| h. | Joseph and Gwendolyn Smith: P. Alexander – 07-4455 (HLC); and |
| i. | Ivory Belle Walker: P. Alexander – 07-4455 (HLC). |

13. In addition, Allstate respectfully moves this Court to enter an Order dismissing Ivory and Shirley Chopin's claims in the <u>Adams</u> and <u>Call</u> mass actions, both filed through the HLC, because a settlement of their identical claim is pending in the <u>Abadie II</u> mass action.

WHEREFORE, PREMISES CONSIDERED, Allstate Insurance Company, through its undersigned counsel of record, respectfully requests this Court to enter an Order dismissing the Plaintiffs' claims in the above-referenced causes, without prejudice, each party to bear its own costs of court.

DATED: November 25, 2008.

**OF COUNSEL:**
Stephen H. Lee
J. B. (Trey) Henderson III
Doyle, Restrepo, Harvin & Robbins, L.L.P.
6660 Riverside Drive, Suite 212
Metairie, Louisiana 70003
(504) 456-5809 Telephone
600 Travis, Suite 4700
Houston, Texas 77002
Telephone (713) 228-5100

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing document has been served upon all counsel of record by electronic filing and through United States mail, this 25th day of November, 2008.

>Stuart Barasch
>Lawrence Centola
>Hurricane Legal Center
>910 Julia Street
>New Orleans, Louisiana 70113
>
>Daniel E. Becnel, Jr.
>Becnel Law Firm, LLC
>Post Office Drawer H
>Reserve, Louisiana 70084
>
>Joseph Bruno
>Bruno & Bruno
>855 Baronne Street
>New Orleans, Louisiana 70113

Gauthier, Houghtaling & Williams, LLP
3500 N. Hullen Street
Metairie, Louisiana 70002

Patrick Kehoe
833 Baronne Street
New Orleans, Louisiana 70113

Jack Edward Morris
4051 Veterans Boulevard, Suite 208
Metairie, Louisiana 70002

Edwin Shorty
Shorty, Dooley & Hall, LLC
650 Poydras Street, Suite 2230
New Orleans, Louisiana 70130

Dale Williams
212 Park Place
Covington, Louisiana 70433

Judy Barrasso
Minor Pipes
Barrasso, Usdin, Kupperman, Freeman & Sarver LLC
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112

Scott G. Jones
Inabnet & Jones, LLC
1331 W. Causeway Approach
Mandeville, Louisiana 70471

Melissa Lutgring Theriot
Laborde & Neuner
Post Office Drawer 52828
Lafayette, Louisiana 70505

Glenn B. Adams
Michael W. Collins
Porteous, Hainkel & Johnson
704 Carondelet Street
New Orleans, Louisiana 70130

Danna Schwab
The Schwab Law Firm
P.O. Box 7095
Houma, Louisiana 70361

/s/ Arthur J. Lentini
Arthur J. Lentini