## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO.   05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |

**PERTAINS TO: INSURANCE**

Penny and Henry Alexander (07-4455)
Irwin Anderson, Sr. by Gail Anderson Wharton
    (07-4455)
L.J.  and Eva Dell Aucoin (07-4458)
Santiago and Lucina Avila (07-5206)
Debra Bennett (07-5206)
Elaine Berry (07-5206)
Ronald and Orbadella Browder (07-4458)
Ivory and Shirley Chopin (07-5206 & 07-5769)
Bonnie Condor (07-4458 & 07-5206)
Thomas Coston (07-4455)
Lewis Crosby, Jr. (07-4458)
Alice Dabney (07-5206)
Geneva Dorsey (07-4455 & 07-5206)
Betty Duplessis (07-4458)
Sandra Ebbs (07-4455)
Gladys Encalade (07-5206)
Ronald and Donna Fournier (07-5206)
Betty Crosby Francis (07-4455)
Brenda V. Gibson (07-5206)
Lisa and Anthony Grimble (07-4455)
Deborah Jackson (07-4458)
Gregory Lassair, Sr. (07-4455)
Thomas Lavigne (07-5206)

**Betty Lundy (07-4458 & 07-5206)**                      *
**Vera McGuire (07-4458)**                               *
**Kenneth Mitchell (07-5206)**                           *
**Christine Moten (07-5206)**                            *
**Geraldine Norman (07-5206)**                           *
**Joyce Olsen (07-5206)**                                *
**Kim and Robert Price (07-4455)**                       *
**Annie Richburg (07-4458)**                             *
**Lashandra Russ (07-4455)**                             *
**Joseph and Gwendolyn Smith (07-4455)**                 *
**Preston Smith (07-4458)**                              *
**Thelma Starwood (07-4458)**                            *
**James Troxclair (07-5206)**                            *
**Cecile Vigee (07-5206)**                               *
**Ivory Belle Walker (07-4455)**                         *
**Edward Weber (07-4455 & 07-5199)**                     *
**Carlene Williams (07-4455)**                           *
**Herman and Brenda Williams (07-5206)**                 *
**Lois Williams (07-4455)**                              *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ALLSTATE'S MEMORANDUM OF LAW IN
## SUPPORT OF MOTION TO DISMISS DUPLICATE CLAIMS

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Defendant Allstate Insurance Company ("Allstate") submits this Memorandum of Law in support of Motion to Dismiss Duplicate Claims under Federal Rule of Civil Procedure 41.

### I.      AUTHORITIES

A party has "no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendant." *Oliney v. Gardner*, 771 F.2d 856, 859 (5th Cir. 1985). Nor is there any "reason why a court should be bothered or a litigant harassed with duplicating lawsuits on the same docket." *Sutcliffe Storage & Warehouse, Inc. v. United States*, 162 F.2d 849, 851 (1st Cir. 1947) (cited in *Oliney*, 771 F.2d at 859 and *Marak v. Dallas/Fort Worth Int'l Airport Bd.*, No. 3:04-CV-

960R, 2005 WL 780405, at *2 (N.D. Tex. Apr. 5, 2005)). Thus, "[a] trial court has discretion to dismiss a complaint which simply duplicated another pending action." *Hockerson-Halberstadt, Inc. v. Nike, Inc.*, Nos. 91-1720, 91-3939, 1991 WL 255677, at *1 (E.D. La. Nov. 27, 1991).

Although some cases state that when a plaintiff files a second complaint alleging the same cause of action as a prior, pending related action, a district court has authority to dismiss the second complaint, "district courts do not always rigidly and mechanically apply the first-filed rule" and, at times, dismiss the first-filed suit. *Extex Prod., Inc. v. Mid Continent Cas. Co.*, No. 07-760-JJB-DLD, 2008 WL 191650, at *2 (M.D. La. Jan. 22, 2008); *also compare Extex*, 2008 WL 191650, at *2 (noting that when a plaintiff files a second complaint alleging the same cause of action as a prior, pending related action, a district court has authority to dismiss the second complaint) and *Oliney*, 771 F.2d at 859 (noting that when a plaintiff files a second complaint alleging the same cause of action as a prior, pending, related action, the second complaint may be dismissed) *with Hockerson*, 1991 WL 255677, at *1 (dismissing without prejudice the first-filed of two duplicate suits because the second lacked the alleged procedural defects of the first and, therefore, dismissing the first served the "interests of judicial efficiency").

