UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.  05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |

PERTAINS TO: INSURANCE

Penny and Henry Alexander (07-4455)
Irwin Anderson, Sr. by Gail Anderson Wharton (07-4455)
L.J. and Eva Dell Aucoin (07-4458)
Santiago and Lucina Avila (07-5206)
Debra Bennett (07-5206)
Elaine Berry (07-5206)
Ronald and Orbadella Browder (07-4458)
Ivory and Shirley Chopin (07-5206 & 07-5769)
Bonnie Condor (07-4458 & 07-5206)
Thomas Coston (07-4455)
Lewis Crosby, Jr. (07-4458)
Alice Dabney (07-5206)
Geneva Dorsey (07-4455 & 07-5206)
Betty Duplessis (07-4458)
Sandra Ebbs (07-4455)
Gladys Encalade (07-5206)
Ronald and Donna Fournier (07-5206)
Betty Crosby Francis (07-4455)
Brenda V. Gibson (07-5206)
Lisa and Anthony Grimble (07-4455)
Deborah Jackson (07-4458)
Gregory Lassair, Sr. (07-4455)
Thomas Lavigne (07-5206)

1

| | |
|---|---|
| Betty Lundy (07-4458 & 07-5206) | * |
| Vera McGuire (07-4458) | * |
| Kenneth Mitchell (07-5206) | * |
| Christine Moten (07-5206) | * |
| Geraldine Norman (07-5206) | * |
| Joyce Olsen (07-5206) | * |
| Kim and Robert Price (07-4455) | * |
| Annie Richburg (07-4458) | * |
| Lashandra Russ (07-4455) | * |
| Joseph and Gwendolyn Smith (07-4455) | * |
| Preston Smith (07-4458) | * |
| Thelma Starwood (07-4458) | * |
| James Troxclair (07-5206) | * |
| Cecile Vigee (07-5206) | * |
| Ivory Belle Walker (07-4455) | * |
| Edward Weber (07-4455 & 07-5199) | * |
| Carlene Williams (07-4455) | * |
| Herman and Brenda Williams (07-5206) | * |
| Lois Williams (07-4455) | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING ON ALLSTATE'S
## MOTION TO DISMISS DUPLICATE CLAIMS

Defendant Allstate Indemnity Company's Motion to Motion to Dismiss Duplicate Claims is set for hearing in the United States District Court for the Eastern District of Louisiana on January 7, 2009, at 9:30 a.m.

Respectfully submitted,

/s/ Arthur J. Lentini

Arthur J. Lentini, APLC (#8520)
6620 Riverside Drive, Suite 312
Metairie, Louisiana 70003
(504) 780-8700 Telephone

*Attorney-In-Charge for Defendant*

**OF COUNSEL:**
Stephen H. Lee
J. B. (Trey) Henderson III
Doyle, Restrepo, Harvin & Robbins, L.L.P.
6660 Riverside Drive, Suite 212
Metairie, Louisiana 70003
(504) 456-5809 Telephone
600 Travis, Suite 4700
Houston, Texas 77002
Telephone (713) 228-5100

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing document has been served upon all counsel of record by electronic filing and through United States mail, this 25th day of November, 2008.

>Stuart Barasch
>Lawrence Centola
>Hurricane Legal Center
>910 Julia Street
>New Orleans, Louisiana 70113
>
>Daniel E. Becnel, Jr.
>Becnel Law Firm, LLC
>Post Office Drawer H
>Reserve, Louisiana 70084
>
>Joseph Bruno
>Bruno & Bruno
>855 Baronne Street
>New Orleans, Louisiana 70113
>
>Richard Fernandez
>One Lakeway Center, Suite 605
>3900 N. Causeway Boulevard
>Metairie, Louisiana 700002
>
>Jim Hall
>Jim Hall & Associates
>800 N. Causeway Boulevard
>Metairie, Louisiana 70001

John Houghtaling  
Gauthier, Houghtaling & Williams, LLP  
3500 N. Hullen Street  
Metairie, Louisiana 70002  

Patrick Kehoe  
833 Baronne Street  
New Orleans, Louisiana 70113  

Jack Edward Morris  
4051 Veterans Boulevard, Suite 208  
Metairie, Louisiana 70002  

Edwin Shorty  
Shorty, Dooley & Hall, LLC  
650 Poydras Street, Suite 2230  
New Orleans, Louisiana 70130  

Dale Williams  
212 Park Place  
Covington, Louisiana 70433  

Judy Barrasso  
Minor Pipes  
Barrasso, Usdin, Kupperman, Freeman & Sarver LLC  
909 Poydras Street, 24th Floor  
New Orleans, Louisiana 70112  

Scott G. Jones  
Inabnet & Jones, LLC  
1331 W. Causeway Approach  
Mandeville, Louisiana 70471  

Christopher Lawler  
Donovan & Lawler  
4640 Rye Street  
Metairie, Louisiana 70006  

Jeffrey P. Lozes  
Lozes & Ponder  
1010 Common Street, Suite 1700  
New Orleans, Louisiana 70112

Frank Neuner
Melissa Lutgring Theriot
Laborde & Neuner
Post Office Drawer 52828
Lafayette, Louisiana 70505

Glenn B. Adams
Michael W. Collins
Porteous, Hainkel & Johnson
704 Carondelet Street
New Orleans, Louisiana 70130

Danna Schwab
The Schwab Law Firm
P.O. Box 7095
Houma, Louisiana 70361

/s/ Arthur J. Lentini
Arthur J. Lentini