MINUTE ENTRY
WILKINSON, M.J.
NOVEMBER 24, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
           CONSOLIDATED LITIGATION
                                                                      NO. 05-4182

PERTAINS TO: INSURANCE                            SECTION "K" (2)
                    Schubert, 07-5075

Pursuant to my previous order, Record Doc. No. 16531, a telephone conference was

conducted in the referenced case on this date.  Participating were Michelle Schubert, pro se

plaintiff; Will DeJean, counsel for defendant, Hartford as flood insurance carrier.

As previously noted, the record contains no evidence that any defendant has ever been

served, and Mr. DeJean participated in the conference only because he was contacted by me,

and not as any sort of formal appearance.

Plaintiff confirmed that the insurance aspects of this case relate solely to a

supplemental claim she has made under her National Flood Insurance Program policy. She

was unable to provide any of the previously requested information about her claim. Plaintiff

and counsel agreed that they would speak to each other and schedule a mutually convenient

meeting in an attempt informally to resolve this matter.

MJSTAR:  **0:20**

IT IS ORDERED that the parties must provide me with a letter no later than December 5, 2008 advising me whether they intend to resolve the remainder of the flood claim informally or if further court proceedings must be scheduled. Mr. DeJean will also advise me by that date whether defendant will waive formal service of process. Thereafter, the court will issue an appropriate order.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.