UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO: LEVEE BREACH | NO. 05-4182 SECTION "K"(2) |
| ACTION NO. 06-09838   LAKEWOOD PATIO HOMES ASSOCIATION, INC. | |

### FINAL JUDGMENT OF DISMISSAL

Considering the foregoing JOINT MOTION TO DISMISS WITH PREJUDICE:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned matter and any and all claims against Scottsdale Insurance Company be dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 25th day of November, 2008.

HONORABLE STANWOOD R. DUVAL
UNITED STATES DISTRICT COURT
EASTERN DISTRICT