**MINUTE ENTRY**
**DUVAL, J.**
**November 21, 2008**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br><br>**NO. 05-4182** |
| **PERTAINS TO:**<br>    **LEVEE** | **SECTION "K"(2)** |

Attending a status conference held this day were:

Ralph Hubbard, Rachel A. Meese and Ault Hootsell for St. Paul/Travelers;
Thomas P. Anzelmo and Ben Mayeaux for OLD;
Gary Zwain for EJLD/Lake Borgne Levee Districts; and
Joseph M. Bruno and James Roy for Plaintiffs.

The Court had previously ordered the parties to meet with Judge Lance Africk concerning settlement possibilities, and the parties met to report on their progress in this endeavor.

**IT IS ORDERED** that these parties shall attend a status conference on December 15, 2008 at 2:00 p.m. to report on their further progress.

JS-10 - 1 Hour