UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES    CIVIL ACTION
       CONSOLIDATED LITIGATION
    NO. 05-4182

PERTAINS TO: INSURANCE    SECTION "K"(2)
    Master Consolidated Class Action Complaint (Rec. Doc. 3413)
    *Chehardy*, 06-1672, 06-1673, 06-1674
    *Imperial Trading*, 07-1303
    *Xavier University*, 07-1304
    *Abadie*, 06-5164
    *Abadie*, 07-5112
    *Williams*, 06-2919

## ORDER REGARDING BRIEFING SCHEDULE AND DISMISSAL OF DUPLICATIVE SUITS

In accordance with the Joint Motion to Amend Order Regarding Briefing Schedule and for Entry of an Order Regarding Dismissal of Duplicative Suits, the minute entry dated October 30, 2008 (Rec. Doc. 16253) is hereby amended and restated as follows:

**IT IS ORDERED** that the following briefing schedule is established with respect to a motion to strike class allegations in the Insurance Master Consolidated Class Action Complaint:

December 15, 2008    Defendants shall file a Motion to Strike Class Allegations

January 15, 2008    Plaintiffs shall file an opposition thereto.

January 30, 2008    Defendant shall file a reply thereto.

**IT IS FURTHER ORDERED** that the stay that is presently in place with respect to Defendants' obligation to file a responsive pleading to the Insurance Master Consolidated Class Action Complaint is continued until further order of the Court. No motions to dismiss shall be filed at this time. A deadline for any Rule 12 motion to dismiss or other responsive pleading will be established after the Court rules on the motion to strike class allegations.

**IT IS FURTHER ORDERED** that only the putative class action allegations are hereby stricken from *Chehardy*, Civ. A. Nos. 06-1672, 06-1673, 06-1674, and from *Williams*, Civ. A. No. 06-2919.

**IT IS FURTHER ORDERED** that *Imperial Trading*, Civ. A. No. 07-1303, and *Xavier University*, Civ. A. No. 07-1304, are hereby dismissed in their entirety, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2). The class allegations in *Abadie*, Civ. A. No. 06-5164, were previously dismissed voluntarily. (Rec. Doc. 3760). The class allegations in *Abadie*, Civ. A. No. 07-5112, were stricken from the complaint as to every defendant except United Fire & Casualty Company, United Fire & Indemnity Company, and United Fire Group a/k/a Lafayette Insurance Company. (Rec. Doc. 9225)

New Orleans, Louisiana, this __26__ day of November, 2008.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**