# NIELSEN LAW FIRM, L.L.C.

GERALD J. NIELSEN

THOMAS C. PENNEBAKER
JOHN D. CARTER
WILLIAM T. TREAS
KIM HUONG A. TRAN
JOSEPH J. AGUDA JR.
ALLEN D. KINCANNON
WILLIAM R. DeJEAN
CHRISTOPHER J. BELL
MICHAEL D. BREININ
JASON M. VERDIGETS

3838 NORTH CAUSEWAY BOULEVARD
SUITE 2850
METAIRIE, LOUISIANA 70002
PHONE (504) 837-2500
FAX (504) 832-9165
E-MAIL: GJNielsen@aol.com

MICHAEL C. WEBER
DOUGLAS K. FOSTER
BRENT M. BURNS
KENNETH M. WAGUESPACK JR
KRISTIE E. LUKE
KEITH M. DETWEILER

Of Counsel
FRANZ L. ZIBILICH
DEANI BEARD MILANO

November 25, 2008

**Via Facsimile 589-7633**
Mag. Judge Joseph C. Wilkinson, Jr.
U.S. District Court
500 Poydras St., Rm. B421
New Orleans, LA 7

RECEIVED
NOV 25 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

Re:   Michelle Schubert v. Michael Chertoff, et al.
      Civil Action No. 07-5075 (K-2)

Dear Judge Wilkinson:

Pursuant to our conversation yesterday in regard to the Michelle Schubert matter, C.A. No. 07-5075, I have been instructed by my client that I may waiver service on behalf of Hartford Insurance Company of the Midwest. Please understand that I do not speak for any of the government entities names as co-defendants in the lawsuit.

Should you have any questions or further comments with regard to this matter, please feel free to contact me at your convenience.

Sincerely,

William R. DeJean

WRD/ld
cc:   Michelle Schubert