# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*          05-5531 | * | |
| *Mumford v. Ingram*       05-5724 | * | |
| *Lagarde v. Lafarge*       06-5342 | * | JUDGE |
| *Perry v. Ingram*            06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*         06-7516 | * | |
| *Parfait Family v. USA*    07-3500 | * | MAG. |
| *Lafarge v. USA*             07-5178 | * | JOSEPH C. WILKINSON, JR. |
| *Weber v. Lafarge*          08-4459 | * | |

## BARGE PLAINTIFFS' CONSENT MOTION FOR LEAVE TO FILE EXCESS PAGES

**NOW COME** Barge Plaintiffs, through the Barge PSLC, upon suggesting that (1) due to the

importance and potential effect of class certification in a controversy of the size and significance of

the matter *sub judice*; (2) in light of the parties having agreed to submit documentary proof *in lieu*

of live witness testimony at hearing of the Barge Plaintiffs' class certification motion; and (3) to

promote the Barge Plaintiffs' reply to Lafarge's opposition filed with Barge Plaintiffs' consent for

up to seventy-five (75) pages, movers respectfully move for leave of Court to file a Reply

Memorandum in Support of their Motion for Class Certification in excess of the page limitations

expressed in Local Rule 7.8.1E.  Plaintiffs request leave to file a reply Memorandum not to exceed

forty (40) pages, exclusive of exhibits.

Barge Plaintiffs' Reply Memorandum will be offered in direct response to the opposition of

Lafarge North America, and the other defendants that have joined Lafarge by adoption of their

opposition.  Lafarge consents to the granting of this motion..

It is so moved.

Respectfully Submitted,

/s/ Brian A. Gilbert,
Brian A. Gilbert, Esq.(21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: bgilbert@briangilbertlaw.com

/s/ Lawrence D. Wiedemann,
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail:   lawrence@wiedemannlaw.com,
k a r l @ w i e d e m a n n l a w . c o m,
karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com

/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
Voice: 202-862-4320

Cell:   202-549-1454
Facsimile:  800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net,

/s/ Lawrence A. Wilson
Lawrence A. Wilson (N.Y.S.B.A. #2487908)
David W. Drucker (N.Y.S.B.A. #1981562)
Wilson, Grochow, Druker & Nolet
Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279-0003
        Telephone: (212) 608-4400
        Facsimile: (212) 227-5159
        e-mail: lwilson@wgdnlaw1.com,
ddruker@wgdnlaw1.com

/s/Shawn Khorrami
Shawn Khorrami (CA SBN #14011)
H. Scott Leviant (CA SBN #200834)
Matt C. Bailey (CA SBN #218685)
Khorrami, Pollard & Abir, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
        Telephone: (213) 596-6000
        Facsimile: (213) 596-6010
        e-mail:  Skhorrami@kpalawyers.com;
        hsleviant@kpalawyers.com;
        Mbailey@kpalawyers.com

## CERTIFICATE OF SERVICE

        I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 27 day of November, 2008.


                        \s\Brian A. Gilbert