UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * * | and consolidated cases |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA* 07-5178 | * | JOSEPH C. WILKINSON, JR. |
| *Weber v. Lafarge* 08-4459 | * | |

# ORDER

The Court, having considered the Barge Plaintiffs' Consent Motion for Leave to File Excess Pages, and finding it to be well founded, hereby orders that the motion be, and is hereby GRANTED, and further, that Barge Plaintiffs are granted Leave of Court to file a Reply Memorandum in Support of their Motion for Class Certification not to exceed forty (40) pages, exclusive of exhibits.

New Orleans, Louisiana, this _____ day of _____, 2008

_____
**HON. STANWOOD R. DUVAL, JR.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 27 day of November, 2008.

                                        \s\Brian A. Gilbert