UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, Robinson  (06-2268) | § | |
| | § | |

DEFENDANT UNITED STATES' EX PARTE MOTION
FOR LEAVE TO FILE CORRECTED BRIEF AND
CORRECTED STATEMENT OF FACTS

Pursuant to Rule 7(b), Fed. R. Civ. P., Defendant United States moves the Court for an Order granting Defendant leave to file two documents: (1) Defendant's Corrected Memorandum in Support of the United States' Renewed Motion to Dismiss for Lack of Subject Matter Jurisdiction or, Alternatively, for Summary Judgment and (2) Defendant's Corrected Statement of Material Facts . This order is requested to allow the correction of clerical mistakes and citation errors in the original brief (Doc. 16511-2) and statement of material facts (Doc. 16511-3). Correcting these errors will avoid confusion and assist the Court in its consideration of the pending motion to dismiss.

In support of this motion, the Court is respectfully referred to the Memorandum in Support and the proposed filings, which are attached as Exhibits 1(brief) and 2 (facts).

Respectfully submitted,

 s/ Robin D. Smith
ROBIN D. SMITH
Senior Trial Counsel
Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4289 / (202) 616-5200 (Fax)
Attorney for the Defendant United States

CERTIFICATE OF SERVICE

I certify that the foregoing document was served by ECF on all counsel of record on November 28, 2008.

                         s/   Robin D. Smith
                         ROBIN D. SMITH