UNITED  STATES  DISTRICT  COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, Robinson (06-2268) | § | |
| _____ | § | |

DEFENDANT UNITED STATES' MEMORANDUM IN SUPPORT OF
EX PARTE MOTION FOR LEAVE TO FILE CORRECTED BRIEF

Clerical mistakes and citation errors were belatedly discovered in two recently filed documents:  Defendant's Memorandum in Support of the United States' Renewed Motion to Dismiss for Lack of Subject Matter Jurisdiction or, Alternatively, for Summary Judgment (Doc. 16511-2) and Defendant's Statement of Material Facts (Doc. 16511-3).  The corrected brief is attached as Exhibit 1.  The corrected statement of facts is Exhibit 2.

The following corrections were made in the brief:

| PAGE | ORIGINAL | CORRECTION |
|---|---|---|
| 2 | Inner Harbor Navigation Channel | Inner Harbor Navigation Canal |
| 7 | (Ex. 2) | (Ex. 23) |
| 7 | the the statute | in the Chief's Report |
| 7 | See | See generally |
| 7 | 45 (not paginated) | (included at the end of the report) |
| 10 | Dep. of Keith O'Cain | USACE Dep. |
| 11 | ER | Engineer Reg. |

| 13 | See id. at 28 | See id. (Ex. 35) at 28 |
| 18 | See id. (footnote omitted). | See id. at 35-36 (footnote omitted). |
| 21 | Id. at 326. | Gaubert, 499 U.S. at 326. |
| 22 | policy. | policy." |
| 23 | was held | had been held |
| 26 | is irrelevant | are irrelevant |
| 28 | Breweing | Brewing |
| 28 | 2d Cir. | 1st Cir. |
| 28 | Dalehite v. United States, 346 U.S. 15 (1953)) | Dalehite, 346 U.S. at 15. |
| 28 | 2004 Wl 483202 | 2004 WL 483202 |
| 29 | economics | economies |
| 31 | waterway, and | waterway. |
| 36 | "[c]onstruction . . . operations." | construction . . . operations. |
| 45 | at 33, 45 (unpaginated Plate 2) (Ex. 2) | 33 & Plate 2 (unpaginated last page of document) |
| 48 | there is no allegation | Plaintiffs do not allege |

The following corrections were made in the Statement of Material Facts:

| PAGE | ORIGINAL | CORRECTION |
|---|---|---|
| 1 | Ex. 2 | Ex. 23 |
| 2 | Ex. 2 | Ex. 23 |
| 2 | Ex. 2 | Ex. 23 |
| 4 | Ex. 5 | Ex. 4 |

| 4 | 16. | [deleted] |
| 7 | Ex. 20 | Ex. 35 |

Allowing the corrected documents to be filed will avoid confusion and assist the

Court in its consideration of Defendant's Renewed Motion to Dismiss for Lack of Subject

Matter Jurisdiction or, in the Alternative, for Summary Judgment.  For these reasons, the

Court should grant the motion for leave to file these documents.

Respectfully Submitted,

 s/ Robin D. Smith
ROBIN D. SMITH
Senior Trial Counsel
Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4289 / (202) 616-5200 (Fax)
Attorney for the Defendant United States

<u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing document was served on all counsel of record by ECF on

November 28, 2008.


/s/  Robin D. Smith
ROBIN D. SMITH