UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES<br>            CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE<br>      <u>Allen</u>  07-5111<br>            (DUPLICATE REPRESENTATION) | JUDGE DUVAL<br>MAG. WILKINSON |

\* \* \*

| | |
|---|---|
| CHARLES L. PECOT | CIVIL ACTION |
| VERSUS | NO. 07-6250 |
| STATE FARM FIRE AND<br>CASUALTY COMPANY | SECTION "B" (2) |

## CALL DOCKET / SHOW CAUSE ORDER

These cases apparently involve a plaintiff who (a) has asserted the same claim in two different cases and/or (b) is represented by more than one lawyer in two different cases. In these cases, like others that have already been the subject of a separate "CALL DOCKET / SHOW CAUSE ORDER," Record Doc. No. 15783 in 05-4182-K, settlement is either pending, conditioned upon clarification of plaintiff's representation, or the cases cannot proceed in an orderly fashion due to uncertainty or conflict concerning plaintiff's representation. Accordingly,

**IT IS ORDERED** that a CALL DOCKET AND SHOW CAUSE HEARING will be conducted in the referenced <u>Allen</u> and <u>Pecot</u> cases before Joseph C. Wilkinson, Jr., United

States Magistrate Judge, 500 Poydras Street, Hale Boggs Building, Room B421, New Orleans, Louisiana, on **DECEMBER 15, 2008 at 10:30 a.m.**  The purpose of the hearing is to (a) establish plaintiff Charles L. Pecot's representation; (b) determine if plaintiff has in fact settled his Hurricane Katrina insurance claim and, if so, through what attorney; and (3) dismiss duplicate lawsuits concerning the same parties, properties and policies.  Plaintiff's counsel, Joseph M. Bruno and Roderick Alvendia, and defense counsel, David Strauss and Patrick DeRouen, <u>MUST</u> appear in person.

Unless plaintiff clearly states, in writing, with a copy delivered to me, prior to **December 12, 2008 at 5:00 p.m.**, the identity of the particular lawyer who actually represents him in connection with his Hurricane Katrina insurance claim, plaintiff Charles L. Pecot must appear before me in person at the date, place and time set out above.

Failure to appear may result in sanctions, including dismissal of the later-filed of any plaintiff's lawsuits and/or claims.

New Orleans, Louisiana, this  1st  day of December, 2008.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.
and (via email)
Joseph M. Bruno; jbruno@jbrunolaw.com
Roderick Alvendia; rico@akdlalaw.com
David Strauss; dstrauss@kingkrebs.com
Patrick DeRouen; pderouen@phjlaw.com