United States District Court
Eastern District of Louisiana

U. S. DISTRICT COURT
Eastern District of Louisiana
FILED NOV 20 2008
LORETTA G. WHYTE
Clerk

In Re: Katrina Canal Breaches Consolidated Litigation

Civil Action No: 05-4182 Section K(2)

## Notice of Entry of Appearance of Jonathan Lee Riches

Comes Now, Jonathan Lee Riches, moves to enter his appearance in this litigation on behalf of Plaintiff Michelle Hennessey, in addition, appearing with Plaintiff's Lead counsel David Scott Scalia, of Bruno & Bruno.

respectfully,

11-16-08

Jonathan Lee Riches
#Y0948018
P.O. Box 340
Salters, SC 29590
843-387-9400

**TENDERED FOR FILING**

NOV 20 2008

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___Fee___
___Process___
_X_Dktd___
_X_CtRmDep___
Doc. No.

Name: Jonathan Lee Riches
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590



FLORENCE SC 295
17 NOV 2008 PM 1 T

United States District Court
Eastern District of Louisianna
Clerk of Court
U.S. Courthouse
500 Poydras St.
New Orleans, Louisianna 70130

70130-3319



Legal Mail