# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

|  |  |  |  |
|---|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION | |
| | * | | |
| | * | NO. 05-4182 | |
| PERTAINS TO:  BARGE | * | and consolidated cases | |
| | * | | |
| | * | SECTION "K"  (2) | |
| *Boutte v. Lafarge* | 05-5531 | * | |
| *Mumford v. Ingram* | 05-5724 | * | |
| *Lagarde v. Lafarge* | 06-5342 | * | JUDGE |
| *Perry v. Ingram* | 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* | 06-7516 | * | |
| *Parfait Family v. USA* | 07-3500 | * | MAG. |
| *Lafarge v. USA* | 07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | | |

## MOTION TO HAVE TIMEPIECE RETURNED
## AND FOR ATTORNEY FEES

_____**NOW COMES** the Barge PSLC on behalf of Ella Jean Shaw Watson, William

Shaw, Jr. and Annette Shaw Mosby, the heirs of the owner of the property located at 5005

N. Rocheblave Street, New Orleans, LA 70117.

Ella Jean Shaw Watson, William Shaw, Jr. and Annette Shaw Mosby have

provided affidavits of ownership of the wristwatch which was removed on October 21,

2005 by Centanni investigators from the property bearing municipal address 5005 North

Rocheblave Street, New Orleans, LA 70117, which was owned by their father, Mr.

William Shaw, Sr., who is now deceased. See Affidavits of ownership attached as

Exhibits "A, B and C."

Further, pursuant to Magistrate Wilkinson's Order at Record Doc. No. [15206], movers are entitled to costs and attorneys fees associated with this motion as reflected in the affidavit of attorney time, attached as Exhibit "D."

**WHEREFORE** movers pray that defendant, Lafarge North America be ordered to return the clock to the heirs of it rightful owner,  Ella Jean Shaw Watson, William Shaw, Jr. and Annette Shaw Mosby.

Movers further pray that Lafarge North America be ordered to pay attorney fees and costs in the amount of $300.00.

It is so moved.

Respectfully submitted,

/s/ Brian A. Gilbert,
Brian A. Gilbert, Esq.(21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: bgilbert@briangilbertlaw.com

/s/ Lawrence D. Wiedemann,
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com,   karl@wiedemannlaw.com,
karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com

/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)

Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
Voice: 202-862-4320
Cell:   202-549-1454
Facsimile:  800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net,

/s/Shawn Khorrami
Shawn Khorrami (CA Bar #180411)
Dylan Pollard(CA Bar #180306)
Matt Bailey (CA Bar #218685)
Khorrami Pollard & Abir, LLP
 444 S. Flower Street 33rd Floor
 Los Angeles, CA 90071
 Tel 213.596.6000
 Fax 213.596.6010
 skhorrami@kpalawyers.com
 dpollard@kpalawyers.com
 mbailey@kpalawyers.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon

counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile,

and/or ECF upload, this 1st day of December, 2008.

\s\Brian A. Gilbert
BRIAN A. GILBERT