UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * * | and consolidated cases |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*          05-5531<br>*Mumford v. Ingram*     05-5724 | * * | |
| *Lagarde v. Lafarge*       06-5342<br>*Perry v. Ingram*           06-6299<br>*Benoit v. Lafarge*         06-7516 | * * * | JUDGE<br>STANWOOD R. DUVAL, JR. |
| *Parfait Family v. USA*  07-3500<br>*Lafarge v. USA*             07-5178 | * * * | MAG.<br>JOSEPH C. WILKINSON, JR. |

## ORDER

Considering the foregoing motion:

**IT IS ORDERED, ADJUDGED AND DECREED** that Barge P.S.L.C.'s Motion for Return of Timepiece, be and is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that defendant, Lafarge North America pay for costs and attorney's fees in the amount of $300.00.

New Orleans, Louisiana this____ day of _____, 2008.

_____
JOSEPH C. WILKINSON, JR.,

MAGISTRATE, U.S. DISTRICT COURT