UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
|  | NO. 05-4182 |
| PERTAINS TO:  BARGE | and consolidated cases |
|  | SECTION "K"  (2) |
| *Boutte v. Lafarge*      05-5531 |  |
| *Mumford v. Ingram*   05-5724 |  |
| *Lagarde v. Lafarge*   06-5342 | JUDGE |
| *Perry v. Ingram*         06-6299 | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*       06-7516 |  |
| *Parfait Family v. USA*  07-3500 | MAG. |
| *Lafarge v. USA*            07-5178 | JOSEPH C. WILKINSON, JR. |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that BARGE P.S.L.C, has filed a motion to have a timepiece returned to Ella Jean Shaw Watson, William Shaw, Jr. and Annette Shaw Mosby, the heirs of its rightful owner, Willaim Shaw

Pursuant to Magistrate Wilkinson's Order at Record Doc. No. [15206], a hearing on said motion shall be heard before Magistrate Joseph Wilkinson, on the 17th day December, 2008 at 11:00 a.m.

Respectfully submitted,

/s/ Brian A. Gilbert,
Brian A. Gilbert, Esq.(21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street

New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: bgilbert@briangilbertlaw.com

/s/ Lawrence D. Wiedemann,
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com,   karl@wiedemannlaw.com,
karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com

/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)

Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
Voice: 202-862-4320
Cell:   202-549-1454
Facsimile:  800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net,

 /s/Shawn Khorrami
Shawn Khorrami (CA Bar #180411)
Dylan Pollard(CA Bar #180306)
H. Scott Leviant(CA Bar #200834)
Matt Bailey (CA Bar #218685)
Khorrami Pollard & Abir, LLP
 444 S. Flower Street 33rd Floor
 Los Angeles, CA 90071
 Tel 213.596.6000
 Fax 213.596.6010
 skhorrami@kpalawyers.com
 dpollard@kpalawyers.com

hsleviant@kpalawyers.com
mbailey@kpalawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 1st day of December, 2008.

\s\Brian A. Gilbert
BRIAN A. GILBERT