UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * * * | **CIVIL ACTION** |
| | * | **NO. 05-4182** |
| **PERTAINS TO: BARGE** | * * | **and consolidated cases** |
| | * | **SECTION "K" (2)** |
| *Boutte v. Lafarge*          05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*      06-5342 | * | **JUDGE** |
| *Perry v. Ingram*            06-6299 | * | **STANWOOD R. DUVAL, JR.** |
| *Benoit v. Lafarge*         06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | **MAG.** |
| *Lafarge v. USA*             07-5178 | * | **JOSEPH C. WILKINSON, JR.** |
| | * | |

## AFFIDAVIT OF ELLA JEAN SHAW WATSON

**STATE OF LOUISIANA**         §
                                                 §
**PARISH OF ORLEANS**          §

I, Ella Jean Shaw Watson, having been duly sworn, on oath, depose and state that this affidavit is made of my own free will. I further state that I am a person of full age of majority, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein state as follows:

1. My current address is 4766 Gabriel Drive, New Orleans, LA 70127

2. That my father was Mr. William Shaw whose address at the time of Hurricane Katrina was 5005 North Rocheblave Street, New Orleans, LA 70117.


EXHIBIT A

3. That I have reviewed the photograph(s) of the wristwatch which was removed from the property located at 5005 North Rocheblave Street, New Orleans, LA 70117 and have identified it to be the one owned by my father.

5. That I along with my siblings, Annette Shaw Mosby and William Shaw, Jr. are the rightful owners of the wristwatch indicated in said photograph(s).

6. That we wish to have the wristwatch returned to us.

**FURTHER AFFIANT SAYETH NOT.**

_____
Ella Jean Shaw Watson

Sworn to and subscribed before me
this _____ day of __November__, 2008

_____
Notary Public  Karen Wiedemann, 21151

My commission is for life.