UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | SECTION "K" (2) |
| *Boutte v. Lafarge*       05-5531 | |
| *Mumford v. Ingram*       05-5724 | |
| *Lagarde v. Lafarge*      06-5342 | JUDGE |
| *Perry v. Ingram*         06-6299 | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*       06-7516 | |
| *Parfait Family v. USA*   07-3500 | MAG. |
| *Lafarge v. USA*          07-5178 | JOSEPH C. WILKINSON, JR. |

## AFFIDAVIT OF ANNETTE SHAW MOSBY

STATE OF LOUISIANA §
§
PARISH OF ORLEANS §

I, Annette Shaw Mosby, having been duly sworn, on oath, depose and state that this affidavit is made of my own free will. I further state that I am a person of full age of majority, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein state as follows:

1. My current address is P.O. BOX 911, Zachary, LA 70791.

2. That my father was Mr. William Shaw whose address at the time of Hurricane Katrina was 5005 North Rocheblave Street, New Orleans, LA 70117.



EXHIBIT C

3. That I have reviewed the photograph(s) of the wristwatch which was removed from the property located at 5005 North Rocheblave Street, New Orleans, LA 70117 and have identified it to be the one owned by my father.

5. That I along with my siblings, Ella Jean Shaw Watson and William Shaw, Jr. are the rightful owners of the wristwatch indicated in said photograph(s).

6. That we wish to have the wristwatch returned to us.

**FURTHER AFFIANT SAYETH NOT.**

_____
Annette Shaw Mosby

Sworn to and subscribed before me
this 11th day of November, 2008

_____
Notary Public  Karen Wedemann, 2-1151

My commission is for life.

4. That I have reviewed the photograph(s) of the wristwatch which was removed from the property located at 5003 North Claiborne Street, New Orleans, LA [illegible] and have identified it to be the one owned by my father.

5. That along with my siblings, Rita Jean Shaw Watson and William Shaw, [illegible] the rightful owners of the wristwatch indicated in said photograph(s).

6. That we wish to have the wristwatch returned to us.

FURTHER AFFIANT SAYETH NOT.

Annette Shaw Mosby

Sworn to and subscribed before me [illegible] day of [illegible], 200[illegible]

[illegible]