UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| PERTAINS TO: BARGE | * * * | NO. 05-4182<br>and consolidated cases |
| | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*     05-5531<br>*Mumford v. Ingram*     05-5724<br>*Lagarde v. Lafarge*     06-5342<br>*Perry v. Ingram*     06-6299<br>*Benoit v. Lafarge*     06-7516<br>*Parfait Family v. USA*     07-3500<br>*Lafarge v. USA*     07-5178 | * * * * * * * * | JUDGE<br>STANWOOD R. DUVAL, JR.<br><br>MAG.<br>JOSEPH C. WILKINSON, JR. |

## AFFIDAVIT OF EDWARD L. MORENO, ESQ REGARDING ATTORNEY TIME

| | |
|---|---|
| STATE OF LOUISIANA | § § |
| PARISH OF ORLEANS | § |

I, Edward Lee Moreno, having been duly sworn, on oath, depose and state that this affidavit is made from my personal knowledge. I further state that I am a person of full age of majority, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated as follows:

1. I am an associate with the Law Offices of Brian A. Gilbert, P.L.C. and work exclusively for the Barge P.S.L.C.

Page 1 of 3



2.     That I have expended the following time in support of having the timepiece returned to Ella Jean Shaw Watson, William Shaw, Jr. and Annette Shaw Mosby as follows:

11/03/2008

Telephone conference with Ella Watson regarding Lafarge timepiece letter.

.25

Drafting affidavits of ownership of timepiece for Ella Watson, William Shaw, Jr., and Annette Shaw Mosby.

.50

11/06/2008

Telephone conference with Ella Jean Watson to make appointment to execute affidavits of ownership.

.25

11/11/2008

Drafting revisions to motion to have timepiece returned, Proposed Order and Notice of Hearing for Ella Shaw Watson, Annette Shaw Mosby and William Shaw, Jr.

.50

Meet with clients Ella Shaw Watson, Annette Shaw Mosby and William Shaw, Jr. to review photos of their father's wristwatch and to execute of ownership.

.50

Total time: 2.0 hours

Billing Rate: $150.00 per hour

Total attorney time $300.00

FURTHER AFFIANT SAYETH NOT.

_____
Edward Lee Moreno

Sworn to and subscribed before me
this ____10____ day of ___December___, 2008

_____
Notary Public