UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> § <br> § <br> PERTAINS TO: INSURANCE § <br> *Kiefer, et al. v. Allstate, et al.* 06-5370 § <br> As to Plaintiffs Jimmy and Sylvia Myles only § <br> § | CIVIL ACTION <br> NO. 05-4182 "K"(2) <br> JUDGE DUVAL <br> MAG. WILKINSON |

## MOTION FOR LIMITED REOPENING
## OF CASE TO DISMISS CLAIMS OF JIMMY AND SYLVIA MYLES

NOW INTO COURT, through undersigned counsel, come plaintiffs Jimmy and Sylvia Myles, who respectfully request that their claims against defendant Louisiana Citizens Insurance Company be dismissed with prejudice from *Kiefer,* et al. *v. Allstate*, et al. as all claims between the parties have been compromised and settled.

This Motion seeks the limited reopening of the *Kiefer* case to dismiss Jimmy and Sylvia Myles' claims in the above named and captioned litigation. Accordingly, plaintiffs move this Court for an entry of an order to (1) reopen the *Kiefer, et al.* proceeding, No. 06-5370, with respect to Louisiana Citizens Insurance Company for the limited purpose of addressing this Motion, and (2) dismiss with prejudice, and at each party's cost, all claims asserted by plaintiffs Jimmy and Sylvia

Myles against Louisiana Citizens Insurance Company in the *Kiefer* complaint.

Defense counsel has been contacted and has no opposition with the dismissal of Jimmy and Sylvia Myles' claims against Louisiana Citizens Insurance Company pending in the *Kiefer* complaint.

**WHEREFORE,** plaintiffs Jimmy and Sylvia Myles request that this Court enter an order as set forth above.

>Respectfully submitted,
>
>/s/ Calvin C. Fayard, Jr.
>Wanda J. Edwards, #27448
>Calvin C. Fayard, Jr., #5486
>Fayard and Honeycutt, APC
>519 Florida Avenue, SW
>Denham Springs, Louisiana 70726
>Telephone: 225/664-4193

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in the captioned matter.

>/s/ Calvin C. Fayard, Jr.
>Calvin C. Fayard, Jr.