UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> § <br> § <br> PERTAINS TO:    INSURANCE § <br> *Kiefer, et al. v. Allstate, et al.*   06-5370 § <br> As to Plaintiff Yvette Poole Wallace only § <br> § | CIVIL ACTION <br> NO. 05-4182 "K"(2) <br> JUDGE DUVAL <br> MAG. WILKINSON |

## MOTION FOR LIMITED REOPENING
## OF CASE TO DISMISS CLAIMS OF YVETTE POOLE WALLACE

NOW INTO COURT, through undersigned counsel, comes plaintiff Yvette Poole Wallace, who respectfully requests that her claims against defendant Allstate Insurance Company be dismissed with prejudice from *Kiefer,* et al. *v. Allstate*, et al. as all claims between the parties have been compromised and settled.

This Motion seeks the limited reopening of the *Kiefer* case to dismiss Yvette Poole Wallace's claims in the above named and captioned litigation. Accordingly, plaintiff moves this Court for an entry of an order to (1) reopen the *Kiefer, et al.* proceeding, No. 06-5370, with respect to Allstate Insurance Company for the limited purpose of addressing this Motion, and (2) dismiss with prejudice, and at each party's cost, all claims asserted by plaintiff Yvette Poole Wallace against

Allstate Insurance Company in the *Kiefer* complaint.

Defense counsel has been contacted and has no opposition with the dismissal of Yvette Poole Wallace's claims against Allstate Insurance Company pending in the *Kiefer* complaint.

**WHEREFORE,** plaintiff Yvette Poole Wallace requests that this Court enter an order as set forth above.

                                                    Respectfully submitted,

                                                    /s/ Calvin C. Fayard, Jr.
                                                    Wanda J. Edwards, #27448
                                                    Calvin C. Fayard, Jr., #5486
                                                    Fayard and Honeycutt, APC
                                                    519 Florida Avenue, SW
                                                    Denham Springs, Louisiana 70726
                                                    Telephone: 225/664-4193

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in the captioned matter.

                                /s/ Calvin C. Fayard, Jr.
                                Calvin C. Fayard, Jr.