UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> § <br> § <br> § <br> **PERTAINS TO:** § <br> **INSURANCE    (07-2662)** § <br> *Shontra Varnado v.* § <br> *State Farm Fire and Casualty* § <br> *Insurance Company* § <br> § | CIVIL ACTION <br> NO. 05-4182 "K"(2) <br> JUDGE DUVAL <br> MAG. WILKINSON |

## MOTION TO DISMISS

**NOW INTO COURT,** through undersigned counsel, come plaintiff, Shontra Varnado, who seeks to dismiss the above captioned complaint against State Farm Fire and Casualty Insurance Company, with prejudice as to all demands, all parties to bear their own costs. Counsel for defendant has no opposition to the dismissal as this case has been compromised and settled.

WHEREFORE, plaintiff, Shontra Varnado, respectfully requests that the Court enter an order dismissing the action with prejudice as to all demands, all parties to bear their own costs.

Respectfully submitted,

/s/ Calvin C. Fayard, Jr.

Calvin C. Fayard, Jr. #5486<br>
Wanda J. Edwards, #27448<br>
FAYARD & HONEYCUTT, APC<br>
519 Florida Avenue SW<br>
Denham Springs, Louisiana 70726<br>
Telephone: 225-664-4193<br>
Facsimile: 225-664-6925

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

/s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr.