UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____§ | | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, Robinson (06-2268) | § | |
| _____§ | | |

ORDER

Having considered the United States' ex parte  motion for leave to file a corrected

memorandum in support of its pending  motion to dismiss (Doc. 16511) and corrected

statement of facts that are material to the motion, and for good cause shown, it is hereby

ORDERED that the Motion for Leave to File is GRANTED.

New Orleans, Louisiana, this __1st__ day of _____December_____, 2008.

_____
UNITED STATES DISTRICT JUDGE

1