**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**OFFICE OF THE CLERK**

Loretta G. Whyte                                                             500 Poydras St., Room C-151
   Clerk                                                                      New Orleans, LA 70130

November 25, 2008

Mr. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals, Fifth Circuit                                        APPEAL NO <u>08-30412</u>
New Orleans, LA  70130

   IN RE:  <u>KATRINA CANAL BREACHES LITIGATION   CA 05-4182  K  c/w 06-1885</u>

   In connection with this appeal, the following documents are transmitted and/or information furnished. Please acknowledge receipt on the enclosed copy of this letter.

   ___   1) Certified copy of the notice of appeal and docket entries

   ___   2) Certified copy of notice of a cross-appeal and docket entries.

   ___   3) The Court of Appeals docket fee ___ HAS   ___ HAS NOT been paid

   ___   4) This case is proceeding <u>in forma pauperis</u>

   ___   5) Order Appointing Counsel    ___ CJA-20    ___ FPD

   ___   6) District Judge Entering the final judgment is _____

   ___   7) Court Reporter assigned to the case_____

   ___   8) If criminal case, number and names of other defendants on appeal

   ___   9) This case was decided without a hearing; there will be no transcript.

   ___  10) Spears hearing held; court reporter present.

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

   <u>x</u>   1) Electronic Copy of Record on appeal:

        <u>7</u>  Volume(s) of record     ___ Original Volume(s) of transcripts

        ___ Volume(s) of depositions

        ___ Container(s) of exhibits  ___ envelope  ___ box

   ___   2) Supplemental record_____

   ___   3) SEALED DOCUMENT_____

   ___   4) Other _____

                                                          Very truly yours,

                                                By   <u>Alicia Phelps</u>
                                                       Deputy Clerk