```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   NOV 25 2008

LORETTA G. WHYTE
       CLERK
```

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 25, 2008

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 08-30963    In Re: Katrina Canal
       USDC No.    2:07-CV-3500
                  2:05-CV-4182


The court has granted appellants' motion to reinstate the appeal.

We request that the district court clerk certify the record on appeal within 15 days from this date and notify this office as usual when certification is complete.

                          Sincerely,

                          CHARLES R. FULBRUGE III, Clerk

                          *Dantrell Johnson*
            By: _____
                Dantrell Johnson, Deputy Clerk
                504-310-7689

Mr Ashton R O'Dwyer Jr
Ms Loretta Whyte, Clerk

MOT-2

```
___ Fee_____
___ Process____
 X  Dktd_____
___ CtRmDep___
___ Doc. No.__
```

A true copy    NOV 25 2008
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By: *Dantrell Johnson*
                    Deputy
New Orleans, Louisiana