UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

Loretta G. Whyte                                      500 Poydras St., Room C-151
Clerk                                                 New Orleans, LA 70130

November 25, 2008

Mr. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals, Fifth Circuit                 APPEAL NO <u>08-30963</u>
New Orleans, LA  70130

IN RE: <u>KATRINA CANAL BREACHES LITIGATION</u>     CA 05-4182 c/w  07-3500

In connection with this appeal, the following documents are transmitted and/or information furnished. Please acknowledge receipt on the enclosed copy of this letter.

    ___ 1) Certified copy of the notice of appeal and docket entries

    ___ 2) Certified copy of notice of a cross-appeal and docket entries.

    ___ 3) The Court of Appeals docket fee ___ HAS ___ HAS NOT been paid

    ___ 4) This case is proceeding <u>in forma pauperis</u>

    ___ 5) Order Appointing Counsel   ___ CJA-20   ___ FPD

    ___ 6) District Judge Entering the final judgment is _____

    ___ 7) Court Reporter assigned to the case_____

    ___ 8) If criminal case, number and names of other defendants on appeal

    ___ 9) This case was decided without a hearing; there will be no transcript.

    ___ 10) Spears hearing held; court reporter present.

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

    <u>x</u> 1) **Certified** Electronic Copy of Record on appeal:

        ___ Volume(s) of record   ___ Original Volume(s) of transcripts

        ___ Volume(s) of depositions

        ___ Container(s) of exhibits ___ envelope __ box

    ___ 2) Supplemental record_____

    ___ 3) SEALED DOCUMENT_____

    ___ 4) Other _____

Very truly yours,

By____<u>Alicia Phelps</u>____
Deputy Clerk