UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| _____ | § | |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| _____ | § | |

**AMICI THE STATE OF LOUISIANA, ST. BERNARD PARISH GOVERNMENT, ENTERGY CORPORATION, ENTERGY NEW ORLEANS, INC., ENTERGY LOUISIANA, L.L.C., AND HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY EX PARTE MOTION FOR LEAVE TO FILE AMENDMENT / SUPPLEMENT TO AMICUS BRIEF**

Pursuant to Rule 7(b), Fed. R. Civ. P., Amici THE STATE OF LOUISIANA, ST.

BERNARD PARISH GOVERNMENT, ENTERGY CORPORATION, ENTERGY

NEW ORLEANS, INC., ENTERGY LOUISIANA, L.L.C., AND HARTFORD STEAM

BOILER INSPECTION AND INSURANCE COMPANY move the Court for an Order

granting leave to file (1) AMICI THE STATE OF LOUISIANA, ST. BERNARD

PARISH GOVERNMENT, ENTERGY CORPORATION, ENTERGY NEW

ORLEANS, INC., ENTERGY LOUISIANA, L.L.C., AND HARTFORD STEAM

BOILER INSPECTION AND INSURANCE COMPANY AMENDMENT /

SUPPLEMENT TO AMICUS BRIEF.  This Order is requested to allow the submission

of a Table of Contents and Table Authorities to the accompanying Memorandum of Law

with consistent citations to case law in the body of the brief.  (Doc. 16507).  This

Amendment / Supplement will avoid confusion and assist the Court in its consideration

of the Amici Memorandum in Support of Plaintiffs' pending motion for Summary

Adjudication as to Discretionary Functions.  Amici also seek to file the original signature

Declaration of Nicholas Yost in Support of Amici Brief as best evidence of Declarant's

signature.  Aside from citations there are no substantive changes to the body of the

document.

The Honorable James D. "Buddy" Caldwell (No. 2211)
**ATTORNEY GENERAL,**
**STATE OF LOUISIANA**
James Trey Phillips (No.19978)
ASSISTANT ATTORNEY GENERAL,
STATE OF LOUISIANA
Sallie J. Sanders (No. 11703)
ASSISTANT ATTORNEY GENERAL,
STATE OF LOUISIANA
1885 North Third Street, 6th Floor
Baton Rouge, LA 70802
Telephone: (225)326-6040
Telefax: (225)326-6097
**By:** /s/ *James D. "Buddy" Caldwell*
**Attorney for Amicus, THE STATE OF LOUISIANA**

Craig P. Taffaro, Jr., St. Bernard Parish President
Wayne J. Landry, Chairman of the St. Bernard Parish
Council
RICHARD A. TONRY (LSB #12859)
MICHAEL C. GINART, JR. (LSB#18910)
CULLEN A. TONRY (LSB#29457)
**LAW OFFICES OF TONRY & GINART**
2114 Paris Road
P.O. Box 32
Chalmette, Louisiana 70044-0032
Telephone: 504-271-0471
Facsimile: 504-271-6293
*By:* /s/ *RICHARD A. TONRY, Esq*
**Attorney for Amicus, St. Bernard Parish Government**

O.H. Storey (Arkansas Bar No. 69078)
Marcus V. Brown (La. Bar No. 18817)
Leila A. D'Aquin (La. Bar No. 18884)
Entergy Services, Inc.
639 Loyola Avenue, Suite 2600
New Orleans, LA  70113
Tel:  504-576-2765

Fax:  504-294-5302
and
Ewell E. Eagan Jr. (La. Bar No. 5239), T.A.
A. Gregory Grimsal (La. Bar No. 6332)
Wendy Hickok Robinson (La. Bar No. 25225)
Gordon, Arata, McCollam, Duplantis & Eagan, L.L.P.
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana  70170-4000
Telephone: (504) 582-1111
Fax: (504) 582-1121


**By:** */s/ Ewell Eagan, Jr Esq.,*
**Attorneys for Amicus, Entergy New**
**Orleans, Inc., Entergy Louisiana, L.L.C.,**
**Entergy Services, Inc., and Entergy**
**Corporation**

Elisa T. Gilbert, Esq (ETG 5713), T.A.
Brendan R. O'Brien (BO 9033)
The Gilbert Firm, LLC
325 East 57th Street
New York, NY 10022
Telephone (212) 286-8524
Fax: (212) 286-8522
and
Ernest Svenson, Esq. (17164)
The Svenson Law Firm, LLC
432 Henry Clay Avenue
New Orleans, LA 70118-5724
504-208-5199


**By:** */s/ Elisa T. Gilbert, Esq.*
**Elisa T. Gilbert, Esq.**
**Attorneys for Amicus, Hartford Steam Boiler**
**Inspection and Insurance Company a/s/o Entergy New**
**Orleans, Inc., Entergy Louisiana, L.L.C.,**
**Entergy Services, Inc., and Entergy Corporation**