UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NUMBER:  05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO:  *Robinson* (No. 06-2268) | |

**AMICI THE STATE OF LOUISIANA, ST. BERNARD PARISH GOVERNMENT, ENTERGY CORPORATION, ENTERGY NEW ORLEANS, INC., ENTERGY LOUISIANA, L.L.C., AND HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY MEMORANDUM IN SUPPORT OF EX PARTE MOTION FOR LEAVE TO FILE AMENDMENT/ SUPPLEMENT TO AMICUS BRIEF**

Amici seek leave of the Court to submit a Table of Contents and Table of

Authorities to the AMICUS CURIAE BRIEF OF THE STATE OF LOUISIANA, ST.

BERNARD PARISH GOVERNMENT, ENTERGY CORPORATION, ENTERGY

NEW ORLEANS, INC., ENTERGY LOUISIANA, L.L.C., AND HARTFORD STEAM

BOILER INSPECTION AND INSURANCE COMPANY (hereinafter: Amici)

CONCERNING THE NATIONAL ENVIRONMENTAL POLICY ACT IN SUPPORT

OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY ADJUDICATION ON

DISCRETIONARY FUNCTION (Doc. No. 16507) and to file the original signature of

Declarant, Nicholas Yost in support of same.

Apart from consistent citations, no changes have been made to substance of the

accompanying brief; however, corrections have been made to the citations consistent with

the Table of Authorities.  Leave is sought to permit the submission of the Table of

Contents and Table of Authorities to assist the Court in consideration of the authorities relied upon by Amici in submission of their supporting memoranda and to provide best evidence of Declarant Nicholas Yost's signature.

The Honorable James D. "Buddy" Caldwell (No. 2211)
**ATTORNEY GENERAL,**
**STATE OF LOUISIANA**
James Trey Phillips (No.19978)
ASSISTANT ATTORNEY GENERAL,
STATE OF LOUISIANA
Sallie J. Sanders (No. 11703)
ASSISTANT ATTORNEY GENERAL,
STATE OF LOUISIANA
1885 North Third Street, 6th Floor
Baton Rouge, LA 70802
Telephone: (225)326-6040
Telefax: (225)326-6097
**By:** /s/ *James D. "Buddy" Caldwell*
**Attorney for Amicus, THE STATE OF LOUISIANA**

Craig P. Taffaro, Jr., St. Bernard Parish President
Wayne J. Landry, Chairman of the St. Bernard Parish Council
RICHARD A. TONRY (LSB #12859)
MICHAEL C. GINART, JR. (LSB#18910)
CULLEN A. TONRY (LSB#29457)
**LAW OFFICES OF TONRY & GINART**
2114 Paris Road
P.O. Box 32
Chalmette, Louisiana 70044-0032
Telephone: 504-271-0471
Facsimile: 504-271-6293
By: /s/ *RICHARD A. TONRY, Esq*
**Attorney for Amicus, St. Bernard Parish Government**

O.H. Storey (Arkansas Bar No. 69078)
Marcus V. Brown (La. Bar No. 18817)
Leila A. D'Aquin (La. Bar No. 18884)
Entergy Services, Inc.
639 Loyola Avenue, Suite 2600
New Orleans, LA 70113
Tel: 504-576-2765
Fax: 504-294-5302
and

Ewell E. Eagan Jr. (La. Bar No. 5239), T.A.
A. Gregory Grimsal (La. Bar No. 6332)
Wendy Hickok Robinson (La. Bar No. 25225)
Gordon, Arata, McCollam, Duplantis & Eagan, L.L.P.
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana  70170-4000
Telephone: (504) 582-1111
Fax: (504) 582-1121

**By**: /s/ Ewell Eagan, Jr Esq.,
**Attorneys for Amicus, Entergy New**
**Orleans, Inc., Entergy Louisiana, L.L.C.,**
**Entergy Services, Inc., and Entergy**
**Corporation**

Elisa T. Gilbert, Esq (ETG 5713), T.A.
Brendan R. O'Brien (BO 9033)
The Gilbert Firm, LLC
325 East 57th Street
New York, NY 10022
Telephone (212) 286-8524
Fax: (212) 286-8522
and
Ernest Svenson, Esq. (17164)
The Svenson Law Firm, LLC
432 Henry Clay Avenue
New Orleans, LA 70118-5724
504-208-5199

**By**: /s/ Elisa T. Gilbert, Esq.
**Elisa T. Gilbert, Esq.**
**Attorneys for Amicus, Hartford Steam Boiler**
**Inspection and Insurance Company a/s/o Entergy New**
**Orleans, Inc., Entergy Louisiana, L.L.C.,**
**Entergy Services, Inc., and Entergy Corporation**