UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: *Robinson*<br>(No. 06-2268) | |

**AMICUS CURIAE BRIEF OF
THE STATE OF LOUISIANA, ST. BERNARD PARISH GOVERNMENT,
ENTERGY CORPORATION, ENTERGY NEW ORLEANS, INC.,
ENTERGY LOUISIANA, L.L.C., AND HARTFORD STEAM BOILER
INSPECTION AND INSURANCE COMPANY (hereinafter: Amici)
CONCERNING THE NATIONAL ENVIRONMENTAL POLICY ACT IN
SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY
<u>ADJUDICATION ON DISCRETIONARY FUNCTION</u>**

**AMICUS CURIAE BRIEF OF**
**THE STATE OF LOUISIANA, ST. BERNARD PARISH GOVERNMENT, ENTERGY CORPORATION, ENTERGY NEW ORLEANS, INC.,ENTERGY LOUISIANA, L.L.C., AND HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY (hereinafter: Amici)**
**CONCERNING THE NATIONAL ENVIRONMENTAL POLICY ACT IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY ADJUDICATION ON DISCRETIONARY FUNCTION**

**TABLE OF AUTHORITIES** .................................................................................... iii

**FACTS** ............................................................................................................................ 4

**1972 DEIS** .......................................................................................................................5

**1974 DEIS** .......................................................................................................................6

**CORPS' RESPONSE TO COMMENTS ON 1974 DEIS** ................................8

**ENVIRONMENTAL ASSESSMENTS** ...........................................................10

**THE CORPS ADMITS ITS NEPA COMPLIANCE WAS INADEQUATE AND MISLEADING** .................................................................................................13

**ARGUMENT** .................................................................................................15

    A.  The Corps' Conduct with Regard to the MRGO is Actionable Under the Federal Tort Claims Act. ……………………………………………..15

    B.  The Corps Violated Its Mandatory Duties Under NEPA By Failing Perform Adequate Mandatory Comprehensive EIS's For Approval of the MRGO O&M. ………………………………………………………….15

    C.  The Discretionary Function Exception to the FTCA Does Not Apply When The Corps Has Not Adequately Complied With NEPA …………21

**CONCLUSION** .................................................................................................25

# **TABLE OF AUTHORITIES**

**CASES**

*Adams v. United States,* Slip Copy, 2006 WL 3314571 (D. Idaho, Nov. 2006)…………4, 14, 20, 21, 22, 23

*Atchison, T. & S. F. Ry, Co. v. Callaway*, 382 F.Supp. 610 (D.C.D.C. 1974)…………………………….. 19

*Baltimore Gas & Elec. Co. v. Natural Resources Defense Council,* 462 U.S. 87 (1983)….………………16

*Beam Horizon Corp v. Tenn. Gas Pipeline Co*., U.S. Dist. LEXIS 3341, 1998 WL 113935
   (E.D. La March 10**,** 1998)…………..……………………………………………………………... 20

*Bear Medicine v. U.S. Sec'y of Dept of Interior*, 241 F.3d 1208, (9th Cir. 2001). ……. ………………15, 21

*Berkovitz v. United States*, 486 U.S. 531 (1988)……………………………………………………….1, 15

*Coliseum Square Ass'n v. Jackson,* 465 F.3d 215 (5th Cir 2006) …………………………………..……….16

*Collins v. United States Mine Safety & Health Admin,* 783 F. 2d 1225 (5th Cir 1986)…………..………4, 15

*Dalehite v. United States*, 346 U.S. 15 (1953)……………………………………………………………1, 15

*Dept of Transportation v. Pub. Citizen,* 541 U.S. 752 (2004)……………………………………………16

*Environmental Defense Fund v. Marsh,* 651 F2d 983 (5th Cir 1981)………………………………... ...17, 18

*Florida Wildlife Federation v. U.S. Army Corp of Engineers*, 401 F.Supp. 2d 1298 (S.D. Fla 2005)…18, 21

*Great Basin Mine Watch v. Hankins,* 456 F.3d 955 (9th Cir.2006)………………………………….17, 18

*Holy Cross et al., v. U.S. Army Corps of Engineers,* 455 F. Supp. 2d 532 (E.D.La 2006)...……………2, 20

*In re Katrina Canal Breaches Consol. Litig.,* 471 F. Supp. 2d 684, (E.D. La 2007)……………..........2, 21

*Kleppe v. Sierra Club,* 427 U.S. 390 (1976)……………………………………………………….16, 17

*Lee v. United States Air Force,* 220 F. Supp. 2d 1229 (D.N.M. 2002)......................................................... 23

