UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
| | * | |
| *Boutte v. Lafarge_*           05-5531 | * | SECTION "K" (2) |
| *Mumford v. Ingram*         05-5724 | * | |
| *Lagarge v. Lafarge*          06-5342 | * | |
| *Perry v. Ingram*               06-6299 | * | |
| *Benoit v. Lafarge*             06-7516 | * | JUDGE |
| *Parfait Family v. USA*     07-3500 | * | STANWOOD R. DUVAL, JR. |
| *Lafarge v. USA*                 07-5178 | * | |
| | * | MAG. JOSEPH C. WILKINSON, JR. |
| | * | |
| | * | |

**SUPPLEMENTAL DECLARATION OF SHAWN KHORRAMI SUBMITTED WITH PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO CERTIFY A CLASS AND POTENTIAL SUBCLASSES, TO APPOINT CLASS COUNSEL, AND TO PRELIMINARILY APROVE PLAINTIFFS' PROPOSED TRIAL PLAN**

I, SHAWN KHORRAMI, declare as follows:

1. I am the founding partner of Khorrami, Pollard & Abir, LLP., co-counsel for the Plaintiffs in the above entitled Action.  I make this Declaration in support of Plaintiffs' Reply in Support of Motion for Class Certification.  I have personal knowledge of the matters stated herein and if so called upon as a witness, could and would testify competently thereto.

2. Attached hereto as **Exhibit "28"** a true and correct copy of relevant portions of the Deposition of **John A. Kilpatrick, Ph.D, MRICS,** dated September 11, 2008.

3. Attached hereto as **Exhibit "29"** is a true and correct copy of relevant portions of the Deposition of **Joseph N. Suhayda, Ph.D.,** dated September 26, 2008.

4. Attached hereto as **Exhibit "30"** is a true and correct copy of relevant portions of the Deposition of **Plaintiff Jacob Glaser**, dated August 7, 2008.

5. Attached hereto as **Exhibit "31"** is a true and correct copy of relevant portions of the Deposition of **Plaintiff Jimmy Harris**, dated August 4, 2008.

6. Attached hereto as **Exhibit "32"** is a true and correct copy of relevant portions of the Deposition of **Plaintiff Michael Riche**, dated August 6, 2008.

7. Attached hereto as **Exhibit "33"** is a true and correct copy of relevant portions of the Deposition of **Plaintiff Herman Koch**, dated August 8, 2008.

8. Attached hereto as **Exhibit "34"** is a true and correct copy of relevant portions of the Deposition of **Plaintiff Josephine Richardson**, dated August 11, 2008.

9. Attached hereto as **Exhibit "35"** is a true and correct copy of relevant portions of the Deposition of **Plaintiff Ethyl Mumford**, dated August 5, 2008.

10. Attached hereto as **Exhibit "36"** is a true and correct copy of relevant portions of the Deposition of **Wade R. Ragas, Ph.D., MAI**, dated September 16, 2008.

11. Attached hereto as **Exhibit "37"** are true and correct copies of the New Orleans "General Evacuation Guidelines" currently in effect, as well as the Guidelines that were in effect on June 11, 2004.  The current set of guidelines was obtained at http://www.cityofno.com/pg-46-18-general-evacuation-guidelines.aspx.  The set of

guidelines in effect on June 11, 2004 was obtained by conducting a search at

http://web.archive.org.

I declare under the penalty of perjury under the laws of the State of Louisiana and the

United States of America that the foregoing is true and correct.

Executed on this 1st day of December, 2008, in Los Angeles, California.

_____

Shawn Khorrami, "Declarant"

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 1st day of December, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/s/ Matt Bailey, Esq.