# **Exhibit 37**


Your complimentary use period has ended. Thank you for using PDF Complete.
Click Here to upgrade to Unlimited Pages and Expanded Features

 GO

- **HOME**    - **PRESS**    - **RESIDENTS**    - **BUSINESSES**    - **GOVERNMENT**    - **VISITORS**

Residents ► OEP Home ► Hurricane Evacuation ► General Evacuation Guidelines

## General Evacuation Guidelines

General evacuation for disasters apply to both natural (hurricane, flood, thunderstorm, tornado) and man-made (chemical and fire). If you are told to EVACUATE you should move to a place designated by public officials.

**Follow these steps:**

- Stay calm.
- Take your disaster supply kit.
- Remember as you leave your house to do the following:
  - Turn off lights, household gas appliances, heating, air conditioning, and ventilation systems.
  - Leave refrigerator/freezer on.
  - Lock house.
- Only use the phone in case of an emergency, injury, or illness. If you must use the phone, keep calls brief.
- Do not listen to rumors. Turn on your radio or television for up-to-date information from public officials during an emergency.
- Use only one vehicle for your family. If you have room, assist any neighbors that may need a ride.
- Tune to Emergency Alerting System 870 AM or 101.9 FM radio stations for reports about evacuation routes, conditions, etc. Use those travel routes specified.
- Drive safely. Traffic will be heavy. Law enforcement officials along the route will help with traffic.
- If you need a ride, try to go with a neighbor, friend, or relative.
- Let others know when you leave and where you are going.
- Make arrangements for pets. Animals are not allowed in public shelters. Pet carriers are recommended along with pet supplies.

**Estimated evacuation drive times* from New Orleans to:**

| City | Time |
|---|---|
| Alexandria | 16 hours |
| Baton Rouge | 8 hours |
| Lafayette | 8 hours |
| Lake Charles | 16 hours |
| Shreveport | 20 hours |
| Hattiesburg | 8 hours |
| Jackson | 24 hours |
| Meridian | 16 hours |

*Travel time during an evacuation is four times longer than in normal conditions.

**State Emergency Alert Broadcasting System**

| Area | Stations |
|---|---|
| Greater N.O. | WWL 870 AM / WLMG 101.9 FM |
| Baton Rouge | WJBO 1150 AM / WFMF 102.5 FM |
| Lafayette | KVOL 1330 AM / KTDY 99.9 FM |
| Lake Charles | KLCL 1470 AM / KHLA 99.5 FM |
| Shreveport | KWKH 1130 AM & 94.5 FM |
| Alexandria | KZMZ 580 AM & 96.9 FM |
| Monroe | KNOX 540 AM & 101.9 FM |



- What's MyCNO
- Register
- Log In

**EXPRESS SERVICES**

Pay Parking Tickets
Pay Traffic Tickets
Pay Camera Violations
Pay Real Estate Tax
Pay Sales Tax
311 Online Services

All Express Services »

**Departments & Agencies**

Emergency Preparedne...
Department Phone Directory »

OEP Home
NOLA Ready - City Alert System
Emergency Preparedness
Severe Weather Terms
Hurricane Evacuation
  State Evacuation Maps
  General Evacuation Guidelines
Contact OEP

Home | Residents | Businesses | Government | Visitors | Accessibility | Site Info | Site Map | Print Page | Contact Us
All content materials © The City of New Orleans



- Home
- Mayor's Office
- New Orleans City Council
- Departments & Agencies
- Online Services
- Public Feedback
- City Information

General Evacuation Guidelines

General evacuation for disasters apply to both natural (hurricane, flood, thunderstorm, tornado) and man-made (chemical and fire). If you are told to EVACUATE you should move to a place designated by public officials.

Follow these steps:

- Stay calm.
- Take your disaster supply kit.
- Remember as you leave your house to do the following:
  - Turn off lights, household gas appliances, heating, air conditioning, and ventilation systems.
  - Leave refrigerator/freezer on.
  - Lock house.
- Only use the phone in case of an emergency, injury, or illness. If you must use the phone, keep calls brief.
- Do not listen to rumors. Turn on your radio or television for up-to-date information from public officials during an emergency.
- Use only one vehicle for your family. If you have room, assist any neighbors that may need a ride.
- Tune to Emergency Alerting System 870 AM or 101.9 FM radio stations for reports about evacuation routes, conditions, etc. Use those travel routes specified.
- Drive safely. Traffic will be heavy. Law enforcement officials along the route will help with traffic.
- If you need a ride, try to go with a neighbor, friend, or relative.
- Let others know when you leave and where you are going.
- Make arrangements for pets. Animals are not allowed in public shelters. Pet carriers are recommended along with pet supplies.

Copyright info / ADA Information / Contact Us / Privacy Policy /P: 504-658-4900 / TTY: 504-586-4475