**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION |
|  | * * | NO. 05-4182 |
| PERTAINS TO:   BARGE | * * | and consolidated cases |
| *Boutte v. Lafarge_*         05-5531 *Mumford v. Ingram*      05-5724 *Lagarge v. Lafarge*       06-5342 *Perry v. Ingram*            06-6299 | * * * * * * * * * * * | SECTION "K" (2)  JUDGE STANWOOD R. DUVAL, JR.  MAG. JOSEPH C. WILKINSON, JR. |

# PLAINTIFFS' SUPPLEMENTAL LODGING OF UNPUBLISHED AUTHORITIES AND SECONDARY SOURCES IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

For the convenience of the Court, Plaintiffs hereby submit copies of the following unpublished authorities and secondary sources cited in support of their Reply Memorandum for Class Certification:

1

| **Cases** | **Citations** |
|---|---|
| 20 | *Chaz Concrete Co. v. Codell*, 2006 U.S. Dist. LEXIS 60013, 2006 WL 2453302,  (E.D. Ky. Aug. 23, 2006). |
| 21 | *Fulford v. Transp. Serv. Co.*, 2004 U.S. Dist. LEXIS 9955 (E.D. La. May 27, 2004). |
| 22 | *In re Complaint of Clearsky Shipping Corp.*, 1998 U.S. Dist. LEXIS 13842, at 10 (E.D. La. Aug. 27, 1998). |
| 23 | *In re Katrina Canal Breaches Consol. Litig.*, 2007 U.S. Dist. LEXIS 65239 (E.D. La. Aug. 16, 2007). |
| 24 | *In re OSB Antitrust Litig.*, 2007 U.S. Dist. LEXIS 56617 (E.D. Pa. Aug. 3, 2007). |
| 25 | *In re Train Derailment near Amite La.*, 2006 U.S. Dist. LEXIS 32839 (E.D. La. May 23, 2006). |
| 26 | *Latulas v. Montco Offshore, Inc.*, 2006 U.S. Dist. LEXIS 20066 (E.D. La. Mar. 29, 2006). |
| 27 | *Richard v. State Farm Fire & Cas. Co.*, 2006 U.S. Dist. LEXIS 87610 (W.D. La., Dec. 1, 2006). |
| 28 | *Robertson v. Monsanto Co.,* 2008 U.S. App. LEXIS 15468 (5th Cir., 2008). |
| 29 | *St. Paul Fire & Marine Ins. Co. v. Nolen Group, Inc.*, 2007 U.S. Dist. LEXIS 64603 (E.D. Pa. Aug. 31, 2007). |
| 30 | *Walker v. Bankers Life & Cas. Co.*, 2007 U.S. Dist. LEXIS 73502 (N.D. Ill. Oct. 1, 2007). |

| **Treatises** | **Citations** |
|---|---|
| 31 | 1 *Newberg on Class Actions* § 3:25 (4th ed., 2008). |
| 32 | 2 *Newberg on Class Actions* § 17.17, 17-51 (3rd ed. 1992). |

33      2 *Newberg on Class Actions* § 4:30, 4-121 (3rd ed. 1992).

34      2 *Newberg on Class Actions* § 17.12, 17-32 (3rd ed. 1992).

35      2 *Newberg on Class Actions* § 3.24, 3-134 (3rd ed. 1992).


Dated: December 1, 2008                    Respectfully submitted,

                                By:  _____

                                SHAWN KHORRAMI  (CA Bar #180411)
                                DYLAN POLLARD  (CA Bar #180306)
                                MATT BAILEY  (CA Bar #218685)
                                H. SCOTT LEVIANT  (CA Bar #200834)
                                444 S. Flower St., Thirty-Third Floor
                                Los Angeles, California 90071
                                Telephone:     (213) 596-6000
                                Facsimile:     (213) 596-6010
                                skhorrami@kpalawyers.com
                                dpollard@kpalawyers.com
                                hsleviant@kpalawyers.com
                                mbailey@kpalawyers.com


                                /s/  Brian Gilbert
                                Brian A. Gilbert, Esq.(21297)
                                LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
                                821 Baronne Street
                                New Orleans, Louisiana 70113
                                Telephone: (504) 885-7700
                                Telephone: (504) 581-6180
                                Facsimile: (504) 581-4336
                                bgilbert@briangilbertlaw.com


                                /s/  Lawrence D. Wiedemann
                                Lawrence D. Wiedemann.(13457)
                                Karl Wiedemann (18502)
                                Karen Wiedemann (21151)
                                WIEDEMANN & WIEDEMANN

821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
lawrence@wiedemannlaw.com
karl@wiedemannlaw.com
karen@wiedemannlaw.com


/s/  Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
pistols42@aol.com


/s/  Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
Voice: 202-862-4320
Cell:    202-549-1454
Facsimile:  800-805-1065 and 202-828-4130
rick@rickseymourlaw.net

*Attorneys for Barge Plaintiffs*

4

5

**CERTIFICATE OF SERVICE**

     I do hereby certify that I have on this 1st day of December, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

                                        /s/ Matt Bailey, Esq.