LEXSEE 2007 U.S. DIST. LEXIS 65239

IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION
PERTAINS TO: LEVEE, MRGO

CIVIL ACTION NO. 05-4182 "K" (2)

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
LOUISIANA

*2007 U.S. Dist. LEXIS 65239*

August 16, 2007, Decided
August 16, 2007, Filed

**SUBSEQUENT HISTORY:** [*1]
Motion granted by, in part, Motion denied by, in part *In re Katrina Canal Breaches Consol. Litig., 2007 U.S. Dist. LEXIS 66481 (E.D. La., Aug. 28, 2007)*

**PRIOR HISTORY:** *In re Katrina Canal Breaches Consol. Litig., 2007 U.S. Dist. LEXIS 51043 (E.D. La., July 12, 2007)*

**COUNSEL:** COUNSEL: [*1] For Colleen Berthelot Wife of, Jackie Berthelot, Heber Dunaway, Eric Anderson, Amy Janusa Wife of, Michael Janusa, Plaintiffs: Daniel E. Becnel, Jr., LEAD ATTORNEY, Law Offices of Daniel E. Becnel, Jr., Reserve, LA; Ashton Robert O'Dwyer, Jr., Ashton R. O'Dwyer, Jr., Attorney at Law, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Stephen Gallodoro, Joseph L Gallodoro, Sr, Cheryl Emmons, Margaret Lott, Plaintiffs: Jon Wesley Wise, LEAD ATTORNEY, Fowler Rodriguez, New Orleans, LA; Ashton Robert O'Dwyer, Jr., Ashton R. O'Dwyer, Jr., Attorney at Law, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Paula Robichaux, Plaintiff: Jim S. Hall, LEAD ATTORNEY, & Associates, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Sandra Spedale, Antoine G Davis, Jeanette St. Etienne, Plaintiffs: David Scott Scalia, Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Sue La Porte, Plaintiff: [*2] David Scott Scalia, Bruno & Bruno, New Orleans, LA.

For Mr. Kenneth Paul Armstrong, Ms. Ethel Mae Coats, Mr. Henry Davis, Plaintiffs: Jonathan Beauregard Andry, The Andry Law Firm, New Orleans, LA.

PLAINTIFFS LIAISON COUNSEL, Plaintiff, Pro se.

For Jared Vodanovich, [*2] 05-4191, Ann Vodanovich, wife of - 05-5237, Charlie Vodanovich, 05-5237, Consol Plaintiffs: Gerald Edward Meunier, LEAD ATTORNEY, Justin I. Woods, Kara M. Hadican, Gainsburgh, Benjamin, David, Meunier & Warshauer, New Orleans, La; Stephen Skelly Kreller, LEAD ATTORNEY, Stephen S. Kreller, APLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Robert Harvey, 05-4568, Susan Laurendine, 05-4568, William Laurendine, 05-4568, Darleen Jacobs Levy, 05-4568, Consol Plaintiffs: Darleen Marie Jacobs, LEAD ATTORNEY, Alfred Ambrose Sarrat, Jr., Jacobs & Sarrat, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Robert G. Harvey, Sr., Law Office of Robert G. Harvey, Sr., APLC, New Orleans, LA.

For Cathy Carter, 05-5237, Sean McCrossen, 05-5237 - on behalf of themselves and all others similarly situated, Regina Schoegel, wife of- 05-5237, Samuel Schoegel, 05-5237, Consol Plaintiffs: David Lyman Browne, [*3] Robert J. Daigre, Dugan Law Firm, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Ali Haghighi, on behalf of themselves and all others

similarly situated - 05-6073, David J. Kirsch, 05-6073, Consol Plaintiffs: Hugh Palmer Lambert, LEAD ATTORNEY, [*3] Evelyn Alexis Bevis, Linda Jane Nelson, Lambert & Nelson, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Bonnie Ezell, 05-6314, Jim Ezell, 05-6314 - husband of/and, Consol Plaintiffs: Jesse Lee Wimberly, III, LEAD ATTORNEY, Jesse L. Wimberly, III, Attorney at Law, Mandeville, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Peter Ascani, III, 05-6323, Jack Capella, 05-6323 - as the Executor of the Succession of Lilian Capella, James Capella, 05-6323, Sophia Granier, 05-6323, Robert G. Harvey, Sr, 05-6323, Gregory Jackson, 05-6323, Mary Jane Silva, 05-6323, Richard Vanderbrook, 05-6323, Madeline Grenier, 05-6323; Misidentified as Sophia Granier, Consol Plaintiffs: Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Robert G. Harvey, Sr., Law Office of Robert G. Harvey, Sr., APLC, New Orleans, LA; Tamara Kluger Jacobson, Law Office of Tamara Kluger Jacobson, New Orleans, LA; Thomas J. Corrington, [*4] The Corrington Law Firm, New Orleans, LA.

For Dorothy Andry, 05-6324, David M. Brown, Sr., 05-6324, Beverly Evans, 05-6324, Kim Marie Lamerson, 05-6324, Consol Plaintiffs: Daniel E. Becnel, Jr., LEAD ATTORNEY, Law Offices of Daniel E. Becnel, Jr., Reserve, LA; Joseph [*4] M. Bruno, Bruno & Bruno, New Orleans, LA; Sidney Donecio Torres, III, Law Offices of Sidney D. Torres, III, Slidell, LA.

For Beth A. LeBlane, 05-6327, Alan West, 05-6327, Connie Abadie, 06-5164; et al, Edward Williams, (06-5471), Sabrina Dean, (06-5471) on behalf of themselves and all others similarly situated, Lucinda Coco, 07-1284, Leslie Dorantes, 07-1284, Anita Harrison, 07-1284, Trenise Jackson, 07-1284, Dwayne Mallet, 07-1284, Leo Mitchell, 07-1284, Martha Newman, 07-1284, Laurie Coniglio, 07-1289, Gertrude Esteves, 07-1289, Stella Washington, 07-1289, John B. Williams, 07-1289, Emanuel Wilson, 07-1289; On Behalf of Themselves and All Others Similarly Situated, Michelle Hennessey, 07-1288, Alice Meyer, 07-1288; On Behalf of Themselves and All Others Similarly Situated, Consol Plaintiffs: Joseph M. Bruno, LEAD ATTORNEY, David Scott Scalia, Bruno & Bruno, New Orleans, LA.

For Frederick Bradley, 05-6359, Lawrence [*5] Rabin,

05-6359, Frederick Bradley, 06-225 - individually and on behalf of all persons similarly situated, Lawrence Rabin, 06-225 - individually and on behalf of all persons similarly situated, Mark H. Samuels, 06-225 - individually and on behalf of all persons similarly situated, [*5] Consol Plaintiffs: Gerald Edward Meunier, LEAD ATTORNEY, Kara M. Hadican, Gainsburgh, Benjamin, David, Meunier & Warshauer, New Orleans, La; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Mark H. Samuels, 05-6359 - Individually and on behalf of all persons similarly situated, Consol Plaintiff: Gerald Edward Meunier, LEAD ATTORNEY, Kara M. Hadican, Gainsburgh, Benjamin, David, Meunier & Warshauer, New Orleans, La; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Frank Jacob D'Amico, Jr., Richard M. Exnicios, Frank J. D'Amico, Jr., APLC, New Orleans, LA.

For Paulette L. Heldner, 06-20 - wife of and, Consol Plaintiff: Randall A. Smith, LEAD ATTORNEY, Kirk Reasonover, Laura Hawkins Davis, Smith & Fawer, LLP, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For John Michael Holahan, 06-20, Riverbend Fine Wines, Inc., 06-20, Julie E. Tauzin, 06-20, Michelle M. Zornes, 06-20, Consol Plaintiffs: [*6] Randall A. Smith, LEAD ATTORNEY, Ariel Karma DiGiulio, J. Geoffrey Ormsby, Kirk Reasonover, Laura Hawkins Davis, Smith & Fawer, LLP, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Bruce Conlay, 06-151, Diane W Rogers, 06-152, Betty K. Baird, 06-153, William [*6] R Baird, 06-153, Kelly A. Humphreys, 06-169, Consol Plaintiffs: Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Marty D'Aunoy, 06-886, Robin Michael D'Aunoy, 06-886 - wife of Marty D'Aunoy, individually and on behalf of her minor son Noah D'Aunoy, Kevin Patrick Finney, 06-886, Mary Beth Finney, 06-886 - wife of Patrick Finney, Aliree Y Hutson, 06-886, Ann R McGuinness, 06-886 - wife of James C. McGuinness, Jr., James C McGuinness, Jr, 06-886, Jack A Newton, 06-886 - individually and on behalf of his minor daughter Caitlin Newton, Jessica A Newton, 06-886 - wife of Jack A. Newton, individually and on behalf of her minor daughter Caitlin Newton, Jeanette Rubick, 06-886, Consol Plaintiffs: Robert M. Becnel, LEAD ATTORNEY, Meghan Becnel Burns, Law Offices of Robert M. Becnel,

Case 2:05-cv-04182-SRD-JCW   Document 16571-15   Filed 12/01/08   Page 3 of 69

Page 3
2007 U.S. Dist. LEXIS 65239, *6

Laplace, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Brad Boyd, 06-1672, Stephanie Boyd, 06-1672, Daniel Fontanez, 06-1672, [*7] Jacquelyn Fontanez, 06-1672, Glendy Forster, 06-1672, Larry Forster, 06-1672, Lori Gervais, 06-1672, Randy Gervais, 06-1672, Judy Maier, 06-1672, Kenneth Maier, 06-1672, Andre Mauberret, 06-1672, Mairlyn Mauberret, 06-1672, New Orleans Flooring Supply, Inc., 06-1672, Dave Strawn, [*7] 06-1672, Debbie Strawn, 06-1672, Consol Plaintiffs: J. J. (Jerry) McKernan, LEAD ATTORNEY, Gordon J. McKernan, McKernan Law Firm, Baton Rouge, LA; Calvin Clifford Fayard, Jr., Fayard & Honeycutt, Denham Springs, LA; Darin J. McMullen, John N. Ellison, Anderson Kill & Olick, PC, Philadelphia, PA; David Scott Scalia, Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Vernon Palmer Thomas, Vernon P. Thomas, Attorney at Law, New Orleans, LA.

For Angelina Burst, 06-1672, Shawn Burst, 06-1672, Heather Falou, 06-1672, Spencer Falou, 06-1672, Brandon Gawlick, 06-1672, Bridget Gawlick, 06-1672, Lacey Glorioso, 06-1672, Monty Glorioso, 06-1672, Chuck Morris, 06-1672, Day Morris, 06-1672, Debbie Rittner, 06-1672, Perry Rittner, 06-1672, Brian Rourke, 06-1672, Lisa Rourke, 06-1672, Consol Plaintiffs: J. J. (Jerry) McKernan, LEAD ATTORNEY, Gordon J. McKernan, McKernan Law Firm, Baton Rouge, LA; Calvin Clifford Fayard, [*8] Jr., Fayard & Honeycutt, Denham Springs, LA; David Scott Scalia, Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Vernon Palmer Thomas, Vernon P. Thomas, Attorney at Law, New Orleans, LA.

For Gladys Chehardy, 06-1672, Brad Boyd, 06-1673, Stephanie Boyd, 06-1673, Daniel Fontanez, 06-1673, [*8] Jacquelyn Fontanez, 06-1673, Glendy Forster, 06-1673, Larry Forster, 06-1673, Lori Gervais, 06-1673, Randy Gervais, 06-1673, Judy Maier, 06-1673, Kenneth Maier, 06-1673, Andre Mauberret, 06-1673, Mairlyn Mauberret, 06-1673, New Orleans Flooring Supply, Inc., 06-1673, Dave Strawn, 06-1673, Debbie Strawn, 06-1673, Brad Boyd, 06-1674, Stephanie Boyd, 06-1674, Daniel Fontanez, 06-1674, Jacquelyn Fontanez, 06-1674, Glendy Forster, 06-1674, Larry Forster, 06-1674, Lori Gervais, 06-1674, Randy Gervais, 06-1674, Judy Maier, 06-1674, Kenneth Maier, 06-1674, Andre Mauberret, 06-1674, Mairlyn Mauberret, 06-1674, New Orleans

Flooring Supply, Inc., 06-1674, Dave Strawn, 06-1674, Debbie Strawn, 06-1674, Consol Plaintiffs: J. J. (Jerry) McKernan, LEAD ATTORNEY, Gordon J. McKernan, McKernan Law Firm, Baton Rouge, LA; Calvin Clifford Fayard, Jr., Fayard & Honeycutt, Denham Springs, LA; Darin J. McMullen, John N. [*9] Ellison, Anderson Kill & Olick, PC, Philadelphia, PA; David Scott Scalia, Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Matthew D. Schultz, Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, PA, Pensacola, FL; Vernon Palmer Thomas, Vernon P. Thomas, Attorney at Law, New Orleans, LA.

For [*9] Angelina Burst, 06-1673, Shawn Burst, 06-1673, Heather Falou, 06-1673, Spencer Falou, 06-1673, Brandon Gawlick, 06-1673, Bridget Gawlick, 06-1673, Lacey Glorioso, 06-1673, Monty Glorioso, 06-1673, Chuck Morris, 06-1673, Day Morris, 06-1673, Debbie Rittner, 06-1673, Perry Rittner, 06-1673, Brian Rourke, 06-1673, Lisa Rourke, 06-1673, Angelina Burst, 06-1674, Shawn Burst, 06-1674, Heather Falou, 06-1674, Spencer Falou, 06-1674, Brandon Gawlick, 06-1674, Bridget Gawlick, 06-1674, Lacey Glorioso, 06-1674, Monty Glorioso, 06-1674, Chuck Morris, 06-1674, Day Morris, 06-1674, Debbie Rittner, 06-1674, Perry Rittner, 06-1674, Brian Rourke, 06-1674, Lisa Rourke, 06-1674, Consol Plaintiffs: J. J. (Jerry) McKernan, LEAD ATTORNEY, Gordon J. McKernan, McKernan Law Firm, Baton Rouge, LA; Calvin Clifford Fayard, Jr., Fayard & Honeycutt, Denham Springs, LA; David Scott Scalia, Joseph M. Bruno, Bruno & Bruno, [*10] New Orleans, LA.

For Gladys Chehardy, 06-1673, Gladys Chehardy, 06-1674, Consol Plaintiffs: J. J. (Jerry) McKernan, LEAD ATTORNEY, Gordon J. McKernan, McKernan Law Firm, Baton Rouge, LA; Calvin Clifford Fayard, Jr., Fayard & Honeycutt, Denham Springs, LA; Darin J. McMullen, John N. Ellison, Anderson [*10] Kill & Olick, PC, Philadelphia, PA; David Scott Scalia, Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Matthew D. Schultz, Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, PA, Pensacola, FL.

For Maureen O'Dwyer, 05-4181; et al, Christopher Patterson, 05-4181 - and his spouse, and on his own behalf and on behalf of his minor children, Christopher Edward Patterson, Jr., and Chrisha Patterson, Diana Santee, 05-4181 - on her own behalf and on behalf of her minor children, Timothy Santee, Marvin Santee, Ireal

Case 2:05-cv-04182-SRD-JCW   Document 16571-15   Filed 12/01/08   Page 4 of 69

Page 4
2007 U.S. Dist. LEXIS 65239, *10

Santee, Tiffany Santee, Teianna Santee, Teriane Santee & Niecal Santee, Consol Plaintiffs: Ashton Robert O'Dwyer, Jr., Ashton R. O'Dwyer, Jr., Attorney at Law, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Joseph W. Hecker, Joseph W. Hecker, Baton Rouge, LA.

For Paulette H. Holahan, 06-20, Consol Plaintiff: Randall A. Smith, LEAD ATTORNEY, Laura Hawkins Davis, [*11] J. Geoffrey Ormsby, Kirk Reasonover, Smith & Fawer, LLP, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Lisa Bousqueto, 06-2287, Cyril Neville, 06-2287, Gaynielle Neville, 06-2287, June F. Sanchez, 06-2287, Consol Plaintiffs: Walter C. Dumas, LEAD ATTORNEY, NaTashia Carter Benoit, [*11] Patti Durio Hatch, Travis J. Turner, Dumas & Associates Law Corporation, Baton Rouge, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Holly Biggs, 06-2346, James E. Fitzmorris, 06-2346, Christopher Musser, 06-2346, Husband of/and, Melanie Musser, 06-2346, Consol Plaintiffs: F. Gerald Maples, LEAD ATTORNEY, J. Stuart Kirwan, Meredith Anne Mayberry, Stephen Michael Wiles, F. Gerald Maples, P.A., New Orleans, LA; Clayton Morris Connors, Mumphrey Law Firm, LLC, New Orleans, LA; J. Wayne Mumphrey, Mumphrey Law Firm, LLC, Slidell, LA; John Herr Musser, IV, John H. Musser, IV, Attorney at Law, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Wayne B. Mumphrey, Mumphrey Law Firm, LLC, Chalmette, LA.

For Maria Kay Chetta, 06-2278, Herbert W. Christenberry, 06-2278, Keith Neidlinger, 06-2278, Consol Plaintiffs: Jim S. Hall, LEAD ATTORNEY, & Associates, Metairie, LA; [*12] Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Anthony Franz, Jr., 06-2268, Lucille Franz, 06-2268, Individually, Lattimore & Associates, 06-2268, Kent Lattimore, 06-2268, Tanya Smith, 06-2268, Norman Robinson, 06-2268, Consol Plaintiffs: Jonathan Beauregard Andry, LEAD ATTORNEY, The Andry Law Firm, New [*12] Orleans, LA; Bob F. Wright, James P. Roy, Domengeaux, Wright, Roy & Edwards, Lafayette, LA; Clay Mitchell, Matthew D. Schultz, Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, PA, Pensacola, FL; Calvin Clifford Fayard, Jr., David Blayne Honeycutt, Fayard & Honeycutt, Denham Springs, LA;

David Scott Scalia, Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Drew A. Ranier, N. Frank Elliot, III, Ranier, Gayle & Elliot, LLC, Lake Charles, LA; J. J. (Jerry) McKernan, John H Smith, McKernan Law Firm, Baton Rouge, LA; Nina D. Froeschle, Pierce O'Donnell, O'Donnell & Mortimer, LLP, Los Angeles, CA; Thomas V. Girardi, Girardi & Keese, Los Angeles, CA.

For Phillip Reed, 06-2152 - On behalf of himself and all others similarly situated, Consol Plaintiff: Camilo Kossy Salas, III, LEAD ATTORNEY, Salas & Co. L.C., New Orleans, LA; John Francis Nevares, John F. Nevares & Associates, [*13] San Juan, PR; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Daniel E. Becnel, Jr., William A. Percy, III, Law Offices of Daniel E. Becnel, Jr., Reserve, LA.

For Ashton R O'Dwyer, Jr., 06-1850, Maureen O'Dwyer, 06-1885; et al, Arthur Tracy Abel, 06-1885, Kathleen C. Abel, 06-1885, Harold Alexander, 06-1885, Tyrone [*13] Anthony Alexander, 06-1885, Penny Anderson, 06-1885, Vonola Avist, 06-1885, Dana Bell, 06-1885, Gloria Mae Bell, 06-1885, Hitchai Bryant, 06-1885, Nicole Bryant, 06-1885, John Collins, 06-1885, Jonell Collins, 06-1885, Gregory Cormick, 06-1885, Michael Cormick, 06-1885, Joanne Landrieu Curren, 06-1885, John Curren, 06-1885, Ashley O'Dwyer Day, 06-1885, Jeffrey Baker Day, 06-1885, Andre Trevigne Fowler, 06-1885, Betty Francis, 06-1885, Sherman Griffin, 06-1885, Kitty B. Hoffman, 06-1885, Stephen Christopher Jeandron, 06-1885, Delia LaBarre, 06-1885, Joseph Landrieu, 06-1885, Phyllis Landrieu, 06-1885, Nicholas S. Linder, 06-1885, Lester McGee, 06-1885, Sandra Meyers, 06-1885, Craig Anthony Miller, 06-1885, Walter J. Morgan, 06-1885, Alexis O'Dwyer Navarro, 06-1885, Calie Newell, 06-1885, Lisa Marie O'Dwyer, 06-1885, Shirley D. O'Dwyer, 06-1885, Jason P. Ragas, 06-1885, [*14] Katie L. Ragas, 06-1885, Paul J. Ragas, 06-1885, Ruth B. Ragas, 06-1885, George Schmidt, 06-1885, John Wesley Stewart, Jr, 06-1885, Michele Armour, 06-1885, Mitchell Armour, 06-1885, Mitchell Armour, III, 06-1885, Felix Augustin, 06-1885, Pauline Augustin, 06-1885, Cynthia Bell, 06-1885, Joshua Billon, 06-1885; and his [*14] spouse, on their own behalf and on behalf of their minor children, Isaiah Billon and Monica Billon, Monica Billon, 06-1885; on their own behalf and on behalf of their minor children, Isaiah Billon and Monica Billon, Blair Bundy, 06-1885, Dawn Bundy, 06-1885, Jill Bundy, 06-1885, Kerry Carter, 06-1885, Vanessa Carter, 06-1885, Rhona Causey, 06-1885, Betty Christy,

06-1885, De-Fean Christy, 06-1885, Catherine Collins, 06-1885, Jamie Collins, 06-1885; on her own behalf and on behalf of her son, Jacobi Glover, Janice Collins, 06-1885; on her own behalf and on behalf of her son, John Henry Collins, John Collins, 06-1885, Sherene Collins, 06-1885, Sherlene Collins, 06-1885, Simeko Collins, 06-1885, Jerry Cormick, 06-1885, Lauren Dabney, 06-1885, Kevin Daliet, 06-1885, Norcille Daliet, 06-1885, Carroll Denesse, 06-1885, Lucien Denesse, 06-1885, Donald Ellis, 06-1885, [*15] Kim Ellis, 06-1885, Bobbie Evans, 06-1885, Patricia Granger, 06-1885; on her own behalf and on behalf of her daughter Tomika Edwards, Audrey Gray, 06-1885, Lucille Gray, 06-1885, Augustine Greenwood, 06-1885, Rosemary Greenwood, 06-1885; on her own and on behalf of her children Yasmine and Jasemine Greenwood, Issac Hayes, 06-1885, [*15] Charmeine Jefferson, 06-1885; on her own behalf and on behalf of her children, Lemor James, Ariel James, Yolanda Jefferson, and Erika Thornton, Mary Johnson, 06-1885, Mary Noela Johnson, 06-1885, Wayne Anthony Johnson, 06-1885, Winnette Lang, 06-1885, Ann Lawless, 06-1885, Detective Carlton Lawless, 06-1885, Gene Lee, 06-1885, Ivin Lee, 06-1885, Lynn Lee, 06-1885, Ferdinand Leon, 06-1885, Lydia Leon, 06-1885, Jimmie Martin, 06-1885, Chris McCormick, 06-1885, Doreine Navarre, 06-1885, Melvin Navarre, 06-1885, Harry Nobles, 06-1885, La-Shawn D. Robinson, 06-1885, Alma Sanders, 06-1885, Barbara Sanders, 06-1885, Byrne Sherwood, 06-1885, Albertha Skinner, 06-1885, Gilda Skinner, 06-1885, Irinika Skinner, 06-1885, Irvin Skinner, 06-1885, Brandom Smith, 06-1885, Linda Morgan, 06-1885, Lokea Morgan, 06-1885, Denisha Morgan, 06-1885, Shelia Smith, 06-1885, [*16] Jacquelne Smith, 06-1885, James Smith, Jr., 06-1885, Nina Baughn, 06-1885: on her own behalf and on behalf of her minor children Karim Kemp, Karen Kemp, and Erica Kemp, Patricia Green, 06-1885, Tanaka Johnson, 06-1885, Bobby Johnson, 06-1885, Charles Williams, 06-1885, Laura Recasner, 06-1885: on her own behalf and aon behalf of her children [*16] Dajohon Recasner, Kurshell Recasner, Charleston Recasner, and Agnes Recasner, Charmaine Rhome, 06-1885, Judy Starks, 06-1885, Insuk Caro, 06-1885: doing business as Wig Fashions and Apolostic Christian Bookstore, Troylyn Washington, 06-1885, Mercedes Washington, 06-1885, Shanika Taylor, 06-1885, Marsha Taylor, 06-1885, Erica Kemp, 06-1885, Karen Kemp, 06-1885, Dawn Bundy, 06-1885: on her own behalf and on behalf of her minor children Emanuel Bundy, Shekinah Bundy, Jane Bundy, and Blair Bundy, Jr., Roxchell Panika

Santee', 06-1885: on her own behalf and on behalf of her minor son Tyree Santee', Samuel Bourne, 06-1885, Nicole Bryan, 06-1885, Alton J. Crowden, 06-1885: on his own behalf and on the behalf of his minor children Cameron Crowden and Kelli Crowden, Ashley Navarre, 06-1885, Shana Patterson, 06-1885, Keana Quinn, 06-1885, Niketsa [*17] Ramsey, 06-1885: on her own behalf and behalf of her minor children Desmonish Ramsey, Kenyel Rochon, and Desmond Ramsey, Darylynn Ramsey, 06-1885, Julie Ramsey, 06-1885: on her own behalf and on behalf of her minor children, Dalisha Ramsey and Charli Ramsey, Robert Rhone, 06-1885, Joshua Smith, 06-1885, Cynthia Tibbet, 06-1885: on her own behalf and [*17] on behalf of her children, Brittnay Tibbet, Sidney Tibbet, and Chelesa Tibbet, Janice Tollins, 06-1885: on her own behalf and on behalf of her minor son, John Tollins, Glenda Medina, 06-1885, Michele Elizabeth Omes, 06-1885, Jim Richard Pazos, 06-1885, Avery Scott, 06-1885, Frank Duncan Macpherson Strachan, III, 06-1885, Joshua Dillon, 06-1885: and his spouse, Monica Dillon, 06-1885: on their own behalfs and on behalf of their minor children, Isaiah Dillon, Monica Pollard, 06-1885, Donald G. Deaton, 06-1885, Pamela A Morgan, 06-1885, Lorenzo Butler, 06-1885, Alonzo W. Butler, 06-1885: and his spouse, Laquinta Butler, 06-1885: on their own behalfs and on behalf of their minor children, Alonzo W. Butler, Jr., Jasmyn Butler, and Rashaad Butler, Rita Bailey, 06-1885, Tony Green, 06-1885, Lina Vaughn, 06-1885, William Byrd, 06-1885, Sylvia [*18] Byrd, 06-1885, Ruth Harris, 06-1885, Clifford Harris, 06-1885, Jonathan Washington, 06-1885, Vicky Michel, 06-1885, Simon Kleindorf, 06-1885, Bertha Kleindorf, 06-1885, David Kleindorf, 06-1885, Connie Kleindorf, 06-1885, Troylyn Washington, 06-1885: on her own behalf and on behalf of her minor child, Dasia Washington, Mercedes Ann Washington, 06-1885, [*18] Roy Junior Washington, 06-1885, Eva McGee, 06-1885, Levi Johnson, 06-1885, Patricia Johnson, 06-1885, Lequecia Bunn, 06-1885; on her own and on behalf of her minor child, Jada Gibson, Imelda Johnson, 06-1885, Michael Johnson, 06-1885, Mulkina Coates, 06-1885: on her own behalf and on behalf of her minor children, Keshina Coates and Malik Coates, Benjamin Morgan, 06-1885, Chandra Maxon, 06-1885: on her won behalf and on behalf of her minor children, Byron Maxon, Darianne Maxon, Janea Maxon, Willie Maxon, Devante Maxon, and Chandray Maxon, Marylyn Maxon, 06-1885: on her own behalf and on behalf of her minor children, Shancanacia Maxon, Ravanell Maxon, and Robert Maxon, Lois Torregano,

06-1885, Loisha Breaux, 06-1885; on her own behalf and on behalf of her minor children, Loishell Williams and Mikayla Breaux, Vanesa Davis, 06-1885, [*19] James Cook, 06-1885, Daniel Davis, 06-1885, Joan A. Miller, 06-1885, Linda Boyd, 06-1885: on her own behalf and on behalf of her minor children, Caress Boyd and Charles Boyd, Elijah Washington, 06-1885, Keineisha Richard, 06-1885; on her own behalf and on behalf of her minor children, Marlon Richard, Marcel Richard, and Emyjah Washington, Darryle Lee Johnson, [*19] Sr., 06-1885, Tameko Benjamin, 06-1885; on her own behalf and on behalf of her minor children, Jovana Benjamin, Darione Benjamin, Darryle Lee Johnson, Jr. and Darielle Benjamin, Delilah Milton, 06-1885, Kimmie Ferdinand, 06-1885, Ashley Ferdinand, 06-1885, Cornell Batiste, 06-1885, James Hollins, 06-1885; and his wife, Lakvina Coates, 06-1885; on their own behalf and behalf of their minor children, Semaj Hollins and Jamaya Hollins, Tamaya Coates, 06-1885, Maria Washington, 06-1885; on her own behalf and on behalf of her minor children Janisha Washington, Andrew Washington, Charles Washington, and Mekhi Washington, Leslie Johnson, 06-1885; on her own behalf and on behalf of her minor child, Jamay Johnson, Lessie Johnson, 06-1885, Zelda McKendall, 06-1885, Kimberly McKendall, 06-1885, Michael McKendall, 06-1885, Russell Gardner, [*20] 06-1885, Winnette Lang, 06-1885; on her own behalf and on behalf of her minor children, Kevon Lang and Lashanice Jones, Lisa Byrd, 06-1885; on her own behalf and on behalf of her minor child, Sadzisya Byrd, Michael Anthony Snipes, Jr., 06-1885, JoAnn Snipes, 06-1885, Michael A. Snipes, Sr., 06-1885, Garry Bougeois, 06-1885, Cheryl Bernard, 06-1885, Johndra Patterson, [*20] 06-1885, Terrill Morris, 06-1885, Dianne Thompson, 06-1885, Michael Thompson, 06-1885, Ruby Ann Washington, 06-1885; on her own behalf and on behalf of her minor children, Shaune Bakewell and LaShay Johnson, Victor Moore, 06-1885; and his wife, Pamelyn Morgan Moore, 06-1885; on their own behalf and on behalf of their minor children, Victor Lyn Morgan, Pamelor Morgan, Vicknesha Morgan, and Victoria Moore, David Bealer, 06-1885, Roseann Bealer, 06-1885, Stacy Bealer, 06-1885, Roland Rodrigue, 06-1885, Cheryl Rodrigue, 06-1885, John Elmer Smith, 06-1885, Wanda Jean Smith, 06-1885, Robin Marie Smith, 06-1885, Linda R. Breaux, 06-1885, Larry Robert Reinhardt, 06-1885, Rosa A. Reinhardt, 06-1885, Robert E. Stone, 06-1885, Linda Dufrene, 06-1885, Maria Thecla Eugenia Albers, 06-1885; New Orleans Montessori School, Inc., [*21] Josephine J.

Dupree-Dean, 06-1885, Herbert C. Jackson, 06-1885, Gail Brown, 06-1885; on her own behalf and on behalf of her minor children, Aaron Pulliam and Brandon Pulliam, Myron Mack, 06-1885, Sheila Lewis, 06-1885, Pernell Lewis, 06-1885, Ashanti Lewis, 06-1885, Natasha Leevis, 06-1885; on her own behalf and on behalf of her minor children, Natiasha Lewis and Shaila Lewis, [*21] Christopher Patterson, 06-1885; and his spouse, Linda Johnson, 06-1885; on their own behalfs and on behalf of their minor children, Christopher Edward Patterson, Jr. and Christa Patterson, Shanipa Patterson, 06-1885; on her own behalf and on behalf of her minor children, Sherman Singleton, Shermont Singleton, and Reggineka Rice, Sharie Johnson, 06-1885, Rachel Johnson, 06-1885, Joan Bundy, 06-1885, Michelle Renee Alexander, 06-1885, Rodney James, 06-1885; onhis own behalf and behalf of his minor children, Rodney James, Jr. and Alexis James, Robert Young, 06-1885, Cornelius Young, 06-1885, Shactha Williams, 06-1885, Rose Marie Young, 06-1885, Tykesha Arington, 06-1885; on her behalf and on behalf of her minor children, Charles Arington, Tyriel Arington, and Braione Arington, Lloyd Joseph, 06-1885, PTC Petroleum [*22] & Industrial Supplies, Inc., 06-1885, Ronald D. Pitisci, 06-1885, Kathleen Pitisci, 06-1885, Gerald Anthony Picquet, 06-1885, Lynn Picquet, 06-1885, Glennis Livas, 06-1885; on her own behalf and on behalf of her minor child, William E. Patterson, Malika Batiste, 06-1885; on her own behalf and on behalf of her minor niece and nephew Caliyah Porter and Aaron Batiste, Christopher [*22] Arrington, 06-1885, Noema Arrington, 06-1885; on her behalf and on behalf of her minor children, Eric Arrington and Aaron Arrington, Phillip Martin, 06-1885, Paulette Biggs, 06-1885; on her own behalf and on behalf of her minor child, Arkasia McFarland, Aldo Gofredo Hernandez, Sr., 06-1885; and his spouse, Areli Carlota Hernandez, 06-1885; on their own behalf and on behalf of their minor child, Emmanuel Goffredo Hernandez, Aldo Gofredo Hernandez, Jr., 06-1885, Lloyd Loup, III, 06-1885, Alaina Loup, 06-1885, Kenneth Arcement, 06-1885, Marlene Arcement, 06-1885, Shanika Taylor, 06-1885, Marsha Taylor, 06-1885, Erica Kemp, 06-1885, Latonya Caldwell, 06-1885; on her own behalf and on behalf of minor children, Onyell Caldwell and Charles Dears, LaRose Taylor, 06-1885, Stephan Sawyer, 06-1885, Ms. Eprsy Livas, [*23] 06-1885, Brandon Livas, 06-1885, Clifford Coates, 06-1885, Tammie Chattman, 06-1885; on her own behalf and on behalf of her minor children, Rudarion Chattman, Randel Chattman, and Joseph Chattman, Linzie Brown, 06-1885, Emargie C.

Brumfield, 06-1885, Leonard Brumfield, 06-1885, Brandon Carr, 06-1885, Jessie Arbuthnot, 06-1885, Mary P. Mingo, 06-1885, Rachel Goldsmith, 06-1885, Gayle [*23] LeBlanc, 06-1885, Michael LeBlanc, 06-1885; and his spouse, Larice Taylor LeBlanc, 06-1885; on their own behalfs and behalf of their minor child Mika Jane LeBlanc, Kim Gaines, 06-1885; on her own behalf and on behalf of her minor children or grandchildren, Jamechia Smith and Diamond Beam, Maghen Gaines, 06-1885, William B. English, Jr., 06-1885, Rosaria English, 06-1885, Hazel McGuire, 06-1885, Mary H. Johnson, 06-1885, Jerry Matthews, 06-1885, Dennis Jones, Jr., 06-1885, Raquel Roth, on her behalf and on behalf of minor children, Dennis Jones III and Kellie Ann Jones, Linda Roth, 06-1885, Toya Roth, 06-1885; on her own behalf and on behalf of her minor children Jerrell White and Terrell Roth, Courtney Little, 06-1885; on her own behalf and behalf of her minor children, Tezanne Allen, Rashad Little, [*24] and Fabian Earls, Reynell Santee, 06-1885 and his spouse, Tawana Rayford, 06-1885; on their own behalfs and on behalf of their minor children, Ranisha Rayford, Wynell Rayford, and Reynell Rayford, Darron Meyers, 06-1885, Troylyn Meyers, 06-1885; on her own behalf an on behalf of her minor child Keiera Minor and Ashley Meyers, and on behalf of her grandchild Daniah Williams, Roxchell Santee, [*24] 06-1885; on her own behalf and on behalf of her minor child, Tyree Santee, Phillip Lazard, 06-1885, Marguerite Lazard, 06-1885, Joel Frank, 06-1885, Juliet Johnson, 06-1885, Ronald Rome, 06-1885, Aunna Johnson, 06-1885; on her own behalf and on behalf of her minor children, Johnson, and Carlos Johnson, John Washington, 06-1885, Bernadine Washington, 06-1885, Wanda Washington, 06-1885, Hazel Taylor, 06-1885, Christina Taylor, 06-1885, Sophia Taylor, 06-1885; on her own behalf and on behalf of her minor child, Alex Taylor, Yolanda Washington, 06-1885; on her own behalf and on behalf of her minor children, Alecia Washington, Alacia Washington, and Tyrell Washington, Tyronne Washington, 06-1885, Bruce Washington, 06-1885, Larry Rowe, 06-1885, Dianne Santee, 06-1885, Toni Santee, 06-1885; on her [*25] own behalf and on behalf of her minor children, Paris Johnson, Traychell White, and Kani Santee, Kelly Simon, 06-1885, Robert Santee, 06-1885, Diana Santee, 06-1885; on her own behalf and on behalf of her minor children, Timothy Santee, Emanuel Santee, Ireal Santee, Tiffany Santee, Teianna Santee, and Niecal Santee, Wilson Ricks, 06-1885, Brent Smith, Jr., 06-1885; on his own behalf and on behalf [*25] of his minor child, Brent Smith III,

Louise Ragas, 06-1885, Fayann Ragas, 06-1885, Terrill Morris, 06-1885, Linda Morris, 06-1885, Vanesa Davis, 06-1885, James Cook, 06-1885, Daniel Davis, 06-1885, Reverend Curtis Coleman, Sr., 06-1885; on his own behalf and on behalf of his entire Congregation and the Ephesian Missionary Baptisit Church, Curtis Coleman, Sr., 06-1885, Curtis Coleman, Jr., 06-1885, Jerome Coleman, 06-1885, Keith Coleman, 06-1885, Carnese Williams, 06-1885, Raymond Hunter, 06-1885, William Hunter, 06-1885, Eric Williams, 06-1885, Winston Williams, 06-1885, Paul Mosley, Sr., 06-1885, Paul Mosley, Jr., 06-1885, Brandon Mosley, 06-1885, Hope Mosely, 06-1885, Shaqual Mosley, 06-1885, Shannel Mosley, 06-1885, Ivan Mosley, 06-1885, Betty Mosley, 06-1885, Margarite Rochon, 06-1885, [*26] Naomi Hunter, 06-1885, Wilson M. Simmons, 06-1885, Procula D. Simmons, 06-1885, Tammy Amos, 06-1885, Michael Green, 06-1885, Ronald M. Farve, 06-1885; on his own behalf and on behalf of his minor daughter, Rhonda Farve, Renee' Farve, 06-1885; on her own behalf and behalf of her minor children, Jalicia Slick, Darvell Burgess, and Dwight Clark, Silas Battie, 06-1885, Wrenel Hill, 06-1885, Janice Hill, [*26] 06-1885, Shinedel Hill, 06-1885, Janet Ausbrook, 06-1885; on her own behalf and on behalf of her mother Anna Ausbrook, and her brother, James Ausbrook, Trenese Simon, 06-1885, on her own behalf and on behalf of her minor daughter, Lashal Simon, Jocelyn Causey, 06-1885, Shelita Simon, 06-1885; on her own behalf and on behalf of her minor children, Roger Simon, Rogerrikka Simon, Terrell Simon, Terrell Byrd and Tyrell Byrd, Coleen Mooney, 06-1885, Paul Mosely, 06-1885, Judith Chauppette, 06-1885, Tarita B. Smith, 06-1885; on her own behalf and on behalf of her minor children, Byron Smith and Royce Smith, Trey McCrory, 06-1885, Ether Bullock, 06-1885; on her own behalf and on behalf of her minor grandson, Tharnell Bullock, Charles Terrell, 06-1885, Evelyn McDowell, 06-1885; on her own [*27] behalf and on behalf of her deceased mother Sylvia Haley, and as personal representative of the deceased, and on behalf of her minor son, Gino McDowell, her minor grandson, Bishop Thomas, minor nephew, Lewis Johnson, and minor niece, Maureen O'Dwyer, 06-4024, Maureen O'Dwyer, 06-4389, Harold Joseph Gagnet, 06-4389, Sally Egerton Richards, 06-4389, Shane E. Porter, 06-4389, Stephanie Porter, 06-4389, Interior [*27] Specialties LLC, 06-4389, Charles Edward Jordan, 06-4389, Wayne M. Jones, 06-4389, Gloria Agnes Griffin, 06-4389; Individually and as Administratrix of the Succession of her brother, Stephen Williams, and on

behalf of any and all heirs, survivors, relatives and beneficiaries of the deceased, Leticia Brown, 06-4389, Patricia S. Cross, 06-4389, Nathaniel Carr, 06-4389, John Turner, 06-4389, John Branch, 06-4389, Hope Branch, 06-4389, J. Haron Lanoue, 06-4389, William Heine, 06-4389, Linda Heine, 06-4389, Sheila Jones Jordan, 06-4389, Maureen O'Dwyer, et al; 06-5786, Maureen O'Dwyer, 06-5771, Shirley D. O'Dwyer, 06-5771, Maureen O'Dwyer, et al; 06-6099, Consol Plaintiffs: Ashton Robert O'Dwyer, Jr., LEAD ATTORNEY, Ashton R. O'Dwyer, Jr., Attorney at Law, New Orleans, LA; Joseph [*28] M. Bruno, Bruno & Bruno, New Orleans, LA.

For Peter Lamer Marcello, 06-2545, Vanessa Mignon Marcello, 06-2545, Consol Plaintiffs: John W. deGravelles, LEAD ATTORNEY, Craig Frank Holthaus, Michael C. Palmintier, Scott Hubert Fruge, deGravelles, Palmintier, Holthaus & Fruge', Baton Rouge, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Mark Barham, 06-1672, 06-1673, 06-1674, Patricia Brown, 06-1672, 06-1673, [*28] 06-1674, Katrina Daniels, 06-1672, 06-1673, 06-1674, Marie Fatheree, 06-1672, 06-1673, 06-1674, Wendell Glation, 06-1672, 06-1673, 06-1674, Edna Jones, 06-1672, 06-1673, 06-1674, Lionel Jones 06-1672, 06-1673, 06-1674, Karen Lewis, 06-1672, 06-1673, 06-1674, Sandra Perkins, 06-1672, 06-1673, 06-1674, Michael Peterson, 06-1672, 06-1673, 06-1674, Eldridge Pollard, 06-1672, 06-1673, 06-1674, Shane Sylvester, 06-1672, 06-1673, 06-1674, Austra Zapata, 06-1672, 06-1673, 06-1674, Consol Plaintiffs: J. J. (Jerry) McKernan, LEAD ATTORNEY, Gordon J. McKernan, McKernan Law Firm, Baton Rouge, LA; Calvin Clifford Fayard, Jr., Fayard & Honeycutt, Denham Springs, LA; Darin J. McMullen, John N. Ellison, Anderson Kill & Olick, PC, Philadelphia, PA; David Scott Scalia, Joseph M. Bruno, [*29] Bruno & Bruno, New Orleans, LA; Drew A. Ranier, N. Frank Elliot, III, Ranier, Gayle & Elliot, LLC, Lake Charles, LA.

For Ellsworth P. McKendall, 06-1885, Carole A. Breithoff (Weller), 06-5367, Edward Sherman, 06-4634, Consol Plaintiffs: Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Alexis Washington, 06-1885, Consol Plaintiff: Ashton Robert O'Dwyer, Jr., LEAD ATTORNEY, Ashton R. O'Dwyer, Jr., Attorney at Law, New [*29] Orleans, LA; Carmelite M. Bertaut, Stone Pigman

Walther Wittmann, LLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Jeanette Williams, 06-1885, Consol Plaintiff: Ashton Robert O'Dwyer, Jr., LEAD ATTORNEY, Ashton R. O'Dwyer, Jr., Attorney at Law, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; William Christian Gambel, Milling Benson Woodward, LLP, New Orleans, LA.

For Andrew Williams, 06-1885, Consol Plaintiff: Ashton Robert O'Dwyer, Jr., LEAD ATTORNEY, Ashton R. O'Dwyer, Jr., Attorney at Law, New Orleans, LA; John W. Redmann, Law Offices of John W. Redmann, PLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Louana Artus, 06-2824; wife of/and, on behalf of themselves and all others similarly situated, [*30] Richard Artus, 06-2824; on behalf of himself and all others similarly situated, Consol Plaintiffs: Daniel E. Becnel, Jr., LEAD ATTORNEY, Darryl James Becnel, Law Offices of Daniel E. Becnel, Jr., Reserve, LA; Darleen Marie Jacobs, Jacobs & Sarrat, New Orleans, LA; Hugh Palmer Lambert, Lambert & Nelson, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Ronnie Glynn Penton, Law Offices of Ronnie G. Penton, Slidell, [*30] LA.

For Susan Laurendine, 06-3529, William Laurendine, 06-3529, Al LeBouef, 06-3529, Aline Hodges, 06-3529, Pierre Ascani, 06-3529, Theresa Harvey, 06-3529, Dale Atkins, 06-3529; the Honorable, Anita L. Sarrat, 06-3529, Consol Plaintiffs: Darleen Marie Jacobs, LEAD ATTORNEY, Jacobs & Sarrat, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Charles Savoy, 06-3552 also known as Pete Savoy, Mark Madary, 06-3552, Gerard Bernard Nevle, 06-3552, Pamela Bruno Nevle, 06-3552, Consol Plaintiffs: Jonathan Beauregard Andry, LEAD ATTORNEY, The Andry Law Firm, New Orleans, LA; Barbara L. Lyons, Joseph W. Cotchett, Philip L. Gregory, Cotchett Pitre & McCarthy, Burlingame, CA; Bob F. Wright, James P. Roy, Domengeaux, Wright, Roy & Edwards, Lafayette, [*31] LA; Camilo Kossy Salas, III, Salas & Co. L.C., New Orleans, LA; Clay Mitchell, Matthew D. Schultz, Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, PA, Pensacola, FL; Calvin Clifford Fayard, Jr., David Blayne Honeycutt, Fayard & Honeycutt, Denham Springs, LA; David Scott Scalia, Joseph M. Bruno,

2007 U.S. Dist. LEXIS 65239, *31

Bruno & Bruno, New Orleans, LA; Elwood C. Stevens, Jr., Law Office of Elwood C. Stevens, Jr., APLC, Morgan City, LA; Frank Jacob D'Amico, [*31] Jr., Richard M. Exnicios, Frank J. D'Amico, Jr., APLC, New Orleans, LA; Gerald Edward Meunier, Gainsburgh, Benjamin, David, Meunier & Warshauer, New Orleans, La; J. J. (Jerry) McKernan, John H Smith, McKernan Law Firm, Baton Rouge, LA; Joseph W. Cotchett, Cotchett Pitre & McCarthy, Burlingame, CA; N. Frank Elliot, III, Ranier, Gayle & Elliot, LLC, Lake Charles, LA; Nina D. Froeschle, Pierce O'Donnell, O'Donnell & Mortimer, LLP, Los Angeles, CA; Thomas V. Girardi & Keese, Los Angeles, CA.

For Pam Dashiell, 06-3552, Nga Tran, 06-3552; Individually and on Behalf of All Others Similarly Situated, Shawn Tran, 06-3552, Cynthia Willard-Lewis, 06-3552, Consol Plaintiffs: Jonathan Beauregard Andry, LEAD ATTORNEY, The Andry Law Firm, New Orleans, [*32] LA; Barbara L. Lyons, Joseph W. Cotchett, Cotchett Pitre & McCarthy, Burlingame, CA; Bob F. Wright, James P. Roy, Domengeaux, Wright, Roy & Edwards, Lafayette, LA; Calvin Clifford Fayard, Jr., David Blayne Honeycutt, Fayard & Honeycutt, Denham Springs, LA; Camilo Kossy Salas, III, Salas & Co. L.C., New Orleans, LA; Clay Mitchell, Matthew D. Schultz, Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, PA, Pensacola, FL; David Scott Scalia, Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Elwood C. Stevens, [*32] Jr., Law Office of Elwood C. Stevens, Jr., APLC, Morgan City, LA; Frank Jacob D'Amico, Jr., Richard M. Exnicios, Frank J. D'Amico, Jr., APLC, APLC, New Orleans, LA; Gerald Edward Meunier, Gainsburgh, Benjamin, David, Meunier & Warshauer, New Orleans, La; J. J. (Jerry) McKernan, John H Smith, McKernan Law Firm, Baton Rouge, LA; Joseph W. Cotchett, Cotchett Pitre & McCarthy, Burlingame, CA; N. Frank Elliot, III, Ranier, Gayle & Elliot, LLC, Lake Charles, LA; Nina D. Froeschle, Pierce O'Donnell, O'Donnell & Mortimer, LLP, Los Angeles, CA; Thomas V. Girardi, Girardi & Keese, Los Angeles, CA.

For Cathy Adams, 06-4065; et al, Consol Plaintiff: Albert Joseph Rebennack, Jr., LEAD ATTORNEY, [*33] Law Offices of Albert J. Rebennack, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Fellosea Ackerson, 06-4066; et al, Consol Plaintiff: Albert Joseph Rebennack, Jr., LEAD ATTORNEY, Law Offices of Albert J. Rebennack, Metairie, LA; Daniel E.

Becnel, Jr., Law Offices of Daniel E. Becnel, Jr., Reserve, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Weeks Marine, Inc., 06-3545, Weeks Marine, Inc., 06-3544, Consol Plaintiffs: Frank Anthony Piccolo, LEAD ATTORNEY, Joseph E. Lee, III, Preis & Roy, New Orleans, LA; John A.V. Nicoletti, Robert A. Novak, [*33] Nicoletti, Hornig, Campise & Sweeney, New York, NY; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Emma Brock, 06-4931, Joann B. Plaier, 06-4931, Sandra Jackson, 06-4931, Robert Jackson, 06-4931, John J. Signorelli, 06-4931, Hilda Clark, 06-4931, Shirley Allen Taylor, 06-4931, Josephine Richardson, 06-8708; Individually and on behalf of her deceased husband, Joseph Richardson, Consol Plaintiffs: Robert John Caluda, LEAD ATTORNEY, The Caluda & Rebennack Law Firm, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Louisiana State, 06-3552; through Attorney General Charles C. Foti, Jr., Consol [*34] Plaintiff: Charles C. Foti, Jr., LEAD ATTORNEY, Louisiana Attorney General's Office, Baton Rouge, LA; Joseph M. " Bruno, Bruno & Bruno, New Orleans, LA.

For St. Bernard Parish, 06-3552, Consol Plaintiff: Jonathan Beauregard Andry, LEAD ATTORNEY, The Andry Law Firm, New Orleans, LA; Bob F. Wright, James P. Roy, Domengeaux, Wright, Roy & Edwards, Lafayette, LA; Camilo Kossy Salas, III, Salas & Co. L.C., New Orleans, LA; Camilo Kossy Salas, III, Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, PA, Pensacola, FL; Calvin Clifford Fayard, Jr., David Blayne Honeycutt, Fayard & Honeycutt, [*34] Denham Springs, LA; David Scott Scalia, Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Elwood C. Stevens, Jr., Law Office of Elwood C. Stevens, Jr., APLC, Morgan City, LA; Frank Jacob D'Amico, Jr., Richard M. Exnicios, Frank J. D'Amico, Jr., APLC, APLC, New Orleans, LA; Gerald Edward Meunier, Gainsburgh, Benjamin, David, Meunier & Warshauer, New Orleans, La; J. J. (Jerry) McKernan, John H Smith, McKernan Law Firm, Baton Rouge, LA; Joseph W. Cotchett, Cotchett Pitre & McCarthy, Burlingame, CA; N. Frank Elliot, III, Ranier, Gayle & Elliot, LLC, Lake Charles, LA; Thomas V. Girardi, Girardi & Keese, Los [*35] Angeles, CA.

For Flora Fleming, 06-5159, Michael Jamison, 06-5159,

Case 2:05-cv-04182-SRD-JCW   Document 16571-15   Filed 12/01/08   Page 10 of 69

Page 10
2007 U.S. Dist. LEXIS 65239, *35

Barbara Smith, 06-5159, Joyce Dalferes, 06-5159, Charles Leach, 06-5159; On behalf of themselves and all others similarly situated., Eric Anderson, 06-5162, Earl Green, 06-5162, Jodie Sievers, 06-5162; on behalf of themselves and all others similarly situated, Fred Holmes, 06-5161, Alvin Livers, 06-5161; on behalf of themselves and all others similarly situated, Creato Gordon, 06-5163, Fred Weikert, 06-5163, Unique Miles, 06-5163, JoAnne Murse, 06-5163, Regina Turner, 06-5163; on behalf of themselves and all others similarly [*35] situated, Consol Plaintiffs: Joseph M. Bruno, LEAD ATTORNEY, David Scott Scalia, Bruno & Bruno, New Orleans, LA; Evelyn Alexis Bevis, Hugh Palmer Lambert, Linda Jane Nelson, Lambert & Nelson, New Orleans, LA.

For Frances Gerald Weller, 06-5367, Consol Plaintiff: Francis Gerald Weller, LEAD ATTORNEY, Francis Gerald Weller, Attorney at Law, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Glenn Michael Adams, 06-4634, Consol Plaintiff: John Patrick Connick, LEAD ATTORNEY, Law Office of J. Patrick Connick, Metairie, LA; Charles F. Seemann, Jr., Deutsch, Kerrigan & Stiles LLP, [*36] New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Esther Angelica, 06-4634, Robin Angelica, 06-4634, Nicholas Angelica, 06-4634, toni Angelica, 06-4634, Lana Lenfant, 06-4634; Individually and on behalf of her minor son Jarrod Raines, Kristie Maloz, 06-4634, Timothy Maloz, 06-4634, Charlotte Magoun, 06-4634, Ezekiel Magoun, 06-4634, Hannah Magoun, 06-4634; Individually and on behalf of her minor son, Aubrey Magoun, mary Melancon, 06-4634; Individually and on behalf of her minor son, Taylor Melancon, Cynthia Sherman, 06-4634, Consol Plaintiffs: John Patrick Connick, LEAD ATTORNEY, [*36] Law Office of J. Patrick Connick, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Linda C. Bourgeois, 06-5131, Arnold F. Bourgeois, 06-5131, Wanette Boutte, 06-5131, Nikita Boutte, 06-5131, Sheila M. Johnson, 06-5131, Wheeler Norwood, 06-5131, Jean Ambeau, 06-5131, Roderick J. Baudy, 06-5131, Carol F. Boudy, 06-5131, Kim S. Bryant, 06-5131, Barbara A. Davis, 06-5131, Gail C. DeGruy, 06-5131, Leontine Dennis, 06-5131, Evelina N. Doakes, 06-5131, Dolores Dugas, 06-5131, Joseph Dugas, 06-5131, Terrence Dugas, 06-5131, Rosie W. Epson, 06-5131; Estate of, Mary P. Fitch, [*37] 06-5131,

Melanie A Flot, 06-5131, Bianca R. Forstall, 06-5131, Dianne Hicks, 06-5131, Larry Jones, 06-5131, Julie McCrary, 06-5131, Georgia S. Mitchell, 06-5131, Zena Nelson, 06-5131, Kristin Rhodes, 06-5131, Gertrude B. Romero, 06-5131, Andrew Sceau, Jr., 06-5131, Sharon Toefield, 06-5131, Gregory Toefield, 06-5131, Enola Washington, 06-5131, Michael A. White, 06-5131, Loyce P. Wright, 06-5131, Vera D. Richard, et al; 06-5118, Mary Christophe, et al; 06-5134, Keith C Ferdinand, et al; 06-5132, Marie Adams, et al; 06-5128, Susan Williams, et al; 06-5137, Leslie Sims, Jr., 06-5116, Rosa Marquez, 06-5116, [*37] Floyd S. Aaron, III, 06-5116, Hassar Sleem, 06-5116, Madeline Bertucci, 06-5116, Craig R. Dermody, 06-5116, Ernest J. Lorch, Jr., 06-5116, Mary K. Lorch, 06-5116, Mary Kuchler Lorch, 06-5116; executor for the Estate of Marie Helen Kuchler, Joel C. Weibelt, 06-5116, Jeanette M. Allen, 06-5116, Kenneth Allen, 06-5116, Monica Anderson-Clay, 06-5116, Leatrice Barrow, 06-5116, Charlene Beverly, 06-5116, Melvin Briggs, 06-5116, Barbara Burns, 06-5116, Janice Cargo, 06-5116, Clarence Cargo, 06-5116, John Chinn, 06-5116, Elizabeth R. Collins, 06-5116, Vernon A. Cooper, 06-5116, Dolores [*38] Dugas, 06-5116, Joseph Dugas, 06-5116, Linda Ebarb, 06-5116, Loran K. Ebarb, 06-5116, Berdie H. Edward, 06-5116, Jacob Geraue, III, 06-5116, Thaddeus Griffin, 06-5116, Delores Hamilton, 06-5116, Sheila Harry, 06-5116, William K. Jacobs, 06-5116, Clarence Jasper, 06-5116, Delisa Jenkins, 06-5116, Marcel A. Jenkins, Jr., 06-5116, Sandra E. Jenkins, 06-5116, William Jenkins, 06-5116, Estelle J. Joseph, 06-5116, Roselyn Koretzky, 06-5116, Barry Koretzky, 06-5116, Lillian Koretzky, 06-5116, Tai Jasmine Louis, 06-5116, Gwendolyn Marco, 06-5116, Donald Marco, 06-5116, Rhonda Marquez, 06-5116, Freddie Marshall, Jr., [*38] 06-5116, Jeannette B. McCurnin, 06-5116, Leo Patrick McCurnin, Jr., 06-5116, Eloise Muhammal, 06-5116, Raozuan Muhammal, 06-5116, Collette F. Norwood, 06-5116, Eula T. Parker, 06-5116, Joseph Perriatt, Jr., 06-5116, Terrence Riley, 06-5116, Terracnion Rodney, 06-5116, Jabbar Rodney, 06-5116, Jamesetta Saunders, 06-5116, Patricia Shelby, 06-5116, Joan Swearington, 06-5116, Carla M. Weathersby, 06-5116, Alfred Weber, 06-5116, Onettia Weber, 06-5116, Sosthene George Weber, Jr., 06-5116, Elizabeth H. DePass, 06-5127, William Keith DePass, IV, 06-5127, Marshall L. Harris, 06-5127, [*39] Manuel C Trelles, 06-5127, William B. Coleman, III, 06-5127, Carol C. Gambel, 06-5127, William C Gambel, 06-5127, Ronald Landry, 06-5127, Rhealynda Porter, 06-5140, Eric E. Porter, 06-5140, Mary Louise Cole,

06-5140, James Cole, Sr., 06-5140, William Muhammad, 06-5140, Doris A. Fortune, 06-5140, Nadine S. Ancar, 06-5140, Iola Booker, 06-5140, Charles Booker, Jr., 06-5140, Kim Cheneau, 06-5140, Prenee' M. Chiles, 06-5140, Diana L. Cole, 06-5140, Anthony L Cooper, 06-5140, Charlene Cousin, 06-5140, Alita Cusher, 06-5140, J.H. Daniel, 06-5140, Cassandra Dauphin, 06-5140, Susan R. DeJean, 06-5140, Sylvia H. Edwards-Borens, [*39] 06-5140, Artrice Fernandez, 06-5140, Althais Fernandez, 06-5140, Willie Fernandez, 06-5140, Shirley B. Garnett, 06-5140, Greg Gleason, 06-5140, James S. Griffin, Jr., 06-5140, Audrey Hall, 06-5140, Deborah Hall, 06-5140, Wesley Hall, 06-5140, Leonard Hankton, 06-5140, Bruce Harris, 06-5140, Rodney Harris, 06-5140, John A. Heidel, III, 06-5140, Vincent J. Heidel, 06-5140, Kerri Helmke, 06-5140, Shirley M. Holliday, 06-5140, Joan J. Jackson, 06-5140, Myrtle Jurette, 06-5140, Charlene LaFrance, 06-5140, Byron LaFrance, 06-5140, Sighsa Marshall, 06-5140, Jerome A. [*40] Martin, 06-5140, Mamie McDowell, 06-5140, James McDowell, 06-5140, Doris M. Mitchell, 06-5140, Arthur Mitchell, Jr, 06-5140, Brenda M. Moses, 06-5140, Jerry Napoleon, Sr., 06-5140, Jacqueline Perez, 06-5140, John A. Perez, 06-5140, Allen Pernell, Jr., 06-5140, Truly Peters, 06-5140, Jeannette Retif, 06-5140, Donald Retif, 06-5140, Lance R. Rodney, 06-5140, Jeffrey D. Rusk, 06-5140, Brenda G. Simmons, 06-5140, Robert Simmons, 06-5140, Tara R. Smith, 06-5140, Brenda A. Thibodeaux, 06-5140, Clarence J. Washington, Sr., 06-5140, Dora Weathersby, 06-5140, Georgia Weathersby, 06-5140, Jimmy Weathersby, 06-5140, Keonda Weathersby, 06-5140, [*40] Rebecca Weathersby, 06-5140, Consol Plaintiffs: William Christian Gambel, LEAD ATTORNEY, Milling Benson Woodward, LLP, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Frederick J. Gisevius, Jr., 06-5308, Carol Ann Waguespack, 06-5308, Jane M. Gisevius, 06-5308, Joan Gisevius Johnson, 06-5308, Consol Plaintiffs: Frederick J. Gisevius, Jr., LEAD ATTORNEY, Law Offices of Fred Gisevius, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Nathaniel Joseph, 06-5032, Tommy Thompson, 06-5032, Jamie Espadron, 06-5032, Kandy [*41] Espadron, 06-5032, Frank Mitchell, 06-5032, Lucinda Mitchell, 06-5032, Consol Plaintiffs: Marion Overton White, LEAD ATTORNEY, Marion Overton White, Attorney at Law, Opelousas, LA; Joseph M. Bruno,

Bruno & Bruno, New Orleans, LA.

For Xiomara Augustine, et al; 06-5142, Consol Plaintiff: William Christian Gambel, LEAD ATTORNEY, Milling Benson Woodward, LLP, New Orleans, LA; John J. Cummings, III, Cummings, Cummings & Dudenhefer, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Xavier University of Louisiana, 06-516, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Sher Garner Cahill Richter Klein & Hilbert, [*41] LLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Timothy B. Francis, Sher Garner Cahill Richter Klein McAlister & Hilbert, LLC, New Orleans, LA.

For Bobby L. Leduff, et al; 06-5260, Consol Plaintiff: Randall Earl Hart, LEAD ATTORNEY, Broussard & Hart, LLC, Lake Charles, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Keith Grady, Peter Schneider, William T. Jones, Jr., Grady, Schneider & Newman, LLP, Houston, TX.

For Thomas Austin, Jr., 06-5383, Kimberly Bremermann-Black, 06-5383, Shawn Burst, 06-5383, Angelina [*42] Burst, 06-5383, Monty Glorioso, 06-5383, Lacey Glorioso, 06-5383, Antoinette Hatch, 06-5383, Ingrid Jackson, 06-5383, Consol Plaintiffs: J. J. (Jerry) McKernan, LEAD ATTORNEY, Chet G. Bourdreaux, John H Smith, McKernan Law Firm, Baton Rouge, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For David Lewis, 06-5383, Marie Lewis, 06-5383, Jim Miller, 06-5383, Grace Murphy, 06-5383, Troy Perez, 06-5383, Ronnie Rabin, 06-5383, Dianne Rabin, 06-5383, Leonard Riddle, 06-5383, Mary Riddle, 06-5383, Perry Rittner, 06-5383, Debbie Rittner, 06-5383, Sharon Samuel, 06-5383, Eldred Samuel, 06-5383, James Smith, Laura Iveson Smith, 06-5383, Paul Wagner, 06-5383, [*42] Charlie Ward, 06-5383, Caleia Ward, 06-5383, Youtong Wilcox, 06-5383, Wallace Barr, 06-5383, Consol Plaintiffs: J. J. (Jerry) McKernan, LEAD ATTORNEY, McKernan Law Firm, Baton Rouge, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Abraham Yacob, 06-5937, Abrehet Yacob, 06-5937, Pearl Hollins Hurst, 06-5937, Lloyd James Robinson, Jr., 06-5937, Monica D. Every, 06-5937, Yolanda Stubbs,

06-5937, Kennanded Danta Henry, 06-5937; on behalf of themselves and all others similarly situated, Consol Plaintiffs: Pius Akamdi Obioha, [*43] LEAD ATTORNEY, Law Offices of Pius A. Obioha, Baton Rouge, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Nabil Hanna, 06-6481, Consol Plaintiff: Richard M. Exnicios, LEAD ATTORNEY, Frank Jacob D'Amico, Jr., Frank J. D'Amico, Jr., APLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Jennifer Luscy Deane, 06-6473, William D. Luscy, 06-6473, Jonathan M. Luscy, 06-6473, Susan Luscy Tobelman, 06-6473, William J Luscy, III, 06-6473, Consol Plaintiffs: William J. Luscy, III, LEAD ATTORNEY, William Luscy, III, Attorney at Law, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Jimmy Cochran, Sr., 06-5785, Cindy Cochran, [*43] 06-5785, Brenda Berthelot, 06-8810, Consol Plaintiffs: William J. Luscy, III, LEAD ATTORNEY, Stanga & Mustian, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Tommy Rodrigue, 06-6639, Sandra Mancuso, 06-6639, Darlene Phipps, 06-6639, Darrelle Rodrigue, 06-6639, Alan Johnson, 06-7400, Wes Kramer, 06-7457, Tracy Kramer, 06-7457, Dean Kramer, 06-7457, Consol Plaintiffs: Patrick G. Kehoe, Jr., LEAD ATTORNEY, Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Judy [*44] M. Paul, 06-7682, Willie Mackie, Sr., 06-7682, Consol Plaintiffs: John J. Cummings, III, LEAD ATTORNEY, Cummings, Cummings & Dudenhefer, New Orleans, LA; William Christian Gambel, LEAD ATTORNEY, Milling Benson Woodward, LLP, New Orleans, LA; Arthur Anthony Morrell, Author A. Morrell, Attorney at Law, New Orleans, LA; Deborah M. Sulzer, Deborah M. Sulzer, Attorney at Law, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Richard Massie Martin, Jr., Richard M. Martin, Jr., Attorney at Law, New Orleans, LA; Richard Anthony Weigand, Weigand & Levenson, New Orleans, LA; Suzette Peychaud Bagneris, Bagneris & Larkins, New Orleans, LA.

For Shirley Chamberlain, [*44] 06-6479, Robert Chamberlain, 06-6479, Christine Steudlein, 06-7307,

Henry J Steudlein, III, 06-7307, Michael W Hughes, (06-8885), Virginia H. Guillory, (06-9039), Benjamin J. Glaudi, 06-8452, John Blanque, 06-7557, Kathryn Larroque, 06-8451, Urban G. Larroque, Jr., 06-8451, Kim P. Thomas, 06-9096, Kenneth O. Thomas, 06-9096, Albert F Vosbein, (06-7759), Jennifer McKnight, (06-7687), Scott McKnight, (06-7687), Consol Plaintiffs: Gary Michael Pendergast, LEAD ATTORNEY, Gary M. Pendergast, LLC, New Orleans, LA; Joseph [*45] M. Bruno, Bruno & Bruno, New Orleans, LA.

For Pontchartrain Baptist Church, 06-6642, Arthur C. Sargent, 06-6642, Lucy T. Sargent, 06-6642, Pamela Young Smallpage, 06-6642, Richard Maitland Smallpage, Jr., 06-6642, Mr. H. J. Bosworth, 06-6642, Mrs. H. J. Bosworth, 06-6642, Rothfos Corporation, 06-6642, InterAmerican Coffee, Inc., 06-6642, Noble Americas Corporation, 06-6642, Consol Plaintiffs: William E. O'Neil, LEAD ATTORNEY, O'Neil/Vance Group LLC, Metairie, LA; Don M. Richard, Don M. Richard, Attorney at Law, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Susan Molero Vance, The O'Neil Group, LLC, New Orleans, LA.

For Sandra M. Ludwig, 06-8935, Walter A. [*45] Ludwig, 06-8935, Susan Conlon, 06-9321; an Executrix of the State of Janet Rashkin, Consol Plaintiffs: Louis L. Gertler, LEAD ATTORNEY, Robert W. Knights, Gertler, Gertler, Vincent & Plotkin, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Susan Russell, 06-5155, Consol Plaintiff: John W. deGravelles, Michael C. Palmintier, LEAD ATTORNEYS, deGravelles, Palmintier, Holthaus & Fruge', Baton Rouge, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Angelle Chaisson, 06-5155, Henry J Chaisson, [*46] III, 06-5155, Joseph Moniz, 06-5155, Marie Moniz, 06-5155, Jennifer Atkinson, 06-5155, Steve Atkinson, 06-5155, Kathleen Dodd, 06-5155, Christopher Vitrano, 06-5155, Cassie Vitrano, 06-5155, John Vitrano, 06-5155, Charlene Vitrano, 06-5155, Shari Weiskopf, 06-5155, Todd Weiskopf, 06-5155, Theresea Daigle, 06-5155, Rodney Daigle, 06-5155, Beryl Hill, 06-5155, Wayne Hill, 06-5155; on behalf of themselves and all others similarly situated, Consol Plaintiffs: Michael C. Palmintier, LEAD ATTORNEY, deGravelles, Palmintier, Holthaus & Fruge', Baton Rouge, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Daniel Wilkinson, 06-9097, Consol Plaintiff: Frances Mae Olivier, LEAD [*46] ATTORNEY, Law Office of Frances M. Olivier, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Chester Vidacovich, 06-4719, Murleen Vidacovich, 06-4719, Shirley Frught, 06-7577, Consol Plaintiffs: Remy Voisin Starns, LEAD ATTORNEY, Remy V. Starns, Attorney at Law, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Thao N. Nguyen, Myloc T. Nguyen, 06-4818, Danny Rebecca, Inc., 06-4808, Myloc Nguyen, 06-4808, Karen Starr Mathews, 06-4915, John Mathews, Jr., 06-4915, Sandra Vinet, [*47] 06-4917, Pelican Graphics, LLC, 06-4927, Consol Plaintiffs: Scott G. Wolfe, Jr., LEAD ATTORNEY, The Wolfe Law Offices, LLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Mollie Solomon, 06-2143, Avram C. Herman, 06-2143, Consol Plaintiffs: Meyer H. Gertler, LEAD ATTORNEY, Robert W. Knights, Gertler, Gertler, Vincent & Plotkin, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Colleen Mooney, 06-8602, Consol Plaintiff: B. Gerald Weeks, LEAD ATTORNEY, Weeks, Kavanagh & Rendeiro, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Stuart A. Mintz, 06-7483, Consol Plaintiff: Daniel Lichtl, LEAD ATTORNEY, Jon Wesley Wise, Fowler, [*47] Rodriguez, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Ruben Cohen, 06-5042, Alicia Ayo, 06-5042, Harold Wilhelmus, 06-5042, Diane Rohr, 06-5042, Charles Rohr, 06-5042, Rosemary Testa, 06-5042, Michael Burris, 06-5042; Individually and on behalf of all others similarly situated, Geraldine Bankston, 06-7351, Consol Plaintiffs: Keith Michael Couture, LEAD ATTORNEY, Peter James DiIorio, Samuel Beardsley, Jr., Keith Couture Law Firm, Mandeville, LA; Joseph M. Bruno, Bruno & Bruno, [*48] New Orleans, LA.

For Bruce Balfour, 06-3992, Nancy Balfour, 06-3992, Consol Plaintiffs: Mickey P. Landry, LEAD ATTORNEY, David Ryan Cannella, Frank J. Swarr, Landry & Swarr, LLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Melanie Palmer, 06-7540, Consol Plaintiff: David Edmund Kavanagh, LEAD ATTORNEY, Weeks, Kavanagh & Rendeiro, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Yolanda Hubert, 06-8219; Individually and on behalf of the Estate of Zerelda Delatte, deceased, Fred Bracklein, (06-7633), Yolanda Hubert, (06-7633), Consol Plaintiffs: Chad M. Trammell, LEAD ATTORNEY, Nix, Patterson & Roach, LLP, Shreveport, LA; Joseph M. Bruno, Bruno [*48] & Bruno, New Orleans, LA; Louis B. Paddock, Nix Law Firm, Daingerfield, TX.

For Jeffery M. Kenney, 06-7355, Rachel K. Aylor, 06-7355; Individually and on behalf of Gladys A. LeBlanc, Consol Plaintiffs: Dominick F. Impastato, III, LEAD ATTORNEY, Lloyd N. Frischhertz, Marc L. Frischhertz, Frischhertz & Associates, New Orleans, LA; Joseph P. Lopinto, III, LEAD ATTORNEY, Lopinto Law Firm, L.L.C., Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Rene S. Bowers, Sr., 06-4777, Jamie Madere, [*49] 06-4816, Eugene Madere, 06-4816, Consol Plaintiffs: James F. Gasquet, III, LEAD ATTORNEY, Law Office of James F. Gasquet, III, LLC, Belle Chasse, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Dorothy Reese, 06-4873, Consol Plaintiff: Martha Y. Curtis, LEAD ATTORNEY, James M. Garner, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA; Christopher Chocheles, Sher Garner Cahill Richter Klein McAlister & Hilbert, LLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Joan S. Berenson, 06-4956, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Debra J. Fischman, Leopold Z. Sher, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Louisiana Environmental Action Network, 06-9147, Consol Plaintiff: Adam Babich, LEAD ATTORNEY, Tulane Environmental Law Clinic, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Christie Bertoniere, 06-5297, Consol Plaintiff: Kevin Discon Shearman, LEAD ATTORNEY, Shearman & Shearman, LLC, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

2007 U.S. Dist. LEXIS 65239, *49

For Keith Scott, 06-5886, Consol Plaintiff: Joseph Edward Cain, LEAD ATTORNEY, Herman, [*50] Herman, Katz & Cotlar, LLP, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Shavers-Whittle Construction, Inc., 06-6968, Consol Plaintiff: William Jerrol Crain, LEAD ATTORNEY, Jones, Fussell, LLP, Covington, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Yvonne A. Blount, 06-7228, Yvonne Blount-Davis, 06-7228, Laundry Basket, Inc, 06-7450, Consol Plaintiffs: Gino John Rendeiro, LEAD ATTORNEY, B. Gerald Weeks, David Edmund Kavanagh, Weeks, Kavanagh & Rendeiro, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Mary A. Bell, 06-9037, Consol Plaintiff: Brian David Katz, LEAD ATTORNEY, Herman, Herman, Katz & Cotlar, LLP, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Christopher M dePascual, 06-8982, Louis R DePascual, 06-8982, Marina E. DePascual Duskin, 06-8982, Paula A DePascual Newman, 06-8982, Carlos P DePascual, 06-8982, Manuel R DePascual, Jr, 06-8982, Consol Plaintiffs: James Bradley Guest, LEAD ATTORNEY, James B. Guest, Attorney at Law, Kenner, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Charles G Thomason, 06-9192, Carolyn Anderson, 06-9192, Consol Plaintiffs: Kathryn W. Landry, LEAD ATTORNEY, Caprice [*51] B. Ieyoub, Ieyoub & Landry, LLC, Baton Rouge, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Richard P. Ieyoub, Louisiana Department of Justice, Litigation Division, New Orleans, LA.

For Nancy Alfonso, 06-9641; Individually and on behalf of Janet Marie Parker, Laurie Melerine Bohnenstiehl Verges, 06-8731; Individually and on behalf of her mother, Lucille Melerine, Nathan James Melerine, 06-8731; Individually and on behalf of his mother, Lucille Melerine, Darlene Thedy, 06-8106; Individually and on behalf of AdeleJoycelyn Baldini Cousins, Joy Lewis, 06-8107; Individually and on behalf of Laureta Morales, Norman Morales, 06-5962; Individually and on behalf of Laureta Morales, Consol [*51] Plaintiffs: Gregory James Noto, LEAD ATTORNEY, Noto Law Firm, Chalmette, LA; Joseph M. Bruno, Bruno & Bruno,

New Orleans, LA; Scott G. Wolfe, Jr., The Wolfe Law Offices, LLC, New Orleans, LA.

For Jack R. Anguzza, 06-9038, Bruce A. Anguzza, 06-9038, Jane D Dorand, 06-9191, Peggy Denley, 06-9191, Ronney J Denley, 06-9191, Jammie A Denley, (06-9191), John M Darsam, Jr, (06-9569), Lawrence J Darsam, (06-9569), Fred J Darsam, (06-9569), James M. Vidrios, (06-10790), Consol Plaintiffs: Daniel L. Dysart, [*52] LEAD ATTORNEY, Paul A. Tabary, III, Dysart & Tabary, LLP, Chalmette, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Albert Montalbano, 06-8963; son of Helen Fitzpatrick Montalbano, Jospeh Montalbano, Jr., 06-8963; son of Helen Fitzpatrick Montalbano, Linda Montalbano, 06-8963; daughter of Helen Fitzpatrick Montalbano, Consol Plaintiffs: William E. Rittenberg, LEAD ATTORNEY, Charles M. Samuel, III, Rittenberg & Samuel, LLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For John Fontenot, 06-6872, Kim Fontenot, 06-6872, Consol Plaintiffs: John L. Fontenot, Jr., LEAD ATTORNEY, Adams and Reese LLP, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For [*52] Morris Kirschman & Co., L.L.C., 06-5183, K&L Properties, Inc., 06-5183, MK New Ventures, L.L.C., 06-5183, Houma Ark, L.L.C., 06-5183, Kirschman Enterprises, LLC, 06-5183, Frances Ivker, 06-8942, Barry Ivker, 06-8942, Consol Plaintiffs: Brian David Katz, LEAD ATTORNEY, Joseph Edward Cain, Soren Erik Gisleson, Herman, Herman, Katz & Cotlar, LLP, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Winston Aaron, Sr, 06-4746, Donna Aaron, 06-4746, Consol Plaintiffs: Jim S. Hall, [*53] LEAD ATTORNEY, Joseph W. Rausch, Jim S. Hall & Associates, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Sebastien Gonzales, 06-8972; Individually and on behalf of his mother, Beulah Hutchinson Gonzales, Consol Plaintiff: Danny J. Lirette, LEAD ATTORNEY, Dexter A. Gary, Philip Allen Spence, Lirette, Gary & Spence, LLC, Houma, LA.

For Sebastien Gonzales, 06-8972; Individually and on behalf of his mother, Beulah Hutchinson Gonzales,

Consol Plaintiff: Danny J. Lirette, LEAD ATTORNEY, Dexter A. Gary, Philip Allen Spence, Lirette, Gary & Spence, LLC, Houma, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Carol Herzog, 06-8992; Individually and on behalf of their deceased mother, [*53] Janet Parker, Mary Corcoran, 06-8992; Individually and on behalf of their deceased mother, Janet Parker, Consol Plaintiffs: Richard Alvin Tonry, II, LEAD ATTORNEY, Raymond Joseph Brinson, Tonry, Brinson & Glorioso, LLC, Slidell, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Margaret Lott, 06-9236; Individually and as Surviving Spouse of Shirley Lott, Consol Plaintiff: Jon Wesley Wise, LEAD ATTORNEY, Daniel Lichtl, John L. Robert, III, Fowler Rodriguez, New Orleans, LA.

For [*54] Emile R Poissenot, 06-7858; individually and on behalf of his deceased father, Emile Hippolite Poissenot, Patricia Poissenot Agnelly, 06-7858; individually and on behalf of her deceased father, Emile Hippolite Poissenot, Consol Plaintiffs: Paula Marcello Wellons, LEAD ATTORNEY, Paul J. Politz, Taylor, Wellons & Politz & Duhe, APLC, New Orleans, LA; Faye Dysart Morrison, Taylor, Wellons, Politz & Duhe, APLC, Baton Rouge, LA; John W. deGravelles, deGravelles, Palmintier, Holthaus & Fruge', Baton Rouge, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Dennis J. Muller, 06-9108, Muller Eye Cener L.L.C., 06-9108, Consol Plaintifts: Robert Angelle, LEAD ATTORNEY, Robert Angelle, Attorney at Law, Metairie, [*54] LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Linda Frischhertz, 06-8821; individually and on behalf of their mother Maxine Frischhertz, Nancy Frischhertz, 06-8821; individually and on behalf of their mother Maxine Frischhertz, Dan Wagner, 06-8761; Individually and on behalf of his mother, Mary Alma Wagner, Carlos Alonzo, (06-8759), Consol Plaintiffs: Marc L. Frischhertz, LEAD ATTORNEY, Dominick F. Impastato, III, Lloyd N. Frischhertz, Frischhertz & Associates, New [*55] Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Larry D Knight, 06-7771, Ivory Butler Knight, 06-7771, Consol Plaintiff: Connie P. Trieu, LEAD ATTORNEY, Connie P. Trieu, Attorney at Law, Gretna,

LA; David L. Colvin, David L. Colvin & Associates, Gretna, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Raymond Cousins, 06-9193, Bernard Reyes, 06-9193, Consol Plaintiffs: Christopher James Bruno, LEAD ATTORNEY, Bruno & Bruno, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Lundy Enterprises, L.L.C., (06-3509), Consol Plaintiff: Peter Brooks Sloss, LEAD ATTORNEY, Gary Joseph Gambel, Robert Hugh Murphy, Murphy, Rogers, Sloss & Gambel, New Orleans, LA; Joseph M. Bruno, Bruno [*55] & Bruno, New Orleans, LA.

For M-Lund Enterprises, L.L.C., (06-3509), Consol Plaintiff: Peter Brooks Sloss, LEAD ATTORNEY, Gary Joseph Gambel, Robert Hugh Murphy, Murphy, Rogers, Sloss & Gambel, New Orleans, LA; Robert Angelle, LEAD ATTORNEY, Robert Angelle, Attorney at Law, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Mandie Battaglia, (06-4529), Daryl A. Battaglia, Jr., Betty Rogers, (06-4688), Daryl A. Battaglia, Sr., (06-4532), Bonnie Battaglia, [*56] (06-4532), Sonic Records, Inc., 06-7309, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Lauren L. Hudson, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Stephen Gallodoro, (06-9206), Joseph L Gallodoro, Sr, (06-9206), Cheryl Ann Gallodoro Emmons, (06-9206), Consol Plaintiffs: Jon Wesley Wise, LEAD ATTORNEY, John L. Robert, III, Fowler Rodriguez, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Lucille Franz, (06-10426) Individually and on Behalf of their Sibling, Rosemary Davis, Eugenez Ruiz, (06-10426) Individually and on Behalf of their Sibling, Rosemary Davis, Consol Plaintiffs: Stephen Robert Rue, LEAD ATTORNEY, Stephen [*56] R. Rue & Associates, Kenner, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Anne Z. Kiefer, (06-5370), Sophie Dumoulins, (06-5370), Viola Johnson, (06-5370), Simone Johnson, (06-5370), Rene Hollins, (06-5370), Tony Lyles, (06-5370), Lynette Gordon, (06-5370), Nicole

Washington, (06-5370), Jimmy Myles, (06-5370), Sylvia Myles, (06-5370), Bryant Anthony, (06-5370), Shirley Esprit, (06-5370), John Fontenot, Jr., (06-5370), Jacquelyn K. Brown, (06-5370), Breeda [*57] M. Thompson, (06-5370), Shontra Varnado, (06-5370), Dana M. Williams, (06-5370), Marguerite Williams, (06-5370), Frank Anselmo, (06-5370), Yvette M. Poole Wallace, (06-5370), Gail Melton, (06-5370), Patrick Davis, (06-5370), Amy Davis, (06-5370), John Boyd, Jr., (06-5370), Kevin N. Brown, (06-5370), Russell A. Civello, (06-5370), Georgia Coleman, (06-5370), Anthony Dorsey, (06-5370), Lori Dorsey, (06-5370), Gary Eldredge, 06-5370, Wendy Eldredge, (06-5370), Margaret Gaskin, (06-5370), Mary Beth Gillaspie, (06-5370), Melody Lee, (06-5370), Melody D. Lee, (06-5370), Carol A. McGee, (06-5370), Georgianna Mitchell, (06-5370), Hope Harden, (06-5370), Gertrude Pierre, (06-5370), Tobias Stewart, (06-5370), Oceal Stewart, (06-5370), [*57] Jocelyn Jagers, (06-5370), William P. Honeycutt, Sr., (06-5370), Peggy Dugas, (06-5370), Michael Dugas, (06-5370), Oliver Lee, (06-5370), Consol Plaintiffs: Calvin Clifford Fayard, Jr., LEAD ATTORNEY, David Blayne Honeycutt, Wanda Jean Edwards, Fayard & Honeycutt, Denham Springs, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Peyton Patrick Murphy, Murphy Law Firm, Baton Rouge, LA.

For Christopher Burns, (06-7806), Alice Meloncon, (06-7962), Consol Plaintiffs: [*58] Kenny Maurice Charbonnet, LEAD ATTORNEY, Charbonnet Law Firm LLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For O William Reeder, Jr, (06-7857), Consol Plaintiff: Steven K. Faulkner, Jr., LEAD ATTORNEY, Steven K. Faulkner, Jr., Attorney at Law, Harahan, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Randall Gorman, (06-8500), Janice Gorman, (06-8500), Consol Plaintiffs: Hunter William Lundy, LEAD ATTORNEY, Clayton Arthur Larsh Davis, Lundy & Davis, Lake Charles, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Patricia Dicorte, (06-8270), Consol Plaintiff: Edward F. Downing, III, LEAD ATTORNEY, Gauthier, Downing, LaBarre, Dean & Sulzer, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, [*58] New Orleans, LA; James McClendon Williams, John William Houghtaling, II, Kenneth Walter Andrieu, Stephen M. Huber, Gauthier,

Houghtaling & Williams, Metairie, LA.

For Kerr S Howell, (06-8845), Consol Plaintiff: Alan G. Bouterie, LEAD ATTORNEY, Alan G. Bouterie, Attorney at Law, Slidell, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For William H Slaughter, IV, (06-4707), Nicole C Slaughter, (06-4707), Patrick S. Mooney, (06-4703), Rebecca Mooney, (06-4703), [*59] Lillian Kirsch, (06-4704), Consol Plaintiffs: Rainer Lorenz, LEAD ATTORNEY Rainer Lorenz, Attorney at Law, Covington, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Frank Alfonso, (06-8801), Ann Cerise, (06-8801), Victor Cerise, (06-8801), Charles Eddy, (06-8801), Vivian Eddy, (06-8801), Marie Gremillion, (06-8801), Michael Gremillion, (06-8801), Nancy Hyver, (06-8801), Robert Hyver, (06-8801), Sandra Killen, (06-8801), Myrtle Munna, (06-8801), Louise Rinaldo, (06-8801), Consol Plaintiffs: Patrick G. Kehoe, Jr., LEAD ATTORNEY, Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, [*59] Metairie, LA; Bruce L. Feingerts, Feingerts & Kelly, PLC, New Orleans, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Paul Hesse, Law Offices of Ronnie G. Penton, Slidell, LA; Randy Jay Ungar, Ungar & Byrne, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; Waldon Michael Hingle, Michael Hingle & Associates, Inc., Slidell, LA; [*60] William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Farrell J Chatelain, Jr., (06-8789), Consol Plaintiff: George R. Wentz, Jr., LEAD ATTORNEY, John C. Enochs, Burke & Mayer, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Iteld, Bernstein & Associates, L.L.C., (06-3418), Consol Plaintiff: Lanny R. Zatzkis, LEAD ATTORNEY, Karen Delcambre McCarthy, Zatzkis, McCarthy & Associates, LLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Frank Gambino, (06-8636), Lucrezia Gambino, (06-8636), Consol Plaintiffs: Derek D. Gambino, LEAD ATTORNEY, Birdsall Law Firm, New Orleans, LA;

Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Betty Mullins, (06-7802), Consol Plaintiff: David O'Shee Walker, [*60] LEAD ATTORNEY, Neblett, Beard & Arsenault, Alexandria, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Rose Lea L. Lepine, (06-8881) Individually and on behalf of her mother, Helen Perret, Consol Plaintiff: Chadwick William Collings, LEAD ATTORNEY, Tommy Wood Thornhill, Thornhill & Collings, LC, Slidell, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Carol M Beatmann, (06-8947) individually and on behalf of their mother, Shirley [*61] V. Mares, Cheryl M. Stempel, (06-8947) individually and on behalf of their mother, Shirley V. Mares, David J. Mares, (06-8947) individually and on behalf of their mother, Shirley V. Mares, Susan M. Carrigee, (06-8947) individually and on behalf of their mother, Shirley V. Mares, Consol Plaintiffs: Michael Clifford Code, LEAD ATTORNEY, Jerry Anthony Beatmann, Jr., Uddo, Beatmann & Code, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For June L Aliff, (06-9642) individually and on behalf of their mother, Laura Mae Lae, Donald W Lae, (06-9642) individually and on behalf of their mother, Laura Mae Lae, Louis Lae, Jr, (06-9642) individually and on behalf of their mother, Laura Mae Lae, Debra Marshall, (06-9642) individually and on [*61] behalf of their mother, Laura Mae Lae, Consol Plaintiffs: Frank E. Lamothe, III, LEAD ATTORNEY, Lamothe Law Firm, LLC, Covington, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Gerard Patterson, (06-6655), Michelle Monroe Patterson, (06-6655), Consol Plaintiffs: A. Scott Tillery, LEAD ATTORNEY, Tillery & Tillery, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Andrew A Lemmon, (06-5023), Consol Plaintiff: Irma L. [*62] Netting, LEAD ATTORNEY, Lemmon Law Firm, Hahnville, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Darren Weese, (06-10499), Consol Plaintiff: Bruce Betzer, LEAD ATTORNEY, Law Office of Bruce C. Betzer, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For David Gorbaty, 06-5109, Sandra Gorbaty, 06-5109, Amanda Gorbaty, 06-5104, Matthew Gorbaty, 06-5104, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA; Christopher Chocheles, Sher Garner Cahill Richter Klein McAlister & Hilbert, LLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Misty Maraldo, 06-5851, David Maraldo, 06-5851, Consol Plaintiffs: David J. Maraldo, LEAD ATTORNEY, David J. Maraldo, [*62] Attorney at Law, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Stephen E. Campbell, 06-8934, Jennie Campbell, 06-8934, Consol Plaintiffs: John William Houghtaling, II, LEAD ATTORNEY, James McClendon Williams, Stephen M. Huber, Gauthier, Houghtaling & Williams, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For United Restaurant Entities, L.L.C., 06-4825, Consol Plaintiff: James M. Garner, LEAD [*63] ATTORNEY, Darnell Bludworth, Robert Scott Hogan, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Keith A. Doley, A Professional Corporation, 06-5080, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Ellen M. Pivach, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Beverly H. Flake, 06-8244, Consol Plaintiff: Seth H. Schaumburg, LEAD ATTORNEY, Favret, Demarest, Russo & Lutkewitte, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Lakewood Patio Homes Association, Inc, 06-9839, Consol Plaintiff: Regina Carol Scotto Wedig, LEAD ATTORNEY, Regina S. Wedig, Attorney at Law, Amite, LA; Joseph M. Bruno, Bruno & [*63] Bruno, New Orleans, LA.

For Pamela Speed, 06-11208, et al, Consol Plaintiff: Stuart Housel Smith, LEAD ATTORNEY, Michael G. Stag, Smith Stag, LLC, New Orleans, LA; Anthony D. Irpino, Irpino Law Firm, New Orleans, LA; Conrad S. P. Williams, III, St. Martin & Williams, Houma, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Val

Patrick Exnicios, Liska, Exnicios & Nungesser, New Orleans, LA.

For Valerie Zimmerman, 06-3932, [*64] Sterling C Zimmerman, 06-3932, Consol Plaintiffs: Elsie B. Halford, LEAD ATTORNEY, Elsie B. Halford, Attorney at Law, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Kenneth Robicheaux, 06-7173, Kim Robicheaux, 06-7173, Consol Plaintiffs: J. Douglas Sunseri, LEAD ATTORNEY, Dawn Danna Marullo, Svetlana V. Crouch, Nicaud, Sunseri & Fradella, LLC, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Juanita B. Smith, 06-4945; Individually and as the Sole Legatee of Mark C. Smith, III, Consol Plaintiff: Albert J. Derbes, III, LEAD ATTORNEY, Eric Joseph Derbes, Frederick L. Bunol, Derbes Law Firm, LLC, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Sandra Lopez, 07-269; Individually and on behalf of her mother Janet Marie [*64] Parker, Deceased, Consol Plaintiff: Damon Alexander Kirin, LEAD ATTORNEY, Robert John Diliberto, Diliberto & Kirin, LLC, Metairie, LA; Crawford Allen Rose, III, Crawford A. Rose, III, Attorney at Law, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Virgil Sorina, 06-9885, Brenda Sorina, 06-9885, Consol Plaintiffs: Harold V. Dutton, Jr., LEAD ATTORNEY, Law Office of Harold V. Dutton, Jr., Houston, [*65] TX.

For Eva Maynard, 06-11385; individually and on behalf of a class similarly situated, Consol Plaintiff: Meyer H. Gertler, LEAD ATTORNEY, Louis L. Gertler, Louis L. Plotkin, Gertler, Gertler, Vincent & Plotkin, New Orleans, LA; Brian David Katz, Joseph Edward Cain, Russ M. Herman, Soren Erik Gisleson, Stephen J. Herman, Herman, Herman, Katz & Cotlar, LLP, New Orleans, LA.

For Fagey Lupin Fischman, 06-4952, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Debra J. Fischman, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Angele J Guient, 07-621; et al, Consol Plaintiff: Daniel E. Becnel, Jr., LEAD ATTORNEY, Law Offices

of Daniel E. Becnel, Jr., Reserve, LA; Camilo Kossy Salas, III, Salas & Co. L.C., New Orleans, LA; Darleen Marie Jacobs, Jacobs & Sarrat, [*65] New Orleans, LA; Eric R. Nowak, Shirin E. Harrell, Harrell & Nowak, LLC, New Orleans, LA; Hugh Palmer Lambert, Lambert & Nelson, New Orleans, LA; Jerrold S. Parker, Parker & Waichman, LLP, Great Neck, NY; Matthew B. Moreland, Law Offices of Daniel E. Becnel, Jr., Reserve, LA; Ronnie Glynn Penton, Law Offices of Ronnie G. Penton, Slidell, LA.

For Montagnet Properties # 1, LLC, 06-5115, Montagnet Properties [*66] # 7, LLC, 06-5115, 2235 Poydras LLC, 06-5115, Montagnet Properties # 5, LLC, 06-5115, Consol Plaintiffs: Katherine L. Winters, LEAD ATTORNEY, Jones, Walker, Waechter, Poitevent, Carrere & Denegre, New Orleans, LA; O. Stephen Montagnet, III, McCraney & Montagnet, PLLC, Jackson, MS.

For Freda D. Mattox, 07-657; Individually and on behalf of their deceased mother, Anna Grace Schielder, Judith E. Latapie, 07-657; Individually and on behalf of their deceased mother, Anna Grace Schielder, Louis C. Mahoney, Jr., 07-657; Individually and on behalf of their deceased mother, Anna Grace Schielder, Consol Plaintiffs: J. E. Cullens, Jr., LEAD ATTORNEY, Moore, Walters, Thompson, Thomas, Papillion & Cullens, Baton Rouge, LA.

For Imperial Trading Company, Inc., 06-4262; et al, Consol Plaintiff: James [*66] M. Garner, LEAD ATTORNEY, Darnell Bludworth, Robert Scott Hogan, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Neal J Kling, 06-5474, Suzanne G Kling, 06-5474, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Martha Y. Curtis, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA; Neal J. Kling, Sher Garner Cahill Richter Klein McAlister & Hilbert, LLC, New Orleans, [*67] LA.

For Judith Burrus, 06-9008, Consol Plaintiff: Earl F. Sundmaker, III, LEAD ATTORNEY, Chaffe McCall, LLP, New Orleans, LA.

For Audrey Williams, 06-10714, Reverend Andrew Williams, 06-10714, Consol Plaintiffs: John W. Redmann, LEAD ATTORNEY, Margaret Elizabeth Madere, Law Office of John W. Redmann, PLC, New

Case 2:05-cv-04182-SRD-JCW   Document 16571-15   Filed 12/01/08   Page 19 of 69

Page 19
2007 U.S. Dist. LEXIS 65239, *67

Orleans, LA.

For LaMadereura Greer, 07-647; Individually, and on behalf of all others similarly situated, Consol Plaintiff: Joseph M. Bruno, LEAD ATTORNEY, David Scott Scalia, Bruno & Bruno, New Orleans, LA; Albert Joseph Rebennack, Jr., Law Offices of Albert J. Rebennack, Metairie, LA; Ashton Robert O'Dwyer, Jr., Ashton R. O'Dwyer, Jr., Attorney at Law, New Orleans, LA; Calvin Clifford Fayard, Jr., Fayard & Honeycutt, Denham Springs, LA; Daniel E. Becnel, Jr., Law Offices of Daniel E. Becnel, [*67] Jr., Reserve, LA; Darleen Marie Jacobs, Jacobs & Sarrat, New Orleans, LA; Dennis Reich, Reich & Binstock, Houston, TX; F. Gerald Maples, Stephen Michael Wiles, F. Gerald Maples, P.A., New Orleans, LA; Gerald Edward Meunier, Gainsburgh, Benjamin, David, Meunier & Warshauer, New Orleans, La; Hugh Palmer Lambert, Lambert & Nelson, New Orleans, LA; Jerrold S. Parker, Parker & Waichman, LLP, [*68] Great Neck, NY; Jim S. Hall, Jim S. Hall & Associates, Metairie, LA; John Patrick Connick, Law Office of J. Patrick Connick, Metairie, LA; John Robert Warren, II, Plaintiffs' Legal Committee, New Orleans, LA; John W. deGravelles, deGravelles, Palmintier, Holthaus & Fruge', Baton Rouge, LA; Keith Michael Couture, Keith Couture Law Firm, Mandeville, LA; Peyton Patrick Murphy, Murphy Law Firm, Baton Rouge, LA; Richard Massie Martin, Jr., Richard M. Martin, Jr., Attorney at Law, New Orleans, LA; Robert John Caluda, The Caluda & Rebennack Law Firm, Metairie, LA; Walter C. Dumas, Dumas & Associates Law Corporation, Baton Rouge, LA.

For Gary Greer, 07-647; Individually, and on behalf of all others similarly situated, Gary Bird, 07-647; Individually, and on behalf of all others similarly situated, Cynthia Bird, [*68] 07-647; Individually, and on behalf of all others similarly situated, Thurman Kaiser, 07-647; Individually, and on behalf of all others similarly situated, Patricia Monteleone, 07-647; Individually, and on behalf of all others similarly situated, Consol Plaintiffs: Joseph M. Bruno, LEAD ATTORNEY, David Scott Scalia, Bruno & Bruno, New Orleans, LA; Albert Joseph Rebennack, Jr., [*69] Law Offices of Albert J. Rebennack, Metairie, LA; Ashton Robert O'Dwyer, Jr., Ashton R. O'Dwyer, Jr., Attorney at Law, New Orleans, LA; Calvin Clifford Fayard, Jr., Fayard & Honeycutt, Denham Springs, LA; Daniel E. Becnel, Jr., Law Offices of Daniel E. Becnel, Jr., Reserve, LA; Darleen Marie Jacobs, Jacobs & Sarrat, New Orleans, LA; Dennis

Reich, Reich & Binstock, Houston, TX; F. Gerald Maples, Stephen Michael Wiles, F. Gerald Maples, P.A., New Orleans, LA; Gerald Edward Meunier, Gainsburgh, Benjamin, David, Meunier & Warshauer, New Orleans, La; Hugh Palmer Lambert, Lambert & Nelson, New Orleans, LA; Jerrold S. Parker, Parker & Waichman, LLP, Great Neck, NY; Jim S. Hall, Jim S. Hall & Associates, Metairie, LA; John Patrick Connick, Law Office of J. Patrick Connick, Metairie, LA; John W. deGravelles, deGravelles, [*69] Palmintier, Holthaus & Fruge', Baton Rouge, LA; Keith Michael Couture, Keith Couture Law Firm, Mandeville, LA; Peyton Patrick Murphy, Murphy Law Firm, Baton Rouge, LA; Richard Massie Martin, Jr., Richard M. Martin, Jr., Attorney at Law, New Orleans, LA; Robert John Caluda, The Caluda & Rebennack Law Firm, Metairie, LA; Walter C. Dumas, Dumas & Associates Law Corporation, [*70] Baton Rouge, LA.

For Maureen O'Dwyer, 07-206, Consol Plaintiff: Ashton Robert O'Dwyer, Jr., LEAD ATTORNEY, Ashton R. O'Dwyer, Jr., Attorney at Law, New Orleans, LA.

For Judy M. Paul, 07-993, Willie Mackie, Sr., 07-993, Consol Plaintiffs: John J. Cummings, III, LEAD ATTORNEY, Cummings, Cummings & Dudenhefer, New Orleans, LA; Arthur Anthony Morrell, Author A. Morrell, Attorney at Law, New Orleans, LA; Deborah M. Sulzer, Deborah M. Sulzer, Attorney at Law, New Orleans, LA; Richard Massie Martin, Jr., Richard M. Martin, Jr., Attorney at Law, New Orleans, LA; Richard Anthony Weigand, Weigand & Levenson, New Orleans, LA; Suzette Peychaud Bagneris, Bagneris & Larkins, New Orleans, LA.

For Ferrara, Inc., 06-7575, Consol Plaintiff: Brian Alan Ferrara, LEAD ATTORNEY, Sewerage & Water Board Legal Department, New Orleans, LA; James [*70] A. Watkins, Thomas Carey Wicker, III, Capitelli & Wicker, New Orleans, LA.

For Michelle Hennessey, Alice Meyer, Laurie Coniglio, Leo Mitchell, Lenniece Morrell, Charles Moses, Laura Greer, Gary Greer, Gertrude Esteves, Stella Washington, John B. Williams, Emanuel Wilson, Lucinda Coco, Leslie Dorantes, Anita Harrison, Trenise Jackson, Dwayne Mallet, Donna Augustine, [*71] Gladys La Beaud, Daisy Innis, Betty Jones, Denise Meade, Joella Cephas, Beatrice Drew, Eddie Knighten, Calvin Levy, Nicola McCathen, Consol Plaintiffs: Gerald Edward Meunier, LEAD ATTORNEY, Gainsburgh, Benjamin,

David, Meunier & Warshauer, New Orleans, La.

For Andrew S Palumbo, 06-9990, Terry G. Thomas, 06-7909, Samuel Palumbo, Jr., 06-7922, Gwendolyn Little, 06-9077, Charles E Little, Jr, 06-9077, Licia Duffy, 06-8674, Terrence Duffy, Sr., 06-8674, Carla F. Nevil, 06-7437, Larry D Nevil, 06-7437, Elaine Gomez, 06-8274, Paul Gomez, 06-8274, Consol Plaintiffs: Gary Michael Pendergast, LEAD ATTORNEY, Gary M. Pendergast, LLC, New Orleans, LA.

For Glynn Wade, 07-1285, Consol Plaintiff: N. Frank Elliot, III, LEAD ATTORNEY, Ranier, Gayle & Elliot, LLC, Lake Charles, LA; Jonathan Beauregard Andry, The Andry Law Firm, New Orleans, [*71] LA.

For Dianne Lindsey, 07-1285, Ronnie Lindsey, 07-1285; Individually and on behalf of all others similarly situated, Consol Plaintiffs: N. Frank Elliot, III, LEAD ATTORNEY, Ranier, Gayle & Elliot, LLC, Lake Charles, LA.

For Donna Augustine, 07-1286, Labeaud Gladys, 07-1286, Daisy Innis, 07-1286, Betty Jones, 07-1286, Denise Meade, 07-1286, Lenniece Morrell, 07-1286; [*72] On Behalf of Themselves and All Others Similarly Situated, Consol Plaintiffs: Joseph M. Bruno, LEAD ATTORNEY, David Scott Scalia, Bruno & Bruno, New Orleans, LA; Gerald Edward Meunier, Gainsburgh, Benjamin, David, Meunier & Warshauer, New Orleans, La.

For Robert Ciuffi, Jr., 07-1271, Lisa Rodrigue-Ciuffi, 07-1271, Yolanda McKenzie, 07-1271, Lois McKenzie, 07-1271, Consol Plaintiffs: Arthur W. Landry, LEAD ATTORNEY, Arthur W. Landry and Jeanne Andry Landry, Attorneys at Law, New Orleans, LA; Jerald N. Andry, Jr., Jerald N Andry, Jr., Attorney at Law, New Orleans, LA; Jonathan Beauregard Andry, The Andry Law Firm, New Orleans, LA.

For Xavier University of Louisiana, 07-1304; On behalf of itself and all other similarly situated not for profit organizations, Imperial Trading Co., Inc., 07-1303, Imperial Trading Co., L.L.C., [*72] 07-1303, AMA Distributors Inc, 07-1303, Imperial Ventures Inc, 07-1303, Delta Video Services Inc, 07-1303, Lucky Coin Machine Company, 07-1303, Rainbow Fire, Inc., 07-1303, National Gaming Company, L.L.C., 07-1303, Don Juan Cigar Company LLC, 07-1303, ZLN Holdings, L.L.C., 07-1303, Southeast Ventures Inc, 07-1303; On behalf of itself and all other similarly situated [*73] commercial entities and organizations, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Kevin Michael McGlone, Peter L. Hilbert, Jr., Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For B. Gerald Weeks, 07-112, Consol Plaintiff: David Edmund Kavanagh, LEAD ATTORNEY, Weeks, Kavanagh & Rendeiro, New Orleans, LA.

For Robert Mejia, 06-2786, Janine G. Mejia, 06-2786, Consol Plaintiffs: Kenneth Charles Fonte, LEAD ATTORNEY, Kenneth C. Fonte, Attorney at Law, Metairie, LA.

For Stanley Jacobs, 06-8892, Peggy Jacobs, 06-8892, Consol Plaintiffs: Jodi Jacobs Aamodt, LEAD ATTORNEY, Stanley Joseph Jacobs, Jacobs, Manuel & Kain, New Orleans, LA.

For Auto Club Family Insurance Co., 06-2124, Consol Plaintiff: Wayne Robert Maldonado, LEAD ATTORNEY, Norman F. Hodgins, III, Ungarino & Eckert, LLC, Metairie, [*73] LA.

For Akram Jebreel, 06-5388 doing business as Tobacco Discount, Abdul R. Khan, 06-4571 doing business as Yaseen Shell Station, Abdul Rahman Khan, 06-5252, Consol Plaintiffs: Perry Michael Nicosia, LEAD ATTORNEY, Lance V. Licciardi, Randy Scott Nunez, Nicosia, Licciardi & Nunez, Chalmette, LA.

For Wylene Heron, 06-7327, Rosetta Irons, 06-2919, Eric Irons, 06-2919, [*74] Ella Foster, 06-2919, Howard Foster, Jr., 06-2919, Consol Plaintiffs: Elton Heron, LEAD ATTORNEY, Law Office of Elton Heron, Geismar, LA.

For Genevieve Williams, 06-2919, Consol Plaintiff: Drew A. Ranier, LEAD ATTORNEY, N. Frank Elliot, III, Ranier, Gayle & Elliot, LLC, Lake Charles, LA; Darin J. McMullen, John N. Ellison, Anderson Kill & Olick, PC, Philadelphia, PA; Calvin Clifford Fayard, Jr., David Blayne Honeycutt, Fayard & Honeycutt, Denham Springs, LA; David Scott Scalia, Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; J. J. (Jerry) McKernan, McKernan Law Firm, Baton Rouge, LA; Larry Dewayne Dyess, Larry D. Dyess, APLC, Baton Rouge, LA; Matthew D. Schultz, Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, PA, Pensacola,

FL; Wanda Jean Edwards, Fayard & Honeycutt, Denham Springs, LA.

For Nettie F. Bridges, 06-4385, [*74] Auguster Cage, 06-7585, Cleo T. Cage, 06-7585, Gloria Calhoun, 06-6145, Sean Goodman, 06-3799, Silvia Goodman, 06-3799, Harold L. Chambliss, 06-7079, Alisa G Chambliss, 06-7079, Rawn Davis, 06-4811, Bonnie Davis, 06-4811, Consol Plaintiffs: J. Douglas Sunseri, LEAD ATTORNEY, Dawn Danna Marullo, Svetlana V. Crouch, Nicaud, Sunseri & Fradella, LLC, Metairie, [*75] LA.

For Nicholas Franco, 06-7660, Martha Franco, 06-7660, Consol Plaintiffs: George Febiger Riess, LEAD ATTORNEY, Law Offices of George F. Riess & Associates, LLC, New Orleans, LA.

For Jason Hammer, 06-9152; Individually and on behalf of all others similarly situated, Consol Plaintiff: Kevin Joseph Katner, LEAD ATTORNEY, Ferrouillet Law Firm, P.L.C., New Orleans, LA; Jack Samuel Tenenbaum, Bluhm Legal Clinic, Chicago, IL.

For M. Lynn Douville, 07-1113, John-Michael Lawrence, 07-1113, Bettie Mebane, 07-1113, Patamadai Thiagarajan, 07-1113, Karim-Abdur Rahman, 07-1113, Wendy Richardson, 07-1113, Adam Richardson, 07-1113, Consol Plaintiffs: John-Michael Lawrence, LEAD ATTORNEY, John-Michael Lawrence, LLC, New Orleans, LA.

For John Fitzmorris, 06-1768, Katherine Fitzmorris, 06-1768, Gary R. Vetter, 06-1769, Linda A. Vetter, 06-1769, Carol [*75] Ann Heintz, 06-3999, Alvin Lewis, 06-3996, Cronwell Lewis, 06-3996, Consol Plaintiffs: Mickey P. Landry, LEAD ATTORNEY, David Ryan Cannella, Frank J. Swarr, Landry & Swarr, LLC, New Orleans, LA.

For Frederick J. Gisevius, Jr., 06-5307; individually and on behalf of Carol Ann Waguespack, Jane M. Gisevius, 06-5307, Joan Gisevius Johnson, 06-5307, Consol [*76] Plaintiffs: Frederick J. Gisevius, Jr., LEAD ATTORNEY, Law Offices of Fred Gisevius, Metairie, LA.

For Mary Alice Roberts, 06-2315, Consol Plaintiff: Michael Dennis Riley, LEAD ATTORNEY, Michael D. Riley, Attorney at Law, New Orleans, LA.

For Chapman G. Holbrook, 06-4709, Lorene Holbrook,

06-4709, Consol Plaintiffs: Rainer Lorenz, LEAD ATTORNEY, Rainer Lorenz, Attorney at Law, Covington, LA.

For A Patrick Dehon, Jr, 06-6761, Maureen E. Dehon, 06-6761, Consol Plaintiffs: A. Patrick Dehon, Jr., LEAD ATTORNEY, A. Patrick Dehon Jr., Attorney at Law, New Orleans, LA.

For Norman C. Francis, 06-6163, Blanche Francis, 06-6163, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Jan C Benjamin, 06-8849, Consol Plaintiff: Jack C. Benjamin, Jr., LEAD ATTORNEY, Preis [*76] & Roy, New Orleans, LA.

For Jean Garrett Michel, 07-245, Consol Plaintiff: Wayne E. Garrett, LEAD ATTORNEY, Wayne E. Garrett, Attorney at Law, New Orleans, LA; James Browne Larose, III, James Browne Larose, III, Attorney at Law, New Orleans, LA.

For Chris Carney, 07-1349; et al, Consol Plaintiff: James E. Ross, Jr., LEAD ATTORNEY, Ross Law Firm, [*77] Monroe, LA; Margot Ann Tillman-Fleet, Margot Anjn Tillman-Fleet, Attorney at Law, Baton Rouge, LA; Mazie Toussaint Roberson, Mazie Toussaint Roberson, Attorney at Law, Baton Rouge, LA.

For Burdett Reneau, 06-7722 doing business as Hand Made Suits, Mavis Reneau, 06-7722 doing business as Hand Made Suits, Consol Plaintiffs: David Charles Clement, LEAD ATTORNEY, Clement & Gates, LLC, New Orleans, LA; Fortune A. Dugan, The Clement Law Firm, New Orleans, LA.

For Jennie C. Canella, 07-1015, Beverly Jackson, 07-1262, Carol A. Newman-Harrold, 07-1528, Consol Plaintiffs: J. Douglas Sunseri, LEAD ATTORNEY, Brian J. Branch, Dawn Danna Marullo, Svetlana V. Crouch, Nicaud, Sunseri & Fradella, LLC, Metairie, LA.

For Brazella Briscoe, 07-1564, Canary Briscoe, 07-1564, Johnell Wade, Jr., 07-1576, Tanya Wade, 07-1576, Harold Villere, 07-1567, Flora Villere, 07-1567, [*77] Latoya Williams, 07-1690, Brazella Briscoe, 07-1568, Canary Briscoe, 07-1568, Gerald Levin, 07-1606, Sylvia Harness, 07-1569, Anthony Banks, 07-1573, Belinda Weber Banks, 07-1573, Allen Singer, 07-1574, Charity

W. Singer, 07-1574, Thomas Flenner, Jr., 07-1575, Sarah Kennerson, 07-1604, Cheryl Sciambra, 07-1597, Donald Marco, 07-1580, [*78] Gwendolyn Marco, 07-1580, William Snyder, 07-1577, Dawn Snyder, 07-1577, Lester Morgan, 07-1578, Sheila Morgan, 07-1578, Esco Bickham, 07-1582, Peggy Bickham, 07-1582, Allison Robinson, 07-1587, Todd Robinson, 07-1587, Gloria Albert, 07-1593, Colette M. Guste, 07-1596, Anthony Engolia, 07-1561, Ellis Mix, 07-1571, Eugene Schwankhart, 07-1601, Albertine Schwankhart, 07-1601, William Tumblin, 07-1602, Julie Tumblin, 07-1602, Lawrence Banks, 07-1603, Doris Starnes, 07-1588, Georgia A. Villere, 07-1589, Rosemary Martin, 07-1590, Dominic Martin, 07-1590, Edwina Gibson, 07-1598, Carolyn Myers, 07-1600, Edward Myers, Jr., 07-1600, Raynett Gilyot, 07-1688, Juan Lumas, Jr., 07-1688, Audrey D. Haines, 07-1691, Joseph A. Haines, 07-1691, Theresa Chatelain, 07-1692, Kerry Chatelain, 07-1692, Nancy Stewart, 07-1693, Lowell Stewart, 07-1693, Esco Bickham, 07-1581, Peggy [*78] Bickham, 07-1581, Ellis Haughton, 07-1844, Diane Roy, 07-1845, Jessica Lalumia, 07-1586, Jennifer Lalumia, 07-1586, Ursula Poree, 07-1592, Stanley Harris, 07-1566, Susan Harris, 07-1566, Francis Jobert, 07-1570, Dana Heaton, 07-1848, Melvin Ellzey, 07-1849, Dow M. Edwards, 07-1948, Carnese M. Williams, 07-1929, Elodie Bourgeois, [*79] 07-1930, Sheddrick Sanchez, 07-1608, Jackolyn Sanchez, 07-1608, Patricia Ailes, 07-1595, Garnell Carreras, 07-1562, Bert Carreras, 07-1562, Loraine Jupiter, 07-1689, Mack Melancon, 07-2448, Jacqueline Melancon, 07-2448, Rhoda Thorpe, 07-2449, Ernestine Fultz, 07-2451, Consol Plaintiffs: Patrick G. Kehoe, Jr., LEAD ATTORNEY, Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Brent A. Klibert, Attorney at Law, New Orleans, LA; Bruce L. Feingerts, Feingerts & Kelly, PLC, New Orleans, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Randy Jay Ungar, Ungar & Byrne, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; William Peter Connick, [*79] Connick & Connick, LLC, Metairie, LA.

For Erin Burks, 06-4173, Consol Plaintiff: Jack Howard Tobias, LEAD ATTORNEY, Law Office of Jack H. Tobias, New Orleans, LA.

For Ronald A. Holbrook, 06-2617, April Holbrook,

06-2617, Consol Plaintiffs: Randal J. Robert, LEAD ATTORNEY, Connell Lee Archey, Jennifer Aaron Hataway, Travis [*80] Brendon Wilkinson, Kantrow, Spaht, Weaver & Blitzer, Baton Rouge, LA.

For Deborah Acker, 07-1823, Carmen Acosta, 07-1858, Ernesto Acosta, Sr., 07-1858, Clifton Allen, 07-1859, Estelle Allen, 07-1859, James Andrews, 07-1860, Emma Andrews, 07-1860, Jesse Augustine, 07-1861, Doris Augustine, 07-1861, Fred Austin, 07-1862, Debra Austin, 07-1862, Kevin P. Baker, 07-1863, Betty Baptiste, 07-1864, Judy Baptiste, 07-1865, Riley Baptiste, 07-1865, Johnnie Barnes, 07-1866, Maureen Ancar Barnes, 07-1867, Mark Barnes, 07-1867, Barbara Barnes, 07-1868, Thomas Barnes, III, 07-1868, Vernon Barnes, 07-1869, Anna Branon, 07-1882, Mildred A. Brasly, 07-1883, D'Andrea Bass, 07-1870, Troylynn Bass, 07-1870, Clara Brooks, 07-1884, Malcom Brooks, 07-1884, Catherine Beckett, 07-1871, Clare Brown, 07-1885, Yolanda Brown, 07-1886, Willena Benjamin, 07-1872, Rose Butler, 07-1887, Gary Bennett, [*80] 07-1873, Regina Bennett, 07-1873, Beverly Banks, 07-1874, Billy Byrd, 07-1888, Shalanda Byrd, 07-1888, Lilly Benoit, 07-1875, Clarence Berzat, 07-1876, Virginia Berzat, 07-1876, Charlene Bieneny, 07-1877, Mark Blay, 07-1878, Anitra Blay, 07-1878, Ruth Blunt, 07-1879, Katheryn Bordenave, 07-1880, Hazel Branch, 07-1881, [*81] Jennie Calhoun, 07-1889, Larry D. Caston, Sr., 07-1890, Mildred Newton, 07-1890, Maria Kay Chetta, 07-1891, Japheth Chissell, 07-1892, Bernice Chissell, 07-1892, Emelda Coleman, 07-1893, Henry Brooks, 07-1894, Adeline Brooks, 07-1894, Johnny Crutchfield, 07-1895, Rita Francois, 07-1904, Joseph Francois, 07-1904, Mercedes Gaines, 07-1905, Darrin Dave, 07-1896, Patricia Woods, 07-1896, Warrene Gambino, 07-1906, Yonda Henry Fournier, 07-1907, Irma F. Davis, 07-1897, Jonah Ford, 07-1908, Marynell Fernandez, 07-1909, Cynthia Fefie, 07-1910, Alfred Edwards, 07-1911, Carmel Edwards, 07-1911, Michel Dedeaux, 07-1898, Nobie Dedeaux, 07-1898, Ellis Duncan, 07-1912, Carol Delay, 07-1899, Ray Dunbar, 07-1913, Ann Gary, 07-1914, Vanessa Demasiliere, 07-1900, Janice Dennison, 07-1901, Mildred Gay, 07-1915, Byron Gay, 07-1915, Lanier Dixon, 07-1902, Pauline Dixon, 07-1902, Paulette [*81] Gibbs, 07-1916, Willie Gibbs, 07-1916, Lionel Dixon, 07-1903, Demetra Dixon, 07-1903, Ann Marie Giles, 07-1917, Cheryl Gilmore, 07-1918, Jeffery Gilmore, 07-1918, James Gleason, 07-1919, Darlene Gleason, 07-1919, Maxine Glover, 07-1920, Albert Glover, 07-1920, Beverly

2007 U.S. Dist. LEXIS 65239, *81

Hampton, 07-1943, James Hampton, 07-1943, Gizelle [*82] Grant, 07-1921, Adrienne Harris, 07-1944, Odlie L. Harris, 07-1945, Mary Harris, 07-1946, Roland Harris, Sr., 07-1946, Demetrius Hayes, 07-1947, James Hayes, 07-1948, Ella Hayes, 07-1948, Lana Home, 07-1949, Wayne Howard, 07-1950, Roslyn Howard, 07-1950, Ada Hudson, 07-1951, Dena Hurst, 07-1952, Harold Hurst, 07-1953, Sandra Hurst, 07-1953, Yolanda Jenkins, 07-1954, Alicia Jerome, 07-1955, Elyania Jackson, 07-1956, Burma Jackson, 07-1956, Lionel Jackson, 07-1957, Linda Jackson, 07-1957, William Jackson, 07-1958, Daisy Jackson, 07-1958, Betty James, 07-1959, Albert Jarrell, 07-1960, Carole Jarrell, 07-1960, Geraldine Jenkins, 07-1961, Marie Jerome, 07-1962, Bryan Jackson, 07-1963, Kellie Jackson, 07-1963, Cherlene Johnson, 07-1964, Ethel Johnson, 07-1965, Mischall Johnson, 07-1966, Nelson Johnson, 07-1966, Sheila Johnson, 07-1967, Wilfred Joseph, 07-1968, Patricia Keligond, [*82] 07-1969, Herbert Keligond, Jr., 07-1969, Melinda Kepp, 07-1970, James Lamark, Jr., 07-1971, Linda Lambert, 07-1972, Roland Lasker, 07-1973, Shenna Lasker, 07-1973, Michael Lawrence, 07-1974, Lois Lee, 07-1978, Gerald Lee, Sr., 07-1978, Tressie Levy, 07-1979, Darrell Levy, 07-1979, Correnthia Lewis, 07-1980, [*83] Debbie Lewis, 07-1981, Kelvin Lewis, 07-1981, Kevin Lewis, 07-1982, Missie Lewis, 07-1983, Pamela Lewis, 07-1984, Lure Lewis, 07-1985, Tom Lewis, Jr., 07-1985, Cecil Leavell, 07-1975, Larry Leavell, 07-1975, Anna Bell Lee, 07-1976, Brenda Lee, 07-1977, Larranette Lofton, 07-1986, Michael Lowe, 07-1987, Niemna Lowe, 07-1987, Angela Lyons, 07-1988, Alicia Major, 07-2018, Isaac Major, 07-2018, Rosalie Marchand, 07-2019, Doris Martin, 07-2020, Wanda Mason, 07-2021, William Mason, 07-2021, Phil Matherne, 07-2022, June Matherne, 07-2022, Brian McCadney, 07-2023, Cindy McCadney, 07-2023, Ransom McCormick, 07-2024, Labertha McCormick, 07-2024, Hazle McMiller, 07-2025, Latoya Melancon, 07-2026, Wendell Meyers, 07-2027, Kimberly Meyers, 07-2027, Clementine Robb Mimms, 07-2028, Sarah C. Minor, 07-2029, Charlene Mora, 07-2030, Christine Mora, 07-2031, Beverly Moten, 07-2032, Willie Moten, 07-2032, [*83] Edward Myles, Jr, 07-2033, Linda Nelson, 07-2034, Walter Noil, 07-2035, Zina Page, 07-2036, Joseph Pavur, 07-2037, Charmaine Pavur, 07-2037, Carnell Payton, 07-2038, Joy Washington Payton, 07-2039, Romell Payton, 07-2039, Earl Pellerin, Jr., 07-2040, Addison Penn, 07-2041, Yolanda Penn, 07-2041, [*84] Harry Perrault, 07-2042, Dorothy Perrault, 07-2042, Frances Perry, 07-2043, Alsia

Phillips, 07-2044, Terry Phillips, Sr., 07-2044, Lilly Quest, 07-2045, Shannon Rainey, 07-2046, Paul Raymond, 07-2047, Dorothy Reeden, 07-2048, Roosevelt Richard, 07-2049, Barbara Richard, 07-2049, Ella Ridgley, 07-2050, Inell Roberts, 07-2051, Johnny Roberts, Sr., 07-2051, Marclean Robertson, 07-2052, Willie Robertson, 07-2052, Julia Young, 07-2157, Joseph Young, Jr, 07-2157, Marvin Young, 07-2158, Michelle Young, 07-2158, Donna Robinson, 07-2053, Craig Robinson, 07-2053, Irvin Sacrite, 07-2159, Jacqueline Sacrite, 07-2159, Magdalene Sanders, 07-2160, Theresa Sanders, 07-2161, Rose Saunders, 07-2162, Rose Sceau, 07-2163, Bonnie Shelton, 07-2164, William Shelton, Jr., 07-2164, Albertine Skinner, 07-2165, Ronnie Smith, 07-2166, Ronald Robinson, 07-2054, Sheila Robinson, 07-2055, Dawn Snyder, 07-2167, William Snyder, [*84] 07-2167, Judy Spitzer, 07-2168, John Spitzer, 07-2168, Allen Staes, 07-2169, Marjorie Staes, 07-2169, Toni Roman, 07-2056, Albert Roman, 07-2056, Giselle Rooney, 07-2057, Joseph Rooney, Jr., 07-2057, Calvin Stewart, 07-2170, Kim Stewart, 07-2170, Judith Stewart, 07-2171, Carolyn Streams, [*85] 07-2172, Deborah Sullen, 07-2173, Alvin Sullen, 07-2173, Rubbie Sullivan, 07-2174, Marc Theriot, 07-2175, Lanika Theriot, 07-2175, Othrea Thomas, 07-2176, Joseph Roth, 07-2058, Barbara Roth, 07-2058, Lester Rumowski, 07-2059, Delena Russell, 07-2060, Hubbard Russell, 07-2060, Virginia Thomas, 07-2177, Melanie Thompson, 07-2178, Lucies Thompson, 07-2178, Elvera Thornton, 07-2179, Edith Toney, 07-2180, Gloria Trepagnier, 07-2181, Nathan Trepagnier, 07-2181, Shirley Walker, 07-2182, Emelda Warren, 07-2183, Maize Warren, 07-2183, Bessie Welch, 07-2184, Louise White, 07-2185, Catherine Williams, 07-2186, D.C. Williams, 07-2186, Cheryl Williams, 07-2187, Diana Williams, 07-2188, Janet Williams, 07-2189, Merlin Williams, 07-2189, Karen Williams, 07-2190, Knayo Williams, 07-2191, Rachell Williams, 07-2191, Lisa Marie Williams, 07-2192, Wayne Williams, 07-2193, Gail Williams, 07-2193, Otis Wilson, Jr., 07-2194, [*85] Florence Windon, 07-2195, Erroll Windon, 07-2195, Gwendolyn Winesberry, 07-2196, Joycelyn Jarrell, 07-2197, Ernest Wyatt, 07-2197, Melissa Wright, 07-2198, Robert Wright, Jr., 07-2198, Utilda Farria, 07-2232, Kathy Roberts, 07-2232, Emma Beam, 07-2233, David Kramer, 07-2233, Carolyn [*86] Sobers, 07-2234, Juanita Spears, 07-2235, Hilda Stamps, 07-2236, Rose Thomas, 07-2237, David Trahan, 07-2238, Lois Trevigne, 07-2239, Joseph Trevigne, 07-2239, Edwin Turfant, 07-2240, Rosana Turfant, 07-2240, Thelma Walker, 07-2241, Consol

Plaintiffs: Jim S. Hall, LEAD ATTORNEY, Joseph W. Rausch, Jim S. Hall & Associates, Metairie, LA.

For Gene Tarzetti, 06-5895, Khalann Tarzetti, 06-5895, Consol Plaintiffs: James L. Daniels, LEAD ATTORNEY, Ringuet, Daniels & Collier, Lafayette, LA.

For Gwen Burk, 06-7846, William R. Burk, 06-7846, Frank D. Natal, 06-6676, Mary Mustacchia Morello, 07-2763, Consol Plaintiffs: John A. Venezia, LEAD ATTORNEY, William B. Gordon, III, Law Office of John A. Venezia, Metairie, LA.

For Dana R. Venezia, 06-6660, John A Venezia, 06-6660, Consol Plaintiffs: John A. Venezia, LEAD ATTORNEY, William B. Gordon, III, Law Office of John A. Venezia, Metairie, LA; David Charles Clement, Clement [*86] & Gates, LLC, New Orleans, LA.

For Beulah Baptist Church, Inc., 06-3430, Consol Plaintiff: Harry E. Cantrell, Jr., LEAD ATTORNEY, Cantrell Law Firm, New Orleans, LA.

For Temple Sutton, 06-7608, Consol Plaintiff: B. Gerald Weeks, LEAD ATTORNEY, Weeks, Kavanagh & Rendeiro, New [*87] Orleans, LA.

For Jannice Stevenson, 06-7603, Edward Held, 07-1610, Consol Plaintiffs: Patrick G. Kehoe, Jr., LEAD ATTORNEY, Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Brent A. Klibert, Attorney at Law, New Orleans, LA; Bruce L. Feingerts, Feingerts & Kelly, PLC, New Orleans, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Randy Jay Ungar, Ungar & Byrne, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; Waldon Michael Hingle, Michael Hingle & Associates, Inc., Slidell, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Alice C. Mayeur, 07-1481, Consol Plaintiff: Patrick G. Kehoe, Jr., LEAD ATTORNEY, Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Allan Berger, [*87] Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Bruce L. Feingerts, Feingerts & Kelly, PLC, New Orleans, LA; John Van Robichaux, Jr., Robichaux Law Firm, New

Orleans, [*88] LA; Randy Jay Ungar, Ungar & Byrne, New Orleans, LA; Ronald J. Favre, Michael Hingle & Associates, Inc., Slidell, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; Waldon Michael Hingle, Michael Hingle & Associates, Inc., Slidell, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Marseilles Homeowners Condominium Association, Inc., 06-6845, Consol Plaintiff: Stephen P. Schott, LEAD ATTORNEY, Jason Ross Anders, Montgomery Barnett, New Orleans, LA.

For Clarence Davis, 07-1687, Consol Plaintiff: Patrick G. Kehoe, Jr., LEAD ATTORNEY, Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Brent A. Klibert, Attorney at Law, New Orleans, LA; Bruce L. Feingerts, Feingerts & Kelly, PLC, New Orleans, LA; John Van Robichaux, Jr., Robichaux [*88] Law Firm, New Orleans, LA; Randy Jay Ungar, Ungar & Byrne, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Roselda Taylor, 07-1585, Consol Plaintiff: Patrick [*89] G. Kehoe, Jr., LEAD ATTORNEY, Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Brent A. Klibert, Attorney at Law, New Orleans, LA; Bruce L. Feingerts, Feingerts & Kelly, PLC, New Orleans, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Randy Jay Ungar, Ungar & Byrne, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For John Isbell, 07-1791, Lester Hueschen, 07-1793, Michael P. Palmisano, 07-1795, Lorraine S. Palmisano, 07-1795, Shirley Salez Reichert, 07-1797, William Pat Power, 07-1798, Wayne Mayeux, 07-1799, Wanda Jennings, 07-1801, Gary Jennings, 07-1801, Victor Cerise, 07-1802, Ann Cerise, 07-1802, Brossie Perniciaro, 07-1803, Gwendolyn Perniciaro, [*89] 07-1803, Brossie Perniciaro, 07-1804, Gwendolyn Perniciaro, 07-1804, Hope Hahn, 07-1785, Randy Hahn, 07-1785, JoAnn Everhardt, 07-1787, John Atwood,

07-1789, Gretchen Atwood, 07-1789, Brian Bouvier, 07-1805, Tammy Bouvier, 07-1805, Christine Terranova, 07-1809, [*90] Theresa O'Donnell, 07-1813, Kenneth O'Donnell, 07-1813, Muriel Faust, 07-1814, Nolan Matern, 07-1815, Sandra Matern, 07-1815, Leonard Phillips, 07-1816, Annie Phillips, 07-1816, Michael P. Palmisano, 07-1817, Lorraine S. Palmisano, 07-1817, Mike Piazza, 07-1818, Dina Savarese, 07-1819, Eric Gerlinger, 07-1782, Joy Gerlinger, 07-1782, Jeanne Doyle, 07-1788, Buddy Doyle, 07-1788, John Boniol, 07-1790, Charles G. Frederic, Jr., 07-1806, Darnell Frederic, 07-1806, Charles J Phillips, 07-1808, Sotirious Nicolopoulos, 07-1812, Panagloea Nicolopoulos, 07-1812, Joseph Gregoire, 07-1792, Marsha Herbert, 07-1794, Donald Herbert, 07-1794, Sandra Killeen, 07-1796, Bessie Perez, 07-1800, Thomas Paul Gray, 07-1800, Frank Doyle, 07-1783, Ruth Doyle, 07-1783, Charles J. Marsh, 07-1807, Michele E. Power, 07-1807, Consol Plaintiffs: Patrick G. Kehoe, Jr., LEAD ATTORNEY, Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Allan Berger, Allan Berger [*90] & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., [*91] New Orleans, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Denise Zeairs, 07-1811, Consol Plaintiff: Patrick G. Kehoe, Jr., LEAD ATTORNEY, Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Harold Hebert, 07-1784, Stacy Hebert, 07-1784, Consol Plaintiffs: Patrick G. Kehoe, Jr., LEAD ATTORNEY, Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, [*91] LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; William Peter Connick, Connick &

Connick, LLC, Metairie, LA.

For Joyce Brown, 07-1847, Consol Plaintiff: Patrick G. Kehoe, Jr., LEAD ATTORNEY, Patrick G. Kehoe, Jr., APLC, [*92] New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Timothy A Blount, 06-7547, Consol Plaintiff: Gino John Rendeiro, LEAD ATTORNEY, B. Gerald Weeks, David Edmund Kavanagh, Weeks, Kavanagh & Rendeiro, New Orleans, LA.

For Debra Cloud, 06-6093, Consol Plaintiff: Michael Dennis Riley, LEAD ATTORNEY, Michael D. Riley, Attorney at Law, New Orleans, LA; Christopher Michael Rodriguez, Christopher M. Rodriguez, Attorney at Law, New Orleans, LA; Michael I. Rodriguez, Michael I. Rodriguez, Attorney at Law, New Orleans, LA; Michael Isaias Rodriguez, Jr., Law Offices of Michael I. Rodriguez, Jr., New Orleans, LA.

For Robert Ciuffi, [*92] 06-8617, Brenda Ciuffi, 06-8617, Consol Plaintiffs: Steven Joseph Rando, LEAD ATTORNEY, Law Offices of Steven J. Rando, LLC, New Orleans, LA.

For Durward B Dunn, 06-5288, Catherine C Dunn, 06-5288, Consol Plaintiffs: Robert G. Creely, LEAD [*93] ATTORNEY, The Creely Law Firm, LLC, New Orleans, LA; David Ryan Cannella, Frank J. Swarr, Mickey P. Landry, Landry & Swarr, LLC, New Orleans, LA.

For Ulysses Williams, 06-9188, Consol Plaintiff: Roy F. Amedee, Jr., LEAD ATTORNEY, Law Offices of Roy F. Amedee, Jr., New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Brent A. Klibert, Attorney at Law, New Orleans, LA; Bruce L. Feingerts, Feingerts & Kelly, PLC, New Orleans, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Patrick G. Kehoe, Jr., Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Paul Hesse, Law Offices of Ronnie G. Penton, Slidell, LA; Randy Jay

Ungar, Ungar & Byrne, New Orleans, LA; Waldon Michael Hingle, Michael Hingle & Associates, Inc., Slidell, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Robert Doll, [*93] 07-2730, Norma Doll, 07-2730, Roy Leebrick, 07-2731, Joann Leebrick, 07-2731, Consol Plaintiffs: William Peter Connick, LEAD ATTORNEY, Connick & Connick, LLC, Metairie, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, [*94] LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Brent A. Klibert, Attorney at Law, New Orleans, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Patrick G. Kehoe, Jr., Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Randy Jay Ungar, Ungar & Byrne, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA.

For Nancy E. Jackson, 06-8952, Timothy Jackson, 06-8952, Consol Plaintiffs: Andrew Allen Lemmon, LEAD ATTORNEY, Lemmon Law Firm, New Orleans, LA; Irma L. Netting, Lemmon Law Firm, Hahnville, LA.

For Rene Hollins, 07-2660, Mary Beth Gillaspie, 07-2661, Shontra Varnado, 07-2662, Frank Anselmo, 07-2663, Viola Johnson, 07-2664, Jacqueline K. Brown, 07-2665, Consol Plaintiffs: Calvin Clifford Fayard, Jr., LEAD ATTORNEY, David Blayne Honeycutt, Wanda Jean Edwards, Fayard & Honeycutt, Denham Springs, LA; Peyton Patrick Murphy, Murphy Law Firm, [*94] Baton Rouge, LA.

For Thomas Austin, Jr., 07-2679, Charlie Ward, 07-2680, Caleia Ward, 07-2680, Perry Rittner, 07-2681, Debbie Rittner, 07-2681, Jim Miller, 07-2682, Consol Plaintiffs: J. J. (Jerry) McKernan, LEAD ATTORNEY, [*95] Chet G. Bourdreaux, John H Smith, McKernan Law Firm, Baton Rouge, LA.

For Howard Gonzales, 07-2746, Betty Gonzales, 07-2746, Lloyd Rogers, 07-2747, Karen Rogers, 07-2747, Stacy Bishop, 07-2748, Victor Marino, 07-2748, Vernon Leval, 07-2749, Dale Valenti, 07-2750, Karen Polk, 07-2751, Kerry Scheuermann, 07-2752, Catherine Scheuermann, 07-2752, Thomas M. Mulkey, 07-2754, Dianne F. Mulkey, 07-2754, Rhonda Cospelich Dastugue, 07-2755, Eric Alfonso, 07-2756, Robyn Alfonso, 07-2756, Consol Plaintiffs: John Van Robichaux, Jr., LEAD ATTORNEY, Robichaux Law Firm, New Orleans, LA; Allan Berger, Allan Berger &

Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Brent A. Klibert, Attorney at Law, New Orleans, LA; Brian D. Page, Robichaux Law Firm, New Orleans, LA; Patrick G. Kehoe, Jr., Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Roy F. [*95] Amedee, Jr., New Orleans, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For David Peterson, 07-2753, Consol Plaintiff: John Van Robichaux, Jr., LEAD ATTORNEY, Robichaux Law Firm, New Orleans, LA; Allan [*96] Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Brent A. Klibert, Attorney at Law, New Orleans, LA; Brian D. Page, Robichaux Law Firm, New Orleans, LA; Patrick G. Kehoe, Jr., Patrick G. Kehoe, Jr., APLC, New Orleans, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Alicia Bongawil, 07-2259, Carolyn Hart, 07-2249, Shirley Alvis, 07-2260, Rickey Chopin, 07-2261, Thelma Chopin, 07-2261, Rickey Chopin, 07-2262, Thelma Chopin, 07-2262, Debra Mamou, 07-2250, Rickey Chopin, 07-2263, Thelma Chopin, 07-2263, Edmond Woodfork, 07-2264, Darrick Brown, 07-2265, JoAnn Dixon, 07-2266, Larry Dixon, 07-2266, Efren Samaniego, 07-2251, Elvira Samaniego, 07-2251, Demitria Gaddies, 07-2267, Joseph Tramontans, 07-2252, Elizan Sherman, 07-2268, Sheila Davis, 07-2269, Maxine Flores, 07-2270, Bernice Lee, 07-2271, Leslie Hughes, 07-2272, Leslie [*96] Hughes-Williams, 07-2273, Jeffery Hughes, 07-2273, Leslie Hughes, 07-2274, Jeffery Hughes, 07-2274, Leslie Hughes, 07-2275, Jeffery Hughes, 07-2275, Leslie Hughes, 07-2276, Jeffery Hughes, 07-2276, LaShanda Francis, [*97] 07-2253, Versey Hughes, 07-2277, Georgianna Bienvenu, 07-2278, Fred Kindred, 07-2254, Larry Cambrice, 07-2279, Darlene Cambrice, 07-2279, Reginald Copelin, 07-2280, Lessie Horne, 07-2281, Russell Stockard, 07-2282, Bernice Kindred, 07-2255, Salvatore Aguello, 07-2256, Kimberly Aguello, 07-2256, Alicia Bongawil, 07-2257, Bella Coker, 07-2257, Alicia Bongawil, 07-2258, Hien Hoang, 07-2283, Lam Ngoc Vu, 07-2283, Jack Rabito, 07-2284, Robert Rabito, 07-2284, Judy Dubroca, 07-2285, James Dubroca, 07-2285, Robert Vick, 07-2286, Fred Delise, 07-2298, Sharon Delise, 07-2298, Dinah Washington, 07-2299,

2007 U.S. Dist. LEXIS 65239, *97

Eliza Harris, 07-2300, L C Harris, 07-2300, Patrick Rovira, 07-2301, Ana Rovira, 07-2301, Rosalyn Beard, 07-2302, James H. Beard, Jr., 07-2302, Cynthia Foley, 07-2303, Phoebie Johnson, 07-2304, Waldo Fortin, 07-2305, Waldo Fortin, 07-2306, John Salisbury, 07-2307, Daniel Smith, 07-2308, Donnette Smith, 07-2308, Linda Brown, 07-2309, Lynn Brown, 07-2309, Mable Martin, 07-2310, Caldonia [*97] Lang, 07-2311, Jon Rupert, 07-2312, Stephen P Rupert, 07-2312, Veronica Johnson, 07-2313, Arthur Washington, 07-2314, Dinah M Washington, 07-2314, Herma Thomas, 07-2287, Earl Thomas, 07-2287, Ransom McCormick, [*98] 07-2315, Ransom McCormick, 07-2316, Roy Neyland, 07-2317, Sharon Neyland, 07-2317, Myrtle Senior, 07-2288, Elnora Johnson, 07-2289, James Davis, 07-2290, Will Lee, 07-2291, Annie R. Lee, 07-2291, Eric Kelly, 07-2292, Nicole Jones Kelly, 07-2292, Leo Soniat, 07-2293, Rebecca Montgomery, 07-2294, Louise Mele, 07-2295, Philip Mele, 07-2295, Florence Jackson, 07-2296, Florence Jackson, 07-2297, Sharon Peters, 07-2318, Edwina Washington, 07-2333, John Pierre, 07-2334, Kirdie Pierre, 07-2334, Verna Royal, 07-2335, Mary Christoffer, 07-2336, Bernice Simon, 07-2337, Mary Kyles, 07-2338, Roosevelt Kyles, Jr., 07-2338, Mary Pendleton, 07-2339, Felicia Jones, 07-2340, Michael Jones, 07-2340, Dawn Edwards, 07-2341, Lester Harris, 07-2341, Wayne Hill, 07-2342, Mary Hill, 07-2342, Andrew Ferdinand, 07-2342; deceased, Ervin Thomas, 07-2343, Joseph Catalanotto, 07-2319, Ana Catalanotto, 07-2319, Ervin Thomas, 07-2344, Tommie Dahlgren, 07-2345, Benny Dahlgreen, 07-2345, Karen Barlow, 07-2346, [*98] Karen Barlow, 07-2347, Margaret Bergeron, 07-2347, Cornelius Edinburgh, 07-2348, Colestine Edinburgh, 07-2348, Dawn Edwards, 07-2349, Connie Jernigan, 07-2350, Hulie Jernigan, 07-2350, Beverly McCrary, 07-2320, [*99] Charles McCrary, 07-2320, Rhonda Penalacia, 07-2321, James Penalacia, 07-2321, Javier Pazmino, 07-2351, Vanessa M. Pazmino, 07-2351, Alberto Alonso, 07-2352, Rocio Zelayo Alonso, 07-2352, Joseph Baldwin, 07-2353, Lynn Lennox, 07-2354, Danielle Crawford, 07-2322, Wonda Crawford, 07-2322, David Scalia, 07-2355, Genevieve Williams, 07-2323, Amelia Anthony, 07-2323, Robert Slavich, 07-2356, Marlene Slavich, 07-2356, Juanita Spears, 07-2357, Paul Scalia, 07-2358, Liboria Gioe, 07-2324, Janelle Cable, 07-2325, Stacy Fuchs, 07-2326, Andrew Fuchs, 07-2326, George Amann, 07-2359, Connie Amann, 07-2359, Rosemarie Ranzino, 07-2327, Joseph Ranzino, 07-2327, Rose Thomas, 07-2328, Shannon Thomas, 07-2328,

Joseph Tramontans, 07-2360, Joseph Tramontans, 07-2361, Laurie Brocato, 07-2362, Rosemary Netter, 07-2363, Albert Thibodeaux, 07-2364, Connie Scott, 07-2365, Phillis Johnson, 07-2366, Kim Paulin, 07-2367, Donald Williams, 07-2368, Betty Cotton, 07-2369, Julia Patino, 07-2370, Pepito H. Patino, [*99] 07-2370, Fred Weikert, 07-2371, Martha Weikert, 07-2371, Marcia Leone, 07-2372, Tanya Bridges, 07-2373, Christopher Bruno, 07-2374, Kerry Bruno, 07-2374, Percy Oubre, 07-2375, Sandra Oubre, 07-2375, [*100] Wesley Ford, 07-2376, Katrina Daniels, 07-2377, Manuell Washington, 07-2378, Lola Tilton, 07-2379, Edgar Tilton, 07-2379, Laura Greer, 07-2329, Gary B. Greer, 07-2329, Debra Jenkins Smith, 07-2380, Eva Glover Washington, 07-2381, Shirley Ned, 07-2330, Louise Joseph, 07-2382, Edwina Rillieux, 07-2383, Sidney J. Rillieux, 07-2383, Alice Sanders, 07-2384, Errol Sanders, 07-2384, Elaine Taylor Holmes, 07-2385, Louis F. Holmes, Jr., 07-2385, Philip Owens, 07-2386, Charles Calais, 07-2387, Janet Tureaud, 07-2331, Edwina Washington, 07-2332, Gene Baril, 07-2388, Juanita Jean Baril, 07-2388, Peter Deslatte, 07-2389, Odelilia Deslatte, 07-2389, Mercedes Gaines, 07-2390, Jacqueline McCorkle, 07-2398, Osie McCorkle, 07-2398, Firldeal Davis, 07-2399, Frankie Guidry, 07-2400, Unger Hazet, 07-2401, Cathy Hebert, 07-2402, Alex Hebert, 07-2402, Lionel Thomas, 07-2403, Kevin Cyres, 07-2404, Carolyn Charles, 07-2405, Geraldine Golden, 07-2406, Clarence Barrow, 07-2391, Tammy Griffith, 07-2392, Claudia Collins [*100] Celestand, 07-2393, Larry Celestand, 07-2393, Kimberlyn Gibson, 07-2407, James B. Gibson, 07-2407, Carmelo Piazza, 07-2408, Josephine Piazza, 07-2408, Fara Coates, 07-2409, Bernie McCormick, [*101] 07-2394, Laverne Birdsall, 07-2394, Barbara Davis, 07-2410, Melvin E Davis, 07-2410, George Blunt, 07-2411, Elyria Blunt, 07-2411, Tricia Legrone, 07-2395, Calvin Legrone, 07-2395, Lillian Hollingsworth, 07-2412, Shirley Walker, 07-2396, Catherine Clark, 07-2413, Tineka West, 07-2414, Judy Thorpe-Truman, 07-2397, Charles Truman, 07-2397, Jane Brown, 07-2424, Ruth Creecy, 07-2425, Milton Creecy, 07-2425, Harold Weiser, 07-2426, Pauline Wright, 07-2427, Vera Roscoe, 07-2428, Dorothy Birdsall, 07-2429, Eddie Birdsall, 07-2429, Armand Ferrouillet, 07-2430, Roslyn Howard, 07-2416, Wayne W Howard, 07-2416, Josephine Coco, 07-2417, Otis Morgan, 07-2419, Donald Harrison, 07-2431, Myrtle Croson, 07-2436, Otis Morgan, 07-2420, Don Houston, 07-2437, Bernadette Houston, 07-2437, Karen Genovese, 07-2438, Virginia Hales, 07-2421, Walter Hales, 07-2421, Marilyn Khaton,

2007 U.S. Dist. LEXIS 65239, *101

07-2439, Vera Harris-Polite, 07-2422, Jennifer Testa-Poluka, 07-2440, Eileen Marques, 07-2441, Rauol Marques, III, 07-2441, Rome Anderson, 07-2423, [*101] Paulette Anderson, 07-2423, Karin Legohn, 07-2442, Willie Davis, 07-2443, Roslyn Howard, 07-2415, Wayne W Howard, 07-2415, Vicy Doucette, 07-2418, Bertha Rideau, 07-2418, Kevin Miskell, [*102] 07-2432, Lynnoka Miskell, 07-2432, Jacqueline Stephens, 07-2433, Earnest Stephens, 07-2433, Anthony McGowan, 07-2434, Jannie M Magiren, 07-2434, Angelina Delaney, 07-2435, Albert J Delany, Sr., 07-2435, Aaron Riley, 07-2444, Janice Riley, 07-2444, Ladorlina Berdos, 07-2445, Porfirio L Berdos, 07-2445, Clarence Francois, 07-2446, Isabelle Francois, 07-2446, Anthony Wren, 07-2447, Ernestine Fultz, 07-2450, Ernestine Fultz, 07-2452, Ernestine Fultz, 07-2452, Edward Ripoll, 07-2454, Kathleen Ripoll, 07-2454, Joyce Clements, 07-2455, Angle Rilleaux-Fields, 07-2456, Hannah Bias, 07-2457, Keith Peterson, 07-2458, Arleen W Peterson, 07-2458, Willie-Mae Barnes, 07-2459, Jerry G Barnes, 07-2459, Anna Collins, 07-2460, Mark Douglas, 07-2461, Patricia Douglas, 07-2461, Barbara Ponder, 07-2462, Linda Johnson, 07-2463, Amanda Jackson, 07-2464, Odie Young Taylor, 07-2464, Gilda Row, 07-2465, Deania Jackson, 07-2466, Stone Johnson, 07-2467, Joyce D. Stone, 07-2467, Edward Lott, 07-2468, Willie Carter, 07-2469, Gwendolyn [*102] Edwards Carter, 07-2469, Tommy Hamilton, 07-2470, Cherlyn Maurice-Hall, 07-2471, Angie Blalock, 07-2472, Brenda Anderson, 07-2473, Walter Anderson, 07-2473, Diana Villavaso, [*103] 07-2474, Terry Belcher, 07-2475, Larry Belcher, 07-2475, Chawanna Santa Marina, 07-2476, Samuel Santa Marina, 07-2476, Gilda Price, 07-2477, James Price, 07-2477, Terrye Braden, 07-2478, Cynthia Fefie, 07-2479, Willy Crumedy, 07-2480, Gwendolyn Becnel Jones, 07-2481, Carl Beard, 07-2482, Janet Beard, 07-2482, Denise Clark, 07-2483, Sally Laurent, 07-2484, Nadine Generose, 07-2485, Paul Generose, 07-2485, Sharon Johnson-Murphy, 07-2486, Verna Quillen-Williams, 07-2487, Cynthia Rockingham, 07-2488, Cynthia Rockingham, 07-2489, Cynthia Rockingham, 07-2490, Cabrini Hales, 07-2491, Cynthia Rockingham, 07-2492, Mourdia Morris, 07-2493, Semone Bell, 07-2494, Marigold Carter, 07-2495, Perry Mccorkle, 07-2496, Irene McCorkle, 07-2496, Cheryl Slack, 07-2497, Cheryl Slack, 07-2498, Lesley DiRosa, 07-2499, Louis DiRosa, 07-2499, Gerlad Wallace, 07-2500, Ulah Lee, 07-2501, Manuel Lee, 07-2501, Jarred Broussard, 07-2502, Dianne Weaver, 07-2503, Earl Hankton, 07-2504, Jeanette Brown, 07-2505, Harold Nichols, 07-2506, Viola Blackman, [*103] 07-2507, Julie Fernandez, 07-2508, William Fernandez, 07-2508, Carolyn Arnold, 07-2509, Carolyn Arnold, 07-2510, Monique Carter, 07-2511, Mayola Boisdore, 07-2512, [*104] Elliot Boisdore, 07-2512, James Godfrey, 07-2513, Brenda Dugas, 07-2514, Sidney Joseph Dugas, 07-2514, Robert Paul Dugas, 07-2514, Nitra Palmer, 07-2515, Michael Taylor, Jr., 07-2515, Dollie Kemp, 07-2516, Rhonda Smith, 07-2517, James Norwood, 07-2518, Andrea Norwood, 07-2518, Consol Plaintiffs: Joseph M. Bruno, LEAD ATTORNEY, Lewis Scott Joanen, Bruno & Bruno, New Orleans, LA. Phyllis R Copemann, 07-2742, Consol Plaintiff, Pro se, New Orleans, LA.

For Jennifer Luscy Deane, 07-2820, William D. Luscy, 07-2820, William J Luscy, III, 07-2820, Consol Plaintiffs: William J. Luscy, III, LEAD ATTORNEY, William Luscy, III, Attorney at Law, Metairie, LA.

For Great Lakes Dredge & Dock Company, (06-8676) As owner of the Dredges California, Manhattan Island, Padre Island, and Alaska, and as owner pro hac vice of the Dredge Texas, Consol Petitioner: James H. Roussel, LEAD ATTORNEY, Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz, PC, New Orleans, LA.

For King Fisher Marine Service, L.P., (06-8967) as owner of the Dredges Leonard [*104] M. Fisher and Everett Fisher, Consol Petitioner: Richard Abelard Cozad, LEAD ATTORNEY, Emma Alexandra Mekinda, Michael L. McAlpine, McAlpine & Cozad, New [*105] Orleans, LA.

For Mike Hooks, Inc., 06-8884; as owner of the Dredge Missouri H, Consol Petitioner: Samuel B. Gabb, LEAD ATTORNEY, Thomas Patrick LeBlanc, Loftin, Cain, Gabb and LeBlanc, Lake Charles, LA.

For Weeks Marine, Inc., 06-9223; As owner of the Dredges B.E. Lindholm, George D. Williams, Weeks 262 and BT 208, Consol Petitioner: James A. Cobb, Jr., LEAD ATTORNEY, Matthew F. Popp, Randolph J. Waits, Emmett, Cobb, Waits & Kessenich, New Orleans, LA.

For T.L. James & Company, Inc., 06-8888; as owner of the dredges Tom James and George D. Williams, II, praying for exoneration from or limitation of liability, Consol Petitioner: Arthur Gordon Grant, Jr., LEAD ATTORNEY, Philip S. Brooks, Jr., Montgomery Barnett,

Case 2:05-cv-04182-SRD-JCW   Document 16571-15   Filed 12/01/08   Page 29 of 69

Page 29
2007 U.S. Dist. LEXIS 65239, *105

New Orleans, LA.

For Gulf Coast Trailing Company, 06-8890; a Louisiana Partnership, as owner of the dredge Ouachita, praying for exoneration from or limitation of liability, TLJIC, L.L.C., 06-8890; a partner therein, as owner of the drege Ouachita, praying for exoneration from or limitation of liability, Consol Petitioners: Arthur [*105] Gordon Grant, Jr., LEAD ATTORNEY, Kenneth Joseph Gelpi, Jr., Philip S. Brooks, Jr., Ronald Joseph Kitto, Montgomery Barnett, New Orleans, LA; Michaela [*106] E. Noble, Lemle & Kelleher, LLP, New Orleans, LA.

For Manson Construction Co., 06-8891; as owner and operator of the Hopper Dredges Newport and Bayport, for exoneration from or limitation of liability, Consol Petitioner: George Moore Gilly, LEAD ATTORNEY, Christian E. Daigle, William Joseph Riviere, Phelps Dunbar, LLP, New Orleans, LA; Evans Martin McLeod, Phelps Dunbar LLP, Houston, TX.

For Pine Bluff Sand and Gravel Company, 06-9075; as owner and operator of dredge Marion praying for exoneration from or limitation of liability, Consol Petitioner: Andre J. Mouledoux, LEAD ATTORNEY, Clarence William Emory, Daniel J. Hoerner, Jacques P. DeGruy, Mouledoux, Bland, Legrand & Brackett, LLC, New Orleans, LA.

For Luhr Bros, Inc., 06-8922; as owner of Spud Barge L-1101, Spud Barge L-1103 and M/V Michael A and as owner Pro Hac Vice of M/V Charlie B praying for exoneration from or limitation of liability, Consol Petitioner: William J. Larzelere, Jr., LEAD ATTORNEY, Angie Arceneaux Akers, T. Justin Simpson, Larzelere Picou Wells Simpson Lonero, LLC, [*106] Metairie, LA.

For Department of Transportation And Development, State of Louisiana, 06-4389, Consol Intervenor: Michael Courtney Keller, LEAD [*107] ATTORNEY, Stephen F. Babin, Louisiana Department of Justice, Litigation Division, New Orleans, LA; Phyllis Esther Glazer, Louisiana Department of Justice, Office of the Attorney General - Litigation Division, New Orleans, LA.

For Board of Commissioners Of The Orleans Parish Levee District, 07-1271, Consol Intervenor: Gregory Alan Koury, Laborde & Neuner, Lafayette, LA.

For B&K Construction Co., Inc., Defendant: Herman C. Hoffmann, Jr., LEAD ATTORNEY, Betty Finley Mullin,

Wade Michael Bass, Simon, Peragine, Smith & Redfearn, LLP, New Orleans, LA.

For Boh Bros. Construction Company, LLC, Defendant: Michael R.C. Riess, LEAD ATTORNEY, Charles Bruce Colvin, Kingsmill Riess, LLC, New Orleans, LA; Terrence L. Brennan, Deutsch, Kerrigan & Stiles LLP, New Orleans, LA.

For Burk-Kleinpeter, Inc., Burk-Kleinpeter, LLC, Defendants: Charles F. Seemann, Jr., Deutsch, Kerrigan & Stiles LLP, New Orleans, LA.

For James Construction Group, LLC, Defendant: Richard John Tyler, LEAD ATTORNEY, Emily E. Eagan, Jones, Walker, Waechter, Poitevent, Carrere & Denegre, New Orleans, [*107] LA.

For Modjeski and Masters, Inc., Defendant: Francis J. Barry, Jr., LEAD ATTORNEY, Ellis B. Murov, Frederick R. Bott, Keith J. [*108] Bergeron, Scott Hedlund, Deutsch, Kerrigan & Stiles LLP, New Orleans LA; John Wayne Martinez, Waller & Associates, Mandeville, LA.

For Virginia Wrecking Company, Inc., Defendant: Thomas Livingston Gaudry, Jr., LEAD ATTORNEY, Wade Antoine Langlois, III, Gaudry, Ranson, Higgins & Gremillion, LLC, Gretna, LA; Thomas W. Darling, Gaudry, Ranson, Higgins & Gremillion, LLC, Baton Rouge, LA.

For Board of Commissioners for the Orleans Levee District, Defendant: Thomas P. Anzelmo, LEAD ATTORNEY, Andre Jude Lagarde, Darcy Elizabeth Decker, Kyle P. Kirsch, Mark Emerson Hanna, McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel, Metairie, LA; Ben Louis Mayeaux, Gregory Alan Koury, James L. Pate, Laborde & Neuner, Lafayette, LA; John Fredrick Kessenich, Daigle Fisse & Kessenich, Covington, LA.

For New Orleans City, Defendant: Joseph Vincent DiRosa, Jr., LEAD ATTORNEY, Heather M. Valliant, Penya M. Moses-Fields, Victor L Papai, Jr., City Attorney's Office, New Orleans, LA.

For Sewerage & Water Board of New Orleans, Defendant: George R. Simno, III, LEAD ATTORNEY, Gerard Michael [*108] Victor, Sewerage & Water Board Legal Department, New Orleans, LA; Charles Munson

Lanier, Jr., Gregory Scott LaCour,J. [*109] Warren Gardner, Jr., Kevin Richard Tully, Christovich & Kearney, LLP, New Orleans, LA; Kyle P. Kirsch, McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel, Metairie, LA.

For St. Paul Fire & Marine Insurance Company, Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, April Rochelle Roberts, Joseph Pierre Guichet, Rachel Ann Meese, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Frank Butler, Jr., 06-1885: on his own behalf and on behalf of his minor children, Frank Butler III, Charles Butler, and Tachmonite Butler, Andrew Hill, 06-1885, Lakeisha Fernandez, 06-1885; on her own behalf and on behalf of her minor child, Eddie McGee, Jr., Juanita Arington, 06-1885, Darnell Williams, 06-1885; on her own behalf and on behalf of her minor child, Chad Williams, Defendants: Ashton Robert O'Dwyer, Jr., LEAD ATTORNEY, Ashton R. O'Dwyer, Jr., Attorney at Law, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Washington Group International, Inc., Defendant: William D. Treeby, LEAD ATTORNEY, Carmelite M. Bertaut, Heather Shauri Lonian, John [*109] M. Landis, Wayne J. Lee, Stone Pigman Walther Wittmann, LLC, New Orleans, LA; Jerome R. Doak, Jones, Day, Reavis [*110] & Pogue, Dallas, TX.

For DEFENDANTS LIAISON COUNSEL, Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Fidelity and Guaranty Insurance Underwriters, Inc., Defendant: William Lee Kohler, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Washington Group International, Inc., 05-4181, Consol Defendant: William D. Treeby, LEAD ATTORNEY, Carmelite M. Bertaut, Heather Shauri Lonian, John M. Landis, Stone Pigman Walther Wittmann, LLC, New Orleans, LA; Christopher R. Farrell, Julia E. McEvoy, Jones Day, Washington, DC; George T. Manning, Jones Day, Atlanta, GA; Jerome R. Doak, Jones, Day, Reavis & Pogue, Dallas, TX.

For Board of Commissioners for the Orleans Levee District, Parish of Orleans, 05-4568, Board of

Commissioners for the Orleans Levee District for the Parish of Orleans, 05-6323, Board of Commissioners for the Orleans Levee District, Parish of Orleans, 06-3529, Consol Defendants: Thomas P. Anzelmo, LEAD ATTORNEY, Andre Jude Lagarde, Darcy Elizabeth Decker, James C. Rather, Jr., Kyle P. Kirsch, [*110] Mark Emerson Hanna, McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel, Metairie, LA; Ben [*111] Louis Mayeaux, James L. Pate, Laborde & Neuner, Lafayette, LA.

For Board of Commissioners for the Orleans Levee District, 05-5237, Board of Commissioners for the Orleans Levee District, 05-6327, Board of Commissioners for the Orleans Levee District, 06-225, Orleans Levee District, 05-4181 - Board of Commissioners, Board of Commissioners for the Orleans Levee District, 06-2278, Board of Commissioners for the Orleans Levee District, 06-2545, Board of Commissioners for the Orleans Parish Levee District, 06-4065, Board of Commissioners for the Orleans Levee District, 06-4931, Board of Commissioners for the Orleans Levee District, 06-4389, Board of Commissioners for the Orleans Levee District, 06-5161, Board of Commissioners for the Orleans Levee District, 06-4634, Orleans Levee District, 06-5131, Board of Commissioners for the Orleans Levee District, 06-5308, Board of Commissioners for the Orleans Levee District, 06-5163, Orleans Levee District, 06-5142, Orleans Levee District, 06-5118, Orleans Levee District, 06-5134, Orleans Levee District, 06-5132, Orleans Levee District, 06-5128, Orleans Levee [*111] District, 06-5137, Board of Commissioners for the Orleans Levee District, 06-5260, [*112] Board of Commissioners for the Orleans Levee District, 06-5116, Board of Commissioners for the Orleans Levee District, 06-5127, Board of Commissioners for the Orleans Levee District, 06-5937, Board of Commissioners for the Orleans Levee District, 06-5786, Board of Commissioners for the Orleans Parish Levee District, (06-5159), Board of Commissioners for the Orleans Parish Levee District, (06-5471), Consol Defendants: Thomas P. Anzelmo, LEAD ATTORNEY, Andre Jude Lagarde, Darcy Elizabeth Decker, James C. Rather, Jr., Kyle P. Kirsch, Mark Emerson Hanna, McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel, Metairie, LA; Ben Louis Mayeaux, Gregory Alan Koury, James L. Pate, Laborde & Neuner, Lafayette, LA.

For Burk-Kleinpeter, Inc., 05-5237, Burk-Kleinpeter,

LLC, 05-5237, Burk-Kleinpeter, Inc., 05-6073, Burk-Kleinpeter, LLC, 05-6073, Burk-Kleinpeter, Inc., 05-6314, Burk-Kleinpeter, LLC, 05-6314, Burk-Kleinpeter, LLC, 05-6324, Burk-Kleinpeter, Inc., 05-6327, Burk-Kleinpeter, LLC, 05-6327, Burk-Kleinpeter, Inc., 06-20, Burk-Kleinpeter, L.L.C., 06-20, Burk-Kleinpeter, Inc, 06-886, Burk-Kleinpeter, LLC, 06-886, [*112] Burk-Kleinpeter, Inc., 06-2346, Burk Kleinpeter, Inc., 05-4181, Burk-Kleinpeter, [*113] Inc., 06-4065, Burk-Kleinpeter, L.L.C., 06-4065, Burk-Kleinpeter, Inc., 06-4931, Burk Kleinpeter, Inc., 06-4389, Burk-Kleinpeter, Inc., 06-4634, Burk-Kleinpeter, LLC, 06-4634, Burk-Kleinpeter, Inc., 06-5308, Burk-Kleinpeter, LLC, 06-5308, Burk-Kleinpeter, Inc., 06-5032, Burk-Kleinpeter, L.L.C., 06-5032, Burk-Kleinpeter, Inc., 06-5163, Burk-Kleinpeter, Inc., 06-5260, Burk-Kleinpeter, LLC, 06-5260, Burk-Kleinpeter, Inc., 06-5937, Burk-Kleinpeter, LLC, 06-5937, Burk-Kleinpeter, Inc., 06-5785, Burk-Kleinpeter, LLC, 06-5785, Burk Kleinpeter, Inc., 06-5786, Burk-Kleinpeter, Inc., 06-5042, Burk Kleinpeter, Inc., 06-5471, Burk-Kleinpeter, Inc., 07-1113, Burk-Kleinpeter, LLC, 07-1113, Burk-Kleinpeter, Inc., 07-1349, Burk-Kleinpeter, LLC, 07-1349, Consol Defendants: Charles F. Seemann, Jr., LEAD ATTORNEY, Deutsch, Kerrigan & Stiles LLP, New Orleans, LA.

For James Construction Group, LLC, 05-5237, James Construction Group, LLC, 05-6314, James Construction Group, LLC, 05-6324, James Construction Group, LLC, 05-6327, James Construction Group, LLC, 06-886, James Construction Group, L.L.C., 06-20, Improperly named as [*113] James Construction Group, Inc., James Construction Group, L.L.C., 06-2287, [*114] James Construction Group, LLC, 06-2278, James Construction Group, L.L.C., 06-4065, James Construction Group, LLC, 06-4634, James Construction Group, L.L.C., 06-5308, James Construction Group, LLC, 06-5032, James Construction Group, LLC, 06-5260, James Construction Group, LLC, 06-5937, James Construction Group, LLC, 06-5785, James Construction Group, LLC, 06-6642, formerly known as Iafrate Construction, LLC, James Construction Group, LLC, 07-1349, Consol Defendants: Richard John Tyler, LEAD ATTORNEY, Emily E. Eagan, Jones, Walker, Waechter, Poitevent, Carrere & Denegre, New Orleans, LA.

For Modjeski and Masters, Inc., 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-20, 06-886, 05-4181, 06-2287, 06-2346, 06-2278, 06-2545, Modjeski and Masters, Inc., 06-225, 06-4065, 06-4931, 06-4389, 06-5367, 06-4634, 06-5308, 06-5032, 06-5163, 06-5260, 06-5937, 06-6473, 06-5785, 06-5786, 06-6642, 06-5042, 06-5471, 07-1289, 07-1288, 07-1113, 07-1349, Consol Defendants: Francis J. Barry, Jr., LEAD ATTORNEY, Ellis B. Murov, Frederick R. Bott, Keith J. Bergeron, Scott Hedlund, Deutsch, Kerrigan & Stiles LLP, New Orleans, [*114] LA; John Wayne Martinez, Waller & Associates, Mandeville, LA.

For Sewerage [*115] and Water Board of New Orleans, 05-5237, Sewerage and Water Board of New Orleans, 05-6073, Sewerage and Water Board of New Orleans, 05-6314, Sewerage and Water Board, 05-6324, Sewerage and Water Board of New Orleans, 05-6327, Sewerage and Water Board of New Orleans, 05-4181, Sewerage and Water Board of New Orleans, 06-225, Sewerage and Water Board of New Orleans, 06-2287, Sewerage and Water Board of New Orleans, 06-2346, Sewerage and Water Board of New Orleans, 06-2278, Sewerage and Water Board of New Orleans, 06-2545, Sewerage and Water Board of New Orleans, 06-4065, Sewerage and Water Board of New Orleans, 06-4931, Sewerage and Water Board of New Orleans, 06-4389, Sewerage and Water Board of New Orleans, 06-5159, Sewerage and Water Board of New Orleans, 06-5161, Sewerage and Water Board of New Orleans, 06-4634, Sewerage and Water Board of New Orleans, 06-5131, Sewerage and Water Board of New Orleans, 06-5308, New Orleans Sewerage & Water Board, 06-5032, New Orleans Sewerage and Water Board, 06-5163, Sewerage and Water Board of New Orleans, 06-5260, Sewerage & Water Board of New Orleans, 06-5116, Sewerage & [*115] Water Board of New Orleans, 06-5127, Sewerage and Water Board of New [*116] Orleans, 06-6473, Sewerage and Water Board of New Orleans, 06-5786, Sewerage and Water Board of New Orleans, 06-7682, Sewerage and Water Board of New Orleans, 06-8708, Sewerage and Water Board of New Orleans, 06-6099, Sewerage and Water Board of New Orleans, 06-6642, Sewerage and Water Board of New Orleans, 06-5042, Sewerage and Water Board of New Orleans, (06-20) incorrectly sued as Orleans Parish Sewerage and Water Board, Sewerage and Water Board of New Orleans, 07-993, New Orleans Sewerage and Water Board, 07-1284, Sewerage and Water Board of New Orleans, 07-1289, Sewerage and Water Board of New Orleans, 07-1288, Sewerage and Water Board of New Orleans, 07-1113, Consol Defendants: George R. Simno, III,

LEAD ATTORNEY, Gerard Michael Victor, Sewerage & Water Board Legal Department, New Orleans, LA; Charles Munson Lanier, Jr., Gregory Scott LaCour, J. Warren Gardner, Jr., Kevin Richard Tully, Christovich & Kearney, LLP, New Orleans, LA.

For St. Paul Fire and Marine Insurance Company, 05-5237, St. Paul Fire and Marine Insurance Company, 05-6073, St. Paul Fire and Marine Insurance Company, 05-6314, St. Paul Fire and [*116] Marine Insurance Company, 05-6324, St. Paul Fire and Marine Insurance [*117] Company, 05-6327, New Orleans Sewerage & Water Board, 06-886, St. Paul Fire and Marine Insurance Company, 05-4181, St. Paul Fire and Marine Insurance Company, 06-2287, St. Paul Fire and Marine Insurance Company, 06-2346, St. Paul Fire and Marine Insurance Company, 06-2545, St. Paul Fire and Marine Insurance Company, 06-4931, St. Paul Fire and Marine Insurance Company, 06-5164, St. Paul Fire and Marine Insurance Company, 06-5032, St. Paul Fire and Marine Insurance Company, 06-5937, St. Paul Fire and Marine Insurance Company, 06-6473, St. Paul Fire and Marine Insurance Company, 06-5042, St. Paul Fire & Marine Insurance Company, 07-1284, St. Paul Fire and Marine Insurance Company, 07-1285, St. Paul Fire and Marine Insurance Company, 07-1286, St. Paul Fire and Marine Insurance Company, 07-1288, St. Paul Fire and Marine Insurance Company, 07-1271, St. Paul Fire and Marine Ins. Co., 07-1113, St. Paul Fire and Marine Insurance Company, 07-1349, Consol Defendants: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Joseph Pierre Guichet, Rachel Ann Meese, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Virginia Wrecking [*117] Company, Inc., 05-5237, Virginia Wrecking Company, Inc., [*118] 05-6073, Virginia Wrecking Company, Inc., 05-6314, Virginia Wrecking Company, Inc., 06-20, Virginia Wrecking Company, Inc., 06-2278, Virginia Wrecking Co., Inc., 06-5032, Virginia Wrecking Company, Inc., 06-5785, Virginia Wrecking Company, Inc., 07-1349, Consol Defendants: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Wade Antoine Langlois, III, Gaudry, Ranson, Higgins & Gremillion, LLC, Gretna, LA; Thomas W. Darling, Gaudry, Ranson, Higgins & Gremillion, LLC, Baton Rouge, LA.

For Board of Commissioners for the Orleans Levee District, 05-6073, Board of Commissioners for the Orleans Levee District, 05-6314, Board of Commissioners for the Orleans Levee District, 05-6324, Board of Commissioners for the Orleans Parish Levee District, 06-20, Board of Commissioners for the Orleans Levee District, 06-886, Board of Commissioners for the Orleans Parish Levee District, 06-2346, Board of Commissioners for the Orleans Levee District, 06-7682, Board of Commissioners for the Orleans Levee District, 06-6642, Board of Commissioners for the Orleans Levee District, 06-5042, Board of Commissioners for the Orleans Levee District for the Parish of Orleans, [*118] 06-5895, Consol Defendants: Ben Louis Mayeaux, [*119] LEAD ATTORNEY, Gregory Alan Koury, James L. Pate, Laborde & Neuner, Lafayette, LA; Thomas P. Anzelmo, LEAD ATTORNEY, Andre Jude Lagarde, Darcy Elizabeth Decker, Kyle P. Kirsch, Mark Emerson Hanna, McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel, Metairie, LA.

For C. R. Pittman Construction Company, Inc., 05-6073, Consol Defendant: Darin J. McMullen, John N. Ellison, Anderson Kill & Olick, PC, Philadelphia, PA.

For Eustis Engineering Company, Inc., 05-4181, 05-6073, 05-6314, 05-6327, 06-20, 06-2346, 06-2545, 06-4634, 06-5042, 06-3418, Consol Defendant: Mat M. Gray, III, LEAD ATTORNEY, Alanson Trigg Chenault, Fowler, Rodriguez & Chalos, LLP, New Orleans, LA; Thomas Francis Gardner, LEAD ATTORNEY, Erin E. Dearie, Gardner & Kewley, APLC, Metairie, LA.

For James Construction Group, LLC, 05-6073, Consol Defendant: Richard John Tyler, LEAD ATTORNEY, Emily E. Eagan, Jones, Walker, Waechter, Poitevent, Carrere & Denegre, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Louisiana Department of Transportation and Development, 05-6073, Consol Defendant: Michael Courtney Keller, LEAD ATTORNEY, Louisiana Department of Justice, [*119] Litigation Division, New Orleans, LA; Phyllis [*120] Esther Glazer, Louisiana Department of Justice, Office of the Attorney General - Litigation Division, New Orleans, LA.

For New Orleans City, 05-6073, New Orleans City, 05-6314, New Orleans City, 05-6324, New Orleans City, 05-6327, New Orleans City, 06-886, New Orleans City, 05-4181, Consol Defendants: Joseph Vincent DiRosa, Jr., LEAD ATTORNEY, Heather M. Valliant, Penya M. Moses-Fields, Victor L Papai, Jr., City Attorney's Office, New Orleans, LA.

For Pittman Construction Co. of LA., Inc., 05-6073, Pittman Construction Co. of Louisiana, Inc., 06-2278, Pittman Construction Co. of LA., Inc., 06-5260, Consol Defendants: Lawrence D. Wiedemann, LEAD ATTORNEY, Wiedemann & Wiedemann, New Orleans, LA.

For Washington Group International, Inc., 05-6073, Washington Group International, Inc., 05-6314, Washington Group International, Inc., 05-6324, Washington Group International, Inc., 05-6327, Washington Group International, Inc., 06-20, Washington Group International, Inc., 06-886, Washington Group International, Inc., 06-225, Washington Group International, Inc., 06-2287, Washington Group International, Inc., 05-5237, Washington Group International, [*120] Inc., 06-2278, Consol Defendants: William [*121] D. Treeby, LEAD ATTORNEY, Carmelite M. Bertaut, Heather Shauri Lonian, John M. Landis, Stone Pigman Walther Wittmann, LLC, New Orleans, LA; Christopher R. Farrell, Jones Day, Washington, DC; Jerome R. Doak, Jones, Day, Reavis & Pogue, Dallas, TX.

For Hanover Insurance Company, 05-6323, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Joseph Pierre Guichet, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA; Andrew R. Greene, David R. Simonton, Kevin P. Kamraczewski, Paul E.B. Glad, Sonnenschein, Nath & Rosenthal, Chicago, IL.

For Hartford Insurance Company of the Midwest, 05-6323, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Joseph Pierre Guichet, Seth Andrew Schmeeckle, Simeon B. Reimonenq, Jr., Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA; Christopher W. Martin, Martin R. Sadler, Martin, Disiere, Jefferson & Wisdom, LLP, Houston, TX.

For Standard Fire Insurance Company, 05-6323, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Joseph Pierre Guichet, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA; Gregory P. Varga, Stephen [*121] E. Goldman, Wystan M. Ackerman, [*122] Robinson & Cole LLP, Hartford, CT.

For State Farm Fire & Casualty Company, 05-6323, Consol Defendant: Wayne J. Lee, LEAD ATTORNEY, Lesli D. Harris, Sarah House Barcellona, Stephen G.

Bullock, Stone Pigman Walther Wittmann, LLC, New Orleans, LA; Heather Cheesbro, Lobman, Carnahan, Batt, Angelle & Nader, New Orleans, LA; Joseph James Aguda, Jr., Nielsen Law Firm, Metairie, LA.

For Unitrin Preferred Insurance Company, 05-6323, Consol Defendant: Neil Charles Abramson, LEAD ATTORNEY, Nora Boiling Bilbro, Phelps Dunbar, LLP, New Orleans, LA; Ralph Shelton Hubbard, III, LEAD ATTORNEY, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Boh Brothers Construction Company, LLC, 05-6324, 05-4191, 05-5237, 05-6073, 05-6314, 05-6327, 06-20, 06-886, 06-225, 06-2287, 06-2346, 06-2278, 06-2545, Boh Brothers Construction Company, LLC, 07-1349, 07-1113, 07-1289, 07-1288, 06-8708, 06-5786, 06-5785, 06-6473, 06-5937, 06-5260, 06-5163, 06-5032, 06-5308, 06-4634, 06-6642, 06-5367, 06-5161, 06-5159, 06-5042, 06-4389, 06-4931, 06-4065, Consol Defendants: Michael R.C. Riess, LEAD ATTORNEY, Charles Bruce Colvin, Kingsmill Riess, LLC, New Orleans, LA; Terrence L. Brennan, [*122] Deutsch, Kerrigan & [*123] Stiles LLP, New Orleans, LA.

For Burk-Kleinpeter, Inc., 05-6324, Burk-Kleinpeter, Inc., 06-2287, Burk-Kleinpeter, L.L.C., 06-2287, Consol Defendants: Charles F. Seemann, Jr., LEAD ATTORNEY, Deutsch, Kerrigan & Stiles LLP, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For B&K Construction Company, Inc., 05-6327, 05-5237, 05-6073, 05-6314, 05-6324, 06-20, 06-886, 06-225, 06-2287, 06-2346, 06-2278, 05-4181, 06-5032, Consol Defendant: Herman C. Hoffmann, Jr., LEAD ATTORNEY, Betty Finley Mullin, Wade Michael Bass, Simon, Peragine, Smith & Redfearn, LLP, New Orleans, LA.

For Pittman Construction Company, Inc., 06-20, Pittman Construction Co., Inc, 06-225, Consol Defendants: Robert Craig Stern, LEAD ATTORNEY, Killeen & Stern, PC, New Orleans, LA; Robert Joseph Killeen, Jr., Killeen & Stern, PC, Houston, TX.

For United States of America, 06-20, 05-4181, 06-2152, 06-1885, Consol Defendant: Alex Kriegsman, LEAD ATTORNEY, U.S. Department of Justice, Environmental & Natural Resources Division, Washington, DC; Catherine J. Finnegan, James F. McConnon, Jr., Richard

R. Stone, Sr., Robin D. Smith, Stephen G. Flynn, LEAD ATTORNEYS, Kara K. Miller, Paul Marc Levine, [*123] Sharon K Shutler, [*124] Tara Ann Bowman, Traci L. Colquette, U. S. Department of Justice, Torts Branch, Civil Division, Washington, DC; Brian E. Bowcut, Michele S. Greif, Theodore L. Hunt, U.S. Department of Justice, Washington, DC; Keith H. Liddle, U.S. Department of Justice, Civil Division, Washington, DC.

For Board of Commissioners for the Orleans Parish Levee District, 06-151, Board of Commissioners for the Orleans Levee District, 06-152, Board of Commissioners for the Orleans Levee District, 06-153, Board of Commissioners for the Orleans Levee District, 06-169, Consol Defendants: Thomas P. Anzelmo, Darcy Elizabeth Decker, James C. Rather, Jr., McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel, Metairie, LA.

For Unidentified Parties, 06-225, Consol Defendant: Richard R. Stone, Sr., U.S. Department of Justice, Torts Branch, Civil Division, Washington, DC.

For Allstate Indemnity Company, 06-1672; 06-1673; 06-1674; 06-5164; 06-5383; 06-4915; 06-4746; 06-5370; 06-7759; 06-2919; 05-6323, Consol Defendant: James F. Ryan, LEAD ATTORNEY, Donovan & Lawler, Metairie, LA; Judy Y. Barrasso, LEAD ATTORNEY, Catherine Fornias Giarrusso, Edward R. Wicker, Jr., Laura Spansel Gravener, Susan Muller [*124] Rogge, Barrasso [*125] Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA; Kendra Kekelis Hartman, Richard L. Fenton, Sonnenschein, Nath & Rosenthal, Chicago, IL.

For Allstate Insurance Company, 06-1672, Allstate Insurance Company, 06-1673, Allstate Insurance Company, 06-1674, Consol Defendants: Judy Y. Barrasso, LEAD ATTORNEY, Catherine Fornias Giarrusso, Edward R. Wicker, Jr., Laura Spansel Gravener, Susan Muller Rogge, Sonnenschein, Nath & Rosenthal, Chicago, IL; Mary Dawn Pugh, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For American Insurance Company, 06-1672, 06-1673, 06-1674, 06-5164, 06-8892, 06-6163, Consol Defendant: Lawrence J. Duplass, LEAD ATTORNEY, C. Michael Pfister, Kelly Cambre Bogart, Kevin R. Derham, Nicole McDaniel Bowen, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For State Farm Fire & Casualty Company, 06-1672, Consol Defendant: Wayne J. Lee, LEAD ATTORNEY, Sarah House Barcellona, Stephen G. Bullock, Stone Pigman Walther Wittmann, LLC, New Orleans, LA.

For State Farm Fire and Casualty Company, 06-1673, Consol Defendant: Wayne J. Lee, LEAD ATTORNEY, Sarah House Barcellona, Stephen G. Bullock, Stone Pigman Walther Wittmann, [*125] LLC, New [*126] Orleans, LA; Eleanor Weeks Wall, Porteous, Hainkel & Johnson, Baton Rouge, LA.

For State Farm Fire & Casualty Company, 06-1674, State Farm Fire and Casualty Company, 06-5383, State Farm General Insurance Company, 06-5383, State Farm Fire and Casualty Company, (06-5370), State Farm Fire and Casualty Company, 06-9152, Consol Defendants: Wayne J. Lee, LEAD ATTORNEY, Lesli D. Harris, Sarah House Barcellona, Stephen G. Bullock, Stone Pigman Walther Wittmann, LLC, New Orleans, LA.

For Kathleen Blanco, 05-4181; 06-6099; 06-5786, Consol Defendant: Michael Courtney Keller, LEAD ATTORNEY, Stephen F. Babin, Louisiana Department of Justice, Litigation Division, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Phyllis Esther Glazer, Louisiana Department of Justice, Office of the Attorney General - Litigation Division, New Orleans, LA.

For Kimberly Williamson Butler, 05-4181 - Clerk of Court, Orleans Parish Criminal District Court, Consol Defendant: Belhia V. Martin, LEAD ATTORNEY, Belhia V. Martin, Attorney at Law, New Orleans, LA; Deborah Louise Wilson, Deborah L. Wilson, Attorney at Law, New Orleans, LA.

For Edwin Compass, III, 05-4181 - former Superintendent of Police, [*126] C [*127] Ray Nagin, 05-4181 - Honorable Mayor, Consol Defendants: James Bryan Mullaly, LEAD ATTORNEY, Joseph Vincent DiRosa, Jr., City Attorney's Office, New Orleans, LA.

For Eddie Jordan, 05-4181 - District Attorney, both individually & in his elected capacity, Consol Defendant: William David Aaron, Jr., LEAD ATTORNEY, Richard Anthony Goins, Goins Aaron, APLC, New Orleans, LA.

For Louisiana State, 05-4181, Johnny D. Bradberry, 06-4389; Individually and in his official capacity as Secretary of the Department of Transportation and

Development, State of Louisiana, Louisiana Department of Transportation and Development, 06-5260, Louisiana State, 06-6099, Department of Transportation And Development, State of Louisiana, 06-6099, Johnny D. Bradberry, 06-6099, Governor's Office of Homeland Security and Emergency Preparedness, 06-6099, Jeff Smith, 06-6099, Department of Social Services, State of Louisiana, 06-6099, Ann S Williams, 06-6099, Louisiana Department of Public Safety and Corrections, 06-6099, Richard L. Stalder, 06-6099, Consol Defendants: Michael Courtney Keller, LEAD ATTORNEY, Stephen F. Babin, Louisiana Department of Justice, Litigation Division, New Orleans, LA; Phyllis Esther Glazer, [*128] [*127] Louisiana Department of Justice, Office of the Attorney General - Litigation Division, New Orleans, LA.

For Gulf Group, Inc. of Florida, 06-225, Gulf Group, Inc. of Florida, 06-2278, Gulf Group, Inc. of Florida, 06-2545, Gulf Group, Inc. of Florida, 06-4065, Gulf Group, Inc. of Florida, 06-5367, Gulf Group, Inc. of Florida, 06-5308, Gulf Group, Inc. of Florida, 06-5032, Gulf Group Inc. of Florida, 06-5163, Gulf Group Inc. of Florida, 06-5260, Gulf Group, Inc. of Florida, 06-5937, Gulf Group Inc., of Florida, 06-6473, Gulf Group Inc., 06-6642, Gulf Group, Inc. of Florida, 07-1113, Gulf Group Inc., of Florida, 07-1349, Consol Defendants: Glenn B. Adams, LEAD ATTORNEY, Michael W. Collins, Porteous, Hainkel & Johnson, New Orleans, LA; Bryan Joseph Haydel, Jr., Eleanor Weeks Wall, James Eric Johnson, Porteous, Hainkel & Johnson, Baton Rouge, LA.

For Board of Commissioners for the Orleans Levee District, 06-2287, Consol Defendant: Thomas P. Anzelmo, LEAD ATTORNEY, Andre Jude Lagarde, Darcy Elizabeth Decker, Kyle P. Kirsch, Mark Emerson Hanna, McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel, Metairie, LA; Ben Louis Mayeaux, James L. Pate, Laborde & Neuner, Lafayette, LA.

For New [*129] Orleans [*128] City, 06-2287, Consol Defendant: Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For United States of America, 06-2346, 06-5159, 06-5161, 06-4634, 06-5163, 06-2268, 06-2824, 06-4024, 06-3552, 06-5162, 06-5260, 06-5771, 06-6099, 06-5155, 06-5042, 07-621, 07-647, 07-206, 07-1284, 07-1285, 07-1289, 07-1286, 07-1288, 07-1271, 07-1113, 06-5307, Consol Defendant: Alex Kriegsman, LEAD ATTORNEY, U.S. Department of Justice, Environmental

& Natural Resources Division, Washington, DC; Catherine J. Finnegan, James F. McConnon, Jr., LEAD ATTORNEYS, Brian E. Bowcut, Kara K. Miller, Michele S. Greif, Paul Marc Levine, Richard R. Stone, Sr., Robin D. Smith, Sharon K Shutler, Tara Ann Bowman, Theodore L. Hunt, Traci L. Colquette, U. S. Department of Justice, Torts Branch, Civil Division, Washington, DC; Stephen G. Flynn, LEAD ATTORNEY, U.S. Department of Justice, Washington, DC; Keith H. Liddle, U.S. Department of Justice, Civil Division, Washington, DC.

For C.R. Pittman Construction Company, Inc., 06-2278, C.R. Pittman Construction Company, Inc., 06-5163, formerly known as Green Wave Construction Company, Inc., C.R. Pittman Construction Company, Inc., 06-6473, Consol Defendants: Gerald [*130] A. Melchiode, [*129] LEAD ATTORNEY, Jason J. Markey, Galloway, Johnson, Tompkins, Burr & Smith, New Orleans, LA.

For United States Army Corps of Engineers, 06-2268, 06-5159, 06-5162, 06-4634, 06-6099, 06-9147, 06-1850, 06-3552, 06-5161, 06-5163, 07-1113, 07-1286, 07-1288, 07-5307, 07-647, 07-1284, 07-1285, 07-1289, 06-5127, 06-5118, 06-5128, 06-5131, 06-5132, 06-5137, 06-5140, 06-5142, 06-5134, 06-5116, 06-4931, Consol Defendant: Alex Kriegsman, LEAD ATTORNEY, U.S. Department of Justice, Environmental & Natural Resources Division, Washington, DC; Eric G. Hostetler, LEAD ATTORNEY, U. S. Department of Justice, Environmental Defense Section, Washington, DC; Jean Michel Voltaire, LEAD ATTORNEY, U. S. Department of Justice, Federal Programs Branch, Civil Division, Washington, DC; Kara K. Miller, Richard R. Stone, Sr., LEAD ATTORNEYS, Traci L. Colquette, U. S. Department of Justice, Torts Branch, Civil Division, Washington, DC; Brian E. Bowcut, Michele S. Greif, Theodore L. Hunt, U.S. Department of Justice, Washington, DC; Traci L. Colquette, U. S. Department of Justice, Torts Branch, Civil Division, Washington, DC.

For Bean Dredging Corporation, 06-2152, formerly known as Eagle Dredging Corporation, [*131] Bean Dredging [*130] Corporation, 06-2152, formerly known as Falcon Dredging Corporation, Bean Horizon Corporation, 06-2152, Bean Horizon LLC, 06-2152, Bean Stuyvesant, L.L.C., 06-2152, CF Bean LLC, 06-2152, Royal Boskalis Westminster N.V., 06-2152, Stuyvesant Dredging Co., L.L.C., 06-2152, Stuyvesant Dredging Company, 06-2152, Stuyvesant Dredging, Inc.,

06-2152, Bean Dredging, L.L.C., 06-2824, Bean Dredging Corporation, 06-2824, formerly known as Falcon Dredging Corporation formerly known as Eagle Dredging Corporation, C.F. Bean, L.L.C., 06-2824, Bean Horizon Corporation, 06-2824, Bean Horizon L.L.C., 06-2824, Bean Stuyvesant, L.L.C., 06-2824, Stuyvesant Dredging Company, 06-2824, Stuyvesant Dredging, Inc., 06-2824, Stuyvesant Dredging Co., L.L.C., 06-2824, Royal Boskalis Westminster N.V., 06-2824, Bean Dredging, L.L.C., 06-4066, Bean Dredging Corporation, 06-4066, formerly known as Eagle Dredging Corporation, Bean Dredging Corporation, 06-4066, formerly known as Falcon Dredging Corporation, C.F. Bean, L.L.C., 06-4066, C.F. Bean Corporation, 06-4066, formerly known as C.F. Bean, Inc., Bean Horizon Corporation, 06-4066, Bean Horizon L.L.C., 06-4066, Bean Stuyvesant, L.L.C., 06-4066, [*132] Stuyvesant Dredging [*131] Company, 06-4066, Stuyvesant Dredging, Inc., 06-4066, Stuyvesant Dredging Co., L.L.C., 06-4066, Royal Boskalis Westminster N.V., 06-4066, Bean Dredging, L.L.C., 06-5162, Bean Dredging Corporation, 06-5162, formerly known as Eagle Dredging Corporation, Bean Dredging Corporation, 06-5162, formerly known as Falcon Dredging Corporation, C.F. Bean, L.L.C., 06-5162, C.F. Bean Corporation, 06-5162, formerly known as C.F. Bean, Inc., Bean Horizon Corporation, 06-5162, Bean Horizon L.L.C., 06-5162, Bean Stuyvesant, L.L.C., 06-5162, Stuyvesant Dredging Company, 06-5162, Stuyvesant Dredging, Inc., 06-5162, Stuyvesant Dredging Co., L.L.C., 06-5162, Royal Boskalis Westminster N.V., 06-5162, Bean Dredging, L.L.C., 06-5260, Bean Dredging Corporation, 06-5260, formerly known as Eagle Dredging Corporation, Bean Dredging Corporation, 06-5260, formerly known as Falcon Dredging Corporation, C.F. Bean, L.L.C., 06-5260, C.F. Bean Corporation, 06-5260, formerly known as C.F. Bean, Inc., Bean Horizon Corporation, 06-5260, Bean Horizon L.L.C., 06-5260, Bean Stuyvesant, L.L.C., 06-5260, Stuyvesant Dredging Company, 06-5260, Stuyvesant Dredging, Inc., 06-5260, Stuyvesant Dredging Co., [*133] L.L.C., 06-5260, Royal [*132] Boskalis Westminster N.V., 06-5260, Bean Dredging, L.L.C., 06-5155, C.F. Bean, L.L.C., 06-5155, Bean Stuyvesant, L.L.C., 06-5155, Stuyvesant Dredging Company, 06-5155, Stuyvesant Dredging, Inc., 06-5155, Royal Boskalis Westminster N.V., 06-5155, Consol Defendants: William Everard Wright, Jr., LEAD ATTORNEY, Kelly Theard, Terrence L. Brennan, Deutsch, Kerrigan & Stiles LLP, New Orleans, LA.

For Bean Dredging, L.L.C., 06-2152, Consol Defendant: William Everard Wright, Jr., LEAD ATTORNEY, Kelly Theard, Terrence L. Brennan, Deutsch, Kerrigan & Stiles LLP, New Orleans, LA; Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz, PC, New Orleans, LA.

For Great Lakes Dredge & Dock Company, 06-2152, Great Lakes Dredge & Dock Company, L.L.C. of Louisiana, 06-2152, Great Lakes Dredge & Dock Corporation of Delaware, 06-2152, Great Lakes Trailing Company, 06-2152, NATCO Dredging Limited Partnership, 06-2152, NATCO Dredging Limited Partnership, 06-2824, Consol Defendants: James H. Roussel, LEAD ATTORNEY, Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz, PC, New Orleans, LA; Duane M. Kelley, Jack J. Crowe, Winston & Strawn, LLP, Chicago, IL.

For Gulf Coast [*134] Trailing Company, 06-2152, TLJIC, [*133] L.L.C., 06-2152, Consol Defendants: Arthur Gordon Grant, Jr., LEAD ATTORNEY, Joseph Patrick Tynan, Philip S. Brooks, Jr., Ronald Joseph Kitto, Montgomery Barnett, New Orleans, LA; Michaela E. Noble, Lemle & Kelleher, LLP, New Orleans, LA; Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz, PC, New Orleans, LA.

For King Fisher Marine Service, Inc., 06-2152, King Fisher Marine Service, L.P., 06-2152, Consol Defendants: Richard Abelard Cozad, LEAD ATTORNEY, Emma Alexandra Mekinda, Michael L. McAlpine, McAlpine & Cozad, New Orleans, LA; Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz, PC, New Orleans, LA.

For Luhr Bros Inc, 06-2152, Consol Defendant: William J. Larzelere, Jr., LEAD ATTORNEY, Angie Arceneaux Akers, T. Justin Simpson, Larzelere Picou Wells Simpson Lonero, LLC, Metairie, LA; John F. Emmett, Emmett, Cobb, Waits & Henning, New Orleans, LA; Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz, PC, New Orleans, LA.

For Manson Construction Co., 06-2152, also known as Manson Construction & Engineering Co., Consol Defendant: Christian E. Daigle, Phelps Dunbar, LLP, New Orleans, LA; Evans Martin McLeod, Phelps Dunbar [*135] LLP, Houston, TX.

For Manson Gulf LLC, 06-2152, [*134] Manson Gulf, LLC, 06-2824, Manson Construction Co., 06-4066, also

known as Manson Construction & Engineering Co., Manson Gulf, LLC, 06-4066, Great Lakes Dredge and Dock Company, L.L.C. of Louisiana, 06-5155, Consol Defendants: George Moore Gilly, LEAD ATTORNEY, Christian E. Daigle, William Joseph Riviere, Phelps Dunbar, LLP, New Orleans, LA; Evans Martin McLeod, Phelps Dunbar LLP, Houston, TX.

For Mike Hooks Inc, 06-2152, T.L. James & Company, Inc., 06-5162, Consol Defendants: Samuel B. Gabb, LEAD ATTORNEY, Thomas Patrick LeBlanc, Loftin, Cain, Gabb and LeBlanc, Lake Charles, LA; Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz, PC, New Orleans, LA.

For Pine Bluff Sand and Gravel Company, 06-2152, Consol Defendant: Andre J. Mouledoux, LEAD ATTORNEY, Clarence William Emory, Daniel J. Hoerner, Jacques P. DeGruy, Mouledoux, Bland, Legrand & Brackett, LLC, New Orleans, LA; Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz, PC, New Orleans, LA.

For T.L. James Marine, L.L.C., 06-2152, TL James and Company, Inc., 06-2152, TL James Marine Inc, 06-2152, Consol Defendants: Arthur Gordon Grant, Jr., LEAD ATTORNEY, Joseph Patrick [*136] Tynan, Philip S. Brooks, Jr., Montgomery Barnett, [*135] New Orleans, LA.

For Weeks Marine Inc, 06-2152, Weeks Marine, Inc., 06-4066, Consol Defendants: James A. Cobb, Jr., LEAD ATTORNEY, Matthew F. Popp, Randolph J. Waits, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; John F. Emmett, Emmett, Cobb, Waits & Henning, New Orleans, LA; Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz, PC, New Orleans, LA.

For C.R. Pittman Construction Company, Inc., 06-2545, C.R. Pittman Construction Company, Inc., 06-4065, C.R. Pittman Construction Company, Inc., 06-5367, C.R. Pittman Construction Company, Inc., 06-5032, C.R. Pittman Construction Company, Inc., 06-5260, C.R. Pittman Construction Company, Inc., 06-5785, C.R. Pittman Construction Company, Inc., 06-6642, Consol Defendants: Gerald A. Melchiode, LEAD ATTORNEY, Jason J. Markey, Larry Gene Canada, Galloway, Johnson, Tompkins, Burr & Smith, New Orleans, LA.

For AAA Homeowners Auto Club Family Insurance Company, 06-1672, 06-1673, 06-1674, Consol

Defendant: Alan J. Yacoubian, LEAD ATTORNEY, Neal J. Favret, Johnson, Johnson, Barrios & Yacoubian, New Orleans, LA; Thomas M. Richard, LEAD ATTORNEY, Chopin, Wagar, Richard, & Kutcher, LLP, [*137] Metairie, LA; Wayne Robert Maldonado, LEAD ATTORNEY, William [*136] Harry Eckert, Ungarino & Eckert, LLC, Metairie, LA.

For Aegis Security Insurance Company, 06-1672, 06-1673, 06-1674, Consol Defendant: Maura Zivalich Pelleteri, LEAD ATTORNEY, Amy S. Malish, Andrea A. Mittleider, Krebs, Farley & Pelleteri, LLC, New Orleans, LA.

For Encompass Insurance Company of America, 06-1672, 06-1673, 06-1674, Consol Defendant: Edward R. Wicker, Jr., Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Great Northern Insurance Company, 06-1672, 06-1673, 06-1674, Consol Defendant: Steven W. Usdin, LEAD ATTORNEY, Edward R. Wicker, Jr., Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA; Brian Joseph Capitelli, U. S. Attorney's Office, New Orleans, LA.

For Hanover Insurance Company, 06-1672, 06-1673, 06-1674, Consol Defendant: Kevin P. Kamraczewski, LEAD ATTORNEY, Andrew R. Greene, Sonnenschein, Nath & Rosenthal, Chicago, IL; Ralph Shelton Hubbard, III, LEAD ATTORNEY, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Lafayette Insurance Company, 06-1672, 06-1673, 06-1674, Consol Defendant: William John Wegmann, Jr., LEAD ATTORNEY, Orr [*138] Adams, Jr., Law Firm of William J. Wegmann, Metairie, LA; Howard Bruce [*137] Kaplan, Bernard, Cassisa, Elliott & Davis, Metairie, LA.

For Lexington Insurance Company, 06-1672, 06-1673, 06-1674, Consol Defendant: John E. Baay, II, Robert I. Siegel, LEAD ATTORNEYS, Gieger, Laborde & Laperouse, LLC, New Orleans, LA; Daniel W. Nelson, Gibson, Dunn & Crutcher, Washington, DC.

For Liberty Mutual Fire Insurance Company, 06-1672, 06-1673, 06-1674, Consol Defendant: H. Minor Pipes, III, LEAD ATTORNEY, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA; William

Ross DeJean, Nielsen Law Firm, Metairie, LA.

For Louisiana Citizens Property Insurance Corporation, 06-1672, 06-1673, 06-1674, Louisiana Citizens Property Insurance Corporation, (06-5370), Audubon Insurance Company of Louisiana, (06-5370), Louisiana Citizens Fair Plan Company, (06-5370), Consol Defendants: John William Waters, Jr., LEAD ATTORNEY, David Edward Walle, Gregory John McDonald, Bienvenu, Foster, Ryan & O'Bannon, New Orleans, LA.

For Traveler's Property Casualty Comapny of America, 06-1672, 06-1673, 06-1674, Hartford Insurance Company of the Midwest, 06-5164, Horace Mann Property & Casualty, (06-4529), Consol Defendants: [*139] Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New [*138] Orleans, LA.

For Gotech, Inc., 05-6073, Gotech, Inc., 06-4389, GeoTech, Inc., 06-5260, Gotech, Inc., 06-5786, Consol Defendants: Albert D. Clary, LEAD ATTORNEY, Adrian Girard Nadeau, Long Law Firm, Baton Rouge, LA.

For C.F. Bean Corporation, 06-2824, formerly known as C.F. Bean, Inc., Consol Defendant: William Everard Wright, Jr., LEAD ATTORNEY, Kelly Theard, Terrence L. Brennan, Deutsch, Kerrigan & Stiles LLP, New Orleans, LA; Beth M. Kramer, Crowell & Moring, Washington, DC.

For T.L. James & Company, Inc., 06-2824, Consol Defendant: Arthur Gordon Grant, Jr., LEAD ATTORNEY, Kenneth Joseph Gelpi, Jr., Michaela E. Noble,Philip S. Brooks, Jr., Ronald Joseph Kitto, Montgomery Barnett, New Orleans, LA; Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz, PC, New Orleans, LA.

For T.L. James Marine, Inc., 06-2824, Consol Defendant: Arthur Gordon Grant, Jr., LEAD ATTORNEY, Montgomery Barnett, New Orleans, LA.

For Great Lakes Dredge & Dock Company, 06-2824, Great Lakes Dredge & Dock Company, L.L.C. of Louisiana, 06-2824, Great Lakes Dredge & Dock Corporation of Delaware, 06-2824, Great Lakes Trailing Company, [*140] 06-2824, Consol Defendants: Duane M. Kelley, Jack J. Crowe, Winston & Strawn, [*139] LLP, Chicago, IL; Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz, PC, New Orleans, LA.

For Weeks Marine Inc, 06-2824, Weeks Marine, Inc., 06-5260, Luhr Bros., Inc., 06-5260, Consol Defendants: James A. Cobb, Jr., LEAD ATTORNEY, Matthew F. Popp, Randolph J. Waits, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; John F. Emmett, Emmett, Cobb, Waits & Henning, New Orleans, LA.

For Luhr Bros., Inc., 06-2824, Consol Defendant: William J. Larzelere, Jr., LEAD ATTORNEY, Larzelere Picou Wells Simpson Lonero, LLC, Metairie, LA; Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz, PC, New Orleans, LA.

For Manson Construction Co., 06-2824, also known as Manson Construction & Engineering Co., Pine Bluff Sand and Gravel Company, 06-5260, Manson Gulf, L.L.C., 06-5155, Consol Defendants: Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz, PC, New Orleans, LA.

For CSX Corporation, 05-4181, CSX Transportation, Inc., 05-4181, Consol Defendants: Brent A. Talbot, LEAD ATTORNEY, Jonathan Christopher McCall, Michael D. Spencer, Chaffe McCall, LLP, New Orleans, LA; Beth M. Kramer, Scott L. Winkelman, [*141] Crowell & Moring, Washington, DC; John Karl Etter, Roy J. Rodney, Jr., Rodney & Etter, [*140] LLC, New Orleans, LA.

For CSX Transportation, Inc., 06-20, CSX Corporation, 06-4389, CSX Transportation, Inc., 06-4634, CSX Transportation, Inc., 06-5131, CSX Transportation, Inc., 06-5132, CSX Corporation, 06-5786, CSX Transportation, Inc., 06-5786, CSX Transportation, Inc., 06-7682, Consol Defendants: Brent A. Talbot, LEAD ATTORNEY, Jonathan Christopher McCall, Michael D. Spencer, Chaffe McCall, LLP, New Orleans, LA; John Karl Etter, Roy J. Rodney, Jr., Rodney & Etter, LLC, New Orleans, LA.

For Standard Fire Insurance Company (improperly named as Travelers Property Casualty Company of America) (06-1672), Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Joseph Pierre Guichet, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA; Stephen E. Goldman, Wystan M. Ackerman, Robinson & Cole LLP, Hartford, CT.

For Francis J Harvey, 06-3552; Secretary of the Army, Consol Defendant: Alex Kriegsman, LEAD

ATTORNEY, U.S. Department of Justice, Environmental & Natural Resources Division, Washington, DC; Barbara L. Lyons, Cotchett Pitre & McCarthy, Burlingame, CA.

For [*142] Washington Group International, Inc., 06-4065, Washington Group International, Inc., 06-4931, [*141] Washington Group International, Inc., 06-4389, Washington Group International, Inc., 06-5159, Washington Group International, Inc., 06-5161, Washington Group International, Inc., 06-4634, Washington Group International, Inc., 06-5308, Washington Group International, Inc., 06-5032, Washington Group International, Inc., 06-5260, Washington Group International, Inc., 06-5937, Washington Group International, Inc., 06-5785, Washington Group International, Inc., 06-5785, James Construction Group, LLC, 06-5785, Washington Group International, Inc., 06-5786, Washington Group International, Inc., 06-8708, Consol Defendants: William D. Treeby, LEAD ATTORNEY, Carmelite M. Bertaut, Heather Shauri Lonian, John M. Landis, Wayne J. Lee, Stone Pigman Walther Wittmann, LLC, New Orleans, LA; Jerome R. Doak, Jones, Day, Reavis & Pogue, Dallas, TX.

For Virginia Wrecking Company, Inc., 06-4065, Consol Defendant: Thomas Livingston Gaudry, Jr., LEAD ATTORNEY, Wade Antoine Langlois, III, Gaudry, Ranson, Higgins & Gremillion, LLC, Gretna, LA.

For St. Paul Fire and Marine Insurance Company, 06-4065, St. Paul Fire [*143] and Marine Insurance Company, 06-4389, St. Paul Fire and Marine Insurance Company, 06-5159, St. Paul [*142] Fire and Marine Insurance Company, 06-5161, St. Paul Fire and Marine Insurance Company, 06-4634, St. Paul Fire and Marine Insurance Company, 06-5308, St. Paul Fire and Marine Insurance Company, 06-5163, St. Paul Fire and Marine Insurance Company, 06-5260, St. Paul Fire and Marine Insurance Company, 06-5786, St. Paul Fire and Marine Insurance Company, 06-8708, St. Paul Fire and Marine Insurance Company, 06-6099, St. Paul Fire & Marine Insurance Company, (06-5471), Consol Defendants: Ralph Shelton Hubbard, III, LEAD ATTORNEY, April Rochelle Roberts, Joseph Pierre Guichet, Rachel Ann Meese, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Gulf Coast Trailing Company, 06-4066, TLJIC, L.L.C., 06-4066, T.L. James & Company, Inc., 06-4066, T.L. James Marine, Inc., 06-4066, T.L. James Marine,

L.L.C., 06-4066, Gulf Coast Trailing Company TLJIC, L.L.C., 06-5155, T.L. James Marine, L.L.C., 06-5155, T.L. James Marine, Inc., 06-5155, T.L. James & Company, Inc., 06-5155, Consol Defendants: Arthur Gordon Grant, Jr., LEAD ATTORNEY, Philip S. Brooks, Jr., Ronald Joseph Kitto, Montgomery [*144] Barnett, New Orleans, LA; Michaela E. Noble, Lemle & Kelleher, LLP, New Orleans, LA.

For Great Lakes [*143] Dredge & Dock Company, 06-4066, Great Lakes Dredge & Dock Company, L.L.C. of Louisiana, 06-4066, Great Lakes Dredge & Dock Corporation of Delaware, 06-4066, NATCO Dredging Limited Partnership, 06-4066, Great Lakes Trailing Company, 06-4066, Consol Defendants: James H. Roussel, LEAD ATTORNEY, Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz, PC, New Orleans, LA.

For Mike Hooks Inc, 06-4066, Mike Hooks, Inc., 06-5155, Consol Defendants: Samuel B. Gabb, LEAD ATTORNEY, Thomas Patrick LeBlanc, Loftin, Cain, Gabb and LeBlanc, Lake Charles, LA.

For Luhr Bros., Inc., 06-4066, Consol Defendant: William J. Larzelere, Jr., LEAD ATTORNEY, Angie Arceneaux Akers, T. Justin Simpson, Larzelere Picou Wells Simpson Lonero, LLC, Metairie, LA.

For Pine Bluff Sand and Gravel Company, 06-4066, Pine Bluff Sand and Gravel Company, 06-5162, Pine Bluff Sand and Gravel Company, 06-5155, Consol Defendants: Andre J. Mouledoux, LEAD ATTORNEY, Clarence William Emory, Daniel J. Hoerner, Jacques P. DeGruy, Mouledoux, Bland, Legrand & Brackett, LLC, New Orleans, LA.

For King Fisher Marine Service, Inc., [*145] 06-4066, King Fisher Marine Service, L.P., 06-4066, Consol Defendants: Richard Abelard Cozad, LEAD ATTORNEY, [*144] Emma Alexandra Mekinda, Michael L. McAlpine, McAlpine & Cozad, New Orleans, LA.

For Great American Insurance Company of New York, 06-3545, Great American Insurance Company of New York, 06-3544, Consol Defendants: George B. Hall, Jr., LEAD ATTORNEY, Jennifer W. Wall, Phelps Dunbar, LLP, New Orleans, LA.

For Encompass Indemnity Company, 06-1672, 06-1673,

2007 U.S. Dist. LEXIS 65239, *145

06-1674, Allstate Fire and Casualty Insurance Company, 06-5164, Allstate Property and Casualty Insurance Company, 06-5164, Encompass Property and Casualty Company, 06-5164, Allstate Indemnity Company, 07-2746, Allstate Indemnity Company, 07-2747, Allstate Indemnity Company, 07-2748, Allstate Indemnity Company, 07-2749, Allstate Indemnity Company, 07-2750, Allstate Indemnity Company, 07-2751, Allstate Indemnity Company, 07-2752, Allstate Indemnity Company, 07-2753, Allstate Indemnity Company, 07-2754, Allstate Indemnity Company, 07-2755, Allstate Indemnity Company, 07-2756, Consol Defendants: Judy Y. Barrasso, LEAD ATTORNEY, Edward R. Wicker, Jr., Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For New Orleans [*146] City, 06-4931, Consol Defendant: James Bryan Mullaly, Joseph Vincent Di Rosa, Jr., LEAD ATTORNEYS, Penya M. Moses-Fields, [*145] City Attorney's Office, New Orleans, LA.

For Board of Commissioners for the Lake Borgne Basin Levee District, 06-4389, Consol Defendant: Lawrence J. Duplass, LEAD ATTORNEY, Andrew D. Weinstock, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For B&K Construction Company, Inc., 06-4389, 06-4065, 06-4931, 06-4634, 06-5308, 06-5260, 06-5937, 06-5785, 06-5786, 06-5042, 06-5471, 07-1113, 07-1349, Consol Defendant: Herman C. Hoffmann, Jr., LEAD ATTORNEY, Betty Finley Mullin, Wade Michael Bass, Simon, Peragine, Smith & Redfearn, LLP, New Orleans, LA; Gregory Alan Koury, Laborde & Neuner, Lafayette, LA.

For CSX Transportation, Inc., 06-4389, Consol Defendant: Brent A. Talbot, LEAD ATTORNEY, Jonathan Christopher McCall, Michael D. Spencer, Chaffe McCall, LLP, New Orleans, LA.

For Board of Commissioners of the Port of New Orleans, 06-4389, Consol Defendant: John Fredrick Kessenich, LEAD ATTORNEY, Jon A. Van Steenis, Thomas P. Anzelmo, LEAD ATTORNEY, Andre Jude Lagarde, James C. Rather, Jr., Kyle P. Kirsch, Mark Emerson Hanna, McCranie, Sistrunk, Anzelmo, [*147] Hardy, Maxwell & McDaniel, Metairie, LA; Ben Louis Mayeaux, James L. Pate, Laborde & Neuner, Lafayette, LA; Jonathan H. Sandoz, [*146] Kirk Norris Aurandt, Michael William McMahon, Daigle Fisse & Kessenich,

Covington, LA.

For Board of Commissioners of the Port of New Orleans, 06-5159, Port of New Orleans, 06-5131, Port of New Orleans, 06-5142, Port of New Orleans, 06-5118, Port of New Orleans, 06-5134, Port of New Orleans, 06-5132, Port of New Orleans, 06-5128, Port of New Orleans, 06-5137, Board of Commissioners for the Port of New Orleans, 06-5116, Board of Commissioners for the Port of New Orleans, 06-5127, Board of Commissioners for the Port of New Orleans, 06-5786, Consol Defendants: John Fredrick Kessenich, LEAD ATTORNEY, Jon A. Van Steenis, Jonathan H. Sandoz, Kirk Norris Aurandt, Michael William McMahon, Daigle Fisse & Kessenich, Covington, LA.

For Ham Construction Overseas N.V., 06-5162, Hanover American Insurance Company, 06-5164, Hanover Insurance Company, 06-5164, Hartford Insurance Company of the Midwest, 07-7351, Hanover American Insurance Company, 06-4746, Hanover Insurance Company, 06-4746, Hartford Accident and Indemnity Company, 06-4746, Hartford Casualty Insurance [*148] Company, 06-4746, Hartford Insurance Company of the Southeast, 06-4746, Standard Fire Insurance Company, 06-4746, Travelers Casualty and [*147] Surety Company of America, 06-4746, Travelers Casualty Company of Connecticut, 06-4746, Travelers Casualty Insurance Company of America, 06-4746, Travelers Home and Marine Insurance Company, 06-4746, Travelers Indemnity Company of America, 06-4746, Travelers Excess and Surplus Lines Company, 06-4746, Travelers Indemnity Company of Connecticut, 06-4746, Travelers Indemnity Company, 06-4746, Travelers Property Casualty Company of America, 06-4746, Underwriters at Lloyd's London, 06-4746, USAA Casualty Insurance Company, 06-4746, USAA General Indemnity Company, 06-4746, Horace Mann Property & Casualty Insurance Company, (06-4529) incorrectly sued as Horace Mann Property & Casualty, Travelers Insurance Company, (06-5370), Consol Defendants: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Mike Hooks, Inc., 06-5162, Consol Defendant: Samuel B. Gabb, LEAD ATTORNEY, Thomas Patrick LeBlanc, Loftin, Cain, Gabb and LeBlanc, Lake Charles, LA; Nyka M. Scott, Baker Donelson [*149] Bearman Caldwell & Berkowitz, PC, New Orleans, LA.

2007 U.S. Dist. LEXIS 65239, *149

For Manson Gulf, L.L.C., 06-5162, Consol Defendant: Evans Martin McLeod, Phelps Dunbar LLP, [*148] Houston, TX.

For New Orleans Public Belt Railroad Commission, 06-5131, Consol Defendant: Galen S. Brown, LEAD ATTORNEY, Hamilton, Brown & Babst, New Orleans, LA.

For Burlington Northern & Santa Fe Railway Company, 06-5131, Burlington Northern & Santa Fe Railway Company, 06-5132, Consol Defendants: Michael Raudon Phillips, Frilot, Partridge, Kohnke & Clements, LC, New Orleans, LA.

For Allstate Insurance Company, 06-5164, Allstate Insurance Company, 06-7547, Consol Defendants: Judy Y. Barrasso, LEAD ATTORNEY, Craig Isenberg, Edward R. Wicker, Jr., Mary Dawn Pugh, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For American Bankers Insurance Company of Florida, 06-5164, American Security Insurance Company, 06-5164, Standard Guaranty Insurance Company, 06-5164, Voyager Indemnity Insurance Company, 06-5164, Voyager Property and Casualty Insurance Company, 06-5164, American Bankers Company of Florida, 06-4746, American Reliable Insurance Company, 06-4746, American Security Insurance Company, 06-4746, Standard Guaranty Insurance [*150] Company, 06-4746, Consol Defendants: David P. Salley, LEAD ATTORNEY, Maria N. Rabieh, Salley, Hite, Rivera & Mercer, LLC, New Orleans, LA.

For American [*149] Empire Insurance Company, 06-5164, American Empire Surplus Lines Insurance Company, 06-5164, Republic Indemnity Company of America, 06-5164, Consol Defendants: Jennifer W. Wall, LEAD ATTORNEY, George B. Hall, Jr., Pablo Gonzalez, Phelps Dunbar, LLP, New Orleans, LA.

For American National General Insurance Company, 06-5164, American National Property and Casualty Company, 06-5164, ANPAC Louisiana Insurance Company, 06-5164, Republic Fire and Casualty Insurance Company, 06-5164, Republic Lloyds, 06-5164, Republic Underwriters Insurance Company, 06-5164, American National General Insurance Company, 06-5383, Republic Fire and Casualty Insurance Company, 06-5383, American National Property and Casualty Company, 06-5383, Consol Defendants: Jay M.

Lonero, LEAD ATTORNEY, Christopher Raymond Pennison, Larzelere Picou Wells Simpson Lonero, LLC, Metairie, LA.

For American Zurich Insurance Company, 06-5164, Assurance Company of America, 06-5164, Colonial American Casualty and Surety Company, 06-5164, Zurich American Insurance Company, 06-5164, [*151] Zurich American Insurance Company of Illinois, 06-5164, Zurich International (Bermuda) Ltd., 06-5164, Zurich Specialties London Limited, 06-5164, Assurance [*150] Company of America, 06-4746, Consol Defendants: Richard E. King, LEAD ATTORNEY, David Michael Moragas, Matthew J. Lindsay, Ryan M. Bourgeois, Stephen James Moore, Galloway, Johnson, Tompkins, Burr & Smith, New Orleans, LA.

For Amica Mutual Insurance Company, 06-5164, Amica Mutual Insurance Company, 06-7603, Consol Defendants: John Powers Wolff, III, LEAD ATTORNEY, Christopher K. Jones, Nancy B. Gilbert, Steven C. Judice, Tiffany N. Thornton, Keogh, Cox & Wilson, Baton Rouge, LA.

For Audubon Indemnity Company, 06-5164, Hartford Fire Insurance Company, 06-5164, Hartford Underwriters Insurance Company, 06-5164, Consol Defendants: William Ross DeJean, Nielsen Law Firm, Metairie, LA.

For Auto Club Family Insurance Company, 06-5164, 06-6872, 06-4688, 06-9039, 06-6655, Consol Defendant: Gina Puleio Campo, Thomas M. Young, LEAD ATTORNEYS, Miranda, Warwick, Milazzo, Giordano & Hebbler, APLC, Metairie, LA; Thomas M. Richard, LEAD ATTORNEY, Brad M. LaComb, Bradley Joseph Luminais, Jr., Jason Paul Foote, Chopin, Wagar, Richard, & Kutcher, [*152] LLP, Metairie, LA.

For Delta Lloyds Insurance Company of Houston, Texas, 06-5164, Harleysville Insurance Company, 06-5164, Harleysville Mutual Insurance Company, [*151] 06-5164, Fidelity National Insurance Company, 06-9188, Consol Defendants: Gerald J. Nielsen, LEAD ATTORNEY, Thomas Christopher Pennebaker, Nielsen Law Firm, Metairie, LA.

For Electric Insurance Company, 06-5164, Consol Defendant: Dominic Joseph Gianna, LEAD ATTORNEY, Erin Casey Hangartner, Middleberg, Riddle & Gianna, New Orleans, LA; Alan Dean Weinberger, Middleberg Riddle & Gianna, Dallas, TX.

For Encompass Insurance Company of America, 06-5164, Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, Edward R. Wicker, Jr., Laura Spansel Gravener, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Farmers Insurance Exchange, 06-5164, Consol Defendant: Amy Sabrin, Andrew L. Sandler, Skadden, Arps, Slate, Meagher & Flom, LLP, Washington, DC; Christopher Michael Capitelli, Robert R. Wood, Jr., Phelps Dunbar, LLP, New Orleans, LA; Marshall Mc Alis Redmon, Virginia Y. Trainor, Phelps Dunbar, LLP, Baton Rouge, LA; William Ross DeJean, Nielsen Law Firm, Metairie, LA.

For Fidelity and Casualty Insurance Company of [*153] New York, 06-5164, Consol Defendant: James L. Pate, LEAD ATTORNEY, Ben Louis Mayeaux, Charles W. Montz, Jr., Laborde & Neuner, Lafayette, LA.

For Fidelity and Deposit Company [*152] of Maryland, 06-5164, ZC Sterling Corporation, 06-5164, ZC Sterling Insurance Agency, 06-5164, Empire Fire and Marine Insurance Company, 06-4746, Fidelity and Deposit Company of Maryland, 06-4746, Consol Defendants: Dominic J. Ovella, LEAD ATTORNEY, Anne Elizabeth Medo, Joseph L. Spilman, III, Laurence Emig Larmann, Sean P. Mount, Hailey, McNamara, Hall, Larmann & Papale, Metairie, LA.

For Fidelity National Insurance Company, 06-5164, Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, Brandon Slade Stockstill, Dorothy L. Tarver, Thomas Christopher Pennebaker, William Ross DeJean, Nielsen Law Firm, Metairie, LA; Terrence Kent Knister, Gordon, Arata, McCollam, Duplantis & Eagan LLP, New Orleans, LA.

For Fidelity National Property and Casualty Insurance Company, 06-5164, Fidelity National Insurance Company, (06-5370), Consol Defendants: Gerald J. Nielsen, LEAD ATTORNEY, Thomas Christopher Pennebaker, William Ross DeJean, Nielsen Law Firm, Metairie, LA; Terrence Kent Knister, Gordon, Arata, McCollam, Duplantis [*154] & Eagan LLP, New Orleans, LA.

For Financial Casualty and Surety, Inc., 06-5164, Consol Defendant: Michael David Singletary, LEAD ATTORNEY, Crystal Guillory, Kathy L. Smith, Singletary [*153] & Associates, APLC, Opelousas, LA.

For Homesite Insurance Company, 06-5164, Consol Defendant: Robert Emmett Kerrigan, Jr., LEAD ATTORNEY, Kerrie Theriot Belsome, Deutsch, Kerrigan & Stiles LLP, New Orleans, LA; Virginia Y. Trainor, LEAD ATTORNEY, Marshall Mc Alis Redmon, Phelps Dunbar, LLP, Baton Rouge, LA; Christopher Michael Capitelli, Neil Charles Abramson, Nora Boiling Bilbro, Phelps Dunbar, LLP, New Orleans, LA.

For Horace Mann Insurance Company, 06-5164, Horace Mann Property & Casualty Insurance Company, 06-5164, Horace Mann Insurance Company, 06-4746, Horace Mann Property & Casualty Insurance Company, 06-4746, Horace Mann Property & Casualty Insurance Company, (06-4529) incorrectly sued as Horace Mann Property & Casualty, Consol Defendants: Ralph Shelton Hubbard, III, Seth Andrew Schmeeckle, Tina L. Garmon, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Lafayette Insurance Company, 06-5164, Consol Defendant: Howard Bruce Kaplan, LEAD ATTORNEY, Aimee E. Durel, Stephen N. Elliott, [*155] Bernard, Cassisa, Elliott & Davis, Metairie, LA; Stephen R. Barry, Barry & Piccione, New Orleans, LA; William Lee Brockman, Blue Williams, L.L.P., Metairie, LA.

For Liberty Mutual Insurance [*154] Company, 06-5164, Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, H. Minor Pipes, III, Susan Muller Rogge, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA; William Ross DeJean, Nielsen Law Firm, Metairie, LA.

For National Fire & Indemnity Exchange, 06-5164, Consol Defendant: Rene A. Curry, Jr., LEAD ATTORNEY, Brett F. Willie, Christoffer C. Friend, Guy Christopher Curry, Curry & Friend, APLC, New Orleans, LA.

For National Llyod's Insurance Company, 06-5164, National LLoyd's Insurance Company, 06-4746, Consol Defendants: John R. Walker, LEAD ATTORNEY, Allen & Gooch, Metairie, LA.

For Safeco Insurance Company of America, 06-5164, Safeco Insurance Company of Illinois, 06-5164, Safeco Insurance Company of Indiana, 06-5164, Safeco National Insurance Company, 06-5164, Safeco Surplus Lines Insurance Company, 06-5164, Safeco Insurance Company of America, 06-4746, Safeco Insurance

2007 U.S. Dist. LEXIS 65239, *155

Company of Illinois 06-4746, Safeco Insurance Company of Indiana, 06-4746, Safeco National Insurance Company, [*156] 06-4746, Safeco Surplus Lines Insurance Company, 06-4746, Consol Defendants: Wendy Hickok Robinson, LEAD ATTORNEY, Nina Wessel English, Gordon, Arata, McCollam, Duplantis & Eagan LLP, New Orleans, [*155] LA.

For Scottsdale Indemnity Company, 06-5164, Scottsdale Insurance Company, 06-5164, Scottsdale Indemnity Company, 06-4746, Scottsdale Insurance Company, 06-4746, Consol Defendants: Judy Y. Barrasso, LEAD ATTORNEY, Shera J. Finn, Steven W. Usdin, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Southwest Business Corporation, 06-5164, Consol Defendant: Edward John Lilly, LEAD ATTORNEY, Crull, Castaing & Lilly, New Orleans, LA; Phillip A. Wittmann, LEAD ATTORNEY, Nicholas J. Wehlen, Stone Pigman Walther Wittmann, LLC, New Orleans, LA.

For State Farm Fire and Casualty Company, 06-5164, Consol Defendant: David A. Strauss, LEAD ATTORNEY, Adam Patrick Massey, Christian Albert Garbett, Lindsay A. Larson, III, King, LeBlanc & Bland, LLP, New Orleans, LA.

For State Farm General Insurance Company, 06-5164, Consol Defendant: Wayne J. Lee, LEAD ATTORNEY, Andrea L. Fannin, Mary L. Dumestre, Sarah House Barcellona, Stone Pigman Walther Wittmann, LLC, New Orleans, LA.

For State National [*157] Insurance Company, 06-5164, Consol Defendant: Kent A. Lambert, LEAD ATTORNEY, Anne Derbes Keller, Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, New Orleans, LA.

For Travelers Casualty Insurance [*156] Company of America, 06-5164, Consol Defendant: Simeon B. Reimonenq, Jr., Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Travelers Property Casualty Company of America, 06-5164, Consol Defendant: Joseph Pierre Guichet, Simeon B. Reimonenq, Jr., Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Underwriters at Lloyd's London, 06-5164, Underwriters at Lloyd's London, 06-4746, Consol Defendants: Patrick Dominic DeRouen, LEAD ATTORNEY, Porteous, Hainkel & Johnson, New Orleans, LA.

For Union Insurance Company, 06-5164, Union Standard Insurance Company, 06-5164, Consol Defendants: Sean P. Mount, LEAD ATTORNEY, Dominic J. Ovella, Hailey, McNamara, Hall, Larmann & Papale, Metairie, LA.

For Union National Fire Insurance Company, 06-5164, Consol Defendant: Deborah Bila Rouen, LEAD ATTORNEY, Adams and Reese LLP, New Orleans, LA.

For United Fire & Indemnity Company, 06-5164, United Fire and Casualty Company, 06-5164, Consol Defendants: Howard Bruce Kaplan, LEAD ATTORNEY, [*158] Aimee E. Durel, Stephen N. Elliott, Bernard, Cassisa, Elliott & Davis, Metairie, LA; William Lee Brockman, Blue Williams, L.L.P., Metairie, LA.

For United National Insurance Company, 06-5164, Consol Defendant: [*157] Kevin Lawrence Cole, LEAD ATTORNEY, Galloway, Johnson, Tompkins, Burr & Smith, Mandeville, LA.

For Board of Commissioners for the Orleans Levee District, 06-5032, Consol Defendant: Darcy Elizabeth Decker, McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel, Metairie, LA; Gregory Alan Koury, Laborde & Neuner, Lafayette, LA.

For Eustis Engineering Company, Inc., 06-225, 06-4065, 06-4389, 06-5308, 06-5163, 06-5260, 06-5786, 06-5471, 07-1289, 07-1288, Consol Defendant: Alanson Trigg Chenault, LEAD ATTORNEY, Mat M. Gray, III, Blue Williams, L.L.P., Metairie, LA; James Thomas Busenlener, LEAD ATTORNEY, Max Jeffrey Cohen, Lowe, Stein, Hoffman, Allweiss & Hauver, New Orleans, LA; Erin E. Dearie, Thomas Francis Gardner, Gardner & Kewley, APLC, Metairie, LA.

For East Jefferson Levee District, 06-5163, East Jefferson Levee District, 06-5116, East Jefferson Levee District, 06-5127, East Jefferson Levee District, 07-1288, Consol Defendants: Gary M. Zwain, LEAD ATTORNEY, Lawrence J. [*159] Duplass, Nicole M. Boyer, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA; Joseph Edward Bearden, III, Frilot, Partridge, Kohnke & Clements, LC, New Orleans, LA.

For T.L. James and Company, Inc., [*158] 06-5163, Consol Defendant: Arthur Gordon Grant, Jr., Philip S. Brooks, Jr., LEAD ATTORNEYS, Kenneth Joseph Gelpi, Jr., Ronald Joseph Kitto, Montgomery Barnett, New Orleans, LA; Michaela E. Noble, Lemle & Kelleher, LLP, New Orleans, LA.

For Louisiana Department of Transportation and Development, 06-20, Department of Transportation And Development, State of Louisiana, 06-5786, Louisiana State, 06-5786, Louisiana Department of Public Safety and Corrections, 06-5786, Orleans Parish Criminal Sheriff's Office, (06-5786), Consol Defendants: Michael Courtney Keller, LEAD ATTORNEY, Louisiana Department of Justice, Litigation Division, New Orleans, LA.

For Louisiana Department of Transportation and Development, 06-5137, Consol Defendant: Brent Bennett Barriere, Phelps Dunbar, LLP, New Orleans, LA.

For Northfolk and Southern Rail Road, 06-5137, Consol Defendant: Susannah Brooks Walter, Baker Donelson Bearman Caldwell & Berkowitz, PC, New Orleans, LA.

For Travelers Property Casualty [*160] Company of America, 06-516, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Seth Andrew Schmeeckle, Simeon B. Reimonenq, Jr., Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA; Christopher J. Hug, [*159] Stephen E. Goldman, Wystan M. Ackerman, Robinson & Cole LLP, Hartford, CT.

For Virginia Wrecking Company, Inc., 06-5260, Consol Defendant: Wade Antoine Langlois, III, Gaudry, Ranson, Higgins & Gremillion, LLC, Gretna, LA.

For Jefferson Parish, 06-5116, Jefferson Parish, 06-5127, Consol Defendants: Christopher Kent Tankersley, LEAD ATTORNEY, Dennis J. Phayer, Scott Owen Gaspard, Burglass & Tankersley, L.L.C., Metairie, LA.

For Port of New Orleans, 06-5140, Consol Defendant: John Fredrick Kessenich, LEAD ATTORNEY, Jon A. Van Steenis, Jonathan H. Sandoz, Kirk Norris Aurandt, Michael William McMahon, Daigle Fisse & Kessenich, Covington, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Orleans Levee District, 06-5140, Consol Defendant: Thomas P. Anzelmo, LEAD ATTORNEY, Andre Jude

Lagarde, Darcy Elizabeth Decker, James C. Rather, Jr., Kyle P. Kirsch, Mark Emerson Hanna, McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel, Metairie, LA; Ben Louis Mayeaux, Gregory [*161] Alan Koury, James L. Pate, Laborde & Neuner, Lafayette, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Allstate Fire and Casualty Insurance Company, 06-5383, Allstate Property and Casualty Insurance Company, 06-5383, [*160] Encompass Insurance Company of America, 06-5383, Encompass Property and Casualty Company, 06-5383, Consol Defendants: Judy Y. Barrasso, LEAD ATTORNEY, Laura Spansel Gravener, Susan Muller Rogge, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Allstate Insurance Company, 06-5383, Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, Craig Isenberg, Laura Spansel Gravener, Sonnenschein, Nath & Rosenthal, Chicago, IL; Donald Francis deBoisblanc, Jr., deBoisblanc & deBoisblanc, Attorneys at Law, New Orleans, LA.

For Lafayette Insurance Company, 06-5383, United Fire and Casualty Company, (06-5370), Consol Defendants: Howard Bruce Kaplan, LEAD ATTORNEY, Robert A. McMahon, Jr., Stephen N. Elliott, Bernard, Cassisa, Elliott & Davis, Metairie, LA.

For Virginia Wrecking Company, Inc., 06-5937, Consol Defendant: Thomas Livingston Gaudry, Jr., LEAD ATTORNEY, Gaudry, Ranson, Higgins & Gremillion, LLC, Gretna, LA.

For C.R. Pittman Construction Company, [*162] Inc., 06-5937, Consol Defendant: Gerald A. Melchiode, LEAD ATTORNEY, Galloway, Johnson, Tompkins, Burr & Smith, New Orleans, LA.

For Pittman Construction Co. of LA, Inc., 06-5937, Consol Defendant: Charles F. Seemann, Jr., LEAD ATTORNEY, [*161] Deutsch, Kerrigan & Stiles LLP, New Orleans, LA; Lawrence D. Wiedemann, Wiedemann & Wiedemann, New Orleans, LA.

For Louisiana Farm Bureau Mutual Insurance Company, 06-6481, Louisiana Farm Bureau Mutual Insurance Company, 06-6479, Consol Defendants: H. Alston Johnson, LEAD ATTORNEY, Phelps Dunbar, LLP, Baton Rouge, LA; Andrew Lane Plauche, Jr., Plauche Maselli Parkerson LLP, New Orleans, LA.

For Susan Bowman, 06-6481, Consol Defendant: Beverly Aloisio DeLaune, William Everard Wright, Jr., LEAD ATTORNEYS, Deutsch, Kerrigan & Stiles LLP, New Orleans, LA.

For Board of Commissioners for the Orleans Levee Board, 06-6473, Board of Commissioners for the Orleans Parish Levee Board, 06-6099, Consol Defendants:Thomas P. Anzelmo, LEAD ATTORNEY, Andre Jude Lagarde, James C. Rather, Jr., Kyle P. Kirsch, Mark Emerson Hanna, McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel, Metairie, LA; Ben Louis Mayeaux, James L. Pate, Laborde & Neuner, Lafayette, LA.

For [*163] City of New Orleans, 06-6473, Consol Defendant: Joseph Vincent DiRosa, Jr., LEAD ATTORNEY, City Attorney's Office, New Orleans, LA.

For Board of Commissioners for the Lake Borgne Basin Levee District, 06-5786, Consol Defendant: Lawrence J. Duplass, [*162] LEAD ATTORNEY, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Buffman, Inc., 06-6639, 06-9206, 06-7400, 06-9321, 06-8219, 06-7355, 06-8982, 06-9192, 06-9641, 06-8963, 06-8972, 06-8992, 06-9191, 06-8731, 06-9236, 06-8106, 06-8107, 06-5962, 06-8810, 06-7858, 06-7457, 06-7802, 06-7633, 06-8881, 06-8947, 06-9569, 06-9642, doing business as St. Rita's Nursing Home Facility, Buffman, Inc., 06-9037, 06-9038, 06-10426, 06-10790, 07-269, 07-657, doing business as St. Rita's Nursing Home Facility, Buffman, Inc., 06-8821, 06-8761, 06-8759, also known as St. Rita's Nursing Home, Consol Defendants: James A. Cobb, Jr., LEAD ATTORNEY, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; Jeremy D. Goux, Martha Dupree Bowden, Vincent F. Wynne, Jr., Wynne Goux & Lobello, Attorney's at Law, Covington, LA; John F. Emmett, Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA; Louis G. Spencer, McNair Law Firm, Charleston, [*164] NC.

For Mabel Mangano, 06-6639, Salvador Mangano, 06-6639, Mangano Corporation, 06-8219, Mabel Mangano, 06-8219, Salvador A. Mangano, (06-10426), Mabel B. Mangano, (06-10426), Salvador A. Mangano, 07-269, Mabel B. Mangano, 07-269, Salvador A. Mangano, [*163] 07-657, Louisiana Nursing Home Association Trust, 07-657, Mabel B. Mangano, 07-657, Consol Defendants: James A. Cobb, Jr., LEAD ATTORNEY, Emmett, Cobb, Waits & Kessenich, New

Orleans, LA; Jeremy D. Goux, Martha Dupree Bowden, Wynne Goux & Lobello, Attorney's at Law, Covington, LA; Louis G. Spencer, McNair Law Firm, Charleston, NC; Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA.

For Board of Commissioners of the Port of New Orleans, 06-7682, Consol Defendant: John Fredrick Kessenich, LEAD ATTORNEY, Jon A. Van Steenis, Jonathan H. Sandoz, Daigle Fisse & Kessenich, Covington, LA; Thomas P. Anzelmo, LEAD ATTORNEY, Kirk Norris Aurandt, Michael William McMahon, McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel, Metairie, LA.

For BNSF Railway Company, 06-7682, formerly known as Burlington Northern & Santa Fe Railway Company, Consol Defendant: Carl Edward Hellmers, III, LEAD ATTORNEY, Michael Raudon Phillips, Patrick [*165] A. Talley, Jr., Frilot, Partridge, Kohnke & Clements, LC, New Orleans, LA.

For Louisiana Department of Transportation and Development, 06-7682, Louisiana Department of Transportation and Development, 07-993, Consol Defendants: Richard G. Duplantier, Jr., LEAD [*164] ATTORNEY, Lambert Joseph Hassinger, Jr., Timothy William Hassinger, Michael Courtney Keller, Stephen F. Babin, Thomas M. Brahney, Louisiana Department of Justice, Litigation Division, New Orleans, LA.

For James L. Frantz, 06-6479, Consol Defendant: William Everard Wright, Jr., LEAD ATTORNEY, Beverly Aloisio DeLaune, Deutsch, Kerrigan & Stiles LLP, New Orleans, LA.

For Board of Commissioners for the Orleans Levee District, 06-8708, Consol Defendant: Darcy Elizabeth Decker, McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel, Metairie, LA; Gregory Alan Koury, Laborde & Neuner, Lafayette, LA.

For New Orleans City, 06-8708, Consol Defendant: Joseph Vincent DiRosa, Jr., LEAD ATTORNEY, Penya M. Moses-Fields, City Attorney's Office, New Orleans, LA.

For Orleans Parish Criminal Sheriff's Office, 06-6099, Louisiana State, 06-5786, Louisiana Department of Public Safety and Corrections, 06-5786, Orleans Parish Criminal Sheriff's Office, [*166] (06-5786), Consol

Defendants: Freeman Rudolph Matthews, LEAD ATTORNEY, Craig Edmond Frosch, Timothy R. Richardson, Usry, Weeks & Matthews, New Orleans, LA.

For Marlin Gusman, 06-6099, Consol Defendant: Freeman Rudolph Matthews, LEAD ATTORNEY, Timothy R. Richardson, [*165] Usry, Weeks & Matthews, New Orleans, LA.

For Alliance Insurance Agency Services, Inc., 06-8935, Consol Defendant: William Harry Eckert, LEAD ATTORNEY, David Ira Bordelon, Matthew J. Ungarino, Wayne Robert Maldonado, Ungarino & Eckert, LLC, Metairie, LA.

For Standard Fire Insurance Company, 06-8935, United States Fidelity and Guaranty Company, 06-4927, Standard Fire Insurance Company, (06-8270) incorrectly sued as St. Paul Traveler's Casualty Insurance Company of America, Travelers Insurance Company, (06-8801), Travelers Indemnity Company, (06-8801), Standard Fire Insurance Company, (06-8801), Standard Fire Insurance Company, (06-8636), Standard Fire Insurance Company, (06-7687) incorrectly identified as Travelers Insurance Company, Standard Fire Insurance Company, 07-112, Standard Fire Insurance Company, 06-3999, Standard Fire Insurance Company, 07-1928, Standard Fire Insurance Company, 07-1929, Standard Fire Insurance [*167] Company, 07-1930, Standard Fire Insurance Company, 07-2820, Consol Defendants: Gary Jude Russo, LEAD ATTORNEY, Camille Bienvenu Poche, Douglas Conrad Longman, Jr., Perret Doise, APLC, Lafayette, LA.

For Allstate Insurance Company, 06-9097, Consol Defendant: Glenn B. Adams, [*166] LEAD ATTORNEY, Michael W. Collins, Porteous, Hainkel & Johnson, New Orleans, LA; Judy Y. Barrasso, LEAD ATTORNEY, Craig Isenberg, Mary Dawn Pugh, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Gregory Ruiz Agency, 06-9097, Consol Defendant: Kelly Cambre Bogart, LEAD ATTORNEY, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Hartford Insurance Company of the Midwest, 06-4719, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Seth Andrew Schmeeckle, Simeon

B. Reimonenq, Jr., Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Allstate Insurance Company, 06-4818, Allstate Insurance Company, 06-10714, Allstate Insurance Company, 06-1769, Consol Defendants: Judy Y. Barrasso, LEAD ATTORNEY, Craig Isenberg, Mary Dawn Pugh, Susan Muller Rogge, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Travelers Insurance Company, 06-2143, [*168] Standard Fire Insurance Company, 06-2143, Teachers Insurance Company, (06-4529), Consol Defendants: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Tina L. Garmon, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For State Farm Fire and Casualty Company, 06-8602, Charles A. [*167] LaGarde, Jr., 06-8602, Consol Defendants: Andrea L. Fannin, LEAD ATTORNEY, Lesli D. Harris, Mary L. Dumestre, Wayne J. Lee, Stone Pigman Walther Wittmann, LLC, New Orleans, LA.

For Auto Club Family Insurance Company, 06-7483, 06-4746, Kenneth Johnson, 06-7483; President and CEO, Arthur Johnson, 06-7483; Executive, VP, William Erdman, 06-7483; VP, General Counsel and Secretary, Robert J. Schreiber, 06-7483; VP, Insurance, Ms. Linda Hines, 06-7483; Claims Representative, Steve Bruening, 06-7483, Consol Defendants: Thomas M. Richard, LEAD ATTORNEY, Brad M. LaComb, Chopin, Wagar, Richard, & Kutcher, LLP, Metairie, LA.

For Hanover Insurance Company, 06-3992, Consol Defendant: Seth Andrew Schmeeckle, LEAD ATTORNEY, LaDonna Grey Wilson, Ralph Shelton Hubbard, III, Tina L. Garmon, William Lee Kohler, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA; Andrew R. Greene, Kevin P. Kamraczewski, Sonnenschein, [*169] Nath & Rosenthal, Chicago, IL.

For Encompass Insurance Company, 06-7540, Consol Defendant: Glenn B. Adams, LEAD ATTORNEY, Michael W. Collins, Porteous, Hainkel & Johnson, New Orleans, LA; J. Rand Smith., Jr., deBoisblanc & deBoisblanc, Attorneys at Law, New Orleans, LA.

For Aparicio, [*168] Walker & Seeling, Inc., 06-7540, Consol Defendant: William Harry Eckert, LEAD ATTORNEY, David Ira Bordelon, Stephen M. Gele,

Ungarino & Eckert, LLC, Metairie, LA.

For Lafayette Insurance Company, 06-7577, Lafayette Insurance Company, 06-7575, Consol Defendants: Stephen R. Barry, LEAD ATTORNEY, Wendell R. Verret, Barry & Piccione, New Orleans, LA; Daphne P. McNutt, Barry & Piccione APL, New Orleans, LA.

For Scottsdale Insurance Company, 06-4808, Scottsdale Insurance Company, 06-7846, Scottsdale Insurance Company, 06-4571, Consol Defendants: Kevin Lawrence Cole, LEAD ATTORNEY, Cynthia J. Thomas, Galloway, Johnson, Tompkins, Burr & Smith, Mandeville, LA.

For Salvador Mangano, Sr., 06-9321, Mabel Mangano, 06-8219, Consol Defendants: Martha Dupree Bowden, LEAD ATTORNEY, Jeremy D. Goux, Wynne Goux & Lobello, Attorney's at Law, Covington, LA; James A. Cobb, Jr., Emmett, Cobb, Waits & Kessenich, New Orleans, [*170] LA; Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA.

For State Farm Fire and Casualty Company, 06-4777, Consol Defendant: William Marvin Hall, LEAD ATTORNEY, Caroline D. Ibos, Darren Albert Patin, David K Persons, John Elliott Unsworth, Jr., Hailey, McNamara, Hall, Larmann [*169] & Papale, Metairie, LA.

For Lexington Insurance Company, 06-4816, Consol Defendant: Robert I. Siegel, LEAD ATTORNEY, Alistair Ward, Gieger, Laborde & Laperouse, LLC, New Orleans, LA.

For Allstate Insurance Company, 06-4873, Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, Craig Isenberg, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA; Bonita Y. Hawkins, Barrasso Usdin Kupperman Freeman & Sarver, New Orleans, LA; Glenn B. Adams, Mary Dawn Pugh, Michael W. Collins, Porteous, Hainkel & Johnson, New Orleans, LA.

For Allstate Insurance Company, 06-4915, Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, Craig Isenberg, Mary Dawn Pugh, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA; William T. Treas, LEAD ATTORNEY, Gerald J. Nielsen, Nielsen Law Firm, Metairie, LA.

For State Farm Fire and Casualty Company, 06-4917,

Consol Defendant: Christian Albert Garbett, LEAD ATTORNEY, [*171] Adam Patrick Massey, David A. Strauss, Lindsay A. Larson, III, King, LeBlanc & Bland, LLP, New Orleans, LA.

For Maryland Casualty Company, 06-4956, Consol Defendant: Richard E. King, LEAD ATTORNEY, David Michael Moragas, Matthew J. Lindsay, Galloway, Johnson, Tompkins, Burr & Smith, New Orleans, [*170] LA.

For Zurich Insurance Company, 06-4956, Consol Defendant: David Michael Moragas, Matthew J. Lindsay, Richard E. King, Galloway, Johnson, Tompkins, Burr & Smith, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Lexington Insurance Company, 06-5297, Lexington Insurance Company, 06-7173, Consol Defendants: John E. Baay, II, LEAD ATTORNEY, Robert I. Siegel, Gieger, Laborde & Laperouse, LLC, New Orleans, LA.

For State Farm Fire and Casualty Company, 06-5886, Consol Defendant: James R. Nieset, Jr., LEAD ATTORNEY, Porteous, Hainkel & Johnson, New Orleans, LA; Adrianne L. Baumgartner, Porteous, Hainkel, Johnson, LLP, Covington, LA; Norman F. Hodgins, III, Ungarino & Eckert, LLC, Metairie, LA.

For Fireman's Fund Insurance Company, 06-6968, D. Bianchini Tully, 06-7909, Consol Defendants: C. Michael Pfister, LEAD ATTORNEY, Jaime Michele Cambre, Kelly Cambre Bogart, Duplass, Zwain, [*172] Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Hanover Insurance Group, 06-7228, Hanover Insurance Company, (06-7857) incorrectly named as Hanover Insurance, Massachusetts Bay Insurance Company, (06-7857), Consol Defendants: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Kristopher T. Wilson, [*171] LaDonna Grey Wilson, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Peerless Insurance Company, 06-7450, America First Insurance, 06-7450, Consol Defendants: H. Minor Pipes, III, LEAD ATTORNEY, Laura Spansel Gravener, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Salvador A. Mangano, 06-9037, Mabel B. Mangano,

06-9037, Salvador A. Mangano, 06-9038, Mabel Buffone Mangano, 06-9038, Salvador A. Mangano, 06-8731, Mabel B. Mangano, 06-8731, Salvador A. Mangano, 06-8106, Mabel B. Mangano, 06-8106, Salvador A. Mangano, 06-8107, Mabel B. Mangano, 06-8107, Salvador A. Mangano, 06-8810, Mabel Buffone Mangano, 06-8810, Salvador Mangano, Sr., 06-7858, Mabel B. Mangano, 06-7858, Salvador A. Mangano, 06-8821, Mabel B. Mangano, 06-8821, Mabel B. Mangano, 06-7457, Salvador A. Mangano, 06-7457, Mangano Corporation, 06-9193, doing business [*173] as St. Rita's Nursing Home Facility, Salvador A. Mangano, 06-9193, Mabel Buffone Mangano, 06-9193, Salvador A. Mangano, (06-8759), Mabel B. Mangano, (06-8759), Manguest, Inc, (06-8759), Mangano Consultants, Inc., (06-8759), Mangano Management, Inc., (06-8759), Mangano Corporation, (06-8759), Salvador A. [*172] Mangano, (06-8881), Mabel B. Mangano, (06-8881), Salvador A. Mangano, (06-9569), Mabel Buffone Mangano, (06-9569), Consol Defendants: James A. Cobb, Jr., LEAD ATTORNEY, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; Jeremy D. Goux, Wynne Goux & Lobello, Attorney's at Law, Covington, LA; Louis G. Spencer, McNair Law Firm, Charleston, NC; Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA.

For Salvador A Mangano, Sr, 06-8982, Mabel B. Mangano, 06-8982, Salvador Mangano, 06-9192, Mabel B. Mangano, 06-9192, Salvador Mangano, 06-9191, Mabel Buffone Mangano, 06-9191, Salvador A. Mangano, 06-5962, Mabel B. Mangano, 06-5962, Salvador A. Mangano, 06-8761, Mabel B. Mangano, 06-8761, Salvador A. Mangano, (06-9206), Mabel B. Mangano, (06-9206), Salvador A Mangano, Jr., (06-9206), Dorman, Inc, (06-9206), MGH Limited Partnership, (06-9206), Mangano Consultants, Inc., (06-9206), [*174] Mangano Corporation, (06-9206), Mangano Management, Inc., (06-9206), STS Amusements, LLC, (06-9206), doing business as St. Rita Nursing Home, Consol Defendants: James A. Cobb, Jr., LEAD ATTORNEY, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; Jeremy D. Goux, Wynne Goux & Lobello, Attorney's at Law, Covington, [*173] LA; John F. Emmett, Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA; Louis G. Spencer, McNair Law Firm, Charleston, NC.

For Salvador A. Mangano, 06-9641, Mabel B. Mangano, 06-9641, Consol Defendants: James A. Cobb, Jr., LEAD

ATTORNEY, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; Jeremy D. Goux, Martha Dupree Bowden, Wynne Goux & Lobello, Attorney's at Law, Covington, LA; Louis G. Spencer, McNair Law Firm, Charleston, NC; Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA.

For Mabel Mangano, 06-8963, Salvador Mangano, Sr., 06-8963, St. Rita's Nursing Home, 06-8992, also known as Buffman, Inc., Salvador A. Mangano, 06-8992, Mabel B. Mangano, 06-8992, Consol Defendants: James A. Cobb, Jr., LEAD ATTORNEY, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; Jeremy D. Goux, Martha Dupree Bowden, Vincent F. Wynne, Jr., Wynne Goux & Lobello, Attorney's [*175] at Law, Covington, LA; Louis G. Spencer, McNair Law Firm, Charleston, NC; Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA.

For Westchester Surplus Lines Insurance Company, 06-5183, Consol Defendant: Harry Rosenberg, LEAD ATTORNEY, Rebecca Y. Cooper, Richard Nelson Dicharry, Phelps Dunbar, LLP, [*174] New Orleans, LA.

For Axis Surplus Insurance Company, 06-5183, Axis Surplus Insurance Company, 06-4746, Axis Surplus Insurance Company, 06-5252, Consol Defendants: Michael R. Sistrunk, LEAD ATTORNEY, Kyle P. Kirsch, McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel, Metairie, LA.

For AIG Centennial Insurance Company, 06-4746; 06-5164, AIG Indemnity Insurance Company, 06-4746; 06-5164, AIG National Insurance Company, Inc., 06-4746; 06-5164, AIG Premier Insurance Company, 06-4746, American General Indemnity Company, 06-4746, American General Property Insurance Company, 06-4746, Hartford Steam Boiler Inspection and Insurance Company of Connecticut, 06-4746, Lexington Insurance Company, 06-4746, Consol Defendants: Robert I. Siegel, LEAD ATTORNEY, Daniel Gibbons Rauh, Gieger, Laborde & Laperouse, LLC, New Orleans, LA.

For Allstate Fire and Casualty Insurance Company, 06-4746, [*176] Consol Defendant: Judy Y. Barrasso, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Allstate Insurance Company, 06-4746, Allstate Insurance Company, (06-7759), Allstate Insurance

Company, 06-6093, Consol Defendants: Judy Y. Barrasso, LEAD ATTORNEY, Craig Isenberg, Mary Dawn Pugh, Barrasso Usdin [*175] Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For American National General Insurance Company, 06-4746, American National Property and Casualty Company, 06-4746, Republic Fire and Casualty Insurance Company, 06-4746, Republic Lloyds, 06-4746, Consol Defendants: Angie Arceneaux Akers, LEAD ATTORNEY, Christopher Raymond Pennison, Jay M. Lonero, Larzelere Picou Wells Simpson Lonero, LLC, Metairie, LA.

For Audubon Indemnity Company, 06-4746, Fidelity National Insurance Company, 06-4746, Fidelity National Property and Casualty Insurance Company, 06-4746, Prudential Insurance Company of North America, 06-4173, doing business as Prudential Financial Group, Liberty Mutual Fire Insurance Company, 06-4173, doing business as Liberty Mutual Insurance Company doing business as Liberty Mutual, Consol Defendants: Gerald J. Nielsen, LEAD ATTORNEY, William Ross DeJean, Nielsen Law [*177] Firm, Metairie, LA.

For Balboa Insurance Company, 06-4746, Consol Defendant: Stephen Winthrop Rider, LEAD ATTORNEY, Lauren Elizabeth Campisi, Raymond A. Chenault, McGlinchey Stafford, PLLC, New Orleans, LA; Marc R. Michaud, Lemle & Kelleher, LLP, New Orleans, LA.

For Electric Insurance Company, 06-4746, Consol Defendant: [*176] Dominic Joseph Gianna, LEAD ATTORNEY, Erin Casey Hangartner, Middleberg, Riddle & Gianna, New Orleans, LA; Alan Dean Weinberger, Middleberg Riddle & Gianna, Dallas, TX.

For Farmers Insurance Exchange, 06-4746, Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY,William Ross DeJean, Nielsen Law Firm, Metairie, LA; Valerie Briggs Bargas, LEAD ATTORNEY, Richard Thomas Reed, Seale, Smith, Zuber & Barnette, Baton Rouge, LA; Virginia Y. Trainor, Phelps Dunbar, LLP, Baton Rouge, LA.

For Hartford Fire Insurance Company, 06-4746, Hartford Underwriters Insurance Company, 06-4746, Consol Defendants: Gerald J. Nielsen, LEAD ATTORNEY, William Ross DeJean, Nielsen Law Firm, Metairie, LA; Ralph Shelton Hubbard, III, LEAD ATTORNEY, Seth

Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Hartford Insurance Company of the Midwest, 06-4746, Consol Defendant: [*178] Ralph Shelton Hubbard, III, LEAD ATTORNEY, Alex P. Tilling, Seth Andrew Schmeeckle, Lobman, Carnahan, Batt, Angelle & Nader, New Orleans, LA.

For Homesite Insurance Company, 06-4746, Homesite Insurance Company, (06-4704), Homesite Insurance Company, 06-7327, Consol Defendants: Marshall Mc Alis Redmon, LEAD ATTORNEY, Neil [*177] Charles Abramson, Nora Boiling Bilbro, Phelps Dunbar, LLP, Baton Rouge, LA; Robert Emmett Kerrigan, Jr., LEAD ATTORNEY, Kerrie Theriot Belsome, Deutsch, Kerrigan & Stiles LLP, New Orleans, LA.

For Liberty Insurance Corporation, 06-4746, Liberty Insurance Underwriters, Inc., 06-4746, Liberty Mutual Insurance Europe Limited, 06-4746, Liberty Personal Insurance Company, 06-4746, Liberty Surplus Insurance Company, 06-4746, LM General Insurance Company, 06-4746, LM Insurance Corporation, 06-4746, LM Property & Casualty Insurance Company, 06-4746, Consol Defendants: Judy Y. Barrasso, LEAD ATTORNEY, H. Minor Pipes, III, Susan Muller Rogge, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Liberty Mutual Fire Insurance Company, 06-4746, Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, William Ross DeJean, Nielsen Law Firm, Metairie, LA; Judy [*179] Y. Barrasso, LEAD ATTORNEY, H. Minor Pipes, III, Susan Muller Rogge, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For MetLife Auto & Home, 06-4746, Metropolitan Property and Casualty Insurance Company, 06-4746, Metropolitan Direct Property and Casualty Insurance Company, 06-4746, Metropolitan General Insurance Company, [*178] 06-4746, Metropolitan Group Property and Casualty Insurance Company, 06-4746, Metropolitan Casualty Insurance Company, 06-4746, Consol Defendants: Judy Y. Barrasso, LEAD ATTORNEY, Shera J. Finn, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Southwest Business Corporation, 06-4746, Consol Defendant: Edward John Lilly, LEAD ATTORNEY,

Crull, Castaing & Lilly, New Orleans, LA.

For State Farm Fire and Casualty Company, 06-4746, Consol Defendant: Charles L. Chassaignac, IV, LEAD ATTORNEY, Porteous, Hainkel, Johnson & Sarpy, Baton Rouge, LA; Bryan Joseph Haydel, Jr., Eleanor Weeks Wall, James Eric Johnson, Porteous, Hainkel & Johnson, Baton Rouge, LA.

For State Farm General Insurance Company, 06-4746, State Farm Mutual Automobile Insurance Company, 06-4746, Consol Defendants: Wayne J. Lee, LEAD ATTORNEY, Heather Shauri Lonian, James [*180] Dalton Courson, Mary L. Dumestre, Michael Q. Walshe, Jr., Stone Pigman Walther Wittmann, LLC, New Orleans, LA.

For United Fire & Indemnity Company, 06-4746, United Fire and Casualty Company, 06-4746, Consol Defendants: Howard Bruce Kaplan, LEAD ATTORNEY, Eugene M. McEachin, Jr., Robert A. McMahon, Jr., Stephen N. Elliott, Bernard, Cassisa, Elliott [*179] & Davis, Metairie, LA.

For Louisiana Citizens Property Insurance Corporation, 06-4746, Consol Defendant: John William Waters, Jr., LEAD ATTORNEY, Gregory John McDonald, Bienvenu, Foster, Ryan & O'Bannon, New Orleans, LA.

For Wilshire Insurance Company, 06-4746, Consol Defendant: Howard Louis Murphy, LEAD ATTORNEY, John B. Esnard, III, Deutsch, Kerrigan & Stiles LLP, New Orleans, LA.

For Salvador A. Mangano, 06-8972, Mabel B. Mangano, 06-8972, Salvador A. Mangano, 06-8972, Mabel B. Mangano, 06-8972, Consol Defendants: James A. Cobb, Jr., LEAD ATTORNEY, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; Jeremy D. Goux, Martha Dupree Bowden, Wynne Goux & Lobello, Attorney's at Law, Covington, LA; John F. Emmett, Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA; Louis G. Spencer, McNair Law Firm, Charleston, NC.

For Salvador [*181] A. Mangano, 06-9236, Mabel B. Mangano, 06-9236, Salvador A Mangano, Jr., 06-9236, AOLC Limited Partnership, 06-9236; 06-8219; 06-9037; 06-8810; 06-9206; 06-7802; 06-7633, Dorman, Inc, 06-9236, MGH Limited Partnership, 06-9236, Mangano Consultants, Inc., 06-9236, Mangano Corporation, 06-9236, Manguest, Inc., 06-9236, Mangano

Management, Inc., 06-9236, STS [*180] Amusements, LLC, 06-9236, doing business as St. Rita Nursing Home, Consol Defendants: James A. Cobb, Jr., LEAD ATTORNEY, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; Jeremy D. Goux, Martha Dupree Bowden, Vincent F. Wynne, Jr., Wynne Goux & Lobello, Attorney's at Law, Covington, LA; Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA.

For Travelers Property Casualty Company of America, 06-9108, Massachusetts Bay Insurance Company, 06-8849, Consol Defendants: Simeon B. Reimonenq, Jr., LEAD ATTORNEY, Ralph Shelton Hubbard, III, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For. Harry Kelleher & Co., Inc., 06-9108, Consol Defendant: Max Jeffrey Cohen, LEAD ATTORNEY, Lowe, Stein, Hoffman, Allweiss & Hauver, New Orleans, LA; Andre J. Mouledoux, Mouledoux, Bland, Legrand & Brackett, LLC, New Orleans, [*182] LA.

For State Farm Fire and Casualty Company, 06-7307, Hylton Petit, Jr, 06-7307, State Farm Fire and Casualty Company, 06-8452, State Farm Fire and Casualty Insurance, 06-8451, State Farm Fire & Casualty Company, 06-5474, Consol Defendants: Joseph Mark Messina, LEAD ATTORNEY, Brant J. Cacamo, Burt K. Carnahan, Charles Robert Rumbley, Eric B. Berger, Pamela K. Richard, [*181] Tara Lavel Mason, Lobman, Carnahan, Batt, Angelle & Nader, New Orleans, LA.

For Fidelity National Insurance Company, 06-7307, Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, Joseph James Aguda, Jr., William Ross DeJean, Nielsen Law Firm, Metairie, LA.

For Allstate Insurance Company, 06-7771, Consol Defendant: Christopher Parnell Lawler, LEAD ATTORNEY, Donovan & Lawler, Metairie, LA; Judy Y. Barrasso, LEAD ATTORNEY, Craig Isenberg, Mary Dawn Pugh, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For State Farm Fire and Casualty Company, 06-8942, Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, Joseph James Aguda, Jr., Nielsen Law Firm, Metairie, LA; Bryan Joseph Haydel, Jr., Eleanor Weeks Wall, James Eric Johnson, Porteous, Hainkel & Johnson, Baton Rouge, LA; Charles L. Chassaignac, IV, Porteous, [*183] Hainkel, Johnson & Sarpy, Baton

Rouge, LA.

For Susan Geoghegan, 06-8942, Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, Joseph James Aguda, Jr., Nielsen Law Firm, Metairie, LA.

For Wausau Underwriters Insurance Company, (06-3509), Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, Catherine Fornias Giarrusso, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, [*182] LA; Brian Joseph Capitelli, U. S. Attorney's Office, New Orleans, LA.

For IMA of Kansas, Inc., (06-3509), Consol Defendant: Lawrence J. Duplass, LEAD ATTORNEY, Nicole McDaniel Bowen, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Alabama Great Southern Railroad Company, (06-5137) incorrectly sued as Norfolk and Southern Railroad, Consol Defendant: Benjamin Richard Slater, III, LEAD ATTORNEY, Thomas Louis Colletta, Jr., Lemle & Kelleher, LLP, New Orleans, LA.

For Horace Mann Insurance Company, (06-4529) incorrectly sued as Horace Mann Insurance, Horace Mann Insurance Company, (06-4532), Horace Mann Property & Casualty Insurance Company, (06-4532), Consol Defendants: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Michael Eugene Holoway, Seth Andrew Schmeeckle, Tina L. Garmon, Lugenbuhl, Wheaton, [*184] Peck, Rankin & Hubbard, New Orleans, LA.

For Peter Ruiz, Jr, (06-10426) Individually and on Behalf of their Sibling, Rosemary Davis, Consol Defendant: Stephen Robert Rue, LEAD ATTORNEY, Stephen R. Rue & Associates, Kenner, LA.

For William E Washington, Inc, (06-8885), Consol Defendant: Kevin R. Derham, LEAD ATTORNEY, Nicole M. Boyer, Duplass, Zwain, Bourgeois, Morton, Pfister [*183] & Weinstock, Metairie, LA.

For Allstate Insurance Company, (06-8885), Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, Mary Ellen Wyatt, Nielsen Law Firm, Metairie, LA; Judy Y. Barrasso, LEAD ATTORNEY, Craig Isenberg, Mary Dawn Pugh, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For BNSF Railway Company, (06-5132), formerly known as Burlington Northern & Santa Fe Railway

Company, BNSF Railway Company, (06-5131), formerly known as Burlington Northern & Santa Fe Railway Company, Consol Defendants: Carl Edward Hellmers, III, LEAD ATTORNEY, Michael Raudon Phillips, Patrick A. Talley, Jr., Frilot, Partridge, Kohnke & Clements, LC, New Orleans, LA.

For Allstate Insurance Company, (06-5370), Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, Craig Isenberg, H. Minor Pipes, III, Laura [*185] Spansel Gravener, Mary Dawn Pugh, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For United Fire Group, (06-5370), Consol Defendant: Howard Bruce Kaplan, LEAD ATTORNEY, Bernard, Cassisa, Elliott & Davis, Metairie, LA.

For Security Plan Fire Insurance Company, (06-5370), Consol Defendant: Thomas H. Huval, LEAD ATTORNEY, Christian A. Shofstahl, Stephen C. Aertker, Jr., Huval, [*184] Veazey, Felder & Aertker, LLC, Covington, LA.

For Lloyd's of London, (06-5370), Involved Lloyd's Underwriters, 06-4746; Incorrectly named "Underwriters at Lloyd's London", Involved Lloyd's Underwriters, 06-5164; Incorrectly named "Underwriters at Lloyd's London", Involved Lloyd's Underwriters, 06-5383; Incorrectly named "Lloyds of London", Consol Defendants: Marshall Mc Alis Redmon, LEAD ATTORNEY, Phelps Dunbar, LLP, Baton Rouge, LA; David E. Walker, James W. Kienzle, Jr., Jill A. O'Donovan, Walker Wilcox Matousek, LLP, Chicago, IL; Jacqueline M. Brettner, Neil Charles Abramson, Phelps Dunbar, LLP, New Orleans, LA.

For Federal Insurance Company, (06-5370) erroneously sued as Chubb Insurance Company, Consol Defendant: Steven W. Usdin, LEAD ATTORNEY, Shera J. Finn, Barrasso Usdin Kupperman Freeman [*186] & Sarver, LLC, New Orleans, LA.

For Public Belt Railroad Commission for the City of New Orleans, (06-7682) improperly named as New Orleans Public Belt Railroad Commission, Public Belt Railroad Commission for the City of New Orleans, (06-5131) incorrectly sued s City of New Orleans by and through the Public Belt Railroad Commission, Public Belt Railroad Commission for the City of New Orleans, (06-5132) [*185] incorrectly sued as City of New Orleans by and through the Public Belt Railroad Commission,

Public Belt Railroad Commission for the City of New Orleans, 07-993, Consol Defendants: Galen S. Brown, LEAD ATTORNEY, Karen Edginton Milner, Hamilton, Brown & Babst, New Orleans, LA.

For Lexington Insurance Company, (06-7806), Lexington Insurance Company, (06-4707), Lexington Insurance Company, (06-7687), Lexington Insurance Company, 07-1844, Lexington Insurance Company, 07-1845, Lexington Insurance Company, 07-1847, Lexington Insurance Company, 07-1848, Lexington Insurance Company, 07-1849, Consol Defendants: Robert I. Siegel, LEAD ATTORNEY, John E. Baay, II, William A. Barousse, Gieger, Laborde & Laperouse, LLC, New Orleans, LA.

For Republic Fire and Casualty Insurance Company, (06-7962) [*187] incorrectly named Republic Fire and Casualty Group, Consol Defendant: Jay M. Lonero, LEAD ATTORNEY, Angie Arceneaux Akers, Christopher Raymond Pennison, Margaret E. Bradley, Larzelere Picou Wells Simpson Lonero, LLC, Metairie, LA.

For Lexington Insurance Company, (06-8500), Consol Defendant: Robert I. Siegel, LEAD ATTORNEY, John E. Baay, II, Margaret L. Sunkel, Gieger, Laborde & Laperouse, LLC, New Orleans, [*186] LA.

For Lastrapes Insurance Agency, 06-8270, Moses Swent, 06-3418, Consol Defendants: James Thomas Busenlener, LEAD ATTORNEY, Max Jeffrey Cohen, Lowe, Stein, Hoffman, Allweiss & Hauver, New Orleans, LA.

For American Southern Home Insurance Company, (06-8845), Consol Defendant: Matthew A. Woolf, LEAD ATTORNEY, Baker Donelson Bearman Caldwell & Berkowitz, PC, New Orleans, LA.

For State Farm Fire and Casualty Insurance Company, (06-8789), Consol Defendant: Charles L. Chassaignac, IV, Porteous, Hainkel, Johnson & Sarpy, Baton Rouge, LA.

For State Farm Fire and Casualty Company (06-8789) incorrectly referred to as State Farm Fire and Casualty Insurance Company, Consol Defendant: Brant J. Cacamo, Burt K. Carnahan, Charles Robert Rumbley, Eric B. Berger, Lobman, Carnahan, Batt, Angelle [*188] & Nader, New Orleans, LA.

For Norfolk Southern Railway Company, 06-5137; incorrectly identified as "Norfolk and Southern Rail Road", Consol Defendant: Benjamin Richard Slater, III, LEAD ATTORNEY, Thomas Louis Colletta, Jr., Lemle & Kelleher, LLP, New Orleans, LA. Susannah Brooks Walter, Baker Donelson Bearman Caldwell & Berkowitz, PC, New Orleans, LA.

For Hanover Insurance Company, (06-3418) incorrectly named as [*187] The Hanover Insurance Group, Massachusetts Bay Insurance Company, (06-3418), Consol Defendants: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Joseph Pierre Guichet, Kristopher T. Wilson, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Melanie Palmer, (06-8126), Consol Defendant: David Edmund Kavanagh, LEAD ATTORNEY, Weeks, Kavanagh & Rendeiro, New Orleans, LA.

For Encompass Insurance Company, (06-8126), Consol Defendant: Glenn B. Adams, Michael W. Collins, LEAD ATTORNEYS, Porteous, Hainkel & Johnson, New Orleans, LA; Steven Michael Lozes, Lozes & Ponder, New Orleans, LA.

For Alliance Insurance Agency Services, Inc., (06-8636), Alliance Insurance Agency Services, Inc., (06-6655), Consol Defendants: William Harry Eckert, LEAD ATTORNEY, Norman [*189] F. Hodgins, III, Ungarino & Eckert, LLC, Metairie, LA.

For Salvador A. Mangano, (06-7802), Mabel B. Mangano, (06-7802), Consol Defendants: James A. Cobb, Jr., LEAD ATTORNEY, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; Louis G. Spencer, McNair Law Firm, Charleston, NC; Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA.

For Mangano Corporation, (06-7633), Salvador A. Mangano, (06-7633), Mabel B. [*188] Mangano, (06-7633), Salvador A. Mangano, (06-10790), Mabel Buffone Mangano, (06-10790), Consol Defendants: Jeremy D. Goux, LEAD ATTORNEY, Martha Dupree Bowden, Wynne Goux & Lobello, Attorney's at Law, Covington, LA; Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA.

For Salvador A. Mangano, (06-8947), Consol Defendant: James A. Cobb, Jr., LEAD ATTORNEY, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; Jeremy D. Goux,

Wynne Goux & Lobello, Attorney's at Law, Covington, LA; Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA.

For Mabel B. Mangano, (06-8947), Consol Defendant: Michael Clifford Code, LEAD ATTORNEY, Uddo, Beatmann & Code, Metairie, LA; Jeremy D. Goux, Wynne Goux & Lobello, Attorney's at Law, Covington, LA; Susan E. Henning, Emmett, [*190] Cobb, Waits & Henning, New Orleans, LA.

For Salvador A Mangano, Sr, (06-9642), Mabel Buffone Mangano, (06-9642), Consol Defendants: James A. Cobb, Jr., LEAD ATTORNEY, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; Jeremy D. Goux, Martha Dupree Bowden, Wynne Goux & Lobello, Attorney's at Law, Covington, LA.

For Teachers Insurance Company, (06-4532), Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Michael [*189] Eugene Holoway, Tina L. Garmon, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Metlife Auto & Home Insurance Agency, Inc., (06-5023), Consol Defendant: Thomas Glenn Buck, LEAD ATTORNEY, John Covington Henry, Blue Williams, L.L.P., Metairie, LA.

For American Reliable Insurance Company, (06-5023), Fidelity National Insurance Company, 06-4945, Consol Defendants: Gerald J. Nielsen, LEAD ATTORNEY, Brandon Slade Stockstill, William T. Treas, Nielsen Law Firm, Metairie, LA.

For Metropolitan Property and Casualty Insurance Company, (06-5023), Consol Defendant: Thomas Glenn Buck, LEAD ATTORNEY, Christopher Thomas Grace, III, John Covington Henry, Blue Williams, L.L.P., Metairie, LA; Donald C. Douglas, Jr., Middleberg, Riddle & Gianna, New Orleans, LA; H. Minor [*191] Pipes, III, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Liberty Mutual Insurance Company, (06-5370), Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, H. Minor Pipes, III, Laura Spansel Gravener, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Lafayette Insurance Company, (06-5370), Consol

Defendant: Howard Bruce Kaplan, LEAD ATTORNEY, David M. McDonald, Stephen N. Elliott, William [*190] Daniel O'Regan, IV, Bernard, Cassisa, Elliott & Davis, Metairie, LA.

For State Farm Fire and Casualty Company, (06-4703) erroneously referred to as State Farm Insurance Company, Consol Defendant: William Ryan Acomb, LEAD ATTORNEY, Porteous, Hainkel & Johnson, New Orleans, LA.

For Insurance Underwriters, Ltd., (06-10499), Consol Defendant: Max Jeffrey Cohen, LEAD ATTORNEY, James Thomas Busenlener, Monica C. Sanchez, Lowe, Stein, Hoffman, Allweiss & Hauver, New Orleans, LA.

For Massachusetts Bay Insurance Company, (06-10499) erroneously sued as The Hanover Insurance Company, Hanover Insurance Company, 07-1481, Consol Defendants: Ralph Shelton Hubbard, III, LEAD ATTORNEY, LaDonna Grey Wilson, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, [*192] New Orleans, LA.

For Marlin Gusman, (06-5786) both individually and in his official capacity as Criminal Sheriff for the Parish of Orleans, State of Louisiana, Consol Defendant: Freeman Rudolph Matthews, LEAD ATTORNEY, Timothy R. Richardson, Usry, Weeks & Matthews, New Orleans, LA.

For Amica Mutual Insurance Company, 06-5109, Amica Mutual Insurance Company, 06-5104, Consol Defendants: John Powers Wolff, III, LEAD ATTORNEY, Nancy B. Gilbert, [*191] Keogh, Cox & Wilson, Baton Rouge, LA.

For Allstate Insurance Company, 06-7557, Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, Craig Isenberg, Laura Spansel Gravener, Mary Dawn Pugh, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA; Gerald J. Nielsen, John Dennis Carter, Thomas Ainsworth Robichaux, Nielsen Law Firm, Metairie, LA.

For Army Corps of Engineers, 06-5851, Consol Defendant: Richard R. Stone, Sr., LEAD ATTORNEY, Paul Marc Levine, Tara Ann Bowman, U. S. Department of Justice, Torts Branch, Civil Division, Washington, DC; Brian E. Bowcut, Michele S. Greif, Keith H. Liddle, U.S. Department of Justice, Civil Division, Washington,

Case 2:05-cv-04182-SRD-JCW   Document 16571-15   Filed 12/01/08   Page 54 of 69

Page 54
2007 U.S. Dist. LEXIS 65239, *192

DC; Theodore L. Hunt, U.S. Department of Justice, Washington, DC.

For Stone Insurance, Inc., [*193] 06-8934, Auto Club Family Insurance Company, 07-1690, Auto Club Family Insurance Company, 07-1688, Auto Club Family Insurance Company, 07-1691, Auto Club Family Insurance Company, 07-1692, Auto Club Family Insurance Company, 07-1693, Consol Defendants: William Harry Eckert, LEAD ATTORNEY, Matthew J. Ungarino, Ungarino & Eckert, LLC, Metairie, LA.

For Travelers Property Casualty Company of America, 06-4825, Consol Defendant: Peirce A. Hammond, II, [*192] LEAD ATTORNEY, Lauren Fajoni Bartlett, Leake & Andersson, LLP, New Orleans, LA.

For Great American Insurance Company, 06-7309, Consol Defendant: Robert T. Myers, LEAD ATTORNEY, Young, Richaud & Myers, LLC, Metairie, LA.

For St. Paul Travelers Companies, Inc., 06-5080, Travelers Indemnity Company, 06-5080, Consol Defendants: Terrence Charle McRea, LEAD ATTORNEY, Zelle, Hofmann, Voelbel, Mason & Gette, LLP, Dallas, TX.

For Hartford Insurance Company of the Midwest, 06-8244, Consol Defendant: James Paul Naders, LEAD ATTORNEY, Alex P. Tilling, Lobman, Carnahan, Batt, Angelle & Nader, New Orleans, LA; Christopher W. Martin, Martin R. Sadler, Patrick M. Kemp, Martin, Disiere, Jefferson & Wisdom, LLP, Houston, TX.

For Allstate Insurance Company, [*194] 06-9096, Consol Defendant: Glenn B. Adams, LEAD ATTORNEY, Michael W. Collins, Porteous, Hainkel & Johnson, New Orleans, LA; Judy Y. Barrasso, Craig Isenberg, Mary Dawn Pugh, Porteous, Hainkel & Johnson, New Orleans, LA; Dorothy L. Tarver, Nielsen Law Firm, Metairie, LA.

For Scottsdale Insurance Company, 06-9839, Louisiana Citizens Property Insurance Corporation, 06-3799, Consol Defendants: David Edward Walle, LEAD ATTORNEY, Bienvenu, Foster, Ryan & O'Bannon, [*193] New Orleans, LA.

For City of New Orleans, 06-11208; by and through the New Orleans Public Belt Railroad Commission, Consol

Defendant: Galen S. Brown, LEAD ATTORNEY, Karen Edginton Milner, Hamilton, Brown & Babst, New Orleans, LA; Joseph Vincent DiRosa, Jr., LEAD ATTORNEY, City Attorney's Office, New Orleans, LA.

For BNSF Railway Company, 06-11208, formerly known as Burlington Northern and Santa Fe Railway Company, Consol Defendant: Patrick A. Talley, Jr., LEAD ATTORNEY, Carl Edward Hellmers, III, Michael Raudon Phillips, Frilot, Partridge, Kohnke & Clements, LC, New Orleans, LA; Kerry J. Miller, Frilot Partridge, New Orleans, LA.

For Board of Commissioners of The Orleans Levee District, 06-11208, Board of Commissioners for the [*195] Orleans Levee District, 07-1349, Consol Defendants: Thomas P. Anzelmo, LEAD ATTORNEY, Andre Jude Lagarde, James C. Rather, Jr., Kyle P. Kirsch, Mark Emerson Hanna, McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel, Metairie, LA; Ben Louis Mayeaux, Gregory Alan Koury, James L. Pate, Laborde & Neuner, Lafayette, LA.

For State Farm Fire and Casualty Company, 06-3932, Consol Defendant: Joseph Mark Messina, LEAD ATTORNEY, Heather Cheesbro, Lobman, Carnahan, Batt, [*194] Angelle & Nader, New Orleans, LA; William Ryan Acomb, LEAD ATTORNEY, Porteous, Hainkel & Johnson, New Orleans, LA; Adrianne L. Baumgartner, Porteous, Hainkel, Johnson, LLP, Covington, LA.

For Chappetta Insurance Agency, Inc., (06-7759), Consol Defendant: C. Michael Pfister, LEAD ATTORNEY, Christian B. Bogart, Corey M. Oubre, Jaime Michele Cambre, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Martin Insurance Agency, Inc., (06-7687), Gemelle Linzy, 06-7722, Consol Defendants: Stephen M. Gele, LEAD ATTORNEY, Matthew J. Ungarino, Wayne Robert Maldonado, Ungarino & Eckert, LLC, Metairie, LA.

For American Security Insurance Company, 06-4945, Consol Defendant: Gordon P. Serou, Jr., LEAD ATTORNEY, Sutterfield [*196] & Webb, LLC, New Orleans, LA.

For Hanover Insurance Company, 06-4945, Consol Defendant: Ralph Shelton Hubbard, III, LEAD

Case 2:05-cv-04182-SRD-JCW   Document 16571-15   Filed 12/01/08   Page 55 of 69

Page 55
2007 U.S. Dist. LEXIS 65239, *196

ATTORNEY, LaDonna Grey Wilson, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Hanover Insurance Group, 06-9885, Standard Fire Insurance Company, 06-11385, Consol Defendants: Seth Andrew Schmeeckle, LEAD ATTORNEY, Katherine Leigh Osborne, Ralph Shelton Hubbard, III, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, [*195] New Orleans, LA.

For State Farm Fire and Casualty Company, 06-4952, State Farm Fire and Casualty Company, 06-7585, Consol Defendants: Burt K. Carnahan, LEAD ATTORNEY, Brant J. Cacamo, Charles Robert Rumbley, Eric B. Berger, Heather Cheesbro, Joseph Mark Messina, Pamela K. Richard, Tara Lavel Mason, Lobman, Carnahan, Batt, Angelle & Nader, New Orleans, LA.

For Maryland Casualty Company, 06-5115, Consol Defendant: Richard E. King, LEAD ATTORNEY, David Michael Moragas, Galloway, Johnson, Tompkins, Burr & Smith, New Orleans, LA.

For Travelers Property Casualty Company of America, 06-4262, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Joseph Pierre Guichet, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, [*197] LA.

For Hanover Insurance Company, 06-9008, Massachusetts Bay Insurance Company, 06-9008, Consol Defendants: Simeon B. Reimonenq, Jr., LEAD ATTORNEY, Ralph Shelton Hubbard, III, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Board of Commissioners for the Orleans Levee District, 07-993, Board of Commissioners of The Orleans Levee District, 07-1284, Board of Commissioners Of The Orleans Parish Levee District, 07-1285, Board of [*196] Commissioners of the Orleans Levee District, 07-1289, Board of Commissioners of The Orleans Levee District, 07-1288, Board of Commissioners of The Orleans Levee District, 07-1113, Consol Defendants: Gregory Alan Koury, Laborde & Neuner, Lafayette, LA.

For State Farm Fire and Casualty Company, 06-9990, Consol Defendant: Kim Huong Ashley Tran, LEAD ATTORNEY, Gerald J. Nielsen, Michael Stephen Rolland, Nielsen Law Firm, Metairie, LA; Chad Joseph

Primeaux, Laurie Lee DeArmond, Patrick Dominic DeRouen, Porteous, Hainkel & Johnson, New Orleans, LA.

For Allstate Insurance Company, 06-7909, Consol Defendant: Glenn B. Adams, LEAD ATTORNEY, Michael W. Collins, Porteous, Hainkel & Johnson, New Orleans, LA; Judy Y. Barrasso, LEAD [*198] ATTORNEY, Craig Isenberg, Mary Dawn Pugh, Porteous, Hainkel & Johnson, New Orleans, LA.

For State Farm Fire and Casualty Company, 06-7922, Elaine Bilstad, 06-7922, Consol Defendants: Wayne J. Lee, LEAD ATTORNEY, Andrea L. Fannin, Lesli D. Harris, Mary L. Dumestre, Stone Pigman Walther Wittmann, LLC, New Orleans, LA.

For Mel Nelson, 06-9077, Consol Defendant: Eleanor Weeks Wall, Porteous, Hainkel & Johnson, Baton Rouge, LA.

For State Farm Fire and Casualty Company, 06-9077, [*197] Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, Joseph James Aguda, Jr., Nielsen Law Firm, Metairie, LA; Bryan Joseph Haydel, Jr., Charles L. Chassaignac, IV, Eleanor Weeks Wall, James Eric Johnson, Porteous, Hainkel & Johnson, Baton Rouge, LA.

For East Jefferson Levee District, 07-1289, Consol Defendant: Lawrence J. Duplass, LEAD ATTORNEY, Gary M. Zwain, Nicole M. Boyer, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA; Joseph Edward Bearden, III, Frilot, Partridge, Kohnke & Clements, LC, New Orleans, LA.

For Washington Group International, Inc., 07-1271, Consol Defendant: William D. Treeby, LEAD ATTORNEY, Carmelite M. Bertaut, Heather Shauri Lonian, John M. Landis, Stone Pigman Walther [*199] Wittmann, LLC, New Orleans, LA.

For Board of Commissioners for the Lake Borgne Basin Levee District, 07-1271, Consol Defendant: Lawrence J. Duplass, LEAD ATTORNEY, Andrew D. Weinstock, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Allstate Insurance Company, 06-2786, Allstate Insurance Company, 06-7079, Consol Defendants: Jeffrey P. Lozes, LEAD ATTORNEY, Lozes & Ponder,

2007 U.S. Dist. LEXIS 65239, *199

New Orleans, LA; Judy Y. Barrasso, LEAD ATTORNEY, Craig Isenberg, Mary Dawn Pugh, [*198] Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Larry Orlando, 06-8674, Consol Defendant: David Joseph Bourgeois, LEAD ATTORNEY, Christina M. Roselle, Gissel Marie Ferriol, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Allstate Insurance Company, 06-8674, Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, Mary Ellen Wyatt, Nielsen Law Firm, Metairie, LA; Judy Y. Barrasso, LEAD ATTORNEY, Craig Isenberg, Mary Dawn Pugh, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA; Glenn B. Adams, Michael W. Collins, Porteous, Hainkel & Johnson, New Orleans, LA.

For Christopher J. Roos, 06-2124, Rebecca Roos, 06-2124, Consol Defendants: Joseph W. Rausch, LEAD [*200] ATTORNEY, Jim S. Hall & Associates, Metairie, LA.

For Metropolitan Property and Casualty Insurance Company, 06-7437, Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, H. Minor Pipes, III, Shera J. Finn, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA; Brian Joseph Capitelli, U. S. Attorney's Office, New Orleans, LA.

For Fidelity National Property and Casualty Insurance Company, 06-7437, Fidelity National Property and Casualty Insurance Company, 06-2617, Consol Defendants: [*199] William T. Treas, LEAD ATTORNEY, Gerald J. Nielsen, Nielsen Law Firm, Metairie, LA.

For Essex Insurance Company, 06-5388, Consol Defendant: Robert Louis Bonnaffons, LEAD ATTORNEY, Maurice Carlos Ruffin, Adams & Reese, New Orleans, LA.

For AIG Insurance Company, 06-7327, Consol Defendant: Robert Emmett Kerrigan, Jr., LEAD ATTORNEY, Kerrie Theriot Belsome, Deutsch, Kerrigan & Stiles LLP, New Orleans, LA.

For State Farm Fire and Casualty Company, 06-2919, Consol Defendant: Wayne J. Lee, LEAD ATTORNEY, Andrea L. Fannin, Heather Shauri Lonian, Mary L.

Dumestre, Stone Pigman Walther Wittmann, LLC, New Orleans, LA.

For Louisiana Citizens Property Insurance Corporation, 06-2919, Consol Defendant: John William [*201] Waters, Jr., LEAD ATTORNEY, Christopher Marx G'sell, David Edward Walle, Gregory John McDonald, Bienvenu, Foster, Ryan & O'Bannon, New Orleans, LA.

For Allstate Insurance Company, 06-4385, Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, Dorothy L. Tarver, Joseph James Aguda, Jr., Nielsen Law Firm, Metairie, LA; Judy Y. Barrasso, LEAD ATTORNEY, Craig Isenberg, Mary Dawn Pugh, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA; Raymond A. Chenault, McGlinchey Stafford, PLLC, [*200] New Orleans, LA.

For James F Williams, 06-4385, Eddie Corcoran, 6-8274, Consol Defendants: Christian B. Bogart, LEAD ATTORNEY, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Insurance Counselors Inc., 06-7660, Consol Defendant: Robert Emmett Kerrigan, Jr., LEAD ATTORNEY, Jonathan M. Walsh, Deutsch, Kerrigan & Stiles LLP, New Orleans, LA.

For Federal Insurance Company, 06-7660, Vigilant Insurance Company, 06-4173, Consol Defendants: Steven W. Usdin, LEAD ATTORNEY, Shera J. Finn, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Washington Group International, Inc., 07-1113, Washington Group International, Inc., 07-1349, Consol Defendants: Carmelite M. [*202] Bertaut, Stone Pigman Walther Wittmann, LLC, New Orleans, LA.

For Allstate Insurance Company, 06-1768, Consol Defendant: James F. Ryan, LEAD ATTORNEY, Donovan & Lawler, Metairie, LA; Craig Isenberg, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Allstate Insurance Company, 06-2315, Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, Bailey H. Smith, Craig Isenberg, Mary Dawn Pugh, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Encompass Insurance Company [*201] of America,

06-4709, Consol Defendant: Steven Michael Lozes, LEAD ATTORNEY, Lozes & Ponder, New Orleans, LA; Donald F. deBoisblanc, Donald Francis deBoisblanc, Jr., J. Rand Smith, Jr., deBoisblanc & deBoisblanc, Attorneys at Law, New Orleans, LA.

For Encompass Indemnity Company, 06-6761, Consol Defendant: Steven Michael Lozes, LEAD ATTORNEY, Lozes & Ponder, New Orleans, LA.

For State Farm Fire and Casualty Company, 07-245, Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, Joseph James Aguda, Jr., Michael Stephen Rolland, Nielsen Law Firm, Metairie, LA; Chad Joseph Primeaux, Laurie Lee DeArmond, Patrick Dominic DeRouen, Porteous, Hainkel & Johnson, New Orleans, LA.

For Allstate Indemnity [*203] Company, 06-4385, Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, Susan Muller Rogge, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For United States, 06-5127, Consol Defendant: Richard R. Stone, Sr., Robin D. Smith, Theodore L. Hunt, U.S. Department of Justice, Torts Branch, Civil Division, Washington, DC; Brian E. Bowcut, Michele S. Greif, U.S. Department of Justice, Washington, DC.

For Colony Insurance Company, 06-7722, Consol Defendant: Michael J. Vondenstein, LEAD ATTORNEY, Charles [*202] F. Wartelle, Joseph L. Spilman, III, Hailey, McNamara, Hall, Larmann & Papale, Metairie, LA.

For Martin Insurance Agency, Inc., 06-7722, Westport Insurance Corporation, 06-7722, Consol Defendants: Stephen M. Gele, LEAD ATTORNEY, Matthew J. Ungarino, Norman F. Hodgins, III, Ungarino & Eckert, LLC, Metairie, LA.

For Allstate Insurance Company, 07-1015, Consol Defendant: Donald F. deBoisblanc, LEAD ATTORNEY, Donald Francis deBoisblanc, Jr., J. Rand Smith, Jr., deBoisblanc & deBoisblanc, Attorneys at Law, New Orleans, LA; Judy Y. Barrasso, LEAD ATTORNEY, Craig Isenberg, Mary Dawn Pugh, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA; Steven Michael Lozes, Lozes & [*204] Ponder, New Orleans, LA.

For Principal Residential Mortgage, Inc., 06-4173, Consol Defendant: Kent A. Lambert, LEAD ATTORNEY, Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, New Orleans, LA; Tommy D. Snyder, Conroy Law Firm, Metairie, LA.

For Citimortgage, Inc., 06-4173, Consol Defendant: Kent A. Lambert, LEAD ATTORNEY, Anne Derbes Keller, Tyler Weidlich, Baker Donelson Bearman Caldwell & Berkowitz, PC, New Orleans, LA.

For Jay Trusheim, 06-4173, Consol Defendant: Thomas P. Hubert, LEAD ATTORNEY, Jane Henican Heidingsfelder, [*203] Robert Louis Walsh, Jones, Walker, Waechter, Poitevent, Carrere & Denegre, New Orleans, LA.

For Club Insurance Agency, Inc., 06-2617, Consol Defendant: David Israel, LEAD ATTORNEY, Allison Cannizaro, Kevin Gallo Barreca, Sessions, Fishman & Nathan, LLP, Metairie, LA.

For Auto Club Family Insurance Company, 06-2617, Consol Defendant: David Israel, LEAD ATTORNEY, Kevin Gallo Barreca, Sessions, Fishman & Nathan, LLP, Metairie, LA.

For Allstate Insurance Company, 06-6145, Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, Craig Isenberg, Mary Dawn Pugh, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA; Steven Michael Lozes, Lozes & Ponder, New Orleans, [*205] LA; Donald F. deBoisblanc, Donald Francis deBoisblanc, Jr., J. Rand Smith, Jr., deBoisblanc & deBoisblanc, Attorneys at Law, New Orleans, LA.

For Standard Fire Insurance Company, 06-5895, Consol Defendant: Gary Jude Russo, LEAD ATTORNEY, Camille Bienvenu Poche, Douglas Conrad Longman, Jr., Michael Gerard Lemoine, Perret Doise, APLC, Lafayette, LA.

For Katie Hymel, 06-7846, Consol Defendant: Kevin R. Derham, LEAD ATTORNEY, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Allstate Insurance Company, 06-7846, [*204] Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, Craig Isenberg, Mary Dawn Pugh, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA; Steven Michael Lozes, LEAD ATTORNEY, Lozes & Ponder,

New Orleans, LA.

For Auto Club Family Insurance Company, 06-6676, Consol Defendant: Thomas M. Richard, LEAD ATTORNEY, Brad M. LaComb, Jeffrey Kent Warwick, Chopin, Wagar, Richard, & Kutcher, LLP, Metairie, LA.

For Auto Club Family Insurance Company, 06-6660, Consol Defendant: Thomas M. Richard, LEAD ATTORNEY, Brad M. LaComb, Jeffrey Kent Warwick, Kenneth Benjamin Krobert, Chopin, Wagar, Richard & Kutcher LLP, Metairie, LA.

For Fidelity and Guaranty Insurance [*206] Underwriters, Inc., 06-3430, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, William Lee Kohler, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Hartford Insurance Company of the Midwest, 06-7608, Consol Defendant: Simeon B. Reimonenq, Jr., LEAD ATTORNEY, Ralph Shelton Hubbard, III, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA; Christopher W. Martin, Patrick M. Kemp, Martin R. Sadler, Martin, Disiere, Jefferson & Wisdom, LLP, Houston, TX.

For Hartford Underwriters Insurance Company, 06-7608, [*205] Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, John Dennis Carter, Nielsen Law Firm, Metairie, LA; Ralph Shelton Hubbard, III, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Fidelity National Insurance Company, 06-3799, Consol Defendant: Thomas Christopher Pennebaker, LEAD ATTORNEY, Dorothy L. Tarver, Gerald J. Nielsen, Nielsen Law Firm, Metairie, LA.

For Robert Sheard Insurance Agency, Inc., 06-3799, Robert Sheard, 06-3799, Consol Defendants: Peter Stephan Koeppel, LEAD ATTORNEY, Susan Ruth Laporte, Best Koeppel, New Orleans, LA.

For Republic Fire and Casualty Insurance Company, 07-1610; Consol Defendant: [*207] Jay M. Lonero, LEAD ATTORNEY, Angie Arceneaux Akers, Christopher Raymond Pennison, Mary Kerrigan Dennard, Larzelere Picou Wells Simpson Lonero, LLC, Metairie, LA.

For Hanover Insurance Company, 06-6845, Consol

Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Kristopher T. Wilson, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA.

For Auto Club Family Insurance Company, 07-1687, Consol Defendant: William Harry Eckert, LEAD ATTORNEY, Ungarino & Eckert, LLC, Metairie, LA.

For State Farm Fire and Casualty [*206] Company, 07-1561, State Farm Fire and Casualty Company, 07-1571, State Farm Fire and Casualty Company, 07-1590, State Farm Fire and Casualty Company, 07-1585, State Farm Fire and Casualty Company, 07-1586, State Farm Fire and Casualty Company, 07-1592, State Farm Fire and Casualty Company, 07-1566, State Farm Fire and Casualty Company, 07-1570, State Farm Fire and Casualty Company, 07-1608, State Farm Fire and Casualty Company, 07-1595, State Farm Fire and Casualty Company, 07-1562, Consol Defendants: Sidney Jay Hardy, LEAD ATTORNEY, McCranie, Sistrunk, Anzelmo, Hardy, et al, Covington, LA; Roy C. Beard, McCranie, Sistrunk, Anzelmo, Hardy, Maxwell [*208] & McDaniel, Metairie, LA.

For State Farm Fire and Casualty Company, 07-1581, Consol Defendant: Sidney Jay Hardy, LEAD ATTORNEY, McCranie, Sistrunk, Anzelmo, Hardy, et al, Covington, LA; James Dalton Courson, Mary L. Dumestre, Michael Q. Walshe, Jr., Wayne J. Lee, Stone Pigman Walther Wittmann, LLC, New Orleans, LA; Roy C. Beard, McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel, Metairie, LA.

For State Farm Fire and Casualty Company, 07-1791, Consol Defendant: David K Persons, LEAD ATTORNEY, Caroline D. Ibos, Darren Albert Patin, John [*207] Elliott Unsworth, Jr., Hailey, McNamara, Hall, Larmann & Papale, Metairie, LA.

For State Farm Fire and Casualty Company, 07-1793, State Farm Fire and Casualty Company, 07-1795, State Farm Fire and Casualty Company, 07-1797, State Farm Fire and Casualty Company, 07-1798, State Farm Fire and Casualty Company, 07-1799, State Farm Fire and Casualty Company, 07-1801, State Farm Fire and Casualty Company, 07-1803, State Farm Fire and Casualty Company, 07-1785, State Farm Fire and Casualty Company, 07-1787, State Farm Fire and Casualty Company, 07-1789, State Farm Fire and

Casualty Company, 07-1805, State Farm Fire and Casualty Company, 07-1809, State [*209] Farm Fire and Casualty Company, 07-1811, State Farm Fire and Casualty Company, 07-1813, State Farm Fire and Casualty Company, 07-1814, State Farm Fire and Casualty Company, 07-1815, State Farm Fire and Casualty Company, 07-1816, State Farm Fire and Casualty Company, 07-1817, State Farm Fire and Casualty Company, 07-1818, State Farm Fire and Casualty Company, 07-1819, State Farm Fire and Casualty Company, 07-1784, State Farm Fire and Casualty Company, 07-1788, State Farm Fire and Casualty Company, 07-1790, State Farm Fire and Casualty Company, [*208] 07-1806, State Farm Fire and Casualty Company, 07-1808, State Farm Fire and Casualty Company, 07-1810, State Farm Fire and Casualty Company, 07-1812, State Farm Fire and Casualty Company, 07-1792, State Farm Fire and Casualty Company, 07-1794, State Farm Fire and Casualty Company, 07-1796, State Farm Fire and Casualty Company, 07-1800, State Farm Fire and Casualty Company, 07-1783, Consol Defendants: David K Persons, LEAD ATTORNEY, Brad D. Ferrand, Caroline D. Ibos, Darren Albert Patin, John Elliott Unsworth, Jr., Hailey, McNamara, Hall, Larmann & Papale, Metairie, LA.

For State Farm Fire and Casualty Company, 07-1802, Consol Defendant: David [*210] K Persons, LEAD ATTORNEY, Brad D. Ferrand, Darren Albert Patin, John Elliott Unsworth, Jr., McNamara, Hall, Larmann & Papale, Metairie, LA.

For State Farm Fire and Casualty Company, 07-1804, State Farm Fire and Casualty Company, 07-1782, Consol Defendants: David K Persons, LEAD ATTORNEY, Brad D. Ferrand, Caroline D. Ibos,Darren Albert Patin, Hailey, McNamara, Hall, Larmann & Papale, Metairie, LA.

For Claudia Bodet, 07-1810, Consol Defendant: Patrick G. Kehoe, Jr., LEAD ATTORNEY, Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Allan Berger, [*209] Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Bruce L. Feingerts, Feingerts & Kelly, PLC, New Orleans, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Kenneth Taylor, 06-7547, Consol Defendant: Joseph G. Glass, LEAD ATTORNEY, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For The Hanover Insurance Company, 06-8617, Consol Defendant: Michael Eugene Holoway, LEAD ATTORNEY, [*211] Ralph Shelton Hubbard, III, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA; Kevin P. Kamraczewski, Paul E.B. Glad, Sonnenschein, Nath & Rosenthal, Chicago, IL.

For State Farm Fire and Casualty Company, 07-1872, Consol Defendant: Tara Lavel Mason, Lobman, Carnahan, Batt, Angelle & Nader, New Orleans, LA.

For Encompass Insurance Company of America, 06-5288, Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, Bailey H. Smith, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Allstate Insurance [*210] Company, 06-8274, Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, Craig Isenberg, Edward R. Wicker, Jr., Mary Dawn Pugh, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA; Gerald J. Nielsen, Thomas Christopher Pennebaker, Nielsen Law Firm, Metairie, LA.

For Allstate Indemnity Company, 07-1262, Consol Defendant: Richard W. Bane, LEAD ATTORNEY, Maureen O'Connor Sullivan, Lewis, Brisbois, Bisgaard & Smith, LLP, Lafayette, LA.

For State Farm Insurance Company, 07-2730, State Farm Insurance Company, 07-2731, Consol Defendants: James R. Nieset, Jr., LEAD ATTORNEY, Porteous, Hainkel & Johnson, New Orleans, LA; Adrianne L. Baumgartner, [*212] William Conway Lozes, Porteous, Hainkel, Johnson, LLP, Covington, LA; Norman F. Hodgins, III, Ungarino & Eckert, LLC, Metairie, LA.

For State Farm Fire and Casualty Company, 06-8952, Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, Joseph James Aguda, Jr., Kim Huong Ashley Tran, Nielsen Law Firm, Metairie, LA; Adrianne L. Baumgartner, Porteous, Hainkel, Johnson, LLP, Covington, LA; Bryan Joseph Haydel, Jr., Charles L. Chassaignac, IV, Eleanor Weeks Wall, James Eric Johnson, Porteous, Hainkel & Johnson, Baton Rouge, LA.

For Marie Clesi, 06-8952, [*211] Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, Joseph James Aguda, Jr., Kim Huong Ashley Tran, Nielsen Law Firm, Metairie, LA.

For State Farm Fire and Casualty Company, 07-1807, Consol Defendant: Wayne J. Lee, LEAD ATTORNEY, Andrea L. Fannin, Mary L. Dumestre, Samantha Paula Griffin, Stone Pigman Walther Wittmann, LLC, New Orleans, LA.

For State Farm Fire and Casualty Company, 07-2679, State Farm Fire and Casualty Company, 07-2680, State Farm Fire and Casualty Company, 02681, State Farm Fire and Casualty Company, 07-2682, Allstate Indemnity Company, 07-2746, Consol Defendants: Roy C. Beard, LEAD ATTORNEY, McCranie, Sistrunk, Anzelmo, [*213] Hardy, Maxwell & McDaniel, Metairie, LA.

For Allstate Insurance Company, 07-2746, Allstate Insurance Company, 07-2747, Allstate Insurance Company, 07-2748, Allstate Insurance Company, 07-2749, Allstate Insurance Company, 07-2750, Allstate Insurance Company, 07-2751, Allstate Insurance Company, 07-2752, Allstate Insurance Company, 07-2753, Allstate Insurance Company, 07-2754, Allstate Insurance Company, 07-2755, Allstate Insurance Company, 07-2756, Consol Defendants: Judy Y. Barrasso, LEAD ATTORNEY, Craig Isenberg, Edward R. Wicker, Jr., Mary Dawn Pugh, [*212] Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Auto Club Family Insurance Company, 07-1689, Consol Defendant: Thomas M. Richard, LEAD ATTORNEY, Brad M. LaComb, Kenneth Benjamin Krobert, Chopin, Wagar, Richard & Kutcher LLP, Metairie, LA; Matthew J. Ungarino, Ungarino & Eckert, LLC, Metairie, LA.

For State Farm Fire and Casualty Company, 07-1564, 07-1567, 07-1568, 07-1569, 07-1573, 07-1574, 07-1575, 07-1576, 07-1577, 07-1578, 07-1580, 07-1580, 07-1582, 07-1587, 07-1588, 07-1589, 07-1593, 07-1596, 07-1597, 07-1598, 07-1600, 07-1601, 07-1602, 07-1603, 07-1604, 07-1606, Consol Defendant: Sidney Jay Hardy, LEAD ATTORNEY, [*214] McCranie, Sistrunk, Anzelmo, Hardy, et al, Covington, LA.

For State Farm Fire and Casualty Company, 07-2660, 07-2661, 07-2662, 07-2663, 07-2664, 07-2665, Consol Defendant: Alan A. Zaunbrecher, LEAD ATTORNEY,

Law Office of Alan A. Zaunbrecher, Covington, LA.

For Auto Club Family Insurance Company, 07-2763, Consol Defendant: Gina Puleio Campo, LEAD ATTORNEY, Miranda, Warwick, Milazzo, Giordano & Hebbler, APLC, Metairie, LA.

For Lexington Insurance Company, 06-4811, Consol Defendant: Robert I. Siegel, LEAD ATTORNEY, Krystena L. Harper, Gieger, Laborde & Laperouse, [*213] LLC, New Orleans, LA.

For Allstate Insurance Company, 06-3996, Consol Defendant: Jean E. Lavidalie, LEAD ATTORNEY, Maureen O'Connor Sullivan, Richard W. Bane, Lewis, Brisbois, Bisgaard & Smith, LLP, Lafayette, LA.

For Mabel B. Mangano, 06-9192, Salvador Mangano, Sr., 06-8982, Mabel B. Mangano, 06-8982, Salvador Mangano, 06-9192, Salvador Mangano, 06-9191, Mabel Buffone Mangano, 06-9191, Salvador A. Mangano, 06-5962, Mabel B. Mangano, 06-5962, Salvador A. Mangano, 06-8761, Mabel B. Mangano, 06-8761, Salvador A. Mangano, (06-9206), Mabel B. Mangano, (06-9206), Consol Defendants: James A. Cobb, Jr., LEAD ATTORNEY, Emmett, Cobb, [*215] Waits & Kessenich, New Orleans, LA; Jeremy D. Goux, Wynne Goux & Lobello, Attorney's at Law, Covington, LA; John F. Emmett, Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA; Louis G. Spencer, McNair Law Firm, Charleston, NC.

For Salvador A. Mangano, 06-6639, Salvador A Mangano, Sr, 06-9641, Mabel B. Mangano, 06-9641, Mabel B. Mangano, 06-8972, Salvador A. Mangano, (06-10426), Mabel B. Mangano, (06-10426), Salvador A. Mangano, (06-10790), Mabel B. Mangano, (06-10790), Salvador A. Mangano, 07-269, Mabel B. Mangano, 07-269, Salvador A. Mangano, 07-657, [*214] Mabel B. Mangano, 07-657, Consol Third Party Plaintiffs: James A. Cobb, Jr., LEAD ATTORNEY, Susan E. Henning, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; Jeremy D. Goux, Martha Dupree Bowden, Vincent F. Wynne, Jr., Wynne Goux & Lobello, Attorney's at Law, Covington, LA; John F. Emmett, Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA; Louis G. Spencer, McNair Law Firm, Charleston, NC.

For Salvador A. Mangano, 06-7400, Mabel B. Mangano, 06-7400, Salvador A. Mangano, (06-7802), Mabel B. Mangano, (06-7802), Salvador A. Mangano, (06-8759),

2007 U.S. Dist. LEXIS 65239, *215

Mabel B. Mangano, (06-8759), Salvador A. Mangano, (06-8881), [*216] Mabel B. Mangano, (06-8881), Consol Third Party Plaintiffs: James A. Cobb, Jr., LEAD ATTORNEY, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; Louis G. Spencer, McNair Law Firm, Charleston, NC; Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA.

For Salvador Mangano, Sr., 06-9321, Mabel Mangano, 06-9321, Consol Third Party Plaintiffs: Martha Dupree Bowden, LEAD ATTORNEY, Jeremy D. Goux, Wynne Goux & Lobello, Attorney's at Law, Covington, LA; James A. Cobb, Jr., Emmett, Cobb, Waits & Kessenich, New Orleans, LA; Susan E. Henning, Emmett, Cobb, Waits & Henning, [*215] New Orleans, LA.

For Buffman, Inc., 06-8821, 06-8761, 06-9193, 06-8759, Consol Third Party Plaintiff: James A. Cobb, Jr., LEAD ATTORNEY, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; Jeremy D. Goux, Martha Dupree Bowden, Vincent F. Wynne, Jr., Wynne Goux & Lobello, Attorney's at Law, Covington, LA; John F. Emmett, Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA.

For Salvador A. Mangano, 06-9037, Mabel B. Mangano, 06-9037, Salvador A. Mangano, 06-9038, Mabel B. Mangano, 06-9038, Salvador A. Mangano, 06-8731, Mabel B. Mangano, 06-8731, Salvador A. Mangano, 06-9236, Mabel B. Mangano, 06-9236, [*217] Salvador A. Mangano, 06-8106, Mabel B. Mangano, 06-8106, Salvador A. Mangano, 06-8107, Mabel B. Mangano, 06-8107, Salvador A. Mangano, 06-8810, Mabel Buffone Mangano, 06-8810, Salvador Mangano, Sr., 06-7858, Mabel B. Mangano, 06-7858, Salvador A. Mangano, 06-8821, Mabel B. Mangano, 06-8821, Salvador A. Mangano, 06-7457, Mabel B. Mangano, 06-7457, Mangano Corporation, 06-9193, doing business as St. Rita's Nursing Home Facility, Salvador A. Mangano, 06-9193, Mabel Buffone Mangano, 06-9193, Salvador A. Mangano, (06-8759), Mabel B. Mangano, (06-8759), Salvador A. Mangano, (06-8881), [*216] Mabel B. Mangano, (06-8881), Salvador A. Mangano, (06-9569), Mabel Buffone Mangano, (06-9569), Consol Third Party Plaintiffs: James A. Cobb, Jr., LEAD ATTORNEY, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; Jeremy D. Goux, Wynne Goux & Lobello, Attorney's at Law, Covington, LA; Louis G. Spencer, McNair Law Firm, Charleston, NC; Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA.

For Mabel Mangano, 06-8963, Salvador A. Mangano, 06-8963, St. Rita's Nursing Home, 06-8992, also known as Buffman, Inc., Salvador A. Mangano, 06-8992, Mabel B. Mangano, 06-8992, Consol Third Party Plaintiffs: [*218] James A. Cobb, Jr., LEAD ATTORNEY, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; Jeremy D. Goux, Martha Dupree Bowden, Vincent F. Wynne, Jr., Wynne Goux & Lobello, Attorney's at Law, Covington, LA; Louis G. Spencer, McNair Law Firm, Charleston, NC; Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA.

For Mabel B. Mangano, 06-7355, Salvador A. Mangano, 06-7355, Consol Third Party Plaintiffs: James A. Cobb, Jr., LEAD ATTORNEY, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; Jason R. Kenney, John F. Emmett, Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA; [*217] Jeremy D. Goux, Wynne Goux & Lobello, Attorney's at Law, Covington, LA; Louis G. Spencer, McNair Law Firm, Charleston, NC.

For Salvador A. Mangano, 06-8972, Salvador A. Mangano, 06-8972, Mabel B. Mangano, 06-8972, Consol Third Party Plaintiffs: James A. Cobb, Jr., LEAD ATTORNEY, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; Jeremy D. Goux, Martha Dupree Bowden, Wynne Goux & Lobello, Attorney's at Law, Covington, LA; John F. Emmett, Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA; Louis G. Spencer, McNair Law Firm, Charleston, NC.

For Salvador A. Mangano, (06-8947), Mabel B. [*219] Mangano, (06-8947), Consol Third Party Plaintiffs: James A. Cobb, Jr., LEAD ATTORNEY, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; Jeremy D. Goux, Wynne Goux & Lobello, Attorney's at Law, Covington, LA; Susan E. Henning, Emmett, Cobb, Waits & Henning, New Orleans, LA.

For Salvador A Mangano, Sr, (06-9642), Mabel Buffone Mangano, (06-9642), Consol Third Party Plaintiffs: James A. Cobb, Jr., LEAD ATTORNEY, Emmett, Cobb, Waits & Kessenich, New Orleans, LA; Jeremy D. Goux, Martha Dupree Bowden, Wynne Goux & Lobello, Attorney's at Law, Covington, LA.

For Club Insurance Agency, Inc., 06-2617, Consol [*218] Third Party Plaintiff: David Israel, LEAD ATTORNEY, Allison Cannizaro, Kevin Gallo Barreca, Sessions, Fishman & Nathan, LLP, Metairie, LA.

2007 U.S. Dist. LEXIS 65239, *219

For United States of America, 06-8881, 06-8947, 06-9569, 06-9642, 06-10790, 07-269, 07-657, 06-7802, 06-8761, 06-8821, 06-8759, 06-7633, United States of America, 06-9193, 06-7355, 06-9641, 06-9038, 06-9037, 06-9321, 06-8982, 06-9191, 06-9206, 06-8972, 06-8992, 06-8219, 06-7400, 06-7457, 06-8107, 06-9236, 06-8963, 06-5962, 06-7858, 06-6639, 06-8106, 06-9192, 06-8731, Consol Third Party Defendants: Stevens E. Moore, LEAD ATTORNEY, U. S. Attorney's [*220] Office, New Orleans, LA; James F. McConnon, Jr., Kara K. Miller, Traci L. Colquette, U.S. Department of Justice, Torts Branch, Civil Division, Washington, DC.

For Kathleen Blanco, 06-6639; 06-7400; 06-9321; 06-8219, 06-7355; 06-9037; 06-8982; 06-9192; 06-9641; 06-9038; 06-8963; 06-8972; 06-8992; 06-9191; 06-8731; 06-9236, 06-8106; 06-8107; 06-5962; 06-8810; 06-7858; 06-8821; 06-8761; 06-7457; 06-9193; 06-9206; 06-10426; 06-7802, Kathleen Blanco, 06-8759; 06-7633; 06-8881; 06-8947; 06-9569; 06-9642; 06-10790; 07-269; 07-657, Consol Third Party Defendants: Rachelle D. Dick, LEAD ATTORNEY, Amanda G. Clark, Forrester, [*219] Jordan & Dick LLC, Baton Rouge, LA.

For Frederick P. Cerise, 06-6639; M.D., in his official capacity as Secretary, Louisiana Department of Health and Hospitals, Frederick P. Cerise, 06-7400, Frederick P. Cerise, 06-9321; M.D., in his official capacity as Secretary, Department of Health and Hospitals, Frederick P. Cerise, 06-8219; M.D., in his official capacity as Secretary, Department of Health and Hospitals, Frederick P. Cerise, 06-7355; M.D., in his official capacity as Secretary, Louisiana Department of Health and Hospitals, Frederick P. Cerise, 06-9037; in his official [*221] capacity as Secretary, Department of Health and Hospitals, Frederick P. Cerise, 06-8982; in his official capacity as Secretary, Department of Health and Hospitals, Frederick P. Cerise, 06-9192; in his official capacity as Secretary, Louisiana Department of Health and Hospitals, Frederick P. Cerise, 06-9641; in his official capacity as Secretary, Louisiana Department of Health and Hospitals, Frederick P. Cerise, 06-9038; in his official capacity as Secretary, Department of Health and Hospitals, Frederick P. Cerise, 06-8963; in his official capacity as Secretary, Louisiana Department of Health and Hospitals, Frederick [*220] P. Cerise, 06-8972; in his official capacity as Secretary, Louisiana Department of Health and Hospitals, Frederick P. Cerise, 06-8972; in his official capacity as Secretary, Louisiana Department of Health and Hospitals, Frederick P. Cerise, 06-8992; in his

official capacity as Secretary, Louisiana Department of Health and Hospitals, Frederick P. Cerise, 06-9191; in his official capacity as Secretary, Louisiana Department of Health and Hospitals, Frederick P. Cerise, 06-8731; M.D., in his official capacity as Secretary, Louisiana Department of Health and Hospitals, [*222] Frederick P. Cerise, 06-9236; in his official capacity as Secretary, Louisiana Department of Health and Hospitals, Frederick P. Cerise, 06-8106; in his official capacity as Secretary, Louisiana Department of Health and Hospitals, Frederick P. Cerise, 06-8107; in his official capacity as Secretary, Department of Health and Hospitals, Frederick P. Cerise, 06-8810, M.D., in his official capacity as Secretary, Department of Health and Hospitals, Frederick P. Cerise, 06-7858, M.D., in his official capacity as Secretary, Department of Health and Hospitals, Frederick P. Cerise, 06-8821; M.D., in his official capacity as Secretary, [*221] Louisiana Department of Health and Hospitals, Frederick P. Cerise, 06-8761; M.D., in his official capacity as Secretary, Louisiana Department of Health and Hospitals, Frederick P. Cerise, 06-7457; M.D., in his official capacity as Secretary, Louisiana Department of Health and Hospitals, Frederick P. Cerise, 06-9193; M.D., in his official capacity as Secretary, Louisiana Department of Health and Hospitals, State of Louisiana, Department of Health and Hospitals, (06-10426), Frederick P. Cerise, (06-10426) M.D., in his official capacity as Secretary, Department [*223] of Health and Hospitals, Frederick P. Cerise, (06-7802) in his official capacity as Secretary, Louisiana Department of Health Hospitals, State of Louisiana, Department of Health and Hospitals, (06-8759), Frederick P. Cerise, (06-8759) in his official capacity as Secretary, Department of Health and Hospitals, State of Louisiana, Department of Health and Hospitals, (06-7633), Frederick P. Cerise, (06-7633) in his official capacity as Secretary of Department of Health and Hospitals, Frederick P. Cerise, (06-8881) M.D., State of Louisiana, Department of Health and Hospitals, (06-8881), Louisiana State Department of Health and Hospitals, [*222] (06-8947), State of Louisiana, Department of Health and Hospitals, (06-9569), Frederick P. Cerise, (06-9569) M.D., in his official capacity as Secretary, Louisiana Department of Health and Hospitals, State of Louisiana, Department of Health and Hospitals, (06-9642), Frederick P. Cerise, (06-9642) M.D., in his official capacity as Secretary, Department of Health and Hospitals, State of Louisiana, Department of Health and Hospitals, 07-269, Frederick P. Cerise, 07-269; M.D., in his official capacity as Secretary, Louisiana Department of Health and [*224]

Hospitals, State of Louisiana, Department of Health and Hospitals, 07-657, Frederick P. Cerise, 07-657; M.D., in his official capacity as Secretary, Louisiana Department of Health and Hospitals, Consol Third Party Defendants: Stephen H. Vogt, LEAD ATTORNEY, Thibaut, Thibaut & Vogt, LLP, Baton Rouge, LA.

For Louisiana State Department of Justice, 06-6639; Office of Attorney General, State of Louisiana, Department of Health and Hospitals, 06-9037, State of Louisiana, Department of Justice, Office of the Attorney General, 06-8972, State of Louisiana, Department of Justice, Office of the Attorney General, 06-8761, Consol Third Party Defendants: [*223] Brent Bennett Barriere, Phelps Dunbar, LLP, New Orleans, LA.

For Charles Foti, 06-6639; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-7400, State of Louisiana Office of the Attorney General, 06-9321, Charles Foti, 06-9321; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-8219; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-7355; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-9037; in his official capacity [*225] as Attorney General, State of Louisiana, Charles Foti, 06-8982; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-9192; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-9641; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-9038; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-8963; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-8972; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-8972; in his official capacity as Attorney General, State [*224] of Louisiana, Charles Foti, 06-8992; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-9191; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-8731; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-9236; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-8106; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-8107; in his official capacity as Attorney General, State of Louisiana, [*226] Charles Foti, 06-5962; in his official capacity as Louisiana State Attorney General, Charles Foti, 06-8810; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-7858; in his official capacity

as Attorney General, State of Louisiana, Charles Foti, 06-8821; in his official capacity as Attorney General, State of Louisiana, State of Louisiana, Department of Transportation and Development, 06-8761, Charles Foti, 06-8761; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-7457; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-9193; in his official capacity [*225] as Attorney General, State of Louisiana, Charles Foti, (06-10426) in his official capacity as Attorney General, State of Louisiana, Department of Justice of the State of Louisiana, (06-7802) office of the Attorney General, Charles Foti, 06-8636) in his official capacity as Attorney General, State of Louisiana, State of Louisiana Office of the Attorney General, (06-8759), Charles Foti, (06-8759) in his official capacity as Attorney General, State of Louisiana, State of Louisiana, Office of the Attorney General, (06-7633), Charles Foti, [*227] (06-7633) in his official capacity as Attorney General, State of Louisiana, Louisiana Department of Justice, (06-8881), Charles C Foti, - (06-8881), Louisiana State Office of the Attorney General, (06-8947), Charles Foti, (06-8947) in his official capacity as Attorney General, State of Louisiana, Department of Justice, Office of the Attorney General, (06-9569), Charles Foti, (06-9569) in his official capacity as Attorney General, State of Louisiana, State of Louisiana, Office of the Attorney General, (06-9642), Charles Foti, (06-9642) in his official capacity as Attorney General, State of Louisiana, State of Louisiana, Department of [*226] Transportation and Development, (06-10790), Johnny Bradberry, (06-10790) in his official capacity as Secretary, Louisiana Department of Transportation and Development, State of Louisiana, Department of Health and Hospitals, (06-10790), Frederick P. Cerise, (06-10790) M.D., in his official capacity as Secretary, Department of Health and Hospitals, State of Louisiana, Office of the Attorney General, (06-10790), Charles Foti, (06-10790) in his official capacity as Attorney General, State of Louisiana, Charles Foti, 07-269; in his [*228] official capacity as Attorney General, State of Louisiana, State of Louisiana, Department of Justice, Office of the Attorney General, 07-657, Charles Foti, 07-657; in his official capacity as Attorney General, State of Louisiana, Consol Third Party Defendants: Brent Bennett Barriere, LEAD ATTORNEY, Catherine Elena Lasky, Robert R. Wood, Jr., Susie Morgan, Phelps Dunbar, LLP, New Orleans, LA.

For Lake Borgne Basin Levee District, 06-6639, Lake

Borgne Basin Levee District, 06-9321, Consol Third Party Defendants: Lawrence J. Duplass, LEAD ATTORNEY, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA; Jennifer May Morris, Reich, Album & Plunkett, [*227] LLC, Metairie, LA; Joseph Edward Bearden, III, Frilot, Partridge, Kohnke & Clements, LC, New Orleans, LA.

For Department of Transportation And Development, State of Louisiana, 06-7400, State of Louisiana, Department of Transportation and Development, 06-8982, Consol Third Party Defendants: William M. Hudson, III, LEAD ATTORNEY, Michael McGrath Duran, Sr., Oats & Hudson, Gordon Square, Lafayette, LA; Brent Bennett Barriere, Phelps Dunbar, LLP, New Orleans, LA; Clifton O. Bingham, Jr., Oats & Hudson, Baton Rouge, LA.

For Lake [*229] Borgne Basin Levee District, 06-7400, Lake Borgne Basin Levee District, 06-8219, Lake Borgne Basin Levee District, 06-7355, Lake Borgne Basin Levee District, 06-9037, Lake Borgne Basin Levee District, 06-8982, Lake Borgne Basin Levee District, 06-9192, Lake Borgne Basin Levee District, 06-9641, Lake Borgne Basin Levee District, 06-9038, Lake Borgne Basin Levee District, 06-8963, Lake Borgne Basin Levee District, 06-8972, Lake Borgne Basin Levee District, 06-8972, Lake Borgne Basin Levee District, 06-8992, Lake Borgne Basin Levee District, 06-9191, Lake Borgne Basin Levee District, 06-8731, Lake Borgne Basin Levee District, 06-9236, Lake Borgne Basin Levee District, [*228] 06-8106, Lake Borgne Basin Levee District, 06-8107, Lake Borgne Basin Levee District, 06-5962, Lake Borgne Basin Levee District, 06-8810, Lake Borgne Basin Levee District, 06-7858, Lake Borgne Basin Levee District, 06-8821, Lake Borgne Basin Levee District, 06-8761, Lake Borgne Basin Levee District, 06-7457, Lake Borgne Basin Levee District, 06-9193, Lake Borgne Basin Levee District, (06-9206), Lake Borgne Basin Levee District, (06-10426), Lake Borgne Basin Levee District, 06-8636) a political subdivision of the state [*230] of Louisiana, Lake Borgne Basin Levee District, (06-8759), Lake Borgne Basin Levee District, (06-7633), Lake Borgne Basin Levee District, (06-8881), Lake Borgne Basin Levee District, (06-8947), Lake Borgne Basin Levee District, (06-9569), Lake Borgne Basin Levee District, (06-9642), Lake Borgne Basin Levee District, (06-10790), Lake Borgne Basin Levee District, 07-269; a political subdivision of the State of Louisiana, Consol Third Party Defendants: Lawrence J. Duplass, LEAD

ATTORNEY, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA; Joseph Edward Bearden, III, Frilot, Partridge, Kohnke & Clements, LC, New Orleans, LA.

For State of Louisiana, Department [*229] of Transportation and Development, 06-9321, State of Louisiana, Department of Transportation and Development, 06-8219, State of Louisiana, Department of Transportation and Development, 06-9037, State of Louisiana, Department of Transportation and Development, 06-9192, State of Louisiana, Department of Transportation and Development, 06-9641, State of Louisiana, Department of Transportation and Development, 06-9038, State of Louisiana, Department of Transportation and Development, 06-8972, State of Louisiana, [*231] Department of Transportation and Development, 06-8972, State of Louisiana, Department of Transportation and Development, 06-8992, State of Louisiana, Department of Transportation and Development, 06-9191, State of Louisiana, Department of Transportation and Development, 06-9236, Department of Transportation And Development, State of Louisiana, 06-8107, State of Louisiana, Department of Transportation and Development, 06-8810, State of Louisiana, Department of Transportation and Development, 06-7858, State of Louisiana, Department of Transportation and Development, 06-8821, State of Louisiana, Department of Transportation and Development, 06-8761, State of Louisiana, Department [*230] of Transportation and Development, 06-9193, State of Louisiana, Department of Transportation and Development, (06-10426), Johnny Bradberry, (06-10426) in hif official capacity as Secretary, Louisiana Department of Transportation and Development, Department of Transportation and Development, (06-7802) State of Louisiana, Johnny Bradberry, (06-7802) in his official capacity as Secretary, Louisiana Department of Transportation and Development, State of Louisiana, Department of Transportation and Development, [*232] (06-8759), Johnny Bradberry, (06-8759) in his official capacity as Secretary, Louisiana Department of Transportation and Development, State of Louisiana, Department of Transportation and Development, (06-7633), Johnny Bradberry, (06-7633) in his official capacity as Secretary, Louisiana Department of Transporation and Development, Louisiana Department of Transportation and Development, (06-8881), Johnny Bradberry, (06-8881), Louisiana State Department of Transportation and Development,

(06-8947), Johnny Bradberry, (06-8947) in his official capacity as Secretary, Louisiana Department of Transportation and Development, State of Louisiana, Department of Transportation and Development, [*231] (06-9569), Johnny Bradberry, (06-9569) in his official capacity as Secretary, Louisiana Department of Transportation and Development, State of Louisiana, Department of Transportation and Development, (06-9642), Johnny Bradberry, (06-9642) in his official capacity as Secretary, Louisiana Department of Transportation and Development, State of Louisiana, Department of Transporation and Development, 07-269, Johnny Bradberry, 07-269; n his official capacity as Secretary, Louisiana Department of Transporation [*233] and Development, State of Louisiana, Department of Transportation and Development, 07-657, Johnny Bradberry, 07-657; in his official capacity as Secretary, Louisiana Department of Transportation and Development, Consol Third Party Defendants: William M. Hudson, III, LEAD ATTORNEY, Michael McGrath Duran, Sr., Oats & Hudson, Gordon Square, Lafayette, LA; Clifton O. Bingham, Jr., Oats & Hudson, Baton Rouge, LA.

For Frederick P. Cerise, 06-5962; M.D., in his official capacity as Secretary, Louisiana Department of Health and Hospitals, Consol Third Party Defendant: Stephen H. Vogt, LEAD ATTORNEY, Thibaut, Thibaut & Vogt, LLP, Baton Rouge, LA; Amanda G. Clark, Forrester, Jordan & Dick LLC, [*232] Baton Rouge, LA.

For Department of Health and Hospitals for the State of Louisiana, (06-7802), Louisiana State Department of Health and Hospitals, (06-8947), Consol Third Party Defendants: Stephen H. Vogt, LEAD ATTORNEY, Thibaut, Thibaut & Vogt, LLP, Baton Rouge, LA; Brent Bennett Barriere, Phelps Dunbar, LLP, New Orleans, LA.

For Lake Borgne Basin Levee District, 07-657; a political subdivision of the State of Louisiana, Consol Third Party Defendant: Lawrence J. Duplass, LEAD ATTORNEY, Andrew [*234] D. Weinstock, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA; Jennifer May Morris, Reich, Album & Plunkett, LLC, Metairie, LA; Joseph Edward Bearden, III, Frilot, Partridge, Kohnke & Clements, LC, New Orleans, LA.

For Burk-Kleinpeter, Inc., 06-225, Counter Defendant: Charles F. Seemann, Jr., LEAD ATTORNEY, Deutsch, Kerrigan & Stiles LLP, New Orleans, LA.

For Manson Gulf, L.L.C., 06-5155, Manson Construction Co., 06-5155, Consol Cross Claimants: George Moore Gilly, LEAD ATTORNEY, Christian E. Daigle, William Joseph Riviere, Phelps Dunbar, LLP, New Orleans, LA; Evans Martin McLeod, Phelps Dunbar LLP, Houston, TX.

For Christopher J. Roos, 06-2124, Rebecca Roos, 06-2124, Consol Cross [*233] Claimants: Joseph W. Rausch, LEAD ATTORNEY, Jim S. Hall & Associates, Metairie, LA.

For Bean Dredging, L.L.C., 06-4066, Bean Dredging Corporation, 06-4066, C.F. Bean, L.L.C., 06-4066, C.F. Bean Corporation, 06-4066, Bean Horizon Corporation, 06-4066, Bean Horizon, L.L.C., 06-4066, Bean Stuyvesant, L.L.C., 06-4066, Stuyvesant Dredging Company, 06-4066, Stuyvesant Dredging, Inc., 06-4066, Stuyvesant Dredging Co., L.L.C., 06-4066, Royal Boskalis Westminster N.V., 06-4066, Consol Cross [*235] Defendants: Terrence L. Brennan, LEAD ATTORNEY, Kelly Theard, William Everard Wright, Jr., Deutsch, Kerrigan & Stiles LLP, New Orleans, LA.

For Auto Club Family Insurance Co., 06-2124, Consol Cross Defendant: Wayne Robert Maldonado, LEAD ATTORNEY, Ungarino & Eckert, LLC, Metairie, LA.

For United States Army Corps of Engineers, 06-5159, Consol Cross Defendant: Alex Kriegsman, LEAD ATTORNEY, U.S. Department of Justice, Environmental & Natural Resources Division, Washington, DC; Eric G. Hostetler, LEAD ATTORNEY, U. S. Department of Justice, Environmental Defense Section, Washington, DC; Jean Michel Voltaire, LEAD ATTORNEY, U. S. Department of Justice, Federal Programs Branch, Civil Division, Washington, DC; Kara [*234] K. Miller, U. S. Department of Justice, Torts Branch, Civil Division, Washington, DC.

For Frank C Dudenhefer, Jr, Levee Plaintiffs' Subgroup Litigation Committee, Interested Party: Frank Charles Dudenhefer, Jr., LEAD ATTORNEY, Dudenhefer Law Firm, LLC, New Orleans, LA.

For Allstate Insurance Company, Consolidated - 05-6323, Amicus: Judy Y. Barrasso, LEAD ATTORNEY, Edward R. Wicker, Jr., Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Curtis Amann, 06-2268, [*236] Claude W. Baudot,

Case 2:05-cv-04182-SRD-JCW   Document 16571-15   Filed 12/01/08   Page 66 of 69

Page 66
2007 U.S. Dist. LEXIS 65239, *236

06-2268, David Bell, 06-2268, Jacinta Bell, 06-2268, Crescent City Property Redevelopment, LLC, 06-2268, Gwendolyn Diggs, 06-2268, Sun Fowler, 06-2268, Audrey Gates, 06-2268, Dyane Lewis, 06-2268, Nancy Reith, 06-2268, Ray Reith, 06-2268, Audrey Robinson, 06-2268, Lisa Rodriguez, 06-2268, Anthony Russo, 06-2268, Side-By-Side Redevelopment, LLC, 06-2268, Peter Waring, 06-2268, Amicus: Richard Massie Martin, Jr., LEAD ATTORNEY, Richard M. Martin, Jr., Attorney at Law, New Orleans, LA; Arthur Anthony Morrell, Author A. Morrell, Attorney at Law, New Orleans, LA; Deborah M. Sulzer, Deborah M. Sulzer, Attorney at Law, New Orleans, LA; John J. Cummings, III, Cummings, Cummings & Dudenhefer, New Orleans, [*235] LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Richard Anthony Weigand, Weigand & Levenson, New Orleans, LA; Suzette Peychaud Bagneris, Bagneris & Larkins, New Orleans, LA.

For Jefferson Parish, Aaron Broussard, Movants: Christopher Kent Tankersley, LEAD ATTORNEY, Dennis J. Phayer, Scott Owen Gaspard, Burglass & Tankersley, L.L.C., Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Board of Commissioners for the Orleans Levee District, 05-4181, [*237] Consol Movant: Thomas P. Anzelmo, LEAD ATTORNEY, Andre Jude Lagarde, Darcy Elizabeth Decker, James C. Rather, Jr., Kyle P. Kirsch, Mark Emerson Hanna, McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel; Metairie, LA; Ben Louis Mayeaux, Gregory Alan Koury, James L. Pate, Laborde & Neuner, Lafayette, LA.

For Ashton R. O'Dwyer, Jr., 05-4181, 06-1885, 06-4024, 06-4389, 06-5771, 06-5786, 06-6099, 07-206, Consol Movant: Dane S. Ciolino, LEAD ATTORNEY, Dane S. Ciolino, Attorney at Law, New Orleans, LA.

For Manson Gulf LLC, 06-2152, Consol Cross Claimant: George Moore Gilly, LEAD ATTORNEY, Christian E. Daigle, William Joseph Riviere, Phelps Dunbar, LLP, New Orleans, LA; Evans Martin McLeod, Phelps Dunbar LLP, Houston, TX.

For Bean [*236] Dredging Corporation, 06-2152, Bean Dredging, L.L.C., 06-2152, Stuyvesant Dredging Co., L.L.C., 06-2152, C.F. Bean, L.L.C., 06-2824, C.F. Bean Corporation, 06-2824, Bean Horizon L.L.C., 06-2824, Bean Horizon Corporation, 06-2152, Bean Stuyvesant, L.L.C., 06-2152, Royal Boskalis Westminster N.V.,

06-2152, Stuyvesant Dredging Company, 06-2152, Stuyvesant Dredging, Inc., 06-2152, C.F. Bean Corporation, 06-2824, Cross Defendants: Terrence L. Brennan, LEAD ATTORNEY, [*238] Kelly Theard, William Everard Wright, Jr., Deutsch, Kerrigan & Stiles LLP, New Orleans, LA.

For USA, 06-2152, Cross Defendant: Stephen G. Flynn, LEAD ATTORNEY, U. S. Department of Justice, Torts Branch, Civil Division, Washington, DC.

For Bean Horizon Corporation, 06-2152, Bean Stuyvesant, L.L.C., 06-2152, Royal Boskalis Westminster N.V., 06-2152, Stuyvesant Dredging Company, 06-2152, Stuyvesant Dredging, Inc., 06-2152, Consol Cross Defendants: Terrence L. Brennan, LEAD ATTORNEY, Kelly Theard, William Everard Wright, Jr., Deutsch, Kerrigan & Stiles LLP, New Orleans, LA.

For Great Lakes Dredge & Dock Company, 06-2152, Great Lakes Dredge & Dock Company, L.L.C. of Louisiana, 06-2152, Great Lakes Dredge & Dock Corporation of Delaware, [*237] 06-2152, Great Lakes Trailing Company, 06-2152, Consol Cross Defendants: Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz, PC, New Orleans, LA.

For King Fisher Marine Service, Inc., 06-2152, King Fisher Marine Service, L.P., 06-2152, Consol Cross Defendants: Richard Abelard Cozad, LEAD ATTORNEY, Emma Alexandra Mekinda, Michael L. McAlpine, McAlpine & Cozad, New Orleans, LA.

For Manson Construction Co., 06-2152, Manson Construction Co., 06-5162, [*239] Cross Claimants: George Moore Gilly, LEAD ATTORNEY, Christian E. Daigle, William Joseph Riviere, Phelps Dunbar, LLP, New Orleans, LA; Evans Martin McLeod, Phelps Dunbar LLP, Houston, TX.

For Great Lakes Dredge & Dock Company, 06-2152, Great Lakes Dredge & Dock Company, L.L.C. of Louisiana, 06-2152, Great Lakes Dredge & Dock Corporation of Delaware, 06-2152, Great Lakes Trailing Company, 06-2152, NATCO Dredging Limited Partnership, 06-2152, Cross Defendants: Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz, PC, New Orleans, LA.

For Manson Gulf, LLC, 06-4066, Manson Construction Co., 06-4066, Manson Gulf, L.L.C. 06-5162, Consol

Cross Claimants: George Moore Gilly, LEAD ATTORNEY, Christian E. Daigle, William Joseph Riviere, Phelps [*238] Dunbar, LLP, New Orleans, LA; Evans Martin McLeod, Phelps Dunbar LLP, Houston, TX.

For Gulf Coast Trailing Company, 06-4066, Consol Cross Defendant: Arthur Gordon Grant, Jr., LEAD ATTORNEY, Philip S. Brooks, Jr., Ronald Joseph Kitto, Montgomery Barnett, New Orleans, LA; Michaela E. Noble, Lemle & Kelleher, LLP, New Orleans, LA.

**JUDGES:** JOSEPH C. WILKINSON, JR., UNITED STATES MAGISTRATE JUDGE.

**OPINION BY:** JOSEPH C. WILKINSON, JR.

**OPINION**

### ORDER ON MOTIONS

Pending before me in this [*240] matter are (1) Levee Defendants' Motion to Reconsider Court's Order on Levee Defendants' Motion to Compel, Record Doc. No. 6807; and (2) MRGO Defendants' Motion to Reconsider Court's Order on MRGO Defendants' Motion to Compel, Record Doc. No. 6909. Plaintiffs filed timely opposition memoranda. Record Doc. Nos. 6936 and 6943. Having considered the record, the applicable law and the written submissions of counsel, **IT IS ORDERED** that the motions are hereby GRANTED IN PART AND DENIED IN PART as follows:

The motions seek three kinds of additional discovery responses: (1) plaintiffs' "insurance claim files," (2) plaintiffs' "applications for benefits from *all* sources," including the "Road Home" program, and (3) plaintiffs' trial plan. Essentially, these are requests that I reconsider my prior ruling, Record Doc. No. 6592, denying defendants' previous motion to compel additional responses to Requests for Production No. 2 (insurance) and No. 3 (applications for benefits) and Interrogatories No. 1, 2, 3, 4, 5, 6, 7, 21 and 28 (trial plan).

From the outset of class certification discovery, plaintiffs have opposed defendants' efforts to conduct damages discovery on various grounds. Their current [*241] opposition relies in part on their recently permitted amended master complaint and amended motion for class certification. These amended pleadings

establish that plaintiffs principally seek issue certification under *Fed. R. Civ. P. 23(c)(4)*; that the issues all concern liability, with the single exception of certain "class-wide" damage, for which they argue that injunctive relief under *Fed. R. Civ. P. 23(b)(2)* is appropriate; and that the individual damages of plaintiffs are in no way part of any class certification they seek. Plaintiffs argue that "by allowing the Plaintiffs in Levee [1] to file their amended Motion to Certify, the discovery urged in the Motion for Reconsideration is much more remote today that it was several weeks ago. . . . [T]hus, the focus in anticipation of the certification hearing directs itself to [the four] issues [specifically delineated in the amended motion to certify] and not to individualized items of damages." Record Doc. No. 6936 (Plaintiffs' Opposition at p. 1).

> 1   Although the court previously considered and granted a motion to amend filed by plaintiffs only as to the Levee cases, plaintiffs' counsel stated at the recent hearing that plaintiffs had intended [*242] to file an identical motion to amend their motion for class certification in the MRGO cases, but had failed to do so through oversight. They have now filed such a motion as to the MRGO cases, and it is noticed for hearing on August 22, 2007. Record Doc. No. 6942.

This argument overlooks or misunderstands the tasks of both the parties and the court in the upcoming class certification hearings. *Rule 23(c)(4)* issue certification is allowed *only* if the *Rule 23(b)* requirements are first met as to the claim and the court has done a searching analysis of plaintiffs' cause of action as a whole, particularly as to the predominance and superiority components.

> The predominance inquiry involves a comparison of the issues common among the class members and the issues individual to them. This analysis remains unchanged whether a class is certified under one or more sections of *rule 23(b)*. The inquiry's constancy serves as an important limitation on the use of bifurcation by preventing a district court from manufacturing predominance through the "nimble use" of *rule 23(c)(4)*.
>
> Therefore, the cause of action, *as a whole*, must satisfy *rule 23(b)(3)*'s

predominance requirement. Once that requirement is met, [*243] *rule 23(c)(4)* is available to sever the common issues for a class trial. To read the rule not as a housekeeping rule, but instead as allowing a court to pare issues repeatedly until predomination is achieved, would obliterate *rule 23(b)(3)*'s predominance requirement, resulting in automatic certification in every case in which any common issue exists, a result the drafters of the rule could not have intended.

*Smith v. Texaco, Inc., 263 F.3d 394, 409 (5th Cir. 2001)* (emphasis added), *opin. withdrawn & cause dismissed, 281 F.3d 477 (5th Cir. 2002)* [2] (quoting *Castano v. American Tobacco Co., 84 F.3d 734, 745 n.21 (5th Cir. 1996)).*

2   Although this case has no precedential value, it accurately summarizes and in substantial part relies upon the reasoning of one of the Fifth Circuit's leading class certification decisions, *Castano, 84 F.3d at 744-47.*

The Fifth Circuit has approved some class certification requests focused primarily on liability issues, similar in some ways to what plaintiffs seek in this case. *See, e.g., Bertulli v. Independent Ass'n of Cont'l Pilots, 242 F.3d 290, 295 (5th Cir. 2001); Mullen v. Treasure Chest Casino, LLC, 186 F.3d 620, 624 (5th Cir. 1999); Castano v. American Tobacco Co., 84 F.3d 734 (5th Cir. 1996),* [*244] *reh'g en banc granted, 990 F.2d 805 (5th Cir. 1993), appeal dismissed, 53 F.3d 663 (5th Cir. 1994);* [3] *Jenkins v. Raymark Indus., Inc., 782 F.2d 468, 472 (5th Cir. 1986)* (citations omitted).

3   "The panel opinion in *Watson* has no precedential weight in this circuit" because it was vacated when rehearing en banc was granted, after which the case was settled and the appeal dismissed. *Castano, 84 F.3d at 740 n.12.* Nonetheless, *Watson* has been cited without criticism in *Steering Committee v. Exxon Mobil Corp., 461 F.3d 598, 603 (5th Cir. 2006),* and *Mullen, 186 F.3d at 628.*

The Fifth Circuit has denied others. *See, e.g., Corley v. Orangefield Indep. Sch. Dist., 152 Fed. Appx. 350, 2005 WL 2600177, at *1 (5th Cir. 2005).* In *Corley,* the Fifth Circuit held that the need for individualized

damages calculations defeated certification under both *Rule 23(b)(2)* and *(b)(3). 152 Fed. Appx. 350, Id. at *2.* The *Corley* court also addressed *Rule 23(c)(4).*

Although *Fed. R. Civ. P. 23(c)(4)* does permit a district court to certify "a class action with respect to particular issues", we have previously held that, in order to maintain a "composite class" of the sort the landowners describe, plaintiffs must first [*245] show that the cause of action, taken as [a] whole, satisfies the predominance requirement of *Rule 23(b)(3).* To hold otherwise would permit plaintiffs to evade the predominance requirement "through the nimble use of *subdivision (c)(4)*".

In the instant case, the landowners seek to excise from the class the very issue that defeats predominance under *Rule 23(b)(3)*-i.e., the assessment of injury and the calculation of damages. Thus, the district court did not abuse its discretion in declining to certify this case as a "composite class".

*152 Fed. Appx. 350, Id. at *3* (quoting *Castano, 84 F.3d at 745 n.21).*

As I have stated in my previous orders, some damages discovery is necessary in the class certification phase of these proceedings because it is relevant to *Rule 23* issues, including commonality, typicality, adequacy of representation, superiority *and predominance.* Record Doc. No. 6592, at p. 30. As a defense to the class certification sought by plaintiffs-even now, following plaintiffs' prudent amendment of their motion-defendants have asserted that myriad individualized damage issues predominate and therefore defeat plaintiffs' argument that the limited issues they have now specifically [*246] identified for class certification are predominant. Because this court must consider plaintiffs' causes of action *as a whole* when considering class certification under Fifth Circuit precedent, this defense remains in the case regardless of the recent amendment.

My challenge has been the usual difficulty of finding the appropriate balance between the broad scope of discovery permitted by *Fed. R. Civ. P. 26(b)(1)* and the

restrictions imposed both by *Fed. R. Civ. P. 26(b)(2)* and the phased discovery approach in Case Management Order No. 4. This challenge has been exacerbated by the extreme breadth of defendants' various written discovery requests. For example, Request for Production No. 2 seeks *"all* administrative claims relating to Hurricane Katrina . . . submitted to *any* governmental body or agency (including but not limited to claim forms submitted to the Louisiana Recovery Authority)." (Emphasis added). Request for Production No. 3 requests *"all* documents that *refer or relate to* insurance claims . . . for damages or injuries (personal or property) sustained between August 28, 2005 and September 25, 2005." (Emphasis added). These requests are so broad as written that they could extend [*247] to all manner of correspondence with a wide-ranging array of private persons, government agencies or officials, charitable relief entities and other addressees, rendering responses to these requests as literally written far beyond what is proportionally necessary to the court's class certification inquiry. However, in keeping with the search for balance required by the applicable discovery rules that has driven my previous rulings, and in light of the unrebutted representations concerning plaintiffs' deposition testimony recited in the motion papers, I find that some additional production in response to Requests for Production Nos. 2 and 3 is both relevant to the court's class certification analysis and will not impose unreasonable burdens on plaintiffs, such that some additional responses would be proportionally permissible. Accordingly.

**IT IS ORDERED** that the motions are granted in

that the named plaintiffs who are also proposed class representatives (after the recently permitted amendments) must produce to defendants within fourteen (14) days of entry of this order (1) their claims or applications for insurance payments, under either all-risks, homeowners or flood insurance policies, [*248] submitted by them to their insurers for damage related to Hurricanes Katrina and Rita; and (2) their applications for payments or benefits from the Louisiana Recovery Authority/"Road Home" program. This order does *not* require that plaintiffs produce every letter or other shred of paper in their possession related to their insurance or the Road Home program, but only those materials constituting claims or applications for such payments.

The motion is denied in all other respects, including but not limited to any request for more wider-ranging responses to Requests for Production Nos. 2 and 3 and for additional interrogatory answers setting out any "trial plan." Plaintiffs have responded to these "trial plan" interrogatories. They have included a "trial plan" in their recent amendments to their class certification motions. Plaintiffs' "trial plan" apparently is what they have said it is. If their proposed "trial plan" is inadequate, that will be a factor weighing against their class certification request, which the presiding district judge will address.

New Orleans, Louisiana, this 16th day of August, 2007.

JOSEPH C. WILKINSON, JR.

UNITED STATES MAGISTRATE JUDGE