**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*     05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*       06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*     06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. JUDGE |
| *Lafarge v. USA*        07-5178 | * | JOSEPH C. WILKINSON, JR. |

# ORDER GRANTING BARGE PLAINTIFFS' MOTION FOR LEAVE TO FILE THEIR REVISED PROPOSED SEVENTH AMENDED CONSOLIDATED CLASS ACTION COMPLAINT FOR DAMAGES

This matter comes before the Court on Barge Plaintiffs' Motion for Leave to File their Revised Proposed Seventh Amended Consolidated Class Action Complaint for Damages. Upon consideration of the Motion, Memorandum in support, proposed pleading, and the responses of Defendants, it appears that Motion is well taken. It is therefore hereby

ORDERED, that Plaintiffs have leave to file the Seventh Amended Consolidated Class Action Complaint for Damages attached as Exhibit 1 to their Memorandum.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**