**MINUTE ENTRY**
**DUVAL, J.**
**DECEMBER 1, 2008**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE: KATRINA CANAL BREACHES**                          **CIVIL ACTION**
**CONSOLIDATED LITIGATION**

                                                                **NO. 05-4182**

**PERTAINS TO: BARGE**                                           **SECTION "K"(2)**

      Attending a telephonic status conference held this day were:

      John Aldock and Derrick Walker for Lafarge North America Inc.,
      Brian Gilbert and Shawn Khorrami for Barge Plaintiffs,
      William Treeby for Washington Group International, Inc., and
      Joe Bruno for MR-GO Plaintiffs.

      This status conference was to discuss the status of the hearing on Barge Plaintiffs' Motion to

Certify Class (Rec. Doc. 15549). Counsel for the Barge Plaintiffs explained that they misunderstood

the agreement among the parties that a hearing was not necessary; Barge Plaintiffs' counsel understood

the agreement to only pertain to testimony, not oral argument. All other counsel generally agreed that

they believed oral argument not to be necessary, but that they would choose to participate if it were

scheduled by the Court. The Court agreed to set oral argument for February 15, 2009. Accordingly,

**IT IS ORDERED** that the hearing date on the Barge Plaintiffs' Amended Motion to Certify Class (Rec. Doc. 15549) is **RESET** for **February 11, 2009 at 9:00 a.m.** By agreement of the parties, there will only be oral argument during the hearing; no testimony will be taken.

2

JS10(00:12)