U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   NOV 26 2008

LORETTA G. WHYTE
CLERK

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 25, 2008

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 08-30962   In Re: Katrina Canal
     USDC No.   2:06-CV-6099
                  2:05-CV-4182

The court has granted appellant's motion to reinstate the appeal.

                        Sincerely,

                        CHARLES R. FULBRUGE III, Clerk

                  By: _____
                       Angelique D. Batiste, Deputy Clerk
                       504-310-7808

Mr Ashton R O'Dwyer Jr
Mr James L Nelson
Ms Loretta Whyte, Clerk

MOT-2

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____