```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   DEC - 3 2008

LORETTA G. WHYTE
      CLERK
```

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 25, 2008

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 08-30962  In Re: Katrina Canal
       USDC No.  2:06-CV-6099
                   2:05-CV-4182

The court has granted appellant's motion to reinstate the appeal.

                    Sincerely,

                    CHARLES R. FULBRUGE III, Clerk

                    *Angelique D. Batiste*
         By: _____
                  Angelique D. Batiste, Deputy Clerk
                  504-310-7808

Mr Ashton R O'Dwyer Jr
Mr James L Nelson
Ms Loretta Whyte, Clerk

MOT-2

```
A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
       Deputy
New Orleans, Louisiana   NOV 2 5 2008
```

```
___ Fee _____
___ Process _____
 X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____
```