# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Loretta G. Whyte**
**Clerk**

500 Poydras St., Room C-151
New Orleans, LA 70130

November 26, 2008

Mr. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA   70130

APPEAL NO <u>08-30962</u>

IN RE: <u>KATRINA CANAL BREACHES  LITIGATION</u>     CA 05-4182 K  c/w 06-6099

In connection with this appeal, the following documents are transmitted and/or information furnished. Please acknowledge receipt on the enclosed copy of this letter.

\_\_\_ 1) Certified copy of the notice of appeal and docket entries

\_\_\_ 2) Certified copy of notice of a cross-appeal and docket entries.

\_\_\_ 3) The Court of Appeals docket fee \_\_\_ HAS   \_\_\_ HAS NOT been paid

\_\_\_ 4) This case is proceeding <u>in forma pauperis</u>

\_\_\_ 5) Order Appointing Counsel   \_\_\_ CJA-20   \_\_\_ FPD

\_\_\_ 6) District Judge Entering the final judgment is _____

\_\_\_ 7) Court Reporter assigned to the case_____

\_\_\_ 8) If criminal case, number and names of other defendants on appeal

\_\_\_ 9) This case was decided without a hearing; there will be no transcript.

\_\_\_ 10) Spears hearing held; court reporter present.

In connection with this appeal, the following documents are transmitted.   Please acknowledge receipt on the enclosed copy of this letter.

<u>x</u> 1) **Certified** Electronic Copy of Record on appeal:

   \_\_\_ Volume(s) of record   \_\_\_ Original Volume(s) of transcripts

   \_\_\_ Volume(s) of depositions

   \_\_\_ Container(s) of exhibits \_\_\_ envelope \_\_ box

\_\_\_ 2) Supplemental record_____

\_\_\_ 3) SEALED DOCUMENT_____

\_\_\_ 4) Other _____

Very truly yours,

By<u>   Alicia Phelps   </u>
Deputy Clerk