UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO:    INSURANCE *Kiefer, et al. v. Allstate, et al.*   06-5370 As to Plaintiffs Jimmy and Sylvia Myles only | § § § § § § | |

## ORDER

**IT IS ORDERED** that the above entitled and numbered cause which is administratively stayed, be opened for the limited purposes expressed herein; and

**IT IS FURTHER ORDERED** that the above entitled and numbered cause be and it hereby is dismissed with prejudice only as to plaintiffs Jimmy and Sylvia Myles, and their claims against their insurer and defendant Louisiana Citizens Insurance Company, as to all demands, all parties to bear their own costs.

New Orleans, Louisiana, this __2nd__ day of __December__, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE