**MINUTE ENTRY**
**DUVAL, J.**
**December 1, 2008**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES**<br>**CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br><br>**NO. 05-4182** |
| **PERTAINS TO:**<br>    **LEVEE** | **SECTION "K"(2)** |

       Attending a status conference held this day were:
       Judge Piper Griffin of the Civil District Court for the Parish of Orleans;
       Judge Rose Ledet of the Civil District Court for the Parish of Orleans;
       Judge John Peytavin of the 24th Judicial District of Louisiana;
       Judge Kern Reese of the Civil District Court for the Parish of Orleans;
       Darren Tyus, Law Clerk to Judge Reese;
       Ralph Hubbard and Ault Hootsell for St. Paul/Travelers;
       Thomas P. Anzelmo and Ben Mayeaux for OLD;
       Gary Zwain for EJLD/Lake Borgne Levee Districts; and
       Joseph M. Bruno, Gerald Meunier and James Roy for Plaintiffs.

The Court invited those judges to a status conference who have cases pending in the relevant state courts involving claims for damages arising from Hurricane Katrina lodged against the Orleans Levee District, the East Jefferson Levee District and the Lake Borgne Levee District. The purpose of the meeting was for counsel in the *In re Katrina Canal Breaches Consolidated Litigation* to report on certain settlement possibilities that had been discussed before Judge Lance Africk pursuant to this Court's order to pursue settlement possibilities. Counsel so reported.

JS-10: 45 minutes