UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| | § | |

## ORDER

Having considered the ex parte motion for leave to file Amendment / Supplement to Amicus Brief concerning the National Environmental Policy Act In Support of Plaintiffs' Motion For Partial Summary Adjudication on Discretionary Functions (16507) by Amici, The State of Louisiana, St. Bernard Parish Government, Entergy Corporation, Entergy New Orleans, Inc., Entergy Louisiana, LLC, and Hartford Steam Boiler Inspection and Insurance Company and accompanying Table of Contents, Table of Authorities with Amended / Supplemented Memorandum of Law and original signature of Declarant Nicholas Yost that is material to the motion, and for good cause shown, it is hereby ORDERED that the motion for Leave to File is GRANTED.

New Orleans, Louisiana, this  2nd  day of  December , 2008.

_____
UNITED STATES DISTRICT JUDGE