UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
       CONSOLIDATED LITIGATION
                                                 NO. 05-4182

PERTAINS TO: BARGE                               SECTION "K"(2)

## ORDER

The Court has been contacted by counsel for Washington Group International, Inc. (WGI) regarding some confusion in the minute entry (Rec. Doc. 16573) that set oral argument in the Barge category of this litigation. For the purposes of clarification, accordingly

**IT IS ORDERED** that oral argument on the Motion for Class Certification (Rec. Doc. 15549) in the Barge category of Civ. A. No. 05-4182 is **SET** for **Wednesday, February 11, 2009, at 9:00 a.m.** Oral argument shall be confined solely to the Barge category of this litigation; however, WGI and any other interested party may participate therein to the extent that their interests are implicated in the argument and the Court's time constraints allow their participation.

New Orleans, Louisiana, this __2nd__ day of December, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE