UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: LEVEE<br>MRGO | SECTION "K"(2) |

## ORDER

Considering that the parties in the Levee and MRGO categories of this litigation have agreed that oral argument is not necessary to assist the Court in the adjudication of the pending Motions for Class Certification (Rec. Docs. 3612, 3616, 3629), and considering that the parties have made evidentiary submissions in support of their pleadings, rendering a hearing unnecessary,

**IT IS ORDERED** that the Motions for Class Certification (Rec. Docs. 3612, 3616, 3629) in the Levee and MRGO categories of Civ. A. No. 05-4182 shall be taken on the briefs; no evidentiary hearing or oral argument shall be scheduled for these motions.

New Orleans, Louisiana, this __2nd__ day of December, 2008.

                                                                                  _____
                                                                                        STANWOOD R. DUVAL, JR.
                                                                                  UNITED STATES DISTRICT JUDGE