November 26, 2008

Dear Judge Wilkinson,

I spoke to Mr. DeJean yesterday and he said that he has waived service and that he would probably not be the attorney handling this case. He thought that by next week it should be assigned to someone else who would be contacting me soon.

Thank you for your attention in this matter. I will keep you updated as things go along.

Best regards,

Michelle Schubert
504-338-7381