UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
    CONSOLIDATED LITIGATION
                                        NO. 05-4182

PERTAINS TO: BARGE                      SECTION "K"(2)

## ORDER

**IT IS ORDERED** that any responses by Barge Defendants to the objections to exhibits filed by Barge Plaintiffs regarding the Motion for Class Certification (Rec. Doc. 15549) must be filed by **Friday, December 12, 2008.**

New Orleans, Louisiana, this __3rd__ day of December, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE