15-6642

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | JUDGE DUVAL |
| PERTAINS TO: 07-7596<br>PLAINTIFF: RANDY L. BRIEN | MAGISTRATE WILKINSON |

## **ORDER OF DISMISSAL**

IT IS ORDERED that the above-entitled and numbered cause be, and the same is hereby dismissed, with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this __3rd__ day of December, 2008.

_____
**J U D G E**

-1-