## II.    ARGUMENT

Each plaintiff's individual suits involve the same plaintiff(s) suing the same defendant in the same court for damages to the same property from Hurricane Katrina. *See Oliney*, 771 F.2d at 859. This, coupled with the Court's consolidation of these cases because they involved common issues of flood coverage, establishes that each plaintiff's individual suits are duplicative of each other. Because there is "no reason" why this Court should be

3

"bothered" or Allstate "harassed" with such duplicative lawsuits,[1] the following later-filed

duplicate suits should be dismissed without prejudice.  *See Hockerson*, 1991 WL 255677,

at *1.

| Plaintiff | Later-Filed Suit(s) | Earliest-Filed Suit |
|---|---|---|
| Alexander, Penny and Henry | Alexander, P. – 07-4455 (HLC) date filed: Aug. 27, 2007 | Abadie I – 06-5164 (Bruno)* date filed: Aug. 28, 2006 |
| Aucoin, L.J. and Eva Dell | Aguilar – 07-4852 (Hall) date filed: Aug 28, 2007 | Aucoin – 07-4458 (HLC) date filed: Aug. 27, 2007 |
| Avila, Santiago and Lucina | Adams – 07-5206 (HLC) date filed: Aug. 29, 2007 | Abadie I – 06-5164 (Bruno) date filed: Aug. 28, 2006 |
| Bennett, Debra | Adams – 07-5206 (HLC) date filed: Aug. 29, 2007 | Abadie II – 07-5112 (Bruno)* date filed: Aug. 29, 2007 |
| Berry, Elaine | Adams – 07-5206 (HLC) date filed: Aug. 29, 2007 | Abadie I – 06-5164 (Bruno) date filed: Aug. 28, 2006 |
| Browder, Ronald and Orbadella | Aucoin – 07-4458 (HLC) date filed: Aug. 27, 2007 | Abadie I – 06-5164 (Bruno)* date filed: Aug. 28, 2006 |
| Condor, Bonnie | Aucoin – 07-4458 (HLC) date filed: Aug. 27, 2007

Adams – 07-5206 (HLC) date filed: Aug. 29, 2007 | Individual– 07-3390 (Kehoe) date filed: June 21, 2007 |
| Crosby Jr., Lewis | Aucoin – 07-4458 (HLC) date filed: Aug. 27, 2007 | Abadie I – 06-5164 (Bruno) date filed: Aug. 28, 2006 |
| Dabney, Alice | Adams – 07-5206 (HLC) date filed: Aug. 29, 2007 | Abadie I – 06-5164 (Bruno)* date filed: Aug. 28, 2006 |

---

* A settlement is pending in all cases marked with an asterisk.

[1] *See Sutcliffe*, 162 F.2d at 851 (cited in *Olney*, 771 F.2d at 859 and *Marak*, 2005 WL 780405, at *2).

| Plaintiff | Later-Filed Suit(s) | Earliest-Filed Suit |
|---|---|---|
| Dorsey, Geneva | Alexander, P. – 07-4455 (HLC)<br>date filed: Aug. 27, 2007<br><br>Adams – 07-5206 (HLC)<br>date filed: Aug. 29, 2007 | Abadie I – 06-5164 (Bruno)*<br>date filed: Aug. 28, 2006 |
| Duplessis, Betty | Aucoin – 07-4458 (HLC)<br>date filed: Aug. 27, 2007 | Individual – 06-9282[2] (Shorty)*<br>state action filed: Aug. 29, 2006 |
| Encalade, Gladys | Adams – 07-5206 (HLC)<br>date filed: Aug. 29, 2007 | Abadie II – 07-5112 (Bruno)*<br>date filed: Aug. 29, 2007 |
| Fournier, Ronald and Donna | Adams – 07-5206 (HLC)<br>date filed: Aug. 29, 2007 | Abadie II – 07-5112 (Bruno)*<br>date filed: Aug. 29, 2007 |
| Francis, Betty Crosby | Abadie II – 07-5112 (Bruno)<br>date filed: Aug. 29, 2007 | Alexander, P. – 07-4455 (HLC)<br>date filed: Aug. 27, 2007 |
| Gibson, Brenda V. | Adams – 07-5206 (HLC)<br>date filed: Aug. 29, 2007 | Abadie II – 07-5112 (Bruno)*<br>date filed: Aug. 29, 2007 |
| Grimble, Lisa and Anthony | Alexander – 07-4538 (Becnel)<br>date filed: Aug. 27, 2007 | Alexander, P. – 07-4455 (HLC)<br>date filed: Aug. 27, 2007 |
| Lavigne, Thomas | Adams – 07-5206 (HLC)<br>date filed: Aug. 29, 2007 | Alexander – 07-4538 (Becnel)<br>date filed: Aug. 27, 2007 |
| Lundy, Betty | Adams – 07-5206 (HLC)<br>date filed: Aug. 29, 2007<br><br>Aucoin – 07-4458 (HLC)<br>date filed: Aug. 27, 2007 | Individual – 07-4308[3] (Fernandez)*<br>state action filed: July 20, 2007 |
| McGuire, Vera | Aucoin – 07-4458 (HLC)<br>date filed: Aug. 27, 2007 | Abadie I – 06-5164 (Bruno)*<br>date filed: Aug. 28, 2006 |
| Mitchell, Kenneth | Adams – 07-5206 (HLC)<br>date filed: Aug. 29, 2007 | Abadie II – 07-5112 (Bruno)*<br>date filed: Aug. 29, 2007 |

[2] Allstate filed a notice of removal on November 1, 2006.