*League of Wilderness Defenders/Blue Mountains Biodiversity Project  v. Forsgren*, 309 F.3d 1181
(9th Cir. 2002) ........................................................................................................................................ 19

*Marsh II*(*Oregon Natural Resources Council v.*), 832 F.2d 1489 (9th Cir. 1986)…..…………………… 3, 8

*Marsh v. Oregon Natural Resources Council*, 490 U.S. 360,370-374 (1989)……………………………….3

*Marsh VII* (*Oregon Natural Resources Council v*.) 52 F.3d 1485 (9th Cir. 1995)..……………………3, 8, 20

*McDaniel v. United States,* 899 F. Supp. 305 (E.D. Tex. 1995) aff'd 102 F.3d 551 (5th Cir  1996) ……... 23

*Metropolitan Edison Co. v. People Against Nuclear Energy*, 460 U.S. 766 (1983)……………………. 16

*Mississippi River Basin Alliance v. Wesphal,* 230 F.3d 170 (5th Cir. 2000) …………………………………..20

*Natural Resources Defense Council v. Hodel,* 865 F.2d 288 (D.C.Cir.1988)….………..…………………..17

*Norton v. Southern Utah Wilderness Alliance,* 542 U.S. 55 (2004) ………...…………………………………... . 3

*O'Reilly v. U.S. Army Corps of Egineers*, 477 F.3d 225 (5th Cir. 2007)..………………… 3, 16, 17, 18, 20

*PEACH v. U.S. Army Corps,* 87 F.3d 1242 (11th Cir.1996) …….……………………………………………17

*Robertson v. Methow Valley Citizens Council***,** 490 U.S. 332 (1989)………………………………………. 2, 9,19

*Sabin River Auth'y v. U.S. Dept of Interior*, 745 F. Supp. 388 (E.D. Tex. 1990)…………….................. 18, 20

*Sabin River Auth'y v. U.S. Dept of Interior*, 951 F.2d. 669(5th Cir. 1992)…………..…………………….2

*San Antonio Conservation Society v. The Texas Highway Dept.,* 446 F.2d 1013 (5th Cir, 1971) cert den.
   420 U.S. 926 (1975)..……………………………………………….…………………………....17

*Sierra Club v. Hassell*, 636 F.2d 1095 (5th Cir. 1981)……………..………………………………. . 18

*Sierra Club v. Morton,* 510 F.2d 813 (5th Cir.1975)……………………………………………………. 20

*Sierra Club v. Peterson,* 185 F.3d 349 (5th Cir. 1999) ..…………………………………………………. 20

*Sierra Club v. Sigler,* 695 F.2d 957 (5th Cir.1983)……………………..…………………………….. 20

*Southern Natural Gas Co. v. Pontchartrain Mat*, 711 F.2d 1251 (5th Cir 1983) …………..…………...20

*State of Louisiana v. Lee*, 758 F.2d 1081 (5th Cir. 1985)….…………………………………….3, 10, 18, 20

*Starrett v. United States*, 847 F.2d 539 (9th Cir. 1988) …………………………………………………....16

*Thomas v. Peterson,* 753 F.2d 754 (9th Cir.1985) ….………………………………………………. 17

*Tyler v. Cisneros*, 136 F.3d 603 (9th Cir. 1998) …..…………………………………………………… 23

*United States v. Gaubert,* 499 U.S. 315 (1991)…………………………………………………..1, 15


**STATUTES**

28 U.S.C. § 2680(a).................................................................................................................................. 1

42 U.S.C. § 4332(2)(C) ......................................................................................................................... 16

42U.S.C.§ 4321 et seq.............................................................................................................................. 1

42 U.S.C. § 4332(2)……………………………………………………………………………............16

**REGULATIONS**

33 CFR. § 320.4(b) (3) .............................................................................................................. 18

40 CFR. § 1500.3, 1500.13..............................................................................................3,16, 20, *23*

40 CFR. § 1501.4(a),(b),(e))................................................................................................ 16

40 CFR. § 1502.14 (f),1502.16........................................................................................... 3,19

40 CFR. § 1505.1(e), 1505.2(c) 1505.3..............................................................................18,19,23

40 CFR. § 1508, 1508.7, 1508.8, 1508.9(a) 1508.13,1508.25(b)..............................................3,16,17,18,19

**References to PUF's throughout the brief refer to Plaintiffs' Undisputed Facts.**