[3] Allstate filed a notice of removal on August 23, 2007.

| Plaintiff | Later-Filed Suit(s) | Earliest-Filed Suit |
|---|---|---|
| Moten, Christine | Adams – 07-5206 (HLC)<br>date filed: Aug. 29, 2007 | Abadie II – 07-5112 (Bruno)*<br>date filed: Aug. 29, 2007 |
| Norman, Geraldine | Adams – 07-5206 (HLC)<br>date filed: Aug. 29, 2007 | Abadie II – 07-5112 (Bruno)*<br>date filed: Aug. 29, 2007 |
| Olsen, Joyce | Adams – 07-5206 (HLC)<br>date filed: Aug. 29, 2007 | Abadie I – 06-5164 (Bruno)*<br>date filed: Aug. 28, 2006 |
| Richburg, Annie | Aucoin – 07-4458 (HLC)<br>date filed: Aug. 27, 2007 | Individual – 07-3454 (Kehoe)*<br>date filed: June 21, 2007 |
| Smith, Preston | Aucoin – 07-4458 (HLC)<br>date filed: Aug. 27, 2007<br><br>Alexander – 07-4538 (Becnel)<br>date filed: Aug. 27, 2007 | Abadie I – 06-5164 (Bruno)*<br>date filed: Aug. 28, 2006 |
| Starwood, Thelma | Aucoin – 07-4458 (HLC)<br>date filed: Aug. 27, 2007 | Aaron – 06-4746 (Hall)*<br>date filed: Aug. 25, 2006 |
| Troxclair, James | Adams – 07-5206 (HLC)<br>date filed: Aug. 29, 2007 | Abadie I – 06-5164 (Bruno)<br>date filed: Aug. 28, 2006 |
| Vigee, Cecile | Adams – 07-5206 (HLC)<br>date filed: Aug. 29, 2007 | Abadie I – 06-5164 (Bruno)*<br>date filed: Aug. 28, 2006 |
| Weber, Edward | Alexander – 07-4538 (Becnel)<br>date filed: Aug. 27, 2007<br><br>Acevedo – 07-5199 (HLC)<br>date filed: Aug. 29, 2007 | Alexander, P. – 07-4455 (HLC)<br>date filed: Aug. 27, 2007 |
| Williams, Carlene | Alexander, P. – 07-4455 (HLC)<br>date filed: Aug. 27, 2007 | Abadie I – 06-5164 (Bruno)<br>date filed: Aug. 28, 2006 |
| Williams, Herman and Brenda | Adams – 07-5206 (HLC)<br>date filed: Aug. 29, 2007 | Abadie I – 06-5164 (Bruno)*<br>date filed: Aug. 28, 2006 |
| Williams, Lois | Alexander, P. – 07-4455 (HLC)<br>date filed: Aug. 27, 2007 | Aaron – 06-4746 (Hall)<br>date filed: Aug. 25, 2006 |

In addition, in the interests of judicial economy, the following earlier-filed suits should be dismissed without prejudice because settlement is pending in a later-filed suit. *See Hockerson*, 1991 WL 255677, at *1.

| Plaintiff | Later-Filed Suit(s) | Earliest-Filed Suit |
|---|---|---|
| Anderson Sr., Irwin by Gail Anderson Wharton | Abadie II – 07-5112 (Bruno)* date filed: Aug. 29, 2007 | Alexander, P. – 07-4455 (HLC) date filed: Aug. 27, 2007 |
| Coston, Thomas | Abadie II – 07-5112 (Bruno)* date filed: Aug. 29, 2007 | Alexander, P. – 07-4455 (HLC) date filed: Aug. 27, 2007 |
| Ebbs, Sandra | Aguilar – 07-4852 (Hall)* date filed: Aug. 28, 2007 | Alexander, P. – 07-4455 (HLC) date filed: Aug. 27, 2007 |
| Jackson, Deborah | Individual – 07-7904[4] (Williams & Morris)* state action filed: Aug. 28, 2007 | Aucoin – 07-4458 (HLC) date filed: Aug. 27, 2007 |
| Lassair Sr., Gregory | Aguilar – 07-4852 (Hall)* date filed: Aug 28, 2007 | Alexander, P. – 07-4455 (HLC) date filed: Aug. 27, 2007 |
| Price, Kim and Robert | Aguilar – 07-4852 (Hall)* date filed: Aug. 28, 2007 | Alexander, P. – 07-4455 (HLC) date filed: Aug. 27, 2007 |
| Russ, Lashandra | Individual – 07-7527[5] (Houghtaling)* state action filed: Aug. 28, 2007 | Alexander, P. – 07-4455 (HLC) date filed: Aug. 27, 2007 |
| Smith, Joseph & Gwendolyn | Abadie II – 07-5112 (Bruno)* date filed: Aug. 29, 2007 | Alexander, P. – 07-4455 (HLC) date filed: Aug. 27, 2007 |
| Walker, Ivory Belle | Abadie II – 07-5112 (Bruno)* date filed: Aug. 29, 2007 | Alexander, P. – 07-4455 (HLC) date filed: Aug. 27, 2007 |

---

[4] Allstate filed a notice of removal on November 2, 2007.

[5] Allstate filed a notice of removal on October 29, 2007.

Finally, in the interests of judicial economy, Ivory and Shirley Chopin's claims in the Adams and Call mass actions, both filed through the HLC, should be dismissed without prejudice because a settlement is pending in the Abadie II mass action. *See Hockerson*, 1991 WL 255677, at *1.

| Plaintiff | Later-Filed Case(s) | Earliest-Filed Case |
|---|---|---|
| Chopin, Ivory and Shirley | Adams – 07-5206 (HLC) date filed: Aug. 29, 2007  Abadie II – 07-5112 (Bruno)* date filed: Aug. 29, 2007 | Call – 07-5769 (HLC)[6] date filed: Aug 21, 2007 |

WHEREFORE, Allstate Insurance Company, through its undersigned counsel of record, respectfully requests this Court to enter an order dismissing Plaintiffs' claims in the above-referenced causes, without prejudice, each party to bear its own costs of court.

Respectfully submitted,

/s/ Arthur J. Lentini

Arthur J. Lentini, APLC (#8520)
6620 Riverside Drive, Suite 312
Metairie, Louisiana 70003
(504) 780-8700 Telephone

***Attorney-In-Charge for Defendant***

---

[6] Allstate filed a notice of removal on September 21, 2007.

**OF COUNSEL:**
Stephen H. Lee
J. B. (Trey) Henderson III
Doyle, Restrepo, Harvin & Robbins, L.L.P.
6660 Riverside Drive, Suite 212
Metairie, Louisiana 70003
(504) 456-5809 Telephone
600 Travis, Suite 4700
Houston, Texas 77002
Telephone (713) 228-5100

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon all counsel of record by electronic filing and through United States mail, this 25th day of November, 2008.

Stuart Barasch
Lawrence Centola
Hurricane Legal Center
910 Julia Street
New Orleans, Louisiana 70113

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
Post Office Drawer H
Reserve, Louisiana 70084

Joseph Bruno
Bruno & Bruno
855 Baronne Street
New Orleans, Louisiana 70113

Richard Fernandez
One Lakeway Center, Suite 605
3900 N. Causeway Boulevard
Metairie, Louisiana 700002

Jim Hall
Jim Hall & Associates
800 N. Causeway Boulevard
Metairie, Louisiana 70001

John Houghtaling
Gauthier, Houghtaling & Williams, LLP
3500 N. Hullen Street
Metairie, Louisiana 70002

Patrick Kehoe
833 Baronne Street
New Orleans, Louisiana 70113

Jack Edward Morris
4051 Veterans Boulevard, Suite 208
Metairie, Louisiana 70002

Edwin Shorty
Shorty, Dooley & Hall, LLC
650 Poydras Street, Suite 2230
New Orleans, Louisiana 70130

Dale Williams
212 Park Place
Covington, Louisiana 70433

Judy Barrasso
Minor Pipes
Barrasso, Usdin, Kupperman, Freeman & Sarver LLC
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112

Scott G. Jones
Inabnet & Jones, LLC
1331 W. Causeway Approach
Mandeville, Louisiana 70471

Christopher Lawler
Donovan & Lawler
4640 Rye Street
Metairie, Louisiana 70006

Jeffrey P. Lozes
Lozes & Ponder
1010 Common Street, Suite 1700
New Orleans, Louisiana 70112

Frank Neuner
Melissa Lutgring Theriot
Laborde & Neuner
Post Office Drawer 52828
Lafayette, Louisiana 70505

Glenn B. Adams
Michael W. Collins
Porteous, Hainkel & Johnson
704 Carondelet Street
New Orleans, Louisiana 70130

Danna Schwab
The Schwab Law Firm
P.O. Box 7095
Houma, Louisiana 70361

*/s/ Arthur J. Lentini*
Arthur J. Lentini